UNITED STATES DISTRICT COURT
Southern ~~MIDDLE~~ DISTRICT OF FLORIDA

~~JACKSONVILLE\OCALA DIVISION~~ Miami Division

William M Hicks
Affiant

v.

Ken Jenne "Sheriff"
and employee's and
EMSA and employee's
Defendant(s)

CASE NUMBER: 96-6496-CIV-UUB
(To be supplied by Clerk's Office)

MAGISTRATE JUDGE SORRENTINO

00-6087 CIV-DIMITROULEAS

FILED by ___ D.C.
JAN 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### AFFIDAVIT OF INDIGENCY

I, William M Hicks, a United States citizen, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed *in forma pauperis* in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. BRIEF STATEMENT OF THE NATURE OF THE ACTION: Civil suit for violation of detainees rights to safe housing, medical care and wrongful confinements.

DC 101
Rev. 12/92

- 1 -

SCANNED




II. **RESIDENCE:**

Affiant's address: Tomoka Correctional Institution 3950 Tiger Bay Road
(Street)

Daytona Beach   Florida   32124
(City)            (State)      (Zip Code)

III. **MARITAL STATUS:**

1. Single ✓   Married ___   Separated ___   Divorced ___

2. If married, spouse's full name: _____

IV. **DEPENDENTS:**

1. Number: One

2. Relationship to dependent(s): Father

3. How much money do you contribute to your dependents' support on a monthly basis? $_____

V. **EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1. Name of employer: N/A

   a. Address of employer: _____
      (Street)

      _____
      (City)      (State)      (Zip Code)

   b. State how long affiant has been (was) employed by present (or last) employer?

      Years: _____   Months: _____

   c. Income: Monthly $_____ or Weekly $_____

   d. What is (was) affiant's job title? _____

2. If unemployed, date of last employment: Year 1995

3. Is spouse employed? N/A   If so, name of employer: _____

   a. Income: Monthly $_____ or Weekly $_____

   b. What is spouse's job title? _____

- 2 -

DC 101
Rev. 12/92

    4. Are you and/or your spouse receiving welfare aid? ___N/A___

    If so, amount: Monthly $_____     or     Weekly $_____

VI. **FINANCIAL STATUS:**

1. Owner of real property (excluding ordinary household furnishings and clothing):

   a. Description: ___N/A___

   b. Full address: _____
      (Street)

      _____
      (City)      (State)      (Zip Code)

   c. In whose name? _____

   d. Estimated value:      $_____

   e. Total amount owed:      $_____

      Owed to: _____ for $_____

                _____ for $_____

   f. Annual income from property:      $_____

2. Other assets/property:

   a. Automobile: Make ___N/A___ Model _____

      In whose name registered? _____

      Present value of car:      $_____

      Amount owed:      $_____

      Owed to: _____

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ .014

   c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, <u>prisoner accounts</u>, other financial institutions, or other sources as indicated on the following page:

- 3 -

Business, profession, or other forms of
self employment:                                    $ _____/_____

Rent payments, interest, or dividends:              $ _____/_____

Pensions, annuities, or life insurance payments: $ _____/_____

Gifts or inheritances: spends on, Legal, copies,    $ _____
paper, pens, stamps, envelopes and ect"

Stocks, bonds, or notes:                            $ _____/_____

Other sources:                                      $ _____/_____

3. Obligations:

   a. Monthly rental on house or apartment:         $ _____/_____

   b. Monthly mortgage payments on house:           $ _____/_____

4. Other information pertinent to affiant's financial debts and
   obligations:

   _____N/A_____        _____        _____
   (Creditor)             (Total Debt)          (Monthly Payment)

   _____N/A_____        _____        _____
   (Creditor)             (Total Debt)          (Monthly Payment)

   _____N/A_____        _____        _____
   (Creditor)             (Total Debt)          (Monthly Payment)

   Other (explain): _____

   _____

**OR PRISONER AFFIANTS ONLY:**

- Date(s) of incarceration: __Aug 7, 1995__

- Estimated release or parole date: __open__

- A financial statement containing all transactions in affiant's prisoner account for the three (3) months immediately preceding the filing of the Complaint **must** accompany this Affidavit. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement prepared by the prisoner affiant; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

- 4 -

2/92

The requirement to submit the financial statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

VIII. <u>ALL AFFIANTS MUST READ AND SIGN</u>:

I **UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to be best of my knowledge and belief.

_____William M Hicks_____
Signature of Affiant

Dated 12-6-99

STATE OF FLORIDA

COUNTY OF __Volusia__

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _____ DAY OF _____, 19____, BY _____
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____

_____ , AS IDENTIFICATION AND WHO (DID) (DID NOT) TAKE
(State Type of Identification)

AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

_____

note #
prison want
notorize any
paper of this type

- 5 -

DC 101
Rev. 12/92