AO 240 (Rev. 1/94)

# United States District Court

__Southern__ DISTRICT OF __Florida__

William M Hicks, pro se

Plaintiff

V.

Defendants
Ken Jenne, et al.,

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 00-6087-CIV-DIMITROULEAS

I, __William M Hicks__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes   ☐ No   (if "No" go to Part 2)

    If "Yes" state the place of your incarceration __Tomoka Correctional Institution__

    Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __No__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    Aug 7, 1995, was self employed in Florida. weekly $300.00 dollars take home

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   Yes ☐   No ☒
    b. Rent payments, interest or dividends   Yes ☐   No ☒
    c. Pensions, annuities or life insurance payments   Yes ☐   No ☒
    d. Disability or workers compensation payments   Yes ☐   No ☒
    e. Gifts or inheritances   Yes ☒   No ☐
    f. Any other sources   Yes ☐   No ☒

If the answer to any of the above is "yes" describe each source of money and state the amount received
Family, one hundred to two hundred a month for hygiene and legal work.

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *Nine year old son, I contribute monthly hundred dollars.*

I declare under penalty of perjury that the above information is true and correct.

_Feb 4 - 2000_   _William M Hicks #DOC 664670_
DATE              SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _99.39_ on account to his/her credit at (name of institution) _Tomoka Correctional Institution_. I further certify that the applicant has the following securities to his/her credit: _X_ _X_ _X_ _X_ _X_ _X_ _X_ _X_ _X_. I further certify that during the past six months the applicant's average balance was $ _see attached_

_2/11/00_   _Fred Dyer_
DATE        SIGNATURE OF AUTHORIZED OFFICER

```
02/01/2000                      Inmate Account Information                    9:33 AM
TOMOKA CORRECTIONAL INSTITUTION                                               Page   1

         Inmate No.: 664670        Status: A            Card No.:  3
          Last Name: HICKS              Race: W
         First Name: WILLIAM            Sex: M
        Middle Name:                    SS#: 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
      Date of Birth: 09/10/1963
                AKA: HICKS, WILLIAM M.
             Opened: 07/31/1998   Facility Loc: 282
             Closed:              Housing Loc: D2125L
                                       P.O.Box: 0099
   Hold Amt    Hold Date Typ           Balance: 99.05
       4.95    01/21/2000  O    Non-Medical Hold: 4.95
       0.00                   Avail. Canteen Bal.: 19.06
       0.00                       Medical Hold: 0.00

                         Remitter/ Batch/
Date        Descript     Payee     Dep. No.  Ref. No.  Rec. #    In/(Out)   Balance
----------  ----------   --------- --------  --------  ------  ----------   --------
08/01/1999  Beg Bal                                                            54.83
08/01/1999  Canteen                                                 -2.76      52.07
08/01/1999  Canteen                                                 -3.73      48.34
08/02/1999  Canteen                                                -14.05      34.29
08/03/1999  Canteen                                                 -6.78      27.51
08/04/1999  Deposit      K. HICKS  4700      050956    165266      100.00     127.51
08/04/1999  Canteen                                                 -2.58     124.93
08/05/1999  Canteen                                                 -6.24     118.69
08/05/1999  Canteen                                                 -2.64     116.05
08/06/1999  Canteen                                                 -0.69     115.36
08/06/1999  Canteen                                                 -7.22     108.14
08/07/1999  Canteen                                                 -4.54     103.60
08/08/1999  Canteen                                                 -6.46      97.14
08/09/1999  Canteen                                                -10.91      86.23
08/10/1999  Canteen                                                 -4.62      81.61
08/11/1999  Canteen                                                 -0.68      80.93
08/12/1999  Canteen                                                -19.50      61.43
08/13/1999  Canteen                                                 -1.81      59.62
08/13/1999  Canteen                                                 -2.47      57.15
08/14/1999  Canteen                                                 -5.65      51.50
08/15/1999  Canteen                                                 -1.81      49.69
08/17/1999  Canteen                                                 -5.19      44.50
08/18/1999  Canteen                                                 -1.11      43.39
08/18/1999  Canteen                                                 -6.55      36.84
08/19/1999  Canteen                                                 -2.09      34.75
08/20/1999  Canteen                                                 -0.56      34.19
08/21/1999  Canteen                                                 -4.60      29.59
08/22/1999  Canteen                                                 -0.95      28.64
08/22/1999  Canteen                                                 -2.45      26.19
08/23/1999  Canteen                                                 -4.52      21.67
08/24/1999  Canteen                                                 -3.85      17.82
08/24/1999  Canteen                                                 -0.68      17.14
08/25/1999  Canteen                                                 -4.42      12.72
08/25/1999  Canteen                                                 -2.79       9.93
08/26/1999  Canteen                                                 -1.22       8.71
08/27/1999  Canteen                                                 -2.44       6.27
```

```
02/01/2000                        Inmate Account Information                    9:33 AM
TOMOKA CORRECTIONAL INSTITUTION                                                 Page    2

                       Remitter/  Batch/
Date       Descript    Payee      Dep. No.  Ref. No.  Rec. #   In/(Out)   Balance
---------- ---------   ---------  --------  --------  ------   ----------  --------

08/27/1999 Canteen                                              -1.59        4.68
09/02/1999 Canteen                                              -4.58         .10
09/07/1999 Deposit     K. HICKS   4784      736813    167868   106.00      106.10
09/08/1999 Withdrawal  INMATE WE             41435    167999    -6.60       99.50
09/08/1999 Withdrawal  DEPARTMEN              41436   168002    -5.95       93.55
09/09/1999 Canteen                                              -0.20       93.35
09/23/1999 Canteen                                             -10.01       83.34
09/30/1999 Canteen                                              -6.80       76.54
10/01/1999 Canteen     Void                                      6.80       83.34
10/04/1999 Withdrawal  DEPARTMEN             41513    169598    -1.80       81.54
10/04/1999 Withdrawal  DEPARTMEN             41518    169624    -2.31       79.23
10/05/1999 Canteen                                             -19.54       59.69
10/05/1999 Canteen                                             -14.10       45.59
10/06/1999 Canteen                                              -0.90       44.69
10/06/1999 Canteen                                              -2.51       42.18
10/07/1999 Canteen                                              -5.94       36.24
10/07/1999 Canteen                                              -3.21       33.03
10/08/1999 Canteen                                              -1.51       31.52
10/08/1999 Canteen                                              -0.34       31.18
10/09/1999 Canteen                                              -1.56       29.62
10/10/1999 Canteen                                              -3.65       25.97
10/11/1999 Canteen                                              -2.34       23.63
10/12/1999 Canteen                                              -0.19       23.44
10/26/1999 Med W/D     Med Co-Pa            00020882  13506     -4.00       19.44
11/01/1999 Canteen                                             -17.39        2.05
11/03/1999 Deposit     HICKS,K.   4921      642178    172087   100.00      102.05
11/03/1999 Canteen                                             -20.92       81.13
11/03/1999 Canteen                                              -3.09       78.04
11/04/1999 Canteen                                             -10.33       67.71
11/05/1999 Canteen                                             -15.36       52.35
11/05/1999 Canteen                                             -13.46       38.89
11/06/1999 Canteen                                              -0.78       38.11
11/07/1999 Canteen                                              -0.34       37.77
11/09/1999 Canteen                                              -0.80       36.97
11/09/1999 Canteen                                              -3.92       33.05
11/11/1999 Canteen                                              -5.78       27.27
11/11/1999 Canteen                                              -1.24       26.03
11/13/1999 Canteen                                              -0.95       25.08
11/17/1999 Deposit     UNKNOWN    4948      060261    173270    50.00       75.08
11/17/1999 Canteen                                              -4.68       70.40
11/18/1999 Canteen                                              -9.74       60.66
11/19/1999 Canteen                                              -4.13       56.53
11/20/1999 Canteen                                              -4.65       51.88
11/21/1999 Canteen                                              -6.34       45.54
11/23/1999 Withdrawal  DEPT. OF              41781    173713    -2.96       42.58
11/23/1999 Withdrawal  DEPT. OF              41784    173752    -1.05       41.53
11/23/1999 Canteen                                              -3.01       38.52
11/23/1999 Canteen                                              -3.60       34.92
11/24/1999 Void Check  VCK41784              41784              1.05        35.97
```

```
02/01/2000                       Inmate Account Information                    9:33 AM
TOMOKA CORRECTIONAL INSTITUTION                                                Page   3

                        Remitter/ Batch/
Date       Descript     Payee     Dep. No.  Ref. No.  Rec. #   In/(Out)    Balance
---------- ----------   --------  --------  --------  ------   ----------  ---------

11/24/1999 Void Check   VCK41781            41781                  2.96       38.93
11/24/1999 Withdrawal   DEPT. OF            41791     173957      -2.96       35.97
11/24/1999 Withdrawal   DEPT. OF            41794     173998      -1.05       34.92
11/24/1999 Canteen                                                -6.38       28.54
11/25/1999 Canteen                                               -14.08       14.46
11/25/1999 Canteen                                                -1.24       13.22
11/27/1999 Canteen                                                -4.02        9.20
11/29/1999 Canteen                                                -5.57        3.63
11/30/1999 Canteen                                                -1.90        1.73
11/30/1999 Canteen                                                -1.72         .01
12/06/1999 Deposit      HICKS,K.  4981      195083    175032     100.00      100.01
12/06/1999 Canteen                                                -0.68       99.33
12/06/1999 Canteen                                                -6.75       92.58
12/07/1999 Canteen                                                -2.82       89.76
12/08/1999 Canteen                                                -1.46       88.30
12/09/1999 Med W/D      Med Co-Pa           00021216  13689       -4.00       84.30
12/09/1999 Canteen                                                -2.92       81.38
12/10/1999 Canteen                                                -1.67       79.71
12/10/1999 Canteen                                                -4.06       75.65
12/11/1999 Canteen                                                -7.78       67.87
12/12/1999 Canteen                                                -3.09       64.78
12/13/1999 Canteen                                                -6.66       58.12
12/14/1999 Canteen                                                -6.51       51.61
12/16/1999 Canteen                                                -2.24       49.37
12/17/1999 Canteen                                                -5.04       44.33
12/18/1999 Canteen                                                -4.83       39.50
12/19/1999 Canteen                                                -6.36       33.14
12/20/1999 Canteen                                                -6.41       26.73
12/21/1999 Canteen                                                -3.86       22.87
12/22/1999 Canteen                                                -0.91       21.96
12/23/1999 Canteen                                                -2.45       19.51
12/25/1999 Canteen                                                -4.02       15.49
12/26/1999 Canteen                                                -3.49       12.00
12/27/1999 Canteen                                                -0.68       11.32
12/28/1999 Canteen                                                -0.34       10.98
12/28/1999 Canteen                                                -5.18        5.80
12/29/1999 Deposit      UNKNOWN   5028      238608    178205     100.00      105.80
12/29/1999 Canteen                                               -10.76       95.04
12/30/1999 Canteen                                                -0.68       94.36
01/01/2000 Canteen                                                -4.47       89.89
01/03/2000 Canteen                                                -1.25       88.64
01/04/2000 Canteen                                                -5.70       82.94
01/05/2000 Canteen                                                -2.67       80.27
01/06/2000 Deposit      S. ALLARD 203       746090    178684      20.00      100.27
01/06/2000 Canteen                                                -0.84       99.43
01/06/2000 Canteen                                                -3.58       95.85
01/08/2000 Canteen                                                -5.41       90.44
01/09/2000 Canteen                                                -1.18       89.26
01/10/2000 Canteen                                                -1.86       87.40
```

```
02/01/2000                   Inmate Account Information                9:33 AM
TOMOKA CORRECTIONAL INSTITUTION                                        Page    4


                     Remitter/ Batch/
Date      Descript   Payee    Dep. No. Ref. No. Rec. #   In/(Out)   Balance
--------- ---------- -------- -------- -------- ------   ---------- ---------

01/11/2000 Canteen                                           -5.08     82.32
01/12/2000 Canteen                                           -1.29     81.03
01/13/2000 Canteen                                           -4.12     76.91
01/14/2000 Canteen                                           -1.49     75.42
01/14/2000 Canteen                                           -3.01     72.41
01/15/2000 Canteen                                           -0.90     71.51
01/17/2000 Canteen                                           -4.03     67.48
01/18/2000 Canteen                                           -0.68     66.80
01/19/2000 Canteen                                           -3.52     63.28
01/19/2000 Canteen                                           -6.52     56.76
01/20/2000 Canteen                                           -5.34     51.42
01/20/2000 Canteen                                           -1.37     50.05
01/21/2000 Canteen                                           -1.63     48.42
01/21/2000 Canteen                                           -1.42     47.00
01/22/2000 Canteen                                           -4.37     42.63
01/22/2000 Canteen                                           -2.27     40.36
01/23/2000 Canteen                                           -4.24     36.12
01/24/2000 Canteen                                           -6.65     29.47
01/25/2000 Canteen                                           -6.51     22.96
01/26/2000 Canteen    Void                                    3.39     26.35
01/26/2000 Canteen                                           -1.36     24.99
01/27/2000 Deposit    HICKS    5087     34471624 180557     100.00    124.99
01/27/2000 Canteen                                           -5.17    119.82
01/28/2000 Canteen                                           -1.29    118.53
01/28/2000 Canteen                                           -3.61    114.92
01/29/2000 Canteen                                           -2.87    112.05
01/29/2000 Canteen                                           -1.20    110.85
01/30/2000 Canteen                                           -3.29    107.56
01/30/2000 Canteen                                           -3.00    104.56
01/31/2000 Canteen                                           -5.17     99.39
01/31/2000 End Bal                                                     99.39
```