IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

William M Hicks
    Plaintiff,

vs.

Ken Jenne, sheriff of
Broward Sheriffs office, et al,
and
Emergency medical Services
Association, Inc, et al,.
    Defendants.

Civil action #:
00-6087-CIV-DIMITROULEAS

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS FOR APPOINTMENT OF COUNSEL.

PLAINTIFF, William M Hicks, #664670, being duly sworn and according to law deposes and says;

(1.) I am the plaintiff in the present action.

(2.) I am under custody of the florida Department of Corrections, presently incarcerated at tomoka correctional Inst, 3950 Tiger Bay RD, Daytona Beach Florida 32124-1098.

(3.) I'm bringing this action in good faith.

(4.) The action seeks to enjoin those defendants from (the wrongful actions giving rise to this suit) and seeks damages for the deprivation of plaintiff's civil rights.

(1)

(5.) I believe that I am entitled to the redress sought in this action.

(6.) I have read and know the contents of the complaint and believe them to be true.

(7.) I'm not hired at any income earning job and have to date no personal possessions of real estate or any other property, have no bank account or any valuable belongings.

(8.) I have no money to hire a private attorney to assist me in the preparation of this complex case.

(9.) My prison assigned duty hinders me from unrestricted access to the Law Library, preventing me from engaging at will in drafting and research of documents in this said action.

(10.) The Law Library Books are few and Law clerks are scarce and their work loads to extense, they lack knowledge in this kind of complaint.

(11.) This is a complex case because it contains several different legal claims, with each claim involving a different set of defendants.

(12.) The case involves medical issues that will require expert testimony.

(13.) The plaintiff has demanded a jury trial. The case will require discovery of documents and depositions of a number of witnesses.

(14.) The highest grade of education is 11th grade and has no legal education.

(15.) The Plaintiff has complete records of Broward sheriffs office and medical contractor, which can not be in his personal possesion for fear of it being stolen.

(16.) The facts in case Lead to attorney Generals wife who has ownership of Emergency medical Services Association, Inc. which in it self makes it a complex case Since it will show interference with plaintiffs criminal trial.

(17.) As set forth in the memorandum of Law submitted with motion, these facts, along with the Legal merit of plaintiff's claims, support the appointment of counsel to represent plaintiff.

I understand that any statement made by me in this affidavit which is not true and correct to the best of my intentions, knowledge and believe, will be subject to the penalty of perjury under Law.

Done IN GOOD FAITH AT; Tomoka Correctional Inst. This _____ day of January, 2000.

s/ William M Hicks
William M Hicks #664670
Tomoka Corr. Inst.
3950 Tiger Bay RD
Daytona Beach, Florida 32124

_____
notary of public

The following instrument has been subscribed, signed and sworn too before me by William M Hicks, who produced a Florida Department of Corrections Identification card #664670, This 2 day of January 2000.

(3)