IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

William M Hicks
    Plaintiff,

vs.

Ken Jenne sheriff of Broward sheriff's office, et al,
and
Emergency medical services association, Inc, et al,.
    Defendants.

**ORDER**
Granted
Denied ✓
Comments _____
Dated 2/14/00
/s/ Charlene H. Sorrentino
U. S. Magistrate Judge

Civil action #: 00-6087-CIV-DIMITROULEAS
SORRENTINO

FILED by ___ D.C.
MAG. SEC.
FEB 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, William M Hicks, pro se movant and pursuant to the federal rules of civil procedures, move and respectfully request this court to appoint Roy Black, esq. a member of the Florida Bar, to represent him because he cannot afford to employ an attorney. This motion is based on plaintiffs' affidavits in support of his motion for Leave to proceed in forma pauperis and for appointment of counsel. Legal authority for appointment and compensation of counsel is 28 U.S.C. Sec. 1915(d) and 18 U.S.C. Sec. 3006A(g), as interpreted in McClain v. Manson, 343 F. Supp. 382 (D. Conn. 1972).

Done in good faith at
Tomoka Correctional Inst.
Volusa county, Fla,
This __2__ day of January, 2000.

William M Hicks #664670
William M Hicks, pro se,
Tomoka Corr. Inst.
3950 Tiger Bay RD
Daytona Beach, Fla 32124