UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

WILLIAM M. HICKS,              :

       Plaintiff,       :

v.                             :     ORDER ON IFP MOTION
                                        REQUIRING PAYMENT OF
                                        FILING FEE BY INSTALLMENT
KEN JENNE, et al.,             :     28 U.S.C. §1915(b)

       Defendants.      :
_____

FILED by ___ D.C.
MAG. SEC.
FEB 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

    The plaintiff in this *pro se* prisoner civil rights case has filed a motion to proceed *in forma pauperis* and has provided the prison account statement required by 28 U.S.C. §1915(a), as amended April 26, 1996.

    Pursuant to 28 U.S.C. §1915(b), as amended April 26, 1996, if a prisoner brings a civil action *in forma pauperis*, the prisoner must be required to pay the full filing fee. Initially, the Court must assess 20% of the greater of

        A)    the average monthly deposits to the prisoner's account; or

        B)    the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the complaint.



Thereafter, the prisoner must make payments of 20% of the preceding month's income credited to his account. The agency having custody of the prisoner must forward payments from the prisoner's account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fees are paid.

It is thereupon

ORDERED AND ADJUDGED as follows:

1. The motion of the plaintiff to proceed *in forma pauperis* is granted to the extent that the plaintiff need not prepay the costs and fees of this case except that the filing fee of $150.00 must be paid as follows:

2. On or before March 17, 2000, the plaintiff shall pay the sum of $25.53 to the Clerk.

3. The plaintiff shall put the case number on the check or money order so the Clerk can docket the payment in the correct case. This is especially important when a prisoner has filed more than one case.

4. Thereafter, the plaintiff must make payments of 20% of the preceding month's income credited to his account. The jail/prison having custody of the prisoner must make payments from the prisoner's account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the full filing fee of $150.00 is paid.

5. The sum of the initial payment in this case was derived from the formula specified in paragraph A, above. The average monthly deposit to the plaintiff's account from August 1, 1999, through January 31, 2000, was $112.66. Twenty percent of that amount is $25.53.

6. No action will be taken to obtain service of process upon the defendant(s) in this case until the first payment is received.

DONE AND ORDERED at Miami, Florida this 14 day of February, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc: William M. Hicks, Pro Se
    DC #664670
    Tomoka Correctional Institution
    3950 Tiger Bay Road
    Daytona Beach, FL 32124-1098

    Warden/Superintendent
    Tomoka Correctional Institution
    3950 Tiger Bay Road
    Daytona Beach, FL 32124-1098

    Lee Nihan, Financial Administrator
       for Clerk of Court