William M Hicks
#664670
Tomoka Corr Inst
3950 Tiger Bay RD
Daytona Beach, Fla 32124

To Clerk of Court
United States District Court
Southern District of Florida

Case No: 00-6087-CIV-DIMITROULEAS
Magistrate Judge: Sorrentino



: Petition To Magistrate Judge Sorrentino:

Department of corrections has and is violated my right to access this court. They had stoped payment to clerk of court by sending it else where which check is made out to united states district court with proper full address.

Seems they took a sealed legal envelope and opened it that was going to a law school and cut it open and placed my D.O.C. check from my account for $25.53 and mailed it to them. This was to allow me to miss dead line by March 17, 2000.

Seems my case against Broward sheriff's office and E.M.S.A. medical have gone great lenghts to stop me and violate laws of my right to mail procedures as well laws of this state.

I seek help to stop D.O.C. from steping my right to present this case and court not to dismiss my case do to D.O.C. actions which are illegal.

Sincerely William M Hicks

Dated March 21, 2000    #664670 / William M Hicks, pro se

MAGISTRATE
SORRENTINO

COPY IN CHAMBERS