UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

William M Hicks
Plaintiff,

CASE NO. 00-6087-CIV-Dim (urro)

MAGISTRATE JUDGE CHS

V.

**PARTIAL FILING FEE PAYMENT**

Ken Jenne,
Defendant,
_____/

The Court having Ordered the Plaintiff to pay the filing fee in set installments and upon receipt of such payments, in the amount of $25.53, the Clerk notifies the Court of the amount collected. The payment was received on 03/24/00 receipt number 814095.

DONE at the Federal Courthouse Square, Miami, Florida, this 03/24/00.

CLARENCE MADDOX
CLERK OF COURT

By: J. Loy Hamilton
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff

