William M Hicks,
    Plaintiff,

v.s.

Ken Jenne, et al.,
    Defendants.

United States District Court
Southern District of Florida

Case # 00-6087-CIV-DIMITROULEAS
Magistrate Judge, Sorrentino

## MOTION FOR INJUNCTION AGAINST DEPARTMENT OF CORRECTIONS, BROWARD SHERIFFS DEPARTMENT AND EMSA MEDICAL:

NOW COMES, the plaintiff in said cause to ask for Injunction Based on the foregoing FACTS;

1.) On February 14, 2000 by Magistrate Judge SORRENTINO, Done and ORDERED motion to Proceed *in forma Pauperis* in said cause above;

2.) On February 28, 2000 Plaintiff sent request to Business office to have money sent to clerk of this court, I recieved back request on March 5, 2000, see exhibit A;

3.) On March 5, 2000 I mailed a hand sealed and taped letter to F/A LAW RELATED EDUCATION ASS at Mail Room, see exhibit B-2;

4.) On March 8, 2000 at Mail Room I Done check write for $25.53 to clerk of this court with full address of court and case number. I mailed no other mail along with this;

(1 of 2) pages

5.) On march 20, 2000 I recieved a letter from Stephen C. Shenkman, P.A, attorney at Law saying can't help and is sending back check also. see exhibit C and exhibit D.,

### SUMMARY OF COMPLAINT

Now I mailed exhibit B-2 on march 5, 2000 at mail room hand sealed and taped closed saying Legal mail. Then on March 8, 2000 Done check write for $25.53 to clerk of this court which processing is Done in orlando reception center and check made out on march 13, 2000 and placed into exhibit B-2. The sealed envelope was post dated on march 14, 2000 which was held by D.O.C. for 9 days before mailing check and exhibit B-2. D.O.C. resealed envelope as well.

### FINAL STATEMENT

Reason for my complaint is All Defendants for years have done wrong to Plaintiff and All have personal Losses as well possible criminal charges to be brought if this court would conduct a criminal investigation which would find merit to complaint.

Done in good faith at
Tomoka correctional INST
3950 Tiger Bay RD
Daytona Beach, Florida 32124

William M Hicks pro-se
William M Hicks, pro se
Doc# 664670

This 21 day of march, 2000.

(2 of 2) pages

Exhibit A

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number: 99
Team Number: 3

TO: (Check One)
☐ Superintendent
☐ Asst. Superintendent
☐ Classification
☐ Security
☐ Medical
☐ Dental
☒ Other: Business office

FROM:
Inmate Name: William M Hicks
D.C. Number: 114670
Quarters: D-2 125
Job Assignment: Houseman
Date: 2/29/00

**REQUEST** To Business office.

This is in regard to civil action that courts sent you a notice to pay sum $25.53 by March 17, 2000.

I have to have payment in before march 17, 2000, case no# 00-6087-CIV-Dimitrouleas in the Souther District of federal court, miami.

Please advise me on how you will pay or do I pay by check write. Also needed is statement of payment to courts. Thank you.
William M Hicks

All requests will be handled in one of the following ways: 1) Written information or 2) Personal interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**   DATE RECEIVED: _____

We will to pay by a check write request from you.

You now have fund to pay the court so expedite your request in order to make payment on time.

I received back 3/5/2000. Hicks made check write of $25.53 to federal courts at 2:00pm 3/6/2000 T.C.F.

[The following pertains to informal grievances only:]
Based on the above information your grievance is _____. (Returned, Denied, or Approved).
If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

Official Signature: Paul Katula
Date: 3/6/00

Distribution:   WHITE.........Returned to Inmate
CANARY......Returned to Inmate
PINK.......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

DC3-005 (9-98)

Exhibit B

1.1

2.1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**INMATE TRUST FUND**
400 W. ROBINSON ST. #N909
ORLANDO, FL 32801

DETACH AND RETAIN THIS STATEMENT

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY, NO RECEIPT DESIRED

| INMATE NUMBER | INMATE NAME | AMOUNT | INMATE NUMBER | INMATE NAME | AMOUNT |
|---|---|---|---|---|---|
| 664670 | HICKS, WILLIAM | 25.53 | | | 04981 |

CASE 00-6087-CIV

CHECK TOTAL

should have gone to southern district, Federal court.

# note
I Hicks recieved this and check attached in letter from Stephen C. SHENKMAN & ASS, P.A. attorney at law 10121 S.W. 40TH ST miami, Fla 33165-3996

check made out on march 13, 2000

Would not cash to clerk of court on march 21, 2000 at new haven.

William M Hicks
#664670 D-2125
Tomoka Correctional Institution
3950 Tiger Bay RD
Daytona Beach, Fla 32124

This was mailed this letter at Tomoka prison on March 5th and they held 9 days. Till march 14, 2000 this letter was sent to office of Broward sheriff office to pay for eNASO

I Hicks recieved envelope addressed march 20, 2000 Back

Fla Law Related Education Ass.
c/o Stephen C. Shenkman, president
10121 S.W. 40th Street
miami, Florida 33165

Privileged mail

# STEPHEN C. SHENKMAN & ASSOCIATES, P.A.

*Exhibit C*

*Attorneys at Law*
10121 Southwest 40th Street
Miami, Florida 33165
Telephone: (305) 559-2200

Stephen C. Shenkman
David T. Bobbitt

Outside Dade:
1-800-255-5485
Facsimile:
(305) 559-5327

March 16, 2000

William M. Hicks
#664670 D-2125
Tomoka Correctional Institution
3950 Tiger Bay Road
Daytona Beach, FL 32124

Dear Mr. Hicks:

Thank you for your letter addressed to me as the President of The Florida Related Education Association. I am returning your letter and the check for $25.23 that was enclosed with it.

The Florida Law Related Education Association is an organization that deals with school students and their teachers. The Association does not do any work involving the help that you are asking for.

I am sorry that we cannot help you.

Very truly yours,

STEPHEN C. SHENKMAN & ASSOCIATES, P.A.

BY: _____
    STEPHEN C. SHENKMAN

SCS:hm

cred11.pf

*[Handwritten note:] F Hicks received March 20, 2000 Tomoka Corr. Inst.*

*[Handwritten note at bottom:] March 21, 2000 spoke to L.T. Ehrenkaufer at 8:30 AM in gate house. He showed me my grievance I wrote on mail tampering and claimed his staff done no wrong" never could do it. I mailed out letter to magistrate judge sorventing saying of problem. Also pre stamped envelope to the clerk of court "federal court" with check in it. refused to give any paper work admitting wrong to court. check was done on March 13, 2000 to federal court; this was stamped on check. Drawn by Nations Bank, check #04981*

Exhibit D

STEPHEN C. SHENKMAN & ASSOCIATES, P.A.
ATTORNEYS AT LAW
10121 SOUTHWEST 40TH STREET
MIAMI, FLORIDA 33165-3996

DO NOT FORWARD

(Hicks) on march 20, 2000 returned to sender as ginser at template place at S wish complete delivery doc to Fed due issued at 25:53 on march 13, 2000