UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

WILLIAM M. HICKS,              :

    Plaintiff,              :

v.                              :     REPORT ON MOTION FOR
                                      TRO OR PRELIMINARY INJUNCTION
KEN JENNE, et al.,              :

    Defendants.             :
_____

FILED by MAG. SEC.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

This is a <u>pro se</u> civil rights suit pursuant to 42 U.S.C. §1983. The plaintiff is proceeding <u>in forma pauperis</u>.

The plaintiff has filed a motion for temporary restraining order and/or preliminary injunction (DE #14). Review of this motion reveals that it does not state a prima facie case for preliminary injunctive relief pursuant to <u>Johnson v. United States Department of Agriculture</u>, 734 F.2d 774 (11 Cir. 1984), and cases cited therein. The plaintiff asserts that the Department of Corrections held his check made payable to the Court as an initial installment toward the filing fee in this civil rights case for nine days before mailing. The Court has received the payment



#819095 (DE #13) and no prejudice resulted. It is therefore clear that preliminary injunctive relief is not warranted.

It is recommended that this motion (DE #14) be denied.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated: March 30, 2000

_____
UNITED STATES MAGISTRATE JUDGE

cc: William M. Hicks, Pro Se
    DC #664670
    Tomoka Correctional Institution
    3950 Tiger Bay Road
    Daytona Beach, FL 32124-1042