UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, et al.,

    Defendant.
_____/



## ORDER APPROVING REPORT AND RECOMMENDATION ON MOTION FOR TRO OR PRELIMINARY INJUNCTION

THIS CAUSE is before the Court upon the Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction [DE 14], and the Report and Recommendation [DE 15] of Magistrate Judge Charlene H. Sorrentino, dated March 30, 2000. The Court notes that the Plaintiff has not filed any objections to the Report and Recommendation, and that the time for filing such objections has passed.

Despite the failure of the Plaintiff to file objections to the Report and Recommendations, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the entire court record herein, including the underlying motions and the report and recommendation, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 15] of Magistrate Judge Charlene H. Sorrentino, dated March 30, 2000, is hereby adopted;

2. Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction



[DE 14] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10 day of April, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Magistrate Judge Sorrentino
William Hicks, Pro se