UNITED STATES DISTRICT COURT _____ D.C.

SOUTHERN DISTRICT OF FLORIDA 2000 MAY -8 PM 2:13

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO: 00-6087-CIV-DIMITROULEAS

WILLIAM HICKS,
   Plaintiff,

vs.

KEN JENNE, et al,
   Defendant.
_____/

## NOTICE TO CLERK OF COURT OF CHANGE OF ADDRESS

Comes Now, The Plaintiff William m Hicks, To NOTIFY COURT OF Change of address, As of may 2, 2000 He was transferred to NORTH FLORIDA RECEPTION CENTER, P.O. BOX 628 LAKE BUTLER, Florida 32054. Reason unknown.

Executed By U.S. mail on may 3, 2000.

*William m Hicks*

William m Hicks, pro se