UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF Florida

CASE NO: 00-6087-CIV-DIMITROULEAS

WILLIAM HICKS, pro se,
    Plaintiff,
vs.
KEN JENNE, et al,
    Defendant.
_____/

## MOTION FOR COURT ORDERED LAW LIBRARY USE

Comes, now, Plaintiff William Hicks, pro se, motions this court for court order to allow him full access to unlimited use of Law Library. The institution he was transferred to on June 9, 2000 will not allow access unless court ordered.

Plaintiff prays that this court will issue an order so he may continue his own action against 23 defendants.

Executed by U.S. mail on June 10, 2000.

EVERGLADES CORR. INST.                 William Hicks
PO BOX 659001  BLDG H-2 RM 215      William Hicks, pro se
Miami, Fla 33265

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.1  |5.1B