UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6087-CIV-DIMITROULEAS

WILLIAM HICKS,
  Plaintiff,
V.S.
KEN JENNE, et al,
  Defendant.
_____/

NOTICE TO CLERK OF COURT OF YET ANOTHER CHANGE OF ADDRESS.

Comes, Now, The Plaintiff William M Hicks, To NOTIFY Court change of address, As of June 9, 2000, as he was transferred to EVERGLADES CORRECTIONAL INSTITUTION BLDg H-2 Room 215   P.O. Box 659001 MIAMI, Florida 33265. This may be Last transfere.

Executed by U.S. mail on June 10, 2000.

                William M Hicks, pro se.
                William M Hicks

NON COMPLIANCE OF S.D. Fr. L.R. _____