UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by ___ D.C.
MAG. SEC.
JUN 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

CASE NO: 00-6087-CIV-DIMITROULEAS

WILLIAM HICKS, pro se,
    Plaintiff,
vs.
KEN JENNE, et al,
    Defendant.

**ORDER**
Granted
(Denied)
Comments: The plaintiff must comply with institutional regulations.
Dated: 6/21/00
_____
U.S. Magistrate Judge

## MOTION FOR COURT ORDERED LAW LIBRARY USE

Comes, now, Plaintiff William Hicks, pro se, motions this court for court order to allow him full access to unlimited use of Law Library. The institution he was transferred to on June 9, 2000 will not allow access unless court ordered.

Plaintiff prays that this court will issue an order so he may continue his own action against 23 defendants.

Executed by U.S. mail on June 10, 2000.

EVERGLADES CORR. INST.
PO BOX 659001  BLDG N-2 RM 215
Miami, Fla 33265

William Hicks
William Hicks, pro se

NON-COMPLIANCE OF S.D.Ga. L.R. 5.1.A.1 15.1B