UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

WILLIAM M. HICKS,

     Plaintiff,

v.

KEN JENNE, et al.,

     Defendants.

ORDER REQUIRING PAYMENT
OF FILING FEE BY INSTALLMENT
28 U.S.C. §1915(b)

FILED by _____ D.C.
MAG. SEC.
JUN 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

    The plaintiff in this <u>pro se</u> prisoner civil rights case has filed a motion to proceed <u>in forma pauperis</u> and has provided the prison account statement required by 28 U.S.C. §1915(a), as amended April 26, 1996. The motion to proceed <u>in forma pauperis</u> was granted and the plaintiff was ordered only to pay the Clerk's filing fee of $150.00; the initial payment of $25.53 was due on or before March 17, 2000. This date was extended by order to May 31, 2000.

    The plaintiff has failed to comply. He has filed two changes of address in the past month. Although the plaintiff's copy of the orders sent to him have not been returned to the Court, in an



abundance of caution this order requiring payment shall be sent to the plaintiff at his most recent address.

It is thereupon

ORDERED AND ADJUDGED as follows:

1. The time for the plaintiff to pay the sum of $25.53 to the Clerk is extended to on or before July 31, 2000.

2. The plaintiff shall put the case number on the check or money order so the Clerk can docket the payment in the correct case. This is especially important when a prisoner has filed more than one case.

3. Thereafter, the plaintiff must make payments of 20% of the preceding month's income credited to his account. The jail/prison having custody of the prisoner must make payments from the prisoner's account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the full filing fee of $150.00 is paid.

4.  No action will be taken to obtain service of process upon the defendants in this case until the first payment is received. Failure to timely pay the initial installment fee shall result in dismissal of this case.

DONE AND ORDERED at Miami, Florida this 23 day of June, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc: William M. Hicks, Pro Se
    DC #664670
    Everglades Correctional Institution
    1601 S.W. 187th Avenue
    P. O. Box 65-9001
    Miami, FL 33265-9001

    Warden/Superintendent
    Everglades Correctional Institution
    1601 S.W. 187th Avenue
    P. O. Box 65-9001
    Miami, FL 33265-9001

    Lee Nihan, Financial Administrator
        for Clerk of Court