UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

William Hicks,
Plaintiff,

CASE NO. 00-6087-CIV-Dim

MAGISTRATE JUDGE CHS

V.

Ken Jenne et al.
Defendant,
_____/

**PARTIAL FILING FEE PAYMENT**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA
00 JUL 25 PM 5:15

The Court having Ordered the Plaintiff to pay the filing fee in set installments and upon receipt of such payments, in the amount of $25.53, the Clerk notifies the Court of the amount collected. The payment was received on 07/24/00, receipt number 825822.
DONE at the Federal Courthouse Square, Miami, Florida, this 07/24/00.

CLARENCE MADDOX
CLERK OF COURT

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff

