To clerk of court,

CASE NO: 00-6087-CIV-DIM

please find enclosed a copy of partial filing fee payment of $25.53.

I ask this court to please serve all defendants as I the plaintiff has complied with courts orders

FILED BY
00 AUG 17 PM 3:08
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI
D.C

Thank you

August 15, 2000
Dated

x William M Hicks
DOC#664670 William M Hicks
Everglades corr. Inst.
PO BOX 659001
Miami, fla. 33265

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

William Hicks,                CASE NO. 00-6087-CIV-Dim
Plaintiff,                    MAGISTRATE JUDGE CHS

V.                            **PARTIAL FILING FEE PAYMENT**

Ken Jenne et al
Defendant,
_____/

The Court having Ordered the Plaintiff to pay the filing fee in set installments and upon receipt of such payments, in the amount of $25.53, the Clerk notifies the Court of the amount collected. The payment was received on 07/24/00 receipt number 825822.
DONE at the Federal Courthouse Square, Miami, Florida, this 07/24/00.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff

I Hicks recieved August 15, 2000 at Everglades Corr. Inst.