```
                           UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF FLORIDA

                           CASE NO. 00-6087-Civ-DIMITROULEAS
                           MAGISTRATE JUDGE SORRENTINO
WILLIAM M. HICKS,          :

        Plaintiff,         :

v.                         :     ORDER

KEN JENNE, et al.,         :

        Defendants.        :
_____
```



This Cause is before the Court upon the plaintiff's letter/motion to the Clerk (DE# 24), asking the Court "to please serve all defendants."

On February 14, 2000, an Order was entered requiring the plaintiff to make a first partial installment toward payment of the Clerk's $150.00 filing fee, as required by statute, and instructed him that no action would be taken to obtain service of process until the first payment was received by the Clerk of Court.

The plaintiff was granted extensions of time, and the first partial payment of $25.53 was filed on July 24, 2000 (DE# 23).

Before service of process may occur, an initial review of the lengthy complaint, which contains allegations against twenty-six defendants must be undertaken, and then, for those defendants as to whom it is determined the complaint states a claim, at least for purposes of the screening process, Notices of Lawsuit and Requests for Waivers of Service of Summons must be sent along with copies of



the complaint, so that each of those defendants may have an opportunity to waive service of summons. Only after that process is completed can the process of obtaining service of the complaint be undertaken.

It is thereupon

ORDERED AND ADJUDGED that **the plaintiff's letter/motion (DE# 24)**, which is in legal effect a motion for service of a summons and a copy of the complaint upon each of the named defendants, **is denied.**

DONE AND ORDERED at Miami, Florida this _19_ day of September, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   William M. Hicks, Pro Se
      DC# 664670
      Everglades Correctional Institution
      1601 S.W. 187th Avenue
      P. O. Box 65-9001
      Miami, FL 33265-9001