UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

William M. Hicks            CASE NO. 00-6087-CIV-Dim
Plaintiff./Petitioner,      MAGISTRATE JUDGE  CHS

V.                          **CLERK'S NOTICE OF**
                            **RECEIPT OF FILING FEE**

Ken Jenne et al
Defendant/Respondent,

_____/

The Clerk notifies the Court that on 10/03/00 the filing fee of $ 64.86 was received, receipt number 829345.

DONE at the Federal Courthouse Square, Miami, Florida, this ___3rd___ day of October, 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By: Judy Hamill
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff

