UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

William M Hicks,
        Plaintiff,

CASE NO: 00-6087-CIV-DIM

vs.

Ken Jenne, et al.,
        Defendants.

_____/

## PLAINTIFF'S MOTION TO DISMISS CASE

Comes now, The Plaintiff William Hicks, pro se, and puts fourth a motion to dismiss action against all parties in said complaint. Plaintiff ask this honorable court to except motion as well order clerks office pursuant to federal Rules of civil Procedure to refund all monies paid in by plaintiff for filing fee.

Plaintiff ask that if this court does not except motion to refund filing fee paid in, he ask that this court dismiss this motion "deny" and to continue with Plaintiff's said case and serve all defendants.

Plaintiff attaches directions for clerk to use to mail money back to Plaintiff.

COPY IN CHAMBERS

(1)

## Directions to clerk

Please send money order or check to William
m Hicks Doc#664670. Doc number has to be
on check as well full name of Plaintiff.

mail money To:
  Florida Department of corrections
  FT. Lauderdale service center
  ATTN: Inmate Bank trust fund
     po Box 9387
  FT Lauderdale, Fla 33310.


Oct 15, 2000
Executed on


William m Hicks
William m Hicks, pro se
Doc#664670
Everglades corr Inst
Blog H-2 Rm 215
po Box 659001
miami, Fla 33265


(a)