UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

William M Hicks,
    Plaintiff,

vs.

Ken Jenne, et Al,
    Defendants.
_____/

CASE NO: 00-6087-CIV-DIM



## PLAINTIFF'S MOTION FOR STAY ON HIS §1983 CIVIL RIGHTS CASE

COMES NOW, Plaintiff William M Hicks, PRO SE, and ask this honorable court for permission to file a motion for stay on Plaintiff's civil rights case.

Plaintiff also ask that this court to allow the Plaintiff to rescind his motion just filed to dismiss his §1983 civil rights case.

Reason why Plaintiff files this motion to stay is to continue seeking on attorney to take case. Plaintiff filed motion to dismiss based on hardship over the years to attain a Lawyer and since 1996 till now still does not have a Lawyer.

(1)

Therefore Plaintiff Prays that this court will except this motion for stay and allow the Plaintiff to rescind his motion to dismiss.

Oct 17, 2000
executed on DATE

Respectfully submitted
/S/ William M Hicks, prose

William M Hicks
DC # 664670
Everglades Corr. Inst.
PO Box 659001
Miami, Florida 33265

(2)