UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6087-CIV-DIM/CH

William M Hicks,
  Plaintiff,

vs.

Ken Jenne, et Al,
  Defendants.
_____/



FILED by INTAKE   D.C.
OCT 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

COMES NOW, Plaintiff William M Hicks, Pro se, Pursuant to Federal Rules of Civil Procedures, and ask that this Honorable court for Permission to amend his original §1983 civil Rights complaint.

Reason Plaintiff ask to amend complaint is to simplify it and remove 14 Defendant's and keep 13 Defendant's.

Since Plaintiff can not hire an attorney nor fined an attorney to take case, it would be best to simplify his complaint in order to resume case on his own.

The original complaint has to many Defendants and

(1)

Plaintiff wants to stick to the Defendant's who done gress negligence.

Therefore Plaintiff prays that this honorable court except his motion to amend his § 1983 civil rights complaint.

Oct 17, 2000
executed on date

Respectfully submitted
/S/ William M Hicks, Pro SE

William M Hicks
DC# 664678
Everglades Corr. Inst.
Po Box 659001
Miami, Florida 33265

(2)