UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

William M Hicks,
    Plaintiff,

vs.

Ken Jenne, et Al.,
    Defendants.

CASE NO: 00-6087-CIV-DIM

FILED by _____ D.C.
INTAKE
OCT 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## PLAINTIFF'S MOTION FOR COURT ORDER TO ALLOW PLAINTIFF'S EVIDENCE TO ENTER PRISON

COMES NOW, Plaintiff William M Hicks, Pro Se, in the above style cause Pursuant to Federal Rules of Civil Procedure, motions this Honorable court to issue an order allowing Plaintiff's evidence stored in familys Possesion to be brought into Everglades Correctional Institution for inspection.

Plaintiff has stored all his evidence since year 1996 till now in the hands of family for safe keeping.

Plaintiff ask court to order Department of Corrections to allow his father Robert J. Hicks onto premises with boxes of evidence so Plaintiff

(1)

may start his Presentation of case.

Plaintiff will need to inspect and sort through all evidence for trial Purposes as well all the defendant's will be requesting certain documents which Plaintiff has none of this in his Possesion.

Therefore inorder for Plaintiff to present and prosecute this case which has alot of documents, he ask for an order for 15 days to allow him ample time to Prepare this case. Plaintiff so Prays.

Oct 19, 2000
executed on Date

Respectfully submitted
/s/ William M Hicks, pro se

William M Hicks
DC #664670
Everglades Corr Inst
Po Box 659001
Miami, Florida 33265

(2)