UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS

v.

KEN JENNE, ET. AL.

CASE NO: 00-6087-CIV-DIMITROULEAS



MOTION FOR COURT ORDER SHOWING
PLAINTIFF'S COMPLIANCE IN PAYING PRO-SE FEE

COMES NOW, The Plaintiff William M Hicks, PROSE, asking this honorable court to issue an order to DEPARTMET OF CORRECTIONS stating that the Plaintiff in said cause has complied with this courts order to pay $150.00 filing fee for this case at hand. Since The Department of corrections continues to place holds on Plaintiff's inmate account and is removing monies to pay this court.

Plaintiff also ask this court to have inmate banking supply a print out of all monies taken thus far and supply this court and plaintiff with copies.

The plaintiff gets no response from them regarding monies taken.

wherefore the plaintiff so prays that this court will honor motion and all relief requested.

plaintiff has mailed this by u.s. mail on Nov 26, 2000.

/s/ William M Hicks
William M Hicks, pro se,
Everglades Corr Inst
BIDG H-2  Room 215
PO Box 659001
Miami, Florida 33265