UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
MAG. SEC. ___

JAN 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.    MIAMI

WILLIAM M. HICKS

v.

KEN JENNE, ET. AL

**ORDER**

Granted   To the
Denied    extent that the
Comments  financial record of
the Clerk (attached) reveals
that the plaintiff owes $34.08
Dated  1/29/01

U. S. Magistrate Judge

CASE NO. 00-6087-CIV-DIM

MOTION FOR COURT ORDER  SHOWING
PLAINTIFF'S COMPLIANCE IN PAYING PRO-SE FEE

COMES NOW, The Plaintiff William M Hicks, Pro se,
asking this honorable court to issue an order
to DEPARTMENT OF CORRECTIONS Stating that the
Plaintiff in said cause has complied with
this courts order to pay $150.00 filing fee
for this case at hand. Since The Department
of corrections continues to place holds on
Plaintiff's inmate account and is removing
monies to pay this court.

Plaintiff also ask this court to have inmate
banking supply a print out of all monies taken
thus far and supply this court and plaintiff
with copies.

The plaintiff gets no response from them regarding
monies taken.