TO: CLERK OF COURT               Feb, 7, 2001
Southern District of Fla
299 E. Broward BLVD, RM 108
FT. Laud, Florida 33301

CASE NO: 00-6087

@ HS Dimitroul

## NOTICE OF NEW P.O. BOX ADDRESS

COMES NOW, Plaintiff William M Hicks, pro se, filing with this clerk of court a change of ADDRESS for All Persons here at EVERGLADES CORR INST. Starting February 15, 2001 Plaintiff's new address will be as follows:

Everglades Corr INST
PO Box 949000
Miami, Fla 33194-9000

Thank you for your time in this matter.

Sincerely
William M Hicks
William M Hicks #664670
Everglades Corr InsT
PO Box
Miami, Fla 33265