IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

William M Hicks,
    Plaintiff,

v.                  CASE NO: 00-6087-CIU-DIM

Ken Jenne, Et, Al,
    Defendants.
_____/

MOTION FOR TELEPHONIC HEARING / CASE STATUS

COMES NOW, William M Hicks, prose, to move this honorable court, to allow Plaintiff in said cause to have a telephonic hearing to speak of case at present time. Since the Plaintiff is incarcerated and finds it very hard to prosecute said case, he feels in his best interest to have said motion granted.

WHEREFORE, based upon the foregoing movant prays this court will grant this motion and issue an order upon prison officials to permit his attendance at the telephonic hearing.

                                    William M Hicks, prose
                                    William M Hicks DC#664670

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that said motion for telephonic Hearing was handed over to Department of corrections for mailing on this 28 day of Febraury, 2001.

William M Hicks
William M Hicks DC#664670

Everglades Correctional Inst
PO BOX 949000
Miami, Florida 33194-9000