

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

William M Hicks,

    Plaintiff,

U,

Ken Jenne, Et. Al,

    Defendants.

CASE NO. 00-6087-CIV-DIM

**ORDER**

Granted
Denied
Comments

Dated 3/14/01
Charlie Humira
U. S. Magistrate Judge

Sorrentino

FILED by _____ D.C.
MAG. SEC.

MAY 14 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI


MOTION FOR TELEPHONIC HEARING / CASE STATUS


COMES NOW, William M Hicks, pro se, to move this honorable court, to allow Plaintiff in said cause to have a telephonic hearing to speak of case at present time. Since the Plaintiff is incarcerated and finds it very hard to prosecute said case, he feels in his best intrest to have said motion granted.


WHEREFORE, based upon the foregoing movant prays this court will grant this motion and issue an order upon prison officials to permit his attendance at the telephonic hearing.


William M Hicks, pro se

William M Hicks Doc#664670


NON-COMPLIANCE OF S.D. fla. L.R. 5.1A1