UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-Civ-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

WILLIAM M. HICKS,

  Plaintiff,

v.       ORDER

KEN JENNE, et al.,

  Defendants.



This Cause is before the Court upon the plaintiff's "Motion For Telephonic Hearing/Case Status," (DE# 35).

Upon Consideration, and review of the record, it is thereupon

ORDERED AND ADJUDGED that **the plaintiff's "Motion for Telephonic Hearing/Case Status," (DE# 35) is granted**, solely to the extent that he is hereby informed that copies of the amended complaint dated November 9, 2000, have been sent with Notices of Lawsuit and Requests for Waivers of Service of Summons to the eleven defendants designated by name in the amended pleading, and is otherwise denied.

DONE AND ORDERED at Miami, Florida this _14_ day of March, 2001.

           _____
           UNITED STATES MAGISTRATE JUDGE

cc: William M. Hicks, <u>Pro Se</u>
   DC# 664670
   Everglades Correctional Institution
   1601 S.W. 187th Avenue
   P. O. Box 65-9001
   Miami, FL 33265-9001