IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DIVISION # CIVIL RIGHTS
CASE NO: 00-6087-CIV-DIM
JUDGE: W.P. Dimitrouleas

William M Hicks,
   Plaintiff,
vs.
KEN JENNE, ET, AL,
   Defendant's.        /

MOTION FOR TELEPHONIC HEARING / CASE STATUS

COMES NOW, the Plaintiff, William M Hicks, Pro SE, asking this honorable court, to allow Plaintiff in said cause to have a telephonic hearing to speak of present case and status. Since the Plaintiff is incarcerated and finds it very hard to contact this court's clerk to find out status of case. Also he feels it's hard to prosecute said case to best of his ability since the Plaintiff is not fully in tune to his own civil Rights case. Therefore, the Plaintiff feels it to be in his best intrest to have this court honor said motion and grant the relief requested.

48

WHEREFORE, based upon the foregoing facts, the movant prays this honorable court will grant this motion and issue an order upon the prison officials at Everglades CORR INST, to permit his attendance at the telephonic hearing.

## CERTIFICATE OF SERVICE

The Plaintiff, <u>William M Hicks</u>, HEREBY CERTIFY that said motion for telephonic hearing, was handed over to the Department of corrections officials for mailing on this <u>17 day</u>, of March, 2001.

William M Hicks
William M Hicks, DC #664670

Everglades Corr INST
PO Box 949000
Miami, Florida 33194-9000