DRC/tcl
97-6939

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

WILLIAM M. HICKS          )
                          )
    Plaintiff         )
                          )
vs.                       )
                          )
KEN JENNE, et al.         )
                          )
    Defendants        )
_____)

## MOTION TO DISMISS

Defendants, EMSA LIMITED PARTNERSHIP, INPHYNET, DR. WINTHROP, DR. DAVIS, DR. UCKER, DR. TREVOR WEATHERS, DR. CLINE, and DR. PEARSON, by and through the undersigned counsel, move to dismiss the action for failure to prosecute, and state as follows:

1. By Order dated October 30, 2000, the Court granted Plaintiff's Motion for Leave to Amend "to the extent that the plaintiff shall, on or before November 30, 2000, file an amended complaint." *Id.* at p. 2. The Court then gave Plaintiff specific instructions on how to amend the complaint, and specifically cautioned the Plaintiff that failure to file the amended complaint by November 30, 2000 "would likely result in dismissal of this case." *Id.* at p. 3.

2. Nearly 4 months have past since the November 30, 2000 deadline, and Plaintiff has yet to file the superseding amended complaint, notwithstanding the Court's clearly worded caution.



*Hicks v. Jenne et al.*
*U.S. District Court, S.D. Fla.*
*Case No. 00-6087-CIV-Dimitrouleas*
*Magistrate Judge Sorrentino*

3. Plaintiff's failure to comply with the October 30, 2000 Order presents a clear record of delay, and Plaintiff's disregard for the Court's cautionary instructions that the failure to comply will likely result in dismissal demonstrates contumacious conduct by Plaintiff, warranting dismissal. *See, Jones v. Graham*, 709 F. 2d 1457 (11th Cir. 1983).

4. As additional grounds for dismissal, Plaintiff has failed to perfect service of process on these Defendants, notwithstanding the time limitations in Rule 4(m), Fed.R.Civ.P.

WHEREFORE, Defendants, EMSA LIMITED PARTNERSHIP, INPHYNET, DR. WINTHROP, DR. DAVIS, DR. UCKER, DR. TREVOR WEATHERS, DR. CLINE, and DR. PEARSON, respectfully request this Honorable Court dismiss this action for lack of prosecution, and for such other and further relief as the Court deems appropriate.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was mailed on this 21st day of March, 2001, to: William M. Hicks, *Pro Se*, DC# 664670, Everglades Correctional Institution, 1601 SW 187 Avenue, P.O. Box 65-9001, Miami, Florida 33265-9001.

> O'CONNOR, CHIMPOULIS, RESTANI,
> MARRERO & McALLISTER, P.A.
> 2801 Ponce de Leon Blvd., 9th Floor
> Coral Gables, Florida 33134
> (305) 445-4090 Phone; (305) 445-7728 Fax
>
> By: _____
> DAVID R. CASSETTY
> FBN 991023

F:\WORD\FILES\97-6939\pleading\m-dismiss drc