

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Division # CIVIL RIGHTS
CASE NO: 00-6087-CIV-DIM
JUDGE: W.P. Dimitrouleas
Sorrentino

William M Hicks,
    Plaintiff,
vs.
Ken Jenne, ET, AL,
    Defendant's.



ORDER

Granted except that a copy of the Court's docket is enclosed with this Order.
3/26/01
/s/ Ana Maria Sorrentino
U.S. Magistrate Judge

## MOTION FOR TELEPHONIC HEARING / CASE STATUS

COMES NOW, the Plaintiff, William M Hicks, Pro Se, asking this honorable court, to allow Plaintiff in said cause to have a telephonic hearing to speak of present case and status. Since the Plaintiff is incarcerated and finds it very hard to contact this court's clerk to find out status of case. Also he feels it's hard to prosecute said cause to best of his ability since the Plaintiff is not fully in tune to his own civil rights case.

Therefore, the Plaintiff feels it to be in his best intrest to have this court honor said motion and grant the relief requested.