UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO
DIVISION. CIVIL

FILED BY _____ D.C.
2001 MAR 28  PM 12:47
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

William M Hicks,
    Plaintiff,

vs.

KEN JENNE, et al,
    Defendant's.
_____/

## DISCOVERY MOTION FOR COURT ORDER TO ALLOW PLAINTIFF RECORDS IN INTERNAL AFFAIRS FILES IN BROWARD SHERIFF'S OFFICE

COMES NOW, Plaintiff, William M Hicks, PRO SE, Pursuant to Fed. R. Civ. PRO, Rule __26__, for a court order to be served upon Broward Sheriff's office, Attention Internal Affairs Division. Since the Plaintiff needs court's assistance due to he has tried feverishly to retain a full and accurate copy of his record regarding Assault in North BROWARD DETENTION CENTER Jail and main Jail, complaints of no medical, and wrongful displinary confinement's. Plaintiff has met resistance up till now. Therefore Plaintiff needs records to fully prepare and Prosecute his civil rights claim and to further his discovery. The Plaintiff states as follows but not limited to:

(1 of 3)

(1.) Initial filings of all complaint's filed through years 1996-1999;

(2.) All records of medical files, notes, xrays and reports;

(3.) All invesigative reports, findings with all staff of Broward county Jail(s), all reports with Detainee(s) and medical contractor E.M.S.A;

(4.) Full complete names of All officers, Detectives and officials who conducted, and took part in all proceedings regarding to plaintiff's claim;

(5.) All interviews between Plaintiff and "all" personel of interal affairs from years 1996 through 1998; and

(6.) All correspondence letters from Plaintiff and internal affairs.

   WHEREFORE, Plaintiff prays upon this honorable court to grant an ORDER for motion for Discovery and allow order to be continued till such time Plaintiff recieves all records requested from Internal Affairs in Broward Sheriff's office.

William M Hicks #664670
William M Hicks, PROSE

March 26, 2001
DATED

(2.)

## OATH

Under Penalties of Perjury, I William M Hicks, Pro SE Declare that I submit in good faith and use Discovery for Purposes only to further my 1983 Civil Rights claim Accordance with section 92.525 of the Florida Statutes.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was handed over to prison officials to mail by U.S. mail on this 26 day of march, 2001, to: Mc.allister, esq, 2801 Ponce de leon Blvd, 9th Floor Coral Gables, Florida 33134

William M Hicks #664670
William M Hicks, PRO SE
Everglades correctional INST
1601 SW 187 Ave, PO Box 65
miami, fla 33265-9001

CC: Court clerk
: Defendant's counsel "medical"
: File