~~COPY FOR JUDGE~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO
DIVISION: CIVIL



WILLIAM M. HICKS,
  Plaintiff,

v.

KEN JENNE, et al.,
  Defendants.



ORDER
Granted ☐
Denied ☐  this pleading
Comments: will be reviewed
on a reply.
Date: 4/10/01
[signature] Charlene H. Sorrentino
U.S. Magistrate Judge

## PLAINTIFF'S MOTION TO DENY DEFENDANT'S MOTION TO DISMISS CASE

COMES NOW, Plaintiff, William M Hicks, pro se, files his motion to Dismiss defendant's motion to dismiss case. Plaintiff submits facts herein which are in court's files. Therefore this court should not dismiss case since the Plaintiff followed all court's orders, rules in a timely fashion and states as follows:

(1.) Plaintiff, filed a motion to amend his $1983 civil rights claim to relate back to year 1996 of original filing. And to remove (4) defendants and keep remaining (13) defendants in complaint, dated Oct 17,

(1)