IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,                         CASE NO.: 00-6087-CIV-DIMITROULEAS

    Pro Se Plaintiff,

vs.

KEN JENNE, et al.

    Defendants
_____/

## DEFENDANT, WEATHERS, NOTICE OF FILING WAIVER OF SERVICE OF SUMMONS

Defendant, TREVOR WEATHERS, DDS, by and through his undersigned counsel files this Notice of Filing Waiver of Service of Summons, in the instant case.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via regular mail on this 12th day of April, 2001 to WILLIAM M. HICKS, Pro Se Plaintiff, Inmate Number 664670, Everglades Correctional Institution, P.O. Box 659001, H-2-215, Miami, FL 33265-9001.

                    M<sup>C</sup>INTOSH, SAWRAN, PELTZ &
                    CARTAYA, P.A.
                    1776 East Sunrise Boulevard
                    Post Office Box 7990
                    Fort Lauderdale, FL 33338-7990
                    (954) 765-1001
                    (954) 765-1005 fax

                    By: _____
                    Douglas M. McIntosh
                    Florida Bar No.: 325597