IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,                                CASE NO.: 00-6087-CIV-DIMITROULEAS

        Pro Se Plaintiff,

vs.

KEN JENNE, et al.

        Defendants
_____/

## WAIVER OF SERVICE OF SUMMONS

**TO:  William M. Hicks, Pro Se**
     **c/o CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF FLA.**

I acknowledge receipt of your request that I waive service of a summons in the action of Hicks v. Jenne, et al., which is case number 00-6087-Civ-Dimitrouleas in the United States District Court for the Southern District of Florida. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I, DOUGLAS M. MCINTOSH, Esq. as attorney for Trevor Weathers, DDS, be served with judicial process in the manner provided by Rule 4.

I, DOUGLAS M. MCINTOSH, Esq. as attorney for Trevor Weathers, DDS, will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons in the service of the summons.

I understand that a judgment may be entered against Trevor Weathers, DDS, if an answer or motion under Rule 12 is not served upon you within 60 days after the 16th day of March, 2001, or within 90 days after that date if the request was sent outside the United States.

4-12-01
Date

SIGNATURE

        Printed/Types Name: DOUGLAS M. MCINTOSH, ESQ.
        As: Attorney for Trevor Weathers, DDS
        1776 East Sunrise Blvd
        Fort Lauderdale, FL 33338-7990
        (954) 765-1001 Office
        (954) 765-1005 Facsimile