**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**



WILLIAM M. HICKS,   Case No. 00-6087-CIV-Dimitrouleas

    Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. WECKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.,

    Defendants.
_____/

## NOTICE

Please be advised that the law firm of Purdy, Jolly & Giuffreda, P.A. represents BARBARA HANSON-EVANS and STANLEY HOLMES, who have been named as Defendants in the above-referenced lawsuit. The Complaint, with its Summons and Waivers of Service of Summons, which Waivers are both dated March 16, 2001, have been forwarded to this office for review and response.

Pursuant to the directive as contained in those Notices, and as otherwise contemplated by Rule 4(d)(3) of the Federal Rules of Civil Procedure, this is to advise that it is the intention of these Defendants to serve written defenses to the Complaint within sixty (60) days of March 16, 2001, i.e. on or before May 15, 2001. It is my understanding that no further action will be taken in connection with prosecution of this claim until such time as written defenses have been filed.

1

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to WILLIAM M. HICKS, Plaintiff, DC#664670, c/o Everglades Correctional Institution, P.O. Box 659001, H-2-215, Miami, Florida 33265-9001 this \2^th day of April, 2001.

> PURDY, JOLLY & GIUFFREDA, P.A.
> Attorneys for Defendants
> HANSON-EVANS & HOLMES
> 1322 S.E. Third Avenue
> Fort Lauderdale, Florida 33316
> Telephone: (954) 462-3200
> Facsimile: (954) 462-3861
>
> BY: _____
> SUMMER M. BARRANCO
> Florida Bar No. 984663

2