**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**



WILLIAM M. HICKS,

      Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. WECKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.,

      Defendants.
_____/

Case No. 00-6087-CIV-Dimitrouleas

### NOTICE OF APPEARANCE

**YOU ARE HEREBY NOTIFIED** that the undersigned attorneys do hereby enter their appearance as attorneys of record for the Defendants, BARBARA HANSON-EVANS and STANLEY HOLMES, in the above-styled cause, and you are hereby requested to furnish the said attorneys with copies of all future motions, orders, etc., in this cause.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail to **WILLIAM M. HICKS, Plaintiff, DC#664670,** c/o Everglades Correctional Institution, P.O. Box 659001, H-2-215, Miami, Florida 33265-9001 this 12th day of April, 2001.

    PURDY, JOLLY & GIUFFREDA, P.A.
    Attorneys for Defendants
    HANSON-EVANS & HOLMES
    1322 S.E. Third Avenue
    Fort Lauderdale, Florida 33316
    Telephone: (954) 462-3200
    Facsimile: (954) 462-3861

BY: _____
    SUMMER M. BARRANCO
    Florida Bar No. 984663

