COPY IN CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI FLORIDA DIVISION

CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO
DIVISION: CIVIL



FILED by NTAKE
01 APR 25 AM 9:56
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

WILLIAM M HICKS,
   Plaintiff,
VS.
KEN JENNE, et al,
   Defendant(s).

## PLAINTIFF'S REQUEST FOR COURT ORDERED INVESTIGATION

COMES NOW, plaintiff, William M Hicks, pro se. HEREBY call upon this honorable court for a full and complete FEDERAL investigation into his $ 1983 civil rights complaint which is once again interfering with his criminal remedy process.

Since plaintiff was transferred back to this region from up NORTH, he has met incredible resistance from persons involved in his civil suit now PENDING. Since his suit is very political and detrimental to only the guilty, they are taking extremely wrongful actions to cover up for their "<u>OWN MISTAKES</u>". The plaintiff, will show this fact and more through the legal process.

1


Since the actions taken by these misclaim persons, they are in the nature of criminal mischief and are conniving with Broward County Sheriff's personnel and Broward State Attorney's office to use false witnesses "inmates here at Everglades corr Inst" with help of captain's, warden's, sgt's and personnel from Law Library and School.

Plaintiff, would like to bring to court's attention that in plaintiff's first $1983 civil rights complaint filed in year 1996, he was severely assaulted and received no medical care. He only filed his complaint to seek court's help in forcing Jail and E.M.S.A. personnel into giving plaintiff treatment. But the plaintiff's hopes fell when this Honorable court denied him an order to recieve medical care for his "SERIOUS" medical needs. But since plaintiff had to seek medical help on his own he was caught up in a criminal conspiracy which the county Jail and medical contractor E.M.S.A. along with Broward States Attorney's office had conspired with "INMATES" in Jail "close to 23 inmates" to testify against him. This alone shows innocence of plaintiff. That if the state had to go that far? "But they had an objective, give the plaintiff death penalty so he could not sue for damages".... A jury would not give any amount to a person on "DEATH ROW".....

As of now, plaintiff found out about hidden evidence by the state and police that would of shown "innocence beyond a reasonable doubt". known since Aug 7, 1995 till 1998. Plaintiff found out in prison "2001".......

WHEREFORE, the plaintiff PRAYS upon this honorable court Judge Sorrentino to order the United States Federal MARSHAL'S division to come out and visit with the plaintiff only, where at such time he will provide full names of all involved in year 1996 till 1998 and of present persons here at Everglades corr Inst. The plaintiff PRAYS his plea for help dose not fall upon deaf ears. Plaintiff needs help now before he gets seriously hurt or is KILLED!......

2

William M Hicks 664670
William M Hicks, pro se

## AFFIDAVIT / OATH

UNDER PENALTY OF PURJURY. I WILLIAM M HICKS, HEREBY SWEAR THAT HE HAS READ/WROTE SAID REQUEST FOR AN INVESTIGATION AND THAT ALL CONTAINED HEREIN, IS TRUE AND CORRECT. This 23 day of April, 2001.

William M Hicks 664670
William M Hicks, pro se
Everglades Corr INST
PO Box 949000
Miami, Fla 33194-9000

I hereby certify that a true and correct copy was handed over to prison officials to mail, by U.S. mail. This 23 day of April, 2001, TO:

1. Summer M. Barranco, esq, 1322 SE Third Avenue, FT Laud, Fla 33316
2. Douglas M. McIntosh, esq, 1776 East Sunrise Blvd, FT. Laud, Fla 33338-7880
3. McAllister, P.A., esq, 2801 Ponce de leon Blvd 9th FL Coral Gables, Fla 33134

William M Hicks 664670
William M Hicks, pro se,

3.