COPY FOR JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI FLORIDA DIVISION

FILED by ___ D.C.
MAG. SEC.
APR 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO
DIVISION: CIVIL

WILLIAM M HICKS,
    Plaintiff,
vs.
KEN JENNE, et al,
    Defendant(s).

**ORDER**
Granted ~~~~
Denied ✓
Comments _____
Dated: 4/30/01
_____
U.S. Magistrate Judge

## PLAINTIFF'S REQUEST FOR COURT ORDERED INVESTIGATION

COMES NOW, plaintiff, William M Hicks, pro se, HEREBY call upon this honorable cort for a full and complete FEDERAL investigation into his §1983 civil rights complaint which is once again interfering with his criminal remedy process.

Since plaintiff was transferred back to this region from up NORTH, he has met incredible resistance from persons involved in his civil suit now PENDING. Since his suit is very political and detrimental to only the guilty, they are taking extremely wrongful actions to cover up for their "<u>OWN MISTAKES</u>". The plaintiff, will show this fact and more through the legal process.