UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE SORRENTINO

CASE NO. 00-6087-Civ-Dimitrouleas

Florida Bar No. 389242

WILLIAM M. HICKS,                    )
                                     )
                    Plaintiff,       )
                                     )
v.                                   )
                                     )
KEN JENNE, SUSAN McCAMPBELL,         )
BARBARA HANSON-EVANS,                )
STANLEY HOLMES, JOHN DOES            )
#1 AND #2, DR. W.C. DAVIS, DR.       )
UECKER, DR. TREVOR WEATHERS,         )
DR. CLINE, DR. PEARSON, DR. G.       )
PEARSON, EMERGENCY MEDICAL           )
SERVICES ASSOCIATION,                )
                                     )
                    Defendants.      )
_____)

## NOTICE OF VACATION

Defendants, EMSA Limited Partnership, Inphynet, Dr. Winthrop, Dr. Davis, Dr. Uecker, Dr. Trevor Weathers, Dr. Cline, and Dr. Pearson, by and through their undersigned counsel, hereby file this Notice of Vacation and state that the undersigned counsel is scheduled to be on vacation from **June 18, 2001 through and including July 5, 2001**, and respectfully request that no hearings, depositions, or other proceedings be scheduled during this time. In addition, undersigned counsel respectfully requests that the above-captioned matter not be set for trial during that time period.



Hicks v. Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Vacation was mailed this seventh day of May, 2001 to: WILLIAM M. HICKS, *pro se*, #664670, Everglades Correctional Institution, P.O. Box 949000, Miami, FL 33194-9000 and DOUGLAS M. McINTOSH, Esquire, McIntosh, Sawran, Peltz, Cartaya, 1776 East Sunrise Boulevard, Fort Lauderdale, FL 33304-3046.

> O'CONNOR, CHIMPOULIS, RESTANI,
> MARRERO & McALLISTER, P.A.
> Attorneys for Defendants, EMSA Limited
>     Partnership, Inphynet, Dr. Winthrop,
>     Dr. Davis, Dr. Uecker, Dr. Trevor Weathers,
>     Dr. Cline, and Dr. Pearson
> 2801 Ponce de Leon Boulevard
> Ninth Floor
> Coral Gables, FL 33134
> (305) 445-4090
>
> By: _____
> JOEL L. SHULMAN

F:\WORD\FILES\97-6939\pleading\nvacation 01.mp

-2-