UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SERELTIS
Division: CIVIL



01 MAY 16 AM 11:44

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FL.- MIAMI

William M. Hicks,
    Plaintiff,

vs.

Ken Jenne et al,
    Defendant(s).

### PLAINTIFF'S RESPONSE TO DEFENSE COUNSEL'S REQUEST TO STAY CASE PENDING HIS PERSONAL VACATION

Comes Now, Plaintiff William M. Hicks pro-se and files with this honorable court his objection to defense counsel's request to stay of this said case, for his reason to take a "Personal Vacation". Plaintiff feels this is not a LEGITIMATE reason to stay this case. If MR. McALLISTER, ESQ, was the only attorney for his defendant(s), the plaintiff would have no objection, but since he has total of (5) partner's there is no reason why one could not supervise this case. Since the Plaintiff needs to access discovery for legal reasons, this case must go on.

WHEREFORE, the Plaintiff ask this court to continue this case and allow discovery to be discussed before any more time lapses.

                                            William M. Hicks, pro se
                                            William M. Hicks

## CERTIFICATE OF SERVICE

I, William M. Hicks, pro se, HEREBY CERTIFY that a true and correct copy of Plaintiff's objection to defense counsels' stay of case for resurrection there of was mailed by prison officials by U.S. mail this 2 day of May, 2001 to:

Mc ALLISTER, Esq, 2801 Ponce de Leon Blvd - 9th fl, Coral Gables, Florida 33134,

McINTOSH, Esq, 1776 East Sunrise Blvd, Ft. Lauderdale, Florida 33304-south

William M. Hicks, pro se
William M. Hicks #661618
Everglades Corr. Inst.
PO Box 949000
Miami, Fla 33194-9000