IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,                           CASE NO.: 00-6087-CIV-DIMITROULEAS

    Pro Se Plaintiff,

vs.

KEN JENNE, et al.

    Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS STIPULATED** that the law firm of McIntosh Sawran Peltz & Cartaya, P.A. is hereby allowed to withdraw as counsel of record for the Defendant, TREVOR WEATHERS, D.D.S. and that the law firm of O'Connor, Chimpoulis, Restani, Marrero & McCallister, P.A. is to represent the Defendant, TREVOR WEATHERS, D.D.S., effective per the date of the Court's Order.

| | |
|---|---|
| McIntosh Sawran Peltz & Cartaya, P.A. | O'Connor, Chimpoulis, Restani, Marrero & |
| 1776 East Sunrise Boulevard |   McCallister, P.A. |
| P. O. Box 7990 | 2801 Ponce de Leon Blvd.-Suite 900 |
| Fort Lauderdale, Florida 33338-7990 | Coral Gables, Florida 33114 |
| By: _[signature]_ | By: _[signature]_ |
| Douglas M. McIntosh | Joel Schulman, Esquire |
| Florida Bar No. 325597 | Florida Bar No. 389242 |
| Matthew R. Kamula | |
| Florida Bar No. 857483 | |

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via regular U.S. Mail this /5 day of May, 2001 to William H. Hicks, Pro Se Plaintiff, Number B595-14533, Broward County Jail, P.O. Box 9356, Ft. Lauderdale, FL 33310, E. Bruce Johnson, Esquire,



Attorneys for Cochrane, 790 E. Broward Boulevard, Suite 400, Ft. Lauderdale, FL 33303-0220, George E. Bunnell, Esquire. Attorneys for Dr. Pearson, Bunnell, Woulfe, Kirschbaum, Keller & McIntyre, P.A., Post Office Drawer 030340, Fort Lauderdale, FL 33303 and Summer M. Barranco, Esquire, 1322 SE Third Avenue, Fort Lauderdale, FL 33316.