IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,                           CASE NO.: 00-6087-CIV-DIMITROULEAS

       Pro Se Plaintiff,

vs.

KEN JENNE, et al.

       Defendants
_____/

FILED by _____ D.C.
MAG. SEC.
MAY 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## ORDER

**THIS CAUSE** came on before this Honorable Court upon Stipulation of Counsel, and the Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that McIntosh, Sawran, Peltz & Cartaya, P.A. is hereby given leave to withdraw as counsel of record for Defendant, TREVOR WEATHERS, D.D.S. and that O'Connor, Chimpoulis, Restani, Marrero & McCallister, P.A. be and the same is hereby substituted as counsel for the Defendant, TREVOR WEATHERS, D.D.S.

**DONE AND ORDERED** in chambers at Dade County, Florida, this 23 day of May, 2001.

                                               Charles H. Santino
                                               ~~William P. Dimitrouleas~~
                                               ~~United States District Court Judge~~

Copies furnished to:
Douglas M. McIntosh, Esquire
William H. Hicks, Pro Se Plaintiff
E. Bruce Johnson, Esquire
George E. Bunnell, Esquire
Summer M. Barranco, Esquire
Joel Schulman, Esquire