UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,

    Plaintiff,

vs.

Case No. 00-6087-CIV-Dimitrouleas

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. WECKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.

    Defendants.



FILED by _____ D.C.
MAG. SEC
MAY 24 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ORDER
Granted ✓ to 6/29/01
Denied _____
Comments _____
Dated 5/24/01
_____
U.S. Magistrate Judge

### DEFENDANTS HANSON-EVANS AND HOLMES' MOTION FOR EXTENSION OF TIME

The Defendant, HANSON-EVANS and HOLMES, through their undersigned attorneys, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, file this their Motion for Extension of Time (and Memorandum of Law) and in support thereof would state as follows:

1. The Plaintiff, who is proceeding pro se, has filed an Amended Complaint pursuant to Title 42 U.S.C. Section 1983 alleging violation of his federal constitutional rights against, among others,[1] Defendants HANSON-EVANS and HOLMES. These two defendants agreed to waive personal service of the Amended Complaint upon them. Therefore, on April 12, 2001 the office of the undersigned entered its Notice of Appearance on their behalf and filed a Notice that it was these Defendants' intention to serve written defenses to the Amended Complaint on or before May 15,

---

[1] Plaintiff also names Sheriff Ken Jenne and numerous others as Defendants in this matter. As the other defendants have either not been served with process in this matter or are represented by separate counsel, this motion is being filed on behalf of Hanson-Evans and Holmes only.