UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-Dimitrouleas

MAGISTRATE JUDGE SORRENTINO

DIVISION. CIVIL

William M Hicks,
  Plaintiff,
vs.
KEN JENNE, et al,
  Defendant's.

**ORDER**
Granted ☐
Denied ☒
Comments: The Sheriff's Office is not a defendant. The plaintiff must seek discovery from the defendants through their counsel.
Dated: 6/25/01
/s/ Charles Sorrentino
U.S. Magistrate Judge

FILED by MAG. SEC.
JUN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.

## DISCOVERY MOTION FOR COURT ORDER TO ALLOW PLAINTIFF RECORDS IN INTERNAL AFFAIRS FILES IN BROWARD SHERIFF'S OFFICE

COMES NOW, Plaintiff, William M Hicks, Pro Se, Pursuant to Fed. R. Civ. Pro, Rule 26, for a court order to be served upon Broward Sheriff's office, Attention Internal Affairs Division. Since the Plaintiff needs court's assistance due to he has tried feverishly to retain a full and accurate copy of his record regarding assault in North BROWARD DETENTION CENTER jail and main jail, complaint's of no medical, and wrongful displinary confinement's. Plaintiff has met resistance up till now. Therefore Plaintiff needs records to fully prepare and prosecute his civil rights claim and to further his discovery. The Plaintiff states as follows but not limited to: