UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE SORRENTINO



William M Hicks,
   Plaintiff,

V.

KEN JENNE, et al,
   Defendant(s).

PLAINTIFF'S MOTION FOR EXTENTION OF TIME

COMES NOW, Plaintiff and requests a extention of time for (30) days to respond to DEFENDANT(S) motion to DISMISS from Hanson-Evans and Holmes. Plaintiff needs this time to provide exhibits and he is in the middle of his criminal trial motion(s).

                         William M Hicks, pro se
                         William M Hicks 664670
                         Everglades Corr Inst



I HEREBY CERTIFY that a copy of this motion for extention of time has been turned over to prison officials to mail this 4TH day of July, 2001 and mailed true copies to:

Joel Shulman, esq  2801 ponce de leon BlVD, 9TH Floor coral Gables, florida 33134, and

Summer M. Barrance 1322 S.E. 3rd Avenue, FT Laud, Florida 33316.

William M Hicks PROSE
William M Hicks 664670
Everglades corr INST
PO Box 949000
Miami, fla 33194-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE SORRENTINO

William M Hicks
   Plaintiff,
v.
KEN JENNE, et al,
   Defendant(s).

PLAINTIFF'S MOTION FOR EXTENTION OF TIME

Comes now, Plaintiff and requests a extention of time for (30) days to respond to DEFENDANT(S) motion to DIMISS from Hanson-Evans and Holmes. Plaintiff need's this time to provide Exhibits and he is in the middle of his criminal trial motion(s).

William M Hicks pro SE
William M Hicks 664670
Everglades corr ENST

I HEREBY CERTIFY that a copy of this motion for extention of time has been turned over to prison officials to mail this 4TH day of July, 2001 and mailed true copies to:

Joel Shulman, Esq, 2801 Ponce de leon Blvd, 9TH FL Coral Gables, Florida 33134, and

Summer m Barranco 1322 S.E. 3rd Avenue, FT. Laud, Florida 33316.

William m Hicks prose
William m Hicks 664670
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000