UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-Civ-Dimitrouleas

MAGISTRATE JUDGE SORRENTINO

CIVIL DIVISION / miami

William M Hicks,

    Plaintiff,

vs.

KEN JENNE, et.al,

    Defendant(s).

## PLAINTIFF'S SUPPLEMENTAL SUPPORTING EVIDENCE TO BE ADDED TO HIS RESPONSE TO DEFENDANT(S) MOTION TO DISMISS

COMES NOW, Plaintiff William m Hicks, pro se, and hereby submits his SUPPLEMENTAL EVIDENCE TO Defendant(s) E.M.S.A, DR. W.C, Davis, DR. Ucker, DR. Trevor weathers MOTION TO DISMISS CASE.

Plaintiff submits a complaint Dated may 18, 2001 sent to Internal Affairs, of Broward sheriff's office, and

a grievance from Broward sheriff's office from year 1996.

Plaintiff ask that these "towards" his defense to support his claim be added to his response filed in clerk of court.

        William M Hicks #664670

        William M Hicks, pro se.

        6/29      2001

        DATED

1

## CERTIFICATE OF SERVICE

I William M Hicks, prose, hereby certify that a true and correct copy of Plaintiff's SUPPLEMENTAL EVIDENCE was handed over to prison authority's to mail, by U.S. mail this __29TH__ day of __June__, 200l and served upon All defendant(s) counsel listed herein,

1.) MCALLISTER, esq, 2801 Ponce de leon Blud 9TH FL coral Gables, Florida 33134,

2.) SUMMER BARRANCO, esq, 1322 S.E. Third Avenue Fort Laud, Florida 33316,

3.) E. BRUCE JOHNSON, esq, 790 East Broward Blud, suite 400 Fort Laud, florida 33303-0220,

4.) DOUGLAS H. MCINTOSH, esq, 1776 East Sunrise Blod, Fort Laud, florida 33304.

William M Hicks 664670
William M Hicks, PROSE
Everglades CORR INST
PO BOX 949000
Miami, Fla 33194-9000

TO INTERNAL AFFAIRS DIVISION,
BROWARD COUNTY SHERIFF'S OFFICE
Post Box office 9507
FT. Lauderdale, Florida 33310                          MAY 18, 2001


                              FRom: William m Hicks #664670
                                    Everglades CORR INST
                                    Po Box 949000
                                    miami, florida 33194-9000


        PETITION FOR A FORMAL COMPLAINT TO BE FILED
        AND CASE NUMBER TO BE ASSIGNED


    I William m Hicks, files this formal complaint to Internal
    Affairs, Division of broward county, florida. Third filing:


    PARTIES NAMED:
    1. Ken Jenne "sheriff".
    2. Susan mccampbell "Director of BSO".
    3. Charles martan, esq "Prosecutor".
    4. chief Walter F. Lagroves "STATE ATTorney's office."
    5. Internal Affairs "Personnel" "agents" BSO.
    6. Barbra Law "superintendant N.B.D.C. Jail".
    7. mR. Willie Roberts "superintendant main Jail".
    8. mR. Robinson "unit manager of Programs".
    9. mR. Bechard "unit manager N.B.D.C. Jail".
    10. mes. maude "unit manper N.B.D.C. Jail".

                              1

11. Mrs. Schwartz "case worker W.B.D.C. Jail".

12. Mrs. Holmes "Mr. Holmes. Stanly write", case worker" main Jail".

13. Miss Jackson "case worker main Jail".

14. Mrs. Green "case worker main Jail".

15. "SGT" or "L.T." Garrison "worked as SGT at W.B.D.C. Then to L.T. At main Jail".

16. SGT Locket "W.B.D.C. Jail".

17. SGT Watson "W.B.D.C. Jail".

18. SGT Lyons "W.B.D.C Jail".

19. SGT Scott "W.BD.C Jail".

20. SGT Wimberly "main Jail".

21. SGT Botero "W.B.D.C. Jail".

22. Deputy Popivitch "W.B.D.C. Jail".

23. Deputy Predo "W.B.D.C. Jail".

24. Deputy Grossnickle "W.B.D.C. Jail".

25. Deputy Rivera "W.B.D.C. Jail".

26. Deputy Kelly "W.B.D.C. Jail", worked psych unit", not his brother.

27. Deputy Mathews "W.B.D.C. Jail".

28. Deputy Setrh "W.B.D.C. Jail".

29. Deputy Peirce "W BDC Jail".

30. Deputy Burke "W.B.D.C. Jail".

31. Deputy Ingram "W.B.D.C. Jail".

32. Deputy Sharky "W.B.D.C. Jail".

33. Deputy Korum "W.B.D.C. Jail".

34. Deputy Silden "W.B.D.C. Jail".

35. Deputy Carter "W.B.D.C. Jail", main Jail".

36. Deputy M^cClever "main Jail".

37. Deputy Thomas "main Jail".

38. Deputy Guzman "main Jail".

39. Deputy McGomery "main Jail".

2

40. Deputy Wilson "main Jail".

41. Deputy Danniels "main Jail".

42. Public Defenders office "17th Judicial Circuit".

43. Judge James I Cohn "17th Judicial Circuit".

44. "E.M.S.A" Emergency Medical Services Association.

45. DR. Davis, M.D. "N.B.D.C, chief of medical".

46. DR. Trevor Weathers, DDS, oral surgeon "N.B.D.C and main Jail".

47. DR. Cline, DDS.

48. DR. Pearson, DDS.

49. DR, Ucker, M.D. "main Jail"

50. Barbara Hansan-Evans, HSA, B.S.O. "N.B.D.C. Jail".

51. MR Stanley Holmes "Both Jails". B.S.O. and E.M.S.A..

52. Kevin J. R.N.

53. MR. Hanley. "N.B.D.C. Jail" mental health..

54. M. Nelson, R.N. "N.B.D.C Jail".

55. MRS. Richardson, R.N. "N.B.D.C Jail".

56. DR. Limia M., M.D.

57. Broward County Jail(s) "illegal Phase Blocks".

58. DR. Lynne Westby "psychologist chattahoochee state hospital".

59. DR. Glen Watson "psychiatrist chattahoochee state hospital".

60. Christopher C. Cloney, P.A. esq, "advocate to inmates".

START OF FORMAL COMPLAINT

Take full notice: That claimant's condition is
getting worse every day with out recieving
any pain medication(s) or treatment as he now
resides at Everglades corr Inst under medical
contractor "C.M.S." owned by E.M.S.A.......

3

CLAIMANT RECIEVED FRACTURES TO HEAD CONSISTING OF:

(A.) Right temple, 1/4 to 1/2 inch wide break. was told to wire shut but "Two" denTisT said no,

(B.) under right eye, facial bone, was told to repair but refused,

(C.) Right side of jaw in two places, was told by DR. ucker, m.D. to due "O.m.F.S." Open mouth Fracture surgery, but refused by two dentist,

(D) Suture(s) to facial under right eye.

To DATE of writing this complaint 2001, claimant still endures with medical problems:

(A) Right temple causes extreme pain 24 hours a day, Touch temple and it sends a shock wave of nerves,

(B.) can not open mouth wider than 1/4 inches wide and does not open up and down, but side ways, problem chewing as jaw muscles give out and cause cracking noises as well 24 hour pain,

(C.) facial causes pain and sinus problems,

(D.) Right eye is scratched badly and have floating black marks as well constant blurred vision,

(E.) Shock waves of pain at times to left temple,

(F.) whole head is in constant pain as always nauseous and dizy and feels as if have blood clots in head do to severe beating from assault,

(G.) constant neck pain, cant move to fast or sleep certain ways do to the amount of stress and pain,

(H.) Back is always in pain, causes severe chest pains do to the way I have to move and sleep to recieve relief.

Claimant continues since 1996 till now MAY 2001, to have all these problems on a 24 hour bases as well passes out from extreme pain and wakes up in middle of night crying from pain. At no time has

4

Claimant recieved proper treatment or told truth of medical condition. He recieves no pain medication and is told it's in his "HEAD", meaning I never endured a assault. claimant has to dissociate from people and loud noise do to extreme pain.

claimant continues now to recieve medical, but am refused as he is now under the care of contractor "C.M.S." owned by E.M.S.A. contractor who denied proper medical care.

## START OF COMPLAINT AGAINST NAMED

(1.) KEN JENNE "SHERIFF OF B.S.O.". . . was appointed sheriff by then Lawton chiles, governer. At that time claimant had mailed out over one hundred letters to congress, TV stations, News papers, Lawyers, Legal aid and support groups for prismers. Jenne used me as an edge to gain his position. After placed in office he d.dnt or wouldn't rid corruption that was going on In Broward county. At all times Jenne knew and was fully aware of all illegal actions:

A. I sent up to 20 pages in each complaint package for help and as I supplied pure facts, I recieved no help to any avail,

B. As commissioner MRS. parrish ran for position of sheriff, I supplied her complaint's but no heiP came, only more cover ups. MRS. parrish dropped out of race for sheriff since I inturn mailed letters of correspondence's with her to over 100 people and I showed cover up,

C. The more pressure I applied upon Lawton chiles and Attorney General, Robert Butterworth, they had no choice but to remove power of acting sheriff from B.S.O. director, Susan McCampbell. Susan kept all illegal activitys going and pressure was great that they had to place now

5

Ken Jenne in as sheriff. As claimant feels to continue cover up for Attorney General, Robert Butterworth's wife who is part owner of far different medical contractor's, supplies all jails and prisons in the state of florida as well all over other states,

**D.** I continued to write Jenne over medical, threats, assaults, criminal actions in both jails and in claimant's criminal trial and no help came. I filed many complaints to no avail and denied my rights as a detainee under florida laws and U.S. constitution as well violated his own oath he gave to up hold justice of Broward county sheriff's division,

**E.** As a reporter from sun-sentinal news paper asked, "Mr. Jenne, have you done some thing to remove problems in your jail(s)", his reply was NO! when asked why, his response was "no reply",

**F.** Jenne allowed commissioner's, Internal Affairs, all B.S.O officers, L.T's, SGT's, and medical contractor E.M.S.A. to lie, cover up for own wrongful actions and not caring for my rights, safety, medical care or fair justice to access court and recieve fair trial and the use of proper procedures of Grievances filed.

(2.) SUSAN McCAMPBELL "director of B.S.O.".... since Feb 6, 1996. I've reached out for help. But no help or relief ever came. I have written Susan on a numerous occasions. I have recieved letters back saying she would look into my complaint's, but they were denied by actions of avoiding. She always said she passed on complaint(s) to Mr. Stanley Holmes "ombudsman" to resolve issues. I told Susan that Mr. Holmes denies my pleas and continued to cover up all illegal actions. I told her of all threats, assault's, no medical and continued confinement(s) as I only sought medical help. Susan never once helped.

**A.** I've sent numerous complaint(s), grievance(s) and request(s) that were either not responded to or said denial. Some said taken care of.

6

B. The more claimant sent, the more susan would cover up. I have kept all letter(s) and Logged in all incoming and out going mail as well all daily activities,

C. Ron cochran passed all complaint(s) to her as ken senne done also and continued to cover up illegal activity's.

D when Susan was acting "sheriff" she done so much covering up to insure no press or t.v. stations would tell, she insured her own position to be safe to take over office as sheriff which meant to go to any length and cover up all corruption.

E. Susan knew and was fully aware of personnel of B.S.O. and E.M.S.A lying in my criminal trial and to hide abuse and assault's. She knew of inmates being solicited to Lie in claimant's trial and forged documents. Motive, to give me death row to insure I could not sue for violations of due process rights.

F. Susan always sent personnel to act Like they was helping, but main reason was to insure continued cover ups. never an out side agency to investigate her own department.

(3.) CHARLES MORTON, ESQ. "Prosecutor".... since claimant's arrest in year 1995, I had morton as Head Prosecutor. From the very beginning in 1995 at N.B.D.C, jail he sent DR. Limia, M.D. "Psychiatrist" and three clothed officer's to produce a so called confidenual statement. As by Law we knew it was not meant for confidentual reasons. I claimant never spoke. Limia's actions were to help cover up for all bosses in B.S.O. and E.M.S.A,

B. morton violated all Laws as to discription of a prosecutor's role and his job discription in fla. Jur. 2d., is to supply only facts, wether it leads to conviction or no conviction. Not to go and solicit information, pay for any information or to conjure up any. morton has gone way beyond that...

B. All corruption mainly started after claimant's assault and recieved

7

serious fracture and trauma and not being supplied any medical. Morton knew a violent "sentenced" inmate Norman Beech should have neverbeen in the psychiatric unit at N.B.D.C as well having a known violent file just from county jail. As well knew claimant was being held as a human sheild to protect a deputy from assault on himself.

C. Morton has been violating constitutional rights as well state and federal Laws for years as I have done research. Morton also knew my rights as a detainee to file assault charges were blocked, to hide the violations and assault.

D. Morton solicited Inmates to Lie, retrieve false Information and providing inmates with information which they knew more than claimant did of his own case. He paid these inmates with canteen and radio(s).

E. Morton used Stanley Holmes, MRS. Holmes, Miss Jackson as all held positions as: MR Holmes "ombudsman of medical", MRS. Holmes "Drug-cell case worker", Miss Jackson "re-lapse Drug cell, case worker". They all together violated state, Federal Laws let alone procedures and rules.

E. Morton helped supply radio's sold in canteen for $31.00 to be handed out by a B.S.D. officer on second shift "I saw this" to inmates while I was housed in miss Jacksons drug cell to recieve information. All information was written down on paper and given to deputy at night while locked us detainee's were Locked in for the night.

G. Morton used Doctor's "MRS. Garfield, PhD, DR. Spencer, PhD, DR westby, phD, DR. watson, m.D psychiatrist" They were used for states own purpose in all proceedings and trial. They was proven to Lie "in Deposition and transcript s". 

H. Morton used the two B.S.D. detectives "Gucciarda and Bukata", to Lie for him in all proceedings and in trial. made a muckrute out of courtrooms and police department. Judge cohn was aware but allowed all activities.

I. Morton used a "Black male attorney" who was hired for B.S.D. only to come into a competency hearing along with morton and Lied, gone to great lengths.

I. morton used chattahoochee state hospital where claimant was sent in year 1998 for his own reasons to abuse and corrupt the system. Doctors there at hospital "DR. westby and DR. Watson" gone to great lengths as well threatened me in front of college student saying, "You will never leave alive, unless I confess to my charge". They had all files that Lawyers and/or a prosecutor would only have.

K state hospital refused me treatment as reason why I was there for a reason is that I would be clean of any psychotropic medication and/or pain medications so they could claim anything I said was made not under the influence. would not supply medical treatment for injuries I recieved at jail. At the end of stay they provided enough treatment to qualify it as they gave claimant treatment.

L claimant filed a bar complaint on morton that would and should of cost him his job, but florida bar said, " Judge ruled in favor of morton so we can't do anything." This was filed in middle of trial....

M At claimants lost compentcy hearing, morton used B.S.O. Attorney, DR. Judy Garfield, DR. Spencer, DR. Watson and DR. Limia to lie and try to get judge to send claimant to miami state hospital. The Attorney for B.S.O. and morton stood infront of Judge yelling, "claimant is in need of shock treatment, brain is wired wrong and needs a lot of drugs." Judge cohn got scared and ordered me to remain in psych unit of Jail till found compentent to start trial.

N morton used deliberate actions to sabotage whole court room as he lied and all attempts to cut down witnesses who were the only ones QuaLIFIED to testify. His actions of putting forth evidence never introduced and contamidate jurors.

O At no time would the chief of state Attorney's office stop illegal activities but to give permission by standing side by side with morton to continue and it was still going on to zenaka prison and new Everglades prison in miami, jail.

9

(4.) Chief Walter F. Lagraves "criminal Divion Attorney's office", ... MR. Lagraves was written and spoken to by phone several times. This lasted in a three year period. Not once had claimant recieved help. All I recieved was continued corruption to set me up in my trial and hide all abuse, assaults in Jail(s). I know of MR. Lagraves through conversations on phone calls in 3 way calls with family members. As I claimant reached out to miami states attorney's office, they gave me his name pluss sent a copy of my complaint. The only continued support me and my mother recieved was threat's and the phone slammed on us.

A. on one complaint dated 6-22-98 to Lagraves, it told of all my problems as well proof to support claim. But Lagraves knew of all this already "no replys."
B. No matter how much claimant was abused, assaulted and no medical care he would not step in to help. I also mailed him document's of all corruption leading to trial and still no help. But he did continue to cover up all actions.
C. claimant's mother and him on 3way called every ortice in broward state attorney's office and recieved no help, only thing me and my mom recieved were threats to stop calling and go through an attorney. im a citizen as well my mom and have all the rights to call for help. Pluss we were told by miami state attorney's office to call or write them. Date of this claim was 6-5-98, time 2:35pm "Twice".
D. MR. Lagraves is a official working for the citizens of FT. Lauderdale and his actions and at his level shows the extent of corruption.

(5.) INTERNA AFFAIRS "Broward Sheriff's office", ... cover up *1.
Internal Affairs was called by family as well and my attempts with letters, request(s), grievance(s) and complaint(s). In 1996 an agent visited claimant at N.B.D.C. Jail. I was handcuffed and taken from 12-1-H-1 confinement cell to sergeant's office near rack yard door. was placed in a closet room office, stuffed into a corner. This visit was not to benefit me, but to continue cover up

10

of all abuse(s), false D.R. and confinement(s) as well illegal medical practices in jail personnel and contractor "E.M.S.A.", claimant still had fresh fracture's from assault(s).

B. A white male agent came due to one of many complaint(s) on assault(s), and no medical, and by the known violent detainee who was sentenced to prison for drugs who beat claimant up. "Norman Beech". This inmate gave me fracture(s) to jaw, facial and right temple and B.S.O. deputy used me a human shield to avoid assault on himself.

B. I told agent story, showed day for day notes, requests(s), grievance(s), documents(s) which claimant recieved no positive reply except, "HOW CAN WE GET A HOLD OF REST OF YOUR FILES". Can you get them? I said yes, but will have a time and place arranged!. Agent says no "it's okay.."

C. Agent said we inmates recieve better medical care than people on the streets," I said, "could you put that in writing". His face showed shock. D. Told agent of all complaint(s) as sergeant locket witnessed this whole meeting. I told agent I would speak at first it she left, he said why, and I said she's involved in all complaint(s). Agent denied my request. He said you'll speak in front of her. I said she denied me medical, gave threats, improper displinary reportes(s) and Hearing(s) and how she had threatened all D.R. witnesses into not testifying to the truth. How she and others hung claimant on all D.R. and got over 1/2 year confinement. E. Never saw this agent again after he left room and spoke to Sgt locket in hallway and he just left. She told him of coverup and to go along with it which violated a "detainee's" constitutional rights...

* COVER UP *2... At main jail claimant was in drug cell 7-c-3 "mrs. holmes," as sergeant Garrison "Now Lt." came from W.B.D.C. jail to visit me in an attorney room. She took a taped statement on Deputy predo from W.B.D.C., from which I told of threats, assaults as another B.S.O. officer from main jail was asked to stay "Sgt Garrison was present". She would not allow me to tell

11

of denial of medical, threats by DR. Davis, M.D, and threats as well assaults by other deputy's and of my fresh fractures which you could see the bruises from assault. Never heard from Sgt Jameson again nor of typed statement. till this day of 2001.

*COVER UP #3.... claimant was at main jail and taken to attorney visit room to visit with an internal affairs agent. He was sent by his bosses now known as Professional compliance..

B. I told of all names, pulled out all files, letter head's of all agencies as well from B.S.O, EMSA. This agent wore a Alpha pager which gave him his instructions, three times his pager gave off and he was sweating and very nervous.

B. agent asked me if I had xrays of my fractures, I said yes. All he and his bosses cared about was xrays, not my health or my life....

C. I showed all papers even from congress and I had copies so he could give them to his bosses. He didn't want them, I forced him to take and Said you better give them to your bosses. He drops all his paper work at door way trying to leave in a big hurry and so nervous. Till this day of 2001, I recieved no response and my letters one in 1996 said they have conducted a investigation and in 1998 they say they never had one and in 1999 they say they found no merit to my complaint(s).

(6.) Barbra. Law "superintendent of N.B.D.C. said"..... MRS. Law is in full charge of N.B.D.C. between the year(s) claimant was in Jails custody "1995-1998". She knew of all assault(s), false confinement(s), false Displinary report(s), NO medical care and all E.msA and sheriff's office cover ups.

B. claimant has written request(s), grievance(s) to Law since 2-10-96 till 1998. All of them either denied any wrongdoing or never replied to them. PER State and federal rules, procedures and rights of detainee(s) were violated constantly.

B. mrs. Law would send unit manager(s) Robinson or Bechard under her authority

12

to falsify documents, cover up for doctor's and all B.S.O. officer(s). They never once helped but continued all corruption. Even as claimant directed request(s), grievance(s) straight to Bechard, he recieved same responses.

C. MRS. Law is a person of authority and held to a high standard as she is suppose to Inforce all rules, procedures as to county, state and federal laws. But this was never done.

D. AT no time had MRS. Law tried to resolve issues honestly, nor send in agencies to help. I was never safe from assault(s), confinement(s), abuse and never recieved medical for serious head fracture(s).

E. Barbra Law and unit manager Bechard came to confinement in 12-2-H-1, and claimant sat at a table, Law pulled out a "Pile" of grievance(s) never responded to and filled out responses right then and there. This was not to help claimant but to make it look good for her bosses as she was "wired" and scared } I never once made Bechard look bad till end of this meeting and he became IRATE and threw all papers on table and stated Irate remarks all because I told the truth.

F. They still would not release me from false confinement even though I proved my innocence. Why didn't they, simple; they didn't want any more wrong doing reflected. As they still knew of serious fractures to heal and abuse they refused to correct problem and get me medical. They allowed me to continue to suffer as claimant still does in 2001. from 1996-2001".

G. NOT once had MRS. Law done her job as a superintendent and correct problems and end all illegal activities ....

7.) MR. WILLIE ROBERTS "superintendent of main jail" ... is incharge of this jail. He had turned B.S.O. jail into a corrupted world. violated all rules, procedures, state, federal rights and laws. Roberts knew of assault on claimant and his serious fracture(s), no medical, cover up of doctor's and corruption in claimant's trial do to assault and no medical. claimant written countless

request(s), grievance(s) and complaint(s) to Roberts as well his family called, wrote complaint(s) and visits; but no help.

A. claimant followed all rules of procedures and filed request(s) and grievance(s) to MR. Holmes "ombudsman for both jails" and in Roberts name, no responses or help.

B. Since claimant sought medical treatment for fractured jaw, skull, facial, and neck, Back pain, it was like running into a brick wall.

C. claimant wrote Internal Affairs of B.S.D. again and no response except at end of stay they conducted a full investigation and found out alot of criminal activity was going on but covered it up in year 1998.

D. claimant provided facts, proof and notes to MR. Roberts of E.MSA and B.S.D., but all he gave was pure retaliation while in his jail.

E. claimant mailed close to hundred request(s), grievance(s) to recieve my rights as a detainee, but all he got was high level SGTs and LTs to cover up. I was retaliated against by deputy(s) taking ordered mattresses, pillows, medication and no soft food for fractured jaw or any pain medications.

E. Roberts stoped help from advocate & crusader against Ron cochran sheriff" name chris cloney, esq, Broward county, fla. cloney sent an investigator and he advised claimant he has a great law suit but covered up for all by not doing what he publicly said he does.

G. Roberts never shown remorse or concern for claimant's life. He allowed Both drug cells claimant was in to seriously violate the laws by his own direction with his personnel.

H. Roberts knew of inmates using phones in same drug cells to phone two prosecutor's information and using staff of drug cells to supply the same. Allowed Internal Affairs investigation to be hidden. stealing personal and legal mail, copying claimants legal work in his cell and placing it back like never taken. This init serf is a conspiracy and corruption to violate a detainees constitutional rights to fair trial.

14

(8.) MR. ROBINSON "unit manager of both jails, program director", . . . . knew from day one of assault in 1996 at N.B.D.C. jail. knew of assault(s), abuse, no medical for serious fractures, false Displinary report(s), false confinement(s), abuse by doctor(s), nurse(s), E.M.S.A contractor, B.S.O. Robinson is real close friends with MRS. and MR. Holmes, miss Jackson and claimant's own prosecutor "charlise morton." Robinson is in 1998 up graded to Assistant Superintendent at main jail and N.B.D.C. programs.

A. first time claimant met Robinson was a.t N.B.D.C. jail at 12-1-H-5. Robinson did walk through with sergeant locket and a deputy. Robinson told Sgt locket to throw me out of N.B.D.C. jail and put me in main jail. He didn't care if claimant had court order to remain in N.B.D.C. and to remain on psychotropic medication. claimant was transported back and forth between both jails do to I was to remain at N.B.D.C. . This continued for "Four" days.

B. No matter how many grievance(s) or request(s) for help, I recieved no help by him or his staff, except to cover up.

C. Days after claimant's assault by known violent detainee "Norman Beech" Robinson and MR. Holmes came to confinement 12-1-H-4 as claimant sat at a table and both walked around him laughing as claimant was clearly Black and Blue to facial and eye. Blood was in right eye so bad couldn't see right or open it "swollen shut" fresh fractures and no medical attentian. They both stood laughing and MR. Holmes told claimant that he would never be allowed to place assault charges against inmate while in his jail and both walked out. Did not care for my Life.

D. Now at main jail as assistant superintendant, Robinson knew of all criminal activities in all drug cells, by EMSA and B.S.O. and doctor's, my prosecuter "morton", knew of threats, no medical care, no pain medications, shanks pulled on claimant. All this do to one assault and no medical given and trying to cover up for one anothers own illegal actians.

E. Robinson stood side by side with all person(s) involved with corruption. AS

15

claimant gone to Law Library one day to do legal work and making copies, MR. Robinson came in and threatened the deputy to not allow me my right to access copy's, "This was a female deputy". This is a poor example of a leader.

E. At no time did Robinson stop from being apart of all conspiracy. He done all willingly to cover up for friends, Bosses, state attorneys office, B.S.O and EMSA pluss county commissioner(s). Till 2001 no help but continued effects of corruption and no medical care and emotional stress.

(9.) MR. BECHARD "unit manager of N.B.D.C jail"..... is in control of N B DC under Barbra Law direction. Bechard knew of assault, no medical, false confinement(s), false Displinary reports, threats and continued cover ups for his own display of actions as well MRS. Law. He covered for all doctor's, nurses, deputy's, Sgt's, L.T.'s as claimant only sought medical care.

   A. I claimant sent close to hundred request(s), grievance(s) going to him and persons in control. Bechard denied all request(s) of Appeals on false confinement(s), grievances to press charges, assaults and no medical.
   B. not once did claimant see bechard provide detainee's rights or follow rules and procedures and never made an honest attempt to solve.
   C. SEE: Barbra Law on confinement at + 12-1-++1.
   D. not once did bechard turn his bosses or any employee in for illegal actions of violating Laws of florida. This shows his personal involvement and willingness to go great lenghts to cover up.
   E. not once did he care for claimant's serious medical needs, safety, pain and suffering that claimant still bares great duress now in 2001.

(10.) MRS. MAUDE "unit manager of psych unit for N.B.D.C jail"..... took over psychiatric wit and said she didn't Like the way detainee's were treated and said would help. She took over in year 1998 but got scared

16

and not willing to step on peers toes.

B. claimant sent request(s), grievance(s) to her since I figured a new person and a female might not be afraid to do her job. But claimant was wrong. She denied them, or avoided situations which required honesty.

B. one time I mailed envelope with letters to congress and was returned without leaving the jail and I mailed it indigent and mail room put stamps on it. Maude recieved it and threatened me as to how I got stamps.

C. maude was made aware of claimant's false confinement's, assaults and no medical care. She over heard staff speak all the time but done nothing.

D. claimant wrote up a B.S.O. deputy Seldin on 7am-3pm shift for focusing only on a New female "reck officer" and having sexual relations on job. He did not care about detaineds needs. Maude yelled at him in the morning and a couple hours later claimant was threatened by seldin and given a false D.R. for a 30 day confinement stay. His sgt on 12-1-4-4 writ forged D.R. as she done many times before. I proved this and still hold record of it now in 2001. All retaliation was for seeking detainee's rights.

(11.) MISS SCHWARTZ   "N.B.D.C. psych unit case worker".... was hired in 1997 by B.S.O.. She worked the psychiatric unit and to help detaineds with Domestic and criminal problems.

A. At first glance as she started working, she would bring birthday cakes in for anyone in B.S.O. or EMSA. She would go and buy them. Her main job appeared to be kissing up to anyone who worked for BSO or EMSA. This has been said by BSO. staff as well inmates.

B. As deputies assaulted me and others and gave false Displinary report's, she would stand by the side of them and did nothing to stop it. she just looked the other way and chose to maintain her false friendship with her peer's.

C. schwartz sat in on several D.R.$^s$ as she was suppose to be there to insure

17

my rights to a fair D.R. hearing were held. But she chose B.S.O. side over her job duties to protect the rights of detainees.

**D.** on claimant's last D.R. hearing it lasted three minutes as all have been done that way. I recieved 30 days more confinement for a forged D.R. she knew was forged but still chose not to do right, or rock the boat with her friendships and job.

**E.** The claimant never recieved help from miss schwartz and found her to be the new girl on the block for B.S.O. Deputys.

**E.** At every D.R. hearing I was denied witnesses and to speak personally. I proved forged D.R.'s at every hearing but she chose to convict me on charges as guilty and chose to laugh with them as I done over six months straight confinement for only seeking detaineds rights and medical.

(12.) MRS. HOLMES  "caseworker for B.S.O. at main jail" ..... is married to S. Holmes "ombudsman for medical". MRS. Holmes allowed self to be influenced by all criminal activity along with her husband Stanley Holmes. MRS. Holmes ran a drug cell on 7th Floor "7-c-3 wit". On Feb 10, 1996 claimant entered drug cell coming from W.B.D.C. jail two days after assault. I found myself in a battle field to see what staff and/or detainee's could supply my state prosecutor "chuck morton" with information to set me up.

**A.** MRS. Holmes asked detainees to violate sheriff's office policies as well state and federal laws by supplying information in a confidential program.

**B.** claimant put him self in program by court order and after I was assaulted and recieved fractures to facial, jaw, skull, right eye, sutures and neck, Back pain I still wanted to be in drug program do to I am a alcoholic and addict.

**C.** At no time did MRS. Holmes get claimant medical as she is married to MR. Holmes in charge of our detainee's rights to medical. All MRS. Holmes done was take grievances I wrote and never recieved a response to. She and detainee's would take notes and homework we done "mine" and she

18

would give to claimant's prosecutor.

D. mes. Holmes had many B.S.O. officers working with her and detainee's that were rewarded with canteen, money, probation, reduced sentence to no time or probation. mes. Holmes had female office "Thomas, black" heavy set woman a trustee job on 7th Floor.

E. All I ever recieved was conspiracy to put me on death row to cover up for B.S.O. negligence and assault to no medical from EMSA to all in Line who helped cover up but got caught. That's conspiracy to commit murder as far as I'm concerned.

(13.) MISS JACKSON    "case worker Drugcell main jail".... ran relapse drug cell on 7th floor in 7-D-2 unit. Jackson allowed self to be used in corruption ring for the love of friendship. To mes and me. Holmes and chuck morton prosecutor. on a daily schedule I was asked of family, friends, Lawyers, criminal case and at no time had claimant spoke.

A. Jackson knew what she was doing and that it was against all policies, procedures and laws. Main reason was to help those who also fell into the corruption crack to give claimant Death row so they could cover up tracks.

B. Jackson allowed BSO to have inmates take notes of all sessions as well from phone calls, visits and groups she's not present for. Reason, to supply chuck morton my prosecutor with information.

C. claimant still had fresh fractures and miss Jackson once threatened to lock me up if I did not go on 8th floor reck yard." detainee's got hurt or beaten up daily on 8th fL. "To small of reck yard." Jackson did lock claimant down in confinement for trying to avoid more fractures. I saw "advocate" to chris clony for our rights as detainee's in confinement. I showed proof of fractures and he said I have one hell of a F_cking suit. I tried after that to recieve help but recieved none.

19

**D.** claimant was given a D.R. for not cleaning up after chow. I was real sick and on no pain medications pluss new psychotropic medications) and was hung on this D.R by main jail staff.

**E.** In Jacksons relapse group a couple of college student's ran a group "Anger management". Two females ran this group and one day one student just happened to be sick for a few weeks. She was replaced by a B.S.O. detective "female" nice looking. She suduced claimant in front of other detainee's and college student. The other female student was shocked at what was going on. This B.S.O. person would swing her ass in my face as I sat at table. The college student knew who she was and allowed it to happen. This shows the exent they gone to show corruption. miss Jackson allowed her to invade program and violate all Laws and Rules.

**E.** Jackson knew of B.S.O. officer's on 11pm - 7am shift handing out brand new yellow "GE" radio's and black "koss" head phones worth $31.00 in canteen to detainee's on both sides of drug cell "PODS 1 and 3". This was to pay detainee's for information to supply B.S.O. and prosecutor chuck morton. B.S.O. gone as far as to remove loud detainee's in pods one and two so they could Listen at doors conecting cells. Pluss sgt's, officer's would use "P.A" system to Listen in on phone calls, all groups.

**G.** Jackson knew she was trying to give a innocent man a death sentence and stood by helping and being quiet and maintained her role till the end and still is as of now. Jackson never sought outside agencies to help stop illegal activities.

(14.) miss GREEN "case worker main jail"..... is now supervisor and was as well is involved in all illegal activities. Green was a case worker till early 1998 then made supervisor of case workers. She chose to remain involved with B.S.O. and prosecutor and remain quiet. claimant confronted miss Green in Late 1998 and she claimed to know

20

nothing. Green knew of all plots as well to hang a innocent person and give claimant deathrow at all costs. At no time had she chosen to help or call outside personnel to help stop miss Jackson and MRS. holmes. she knew of claimant's attempts to recieve medical care and only recieving threats, assault's and of B.S.O. and E.M.S.A personnel switching xrays to show no fracture's when claimant has proof of them. she fully knew of MR. Holmes actions as she is close friends.

(15.) SERGEANT GARRISON "was charge SGT at N.B.D.C. but she made rank to L.To at main jail ".... was highest in rank at N.B.D.C.. She was to insure all goes by procedures of B.S.O. manual. Garrison knew of all criminal activity sorrounding my medical and trial. she was made aware by claimant. She knew of assault, fractures as I sent "many" of request(s), grievance(s).

B. Garrison knew of false Displinary Report(s), confinement(s) and assault(s) on claimant as well other detarnee's. she never replied to help claimant. All appeal(s) of D.R.'s were denied, she said found nothing wrong. Garrison came to see claimant but never helped. she denied all pleas for justice.

B. claimant spoke of medical issues and his fractures and Garrison would reply back "according to E.M.S.A records your fine." She never assured claimant medical or assault free Living.

C. On or around 9-10-1996 I saw SGT garrison at main jail when claimant was in MRS.holmes drug cell 7-c-3. claimant was called out personally by her and taken to attorney visit room for a taped statement regarding a assault by deputy predo at N.B.DC. jail. claimant was present with garrison and a deputy of main jail. claimant told of assault and tried to speak about medical and personnel and his assault that gave fractures, but she denied claimant his right. Nothing was ever done after this statement.

D. No matter how many grievance(s), request(s) or complaint(s) by claimant, he would recieve no heIP. nor any investigation as how could they. "They was not going to investigate them "selves". "

E. ** Now Sgt Garrison is made L.T. Garrison at main jail. ** claimant wrote a complaint letter to everyone in jail(s) to get help. I put L.T. Garrison in it and she came to visit claimant on 7th FL of main jail in 7-A- pod. She verbally attacked claimant and yell "I could bring charges against me". claimant said why? why NOT! every body else is. I told her of her past at N.B.D.C jail and knowing all and allowed it to go on. NOW L.T. Garrison is trying to shut me up by pushing me back into pod 7-A-1. Then a minute later over the P.A. system you hear by superintendent "real Loud yell" "L.T. Garrison, come to my office Now!"...

F. No heIP ever came and nowstill 2001 and feeling same corruption in prison. Quote by claimant. "No one can Lie good enough, no one, for by the grace of GOD you'll get caught. I have complete records.

16. SERGEANT LOCKET    "day shift N.B.D.C. jail"... is a female, "Black", she was fully aware of all assault(s), false D.R.'s, confinement(s), no medical, all Lies, cover up about Internal Affairs, now "Professional compliance" also threat(s)...

A. All this is over claimant being assaulted and to cover up for all wrongful actions of B.S.O. and EMSA personnel. Even though claimant was the one with fractures and no medical, locket conspired with another Sgt watson on same shift.

B. Locket illegally used her rank to intimidate fellow staff as well detainee's. She is in a position to train, teach and claimant proves she done this wrongly by using her own rules and not B.S.O. policies.

C. claimant at no time recieved relief from Sgt locket as she would

be the one signing false Disiplinary Report's and threatening detainee's
not to fill out witness report's or to be a witness at D.R. hearing(s). She
would insure claimant was in a hung jury of her peers "B.S.D" and that
I would, insure get 30 days confinement. I spent over 1/2 year confined.
**D.** Sgt locket was present in year 1996 as claimant was in 12-H-1-3
unit in "confinement cell". claimant was taken to Sgt's room in handcuffs
to meet with a male "white" agent from Internal Affairs. I was stuffed
in a corner of a closet size room as agent sat at desk and locket at
the door. claimant brought what files he had with him to show proof
of false D.R's, false confinement(s), abuse, assault with no medical
and threats. Agent told claimant that detainee's recieved better
medical care than he or people on the streets. "claimant asked if
he would please put that in writing". Agent was stunned as a look
of confusion appeared. Agent looked at all evidence and asked if I
had more, claimant said yes and agent asked if he could get
them. I said sure, I could arrange for it in a special meeting. Agent
so No that's okay. claimant told agent he rather speak to him alone
since locket was in the room. agent asked why! claimant said since
she is involved in complaint and is in on this problem. Agent refused
and said you will speak infront of her. At that moment they both
walked into hallway and locket told him things and from there
on it started cover up *one and never saw or heard from again.
claimant wrote several times but to no avail did help come.
**E.** claimant has seen alot of beatings on all shift(s) and at no time
did locket show respect for detainee(s) rights, Law(s) or Lives. 99%
of detainee's there including claimant were on psychotropic medication
and had mental Illness.

(17.) SERGEANT WATSON    "Black female, N.B.DC. Jail".... she worked

23

with Sgt locket on 7-3pm shift. watson knew of all assault(s) on me and others. Also knew of false Displinary Report(s), false confinement(s), assault with serious fractures and no medical.

A. watson is a woman in rank and suppose to be a leader. She has shown poor example that created brand new officer(s) she trained to be like her. Watson trained deputy's to violate all rules and policies, laws. not once had watson disciplined these deputy's to insure all policies of B.S.O. were followed under her leader ship.

B. watson participated in all criminal actions as well to watch others "authority" assault persons.

C. Waston knew of claimant's attempts to get medical for fractures, soft food diet for broken jaw, pain medication(s). All assaults on I claimant were a direct result of retaliation from one assault and all personnel from BSO and EMSA trying to cover up.

D watson forged claimant's last D.R. before he left sheriff's custody in 1998. This was an act to confine me in a 30 day confinement cell which I still hold complete copies of all Displinary Report(s). She laughed with all her peers after and during D.R. hearing. not once did claimant feel safe under her custody and care.


(18.) SERGEANT LYONS    "N.B.D.C. jail"..... worked for B.S.O. many years and knew of assault's, false D.R's and confinement(s), no medical care and complete cover up. By this Sgt Lyons knowing all these things and not stoping any of these actions by his peer's and E.MSA personnel makes him not able to wear stripes with honor.

B. not once did claimant see Lyons discipline any of his deputy's. He helped them to conspire. No help for claimant except more assault's and confinement(s).

B. claimant never recieved a response or a positive response to any of

24

his request(s) and grievance(s). As a person in rank he knows what
it means to follow orders, procedures and laws. He failed as a sgt
and/or officer of the law.

C. Lyons would deny all request(s) for help or to speak to him. All
persons(s) in rank from sgt upward knew of his wrongful actions and
all maltreat let alone serious law violations.

D. Till the day claimant left on 6-9-98, Lyons still refused to
speak or help claimant. He allowed his peers and officer's to forge
D.R.'s and Lie to confine claimant. All this was retaliation do to
their "own faults" and claimant paid and is still paying the price.
Lyons never told his bosses or gone over their heads to end corruption
and start an investigation.

E. This sgt is of rank and failed as an officer of the law and a
real bad example to his peers and public he serves.

F. Sgt Lyons knew what he was doing and by himself chose to do
all cover ups for peers, Bosses and personnel of E.M.S.A. let alone
caring if claimant died from his serious fractures.


(19.) SERGEANT SCOTT "Black male, N.B.D.C. jail"..... Now he
works at MAIN JAIL. This is a sgt who took time to speak to you
and gone against barbra Law "superintendent of N.B.D.C." one day for
allowing deputy's on his shift to hang a detainee in a D.R. hearing.
Scott conducted this D.R. hearing and after it was over, I shown
this falsified D.R. to sgt scott that was forged by deputy sharky
on it 7am shift who ended up getting scott in trouble. As scott
said barbra Law was out of state, she heard of it and I got
in a lot more trouble. Sgt scott knew of all actions on his and other
shifts for example; 4 Deputy Kelly and four others gone into a cell
"confinement" said welcome to N.B.D.C. jail and beat the shit out

25

of detainee as I claimant was in confinement cell 12-1-H-3 cell 3, and other detainee was in cell #2." So much of this stuff really happened and it's not funny. Detainee's are on psychotropic drugs and innocent till proven guilty.

(20.) SERGEANT WIMBERLY "main jail"..... was at that time a high ranking SGT under superintendents authority. As claimant reached out to all personnel at both jails to recieve medical treatment for all serious fractures to head. This Sgt had never shown any care for my health or safety or given any relief. claimant made wimberly aware of all fracture(s), assault(s), confinement(s) and corruption in trial.
**A.** claimant written superintendent willie roberts so many times that he sent a response that he would send someone to resolve issues. Sgt wimberly came in 1996 and saw claimant and took down a list of issues and wimberly said he would resolve them. But he never come back nor responded to request(s) or grievance(s). wimberly claimed that he would conduct a full investigation into complaint(s). Be he instead covered up all issues and covered for mr Holmes and all personnel of B.S.O. and EMSA.
**B.** All claimant ever recieved was false confinement(s), assaults, and threats by detainee's and deputy's as well shanks pulled on me.
**C.** Now in year 1998 as "claimant stayed in county jail since 1995-1998" wimberly gave all detainee's score sheets to rate all case workers do to his bosses wanted to know who does what. wimberly looked at claimant "odd" and he knew he was in trouble for his own role in corruption. claimant put on card for (A.) MRS. Holmes "fire her," (B.) miss Jackson "fire her" (c) miss green "fire her",.....
**D.** Not once did wimberly help claimant and provided a shield for all personnel of B.S.O. and EMSA to give claimant "Death Row".....

26

(21.) SERGEANT BOTERO   "N.B.D.C. jail"..... had just joined B.S.O. at N.B.D.C.. He worked along with persons who had on a daily basis assaulted claimant and many other detainee's. Botero was fully made aware of claimant's attempts to recieve medical as well pain medication(s). As well to stop all corruption in claimant's criminal trial. At no time close claimant believe botero is a innocent man. As I point out reasons why:..

**A.** Upon claimant's transfer back to N.B.D.C. from main jail, he was put into confinement. "Now claimant had been found incompetent to stand trial twice" I was placed into cell unit 12-6-2 along with dirt, scum and piss along with shit smell in cell.

**B.** After claimant was released from confinement he gone to 12-1-H-4 and was called out to speak with botero in hallway. Botero asked if claimant had a problem with "goon squad" made up of deputy's. I said no and he said he was called at his home on day off being told that I claimant called down town reporting this problem. claimant said he don't understand." Botero said "weren't you in 12-2-G," I said yes but I was in confinement and can't make any phone calls down town. "His smile droped". He left!

**C.** claimant requested to speak to botero over a male deputy as he retaliated against me for using grievance process. claimant was threatend by deputy INGRAM over his buddy Deputy Sharky's own threats. deputy Ingram done what all others done, reacted to protect one of their own. Botero never gave help. Botero replied on all my request(s), grievance(s) "denied" "found no cause."...!

**D.** claimant brought to botero's attention at 8:00 pm as I came back from court that the officer left his 9mm hand gun and two full clips on engine cover in van as detainee's saw this and had alot of time. They was to knock deputy out and take gun and put one clip in him. This

27

officer smiled and said no matter what, I'm going to do it my way. The
officer had a steel gun box in van with a key lock to store guw but he
never used it. All grievance(s) were denied claiming no merit, no
action. "They are saying claimant's life and security of jail has no merit."
**E.** As of now botero had not once complied with any products "procedures"
as well follow the laws of florida and detainee's rights.


(22.) DEPUTY POPIVITCH  " N.B.D.C. jail"...... was or still is
a person of some rank as he worked B.S.O. jail for some time. Deputy
POPIVITCH knew of claimant's assault and serious fracture's, more
assaults, abuse, false D.R.$^s$, false confinement straight for over ½
a year, no medical and a conspiracy in claimant's trial.
**A.** Popivitch done many D.R. hearings which also done many of mine.
He knew claimant was innocent of D.R.$^s$ but sided with his peers over
doing his job he took oath to do. He and the rest hung me everytime
and gave 30 days confinement.
**B.** claimant spoken many times to popivitch, mainly because he was
acting sgt alot. At no time did claimant recieve he IP. He did recieve
alot more retaliation though. No medical care ever given.
**C.** popivitch knew his bosses, L.T.$^s$, sergeant's were aware of all his
actions and the nature of them, but chose to side with peers and try
to hide all criminal activities as well case workers "miss schwartz".
**D.** At no time had claimant seen popivitch stop all assault's, false
confinement(s), D.R.$^s$, no medical. He seemed to enjoy it. His actions
were pure violation of oath, law, rights to detainee(s) as well all
federal laws and rights.


(23.) DEPUTY PREDO   " N.B.D.C. jail"...... worked 12-H Building
mostly in "psychiatric unit". Predo is and has been known to assault alot

28

of detainee(s) over them not making their beds. or to just have items on shelf. All his sergeant(s), Lit.'s, unit manager(s) knew of his actions and still allowed him to work.

B. claimant took a taped statement in 1996 at main jail by sgt garrison for assaults made upon claimant by predo. But this was covered up. a lot of times claimant was called to control room by predo and predo would threaten claimant and stick his fingers in my face. He always had a intent to do harm. Threats of D.R.'s, confinement(s) if claimant told. Predo always told claimant he would bring in goon squad to handle me for no reason other than I reaching out for medical care. Predo has been known to assault claimant with all his buddy(s) on shift. Also to kick a detainee to sleep and throw them into confinement. At no time has predo controled his violent temper, nor did he care to1. His bosses knew but covered up for all deputy(s) actions.

B. Predo draged claimant out of bed and assaulted him and knocked on his belongings off shelf to "cement floor". no reason.

C. Quote: Public gets arrested for violence," but B.S.O. and EMSA employee's seem free to do what ever they want. As they wear a uniform to protect and serve "not to serve assault's and corruption". All this is documented and backed by logged notes and document(s).


(24.) DEPUTY GROSSNICKLE "N.B.D.C. jail"..... has worked a while for B.S.O. and worked the psychiatric unit mainly. Grossnickle personally knew of and saw as well stood by or took part in attacks on detainee(s). He wrote false Displinary Report(s) and knew that claimant was assaulted and recieved serious fracture's and no medical ever given. Grossnickle watched deputy's beat detainee's while they were handcuffed behind their backs. His actions as claimant saw was that he enjoyed it very much.

29

**B.** claimant recieved a D.R. from grossnickle for a bag of jelly beans and two granola bars, "He classified it a "A-5, Distrupting the orderly fashion of running the jail"... Both items were sold in canteen. As a result, claimant recieved 30 days confinement. grossnickle was fully aware of "all" false D.R.'s claimant recieved. All this abuse was over claimant trying to recieve medical. "Done over ½ year confinement".

**B.** Grossnickle gave another detainee a D.R. not done by procedures. claimant showed "after making copies" to him and he took the one given to detainee and gave it to sgt and she signed it days later which now we showed forged document(s). Pure violation of all policies and rules. They never knew I made copies first...

**C.** claimant saw grossnickle and four other deputy's in 12-2-H-1 unit assault and kick a detainee confined in a "chair used to solve problem people, Black chair made to indure pain". They called it pure punishment. Grossnickle saw claimant looking and he continued as he enjoyed it.

**D.** Grossnickle wears a B.S.O. uniform to violate the same laws we all are to follow. He covered up for all peers, Bosses, L.T.'s, sgt's and at all times knew what he was doing and acted on his own behalf.


(25.) DEPUTY RIVERA    "N.B.D.C. jail"..... was fully aware of all assault(s), false D.R.'s and confinement(s), no medical care and acted with his friends Sgt watson, Sgt pop locket. At no time did Riuera advise his peer's to speak out and stop all illegal actions. Rivera took great joy along with Deputy grossnickle, kelly, popivitch. Rivera done the same actions pluss threats.

**B.** Rivera participated in all, along with Deputy Doster. They all violated rules of conduct, procedure's, policies and state, federal laws. claimant would be locked in confinement in 12-1-H-3 cell 3 and still had fractured jaw,

skull, facial. And Rivera would play games and block the air ways into cell so I couldn't breath. He sent detainee's to do the same. Always would be standing around close by with peers laughing.

B. Rivera saw assault's being made on detainee's and stood by participating with his peer's. As three to five deputy(s) handcuffed detainee and threw him to the "cement floor" they kicked and punched him to the head and body. As detainee "yelled" they all laughed and threw him into confinement. All medical needed was denied and covered up.

C. No matter how many request(s), grievance(s) claimant wrote, "no help" ever came but pure retaliation and false confinement(s) as well assault(s). All sgt's knew of their actions and saw this happen but either participated or covered it all up.

D. Rivera knew of severe assault and fracture(s) claimant recieved and knew he was denied medical care, but Rivera chose to cover up for all his own actions and his peer's. No one ever done anything to stop this. It is a big click in BSO and a big group of violent Law breakers themselves.

(26.) DEPUTY KELLY    " N.B.D.C. jail".... has a brother and father who works or worked for B.S.O. in both jails. They all knew of violations of all procedure(s). The father is a SGT, The brother a deputy. Upon claimant returning back to N.B.D.C. from main jail he was placed in unit 12-1-H-3. On Kelly's shift at feeding time claimant recieved his first D.R. for asking for a medical ordered "soft food diet" for seriously fractured jaw. This was the start of it all and it got worse. Kelly and sgt forged D.R. and I got (30) days confinement, claimant was denied medical treatment.

B. Kelly had milishously beaten over (50) detainee's that claimant is aware of. At no time did he show respect and would cutt his fist and kick detainee's by assault and beat them to sleep. He falsified chart(s) and EMSA done same to cover up these actions. All nurses and sgt's, L.T.'s and doctor's knew of this also.

31

__B.__ Kelly and other deputy's gone to 12-1-H-3 cell 2 and had control room open door to confinement cell and they "all" gone in and said "welcome to N.B.D.C. Jail" and beat the shit out of detainee and closed the door. Now all doors are electrically opened by a control room deputy. I was there in 12-1-H-3 cell 3 confinement looking at reflection on glass and listening to all "screams". All assault(s) happened at 12-H-12-H-2-12-G as all knew as it was a daily activity.

__C.__ Kelly denied claimant all his detainee's rights for six months straight, for false D.R.'s, false confinement(s), medical care, medical orders, safe housing, church and procedures, all for kicks. "He's a sick man".

__D.__ Kelly has a violent file on him of assault(s) and still allowed to work for B.S.O. let alone work in a psychiatric unit. This was all well known.

(27.) DEPUTY MATHEWS    "N.B.D.C. jail"..... worked the psychiatric building. As long as claimant known him between year(s) 1995-1998, this deputy acted as he is above the law. He's assaulted over 80-90 detainee's since I knew him. He dose it while a person is handcuffed first. If the detainee is not handcuffed, he would be around other deputy's. Mathews has no respect for the law or policies of B.S.O.

A. Mathews beat up the wrong detainee once up on the second floor in a confinement unit in 12-6- mathews gone in alone as detainee was out of his cell and mathews was wrong for being there and detainee beat him up as it was what you get for beating someone up first. mathews had to get sutures.

__B.__ claimant seen mathews assault many detainee(s) and laughed. As he done to claimant several times. This still gone on in 1998 as I left jail to prison. mathews would kick a detainee down and continue as he layed on cement floor. Till detainee was asleep. mathews partook with, 1.) Kelly 2.) Burke 3.) sharky 4.) Pierce 5.) grossnickle 6.) Ingram and so on..

__C.__ claimant came back from surjury to stomach and right arm was swollen. He

32

assaulted claimant and threw me into confinement. This was in 12-2-G-5 unit. mathews threats were daily and from his peers and sgt's.

**D.** mathews at no time shown any respect for any detainee's Life or rights, rules, and the law. All his bosses, L.T.'s, sgt's, knew of his actions. At no time did he provide claimant medical care which is why all this started after claimant was seriously assaulted and recieved fractures. But mathews actions wereall ready in progress before that assault happened.

(28.) DEPUTY SEITH "N.B. D.C. jail"..... worked with deputy kelly. Seith knew of all actions, assault(s), false D.R's, false confinement(s), no medical care, and lies from EMSA personnel. But he chose to continue all activity and hide all peers actions. His main job was "control Room"...

(29.) DEPUTY PEIRCE "N.B.D.C. jail"..... was real close friends with deputy kelly as well all personnel. Peirce said in 1997 that he and kelly started a private business while working for B.S.O. Peirce knew of all assault(s), false D.R.'s, confinement(s), no medical care and Peirce wrote claimant a false D.R. Peirce participated in assault(s). At no time did his bosses, L.T.'s, sgt's, stop illegal actions. Done nothing but to cover it up.

(30.) DEPUTY BURKE "N.B.D.C. jail"..... participated in all illegal activity's, assault(s), false confinement(s), D.R.'s, no medical care. He is a dranrt in size and worked mainly "control Room". At no time had he tried to stop this but laugh with his peers. All Bosses were aware..

(31.) DEPUTY INGRAM "N.B.D.C. jail."..... has made "alot" of personal threats to claimant to do harm and was fully aware of all activity's happening with his peers. He mainly worked control room. His actions were only out f pure retaliation to help cover up for his "buddys". All bosses knew this.

33

(32.) DEPUTY SHARKY " W.B.D.C. jail" ..... is a person with a huge ego and if not worse than his peers. His file shows him beating his wife, which is known by B.S.O. as well knew of assault(s), false D.R's, confinement(s), no medical care and denial of detainee's rights. He sharky is known to be a violent person and was able to work in a psychiatric unit of jail with detainee's who have severe mental problems and are weak. Sharky has a real bad "HOT TEMPER" and has written so many false D.R's. I can not remember them all. His main duty was to flirt with sgt's, deputy's. As a white female sgt knew of his actions she still had a affair with him. This officer would steal detainee's legal mail "mine" and open it along with deputy korum on 11-7am shift and make copies and send to his "contacts" which then gave to prosecutor chuck morton. pure illegal. This guy sharky wanted to kill claimant on many occasions.

(33.) DEPUTY KORUM " W.B.D.C jail" ..... worked side by side with deputy sharky in a well known corruption ring in B.S.O. He worked 11-7am shift and took all outgoing mail to infirmery and gave through it. made copy's, notes, ect... mail was suppose to go to "mail Room". He inturned gave to his "contacts" that gave it to claimant's prosecutor chuck morton, esq. all illegal activity was known throughout jail. This officer korum retired and was brought back from retirement do to his illegal actions caught from Internal Affairs but done nothing to stop all continued corruption.

(34.) DEPUTY SILDEN "W BDC jail" ..... knew of all assault's, false D.R's, confinement(s) and no medical care. Silden wrote claimant a forged D.R. before he was winding down for prison sentence. claimant still holds a copy of it now in prison. Silden participated in a "whore house" in jail is well abuses daily. Silden was training new deputy's the illegal way and not

34

by set B.S.O. rules and procedures. All bosses knew of his actions.

(35.) DEPUTY CARTER    "main jail". .... had given threats, and assaults on detainee's. His poor actions were a violation of all detainee's rights as well policies. He was fully aware of Internal Affairs investigation.

(36.) DEPUTY McCLOVER    "main jail". ... was fully aware of all the corruption going on in main jail. knew of abuses to detainee's and of Internal Affairs investigation and more. His actions were bad enough to qualify him for charges of conspiracy to get claimant Death Row.

(37.) DEPUTY THOMAS    "main jail" ..... was close friends with mrs. holmes and mr. holmes and miss Jackson. so close to break the law. Thomas provided information to mrs. holmes through mrs holmes drug cell and detainee's as well would listen in on P.A. system in all groups held. Thomas made claimant floor trustee just to get information. Thomas knew of all criminal actions taken by personnel of B.S.O. and EMSA, and participated freely. Thomas was fully aware of claimant's assault and fractures and attempts to get medical. ALSO of false Dir², confine, ment(s). Thomas knew of Internal Affairs investigation.

(38.) DEPUTY GUZMAN    "main jail". ..... work wit 7-D in 1997. claimant was in miss Jacksons Relapse proventian group. Guzman would disregard medical orders for soft pillows, mattresses. knew of assault's and confinement's, no medical and the illegal actions taking place in wit 7-D of the 7th floor in main jail. knew of Internal Affairs Investigation.

39.) DEPUTY McCOMERY    "main jail" ..... worked 7-D unit as claimant was in miss Jacksons relapse drug program. This was in 1996.

35

mccomery was fully aware of miss Jackson and mes. holmes conspiracy and working with claimant's prosecutor chuck morton. He along with detainee's and personnel solicited information and knew of a female detective who took over as replacement for college student in Anger management class. mccomery thought he was so smart and laughed at claimant which the joke is on him as claimant fully knew what was going on. mccomery knew of B.S.O. deputy on 11-7am shift picking up notes + information "and passing out brand new "yellow GE radio's with Koss headphones" out of detainee's canteen worth $31.00 each. Also knew of assaults, threats, attempts to get medical treatment and knew what he was doing. He was assisting personnel of EMSA and B.S.O. to give claimant "Death Row". All his bosses knew what he was doing as he worked side by side.

(40.) DEPUTY WILSON "main jail"...... done a lot of illegal actions of his own free will. His actions of denying claimant medical, medical order's and he would remove medical order's from claimant's contact card file. repeated threats to bring goons spaud to beat the shit out of detainee. He knew of all corruption and Internal Affairs Investigation.

(41.) DEPUTY DANNIELS "main jail"...... worked with Deputy wilson. knew of all activity's going on as he participated in them. Danniels was aware of threat(s), assault(s), no medical, and denial of medical passes ordered. His bosses knew of his actions and he was fully aware of Internal Affairs Investigation.

(42.) PUBLIC DEFENDERS OFFICE "17ᵗʰ judicial circuit, B.S.O."..... claimant was arrested August 7, 1995 by two detectives of B.S.O. As he was sent to North Broward Detention center Jail to psychiatric wrist laimant met with his court appointed public defender. As this white

36

male public Attorney came to visit. He said his name "unknown" and said straight out, "I can not help you" as your not innocent and walked out to be never seen or heard from again. Now this lawyer of ethics and to represent public clients, and to do that was not called for and he works for the public, gets paid by the public to do just that job. represent the poor people by rights.

(43.) JUDGE JAMES I COHN "17th judicial circuit" was claimant's trial judge. claimant was assigned cohn on Aug 7, 1995. cohn was just appointed to this bench. At no time did he appear to be dishonest. But claimant feels he will show that cohn violated his own code of ethics as a judge and a member of Florida Law Bar. I'll show that cohn did free'ly allow himself to fall victim to all activity.

A. claimant ask cohn to court order him to jail Drug cell in 1996 for claimant's own personal reasons. No matter what claimant ever told judge cohn of all illegal activitys in drug cells, no help evercame.

B. cohn knew of prosecutor chuck morton, soliciting doctor(s), nurses, Drug cells, Deputy(s), detective(s), detainee(s), and other agencies as well persons in power to illegally retrieve information to set claimant up in his trial and court proceedings. All this because in 1996 I claimant was assaulted and "EMSA medical contractor" denied me medical for serious fractures to head and jaw, facial. Then to cover up for "all personnel of B.S.O. and EMSA who tried to cover up for one DR. Davis, m.D. who started this mess...."

C. cohn allowed lies of testimony from persons) who weren't even qaulitied to testify or was easy to see testimony was to cover up for people. No one ever was puvished for purjury. or wrongful actions.

2. cohn allowed witnesses, Judy-Block Garfield phD, DR. spencer phD, Detectives Gucciardo and Bukata along with a jail DR. DR. Limia, m.D. to remain in

37

trial to testify even after they were known to lie on stand. They all lied in trial, competency hearings. No action by cohn to dismiss them or provide a mistrial. As Doctor's and prosecutor chuck morton and a B.S.O. Attorney was present at claimant's last competency hearing and proclaimed to the judge that claimant was to be sent to miami state hospital and his brain was wired wrong, needs shock treatment and a lot of psychotropic drugs. The judge cohn got scared and found me incompetent "2nd time" and to be housed at N.B.Dc jail "psych ward".

E. no matter how many times claimant pleaded to cohn for him to force the jail to provide medical care, it never came. But he did sign court orders to jail but they denied all court orders. cohn knew the actions of chuckmorton "prosecutor" to have people lie to give claimant the electric chair and instead of being a true honorable judge he stood by and allowed his court room to become a muckrake trial.

F cohn was fully aware of claimant's problems at chattahoochee state hospital where he was sent the first time found incompetent to stand trial. He knew of death threats by Doctor(s) there and no treatment. claimant sent a personal letter to cohn telling of problems.

G. cohn defended juror's wrongful actions and refused to swear them in under oath as he knew they were lying. six jurors were caught again Lying day before they were instructed on the jury law and this was proven by witnesses and he refused to poll them. refused all mistrials and allowed prosecutors improper remarks and behavior to continue.

H. cohns actions were to get claimant out of Broward county as fast as possible and place him into prison to take care of him. they "means all involved" needed time to prepare a cover up of all illegal actions and claimant was in the way.

'44.)"E.m.S.A." EMERGENCY MEDICAL SERVICE ASSOCIATION......

Is a medical contractor for Broward sheriff's office and dose supply medical to prison(s) and other jail(s) in Florida and other states. They have four different company names they go under, one of the major owners is attorney General BoB Butterworth's wife "second wife, his first wife died" and she is a nurse and married Butterworth and become owner of major medical businesses. This alone is a severe conflict of intrest as BoB Butterworth told news papers in 1996 that he just sleeps with his wife, "He" dose not spend her money so it's not illegal. Butterworth's wife goes under her maiden name to avoid any problems or conflict of intrest. This company dose not care of peoples welfore, but they do care about getting as many contracts as they can and make huge profits. Money is all they care about, not the publics intrest as they are sucking up publics money claiming they prowide medical care which they do, but mainly cut 80% of it to make pure profit. EMSA is the contractor who is using "BOB Butterworth" power to corrupt claimant's life and fair due process in the justice system. This is purely illegal corporation and shows corruption let alone the lenghts they gone to cover up "own mistakes" of trying to save money at the cost of people's Lives.

(45.) DR. DAVIS, M.D.    "chief of medical, N.B.D.C. jail"..... was in complete control of all medical. On day of claimant's assault by a known violent detainee "Norman Beech", Davis gave five sutures under right eye in medical department. claimant demanded xrays of his head which at first he was refused. Xray tech was there and took five xrays on site.
A. Davis showed no care for claimant or any detainee's rights or respect.
B. Davis done pure maltreat the whole time claimant was under his care.
C. Davis told claimant and family, Lawyer's that he recieved NO fractures to head at all. He refused to let claimant see xrays.

39

D. Since day of assault Davis knew of all fracture(s) but being chief Doctor and knowing policy of making profit, he chose to try and cover up serious head trauma in which claimant could have died.

E. On one visit when claimant refused to see Davis, he took a ruler and tried to pry apart claimant's mouth to get a wider opening to record in chart. Then after he was confronted on his wrongful actions claimant was told to leave the office. claimant left and waited in hallway and then Davis and nurse trailing behind came rushing after claimant in a IRATE manner. The B.S.O. deputy had to protect claimant but then claimant was given a false D.R. and was sent to confinement for 30 more days.

E. Once claimant was dying from his kidneys shut down from side effects of psychotropic medications and Davis swore on his license that claimant was just eating too much. claimant weighed 185 and gone to 245 pounds.

G. Davis at no time was willing to just get honest and do right by just giving claimant his due right to medical for serious fracture(s).

H. Davis had whole department of B.S.O. and EMSA to Lie to just cover up for his maltreat and malpractice. violated all detainee's rights to due process, state and federal Laws.

I. Nurses even covered for his illegal actions and EMSA knowing the reason why Davis lost his power to have private practice, allowed his criminal activities to follow him into jail. Just for the love of money.

(46.) DR. TREVOR WEATHORS, DDS, oral surgeon "Both jails" was the only oral surgeon working for EMSA at B.S.O.. weathors used his license to cover up for illegal actions of EMSA to save money. He allowed himself to be used by EMSA for DR. Davis to cover up and cause claimant Life long medical and mental pain as well Physical pain.

A. Since first day claimant met weathors he lied. He never once said he was a oral surgeon. Also switching Xrays that claimant saw right infront

40

of him along with DR. cline, DDS at main jail. Both of them were caught several times in the act and claimant walked in on cline and xray tech switching xrays and then cline showed claimant his xrays of fracture(s).

B. claimant was called down at main jail to medical and was advised by nurse that I was to be sent to N.B.D.C jail to have my right skull wired shut,. But DR. weathors and DR. cline both declined out side medical doctor's orders to wire skull closed. weathors made the call not to wire skull closed and fully knowing he's a dentist and not a medical doctor. This was to cover for DR. Davis actions to not have proof "or" to spend money. skull was fractured up to 1 1/4 inches wide.

C. weathors denied a medical doctors advise to wire fractured jaw closed and said that the jaw bone protruding out right side of face would go down in 1-3 years. well, now it happened in 1996 and it's now 2001 and is worse. By 100X ... Told claimant to visit him at his private practice when he gets out of jail.

D. weathors, DR. cline and at time kevin J. R.N. "Director of medical at main jail" along with B.S.O. and EMSA. denied medical for serious fracture's that are now worse and extreme pain 24 hours a day.

E. when claimant caught weathors, cline and white male xray tech all switching xrays that showed some other detarnee's head was illegal and now claimant holds a grievance from Barbra Hanson of B.S.O telling of fracture's months apart.

F. one day claimant was told he was to see oral surgeon for fractured jaw. when claimant saw him, he was shocked to find out it was DR. weathors. Since he never told me or noted it on paper work. weathors always said he was just a dentist.

G. one day claimant saw DR. cline, DDS. and he told me of fracture(s) and how should been done to fix jaw. claimant told weathors what he said and started ling saying he would not say that "became IRate". Not once did he get honest.

41

He since august of 1996 - 1998 in jail weathers knew of all fractures but tried to hide them and still does now in 2001.

(47.) DR. CLINE, DDS.    "main jail" ..... at all times acted on his own behalf. cline knew his actions were illegal and a pure violation of all medical laws. At "known" all times he participated with DR. weathers, DR. ucker and DR. G. pearson to cover up and neglecting detamee's right to medical care under the florida laws and constitution as well being detained in jail.

A. clines visits with DR. weathers were not normal, but completely planned out tactics to cover up for all personnel of EMSA and B.S.O.

B. cline lied as to claimant not having fracture(s) and his actions to employ white male xray tech to switch xrays in medical at main jail to show claimant another detamee's xrays of "head" showing no fracture(s). Even as the xray tech discussed with cline not to do it do to it was illegal, he used his position in jail to falsify xrays and document(s).

C. claimant at main jail in medical department had more xrays taken and I walked into xray room, whereupon was shown someone elses xray. cline did show claimant his xray do to I saw it as he held it in another hand. cline had no choice but to get honest.

D. upon all dental and medical visits, claimant recieved no treatment or was any talk of providing any.

E. cline along with xray tech and weathers, ucker knew of all medical fracture(s) claimant recieved after being assaulted. claimant found out of fracture(s), one at a time. months apart. never told of any fracture from day one of assault when treated by DR. Davis, M.D. and these Doctor(s) all tried to cover for his own illegal action(s).

F. cline gave claimant a false name which was put on a 1983 civil rights claim in year 1996. never got honest till one day he told claimant how he had to repair jaw and said 90% chance it would hurt claimant.

42

(48.) DR. PEARSON DDS.   "N.B.D.C. jail" ..... knew of all the fractures(s) and corruption involved over claimant's assault. knew of all xrays being switched, no medical care and of the cover up till the day claimant gone to prison.

A. Pearson at first had no real involvement in all cover up and denial of medical care.

B. Pearson's actions did show he knew by the visits claimant had and of personnel in other room Listening. Pearson was fully made aware of all fracture's known at time by claimant which made him fully aware of claimant's serious need for medical from 1996-1998.

C. Pearson refused to go against his fellow peer's and not once ever gave to proper authorities of the problem(s) with in the medical department and B.S.O. personnel. fully aware of all Life threatening fracture(s) and medical condition.

(49.) DR. UCKER. M.D. "Surgeon for main jail" ...... is a contractor for EMSA and holds a private practice. He worked night shifts. ucker was fully aware of all claimant's fracture(s) and some fracture's claimant still did not know of.

A. ucter advised EMSA and B.S.O. jail to Do o.m.F.s, "open Mouth Fracture Surgery". Also to wire claimant's right skull closed.

B. At no time did ucker try to insure any order's were followed through with.

C. ucker told claimant of facial fracture under right eye "month(s)" later by just placing his hand's on claimant's facial. No one ever told claimant of this fracture.

D. On one visit to ucker with his nurse present, ucker pulled xrays that he had ordered to be taken of claimant and showed me fracture still present after all these month(s). ucker got upset when claimant said

43

you DR. ucker knew all along of fracture(s) as claimant just figured out that it was him "DR. ucker" on all report(s). ucker got IRATE, "yelled" you should be lucky "greatful" your right eye is not falling out. The xray showed the whole right side of facial collapsed and on a angle. E. ucker was the highest ranking Doctor out of both jail(s) with a Licence and still refused to turn in his peer(s) for illegal actions and violating all medical profession rules. continued to cover up for the all. "why"? ...
E. when claimant asked if he could die from all fracture(s), ucker gave no response.

(50.) BARBARA HANSON, HSA, B.S.D. "medical Director of N.B.D.C. jail" ... had a office in which was right next to mR. stanley holmes. Hanson knew at all times of illegal actions and no medical as she was made personally aware by claimant.

A. Hanson used her power in "position" to cover up for all EMSA and B.S.O. personnel.

B. Hanson responded to one of hundred grievances saying claimant had not recieved any fracture(s), but on her reply it shows month(s) apart fracture(s) being reported.

C. At no time was mRs. hanson ever willing to get honest or comply with any state, federal laws governing detainee's rights to medical care.

D. The more claimant sought help, the more she would cover up.

E. claimant spoken "many" of times in her private office and hallway's, cell block and hanson always said she would provide medical attention but claimant never recieved any.

F. miss BARBARA HANSON - EVANS is stanley holmes boss. "ombudsman" ... holmes job was to insure all detainee's recieved medical care at main jail as well N.B.DC. jail.

.. mRs hanson was fully aware of s. holmes criminal activities as well

44

his wife mes holmes illegal actions. mrs. holmes worked at main jail as a case-worker during the day.

H. Till day claimant left custody of jail on 6-8-98 to prison, mrs hanson still allowed all criminal corruption to lead to claimant's own criminal trial, all over the actions of personnel from EMSA and B.S.O. claimant showed his innocence but "almost" recieved death sentence....

I. All cover up was for the greed of money, jobs verses safety and due process of rights owed to all detainee's. All violated and broke the laws)...


(51.) MR. STANLEY HOLMES   "ombudsman, B.S.O. both jail's"........ is over medical problems and is married to caseworker mrs. holmes at main jail. which mrs. holmes alone has violated every rule, policy of B.S.O. and of all Florida laws as well federal.

A. mr. holmes covered up assault(s), abuses, no medical care for all detainee(s), not just claimant. "hundred(s) of detainee(s)".

B. mr. holmes and unit manager Robinson both sided together to conspire on their own to cover up for assault and all personnel of B.S.O., EMSA and Broward county state prosecutor's office.

C. mr. holmes knew of assault by known violent inmate "sentenced" and of all fracture's claimant recieved. Also his own attempts to deny claimant his rights to file assault charges. Holmes knew of Norman Beeches violent attacks on all staff and detainees and in and out of confinement(s).

D. Refused claimant's request(s) for safe housing, medical attention, medications for pain as well soft food diet for fractured jaw.

E. mr. Holmes refused to end all false confinement(s) and Displinary report(s) even as well knew of over ½ year straight confinement. All because of I claimant seeking medical care. As, B. Hanson always said she'd have mr. holmes check into my confinement(s) but that was never done. He had violated all appeals and didn't care to do his proper job duties.

45

E. MR. and MRS. holmes along with miss Annette D. Jackson another case-worker at main jail had conspired together and violate every rule and law and even go as far to set claimant up in trial, "his criminal trial". classification department and B.S.O. and EMSA. allowed a known violent inmate "sentenced" in a psychiatric unit and after claimant's assault and denied medical for fractures, is where and why "all" this started.

6. At no time was mr. holmes willing to help claimant but was willing to help B.S.O., EMSA and state Attorney's office give him the electric chair for a crime he proved innocence to.

(52.) KEVIN J. R.N, "was director of EMSA at main jail".... now is working at EMSA office in plantation, fla. kevin took over for another director do to his personal involvement in illegal activities, which also stemed to claimant's criminal trial.

A. kevin was fully aware of all claimant's medical problem(s) from the start. But he chose to cover up for all personnel's wrongful action's.

B. All claimant's request(s), grievance(s) sent to kevin would not be answered or would say "claimant recieved proper medical".

C. kevin covered up for all Doctor(s) and Dentist(s) as well nurses and some psychiatrist(s). All illegal action's should have been turned over to a agency that would of taken proper action as well proper procedures.

D. kevin's continued cover up for DR. cline, pearson, weathors, ucker, Davis's to hide wrongful actions and xrays, reports. To secure the truth so that no one would find out, which violates the laws.

E. kevin was fully aware of DR. cline DDS, DR. weathors, DDS, making medical calls on not wirering skull closed or fixing facial and not to wire jaw closed.

F. About 8 months later claimant was taken to oral facial Dentist to have jaw wired shut. upon visit dentist was ready but he said I can't help you. since now about 8 months later they waited to long. Dentist said claimant would

46

not be able to open mouth wider than 1¼ inches now for life. He said if I do surgery, it would most likely colapse claimant's whole right side of face. All because they neglected to give treatment on time.

G. At no time did kevin J. R.N. ever get honest or stop all illegal activities. kevin had full control over all "medical" and a psychiatrist DR. Limia, M.D, who also conspired to set claimant up in his trial.

H. As kevin took a oath upon his licensing and had full control over the lives of people and to violate all medical rules and laws let alone all state and federal laws.

(53.) MR. HANLEY   "head of psych, mental health at N.B.D.C jail".....
has worked for Department of corrections in miami for about 4-5 years. And then took job with B.S.O and EMSA. At first Hanley was outspoken and willing to help in year 1996, but then he cut back as all corruption got heavy. He was either scared to go against his peers or threatened not to help and go against all Bosses. Motive I assume was retaliation was to come. To this day I don't know if he is helping. Hanley is fully aware "all" corruption.

B. claimant sought help from Hanley for medical attention and he seemed to do very little.

B. claimant's mother tried feverishly in every department at N.B.D.C. to get him medical help. claimant's mother spoke to Hanley till 1998 many of times.

C. The more claimant sought help, the worse the corruption would be. Hanley repeatedly said he would help, but no help ever came.

D. Hanley is fully aware of "all" criminal activity, assaults, false D.R.'s and all confinement(s) as well the seriousness of claimant's medical needs. He was fully aware of all cover ups being done to avoid medical.

E. was fully aware of claimant's attempts to recieve pain medication as well a soft food diet for fractured jaw. And to be free from abuse.

47

E. Claimants abuse gotten worse from years 1996-1998. Hanley knew of all Doctor's, Dentist's, personnel of E.M.S.A and B.S.O. attempts to lie and use detainee(s) to lie and set claimant up in his own trial all because of one Doctor, DR. Davis, M.D. lies to save money for his employer EMSA and to avoid a civil suit against B.S.O. and EMSA.

G. At no time that claimant is fully aware of " did Hanley contact proper officials outside of B.S.O. authority to stop all abuses on claimant as well all other detainee(s). fully knew claimant faced death sentence and stood by while they "almost" gave claimant death sentence. He fully remained quiet.

(54.) NURSE M. NELSON R.N. "charge nurse of N.B.D.C. jail"...... and was present in 1995 at claimant's arrest and housed at N.B.D.C. She came to speak to claimant at 11-D-2 and claimant said he would speak to her since she "Nelson" could be held to confidentuality. MRS. Nelsen said she would come back next day to speak. Upon the next day DR. M. Limia, M.D. "psychiatrist" came with "3" clothed BSO deputy(s). DR. Limia said claimant can speak infront of them all and it would be held "confidentual", claimant refused ! ! ! ! This was the day in Aug, 1995 just after arrest "all." corruption started. They were to supply the state "chuck morton" and detectives with a testimony.

A. Nelson still worked for EMSA at N.B.D.C. jail in 1998. She was fully aware as well claimant made her aware of all assault(s), false D.R.$^{S}$, confinement(s), denial of medical for serious fractures and of all tampering with claimant's criminal trial.

B. claimant has written request(s), grievance(s) to Nelson for all medical problems as I "pleaded" for help. No help came! claimant filed request(s) after request(s) asking for all names of person's and license #. she did give them and asked why. claimant said for a civil suit one day.

C. Nelson knew of all illegal actions by the state, county, jail(s), B.S.O, and EMSA and helped to cover up.

**D.** At no time did claimant ever hear of nelson reporting illegal actions by all personnel of state, EMSA, B.S.O., jail's and county.

**E.** Nelson violated her obligations and duties as well oath upon her recieving License to be a nurse in the state of Florida.

**E.** As of now in 2001, claimant is not aware of any help.


(55.) NURSE RICHARDSON R.N.    "N.B.D.C. jail" ..... has worked at N.B.D.C. jail since claimant was present "1995-1998". Richardson always displayed a poor "negative" addditude. She's a person who took time in a school to be a licensed nurse and work with people. She has yelled at "all" detainee(s) to shut the Fuck up and I Don't care if you die. MRS. richardson maintained same addditude till day claimant left jail to prison in 1998.

**B.** Richardson would not care if detainee(s) were beaten by B.S.O officer(s) or another detainee. She would tell them to "shut up you cry baby". Also to claimant.

**B.** Richardson to did alot as well took detainee(s) and claimant's pleas for help like a "morgue"... No concern for anyone, denied medical.

**C.** Reasons why so many detainee(s) died in B.S.O. jail(s) is this complete denial of care and poor addditudes. This is disconsolate.

**D.** One detainee "Carl Franz" was beaten by another detainee and thrown into confinement "bleeding from his head and facial." Blood was coming from his eye's, nose and mouth. Richardson stated, "shut up you baby" your not going to die. She walked away and "days later" he got medical for serious fracture to facial.

**E.** Richardson was fully aware of detainee(s) and claimant being denied medical which should have been treated. But waited "Days, weeks, month(s)".

49

F. Richardson would say as claimant sought medical and pain medications, "IT'S IN YOUR HEAD, YOU DON'T NEED IT", or we ran out. You don't need it.

G. still in 1998 richardson yelled and screamed same actions. she knew of all abuses as well "ALL ASSUALT'(S) BY DEPUTY'(S) ", detainee(s), and DR. Davis, M.D upon claimant.

H. Richardson as a person who took an oath for Licensing to practice as a nurse has gone way beyond her License duties. She would tell claimant not to get psychotropic medication(s) if he was to refuse it. Claimant almost died from drug siniquan as it shut his whole body down and weighed at time before drug 185 lbs, and blew up to 245 lbs and growing.

I. "not once did richardson due her duties as a citizen and nurse and report all illegal activities, assault's, denial of medical care and so on to authorities, but she instead became one of the law breakers and covered up for all personnel of B.S.O., State, county and EMSA.

(56.) DR. M. LIMIA, M.D. "psychiatrist" for both W.BDC and main jail(s) ..... first met claimant at W.B.D.C. in 1995 at 11-D-2 cell block. He was sent by nurse nelson along with "    "3" clothed B.S.O. deputy(s) to force a statement. since claimant told nurse m. nelson, R.N. that he would speak to her and hold her to confidentuality. Limia told claimant that all he said would be held to confidentuality between him and the "3" officer's. He Lied to produce a statement that was never given to give to prosecutor "chuck merton" and two detective(s) in his criminal case. This is where all corruption started...

B. Just days after claimant's arrest in 1995 things started to happen as at that point and time was claimant's criminal trial only.

B. from the start Limia colaberated with detective's "Gucciardo, Bukata" from B.S.O. as well chuck merton "prosecutor".

C. Limia was fully aware of claimant's assault in 1996 and of the fracture(s), false D.R.', confinement(s), switching of xrays, no medical and cover up by B.S.O.,

and EMSA. He "Limia" chose to remain quiet, which is another violation of ethics, Licensing as well State and Federal laws.

C. Limia gone to claimant's criminal trial to lie on the stand infront of judge James I. cohn. He lied at "all" competency hearings to find claimant other than what Four other doctor's were saying.

D. Limia took sides with county hired Doctor's "1" Judy Block-garfield, 2.) Spencer which are both psychologists. "All Lied for chuck morton prosecutor".

E. claimant told Limia many of times of assault(s), threat(s), no medical nor medication(s) and confinement(s) which he still turned against me to cover up for B.S.O., EMSA, county and states actions.

E. on claimant's last competency hearing, I was "really shocked" at the lengths Limia and prosecutor "chuck morton", DR. garfield, DR. spencer and a attorney hired for B.S.O. "county" had gone to corrupt court room. They all spoke of, claimant needs shock treatment, alot of psychotropic drugs and his mind is fully wired wrong. All this done infront of reporter(s) and family. This is the second time found incompentent to stand trial. They wanted to send me to miami state hospital "But judge got scared and ordered me to remain housed in psychiatric unit of N.B.D.C. jail.

G. Limia's actions lead to first time found incompetent and sent to florida chattahoochee state hospital for 3½ months. claimant did not have a normal stay in which a Doctor there " DR. glen watson "psychiatrist" and DR. lynne westby "psychologist" threatened claimant in front of a college student to commit to his charge or never leave there alive. They also pulled out "stacks" of files that they should of never had.

H. claimant at first recieved no psych treatment or medical care so they could use what ever I said against claimant. "No medication(s)".

I. Till this day claimant recieved no help by Limia, He wrote up false reports that were never had, conspired with B.S.O. and EMSA pluss morton to give claimant the death penalty to cover up. wanted to kill ME!

51

(57.) BROWARD SHERIFF'S DEPARTMENT "ILLEGAL PHONE TAP, and CALL BLOCKS"...
Sheriff's office at both N.B.D.C jail and main jail had over the years listened
to all phone calls as well Attorney-client phone calls. At no time would they
supply a phone just for Attorney use let alone state on all phone calls that
they were listening and/or recording nor placed signs on walls or in detainee
hand book "Rules of B.S.O.". In Department of corrections they tell you all phone
calls are recorded and/or place a notice above phone. main jail and N.B.D.C
jail violated all state and Federal laws in order to gain information to
supply state Attorney's office's as well my own prosecutor "chuck morton" with
the information to obtain false conviction's or an edge to "force" or "scare"
a person to plead out to his or her charge.

**☆** The same laws and rules this department is suppose to abide by,
and provide "Honest justice", but it self is not honest and violates it's
own state and federal laws as well confidentiality laws.

A. Broward sheriff's gone as far to stop claimant from speaking to his
family and friends. They would place illegal phone blocks on their phones
to stop claimant from calling "collect". Never had permission from owners.
B. repeatedly placed blocks on claimants mothers, sisters, Dad and friends
phone which even messed up their phones to where no body could call them
from anywhere.
C. claimant spoke one time to his X and spoke of his son and pure feelings
and personal matters. The jail did not like that kind of stuff of truth
and placed a block on phone since they were recording all his calls.
E. gone as far to use deputy's to listen on wall intercoms and P.A. systems.
E. Gone as far to use ceiling speakers in Attorney visits to listen. "from
the main jail control room",

(58.) DR. LYNNE WESTBY    "psychologist, chattahoochee state hospital"......
upon claimant's arrival he thought for sure he would now recieve appropriate

52

medical attention. claimant one day saw all Doctor(s) and nurse(s) along with staff sitting in a small room and claimant told them "all" that he came from pure corruption and to please not go against him for he is only here for medical help. As claimant left the room they all started laughing. The Reason claimant was sent, was to be medicated by psychotropic drugs and medication for pain. Till found competent.

B. claimant recieved abuse from staff "medical" as he sought medication(s) for psych and pain.

C. A DR. Fan, M.D. would only give claimant tyknal and he was told it did not help any. But he insisted that's all claimant will recieve. Later I claimant was told by DR. Fan, M.D. that I didn't need it, "it's in my head" and he was going to wing me off the tylenal. Said claimant is addicted to it.

D. Assault(s) by nurse(s) and actions of disrepect were common. claimant had objects thrown at him in front of others. Retaliation from staff for my writing grievances upon them. Nurse(s) and Doctor(s) falsifying document(s), charts. The staff always wrote claimant is trafficking in cigarettes and food. I A big criminal. No help for what I'm sent there for.

E. claimant had many meetings with westby and each one was for all the wrong reason(s). A month into stay claimant was called into a meeting with DR. westby, DR. glen watson as well a female college student. westby spoke and pulled out "massive amount of files" and asked questions she should have never known to ask, "All Trial" "legal questions". claimant said he would not speak without his attorney present. westby pulled out three more "Big" files and they evas all on my criminal trial issues. Based on "court, trial proceedings, arrest, all jail problems, family and alot more. DR. Glen watson told me if claimant didn't speak of his case and admit to charges, he would never leave hospital alive. All this Done in presence of female college student. claimant walked out and that

was not all that happened while claimant stayed there. This happened monthly. All actions were engaged with B.S.O., county, prosecutor + chuck morton", State of florida. At no time ever recieved honest help or medical attention.

(59.) DR. GLEN WATSON    "psychiatrist, chattahoochee state hospital "...
is chief psychiatrist. His role is to lead all sessions with client's and teach the roles of court room procedure.

A. Watson and DR. Westby, phD, knew of their actions that were violating claimant's confidentiality laws, Laws of state and u.s. constitution. They acted under authority of Broward county jail(s) personnel and state Attorney's office in broward county. All this to fabricate lies and sentence a innocent man to "Death Row"...

B. watson was made known of assault(s) and abuse as well threats by claimant and by Broward county before claimant ever reached hospital. His own threats to force claimant to commit to his own charge or never leave hospital alone shows the extent they all have gone to convict claimant.

C. watson supplied county and state "chuck morton" of all weekly things going on at the hospital.

D. After claimant left hospital and back in Broward county jail, watson was flown in by prosecutor "chuck morton" to lie at claimant(s) compentcy hearing on stand. claimant's attorney's caught watson Lying and tore him up on the stand. All on records.

(60.) CHRISTOPHER C. CLONEY, esq, "lawyer "advocate for detainee(s) rights while in custody of B.S.O.". ....
and he considered himself as "crusaider u.s. cochran". which is a big joke as he was in the officials pockets "all the pockets. He claimed

54

to be in jail once and swore he would help other(s) in jail. since he saw how badly inmate's were treated. cloney uses the termenoligy of "crusaiders vs. Ron Cochran" old sheriff who died. This is a big joke!!!! It's considered a cover up for B.S.O. and E.M.S.A, state Attorney's office as well the county. I wonder how much he was paid off to not get envolved with the corruption....

**A.** cloney turned against claimant and all the other detainee(s) he said he would insure their rights were upheld. His "cloney" pockets are filled with blood money.

**B.** claimant and his family members called, wrote letters to cloneys office since years 1996-1998 and no help. Just Lies. As I was in main jail pod 7-D-2 miss Jacksons Drug cell "relapse provention" I was in confinement, placed there by Jackson. cloney sent investigator "older white male" to respond to complaint, investigator saw claimant and was shown only proof I had at time "gaute not much then".. and he said claimant has one hell of a law suit and left. never saw again. no matter how many "pleas" for help!" claimant recieved his home phone number and him and family called and still no help. That right there shows complete cover up and personal involvements.

**C.** for B.S.O. to have these big logo's above all phones in jails to call for help is a complete joke. If claimant recieved his help when he had all serious "fresh" fracture(s)" claimant might not be in so much pain today and would be able to open mouth.

**D.** last time claimant wrote cloney was June 3, 1998 saying last chance to help, He writes back saying please explain what you mean as well some other words.

**E.** Till this day of 2001 no help, no positive responses. cloney was made aware of all claimant was going though as well he knew from jail personnel. knew of corruption and give me death sentence.

55

The claimant William M Hicks, hereby files this Petition for a formal complaint to be filed and a case number assigned. under the florida statutes and florida laws, claimant has the right to file this complaint and be assigned a case number and to have his complaint investigated. claimant also has the rights under the U.S. constitution to press and/or file a complaint upon any Government, State, county personnel as well upon any contractor licensed in the state of florida who is known to be violating the laws of State and federal.

Claimant HEREBY makes A UNSWORN DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. § 1746 AND § 92.525 FLORIDA STATUTES (1989) That I william m Hicks, proSE, Do hereby declare under penalty of perjury that the information contained herein and/or attached here to is true and correct.

EXECUTED ON THIS __18__ day of __may__, 2001

cc: file:
   lawyer, "larry klayman, Judicial watch."
   501 School Street, S.W. Suite 275
   washington, Dc 20024

§ 1983 U.S.C. Defendant(s)
   KEN JENNE, et al.

William M Hicks 664670
   William M. HICKS, pro SE.
   EVERglades correctional INST
   PO Box 949000
   miami, florida 33194-9000

<u>SWORN AFFIDAVIT / OATH</u>

I William m Hicks, files this affidavit/oath to Declare that the attached "Petition; complaint dated may 18, 2001 to Broward county sheriff's office %o Internal Affairs" is facts and truthful pursuant to Title 28 U.S.C. §1746 AND § 92.525 Florida statutes (1988) and hereby swear under penalty of perjury that I WILLIAM M HICKS, have read and written said complaint and ask for a investigation to be had by Internal Affairs in Broward sheriff's Department. The claimant being of rightful age and am a united states citizen and under Florida Law, statute's and united states constitutions Have the right to bring forth a complaint and to have a case number assigned as well fully investigated.

Executed This 28 day of
may, 2001.

"county of DADE"

x William m Hicks
William m Hicks claimant,
Doc # 664670  BldG H-2  2m a15
Everglades corr Inst
Po Box 949000
miami, fla 33194-9000

Vicky E Clemons CC 684115
Notary of Public

May 28, 2001
DATED

VICKY E. CLEMONS
MY COMMISSION # CC 684115
EXPIRES: September 29, 2001
Bonded Thru Notary Public Underwriters