UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-Dimitrouleas

MAGISTRATE SORRENTINO

William M Hicks,
Plaintiff,

v.

KEN JENNE, et.al,
Defendant(s).



**ORDER**
Granted ✓ The reply filed
Denied ___ 7/18/01 is
Comments timely.

Dated: 7/24/01
Charlene H. Sorrentino
U. S. Magistrate Judge



FILED by ___ D.C.
MAG. SEC.

JUL 25 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

PLAINTIFF'S MOTION FOR EXTENTION OF TIME

COMES NOW, Plaintiff and requests a extention of time for (30) days to respond to DEFENDANT(S) motion to Dismiss from Hanson-Evans and Holmes. Plaintiff needs this time to provide Exhibits and he is in the middle of his criminal trial motion(s).

William M Hicks, pro se
William M Hicks 664670
Everglades Corr Inst

