**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

WILLIAM M. HICKS,                           Case No. 00-6087-CIV-Dimitrouleas

    Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. WECKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.,

    Defendants.
_____/

## REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS HANSON-EVANS AND HOLMES' MOTION TO DISMISS/MOTION TO STRIKE

The Defendants HANSON-EVANS and HOLMES, by and through their undersigned attorneys, hereby file their Reply Memorandum in Support of their Motion to Dismiss/Motion to Strike and would state as follows:

On or about June 27, 2001, these Defendants filed their Motion to Dismiss/Motion to Strike (and Memorandum of Law). Thereafter, on or about July 16, 2001, Plaintiff prepared and filed a document entitled "Plaintiff's Response to Defendant's (sic) Hanson-Evans and Holmes Motion to Dismiss."

These Defendants will rely on their arguments as fully set forth in their original Motion to Dismiss/Motion to Strike (and Memorandum of Law).

1



The Defendants' motion should be granted.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to **WILLIAM M. HICKS, Plaintiff, DC#664670**, c/o Everglades Correctional Institution, P.O. Box 949000, Miami, Florida 33194-9000 and **JOEL SHULMAN, ESQUIRE**, 2801 Ponce de Leon Blvd., 9th Floor, Coral Gables, Florida 33134 this ____ day of July, 2001.

> PURDY, JOLLY & GIUFFREDA, P.A.
> Attorneys for Defendants
> HANSON-EVANS & HOLMES
> 1322 S.E. Third Avenue
> Fort Lauderdale, Florida 33316
> Telephone: (954) 462-3200
> Facsimile: (954) 462-3861
>
> BY: _____
> SUMMER M. BARRANCO
> Florida Bar No. 984663

2