```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 00-6087-Civ-DIMITROULEAS
                          MAGISTRATE JUDGE SORRENTINO
WILLIAM M. HICKS,            :

     Plaintiff,              :

v.                           :    ORDER REQUIRING SERVICE OF
                                     PROCESS BY U.S. MARSHAL
SHERIFF KENNETH JENNE, et al.,:

     Defendants.             :
_____
```



FILED by _____ D.C.
MAG. SEC.

AUG - 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

In this <u>pro se</u> civil rights action pursuant to 42 U.S.C. §1983, the plaintiff by separate Order has been granted leave to proceed <u>in forma pauperis</u>. Notices of Lawsuit and Requests for Waivers of Service of Summons were sent to Ken Jenne, and Susan McCampbell. Jenne and McCampbell did not waive service.

<u>Fed.R.Civ.P.</u> 4(e) provides that as to an individual from which a waiver of service has not been obtained and filed, service shall be effected, as follows:

> (e) SERVICE UPON INDIVIDUALS WITHIN A JUDICIAL DISTRICT OF THE UNITED STATES. Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in any judicial district of the United States.
>
> (1) pursuant to the law of the state in which the district court is located, or in which service is effected, for the service of a summons upon the defendant in an action brought in the courts of general jurisdiction of the State; or
>
> (2) by delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process.

The plaintiff was permitted to proceed *in forma pauperis* (see Order DE# 11) and is therefore entitled to service of process at public expense, without prepayment of the costs and fees involved.

It is thereupon

ORDERED AND ADJUDGED as follows:

1. The United States Marshal shall <u>forthwith, upon an expedited basis</u>, attempt to serve: (1) a copy of the amended complaint [DE# 53]; and (2) an appropriate summons, upon the following defendants:

    a.   Ken Jenne, Sheriff
           Broward Sheriff's Office
           2601 West Broward Blvd.
           Ft. Lauderdale, FL 33312

    b.   Susan McCampbell, Director
           Broward Sheriff's Office
           2601 West Broward Blvd.
           Ft. Lauderdale, FL 33312

**<u>THE MARSHAL IS REMINDED THAT THIS DEFENDANT HAS ALREADY DECLINED TO WAIVE PERSONAL SERVICE, SO THIS SERVICE MUST BE PERSONAL AND NOT BY MAIL.</u>**

2. The Marshal shall keep the Court apprised of the status of service by promptly filing returns of service for the defendants Jenne and McCampbell.

DONE AND ORDERED at Miami, Florida, this __9__ day of August, 2001.

                                                              /s/ *signature*
                                                         UNITED STATES MAGISTRATE JUDGE

cc:   United States Marshal

     William M. Hicks, Pro Se
     DC# 664670
     Everglades Correctional Institution
     1601 S.W. 187th Avenue
     P. O. Box 949000
     Miami, FL 33194-9000

     Summer Marie Barranco, Esquire
     Purdy, Jolly, & Giuffreda, P.A.
     1322 S.E. Third Avenue
     Ft. Lauderdale, FL 33316

     Joel L. Schulman, Esquire
     David R. Cassety, Esquire
     O'Connor, Chimpoulis, Restanti,
       Marrero & McCallister, P.A.
     2801 Ponce de Leon Blvd., 9th Floor
     Coral Gables, FL 33134

     E. Bruce Johnson, Esquire
     Johnson, Anselmo, Murdoch,
       Burke & George, P.A.
     790 East Broward Blvd., Suite #400
     P. O. Box 030220
     Fort Lauderdale, FL 33303-0220