# United States District Court
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,

    Plaintiff,

V.

SHERIFF KENNETH JENNE, et al.,

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

00-6087-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

FILED by _____ D.C.
MAG. SEC.
AUG 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: (Name and address of defendant)

    Ken Jenne, Sheriff
    Broward County Sheriff's Office
    2601 West Broward Boulevard
    Fort Lauderdale, FL 33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF   (name and address)

    William M. Hicks, <u>Pro Se</u>
    DC #664670
    Everglades Correctional Institution
    1601 S.W. 187th Avenue
    P. O. Box 949000
    Miami, FL 33194-9000

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CLARENCE MADDOX**

CLERK

(BY) DEPUTY CLERK    Elizabeth [signature]

DATE    8/10/01