# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,

    Plaintiff,

V.

SHERIFF KENNETH JENNE, et al.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

00-6087-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

TO: (Name and address of defendant)

Susan Campbell, Director
Broward County Sheriff's Office
2601 West Broward Boulevard
Fort Lauderdale, FL 33301

FILED by _____ D.C.
MAG. SEC.
AUG 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. MIAMI

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF (name and address)

William M. Hicks, <u>Pro Se</u>
DC #664670
Everglades Correctional Institution
1601 S.W. 187th Avenue
P. O. Box 949000
Miami, FL 33194-9000

an answer to the complaint which is herewith served upon you, within **twenty (20)** _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CLARENCE MADDOX**

CLERK

(BY) DEPUTY CLERK

8/10/01

DATE