U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William M. Hicks | 00-6087-Civ-Dimitrouleas |
| DEFENDANT | TYPE OF PROCESS |
| Sheriff Kenneth Jenne, et al | Summons & Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➡ Ken Jenne, Sheriff, Broward County Sheriff's Office
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 2601 West Broward Blvd, Ft. Lauderdale, FL 33301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William M. Hicks
DC# 664670
Everglades Correctional Inst.
1601 SW 187 Ave.
Miami, FL 33194

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PER COURT ORDER - EXPEDITED SERVICE REQUESTED

CLARENCE MADDOX FILED BY '01 AUG 15 P 3:10

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT  TELEPHONE NUMBER  DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | | Date cm 8/14/01 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Misty Osbourne (legal Asst)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service  8/14/01
Time  3:15 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

WILLIAM M. HICKS,

    Plaintiff,

V.

SHERIFF KENNETH JENNE, et al.,

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

00-6087-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

TO: (Name and address of defendant)

> Ken Jenne, Sheriff
> Broward County Sheriff's Office
> 2601 West Broward Boulevard
> Fort Lauderdale, FL 33301

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF (name and address)

> William M. Hicks, <u>Pro Se</u>
> DC #664670
> Everglades Correctional Institution
> 1601 S.W. 187th Avenue
> P. O. Box 949000
> Miami, FL 33194-9000

an answer to the complaint which is herewith served upon you, within twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CLARENCE MADDOX**

8/10/01

CLERK                                                                    DATE

(BY) DEPUTY CLERK