# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William M. Hicks | 00-6087-Civ-Dimitrouleas |
| DEFENDANT | TYPE OF PROCESS |
| Sheriff Kenneth Jenne, et al | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Susan Campbell, Director, Broward Sheriff's Office

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2601 West Broward Blvd, Ft. Lauderdale, FL 33301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William Hicks
DC# 664670
Everglades Correctional Inst.
1601 SW 187 Ave.
PO Box 949000
Miami, FL 33194-9000

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PER COURT ORDER - EXPEDITED SERVICE NECESSARY

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER   DATE

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk   cm | Date 8/14/01 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 8-14-01   Time: ___ am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: 8-14-01. No longer works for Sheriffs Dept. Left no forwarding address. Has been gone since Sheriff Jenne took office.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,

    Plaintiff,

        V.

SHERIFF KENNETH JENNE, et al.,

    Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

00-6087-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

TO: (Name and address of defendant)

    Susan Campbell, Director
    Broward County Sheriff's Office
    2601 West Broward Boulevard
    Fort Lauderdale, FL 33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF (name and address)

    William M. Hicks, Pro Se
    DC #664670
    Everglades Correctional Institution
    1601 S.W. 187th Avenue
    P. O. Box 949000
    Miami, FL 33194-9000

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CLARENCE MADDOX**

CLERK                                               8/10/01

(BY) DEPUTY CLERK                           DATE