UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

WILLIAM M HICKS,
   Plaintiff,
V.
KEN JENNE, et al,
   Defendant(S).
_____



### PLAINTIFF'S REPLY TO MAGISTRATE JUDGE REPORT

COMES NOW, Plaintiff prose, and files his response to this courts finding dated August 9, 2001. Plaintiff recieved this report on August 14, 2001 and files his reply in a timely fashion.

Plaintiff responds to page two of report number (3), DENIAL OF DUE PROCESS: Plaintiff attaches copies of incomplete and falsified Displinary reports to substantiate his claim that he recieved falsified D.R.s and was wrongly placed in confinement for over a half a year.

EXHIBIT A, of displinary report shows <u>no</u> signature of reporting deputy or date/time delivered. This makes D.R. invalid and should have been dismissed.



EXHIBIT B, Now shows deputy's signature and date/time after report was finished. The sgt. signed off before completion of D.R. This makes D.R. invalid and shows it was falsified. No witness statements taken.

EXHIBIT C, of Displinary committee action sheet shows no witness statements recieved or considered and based soley on officers statement.

EXHIBIT D, shows couple of witnesses taken on Plaintiff behalf to keep for his file since deputy would not follow the rules.

EXHIBIT E, a grievance filed, but no response when returned to Plaintiff.

Plaintiff, submits this as evidence showing a clear violation of Broward Sheriff's rules.

Plaintiff asks this honorable court to except this as a factual statement to substantiate his claim based soley on evidence.

Dated this 17 day of Aug, 2001.

William M Hicks 664670
William M Hicks, prose
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000

I certify a true and correct copy was mailed to all defendant's this 17 day of Aug, 2001.

1.) Summer Barranco, esq., 1322 S.E. 3rd Ave Ft. Laud, Fla 33316
2.) McCallister, esq, 2801 Ponce de leon Blvd 9FL Coral Gables, Fla 33134

William M Hicks

# INMATE DISCIPLINARY REPORT

**PART I: REPORT OF INFRACTION**   Inmate's present location: 12-1-H-4 #5
Facility/Pod/Housing Unit/Cell Number

| Inmate's Name: HICKS, WILLIAM | Violation Classification: 1. USING ABUSIVE LANGUAGE | Violation Code: B-15 |
|---|---|---|
| Arrest Number: 13597-17076   Date/Time of Infraction: 6-3-98 / 1210 | 2. | |
| Place of Infraction: 12-1-H-4 DAYROOM | 3. | |

Description of infraction (who, what, when, where, how, why, and your actions):

SHORTLY AFTER THE FEEDING INMATE HICKS WANTED TO TALK TO ME, I STATED IF IT HAS ANYTHING TO DO WITH A MEDICAL PROBLEM OR ANY OTHER INSTITUTIONAL RULE I WILL TALK TO HIM, IF NOT I WILL BE UNABLE TO TALK TO HIM. HIS RESPONCE WAS "YOU ARE TO FUCKIN BUSY TO TALK BECAUSE YOU TALK TO FEMALE DEPUTIES TO MUCH!"

Reporting employee's signature/CCN: DS2 ____ 5755   Date/Time: 6-3-98/1220   Employee's name and title (print): SELDIN / DEPUTY

Evidence collected? [ ] Yes [X] No   Event Report completed? [ ] Yes [X] No   Case Number _____

**PART II: INVESTIGATION**   Investigation starting date: 6/3/98, time: 1250 hours

Inmate present for statement (check one)?   [X] Yes   [ ] No   [ ] Refused

Inmate Hicks, William BS98-17076 stated that he never said a word to Deputy Seldon, and that the information written is a total lie.

Inmate requested: representation? [ ] Yes [ ] No   witnesses? [ ] Yes [ ] No

Comments/action taken and finding of infraction:

A) I was forced to take probation
Said 10 Days on 6-5-98

Inmate's signature: _____   Investigator's signature/CCN: Deputy A. Smith 5974
Reviewing supervisor's signature/CCN: _____ 3621   Disciplinary Report expires on: 6/10/98  Time: 1240
D.R. copy delivered to inmate by (name/CCN): William M Hicks   Date/Time delivered: ____   Hearing Date and Time: ____

White (original) - Inmate file   Yellow copy - Facility Administrator's file   Pink copy - Inmate

BSO DJ#88 (Revised 12/95)

**INMATE DISCIPLINARY REPORT**

**PART I: REPORT OF INFRACTION**　Inmate's present location: __12-1-H-4 #5__
　　　　　　　　　　　　　　　　　　　　Facility/Pod/Housing Unit/Cell Number

| Inmate's Name: HICKS, WILLIAM | Violation Classification 1. USING ABUSIVE LANGUAGE | Violation Code B-15 |
|---|---|---|
| Arrest Number: BS98-17076　Date/Time of Infraction: 6-3-98 / 1210 | 2. | |
| Place of Infraction: 12-1-H-4 DAYROOM | 3. | |

Description of infraction (who, what, when, where, how, why, and your actions):

SHORTLY AFTER THE FEEDING INMATE HICKS WANTED TO TALK TO ME, I STATED IF IT HAS ANYTHING TO DO WITH A MEDICAL PROBLEM OR ANY OTHER INSTITUTIONAL RULE I WILL TALK TO HIM, IF NOT I WILL BE UNABLE TO TALK TO HIM. HIS RESPONCE WAS " YOU ARE TO FUCKIN BUSY TO TALK BECAUSE YOU TALK TO FEMALE DEPUTIES TO MUCH."

Reporting employee's signature/CCN: DEP Sull 5765
Date/Time: 6-3-98 / 1220
Employee's name and title (print): SELDIN / DEPUTY

Evidence collected? [ ] Yes [X] No　Event Report completed? [ ] Yes [X] No　Case Number ____

**PART II: INVESTIGATION**　Investigation starting date: 6/3/98, time: 1250 hours

Inmate present for statement (check one)? [✓] Yes [ ] No [ ] Refused

Inmate Hicks, William BS98-17076 Stated That He Never Said a word to Deputy Seldon. And that the information written is A Total Lie"

Inmate requested: representation? [ ] Yes [X] No　witnesses? [X] Yes [ ] No

Comments/action taken and finding of infraction: __Guilty Based on Deputy's Statement - 10 days Probation__

Inmate's signature: ____
Reviewing supervisor's signature/CCN: ____ 3621
D.R. copy delivered to inmate by (name/CCN): William M Hicks
Date/Time delivered: 6-3-98 / 1257

Investigator's signature/CCN: Deputy A. Smith 5774
Disciplinary Report expires on: __/__/__  Time: ____
Hearing Date and Time: 06-05-98　1005

Dep- SMITH

White (original) - Inmate file　Yellow copy - Facility Administrator's file　Pink copy - Inmate

BSO DI/88 (Revised 12/95)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## DISCIPLINARY COMMITTEE ACTION SHEET

**PART I: COMMITTEE TYPE** (check one): [ ] IDC  [ ] UDC     Date: 06/05/98   Time: 1005 hours

Inmate's present location: 12 1 H#4 RM 5
Facility/Pod/Housing Unit/Cell Number

| Inmate's Name: HICKS WILLIAM | Violation Classification USING ABUSIVE LANGUAGE | Violation Code D-15 |
|---|---|---|
| Arrest Number: 8597-17070 | Date/Time of Infraction: 6-3-98  1210  2. | |
| Place of Infraction: 12 1 H4 DAYROOM | 3. | |

Disciplinary Report expiration date: 6/10/98, time: 1240 hours

Hearing Continuance?   [ ] Yes [✓] No  Reason: _____

Representative requested?   [ ] Yes [✓] No  Name: _____

If denied, reason: _____

Witnesses requested?  [ ] Yes [✓] No  If yes, name(s): _____

Name of witness(es) present: _____

Name of witness(es) not present and why (if denied by committee, reasons must be specific): _____

Reporting employee present? [ ] Yes [✓] No  If yes, name/CCN: _____

| Inmate's Plea (check one): | [ ] Guilty | [✓] Not Guilty |
|---|---|---|

**PART II: HEARING** (Presentation of Evidence)

1. Inmate's statement summary: THAT THE D.R. WAS FALSE INFORMATION (NOT TRUE.)

2. Testimony summary of each witness: _____

3. Physical evidence received and considered: NO.
4. Written statements received and considered: NO.
5. Confidential information considered and not provided to inmate: [ ] Yes [✓] No  Reason for confidentiality: _____

6. Information from informant is relevant to matter at issue: [ ] Yes [✓] No
7. Reason for confidential informant/information reliability: _____
8. Reliance level of informant information: _____
9. Evidence which corroborates information from informant: _____

**PART III: DISPOSITION OF DISCIPLINARY COMMITTEE**
The disciplinary committee finds you (check one):   [✓] Guilty as charged   [ ] Not Guilty

Committee sanctions imposed are based on the following information: Deputy's Statement

Special Condition(s): _____

Disciplinary Detention: [ ] Yes [✓] No  Number of days: _____  Loss of Gain Time: [ ] Yes [✓] No  Number of days: _____

Committee Action: 10 days PROBATION    06-05-98 — 06-15-98

| Action date: 06/05/98 | Chairperson/CCN: E. KATZ 3911 | Member #1/6CN: Doonyawan #0101 | Member #2/CCN: 8588 |
|---|---|---|---|

YOU, THE INMATE HAVE THE RIGHT TO APPEAL THIS ACTION WITHIN 15 DAYS.

**FOR ADMINISTRATIVE USE ONLY:** Check applicable box: [ ] APPROVED  [ ] DISAPPROVED  [ ] MODIFY

Unit Manager's/Facility Administrator's Signature/CCN: _____     Date: __/__/__

BSO DJ#96 (New 5/95)    White (original) - Inmate file   Yellow copy - IDC/UDC file   Pink copy - Inmate

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

### DISCIPLINARY REPORT
### WITNESS STATEMENT FORM

DATE OF VIOLATION  6-3-98    CODE VIOLATION  B-15 abusive words

INMATE'S NAME  William M Hicks    ARREST NUMBER  BS97-17026

WITNESS' NAME (Inmate) _____  ARREST NUMBER _____

WITNESS' NAME (Staff)  Refused To Due !   CCN  Dep Smith #5755

**STATEMENT / REFUSAL**

(1) ANThony page BS97-27876 was present whole time and never saw or heard anything deserving D.R. Hicks was called out once by Deputy and no problem as hicks ToID us all he said outside door & Deputy Seldin Displayed Bad poise and Facial moods. Hicks spoke through Flap once To Training Deputy Summers and Hicks ToID of Seldin being and doing retaliation and courts said as printed in Sun-sentinel could sue deputy For retaliation over grieving issues.

(2) Isam elias BS98-5733 I was on unit whole Time and never heard william speak a word wrong & since known He's never done To any one.

Note: I Anthony page was threatened by seldin's poise and attitude as he brought in witness statements and yelled who wants one and everyone got scared and I only took one. Time 1:40pm

_____    _____
Witness' Signature              Date

_____    _____
Investigator's Signature         Date

BSO DJ#87 (New 1/94)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

Retaliation # overgrievance process

EXE

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks   Arrest#: BS97-17076   Cell: 12-7-H4   Facility: NBDC   Date: 6-7-98

### PART A - INMATE'S GRIEVANCE

on 6-3-98 I was retaliated against for a D.R. I got D.R. for using the house grievance process on Deputy Seldin + his wrongful use of job as ired to work with inmates. Unit manager Maude gone. To control room waved 10:00 AM over grievance stating unit being used as dating place + no one was working for us inmates over Seldin + female reck Deputy. He made threats rean process + wrote false D.R. + is forged also! I was forced to take pro Ba to Deputy Smith done investigation but denied all rights + Seldin threats to all

Inmate's Signature: William M Hicks    Date Signed: 6-8-98

Inmates in 12-7-H4

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

_____

Reviewing Deputy's Signature/CCN            Date

Supervisor's Signature/CCN                  Date

TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                        Date
BSO DJ#51 (Revised 4/93)