UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, et al.,

    Defendant.

_____/

## ORDER OVERRULING DEFENDANTS' OBJECTIONS

THIS CAUSE is before the Court upon Defendants', Emergency Medical Service Association, Inphynet, Dr. W.C. Davis, Dr. Ucker, Dr. Trevor Weathers, Dr. Cline, Dr. Pearson and Dr. G. Pearson's Objections to Report and Recommendations, filed herein on August 24, 2001. The Court notes that Defendants' Objections are untimely. Nonetheless, the Court has carefully considered the Objections and is otherwise fully advised in the premises.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the entire court record herein, including the underlying motions and the report and recommendation, and is otherwise fully advised in the premises.

As the Court has found, Plaintiff has sufficiently alleged an Eighth Amendment violation. Wynn v. Southward, 251 F.3d 588, 593 (7th Cir. 2001); Chance v. Armstrong, 143 F.3d 698, 702 (2nd Cir. 1998). However, a missed diagnosis by a prison doctor does not automatically equal an Eighth Amendment violation. Johnson v. Quinones, 145 F.3d 164, 168 (4th Cir. 1998). Actual



knowledge must be shown. Bryan v. Endell, 141 F.3d 1290, 1291 (8th Cir. 1998).

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants' Objections to the Report and Recommendation are hereby **OVERRULED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _24_ day of August, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Magistrate Judge Sorrentino

William Hicks, Pro se
DC # 664670
Everglades Correctional Institution
1601 SW 187th Avenue
PO Box 949000
Miami, FL 33194

Joel L. Schulman, Esq.
Summer M. Barranco, Esq.