**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

WILLIAM M. HICKS,                   Case No. 00-6087-CIV-Dimitrouleas

        Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. WECKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.,

        Defendants.
_____/



### NOTICE OF APPEARANCE

**YOU ARE HEREBY NOTIFIED** that the undersigned attorneys do hereby enter their appearance as attorneys of record for the Defendant, KEN JENNE, Sheriff of Broward County, Florida, in the above-styled cause, and you are hereby requested to furnish the said attorneys with copies of all future motions, orders, etc., in this cause.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail to **WILLIAM M. HICKS, Plaintiff,** DC#664670, c/o Everglades Correctional Institution, P.O. Box 659001, H-2-215, Miami, Florida 33265-9001 and **JOEL SHULMAN, ESQUIRE**, 2801 Ponce de Leon Blvd., 9th Floor, Coral Gables, Florida 33134 this 4th day of August, 2001.
Sept, smb

                PURDY, JOLLY & GIUFFREDA, P.A.
                Attorneys for Defendant SHERIFF
                1322 S.E. Third Avenue
                Fort Lauderdale, Florida 33316
                Telephone: (954) 462-3200
                Facsimile: (954) 462-3861

                BY: _____
                    SUMMER M. BARRANCO
                    Florida Bar No. 984663

