UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

WILLIAM M HICKS,
    Plaintiff,

vs.

KEN JENNE et al,
    Defendant(s).

## MOTION TO CONTINUE PROCESS OF SERVICE UPON DEFENDANT SUSAN McCAMPBELL

Comes now, Plaintiff, William M Hicks, pro se, and ask this Honorable court to locate and serve summons and complaint upon Defendant Susan McCampbell by united states marshals service. It's Plaintiff's understanding McCampbell dose not work for Broward sheriff's office any longer and service was not completed. Plaintiff is please and is incarcerated and has no means to locate this defendant. Therefore it is requested that this Honorable court perfect service upon Susan McCampbell and continue its order till completed.

August 31, 2001
Dated

William M Hicks, pro se
William M Hicks
Everglades Corr Inst

## AFFIDAVIT / OATH

I William M Hicks, pro se, declare pursuant to Title 28 U.S.C. §1746 AND §92.525 Florida statutes (1989). Do hereby declare under penalty of perjury that said motion is true and correct and have read and wrote This 31 day of August, 2001.

## SERVICE LIST

A true and correct copy of said motion attached has been handed over to prison officials to mail by U.S. mail and mailed To:

Summer Barranco, Esq,
1322 S.E. Third Avenue
Ft. Laud, Fla 33316
and
McAllister, P.A.
2801 Ponce de Leon Blvd
9th Fl
Coral Gables, Fla 33114

William M Hicks
William M Hicks
DC# 664670
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000