UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE SORRENTINO

CASE NO. 00-6087-Civ-Dimitrouleas

WILLIAM M. HICKS,    )
                    )
            Plaintiff,    )
                    )
v.                  )
                    )
KEN JENNE, SUSAN McCAMPBELL,    )
BARBARA HANSON-EVANS,    )
STANLEY HOLMES, JOHN DOES    )
#1 AND #2, DR. W.C. DAVIS, DR.    )
UECKER, DR. TREVOR WEATHERS,    )
DR. CLINE, DR. PEARSON, DR. G.    )
PEARSON, EMERGENCY MEDICAL    )
SERVICES ASSOCIATION,    )
                    )
            Defendants.    )
_____)



### DEFENDANTS, EMERGENCY MEDICAL SERVICE ASSOCIATION, INPHYNET, DR. W.C. DAVIS, DR. UCKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON AND DR. G. PEARSON'S ANSWER AND AFFIRMATIVE DEFENSES

COME NOW the Defendants, by and through undersigned counsel, and in response to

Plaintiff's Amended Complaint, answer as follows:

#### Jurisdiction

1.   The Defendants admit that the Court has subject matter jurisdiction of the claim

Plaintiff suggests is a violation of law. However, the Amended Complaint does not state a claim

upon which relief can be granted. The Defendants deny that any violations occurred and deny

that the Plaintiff is entitled to relief.

Hicks v. Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

## The Parties

2.  The parties listed in Paragraphs 1 through 6 in Plaintiff's Amended Complaint under the caption "Parties" do not refer to the above-named Defendants.

3.  Defendant UCKER denies the allegations contained in Paragraph 8 and demands strict proof thereof.

4.  Defendant EMSA denies the allegations contained in Paragraph 9 and demands strict proof thereof.

5.  Defendants CLINE, G. PERSON and PEARSON admit that they are dentists. The Defendants deny the remainder of the allegations contained in paragraph 10 and demand strict proof thereof.

6.  Defendant WEATHERS admits that he is an oral surgeon. Defendant WEATHERS denies the remainder of the allegations contained in paragraph 11 and demands strict proof thereof.

## Statement of the Case and Facts

To the extent that the Plaintiff references the above-named Defendants in his statement of the case and facts, Defendants deny each and every one of the allegations contained in paragraphs 1 through 42. The Defendants demand strict proof thereof.

O'CONNOR, CHIMPOULIS, RESTANI, MARRERO & McALLISTER, P.A.
2801 PONCE DE LEON BOULEVARD · 9TH FLOOR · P.O. BOX 14-9022 · CORAL GABLES, FLORIDA 33114 · (305) 445-4090

Hicks v. Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

## Statement of Claim

To the extent that the Plaintiff references the above-named Defendants in his statement of claim, Defendants deny each and every one of the allegations contained therein. The Defendants demand strict proof thereof.

## Claim Under the Violation of Amendment [sic] 5 and 14
## Denial of Due Process

The parties listed under this section of Plaintiff's Amended Complaint do not refer to the above-named Defendants. To the extent that the Plaintiff references the above-named Defendant in this section of his Amended Complaint, Defendants deny each and every one of the allegations contained therein. The Defendants demand strict proof thereof.

## Claim Under Violation of Amendment 8
## Denial of Medical Care

To the extent that the Plaintiff references the above-named Defendants in this section of his Amended Complaint, Defendants deny each and every one of the allegations contained therein. The Defendants demand strict proof thereof.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

As a first affirmative defense, Defendants assert the Amended Complaint fails to state a cause of action upon which relief can be granted.

-3-

Hicks v. Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

### SECOND AFFIRMATIVE DEFENSE

As a second affirmative defense, Defendant EMSA asserts that it does not have a policy, custom or procedure the contributed to any purported constitutional violation.

### THIRD AFFIRMATIVE DEFENSE

As a third affirmative defense, Defendants assert that they are entitled to all of the rights, privileges and immunities, including limits on liability set forth in section 768.28, Florida Statutes, made and provided.

### FOURTH AFFIRMATIVE DEFENSE

As a fourth affirmative defense, Defendants assert that any damages which the plaintiff herein makes claim were caused either in whole or in party by the plaintiff's own wrongdoing and, therefore, any damages must be reduced thereby.

### FIFTH AFFIRMATIVE DEFENSE

As a fifth affirmative defense, Defendants assert that their actions were reasonable and constitutional at all relevant times.

### SIXTH AFFIRMATIVE DEFENSE

As a sixth affirmative defense, Defendants assert any action and/or conduct in this case was not in violation of due process. Furthermore, Defendants did not act with deliberate indifference and/or in violation of any alleged affirmative duty towards Plaintiff.

O'CONNOR, CHIMPOULIS, RESTANI, MARRERO & McALLISTER, P.A.
2801 PONCE DE LEON BOULEVARD • 9TH FLOOR • P.O. BOX 14-9022 • CORAL GABLES, FLORIDA 33114 • (305) 445-4090

Hicks v. Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

**DEMAND FOR JURY TRIAL**

The Defendants, EMERGENCY MEDICAL SERVICE ASSOCIATION, DR. W.C. DAVIS, DR. UCKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, and DR. G. PEARSON, demand trial by jury of all issues so triable.

WE HEREBY CERTIFY that a true and correct copy of the foregoing Defendants, Emergency Medical Service Association, Dr. W.C. Davis, Dr. Ucker, Dr. Trevor Weathers, Dr. Cline, Dr. Pearson, and Dr. G. Pearson's Objections to Report and Recommendation was mailed this 5th day of September, 2001 to all counsel and/or parties of record on the attached Service List.

                                      O'CONNOR, CHIMPOULIS, RESTANI,
                                      MARRERO & McALLISTER, P.A.
                                      Attorneys for Defendants, EMSA Limited
                                          Partnership, Dr. Winthrop,
                                            Dr. Davis, Dr. Ucker, Dr. Trevor Weathers,
                                            Dr. Cline, Dr. Pearson, and Dr. G. Pearson
                                      2801 Ponce de Leon Boulevard, 9th Floor
                                      Coral Gables, FL   33134
                                      Tel: (305) 445-4090 / Fax: (305) 445-7728

By: _____
        JOEL L. SHULMAN
        FBN 389242

F:\WORD\FILES\97-6939\pleading\answer.jls

SERVICE LIST

William M. Hicks v. Ken Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

WILLIAM M. HICKS, *pro se*
#664670
Everglades Correctional Institution
P.O. Box 949000
Miami, FL  33194-9000

SUMMER BARRANCO, Esquire
Purdy, Jolly & Giuffreda
1322 S.E. Third Avenue
Fort Lauderdale, FL   33316