UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO


FILED by ___ D.C.
MAG. SEC.
SEP - 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

WILLIAM M HICKS,
    Plaintiff,
vs.
KEN JENNE, et al,
    Defendant(s)

**ORDER**
Granted ___
Denied ✓
Comments ___
Dated: 9/6/01
/s/ Chalem H. Sorrentino
U.S. Magistrate Judge

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, Plaintiff William M Hicks, pro se, and files pursuant to §1915, requests this court to appoint counsel to represent him in this case for the following reasons:

1.) The plaintiff is unable to afford counsel,

2.) The plaintiff has made numerous attempts to obtain counsel but is unable to retain one,

3.) Plaintiff is incarcerated and unable to access all his evidence which he has "boxes" full to support his claim against all,

4.) The case requires discovery of document(s) and deposition(s) of a number of witnesses as well defendant(s),