UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-Dimitrouleas

MAGISTRATE JUDGE SORRENTINO

**ORDER**

Granted
Denied ✓ — The Court cannot
Comments: Conduct discovery for
the plaintiff. It is his responsibility
to provide an address for the defendant.
Dated: 9/7/01
Charlene H. Sorrentino
U.S. Magistrate Judge

WILLIAM M HICKS,
    Plaintiff,
vs.
KEN JENNE et al,
    Defendant(s).

FILED by ___ D.C.
MAG. SEC.
SEP - 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA · MIAMI

**MOTION TO CONTINUE PROCESS OF SERVICE UPON DEFENDANT SUSAN McCAMPBELL**

Comes Now, Plaintiff, William M Hicks, pro se, and ask this Honorable court to locate and serve summons and complaint upon Defendant Susan McCampbell by United States Marshals service. It's Plaintiff's understanding McCampbell does not work for Broward sheriff's office any longer and service was not completed. Plaintiff is pro se and is incarcerated and has no means to locate this defendant. Therefore it is requested that this Honorable court perfect service upon Susan McCampbell and continue its order till completed.

August 31, 2001
    Dated

William M Hicks, pro se
William M Hicks
Everglades Corr. Inst.