**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

WILLIAM M. HICKS,                  Case No. 00-6087-CIV-Dimitrouleas

    Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. UCKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.,

    Defendants.
_____/



**MOTION TO TAKE DEPOSITION OF**
**A PERSON CONFINED IN PRISON**

    The Defendants, KEN JENNE, Sheriff of Broward County, BARBARA HANSON-EVANS and STANLEY HOLMES, by and through their undersigned attorneys, pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, files this their Motion to take Deposition of a Person Confined in Prison and state:

    1.    The Plaintiff is an inmate housed in the Everglades Correctional Institution located in Miami, Florida.

    2.    The Defendants JENNE, HANSON-EVANS and HOLMES wish to depose the Plaintiff in this cause.

1



3. That before such deposition may be conducted, the applicable Federal Rule of Civil Procedure requires leave of court.

**WHEREFORE**, it is respectfully requested that this Honorable Court enter its Order permitting the deposition of the Plaintiff, William M. Hicks.

Further, and in support of this Motion, these Defendants would refer this Honorable Court to the Memorandum of Law attached hereto and by reference made a part hereof.

### MEMORANDUM OF LAW

Rule 30(a)(2) of the Federal Rules of Civil Procedure provides in pertinent part, as follows:

> "A party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined is confined in prison..."

Plaintiff is currently within the custody of the Department of Corrections and is housed in the Everglades Correctional Institution facility located in Miami, Florida. As such, he is a person confined in prison. As the Rule provides, a deposition of Plaintiff may be taken only with leave of court.

As the Motion recites, Defendants wish to depose Plaintiff as his testimony is pertinent to the issues raised in this cause of action. The deposition, if permitted, will be coordinated through the administration office for the prison. The date and time for the deposition will be selected so as to allow advance notice to the institution to minimize security disruption, etc.

The Motion to Take Deposition of a Person Confined in Prison should be granted.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to **WILLIAM M. HICKS, Plaintiff, DC#664670**, c/o Everglades Correctional Institution, P.O. Box 949000, Miami, Florida 33194-9000 and **JOEL SHULMAN, ESQUIRE**, 2801 Ponce de Leon Blvd., 9th Floor, Coral Gables, Florida 33134 this 12th day of Sept, 2001.

> PURDY, JOLLY & GIUFFREDA, P.A.
> Attorneys for Defendants SHERIFF,
> HANSON-EVANS & HOLMES
> 1322 S.E. Third Avenue
> Fort Lauderdale, Florida 33316
> Telephone: (954) 462-3200
> Facsimile: (954) 462-3861
>
> BY: _____
> SUMMER M. BARRANCO
> Florida Bar No. 984663

3