UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO
Civil Division

William M Hicks,
    Plaintiff,

vs.

KEN JENNE, et al,
    Defendant(s).



## MOTION FOR COURT'S ORDER TO SERVE SUBPOENA

COMES NOW the Plaintiff William M Hicks, prose, pursuant to Rule 45.C.(2)(A)(B) of Fed. R. Civ. P., and hereby ask this court to issue an order directing U.S. Marshals to serve subpoena upon Everglades correctional INST, ATTN: WEXFORD medical records. Plaintiff has tried for months to recieve documents in his medical file that are very important to his defense in this cause of action. Therefore the Plaintiff ask that this court help him and obtain these records. Service upon Everglades Corr INST, ATTN: WEXFORD medical records, 1601 S.W. 187th AVE, miami, Florida 33185.



## CERTIFICATE OF SERVICE

I William M Hicks, pro se, hereby declare under penalty of perjury pursuant to title 28 U.S.C. §1746 AND §92.525 Florida statutes (1989) that I have tried to obtain medical records from Everglades Corr Inst and am denied. I hereby declare that a true and correct copy of motion for court's order to serve subpoena and copies of subpoena was handed over to prison officials to mail by U.S. mail this 18 day of Sept, 2001 and sent to:

Summer M. Barranco, esq,
1322 S.E. 3rd Avenue, Ft. Laud, Fla 33316;

Joel Shulman, esq,
2801 Ponce de Leon Blvd, 4th fl, Coral Gables, Fla 33134.

William M Hicks #664670
William M Hicks
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

___SOUTHERN___ DISTRICT OF ___FLORIDA___

WILLIAM M HICKS, DC#664670
    Plaintiff,
V.

KEN JENNE, et al,
    Defendant(s).

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 00-6087-CIV-Dimitrouleas

TO: Everglades correctional Institution c/o MR. GONAlEZ, CHO, WEXFORD medical contractor, 1601 SW 187TH AVE miami, florida 33185.

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

■ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): plaintiff's medical files, Dental records, xray reports

| PLACE | DATE AND TIME |
|---|---|
| Everglades Corr INST 1601 SW 187TH AVE miami, fla 33185 |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| William M Hicks #664670 Plaintiff, prese | Sept 18, 2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

1601 S.W. 187Th AVE, miami florida 33185

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)