UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-Dimitrouleas

MAGISTRATE JUDGE SORRENTINO



William M. Hicks,

    Plaintiff,

VS.

KEN JENNE, et al,

    Defendant(s).

_____/

### PLAINTIFF'S MOTION FOR COURT ORDER TO SERVE WITNESS SUBPOENA'S FOR DEPOSITIONS

COMES NOW the Plaintiff, <u>William M. Hicks, prose</u>, pursuant to Rule 45, Fed. R. Civ. P., and requests this court to serve subpoena's upon witnesses, MISS. E. DAVIS, mental health, DR. Francisco Fonte, DPS, and DR. GONALEZ, M.D. C.H.S. Plaintiff has filed copies of written depositions pursuant to Rule 31, Fed. R. Civ. P., All listed witnesses work at Everglades Corr. Inst., 1601 S.W. 187th Ave, Miami, Fla. 33185.

    Plaintiff so prays.





CERTIFICATE OF SERVICE

I, William M Hicks, prose, hereby certify that two copies of written deposition questions been filed with this court and a true and correct copy was handed over to prison officials to send by U.S. mail this 26 day of Sept, 2001 and sent to:

SUMMER M. BARRANCO, esq,
1342 S.E. 3rd Avenue, Ft. laud, Fla 33316.

Joel Schulman, esq,
2501 ponce de leon Blvd, 4th Fl, coral Gables, Fla 33134.

William M Hicks #664826
William M Hicks
Everglades corr inst
PL Box 949000
Miami, Fla 33194-9000

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-Dimitrouleas

MAGISTRATE JUDGE SORRENTINO

William M Hicks,

    Plaintiff,

vs.

LEN SENJE, et al,

    Defendant(s).

_____/

DEPOSITION UPON WRITTEN QUESTIONS

Service upon M.SS. L. Davis, mental Health.
Everglades correctional Institution.
1600. S.W. 187 Th Ave. miami, Fla 33185

PLAINTIFF pro se
William M Hicks #667670
Everglades corr InST
PO Box 949000
miami, Fla 33194-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-Civ-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M Hicks,
    Plaintiff,

VS.

KEN JENNE, etal,
    Defendant(s).

_____/

DEPOSITION UPON WRITTEN QUESTIONS

COMES Now the Plaintiff, William M Hicks, prose, pursuant to
Rule 31, Fed. R.Civ.P., and submits his written questions
upon MISS. E. DAVIS, and requests Miss. Davis to respond in
her own words to each question asked. This is to be done
within (14) days of recieving this Deposition. No Attorney
is needed but you must have all your responses notarized
by an official Notary. Then hand deliver to plaintiff at
listed address.

William M Hicks #664670
Everglades Corr INST
Po Box 949000
Miami, Fla 33194-0000

DEPOSITION QUESTIONS

1.) State your full legal name:

2.) State your work title and employer with complete address:

3.) List your schooling history till present:

4.) Have you ever been in a deposition before. If yes why:

5.) Have you ever been a witness in a civil trial or criminal trial before. If yes why:

6.) Do you know the Plaintiff. If yes how:

7.) What services do you provide for the plaintiff:

8.) ARE you aware of plaintiff's medical condition. If yes how:

9.) Are you aware of plaintiff complaining of headaches and his jaw. If yes what:

10.) How long have you known the plaintiff:

11.) Are you aware of plaintiff's attempts through requests and grievances to obtain needed medical care. If yes how:

12.) Have you spoken to any of your superiors of plaintiff's medical complaints and denied medical care. If yes who:

13.) Has the plaintiff ever shown you Radiologists reports showing he had fractures. If yes where:

14.) Has the plaintiff on all scheduled appointments complained of severe pain and headaches:

15.) Are you aware of any Doctor treating plaintiff for all his complaints. If yes who and when:

16.) Are you aware of any Dentist providing dental to plaintiff:

17.) Are you aware of Everglades corr Inst and/or medical Department denying plaintiff his need medical care. If yes how:

18.) How long have you worked at the medical department at Everglades corr Inst:

I miss. E. Davis here by declare under penalty of perjury that my responses contained herein are true and correct.

STATE OF FLORIDA )
county of_____ )

_____
miss E. DAVIS.

_____
ID# or Licens number

_____
DATED

_____
NAME of NoTary

4 of 4

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

William M Hicks, pro se
plaintiff,

V.                                    **SUBPOENA IN A CIVIL CASE**

KEN JENNE, etal,
defendant(s)                          CASE NUMBER:

                                      co.6087-civ-Dimitrouleas

TO: Miss. E. DAVIS, mental Health Dept, "Everglades corr INST"
    1601 Sw. 57th AVE, Miami, Fla 33185

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Everglades corr INST, Miami. | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| William M Hicks pro se Plaintiff 664120 | Sept 26, 2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William M Hicks
Everglades corr INST 1601 Sw 549ave Miami, Fla 33194 7100

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-Dimitrouleas

MAGISTRATE JUDGE SORRENTINO

William M Hicks,

Plaintiff,

vs.

KEN JENNE, etal,

Defendant(s).

DEPOSITION UPON WRITTEN QUESTIONS

Service upon DR, Francisco Fonte, DDS.

Everglades correctional Institution

1601 S.W. 187th AVE, Miami, Fla 33185

PLAINTIFF Prose

William M Hicks #664670

Everglades Corr Inst

POBOX 949000

Miami, Fla 33194-7000

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-civ-Dimitrouleas

MAGISTRATE JUDGE SORRENTINO

William M Hicks,

    Plaintiff,

vs.

KEN JENNE, et al

    Defendant(s).

## DEPOSITION UPON WRITTEN QUESTIONS

COMES Now the Plaintiff, William M Hicks, prose, pursuant to Rule 31, Fed. R. civ. P., and submits his written questions upon DR. Francisco Fonte, DDS, and requests DR. Fonte to respond in his own words to each question asked. This is to be done within (14) days of recieving this Deposition. No Attorney is needed but you must have all your responses Notarized by an official Notary. Then hand deliver to Plaintiff at listed address.

PLAINTIFF prose

William M Hicks, #664670

Everglades corr INST

PO BOX 949000

Miami, Fla 33194-9000

DEPOSITION QUESTIONS

1.) State your full legal name:

2.) State your work title and employer with complete address:

3.) How long have you worked at Everglades corr Inst as a dentist:

4.) list your schooling history till present:

5.) Have you ever taken a deposition before. If yes why:

6.) Have you ever been a witness in a civil trial or a criminal trial before. If yes why:

7.) Have you ever been qualified as a court expert. If yes why:

8.) Do you know the Plaintiff in this case:

9.) What services do you provide at Everglades corr Inst:

10.) Have you provided any services for said Plaintiff. If yes what kind:

11.) Are you aware of plaintiff's medical and dental condition:

12.) Has the Plaintiff ever complained of needing medical and dental care. If yes what:

13.) Are you aware of plaintiff's attempts to obtain medical and dental care through requests and grievances. If yes how:

14.) Has the Plaintiff ever shown you his radiologists reports showing he had fractures to his head and jaw:

15.) Did you ever measure the Plaintiff's mouth opening. If yes what's the measurement:

16.) How did you know that plaintiff's jaw bone is protruding from his right side:

17.) Did you tell the plaintiff that do to his jaw never being fixed that it would get worse over the years to the point that his mouth will close up do to tissue scaring:

18.) Was there any dental treatment ordered to help Plaintiff with his jaw. If yes what:

19.) Has any treatment orders been done:

20.) Is it not true that (c.h.o.) chief health officer denied Plaintiff any medical care and told Dental Department to resolve the complaints:

21.) Are you an oral surgeon:

22.) Are you aware of a m.R.I. report in plaintiff's medical chart saying he had never recieved any fractures:

23.) Are you aware of medical department at E.C.I. denying Plaintiff needed medical care:

24.) Has any X-rays been taken of Plaintiff at E.C.I. If yes how many and what:

25.) Are you aware of requests and grievances never being responded to for dental care:

26.) Did the chief health officer tell you that he would not supply any treatment to plaintiff and to have dental make a mouth piece to help with the pain:

27.) Why have you not seen the plaintiff to make mouth piece:

28.) Have you reported that Plaintiff was infact in need of severe medical and dental care:

I DR. Francisco Fonte, DDS, hereby declare
under penalty of perjury that my responses
contained here in are true and correct.

STATE OF FLORIDA )
                 )
COUNTY OF_____ )

_____

DR. Franciso Fonte, DDS

_____

\# License number

_____

DATED

_____

NAME OF NOTARY

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

SOUTHERN _____ DISTRICT OF _FLORIDA_

William M. Hicks, pro se
    Plaintiff,
        V.

KEN SEWNE, et al,
    Defendant(s).

### SUBPOENA IN A CIVIL CASE

**CASE NUMBER:**

00-6087-civ-Dimitrouleas

TO: DR. FRANCISCO FONTE, DDS, "Everglades corr INST"
1601 SW 187th AVE, miami, fla 33185

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

◀▬■ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Everglades correctional INST, miami. | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) #6646 V. | DATE |
|---|---|
| William M Hicks pro se Plaintiff | Sept 26, 2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
William M Hicks, pro se,
Everglades corr INST PO BOX OUSELE miami, fla 33194 5000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-Civ-Dimitrousleas

MAGISTRATE JUDGE SORRENTINO

William M Hicks,

     Plaintiff,

VS.

KEN JENNE, et al,

     Defendant's.

DEPOSITION UPON WRITTEN QUESTIONS

service upon DR. GONALEZ, M.D. C.H.O.

Everglades correctional Institution

1601 S.W. 187th AVE, miami, fla 33185

PlAINTIFF Pro Se

William M Hicks #664670

Everglades corr INST

PO Box 949000

miami, fla 33194-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M Hicks,

    Plaintiff,

VS.

KEN JENNE, et al,

    Defendant(s).

DEPOSITION UPON WRITTEN QUESTIONS

COMES now the Plaintiff, William M Hicks, prose, pursuant
to rule 3., fed. R. civ. P, and submits his written questions
upon DR. GONZALEZ, M.D., and requests DR. Gonzalez to respond
in his own words to each question asked. This is to be done with-
in (14) days of recieving this Deposition. No Attorney is needed
but you must have all your responses Notarized by an
official Notary. Then hand deliver to plaintiff at listed
address.

William M Hicks #664670
Everglades Corr Inst
PO Box 949002
Miami, Fla 33194-9002

DEPOSITION QUESTIONS

1.) State your full legal name:

2.) State your work title and employer with complete address:

3.) How long have you worked at Everglades corr Inst for medical department:

4.) List your schooling till present:

5.) Have you ever been called to take a deposition before. If yes why:

6.) Have you ever been a witness in a civil trial or a criminal trial. If yes why:

7.) Have you been court qualified expert:

8.) Do you know the plaintiff?

9.) What services do you provide at Everglades corr Inst?

10.) Have you provided any services to the plaintiff?

11.) Are you aware of Plaintiff's medical condition as well dental. If yes what?

12.) Dose the Plaintiff have a medical file with complaints do to his needed medical concerns?

13.) Are you aware of plaintiff's attempts to obtain medical and dental care through requests and grievances. If yes how many?

14.) Dose the Plaintiff have in his medical file a M.R.I. report token at North Florida Reception center in 2000. If yes what dose it say?

15.) Was there any medical or dental orders written to treat the plaintiff. If yes what:

16.) Has any treatment ordered ever been done. If yes what:

17.) Is it true that the chief medical doctor before you denied plaintiff any medical care. If yes How:

18.) Are you aware of medical and dental department denying Plaintiff needed medical care:

19.) Has any X-rays ever been taken of Plaintiff while housed at Everglades corr Inst:

20.) Is it true that the chief health care doctor told dental to resolve Plaintiff's concerns.

21.) Have you been in contact with any officials do to this complaint or Plaintiff's medical condition. If yes how:

I DR. GONALEZ, m.D. c.h.c. here by declare under penalty of perjury that my responses contained herein are true and correct.

STATE OF FLORIDA )
county of_____ )

_____
DR. GONALEZ, m.D. c.h.D.

_____
* License number

_____
DATED

_____
NAME OF NOTARY

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

_SOUTHERN_ _____ DISTRICT OF _FLORIDA_

William M Hicks, prose
     Plaintiff,
   v.

KEN JEANNE, et al,
   Defendant(s).

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER:

00-6087-CIV-Dim, Hrouleas

TO: DR, GONALEZ, M.D, C.H.O,, "Everglades corr Enst"

1601 SW 137TH AVE, Miami, Fla 33185

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Everglades corr Inst  Miami | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| William M Hicks, pro se, Plaintiff    #864170 | Sept 26, 2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
William M Hicks, prose
Everglades corr Inst  (713)894900  Miami, Fla 33194 9000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)