UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M Hicks,
  Plaintiff,
vs.
KEN JENNE, et al,
  Defendant(s).
_____/



### PLAINTIFF'S MOTION FOR COURT ORDER TO SERVE WITNESS SUBPOENA'S FOR DEPOSITIONS

COMES NOW the Plaintiff, William M. Hicks, pro se, pursuant to Rule 45, Fed. R. Civ. P., and requests this court to serve subpoena's upon witnesses, TOBY L. FOX, DC#A-962340 and DARCY H. ROSE, DC#593360. Plaintiff has filed copies of written depositions pursuant to Rule 31, Fed. R. Civ. P. All Listed persons are prisoners at Everglades corr Inst, 1601 S.W. 187th Ave, Miami, Fla 33185.

Plaintiff so prays.

William M Hicks #664670



## CERTIFICATE OF SERVICE

I William M Hicks, pro se, hereby certify that two copies of written deposition questions been filed with this court and a true and correct copy was handed over to prison officials to mail by U.S. mail this 30 day of Sept, 2001 and sent to:

Summer M. Barranco, esq,
1322 S.E. 3rd Avenue, Ft. Laud, Fla 33316.

Joel Schulman, esq,
2801 Ponce de Leon Blvd, 9th fl. Coral Gables, Fla 33134.

William M Hicks #664670
William M Hicks
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M Hicks,
    Plaintiff,
vs.
KEN JENNE, et al,
    Defendant(s).



DEPOSITION UPON WRITTEN QUESTIONS

Service upon MR. DARCY H. ROSE, DC# 593360
Everglades Correctional Institution
1601 S.W. 187th Ave, Miami, Fla 33185

PLAINTIFF, pro se.
William M Hicks #664670
Everglades Corr Inst
PO BOX 949000
Miami, Fla 33194-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M. Hicks,
    Plaintiff,
vs.
KEN JENNE, et al,
    Defendant(s).
_____/

## DEPOSITION UPON WRITTEN QUESTIONS

COMES NOW the Plaintiff, William M. Hicks, pro se, pursuant to Rule 31, Fed. R. Civ. P., and submits his written questions upon DARCY H. ROSE, DC#593360, and requests Mr. Rose to respond in his own words to each question asked. This is to be done within (14) days of recieving this Deposition. No Attorney is needed but you must have all your responses notarized by an official notary. Then hand deliver to Plaintiff at listed address.

William M. Hicks, DC#664670
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000

# DEPOSITION QUESTIONS

1.) State your full legal name and DC#.

2.) Where do you reside.

3.) Why are you in prison now.

4.) How long have you been in prison.

5.) Have you ever been a witness in a criminal trial or civil trial. If yes why.

6.) Do you know the Plaintiff. If yes how and from where.

7.) Are you aware of plaintiff's medical condition. If yes what.

8.) Can the Plaintiff open his mouth. If yes how far.

9.) Are you aware of Plaintiff's jaw bone sticking out. If yes how.

10.) Are you aware of any complaints that plaintiff has regarding his medical or dental problems.

11.) Are you aware or seen the plaintiff violent.

12.) Are you aware of Everglades Corr Inst denying prisoners medical or dental. If yes what.

13.) Do you have any complaints on how medical or dental is run at Everglades Corr Inst. If yes what.

14.) Are you taking this deposition on your own.

15.) Have you ever heard the Plaintiff's jaw make cracking or popping noises.

16.) Dose the Plaintiff stay to himself in his room.

I DARCY H. ROSE, DC#593360, hereby declare under penalty of perjury that my responses contained herein are true and correct.

STATE OF FLORIDA )
                 )
County of _____ )

_____
DARCY H. ROSE, DC#593360

_____
DATED

_____
NAME OF NOTARY

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

William M Hicks, prose,
                        plaintiff,
v.
Ken Jenne, et al,
        defendant(s).

