UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

MAGISTRATE JUDGE SORRENTINO

William M. Hicks,
    Plaintiff,

vs.

KEN JENNE, et al,
    Defendant(s).



## PLAINTIFF'S MOTION FOR COURT ORDER TO SERVE WITNESS SUBPOENA'S FOR DEPOSITIONS

Comes now the plaintiff, William M. Hicks, pro se, pursuant to Rule 45, Fed. R. Civ. P., and requests this court to serve subpoena's upon witnesses, DR. JEFFREY F. Elliot, D.M.D, and DR. Charles D. Russo, D.M.D. Plaintiff has filed copies of written Depositions pursuant to Rule 31, Fed. R. Civ. P. Both doctors work for Coral Springs oral AND Maxillofacial, 2801 University Drive, Suite 102, Coral Springs, Fla 33065.

Plaintiff so prays.

William M Hicks #664670



## CERTIFICATE OF SERVICE

I William M. Hicks, prose, hereby certify that two copies of written Deposition questions been filed with this court and a true and correct copy was handed over to prison officials to mail by U.S. mail this 2 day of Oct, 2001 and sent to:

Summer M. Barranco, esq,
1322 S.E. 3rd Avenue, Ft. Laud, fla 33316.

Joel Schulman, esq,
2801 Ponce de leon Blvd, 9th Fl, Coral Gables, fla 33134.

William M Hicks #664670
William M Hicks
Everglades Corr Inst
PO Box 949000
Miami, fla 33194-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-civ-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M. Hicks,
    Plaintiff,
vs.
KEN JENNE, et al,
    Defendant(s).
_____



DEPOSITION UPON WRITTEN QUESTIONS

Service upon DR. Charles D. Russo, D.M.D.
Coral Springs Oral AND Maxillofacial.
2801 University Drive • Suit 102 • Coral Springs,
Florida 33065

Plaintiff, prose,
William M. Hicks #664670
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-civ-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M. Hicks,
 Plaintiff,
vs.
Ken Jenne, et al,
 Defendant(s).

## DEPOSITION UPON WRITTEN QUESTIONS

COMES NOW the Plaintiff, William M. Hicks, pro se, pursuant to Rule 31, Fed. R. Civ. P., and submits his written questions upon DR. Charles D. Russo, D.M.D., and requests DR. Russo to respond in his own words to each question asked. This is to be done within (14) days of receiving this Deposition. No Attorney is needed but you must have all your responses notarized by an official Notary. Then mail to Plaintiff at listed address.

William M Hicks #664670
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000

## DEPOSITION QUESTIONS

1.) State your full legal name, License number and address.

2.) State your work title. If own a Business state the name and License number with address.

3.) Do you have a partner in Business. If yes who.

4.) List your schooling history till present.

5.) Do you know the Plaintiff.

6.) Did you ever do a visual examination of Plaintiff. If yes state the results.

7.) Where was you when the Plaintiff had a office visit to have his jaw wired in year 1996.

8.) Are you aware that Plaintiff was told do to Broward Sheriff's department and medical contractor E.M.S.A. waited to long in providing needed treatment that your staff could not do anything to help.

9.) Are you aware of Plaintiff being told that if surgery was done to re-brake his jaw that he would have 90% chance of it collapsing his right side of face.

10.) Did you file any medical reports on Plaintiff. If yes what.

11.) Did your office or you take x-rays of plaintiff's jaw. If yes how many and the results.

12.) Are you aware of numerous fractures to Plaintiff's head and jaw. If yes list all known.

13.) Have you ever been sued before. If yes why.

14.) Have you ever been reprimanded by licensing division before in florida or any other state. If yes why.

15.) Are you an honest person.

16.) Did you ever report that Plaintiff had fractures to his jaw and/or head. If yes list each one.

17.) Do you provide alot of services to E.M.S.A. medical contractor. If yes list from start till end.

18.) would you cover up for E.M.S.A. or Broward sheriff's office.

19.) Are you aware of this civil suit. If yes how.

## WRITTEN DEPOSITION QUESTIONS

I DR. Charles D. Russo, D.M.D., hereby declare under penalty of perjury that my responses contained herein are true and correct.

