UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE SORRENTINO

CASE NO. 00-6087-Civ-Dimitrouleas

| | |
|---|---|
| WILLIAM M. HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KEN JENNE, SUSAN McCAMPBELL, | ) |
| BARBARA HANSON-EVANS, | ) |
| STANLEY HOLMES, JOHN DOES | ) |
| #1 AND #2, DR. W.C. DAVIS, DR. | ) |
| UECKER, DR. TREVOR WEATHERS, | ) |
| DR. CLINE, DR. PEARSON, DR. G. | ) |
| PEARSON, EMERGENCY MEDICAL | ) |
| SERVICES ASSOCIATION, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |



## DEFENDANTS' OBJECTIONS TO
## PLAINTIFF'S DEPOSITION UPON WRITTEN QUESTIONS

The Defendants, EMERGENCY MEDICAL SERVICE ASSOCIATION, DR. W.C. DAVIS, DR. UCKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON and DR. G. PEARSON, through undersigned counsel, and pursuant to Rule 32(d)(3)(C) of the Federal Rules of Civil Procedure, and the Local Rules of the Southern District of Florida, file their objections to Plaintiff's Deposition Upon Written Questions dated October 2, 2001 and served upon Dr. Jeffrey F. Elliot, D.M.D and state:

Question #6: Objection to the form of the question; vague, ambiguous, and overbroad.



<u>Hicks v. Jenne, et al</u>.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

Question #7: Objection to the form of the question; vague, ambiguous, and overbroad.

Question #8: Objection to the form of the question; vague, ambiguous, and overbroad.

Question #9: Objection to the form of the question; vague, ambiguous, and overbroad.

Question #12: Objection to the form of the question; vague, ambiguous, and overbroad.

Question #13: Objection to the form of the question; vague, ambiguous, and overbroad; assumes facts not in evidence.

Question #14: Objection to the form of the question; vague, ambiguous, and overbroad; assumes facts not in evidence.

Question #15: Objection to the form of the question; vague, ambiguous, and overbroad.

Question #16: Objection to the form of the question; vague, ambiguous, and overbroad; speculative.

Question #17: Objection to the form of the question; vague, ambiguous, and overbroad.

Question #18: Objection to the form of the question; vague, ambiguous, and overbroad.

Question #19: Objection to the form of the question; vague, ambiguous, and overbroad; assumes facts not in evidence.

O'CONNOR, CHIMPOULIS, RESTANI, MARRERO & McALLISTER, P.A.
2801 PONCE DE LEON BOULEVARD • 9TH FLOOR • P.O. BOX 14-9022 • CORAL GABLES, FLORIDA 33114 • (305) 445-4090

Hicks v. Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this ___ day of October, 2001, to: WILLIAM M. HICKS, Plaintiff, DC#664670, c/o Everglades Correctional Institution, P.O. Box 949000, Miami, FL 33194-9000; and SUMMER BARRANCO, Esquire, 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316.

      O'CONNOR, CHIMPOULIS, RESTANI,
      MARRERO & McALLISTER, P.A.
      Attorneys for Defendants, EMSA Limited
      Partnership, Dr. Davis, Dr. Ucker, Dr. Trevor
      Weathers, Dr. Cline, Dr. Pearson, and Dr. G.
      Pearson
      2801 Ponce de Leon Boulevard, 9th Floor
      Coral Gables, FL   33134
      Tel: (305) 445-4090 / Fax: (305) 445-7728

By: _____
     JOEL L. SHULMAN
     FBN 389242

F:\WORD\FILES\97-6939\pleading\obj-written-depo-questions01.jls

-3-

O'CONNOR, CHIMPOULIS, RESTANI, MARRERO & McALLISTER, P.A.
2801 PONCE DE LEON BOULEVARD • 9TH FLOOR • P.O. BOX 14-9022 • CORAL GABLES, FLORIDA 33114 • (305) 445-4090