UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO



William M Hicks,
    Plaintiff,
vs.
KEN JENNE, et al,
    Defendant(s).

## MOTION FOR ORDER TO COMPEL DISCOVERY

COMES NOW, the Plaintiff, William M Hicks, pro se, pursuant to Rule 37(a)(2), Fed. R. Civ. P. and moves this Honorable Court to issue an order compelling discovery from ALL defendant's counsel.

1.) Counsel for E.M.S.A. and doctors object to plaintiff's discovery request, see EX A. They claim Plaintiff is exempt from all discovery listed in Rule 26, Fed. R. Civ. P. This is clearly erroneous and shows defense counsel's distortion of this court's order, see EX B, stating all discovery methods listed in Rule 26(a) shall be completed by November 16, 2001.



The plaintiff filed two basic discovery requests, see EX C and D. By defense counsel's knowledge of this courts clear order of discovery completion deadline, they are deliberately delaying time for plaintiff's complete discovery.

2.) Counsel for sheriff, Hanson-Evans and Holmes object to plaintiff's discovery request, see EX E, and claim plaintiff is exempt from all discovery listed in Rule 26, Fed.R.Civ.P. This is clearly incorrect and shows defense counsel's misinterpretation of this courts order, see EX B, stating all discovery methods listed in Rule 26(a) shall be completed by November 16, 2001.

The plaintiff filed a basic discovery request, see EX E. By defense counsel knowing that this court clearly placed in writing a deadline for completing discovery. They are deliberately delaying time for plaintiff to complete discovery.

## RELIEF REQUESTED

Based on the aforestated circumstances plaintiff prays that this court will issue an order to compel discovery and place upon all defendant(s) any restrictions as well pursuant to the appropiate clause of rule 37, the plaintiff asks this court for an order delegating costs for copying instant motion to be paid by all defendant(s) at the amount of .15¢ per page to include duplicate copies pluss postage.

Also plaintiff ask this court's instruction to all counsel on what said court order plainly conveys.

Plaintiff also ask for extention of time up to 30 days after an order is issued so that he may complete discovery.

CERTIFICATE OF SERVICE

I William M Hicks, prose, makes this unsworn Declaration under penalty of perjury pursuant to TITLE 28 U.S.C. § 1746 AND § 92.525 FLORIDA STATUTES (1989) that he has tried to obtain discovery without court's intervention but am unable to do so without this courts help. I certify that a true and correct copy was handed over to prison officials to mail by U.S. mail this 18 day of oct, 2001 and sent to:

JOEL SHULMAN, esq, 2801 ponce de leon Blvd. 9th Fl. coral Gables, fla 33134;

SUMMER BARRANCO, esq, 1322 S.E. third Avenue, Ft. Laud, fla 33316.

William M. Hicks, prose
William M Hicks #664670
Everglades Corr Inst
PO Box 949000
miami, fla 33194-9000

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE SORRENTINO

CASE NO. 00-6087-Civ-Dimitrouleas

WILLIAM M. HICKS,                        )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )
                                         )
KEN JENNE, SUSAN McCAMPBELL,             )
BARBARA HANSON-EVANS,                    )
STANLEY HOLMES, JOHN DOES                )
#1 AND #2, DR. W.C. DAVIS, DR.           )
UECKER, DR. TREVOR WEATHERS,             )
DR. CLINE, DR. PEARSON, DR. G.           )
PEARSON, EMERGENCY MEDICAL               )
SERVICES ASSOCIATION,                    )
                                         )
                    Defendants.          )
_____)

## DEFENDANTS' OBJECTION TO PLAINTIFF'S DISCOVERY REQUESTS

The Defendants, EMERGENCY MEDICAL SERVICE ASSOCIATION, DR. W.C. DAVIS, DR. UCKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON and DR. G. PEARSON, through undersigned counsel, and pursuant to Rule 26 of the Federal Rules of Civil Procedure, and the Local Rules of the Southern District of Florida, file this objection to Plaintiff's Discovery Requests dated September 18 and September 22, 2001.

