UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO



FILED by ___ D.C.
IN CASE
OCT 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

William M. Hicks,
    Plaintiff,
vs.
KEN JENNE, et al,
_____/

PIAINTIFF'S RESPONSE TO DEFENDANT'S SHERIFF, HANSON-EVANS AND HOLMES OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The Plaintiff, William M. Hicks, prose, files his response to defendant's objections dated October 15, 2001 and states as follows:

1.) The Plaintiff did not have identities of the two Broward Sheriff's deputy's untill he FILED the event reports in defense to defendant's motions to dismiss complaint.

2.) The plaintiff is not time barred.



3.) This Honorable court issued an <u>order</u> scheduling pretrial proceedings when Plaintiff is proceeding pro se. This order was dated September 11, 2001 and signed by Magistrate Sorrentino. In this order page 1, Line (2), clearly states "All motions to join additional parties or amend the pleadings shall be filed by November 30, 2001, which the plaintiff has clearly done thus making his motion to Amend complaint timely and inline with this court's clearly layed out order.

4.) The Plaintiff at times mails his legal work to family to copy to save cost of making copys. And they mail or deliver to whom its going to. Plaintiff has little funds to live on and supply legal work and materials.

Therefore the plaintiff prays that this court will deny Defendant's objections and allow him to name the two John Doe's with their full names as well serve them with Amended complaint.

## CERTIFICATE OF SERVICE

I William M Hicks, pro se, makes this unsworn declaration under penalty of perjury pursuant to TITLE 28 U.S.C. §1746 AND §92.525 FLORIDA STATUTES (1989) and hereby declare that his response to Defendant's Sheriff, Henson-Evans and Holmes is true and correct. This motion was handed over to prison officials to mail by U.S. Mail this 18 day of Oct, 2001 and sent to:

Summer M. Barranco, Esq.
1322 S.E. 3rd Avenue Ft. Laud, Fla 33316.

Joel Shulman, Esq.
2801 Ponce de Leon Blvd. 9th Fl. Coral Gables, Fla 33134.

William M Hicks #664670
William M Hicks
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000