UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M. Hicks,
    Plaintiff,

vs.

Ken Jenne, et al,
    Defendant(s).

_____/

## PLAINTIFF'S MOTION COMPELLING DISCOVERY

COMES NOW, the plaintiff, William M. Hicks, pro se, pursuant to Rule 37(a)(2), Fed. R. Civ. P., and moves this Honorable Court to issue an order compelling discovery from defendant Ken Jenne, sheriff of Broward (B.S.O.) for the following reasons:

1.) The plaintiff has made every possible effort through discovery rules to obtain addresses for defendant's Susan McCampbell, Gary Hensley and Elaudio Lattanzi so he may serve them with the Amended complaint.

2.) Plaintiff has filed a discovery request on sept 13, 2001 to recieve complete work or home addresses and defense counsel objected and claimed plaintiff is exempt from Rule 26(a)(1).



3.) Plaintiff refiled an Amended Discovery request on Sept 29, 2001 asking for all defendant's listed work or home addresses. On Oct 29, 2001 defense counsel objects claiming information is privileged under Florida law and saying listed defendants no longer work for B.S.O.

4.) Plaintiff filed an Interrogatory on Oct 25, 2001 but knows defense counsel will object and deny discovery.

Therefore based on the foregoing the plaintiff ask this court to order defense counsel for sheriff to provide all known addresses for listed defendant's so he may perfect service upon them with a copy of complaint. If this court finds counsels reasons are correct, the plaintiff ask that counsel provide all known addresses of defendant's to this court only and have U.S. Marshals serve them. The plaintiff dose not object and dose not need to know their addresses.

If this Honorable court dose not issue an order the plaintiff will be prejudiced and requests this court to appoint counsel.

<u>Certificate of Service.</u>

I William M. Hicks. Hereby declare that all stated herein for compelling discovery is true and correct under penalty of perjury pursuant to the 28 USC. 1746 and 92.525 Florida Statutes (1989) and was turned over to prison officials to mail by US mail this 1st day of Nov, 2001 and mail to:

Summer M. Barranco, Esq.
1322 S.E. 3rd Avenue, Ft Laud Fla. 33316.

Joel Shulman Esq.
2801 Ponce De Leon Blvd. 9th Fl. Coral Gables, Fla. 33134

<u>William M Hicks</u>
<u>William M. Hicks #664670</u>
<u>Everglades Corr Inst</u>
<u>PO Box 949000</u>
<u>Miami, Fla 33194-9000</u>