UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-civ-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

FILED BY _____ D.C.
NTAKE

01 OCT 30 PM 3:44

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

William M Hicks,
    Plaintiff,

vs.

Ken Jenne, et al,
    Defendant(s).

## PLAINTIFF'S MOTION FOR COURT ORDER

Comes Now, the Plaintiff William M. Hicks, prose, and submits his second motion for this Honorable court to rule on his prior motion dated Sept 18, 2001. Asking for this court have U.S. Marshals serve a subpoena upon Everglades Corr Inst c/o Medical Records, to allow him to look through his medical and dental file and make copys of documents that he needs for his evidence to supply at trial. This court has placed a deadline for all discovery to be done by November 16, 2001.

Wherefore the Plaintiff prays that this court will grant this motion and issue an order.



## CERTIFICATE OF SERVICE

I William M. Hicks, prose, hereby declare all facts to be true and correct and a true copy was handed over to prison officials to mail by U.S. mail this 31 day of October, 2001 and mailed to:

Summer M. Barranco, esq,
1322 S.E. 3rd Avenue, Ft. Laud, Fla 33316.

Joel Shulman, esq,
2801 Ponce de leon Blvd • 9 N fl • Coral Gables, Fla 33134.

William M Hicks
William M. Hicks #664670
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000