UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MAGISTRATE JUDGE SORRENTINO

CASE NO. 00-6087-Civ-Dimitrouleas

WILLIAM M. HICKS, (pro se)

    Plaintiff,

v.

KEN JENNE, SUSAN McCAMPBELL, BARBARA
HANSON-EVANS, STANLEY HOLMES, JOHN
DOES #1 AND #2, DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON, EMERGENCY
MEDICAL SERVICES ASSOCIATION,

    Defendants.
_____/



## NOTICE OF FILING DEPOSITIONS

Pursuant to Rule 56, Defendants, EMERGENCY MEDICAL SERVICE ASSOCIATION, DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, and DR. G. PEARSON, by and through undersigned counsel, hereby files the attached Deposition, including Composite Exhibit, of William Hicks in support of their Motion for Summary Judgment and Memorandum of Law in Support of this Motion.

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the above named addressee this ___ day of December, 2001.

                O'CONNOR, CHIMPOULIS, RESTANI,
                MARRERO & McALLISTER, P.A.
                Attorneys for Defendants, EMSA, Dr. Davis, Dr. Ucker, Dr.
                Trevor Weathers, Dr. Cline, Dr. Pearson, and Dr. G. Pearson
                2801 Ponce de Leon Boulevard, 9th Floor
                Coral Gables, FL   33134
                Tel: (305) 445-4090 / Fax: (305) 445-7728

       By: _____
            JOEL L. SHULMAN
            FBN 389242



<u>Hicks v. Jenne, et al</u>.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

## SERVICE LIST

<u>William M. Hicks v. Ken Jenne, et al.</u>
U.S. District Case No. 00-6087-Civ-Dimitrouleas

WILLIAM M. HICKS, *pro se*
#664670
Everglades Correctional Institution
P.O. Box 949000
Miami, FL  33194-9000

SUMMER BARRANCO, Esquire
Purdy, Jolly & Giuffreda
1322 S.E. Third Avenue
Fort Lauderdale, FL   33316

F:\WORD\FILES\97-6939\pleading\N-Filing-Dep-01

-2-

# NOT

# SCANNED

PLEASE REFER TO COURT FILE