UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-Dimitrouleas

MAGISTRATE JUDGE SORRENTINO



William M. Hicks,

      Plaintiff,

vs,

KEN JENNE, et al,

      Defendant(s).

## MOTION FOR COURT TO SERVE COMPLAINT

COMES NOW, William M. Hicks, prose, and moves this court to issue an order to have U.S. marshals serve defendant Susan McCampbell, with a copy of Amended complaint. The Plaintiff has located Susan McCampbell even though defendant Ken Jenne (Sheriff) refused to help. Please serve upon Susan McCampbell, 7913 N.W. 83rd Street Tamarac, Florida 33321. Phone # 954-726-5322.

Wherefore the plaintiff prays that this Honorable court will serve this last defendant.

So prays

## CERTIFICATE OF SERVICE

I William M. Hicks, hereby declare that the facts contained here in are true and correct. I certify that a true and correct copy was handed over to prison officials to mail by u.s. mail this 4 day of December, 2001 and sent to:

Summer M. Barranco, esq;
1322 S.E. 3rd Avenue - FT. Laud, Fla 33316.

Joel Shulman, esq.
2801 ponce de leon Blvd - 4th fl. - coral Gables, Fla 33134

William M. Hicks #664670
William M. Hicks
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-civ-Dimitrouleas

MAGISTRATE JUDGE SORRENTINO

William M. Hicks,

     Plaintiff,

vs.

KEN JENNE, et al,

     Defendant(s).

## MOTION FOR COURT TO SERVE COMPLAINT

COMES NOW, William M. Hicks, prose, and moves this court to issue an order to have U.S. marshals serve defendant Susan McCampbell, with a copy of Amended complaint. The Plaintiff has located Susan McCampbell even though defendant Ken Jenne (Sheriff) refused to help. Please serve upon Susan McCampbell, 7913 N.W. 83rd street tamarac, Florida 33321. Phone # 954-726-5322.

Wherefore the plaintiff prays that this Honorable court will serve this last defendant.

    So prays

## CERTIFICATE OF SERVICE

I William M. Hicks, hereby declare that the facts contained herein are true and correct. I certify that a true and correct copy was handed over to prison officials to mail by U.S. Mail this 4 day of December, 2001 and sent to:

Summer M. Barranco, esq,
1322 S.E. 3rd Avenue · Ft. Laud, Fla 33316.

Joel Shulman, esq,
2801 ponce de leon Blvd · 9th Fl · coral Gables, Fla 33134

William M. Hicks #664620
William M. Hicks
Everglades Corr Inst
PO Box 949000
Miami, Fla 33194-9000