UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. UCKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.,

    Defendants.
_____/

Case No. 00-6087-CIV-Dimitrouleas



## DEFENDANT JENNE'S NOTICE OF COMPLIANCE WITH COURT'S ORDER DATED NOVEMBER 14, 2001

The Defendant SHERIFF JENNE, through his undersigned attorneys, files this his Notice of Compliance with the Court's Order on Pending Motions dated November 14, 2001, specifically as to paragraph numbers 5, 6 and 7 and would state that the current work address of Defendant Susan McCampbell is unknown.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail to **WILLIAM M. HICKS, Plaintiff, DC#664670**, c/o Everglades Correctional Institution, P.O. Box 949000, Miami, Florida 33194-9000 and **JOEL SHULMAN, ESQUIRE**, 2801 Ponce de Leon Blvd., 9th Floor, Coral Gables, Florida 33134 this ____ day of December 2001.

PURDY, JOLLY & GIUFFREDA, P.A.
Attorneys for Defendant SHERIFF
1322 S.E. Third Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 462-3200
Facsimile: (954) 462-3861

BY: _____
SUMMER M. BARRANCO
Florida Bar No. 984663

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.2