UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-civ-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M. Hicks,
    Plaintiff,
vs.
Ken Jenne, et al,
    Defendant(s).



## PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO RESPOND TO DEFENDANT(S) SUMMARY JUDGMENT MOTION(S)

Comes now the plaintiff William M. Hicks, prose, pursuant to Fed. R. Civ. P. Rule ___ for an extention of time to respond to defendant(s) Ken Jenne, Barbara Hanson-Evans and Holmes motion filed Dec 3, 2001. And an extention of time to respond to defendant(s) E.M.S.A., Davis, Recker, Weathers, Cline, Pearson and G. Pearson motion filed Dec 3, 2001.

## REASONS FOR EXTENTION

1.) The plaintiff is prose and in prison and having problems with his psychotropic medication(s) and has stoped taking them for past two days due to cant focus, read or understand law as well comprehend

2.) Plaintiff has no certified law clerks to assist him while he is here at E.C.I., and any clerk able to help is to busy or wants me to pay to much.

3.) Defense counsel Summer M. Barranco, esq. refers to using depositions in her summary judgment motion and plaintiff dose not have them.

4.) Defense counsel Joel Shulman, esq. refers to using depositions and composite exhibits, which plaintiff was not supplied any such copies of, therefore don't know the facts of the meanings.

5.) During taking of depositions plaintiff requested to have complete copys taken on 10-24-01 and 11-13-01 but has not recieved any copy.

6.) Miss Sara Conway % Esquire Depositions Services, Inc sent a notice dated November 20, 2001 saying depositions are ready and they are forwarding them. As of this motion date, plaintiff has not recieved any copies of said depositions.

7.) Plaintiff needs these deposition's also to appropriately respond to (All) defendant(s) summary judgment motions.

8.) Plaintiff mailed a letter to deposition company and awaits a response.

9.) Plaintiff hopes defense counsel is not denying him these depositions so he may use to respond.

10.) The plaintiff is diligently working on his responses to both defendant(s) counsel's motion for summary judgment even though our law library is inadequate to fully help him.

Therefore based on the foregoing the plaintiff asks this Honorable court to grant his motion for extention of time and allow him (30) days extra to respond to ALL defendants summary judgment motions.

So prays

### CERTIFICATE OF SERVICE/OATH

I William M. Hicks, declare under penalties of perjury that all stated herein for motion of extention of time is true and correct and that a true and correct copy was handed over to prison officials to mail by U.S. mail this 6 day of December, 2001 and copys sent to:

Summer Barranco, esq 1322 S.E. 3rd Ave. Ft. Laud, Fla 33316, and Joel Shulman, esq 2801 Ponce de Leon Blvd. 9th Fl. Coral Gables, Fla 33114.

William M. Hicks, pro se.
William M. Hicks #664670
Everglades Corr Inst
PO Box 949000
Miami, Flo 33194-9000