UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

Magistrate Judge Sorrentino

vs.

SHERIFF KENNETH JENNE, et al.,

    Defendants.
_____/



## ORDER APPROVING REPORT AND RECOMMENDATION AND PARTIAL DISMISSAL

THIS CAUSE is before the Court upon the Report and Recommendation [DE 115] of Magistrate Judge Charlene H. Sorrentino, signed November 14, 2001. The Court notes that Plaintiff Willaim M. Hicks has not filed any objections to the Report and Recommendation, and that the time for filing such objections passed on November 30, 2001.

Even though no timely objections were filed, the Court has conducted a de novo review of the report and recommendation, and is otherwise fully advised in the premises. This Court agrees with the reasoning and analysis of the Magistrate Judge that Plaintiff's civil rights claims against John Doe #1 (Elaudio Lattanzi) and John Doe #2 (Gary Hensley) are barred by the statute of limitations, and thus subject to dismissal pursuant to Clark v. State of Georgia Pardons and Paroles Board, 915 F.2d 636 (11th Cir. 1990); Moreland v. Wharton, 899 F.2d 1168 (11th Cir. 1990); Wayne v. Jarvis, 197 F.3d 1098 (11th Cir. 1999); and 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Magistrate Judge's Report and Recommendation [DE 115 ] is hereby **ADOPTED**;

2.     Defendants John Doe #1 (Elaudio Lattanzi) and John Doe #2 (Gary Hensley) are hereby **DISMISSED** as parties to this action pursuant to 28 U.S.C. § 1915(e)(2)(b)(i);



3. The case remains pending against all other Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _10_ day of December, 2001.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Charlene H. Sorrentino

William M. Hicks, Pro Se
DC #664670
Everglades Correctional Institution
1601 S.W. 187th Avenue
P.O. Box 949000
Miami, Florida 33194-9000

Joel L. Schulman, Esq.
Summer Marie Barranco, Esq.