UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-Civ-DIMITROULEAS
MAGISTRATE JUDGE SORRENTINO

WILLIAM M. HICKS,  :

    Plaintiff,  :

v.  :  ORDER ON PENDING MOTIONS

KEN JENNE, et al.,  :

    Defendants.  :

_____

FILED by ___ D.C.
MAG. SEC.
DEC 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. MIAMI

This Cause is before the Court upon motions by the plaintiff (DE#s 113 and 120).

Upon Consideration, and review of the record, it is thereupon

ORDERED AND ADJUDGED, as follows:

1. **The plaintiff's motion (DE# 113),** for a ruling on his September 18, 2001 motion [DE# 96], requesting service of a subpoena, **is dismissed, as moot.** The motion, DE# 96, was denied pursuant to the Order, DE# 114.

2. **The plaintiff's motion (DE# 120),** which is dated December 4, 2001, for service of the amended complaint upon the defendant McCampbell, **is denied,** for reasons discussed in the report, entered separately on this date.

DONE AND ORDERED at Miami, Florida this 27 day of December, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  William M. Hicks, <u>Pro Se</u>
     DC# 664670
     Everglades Correctional Institution
     1601 S.W. 187th Avenue
     P. O. Box 65-9001
     Miami, FL 33265-9001

     Summer Marie Barranco, Esquire
     Purdy, Jolly, & Giuffreda, P.A.
     1322 S.E. Third Avenue
     Ft. Lauderdale, FL 33316

     Joel L. Schulman, Esquire
     O'Connor, Chimpoulis, Restanti,
       Marrero & McCallister, P.A.
     2801 Ponce de Leon Blvd., 9th Floor
     Coral Gables, FL 33134