UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-civ-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO


FILED by ___ D.C.
MAG. SEC.
JAN - 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
MIAMI

William M. Hicks,
    Plaintiff,
vs.
Ken Jenne, et al,
    Defendant(s).

**ORDER**
Granted to 2/4/02
Denied ___
Comments ___
Signed 1/3/02
Charles H. Sorrentino
U.S. Magistrate Judge

## PLAINTIFF'S MOTION FOR EXTENTION OF TIME TO RESPOND TO DEFENDANT(S) SUMMARY JUDGMENT MOTION(S)

Comes now the Plaintiff William M. Hicks, prose, pursuant to Fed. R. Civ. P. Rule ___ for an extention of time to respond to defendant(s) Ken Jenne, Barbara Hanson-Evans and Holmes motion filed Dec 3, 2001. And an extention of time to respond to defendant(s) E.M.S.A., Davis, uecker, weathors, cline, pearson and G. pearson motion filed Dec 3, 2001.

### REASONS FOR EXTENTION

1.) The plaintiff is prose and in prison and having problems with his psychotropic medication(s) and has stoped taking them for past two days due to can't focus, read or understand law as well comprehend.