UNITE STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-civ-Dimitrouleas

MAGISTRATE JUDGE SORRENTINO

( Ft. Lauderdale Division )

Plaintiff,

vs.

KEN JENNE, Susan McCampbell,
Barbara Hanson-Evans, Stanley Holmes,
DR. W.C. Davis, DR. Uecker, DR. Trevor weathers,
DR. cline, DR. pearson, DR. G. pearson,
Emergency medical services Association,

Defendant(s).

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OBJECTION TO MAGISTRATES REPORT AND RECOMMENDATIONS

COMES NOW, William M. Hicks, Plaintiff, prose ( herein and after referred to as Plaintiff or Hicks ) moves this Honorable court in above styled cause pursuant to Federal Rules of civil Procedure, Rules 56 (c) and 5(c), local Rules 7.1 and 7.5, to enter summary judgment against above named Defendant(s) and to deny their request for summary judgment and would submit the following in support therefore;

NON-COMPLIANCE OF S.D. fla. L.R. 110(a)FRCP

The plaintiff herein files his objection to the magistrates report dismissing his claim against Susan McCampbell, director of the Broward county sheriff's office pursuant to Rule(s) 72(a), 12(b), 4(c)(2) of the Fed. R. Civ. P. and 28 U.S.C. §1915, and in support therefore;

1. The defendant's contention that Plaintiff's arguments are conclusory and that he offers nothing more than his own allegations as support therefore is a misleading statement of fact and law.

2. The evidence in the record before this court demonstrate that the Plaintiff is entitled to summary judgment in his favor against the defendants.

3. All parties named in this action have been properly served as a matter of law.

4. The defendant's response to Plaintiff's motion for summary judgment as a matter of law fails to meet the requirements of Fed. Rules of Civil Procedure, Rule 56(c).

5. The magistrate judge erred in dismissing claim against Susan McCampbell.

## STANDARD OF REVIEW

The standard of review which must be applied by the court for purpose of a motion for summary judgment is contained in Rule 56a.

(2)

of the Fed. Rules of civil procedure which reads, in pertinent part, as follows:

> "The judgment sought shall be rendered forthwith if the pleadings, depositions, answers to interrogatories and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material facts and that the moving party is entitled to judgment as a matter of law."

In <u>Celotex Corp v. Catrett</u>, 477 U.S. 317 (1986), the court held in applying this standard:

> "If the party seeking summary judgment meets his initial responsibility of informing the court of the basis for his motion by identifying those parts of the record that demonstrate the nonexistence of genuine issue of material fact, the burden then shifts to the non moving party to come forward with sufficient evidence to rebut this showing with affidavits or other relevant and admissible evidence."

Further, the non moving party cannot rely soley on other pleadings to contest a matter in a motion for summary judgment supported by evidentiary material, but must respond with affidavits, depositions, or otherwise to show that there are material issues of fact which require a trial. <u>Coleman v. Smith,</u> 828 F.2d 714 (11th. cir. 1987).

(3)

## PLAINTIFF'S RESPONSE TO REPLY BY DEFENDANT'S
## TO HIS MOTION FOR SUMMARY JUDGMENT

In the instant case, the plaintiff identified revelant portion(s) of the record that entitle him to summary judgment against the defendant(s).

On pages (3), (4), of Plaintiff's motion for summary judgment he identifies by reference to ( DE # 83 ) the portion(s) of the record that support his claim(s). Therefore, the defendant's assertion that the Plaintiff's motion for summary judgment consists of only bare allegations regarding the defendant's actions or alleged inaction and their motivations is unfounded. On the contrary, Plaintiff's allegations are supported by relevant and compotent evidence. However, as noted in the defendant's response, they have failed to rebut plaintiff's allegations with affidavits, depositions and infact have merely relied on their prior pleadings and denials. " [I]f the evidence presented by the non-moving party is merely colorable, or is not significantly probative, summary judgment may be granted." Baldwin county, Alabama, V. Purcell corp, 971 F.2d 1558 (11TH.cir, 1992).

The defendant Susan Mccampbell, Broward county Sheriff's office, Director, was properly served in this action on march 16, 2001. The defendant Susan Mccampbell never-the-less refused the service by mail and by the sheriff's office Further, that as a matter of law when there are numerous defendant's, as in this action, service on anyone of the attorneys constitutes proper service. See Rule 5(c) of the Fed. Rules of civil Procedure.

The plaintiff would also point out that Rule 5 (c) requires

(4)

service upon an attorney for each party, but not every attorney for each party. U.S. v. Schooner, windspirit, D.C. Virgin Islands, (1995) 161 F.R.D. 321, also Buchanan v. Serrill, 51 F.3d 227 (10th. cir 1995).

The burden is to serve all other parties. This does not require service on each of several counsel appearing on behalf of a party. See: Cooper v. Lewis, 644 F.2d 1077, 1082 (5th. cir. 1981).

It is apparent from the face of the record and the pleadings filed in this action that Susan McCampbell has always been named as a defendant, that the defendant's in this action were all acting under the color of the law and that the law was clearly established, when the acts complained of were ensued. It is also apparent that all defendant's are represented by counsel(s) of either Summer M. Barranco or Joel Ghulman. All retained by the county of Broward. Therefore Susan McCampbell was served as required by Fed. R. Civ. P. 4 (c)(2)(c)(ii), as the court attempted itself to serve complaint and service of process which Susan McCampbell refused. See: Bourne v. Romero, 23 F.R.D. 292, 296 (D.C. La, 1959); also Wayne v. Jarvis, 197 F.3d 1098 (11th cir. 1999).

## PLAINTIFF'S OBJECTION AND RESPONSE TO MOTION FOR SUMMARY JUDGMENT BY THE DEFENDANT'S

The defendant(s) E.M.S.A., DR. Davis, DR. Uecker, DR. Weathors, DR. Cline, DR. G. Pearson, and defendant(s) Ken Jenne (sheriff),

Susan McCampbell, Barbara Hanson-Evans and Stanley Holmes filed their motion(s) for summary judgment on "December 3, 2001, this following the plaintiff's motion for summary judgment which was filed on November 30, 2001. The defendant's motion for summary judgment is based on mere denials and argues in a conclusory fashion and not based on factual allegations. The defendant's have submitted the affidavit of Stanley Holmes, a licensed medical care provider who would have had the capacity as an ombudsperson for the Broward sheriff's office at the time the plaintiff was at (N.B.D.C.), The affiant is also a defendant named in this suit and in no way does the affidavit rebut or disprove any issue of material fact. It is no more than a mere denial. (defendant's Exhibit B). See: <u>Anderson v. Liberty Lobby, Inc</u>, 477 U.S. 242, 249-50, 106 S. ct. 2505, 2511, 91 L. Ed. 2d 202 (1986).

The defendant's have also attached the record in this case which does no more than repeat the exhibits already entroduced in the prior pleadings. See: Plaintiff's (DE #83).

Summary judgment is appropriate only when the court is satisfied "that there is no genuine issue as to material fact and that the moving party is entitled to judgment as a matter of law". Fed. R. civ. P. Rule 56(c). In making this determination, the court must view all evidence in light most favorable to the non-moving party. See: <u>Samples on Behalf of Samples v. Atlanta</u>, 846 F. 2d 1328, 1330 (11th cir. 1988).

The Plaintiff would direct this court to (DE #83) which consists of, (1) grievance to Barbara Hanson-Evans dated 7/2/96, (2) three court orders directed to Broward county jail and

E.m.s.A. for medical treatment to be provided, (3) Radiologist reports, listing fracture(s), (4) letter from KEN Jenne, sheriff, speaking to county commissioners concerning provision of medical treatment, (5) incident reports from B.s.o., outlining assault and charges brought against attacker.

The plaintiff herein attaches and submitts 'exhibits' as follows: (A) National commission on correctional health care, nurse charge sheet right after assault and battery, A witness statement about assault and battery, (B) Letters from congress and senate, (C) Letters and complaints to defendant susan mccampbell, (D) letters and responses from Broward county commissioners, (E) responses and inmate grievances from B.s.o. and defendant ken Jenne, sheriff, (F) inmate grievances to defendant E.m.s.A., (G) inmate requests and grievances directed to defendant stanley Holmes, (H) inmate grievance, responses and complaints from defendant Barbara Hanson-Evans, (I) letters and medical request and statements to defendant DR. cline, DDS, (J) inmate request's and log to defendant DR. G. pearson, DDS, (K) request and medical pass to defendant DR. uecker, m.D., (L) statements and medical passes to defendant DR. pearson, DDS, (m) statements and medical request to defendant DR. trevor weathors, DDS, oral surgeon, (N) statements and request to defendant DR. Davis, m.D., (O) News paper articles.

The plaintiff has come forward with sufficient evidence to establish that the defendant's are not entitled to summary judgment as a matter of law, There are now cross motions for summary judgment and the parties are in dispute concerning

the facts as to what transpired. "[S]ummary judgment improper based on qualified immunity where parties dispute facts as to what transpired". mckinney v. DeKalb County, 997 F.2d 1440, 1443 (11th cir. 1983); Sammons v. Taylor, 967 F.2d 1533, 1539 (11th cir. 1992).

It is clear that there is dispute as to whether ken Jenne, sheriff, Broward county sheriff's office and susan mcCampbell, Director, Broward county sheriff's office were deliberately indifferent to plaintiff's safety and were totally unconcerned about his welfare by placing him at serious risk.

There exist issue of material fact in dispute as to the defendant's being deliberately indifferent to the Plaintiff's serious medical needs. Because there remain genuine issues of material fact in dispute, summary disposition of plaintiff's claims upon the defendant's motion is not appropriate. See: celotex corp v. catrett, 477 u.s. 317 (1986).


### QUALIFIED IMMUNITY

Qualified immunity insulates governmental officials from personal liability for actions taken pursuant to their discretionary authority. Flores v. satz, 137 F.3d 1275 (11th cir. 1998). The test for courts to use in determining whether an official can claim qualified immunity is whether or not their conduct violates clearly established statutory or constitutional rights of which a reasonable person would know. See: Harlow v. Fitzgerald, 457 u.s. 800 (1982).

(8)

long before the incidents which are alleged by the plaintiff, the law was clearly established that a prison/jail official can be found liable for being deliberately indifferent to the safety of the arrestee. See: <u>Farmer v. Brennan</u>, 511 U.S. 825, 114 S.ct. 1970, 128 L.Ed 811 (1994). It was also well established at the time of the incidents alleged that under certain circumstances, delay in the provisions of medical care will give rise to claim under §1983 where it can be shown that a conscious or callous indifference to the prisoner's right has been made. See: <u>Estelle v. Gamble</u>, 429 U.S. 97, 104-06 (1976); <u>Brown v. Hughes</u>, 894 F.2d 1533, 1537-38 (11th cir. 1990).

In the instant case, the defendant's do not provide any evidence to support their motion for summary judgment and is based on mere conjecture and assumptions. Therefore defendant's motion for summary judgment must be denied.

## <u>PLAINTIFF'S OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATIONS</u>

The magistrate's recommendation that the claim against susan mccampbell be dismissed, must be denied. In dismissing the claim against the defendant susan mccampbell, the magistrate overlooked and/or misapprehended the facts and law concerning service of process of law suit. First when considering a Rule 12(b)(6) motion to dismiss, the court accepts as true all factual allegations in light most favorable to the plaintiff.

(9)

see: _Scheuer v. Rhodes,_ 416 U.S. 232, 236, 94 S.Ct. 1683, 40 LEd 2d 1974. Dismissal is warranted only if, under any set of facts that the plaintiff can prove consistent with allegations, it is clear that no relief can be granted. _Hishon v. King & Spalding,_ 467 U.S. 69, 73, 104 S.Ct. 2229, 81 L.Ed 2d 59 (1984). The issue on a motion to dismiss is not whether the plaintiff will prevail, but whether the plaintiff is entitled to offer evidence to support his claims. _United States v. Yale New Haven Hosp.,_ 727 F. Supp 784, 786 (D. Conn. 1990).

Further, a prose complaint is to be read liberally and should not be dismissed without granting leave to amend at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated, _Branum v. Clark,_ 927 F.2d 698, 705 (2nd cir. 1991).

The plaintiff in this action has from the begining attempted to serve the notice of law suit and waiver on susan mccampbell. On August 17, 2000 the plaintiff filed motion requesting that the court serve all defendant's. The court denied motion on september 19, 2000. However the court on march 16, 2001 after locating plaintiff's complaints delivered to clerk of court after missing them for 3 months, mailed request for waiver and complaint to all defendant's. susan mccampbell and ken jenne refused service by mail. Plaintiff then filed two notices of inquiry requesting whether the court had obtained service on susan mccampbell, dated April 24, 2001 and may 20, 2001. The court on its own ordered u.s. marshall to serve complaint upon mccampbell, order dated August 9, 2001. The reason why the

(10)

court issued order is because the sheriff and McCampbell refused service by mail and the Federal marshall was instructed to serve personally. The steps plaintiff and court took as follows:

A.) The marshall on August 14, 2001 tried to serve complaint, but said McCampbell no longer works for Broward Sheriff's office and no forwarding address.

B.) Plaintiff filed a motion to continue service upon McCampbell, but was denied, saying had to obtain address through discovery and file with the court. Dated August 31, 2001.

C.) Plaintiff filed numerous discovery requests and interrogatories upon defendant Ken Jenne, Sheriff, but was refused any address known to them.

D.) Plaintiff filed motion to compel discovery which was granted and defendant Sheriff, refused to supply McCampbells address.

E.) Plaintiff obtained defendant Susan McCampbell's address and filed a motion for court order to have Fed. marshall's serve her. Dated December 4, 2001.

F.) Defendant's sheriff, Hanson-Evans and Holmes filed an objection response to plaintiff's motion to serve McCampbell. Dated Dec 14, 2001.

The plaintiff has diligently and in good faith attempted to serve notice of law suit and waiver on Susan McCampbell and should not be penalized for failure to effect service if failure

is not due to him. See: <u>Williams v. Publix Warehouse</u>, 151 F.R.D. 428 (M.D. Fla, 1993); <u>Middleton v. City of Lakeland</u>, 830 F. Supp. 1449 (M.D. 1993).

The plaintiff is proceeding in forma pauperis and has reasonably relied on clerk of courts, in conjunction with U.S. marshalls to properly effect service on Susan McCampbell. See: <u>Fowler v. Jones</u>, 899 F.2d 1088 (11th cir. 1990). also 28 U.S.C. 1915 (d) "[t]he officers of the court shall issue and serve all process and perform all duties in such case."

Federal Rule of civil Procedure, Rule 4(c) (2) reads in pertinent part:

"... at the request of the plaintiff... court may direct that service be effected by a U.S. marshall. Such an appointment must be made when the Plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915."

... This court did appoint the clerk's office and the U.S. marshall to effect service on the defendant Susan McCampbell in light of plaintiff's IFP status. Hence, the plaintiff's claims against defendant Susan McCampbell should not be dismissed and he is entitled to a continuance so that service could be completed.

