UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. UCKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.,

    Defendants.
_____/

Case No. 00-6087-CIV-Dimitrouleas



## DEFENDANTS SHERIFF, HANSON-EVANS AND HOLMES' PRE-TRIAL STATEMENT

    The Defendants, KEN JENNE, Sheriff of Broward County, BARBARA HANSON-EVANS, and STANLEY HOLMES, through their undersigned attorneys, pursuant to this Court's Order Scheduling Pretrial Proceedings when Plaintiff is Proceeding Pro Se dated September 11, 2001, file this their Pre-Trial Statement as follows:

(a)    <u>A Brief General Statement of What the Case is About</u>

    This is an action brought by Plaintiff, an incarcerated pro se individual, pursuant to Title 42 U.S.C. §1983, against these Defendants.[1] The Amended Complaint alleges that while Plaintiff was

---

[1] The Plaintiff also names Broward County Sheriff's Office Director Susan McCampbell, John Doe #1, John Doe #2, Emergency Medical Services Assoc. (EMSA) as well as several doctors and dentists as defendants. As these individuals/entities have either been dismissed from this action or have separate counsel, this pretrial statement is not being filed on their behalf.



an inmate in the North Broward Detention Center, he was attacked by a fellow inmate and sustained serious injury. He further alleges that thereafter he received inadequate medical care for his injuries.[2]

(b)   A Written Statement of the Facts that will be Offered by Oral or Documentary Evidence at Trial

On August 7, 1995 Plaintiff was arrested for several crimes including first degree murder and was subsequently booked into the Broward County jail facility. At some point thereafter, he was transferred to the North Broward Detention Center (NBDC). Plaintiff had a long history of mental illness, was taking psychiatric medication at that time and was housed in the NBDC's psychiatric building.

On February 9, 1996 at approximately 1:30 p.m., while in the recreation yard at NBDC, Plaintiff Hicks was involved in an altercation with another inmate, Norman Beech. During the incident, he was repeatedly hit by inmate Beech. Plaintiff had not had any previous problems with inmate Beech and prior to the incident, had no reason to know that he was going to be struck by inmate Beech. During the altercation, Plaintiff Hicks sustained injury and was seen at approximately 1:40 p.m. by a nurse who cleaned and taped his facial cut. Approximately ten minutes later, he was escorted to the facility's medical department by a Broward County Sheriff's office corrections officer for medical evaluation and treatment. That same day, Plaintiff was seen by Dr. Winthrop C. Davis, the staff physician at NBDC who sutured his facial injury closed and had several x-rays taken of his facial area. Thereafter, Plaintiff received follow-up medical care for his complaints by several

---

[2] The Amended Complaint also contained allegations that the Plaintiff was denied his 5th and 14th Amendment right to due process, that he was subjected to cruel and unusual punishment in contravention of the 8th Amendment and that he was denied access to the courts. These claims were dismissed by Order of the Court dated August 24, 2001.

2

dentists, nurses and doctors, including an oral surgeon who examined him, prescribed him numerous medications, including pain medications, ordered x-rays and a soft diet. Neither Defendant Hanson-Evans nor Holmes had any involvement with the altercation and had no knowledge of the incident until sometime after it occurred.

The Plaintiff names as defendants, among others, Barbara Hanson-Evans and Stanley Holmes in both their individual and official capacities. The Plaintiff also names the Defendant Sheriff in his official capacity only. Barbara Hanson-Evans, who is the Health Services Administrator for the Broward Sheriff's Office acts as a liaison between the jail medical care provider (EMSA) and the Broward Sheriff's Office. Stanley Holmes, was the Ombudsperson for the Broward County Sheriff's Office, whose duties included addressing the inmates' quality of life issues. Ms. Hanson-Evans and Mr. Holmes were not involved in inmate classification or security. Further, they did not provide medical care or treatment to the inmates and were not licensed medical care providers. Rather in doing their jobs as stated above, they relied on the medical expertise of the doctors and nurses that actually examined and treated the inmates, including Plaintiff Hicks.

(c)   <u>A List of all Exhibits to be Offered into Evidence at the Trial of the Case</u>

     See Exhibit "A" attached.

(d)   <u>A List of the Full Names and Addresses of Places of Employment for all the Non-Inmate Witnesses</u>

     See Exhibit "B" attached.

(e)   <u>A List of the Full Names, Inmate Numbers, and Places of Incarceration of all the Inmate Witnesses</u>

     See Exhibit "B" attached.

(f)  <u>A Summary of the Testimony that Each Witness is Expected to Give</u>

See Exhibit "B" attached.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail to **WILLIAM M. HICKS, Plaintiff, DC#664670**, c/o Everglades Correctional Institution, P.O. Box 949000, Miami, Florida 33194-9000 and **JOEL SHULMAN, ESQUIRE**, 2801 Ponce de Leon Blvd., 9th Floor, Coral Gables, Florida 33134 this 14th day of January, 2002.

