UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS, STANLEY
HOLMES, JOHN DOE'S #1 and #2,
DR. W.C. DAVIS, DR. UCKER,
DR. TREVOR WEATHORS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON,
EMERGENCY MEDICAL SERVICES ASSOC.,

    Defendants.
_____/

Case No. 00-6087-CIV-Dimitrouleas



## DEFENDANTS SHERIFF, HANSON-EVANS & HOLMES' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

    The Defendants, KEN JENNE, Sheriff of Broward County, BARBARA HANSON-EVANS and STANLEY HOLMES, by and through their undersigned attorneys, file this their Reply Memorandum in support of their Motion for Summary Judgment which was filed on or about November 30, 2001 and would state:

    This is an action brought by Plaintiff, an incarcerated pro se individual, pursuant to Title 42 U.S.C. §1983, against these Defendants.[1] The Amended Complaint alleges that while Plaintiff was an inmate in the North Broward Detention Center, he was attacked by a fellow inmate and

---

[1] The Plaintiff also names Broward County Sheriff's Office Director Susan McCampbell, John Doe #1, John Doe #2, Emergency Medical Services Assoc. (EMSA) as well as several doctors and dentists as defendants. As these individuals/entities have either been dismissed from this action or have separate counsel, this reply memorandum is not being filed on their behalf.

1



sustained serious injury. He further alleges that thereafter he received inadequate medical care for his injuries.[2]

On or about November 30, 2001, these Defendants as well as codefendants EMSA, Dr. Davis, Dr. Uecker, Dr. Weathers, Dr. Cline, Dr. G. Pearson and Dr. Pearson filed their Motions for Summary Judgment (and Memorandum of Law). Thereafter, on January 4, 2002, the Plaintiff filed a document entitled "Plaintiff's Response to Defendants' Reply to Plaintiff's Motion for Summary Judgment and Objection to Defendants' Motion for Summary Judgment and Objection to Magistrate's Report and Recommendations." A portion of this document (pages 5-9) appears to be the Plaintiff's response to these defendants' Motion for Summary Judgment ("response"). The pro se Plaintiff's argument for the most part[3] consists of a recitation of that which the defendants have previously argued to the Court, either in their own motion for summary judgment or in response to the Plaintiff's Motion for Summary Judgment[4]. These defendants would adopt those documents previously filed by them as if fully set forth herein. They will not again repeat for the Court the appropriate standard of review here other than as follows. Based on the evidence in the record before the Court, including that which Plaintiff attached to his response, it is apparent

---

[2]The Amended Complaint also contained allegations that the Plaintiff was denied his 5th and 14th Amendment right to due process, that he was subjected to cruel and unusual punishment in contravention of the 8th Amendment and that he was denied access to the courts. These claims were dismissed by Order of the Court dated August 24, 2001.

[3]It should be noted that at page 6 of Plaintiff's response he refers to the Defendant Holmes as a "licensed medical care provider." This is incorrect as the affidavit of Defendant Holmes, which was attached as exhibit "B" to these Defendants' Motion for Summary Judgment, clearly states that he was the Ombudsperson for the Broward Sheriff's Office at all times pertinent to this matter and was not a licensed medical care provider.

[4]Plaintiff filed his own Motion for Summary Judgment on or about November 30, 2001. These Defendants filed a Response thereto on or about December 14, 2001.

that there does not exist any genuine dispute of material fact concerning the Plaintiff's claims against the Defendants Sheriff, Hanson-Evans and Holmes and as a result they are entitled to entry of final summary judgment in their favor in this matter.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail to **WILLIAM M. HICKS, Plaintiff, DC#664670**, c/o Everglades Correctional Institution, P.O. Box 949000, Miami, Florida 33194-9000 and **JOEL SHULMAN, ESQUIRE**, 2801 Ponce de Leon Blvd., 9th Floor, Coral Gables, Florida 33134 this _14th_ day of January, 2002.

> PURDY, JOLLY & GIUFFREDA, P.A.
> Attorneys for Defendants SHERIFF,
> HANSON-EVANS & HOLMES
> 1322 S.E. Third Avenue
> Fort Lauderdale, Florida 33316
> Telephone: (954) 462-3200
> Facsimile: (954) 462-3861
>
> BY: _____
> SUMMER M. BARRANCO
> Florida Bar No. 984663