UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE SORRENTINO

CASE NO. 00-6087-Civ-Dimitrouleas

WILLIAM M. HICKS, )
 )
                Plaintiff, )
 )
v. )
 )
KEN JENNE, SUSAN McCAMPBELL, )
BARBARA HANSON-EVANS, )
STANLEY HOLMES, JOHN DOES )
#1 AND #2, DR. W.C. DAVIS, DR. )
UECKER, DR. TREVOR WEATHERS, )
DR. CLINE, DR. PEARSON, DR. G. )
PEARSON, EMERGENCY MEDICAL )
SERVICES ASSOCIATION, )
 )
                Defendants. )
_____)



## DEFENDANTS, EMERGENCY MEDICAL SERVICE ASSOCIATION, DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON AND DR. G. PEARSON'S <u>PRETRIAL STATEMENT</u>

Defendants, EMERGENCY MEDICAL SERVICE ASSOCIATION ("EMSA"), DR. W.C. DAVIS ("DAVIS"), DR. UECKER ("UECKER"), DR. TREVOR WEATHERS ("WEATHERS"), DR. CLINE ("CLINE"), DR. PEARSON ("PEARSON"), and DR. G. PEARSON ("G. PEARSON"), by and through their undersigned attorney, pursuant to the Order Scheduling Pretrial Proceedings dated September 11, 2001, hereby file their Pretrial Statement.



Hicks v. Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

## A.   NATURE OF CLAIM

This is a § 1983 action arising from the above-named Defendants' alleged deliberate indifference towards Plaintiff's medical needs after Plaintiff, a pretrial detainee, was involved in an altercation with another inmate. The Plaintiff brought suit against EMSA and the individual Defendants in their official and individual capacities.

## B.   BRIEF STATEMENT OF FACTS

1.   William M. Hicks is an inmate at the Everglades Correctional Institution. Mr. Hicks was arrested in 1995 and charged with first degree murder, robbery and assault and battery. He was convicted of these crimes and is serving a life sentence without parole, a life sentence with parole and fifteen years.

2.   Prior to entering the Broward County Jail system, Mr. Hicks was addicted to drugs and alcohol. In addition, Mr. Hicks has been mentally ill for most of his adult life. From the time he entered the Broward County Jail system through the present day, Mr. Hicks has been administered a variety of psychotropic medications. He has been made aware of the medications' side effects which include, but are not limited to: memory loss, loss of sleep, loss of appetite, anxiety, blurred vision, sleepiness, acts of violence and headaches.

3.   Mr. Hicks was detained at the North Broward Detention Center from 1995 through 1998. While at this facility, Mr. Hicks visited with the individual Defendants on numerous occasions where he complained of a variety of medical problems which arose from an altercation

O'CONNOR, CHIMPOULIS, RESTANI, MARRERO & McALLISTER, P.A.
2801 PONCE DE LEON BOULEVARD • 9TH FLOOR • P.O. BOX 14-9022 • CORAL GABLES, FLORIDA 33114 • (305) 445-4090

<u>Hicks v. Jenne, et al</u>.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

with another inmate on February 9, 1996. Chief among Mr. Hicks' complaints were jaw pain, pain on the right and left sides of his face, neck pain, headaches, nausea, dizziness and problems with his right eye.

    4.    Mr. Hicks saw Dr. Davis, M.D. approximately twenty minutes after the altercation. Dr. Davis examined and treated a cut on Mr. Hicks' right eye. Because Mr. Hicks complained of jaw pain and insisted that he be x-rayed, Dr. Davis obliged him and requested x-ray technician, Wayne Evans, to take x-rays of Mr. Hicks' mouth. At that time, Dr. Davis did not find any fractures and noted that Mr. Hicks had a traumatic laceration. Dr. Davis provided Mr. Hicks with Motrin. In subsequent visits, Dr. Davis continued to inform Mr. Hicks that he did not have a fracture in his jaw.

    5.    Dr. Uecker worked at the main jail in Broward County and saw Mr. Hicks on several occasions. Dr. Uecker examined Mr. Hicks' face and took x-rays of Mr. Hicks and concluded that Mr. Hicks had a fracture under his right eye. Dr. Uecker suggested OMF surgery for Mr. Hicks; however, this suggestion was made prior to Mr. Hicks seeing Dr. Uecker. Dr. Uecker also provided Mr. Hicks with pain medication and ordered extra pillows for Mr. Hicks.

