UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M. Hicks,
    Plaintiff,
vs,
Ken Jenne, et al,
    Defendant(s).



## PLAINTIFF'S MOTION FOR COURT ORDERED MEDICAL TREATMENT

Comes now, the plaintiff, William M. Hicks, pro se, and moves this Honorable court to issue a court order upon Department of corrections, so he may promptly receive needed medical treatment that has been mandated by dentist's and medical doctor's here at Everglades Corr Inst. Plaintiff states as follows:

A.) Plaintiff sought an order from this court in year 1996 for needed medical care, but was denied.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1(a)

B.) Plaintiff sought medical since assault and battery, till when he was sentenced to prison and has not recieved needed treatment.

C.) Now in prison from years 1998-2001 he has sought medical care and finally at Everglades Corr Inst, Dentist's and medical Doctor's ordered that needed medical treatment be done by a outside doctor.

D.) Plaintiff has not recieved needed medical, nor can he get responses from inmate request's, grievance's that he filed with D.O.C and medical. WEXFORD.

E.) Plaintiff feels that he is being denied proper needed, mandated medical treatment due to his civil suit filed in this court. They the defendant's don't want any record of showing plaintiff truely needs his jaw rebroken and reset properly.

Plaintiff prays that this court GRANT his Plea for medical based on neglect by DOC and Wexford medical.

William M Hicks #664670

## AFFIDAVIT / OATH

I William M. Hicks under penalty of perjury, declare that I have read and wrote and facts stated herein are true and correct pursuant to Florida Statutes 92.525, 18 U.S.C. 1621, 26 U.S.C. 7206, and 28 U.S.C. 1746

William M. Hicks #664670

## CERTIFICATE OF SERVICE

I Hereby certify that a true and correct copy of plaintiff's motion for medical court order has been turned over to prison officials to mail by U.S. mail, this 21 day of February, 2002 and mailed to:

1.) Summer M. Barranco, Esq.

2.) Joel Shulman, Esq.

William M. Hicks
William M. Hicks #664670
Everglades Corr Inst
Box 949000
Miami, Fla 33194-9000