UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-civ-Dimitrouleas
MAGISTRATE JUDGE SORRENTINO

William M. Hicks,
  Plaintiff,
vs.
Ken Jenne, et al,
  Defendant(s).



**ORDER**
Granted ___
Denied ✓
Comments: No specific facts alleged.
Dated: 2/28/02
[signed] U.S. Magistrate Judge

FILED by MAG. SEC. ___ D.C.
FEB 2 9 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

PLAINTIFF'S MOTION FOR COURT ORDERED MEDICAL TREATMENT

Comes now, the plaintiff, William M. Hicks, pro se, and moves this Honorable court to issue a court order upon Department of corrections, so he may promptly receive needed medical treatment that has been mandated by dentist's and medical doctor's here at Everglades corr Inst. Plaintiff states as follows:

A.) Plaintiff sought an order from this court in year 1996 for needed medical care, but was denied.

NON-COMPLIANCE OF S.D. Fla. L.R. _____

139/68