UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM HICKS,

    Plaintiff,

vs.

SHERIFF KEN JENNE, et al.,

    Defendants.
_____/

Magistrate Judge Sorrentino

FILED by _____ D.C.
APR 04 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER APPROVING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Report and Recommendation [DE 130] of Magistrate Judge Charlene H. Sorrentino, signed December 27, 200, and Plaintiff William Hicks' Objections [DE 133], timely filed on January 8, 2002. The Court has carefully considered the Magistrate's Report and Plaintiff's Objections, has conducted a <u>de</u> <u>novo</u> review of the report and recommendation, and is otherwise fully advised in the premises. Despite Plaintiff's objections, this Court agrees with the reasoning and analysis of the Magistrate Judge that Plaintiff's claims as to Defendant Susan McCampbell should be dismissed under Rule 4(m), Federal Rules of Civil Procedure, for failure to timely serve Defendant McCampbell. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1. The Magistrate Judge's Report and Recommendation [DE 130] is hereby **ADOPTED.**

    2. Plaintiff William Hicks' Objections [DE 133] are hereby **OVERRULED.**

    3. Defendant Susan McCampbell is hereby **DISMISSED WITHOUT PREJUDICE** as a party to this action pursuant to Rule 4(m), Federal Rules of Civil Procedure, for failure to timely perform service of the summons and complaint.



4. The case remains pending against all other Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of April, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Charlene H. Sorrentino

William M. Hicks, Pro Se
DC#664670
Everglades Correctional Institution
1601 S.W. 187th Avenue
P.O. Box 949000
Miami, Florida 33194-9000

Summer Barranco, Esq.
Joel L. Shulman, Esq.

2