UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM HICKS,

    Plaintiff,

vs.

SHERIFF KEN JENNE, et al.,

    Defendants.
_____/

CASE NO. 00-6087-CIV-DIMITROULEAS

FILED by _____ D.C.

APR 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER OVERRULING OBJECTIONS

THIS CAUSE is before the Court upon the Report and Recommendation [DE-130] of Magistrate Judge Charlene H. Sorrentino, signed December 27, 2000, and the Court having approved the Report and Recommendation on April 4, 2002 [DE-140], Petitioner's April 11, 2002 objections are Overruled.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15 day of April, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Charlene H. Sorrentino

William M. Hicks, Pro Se, DC #664670
c/o Everglades Correctional Institution
1601 S.W. 187th Avenue
P.O. Box 949000
Miami, Florida 33194-9000



Summer Barranco, Esquire
1322 S.E. 3rd Avenue
Fort Lauderdale, FL 33316

Joel L. Shulman, Esquire
2801 Ponce De Leon Boulevard, Suite 900
Coral Gables, Florida 33134