UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM HICKS,

    Plaintiff,

vs.

SHERIFF KEN JENNE, et al.,

    Defendants.

_____/

CASE NO. 00-6087-CIV-DIMITROULEAS

FILED by _____ D.C.
MAY 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER VACATING PREVIOUS ORDER

THIS CAUSE is before the Court upon a review of the docket, and it appearing that [DE-143] was erroneously entered on the misconception that the objections applied to a Report and Recommendation from December 27, 2000, when they referred to an April 4, 2002 report, said order overruling the objections is Vacated.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 24 day of May, 2002.

                                                  WILLIAM P. DIMITROULEAS
                                                United States District Judge

Copies furnished to:

Magistrate Judge Charlene H. Sorrentino

William M. Hicks, #664670
c/o Everglades Corr. Inst.
P.O. Box 949000
Miami, Florida 33194-9000



Summer Barranco, Esquire
1322 S.E. Third Avenue
Ft. Lauderdale, Florida 33316

Joel Shulman, Esquire
2801 Ponce de Leon Boulevard, #900
Coral Gables, Florida 33134