UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM HICKS,

    Plaintiff,

vs.

SHERIFF KEN JENNE, et al.,

    Defendants.
_____/

CASE NO. 00-6087-CIV-DIMITROULEAS

FILED by _____ D.C.
MAY 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE is before the Court upon Plaintiff's Application to Appeal signed April 21, 2002 [DE-145], said application is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of May, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Charlene H. Sorrentino

William M. Hicks, #664670
c/o Everglades Corr. Inst.
P.O. Box 949000
Miami, Florida 33194-9000

Summer Barranco, Esquire
1322 S.E. 3rd Avenue
Ft. Lauderdale, Florida 33316



Joel L. Shulman, Esquire
2801 Ponce de Leon Boulevard, #900
Coral Gables, Florida 33134