UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-Dimitrouleas

MAGISTRATE JUDGE Sorrentino



William M. Hicks,
    Plaintiff,

vs.

SHERIFF KEN JENNE, et al,
    Defendant(s).
_____/

PLAINTIFF'S OBJECTIONS TO DISTRICT JUDGE ORDER APPROVING REPORT AND RECOMMENDATION OF [DE 130], DISMISSING DEFEDANT SUSAN McCAMPBELL.

AND

PLAINTIFF'S OBJECTION(S) TO REPORT OF MAGISTRATES FINDINGS AND RECOMMENDATION TO DISMISS DEFENDANT SUSAN McCAMPBELL FROM SUIT AND ENDANGERMENT CLAIM AS WELL MEDICAL CLAIMS. ALSO TOO DISMISS ENDANGERMENT CLAIM AGAINST DEFENDANT'S JENNE, HANSON-EVANS, HOLMES AND JOHN DOES #1 AND #2.



COMES NOW the Plaintiff, William M. Hicks, prose, and hereby file his timely objection(s) to DISTRICT JUDGES order [DE 130] dated April 4, 2002. Plaintiff places his objections on record too perfect issue for appeal.

Plaintiff also files his timely objection(s) to magistrates findings dated April 4, 2002, too dismiss defendant Susan McCampbell from suit and endangerment claim as well medical issues.

Plaintiff objects to magistrates findings and recommendation too dismiss endangerment claims against defendant(s) Jenne, Hanson-Evans, Holmes and Does #1 and #2.

Plaintiff feels and states that this claim cannot be dismissed as it is a dispute between plaintiff and defendant's, and a jury needs to decide the issue of fact. Defendant Ken Jenne "sheriff" cannot exscape this claim as he is ranking official for Broward Sheriff's office and is responsible for all actions of employee's and responsibility delegated to him as sheriff. Jenne is responsible for actions done by Does #1 and #2 since they were B.S.O. deputy's.

By not holding the corporate leader such as Jenne responsible, makes way for an exscape for all actions of B.S.O. which clearly is wrong and is and would

prejudice the plaintiff to seek his claim of endangerment against all listed defendant's. By this court denying plaintiff his legal rights to sue and hold a jury trial to decide the issue at hand is and would be a miscarriage of justice.

Therefore plaintiff places his objections on record to perfect issue for appeal.

William M. Hicks, prose
William M. Hicks #664670

### CERTIFICATE OF SERVICE/OATH

I William M. Hicks, HEREBY CERTIFY that facts contained herein were written by him to his best ability. Also a true and correct copy was handed over to prison officials to mail by U.S. mail this __ day of April, 2002 and copy mailed to:

1.) Summer M. Barranco, esq.
2.) Joel L. Schulman, esq.
3.) Clerk of Federal court.

William M. Hicks
William M. Hicks #664670
Everglades Corr Inst
Box 949000
Miami, Fla 33194-9000