UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM HICKS,

    Plaintiff,

vs.

SHERIFF KEN JENNE, et al.,

    Defendants.
_____/

CASE NO. 00-6087-CIV-DIMITROULEAS



### ORDER OVERRULING OBJECTIONS

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE-130] of Magistrate Judge Charlene H. Sorrentino, signed December 27, 2000, and the Court having approved the Report and Recommendation on April 4, 2000 [DE-140], Petitioner's April 11, 2002 objections [DE-150] are Overruled.[1]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of May, 2002.

                    WILLIAM P. DIMITROULEAS
                    United States District Judge

Copies furnished to:

Magistrate Judge Charlene H. Sorrentino

William M. Hicks, #664670
c/o Everglades Correctional Institution
1601 S.W. 187th Avenue
P.O. Box 949000
Miami, Florida 33194-9000

---

[1] The objections were originally overruled on April 15, 2002 [DE-143]. However, the clerk's docket entry erroneously applied this order to objections made by Defendants on April 15, 2002 [DE-142]. The court vacated [DE-143] on May 24, 2002 [DE-148].

