UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE SORRENTINO

William M. Hicks,
    Plaintiff,
vs.
Ken Jenne, et al,
    Defendant(s).



## PLAINTIFF'S MOTION FOR CLARIFICATION FROM COURT ON PENDING ORDERS AND RECOMMENDATIONS.

COMES NOW, the plaintiff, William M. Hicks, prose, and asks this court to clarify its written orders, so the plaintiff may understand. Simply put is that Plaintiff is confused as to dates written in orders and what is pending and/or not pending.



1.) District Judge issued order dated May 24, 2002, qouting "ORDER VACATING PREVIOUS ORDER". Dose this refer to magistrates recommendation report dated April 4, 2002, relating to summary judgment.

2.) On May 30, 2002, District Judge issued order "ORDER OVER RULING OBJECTIONS". Dose [DE-150] Plaintiff's April 11, 2002 objections refer to magistrates recommendation signed April 4, 2002. For summary judgment and Susan McCampbell.

3.) Could the Honorable court District Judge reissue an order to reflect correct dates, referring to last court's orders, May 30, 2002 and May 24, 2002, since its confusing and not conforming to record. The court refers to magistrates signed recommendation dated December 27, 2001, but order(s) qoute December 27, 2000. Also shown on a April 15, 2002 order.

Could the court advise me if signed recommendation by magistrate dated April 4, 2002, refering to summary judgment was ruled on by the District Judge. Also reissue orders for dates mentioned to reflect correct dates and years.

## CERTIFICATE OF SERVICE

### OATH

I William M. Hicks, prose, HEREBY certify that his motion for clarification to reflect court orders is true and correct and not done to harass but to correct file on record. I certify that a true and correct copy was handed over to prison officials to mail by U.S. mail this 5 day of June, 2002 and mailed to: Summer M. Barranco, esq, 1322 S.E 3rd Avenue, FT. Laud. Fla 33316 AND Joel Shulman, esq, 2801 Ponce de leon Blvd. 9th fl. Coral Gables, Fla 33134

William M. Hicks, prose
William M. Hicks #664670
Everglades Corr Inst
Box 949000
Miami, Fla 33194-9000