UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MAGISTRATE JUDGE SORRENTINO

CASE NO. 00-6087-Civ-Dimitrouleas

WILLIAM M. HICKS, (pro se)

     Plaintiff,

v.

KEN JENNE, SUSAN McCAMPBELL, BARBARA
HANSON-EVANS,  STANLEY HOLMES, JOHN
DOES #1 AND #2, DR. W.C. DAVIS, DR.  UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON, EMERGENCY
MEDICAL SERVICES ASSOCIATION,

     Defendants.
_____/



**SUPPLEMENTAL NOTICE OF FILING VOLUME III OF PLAINTIFF'S DEPOSITION**

     Pursuant to Rule 56, Defendants, EMERGENCY MEDICAL SERVICE ASSOCIATION,

DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, and

DR. G. PEARSON, by and through undersigned counsel, hereby files the attached Volume III of

Plaintiff , William Hicks' Deposition, in support of their Motion for Summary Judgment and

Memorandum of Law in Support of this Motion.

     **WE HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered
this 19th day of June, 2002 to the Clerk of United States District Court and the Honorable Judge
Dimitrouleas.

                    O'CONNOR, CHIMPOULIS, RESTANI,
                    MARRERO & McALLISTER, P.A.
                    Attorneys for Defendants, EMSA, Dr. Davis, Dr. Ucker, Dr.
                    Trevor Weathers, Dr. Cline, Dr. Pearson, and Dr. G. Pearson
                    2801 Ponce de Leon Boulevard, 9th Floor
                    Coral Gables, FL   33134
                    Tel:  (305) 445-4090 / Fax: (305) 445-7728

By: _____
          JOEL L. SHULMAN
          FBN 389242



Hicks v. Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

## SERVICE LIST

William M. Hicks v. Ken Jenne, et al.
U.S. District Case No. 00-6087-Civ-Dimitrouleas

WILLIAM M. HICKS, *pro se*
#664670
Everglades Correctional Institution
P.O. Box 949000
Miami, FL  33194-9000

SUMMER BARRANCO, Esquire
Purdy, Jolly & Giuffreda
1322 S.E. Third Avenue
Fort Lauderdale, FL    33316

N:\WORD\FILES\97-6939\pleading\N-Filing-Dep-01

1                ESQUIRE DEPOSITION SERVICES, INC.
                      600 South Andrews Avenue
2                      Fort Lauderdale, Florida
                          (954) 463-9505
3

4                                    November 20th, 2001

5       William M. Hicks
        DC#664670
6       Everglades Correctional Institution
        P.O. Box 949000
7       Miami, FL 33194

8            In re: Hicks vs. Jenne

9       Dear Mr. Hicks,

10           Your deposition taken in the above-styled cause
        is now ready for signature.  The transcripts of your
11      depositions taken 11/13/01 and 10/24/01 will be
        forwarded to you shortly.  Please take the time to read
12      said transcripts and make any corrections you wish to
        on the attached errata sheet and send it back to this
13      office, or if you wish to waive the signing of the
        deposition, please so advise.
14
             If you fail to sign the deposition within 30
15      days, we shall consider your signature waived.

16                          Very truly yours,

17                          ESQUIRE DEPOSITION SERVICES

18
                            BY: SARA CONWAY
19                          Registered Professional Reporter

20

21

22

23                                          **COPY**

24

25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MAISTRATE JUDGE SORRENTINO
CASE NO:  00-6087-Civ-Dimitrouleas

--------------------------
WILLIAM M. HICKS,

        Plaintiff,

vs.

KEN JENNE, SUSAN McCAMPBELL,
BARBARA HANSON-EVANS,
STANLEY HOLMES, JOHN DOES
#1 AND # 2, DR. W.C. DAVIS, DR.
UECKER, DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON, DR. G.
PEARSON, EMERGENCY MEDICAL
SERVICES ASSOCIATION,

        Defendants.
--------------------------



- - - - - - -

CONTINUED DEPOSITION

OF

WILIAM M. HICKS

(Volume III Pages 211 - 302)

- - - - - - - -

Tuesday, November 13th, 2001
Everglades Correctional Institution
1601 S.W. 187th Avenue.
Miami, FL
11:00 a.m. o'clock
ESQUIRE DEPOSITION SERVICES (954)463-9505

213

1          The continued deposition of WILLIAM HICKS,

2   taken before SARA CONWAY, Registered Professional

3   Reporter and Notary Public in and for the State of

4   Florida at Large, in the above cause.

5              ------------

6   Whereupon:

7              WILLIAM M. HICKS

8   having been first duly sworn or affirmed, was examined

9   and testified as follows:

10              CROSS EXAMINATION

11          Q.    (By Mr. Shulman)  Mr. Hicks, good morning.

12   Again, my name is Joel Shulman, and this is the

13   continuing deposition for you.  Again, quickly, to

14   reiterate the rules that we discussed last time.  I'm

15   just going to be asking you a series of questions.  If

16   you don't understand a question, please feel free to

17   ask me to rephrase, repeat a question.  If you do

18   answer a question, I will assume that you understood my

19   question.  Also, please make sure that all your answers

20   are verbal, yes or no, and I also request that you

21   don't guess or speculate.  Sometimes I'm going to ask

22   you about a date in which case it's okay to approximate

23   a date or something like that, but otherwise try not to

24   guess or speculate or make assumptions.

25          A.    Okay.

214

1           Q.     All right.  Since we last saw you on

2     October 24th, have you seen any medical personnel?

3           A.     Dental.

4           Q.     When did you last visit the dentist?

5           A.     Last week.

6           Q.     Do you know what day approximately?

7           A.     No, I don't remember.

8           Q.     And who did you visit with?

9           A.     Dr. Fonte Francisco.

10          Q.     And what was the purpose of that visit?

11          A.     The purpose of that was a dental exam and

12    to show me x-ray reports that were taken.

13          Q.     And when were these x-ray reports taken?

14          A.     About four days prior to.

15          Q.     Again, after the previous deposition you

16    had x-rays taken?

17          A.     After, yes.

18          Q.     Do you know how many x-rays were taken?

19          A.     I think there was three.

20          Q.     Who took those x-rays if you recall?

21          A.     Some x-ray technician that they hired to

22    come in with a little machine.  No idea.

23          Q.     And where were the x-rays taken?

24          A.     Here.

25          Q.     I'm sorry, on your person, where on your

215

1    person?

2          A.    They were taken of the head.

3          Q.    To be a little bit more specific, what

4    particular region of the head?

5          A.    The back and the side view and the front.

6          Q.    And what kind of doctor is Dr. Fonte?

7          A.    DDS.

8          Q.    So he's a dentist?

9          A.    Yes.

10          Q.    And a dentist reviewed these x-rays of

11    your head; is that correct?

12          A.    He's the one that explained the report to

13    me, yes.

14          Q.    How did he explain the report to you?

15          A.    He explained that there was no fractures.

16    I should have met with an MD doctor, but it seems like

17    dentists seem to take over from medical doctors.

18          Q.    Did you request this visit with Dr. Fonte?

19          A.    I was called out.

20          Q.    Did Dr. fonte perform any type of

21    examination on you?

22          A.    Yeah, he does a physical exam where he

23    noted my right facial jawbone protruding and cracking

24    and popping and the opening of my mouth is very

25    limited.

216

1       Q.    Did he make any recommendations as to

2   treatment?

3       A.    No, he says that he will keep speaking

4   with the CHO, chief health officer, to hopefully get

5   some kind of help.

6       Q.    Do you know who the chief health officer

7   is?

8       A.    Dr. Gonzalez, medical doctor.

9       Q.    And have you ever met with Dr. Gonzalez?

10       A.    Not yet.  I have submitted requests but I

11   get no response.

12       Q.    Do you know how long Dr. Gonzalez has been

13   in that position?

14       A.    He's been in this position approximately

15   two months.

16       Q.    Is this the same type of position that we

17   went over last time with I believe Dr. Goodman and Dr.

18   Guzman?

19       A.    Yes.

20       Q.    Did anything else occur at the visit with

21   Dr. Fonte?  Did he give any prescriptions to you?

22       A.    I asked for pain medication.

23       Q.    Did he give you pain medication?

24       A.    I received a prescription for Motrin.

25       Q.    How long did this visit take; how long did

217

1    it last approximately?

2          A.    I think it lasted about three to four

3    minutes because they didn't have the antibiotics they

4    need to treat me because before I have any surgery

5    done.  They were going to clean my teeth at that

6    appointment.  They weren't prepared.  So I had to

7    reschedule.

8          Q.    Dr. Fonte, please correct me if I'm wrong,

9    Dr. Fonte reviewed the x-rays with you, gave you a

10   prescription and that was pretty much it?

11         A.    Yes.

12         Q.    You said you have to come back?

13         A.    Right.

14         Q.    When you say surgery, does that mean just

15   like a mouth cleaning?

16         A.    That - not surgery, dental cleaning.

17         Q.    Okay.  He couldn't perform dental cleaning

18   on you?

19         A.    Not without the antibiotics because of my

20   heart prolapse.

21         Q.    Let's discuss that for a second.  What is

22   a heart prolapse that you refer to?

23         A.    From what I understand it's something that

24   I have been born with.  It's mitro valve prolapse where

25   the heart rhythm will beat out of control, will stop

218

1    and then fluctuate.

2         Q.    And what kind of medication would you need

3    for this dental appointment?

4         A.    They would give me like basic Penicillin,

5    whatever they had.  I'm sure they have different names.

6         Q.    And who diagnosed you with this heart

7    condition?

8         A.    Way back when I was young.

9         Q.    Prior to you entering prison?

10        A.    Yes.

11        Q.    Did you ever have any surgery for this

12   condition?

13        A.    No.

14        Q.    Were you ever given medication to control

15   this condition?

16        A.    No.

17        Q.    It's the type of condition that you have

18   to live with every day?

19        A.    Yes.

20        Q.    Without medication, you just have to deal

21   with it basically?

22        A.    Yes.

23        Q.    Have you been restricted in any type of

24   way because of your heart condition?

25        A.    I'm suppose to be but I don't.  I live

219

1   life.  If I die from it, I die from it.  I can't let it

2   stop me.

3        Q.   What are the restrictions that you're

4   suppose to be limited to?

5        A.   Stressed out.  I'm not suppose to get

6   emotional because that affects the heart rate, the beat

7   of the blood and everything else, things of that

8   nature.  Heavy activity.

9        Q.   Such as?

10       A.   Like extended running, periods of running.

11  That's about it.

12       Q.   Anything else besides stressed out and

13  heavy exercise?

14       A.    No, that's about the most commonly known

15  of.

16       Q.   Since you were diagnosed with this

17  condition several years ago prior to entering the

18  prison system, have you ever visited with a physician

19  concerning this condition?

20       A.   Yes.

21       Q.   In prison?

22       A.   No, prior.

23       Q.   Was there ever any written documentation

24  concerning this condition to your knowledge?

25       A.   It's in my prison records.

220

1        Q.    So prison officials know about your

2    condition?

3        A.    Yes.

4        Q.    Which is why Dr. Fonte couldn't perform

5    the examination?

6        A.    I received a full copy of my medical file.

7    It says right in the there medicate before any

8    surgeries or any dental procedures.

9        Q.    Aside from the heart condition, are there

10   any other types of medical conditions, physical medical

11   conditions that you have?

12       A.    That I have had or that are caused from

13   the recent --

14       Q.    Not caused by Mr. Beach, but prior to Mr.

15   Beach you had this heart condition.  Prior to the

16   incident with Mr. Beach, any other conditions that you

17   had prior to this?

18       A.    No, none at all that I am fully aware of.

19       Q.    You stated earlier that approximately four

20   days prior to your visit with Dr. Fonte you had

21   approximately three x-rays taken of your head; is that

22   correct?

23       A.    Correct.

24       Q.    Why did you have x-rays taken?

25       A.    Because of the fact I'm complaining of

221

1    headaches, nausea, dizziness, my right eye.  I need

2    glasses real bad, but I don't seem to get put on the

3    list even though they order for me to go see the eye

4    doctor.  I have never seen an eye doctor yet.  So they

5    took x-rays to see what it is.  And all they keep

6    saying is there is no fracture, which we all know after

7    six years it won't be a fracture; but it shows that the

8    jaw is out of alignment.  The alignment is off.

9         Q.    These most recent x-rays, were you told

10   that the x-rays showed that your jaw was out of

11   alignment?

12        A.    Dr. Fonte explained it to me.

13        Q.    What did Dr. Fonte say about your jaw?

14        A.    He basically told me that my jaw is out of

15   alignment and that I have not received any new

16   fractures or there's any signs of any fractures.  So

17   everything is normal.

18        Q.    Is it possible that your fractures could

19   have healed?

20        A.    Yes.

21        Q.    Was there a physician present when you had

22   these x-rays taken?

23        A.    No.

24        Q.    Again, correct me if I'm wrong, sir, were

25   you just taken to see an x-ray technician who took

222

1     x-rays then you returned to your cell or wherever?

2          A.     Yes.

3          Q.     How long did the x-ray procedure take?

4          A.     Roughly 15 minutes.

5          Q.     Aside from the x-rays and the visit with

6     Dr. Fonte since the deposition on October 24th, have

7     you visited with any other medical personnel,

8     psychiatrist, psychologist, doctor, anything?

9          A.     I have requested to see the medical doctor

10    numerous times through requests, but I don't get no

11    responses.  I have seen the psychologist, doctor –

12    well, she ain't really a doctor, but she is a Miss E.

13    Davis, mental health.

14         Q.     And you saw her, again, since our

15    deposition last time?

16         A.     Correct.

17         Q.     Did she give you any medication, did she

18    prescribe anything for you?

19         A.     She is not licensed.

20         Q.     How long did your visit with her last

21    approximately?

22         A.     Probably five to seven minutes.

23         Q.     Did you discuss any mental problems, or

24    did you discuss your condition with her?

25         A.     I have discussed it with her on numerous

223

1    occasions, the pain and suffering I go through and I

2    can't get medical help, things like that nature.  I do

3    not discuss my criminal affairs with her.

4         Q.    How did she respond to your discussion of

5    your pain and suffering?

6         A.    She says that because of DOC don't like

7    the medical department reaching over into another

8    district of it she cannot help.

9         Q.    Before we continue any further, how are

10   you feeling today?  Are you able to understand my

11   questions?  Are you able to answer my questions

12   properly?

13        A.    At the present time I feel a lot of pain

14   in my head.  The right side of my face is numb.  My

15   jawbone is hurting.  The opening is still getting worse

16   today.  I don't know if it's because of weather that I

17   can't open it more than I can which is one finger now.

18        Q.    Are you feeling any better or worse or the

19   same since our last deposition?

20        A.    I feel the same.

21        Q.    So you're able to continue with the

22   deposition?

23        A.    Sure, yes.  I'm still under psychotropic

24   medications, that has not changed.

25        Q.    Again, if you need a break at any time,

224

1    please let me know.

2         A.    Sure, no problem.

3         Q.    I will be happy to accommodate you.

4         A.    I figure we can go through lunch here.

5    You can just buy me a soda.

6         Q.    Okay.  Let's discuss the medications that

7    you take for your mental illness.  Again, this may be

8    difficult for you because it was several years ago.  Do

9    you know when you were first diagnosed with a mental

10   illness?

11        A.    Back in the '80s.

12        Q.    And let me just say from the outset I

13   apologize if I'm going to be repetitive.  It's been a

14   while since your last deposition.  I'm going to try to

15   get some follow-up questions from what we asked you

16   previously.  Were you given any medication when you

17   were diagnosed with a mental illness?

18        A.    Yes.

19        Q.    Do you recall any of the names of the

20   medication?

21        A.    No, I have been on a lot.  In prison we

22   seem to be the guinea pigs for the outside world.  So

23   they try a lot of different medications on us while

24   we're incarcerated.

25        Q.    And what is your believe for that

225

1    statement?  How do you come to that conclusion?

2         A.    Just based on being incarcerated and the

3    amount of medications I have been - I have been tried

4    on and they ask you what - how you feel, what happens.

5    They have openly said that they try it on us, and

6    that's how they form their opinions how it works.

7         Q.    When you say they, who is the they that

8    you are referring to?

9         A.    Medical staff personnel.

10        Q.    Do you have any names?

11        A.    No.

12        Q.    Since the incident with Mr. Beach --

13   Strike that please.  Going over all the medications

14   that you have taken in your life since you were

15   diagnosed with your mental illness, mental condition,

16   what are the side effects from all these medications

17   that you have been told by your treating physicians?

18        A.    They range.  It's hard to say.

19        Q.    Let's go over every single one that you

20   can remember they have told you.

21        A.    Just one medication they can list 15

22   different side effects.  It doesn't mean that you would

23   actually have that side effect.  That could be

24   sleepiness, tiredness, blurred vision, anxiety,

25   depression, suicidal, acts of violence, so forth, so

226

1    on.

2          Q.    Keep going.

3          A.    That's about all I can think of.

4          Q.    That's all that you can remember at this

5    time.  Headaches?

6          A.    Headaches, I have never had that problem.

7    I always have headaches so I don't know if that causes

8    it or not.  Actually, I take another psychotropic

9    medication to help me with headaches.

10          Q.    And what's that medication called again?

11          A.    No idea.  It's in my medical file though.

12    You should be getting that.

13          Q.    And, again, we discussed last time that

14    you were - that you're presently taking three

15    medications?

16          A.    Correct.

17          Q.    And are you -- Strike that.  Have you

18    taken those medications today?

19          A.    Yes, I take them at night.

20          Q.    Do you only take them at night?

21          A.    Yes.

22          Q.    Are they in like a pill form?

23          A.    Yes, and they crush them up.

24          Q.    Do you know how much -- Are they measured

25    by like milligrams?

227

1          A.      Yeah, they are actually tablets at one

2     point.   They mash them up.   The only ones they don't

3     crush is the Depakote.

4          Q.      Do you know how many milligrams that

5     you're taking of each medication?

6          A.      I really don't know.

7          Q.      Do you know how many tablets or pills of

8     each medication that you take?

9          A.      Four.

10          Q.      You take a total of four pills?

11          A.      Yeah, I take three medications but they

12     give me four pills.

13          Q.      And, again, just to reiterate, you only

14     take these at night, correct?

15          A.      Yes.

16          Q.      I'm just going to ask a few follow-up

17     questions from our last deposition before I go into

18     some new stuff.   You testified earlier that you kept

19     complaining about the problems you had concerning your

20     kidneys.   Do you recall discussing that in the last

21     deposition?

22          A.      At one point I was in - That was in the

23     Broward County Jail.

24          Q.      You testified that you had problems

25     concerning your kidneys and that Dr. Davis put his

228

1   license on the line --

2        A.    Correct.

3        Q.    -- do you recall that testimony?  What did

4   you mean by that statement?  How did he put his license

5   on the line?

6        A.    He bet me basically with his license that

7   I was eating too much and that's why I was gaining

8   weight from the 185 pounds to over - to I believe 243

9   is quoted in my medical files in Broward County.

10       Q.    Did he use those words, bet with his

11  license?

12       A.    Oh, of course or I wouldn't say it.

13       Q.    And who told you that the medication - I

14  believe it was Sinequan - was shutting down your

15  kidneys?

16       A.    No one actually told me.  My family on the

17  outside called their physicians and psychiatrists and

18  they faxed in the side effects that cause that.  Due to

19  the fact they had a psychiatrist called Dr. Martin, and

20  he was the one that was disbarred from practicing in

21  the State of Florida.

22       Q.    And I believe we discussed Dr. Martin last

23  time.  Do you know the reasons why Dr. Martin was

24  disbarred?

25       A.    Dr. Martin was disbarred under an

229

1   investigation from psychiatric licensing division for

2   criminal actions, killing people under his care and

3   dying at the Broward County Jail.  I'm sure he was more

4   of a scapegoat than anything.

5        Q.    Do you have any proof for that statement

6   that he was more of a scapegoat?

7        A.    No.  I have the copy from when he was

8   listed as a person who resigned under a investigation.

9        Q.    Again, in the last deposition, just to

10  clarify, page 163, I asked, Dr. Martin resigned, he

11  wasn't officially disbarred from the practice of

12  medicine and you answered correct?

13       A.    Say that on more time please.

14       Q.    I asked in the last deposition, so he

15  resigned, he referring to Dr. Martin, he wasn't

16  officially disbarred from the practice of medicine and

17  you answered correct?

18       A.    Right.

19       Q.    Do you still stand by that?

20       A.    Well, to the fact that he is disbarred

21  from Florida.  I'm not saying he's disbarred from any

22  other state.  I don't know that.

23       Q.    Okay.  Again, just continuing with that

24  question, you answered he resigned his license to

25  practice medicine in the State of Florida?

230

1      A.    Correct.

2      Q.    Okay.  So he was not disbarred from

3  Florida; he just resigned based on your statement from

4  last time?

5      A.    He was basically disbarred under an

6  investigation from Florida Psychiatric Licensing

7  Division.  As for as getting into details of it, I

8  don't know.

9      Q.    The doctors that you refer to that your

10  family on the outside contacted concerning your

11  kidneys, do you know any of the names of the doctors or

12  psychiatrists that they contacted?

13      A.    No.

14      Q.    Have you had a chance to look at the

15  bottles of the medication that you take?

16      A.    No, we don't see anything like that.

17      Q.    Do you sign any forms which indicate

18  possible side effects of the medications?

19      A.    We're suppose to but they are not

20  routinely done.

21      Q.    Have you ever filled out a form?

22      A.    Yes, many.

23      Q.    So if you filled out a form -- Strike

24  that.  Again, just to clarify some of your earlier

25  testimony, you testified earlier at your last

231

1      deposition that during your initial visit with Dr.

2      Davis right after the incident with Mr. Beach, Dr.

3      Davis told you that your eye would remain the same

4      until it cleared out, and you guessed a blood vessel

5      was broken.  Do you recall that testimony?

