UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
MAGISTRATE SORRENTINO

CASE NO. 00-6087-CIV-Dimitrouleas

CIVIL

William M. Hicks,
   Plaintiff,
vs.
KEN JENNE, et al,
   Defendant(s).
_____/

FILED BY ___MG___ D.C.
2002 JUN 25 PH 3:57
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S SUPPLEMENTAL NOTICE OF FILING VOLUME III OF PLAINTIFF'S DEPOSITION WITHOUT FILING ANY SAID COPY TO PLAINTIFF WITH SAID NOTICE

COMES NOW, Plaintiff, William M. Hicks, pro se, and files his timely objection to defendant's counsel Joel L. Shulman, esq, filing supplemental evidence of volume III of Plaintiff's deposition in this Honorable court, without adhering to Fed. R. Civ. P., by way of sending complete copies of all evidence being submitted in court,

155

to all (parties) of counsel. The defense counsel's for defendant's had already submitted plaintiff's depositions to use in favor of their motions for summary judgment. Plaintiff feels by counsel not adhering to rules and mailing copies of all evidence resubmitted to him, so plaintiff may insure that the evidence is proper and/or complete copies. And if needed, plaintiff may object to any and all inconsistencies.

WHEREFORE, Plaintiff asks this Honorable court to request defendant's counsel, send copies of all evidence being used in summary judgment to plaintiff.

### CERTIFICATE OF SERVICE

I hereby certify that facts and statements contained herein are true and correct and a copy of motion was handed over to prison officials to mail by U.S. mail this 21 day of JUNE, 2002 and mailed to: clerk of federal court in Broward; Joel Shulman, esq 2801 ponce de leon Blvd. 9TH Fl. coral gables, Fla 33134; summer BARRANCO, esq. 1322 S.E. 3rd Avenue FT. Loud, Fla 33316.

William M. Hicks pro se
William M. Hicks #664670
Everglades Corr Inst
Box 949000
Miami, Fla 33194-9000