UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM HICKS,

    Plaintiff,

vs.

SHERIFF KEN JENNE, et al.,

    Defendants.
_____/

CASE NO. 00-6087-CIV-DIMITROULEAS



FILED by _____ D.C.
JUL 18 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER OVERRULING OBJECTIONS

THIS CAUSE is before the Court upon Petitioner's June 25, 2002 objections [DE-155], they are Overruled.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 18 day of July, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Charlene H. Sorrentino

William M. Hicks, #664670
Everglades Corr. Inst.
1601 S.W. 187th Avenue
PO Box 949000
Miami, FL 33194-9000

Summer M. Barranco, Esquire
1322 S.E. Third Avenue
Ft. Lauderdale, FL 33316

Joel L. Shulman, Esquire
2801 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Fl 33134

