IN THE UNITED STATES DISTRICT COURT
_____SOUTHERN_____ DISTRICT OF FLORIDA
_____CIVIL_____ DIVISION

WILLIAM HICKS,
____Plaintiff____,

vs.

SHERIFF KENNETH JENNE et al,
____Defendants____.
_____/

FILED by ____ D.C.
INTAKE
JUL 23 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · FT. LAUD.

CASE NO.: 00-6087-CIV-DIMI-TROULEAS

## NOTICE OF APPEAL

COMES NOW, __William Hicks__, Plaintiff, pro se, gives notice that he appeals to the United States Eleventh Circuit Court of Appeals this Court's __dismissal__, __and__, order which is a final disposition denying relief in this __42 U.S.C § 1983 Civil Rights__ proceeding.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice of Appeal and attached order being appealed has been furnished by U.S. Mail to: __Counsel for the defendants__, this __15__ day of __July__ __2002__.

1.) Summer M. Barranco, esq,
2.) Joel Shulman, esq.
3.) clerk of Southern Broward court,

__William Hicks__ DC# __664670__
Everglades Correctional Institution
P.O. Box 949000
Miami, Fl. 33194-9000

