UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM HICKS,

     Petitioner,

vs.

SHERIFF KEN JENNE, et al.,

     Respondents.

_____/

FILED by _____ D.C.

JUL 24 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon Petitioner William Hicks' Motion for Certificate of Appealability, filed herein on July 23, 2002. The Court notes that Mr. Hicks seeks to appeal dismissal of his §1983 prisoner civil rights action; however, unlike some habeas cases, a certificate of appealability is not required in this case. See Aguilera v. Kirkpatrick, 241 F.3d 1286, 1291-92 (10th Cir. 2001). Accordingly, the Court has carefully considered the motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Petitioner's Motion for Certificate of Appealability is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24 day of July, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies forwarded to:
William M. Hicks, #664670
Everglades Corr. Inst.
1601 S.W. 187th Avenue
P.O. Box 949000
Miami, Florida 33194-9000



Summer M. Barranco, Esq.
1322 S.E. Third Avenue
Ft. Lauderdale, Florida 33316

Joel L. Shulman, Esq.
2801 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134