Case 0:00-cv-06087-WPD    Document 162    Entered on FLSD Docket 08/16/2002    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM HICKS,

    Petitioner,

vs.

SHERIFF KEN JENNE, et al.,

    Respondent.
_____/



FILED by _____ D.C.
AUG 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

THIS CAUSE is before the Court upon Petitioner's Application to Proceed In Forma Pauperis [DE 160], filed herein on August 9, 2002. The Court has carefully considered the application, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Petitioner's Application to Proceed In Forma Pauperis [DE 160] is hereby **GRANTED** as to filing fees only.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15 day of August, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William M. Hicks, #664670
Everglades Corr. Inst.
1601 S.W. 187th Avenue
P.O. Box 949000
Miami, Florida 33194-9000

Summer M. Barranco, Esq.
1322 S.E. Third Avenue
Ft. Lauderdale, Florida 33316



Joel L. Shulman, Esq.
2801 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134

Appeals Desk, Clerk's Office
Eleventh Circuit Court of Appeals