UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_William Hicks_,
Plaintiff./Petitioner,

CASE NO. _00 CV 6087 WPD_

MAGISTRATE JUDGE _____

V.

**CLERK'S NOTICE OF**

**RECEIPT OF FILING FEE**

_Ken Jenne_,
Defendant/Respondent,

_____/

The Clerk notifies the Court that on **SEP 1 3 2002** the filing fee of $ _105.00_ was received, receipt number _526194_.

DONE at Fort Lauderdale, Florida, this **SEP 1 3 2002** day of _____, 2000.

**CLARENCE MADDOX**
**CLERK OF COURT**

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff