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 00-6087-civ-Dimitrouleas

TO: Mr. Darcy H. Rose, DC #593360
1601 S.W. 187th Ave, Miami, Fla 33185 "Everglades corr Inst"

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Everglades corr Inst Miami, |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| William M Hicks prose Plaintiff #664670 | Sept 29, 2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
William M Hicks
Everglades Corr Inst POBox 949000 Miami, Fla 33194-9000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M Hicks,
    Plaintiff,

vs.

KEN JENNE, et al,
    Defendant(s).



DEPOSITION UPON WRITTEN QUESTIONS

Service upon MR. TOBY L. FOX, DC# A-962340
Everglades Correctional Institution
1601 S.W. 187th Ave, Miami, Fla 33185

PLAINTIFF, pro se,
William M Hicks #664670
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M Hicks,
   Plaintiff,
vs.
KEN JENNE, et al,
   Defendant(s).
_____/

### DEPOSITION UPON WRITTEN QUESTIONS

COMES NOW the Plaintiff, William M Hicks, prose, pursuant to Rule 31, Fed. R. Civ. P., and submits his written questions upon TOBY L. FOX, DC#A-962340, and requests MR. FOX to respond in his own words to each question asked. This is to be done within (14) days of recieving this Deposition. No Attorney is needed but you must have all your responses Notarized by an official Notary. Then hand deliver to Plaintiff at listed address.

William M Hicks, DC#664670
Everglades corr INST
PO BOX 949000
Miami, Fla 33194-9000

DEPOSITION QUESTIONS.

1.) STATE YOU FULL LEGAL NAME AND DC NUMBER.

2.) WHERE DO YOU RESIDE.

3.) WHY ARE YOU IN PRISON NOW.

4.) LIST YOUR SCHOOLING HISTORY.

5.) WHAT YEARS WERE YOU IN BROWARD COUNTY JAIL.

6.) WHAT JAIL DID YOU STAY AT.

7. HAVE YOU EVER BEEN A WITNESS IN A CRIMINAL TRIAL OR CIVIL TRIAL. IF YES WHY.

8.) DO YOU KNOW THE PLAINTITIF WILLIAM M HICKS.

9.) Do you know of plaintiff's medical condition. If yes what.

10.) Are you aware of the assault upon the plaintiff while he was in custody of Broward Sheriff's Department.

11.) Have you heard or seen Broward Sheriff's Deputies assault detainees.

12.) How well and long have you known the plaintiff.

13.) Are you aware of plaintiff's confinement while housed at Broward County Jail. If yes how and what.

14.) Have you ever know the plaintiff to be violent. If yes how and where pluss what year.

15.) Do you know of plaintiff's criminal trial. If yes how?

16.) Are you involved with plaintiff's criminal trial, if yes how.

17.) Has the Department of Correction in any way asked you to solicit information about the plaintiff, if yes what.

18.) Has any prisoner at Everglades Corr Inst asked you for information or to work with them to provide information against the plaintiff. If yes what and who.

19.) Are you aware of plaintiff's legal and civil papers being taken from Everglades Corr Inst law library.

20.) Do you believe your a honest person. If yes how

21.) Are you being pressured in any way not to answer this deposition. If yes why.

22.) Do you know what perjury means. If yes what.

23.) Are you in any fear that would stop you from answering the Plaintiff's written questions. If yes what.

24.) Do you like the plaintiff.

I TOBY L. FOX, DC# A-962340, hereby declare under penalty of perjury that my responses contained herein are true and correct.

STATE OF FLORIDA )
                 )
COUNTY OF_____ )

_____
TOBY L. FOX, DC# A-962340

_____
DATED

_____
NAME OF NOTARY

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

_SOUTHERN_ DISTRICT OF _FLORIDA_

William M Hicks, pro se,
    plaintiff,
        v.
Ken Jenne, et al,
    Defendant(s)

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 00-6087-civ-Dimitrouleas

TO: Mr. Toby L. Fox, DC# A-962340
1601 S.W. 187th Ave, Miami, fla 33185 "Everglades corr Inst"

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Everglades corr Inst   miami |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _William M Hicks pro se Plaintiff #664670_ | Sept. 29, 2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
William M Hicks
Everglades corr Inst PO Box 949000 miami, fla 33194-9000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)