STATE OF FLORIDA )
COUNTY OF _____ )

_____
DR. Charles D. Russo, D.M.D.

_____
* License number

_____
DATED

_____
NAME OF NOTARY

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

_SOUTHERN_ DISTRICT OF _FLORIDA_

William M Hicks, prose,
                    plaintiff,
v.

KEN JENNE, et al,
            Defendant(s).

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 00-6087-civ-Dimitrouleas

TO: DR. Charles D. Russo, D.M.D,
2801 university Drive • suite 102 • coral springs, fla 33065

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Written Questions |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| William M Hicks prose plaintiff #664670 | 10-2-2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
William M Hicks
Everglades Corr Inst PO Box 949000 miami, fla 33194-9000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M. Hicks,
 Plaintiff,
vs.
Ken Jenne, et al,
 Defendant(s).



DEPOSITION UPON WRITTEN QUESTIONS

Service upon DR. Jeffrey F. Elliot, D.M.D.
Coral Springs Oral and Maxillofacial.
2801 University Drive · Suit 102 · Coral Springs,
Florida 33065

PLAINTIFF, prose,
William M Hicks #664670
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M. Hicks,
    Plaintiff,
vs.
KEN JENNE, et al,
    Defendant(s).
_____/

## DEPOSITION UPON WRITTEN QUESTIONS

Comes now the plaintiff, William M Hicks, prose, pursuant to Rule 31, Fed.R.Civ.P., and submits his written questions upon DR. Jeffrey F. Elliot, D.M.D., and requests DR. Elliot to respond in his own words to each question asked. This is to be done within (14) days of recieving this Deposition. No Attorney is needed but you must have all your responses notarized by an official Notary. Then mail to Plaintiff at listed address.

William M Hicks DC# 664670
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000

# DEPOSITION QUESTIONS

1.) State your full legal name and address with License number.

2.) State your work title. If own a Business state name and address with license number and how long in practice.

3.) List your schooling history till present.

4.) Have you had any law suits against you or your Business.

5.) Have you ever been reprimanded by medical Licensing Division in Florida or any other state.

6.) Did you personally treat or see the plaintiff at your office. If not by you what was the results.

7.) What was the results of x-rays taken of Plaintiff in year 1996 and how many xrays.

8.) Have you ever visited the Plaintiff in Broward county jail.

9.) Have you evaluated any x-rays from Broward county sheriff's department or E.M.S.A. If yes state the results.

10.) Do you know a DR. Davis, M.D. working for E.M.S.A.

11.) Do you have a partner in Business. If yes who.

12.) Do you know the plaintiff.

13.) Did you write a report on the Plaintiff in year 1996 at your office sent to E.M.S.A. If yes state what it said.

14.) Are you aware of numerous fractures Plaintiff had in year 1996. If yes list all.

15.) Was their any orders by you or your office to provide medical care, If yes what.

16.) Do you have a diagnosis of Plaintiff at this present time.

17.) Do you have any records showing no fractures to the Plaintiff.

18.) Do you have a record of a visual examination being done, If yes what.

19.) Was your office ready to wire Plaintiff's jaw after he was sent to you.

WRITTEN DEPOSTION QUESTIONS

I DR. JEFFREY F. Elliot, D.M.D., hereby declare under penalty of perjury that my responses contained herein are true and correct

STATE OF FLORIDA )
County of _____ )

_____
DR. Jeffrey F. Elliot, D.M.D.

_____
# License number

_____
DATED

_____
NAME OF NOTARY

AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

_SOUTHERN_ DISTRICT OF _FLORIDA_

William M. Hicks, pro se,
　　　　　　　plaintiff,
v.

Ken Jenne, et al,
　　　Defendant(s).

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 00-6087-CIV-Dimitrouleas

TO: Dr. Jeffrey F. Elliot, D.M.D,
2801 University Drive • Suite 102 • Coral Springs, Fla 33065

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Written Questions |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

　Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| William M Hicks pro se Plaintiff #664670 | 10-2-2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
William M. Hicks
Everglades Corr Inst PO Box 949000 Miami, Fla 33194-9000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)