<u>Hicks v. Jenne, et al.</u>
U.S. District Case No. 00-6087-Civ-Dimitrouleas

    Plaintiff is presently incarcerated at the Everglades Correctional Institution in Miami, Florida and is proceeding in this action without counsel. Thus, Plaintiff's discovery requests are an exempt proceeding under Rule 26(a)(1)(E)(iii) of the Federal Rules of Civil Procedure.

    WE HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 15th day of October, 2001, to: WILLIAM M. HICKS, Plaintiff, DC#664670, c/o Everglades Correctional Institution, P.O. Box 949000, Miami, FL 33194-9000; and SUMMER BARRANCO, Esquire, 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316.

                                O'CONNOR, CHIMPOULIS, RESTANI,
                                MARRERO & McALLISTER, P.A.
                                Attorneys for Defendants, EMSA Limited Partnership, Dr. Davis, Dr. Ucker, Dr. Trevor Weathers, Dr. Cline, Dr. Pearson, and Dr. G. Pearson
                                2801 Ponce de Leon Boulevard, 9th Floor
                                Coral Gables, FL   33134
                                Tel: (305) 445-4090 / Fax: (305) 445-7728

By: _____
    JOEL L. SHULMAN
    FBN 389242

F:\WORD\FILES\97-6939\pleading\obj-discovery-request.jls

-2-



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

WILLIAM M. HICKS,                    :

    Plaintiff,                   :

v.                                   :     ORDER SCHEDULING PRETRIAL
                                           PROCEEDINGS WHEN PLAINTIFF
                                     :     IS PROCEEDING PRO SE
KEN JENNE, et al.,                   :

    Defendants.                  :
_____

The plaintiff in this case is incarcerated, without counsel, so that it would be difficult for either the plaintiff or the defendants to comply fully with the pretrial procedures required by Local Rule 16.1 of this Court. It is thereupon

    ORDERED AND ADJUDGED as follows:

    1. All discovery methods listed in Rule 26(a), Federal Rules of Civil Procedure, shall be completed by November 16, 2001. This shall include all motions relating to discovery.

    2. All motions to join additional parties or amend the pleadings shall be filed by November 30, 2001.

    3. All motions to dismiss and/or for summary judgment shall be filed by December 2, 2001.

    4. On or before January 4, 2002, the plaintiff shall file with the Court and serve upon counsel for the defendants a document called "Pretrial Statement." The Pretrial Statement shall contain the following things:

recieved sept 17, 01
ECF

# EXHIBIT C

TO JOEL SHULMAN, ESQ,
   2801 Ponce de leon BLVD
       9TH FL
CORAL GABLES, FLA 33134

CASE NO. 00-6087-CIV-Dimitrouleas

## DISCOVERY REQUEST

The Plaintiff William M. Hicks, prose, pursuant to Rule 26, of Fed.R.Civ.P., request Defendant's to submit the persons listed full address, phone numbers, License numbers and JOB Duties. These persons are or was employee's of E.M.S.A.:

1.) TODD SCHWARTZ, HSA, R.N.;

2.) KEVIN JORGENSON, R.N. BSN;

3.) ED HANLEY, Human services counslor;

4.) MELSAIDIES NELSON, MSRN;

5.) DEIIA RICHARDSON, LPN;

6.) CALISTA CHUKWU, RN;

7.) WAYNE EVANS, x-ray technologist;

8.) Ruth lebell, RN.

I HEREBY CERTIFY that a true copy was handed over to prison officials to mail this by U.S. mail this __18__ day of sept, 2001 and sent to:

Summer M. BARRANCO, esq,
1322 S.E. 3rd Avenue    FT. Laud, Fla 33316.

William M Hicks #664670
William M Hicks
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000



EXHIBIT D

TO JOEL SHULMAN, esq,
2801 Ponce de leon Blvd
9th Fl
Coral Gables, Fla 33134

CASE NO. 00-6087-CIV-Dimitrouleas

DISCOVERY REQUEST

The Plaintiff William M Hicks, pro se, pursuant to Rule 26, Fed. R.Civ.P., request Defendants to submit as follows:

1.) MARTA PRADO FOR EMSA, complete married name, complete work address and title, complete home address and phone number.