## CONCLUSION

Wherefore the plaintiff prays that his motion for summary judgment be granted, that the Defendant(s) motion for summary judgement be denied and that the court not dismiss his claims against the defendant Susan McCampbell and that a continuance be granted to complete service on McCampbell

Respectfully Submitted

January 4, 2002

DATE

William M Hicks, prose

William M. Hicks #664670

Everglades corr Inst

PO Box 949000

miami, fla 33194-9000

## AFFIDAVIT / OATH

I William M. Hicks, plaintiff, prose, under penalties of perjury, I declare that I have read the foregoing motion, Plaintiff's response to defendant's reply to plaintiff's motion for summary judgment and objection to defendant's motion for summary judgment and objection to magistrates report and recommendations, and that the facts and matters stated therein are true and correct. This oath was taken pursuant to FLORIDA STATUTES 92.525, 18 U.S.C. 1621, 26 U.S.C. 7206 and 28 U.S.C. 1746

Executed this 4th day of January, 2002, A.D.

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy was handed over to prison officials to mail by U.S mail this 4 day of Jan, 2002, and sent to: Summer M. Barranco, esq, 1322 S.E. 3rd Ave, FT. Laud, Fla 33316 and Joel Shulman, esq, 2801 ponce de leon Blvd. 9th fl. Coral Gables, Fla 33114.

William M. Hicks #664670
William M. Hicks, prose
Everglades corr Inst
PO Box 949000
Miami, Fla 33194-9000

(14)

EXHIBIT

A

URGENT MEDICAL CARE REC

| Name: (Last, First, Middle) Hicks William | Race/Sex W/M | Arrest Number: BS95 7453 | DOB: 9/10/65 |
|---|---|---|---|
| Age: 2\ | Date/Time 2/9/96 1:40pm | Use of Force? [ ] Yes [✓] No | Allergies: NKA |

## AUTHORIZATION FOR HEALTH CARE SERVICES AND ANESTHESIA

I, the undersigned, an inmate/patient in this facility, had explained to me and understand the nature of my condition. I hereby authorize the health care staff to perform evaluation and treatment on me as needed.

Signature _William W R_    Date _2-9-96_    Time _1:40p_

Witness _Calista Chukwu RN_    Date _2-9-96_    Time _1:40p_

Witness _CALISTA CHUKWU, RN_    Date _2/9/96_    Time _1:40p_
               NBDC

If inmate/patient cannot sign, explain: _____

| Temperature: 98² | Pulse: 64 | Respiration: 24 | Blood Pressure: 160/98 |
|---|---|---|---|

## BRIEF HISTORY

If injured by accident, state where, when, and how injury occurred. If an illness occurred, provide description of illness:

Called to see above inmate was reportedly cut by another inmate beech Norman at the (R) side of the face Open cut noted (L) cheek bleeding & incident stated to have happened at the recreation yard at about 1:30 pm

## TREATMENT

Cut cleaned with hydrogen peroxide and pressure dressing applied to arrest the bleeding.

DISPOSITION: Inmate sent to the clinic for further care

Condition on release: [ ] GOOD   [✓] FAIR   [ ] POOR   Signature: _Calista Chukwu_
                                                             CALISTA CHUKWU
                                                             NBDC

## PHYSICIAN'S REPORT

Traumatic laceration of (L) Zygomata incurred in an altercation – Sutured with 6-0 Prolene good closure     RTC 7D.

REPORTING PHYSICIAN   Signature _W.C. Davis 3rd_    Date/Time _3/9/96_
                                DR. WINTHROP C. DAVIS
                                STAFF PHYSICIAN · NBDC

REVIEWING PHYSICIAN   Signature _____    Date/Time _____

SO DJ#26 (New 12/94)

# NCCHC

# National Commission on Correctional Health Care

# Fact Sheet

1        How inmates access Health Care Services

      A.     Routine medical request given to medication nurses not deputies.

      B.     Emergency Care  - Signal 67 or contact medical directly.

      C.     Urgent Care - Medical called and/or inmate brought to medical 24hours/7days.

      D.     Medical Extensions  -

- MJB - x 5859
- NBB - x 3526
- DOCC - x 5384

2.       Trustees - cleared by medical prior to being assigned.

3.       First Aid Kits - inspected monthly by medical staff.

4.       Deputies are trained annually in:

- First Aid
- CPR
- Suicide Prevention
- Bio-hazardous waste

5.       Mental Health Referrals by Deputies - medical is notified via telephone or by memo.

6.       Inmates in segregation - checked by medical 3 X week

7.       Sick Call -  Held Daily

8.       Inmates are charged a fee for service based on DCR Policy 4.5.28 - Inmate Co-payment for Health Services

9.       Refusal for Medical Services - DCR Policy 4.5.32 - All inmates who refuse a medical visit must be brought to medical.

# ORIENTATION

# ACCESS TO HEALTH CARE SERVICES IN THE BROWARD COUNTY JAIL

Qualified health care professionals are available to provide medical care, mental health care and dental care in all three (3) BSO detention facilities.

You will be medically screened by a nurse at intake. It is in your best interest to cooperate with the nurse by giving complete and accurate information regarding your medical history.

Within the first two (2) weeks of incarceration, you will be brought to the clinic for a routine health assessment. Again, it is in your best interest to cooperate with the nurse by giving complete and accurate information regarding your medical history. There is no charge for the initial medical screening or the routine health assessment.

You may access health care services any day by submitting an Inmate Medical Request Form. These are available from the nurse who makes daily medication rounds in all housing units.

Please note:  There is a charge for medical services. (Co-payment fee).

See Co-payment fee information.

RON COCHRAN
SHERIFF
BROWARD COUNTY
POST OFFICE BOX 9507
FORT LAUDERDALE, FLORIDA 33310-5907

DATE:    July 2, 1996

TO:    William Hicks, BS9514533

FROM:    Barbara Hanson-Evans, HSA, BSO

SUBJECT:    Grievance

I reviewed your chart thoroughly as promised.

| | |
|---|---|
| 2/21/96 | X-ray showed fracture of (L) mandible and zygomatic arch. |
| 3/15/96 | Minimal depression of the arch. |
| 4/22/96 | Uecker suggested OMF surgery, |
| 5/3/96 | Old healed fracture of the arch. |
| 5/8/96 | Dr. Cline, Todd Schwartz, and Dr. Weathers explained that surgery was not planned for the arch. The problem with eating was addressed. Soft diet ordered. |

I did notice you are now taking your medication. I have given Mr. Holmes the copies of DR's for review.

The x-rays do not show any remarkable problem and the bones are intact. I am assuming that you will be experiencing pain which is now being managed appropriately.

As I suggested I would review the chart to see if there were documentation to substantiate what you alleged the physicians told you. I have seen nothing about clean break etc. I only rely on the x-ray reports which cannot be tampered with.

I was informed that you were scheduled to see Dr. Pearson/ Dr. Cline on 6/28/96.



## AGENT MEDICAL CARE REC

| Name: (Last, First, Middle) Hicks William | | Race/Sex W/M | Arrest Number: BS957453 | DOB: 9/10/65 |
|---|---|---|---|---|
| Age: | Date/Time 2-9-96 1:40pm | Use of Force? [ ] Yes [X] No | Allergies: NKA | |

### AUTHORIZATION FOR HEALTH CARE SERVICES AND ANESTHESIA

I, the undersigned, an inmate/patient in this facility, had explained to me and understand the nature of my condition. I hereby authorize the health care staff to perform evaluation and treatment on me as needed.

Signature _William M M_  Date _2-9-96_  Time _140p_

Witness _Calista Chukwu RN_  Date _2-9-96_  Time _140p_

Witness **CALISTA CHUKWU, RN NBDC**  Date _2/9/96_  Time _140p_

If inmate/patient cannot sign, explain: _____

| Temperature: 98° | Pulse: 164 | Respiration: 24 | Blood Pressure: 160/98 |
|---|---|---|---|

### BRIEF HISTORY

If injured by accident, state where, when, and how injury occurred. If an illness occurred, provide description of illness:

Called to see Above inmate was reportedly cut by another inmate Beech Norman at the (R) side of the face Open cut noted (R) cheek bleeding & incident stated to have happened at the Recreation yard at about 1:30pm.

### TREATMENT

Cut cleaned with hydrogen peroxide and pressure dressing applied to arrest the bleeding.

DISPOSITION: inmate sent to the clinic for further care

Condition on release:  [ ] GOOD   [X] FAIR   [ ] POOR   Signature: _Calista Chukwu_

**CALISTA CHUKWU NBDC**

### PHYSICIAN'S REPORT

Traumatic laceration of (L) Zygomate incurred in an altercation – Sutured with 6-0 prolene good closure   RTC 7D.

REPORTING PHYSICIAN   Signature _W. Davis_  **DR. WINTHROP G. DAVIS STAFF PHYSICIAN - NBDC**  Date/Time _3/9/96_

REVIEWING PHYSICIAN   Signature _____   Date/Time _____

BSO DJ#26 (New 12/94)



Front          Right Side   Left Side          Back

Type of Injury: _Open Cut ℝ cheek_

Date of Injury: _2-9-96_          Time of Injury: _1 30 pm_

Urgent Medical Care Record: Completed? [X]Yes [ ]No     Signed by Inmate? [X]Yes [ ]No

_W C Davis_          DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC          _2/9/96_

Doctor's Signature          Date

He was witness to norma Beech **PHOTO**
Asking a inmate to hire and all his.
Fights, see statement, Bret watt to
Prison on 8-14-96

27 96 6394 CF
Cohn

**SHERIFF'S OFFICE
BROWARD CO., FL**

| OBTS Number | Print Clearance | | Name Search | Teletype |
|---|---|---|---|---|
| 00046.98351 | | | | |

| Arrest Number | Offense Report Number | | BCCN Number | Booking Sheet Control Date & Time |
|---|---|---|---|---|
| NL960154 | NL-964220 | | | 04/09/96 17:23 |

| Last Name | First | Middle | SSN | Probation | Parole |
|---|---|---|---|---|---|
| KELEHAR | BRET | CURTIS | 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 | N | N |

| Alias Last Name | First | Middle | Driver's License Yes  No | State |
|---|---|---|---|---|
| | | | | |

| Street-Nik Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St Ctry. | Ctz. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 509 | 155 | BLU | BLD | RUD | 035 | 08/31/60 | HULL GOOD | | |

| Scars, Marks, Tattoos |
|---|
| R BOTH ARMS |

| Permanent Address | Bldg. | Apt. | City | St. Ctry. | Yrs. | Mths. |
|---|---|---|---|---|---|---|
| AT LARGE | | | | | 00 | 0 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| | 35 | | YES | 35 | 00 | | |

| GDH | Other Medical |
|---|---|
| | TO BE SEEN BY NURSE |

| Employer | Occupation |
|---|---|
| | |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| E | .00% | | | PL | 1060 CORPORATE DR |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 04/09/96 | 09:35 | PREDETTI | 3018 | | | | | |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|
| 04/09/96 | 17:23 | BLANTON | W BS4030 | | |

| Date | Charges | | MagCode/comments | Capias/Warrant Number | Bond |
|---|---|---|---|---|---|
| 040996 | 001 | BURGLARY DWELLING | 2FY | | |
| 040996 | 002 | BURGLARY DWELLING | 2FY + | | 5000.00 |
| 040996 | 003 | GRAND THEFT | 3FY | | 1000.00 |
| 040996 | 004 | GRAND THEFT | 3FY + | | 1000.00 |
| 040996 | 005 | DEALING IN STOLEN PROPER | 2FY + | | |
| 040996 | 006 | DEALING IN STOLEN PROPER | 2FY + | | |

BOOKING RMKS: 29754 4549  W/C 4415

*PC* *EW* 4-10-96

| Release Reason | Released By | Released To | Date Released | Time Rele |
|---|---|---|---|---|
| | | | | |

| Arrest No | Last Name | First | Unattended Children? | |
|---|---|---|---|---|
| NL960154 | KELEHAR | BRET | | |

| Date | Time | Race | Date of Birth | Armed | Dang. | Resist | Rabbit | Suic | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/09/96 | 1 23 | W | 08/31/60 | | | | | | | |

| In No. | P. Box No | Bulk No. | Vehicle Towed To |
|---|---|---|---|
| | | | |

| Currency $ | Language msg |
|---|---|
| | |

To whom it may concern:                    AUG 14, 1996

On or about the 4-5 of this august I was a trustee on 12-2-G4. I was a roommate with Norman Beech. Norman got into a fight with a guy named Ron Carnes at that time. Norman then got moved from 12-2-G4 to 12-2-62.

While Norman was in lock down there was a man named Jerry Washington who wanted me to ask Norman what to say about a fight that happened with a guy named Hicks. Norman wanted Jerry to say that this guy hicks called him a nigger and sucker punched him. That's what started the fight. Norman wanted Jerry to say this in court if it ever got that far.

Bret Curtis KeleHAR
Arrest # NL 96-154

Bret curtis kelehar

THis is on the IN mate who Broke Jaw, skull, cheek Bones
AND Fractures,   witness By Bret who Lived with him

CONGRESS
AND
senate

# EXHIBIT

# B

COMMITTEE ON
INTERNATIONAL RELATIONS

SUBCOMMITTEE ON
ASIA AND THE PACIFIC

SUBCOMMITTEE ON
INTERNATIONAL OPERATIONS
AND HUMAN RIGHTS

COMMITTEE ON
THE JUDICIARY

SUBCOMMITTEE ON CRIME

SUBCOMMITTEE ON
IMMIGRATION AND CLAIMS



**Robert Wexler**

# Congress of the United States

## House of Representatives

### 19th District, Florida

March 23, 1998

Mr. William Hicks
BS 97-17076, NBDC Jail
P.O. Box 407037
Ft. Lauderdale, Florida 33340

Dear Mr. Hicks:

Thank you for your recent correspondence regarding your treatment in jail. I certainly regretted to learn of this situation and I am pleased you thought to contact me.

This matter involves a state issue and therefore should be handled by your state legislator. I would be happy to forward your letter to your state representative if you would provide me with your home address.

With warm regards,

*Robert Wexler*

Robert Wexler

RW: lb

*[handwritten, circled:] SEnt Letter with moms Buisness address J Asked For Listof STATE reps. mailed 3-25-98 voucher from 12-1-14-4*

*[handwritten, circled:] I recieved on 3-24-98 NBDC Jail 12-1-14-4*

WASHINGTON OFFICE:
1609 LONGWORTH BUILDING
WASHINGTON, D.C. 20515
(202) 225-3001
(202) 225-5974 FAX

PALM BEACH COUNTY OFFICE:
2500 NORTH MILITARY TRAIL
SUITE 100
BOCA RATON, FL 33431
(561) 988-6302
(561) 988-6423 FAX

BROWARD COUNTY OFFICE:
MARGATE CITY HALL
5790 MARGATE BLVD.
MARGATE, FL 33063
(954) 972-6454
(954) 974-3191 FAX



# THE FLORIDA SENATE

### Tallahassee, Florida 32399-1100

**COMMITTEES:**
Children, Families and Seniors
Criminal Justice
Governmental Reform and Oversight
Judiciary
Ways and Means,
    Sub. D (Criminal Justice)

**SELECT COMMITTEE:**
Litigation Reform

**SENATOR WALTER "SKIP" CAMPBELL**
33rd District

December 19, 1997

William M. Hicks
BS97-17076
Broward County Main Jail
P.O. Box 9356, Ft. Lauderdale, FL 33310

Dear William:

Thank you from bringing this matter to my attention.  I am sorry to hear about the troubles that
have afflicted you --  I have forwarded your letter to the Department of Corrections.