        PURDY, JOLLY & GIUFFREDA, P.A.
        Attorneys for Defendants SHERIFF,
        HANSON-EVANS & HOLMES
        1322 S.E. Third Avenue
        Fort Lauderdale, Florida 33316
        Telephone: (954) 462-3200
        Facsimile:  (954) 462-3861

        BY: _____
            SUMMER M. BARRANCO
            Florida Bar No. 984663

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,   Case No. 00-6087-CIV-Dimitrouleas

    Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. UCKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.,

    Defendants.
_____/

## DEFENDANTS SHERIFF, HANSON-EVANS AND HOLMES' EXHIBIT LIST

1. Plaintiff's Broward County Jail records (non-medical), including but not limited to, jail incident reports, including 2/9/96 report for subject incident, inmate property receipts, disciplinary reports, deputies' observation notes, inmate grievances, jail request forms, and Plaintiff's housing history while in any of the Broward County Jail facilities.

2. Plaintiff's Broward County Jail medical records, including but not limited to inmate medical request forms, progress notes, medical passes, inmate grievances, physicians' orders, x-ray reports, medication sheet administration records, refusal of treatment forms, lab test results, diet order forms, ental records, and health evaluation forms.

3. Plaintiff's prison medical records (to include but not be limited to South Florida Reception Center, Central Florida Reception Center, Tomoka C.I. and Everglades C.I.)

4. Plaintiff's medical records, including but not limited to, Broward General Medical Center and Florida Medical Center.

5. Any and all depositions taken in this action.

1


EXHIBIT A

6. Any and all discovery requests and responses thereto propounded in this action.

7. Plaintiff's arrest records for State v. Hicks, 95-13759CF10A.

8. Any pleadings filed in this action.

9. Any pleadings filed in Hicks v. Ron Cochran, et.al., 96-6496-CIV-Ungaro-Benages.

10. Florida Department of Corrections Pen Pack for William Hicks, DC#664670.

11. Any documents attached as exhibits to any of the Motions for Summary Judgment filed in this action, including but not limited to, memos and correspondence of Defendants.

12. Any documents contained in Plaintiff's state criminal case, including, but not limited to, State v. Hicks, Case No. 95-13759CF10A.

13. Any and all exhibits listed by Plaintiff and Co-Defendants.

The Defendants reserve the right to supplement and/or amend this Exhibit List and reserve the right to object to any or all exhibits listed by the parties in this action.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,                                     Case No. 00-6087-CIV-Dimitrouleas

    Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. UCKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.,

    Defendants.
_____/

## DEFENDANTS SHERIFF, HANSON-EVANS AND HOLMES' WITNESS LIST

1. Plaintiff William Hicks, DC#664670
   c/o Everglades Correctional Institution
   1601 S.W. 187th Avenue
   Miami, Florida 33194-9000
   [He will testify concerning the subject incident and the medical care he has received in the Broward County Jail facilities as well as any subsequent medical care he has received in prison. He will also testify concerning his medical condition prior to the subject incident.]

2. Barbara Hanson-Evans
   c/o North Broward Detention Center
   1550 N.W. 30th Avenue
   Pompano Beach, Florida 33069
   [She will testify concerning her contact with the Plaintiff.]

1



3.  Stanley Holmes
    c/o Broward County Sheriff's Office
    2601 West Broward Boulevard
    Fort Lauderdale, Florida 33310
    [He will testify concerning his contact with the Plaintiff.]

4.  Records Custodian, Broward County Sheriff's Office
    2601 West Broward Boulevard
    Fort Lauderdale, Florida 33310
    [This individual will testify concerning BSO records, including their authenticity.]

5.  Records Custodian, EMSA/PHS
    1550 N.W. 30th Avenue
    Pompano Beach, Florida 33069
    [This individual will testify concerning EMSA/PHS records, including their authenticity.]

6.  Medical Records Custodian, Everglades Correctional Institution
    1601 S.W. 187th Avenue
    Miami, Florida 33194-9000
    [This individual will testify concerning Everglades C.I. records, including their authenticity.]

7.  Medical Records Custodian, Department of Corrections
    2601 Blairstone Road
    Tallahassee, Florida 32399-2500
    [This individual will testify concerning D.O.C. records, including their authenticity.]

8.  Any named Defendants.

9.  Any and all other necessary record custodians.

10. Any and all witnesses listed by any other party.

11. Any and all necessary impeachment witnesses.

The Defendants reserve the right to supplement and/or amend this Witness List and reserve the right to object to any or all witnesses listed by the parties in this action.