    6.    Mr. Hicks saw Dr. Weathers, an oral surgeon, on at least ten occasions. Dr. Weathers performed a facial examination of Mr. Hicks and took x-rays. Dr. Weathers determined that Mr. Hicks had a fracture and ordered pain medication. Dr. Weathers also ordered a special diet bag for Mr. Hicks which included food with calcium that would strengthen

O'CONNOR, CHIMPOULIS, RESTANI, MARRERO & McALLISTER, P.A.
2801 PONCE DE LEON BOULEVARD • 9TH FLOOR • P.O. BOX 14-9022 • CORAL GABLES, FLORIDA 33114 • (305) 445-4090

Hicks v. Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

Mr. Hicks' jaw bones. Dr. Weathers also ultimately determined that Mr. Hicks did not need to have his jaw wired shut and did not need the OMF surgery.

7. Dr. Cline also worked at the Broward County Main Jail, primarily with Dr. Weathers. Dr. Cline informed Mr. Hicks that he had a jaw fracture, but did not make the decision concerning not wiring Mr. Hicks' jaw shut. Like Dr. Weathers, Dr. Cline ordered Mr. Hicks a special diet bag.

8. Mr. Hicks saw Dr. Pearson less than five times. Dr. Pearson performed basic dental exams on Mr. Hicks and Mr. Hicks told her about difficulties with his jaw. Dr. Pearson prescribed pain medications for Mr. Hicks.

9. Dr. G. Pearson practiced general dentistry at the North Broward Detention Center Jail and saw Mr. Hicks on several occasions for dental checkups. Dr. G. Pearson always ordered pain medication and soft food diets for Mr. Hicks.

10. Mr. Hicks had an MRI in the year 2000 which showed no fractures to his jaw or anywhere else on his face. In recent visits with physicians and dentists, Mr. Hicks has been told that he has no fractures and that everything is normal. Mr. Hicks himself admits that his fractures may have healed.

**C.  EXHIBIT LIST**

See Attached Witness and Exhibit List, Exhibit "A"

**D.  NON-INMATE WITNESSES**

O'CONNOR, CHIMPOULIS, RESTANI, MARRERO & McALLISTER, P.A.
2801 PONCE DE LEON BOULEVARD • 9TH FLOOR • P.O. BOX 14-9022 • CORAL GABLES, FLORIDA 33114 • (305) 445-4090

See Attached Witness and Exhibit List, Exhibit "A"

E. **INMATE WITNESSES**

See Attached Witness and Exhibit List, Exhibit "A"

F. **WITNESS TESTIMONY SUMMARY**

See Attached Witness and Exhibit List, Exhibit "A"

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14th day of January, 2002 to all counsel and parties of record on the attached service list.

          O'CONNOR, CHIMPOULIS, RESTANI,
          MARRERO & McALLISTER, P.A.
          Attorneys for Defendants, EMSA Limited
              Partnership, Dr. Davis, Dr. Uecker,
              Dr. Trevor Weathers, Dr. Cline,
              Dr. Pearson, and Dr. G. Pearson
          2801 Ponce de Leon Boulevard
          Ninth Floor
          Coral Gables, FL 33134
          (305) 445-4090

By: _____
JOEL L. SHULMAN
Florida Bar No. 389242

F:\WORD\FILES\97-6939\pleading\pretrial statement.jls

Hicks v. Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

## SERVICE LIST

William M. Hicks v. Ken Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

WILLIAM M. HICKS, *pro se*
#664670
Everglades Correctional Institution
P.O. Box 949000
Miami, FL 33194-9000

SUMMER BARRANCO, Esquire
Purdy, Jolly & Giuffreda
1322 S.E. Third Avenue
Fort Lauderdale, FL 33316

O'CONNOR, CHIMPOULIS, RESTANI, MARRERO & McALLISTER, P.A.
2801 PONCE DE LEON BOULEVARD • 9TH FLOOR • P.O. BOX 14-9022 • CORAL GABLES, FLORIDA 33114 • (305) 445-4090

# EXHIBIT "A"

## Witnesses

1.  William M. Hicks  
    #664670  
    Everglades Correctional Institution  
    P.O. Box 949000  
    Miami, FL 33194-9000                                        - Plaintiff

2.  Dr. Winthrop C. Davis  
    Staff Physician  
    North Broward Detention Center                              - Defendant