6          A.    No, the way it happened is after the

7      assault I was seen by the nurse and she taped my cut,

8      the suture part here closed.  I seen Dr. Davis - the

9      only medical treatment I received from Dr. Davis was

10     sutures under the right eye, and upon continuous demand

11     he took five x-rays.

12         Q.    Right.

13         A.    Now the other statement with the right eye

14     part falling out or that was Dr. Ucker not Dr. Davis.

15     Can I just look at that?

16         Q.    Yeah, unfortunately you can't because I

17     have notes.

18         A.    I'm not going to look at it.  How small it

19     is.  As we just have idle time, I have received

20     probably about 3,000 more documents that I am going to

21     send you amended notice for copying.  What I have to

22     make you understand is that the copies cost 15 cents a

23     page, plus, I have to pay, I roughed it out, six pages

24     per stamp, and I try to include that.  So when you

25     think that $329 is a lot of money, it's really not

232

1  because that's what it costs me, and now that I have

2  more documents it's going to add up.

3      Q.    I'm going to read you back some of your

4  testimony from the previous time, again, just to

5  clarify your answer.  This is on Page 52 and 53 of your

6  last deposition.  I'm just going to read your answer.

7  This is regarding your visit with Dr. Davis after the

8  incident with Mr. Beach.  You were demanding that Dr.

9  Davis take the x-rays.  He kept telling you that you

10  didn't need them.  He had the x-ray guy there waiting.

11  So that was confusing.  He did after five minutes,

12  probably five minutes of me complaining, being

13  forceful, he did take x-rays.  I remember to this day

14  it was five x-rays because I have the same copy which

15  I'm told I have the originals in my possession, not in

16  my possession in prison, but I have them on the

17  outside.  I'm going to stop there.  Who has told you

18  that you have the originals in your possession not in

19  prison but on the outside?

20      A.    Okay.  My father has taken the x-rays that

21  I have.  He has scanned them on a computer, and he has

22  made a printout of them which he mailed them to me.  I

23  have copies of that.  The actual x-rays were purchased

24  at one time through a check through my mother from

25  Broward County Jail, and my sister will testify to the

233

```
1    fact that my mother was being threatened by one of the

2    RN nurses that was the director of medical at the main

3    jail to get these x-rays back because they kept

4    claiming that they were the original ones and they gave

5    them to her by mistake.

6         Q.    I'd just like to move to strike that last

7    statement, the sister testifying, that's hearsay.

8         What dentists here at Everglades or anywhere

9    else since the incident with Mr. Beach have told you

10    that the opening of your mouth is going to get worse

11    and worse over the years?  I know you said Dr. Fonte.

12        A.    Yes.  Dr. Fonte wasn't the actual one that

13    made the actual statement.  It was another doctor.  Dr.

14    Parriot.

15        Q.    And where does Dr. Parriot work, or under

16    what context did you meet with Dr. Parriot?

17        A.    I met with Dr. Parriot - when I first saw

18    Dr. Parriot, he told me I was dropped in his lap.

19    Meaning by that statement is that the medical

20    personnel, I guess his boss, told him to talk to me and

21    see what's going on and see if he can treat me.

22        Q.    Okay.  I apologize.  Again, remember, try

23    not to guess about whose dropping in the lap.

24        A.    I apologize.

25        Q.    That's okay.  It's common.  I do that as
```

234

1  well sometimes.  Just focus on the question.  My

2  question is how did you, in what context did you meet

3  with Dr. Parriot?  In other words, where did you meet

4  with him, in which prison?

5          A.    Here.

6          Q.    At Everglades?

7          A.    Everglades Correctional Institution in the

8  dental office.

9          Q.    Do you remember what year you met with

10  him?

11          A.    That was probably last month.  To be more

12  accurate, between August and September.

13          Q.    And was he the first person that told you

14  that your mouth was going to get worse and worse?

15          A.    The most honest one, correct.

16          Q.    What do you mean by the most honest one?

17          A.    Other dentists will tell me that I will

18  receive treatment, that they will set me up to see the

19  medical doctor, but then months go by and I don't see a

20  response.

21          Q.    Okay.  But, again, focus on the question.

22  Was Dr. Parriot the first doctor, the first dentist to

23  tell you that your mouth was going to get worse and

24  worse?

25          A.    Yes.

235

1          Q.    And did Dr. Fonte most recently confirm

2   that with you on your last visit?

3          A.    No.

4          Q.    So it was Dr. - is Dr. Parriot the only

5   doctor that has said that your mouth is going to get

6   worse and worse?

7          A.    Yes, here.

8          Q.    Did any doctor or dentist at the North

9   Broward facility tell you that your mouth was going to

10  get worse and worse?

11         A.    That would be North Broward Detention

12  Center Jail?

13         Q.    Yes.

14         A.    No -- Let me think.  Not at the North

15  Broward Detention Center, no.  At the main jail, yes.

16         Q.    What is the main jail?

17         A.    The main jail is the actual jail itself of

18  Broward County.

19         Q.    Did a doctor tell you that your mouth was

20  going to get worse and worse there?

21         A.    Dr. Cline, DDS.  He was the most honest

22  person.

23         Q.    And did Dr. Parriot pretty much tell you

24  the same thing regarding your mouth getting worse and

25  worse that Dr. Cline told you?  Do you understand the

236

1    question?

2         A.    I understand the question.  It's been so

3    many years.  Dr. Cline told me the truth about my

4    jawbone.  That it will not ever go down and that to

5    have surgery would possibly outweigh the safety because

6    they have to go through the inside of the mouth,

7    rebreak the jaw and it could collapse the side of my

8    face.

9         Dr. Parriot here told me after a physical exam

10   that the jawbone sticking out and the grinding and all

11   that, eventually the tissue is going to get worse and

12   it's going to close my mouth even more, and eventually

13   I would have to be fed through a straw.

14        Q.    Did Dr. Cline ever tell you that you'd

15   have to be fed through a straw eventually?

16        A.    No.

17        Q.    Again, you testified earlier, this is on

18   page 66 of the deposition taken on October 24th, that

19   Dr. Weathers told you that your jawbone would go down

20   in two to three years.  Do you know what he meant by

21   that?

22        A.    I asked Dr. Weathers about my jawbone

23   sticking out of the side of my face, and he told me

24   that my jawbone would go down in about two to three

25   years and to come see him at my private practice, at

237

```
 1    his private practice upon release from the jail.

 2            Q.    Do you know what private practice that

 3    was?

 4            A.    No.  They all wore Rolexes, so I tell you

 5    what, they must have a good private practice.

 6            Q.    Were you satisfied with Dr. Weathers

 7    conclusion at that time?

 8            A.    I was not satisfied with Dr. Weathers from

 9    the start because he lied.

10            Q.    Okay.  Were you satisfied with his

11    conclusion that your jawbone would go down in two to

12    three years?

13            A.    I believed him.

14            Q.    You then stated, again on page 66, that at

15    that point in time not understanding the legal, two to

16    three years would mean that a malpractice suit would go

17    away?

18            A.    Correct.

19            Q.    What is your understanding of malpractice

20    suit?

21            A.    My understanding today is – back then I

22    was naive to the medical field and having trusted

23    medical doctors and believing what they say, and

24    understanding the law today that a malpractice suit has

25    to be filed within two years.  Four years for
```

238

1    negligence or deliberate indifference.

2        Q.    Is that why you sued Dr. Weathers under a

3    theory of deliberate indifference as opposed to

4    malpractice in this litigation?

5        A.    No, I basically went under deliberate

6    indifference period.

7        Q.    My question was -- Okay.  Strike that.

8        A.    Well, the reason is I was still going

9    through a criminal trial in 1998, and I had to focus,

10    try to focus on my criminal trial and still try to

11    receive medical care.

12        Q.    Did you sue under a theory of deliberate

13    indifference this time because the statute of

14    limitations had not run as opposed to a medical

15    malpractice suit?

16        A.    No, that's not my main reason, no.  I'm

17    sure I could have won under the theory of continued

18    wrong theory to sue under malpractice.

19        Q.    Why did you choose to sue under deliberate

20    indifference?

21        A.    Advice.  I'm not a lawyer.  I don't know

22    the law 100 percent, and we have to lean on inmates,

23    our law clerks and also from attorneys mailing back

24    letters saying they could not take my case but you got

25    to be careful of the statute of the limitations, so

239

1    forth, so on.

2         Q.    Do you recall who told you to sue under

3    deliberate indifference?

4         A.    Not offhand.

5         Q.    What is your understanding of deliberate

6    indifference?

7         A.    Deliberate indifference is - the basic

8    point of it is one knows but does not do nothing about

9    it, is made fully aware of it but continues to hide it.

10    That's deliberate indifference.

11         Q.    You previously testified as well that

12    someone ordered that your right temple be wired shut;

13    do you recall that testimony?

14         A.    Yes.

15         Q.    Who ordered that procedure?

16         A.    At this moment I don't know, but if I did

17    I would not be able to disclose that.

18         Q.    Did anyone tell you the reasoning behind

19    having your right temple wired shut?

20         A.    The main reason that was brought to the

21    attention that I have known that my right temple was

22    fractured was because of Dr. Weathers and Dr. Cline.

23    The x-rays that were taken showed that the break was so

24    clear that being at the Broward County Main Jail and

25    then being called to medical and them telling me they

240

1    were - they are going to ship me back to North Broward

2    to have me sent back to have my right jaw or right

3    temple wired closed.

4         Q.    Do you know why Dr. Cline and Dr. Weathers

5    ordered that you're right temple not be wired shut?

6         A.    The actual question should be they are

7    dentists and not medical doctors.  So the question is

8    they should not even have been involved with my right

9    temple.

10        Q.    Okay.  But, again, in answering my

11   question --

12        A.    I know.

13        Q.    Again, if you don't know a reason, you can

14   say I don't know or I don't recall.

15        A.    The main reason I would assume --

16        Q.    I don't want you to assume.

17        A.    So I cannot say.

18        Q.    So you don't know?

19        A.    No.

20        Q.    Okay.  That's fine.  I'd rather have you

21   say I don't know as opposed to I assume.

22        A.    Because I'm uneducated and unskillful, I

23   just want to put in as much as I can.

24        Q.    Did Dr. Cline and/or Dr. Weathers ever

25   tell you that you had a fracture?

241

1        A.    Yes.

2        Q.    And where did they tell you that you had

3   this fracture?

4        A.    What part of the body?

5        Q.    Uh-huh, yes.

6        A.    I have a fracture to the jaw, fracture to

7   the right temple.

8        Q.    Do you know the difference between a

9   fracture and a break?

10        A.    Medically defined, no.

11        Q.    What is your definition of the difference

12   between a fracture and a break if you have one?

13        A.    A break is a break in the bone where it's

14   still in tact.  A fracture is where it's totally

15   separated.  That's my understanding.

16        Q.    Has anyone ever told you that you had a

17   break?

18        A.    Months later after the fact, yes.

19        Q.    Who told you that you had a break?

20        A.    I was told by oral facial maxilla surgeon

21   in Coral Springs told me I had a break.

22        Q.    Would that -- You mentioned two doctors I

23   believe.  Who was the doctor that told you that?

24        A.    Dr. Charles Russell.

25        Q.    Dr. Russell?

242

```
 1        A.    And his partner is Dr. Elliot.   I mainly
 2   saw Dr. Russell.
 3        Q.    Prior to the incident with Mr. Beach and
 4   after you entered the prison system, had you been
 5   complaining of any medical problems?  Had you been
 6   experiencing any medical problems prior to the incident
 7   with Mr. Beach?
 8        A.    Only medical concern I had at that time
 9   was the scar on the top of my head.  Recently in '95 I
10   had it done and not long after that I was arrested.
11        Q.    And you testified earlier that, and again,
12   please correct me if I'm wrong, you testified earlier
13   that problem that arose was in the sun you were getting
14   sunburned; is that correct?
15        A.    Yes.
16        Q.    Any other problems that you were
17   experiencing prior to the incident with Mr. Beach?
18        A.    Nothing that stands out unless I was
19   complaining of aches maybe to my leg or something, but
20   that's all, nothing to the head.
21        Q.    What did you attribute the aches to your
22   leg to?
23        A.    Laying around.
24        Q.    Prior to the incident with Mr. Beach, did
25   you ever complain of headaches?
```

243

```
 1          A.    I'm sure I have, not complained
 2    continuously of headaches, but I'm sure I have
 3    complained of headaches.
 4          Q.    Did you ever complain of nausea?
 5          A.    I don't recall.
 6          Q.    Did you ever complain of dizziness?
 7          A.    Don't recall.
 8          Q.    Did you ever complain of blurred vision?
 9          A.    I can't answer that honestly.  I may have,
10    but I don't recall.
11          Q.    If you don't recall, that's okay.
12          A.    I don't recall.
13          Q.    You testified earlier that around page -
14    this is on page 114 of your previous deposition, that
15    Miss Schram who is the mother of your son --
16          A.    Yes.
17          Q.    -- is only aware of your condition to the
18    extent what you advised of you seeking medical.  Do you
19    recall that?
20          A.    Yes.
21          Q.    And that you had to file a suit to try to
22    seek medical.  What did you mean by filing a suit to
23    try to seek medical?
24          A.    In 1996 I filed my first suit asking the
25    court to court order medical treatment.  I did not
```

244

1    receive the court order, and that's when I withdrew my

2    case because I did not know anything of the law back

3    then.   I was told that I had to focus on my trial.

4         Q.    Since our last deposition October 24th,

5    have there been any court proceedings in your criminal

6    case?

7         A.    Not yet.   They are two months behind.   I

8    don't know why.

9         Q.    I only ask because I believe you testified

10   last time you thought you had something coming October

11   31st; do you recall that?

12        A.    Yeah, that's Miami court, the state

13   attorney general's office has to respond which they

14   responded and sent me my complete medical file, sent me

15   a copy, copy to Broward County Sheriff's Office, copy

16   to the Broward County Commissioner's office, copy to

17   me, copy to the judge.

18        Q.    Again, you testified previously at page

19   116 of your previous deposition that the last time that

20   you saw Dr. Goodman wan not under a normal visit.   Do

21   you recall that testimony?

22        A.    Correct.

23        Q.    You continued to say it was more like for

24   your guy's side.   What did you mean by that statement?

25        A.    The statement that I have to use in that

245

1    fashion is the fact that when I went in to see Dr.

2    Goodman, I'm a prisoner seeking medical attention; and

3    the fact of the matter is he was working for CMS,

4    Correctional Medical Service, which is owned by EMSA.

5    The fact is when I went in there he was asking, well,

6    he was actual - he advised me how I have to prove a

7    suit and this and that, and he was basically trying to

8    fish out what kind of evidence I had to support my

9    allegations.  So I wasn't having any doctor-patient

10   visit at all.  I had to verbally order him to do a

11   facial physical exam.

12           I can't understand if they take x-rays, which is

13   confusing - I will just talk on the record - they will

14   do an MRI and they will come back with reports saying

15   he has normal opening and closure, and now when I take

16   an MRI, I ain't opening and closing my mouth.  So I

17   don't understand.  They don't touch you.  I never seen

18   medical doctors, but they say I have normal opening and

19   closure.  That's not true.

20           Q.    How many MRIs have you had?

21           A.    I think one, year 2000.  Only one I

22   recall.

23           Q.    How do you know that CMS is owned by EMSA?

24           A.    Inmates suing.

25           Q.    So you have been told by inmates?

246

1          A.    Yes.

2          Q.    Do you have any personal knowledge, have

3    you ever seen any record or documents to the fact that

4    CMS is owned by EMSA?

5          A.    I have seen documents, but I have not seen

6    it per se, no.

7          Q.    You stated earlier that you have dip in

8    your mouth?

9          A.    Yes, sir.

10         Q.    How often do you do dip?

11         A.    Just started.  I'm going to try to quit

12   smoking.

13         Q.    When did you start dipping?

14         A.    I have been doing it now for about two

15   weeks.

16         Q.    Does the dip in your mouth exacerbate your

17   alleged jaw injury?

18         A.    I find that it doesn't affect my ability

19   or it does not affect what I feel or how I feel, but it

20   seems to calm me down.  I think that's because of the

21   nicotine.  Have you ever smoked?

22         Q.    No, I have not.

23         A.    So you wouldn't know.

24         Q.    What I'd like to do now is go over each of

25   the defendants that I represent, your visits with them,

247

1    and again, this will probably get a little repetitive

2    and I apologize for that.  You have sued several people

3    here.  I guess first I'd like to start off with Dr.

4    Pearson.  You have two Dr. Pearsons listed.  You have

5    Dr. Pearson and Dr. G. Pearson?

6         A.    Dr. Sharon Pearson and Dr. G. Pearson.

7         Q.    Let's start off with Dr. Sharon Pearson.

8    You testified earlier that she should know longer be a

9    part of this suit; is that correct?

10        A.    Yes, I try to be fair and honest, and my

11   belief is when I was raised is not to sue people; but

12   because of what I have gone through and still suffer

13   and go through, the fact is that she can still be held

14   liable because she was made aware.  I spoke to her.  I

15   sent requests and grievances.  I seen her in person.

16   She's done dental treatment.  She is married to the

17   dentist that was ordering a soft food diet for my

18   broken jaw and things like that.  So she was definitely

19   aware of the action.

20        Q.    Let's try to go over it a little slowly

21   here.

22        A.    I'm sorry.

23        Q.    That's okay.  I understand you want to get

24   your story out.  That's completely understandable.

25   Just to clarify, and it can be a one word answer here,

248

1    you testified earlier that she should not be a part of

2    this suit; is that correct?

3         A.   I said that, yes.  But when I said she

4    really shouldn't be a part of it, I didn't say she

5    wasn't fully a part of it.

6         Q.   When did you first visit with Dr. Sharon

7    Pearson?

8         A.   I can't recall that.  It could be between

9    1996 and 1998.

10         Q.   How many visits would you say that you had

11    with Dr. Pearson, Dr. Sharon Pearson?

12         A.   I don't know.

13         Q.   More than five?

14         A.   Less.

15         Q.   What type of doctor is Dr. Sharon Pearson?

16         A.   DDS.

17         Q.   She is a dentist?

18         A.   Yes.

19         Q.   Do you recall what type of examination she

20    performed on you if any?

21         A.   The basic dental exams.

22         Q.   Describe the basic dental exams to me

23    please.

24         A.   Looking for cavities and fillings, and I

25    made her aware of my jaw not opening.  I made her aware

249

1    of my jawbone.  And she also prescribed pain

2    medications.

3         Q.    Did she discuss your alleged injuries with

4    you regarding your jawbone?

5         A.    No.

6         Q.    Why is she a named party in this suit?

7         A.    The fact is because she was made aware of

8    the continuation.  She did not reach out to the proper

9    authorities or even attempt to try to see that I would

10   receive medical treatment.

11        Q.    Do you know -- Strike that.  How do you

12   know that she didn't reach out to the authorities?

13        A.    I'm going through requests and grievances

14   as my source.

15        Q.    Do you have personal knowledge if she

16   tried to reach out to other authorities?

17        A.    No.

18        Q.    Is it possible that she may have tried to

19   reach out to authorities?

20        A.    She may have, may not have.  I'm not

21   saying she never did.  I don't know.

22        Q.    Did she ever tell you that your jawbone

23   was in fact fractured?

24        A.    I don't recall that.

25        Q.    Did she ever tell you that your jawbone

250

1    was broken?

2         A.    I don't recall that.

3         Q.    Did she ever take any x-rays of your jaw?

4         A.    I don't think so.  I don't recall that

5    either.

6         Q.    Did she ever have an opportunity to your

7    knowledge to review any of your prior x-rays that were

8    taken after the incident with Mr. Beach?

9         A.    That I don't know.

10        Q.    At the time were you satisfied with the

11   care and treatment that she rendered?

12        A.    Sure.

13        Q.    How do you know that Dr. Sharon Pearson is

14   married to Dr. G. Pearson?

15        A.    I found that out serving the first

16   complaint in 1996.

17        Q.    Do you know if Dr. Sharon Pearson has had

18   any discussions with her husband regarding your medical

19   condition?

20        A.    No.  I'm sure she has.

21        Q.    How do you know that you're sure she

22   has --  Strike that.  Is that a guess?

23        A.    Yes.

24             MR. SHULMAN:  Can we go off the record for

25        one second.

251

1              (Whereupon, there was a discussion off the

2         record.)

3         Q.    In your previous deposition on page 139

4    you said that Dr. Sharon Pearson is really not a bad

5    person; do you recall saying that?

6         A.    I'm sure I did, yes.  I do not feel she

7    had any evil motive.  The rest of the doctors I can

8    express my feelings off record.

9         Q.    Let's just focus on Dr. Sharon Pearson for

10    the time being.

11        A.    Okay.

12        Q.    Was Dr. Sharon Pearson pleasant with you

13    when she attended to you?

14        A.    I'm sure she was, yes.

15        Q.    Do you recall if she was pleasant with

16    you?

17        A.    Certain vivid memories, yes.

18        Q.    And why do you say that she had no evil

19    motive, again, just focusing on Dr. Sharon Pearson?

20        A.    I don't personally believe that she had

21    the intent to cover up any injuries that I, the

22    plaintiff, had.

23        Q.    Do you believe today that Dr. Sharon

24    Pearson should still be a part of this lawsuit?

25        A.    Unfortunately by the legal standards, yes,

252

1    because of the fact is that she was made fully aware;

2    and as a dentist that was providing dental care to me

3    as a detainee, she could have called me back down and

4    ordered that I have more x-rays taken and this and

5    that; but it was never - there was never any follow-up

6    or no further dental care.

7         Q.    Aside from the doctors that you have named

8    in this lawsuit, have any other physicians -- Strike

9    that.  Aside from all the doctors that you have named

10   in this lawsuit, do you believe any other physicians

11   are fully aware of your condition?