2.) TONY LANZA, R.N. complete work address, complete home address and phone number and work title.

3.) E.M.S.A. corporate Policy records, a complete listing of all claims and settlements for past four years, listing of all Board members of E.M.S.A., complete Banking statements and earnings for last four years, complete record of policies on hiring employee's.

## CERTIFICATE OF SERVICE
### Discovery Request

I William M Hicks, pro se, hereby certify that a true copy was handed over to prison officials to mail by U.S. mail this 22 day of Sept, 2001 and sent to:

SUMMER M. BARRANCO, esq,
1322 S.E. 3rd Avenue FT. Laud, fla 33316.

William M Hicks
William M Hicks #664670
Everglades Corr Inst
PO Box 949000
Miami, fla 33194-9000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. UCKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.,

    Defendants.
_____/

Case No. 00-6087-CIV-Dimitrouleas

## DEFENDANT SHERIFF'S OBJECTION TO PLAINTIFF'S DISCOVERY REQUEST

The Defendant, SHERIFF JENNE, through his undersigned attorneys, files this his objection to Plaintiff's Discovery Request which contained a certificate of service dated September 13, 2001 as this proceeding falls within the categories of proceedings that are exempt from initial disclosures under Federal Rule of Civil Procedure 26(a)(1). See General Rule 26.1.A. of the United States District Court, Southern District of Florida, local rules. Specifically, as Plaintiff is currently incarcerated at Everglades Correctional Institution in Miami, Florida, and as Plaintiff is proceeding without counsel, this action would be classified as an exempt proceeding under Federal Rule of Civil Procedure 26(a)(1)(E)(iii) (an action brought without counsel by a person in custody of the United States, a state or a state subdivision).



1

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail to **WILLIAM M. HICKS, Plaintiff, DC#664670**, c/o Everglades Correctional Institution, P.O. Box 949000, Miami, Florida 33194-9000 and **JOEL SHULMAN, ESQUIRE**, 2801 Ponce de Leon Blvd., 9th Floor, Coral Gables, Florida 33134 this 24th day of September, 2001.

        PURDY, JOLLY & GIUFFREDA, P.A.
        Attorneys for Defendant SHERIFF
        1322 S.E. Third Avenue
        Fort Lauderdale, Florida 33316
        Telephone: (954) 462-3200
        Facsimile: (954) 462-3861

BY: _____
        SUMMER M. BARRANCO
        Florida Bar No. 984663

# APPENDIX F

To Summer M. Barranco, esq,
1322 S.E. 3rd Avenue
Ft. Laud, Fla 33316

### DISCOVERY REQUEST

Comes the plaintiff William M Hicks, pro se, in case number #00-6087-civ-Dimitrouleas and files discovery request pursuant to Rule 26(a)(1)(A), Fed. R. civ. P.. Plaintiff requests from said counsel for defendant's Ken Jenne, sheriff of B.S.O, to submit the following without delay:

1.) Defendant Susan McCampbell's complete employee file in B.S.O. control; Any known job change; complete home address and phone number as well any other known addresses counsel knows about.

2.) Defendant Deputy Gary Hensley complete B.S.O. file; His home address and phone number and any other known addresses; Dose this Deputy still work for B.S.O.

3.) Defendant Deputy Elaudic Lattanzi complete B.S.O file; His home address and phone number and any other known addresses; Dose this Deputy still work for B.S.O.

Plaintiff need all asked for so he may serve them with complaint.

I William M Hicks, prose, hereby certify that a true and correct copy has been furnished to:

Joel Shulman, esq,
2801 ponce de leon Blvd
9th floor
Coral Gables, fla 33134

This 13 day of Sept, 2001.

William M Hicks
William M Hicks
DC#664670
Everglades Corr Inst
PO Box 949000
Miami, fla 33194-9000