Sincerely,

Walter "Skip" Campbell

*[handwritten notes:]*
Voucher
1-6-98  Mailed
        Bar reply
        &
        TO File Charges
        &
accruption note
papers   That I seek
ASK That he  his He of DO.C
         helpme
         & Not turn to DO.C

I Hicks
recieved
12-28-97
7-A-16
Maid Jail

**REPLY TO:**
☐ 10094 McNab Road, Tamarac, Florida 33321 (954) 346-2813, FAX (954) 346-2815
☐ 254 Senate Office Building, 404 South Monroe Street, Tallahassee, Florida 32399-1100 (850) 487-5094

TONI JENNINGS                                ROBERTO CASAS
President                                    President Pro Tempore



CARRIE P. MEEK
17TH DISTRICT, FLORIDA

COMMITTEE ON
APPROPRIATIONS

SUBCOMMITTEES
TREASURY, POSTAL
SERVICE, AND GENERAL
GOVERNMENT

VA, HUD, AND
INDEPENDENT AGENCIES

Please Respond To:

☐ 401 CANNON HOUSE
OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4506
(202) 226-0777 FAX

25 WEST FLAGLER STREET
SUITE 1015
MIAMI, FL 33130
(305) 381-9541
(305) 381-8376 FAX

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0917

November 25, 1997

Mr. William M. Hicks
Broward County Correctional Institution
BS97-17076
P.O. Box 9356
Fort Lauderdale, Florida 33310

Dear Mr. Hicks:

Thank you for writing to me regarding your problem.  I am sorry that I cannot assist you at this time, since the problem that you wrote about is not within the purview of my duties as a Member of Congress.

Because Broward County Correctional Institution is a county prison facility, you must make your request for assistance to your county commissioner.  As a federal representative, I do not have purview over Broward County Correctional Institution.

Also, for your added information, the request for a transfer must come directly from the inmate.  Transfers are not granted at the request of a family member.

Thank you for your concerns and if I can be of assistance to you in the future concerning matters relating to the federal government, please do not hesitate to contact me.

Sincerely,

Carrie P. Meek

CARRIE P. MEEK
Member of Congress

CPM/ch

*I recieved
11-28-97
T-D-2
maui Jail*

*mailed
second
response
11-29-97*

PRINTED ON RECYCLED PAPER

COMMITTEE ON
INTERNATIONAL RELATIONS

SUBCOMMITTEE ON
ASIA AND THE PACIFIC

SUBCOMMITTEE ON
INTERNATIONAL OPERATIONS
AND HUMAN RIGHTS

COMMITTEE ON
THE JUDICIARY

SUBCOMMITTEE ON CRIME

SUBCOMMITTEE ON
IMMIGRATION AND CLAIMS



**Robert Wexler**

# Congress of the United States

## House of Representatives

### 19th District, Florida

November 24, 1997

Mr. William Hicks (#BS97-17076)
P.O. Box 9356
Main Jail Broward County
Ft. Lauderdale, Florida

Dear Mr. Hicks:

I have received your letter regarding your concerns about your treatment in the Broward County jail.

The physicians who treated you are licensed by the State of Florida and the jail is also regulated by the state. As a federal representative it is not within my jurisdiction to handle state matters. I am therefore returning your materials so that you can forward them to your state representative.

Sincerely,

Robert Wexler

RW:lb

⊕ SENT Second Letter
11-27-97 to ASK For help
voucher

I Hicks
Recieved
BACK
11-26-97
Main Sail 2
7-D-2

WASHINGTON OFFICE:
1609 LONGWORTH BUILDING
WASHINGTON, D.C. 20515
(202) 225-3001
(202) 225-5974 FAX

PALM BEACH COUNTY OFFICE:
2500 NORTH MILITARY TRAIL
SUITE 100
BOCA RATON, FL 33431
(561) 988-6302
(561) 988-6423 FAX

BROWARD COUNTY OFFICE:
MARGATE CITY HALL
5790 MARGATE BLVD.
MARGATE, FL 33063
(954) 972-6464
(954) 972-2982 FAX

SUSAN

McCampbell

EXHIBIT

C

Office of the
# Sheriff



Broward County
Post Office Box 9507
Fort Lauderdale, Florida 33310

March 11, 1998

William M. Hicks, BS9717076
North Broward Detention Center
1550 NW 30th Ave.
Pompano Beach, Florida 33069

Dear Mr. Hicks:

Your letter regarding "dishonor of the badge" at North Broward Detention Center was referred to Superintendent Barbara law for her investigation and response. Please be advised that Superintendent Law considers these matters very serious and will diligently look into the situation that you describe.

Thank you for bringing these matters to her attention.

Sincerely,

Susan W. McCampbell, Director
Department of Corrections and Rehabilitation

SWMcC/rk

cc:     Superintendent Barbara Law

*I Hicks recieved on 3-16-98 NBDC 12-1-H-4*



# RON COCHRAN

**SHERIFF**
**BROWARD COUNTY**

November 13, 1997

Mr. William Hicks, BS97-17076
Main Jail
555 SE First Avenue
Fort Lauderdale, FL 33301

Dear Mr. Hicks:

I have received your recent letter in which you asked that I send someone to advocate on your behalf. Please be advised that I sent Stan Holmes, Ombudsperson, to assist you with your issues. You are now filing a complaint about him.

Your placement is a matter of your medical/psychiatric needs, your behavior and the classification process. Except for medical or psychiatric needs, you are housed according to the objective inmate classification system with other individuals who's classification scores are similar to yours. Medical or psychiatric placement is the responsibility of the health care staff.

If you have issues which you feel are not being addressed, you should contact the Superintendent of your facility, Mr. Willie Roberts.

Sincerely,

Susan W. McCampbell
Deputy Chief

*I Hicks received 11-17-97 main jail 7-D-2 2*

SWM/dpg

**2601 WEST BROWARD BOULEVARD / FORT LAUDERDALE, FL 33312 / 305-831-8901**

RE compton" sheriff "B.S.O.

CERT

S. McCampbell,                                                    11-25-9

RE: your last Letter dated Nov 13, 97.

SENT
11-25-97
Voucher
TO ALL

CC:

MA'AM, I want you to understand that when I make a
Statement it's "True"

yes ma'am you did send a advocate "me.stan Holmes
"ombudsperson" to assist me with my issues."

I try to have compassion with all who's envolved with my
problems But seems you want to pull the wool over my
or your EYES to allow a Situation to go on.

I don't just write to write, nor do I bother you For no reason
at all", But I could have it wrong but " I thought that yo
Susan was to help people as you helP Both Jobs that have
to do with people or persons lives."

you ma'am know dam well you sent a person who was wired
+ was not sent to helP me ol How could he helP me when you
know he's envolved in corruption also. I ask one last time
to send me a advocate to help me with all my problems yo
knew of since 96," I write people in jail o they don't come
nor do they reply to my request.

I want to see you or a advocate 'MA'AM.

cc: S. McCampbell                    Sincerly William M Hicks
Internal Affairs                        BS97-17076

W. Hicks    note since 11-20-97 I asked to re new pain meds "Now I Suffer
do to no pain meds "you tell me"

**RON COCHRAN**
**SHERIFF**
**BROWARD COUNTY**
**P.O. BOX 9507**
**FORT LAUDERDALE, FLORIDA 33310**

**DATE:**    November 14, 1996                    96-335

**MEMO TO:**  Sergeant Jim Layman
           Professional Compliance

**FROM:**    Susan W. McCampbell, Director
           Department of Corrections and Rehabilitation

**SUBJECT:**   Non-Misconduct Inquiry
            Inmate William Hicks

I am returning to you the Non-Misconduct Inquiry forwarded to me on November 13, 1996. The complainant is inmate William M. Hicks, currently held in the forensic unit at North Broward. Mr. Hicks is awaiting trial for allegedly beating to death his mother's 82 year old neighbor. Mr. Hicks received facial injuries in a fight with another inmate in April, 1996.

Since Mr. Hicks' incarceration, he and his family have been quite vocal about what they consider to be his mistreatment - both medically, and in terms of the general conditions of his incarceration. I have personally spent many hours on the telephone with his mother, Donna Johnson, as has Marie Hall. Superintendent Law has spent time with Mr. Hicks and in talking to Mrs. Johnson. Our Ombudsperson, Stan Holmes, has reviewed Mr. Hicks' incarceration record several times to assure our staff was following our rules. EMSA has devoted considerable resources to reviewing Mr. Hicks' medical condition and making appropriate medical decisions, ones Mr. Hicks does not agree with. Mr. Hicks and Mrs. Johnson have frequently threatened legal action, have written to the Board of County Commissioners and contacted media outlets.

It appears that there is nothing the Department of Corrections and Rehabilitation will be able to do to address Mr. Hicks' and Mrs. Johnson's concerns to their satisfaction. I have suggested to them on numerous occasions that if they have complaints which they believe we are "covering up" they should contact Professional Compliance.

It is therefore, with this significant history, that I recommend that a non-DCR person review Mr. Hicks' latest complaints. I note that the litany of complaints in his letter to you brings a whole new series of charges which he, or Mrs. Johnson, has not mentioned previously. To assist the investigating deputy, I can provide the correspondence to date, the grievances Mr. Hicks has filed and the responses, Mr. Hicks' inmate request forms and responses, and this disciplinary record during incarceration. If you have some other review mechanism in mind, I'd be pleased to assist as well. I believe the review of Mr. Hicks' complaints will not require significant new investigation.

I appreciate you re-looking at the assignment of this matter. If I can supply additional information, please let me know.

SWMcC/rk
Enclosure (Non-misconduct Inquiry)
cc:    Chief Roy Vrchota
      Lt. Andrew Koerick

RON COCHRAN
SHERIFF
BROWARD COUNTY
P.O. BOX 9507
FORT LAUDERDALE, FLORIDA  33310

DATE:     November 6, 1996                                    NM96-220

MEMO TO:  Director Susan McCampbell, DOC                    RECEIVED

FROM:     Sgt. Jim Layman, CCN 2913                         NOV 1 3 1996
          Professional Compliance
                                                      Corrections Administration
SUBJECT:  NON-MISCONDUCT ENQUIRY
          RE:  Deputy Brian Kelly, CCN 7674 et al
               NBB

CITIZEN INFORMATION:
          William M. Hicks
          BS95-14533
          NBB

NATURE OF INCIDENT:

Hicks, in a hand written letter dated 31 Oct 96, alleges mistreatment by
several corrections deputies assigned to DOC-NBB.

DATE EMPLOYEES' COMMAND TELEPHONICALLY CONTACTED: N/A
DATE ASSIGNED: 6 Nov 96              RESULTS DUE BY: 5 Dec 96

THIS PORTION TO BE COMPLETED BY EMPLOYEES' COMMAND:

DATE CITIZEN CONTACTED:
SUPERVISOR:

                    RESULTS OF FOLLOW-UP

Upon the completion of this inquiry, please forward all original documents to the Office of
Professional Compliance.  IMPORTANT:  If the employees' district or division command
determines or uncovers that the incident involves an allegation of employee misconduct, it
will be the responsibility of that command to notify the Office of Professional Compliance
and obtain a P.C. number.  In addition, the investigating supervisor will document the
allegations on a Complaint Control Form and commence with an administrative investigation.

cc:  Professional Compliance File

10E4    To whom it may concern,                                    10-3

      I write this letter to you to inform you of the many
problems I have had with Deputys in the past few mon
(E97 2/7/96 since then I was severly beaten by anoth
inmate with a past of very violent behavior, this sa
inmate was never charged. I had several facial bones
jaw broken in which I still seek proper medical care below
the list of Deputys and the events that took place.

   ① B. kelly 3-11pm      ④ riviera 7-3pm   ⑦ Burk
   ② gross nickle 7-3pm    ⑤ Ooster 7-3pm
   ③ sharky 11-7am      ⑥ predo 2-3pm

① Deputy B. kelly has been a problem to me ever since ive b
at N.B.D.C. Jail, I have been threatend repeatedly repeatedly o
the past 12 months. This Deputy has beaten up inmates in my pr
sence. I also have been placed in lock down as I returned
N.B.D.C. From main jail Drug cells and I was here for 4 hours and
I asked for soft Diet tray to snack Bag "milk-juice" that I'D bee
receiving for 3 months. Since then I've been in lock Down continuos
for seeking medical. Even now as I sit in lock down again I
still threatend and I have broken facial bones still and I have a ha
time breathing, as this deput acts out childishly and lock s
flop on Door which causes me to have shortness of breath and
straphobic attacks. I've been in jail for 15 months.

② Deputy riviera has also threatend me repeatedly over the past
months, he has also tried to lock me down for 29 Days as S.I. "co

3 oF 4          can't complaint                                              10-3-

His Finger in the door, then gave inmate a D.R to cover it up,
Ive asked him also to set close my Flap, but he has trustee
close it instead. I have written several grievances on this
Deputy But seems to have no effect. He has been repremanded
For Forgery of D.R. Documents.

⑤ Deputy sharky has gone OFF the wall on one occasion, I wrote
a grievance stating that he uses the Doors to cell as a wea-
He took the grievances and read them, He kept them in control r
and he pulled my contact card out and started to write an
he was very Irate. He called For back up of his buddys to do h
to me and another inmate, as I tried to speak man to man in
hallway he threatend me repeatedly and said he will 'run the gam
on me EF I Fuck with him", repeatedly as I tryd to speak I
got scared do to his Irate Behavior, also the other inmate
happend to recieve a False D.R in the morning For asking For a
grievance. "Hum"! He said he'll run the gam on this inmate to.

⑥ Deputy predo has physically hit me and dragged me out of De
on several occasions. he is a person who has anger For people and
he should not work in such jail. Ive placed Internal AFFairs
complaint on him. To this DAY Im not Sure IF it reach in terna
affairs I was told I'D get a proper response in about 2 t
3 years. This deputy also Dave a D.R hearing as a member of t
D.R committee. which I was Found guilty of a charge I DiD not D
this Deputy has also had inmates had cuffed and Beat ther
Seriously.

Office of the
# Sheriff



Broward County
Post Office Box 9507
Fort Lauderdale, Florida 33310

October 31, 1996

Mr. William Hicks, BS95-14553
North Broward Detention Center
1550 Blount Road
Pompano Beach, Florida

Dear Mr. Hicks:

The following is in response to your letter dated October 28, 1996:

It is regretful that you do not feel that you had a "proper medical review." I understand your behavior during that session may have prevented you from taking advantage of the opportunity.

I cannot think of any Federal laws that BSO broke by having you see Dr. Davis. You are free, of course, to pursue any litigation you wish to pursue.

I doubt that the Deputies and the Sergeants are engaged in a conspiracy to deprive you of your rights. My review of all paperwork relative to your rights indicates that you have been afforded due process. It seems to me that if you followed facility rules, your incarceration would proceed more smoothly for you.