3.  Dr. Craig Uecker  
    Staff Physician  
    EMSA Correctional Care  
    1550 Blount Road  
    Pompano Beach, FL 33069                                     - Defendant

4.  Dr. Sharon Pearson  
    EMSA Correctional Care  
    1550 Blount Road  
    Pompano Beach, FL 33069                                     - Defendant

5.  Dr. Jack Cline  
    Director of Dentistry  
    Broward County Main Jail                                    - Defendant

6.  Dr. Trevor Weathors  
    EMSA Correctional Care  
    1550 Blount Road  
    Pompano Beach, FL 33069                                     - Defendant

7.  Dr. Glenn Pearson  
    Dentist  
    EMSA Correctional Care  
    1550 Blount Road  
    Pompano Beach, FL 33069                                     - Defendant

8.  EMSA - R/C  
    EMSA Correctional Care  
    1550 Blount Road  
    Pompano Beach, FL 33069                                     - Defendant

Each of the following witnesses will testify that Plaintiff received and continues to receive appropriate medical care and that his medical needs were and continue to be met:

9. Gina Maria Rivera, LPN
   Broward County Main Jail

10. Della Richardson, LPN
    North Broward Detention Center

11. Dhanmatie Nancoo, RN
    North Broward Detention Center

12. Dr. John Martin
    Psychiatrist
    North Broward Detention Center

13. Dr. Mel Limia
    Staff Psychiatrist
    Broward County Main Jail

14. Melsaides Nelson, MSRN
    Psychiatric Supervisor
    North Broward Detention Center

15. Willemina Rowe, RN
    Broward County Main Jail

16. Antoinette C. Reimer, LPN
    Broward County Main Jail

17. Monica Garrett, RN
    Broward County Main Jail

18. Dr. Nirva Derizier
    Staff Physician
    Broward County Main Jail

19. Patrick Dyer, RN
    Broward County Main Jail

20. Elain McGhie, RN
    Broward County Main Jail

21. Cassandra Burch, MA
    North Broward Detention Center

22. Esther Sherman-Jolly, RN
    North Broward Detention Center

23. Jerrene R. Brantley, RN
    North Broward Detention Center

24. Valerie Mindle, RN
    North Broward Detention Center

25. Judith Jones, LPN
    North Broward Detention Center

26. Manuela Decespedes, M.D.
    South Florida Reception Center

27. Veronica O'Conner, PA
    North Broward Detention Center

28. Jacquelyn D. Farrar
    Dental Assistant
    North Broward Detention Center

29. Pauline Mier, RN
    North Broward Detention Center

30. Hyacinth Holness, LPN
    Broward County Main Jail

31. Patricia Rell, LPN
    North Broward Detention Center

32. Dick Maureen, RN
    North Broward Detention Center

33. Elma McKenzie, LPN
    North Broward Detention Center

34. Margaret Butch, RN
    North Broward Detention Center

35. Crystal Chambers, RN
    North Broward Detention Center

36. Kathy Grey, RN
    North Broward Detention Center

37. Dr. Abdolmajid Shams
    Psychologist
    North Broward Detention Center

38. Eva Podlocha, RN
    North Broward Detention Center

39. Calista Chukwu, RN
    North Broward Detention Center

40. Joan Bauersmith, RN, HN
    North Broward Detention Center

41. Kathleen Skillen, LPN
    North Broward Detention Center

42. Eric Veltri, LCSW
    NBB

43. Vicky Serrao, RN
    North Broward Detention Center

44. Melissa Cooper, LPN
    Broward County Main Jail

45. Jeanne M. Ganis, RN
    North Broward Detention Center

46. D. Wade Chatfield, PA
    Broward County Main Jail

47. Richard MacDonald, HSA
    NBB - DOCC

48. Miguel Tome, M.D.
    Radiologist
    North Broward Detention Center

49. Mike Cornelius, RN
    Charge Nurse - NBB

50. Andrea Craig
    Dental Assistant
    EMSA Correctional Care
    1550 Blount Road
    Pompano Beach, FL 33069

51. Gail Washington, LPN
    Broward County Main Jail

52. Wayne Evans
    X-Ray Technologist
    North Broward Detention Center

53. Jenell Davis, LPN
    Broward County Main Jail

54. PA Chatfield, MD
    Broward County Main Jail

55. Derek Brown, LPN
    Broward County Main Jail

56. Todd Schwartz, HSA
    Broward County Main Jail

57. Michael Rayner, LPN
    Broward County Main Jail

58. Laquay Jones, ARNP
    Broward County Main Jail

59. Janet Taylor, LPN
    Broward County Main Jail

60. James R. Thompson, M.D.
    Radiologist
    North Broward Detention Center

61. Virgilio Ibay, RN, BA
    Broward County Main Jail

62. Lorraine Krystopher, LPN