12        A.    Any other ones?

13        Q.    Yes.

14        A.    That are not named?

15        Q.    Yes.

16        A.    Yes.  If you will go through my Broward

17   County Jail records -- See, I have everything.  I don't

18   need to do discovery like I said before.  If you go

19   through my medical records, there's probably about 10

20   different doctors that ordered pain medications, soft

21   food diet continuation.

22        Q.    How did you decide to name in this lawsuit

23   these doctors as opposed to other doctors?

24        A.    Because these were the main treating

25   doctors.  The other doctors were basically just seeing

253

```
 1   me on sick call, and they would take care of what I

 2   asked for.  They did order x-rays.

 3           Q.    So was Dr. Sharon Pearson a main treating

 4   physician?

 5           A.    She wasn't a physician, but she was - not

 6   a main treating dentist, no.

 7           Q.    Let's start now with Dr. W. C. Davis.

 8   When is the first time that you had contact with Dr.

 9   Davis to your knowledge?

10           A.    Don't know.

11           Q.    Did you have contact with Dr. Davis before

12   the incident with Mr. Beach?

13           A.    I don't know.

14           Q.    And we have already established that Dr.

15   Davis was the first physician that you saw after the

16   incident with Mr. Beach; is that correct?

17           A.    Correct.

18           Q.    And what kind of physician is Dr. Davis?

19           A.    Medical, MD.

20           Q.    Dr. Davis is not a dentist?

21           A.    No.

22           Q.    Or an oral surgeon?

23           A.    No.

24           Q.    What was the date of the incident?

25           A.    February 9th, 1996, from the records
```

254

1    approximately 1:30 p.m.

2         Q.    We have already established from your

3    prior testimony that Dr. Davis sutured you; is that

4    correct?

5         A.    Correct.

6         Q.    And he took x-rays of you, correct?

7         A.    Correct.

8         Q.    And he read those x-rays, correct?

9         A.    Correct.

10        Q.    And what was his conclusion at that time?

11        A.    That I had not received any fractures nor

12   received any serious injuries.

13        Q.    Did he prescribe anything to you on that

14   day?

15        A.    I don't remember that.  As far as pain

16   medication goes, no.  He may have gave me a pain

17   medication.

18        Q.    When is the next time that you saw Dr.

19   Davis?

20        A.    Could not tell you without looking at my

21   notes.

22        Q.    Aside from trying to get a date, do you

23   know approximately how long from February 9th, 1996,

24   like weeks, months?

25        A.    No.

255

1       Q.    Was Dr. Davis a main treating physician?

2       A.    Dr. Davis at North Broward Detention

3    Center Jail was the main chief health officer, and he

4    was the main physician.

5       Q.    How do you know that he was the chief

6    health officer?

7       A.    Being at Broward County Jail - being in

8    the Broward County Jail system for three years and my

9    records showing it.

10      Q.    What do your records say?

11      A.    That he was the chief health officer.

12      Q.    How many times would you say that you saw

13   Dr. Davis approximately?

14      A.    I could not guess.

15      Q.    More than five?

16      A.    More than 10.

17      Q.    When is the last time that you saw him

18   approximately?

19      A.    Probably I assume 1998.

20      Q.    Was that at the North Broward facility?

21      A.    Correct.

22      Q.    You haven't seen him since you've come to

23   Everglades?

24      A.    No.  Does he still work for Pompano?

25      Q.    I don't know.  Describe -- If you can't

256

1    remember your next meeting with Dr. Davis, describe

2    some of your other meetings with Dr. Davis.

3            A.    I had -- It would be better if you

4    actually asked for my evidence because I have

5    day-to-day notes on Dr. Davis.  I have a personal

6    ledger on Dr. Davis as well all defendants.  I had

7    taken them and filled it out every time I saw a doctor

8    or a dentist, as well as every day how I felt, if I was

9    feeling much pain and suffering.  It would be a little

10   easier because you're asking me - right now I feel

11   mental pressure block and I can't think like that.  I

12   wouldn't know, but there's certain times I have seen

13   him.  One time he tried forcing my mouth open to get a

14   further distance so he could measure it.  Another time

15   I refused to see him, but I was brought down and forced

16   to see him, and I walked away with a DR for 30 days

17   confinement which I have a copy of that DR.

18           Q.    Why has Dr. Davis been named in this

19   lawsuit?

20           A.    Dr. Davis was the main chief health

21   officer at North Broward Detention Center.  He was in

22   the care and custody of all detainees health.

23           Q.    I apologize to interrupt.  Focusing on

24   you, why -- You said that he is in charge of all the

25   detainees.

257

1          A.      Me as other detainees, he was in charge of

2    me and others, and he's the one that originally saw me

3    and took the first set of x-rays, and he knew my jaw

4    was not working at that time.  When I say my jaw was

5    not working at that time, my jaw would not move.

6          Q.      Okay.

7          A.      And that's - and then from there on it

8    goes downhill.  I have to look at my notes.  I don't

9    remember everything.

10          Q.      Okay.  So you can't tell me right now why

11    you sued Dr. Davis?

12          A.      I'm suing Dr. Davis because of the fact is

13    he was the first treating physician.  He's the first

14    treating physician that took x-rays.  He knew that I

15    had fractures.  He's the first treating physician that

16    was fully aware of all my injuries and kept denying me

17    treatment for them.

18          Q.      How do you know that - how do you know

19    that he knew that you had a fracture?

20          A.      Through the x-rays.  Basically you're

21    seeing most of the x-rays or radiologist reports you

22    got from 2/9/96 is the actual occurrence.  You will see

23    them all the way up to 12 something showing fractures

24    still.

25          Q.      And on that visit did Dr. Davis review

258

1   your x-rays with you?

2         A.    He reviewed them, but he would not let me

3   see them, no.

4         Q.    Did he tell you that you did not have a

5   fracture?

6         A.    Yes, he did.  He advised me, my family, my

7   criminal attorneys the same.

8         Q.    Did there ever come a time when Dr. Davis

9   told you that you did in fact have a fracture?

10        A.    That I did in fact?

11        Q.    Yes.

12        A.    No.

13        Q.    He denied that you had a fracture the

14   entire time?

15        A.    The whole time.

16        Q.    What else has Dr. Davis done wrong

17   according to you?

18        A.    The list goes on.  I can't think of them

19   all right now.

20        Q.    Anything off the top of your head that you

21   can think of?

22        A.    Besides giving me false DR, trying to

23   attack me, never getting honest, taking x-rays, knowing

24   I had a fractured jaw, fractured right temple, fracture

25   under my right eye, and also I come to find out I had

259

1    fractures on the left side of my head that I didn't

2    even know; and then I think it was about nine months

3    later through demanding and requesting and grievances

4    that I be taken to an outside place they sent me to the

5    outside oral surgeon which they was ready to wire my

6    jaw shut.

7         Q.    When you say not being honest, what do you

8    mean?

9         A.    He never told me the truth.  That was the

10   worse part.

11        Q.    And the truth being?

12        A.    That I had fractures.  I sustained this.

13   I sustained that.  That your jaw has to be wired

14   closed.  He never did that.

15        Q.    How many x-rays were taken of you that

16   day?

17        A.    Five.

18        Q.    Where were the x-rays taken, what part of

19   your body?

20        A.    Well, where the x-rays were taken, they

21   were taken at North Broward Detention Center Jail.

22   They have a little room with an x-ray machine.

23        Q.    On what part of your body?

24        A.    I laid down.  They took the frontal, the

25   back, the sides.

260

1          Q.    And Dr. Davis -- Strike that.  Did Dr.

2     Davis read those x-rays to you?

3          A.    He read me what he wanted to read, but he

4     did not show me.

5          Q.    Do you know how to read x-rays?

6          A.    No, but I -- Can I respond to that?

7          Q.    Yeah.

8          A.    No, I do not know how to read x-rays, but

9     I do know how to see a fracture.

10         Q.    How do you know how to see a fracture?

11         A.    Because I have seen them on my own x-rays

12    showing fractures.

13         Q.    Do you know who Migel A Tome, T-O-M-E, MD

14    is?

15         A.    No.  You're looking at that.  No, I have

16    no idea.

17         Q.    Do you know who Dr. N. Derizier,

18    D-E-R-I-Z-I-E-R, is?

19         A.    That's one of the medical doctors that

20    work for the Broward County Jail.

21         Q.    Did you ever visit with Dr. Derizier?

22         A.    I don't know, but I'm sure I have.  And if

23    I did, they may have been one of the ones that ordered

24    the x-rays and most likely ordered pain medication.

25         Q.    But you don't know --

261

1          A.    Don't know.

2          Q.    -- right now?

3                THE WITNESS:  Would you mind if I use the

4          restroom real quick?

5                MR. SHULMAN:  Go right ahead.  Let's take

6          a break.

7                (Whereupon, there was a brief recess.)

8          Q.    Do you know if a radiologist read your

9    x-ray report on February 9th, 1996?

10         A.    I do not know, no.

11         Q.    I have a record here in front of me.  I'm

12   going to enter your medical records as a composite

13   exhibit.  This record signed by the radiologist states

14   in his report, a fracture suggested on the left

15   mandibular ramus, R-A-M-U-S, correlates with clinical

16   findings.  Signed by Dr. Miguel A. Tome.

17         A.    Yes.

18         Q.    Were you ever made aware of that?

19         A.    Yes.

20         Q.    Were you made aware of that on February

21   9th, 1996?

22         A.    No.

23         Q.    When were you first made aware of this?

24         A.    When I actually received a copy of my

25   medical files while I was housed at North Broward

262

1    Detention Center Jail.  I believe it was either 1996 or

2    1997.

3         Q.    Do you know if when it's written that a

4    fracture is suggested if that means you actually have a

5    fracture or you may have a fracture?

6         A.    I'm not sure how they compile that, no.  I

7    would assume as a doctor by saying -- I'm just

8    assuming.  I'm not a medical doctor.  They wouldn't,

9    quote, suggest it if it was not.  I don't know how they

10   do that.

11        Q.    But you don't know?

12        A.    No.  I wish I did.

13        Q.    See, when you say assume, I have to do

14   that follow-up question.

15        A.    Yes, I apologize.

16        Q.    I also have a record here signed by Dr.

17   Winthrop C. Davis, Dr. Davis, Dr. W.C. Davis, under his

18   report that there was traumatic laceration which he

19   sutured and there was good closure.

20        A.    Correct, that's the actual report filed

21   that day.

22        Q.    Was there good closure?

23        A.    I guess.

24        Q.    Where on your face did he suture you?

25        A.    Right under the right-hand side of my eye.

263

1      Q.    Also within your medical records there are

2   several of these refusal of treatment forms.  Why were

3   you refusing treatment?

4      A.    Refusing treatment, the ones that I have

5   seen through my medical file pertaining to psychiatric

6   medication.

7      Q.    Why were you refusing to take your

8   psychiatric medications?

9      A.    I was being tried on certain medications,

10   and I was not responding well to them.  Either the

11   medication would make me sleep all the time or the

12   medication would make me so jittery to where I have to

13   lay down, stand up, walk, lay down, stand up, walk.

14   It's not a good feeling.  A lot of refusals you will

15   see if they are for medical are because I was in

16   confinement.  I was not able to attend sick call

17   because of being confined.

18      Q.    Why were you in confinement?

19      A.    Can I give you a small synopsis of why?

20      Q.    Just as long as there are no assumptions

21   or guesses involved.

22      A.    No, this is pure fact.  In 1996, February

23   9th, 1996, I was assaulted.  On February 12th I was

24   transferred to the Broward County Main Jail.  I was

25   brought into 7C-2, which is a drug cell ran by one of

264

```
1    the defendant's wives.  Prior to that I was court
2    ordered to a drug cell by my criminal court judge
3    because I wanted to be there.  And what was I going to
4    say?  I just forgot.  I'm sorry.  I'm not having a good
5    day.
6         Q.    Do you recall how long you were in
7    confinement?
8         A.    I'm sorry, yes, that's right.  Then I was
9    brought back.  After my completion of the drug program
10   at the main jail, I came back to North Broward
11   Detention Center Jail.  I was there and within hours I
12   asked for my soft food diet for my jaw because I
13   couldn't chew regular food, and I was placed in
14   confinement from a Deputy Kelley.  Then from that day
15   on seeking medical I was in confinement over half a
16   year straight.
17        Q.    Do you recall seeing something, an x-ray
18   report, date of the test was on February 21st, 1996,
19   which states there's no evidence of fracture or
20   dislocation or other bony abnormality.  The impression
21   was a normal study of the mandible.  Again, signed by
22   Miguel A. Tome, MD, radiologist.  Do you recall seeing
23   that?
24        A.    Yes.
25        Q.    The doctor's name on this report is Dr.
```

265

1    Weathers.

2         A.    Dr. Weathers is the oral surgeon.

3         Q.    Do you know if Dr. Davis discussed --

4    Strike that.  I'm going to go back quickly - go to Dr.

5    Davis and this report on 2/9/96.  Do you know if Dr.

6    Davis discussed with Dr. Tome his report?  His report

7    being Dr. Tome's report.

8         A.    No.  I have numerous requests and

9    grievances asking to see my x-rays and to go over my

10   x-ray reports and I was always denied.

11        Q.    On February 21st, 1996, do you recall if

12   you had x-rays taken?

13        A.    Not offhand, no.

14        Q.    On the February 21st, 1996, report you

15   visited with Dr. Weathers, correct?  Would you deny

16   that a -- Strike that.  If I have in front of me an

17   x-ray report, doctor's name is Dr. Weathers is on it,

18   would you agree that Dr. Weathers saw you that day?

19        A.    I would not say he saw me that day, but I

20   would say that he probably ordered something that day.

21        Q.    I don't want to get too ahead of myself

22   here.  So continuing with Dr. Davis, any other

23   complaints off the top of your head that you can --

24        A.    Let me try to close my eyes and I'm going

25   to try to scan through three years of abuse.  I can't

266

1   think of them all right now.  I can give you the whole

2   three years day-for-day notes on him.

3        Q.    Okay.  Let's move on to the next doctor

4   then.  Let's talk about Dr. Ucker.  What kind of doctor

5   is Dr. Ucker?

6        A.    Dr. Ucker to my understanding is a medical

7   doctor in private practice as a surgeon.

8        Q.    And how did you come to this

9   understanding?

10       A.    By talking to him.

11       Q.    How many visits would you say that you had

12  with Dr. Ucker?

13       A.    Close to 10 if not more.

14       Q.    When did you start visiting with Dr. Ucker

15  if you can recall?

16       A.    I'm guessing now, 1996 to 1998.  It's in

17  between there.  It's a wide stretch.

18       Q.    And, again, this would be around the same

19  time that you were at the North Broward facility?

20       A.    He worked at the main jail.  See, I was in

21  North Broward Detention Center Jail because I'm under

22  psychiatric care.

23       Q.    And what types of examinations did he

24  perform on you?

25       A.    I would repeatedly see him, and he would

267

```
1    write pain medications for me; and then after a couple
2    of times of seeing him I asked him a question and when
3    he told me his name, I said you are the person that
4    shows up all the time in my reports and requests for
5    grievances; and he was aware of my fracture and I asked
6    him about that and he got upset.  I don't know why at
7    this time why he got upset.
8              Q.    I'm sorry for interrupting.  Again, the
9    question is what types of examinations did he perform
10   on you?
11             A.    Okay.  He did facial physical exam.
12             Q.    Anything else, any other types of
13   examinations?
14             A.    No.
15             Q.    Did he perform this type of exam during
16   each visit that you saw him?
17             A.    No, not that I know of.  I can't remember
18   that to be exact.
19             Q.    That's fine.  When you say facial physical
20   exam, what exactly did he do?
21             A.    He's the one that told me I had a fracture
22   under my right eye.  That was about nine months later.
23   He ordered x-rays be taken.  If he didn't tell me, I
24   wouldn't even know.  He knew just by touching me.
25   That's good.
```

268

1          Q.     So did he just touch your face, was that

2     the extent of your exam?

3          A.     My face, my jaw, everything, yes.

4          Q.     Just by him feeling your face?

5          A.     Yes.

6          Q.     He ordered x-rays as well?

7          A.     Yes.

8          Q.     Where, on what part of your body were

9     x-rays taken?

10         A.     Of the head.

11         Q.     Do you know how many x-rays were taken?

12         A.     No, I don't.

13         Q.     Why has Dr. Ucker been named in this

14    lawsuit?

15         A.     Dr. Ucker has been named because of the

16    fact is he's a treating physician.  He's the surgeon in

17    private practice.  There's a code of ethics that he has

18    to follow.  For one, he suggested that OMF fracture

19    surgery be done, and then the two dentists made the

20    call not to do anything.  I made him aware through

21    grievances and requests and on visits to him that I

22    needed medical treatment.  He would not put any order

23    in for me to be taken outside or to further evaluate my

24    condition other than continuously medicate me with pain

25    medication.

269

1       Q.      What is this code of ethics that you refer

2   to?

3       A.      I'm referring to that under Florida

4   statutes under license division of a doctor.  He was

5   made aware of the continually wrong and the hidden

6   facts of other doctors.  He should have brought them up

7   before the licensing division.

8       Q.      How do you know that he was made aware of

9   these conditions?

10      A.      By me.

11      Q.      How by you?

12      A.      Request of grievance.

13      Q.      By you?

14      A.      Yes, and verbally.

15      Q.      Do you know if he received those written

16  grievances?

17      A.      Yes.  That's our only communication is

18  through requests for grievances.

19      Q.      And what did you verbally tell him?

20      A.      Every time I seen him I verbally told him

21  of the pain and uncomfortable feeling in my jaw, the

22  numbness, the headaches and very severity of the

23  headaches were so bad that I was using Icy Hot on my

24  head to help take aware the headaches.  I think he

25  ordered - at one time I was on Darvocet, Midrin,

270

1    Motrin, Tylenol and one more pain medication.  I don't

2    recall that one offhand.

3        Q.    Did he prescribe all these pain

4    medications?

5        A.    Yes.  I'm pretty sure he did, yes.  Let's

6    put it this way, looking back, yes.

7        Q.    I have to ask because you said pretty

8    sure.  Do you know 100 percent sure if he prescribed

9    all these medications for you?

10        A.    Not 100 percent, no.

11        Q.    But you said earlier that he did prescribe

12    pain medications?

13        A.    Yes.

14        Q.    What was his response to your grievances

15    or to you verbally telling him?

16        A.    Don't know offhand.

17        Q.    What should Dr. Ucker have done?

18        A.    Dr. Ucker should have pushed the issue to

19    where I'd be taken to an outside hospital to have MRI

20    series, taken it further be evaluated for the severe

21    trauma that I received being a surgeon himself and

22    knowing I had a fractured jaw and knowing himself

23    approximately nine months later still having the

24    fracture on the right face or the right eye that I had

25    severe trauma at one time and the complaints of being

271

1    dizzy, nauseous and the continuous pain, that should

2    have prompted him as a doctor to have tests done.

3        Q.    Around this time between 1996 and 1998,

4    were you taking medication for your mental illness?

5        A.    Yes.

6        Q.    Do you recall the medication that you were

7    taking?

8        A.    No.

9        Q.    Do you contend today that your jaw is

10   still fractured?

11       A.    No.

12       Q.    Anything else regarding Dr. Ucker?

13       A.    Not offhand, no.

14       Q.    Again, in the composite defense exhibit

15   there's an EMSA correctional care medical pass dated

16   March 4th, 1996 signed by Dr. Ucker where he gave you

17   an extra pillow.

18       A.    Correct, yes, because of the trauma I

19   received through the assault where it fractured my face

20   and I had to use two pillows to make it to where I can

21   lay down and sleep and breath which I actually still

22   have to do that to this day, and also because of the

23   pillows in the county jail were so hard I needed two

24   pillows to make it softer so when I lay on the side of

25   my face the pain would not be twice as much.

272

1          Q.    So, again, please correct me if I'm wrong,

2     your main criticism of Dr. Ucker is he should have

3     pushed the issue more for you to be taken to an outside

4     hospital?

5          A.    Yes.

6          Q.    Were you satisfied otherwise with his care

7     and treatment?

8          A.    As far as providing pain medications and

9     telling me that I did have one fracture that I was not

10    even made aware of, yes, months later.

11         Q.    Anything else with Dr. Ucker?

12         A.    No.

13         Q.    Let's go to Dr. Weathers now.  Do you

14    recall how many times you saw Dr. Weathers

15    approximately?

16         A.    More than 10.  I first started seeing Dr.

17    Weathers as what I thought to be a dentist and we had a

18    dentist patient mutual feeling.  That's all we had.

19    Then I come to find out he was an oral surgeon.  He did

20    not tell me he was an oral surgeon at first until about

21    six months later.  Then he said I will see the oral

22    surgeon soon, and he came in and says he was the oral

23    surgeon.

24         Q.    Do you know the difference between a

25    dentist and an oral surgeon?

273

1          A.     Yes, in my understanding.

2          Q.     What is that understanding?

3          A.     My understanding is that dentists do

4     routine dental care, caps, fillings, extractions.  Oral

5     surgeons do surgery where they cut open the inside of

6     the mouth, jawbone, extractions.

7          Q.     Do you have criticism against Dr. Weathers

8     for not disclosing that he was an oral surgeon to you?

9          A.     Yes.

10          Q.     What is that criticism?

11          A.     The criticism is he was not forthright,

12     honest from the start saying, hi, my name is Dr.

13     Weathers, I'm the oral surgeon for the jail, which he

14     was the oral surgeon for both jails, the only one.

15          Q.     When did you visit with Dr. Weathers,

16     around what time period?

17          A.     1996.

18          Q.     Did you see him any time thereafter?

19          A.     Yes, 1996 through 1997.

20          Q.     And what facility were you seeing Dr.

21     Weathers?

22          A.     Pretty sure it was all at the main jail.

23          Q.     Did Dr. Weathers perform any type of

24     examination or examinations on you?