I have seen no paperwork from staff indicating any use of force on you. If you feel that you have been "beaten" then I suggest you ask your family to make a complaint to the Office of Professional Compliance, 831-8181. I've previously advised your Mother of this process and the telephone number. If a Deputy is abusing you verbally, you need to forward a grievance to the facility superintendent, or talk to the Sergeant on the unit.

You ask to see the highest ranking official. That is Superintendent Law at North Broward. I know that she has spoken with you before. If you'd like to talk to her again, ask to see her as she makes rounds, or send an Inmate Request to her attention.

I'm pleased you've had a chance to meet the Federal Court Monitor, Mr. Tiedeberg. I'm sure Mr. Tiedeberg can provide you with the telephone number of Mr. Chris Cloney, the inmates' attorney. Perhaps Mr. Cloney might assist you in your litigation against EMSA and BSO. Perhaps Mr. Cloney can also advise you concerning your allegations of false accusations, improper disciplinary action, and physical and verbal threats. If you wish to place assault charges against any staff member, you may discuss this with Mr. Cloney, or you may call Professional Compliance at the number listed above to ask that the charges be placed and an investigation undertaken.

RECEIVED

To Susan W. McCampbell    OCT 3 1 1996    10-28-96

Corrections Administration

mam, As you know I DID not get my proper medical review as you stated I would.

B.S.O broke Federal rules by allowing DR DAVIS M.D. who Lied From the beginning to Do my review, I have a FEDERAL LAW SUITE against this Doctor AND this Doctor you can thank For all this trouble.

I Had to seek another oppointment with medical, "Why" I thought you SAID it will be a through review.

I asked several nurses including Nurse Kogan who is DR DAVIS M.D. Nurse and they all said no except Nurse Kogan, she was very rude. Nurse Joan Bawersmith did seek DAVIS who SAID ID see him on Friday, well this was 10-17-96.

I want you to know that I have SO much proof on Deputy's and Sergeants in a conspiracy to violate my rights and also others. They hand out Discipinary Reports Like they are candy and they violate all B.S.O % D.O.c rules AND they Have their own rules.

OVER

cont        susan w. McCampbell

10-289.

I also want you to know that Feder Monitor John Tiedeberg saw my proof and said "I Have one hell of A Law Suite, on EMSA % B.S.O"

"That should tell you something"

I never started out For money nor blood But these Deputy's in there own Foolishness are out to kill me "Why" Because they are wrong.

"Note" I just recieved another D.R. on Sunday For Two granola Bars and Jelly Beans A cournte tossed them in my room as I was in the Law Library, Deputy gross nickle is introuble For pythis physically threaten me and For Forgery oF legal documents on A D.R along with Sarg War

I want to place 17 charges on Deputys % Sergea "From Forgery all the way till assault"

you need to reply Fast
For I'm tierd and very sick,

Sincerly William M Hicks
BS95-14533

10E3                    Statement on DR DAVIS M.D.

                        "D.R I Recieved"                        1078

"first met on 10-9-96 per Susan McCampbell letter


        On 10/18/96 at 8:00 AM I was at clinic at
N.B.D.C, I waited till 9:00AM in clinic as about
13 inmates sat and stood around and deputy
peters said where's DR DAVIS to nurses and they
said we don't know and as I was in hallway
using bathroom I heard DR DAVIS voice and as I
went back to clinic to sit around till doctor Davis
shows up. By the time DR Davis showed up there
was a back hog of inmates to see DR Davis and
I was first since I've waited till 8:00 AM - 9:00 AM
and as I sat in room I was in chair next to
DR DAVIS and nurse Rogan on my left and a nurse
standing next to Exam table. AS I spoke of
medical DR DAVIS told me that everything was in
my head and that I had to want to get Healthy
I kept saying that I was sick and that on 10-9-96

**Office of the**
# Sheriff



**Broward County**
**Post Office Box 9507**
**Fort Lauderdale, Florida 33310**

June 17, 1996

Mr. William M. Hicks, BS9514533
North Broward Detention Center
1550 N. W. 30th Ave.
Pompano Beach, FL 33309

Dear Mr. Hicks:

I have received your recent letter in which you indicate that you would like to speak to me regarding jail and medical issues. Your request is more appropriately addressed to the Superintendent of the North Broward Detention Center, Barbara Law. You should send her a request slip and either she or her designee will get back to you. Thank you for contacting me.

Sincerely,

Susan W. McCampbell, Director
Department of Corrections and Rehabilitation

SWMcC/rk
cc:    Superintendent Barbara Law

Office of the

# Sheriff

Broward County
Post Office Box 9507
Fort Lauderdale, Florida 33310



July 22, 1996

Mr. William M. Hicks, BS9514533
North Broward Detention Center
1550 Blount Road
Pompano Beach, Florida 33060

Dear Mr. Hicks:

I have received your recent letter in which you request that I send someone to speak to you regarding your disciplinary status. Please be advised that I have requested that Mr. Stan Holmes, Ombudsperson, speak with you regarding these issues.

Sincerely,

Susan W. McCampbell, Director
Department of Corrections and Rehabilitation

SWMcC/dg
cc:    Stan Holmes, Ombudsperson

*I recieved
THis on
13-24-96
2-24-96
bill
Hicks*

Office of the
# Sheriff

*I Recieved
on
11-4-96
B.H.*

**Broward County**
Post Office Box 9507
Fort Lauderdale, Florida 33310



October 31, 1996

Mr. William Hicks, BS95-14553
North Broward Detention Center
1550 Blount Road
Pompano Beach, Florida

Dear Mr. Hicks:

The following is in response to your letter dated October 28, 1996:

It is regretful that you do not feel that you had a "proper medical review." I understand your behavior during that session may have prevented you from taking advantage of the opportunity.

I cannot think of any Federal laws that BSO broke by having you see Dr. Davis. You are free, of course, to pursue any litigation you wish to pursue.

I doubt that the Deputies and the Sergeants are engaged in a conspiracy to deprive you of your rights. My review of all paperwork relative to your rights indicates that you have been afforded due process. It seems to me that if you followed facility rules, your incarceration would proceed more smoothly for you.

I have seen no paperwork from staff indicating any use of force on you. If you feel that you have been "beaten" then I suggest you ask your family to make a complaint to the Office of Professional Compliance, 831-8181? I've previously advised your Mother of this process and the telephone number. If a Deputy is abusing you verbally, you need to forward a grievance to the facility superintendent, or talk to the Sergeant on the unit.

You ask to see the highest ranking official. That is Superintendent Law at North Broward. I know that she has spoken with you before. If you'd like to talk to her again, ask to see her as she makes rounds, or send an Inmate Request to her attention.

I'm pleased you've had a chance to meet the Federal Court Monitor, Mr. Tiedeberg. I'm sure Mr. Tiedeberg can provide you with the telephone number of Mr. Chris Cloney, the inmates' attorney. Perhaps Mr. Cloney might assist you in your litigation against EMSA and BSO. Perhaps Mr. Cloney can also advise you concerning your allegations of false accusations, improper disciplinary action, and physical and verbal threats. If you wish to place assault charges against any staff member, you may discuss this with Mr. Cloney, or you may call Professional Compliance at the number listed above to ask that the charges be placed and an investigation undertaken.

I have a meeting with EMSA's Medical Director today. I will promptly advise him that you say you are very sick. I'm sure EMSA will respond appropriately to your medical complaints.

In closing, Mr. Hicks, I suggest that you have a conversation with the unit sergeant concerning how you can pass your time during this pre-trial incarceration in a manner consistent with facility rules. You hold your own destiny in your hands. If you comply with facility rules, follow the lawful orders of staff and cooperate with the medical staff, your stay will be less stressful for you and your family.

Sincerely,

Susan W. McCampbell, Director
Department of Corrections and Rehabilitation

SWMcC/rk
cc:     Superintendent Barbara Law
        EMSA Medical Director

Office of the
# Sheriff

*I Recieved 10-28-96*

Broward County
Post Office Box 9507
Fort Lauderdale, Florida 33310



October 24, 1996

Mr. William Hicks, BS95-14533
North Broward Detention Center
1550 Blount Road
Pompano Beach, FL 33060

Dear Mr. Hicks:

Please be advised that Dr. Haeck is making arrangements for another independent review of your medical care. I hope that this review leads to the resolution of your issues.

Sincerely,

Susan W. McCampbell, Director
Department of Corrections and Rehabilitation

SWMcC/rk

Office of the

# Sheriff



Broward County
Post Office Box 9507
Fort Lauderdale, Florida 33310

*1 KFO*
*10-8-96*
*Bill H.*


October 4, 1996


William M. Hicks
North Broward 12-1-H-3

Dear Mr. Hicks:

I appreciate you taking the time to write to me about your medical concerns.

A careful, thorough, review of your medical file indicates that you have been receiving medical care since your arrival in the Broward County jail system. In order to address your personal concerns, however, a physician will conduct a thorough review of your medical file and your current condition during the week of October 7, 1996. After that review, the physician will be speaking with you extensively concerning your current condition and plans for future medical treatment. The physician will explain your past medical concerns, including assuring that you understand the real nature of your injuries.

In is unfortunate that often an inmate's family physician and jail physicians do not agree on the diagnosis and treatment plans for the inmate. This happens among physicians in the "free" world as well. It is my position that EMSA's physicians provide a level of care consistent with what is found in the community. EMSA is responsible for the daily medical treatment of more than 3,600 inmates, and 70,000 arrestees each year. This is more clients than any hospital in the County. Even with this volume, quality care is provided. The level of care has been demonstrated in repeated audits by outside medical experts.

Mr. Hicks, it is our stated purpose to assure that inmates are treated with dignity and afforded a level of care consistent with community standards. We will continue to do our part in assuring your health during your incarceration. I ask that you also fully cooperate during the next week with the medical review. You are fortunate to have a mother that cares about you to advocate on your behalf. Be assured I will continue to work with her and, hopefully, address as many of her concerns as possible.

Superintendent Law is my representative at North Broward. I know that you and she speak often. Anything that you would like to relay to me, you may certainly tell her. You are aware that she also cares about your welfare and has listened to you and acted on your behalf numerous times. When I am at North Broward I will come by to meet you.

Please write again. You also have at your disposal inmate counsel Chris Cloney, and Federal Court Monitor John Tiedeberg. Mr. Tiedeberg is frequently in the facility. Should you desire to see him, just let Superintendent Law know. If you wish to speak to Mr. Cloney, he may be reached at 523-5993.

Sincerely,

*Susan W. Campbell*

Susan W. McCampbell, Director
Department of Corrections and Rehabilitation

SWMcC/rk
cc:    Dr. William Haeck
       Superintendent Barbara Law
       Stan Holmes, Ombudsperson

Office of the

# Sheriff

Broward County
Post Office Box 9507
Fort Lauderdale, Florida 33310



*I recieved*
*11-8-96*
*Bill H*

November 6, 1996

Mr. William M. Hicks
BS95-14533
North Broward Detention Center
1550 Blount Road
Pompano, Florida 33060

Dear Mr. Hicks:

I wanted to acknowledge your note of November 4, 1996 in which you state that you will no longer correspond with me regarding your allegations of medical mistreatment. It has been my goal since my first telephone conversation with your Mother to assist you and your family is understanding the boundaries and opportunities presented by your incarceration. There are many instances where we will not agree on issues, but it is my position that we have addressed your medical issues. You have a right to disagree with that; you have a right to take whatever legal action you believe is in your best interest. You should know that no matter your actions, I will continue to follow your case and work to assure that you are provided with the care to which you are entitled.

Sincerely,

Susan W. McCampbell, Director
Department of Corrections and Rehabilitation

SWMcC/rk

Broward county
commissioner's

EXHIBIT

D



*A Nice Letter (?)*

*Staple copy(s) of packet & response*

**SYLVIA POITIER, DISTRICT #2, 1985-PRESENT**
**Board of County Commissioners**

(954) 357-7002 • FAX (954) 357-7295

*E Hicks I Tried To call 5-1-98 want go through*

April 28, 1998

William Hicks
B597-17076
North Broward Detention Center Jail
P.O. Box 407037
Fort Lauderdale, FL 33340

Dear Mr. Hicks:

I received your letter, and I am sending it to someone in the Detention Division to check for the misuse and abuse you are suffering. Please let me know if you get any relief.

Please write me and tell me why you are in jail, and how long you have been there. I look forward to hearing from you.

May God bless you and keep you, may he make his face to shine upon you and be gracious unto you, may he lift up his countenance upon you and give you peace. Until we meet face to face, write me again.

Sincerely,

Sylvia Poitier
Commissioner

*resend a letter 5-3-98 voucher law library*

*I Hicks recieved 4-30-98 N BDC 12-1-H-4*

marked 5-3-98 voucher

## Broward county Commissioner          5-3-98

Sylvia poitier,

I William m Hicks "Arrest # BS 97-17076 and 010 BS 95-14533."
responed To your reply on April 28, 98 asking me To tell why in Jail and How long.

First I Like To respond To your words of wisdom and grace at Bottom of page! if your words and wording I admire your ability To put on paper of your position.

⟨1⟩  As To How Long in Jail."
     ⟨A⟩ 33 months Today.

⟨2⟩  As To why I'm in Jail."
     ⟨A⟩ I send a packet of papers stapled To answer!
     ⟨B⟩ These Three Doctors I had not put in To it are as Follows:
          ⟨1⟩ Doctor Judy gar Filed "psychologist" Job For State.
          ⟨2⟩ Doctor spencer "psychologist" Job For State.
          ⟨3⟩ Doctor glen watson "psychologist" chattahoochee hospital.

⟨3⟩  prosecutor "charles morton" had broken Laws on many occasions which are in Fla Jur book." He had These Doctors Lye on stand even Though They knew I was innocent. I Filed Bar complaint long ago and charles morton couldn't answer it "all in Court Logs! many Times Doctors spencer," gar Filed Lied on Trial by Jury!

→  I've pleaded For help over Two years," due To The same system Thats suppose To work For The good had turned against me.

→  I ask That you miss poitier come visit me so we could have a Long talk ma'am. we could even share higher — powers! mine is awesome!

→  I Don't expect much From This system so Far," so it would be assuring To See you ma'am!

cc: File   x Thank you For all your support. William m Hicks "N B DC Jail"



**Lori Nance Parrish, Commissioner**
BOARD OF COUNTY COMMISSIONERS
Marilyn DeCosta, Administrative Assistant
Pam Mehringer, Governmental Intern

(954) 357-7005 • FAX (954) 357-7044
E-mail address: lparrish@co.broward.fl.us

### - Memorandum -

**Date:**      October 29, 1997

**To:**        Pete Corwin, Assistant to the County Administrator

**Thru:**      Phil Allen, Acting County Administrator

**From:**      Commissioner Lori Nance Parrish

**Subject:**   William M. Hicks

I received the attached correspondence from William M. Hicks who is in the Main Jail. There are several allegations contained in Mr. Hicks' letter with respect to the medical care being provided in this facility, as well as other allegations. Please have the appropriate person look into the allegations contained in Mr. Hicks' letter.