    Broward County Main Jail

63. Laura Ross, LPN
    Broward County Main Jail

64. Nelsy Chaperon, LPN
    North Broward Detention Center

65. Diane Wade, LPN
    Broward County Main Jail

66. Sheila Crawford, LPN
    Broward County Main Jail

67. Ed Hanley
    Human Services Counselor
    NBB

68. Gordon Stein, RNC
    Head Nurse
    Stockade

69. John Catano, PA
    North Broward Detention Center

70. Medical Records Custodian
    Florida Medical Center
    5000 W. Oakland Park Blvd.
    Ft. Lauderdale, FL 33313

71. Medical Records Custodian
    Broward General Medical Center
    1600 S. Andrews Ave.
    Ft. Lauderdale, FL 33316

72. Dr. Francisco Fonte
    Everglades Correctional Institution

73. Dr. Calderone
    Tomoka Correctional Institution

74. Dr. Elliot
    Coral Springs, FL (full address unknown at this time)

75. Dr. Charles Russell
    Coral Springs, FL (full address unknown at ths time)

76. Dr. Goodman
    Everglades Correctional Institution

77. Dr. Guzman
    Everglades Correctional Institution

78. Dr. Sevilla
    Everglades Correctional Institution

79. Dr. Gonzalez
    Everglades Correctional Institution

80. All parties to this action.

81. Any and all persons listed in Answers to Interrogatories

82. Any and all persons listed in Responses to Requests for Production

83. Impeachment and rebuttal witnesses

84. Any and all witnesses listed on Plaintiff's Witness and Expert Witness List

85. Defendants adopt Co-Defendants' Witness List.

Defendants reserve the right to amend this Witness List.

## Exhibits

1. Any and all interrogatory questions and answers.

2. Any and all depositions, including any and all exhibits attached to depositions, taken in this case.

3. Any and all requests for production and responses thereto.

4. Any and all requests for admission and responses thereto.

5. Any and all responses to subpoenas which were directed to non-parties.

6. Any and all papers, writings, articles and publications of those listed as witnesses on the witness list by any party.

7. Any and all records, reports, data and exhibits used or prepared by experts.

8. Curriculum Vitae of any expert witness retained or called by any party.

9. Any and all impeachment and/or rebuttal exhibits.

10. Any and all exhibits listed by any other party to this action.

11. Applicable statutes, regulations, care law and ordinances.

12. Any and all correspondence between the parties.

13. Any and all journals and diaries maintained by Plaintiff.

14. Any and all Broward County Main Jail records, including, but not limited to inmate grievances, correspondence between Plaintiff and jail officials and personnel, disciplinary reports, inmate request forms, initial screening forms.

15. Any and all North Broward Detention Center jail records, including, but not limited to inmate grievances, correspondence between Plaintiff and jail officials and personnel, disciplinary reports, inmate request forms, initial screening forms.

16. Any and all Everglades Correctional Institution records including, but not limited to inmate grievances, correspondence between Plaintiff and prison officials and personnel, disciplinary reports, inmate request forms, initial screening forms.

17. Any and all prison and/or jail records from any and all detention facilities where Plaintiff may have been detained including, but not limited to inmate grievances, correspondence between Plaintiff and jail/prison officials and personnel, disciplinary reports, inmate request forms, initial screening forms.

18. Any and all records from Plaintiff's state criminal case.

19. Any and all medical records, including dental and mental health records, from Broward County Main Jail, North Broward Detention Center, Everglades Correctional Institution and any other facility where Plaintiff may have been detained as a detainee or inmate including, but not limited to: medication notes, medication orders, consultation records, emergency room records, mental health records, laboratory records and reports, surgical records, X-rays, progress notes, refusal of treatment forms, informed consent forms, mental health questionnaires, prescriptions.

20. Defendants adopt co-Defendants' Exhibit List.

Defendants reserve the right to amend this Exhibit List

F:\WORD\FILES\97-6939\pleading\witness-exhibit list.jls