25          A.     Yes.

274

1          Q.    What type of examinations?

2          A.    He did the facial physical exam.

3          Q.    What do you mean by that?

4          A.    He would touch my jawbones, my facial

5    bones.

6          Q.    Anything else?

7          A.    He would take x-rays.

8          Q.    Where did he take x-rays, what part of

9    your body?

10          A.    Of the head, jaw, face.

11          Q.    Do you know how many x-rays he took?

12          A.    Not offhand but I would assume -- Strike

13    that.  I would say he took approximately four x-rays.

14          Q.    Did he take x-rays during every visit that

15    you had with him?

16          A.    No.

17          Q.    Would it -- Strike that.  Did he only take

18    x-rays of you on one occasion?

19          A.    No, only on one occasion.

20          Q.    Did he take three, four x-rays on one

21    occasion?

22          A.    No, sir.

23          Q.    And what were his conclusions; what was

24    his diagnosis of you?

25          A.    One time they told me my jaw was

275

1    fractured.

2         Q.    Just clarify when you say they.

3         A.    Dr. Weathers and Dr. Cline.

4         Q.    Okay.  Let's just focus on Dr. Weathers.

5         A.    Yes.

6         Q.    I know you previously testified that they

7    worked together?

8         A.    Right.

9         Q.    Let's just focus on Dr. Weathers.

10         A.    Dr. Weathers advised me of my fractured

11    jaw, limited opening of the mouth.  He ordered x-rays

12    for that.  I seen the x-rays of that which showed I had

13    a fracture.

14         Q.    Did he --

15         A.    I was told that I had fractures in two

16    places by Dr. Weathers.

17         Q.    What did Dr. Weathers do for you?

18         A.    What did Dr. Weathers do for me?  He did

19    nothing.  He ordered pain medications.  That was the

20    extent.  On another occasion Dr. Weathers ordered

21    x-rays be taken of my right temple.  He brought in

22    x-rays and placed it up on the x-ray light, and I seen

23    that I had a fracture of my right temple.

24         Q.    Did he tell you, you had a fracture of

25    your right temple?

276

1        A.    Yes, he did.

2        Q.    And what did he say after telling you

3   that?  Did he say you have a fractured right temple,

4   good-bye or --

5        A.    I would have to refer to my notes, but I'm

6   assuming - I would say yes.

7        Q.    But you don't know for sure?

8        A.    No.

9        Q.    Why did you name Dr. Weathers in this

10  lawsuit?

11       A.    Dr. Weathers was the oral surgeon for both

12  jails.  He was fully aware of my fractured jaw that I

13  could not - it was inoperable.  He was fully aware of

14  my fracture to my right temple.  He was fully aware of

15  a fracture underneath my right eye.  He made decisions

16  not to do my fractured jaw, meaning wire my jaw shut.

17  He made the decision not to wire my right temple

18  closed, which he has no reason to even make that call

19  because he's a dentist.  He's not a medical doctor.

20       Q.    Did you testify that he is an oral

21  surgeon?

22       A.    Yes, sir.

23       Q.    And you said there's a difference between

24  an oral surgeon and a dentist?

25       A.    Yes, sir.

277

1        Q.    Anything else?

2        A.    No.

3        Q.    So you were just unhappy - you were just

4   unhappy with his decisions?

5        A.    Yes.  I can go in more depth.

6        Q.    Okay.

7        A.    Switching x-rays, hiding the fact that I

8   had x-rays taken of me showing fractures and showing me

9   other people's fractures - no fractures, excuse me,

10   other people with no fractures.

11       Q.    How do you know that he switched x-rays?

12       A.    I have - I was there when it was

13   happening.

14       Q.    Was there anyone else present?

15       A.    Dr. Cline, DDS.

16       Q.    Did you say anything when he was allegedly

17   switching x-rays?

18       A.    I don't recall.

19       Q.    How do you know that he was switching the

20   x-rays allegedly?

21       A.    At one time I walked in to the little room

22   where they develop the x-rays.  Dr. Cline had my x-rays

23   up on the wall.  I walked in with him and x-ray

24   technician Wayne Evans, and I saw him grab an x-ray and

25   show me I had no fractures; but then when I walked in

278

1    the room further I seen an x-ray on the wall which

2    showed a fracture.  I told him to get honest, and he -

3    and Dr. Cline got honest with me.  He told me that I

4    did have a fracture to my right temple and a fracture

5    to the jaw.  From that point on Dr. Cline was getting

6    honest.  He didn't hide the fact no more.

7                   (Whereupon, there was a brief recess.)

8         Q.    Okay.  You just stated that it was Dr.

9    Weathers who was allegedly switching your x-rays; is

10   that correct?

11        A.    Him and Dr. Cline, yes, together.

12        Q.    In your last deposition you said it was

13   Dr. Davis who was switching your x-rays; do you recall

14   that testimony?

15        A.    No, I don't recall that.

16        Q.    Did Dr. Davis switch your x-rays to your

17   knowledge --

18        A.    No.

19        Q.    -- allegedly?  That was a no?

20        A.    No.

21        Q.    You stated that Wayne Evans was also

22   present?

23        A.    Correct.

24        Q.    How do you know that it was your x-rays

25   that were up on the wall?

1      A.     The only reason why I know from this day

2  is that they took the x-rays of my head.  Wayne Evans

3  took the x-rays and went back into the dentist office

4  and they were being developed.  When they were

5  developed, Dr. Cline was called in to that room, and it

6  was taking awhile.  So I got up and walked over because

7  at this time I'm curious because I know something is

8  wrong with me.  So I walked in the room.  I saw the

9  x-rays hanging up on the wall after he had showed me

10  someone else's x-ray.  That's how I know.  That's not

11  the only time.  That's just one time.

12      Q.     That's not the only time what?

13      A.     That I have seen the x-rays being

14  switched.

15      Q.     Who else has allegedly switched x-rays?

16      A.     They primarily did it together, Dr.

17  Weathers and Dr. Cline, but that one incident was just

18  with Dr. Cline and the x-ray technician.  I'm not

19  saying the x-ray technician was involved, no, but he

20  was present.

21      Q.     Anything else with Dr. Weathers that we

22  haven't discussed?

23      A.     Not being a medical doctor and making the

24  decision not to wire my right temple closed, not giving

25  me proper, adequate medical care for my fractured jaw

280

1    which was ordered or mandated by a medical doctor.

2    Other than that, no.

3            Q.    Who ordered the wiring?

4            A.    Dr. Ucker.

5            Q.    Do you know if Dr. Weathers was made aware

6    of Dr. Ucker's recommendation that your jaw be wired?

7            A.    From memory I would say yes.

8            Q.    But you don't know that 100 percent?

9            A.    Not right now, no.

10           Q.    You don't know -- Strike that.  Do you

11   know if Dr. Weathers saw other doctors reports

12   concerning your condition?

13           A.    I don't know.  Being a primary oral

14   surgeon I'm sure he has.

15           Q.    But you don't know for sure?

16           A.    No.

17           Q.    See I have to --

18           A.    We're talking years now.

19           Q.    That's fine.

20           A.    If it was a year ago, it would be a lot

21   easier.

22           Q.    Let's go to Dr. Cline.  When did you start

23   visiting with Dr. Cline?

24           A.    Broward County Main Jail.

25           Q.    How many visits would you say that you had

281

1    with Dr. Cline?

2           A.    Over 10.

3           Q.    You said that -- Strike that.  What kind

4    of doctor is Dr. Cline?

5           A.    A DDS, dentist.

6           Q.    Dentist?

7           A.    Yes, and he was the supervisor of

8    dentistry at Broward County Main Jail.

9           Q.    How do you know that?

10          A.    According to a stamp on the records.

11          Q.    You testified earlier that he worked with

12   Dr. Weathers; is that correct?

13          A.    Correct.

14          Q.    When you visited with Dr. Cline, would it

15   always be a visit with Dr. Weathers as well, or did you

16   ever visit with them separately?

17          A.    Separately, not always together.

18          Q.    Would it be fair to say that Dr. Cline saw

19   you during the same time period that Dr. Weathers saw

20   you, that being approximately 1996 to 1997?

21          A.    Yeah, and could lead into 1998 because I

22   was being switched back and forth so much, I don't

23   recall.

24          Q.    What were your chief complaints when you

25   visited with Dr. Cline?

282

```
1        A.    At that time it was severe pain to the
2   head, temporal lobes, my jaw not functioning right,
3   bone sticking out of the side of my face, jawbone
4   itself, the nerve damage that I still suffer today.
5   Just touching it like that sends a shockwave of nerves.
6   Expressing all my pain and suffering to him that I felt
7   at that time from all the trauma that I suffered
8   because it was just recent.  I had just gotten beat up
9   and then I was moved to the main jail and then I
10  started my requests and grievances.
11       Q.    What types of examinations did he perform?
12       A.    He done physical.
13       Q.    What do you mean by that?
14       A.    He would do - perform - he would look into
15  my mouth, determine my cavities, fillings.  He'd
16  measure my jaw opening, and he would do a physical exam
17  and order x-rays.
18       Q.    Would him looking into your mouth and
19  checking you for cavities, would that be consistent
20  with what you think that dentists generally do or
21  consistent with what a dentist generally does?
22       A.    Yes.
23       Q.    How about checking your face?
24       A.    No.
25       Q.    But he checked your face nonetheless?
```

283

1          A.     Yes.

2          Q.     Where did he take x-rays on your person?

3          A.     The x-ray technician took the x-rays of my

4    facial which would be the front.  Usually they took it

5    from the front and then from the side.

6          Q.     Did Dr. Cline take x-rays of your teeth?

7          A.     I'm sure he did, yes.

8          Q.     Do you know if he took x-rays of your

9    teeth?

10          A.     I'm sure he did.  I don't recall, but I

11    would have to say 100 percent, yes.

12          Q.     Again, remember, it's okay if you say I

13    don't know or I don't remember.  Totally fine.

14          A.     Yeah.

15          Q.     Did Dr. Cline ever give you a diagnosis,

16    say what was wrong with you?

17          A.     Dr. Cline at first was hiding the fact

18    that I had severe trauma, was hiding the fact that I

19    had a fractured jaw.

20          Q.     What do you mean by he was hiding?

21          A.     He would not come forward and tell me that

22    I had a fractured jaw even though I was complaining I

23    couldn't chew food, I couldn't eat.  He was aware of

24    the facial bone because at that time I had still the

25    black and blue marks all over my face from the trauma I

284

1    suffered.  He was aware of the fractures to both sides

2    of my face I'm sure because he knew the fractures for

3    one side.  He was fully aware of the fracture to my

4    right temple.

5         Q.    How do you know that he was aware of these

6    fractures?

7         A.    Because of the fact is when he took the

8    x-rays, they would usually bring them and set them up

9    on the light.  They have a little light they put them

10   on and I would see.

11        Q.    Did Dr. Cline - do you know if Dr. Cline

12   looked at these x-rays?

13        A.    Yes.

14        Q.    You said that initially he was hiding the

15   fact that you had a jaw fracture; is that correct?

16        A.    Yes.

17        Q.    And did he eventually tell you that you

18   had a jaw fracture?

19        A.    Yes, in the year 1997 - I'm pretty sure it

20   was 1997 where he finally was getting honest.  After

21   him and Dr. Weathers made the decision not to wire my

22   jaw shut in 1996, they made a decision not to wire my

23   right temple closed in 1996.  1997 Dr. Cline was

24   getting honest with me, and he is the one that advised

25   me at that time the only appropriate surgery would be

285

1    to go through my inside of my mouth, rebreak the

2    jawbone itself, reset it and wire my jaw shut.

3        Q.    Was that the OMF surgery?

4        A.    Yes, but OMF surgery was recommended in

5    1996.  This was approximately 1997.  Eventually he told

6    me the jawbone on the right side of my face will never

7    go down, and that's when we had a conflict of interest

8    because I was - I would bring that to Dr. Weathers

9    attention, what he said, and Dr. Weathers would yell at

10   me calling me a liar that Dr. Cline would never say

11   such a thing; but Dr. Cline was actually getting

12   honest.  Dr. Weathers still maintained his ground

13   denying it.

14       Q.    Did you ever visit with Dr. Cline and Dr.

15   Weathers together?

16       A.    Yes.

17       Q.    How many occasions would you say you

18   visited with them together?

19       A.    More than 10, and at first I didn't even

20   know he was an oral surgeon.

21       Q.    When I say together, I mean with them in

22   the same room together with you?

23       A.    Correct.

24       Q.    What should Dr. Cline have done?

25       A.    Dr. Cline should have gotten honest from

286

1    the start.  Should have told me what's wrong as he's a

2    dentist.  He should have just came straightforward.  He

3    had nothing to lose.  It wasn't none of his fault, and

4    he should have recommended certain treatments that

5    should have been done, that should have been carried

6    out.  He should have never made decisions not to wire

7    my right temple closed.  He should have never made

8    decisions not to wire my jaw closed.

9         Q.    Did Dr. Cline himself tell you that he was

10   not -- Strike that.  Did Dr. Cline himself tell you

11   that you shouldn't have your jaw wired?

12        A.    I was told by the main leading force

13   between that was - they were discussing it, Dr.

14   Weathers and Dr. Cline, together, and Dr. Weathers

15   would be the voice of them.  In other words, Dr.

16   Weathers would tell me because he was the surgeon.

17        Q.    So Dr. Weathers would speak for Dr. Cline?

18        A.    On that one issue, yes.

19        Q.    Did Dr. Weathers say Dr. Cline and I have

20   agreed that you shouldn't have your --

21        A.    Yes, they said that, yes, he has said

22   that.

23        Q.    But you don't know if Dr. Cline believed

24   if you should have your jaw wired shut or not, do you?

25        A.    I can't recall that far back.

287

1        Q.    Are you basing what Dr. Cline believed

2   about the wiring on what Dr. Weathers told you?

3        A.    Rephrase that.

4        Q.    That was a horrible question.

5        A.    Yeah, because that one can be interpreted

6   two different ways.

7        Q.    Dr. Cline himself never told you that he

8   believed that you should not have your jaw wired?

9        A.    No.

10       Q.    You only got that from Dr. Weathers?

11       A.    Correct.

12       Q.    And you believe that you should have had

13  your jaw wired?

14       A.    Yes, of course, I mean, I was the one

15  living with the jaw, yes, and not knowing or being a

16  medical doctor, I was believing in their decisions,

17  yes.

18       Q.    Why did Dr. Weathers tell you that you

19  didn't need your jaw wired?

20       A.    I don't know.  That's the million dollar

21  question.

22       Q.    You stated earlier that Dr. Ucker was the

23  one who initially recommended that you have your jaw

24  wired shut, correct?

25       A.    Yes, I found that out through 1996

288

1    informal grievance that I filed with Barbara

2    Hanson-Evans responded telling me that Dr. Ucker -

3    that's when I learned who he was - Dr. Ucker

4    recommended OMF fracture surgery.

5         Q.    Prior to him recommending OMF surgery, had

6    you met with him?

7         A.    No.  So that leads me to believe that he

8    has read my x-rays and was fully aware of my fractures.

9    That was in 1996.  That might be attached to my

10   complaint.

11        Q.    Anything else about Dr. Cline?

12        A.    Other than he has a professional duty to

13   ensure his patients receive adequate professional

14   medical or dental care, which I did not receive.

15        Q.    And what would that adequate dental care

16   be?

17        A.    Adequate dental care would have been

18   ensuring that I did receive the OMF fracture surgery.

19   I would have had my right temple closed, which means

20   wired because today that might be a lot of my problems

21   with my pain still today.  It was broken about that

22   much.  I seen the x-ray.  It was fractured that much,

23   and the bone marrow grew together.  So that might have

24   trapped my nerves and that could be -- You know, I

25   don't know.  I'm not a medical doctor.

289

1          Q.    How do you know that the bone marrow came

2    together?

3          A.    I'm told that's how it grew back together.

4    I was told that by medical doctors.

5          Q.    Who?

6          A.    In the prison system.  Names I do not

7    know.  I have seen so many.  They go through so many

8    doctors in the prison system.

9          Q.    Dr. G. Pearson, how many times did you

10   visit with Dr. G. Pearson?

11         A.    Probably more than 20.

12         Q.    And at what facility did you visit with

13   him?

14         A.    North Broward Detention Center Jail.

15         Q.    During what time period did you visit with

16   him?

17         A.    Between 1996 and 1998.

18         Q.    And what kind of doctor is Dr. G. Pearson?

19         A.    DDS, dentist.

20         Q.    Basic dentistry, dentist?

21         A.    Yes.

22         Q.    And what were your chief complaints when

23   you visited with Dr. G. Pearson?

24         A.    My initial complaints were always through

25   requests and grievances.  He would respond, he'd call

290

1    me down.  He has taken x-rays.

2          Q.    I'm sorry for interrupting.  When you say

3    they were initially through grievances, what would you

4    say?

5          A.    I would say I'm having very severe pain.

6    I would say whatever I felt at that time.  Mostly at

7    that time in 1996 severe dizziness, nauseousness, pain

8    in my head, my jaw, and I'm sure at one time I was - I

9    would say it a lot differently.  I look back at some of

10   my writings in 1996.  It's different than how I write

11   today.  I had to re-learn a little bit.

12         Q.    Any other complaints --

13         A.    Well --

14         Q.    -- as to why you needed to see Dr. G.

15   Pearson?

16         A.    Dr. G. Pearson was made fully aware of all

17   my medical?

18         Q.    Not your complaints of Dr. G. Pearson,

19   your complaints when you saw him, like did you say oh,

20   my tooth hurts?

21         A.    Yes, I would complain of the teeth hurting

22   or I need dental care.  He would perform dentistry.

23         Q.    What did he specifically do for you?

24         A.    Either tooth extraction or fillings.

25         Q.    Is fillings or tooth extractions

291

1    consistent with what you believe dentists do?

2         A.    Yes.

3         Q.    Did he perform tooth extractions and/or

4    fillings after this incident with Mr. Beach?

5         A.    Yes.

6         Q.    By the way, I apologize, we're going to

7    backtrack for a second.  Had you ever visited with Dr.

8    Ucker prior to the incident with Mr. Beach?

9         A.    No.

10        Q.    Have you ever visited with Dr. Weathers

11   prior to the incident with Mr. Beach?

12        A.    No.

13        Q.    Had you ever visited with Dr. Cline prior

14   to the incident with Mr. Beach?

15        A.    No.

16        Q.    Had you ever visited with Dr. Pearson

17   prior to the incident with Mr. Beach?

18        A.    No.

19        Q.    Had you ever visited with Dr. G. Pearson

20   prior to the incident with Mr. Beach?

21        A.    Possibly yes because he was at Pompano.

22        Q.    You said I believe that Dr. G. Pearson

23   took x-rays; is that correct?

24        A.    Yes.

25        Q.    Where on your body did he take x-rays?

292

```
1          A.     Of the -- I can't recall offhand.
2          Q.     That's fine.  What types of exam, if any,
3    did he perform on you?
4          A.     He done facial exams, meaning he would
5    just touch my face.  He would do basic dentistry and my
6    opening of my mouth.  He had a hard time inserting a
7    dentist drill or just tools in order to do basic
8    dentistry.
9          Q.     By basic dentistry, what do you mean,
10   cleanings?
11         A.     Cleanings, fillings, cavities.
12         Q.     Did he ever -- Strike that.  Why have you
13   named Dr. G. Pearson in this lawsuit?
14         A.     Dr. G. Pearson was made fully aware of all
15   my complaints of medical.  He was the only dentist at
16   North Broward Detention Center Jail.  So he was
17   definitely the one that took all the complaints of all
18   my complaints of dental problems.
19              MR. SHULMAN:  I'm sorry.  I missed that.
20         Can you read that back.
21              (Whereupon, the requested portion of the
22         testimony was read by the court reporter as
23         previously recorded.)
24         Q.     How do you know that he definitely took
25   your complaints?
```

293

```
 1              A.    Through requests and grievances.

 2              Q.    Do you know if he saw these requests and

 3      grievances?

 4              A.    Yes.

 5              Q.    How do you know that?

 6              A.    Responding.

 7              Q.    He signed off?

 8              A.    Yes, either he would sign off or his

 9      dental assistant would sign off.

10              Q.    Around the time of the incident, 1996,

11      were you taking Lithium?

12              A.    I couldn't answer that.  Most likely,

13      maybe.

14              Q.    Are you presently taking Lithium?

15              A.    No.

16              Q.    Do you know when you stopped taking

17      Lithium?

18              A.    No.

19              Q.    What should Dr. G. Pearson have done?

20              A.    Dr. G. Pearson should have took all my

21      complaints and continuously forwarded them on to Dr.

22      Davis, and he knew Dr. Davis wasn't going to do

23      nothing.

24              Q.    I'm sorry for interrupting.  How do you

25      know that he knew that he wasn't going to do anything?
```

294

1      A.   I would put that together based on my

2  requests, all my grievances and all my responses

3  verbally to Dr. Pearson of my severe complaints of

4  trauma, headaches and everything else.  He should have

5  took it beyond the jail's capacity and brought it to a

6  higher level because the jail was fully aware of it

7  too.  I have responses from all the superintendents,

8  which they all got fired now.  There ain't nobody I

9  ain't responded to complaint wise.

10      Q.   Just clarify for me one more time, how do

11  you know that Dr. Davis wouldn't have done anything if

12  Dr. G. Pearson brought these to his attention?

13      A.   Dr. Davis is the one that denied me

14  medical treatment from the start.  He's the main

15  culprit.  I know now if he would have done his

16  appropriate job and sent me to an outside hospital and

17  had my jaw wired shut the same day it was broken and to

18  fix my other trauma, I would not have this case sitting

19  before us.