LNP/md

Enclosure

cc--William M. Hicks

File: Jails

*[handwritten: Recieved on Bill Hicks 11-3-97  7-D-2  Main Jail]*

*[handwritten: note reply I Hicks To Scott Cowan & Parrish on 11-3-97 voucher]*

*To: SYLVIA Poitier District II Board of county commissioner*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _1-6-97_    Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS95-14537_    Location: _12-1-H-3_    DOB: _9/10/63_

To: _SYLVIA POITIER District#    Board of county commissioners._

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☑ |

Nature of Request: _____

MAM Since your Letter DAted oct 27, 1996
I need to speak to you again mom,
our CONVERsation of medical mom,
Im very Sick, pain and no help as said I Hicks
to recieve, THAnks for your time.

_William m Hicks_                    _1-6-97_
Inmate's Signature                  Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

---

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

_____

Completed By:_____ CCN _____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)



Jodi Paris Jeffreys
Aide to Commissioner John E. Rodstrom, Jr.
**Board of County Commissioners**

(305) 357-7007 • FAX (305) 357-7295

October 17, 1997


William M. Hicks
P.O. Box 9356
BS97-17076
Fort Lauderdale, FL  33310

Dear Mr. Hicks:

This office is in receipt of your letter dated 09/25/97.  The County Commission's job
is one of policy setting.  Commissioner Rodstrom does not intervene in legal issues.
However, we will be happy to forward your letter of complaint to the proper
destination, being the Broward County Sheriffs Office, where your grievances
should be heard.

Sincerely,

Jodi P. Jeffreys, Aide to
John E. Rodstrom, Jr.,
Broward County Commission, Dist. 7


JER/jpj

I Hicks
Recieved on
10-21-97
7-D-2  2

main jail

BROWARD COUNTY GOVERNMENTAL CENTER   ■   115 SOUTH ANDREWS AVENUE   ■   FORT LAUDERDALE, FLORIDA 33301

uty commissioner

ON

===========================

m, do so before completing

===========================

William m Hicks
    (Alias, if used)

-H-3 _____ DOB: 9/10/63

uty commissioners.

===========================

ommissary          []
ther               [X]

1 oct 27, 1996

cal mom,

said I Hicks

6-97
Signed

IES TO THE INMATE REQUEST

-------------------------------

_____ Time: _____

the following ways:

nal Interview

f Information and Review.



**BROWARD COUNTY**
F L O R I D A

SYLVIA POITIER, DISTRICT #2, 1985-PRESENT
**Board of County Commissioners**

(954) 357-7002 • FAX (954) 357-7295

November 06, 1996

Mr. William M. Hicks
North Broward Detention Center
Post Office Box 4107037
BS95-14533
Ft. Lauderdale, Florida 33340

Dear Mr. Hicks:

We are in receipt of your letter dated October 27, 1996. Your mishap in the North Broward Detention Center is of great concern to us. Rest assured that you are not being overlooked and that the proper authorities will be notified.

However, since your letter was directed to County Commissioner Parrish's office, she will be considered your primary contact and will handle your situation appropriately.

Sincerely,

Sylvia Poitier,
Commissioner.

DONE
10-27-96

To Broward county Commissioners,

10-26-96

To commissioners,

Hello my Name is William M Hicks and I reside at North Broward Detention center Jail. I was beaten up here back in 2-7-96 and since then all I recieved, threats, lock down "False in prisonment" I call it and no help But retaliation from Jail Officials. I recieved Broken Bones at 12-1-H - recreation yard. I Asked For xrays Do to I recieved about 90 hits to the head and at one point I had B.S.O Deputy use me as a human sheild to protect him self Who was also getting beaten up. When I recieve x rays I was told all lies From the Doctor who Did the stiches and read the xrays. DR DAVIS M.D told me I was Fine so two Days later I went to main Jail For Drug Program even with my Face all Black and Blue and couldn't see out of right EYE and stiches under right EYE. Well as I was at the main Jail they called me down to take xrays on there own and they showed me my skull which was Fractured in two. From then on I was told of Fractures every month and Some I was never told.

① 2/21/96 xray showed Fracture o (L) mawible and zygomatic Arch.

cont

pages
2 OF 3

② 3/15/96 minimal depression of the Arch    10-26-96

③ 4/22/96 Uecker Suggested OMF Surgery.?}
"means re Broke my Jaw so I can open it" I still cant

④ 5/3/96 old healed Fracture of the Arch.

⑤ 5/8/96 a DR cline DDS % TODD Schartz Director %
DR weathers DDS oral surgeon all said I was Fine
as they all still tried to protect the First DR
DAVIS M.D here at N.B.DC Jail.

There is more Broken But they never told me
the truth, As I tried to Seek help For Bad
head aches and all Broken Bones I would Be
threatend By Deputys, staff, Doctors and EVEN
Superintendents oF Both Jails.
There is a cover up which they cannot cover up For
no more But I still get threats and Family all
because oF DR DAVIS M.D lied First. THis cover
up and I can prove this statement is and has
gone Far enough. I'm IN Lock Down once
again For supposibly saying I'm goin to nock you
out to DR DAVIS M.D which I never done, I
recieved 30 DAYS, all together I Spent 90 DAYs
to DAte in Lock Down over medical and all
lies and deputys gotten suspended For as
oF now. I reach out to you all For help.

cont

Pages                                                         10-26-96

3 OF 3        please help me, I have placed a Federal
              Law suite to recieve help and all I get
              is tHreats From EMSA & Jail Lawyers "Why"

              I can prove conspiracy on botH behalFs
              OF Jails all tHe way up to SuperIntenDents
              and now SuSAN W. McCampbell,


                   I SEND proof to you and please
              help me, I'm DyIng in here and no
              on cares, tHe ones who care are BeIng
              tHreatend not to help.


                   I SEND copy to All ;
        ① Scott I COWAN              ② SuZANNE N Gumz Burger

        ③ JOHN P. Hart              ④ Lori NaNce Parrish

        ⑤ Sylvia poiter             ⑥ JOHN E ROD Storm, JR

        ⑦ GERAID F tHompson

              " I uNDer peNalty oF perjury, I declare tHe Facts
        contained in my Letter Dated 10-26-96 Are true, correct
        aND complete,"
                        Sincerely William m Hicks
        N.B.D.C  P.O Box 407037  Ft. Laud. FL. 33340  Arr# BS95-14533

KEN Jenne

EXHIBIT

E



**RON COCHRAN**
**SHERIFF**
**BROWARD COUNTY**

November 5, 1996

The Honorable Lori Nance Parrish
Board of County Commisstioners
115 South Andrews Avenue, Room 410
Fort Lauderdale, Florida 33301

Re:    Inmate William Hicks

Dear Commissioner Parrish:

I appreciate you forwarding to me inmate William Hicks' letter regarding his treatment in the Broward County Jail. Mr. Hicks is being held awaiting trial. He is alleged to have beaten to death his mother's 82 year old neighbor.

The jail staff is very much involved with Mr. Hicks and his medical issues. He is one of the many inmates we work with each day who does not concur with their medical treatment. I, and the jail staff, are satisfied that Mr. Hicks' medical issues are being addressed in the most appropriate manner.

If we can provide any specifics about Mr. Hicks' case, without violating his right to medical confidentiality, please call Susan McCampbell at 831-8916.

Sincerely,

Ron Cochran
Sheriff

RC/rk

Office of the
# Sheriff



Broward County
Post Office Box 9507
Fort Lauderdale, Florida 33310

October 27, 1997

Mr. William Hicks, BS9717076
Main Jail
555 S.E. First Avenue
Ft. Lauderdale, FL 33301

Dear Mr. Hicks:

Your letter to Susan McCampbell has been referred to me.  Since your issue directly involves the policies and activities of the staff of the Main Jail, Superintendent Willie Roberts or his designee will be responding to your issue.

Sincerely,

F. Patrick Tighe, Acting Director
Department of Corrections and Rehabilitation

FPT/rk

cc:    Superintendent Willie Roberts

*I Hicks Recieved*
*Back on 10-28-97*
*7-D-2 I*

Office of the

# Sheriff

Broward County
Post Office Box 9507
Fort Lauderdale, Florida 33310

*I Received on 9-16-97 Bill H*

*On 9-19-97 SEnt another Letter do to the Threats of being moved to a other room"*

September 15, 1997

Mr. William Hicks, BS9717076
Broward County Main Jail
555 S.E. First Avenue
Fort Lauderdale, FL 33321

Dear Mr. Hicks:

I have received your recent letter to Mrs. Susan McCampbell as I am the Acting Director of the Department of Corrections and Rehabilitation.  You have indicated that you are currently experiencing medical problems and for that reason I am referring your letter to Mr. Kevin Jorgenson, Health Care Administrator at the Main Jail.  A totally quiet room is not a possibility in a jail setting and we are not in a position to offer a choice of practitioners, but perhaps your pain management plan can be re-evaluated.  Mr. Jorgenson will meet with you to discuss this issue.

Sincerely,

F. Patrick Tighe, Acting Director
Department of Corrections and Rehabilitation

FPT/rk

cc:    Kevin Jorgenson

*EMSA. Director of main Jail*

*To Sheriff* *[please reply Back!]*
*Ken Jenne!*
*only "*

# BROWARD SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS AND REHABILITATION
### INMATE GRIEVANCE FORM

RE: B.S.O. & Deputy & STAFF !
+ EmsA!

**TO BE COMPLETED BY INMATE**

**PART A - INMATE'S GRIEVANCE**

| William M Hicks | BS97-17076 | 12-2-H³⁴ | NBDC | 2-1-98 |
|---|---|---|---|---|
| Inmate's Name | Arrest# | Cell | Facility | Date |

On 2-10-98 I was Brought here & into Lockdown "no pain meds" no Diet "EmsA Nurse rude "
intake "could care less! seems 2-1-98 Lockdown "Lies "corruption! no Diet" no Help! I Dont
Feel Safe here "I Feel all trauma "memories of past assaults "½ year Lockdown 'adseg!
I want a person who took office to Do his or her JOB & prove your selves! I
want a adwcat asked over 2 years now! I'm tired of Being tired! seems BSO
& EmsA Lied in court "in Tape "not good! I can prove all Dead or alive "I Dont
care" your Jail Hospalled me to E "D" Bring all you got now" Thanks For all Help
William M Hicks!     2-1-98

| William M Hicks! | 2-1-98 |
|---|---|
| Inmate's Signature | Date Signed |

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

**TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
PART B - RESPONSE**

ADD M
P.S.

I Asked For Sgt on 3-11 shift "in reply "seems Deputy/s Still wear these white
pull overs "why" no name Tags "can't tell names "against policy & rules of Dress
code "I've had so many people do wrong to me and I can't get name "no tag & wont
tell me name" Please return reply "you do understand I create paper trial!

| | |
|---|---|
| Reviewing Deputy's Signature/CCN | Date |

| | |
|---|---|
| Supervisor's Signature/CCN | Date |

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**
I _____, wish to appeal the response.

| | |
|---|---|
| Inmate's Signature | Date Signed |

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

**DIRECTOR'S RESPONSE TO APPEAL**

_____
_____
_____
_____

| | |
|---|---|
| Director's Signature | Date |

BSO DJ#51 (Revised 4/93)

A.S.A.P.

*Ken Jenne*

# BROWARD SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS AND REHABILITATION
### INMATE GRIEVANCE FORM

RE: ~~Violation of court order~~

## TO BE COMPLETED BY INMATE

William M Hicks    BSSO-17076   12-2-11-3   N.B.D.C   2-20-98

Inmate's Name    Arrest#   Cell   Facility   Date

RE: Violation of court order!    **PART A - INMATE'S GRIEVANCE**

seems I Fought For medical to be stablized & now I Fight to be put into a cell which has some kind of structure! I've spoke to a psychiatrists DR perFilio at N.B.DC to move me "He wouldn't even hear me b I am now half way through my 30 day period to be Found competent" today 2-20-98 DR perFilio said would move me " I aska For Drug cell on some bldg' said I have to request it "Do you see the Fucked up thing' I have court order & I have to request it! This is screwed up b

*William M Hicks*    2-20-98

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

CC: File
B LAW Superintendent of N.B.D.C.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Reviewing Deputy's Signature/CCN    Date

Supervisor's Signature/CCN    Date

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I _____, wish to appeal the response.

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature    Date
BSO DJ#51 (Revised 4/93)

E. M. S. A.

EXHIBIT

F

Received
9-26-96
Bill
NB 842

## BROWARD SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS AND REHABILITATION
## INMATE GRIEVANCE FORM

### TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks    Arrest# B535-14533    Cell 12+H3    Facility NIB.D.C    Date 5-19-96

### PART A – INMATE'S GRIEVANCE

This is on EMSA medical for not giving the proper medical, they say I will see doctor and then a week later I'm getting sick and they don't care, I Don't want to here any more excesses I'm tierDD, I've HearD them all, I ask to see Bross of EMSA. I can see how people Die here at NIBDC

Inmate's Signature: William M Hicks    Date Signed: 9-19-96

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

Mr Hicks it was a pleasure talking with you this morning to you informed me that you was doing fine on the medication you are now receiving even though you would like something stronger, as you want, I have you the result the one on the chart when the other result get there you will be informed

Reviewing Deputy's Signature/CCN    Date

Supervisor's Signature/CCN: M. Nelson R Re    Date: 9/24/96

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____    Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____    Date _____

BSO-DT451 (Revised 4/93)

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

## TO BE COMPLETED BY INMATE

Inmate's Name: _William M Hicks_     Arrest#: _B555-14533_   Cell: _12-14-3_   Facility: _N13 D.C_   Date: _5-19-96_

### PART A - INMATE'S GRIEVANCE

This is on EMSA medical For not giving me proper medical, they say I will see doctor and then a month later I'm getting sicker and they don't care, I don't want to here any more excuses I'm tired, I've heard them all, I ask to see Bross of EMSA. I can see how people Die here at N13 D.C

Inmate's Signature: _William M Hicks_          Date Signed: _9-19-96_

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr. Hicks it was a pleasure talking with you this morning so you informed me that you was doing fine on the medication you are now receiving even though you would like something stronger. As per your X-rays I gave you the results the one on the chest when the other resid

Reviewing Deputy's Signature/CCN          Date

get here you will be informed
Supervisor's Signature/CCN: _M. _____ RN_          Date: _9/24/96_

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Exhibit F

Director's Signature          Date
BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

4570                                                                    DEC 31

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks     Arrest#: BSFS-14533     Cell: 12-1-A-3     Facility: U.B.D.C     Date: 12-3

### PART A - INMATE'S GRIEVANCE

THIS is on EMSA - I Hear and Read that EMSAG great company, IF true why do I have such problems, EVER since IVE Been in jail IVE Been treated poorly - I have pain meds never reorderd, or see proper Doctors, or speak to proper people, I met Barbra EVANS, she said Ill recieve proper meds & get food, oh well I dont get right medication, nor DO I get Diet trays, I Fa Fa a week now, for Food I give up, So Im in so much pain, I get all Lies, I want the TRuTH, now I ASK For Dr a Heals. -H iguares report

Inmate's Signature: William Hicks     Date Signed: 12-25-96

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr. Hicks, you are getting materia. It was ordered at 12/5/96 and ordered for 30 Days.