20      Q.   Do you know -- Strike that.  Do you have

21  any personal knowledge that Dr. G. Pearson knew that

22  Dr. Davis wasn't going to do anything?

23      A.   No.

24      Q.   Anything else about Dr. G. Pearson?

25      A.   No, other than that he always ordered pain

295

1    medication, soft food diets for my jaw because I

2    couldn't chew strong foods.

3         Q.    What other physicians that you named in

4    this lawsuit have ordered soft food diets?

5         A.    I can't think, but I would have to

6    assume - that's the only problem.  Dr. Ucker I think

7    continued it.  Plus, there's many other doctors that

8    have no interest in this case that have ordered it.

9    Plus, I even have the directors of the mail - directors

10   of the jail had the doctors reorder just upon request.

11        Q.    I'm just looking through your records

12   here.  I'm not going to go over every single one of

13   them.  I'm going to try to highlight some.  Inmate

14   medical request form with the date kind of blurred out

15   above your name, but it was returned to you or the

16   staff section was written August 23rd, 1995.  You had

17   complained of pain in your right shoulder, in your

18   forearm and your joints.  Do you recall ever feeling

19   pain in your shoulder joints?

20        A.    Sure, I'm sure I have.

21        Q.    What would you attribute stuff like that

22   to?

23        A.    Because of being in jail, incarcerated for

24   a long period of time, just laying around, laying in

25   the bed, no activity.

296

1      Q.    Did each of the doctors that you have

2  named as defendants in this suit give you pain

3  medication?

4      A.    Yes.

5      Q.    Give me two seconds.  What is the basis of

6  your allegation that EMSA as a policy denies costly

7  medical treatments?

8      A.    Okay.  That would start from my

9  incarceration of being present in county jail seeing

10  other detainees being denied adequate medical care.

11  That would go to me being beaten and receiving severe

12  trauma and fractures and denied proper medical care.

13  That would be from other detainees dying while under

14  the EMSA care, the Broward County Sheriff's care.  That

15  would go to -- I have like maybe 10 articles of other

16  people, you know, from Broward County from 1996 to 1998

17  showing policy - the policy I'm showing as I was told

18  by Dr. Cline that due to the extreme costs of surgery

19  that most detainees are denied appropriate medical care

20  because of the cost and they use the less effective

21  way.  Now in my case I'm not saying he came out and

22  said that's the reason why I'm denied medical, but I

23  could attribute that to that.

24      Q.    But he never told you that that was the

25  reason that you were being denied medical?

297

1          A.     Not in my total factual case, no.

2          Q.     Do you have any personal knowledge of this

3     policy?  Have you ever seen such a policy?

4          A.     Of course not.

5          Q.     You just heard it through others?

6          A.     That's based on personal belief, personal

7     knowledge and personally going though it and personal

8     knowledge of other stories and of other inmates being

9     beaten and denied medical care, having broken bones in

10    their face then three weeks later being taken to an

11    outside hospital and having them removed from their

12    face, things like that.

13         Q.     Have you ever been convicted of a crime

14    involving dishonesty or fraud?

15         A.     No, even while I'm in prison I try to be

16    as honest as I can.

17         Q.     I know you stated earlier - I understand

18    you have some ongoing criminal civil matters.  Why are

19    you in prison today?

20         A.     I was charged with first degree murder,

21    assault and battery and robbery.

22         Q.     Were you convicted?

23         A.     I would respond yes, not because of the

24    crime but because of what happened, yes.

25         Q.     Can you go into because of what happened?

298

1          A.    I will give you a small detail.  In my

2    3.850 I pulled out of all the transcripts the police

3    lying on the stand.  I have shown where the prosecutor

4    was using falsified information, using detectives to

5    lie on the stand, using two state doctors to lie on the

6    stand, and jury misconduct three times caught lying.

7    That's about the main things.

8          Q.    Did you appeal your conviction?

9          A.    Yes.

10          Q.    What was the result of that appeal?

11          A.    Affirmed.

12          Q.    And now you're presently going through

13    other channels?

14          A.    Yes, 3.850.  That's the one I haven't

15    received the response back from - the state's response

16    back to me, which I proved my innocence.  It's just

17    going to take time.  That's where I can prove

18    conspiracy with EMSA and the sheriff and my trial.

19              MR. SHULMAN:  I think we're done unless

20          Miss Barranco has any other questions.

21              MS. BARRANCO:  No.

22              (Whereupon, Defendant's Composite Exhibit

23          Number 1 was marked for identification and the

24          Deposition was concluded at 1:25 p.m.)

25

299

1

2

3                          Witness

4

5    STATE OF FLORIDA

6    COUNTY OF BROWARD

7              SUBSCRIBED AND SWORN TO before me on this.

8       day of                   , 2001.
                                        ___

9

10

11                           NOTARY PUBLIC
                             Broward County, Florida

12   My Commission Expires on:

13

14

15

16

17

18

19

20

21

22

23

24

25

300

1                          CERTIFICATE OF OATH

2

STATE OF FLORIDA
3   COUNTY OF BROWARD

4

5            I, the undersigned authority, certify that

6   WILLIAM M. HICKS personally appeared before me and was

7   duly sworn.

8

9            WITNESS my hand and official seal this

10  20th day of November, 2001.

11

12

13

14

15                       _Sara N. Conway_

16                 SARA N. CONWAY

17                 Notary Public - State of Florida

18

19

20

21

22

23

24

25

301

CERTIFICATE

STATE OF FLORIDA

COUNTY OF BROWARD

I, SARA N. CONWAY, Registered Professional Reporter, certify that I was authorized to and did stenographically report the foregoing deposition; and that the transcript is a true record of the testimony given by the witness.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 20th day of November, 2001.

_____
SARA N. CONWAY
Registered Professional Reporter

## A

ability 246:18
able 223:10,11,21
  239:17 263:16
abnormality 264:20
about 213:22 214:14
  217:2 219:11,14
  220:1 221:13 226:3
  227:19 231:20 233:23
  236:3,22,24 239:8
  246:14 252:19 259:2
  266:4 267:6,22
  272:20 282:23 287:2
  288:11,21 294:24
  298:7
above 213:4 295:15
above-styled 302:10
abuse 265:25
accommodate 224:3
according 258:17
  281:10
accurate 234:12
aches 242:19,21
action 247:19 301:14
  301:15
actions 229:2
activity 219:8 295:25
acts 225:25
actual 232:23 233:12
  233:13 235:17 240:6
  245:6 257:22 262:20
actually 225:23 226:8
  227:1 228:16 256:4
  261:24 262:4 271:21
  285:11
add 232:2
adequate 279:25
  288:13,15,17 296:10
Advice 238:21
advise 302:13
advised 243:18 245:6
  258:6 275:10 284:24
affairs 223:3
affect 246:18,19
affects 219:6
affirmed 213:8 298:11
after 214:15,17 221:6
  231:2,6 232:7,11
  236:9 241:18 242:4
  242:10 250:8 253:15
  264:9 267:1 276:2
  279:9 284:20 291:4
again 213:12,13 214:15
  221:24 222:14 223:25
  224:7 226:10,13
  227:13 229:9,23
  230:24 232:4 233:22
  234:21 236:17 237:14
  240:10,13 242:11
  244:18 247:1 251:19
  264:21 266:18 267:8
  271:14 272:1 283:12
against 273:7
ago 219:17 224:8
  280:20
agree 265:18
agreed 286:20

ahead 261:5 265:21
ain't 222:12 245:16
  294:8,9
alignment 221:8,8,11
  221:15
allegation 296:6
allegations 245:9
alleged 246:17 249:3
allegedly 277:16,20
  278:9,19 279:15
already 253:14 254:2
always 226:7 265:10
  281:15,17 289:24
  294:25
amended 231:21
amount 225:3
Andrews 302:1
and/or 240:24 291:3
another 223:7 226:8
  233:13 256:14 275:20
answer 213:18 223:11
  232:5,6 243:9 247:25
  293:12
answered 229:12,17,24
answering 240:10
answers 213:19
antibiotics 217:3,19
anxiety 225:24
anyone 239:18 241:16
  277:14
anything 216:20
  219:12 222:8,18
  229:4 230:16 244:2
  254:13 258:20 267:12
  268:20 271:12 272:11
  274:6 277:1,16
  279:21 288:11 293:25
  294:11,22,24
anywhere 233:8
apologize 224:13
  233:22,24 247:2
  256:23 262:15 291:6
appeal 298:8,10
APPEARANCES
  212:1
appeared 300:6
appearing 212:4,8
appointment 217:6
  218:3
appropriate 284:25
  294:16 296:19
approximate 213:22
approximately 214:6
  216:14 217:1 220:19
  220:21 222:21 254:1
  254:23 255:13,18
  270:23 272:15 274:13
  281:20 285:5
arose 242:13
around 242:23 243:13
  266:18 271:3 273:16
  293:10 295:24
arrested 242:10
articles 296:15
Aside 220:9 222:5
  252:7,9 254:22
asked 216:22 224:15

229:10,14 236:22
  253:2 256:4 264:12
  267:2,5
asking 213:15 243:24
  245:5 256:10 265:9
assault 231:7 271:19
  297:21
assaulted 263:23
assistant 293:9
ASSOCIATION
  211:12
assume 213:18 240:15
  240:16,21 255:19
  262:7,13 274:12
  295:6
assuming 262:8 276:6
assumptions 213:24
  263:20
attached 288:9 302:12
attack 258:23
attempt 249:9
attend 263:16
attended 251:13
attention 239:21 245:2
  285:9 294:12
attorney 244:13 301:12
  301:14
attorneys 238:23 258:7
attribute 242:21
  295:21 296:23
August 234:12 295:16
authorities 249:9,12,16
  249:19
authority 300:5
authorized 301:6
Avenue 211:23 302:1
aware 220:18 239:9
  243:17 247:14,19
  248:25,25 249:7
  252:1,11 257:16
  261:18,20,23 267:5
  268:20 269:5,8,24
  272:10 276:12,13,14
  280:5 283:23 284:1,3
  284:5 288:8 290:16
  292:14 294:6
away 237:17 256:16
awhile 279:6
a.m 211:24

## B

B 212:15
back 215:5 217:12
  218:8 224:11 232:3
  233:3 237:21 238:23
  240:1,2 244:2 245:14
  252:3 259:25 264:9
  264:10 265:4 270:6
  279:3 281:22 286:25
  289:3 290:9 292:20
  298:15,16 302:12
backtrack 291:7
bad 221:2 251:4 269:23
barbara 211:9 212:9
  288:1
barranco 212:7 298:20
  298:21

based 225:2 230:3
  294:1 297:6
basic 218:4 239:7
  248:21,22 289:20
  292:5,7,9
basically 218:21 221:14
  228:6 230:5 238:5
  245:7 252:25 257:20
basing 287:1
basis 296:5
battery 297:21
Beach 220:14,15,16
  225:12 231:2 232:8
  233:9 242:3,7,17,24
  250:8 253:12,16
  291:4,8,11,14,17,20
beat 217:25 219:6
  282:8
beaten 296:11 297:9
bed 295:25
before 213:2 217:4
  220:7 223:9 227:17
  252:18 253:11 269:7
  294:19 299:7 300:6
behalf 212:4,8
behind 239:18 244:7
being 225:2 232:12
  233:1 239:24,25
  251:10 255:7,7 259:7
  259:11 263:9,17
  265:7 270:21,25
  279:4,13,23 280:13
  281:20,22 287:15
  295:23 296:9,10,11
  296:25 297:8,10
belief 247:11 297:6
believe 216:17 224:25
  228:8,14,22 241:23
  244:9 251:20,23
  252:10 262:1 287:12
  288:7 291:1,22
believed 237:13 286:23
  287:1,8
believing 237:23
  287:16
besides 219:12 258:22
bet 228:6,10
better 223:18 256:3
between 234:12 241:8
  241:12 248:8 266:17
  271:3 272:24 276:23
  286:13 289:17
beyond 294:5
bit 215:3 290:11
black 283:25
block 256:11
blood 219:7 231:4
blue 283:25
blurred 225:24 243:8
  295:14
body 241:4 259:19,23
  268:8 274:9 291:25
bone 241:13 282:3
  283:24 288:23 289:1
bones 274:5 297:9
bony 264:20
born 217:24

boss 233:20
both 273:14 276:11
  284:1
bottles 230:15
Box 302:6
break 223:25 239:23
  241:9,12,13,13,17,19
  241:21 261:6
breath 271:21
brief 261:7 278:7
bring 284:8 285:8
broken 231:5 247:18
  250:1 288:21 294:17
  297:9
brought 239:20 256:15
  263:25 264:9 269:6
  275:21 294:5,12
broward 227:23 228:9
  229:3 232:25 235:9
  235:11,15,18 239:24
  240:1 244:15,16
  252:16 255:2,7,8,20
  256:21 259:21 260:20
  261:25 263:24 264:10
  266:19,21 280:24
  281:8 289:14 292:16
  296:14,16 299:6,11
  300:3 301:3
buy 224:5

## C

C 253:7 262:17
call 253:1 263:16
  268:20 276:18 289:25
called 215:19 226:10
  228:17,19 239:25
  252:3 279:5
calling 285:10
calm 246:20
came 264:10 272:22
  286:2 289:1 296:21
capacity 294:5
caps 273:4
care 229:2 238:11
  250:11 252:2,6 253:1
  256:22 266:22 271:15
  272:6 273:4 279:25
  288:14,15,17 290:22
  296:10,12,14,14,19
  297:9
careful 238:25
carried 286:5
case 211:3 213:22
  238:24 244:2,6
  294:18 295:8 296:21
  297:1
caught 298:6
cause 213:4 228:18
  302:10
caused 220:12,14
causes 226:7
cavities 248:24 282:15
  282:19 292:11
cell 222:1 263:25 264:2
  264:11 266:21 289:14

292:16
cents 231:22
certain 251:17 256:12
  263:9 286:4
CERTIFICATE 300:1
  301:1
certify 300:5 301:6,11
chance 230:14
changed 223:24
channels 298:13
charge 256:24 257:1
charged 297:20
Charles 241:24
check 232:24
checked 282:5
checking 282:19,23
chew 264:13 283:23
  295:2
chief 216:4,6 255:3,5
  255:11 256:20 281:24
  289:22
CHIMPOULIS 212:3
CHO 216:4
choose 238:19
civil 297:18
claiming 233:4
clarify 229:10 230:24
  232:5 247:25 275:2
  294:10
clean 217:5
cleaning 217:15,16,17
cleanings 292:10,11
clear 239:24
cleared 231:4
clerks 238:23
cline 211:11 212:5
  235:21,25 236:3,14
  239:22 240:4,24
  275:3 277:15,22
  278:3,5,11 279:5,17
  279:18 280:22,23
  281:1,4,14,18,25
  283:6,15,17 284:11
  284:11,23 285:10,11
  285:14,24,25 286:9
  286:10,14,17,19,23
  287:1,7 288:11
  291:13 296:18
clinical 261:15
close 236:12 265:24
  266:13
closed 231:8 240:3
  259:14 276:18 279:24
  284:23 286:7,8
  288:19
closing 245:16
closure 245:15,19
  262:19,22
CMS 245:3,23 246:4
code 268:17 269:1
collapse 236:7
come 214:22 217:12
  225:1 236:25 245:14
  255:22 258:8,25
  266:8 272:19 283:21
coming 244:10
Commission 299:12

Commissioner's
  244:16
common 233:25
commonly 219:14
communication 269:17
compile 262:6
complain 242:25 243:4
  243:6,8 290:21
complained 243:1,3
  295:17
complaining 220:25
  227:19 232:12 242:5
  242:19 283:22
complaint 250:16
  288:10 294:9
complaints 265:23
  270:25 281:24 289:22
  289:24 290:12,18,19
  292:15,17,18,25
  293:21 294:3
complete 244:14
completely 247:24
completion 264:9
composite 261:12
  271:14 298:22
computer 232:21
concern 242:8
concerning 219:19,24
  227:19,25 230:10
  280:12
concluded 298:24
conclusion 225:1 237:7
  237:11 254:10
conclusions 274:23
condition 218:7,12,15
  218:17,24 219:17,19
  219:24 220:2,9,15
  222:24 225:15 243:17
  250:19 252:11 268:24
  280:12
conditions 220:10,11
  220:16 269:9
confined 263:17
confinement 256:17
  263:16,18 264:7,14
  264:15
confirm 235:1
conflict 285:7
confusing 232:11
  245:13
connected 301:14
consider 302:15
consistent 282:19,21
  291:1
conspiracy 298:18
contact 253:8,11
contacted 230:10,12
contend 271:9
context 233:16 234:2
continually 269:5
continuation 249:8
  252:21
continue 223:9,21
continued 211:17 213:1
  238:17 244:23 295:7
continues 239:9
continuing 213:13

229:23 265:22
continuous 231:10
  271:1
continuously 243:2
  268:24 293:21
control 217:25 218:14
convicted 297:13,22
conviction 298:8
CONWAY 213:2
  300:16 301:5,20
  302:18
copies 231:22 232:23
copy 220:6 229:7
  232:14 244:15,15,15
  244:16,17 256:17
  261:24
copying 231:21
Coral 241:21
correct 215:11 217:8
  220:22,23 221:24
  222:16 226:16 227:14
  228:2 229:12,17
  230:1 234:15 237:18
  242:12,14 244:22
  247:9 248:2 253:16
  253:17 254:4,5,6,7,8
  254:9 255:21 262:20
  265:15 271:18 272:1
  278:10,23 281:12,13
  284:15 285:23 287:11
  287:24 291:23
correctional 211:23
  234:7 245:4 271:15
  302:6
corrections 302:12
correlates 261:15
cost 231:22 296:20
costly 296:6
costs 232:1 296:18
counsel 301:12,14
county 227:23 228:9
  229:3 232:25 235:18
  239:24 244:15,16
  252:17 255:7,8
  260:20 263:24 271:23
  280:24 281:8 296:9
  296:14,16 299:6,11
  300:3 301:3
couple 267:1
course 228:12 287:14
  297:4
court 211:1 243:25,25
  244:1,5,12 264:1,2
  292:22
cover 251:21
cracking 215:23
crime 297:13,24
criminal 223:3 229:2
  238:9,10 244:5 258:7
  264:2 297:18
criticism 272:2 273:7
  273:10,11
cross 212:14 213:10
crush 226:23 227:3
culprit 294:15
curious 279:7
custody 256:22

cut 231:7 273:5

D

D 212:10
damage 282:4
Darvocet 269:25
date 213:22,23 253:24
  254:22 264:18 295:14
dated 271:15 301:17
davis 211:10 212:5
  222:13 227:25 231:2
  231:3,8,9,14 232:7,9
  253:7,9,11,15,18,20
  254:3,19 255:1,2,13
  256:1,2,5,6,18,20
  257:11,12,25 258:8
  258:16 260:1,2
  262:17,17,17 265:3,5
  265:6,22 278:13,16
  293:22,22 294:11,13
  294:22
day 214:6 218:18
  232:13 254:14 256:8
  259:16 262:21 264:5
  264:14 265:18,19,20
  271:22 279:1 294:17
  299:8 300:10 301:17
days 214:14 220:20
  256:16 302:15
day-for-day 266:2
day-to-day 256:5
DC#664670 302:5
DDS 215:7 235:21
  248:16 277:15 281:5
  289:19
deal 218:20
Dear 302:9
decide 252:22
decision 276:17 279:24
  284:21,22
decisions 276:15 277:4
  286:6,8 287:16
defendants 211:13
  246:25 256:6 296:2
Defendants/Dr 212:5
Defendants/Ken 212:8
defendant's 212:16
  264:1 298:22
defense 271:14
defined 241:10
definitely 247:18
  292:17,24
definition 241:11
degree 297:20
deliberate 238:1,3,5,12
  238:19 239:3,5,7,10
demand 231:10
demanding 232:8
  259:3
denied 258:13 265:10
  294:13 296:10,12,19
  296:22,25 297:9
denies 296:6
dental 214:3,11 217:16
  217:17 218:3 220:8
  234:8 247:16 248:21
  248:22 252:2,6 273:4

288:14,15,17 290:22
  292:18 293:9
dentist 214:4 215:8,10
  234:22 235:8 247:17
  248:17 252:2 253:6
  253:20 256:8 272:17
  272:18,25 276:19,24
  279:3 281:5,6 282:21
  286:2 289:19,20
  292:7,15
dentistry 281:8 289:20
  290:22 292:5,8,9
dentists 215:17 233:8
  234:17 240:7 268:19
  273:3 282:20 291:1
deny 265:15
denying 257:16 285:13
Depakote 227:3
department 223:7
deposition 211:17,25
  212:25 213:1,13
  214:15 222:6,15
  223:19,22 224:14
  227:17,21 229:9,14
  231:1 232:6 236:18
  243:14 244:4,19
  251:3 278:12 298:24
  301:7 302:1,10,13,14
  302:17
depositions 302:11
depression 225:25
depth 277:5
Deputy 264:14
Derizier 260:17,21
describe 248:22 255:25
  256:1
detail 298:1
details 230:7
detainee 252:3
detainees 256:22,25
  257:1 296:10,13,19
detectives 298:4
Detention 235:11,15
  255:2 256:21 259:21
  262:1 264:11 266:21
  289:14 292:16
determine 282:15
develop 277:22
developed 279:4,5
diagnosed 218:6
  219:16 224:9,17
  225:15
diagnosis 274:24
  283:15
die 219:1,1
diet 247:17 252:21
  264:12
diets 295:1,4
difference 241:8,11
  272:24 276:23
different 218:5 224:23
  225:22 252:20 287:6
  290:10
differently 290:9
difficult 224:8
dip 246:7,10,16
dipping 246:13