Reviewing Deputy's Signature/CCN                    Date

JOAN BAUERSMITH, RN, HN, NBDC
Supervisor's Signature/CCN                          Date: 1/6/97

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                    Date
BSO DJ#51 (Revised 4/93)

*THiS, Recieved on 12-23-96 "Bill H*

3719

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

6H
1 Humo

### TO BE COMPLETED BY INMATE

William M Hicks     B525-14 5J3 17-1-H3 N.B.D.C   10-19-96

Inmate's Name      Arrest#   Cell   Facility    Date

**PART A - INMATE'S GRIEVANCE**

I William m Hicks Want charges Brought against DR DAVIS m.D
For his violation to Follow B.SO rules per Susan W McCampbell
orders to have a complete medical review on my Files and to
state the truth, Also on 10-18-96 At 9:00Am I was violated
By verbal threats and I was attacked AS I stood in Hallway
at clinic By DR DAVIS m.D Threats % physical I WAnt charges
William M Hicks    Brought Against DR DAVIS MD per my

Inmate's Signature      10-19-96
             Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
**PART B - RESPONSE**

Rights to protect my self From violence From staff, as Im
In the CARE of B.SO, I Want changes Brought Against DR
DAVIS MD No questions asked,
     Sincerely William m Hicks     10-19-96
        "Respond in time Frame"

Reviewing Deputy's Signature/CCN       Date

Pt was seen by [illegible] on 11/21/96 Joan Bauersmith

Supervisor's Signature/CCN    JOAN BAUERSMITH, RN, HN, NBDC    Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature        Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature        Date

*Medical*

THANKS FOR prompt Att.

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

JUN 19 1996

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 6-15-96          Inmate's Name: William m Hicks
                                              (Alias, if used)

Arrest #: BS95-14533          Location: 12-1-H3 #3     DOB: 9-10-63

To: *Medical*

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: mAm or SIR I william Hicks Request a Full Statement on this Form so I may Have a copy oF these questions. ① is skull Brote ② is there a Fracture next to Jow ③ is Jaw disLocated ④ is cheet Bones Broken under Right Eye, ⑤ was there Sticher under Right Eye, ⑥ AND why Would I Request For pillows and Soft Diet troys THANKS For your Full prompt Att.
William m Hicks                        6-15-96

Inmate's Signature                     Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

JOAN BAUER-SMITH, RN, HN, NBDC

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

seen in clinic 6/20/96

Completed By: M Butcher          Date: 6/20/96     Time: 8:40pm
MARGARET BUTCHER NBDC

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

received
4-3-96 PS
6F 1009

RECEIVED
APR - 1 1996

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

William M Hicks                                GMSA

BS95-14533  7C-3  B.C.M. JAIL    3-27-9

| Inmate's Name | Arrest# | Cell | Facility | Date |

### PART A - INMATE'S GRIEVANCE

This is to Grieve Against the Medical Dept. At Broward
County Main Jail. They Read My Xray And Told Nothing Was
Wrong With My Jaw. Now, Everytime I go To Medical,
They Are Taking New Xrays And They Have A New Injury Every Time.
They Have Showed Incomptance From Start To Finish. I Would
Like To Request That I Bo Taken To An Outside Facility. My Health is
in Jeopardy Here At Broward Main Jail.

William M Hicks                                    3-27-96

Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr. Hicks, you were seen & examined by
the Oral surgery 3/27/96 - Clinical findings
were unremarkable. You are scheduled for
follow in a month. CG

LORRAINE B. BRANTLEY, RN
HEAD NURSE, MIO

4/3/96

Reviewing Deputy's Signature                    Date

_____               _____
Supervisor's Signature/CCN                      Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____               _____
Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____

_____               _____
Director's Signature                            Date
BSO DJ#51 (Revised 4/93)

STANLEY HOLMES

EXHIBIT

G

STATEMENT ON MR WALTER Holmes with
medical department. NIBIDIC & main JAIL.

The First time I met Mr Holmes was at the Begining
of my stay here at NIBIDIC. I Had a bunch of medical
grievances and I Had not recieved Any reply on
them so one day when Jail Had their walk throughs For
two weeks I seen a inmate talking to Mr Holmes at the door
AND he gave him his grievances so I did the same AND a couple
hours later he called us up to his office. we Both met
seperately But we Both talked to Mr Holmes and He said he
will check into them and kept mine and said he will return
them Later. But I never recieved them Back nor did I get
a response. The second time we met was when I Just
got Beaten up. He and Mr Robinson came to 12-rH3 and
Mr Holmes asked how was I and I said all right. Mr
Robinson unit manager was nervous the whole time.
The third time was at the main Jail when I Left
NIBIDIC For a drug program at main Jail. I still
went even with all my cuts and Black and Blue
marks AND Blood shot Eye. Seen Mr Holmes at 7-C
Elevators at main Jail and He called me away
From the group to talk AND he said I Lied
about him taking the grievances and I walked
Back to the elevators AND got in, AS I DID he
still talked AND inmates knew he was lieing so
they said your lying. The third time was at 7-D-POD
at Sargents office with Mr Holmes, Mr Robinson, deputy Sag
Rose AND I spoke to Holmes and he said get a lawyer
and that he's to Busy to Answer grievances. He called
medical and they told truth Bu+ He Said wait out side
in Hall so I couldn't Hear when I came Back I Asked
Mr Robinson unit manager why he has not answered
my grievances and why I can't press charges
on the inmate. No Response. I Also saw Mr Holmes
in His wifes Drug cell with us.

STATEMENT By William M Hicks
Arrest #BS95-14533

*To Onbudsperson*
*OF*
*medical*
*MR. STAN Holmes*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: *12-3-96*          Inmate's Name: *William M Hicks*
                                                   (Alias, if used)

Arrest #: *BS95-14533*              Location: *12-1-14-3*   DOB: *9/10/63*

To:

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☑ |

Nature of Request: *"note" just because this jail messed up a "can't not speak"*
*SIR, MR STAN Holmes SIR,*

*I would like to speak to you SIR per a
alot of questions, I've spoke to MrSS campbEl Director
of B.S.O and she said to speak to you. Thanks for your time.*

*William M Hick*                              *12-3-96*
Inmate's Signature                           Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

-----------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

_____

Completed By:_____ CCN_____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

   ☐   Written Information              ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _12-10-96_    Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS95-14533_    Location: _12-1-H-3_    DOB: _9/10/63_

To: _STAN HolmeS._

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    Other ☐

Nature of Request: _____

_____SIR, I would Like to speak to you please,_
_Please note that just because there's conflict_
_dose not consitute avoiding I Hicks,_
_Inecd speek 12-11-96 NOW SIR, THANK you,_
_William m Hicks_                    _12-10-96_
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----------------------------------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

_____

Completed By:_____CCN_____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information        ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# DEPARTMENT OF CORRECTIONS AND REHABILITATION
## INMATE GRIEVANCE FORM

### TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks   Arrest#: BSO1078 772C   Cell: M-Jail   Facility: ___   Date: 9-20-97

**PART A – INMATE'S GRIEVANCE**

RE Mr Holmes

Mr Hicks has violated every law when he is High ranking" he also is a ambushera is charge of all the lives of people that need medical attention I see how people die as people like these work for B.S.O. al D.O.C. address. He is in charge of guarding my rights to proper medical which he has not and has allowed him self to collaborate with others to violate every Federal right to Oclock a Serenity. It is allowing his white also to ruin his cancer al has allowed Sgt "97" to do things that this place should no "please note "18 most NS consti-tor of Life threat th. me as I suffer for Life with Head

William M. Hicks

Inmate's Signature _____   Date Signed _____

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW

**PART B – RESPONSE**

Trama caused by B.SO al Ensa to start all started with on dr Davis n.D 4296 to stop all started with on dr Davis n.D 4296 a Freclin Jale fast corruption to stop.

After review of above grievance the investigation findings are unfounded

Reviewing Deputy's Signature/CCN _____   Date _____

Green 2863

Supervisor's Signature/CCN _____   Date 10/7/97

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____ wish to appeal the response.

Inmate's Signature _____   Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

I Received Back on 1074-97
Bill H  7-D-2²

Director's Signature _____   Date _____

BSO DJ#51 (Revised 4/93)

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

## TO BE COMPLETED BY INMATE

William Hicks                    BSO 0976    702    M-Jail    9-20-97
Inmate's Name _____ Arrest# _____ Cell _ Facility _____ Date

### PART A - INMATE'S GRIEVANCE

RE mr Holmes

me Holmes has treated every inmate as he is "High ranking" bastic so arbotorion incharge of all the lives of people that need medical assertion I see to many people die as people like these, or for BS like orders, it is such an abuse of pretending my right the proper medical which he has not. He has allowed himself to collaborate with a man that wants to away to handle to hide a security. It is alowing to shut and to crush, scream as he allowed sgt & I. I don't get to do through that this place should not. Please note 18 months consist it alite Hold to me as I suffer for life 1-15th Head

William Hicks                                9-20-97
Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Traverse Cause By B.SO of Broward Division D 4296

TO Stop All State Law without one de Davis n.D a Fucking sole at corruption to stop

After review of above grievance the investigation findings are unfounded

Reviewing Deputy's Signature/CCN _____ Date _____

Green 2563 _____ 10/7/97
Supervisor's Signature/CCN _____ Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____ wish to appeal the response.

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

I Received Back on 10-4-97
Bill H    7-D-2

Director's Signature _____ Date _____
BSO DJ#51 (Revised 4/93)

*is a request* "*Please Forward*"

To MR
Holmes

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

COPY

If you haven't asked the housing unit deputy to solve this problem, do so before comple
this request.

## TO BE COMPLETED BY INMATE

Date of Request: _11-11-97_

Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS97-17076_

Location: _7-D-2_

DOB: _9-6_

To: _MR Holmes_

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: ~~ASD~~ ~~Hello~~, MR Holmes, I spoke to Liti, at 11:00Am today on 11-11-97 which was sent do to willie roberts do to a Letter From D.O.C. Director. I toiD Liti tHat I would Like to speak to you please regarding some issues. it would Be to your Best interest IFwe had. THank Foryour Time

_William m Hicks_
Inmate's Signature

_11-11-97_
Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQU
BOX LOCATED IN EACH POD.

------------------------------------------------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Revi

BSO DJ#24 (Rev. 4/93)

*TO*
*MR Holmes*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*A.S.A.R*

*pleas*
*for*
*pain medication*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: *3-3-98*          Inmate's Name: *William m Hicks*
                                                   (Alias, if used)

Arrest #: *BS97-17026*          Location: *12-1-H-4*    DOB: *9/10/63*

To: *MR Holmes "ombudsman" of medical*

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: *MR Holmes" I under stand you are BSO omb-*
*udsman "For us inmates". I need your help "I placed*
*a medical request in al saw sick nurse "she put it to see Docta*
*That was over week & half & now my pain meds run out on 3-5-98,*
*I need help to see that pain meds are renewed" my only chance is*
*through you so I pleas For help as I suffer severe pain al I'm*
*suppose to focus on trial as I'm incompetent to stand trial THanks*

Inmate's Signature *William m Hicks*          Date Signed *3-3-98*

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

_____

Completed By:_____ CCN_____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# BARBARA

## HANSON – EVANS

# EXHIBIT

# H

Statement on BARBARA EVANS medical
N.B.D.C.  Director

I Have written miss Evans For Help But she has sent me
a statement on 7-3-96 that Im Fine and there are NO
Broken Bones, only Fractures, DR pearson and DR cline
showed me my xrays of cheek Bones and my skull she
and they said that I might have to have them wired shut
Hum! nothing wrong. I Sent her a reply back a bout
request I Have Sent From the men jail Dated 5-7-96
and it's now 7-3-96. I was in miss jacksons groupe. I told m,
Evans that I Hold her Fully responsible for the medical
cover up at N.B.D.C. and that I'll not write as again
they are afraid to come out, they are going By doctors
advice that Lied From the start, last Request to her we
Letter on 7-2-96 - I Sat one to her on 7-3-96

ADDONS &

On 7-24-96 I recieved a Letter say she only replys on what's write
in Files and she said I spoke to DR pearson to clear up things.
on July 2-96 she stated in a typed Letter that I'll see or cline &
or pearson on 6/28/96 But did not ;

② I get no response From MISS B. EVANS - stated on 9-10-96

③ 9-25-96 at 11:00 pm I met with mrs Evas and another heid
and I spoke of the medical problem again and spoke of mr Holrie
even though he was in the secratays spot listening ,

④ on 12-19-96 spoke on medication Burning stomache "seek norcodic"
and Soft Food Diet and snack Bag "per Broke Bone & stomache,
also spoke of Bone Brokery test, Doctor DAVIS, DR weathers,
and DR cluny, Said im to SEE Doctor pearson 12-20-96 per, Tray " Foo

3-2-98

B. EVANS
EMSA

TO B. EVANS.    B.S.O. & EMSA
Negligent

MISS EVANS, you run medical here at N.B.D.C. Jail and Since I WAS assaulted iN THis Jail on 4-7-96 By a kNown violent inmate & held by a BrowArD SheriFFs Deputy as a humaN sheild, and recieved many Fractures to THE head and Face. I also recieved a Fractured jaw. out of all my pleas For HeIP I never recieved helP but more assaults and over 1/2 year iN conFinement. I Never recieved medical & NO paiN meds. you MA'AM WAS & Am Fully aware of mr Holmes "our ombudsmaN" whos desk is Next to yours. also kNown of all his attempts to cover up For all doctors "deputy" and work with prosecutor chuck morton To Lie, and Set a innocent person up iN trial, all do to I WAS assaulted ad you miss EvaNs and all your STAFF Lied." How could you Lie when I had xrays and still Fractured jaw ad more. Since Feb 9,98 I WAS Found To Be incompetent To stand trial. Now THis is twice do to THE Neglect ad abuse of EMSA & B.S.O. I'm court ordered to N.B.D.C. Jail For 30 days To Take medicatioN ad to Focus on trial. But insteod I SuFFer iN paiN ad get THreats," why. please tell me ad courts. at maiN Jail I WAS on proper paiN meds But here I get is No medical & THreats.

MiSS B. EVANS. you allowed all to go on iN your oFFice, you Have denied my pleas For HelP ad all my cries oF paiN. you conspired to Set me up so your involved iN conspiracy. your Notified THat I am tierd oF Fighting," you will Be charged For your actions "So Far it's a LiFe Sentence.
        SincereLy    William M Hicks
                    13597-17076

RON COCHRAN
SHERIFF
BROWARD COUNTY
POST OFFICE BOX 9507
FORT LAUDERDALE, FLORIDA 33310-5907

DATE:    September 26, 1996

TO:    William M. Hicks, BS9514533

FROM:    Barbara Hanson-Evans, HSA, BSO

SUBJECT:  Grievances

I cannot bring charges against the employees for failure to provide medical treatment.  A thorough review of your medical records showed that you are being seen in a timely manner.

On 9/25/96, during our conversation you stated you had no more complaints and treatment was ok and you will live with it.  However, you still had problems with the fractured jaw you received in the facility.  As explained to you the Physician is correct when he states the bone will grow back.