**director** 233:2
**directors** 295:9,9
**disbarred** 228:20,24,25
　229:11,16,20,21
　230:2,5
**disclose** 239:17
**disclosing** 273:8
**discovery** 252:18
**discuss** 217:21 222:23
　222:24 223:3 224:6
　249:3
**discussed** 213:14
　222:25 226:13 228:22
　265:3,6 279:22
**discussing** 227:20
　286:13
**discussion** 223:4 251:1
**discussions** 250:18
**dishonesty** 297:14
**dislocation** 264:20
**distance** 256:14
**district** 211:1,1 223:8
**division** 211:2 229:1
　230:7 269:4,7
**dizziness** 221:1 243:6
　290:7
**dizzy** 271:1
**DOC** 223:6
**doctor** 215:6,16 216:8
　221:4,4 222:8,9,11,12
　233:13 234:19,22
　235:5,8,19 241:23
　248:15 256:7 262:7,8
　266:3,4,7 269:4 271:2
　276:19 279:23 280:1
　281:4 287:16 288:25
　289:18
**doctors** 215:17 230:9
　230:11 237:23 240:7
　241:22 245:18 251:7
　252:7,9,20,23,23,25
　252:25 260:19 269:6
　280:11 289:4,8 295:7
　295:10 296:1 298:5
**doctor's** 264:25 265:17
**doctor-patient** 245:9
**documentation** 219:23
**documents** 231:20
　232:2 246:3,5
**doing** 246:14
**dollar** 287:20
**done** 217:5 230:20
　242:10 247:16 258:16
　268:19 270:17 271:21
　282:12 285:24 286:5
　292:4 293:19 294:11
　294:15 298:19
**down** 228:14 236:4,19
　236:24 237:11 246:20
　252:3 256:15 259:24
　263:13,13 271:21
　285:7 290:1
**downhill** 257:8
**dr** 211:10,10,10,11,11
　211:11 212:5,5,5,5,5
　214:9 215:6,18,20
　216:8,9,12,17,17,21

217:8,9 220:4,20
　221:12,13 222:6
　227:25 228:19,22,23
　228:25 229:10,15
　231:1,2,8,9,14,14
　232:7,8 233:11,12,13
　233:15,16,17,18
　234:3,22 235:1,4,4,21
　235:23,25 236:3,9,14
　236:19,22 237:6,8
　238:2 239:22,22
　240:4,4,24,24 241:24
　241:25 242:1,2
　244:20 245:1 247:3,4
　247:5,5,6,6,7 248:6
　248:11,11,15 250:13
　250:14,17 251:4,9,12
　251:19,23 253:3,7,8
　253:11,14,18,20
　254:3,18 255:1,2,13
　256:1,2,5,6,16,17,18
　256:20 257:11,12,25
　258:8,16,22 260:1,1
　260:17,21 261:16
　262:16,17,17 264:25
　265:2,3,4,5,6,7,15,17
　265:18,22 266:4,5,6
　266:12,14 268:13,15
　270:17,18 271:12,16
　272:2,11,13,14,16
　273:7,12,15,20,23
　275:3,3,4,9,10,16,17
　275:18,20 276:9,11
　277:15,22 278:3,5,8
　278:11,13,16 279:5
　279:16,17,18,21
　280:4,5,6,11,22,23
　281:1,4,12,14,15,18
　281:19,25 283:6,15
　283:17 284:11,11,21
　284:23 285:8,9,10,11
　285:12,14,14,24,25
　286:9,10,13,14,14,15
　286:17,17,19,19,23
　287:1,2,7,10,18,22
　288:2,3,11 289:9,10
　289:18,23 290:14,16
　290:18 291:7,10,13
　291:16,19,22 292:13
　292:14 293:19,20,21
　293:22 294:3,11,12
　294:13,21,22,24
　295:6 296:18
**drill** 292:7
**dropped** 233:18
**dropping** 233:23
**drug** 263:25 264:2,9
**due** 228:18 296:18
**duly** 213:8 300:7
**during** 231:1 267:15
　274:14 281:19 289:15
**duty** 288:12
**dying** 229:3 296:13
**D-E-R-I-Z-I-E-R**
　260:18

**———— E ————**

**E** 212:10,15 222:12
**each** 227:5,8 246:24
　267:16 296:1
**earlier** 220:19 227:18
　230:24,25 236:17
　242:11,12 243:13
　246:7 247:8 248:1
　270:11 281:11 287:22
　297:17
**easier** 256:10 280:21
**eat** 283:23
**eating** 228:7
**effect** 225:23
**effective** 296:20
**effects** 225:16,22
　228:18 230:18
**either** 250:5 262:1
　263:10 290:24 293:8
**Elliot** 242:1
**else's** 279:10
**EMERGENCY** 211:11
**emotional** 219:6
**employee** 301:12,13
**EMSA** 212:6 245:4,23
　246:4 271:15 296:6
　296:14 298:18
**ensure** 288:13
**ensuring** 288:18
**enter** 261:12
**entered** 242:4
**entering** 218:9 219:17
**entire** 258:14
**errata** 302:12
**esquire** 211:25 212:4,7
　212:25 302:1,17
**established** 253:14
　254:2
**ethics** 268:17 269:1
**evaluate** 268:23
**evaluated** 270:20
**Evans** 277:24 278:21
　279:2
**even** 221:3 236:12
　240:8 249:9 259:2
　267:24 272:10 276:18
　283:22 285:19 295:9
　297:15
**eventually** 236:11,12
　236:15 284:17 285:5
**ever** 216:9 218:11,14
　219:18,23 230:21
　236:4,14 240:24
　241:16 242:25 243:4
　243:6,8 246:3,21
　249:22,25 250:3,6
　258:8 260:21 261:18
　281:16 283:15 285:14
　291:7,10,13,16,19
　292:12 295:18 297:3
　297:13
**Everglades** 211:23
　233:8 234:6,7 255:23
　302:6
**every** 218:18 225:19
　256:7,8 269:20
　274:14 295:12
**everything** 219:7

221:17 252:17 257:9
　268:3 294:4
**evidence** 245:8 256:4
　264:19
**evil** 251:7,18
**exacerbate** 246:16
**exact** 267:18
**exactly** 267:20
**exam** 214:11 215:22
　236:9 245:11 267:11
　267:15,20 268:2
　274:2 282:16 292:2
**examination** 212:14
　213:10 215:21 220:5
　248:19 273:24
**examinations** 266:23
　267:9,13 273:24
　274:1 282:11
**examined** 213:8
**exams** 248:21,22 292:4
**excuse** 277:9
**exercise** 219:13
**exhibit** 212:19 261:13
　271:14 298:22
**experiencing** 242:6,17
**Expires** 299:12
**explain** 215:14
**explained** 215:12,15
　221:12
**express** 251:8
**Expressing** 282:6
**extended** 219:10
**extent** 243:18 268:2
　275:20
**extra** 271:17
**extraction** 290:24
**extractions** 273:4,6
　290:25 291:3
**extreme** 296:18
**eye** 221:1,3,4 231:3,10
　231:13 258:25 262:25
　267:22 270:24 276:15
**eyes** 265:24

**———— F ————**

**face** 223:14 236:8,23
　262:24 268:1,3,4
　270:24 271:19,25
　274:10 282:3,23,25
　283:25 284:2 285:6
　292:5 297:10,12
**facial** 215:23 241:20
　245:11 267:11,19
　274:2,4 283:4,24
　292:4
**facility** 235:9 255:20
　266:19 273:20 289:12
**fact** 220:25 228:19
　229:20 233:1 241:18
　245:1,3,5 246:3
　247:13 249:7,23
　252:1 257:12 258:9
　258:10 263:22 268:16
　277:7 278:6 283:17
　283:18 284:7,15
**facts** 269:6
**factual** 297:1

**fail** 302:14
**fair** 247:10 281:18
**falling** 231:14
**false** 258:22
**falsified** 298:4
**family** 228:16 230:10
　258:6
**far** 254:15 272:8
　286:25
**fashion** 245:1
**father** 232:20
**fault** 286:3
**faxed** 228:18
**February** 253:25
　254:23 261:9,20
　263:22,23 264:18
　265:11,14
**fed** 236:13,15
**feel** 213:16 223:13,20
　225:4 246:19,19
　251:6 256:10
**feeling** 223:10,18 256:9
　263:14 268:4 269:21
　272:18 295:18
**feelings** 251:8
**felt** 256:8 282:6 290:6
**few** 227:16
**field** 237:22
**figure** 224:4
**file** 220:6 226:11
　243:21 244:14 263:5
**filed** 237:25 243:24
　262:20 288:1
**files** 228:9 261:25
**filing** 243:22
**filled** 230:21,23 256:7
**fillings** 248:24 273:4
　282:15 290:24,25
　291:4 292:11
**finally** 284:20
**financially** 301:15
**find** 246:18 258:25
　272:19
**findings** 261:16
**fine** 227:16 267:19
　280:19 283:13 292:2
**finger** 223:17
**fired** 294:8
**first** 213:8 224:9
　233:17 234:13,22,22
　243:24 247:3 248:6
　250:15 253:8,15
　257:3,13,13,15
　261:23 272:16,20
　283:17 285:19 297:20
**fish** 245:8
**five** 222:22 231:11
　232:11,12,14 248:13
　255:15 259:17
**fix** 294:18
**FL** 211:24 302:7
**florida** 211:1 213:4
　228:21 229:21,25
　230:3,6 269:3 299:5
　299:11 300:2,17
　301:2 302:2
**fluctuate** 218:1

**focus** 234:1,21 238:9,10 244:3 251:9 275:4,9
**focusing** 251:19 256:23
**follow** 268:18
**follows** 213:9
**follow-up** 224:15 227:16 252:5 262:14
**fonte** 214:9 215:6,18,20 216:21 217:8,9 220:4 220:20 221:12,13 222:6 233:11,12 235:1
**food** 247:17 252:21 264:12,13 283:23 295:1,4
**foods** 295:2
**force** 286:12
**forced** 256:15
**forceful** 232:13
**forcing** 256:13
**forearm** 295:18
**foregoing** 301:7
**forgot** 264:4
**form** 225:6 226:22 230:21,23 295:14
**forms** 230:17 263:2
**fort** 211:2 302:2
**forth** 225:25 239:1 281:22
**forthright** 273:11
**forward** 283:21
**forwarded** 293:21 302:11
**found** 250:15 287:25
**four** 214:14 217:2 220:19 227:9,10,12 237:25 274:13,20
**fracture** 221:6,7 240:25 241:3,6,6,9,12 241:14 257:19 258:5 258:9,13,24 260:9,10 261:14 262:4,5,5 264:19 267:5,21 268:18 270:24 272:9 275:13,23,24 276:14 276:15 278:2,4,4 284:3,15,18 288:4,18
**fractured** 239:22 249:23 258:24,24 270:22 271:10,19 275:1,10 276:3,12,16 279:25 283:19,22 288:22
**fractures** 215:15 221:16,16,18 254:11 257:15,23 259:1,12 260:12 275:15 277:8 277:9,9,10,25 284:1,2 284:6 288:8 296:12
**Francisco** 214:9
**fraud** 297:14
**free** 213:16
**from** 215:17 217:23 219:1,1 220:9,12 222:5 224:12,15 225:16 227:17 228:8 228:20 229:1,7,11,16

229:21,21 230:2,3,6 231:9 232:4,24 237:1 237:8 238:23 252:7,9 253:25 254:2,22,23 257:7,22 264:14,14 273:12 278:5 279:1 280:7 282:7 283:5,5 283:25 285:25 287:10 294:7,14 296:8,13,16 296:16 297:11 298:15
**front** 215:5 261:11 265:16 283:4,5
**frontal** 259:24
**full** 220:6
**fully** 220:18 239:9 248:5 252:1,11 257:16 276:12,13,14 284:3 288:8 290:16 292:14 294:6
**functioning** 282:2
**further** 223:9 252:6 256:14 268:23 270:20 278:1 301:11

**G**

**G** 211:11 212:5 247:5,6 250:14 289:9,10,18 289:23 290:14,16,18 291:19,22 292:13,14 293:19,20 294:12,21 294:24
**gaining** 228:7
**gave** 217:9 233:4 254:16 271:16
**generally** 282:20,21
**general's** 244:13
**getting** 223:15 226:12 230:7 235:24 242:13 258:23 278:5 284:20 284:24 285:11
**GIUFFREDA** 212:7
**give** 216:21,23 218:4 222:17 227:12 263:19 266:1 283:15 296:2,5 298:1
**given** 218:14 224:16 301:9
**giving** 258:22 279:24
**glasses** 221:2
**go** 221:3 223:1 224:4 225:19 227:17 234:19 236:4,6,19,24 237:11 237:16 246:24 247:13 247:20 250:24 252:16 252:18 261:5 265:4,4 265:9 272:13 277:5 280:22 285:1,7 289:7 295:12 296:11,15
**goes** 254:16 257:8 258:18
**going** 213:15,21 217:5 224:13,14 225:13 226:2 227:16 231:18 231:20 232:2,3,6,17 233:10,21 234:14,23 235:5,9,20 236:11,12

238:8 240:1 246:11 249:13 261:12 264:3 265:4,24 291:6 293:22,25 294:22 295:12,13 297:7 298:12,17
**gone** 247:12
**Gonzalez** 216:8,9,12
**good** 213:11 237:5 262:19,22 263:14 264:4 267:25
**Goodman** 216:17 244:20 245:2
**good-bye** 276:4
**gotten** 282:8 285:25
**grab** 277:24
**grew** 288:23 289:3
**grievance** 269:12 288:1
**grievances** 247:15 249:13 259:3 265:9 267:5 268:21 269:16 269:18 270:14 282:10 289:25 290:3 293:1,3 294:2
**grinding** 236:10
**ground** 285:12
**guess** 213:21,24 233:20 233:23 247:3 250:22 255:14 262:23
**guessed** 231:4
**guesses** 263:21
**guessing** 266:16
**guinea** 224:22
**guy** 232:10
**guy's** 244:24
**Guzman** 216:18

**H**

**H** 212:15
**half** 264:15
**hand** 300:9
**hanging** 279:9
**hanson-evans** 211:9 212:9 288:2
**happened** 231:6 297:24 297:25
**happening** 277:13
**happens** 225:4
**happy** 224:3
**hard** 225:18 271:23 292:6
**having** 213:8 237:22 239:19 245:9 264:4 270:23 290:5 297:9 297:11
**head** 215:2,4,11 220:21 223:14 242:9,20 258:20 259:1 265:23 268:10 269:24 274:10 279:2 282:2 290:8
**headaches** 221:1 226:5 226:6,7,9 242:25 243:2,3 269:22,23,24 294:4
**healed** 221:19
**health** 216:4,6 222:13 255:3,6,11 256:20,22

**heard** 297:5
**hearsay** 233:7
**heart** 217:20,22,25 218:6,24 219:6 220:9 220:15
**heavy** 219:8,13
**held** 247:13
**help** 216:5 223:2,8 226:9 269:24
**her** 222:14,20,24,25 223:3 233:5 247:14 247:15 248:25,25 250:18
**hi** 273:12
**hicks** 211:5,19 212:2,13 213:1,7,11 300:6 302:5,8,9
**hidden** 269:5
**hide** 239:9 278:6
**hiding** 277:7 283:17,18 283:20 284:14
**higher** 294:6
**highlight** 295:13
**him** 233:20 234:4,10 236:25 237:13 245:10 255:17,22 256:13,15 256:16 266:2,10,25 267:2,2,6,16 268:4,20 268:21 269:19,20,20 270:15 271:2 273:18 274:15 277:23,24 278:2,11 282:6,18 284:21 288:5,6 289:13,16 290:19
**himself** 270:21,22 286:9,10 287:7
**hired** 214:21
**holmes** 211:9 212:9
**honest** 234:15,16 235:21 247:10 258:23 259:7 273:12 278:2,3 278:6 284:20,24 285:12,25 297:16
**honestly** 243:9
**hopefully** 216:4
**horrible** 287:4
**hospital** 270:19 272:4 294:16 297:11
**Hot** 269:23
**hours** 264:11
**housed** 261:25
**hurting** 223:15 290:21
**hurts** 290:20
**husband** 250:18

**I**

**Icy** 269:23
**idea** 214:22 226:11 260:16
**identification** 298:23
**idle** 231:19
**III** 211:20
**illness** 224:7,10,17 225:15 271:4
**impression** 264:20
**INC** 302:1
**incarcerated** 224:24

225:2 295:23
**incarceration** 296:9
**incident** 220:16 225:12 231:2 232:8 233:9 242:3,6,17,24 250:8 253:12,16,24 279:17 291:4,8,11,14,17,20 293:10
**include** 231:24
**indicate** 230:17
**indifference** 231:1,3,6 238:13,20 239:3,6,7 239:10
**informal** 288:1
**information** 298:4
**initial** 231:1 289:24
**initially** 284:14 287:23 290:3
**injuries** 249:3 251:21 254:12 257:16
**injury** 246:17
**Inmate** 295:13
**inmates** 238:22 245:24 245:25 297:8
**innocence** 298:16
**inoperable** 276:13
**inserting** 292:6
**inside** 236:6 273:5 285:1
**Institution** 211:23 234:7 302:6
**intent** 251:21
**interest** 285:7 295:8
**interested** 301:15
**interpreted** 287:5
**interrupt** 256:23
**interrupting** 267:8 290:2 293:24
**investigation** 229:1,8 230:6
**involved** 240:8 263:21 279:19
**involving** 297:14
**issue** 270:18 272:3 286:18

**J**

**jail** 227:23 229:3 232:25 233:3 235:12 235:15,16,17,17 237:1 239:24 252:17 255:3,7,8 259:21 260:20 262:1 263:24 264:10,11 266:20,21 271:23 273:13,22 280:24 281:8 282:9 289:14 292:16 294:6 295:10,23 296:9
**jails** 273:14 276:12
**jail's** 294:5
**jaw** 221:8,10,13,14 236:7 240:2 241:6 246:17 247:18 248:25 250:3 257:3,4,5 258:24 259:6,13 264:12 268:3 269:21 270:22 271:9 274:10

274:25 275:11 276:12
276:16,16 278:5
279:25 280:6 282:2
282:16 283:19,22
284:15,18,22 285:2
286:8,11,24 287:8,13
287:15,19,23 290:8
294:17 295:1
**jawbone** 215:23 223:15
236:4,10,19,22,24
237:11 249:1,4,22,25
273:6 282:3 285:2,6
**jawbones** 274:4
**jenne** 211:8 212:8
302:8
**jittery** 263:12
**job** 294:16
**joel** 212:4 213:12
**JOHN** 211:9
**joints** 295:18,19
**JOLLY** 212:7
**judge** 211:3 244:17
264:2
**jury** 298:6
**just** 213:15 217:14
218:20 221:25 224:5
224:12 225:2,21
227:13,16 229:9,23
230:3,24 231:15,19
232:4,6 233:6 234:1
240:23 245:13 246:11
247:25 251:9,19
252:25 262:7 263:20
264:4 267:24 268:1,4
275:2,4,9 277:3,3
278:8 279:11,17
282:5,8,8 286:2 292:5
292:7 294:10 295:10
295:11,24 297:5
298:16

**K**

**keep** 216:3 221:5 226:2
**Kelley** 264:14
**KEN** 211:8
**kept** 227:18 232:9
233:3 257:16
**kidneys** 227:20,25
228:15 230:11
**killing** 229:2
**kind** 215:6 216:5 218:2
245:8 253:18 266:4
281:3 289:18 295:14
**knew** 257:3,14,19
267:24 284:2 293:22
293:25 294:21
**know** 214:6,18 216:6
216:12 220:1 221:6
223:16 224:1,9 226:7
226:24 227:4,6,7
228:23 229:22 230:8
230:11 233:11 236:20
237:2 238:21 239:16
240:4,12,13,14,18,21
241:8 244:2,8 245:23
246:23 247:8 248:12
249:11,12,21 250:9

250:13,17,21 253:16
253:13 254:23 255:5
255:25 256:12 257:18
257:18 259:2 260:5,8
260:9,10,13,17,22,25
261:1,8,10 262:3,9,11
265:3,5 267:6,17,24
268:11 269:8,15
270:8,16 272:24
274:11 275:6 276:7
277:11,19 278:24
279:1,7,10 280:5,8,10
280:11,13,15 281:9
283:8,13 284:5,11
285:20 286:23 287:20
288:24,25 289:1,7
292:24 293:2,5,16,25
294:11,15,20 296:16
297:17
**knowing** 258:23 270:22
270:22 287:15
**knowledge** 219:24
246:2 249:15 250:7
253:9 278:17 294:21
297:2,7,8
**known** 219:14 239:21
**knows** 239:8

**L**

**L** 212:4
**laceration** 262:18
**laid** 259:24
**lap** 233:18,23
**Large** 213:4
**last** 213:14 214:1,4,5
216:17 217:1 222:15
222:20 223:19 224:14
226:13 227:17,20
228:22 229:9,14
230:4,25 232:6 233:6
234:11 235:2 244:4
244:10,19 255:17
278:12
**lasted** 217:2
**later** 241:18 259:3
267:22 270:23 272:10
272:21 297:10
**lauderdale** 211:2 302:2
**law** 237:24 238:22,23
244:2
**lawsuit** 251:24 252:8
252:10,22 256:19
268:14 276:10 292:13
295:4
**lawyer** 238:21
**lay** 263:13,13 271:21
271:24
**laying** 242:23 295:24
295:24
**lead** 281:21
**leading** 286:12
**leads** 288:7
**lean** 238:22
**learned** 288:3
**ledger** 256:6
**left** 259:1 261:14
**leg** 242:19,22