Again please continue to utilize the medical services when needed and keep me informed if you need any help.

BHE/tlr



**KEN JENNE**
**SHERIFF OF BROWARD COUNTY**
**P.O. BOX 9507**
**FORT LAUDERDALE, FLORIDA 33310**

98-51

DATE:       March 12, 1998

TO:          William Hicks, BS9717076

FROM:       Barbara Hanson-Evans, HSA, BSO

SUBJECT:    Grievance dated 3/2/98

I have nothing to do with your charges or your guilt.  As you are aware I have
had you seen by almost all medical professionals in each facility.  I cannot
tell them what to say about your condition.  Each time you are seen the medical
personnel addresses your concerns.  It might not be what you want to hear, but
they have all assured me that your treatment has been good & appropriate as
it relates to your medical and mental health condition.

Your last request to be seen by Dr. Cody was granted.  I have looked into your
complaint about not receiving your prescribed medication, it is documented that
you have been receiving your medication.

If this is not correct, please record the date, time and medication you have not re-
ceived and forward to my attention.

BHE/tlr

*I Hicks got Back on 3-17-98 AT 12-17H NBDC*

*Received on 1-9-97*

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

## TO BE COMPLETED BY INMATE

William m Hicks

Inmate's Name      Arrest# BSO# 14533 12-1#3   Cell   Facility 13 DC   Date 1-6-9Z

### PART A - INMATE'S GRIEVANCE

PER Berbra EVANS c/o Hicks

IVE met with B. EVANS many times, I just met on 12-30-96 only because I felt she would get honest and to get things done well IVE had nothing But Lies, I hear same things over & over. I wish to speak to a person who cares about rights and who has balls to get the truth out "Cant Hide" get honest "Elenon

William m Hicks

Inmate's Signature      Date Signed 1-6-97    *Martins new need medical.*

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr. Hicks: I will be returning to work on 1-13-97. At that time I will come by your unit and attempt to address your issues

Reviewing Deputy's Signature/CCN      Date

Michael O Ballard 3984      1-8-97

Supervisor's Signature/CCN      Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature      Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature      Date
BSO DJ#51 (Revised 4/93)

Case 0:00-cv-06273-ASG    Document 133    Entered on FLSD Docket 01/09/2002    Page 88 of 121

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

**TO BE COMPLETED BY INMATE**

William m Hicks          BSF14353  12-1-43  JBDC  1-6-97
Inmate's Name                Arrest#   Cell    Facility   Date

### PART A - INMATE'S GRIEVANCE

PER Barbra EVANS % Hicks

IVE met with B EVANS many times, I just met on 12-30-96 only
because I Felt she would get honest and to get things Done.
well IVE Had nothing But Lies & heard Same things over & over.
I wish to speak to Aperson who cares about rights and who
has balls to get the truth out. Can't Hide "get honest" Eleven

William m Hicks                        Months Now. NEED
_____                16-97          MEDICAL.
Inmate's Signature                Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr Hicks: I will be returning to work
on 1-13-97. At that time I will
come by your unit and attempt
to address your issues.

_____
Reviewing Deputy's Signature/CCN              Date

Michael Berland 3984                          1-8-97
Supervisor's Signature/CCN                    Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____
Inmate's Signature                        Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
Director's Signature                      Date
BSO DJ#51 (Revised 4/93)

DR. Cline, DDS

EXHIBIT

I

12-8-97

COPY

Mailed
TO DR Cline
inhouse
mail

TO Doctor Cline DDS,

Contractor For EMSA medical at

Broward county Main Jail &

North Broward Detention center Jail

Str, I William m Hicks want

to extend the commitment That

I offered you in 1996. Here

at Main Jail.

I Ask you To think about it, & reply

Sincerely

William m Hicks

BS97-17076:

OID BS95-14533

ce File

COPY

mailed
TO DR Clive
inhouse
mail

TO Doctor Clive

Contractor For

Broward Coun

North Broward

12/7/97
3:18 pm

St R. I willia

to extend th

I offered you

at main jail.

I ASK you J

Sincer

ccp File

OID

COPY

MAIN JAIL

12-14-97

"RE" Dentist
DR Cline D.D.

TO Doctor Cline D.D.S.,

SIR, I William M Hicks wrote to you on 12-7-97 in a Inhouse Letter.

SIR, I Told you in 1996 in the InFirmery THAT I would go easier on you IF you Stood up on your own & I would be congenial twards you.

Please take this AS congenial effort To only give you a chance as IVE Done To all else.

CC: File
Internal AFFairs
DR Cline D.D.S.

"Note To Internal AFFairs
THIS is private ad to
remain that way"
Don't Break rights

Sincerely
William M Hicks
BS97-17076
OID BS95-14533

*TO DECLINE D.DS*

*Dental*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: *8-7-96*                     Inmate's Name: *William m Hicks*
                                                              (Alias, if used)

Arrest #: *BS95-14533*                        Location: *12-1-H-3*    DOB: *9-10-63*

To:

Program Specialist    ☐        Mailroom         ☐        Commissary    ☐
Classification        ☐        Food Service     ☐        Other         ☐

Nature of Request: *SIR, I William m Hicks SIR Request to speak to you For a very short time, Due to my medical problems.*

*I Feel it's your Best intrest to speak to me as I Request it on a request Form.*

*THanks For your prompt Att, SIR.*

*William m Hicks*                                       *8-7-96*
Inmate's Signature                                     Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

Completed By:_____CCN_____Date:_____Time:_____

All requests will be handled by the responding deputy in one of the following ways:

*until* ☐    Written Information            ☐    Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

United States District Court

Southern District Of Florida

CASE# 96-6496-CIV-Ungaro-Benages

Magistrate Judge Sorrentino

William M Hicks          °
                         °
    Plaintiff            °
                         °
v.                       °      AMENDED COMPLAINT ON DR. Cline DDS
                         °
Ron Cochran, Et Al,      °
                         °
    Defendants,          ;

I william m Hicks adhere to order by magistate Judge Sorrentino For superseding Amended complaint Per DR cline DDS And why DR cline Should Be placeDon as a defendant to give Plaintiff proper medical rights allowed under my rights as a PROSE.

Reasons why I william m Hicks like to place DR cline DDS on as a defendant is because I was Lied to For one and told of another Doctors name and which is why I placed DR pearson DDS on as a defendant By mistake. This Doctor has lied also From the Beginning But did tell the truth at one point about my jaw as to it will never go Down and had to be rebroken and he tried to Fraud me with a xray tech in taking two xrays and DR cline had one that shows my cheek Bones Broken and xray tech had one of some body elses and xray tech ask is this the new one or that and DR cline said no this one which shows Breaks of cheek Bones Months after it happed. This Doctor

1 OF 2

<u>Cont Amended complaint</u>                    DR. cline DDS

is willing to get harest but since he has a DDS Lic# and DR weathers has a DDS oral surgean Lic# and thats why DR cline DDS And MR TODD schwartz Director of medical at main jail are hiding behind this Doctor Because of his Lic# as a surgean which holds more haresty and openess as a patient and surgean trust. SIR there IS so much proof to these storys that I need the courts to under stand that till this Day I Live with pain and I still have not had my 6 week Follow up all most 9 manths Later and thy will not show me my xrays For reasons I know why.

I Ask The court to allow me william m Hicks to place DR cline on as a Defendant and to allow me to maintain as much proof as I can with out giving it all out, I show a justified reason to subport my actions.

I thank you SIR  william m Hicks ProSE
                    william m Hicks prose

## EMSA CORRECTIONAL CARE
### MEDICAL PASS

7C3·5

DATE: 3-15-96

RE:

NAME: Hicks William

ARREST: BS9514533

D.O.B.: 7C3-5

**DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:**

|  | PLACE AN 'X' ON THE ITEMS BEING ORDERED. | DURATION OF PASS ORDER | | | |
|---|---|---|---|---|---|
|  |  | 1 MO. | 2 MOS. | 3 MOS. | INDEF. |
| EXTRA MATTRESS |  |  |  |  |  |
| EXTRA PILLOW |  |  |  |  |  |
| EXTRA BLANKET |  |  |  |  |  |
| LOW BUNK ASSIGNMENT |  |  |  |  |  |
| WHEELCHAIR |  |  |  |  |  |
| CANE |  |  |  |  |  |
| WALKER |  |  |  |  |  |
| OTHER |  |  |  |  |  |

* MEDICAL APPLIANCES FROM PROPERTY:

READING GLASSES ☐    INDEFINITE TILL RELEASED

EYEGLASSES ☐    INDEFINITE TILL RELEASED

OTHER ☞    (SPECIFY) _____

2 pillows

*Andrea Craig*
*Dental Assistant · EMSA*

**DR. JACK CLINE**
Director of Dentistry - Main Jail

HEALTH PROVIDER SIGNATURE

NAME STAMP OR PRINTED NAME

*NOTE:    COPY OF THIS FORM TO BE DISTRIBUTED TO THE PROPERTY DEPUTY IF THIS AREA WAS COMPLETED.*

WHITE = HEALTH RECORD    PINK = CLASSIFICATION UNIT    YELLOW = HOUSING UNIT

DR. G. Pearson, DDS

EXHIBIT

J

# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |

Date: 72897

Facility/Institution: N B D C

Name of Inmate: William M Hick    D.O.B.: 9-10-63    Sex: M
OID # BS95-14533
I.D. # BS92-17076    Cell #: 12-1-H-4

Problem: (in your own words)

I Have two problems " one I need to Have upper
~~jaw~~ looked at on right Side of jaw o I need to
Speak of Diet " Have Severe tooth pain upper Left.
NEED TO SEE A.S.A.P

**DO NOT WRITE BELOW THIS LINE**

## STAFF SECTION

Person Triaging: D Richardson    Date: 7/25/97    Time: 4 Pm
(Name)

Disposition:

## FOR STAFF USE ONLY

S: 

O: 

A: 

P: 

E: 

Date: _____ Time: _____    Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

*To*
*DENTAL*

*DR Pearson, D.DS*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: *1-2-97*

Inmate's Name: *William m Hicks*
(Alias, if used)

Arrest #: *BS95-14533*

Location: *12-7-H-3*   DOB: *9 10 63*

To: *To Doctor Pearson DDS.   "DENTAL"*

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☒ |

Nature of Request: *"IF you could Follow up"*

*Doctor Pearson D.D.S SIR, I wish to
know IF you complied with our
conversation on 12-31-96 PER ORDerS
For medical problems. THANK you.*
*William m Hicks*                    *1-2-97*
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Completed By:_____ CCN_____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☑ DENTAL     ☐ MEDICAL     ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _11-20-96_     Facility/Institution: _N.B.D.C_

Name of Inmate: _William M Hicks_     D.O.B.: _8/10/63_     Sex: _Male_

I.D. # _BS95-14533_     Cell #: _12-2-H-1_

Problem: (in your own words)
_I'UE Been on the List many DAy's ago, Like a month, I was asked to Wait till a week later due to Feeling BAD well it turned into a month Now, need to have work done, THankyou,_

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: _Peter Smith_     (Name)     Date: _11/21/96_     Time: _2040_

Disposition: _____  _S/C_

### FOR STAFF USE ONLY

S: _____

O: _Refused dental, Refusal Signed and placed in file_

A: _____

P: _____

E: _____

Date: _11/22/96_     Time: _9:50 pm_

Health Service Signature: _Jacquelyn D. Farrar_
JACQUELYN D. FARRAR
Dental Assistant - NBDC

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01

| TOOTH | SERVICES NECESSARY |
|---|---|
| 1 | |
| 2 | |
| 3 | 12/24/96  S: C/o sensitive teeth at times |
| 4 | 2/15/96  O: #29 recently filled |
| 5 | Bone - is deining at area |
| 6 | Pt c/o pain below gumline |
| 7 | X Ray PMX - no pathol |
| 8 | Eval FMX - no bone loss |
| 9 | No teeth abutting distal |
| 10 | W/accent of gums at distal |
| 11 | A: Expose dentin remain to |
| 12 | assess sensitivity/touch |
| 13 | P: lt periphery tol. Vibration |
| 14 | Traut clamp 22a syl #29 uh |
| 15 | G: ROT |
| 16 | |
| 17 | |
| 18 | DR. GLENN PEARSON |
| 19 | DENTIST |
| 20 | 12/31/96  Enc note: |
| 21 | Pt wants to change diet |
| 22 | 11:20 AM  to 3000 cal diet w/ mth |
| 23 | supplements n/y change |
| 24 | diet mdw |
| 25 | DR. GLENN PEARSON |
| 26 | DENTIST |
| 27 | |

DENTAL RADIOGRAPHS

M. _____ W/M/E _____ CASE NO. _____ DATE 12/24/96
ADDRESS _____
REFERRED BY _____

LINGUAL ASPECT

RIGHT  32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17  LEFT
       1  2  3  4  5  6  7  8  9 10 11 12 13 14 15 16

REMARKS _____

**NAME**

**TOOTH** | **SERVICES NECESSARY**

12/24/96
2/13/96

3  S: c/o sensitive teeth hot + cold
4  O: #29 recently filled
   tooth - difficult area -
   Pt c/o pain below gumline
   X-Ray WNL - already
5  Pt c/o pain loc
   No teeth aputation disease
   w/ necrosis at gums + visible
   A: extract deep pocket to
   occlusal/buccal touch -
   P: Pt complains tooth sensitive
   Trans curof 22a + gla #29 not
   G. Post

DR. GLENN PEARSON
DENTIST

[signature]

DENTAL RADIOGRAPHS
CASE NO.
M.
ADDRESS
REFERRED BY _____ DATE 12/24/96

RIGHT   LINGUAL ASPECT   LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

REMARKS

39

TOOTH | SERVICES NECESSARY

# DENTAL EXAM

| TOOTH | |
|---|---|
| 1 | |
| 2 | |
| 3 | S: Swelling gums |
| 4 | O: #29 Gingivae red & irritated |
| 5 | the #29 area |
| 6 | A: Food traps |
| 7 | P: RET |
| 8 | E: DX |
| 9 | **Dr. Jack Cline** |
| 10 | Director of Dentistry – NBDC |
| 11 | |
| 12 | S: Not an emergency |
| 13 | S: Complain toth clean brushing |
| 14 | and eating |
| 15 | O: #29 false abrasion probably |
| 16 | from brushing too hard |
| 17 | A: facial abrasion #29 |
| 18 | P: two caps 29 try to refbd w/ amalgam |
| 19 | F: OK! Dont break hard and |
| 20 | continued old sens tooth |
| 21 | |
| 22 | |
| 23 | **DR. GLENN PEARSON** |
| 24 | **DENTIST** |
| 25 | |
| 26 | S: "Fell hurts" |
| 27 | O: #s Zygo frac |
| 28 | A: the OO w/ frac |
| 29 | P: Ref cont to O.S. |
| 30 | E: (6:      ) |
| 31 | |
| 32 | |
| 33 | P: Constant pain in jaw RHS denied grow |
| 34 | definitely chewing foods Denies upon chew |
| 35 | O: L zygomatic fracture slight diminution |
| 36 | upon chewing localized swelling by R temple |
| 37 | (located growy tenderness to percussion |
| 38 | A: Healing zygomatic fracture |
| 39 | P: SOT dnt will sen by OS tentured made enclosed |
| 40 | |

DR. UECKer, M.D.