**legal** 237:15 251:25
**less** 248:14 296:20
**let** 219:1 224:1,12
235:14 258:2 265:24
**letters** 238:24
**Let's** 217:21 224:6
225:19 247:7,20
251:9 253:7 261:5
266:3,4 270:5 272:13
275:4,9 280:22
**level** 294:6
**liable** 247:14
**liar** 285:10
**license** 228:1,4,6,11
229:24 269:4
**licensed** 269:7
**licensing** 229:1 230:6
269:7
**lie** 298:5,5
**lied** 237:9
**life** 219:1 225:14
**light** 275:22 284:9,9
**like** 213:23 215:16
217:15 218:4 219:10
223:2,6 226:22,25
230:16 233:6 244:23
246:24 247:3,18
252:18 254:24 256:11
282:5 290:19 295:21
296:15 297:12
**likely** 260:24 293:12
**limitations** 238:14,25
**limited** 215:25 219:4
275:11
**line** 228:1,5
**list** 221:3 225:21
258:18
**listed** 229:8 247:4
**Lithium** 293:11,14,17
**litigation** 238:4
**little** 214:22 215:3
247:1,20 256:9
259:22 277:21 284:9
290:11
**live** 218:18,25
**living** 287:15
**lobes** 282:2
**long** 216:12,25,25
222:3,20 242:10
254:23 263:20 264:6
295:24
**longer** 247:8
**look** 230:14 231:15,18
257:8 282:14 290:9
**looked** 284:12
**looking** 248:24 254:20
260:15 270:6 282:18
295:11
**lose** 286:3
**lot** 223:13 224:21,23
231:25 263:14 280:20
288:20 290:9
**lunch** 224:2
**lying** 298:3,6

**M**

**M** 211:5,19 212:2 213:7

300:6 302:5
**machine** 214:22 259:22
**made** 232:22 233:13
239:9 247:14 248:25
248:25 249:7 252:1
261:18,20,23 268:19
268:20 269:5,8
272:10 276:15,17
280:5 284:21,22
286:6,7 290:16
292:14
**mail** 295:9
**mailed** 232:22
**mailing** 238:23
**main** 233:2 235:15,16
235:17 238:16 239:20
239:24 240:15 252:24
253:3,6 255:1,3,4
256:20 263:24 264:10
266:20 272:2 273:22
280:24 281:8 282:9
286:12 294:14 298:7
**mainly** 242:1
**maintained** 285:12
**MAISTRATE** 211:3
**make** 213:19,24 216:1
231:22 263:11,12
271:20,24 276:18
302:12
**making** 279:23
**malpractice** 237:16,19
237:24 238:4,15,18
**mandated** 280:1
**mandible** 264:21
**mandibular** 261:15
**many** 214:18 227:4,7
230:22 236:3 245:20
248:10 255:12 259:15
266:11 268:11 272:14
274:11 280:25 285:17
289:7,7,9 295:7
**March** 271:16
**marked** 298:23
**marks** 283:25
**MARRERO** 212:3
**married** 247:16 250:14
**marrow** 288:23 289:1
**Martin** 228:19,22,23
228:25 229:10,15
**mash** 227:2
**matter** 245:3
**matters** 297:18
**maxilla** 241:20
**may** 224:7 243:9
249:18,20,20 254:16
260:23 262:5
**maybe** 242:19 293:13
296:15
**McALLISTER** 212:3
**mccampbell** 211:8
212:8
**MD** 215:16 253:19
260:13 264:22
**mean** 217:14 225:22
228:4 234:16 237:16
243:22 244:24 259:8
274:3 282:13 283:20

**meaning** 233:19 276:16
292:4
**means** 262:4 288:19
**meant** 236:20
**measure** 256:14 282:16
**measured** 226:24
**medical** 211:11 214:2
215:17 216:8 220:6
220:10,10 222:7,9
223:2,7 225:9 226:11
228:9 231:9 233:2,19
234:19 237:22,23
238:11,14 239:25
240:7 242:5,6,8
243:18,22,23,25
244:14 245:2,4,18
249:10 250:18 252:19
253:19 260:19 261:12
261:25 262:8 263:1,5
263:15 264:15 266:6
268:22 271:15 276:19
279:23,25 280:1
287:16 288:14,25
289:4 290:17 292:15
294:14 295:14 296:7
296:10,12,19,22,25
297:9
**Medically** 241:10
**medicate** 220:7 268:24
**medication** 216:22,23
218:2,14,20 222:17
224:16,20 225:21
226:9,10 227:5,8
228:13 230:15 254:16
254:17 260:24 263:6
263:11,12 268:25
270:1 271:4,6 295:1
296:3
**medications** 223:24
224:6,23 225:3,13,16
226:15,18 227:11
230:18 249:2 252:20
263:8,9 267:1 270:4,9
270:12 272:8 275:19
**medicine** 229:12,16,25
**meet** 233:16 234:2,3
**meeting** 256:1
**meetings** 256:2
**memories** 251:17
**memory** 280:7
**mental** 222:13,23 224:7
224:9,17 225:15,15
256:11 271:4
**mentioned** 241:22
**met** 215:16 216:9
233:17 234:9 288:6
**Miami** 211:24 244:12
302:7
**Midrin** 269:25
**Migel** 260:13
**might** 288:9,20,23
**Miguel** 261:16 264:22
**milligrams** 226:25
227:4
**million** 287:20
**mind** 261:3

**minutes** 217:3 222:4,22
  232:11,12
**misconduct** 298:6
**Miss** 222:12 243:15
  298:20
**missed** 292:19
**mistake** 233:5
**mitro** 217:24
**moment** 239:16
**money** 231:25
**month** 234:11
**months** 216:15 234:19
  241:18 244:7 254:24
  259:2 267:22 270:23
  272:10,21
**more** 215:3 223:17
  229:3,6,13 231:20
  232:2 234:11 236:12
  244:23 248:13 252:4
  255:15,16 266:13
  270:1 272:3,16 277:5
  278:6 285:19 289:11
  294:10
**morning** 213:11
**most** 219:14 221:9
  234:15,16 235:1,21
  257:21 260:24 293:12
  296:19
**Mostly** 290:6
**mother** 232:24 233:1
  243:15
**motive** 251:7,19
**Motrin** 216:24 270:1
**mouth** 215:24 217:15
  233:10 234:14,23
  235:5,9,19,24 236:6
  236:12 245:16 246:8
  246:16 256:13 273:6
  275:11 282:15,18
  285:1 292:6
**move** 233:6 257:5
  266:3
**moved** 282:9
**MRI** 245:14,16 270:19
**MRIs** 245:20
**much** 217:10 226:24
  228:7 235:23 240:23
  256:9 271:25 281:22
  288:22,22
**murder** 297:20
**must** 237:5
**mutual** 272:18
**myself** 265:21

**N**

**N** 212:10 260:17
  300:16 301:5,20
**naive** 237:22
**name** 213:12 252:22
  264:25 265:17 267:3
  273:12 276:9 295:15
**named** 249:6 252:7,9
  252:14 256:18 268:13
  268:15 292:13 295:3
  296:2
**names** 218:5 224:19
  225:10 230:11 289:6

**nature** 219:8 223:2
**nausea** 221:1 243:4
**nauseous** 271:1
**nauseousness** 290:7
**need** 217:4 218:2 221:1
  223:25 232:10 252:18
  287:19 290:22
**needed** 268:22 271:23
  290:14
**negligence** 238:1
**nerve** 282:4
**nerves** 282:5 288:24
**never** 221:4 226:6
  245:17 249:21 252:5
  252:5 258:23 259:9
  259:14 285:6,10
  286:6,7 287:7 296:24
**new** 221:15 227:18
**next** 254:18 256:1
  266:3
**nicotine** 246:21
**night** 226:19,20 227:14
  270:23
**nine** 259:2 267:22
  270:23
**nobody** 294:8
**none** 220:18 286:3
**nonetheless** 282:25
**normal** 221:17 244:20
  245:15,18 264:21
**North** 235:8,11,14
  240:1 255:2,20
  256:21 259:21 261:25
  264:10 266:19,21
  289:14 292:16
**notary** 213:3 299:10
  300:17
**noted** 215:23
**notes** 231:17 254:21
  256:5 257:8 266:2
  276:5
**nothing** 239:8 242:18
  242:20 275:19 286:3
  293:23
**notice** 231:21
**November** 211:22
  300:10 301:17 302:4
**numb** 223:14
**Number** 298:23
**numbness** 269:22
**numerous** 222:10,25
  265:8
**nurse** 231:7
**nurses** 233:2

**O**

**OATH** 300:1
**occasion** 274:18,19,21
  275:20
**occasions** 223:1 285:17
**occur** 216:20
**occurrence** 257:22
**October** 214:2 222:6
  236:18 244:4,10
**off** 221:8 247:3,7
  250:24 251:1,8
  258:20 265:23 293:7
  293:8,9

**offhand** 239:4 265:13
  270:2,16 271:13
  274:12 292:1
**office** 234:8 244:13,15
  244:16 279:3 302:13
**officer** 216:4,6 255:3,6
  255:11 256:21
**official** 300:9
**officially** 229:11,16
**officials** 220:1
**often** 246:10
**oh** 228:12 290:19
**okay** 213:22,25 217:17
  224:6 229:23 230:2
  232:20 233:22,25
  234:21 237:10 238:7
  240:10,20 243:11
  247:23 251:11 257:6
  257:10 266:3 267:11
  275:4 277:6 278:8
  283:12 296:8
**OMF** 268:18 285:3,4
  288:4,5,18
**one** 215:12 223:17
  225:19,21 227:1,22
  228:16,20 232:24
  233:1,12 234:15,16
  239:8 241:12 245:21
  245:21 247:25 250:25
  256:13 257:2 260:19
  260:23 263:25 267:21
  268:18 269:25 270:1
  270:2,25 272:9
  273:14 274:18,19,20
  274:25 277:21 279:11
  279:17 284:3,24
  286:18 287:5,14,23
  290:8 292:17 294:10
  294:13 295:12 298:14
**ones** 227:2 233:4
  252:12 260:23 263:4
**ongoing** 297:18
**only** 226:20 227:2,13
  231:9 235:4 242:8
  243:17 244:9 245:21
  269:17 273:14 274:17
  274:19 279:1,11,12
  284:25 287:10 292:15
  295:6
**open** 223:17 256:13
  273:5
**opening** 215:24 223:15
  233:10 245:15,16,18
  248:25 275:11 282:16
  292:6
**openly** 225:5
**opinions** 225:6
**opportunity** 250:6
**opposed** 238:3,14
  240:21 252:23
**oral** 241:20 253:22
  259:5 265:2 272:19
  272:20,21,22,25
  273:4,8,13,14 276:11
  276:20,24 280:13
  285:20
**order** 221:3 243:25

244:1 245:10 253:2
  268:22 282:17 292:7
**ordered** 239:12,15
  240:5 252:4,20
  260:23,24 264:2
  265:20 267:23 268:6
  269:25 275:11,19,20
  280:1,3 294:25 295:4
  295:8
**ordering** 247:17
**original** 233:4
**originally** 257:2
**originals** 232:15,18
**other** 220:10,16 222:7
  229:22 231:13 234:3
  234:17 242:16 249:16
  252:8,10,12,23,25
  256:2 257:1 264:20
  265:22 267:12 268:24
  269:6 277:9,10 280:2
  280:11 286:15 288:12
  290:12 294:18,25
  295:3,7 296:10,13,15
  297:8,8 298:13,20
**others** 257:2 297:5
**otherwise** 213:23 272:6
**out** 215:19 217:25
  219:5,12 221:8,10,14
  230:21,23 231:4,14
  231:23 236:10,23
  242:18 245:8 247:24
  249:8,12,16,19
  250:15 256:7 258:25
  272:19 282:3 286:6
  287:25 295:14 296:21
  298:2
**outset** 224:12
**outside** 224:22 228:17
  230:10 232:17,19
  259:4,5 268:23
  270:19 272:3 294:16
  297:11
**outweigh** 236:5
**over** 215:17 216:17
  223:7 225:13,19
  228:8 233:11 246:24
  247:20 264:15 265:9
  279:6 281:2 283:25
  295:12
**own** 260:11
**owned** 245:4,23 246:4
**o'clock** 211:24
**O'CONNOR** 212:3

**P**

**page** 229:10 231:23
  232:5 236:18 237:14
  243:13,14 244:18
  251:3
**pages** 211:20 231:23
**pain** 216:22,23 223:1,5
  223:13 249:1 252:20
  254:15,16 256:9
  260:24 267:1 268:24
  269:21 270:1,3,12
  271:1,25 272:8
  275:19 282:1,6

**288:21 290:5,7
  294:25 295:17,19
  296:2
**Parriot** 233:14,15,16
  233:17,18 234:3,22
  235:4,23 236:9
**part** 231:8,14 241:4
  247:9 248:1,4,5
  251:24 259:10,18,23
  268:8 274:8
**particular** 215:4
**parties** 301:13,14
**partner** 242:1
**party** 249:6
**pass** 271:15
**patient** 272:18
**patients** 288:13
**pay** 231:23
**pearson** 211:11,11
  212:5,6 247:4,5,5,6,6
  247:7 248:7,11,11,15
  250:13,14,17 251:4,9
  251:12,19,24 253:3
  289:9,10,18,23
  290:15,16,18 291:16
  291:19,22 292:13,14
  293:19,20 294:3,12
  294:21,24
**Pearsons** 247:4
**Penicillin** 218:4
**people** 229:2 247:2,11
  277:10 296:16
**people's** 277:9
**per** 231:24 246:6
**percent** 238:22 270:8
  270:10 280:8 283:11
**perform** 215:20 217:17
  220:4 266:24 267:9
  267:15 273:23 282:11
  282:14 290:22 291:3
  292:3
**performed** 248:20
**period** 238:6 273:16
  281:19 289:15 295:24
**periods** 219:10
**person** 214:25 215:1
  229:8 234:13 235:22
  247:15 251:5 267:3
  283:2
**personal** 246:2 249:15
  256:5 294:21 297:2,6
  297:6,7
**personally** 251:20
  297:7 300:6
**personnel** 214:2 222:7
  225:9 233:20
**pertaining** 263:5
**physical** 215:22 220:10
  236:9 245:11 267:11
  267:19 274:2 282:12
  282:16
**physician** 219:18
  221:21 253:4,5,15,18
  255:1,4 257:13,14,15
  268:16
**physicians** 225:17
  228:17 252:8,10

295:3
**pigs** 224:22
**pill** 226:22
**pillow** 271:17
**pillows** 271:20,23,24
**pills** 227:7,10,12
**place** 259:4
**placed** 264:13 275:22
**places** 275:16
**plaintiff** 211:6 251:22
**pleasant** 251:12,15
**please** 213:16,19 217:8
  224:1 225:13 229:13
  242:12 248:23 272:1
  302:11,13
**plus** 231:23 295:7,9
**point** 227:2,22 237:15
  239:8 278:5
**police** 298:2
**policy** 296:6,17,17
  297:3,3
**Pompano** 255:24
  291:21
**popping** 215:24
**portion** 292:21
**position** 216:13,14,16
**possession** 232:15,16
  232:18
**possible** 221:18 230:18
  249:18
**possibly** 236:5 291:21
**pounds** 228:8
**practice** 219:11,16,25
  236:25 237:1,2,5
  266:7 268:17
**practicing** 228:20
**prepared** 217:6
**prescribe** 222:18
  254:13 270:3,11
**prescribed** 249:1 270:8
**prescription** 216:24
  217:10
**prescriptions** 216:21
**present** 221:21 223:13
  277:14 278:22 279:20
  296:9
**presently** 226:14
  293:14 298:12
**pressure** 256:11
**pretty** 217:10 235:23
  270:5,7 273:22
  284:19
**previous** 214:15 232:4
  243:14 244:19 251:3
**previously** 224:16
  239:11 244:18 275:6
  292:23
**primarily** 279:16
**primary** 280:13
**printout** 232:22
**prior** 214:14 218:9
  219:17,22 220:14,15
  220:17,20 242:3,6,17
  242:24 250:7 254:3
  264:1 288:5 291:8,11
  291:13,17,20
**prison** 218:9 219:18,21

219:25 220:1 224:21
  232:16,19 234:4
  242:4 289:6,8 297:15
  297:19
**prisoner** 245:2
**private** 236:25 237:1,2
  237:5 266:7 268:17
**Pro** 212:2
**probably** 222:22
  231:20 232:12 234:11
  247:1 252:19 255:19
  265:20 289:11
**problem** 224:2 226:6
  242:13 295:6
**problems** 222:23
  227:19,24 242:5,6,16
  288:20 292:18
**procedure** 222:3
  239:15
**procedures** 220:8
**proceedings** 244:5
**professional** 213:2
  288:12,13 301:5,20
  302:19
**program** 264:9
**prolapse** 217:20,22,24
**prompted** 271:2
**proof** 229:5
**proper** 249:8 279:25
  296:12
**properly** 223:12
**prosecutor** 298:3
**protruding** 215:23
**prove** 245:6 298:17
**proved** 298:16
**providing** 252:2 272:8
**psychiatric** 229:1 230:6
  263:5,8 266:22
**psychiatrist** 222:8
  228:19
**psychiatrists** 228:17
  230:12
**psychologist** 222:8,11
**psychotropic** 223:23
  226:8
**public** 213:3 299:10
  300:17
**pulled** 298:2
**purchased** 232:23
**PURDY** 212:7
**pure** 263:22
**purpose** 214:10,11
**pushed** 270:18 272:3
**put** 221:2 227:25 228:4
  240:23 268:22 270:6
  284:9 294:1
**P.A** 212:3,7
**p.m** 254:1 298:24
**P.O** 302:6

**Q**

**question** 213:16,17,18
  213:19 229:24 234:1
  234:2,21 236:1,2
  238:7 240:6,7,11
  262:14 267:2,9 287:4
  287:21

**questions** 213:15
  223:11,11 224:15
  227:17 298:20
**quick** 261:4
**quickly** 213:13 265:4
**quit** 246:11
**quote** 262:9
**quoted** 228:9

**R**

**radiologist** 257:21
  261:8,13 264:22
**raised** 247:11
**ramus** 261:15
**ran** 263:25
**range** 225:18
**rate** 219:6
**rather** 240:20
**re** 302:8
**reach** 249:8,12,16,19
**reaching** 223:7
**read** 232:3,6 254:8
  260:2,3,3,5,8 261:8
  288:8 292:20,22
  302:11
**ready** 259:5 302:10
**real** 221:2 261:4
**really** 222:12 227:6
  231:25 248:4 251:4
**reason** 238:8,16 239:20
  240:13,15 276:18
  279:1 296:22,25
**reasoning** 239:18
**reasons** 228:23
**rebreak** 236:7 285:1
**recall** 214:20 224:19
  227:20 228:3 231:5
  239:2,13 240:14
  243:5,7,10,11,12,19
  244:11,21 245:22
  248:8,19 249:24
  250:2,4 251:5,15
  264:6,17,22 265:11
  266:15 270:2 271:6
  272:14 277:18 278:13
  278:15 281:23 283:10
  286:25 292:1 295:18
**receive** 234:18 238:11
  244:1 249:10 288:13
  288:14,18
**received** 216:24 220:6
  221:15 231:9,19
  254:11,12 261:24
  269:15 270:21 271:19
  298:15
**receiving** 296:11
**recent** 220:13 221:9
  282:8
**recently** 235:1 242:9
**recess** 261:7 278:7
**recommendation** 280:6
**recommendations**
  216:1
**recommended** 285:4
  286:4 287:23 288:4
**recommending** 288:5
**record** 245:13 246:3

250:24 251:2,8
  261:11,13 262:16
  301:8
**recorded** 292:23
**records** 219:25 252:17
  252:19 253:25 255:9
  255:10 261:12 263:1
  281:10 295:11
**refer** 217:22 230:9
  269:1 276:5
**Referred_To** 212:16
**referring** 228:5 229:15
  269:3
**refusal** 263:2
**refusals** 263:14
**refused** 256:15
**refusing** 263:3,4,7
**regarding** 232:7 235:24
  249:4 250:18 271:12
**region** 215:4
**Registered** 213:2 301:5
  301:20 302:19
**regular** 264:13
**reiterate** 213:14 227:13
**relative** 301:12,13
**release** 237:1
**remain** 231:3
**remember** 214:7
  225:20 226:4 232:13
  233:22 234:9 254:15
  256:1 257:9 267:17
  283:12,13
**removed** 297:11
**rendered** 250:11
**reorder** 295:10
**repeat** 213:17
**repeatedly** 266:25
**repetitive** 224:13 247:1
**rephrase** 213:17 287:3
**report** 215:12,14 261:9
  261:14 262:18,20
  264:18,25 265:5,6,6,7
  265:14,17 301:7
**reporter** 213:3 292:22
  301:6,20 302:19
**reports** 214:12,13
  245:14 257:21 265:10
  267:4 280:11
**represent** 246:25
**request** 213:20 215:18
  269:12 295:10,14
**requested** 222:9 292:21
**requesting** 259:3
**requests** 216:10 222:10
  247:15 249:13 265:8
  267:4 268:21 269:18
  282:10 289:25 293:1
  293:2 294:2
**reschedule** 217:7
**reset** 285:2
**resigned** 229:8,10,15
  229:24 230:3
**respond** 223:4 244:13
  260:6 289:25 297:23
**responded** 244:14
  288:2 294:9
**responding** 263:10

293:6
**response** 216:11 234:20
  270:14 298:15,15
**responses** 222:11 294:2
  294:7
**rest** 251:7
**RESTANI** 212:3
**restricted** 218:23
**restrictions** 219:3
**restroom** 261:4
**result** 298:10
**retained** 212:19
**returned** 222:1 295:15
**review** 250:7 257:25
**reviewed** 215:10 217:9
  258:2
**re-learn** 290:11
**rhythm** 217:25
**right** 214:1 215:23
  217:13 220:7 221:1
  223:14 229:18 231:2
  231:10,12,13 239:12
  239:19,21 240:2,2,5,8
  241:7 256:10 257:10
  258:19,24,25 261:2,5
  262:25 264:8 266:1
  267:22 270:24,24
  275:8,21,23,25 276:3
  276:14,15,17 278:4
  279:24 280:9 282:2
  284:4,23 285:6 286:7
  288:19 295:17
**right-hand** 262:25
**RN** 233:2
**robbery** 297:21
**Rolexes** 237:4
**room** 259:22 277:21
  278:1 279:5,8 285:22
**roughed** 231:23
**Roughly** 222:4
**routine** 273:4
**routinely** 230:20
**rules** 213:14
**run** 238:14
**running** 219:10,10
**Russell** 241:24,25
  242:2
**R-A-M-U-S** 261:15