EXHIBIT

K

*Is request "please forward*

*TO EMSA*

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE'S REQUEST FORM**

*COPY*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: _9-27-97_              Inmate's Name: _William M Hicks_
                                                      (Alias, if used)

Arrest #: _BS97-17076_         Location: _7-D-2 ²_        DOB: _9-10-63_

To: _EMSA" MEDICAl_

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: _To EMSA Regarding Doctor ucker m.D as I try to visit him to go over things now For week1 "I saw kevin g last Friday" He said I'd see him "Doctor ucker on Friday we go" why "what's up" also I need to have Doctors order for I to Be in single cell placed in my file please" thanks for your help._

_William M Hicks_                          _9-27-97_
Inmate's Signature                         Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

_____

Completed By:_____ CCN_____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information                    ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

EMSA CORRECTIONAL CARE

MEDICAL PASS

DATE: 3/4/96

RE:

NAME: Hicks William

ARREST: 8595/4533

D.O.B.: 9/10/63

DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:

| | PLACE AN 'X' ON THE ITEMS BEING ORDERED. | DURATION OF PASS ORDER | | | |
|---|---|---|---|---|---|
| | | 1 MO. | 2 MOS. | 3 MOS. | INDEF. |
| EXTRA MATTRESS | | | / | | |
| EXTRA PILLOW | | ✓ | | | |
| EXTRA BLANKET | | | | | |
| LOW BUNK ASSIGNMENT | | | | | |
| WHEELCHAIR | | | | | |
| CANE | | | | | |
| WALKER | | | | | |
| OTHER | | | | | |

- MEDICAL APPLIANCES FROM PROPERTY:

READING GLASSES ☐     INDEFINITE TILL RELEASED

EYEGLASSES ☐     INDEFINITE TILL RELEASED

OTHER ☐     (SPECIFY) _____

_____

HEALTH PROVIDER SIGNATURE

DR. CRAIG UECKER

NAME STAMP OR PRINTED NAME _

*NOTE:     COPY OF THIS FORM TO BE DISTRIBUTED TO THE PROPERTY DEPUTY IF THIS AREA WAS COMPLETED

WHITE = HEALTH RECORD     PINK = CLASSIFICATION UNIT     YELLOW = HOUSING UNIT

DR. Pearson, DDS

EXHIBIT

L

STATEMENT ON DR CLIARE DDS DENTIST AT MAIN JAIL. "GIRL DENTIST"

WHEN I SEEN DR Cliare DDS wich is A Dentist at the main jail AND I TOld WHEN I WAlked IN the Room sitting At the chair that I WANTed Her to Be honest AND tell the truth Because I Don't WANT TO Bring you IN ON A malpractice suite. She WAS nervus and she Looked IN my mouth AND said I have two cAvitys THat would go AWAY IF I Brush right.

THE reason I SAID that was she did not seem Like she knew to much AND then I Looked At Dental ASSistant ms ANDrea Craig AND said see Im very honest and In not here to hurt peoples Lives.

I WALked out AND SEEN mr TODD Shwartz medical Director AND SAID she does not know whats she IS DOING AND He AgREED AND then He re orderD my Soft Food diet tray.

STATEMENT TAKEN BY

William Hicks

Arrest # BS95-14533



**EMSA** CORRECTIONAL
CARE

## DIET ORDER FORM

DATE: 3/22/96

INMATE'S NAME: Hicks, William

DATE OF BIRTH: 9-10-63

ID NUMBER: BS9514533

HOUSING UNT:

DIET ORDERED: Soft Diet 3000 Cal

DATE STARTED: 3/23/96    STOP DATE: not until order Changed

SPECIAL INSTRUCTIONS:

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

PHYSICIAN: Pearson

NURSE'S SIGNATURE: H Doyle RN

White - Medical    Yellow - Kitchen

CC 007                                                    7/94


**EMSA CORRECTIONAL CARE**

# DIET ORDER FORM

DATE: _3/22/96_

INMATE'S NAME: _Nicks, William_

DATE OF BIRTH: _9 - 10 - 63_

ID NUMBER: _B 59514533_

HOUSING UNT: _7-3-C_

DIET ORDERED: _Soft Diet  3000 cal.  tid._

DATE STARTED: _3/22/96_        STOP DATE: _3/27/96_

SPECIAL INSTRUCTIONS:

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

PHYSICIAN: _8L DD. Sharon Pearson DMD._

NURSE'S SIGNATURE: _____

White - Medical    Yellow - Kitchen

CC 007

DR. Trevor weathors, DDS, oral surgeon

EXHIBIT

M



**EMSA CORRECTIONAL CARE**

*Bill Hicks*
*Just put me on the list for dentist tommorow*

RECEIVED MAR 22 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 3-21-96    Facility/Institution: B.C. M.J.
Name of Inmate: William Hicks    D.O.B.: 9-10-63
I.D. #: BS95-14533    Cell #: 7-C-3

Problem: (in your own words)
BAD BAD Headaches, shooting pain From jaw to my Head, Head is filled with constant pain, jaw hurts more when its healing — still num on the side of my Head "Hard to chew food"

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition: S/C    MICHAEL RAYNER, LPN
Person Triaging: M Rayner    MAIN JAIL    Date: 3/21    Time: 1000
(Name)

**FOR STAFF USE ONLY**

S: Seen by dental on 3/22/96. Soft diet ordered and
O: currently receiving meds. Will be seen 3/27/96
by oral surgeon.
A:

P:

Date: 3-22-96    J Schwartz HSA
TODD SCHWARTZ HSA
Main Jail
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CC 018    7/94

United States District Cour-
Southern District of Florida
CASe# 96-6496-CIU-Ungaro-Bevage
magistrate Judge Sorrentino

William M Hicks,

  Plaintiff,

v.

Ron cochran, Et AL.,

  DeFendants

AMENDED complaint on DR Weather:

I William m Hicks adhere to order By magistrate Judg
Sorrentino For Superseding Amended complaint Per
DR weathers D.D.S oral surgeon.

  I State that D.R. Weathers D.D.S oral Surgeon
has Failed to provide proper medical to me as
I was placed in his care and under patient An
Doctor trust he Defied the term doctor and patient
trust. When I First met DR weathers I only knew oF
him as a Dentist and not a oral surgeon, he never
told me nor DiD toDD Schwartz Director oF medical
at main jail which setup all appointments For
all medical For my head injuries. I State that
From the First Day I seen a xray oF my skull and on
the right side above the right EYE it was broken
in two. I was told By a Lady Doctor that i'll have
to go Back to N.B.D.C because my skull would have
to be wired shut. well I Seen the xray when I w
First taken at main Jail with DR. weathers And DR.
cline was also there. DR. weathers stated that it wa
a Clean break so no surgery was placed For my

10f3

<u>Con't Amened Complant</u>                    D.R Weathers

broken Skull, well I state that from Logic I know
that a bone or any thing thats seperated can not
nor will not heal, I can push on my skull where
it's broken and It Still moves so I tell you From
the person who has this problem and the person
whos going through Lock downs, moving, thr-
eaterD and who is not very well Liked becaus
of my Efforts to prove that Im hurt, Im very
subprised I have not Died going through this
Fight For rights of proper medical Let alone
any medical, IF you note that a pose was
attoched and it showed all breaks that they
would ~~type~~ Type up and it shows a break ever,
month, Thats the part where a oral surgeon I thoug
is subpose to be up Front with his patients under
how of his hic AND totally honest which this D.R
Weathers was never honest. As I kept seeing thi
Dentist I was always toId a Lie and I ost ed him
about my Jaw, "will it ever go down" he says yes in
about two-three years, well thats ODD because I was
toId By DR. Cline and other D.R.s that when m.D.S
that my Bone that sticks out the right SIDE of my Face
will never go down or away, It's what they said
was it's cosmetic Look now, but I said I can't ope
my mouth more than two Fingers wiDe AnD they saic
my Jaw would have to Be rebroken But It's Danger
ous now because they waited so Long, I could not
only use my mouth But Be Paralysis. I said to

<u>Con't Amended complaint</u>                                    D.R Weather

D.R. weathers one Fine Day that SFR D.R Clme Said you'll have to rebreak my jaw to Fix it, and then a additude struck back at me yelling "why" your a lier he says, your a lier over and over until I said with a Stern voice no I'm not. This DR weathers has lied to cover up For D.R. Davis m.D who First lied at N.B.D.C. I told todd schwartz Director oF medical at main jail that these doctors are all lying and he said I know but D.R weathers has a oral surgeon lic# so he could not Do any-thing. well when I was waiting once For a surge to come in, It took two weeks and still Ful oF pain I sat in the office one day waiting to see the surgeon and then I was called in By D.R weathers DDS oral surgeon which I did not know. "I said no thats all right, I'm waiting For a surgeon" and He said I am the oral surge and I was mad then, back to square one, no were was I to go. SFR I State that so, so so much more happens so I need to keep it For trial, this Doctor is trying to get out of his duty to serve and I can only wonder how many Inmates to this DAY have DieD or are still in pain. Till this Day I can't get a honest answ

    This Doctor should not escape of his duty to stand trial For his lack oF care For people And the right to keep his lic#, Please note the copy oF complaint to lic# BoarD.   Sincerely william m Nicks

3 oF 3



STATE OF FLORIDA

## AGENCY FOR HEALTH CARE ADMINISTRATION

06/24/96

HICKS, WILLIAM M.
P. O. BOX 9356
FT. LAUDERDALE , FL 33310

RE:  COMPLAINT # 9607975        SUBJECT:  WEATHERS, TREVOR R

DEAR SIR/MADAM:

YOUR COMPLAINT HAS BEEN ASSIGNED THE NUMBER REFERENCED
ABOVE.  THIS MATTER WILL BE REVIEWED BY AN INVESTIGATOR FOR A
DETERMINATION OF LEGAL SUFFICIENCY AND YOU WILL BE ADVISED IN
WRITING OF THE OUTCOME OF THIS REVIEW WITHIN FOUR TO SIX WEEKS.

PLEASE NOTE THAT THE AGENCY'S JURISDICTION IS STATUTORILY
RESTRICTED TO THE INVESTIGATION OF MATTERS INVOLVING POSSIBLE
VIOLATIONS BY LICENSEES OR ALLEGATIONS OF THE UNLICENSED PRACTICE
OF PROFESSIONS REGULATED BY THE AGENCY.  FOR A COMPLAINT TO BE
DEEMED LEGALLY SUFFICIENT FOR INVESTIGATION, THE ALLEGATION MUST
CONSTITUTE A POSSIBLE VIOLATION OF A LICENSEE'S PRACTICE ACT OR
GOVERNING RULES AND MUST CONTAIN ADEQUATE DOCUMENTATION TO
SUPPORT THE ALLEGATION.  MATTERS WHICH INVOLVE SERVICE FEES SET
BY LICENSEES, MONETARY RECOVERY OR QUESTIONS OF RESTITUTION FOR
DAMAGES ARE CIVIL IN NATURE AND SHOULD BE ADDRESSED TO THE COURT
WITH APPROPRIATE JURISDICTION.

SECTION 455.225, FLORIDA STATUTES DICTATES THAT ALL
INFORMATION RELEVANT TO A COMPLAINT RECEIVED BY THE AGENCY IS
CONFIDENTIAL AND MAY NOT BE DISCLOSED WITHOUT A SIGNED WAIVER
FROM THE SUBJECT OF THE COMPLAINT.  PATIENT NAMES AND TREATMENT
RECORDS DO NOT BECOME PUBLIC RECORD.

INFORMATION REGARDING THE COMPLAINT AND REGULATORY PROCESS
IS ENCLOSED FOR YOUR REVIEW, ALONG WITH A LIST OF PROFESSIONS
REGULATED BY THE AGENCY.  IF YOU HAVE INQUIRIES, PLEASE REFER TO
THE NUMBER ASSIGNED TO YOUR COMPLAINT.

SINCERELY,

*Margaret F. Beck*

MARGARET BECK
OPS

ENCLOSURE

Received on 7-5-96

DR. W.C. Davis, M.D.

EXHIBIT

N

STATEMENT ON DR DAVIS M.D AT N.B.D.C

My meeting with Doctor DAVIS MD at N.B.D.C was over two problems.

First problem was when I Had a problem with my urinary system due to sych medication and I Had requested to see a doctor. When I visited DR DAVIS MD I Had told him that I Had problems with my urinary system and I was Holding water and I was swelling up and I didn't know why. He kept telling me that I did not Have a problem holding water or with my urinary system. I Had to Force apon Him that I Had a problem and that he was to do something. He Fineally said that I was holding WAter AND not that I was A Big guy. He wrote a order For Blood to be taken and Placed me on water pills and that's it. well I Had a bad time with my ABDOMINAL pains that my Family had to Force the nurses to take urine due to infection I knew I Had, why DR DAVIS MD. DID not take urine From the Start is cunFusing to me. IF I was a girl he would have done it. As my test come Back they proved I had a problem, they where all High Findings. DR DAVIS MD SAID NOTHING was wrong and his Final words were that I Just ate to much. I Have swelled up all over not in the guts. I wieght 180 to 237 whe he said I was Five. Not Five I Have strech marks. the Secund time was when I got Beaten up and DR DAVIS MD put stiches under right EYE and I said I wanted xrays and tex wayne Ev was their. he took Five xrays of skull and head. I LeFt on he told me next day I was Five, He told my Family and me of the Broken, my skull Broken, Jaw Broken, Fracture to Jaw, Broken cheak Bones and stiches. I LeFt For main jail on monday to drug program and they called me to doctors After 14 days to take xrays notes I LeFt and came Back, they said my skull was Broke and I'D Have to go Back to N.B.D.C so I'D Have it wired shut. I said I want to stay in Drug Program. ODD How nothing was Broken, main jail told me of all Breaks. Statement By william Hicks #BS65-145

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

**TO BE COMPLETED BY INMATE**

William M Hicks    B9851403 North N BDC    2-1-??

Inmate's Name            Arrest#    Cell    Facility    Date

**PART A - INMATE'S GRIEVANCE**

RE: MEDICAL % B.S.O % D.O.C

For DR Davis M.D. who Lied to cover up For Jail clemSA,

then For DR weathers DDS oral Surgeon Lied then DR clive Lied

to cover up — then Doctor Hoeck knew of all But covered

up then B. SO For allowing my safety to Be introuble.

For the conspiricy I prove all Still Fight to Stay Alive!

William M Hicks    2-1-9?

Inmate's Signature            Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

**TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW**
**PART B - RESPONSE**

_____

_____

_____

_____

Reviewing Deputy's Signature/CCN            Date

Supervisor's Signature/CCN            Date

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I _____, wish to appeal the response.

Inmate's Signature            Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

**DIRECTOR'S RESPONSE TO APPEAL**

_____

_____

_____

_____

Director's Signature            Date
BSO DJ#51 (Revised 4/93)

NEWS paper

Articles

EXHIBIT

O

# PHOTOGRAPHS

# NOT

# SCANNED

# PLEASE REFER TO COURT FILE