**S**

**S** 212:15
**safety** 236:5
**same** 216:16 223:19,20
  231:3 232:14 235:24
  258:7 266:18 281:19
  285:22 294:17
**SARA** 213:2 300:16
  301:5,20 302:18
**satisfied** 237:6,8,10
  250:10 272:6
**saw** 214:1 222:14
  233:17 242:2 244:20
  253:15 254:18 255:12
  255:17 256:7 257:2
  265:18,19 267:16
  272:14 277:24 279:8
  280:11 281:18,19

290:19 293:2
saying 221:6 229:21
    238:24 245:14 249:21
    251:5 262:7 273:12
    279:19 296:25
says 216:3 220:7 223:6
    272:22
scan 265:25
scanned 232:21
scapegoat 229:4,6
scar 242:9
Schram 243:15
se 212:2 246:6
seal 300:9
second 217:21 250:25
    291:7
seconds 296:5
section 295:16
see 221:3,5,25 222:9
    230:16 233:21,21
    234:18,19 236:25
    245:1 249:9 252:17
    256:15,16 257:22
    258:3 260:9,10
    262:13 263:15 265:9
    266:20,25 272:21
    273:18 280:17 284:10
    290:14
seeing 252:25 257:21
    264:17,22 267:2
    272:16 273:20 296:9
seek 243:22,23
seeking 243:18 245:2
    264:15
seem 215:17 221:2
    224:22
seems 215:16 246:20
seen 214:2 221:4
    222:11 231:7,8
    245:17 246:3,5,5
    247:15 255:22 256:12
    260:11 263:5 269:20
    275:12,22 278:1
    279:13 288:22 289:7
    297:3
send 231:21 302:12
sends 282:5
sent 240:2 244:14,14
    247:15 259:4 294:16
separated 241:15
separately 281:16,17
September 234:12
series 213:15 270:20
serious 254:12
Service 245:4
SERVICES 211:12,25
    212:25 302:1,17
serving 250:15
set 234:18 257:3 284:8
seven 222:22
several 219:17 224:8
    247:2 263:2
severe 270:20,25 282:1
    283:18 290:5,7 294:3
    296:11
severity 269:22
Sharon 247:6,7 248:6

248:11,15 250:13,17
    251:4,9,12,19,23
    253:3
sheet 302:12
sheriff 298:18
Sheriff's 244:15 296:14
ship 240:1
shockwave 282:5
shortly 302:11
shoulder 295:17,19
show 214:12 260:4
    277:25
showed 221:10 239:23
    275:12 278:2 279:9
showing 255:9 257:23
    260:12 277:8,8
    296:17,17
shown 298:3
shows 221:7 267:4
shulman 212:4,14,19
    213:11,12 250:24
    261:5 292:19 298:19
shut 239:12,19 240:5
    259:6 276:16 284:22
    285:2 286:24 287:24
    294:17
shutting 228:14
sick 253:1 263:16
side 215:5 223:14
    225:16,22,23 228:18
    230:18 236:7,23
    244:24 259:1 262:25
    271:24 282:3 283:5
    284:3 285:6
sides 259:25 284:1
sign 230:17 293:8,9
    302:14
signature 302:10,15
signed 261:13,16
    262:16 264:21 271:16
    293:7
signing 302:13
signs 221:16
since 214:1 219:16
    222:6,14 223:19
    224:14 225:12,14
    233:9 244:4 255:22
Sinequan 228:14
single 225:19 295:12
sir 221:24 246:9 274:22
    276:22,25
sister 232:25 233:7
sitting 294:18
six 221:7 231:23 272:21
sleep 263:11 271:21
sleepiness 225:24
slowly 247:20
small 231:18 263:19
    298:1
smoked 246:21
smoking 246:12
soda 224:5
soft 247:17 252:20
    264:12 295:1,4
softer 271:24
some 214:21 216:5
    224:15 227:18 230:24

232:3 256:2 290:9
    295:13 297:18
someone 239:12 279:10
something 213:23
    217:23 242:19 244:10
    257:23 264:17 265:20
    279:7
sometimes 213:21
    234:1
son 243:15
soon 272:22
SORRENTINO 211:3
sorry 214:25 247:22
    264:4,8 267:8 290:2
    292:19 293:24
source 249:14
South 302:1
SOUTHERN 211:1
speak 286:17
speaking 216:3
specific 215:3
specifically 290:23
speculate 213:21,24
spoke 247:14
Springs 241:21
staff 225:9 295:16
stamp 231:24 281:10
stand 229:19 263:13,13
    298:3,5,6
standards 251:25
stands 242:18
stanley 211:9 212:9
start 237:9 246:13
    247:3,7 253:7 266:14
    273:12 280:22 286:1
    294:14 296:8
started 246:11 272:16
    282:10
state 213:3 228:21
    229:22,25 244:12
    298:5 299:5 300:2,17
    301:2
stated 220:19 237:14
    246:7 278:8,21
    287:22 297:17
statement 225:1 228:4
    229:5 230:3 231:13
    233:7,13,19 244:24
    244:25
states 211:1 261:13
    264:19
state's 298:15
statute 238:13,25
statutes 269:4
stenographically 301:7
sticking 236:10,23
    282:3
still 223:15,23 229:19
    238:8,10 241:14
    247:12,13 251:24
    255:24 257:24 270:23
    271:10,21 282:4
    283:24 285:12 288:21
stop 217:25 219:2
    232:17
stopped 293:16
stories 297:8

story 247:24
straight 264:16
straightforward 286:2
straw 236:13,15
stressed 214:5,12
stretch 266:17
strike 225:13 226:17
    230:23 233:6 238:7
    249:11 250:22 252:8
    260:1 265:4,16
    274:12,17 280:10
    281:3 286:10 292:12
    294:20
strong 295:2
study 264:21
stuff 227:18 295:21
submitted 216:10
SUBSCRIBED 299:7
sue 238:12,18,19 239:2
    247:11
sued 238:2 247:2
    257:11
suffer 247:12 282:4
suffered 282:7 284:1
suffering 223:1,5 256:9
    282:6
suggest 262:9
suggested 261:14 262:4
    268:18
suicidal 225:25
suing 245:24 257:12
suit 237:16,20,24
    238:15 243:21,22,24
    245:7 247:9 248:2
    249:6 296:2
SUMMER 212:7
sun 242:13
sunburned 242:14
superintendents 294:7
supervisor 281:7
support 245:8
suppose 218:25 219:4,5
    230:19
sure 213:19 218:5
    223:23 224:2 229:3
    238:17 243:1,2
    250:12,20,21 251:6
    251:14 260:22 262:6
    270:5,8,8 273:22
    276:7 280:14,15
    283:7,10 284:2,19
    290:8 295:20,20
surgeon 241:20 253:22
    259:5 265:2 266:7
    268:16 270:21 272:19
    272:20,22,23,25
    273:8,13,14 276:11
    276:21,24 280:14
    285:20 286:16
surgeons 273:5
surgeries 220:8
surgery 217:4,14,16
    218:11 236:5 268:19
    273:5 284:25 285:3,4
    288:4,5,18 296:18
susan 211:8 212:8
sustained 259:12,13

suture 231:8 262:24
sutured 254:3 262:19
sutures 231:10
switch 278:16
switched 277:11 279:14
    279:15 281:22
switching 277:7,17,19
    278:9,13
sworn 213:8 299:7
    300:7
synopsis 263:19
system 219:18 242:4
    255:8 289:6,8
S.W 211:23

**T**

T 212:15
tablets 227:1,7
tact 241:14
take 215:17 216:25
    222:3 224:7 226:8,19
    226:20 227:8,10,11
    227:14 230:15 232:9
    232:13 238:24 245:12
    245:15 250:3 253:1
    261:5 263:7 269:24
    274:7,8,14,17,20
    283:2,6 291:25
    298:17 302:11
taken 213:2 214:12,13
    214:16,18,23 215:2
    220:21,24 221:22,25
    225:14 226:18 232:20
    236:18 239:23 250:8
    252:4 256:7 259:4,15
    259:18,20,21 266:13
    267:23 268:9,11,23
    270:19,20 272:3
    275:21 277:8 290:1
    297:10 302:10,11
taking 226:14 227:5
    258:23 271:4,7 279:6
    293:11,14,16
talk 233:20 245:13
    266:4
talking 266:10 280:18
taped 231:7
technician 214:21
    221:25 277:24 279:18
    279:19 283:3
teeth 217:5 283:6,9
    290:21
tell 234:17,23 235:9,19
    235:23 236:14 237:4
    239:18 240:25 241:2
    249:22,25 254:20
    257:10 258:4 267:23
    269:19 272:20 275:24
    283:21 284:17 286:9
    286:10,16 287:18
telling 232:9 239:25
    270:15 272:9 276:2
    288:2
temple 239:12,19,21
    240:3,5,9 241:7
    258:24 275:21,23,25
    276:3,14,17 278:4

279:24 284:4,23
286:7 288:19
**temporal** 282:2
**test** 264:18
**testified** 213:9 227:18
227:24 230:25 236:17
239:11 242:11,12
243:13 244:9,18
247:8 248:1 275:6
281:11
**testify** 253:25 276:20
**testifying** 233:7
**testimony** 228:3 230:25
231:5 232:4 239:13
244:21 254:3 278:14
292:22 301:8
**tests** 271:2
**their** 225:6 228:17
287:16 297:10,11
**theory** 238:3,12,17,18
**thing** 235:24 285:11
247:18 297:12 298:7
**things** 219:7 223:2
247:18 297:12 298:7
**think** 214:19 217:2
226:3 231:25 235:14
245:21 246:20 250:4
256:11 258:18,21
259:2 266:1 269:24
282:20 295:5,6
298:19
**though** 221:3 226:11
283:22 297:7
**thought** 244:10 272:17
**threatened** 233:1
**three** 214:19 217:2
220:21 226:14 227:11
236:20,24 237:12,16
255:8 265:25 266:2
274:20 297:10 298:6
**through** 222:10 223:1
224:4 232:24,24
236:6,13,15 238:9
247:12,13 249:13
252:16,19 257:20
259:3 263:5 265:25
268:20 269:18 271:19
273:19 285:1 287:25
289:7,24 290:3 293:1
295:11 297:5 298:12
**time** 213:14 216:17
222:15 223:13,25
226:5,13 228:23
229:13 230:4 231:19
232:4,24 237:7,15
238:13 242:8 244:10
244:19 250:10 251:10
253:8 254:10,18
255:17 256:7,13,14
257:4,5 258:8,14,15
263:11 266:19 267:4
267:7 269:20,25
270:25 271:3 273:16
273:18 274:25 277:21
279:7,11,11,12
281:19 282:1,7
283:24 284:25 289:15
290:6,7,8 292:6

293:10 294:10 295:24
298:17 302:11
**times** 222:10 255:12
256:12 267:2 272:14
289:9 298:6
**tiredness** 225:24
**tissue** 236:11
**today** 223:10,16 226:18
237:21,24 251:23
271:9 282:4 288:20
288:21 290:11 297:19
**together** 275:7 278:11
279:16 281:17 285:15
285:18,21,22 286:14
288:23 289:2,3 294:1
**told** 221:9,14 225:17,20
228:13,16 231:3
232:15,17 233:9,18
233:20 234:13 235:25
236:3,9,19,23 239:2
241:16,19,20,21,23
244:3 245:25 258:9
259:9 267:3,21
269:20 274:25 275:15
278:2,3 285:5 286:1
286:12 287:2,7 289:3
289:4 296:17,24
**Tome** 260:13 261:16
264:22 265:6
**Tome's** 265:7
**tools** 292:7
**tooth** 290:20,24,25
291:3
**top** 242:9 258:20
265:23
**total** 227:10 297:1
**totally** 241:14 283:13
**touch** 245:17 268:1
274:4 292:5
**touching** 267:24 282:5
**transcript** 301:8
**transcripts** 298:2
302:10,12
**transferred** 263:24
**trapped** 288:24
**trauma** 270:21,25
271:18 282:7 283:18
283:25 294:4,18
296:12
**traumatic** 262:18
**treat** 217:4 233:21
**treating** 225:17 252:24
253:3,6 255:1 257:13
257:14,15 268:16
**treatment** 216:2 231:9
234:18 243:25 247:16
249:10 250:11 257:17
263:2,3,4 268:22
272:7 294:14
**treatments** 286:4 296:7
**TREVOR** 211:10
**trial** 238:9,10 244:3
298:18
**tried** 225:3 249:16,18
256:13 263:9
**true** 245:19 301:8
**truly** 302:16

**trusted** 237:22
**truth** 236:3 259:9,11
**try** 213:23 224:14,23
225:5 231:24 233:22
238:10,10 243:21,23
246:11 247:10,20
249:9 265:24,25
295:13 297:15
**trying** 245:7 254:22
258:22
**Tuesday** 211:22
**twice** 271:25
**two** 216:15 236:20,24
237:11,15,25 241:22
244:7 246:14 247:4
268:19 271:20,23
275:15 287:6 296:5
298:5
**Tylenol** 270:1
**type** 215:20 216:16
218:17,23 248:15,19
267:15 273:23 274:1
**types** 220:10 266:23
267:9,12 282:11
292:2
**T-O-M-E** 260:13

**U**

**Ucker** 212:5 231:14
266:4,5,6,12,14
268:13,15 270:17,18
271:12,16 272:2,11
280:4 287:22 288:2,3
291:8 295:6
**Ucker's** 280:6
**UECKER** 211:10
**Uh-huh** 241:5
**uncomfortable** 269:21
**under** 223:23 228:25
229:2,8 230:5 231:10
233:15 238:2,5,12,17
238:18,19 239:2
244:20 258:25 262:17
262:25 266:21 267:22
269:3,4 296:13
**underneath** 276:15
**undersigned** 300:5
**understand** 213:16
217:23 223:10 231:22
235:25 236:2 245:12
245:17 247:23 297:17
**understandable** 247:24
**understanding** 237:15
237:19,21,24 239:5
241:15 266:6,9 273:1
273:2,3
**understood** 213:18
**uneducated** 240:22
**unfortunately** 231:16
251:25
**unhappy** 277:3,4
**UNITED** 211:1
**unless** 242:18 298:19
**unskillful** 240:22
**until** 231:4 272:20
**upset** 267:6,7
**use** 228:10 244:25

261:3 271:20 296:20
**using** 269:23 298:4,4,5
**usually** 283:4 284:8

**V**

**valve** 217:24
**verbal** 213:20
**verbally** 245:10 269:14
269:19,20 270:15
294:3
**very** 215:24 269:22
290:5 302:16
**vessel** 231:4
**view** 215:5
**violence** 225:25
**vision** 225:24 243:8
**visit** 214:4,8,10 215:18
216:20,25 220:20
222:5,20 231:1 232:7
235:2 244:20 245:10
248:6 257:25 260:21
267:16 273:15 274:14
281:15,16 285:14
289:10,12,15
**visited** 219:18 222:7
265:15 281:14,25
285:18 289:23 291:7
291:10,13,16,19
**visiting** 266:14 280:23
**visits** 246:25 248:10
266:11 268:21 280:25
**vivid** 251:17
**voice** 286:15
**Volume** 211:20
**vs** 211:7 302:8

**W**

**W** 253:7
**waiting** 232:10
**waive** 302:13
**waived** 302:15
**walk** 263:13,13
**walked** 256:16 277:21
277:23,25 279:6,8
**wall** 277:23 278:1,25
279:9
**wan** 244:20
**want** 240:16,23 247:23
265:21
**wanted** 260:3 264:3
**wasn't** 229:11,15
233:12 245:9 248:5
253:5 286:3 293:22
293:25 294:22
**way** 218:8,24 231:6
257:23 270:6 291:6
296:21
**Wayne** 277:24 278:21
279:2
**ways** 287:6
**weather** 223:16
**weathers** 211:10 212:5
236:19,22 237:6,8
238:2 239:22 240:4
240:24 265:1,2,15,17
265:18 272:13,14,17
273:7,13,15,21,23

275:3,4,9,10,16,17,18
275:20 276:9,11
278:9 279:17,21
280:5,11 281:12,15
281:19 284:21 285:8
285:9,12,15 286:14
286:14,16,17,19
287:2,10,18 291:10
**week** 214:5
**weeks** 246:15 254:24
297:10
**weight** 228:8
**well** 222:12 229:20
234:1 238:8 239:11
245:5 256:6,8 259:20
263:10 268:6 281:15
290:13
**went** 216:17 238:5
245:1,5 279:3
**were** 214:12,13,18,23
215:2 217:5 218:14
219:16 221:9,24
224:9,16,17 225:14
226:14 232:8,23
233:4 237:6,10
239:23 240:1 242:13
242:16 250:7,10
252:24,25 259:15,18
259:20,21 261:18,20
261:23 263:2,7,18
264:6 266:19 268:8
268:11 269:23 271:4
271:6,23 272:6
273:20 274:23 277:3
277:3 278:25 279:4,4
281:24 286:13 289:22
289:24 290:3 293:11
296:25 297:22
**weren't** 217:6
**we're** 224:24 230:19
280:18 291:6 298:19
**while** 224:14,23 261:25
296:13 297:15
**whole** 258:15 266:1
**wide** 266:17
**WILIAM** 211:19
**Willam** 212:2
**william** 211:5 212:13
213:1,7 300:6 302:5
**Winthrop** 262:17
**wire** 259:5 276:16,17
279:24 284:21,22
285:2 286:6,8
**wired** 239:12,19 240:3
240:5 259:13 280:6
286:11,24 287:8,13
287:19,24 288:20
294:17
**wiring** 280:3 287:2
**wise** 294:9
**wish** 262:12 302:12,13
**withdrew** 244:1
**witness** 212:12 261:3
299:3 300:9 301:9
**wives** 264:1
**won** 238:17
**word** 247:25

words 228:10 234:3
  286:15
wore 237:4
work 233:15 255:24
  260:20
worked 266:20 275:7
  281:11
working 245:3 257:4,5
works 225:6
world 224:22
worse 223:15,18
  233:10,11 234:14,14
  234:23,24 235:6,6,10
  235:10,20,20,24,25
  236:11 259:10
wouldn't 228:12
  246:23 256:12 262:8
  267:24 294:11
write 267:1 290:10
writings 290:10
written 219:23 262:3
  269:15 295:16
wrong 217:8 221:24
  238:18 242:12 258:16
  269:5 272:1 279:8
  283:16 286:1
W.C 211:10 212:5
  262:17

**X**

X 212:10,15
x-ray 214:12,13,21
  221:25 222:3 232:10
  259:22 261:9 264:17
  265:10,17 275:22
  277:23,24 278:1
  279:10,18,19 283:3
  288:22
x-rays 214:16,18,20,23
  215:10 217:9 220:21
  220:24 221:5,9,10,22
  222:1,5 231:11 232:9
  232:13,14,20,23
  233:3 239:23 245:12
  250:3,7 252:4 253:2
  254:6,8 257:3,14,20
  257:21 258:1,23
  259:15,18,20 260:2,5
  260:8,11,24 265:9,12
  267:23 268:6,9,11
  274:7,8,11,13,14,18
  274:20 275:11,12,21
  275:22 277:7,8,11,17
  277:20,22,22 278:9
  278:13,16,24 279:2,3
  279:9,13,15 282:17
  283:2,3,6,8 284:8,12
  288:8 290:1 291:23
  291:25

**Y**

Yeah 215:22 227:1,11
  231:16 244:12 260:7
  281:21 283:14 287:5
  264:16 280:20 284:19
year 234:9 245:21
years 219:17 221:7

224:8 233:11 236:3
  236:20,25 237:12,16
  237:25,25 255:8
  265:25 266:2 280:18
yell 285:9
young 218:8

**$**

$329 231:25

**#**

#1 211:10

**0**

00-6087-Civ-Dimitro...
  211:3

**1**

1 212:17 298:23
1:25 298:24
1:30 254:1
10 252:19 255:16
  266:13 272:16 281:2
  285:19 296:15
10/24/01 302:11
100 238:22 270:8,10
  280:8 283:11
11/13/01 302:11
11:00 211:24
114 243:14
116 244:19
12 257:23
12th 263:23
13th 211:22
139 251:3
15 222:4 225:21 231:22
1601 211:23
163 229:10
185 228:8
187th 211:23
1995 295:16
1996 243:24 248:9
  250:16 253:25 254:23
  261:9,21 262:1
  263:22,23 264:18
  265:11,14 266:16
  271:3,16 273:17,19
  281:20 284:22,23
  285:5 287:25 288:9
  289:17 290:7,10
  293:10 296:16
1997 262:2 273:19
  281:20 284:19,20,23
  285:5
1998 238:9 248:9
  255:19 266:16 271:3
  281:21 289:17 296:16

**2**

2 211:10
2/9/96 257:22 265:5
20 289:11
20th 300:10 301:17
  302:4
2000 245:21
2001 211:22 299:8

300:10 301:17 302:4
21st 264:18 265:11,14
211 211:20
213 212:14
23rd 295:16
24th 214:2 222:6
  236:18 244:4
243 228:8
261 212:17

**3**

3,000 231:20
3.850 298:2,14
30 256:16 302:14
302 211:20
31st 244:11
33194 302:7

**4**

4th 271:16
463-9505 302:2

**5**

52 232:5
53 232:5

**6**

600 302:1
66 236:18 237:14

**7**

7C-2 263:25

**8**

80s 224:11

**9**

9th 253:25 254:23
  261:9,21 263:23
949000 302:6
95 242:9
954 302:2
954)463-9505 211:25
  212:25