# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### 299 East Broward Boulevard
**Fort Lauderdale, FL 33301**
**954-769-5400**

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

Clerk's Office - Appeal #02-14055-CC          Date: November 21, 2002
U.S. Court of Appeals - Eleventh Circuit   USDC # 00-6087-CV-WPD
56 Forsyth St., N.W.                       USCA # 02-14055-CC
Atlanta, GA  30303

IN RE: **Hicks v. Jenne, et al**

================================================================

### Certificate of Readiness and Transmittal of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for
the Southern District of Florida hereby certifies that, as shown on
the enclosed index, the record is complete for purposes of this
appeal.  The record (including the transcripts or parts thereof
designated for inclusion and all necessary exhibits) consists of:

    _4_ Volumes of Pleadings

    _X_ Exhibits:

      _1_ Folder (Deposition)

Judge _The Honorable William P. Dimitrouleas_

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                              Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
    Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism
for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                               CHS      CLOSED
                                               APPEAL
                    U.S. District Court
          Southern District of Florida (FtLauderdale)

          CIVIL DOCKET FOR CASE #: 00-CV-6087
```

Hicks v. Jenne, et al                          Filed: 01/18/00
Assigned to: Judge William P. Dimitrouleas     Jury demand: Both
Demand: $0,000                                 Nature of Suit: 550
Lead Docket: None                              Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 State Prisoner Civil Rights

WILLIAM M. HICKS                   William M. Hicks
     plaintiff                     ppp
                                   664670
                                   [COR LD NTC] [PRO SE]
                                   Everglades Correctional
                                   Institution
                                   PO Box 949000
                                   Miami, FL 33194-9000


     v.


KEN JENNE, Broward County          Summer Marie Barranco
Sheriff                            FTS 462-3861
     defendant                     [COR LD NTC]
                                   Purdy Jolly & Giuffreda
                                   1322 SE 3rd Avenue
                                   Fort Lauderdale, FL 33316
                                   954-462-3200


SUSAN MCCAMPBELL
     defendant
     [term  04/04/02]


BARBARA HANSON-EVANS               Summer Marie Barranco
     defendant                     (See above)
                                   [COR LD NTC]


BECHARD, Unit Manager
     defendant
     [term  08/24/01]


ROBINSON, Unit Manager

Docket as of November 18, 2002 10:33 am                Page 1

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _Dominique Lui_
Deputy Clerk
11-21-02

```
Proceedings include all events.                                    CHS
0:00cv6087 Hicks v. Jenne, et al                        CLOSED APPEAL
```

```
     defendant
  [term  08/24/01]


LOCKET, Sgt.
     defendant
  [term  08/24/01]


GARRISON, Sgt.
     defendant
  [term  08/24/01]


WATSON, Sgt.
     defendant
  [term  08/24/01]


JOHN DOE, #1
     defendant
  [term  12/18/01]


JOHN DOE, #2
     defendant
  [term  12/18/01]


BARBRA LAW
     defendant


STANLEY HOLMES                    Summer Marie Barranco
     defendant                    (See above)
                                  [COR LD NTC]


SCHWARTZ, Case Worker
     defendant
  [term  08/24/01]


WILLIE ROBERTS
     defendant
  [term  08/24/01]


WIMBERLY, Sgt.
     defendant
  [term  08/24/01]


EMERGENCY MEDICAL SERVICE         David Robert Cassetty
```

```
Docket as of November 18, 2002 10:33 am                  Page 2
```

```
Proceedings include all events.                              CHS
0:00cv6087 Hicks v. Jenne, et al                    CLOSED APPEAL
```

ASSOCIATION △        △, A        FTS 445-7728
Correctional Care Member of      [COR LD NTC]
Inphynet                         Joel L. Shulman
        defendant                FTS 445-7728
                                 [COR LD NTC]
                                 O'Connor Chimpoulis Restani
                                 Marrero & McAllister
                                 2801 Ponce De Leon Boulevard
                                 Suite 900
                                 Coral Gables, FL 33134
                                 305-445-4090


J.R.N. KEVIN
        defendant
[term  08/24/01]


W. C. DAVIS, M.D.               David Robert Cassetty
        defendant               (See above)
                                [COR LD NTC]
                                Joel L. Shulman
                                (See above)
                                [COR LD NTC]


UCKER, M.D.                     David Robert Cassetty
        defendant               (See above)
                                [COR LD NTC]
                                Joel L. Shulman
                                (See above)
                                [COR LD NTC]


TREVOR WEATHORS, DDS            David Robert Cassetty
        defendant               (See above)
                                [COR LD NTC]
                                Joel L. Shulman
                                (See above)
                                [COR LD NTC]

                                Douglas Malcolm McIntosh
                                 [term  05/23/01]
                                FTS 765-1005
                                [COR LD NTC]
                                McIntosh Sawran Peltz Cartaya &
                                Petruccelli
                                1776 E Sunrise Boulevard
                                PO Box 7990
                                Fort Lauderdale, FL 33338-7990
                                954-765-1001


CLINE, DDS                     David Robert Cassetty

Docket as of November 18, 2002 10:33 am          Page 3

```
Proceedings include all events.                                    CHS
0:00cv6087 Hicks v. Jenne, et al                         CLOSED APPEAL
```

```
         defendant                   (See above)
                                      [COR LD NTC]
                                      Joel L. Shulman
                                      (See above)
                                      [COR LD NTC]


G. PEARSON, DDS                       David Robert Cassetty
         defendant                   (See above)
                                      [COR LD NTC]
                                      Joel L. Shulman
                                      (See above)
                                      [COR LD NTC]


PEARSON, DDS                          Joel L. Shulman
         defendant                   (See above)
                                      [COR LD NTC]


SYLVIA POITIER, Broward County
Commissioner
         defendant
  [term  08/24/01]


PETE CORWIN, Broward County
Commissioner
         defendant
  [term  08/24/01]


PARISH, Broward County
Commissioner
         defendant
  [term  08/24/01]
```

```
Proceedings include all events.                                    CHS
0:00cv6087 Hicks v. Jenne, et al                        CLOSED APPEAL
```

WILLIAM M. HICKS

        plaintiff


  v.

KEN JENNE, Broward County Sheriff; SUSAN MCCAMPBELL; BARBARA
HANSON-EVANS; BECHARD, Unit Manager; ROBINSON, Unit Manager;
LOCKET, Sgt.; GARRISON, Sgt.; WATSON, Sgt.; JOHN DOE, #1;
JOHN DOE, #2; BARBRA LAW; STANLEY HOLMES; SCHWARTZ, Case
Worker; WILLIE ROBERTS; WIMBERLY, Sgt.; EMERGENCY MEDICAL
SERVICE ASSOCIATION △ △, A Correctional Care Member of
Inphynet; J.R.N. KEVIN; W. C. DAVIS, M.D.; UCKER, M.D.;
TREVOR WEATHORS, DDS; CLINE, DDS; G. PEARSON, DDS; PEARSON,
DDS; SYLVIA POITIER, Broward County Commissioner; PETE
CORWIN, Broward County Commissioner; PARISH, Broward County
Commissioner

        defendant

Proceedings include all events.                                                    CHS
0:00cv6087 Hicks v. Jenne, et al                                         CLOSED APPEAL

1/18/00   (1)      PRISONER CIVIL RIGHTS COMPLAINT filed; IFP; B-3; CHS (ea)
                   [Entry date 01/19/00]

1/18/00   (2)      Clerk's Order of Magistrate Judge Assignment to Magistrate
                   Charlene H. Sorrentino, re: Administrative Order (ea)
                   [Entry date 01/19/00]

1/18/00   (3)      MOTION/AFFIDAVIT by William M. Hicks to proceed in forma
                   pauperis (ea) [Entry date 01/19/00]

1/18/00   --       Motion(s) referred: [3-1] motion to proceed in forma
                   pauperis referred  to Magistrate Judge Charlene H.
                   Sorrentino (ea) [Entry date 01/19/00]

1/21/00   (4)      INITIAL ORDER OF INSTRUCTIONS TO PRO SE LITIGANT (Signed by
                   Magistrate Judge Charlene H. Sorrentino on 1/21/00) CCAP
                   [EOD Date: 1/24/00] (ea) [Entry date 01/24/00]

1/21/00   (5)      ORDER denying [3-1] motion to proceed in forma pauperis and
                   requiring the plaintiff to complete and file the form
                   application to proceed without payment of fees and
                   affidavit furnished with this Order on or before 2/29/00
                   (Signed by Magistrate Judge Charlene H. Sorrentino on
                   1/21/00) CCAP [EOD Date: 1/24/00] (ea) [Entry date 01/24/00]

2/9/00    (6)      APPLICATION by William M. Hicks to proceed in forma
                   pauperis (ss) [Entry date 02/11/00]

2/9/00    (7)      MOTION by William M. Hicks for appointment of counsel (ss)
                   [Entry date 02/11/00]

2/9/00    (8)      MEMORANDUM by William M. Hicks in support of [7-1] motion
                   for appointment of counsel (ss) [Entry date 02/11/00]

2/9/00    (9)      AFFIDAVIT by William M. Hicks Re: [6-1] motion to proceed
                   in forma pauperis, [7-1] motion for appointment of counsel
                   (ss) [Entry date 02/11/00]

2/14/00   (10)     ORDER denying [7-1] motion for appointment of counsel
                   (Signed by Magistrate Judge Charlene H. Sorrentino on
                   2/14/00) CCAP [EOD Date: 2/15/00] (ea) [Entry date 02/15/00]

2/14/00   (11)     ORDER REQUIRING PAYMENT OF FILING FEE BY INSTALLMENT;
                   granting [6-1] motion to proceed in forma pauperis to the
                   extent that the plaintiff need not prepay the costs and
                   fees of this case except the filing fee of $150.00 (Signed
                   by Magistrate Judge Charlene H. Sorrentino on 2/14/00) CCAP
                   [EOD Date: 2/15/00] (ea) [Entry date 02/15/00]

3/23/00   (12)     PETITION by William M. Hicks for permission to proceed
                   with case, and Request that case not be dismissed (ss)
                   [Entry date 03/27/00]

Proceedings include all events.                                                    CHS
0:00cv6087 Hicks v. Jenne, et al                        vol Cont  CLOSED APPEAL

3/27/00  (13)    Partial filing fee payment by William M. Hicks; Receipt
                 Number: 819095 in the amount of $ 25.53 (ss)
                 [Entry date 03/28/00]

3/27/00  (14)    MOTION by William M. Hicks for injunction (ss)
                 [Entry date 03/28/00]

3/30/00  (15)    REPORT of Magistrate Judge Charlene H. Sorrentino
                 recommending that [14-1] motion for temporary restraining
                 order and/or preliminary injunction be DENIED. Motion no
                 longer referred. Signed on: 3/30/00 Objections to R and R
                 due by 4/9/00 CCAP (ea)

4/18/00  (16)    ORDER Approving [15-1] report and recommendations; Denying
                 [14-1] motion for temporary restraining order and/or
                 preliminary injunction (Signed by Judge William P.
                 Dimitrouleas on 4/18/00) CCAP [EOD Date: 4/19/00] (ss)
                 [Entry date 04/19/00]

5/1/00   (17)    ORDER granting [12-1] motion for permission to proceed with
                 case, granting [12-2] motion that case not be dismissed to
                 the extent that the plaintiff may make his partial filing
                 fee payments by 5/31/00 (Signed by Magistrate Judge
                 Charlene H. Sorrentino on CCAP [EOD Date: 5/2/00] (ea)
                 [Entry date 05/02/00]

5/8/00   (18)    NOTICE of Change of Address of Party by William M. Hicks (ss)
                 [Entry date 05/10/00]

6/13/00  (19)    MOTION by William M. Hicks for Court ordered law library
                 use (ss) [Entry date 06/15/00]

6/13/00  (20)    NOTICE of Change of Address of Party by William M. Hicks (ss)
                 [Entry date 06/15/00]

6/21/00  (21)    ORDER denying [19-1] motion for Court ordered law library
                 use; the plaintiff must comply with the institutional
                 regulations (Signed by Magistrate Judge Charlene H.
                 Sorrentino on 6/21/00) CCAP [EOD Date: 6/22/00] (ea)
                 [Entry date 06/22/00]

6/26/00  (22)    ORDER REQUIRING PAYMENT OF FILING FEE BY INSTALLMENT
                 (Signed by Magistrate Judge Charlene H. Sorrentino on
                 6/26/00) CCAP [EOD Date: 6/27/00] (ea) [Entry date 06/27/00]

7/25/00  (23)    Partial filing fee payment by William M. Hicks; Receipt
                 Number: 825822 in the amount of $ 25.53 (ss)
                 [Entry date 07/26/00]

8/17/00  (24)    REQUEST by William M. Hicks to serve all defendants (ss)
                 [Entry date 08/18/00]

Proceedings include all events.                                              CHS
0:00cv6087 Hicks v. Jenne, et al           Vol.| Cont CLOSED APPEAL

9/19/00   (25)   ORDER denying [24-1] motion to serve all defendants, which
                 is in legal effect a motion for service of a summons and a
                 copy of the complaint upon each of the named defendants
                 (Signed by Magistrate Judge Charlene H. Sorrentino on
                 9/19/00) CCAP [EOD Date: 9/21/00] (ea) [Entry date 09/21/00]

10/4/00   (26)   CLERK'S RECEIPT for: filing fee paid by William M. Hicks.
                 AMOUNT: $ 64.86 RECEIPT # 829345 (ss) [Entry date 10/05/00]

10/17/00  (27)   MOTION by William M. Hicks to dismiss case (ss)
                 [Entry date 10/18/00]

10/23/00  (28)   MOTION by William M. Hicks to stay on plaintiff's civil
                 rights case (lk) [Entry date 10/24/00]

10/23/00  (29)   MOTION by William M. Hicks to amend complaint (lk)
                 [Entry date 10/24/00]

10/23/00  (30)   MOTION by William M. Hicks for court order to allow
                 plaintiff's evidence to enter prison (lk)
                 [Entry date 10/24/00]

10/30/00  (31)   ORDER granting [29-1] motion to amend complaint to the
                 extent that the plaintiff shall, on or before 11/30/00,
                 file an amended complaint; dismissing as moot [27-1] motion
                 for leave to voluntarily dismiss the case; dismissing as
                 moot [28-1] motion to stay case; denying [30-1] motion for
                 court order to allow plaintiff's evidence to enter prison
                 (Signed by Magistrate Judge Charlene H. Sorrentino on
                 10/30/00) CCAP [EOD Date: 10/31/00] (ea)
                 [Entry date 10/31/00]

11/28/00  (32)   MOTION by William M. Hicks for Court order showing
                 plaintiff's compliance in paying pro-se fee (ss)
                 [Entry date 11/29/00]

1/30/01   (33)   ORDER granting [32-1] motion for Court order showing
                 plaintiff's compliance in paying pro-se fee, to the extent
                 that the financial record of the Clerk reveals that the
                 plaintiff owes $34.08 (Signed by Magistrate Judge Charlene
                 H. Sorrentino on 1/29/01) CCAP [EOD Date: 1/31/01] (ea)
                 [Entry date 01/31/01]

2/9/01    (34)   NOTICE of Change of Address of Party by William M. Hicks (ss)
                 [Entry date 02/13/01]

3/8/01    (35)   MOTION by William M. Hicks for telephonic hearing/case
                 status (ss)

3/14/01   (36)   ORDER denying [35-1] motion for telephonic hearing/case
                 status (Signed by Magistrate Judge Charlene H. Sorrentino
                 on 3/14/01) CCAP [EOD Date: 3/15/01] (ea)
                 [Entry date 03/15/01]

Docket as of November 18, 2002 10:33 am                    Page 8

Proceedings include all events.                                                CHS
0:00cv6087 Hicks v. Jenne, et al         CLOSED APPEAL

3/15/01  (37)   ORDER granting [35-1] motion for telephonic hearing/case
                status, solely to the extent that he is hereby informed
                that copies of the amended complaint dated 11/9/00 have
                been sent with Notices of Lawsuit and Requests for Waivers
                of Service of Summons to the 11 defendants designated by
                name in the amended pleading, and motion is otherwise
                denied (Signed by Magistrate Judge Charlene H. Sorrentino
                on 3/14/01) CCAP [EOD Date: 3/16/01] (ea)
                [Entry date 03/16/01]

3/16/01  (38)   Notice of lawsuit and request for waiver of service for
                summons as to Ken Jenne Mailed on: 3/16/01; 30 days to
                waiver. (ea) [Entry date 03/19/01]

3/16/01  (39)   Notice of lawsuit and request for waiver of service for
                summons as to Susan McCampbell Mailed on: 3/16/01 30 days
                to file waiver. (ea) [Entry date 03/19/01]

3/16/01  (40)   Notice of lawsuit and request for waiver of service for
                summons as to Barbara Hanson-Evans Mailed on: 3/16/01; 30
                days to file waiver. (ea) [Entry date 03/19/01]

3/16/01  (41)   Notice of lawsuit and request for waiver of service for
                summons as to Stanley Holmes Mailed on: 3/16/01; 30 days to
                file waiver. (ea) [Entry date 03/19/01]

3/16/01  (42)   Notice of lawsuit and request for waiver of service for
                summons as to EMSA Mailed on: 3/16/01; 30 days to file
                waiver. (ea) [Entry date 03/19/01]

3/16/01  (43)   Notice of lawsuit and request for waiver of service for
                summons as to W. C. Davis Mailed on: 3/16/01; 30 days to
                file waiver. (ea) [Entry date 03/19/01]

3/16/01  (44)   Notice of lawsuit and request for waiver of service for
                summons as to Ucker Mailed on: 3/16/01; 30 days to file
                waiver. (ea) [Entry date 03/19/01]

3/16/01  (45)   Notice of lawsuit and request for waiver of service for
                summons as to Cline Mailed on: 3/16/01; 30 days to file
                waiver. (ea) [Entry date 03/19/01]

3/16/01  (46)   Notice of lawsuit and request for waiver of service for
                summons as to G. Pearson Mailed on: 3/16/01; 30 days to
                file waiver. (ea) [Entry date 03/19/01]

3/16/01  (47)   Notice of lawsuit and request for waiver of service for
                summons as to G. Pearson Mailed on: 3/16/01; 30 days to
                file waiver. (ea) [Entry date 03/19/01]

3/20/01  (48)   MOTION by William M. Hicks for telephonic hearing/case
                status (ss) [Entry date 03/21/01]

Proceedings include all events.                                           CHS
0:00cv6087 Hicks v. Jenne, et al          VOI, Cont CLOSED APPEAL

3/22/01  (49)   MOTION by EMSA, Winthrop, W. C. Davis, Ucker, Trevor
                Weathors, Cline, G. Pearson to dismiss this action (ss)
                [Entry date 03/23/01]

3/27/01  (50)   ORDER denying [48-1] motion for telephonic hearing/case
                status; except that a copy of the Court's docket is
                enclosed with this Order (Signed by Magistrate Judge
                Charlene H. Sorrentino on 3/26/01) CCAP [EOD Date: 3/28/01]
                (ea) [Entry date 03/28/01]

3/28/01  (51)   MOTION by William M. Hicks to deny [49-1] motion to
                dismiss case (ss) [Entry date 03/29/01]

3/28/01  (52)   MOTION by William M. Hicks for discovery (ss)
                [Entry date 03/29/01]

4/9/01   (53)   AMENDED COMPLAINT by William M. Hicks, (Answer due 4/19/01
                for Ken Jenne, for Susan McCampbell, for Barbara
                Hanson-Evans, for Stanley Holmes, for John Doe, for John
                Doe, for W. C. Davis, for Ucker, for Trevor Weathors, for
                Cline, for Pearson, for G. Pearson, for EMSA) amending
                [1-1] complaint (ss)

4/9/01   (53)   DEMAND for jury trial by William M. Hicks (ss)

4/10/01  (54)   ORDER denying [51-1] motion to deny [49-1] motion to
                dismiss case; this pleading will be reviewed as a reply
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                4/10/01) CCAP [EOD Date: 4/11/01] (ea) [Entry date 04/11/01]

4/13/01  (55)   Notice of lawsuit and request for waiver of service for
                summons as to Trevor Weathors Mailed on: 3/16/01 30 days to
                file waiver. (ss) [Entry date 04/16/01]

4/13/01  (56)   Waiver of service executed by Trevor Weathors (Attorney
                Douglas Malcolm McIntosh) 3/16/01 Answer due by 5/15/01 for
                Trevor Weathors (ss) [Entry date 04/16/01]

4/16/01  (57)   NOTICE of intention to serve written defenses by 5/15/01 by
                Barbara Hanson-Evans, Stanley Holmes (ss)
                [Entry date 04/17/01]

4/16/01  (58)   NOTICE of attorney appearance for Barbara Hanson-Evans,
                Stanley Holmes by Summer Marie Barranco (ss)
                [Entry date 04/17/01]

4/25/01  (59)   REQUEST by William M. Hicks for Court ordered
                investigation (ss) [Entry date 04/26/01]

4/30/01  (60)   ORDER denying [59-1] motion for Court ordered investigation
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                4/30/01) CCAP [EOD Date: 5/1/01] (ea) [Entry date 05/01/01]

Proceedings include all events.                                              CHS
0:00cv6087 Hicks v. Jenne, et al                    vol. 1 cont CLOSED APPEAL

| | | |
|---|---|---|
| 5/8/01 | 61 | NOTICE of Vacation of Counsel Joel L. Shulman by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, G. Pearson for dates of: 6/18/01 through 7/5/01 (ss) |
| 5/14/01 | 62 | MOTION by Barbara Hanson-Evans, Stanley Holmes for extension of time to respond to amended complaint (ss) [Entry date 05/15/01] |
| 5/16/01 | 63 | MOTION with memorandum in support by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G. Pearson to dismiss amended complaint (ss) [Entry date 05/17/01] |
| 5/16/01 | 64 | RESPONSE by William M. Hicks to request to stay case pending his personal vacation (ss) [Entry date 05/17/01] |
| 5/18/01 | 65 | STIPULATION by Trevor Weathors for substitution of Joel Schulman as Counsel (ss) [Entry date 05/21/01] |
| 5/23/01 | 66 | ORDER granting [65-1] motion for substitution of counsel for defendant Trevor Weathers (Terminated: attorney Douglas Malcolm McIntosh for Trevor Weathors) (Signed by Judge Charlene H. Sorrentino on 5/23/01) CCAP [EOD Date: 5/24/01] (ea) [Entry date 05/24/01] |
| 5/24/01 | 67 | ORDER granting [62-1] motion for extension of time to respond to amended complaint; reset answer due for 6/29/01 for Stanley Holmes, for Barbara Hanson-Evans (Signed by Magistrate Judge Charlene H. Sorrentino on 5/24/01) CCAP [EOD Date: 5/25/01] (ea) [Entry date 05/25/01] |
| 5/31/01 | 68 | RESPONSE by William M. Hicks to [63-1] motion to dismiss amended complaint (ss) [Entry date 06/01/01] |
| 6/7/01 | 69 | REPLY by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G. Pearson in support of their [63-1] motion to dismiss amended complaint (ss) [Entry date 06/08/01] |
| 6/25/01 | 70 | ORDER denying [52-1] motion for discovery; the Sheriff's office is not a defendant. The plaintiff must seek discovery from the defendants throught their counsel (Signed by Magistrate Judge Charlene H. Sorrentino on 6/25/01) [EOD Date: 6/26/01] (ea) [Entry date 06/26/01] |
| 6/28/01 | 71 | MOTION with memorandum in support by Barbara Hanson-Evans, Stanley Holmes to dismiss amended complaint, and to strike punitive damages (ss) [Entry date 06/29/01] |
| 7/6/01 | 72 | MOTION by William M. Hicks for extension of time to respond to motion to dismiss from Hanson-Evans and Holmes (ss) [Entry date 07/09/01] |
| 7/6/01 | 73 | SUPPLEMENTAL Supporting Evidence by William M. Hicks to be added to: [68-1] motion response (ss) [Entry date 07/09/01] |

END. vol. 1

Proceedings include all events.                                                 CHS
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL

7/18/01   74      RESPONSE by William M. Hicks  to [71-1] motion to dismiss
                 amended complaint (wc) [Entry date 07/19/01]

7/25/01   75      ORDER granting [72-1] motion for extension of time to
                 respond to motion to dismiss from Hanson-Evans and Holmes;
                 the reply filed 7/18/01 is timely (Signed by Magistrate
                 Judge Charlene H. Sorrentino on 7/24/01) [EOD Date:
                 7/25/01] (ea)

7/26/01   76      REPLY Memorandum by Barbara Hanson-Evans, Stanley Holmes in
                 support of [71-1] motion to dismiss amended complaint,
                 [71-2] motion to strike punitive damages (ss)
                 [Entry date 07/27/01]

8/9/01    77      REPORT of Magistrate Judge Charlene H. Sorrentino
                 recommending that 1) as to the claims of confinement
                 without due process, and denial of access to the Courts,
                 the amended complaint be dismissed as to the defendants
                 Jenne and McCampbell, pursuant to 28 U.S.C. section
                 1915(e)(2)(B)(ii), for failure to state a claim upon which
                 relief may be granted; 2) the claim that corrections
                 officials failed to have inmate Beech prosecuted under
                 state criminal law for the attack upon inmate/plaintiff
                 Hicks be dismissed pursuant to 28 U.S.C. Section
                 1915(e)(2)(B)(ii); 3) the [49-1] motion to dismiss this
                 action for lack of prosecution be denied; 4) the [63-1]
                 motion to dismiss amended complaint by defendants EMSA,
                 Davis, Ucker, Weathers, Cline, Pearson, and G. Pearson be
                 denied; 5) the [71-1] motion to dismiss amended complaint
                 by defendants Hanson-Evans and Holmes be granted as to both
                 defendants on the claims of confinement without due
                 process, and denial of access to the Courts, and otherwise
                 be denied; 6) the [71-2] motion by defendants Hanson-Evans
                 and Holmes to strike the requests against them for punitive
                 damages, to the extent that they are being sued in their
                 official capacities be granted as to both defendants; 7)
                 the case remain pending solely on the plaintiff's medical
                 claims, as to the defendants EMS, Davis, Ucker, Weathers,
                 Cline, Pearson, and G. Pearson, Jenne, McCampbell,
                 Hanson-Evans, and Holmes; and on the plaintiff's claim of
                 endargerment, as to the defendants John Doe #1, John Doe
                 #2, Jenne, McCampbell, Hanson-Evans, and Holmes; and 8) the
                 defendants Bechard, Robinson, Locket, Garrison, Watson,
                 Schwartz, Roberts, Wimberly, Inphynet, Kevin J. RN, Poiter,
                 Corwin, and Parish, who were nambed in the initial
                 complaint, but not in the amended complaint, be dismissed
                 from the case. Motion no longer referred. Signed on: 8/9/02;
                 Objections to R and R due by 8/20/01 CCAP (ea)
                 [Entry date 08/10/01]

Proceedings include all events.                                    CHS
0:00cv6087 Hicks v. Jenne, et al          Vol.3 Cont.  CLOSED APPEAL

8/9/01    (78)    ORDER that the US Marshal shall forthwith, upon an
                  expedited basis, attempt to serve: 1) a copy of the amended
                  complaint and appropriate summons upon Ken Jenne, and Susan
                  McCampbell (Signed by Magistrate Judge Charlene H.
                  Sorrentino on 8/9/01) [EOD Date: 8/10/01] (ea)
                  [Entry date 08/10/01]

8/10/01   (79)    SUMMONS(ES) issued for Ken Jenne (ea)

8/10/01   (80)    SUMMONS(ES) issued for Susan McCampbell (ea)

8/15/01   (81)    RETURN OF SERVICE executed for Ken Jenne on 8/14/01 Answer
                  due on 9/4/01 for Ken Jenne (dp) [Entry date 08/16/01]

8/15/01   (82)    Return of service unexecuted as to Susan McCampbell (dp)
                  [Entry date 08/16/01]

8/21/01   (83)    REPLY by William M. Hicks to [77-1] report and
                  recommendations (ss) [Entry date 08/22/01]

8/24/01   (84)    OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [77-1] report and
                  recommendations (ss) [Entry date 08/27/01]

8/24/01   (85)    ORDER Adopting [77-1] report and recommendations;
                  Dismissing claims of confinement without due process and
                  denial of access to the courts as to Jenne and McCampbell;
                  Dismissing claim that corrections officials failed to have
                  inmate Beech prosecuted under state criminal law; Denying
                  [49-1] motion to dismiss for lack of prosecution; Denying
                  [63-1] motion to dismiss amended complaint; Granting [71-1]
                  motion to dismiss amended complaint; Dismissing claims
                  against Hanson-Evans and Holmes for confinement without due
                  process and denial of access to the Courts; Granting [71-2]
                  motion to strike punitive damages; Dismissing defendants
                  Bechard, Robinson, Locket, Garrison, Watson, Schwartz,
                  Roberts, Wimberly, Inphynet, Kevin J. RN, Pointer, Corwin
                  and Parish from the action (Signed by Judge William P.
                  Dimitrouleas on 8/24/01) [EOD Date: 8/27/01] CCAP (ss)
                  [Entry date 08/27/01]

8/24/01   (86)    ORDER Overruling [84-1] objections (Signed by Judge William
                  P. Dimitrouleas on 8/24/01) [EOD Date: 8/28/01] (ss)
                  [Entry date 08/28/01]

8/27/01   (87)    MOTION by William M. Hicks for appointment of counsel (ss)
                  [Entry date 08/28/01]

9/4/01    (88)    ANSWER/Defenses by Ken Jenne, Barbara Hanson-Evans
                  (Attorney Summer Marie Barranco) to amended complaint; jury
                  demand (ss) [Entry date 09/05/01]

9/4/01    (89)    NOTICE of attorney appearance for Ken Jenne by Summer M.
                  Barranco (ss) [Entry date 09/05/01]

Docket as of November 18, 2002 10:33 am                    Page 13

Proceedings include all events.                                    CHS
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL

                                   *vol. 3 Cont*

9/5/01    (90)    MOTION by William M. Hicks to continue process of service
                  upon defendant Susan McCampbell (ss) [Entry date 09/06/01]

9/6/01    (91)    ANSWER and Affirmative Defenses by EMSA, W. C. Davis,
                  Ucker, Trevor Weathors, Cline, Pearson, G. Pearson to
                  amended complaint; jury demand (ss) [Entry date 09/07/01]

9/7/01    (92)    ORDER denying [87-1] motion for appointment of counsel
                  (Signed by Magistrate Judge Charlene H. Sorrentino on
                  9/6/01) [EOD Date: 9/10/01] (ea) [Entry date 09/10/01]

9/7/01    (93)    ORDER denying [90-1] motion to continue process of service
                  upon defendant Susan McCampbell; the Court cannot conduct
                  discovery for the plaintiff. It is his responsability to
                  provide and address for the defendant (Signed by Magistrate
                  Judge Charlene H. Sorrentino on 9/7/01) [EOD Date: 9/10/01]
                  (ea) [Entry date 09/10/01]

9/13/01   (94)    ORDER Scheduling Pretrial Proceedings When Plaintiff is
                  Proceeding Pro SE:  setting discovery deadline for
                  11/16/01; all motions to join additional parties or amend
                  the pleadings shall be filed by 11/30/01; all motions to
                  dismiss and/or for summary judgment shall be filed by
                  12/2/01; the plaintiff shall file a pretrial statement on
                  or before 1/4/02; the defendants shall file a pretrial
                  statement on or before 1/15/02 (Signed by Magistrate Judge
                  Charlene H. Sorrentino on 9/11/01) [EOD Date: 9/14/01] (ea)
                  [Entry date 09/14/01]

9/13/01   (95)    MOTION by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes
                  to take deposition of a person confined in prison (ss)
                  [Entry date 09/14/01]

9/20/01   (96)    MOTION by William M. Hicks for Court's order to serve
                  subpoena (ss) [Entry date 09/21/01]

10/2/01   (97)    MOTION by William M. Hicks for court order to serve
                  witness subpoenas for depositions (ss) [Entry date 10/03/01]

10/3/01   (98)    MOTION by William M. Hicks for Court order to serve
                  witness subpoenas for depositions (ss) [Entry date 10/04/01]

10/5/01   (99)    MOTION by William M. Hicks for Court order to serve
                  witness subpoenas for depositions (ss) [Entry date 10/09/01]

10/10/01  (100)   MOTION by William M. Hicks for leave to file amended
                  complaint (ss) [Entry date 10/11/01]

10/12/01  (101)   OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [97-1] motion for court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

Proceedings include all events.                                                  CHS
0:00cv6087 Hicks v. Jenne, et al                                    CLOSED APPEAL

10/12/01  102     OBJECTION by Ken Jenne, Barbara Hanson-Evans, Stanley
                  Holmes to [97-1] motion for Court order to serve witness
                  subpoenas for depositions, [98-1] motion for Court order to
                  serve witness subpoenas for depositions, [99-1] motion for
                  Court order to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/12/01  103     OBJECTION by Ken Jenne, Barbara Hanson-Evans, Stanley
                  Holmes to [100-1] motion for leave to file amended
                  complaint (ss) [Entry date 10/15/01]

10/12/01  104     OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [99-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/12/01  105     OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [99-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/12/01  106     OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [97-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/12/01  107     OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [97-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/23/01  108     MOTION by William M. Hicks for order to compel discovery (ss)
                  [Entry date 10/24/01]

10/23/01  109     RESPONSE by William M. Hicks to objection to [100-1] motion
                  for leave to file amended complaint (ss)
                  [Entry date 10/24/01]

10/30/01  112     MOTION by William M. Hicks for Court Order to rule in his
                  prior motion dated 9/18/01 (copy provided by Chambers) (ea)
                  [Entry date 11/14/01]

10/30/01  113     MOTION by William M. Hicks for Court Order to rule on his
                  prior motion dated 9/18/01 (ss) [Entry date 11/14/01]

11/2/01   110     RESPONSE by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes
                  to [108-1] motion for order to compel discovery and
                  CROSS-MOTION with memorandum in support for protective
                  order (ss) [Entry date 11/06/01]

11/5/01   111     MOTION by William M. Hicks compelling discovery (ss)
                  [Entry date 11/06/01]

Docket as of November 18, 2002 10:33 am                         Page 15

Proceedings include all events.                                          CHS
0:00cv6087 Hicks v. Jenne, et al              Beg. vol. 3   CLOSED APPEAL

11/14/01  (114)   ORDER granting [95-1] motion to take deposition of a person
                  confined in prison; denying [96-1] motion for Court's order
                  to serve subpoena; denying [97-1] motion for court order to
                  serve witness subpoenas for depositions; denying [98-1]
                  motion for Court order to serve witness subpoenas for
                  depositions;   denying [99-1] motion for Court order to
                  serve witness subpoenas for depositions; denying [100-1]
                  motion for leave to file amended complaint; granting
                  [108-1] motion for order to compel discovery, solely to the
                  extent provided in paragraph "5.a." of this Order and
                  otherwise denied; denying [111-1] motion compelling
                  discovery, except as provided in paragraph "5.a." of this
                  Order with respect to a current work address for McCampbell;
                   granting [110-2] motion for protective order, except as
                  provided in paragraph "5.a." of this Order with respect to
                  a current work address for McCampbell; granting [112-1]
                  motion for Court Order to rule in his prior motion dated
                  9/18/01 to the extent that he request for ruling on his
                  motion to subpoena medical records for a non-party and a
                  ruling on the motion is included in paragraph 2 of this Ord;
                   resetting discovery deadline for 12/17/01 ( Signed by
                  Magistrate Judge Charlene H. Sorrentino on 11/14/01) [EOD
                  Date: 11/15/01] (ea) [Entry date 11/15/01]

11/14/01  (115)   REPORT of Magistrate Judge Charlene H. Sorrentino Signed
                  on: 11/14/01 recommending that as to all claims against
                  defendants John Doe #1 (Elaudio Lattanzi) and John Doe #2
                  (Gary Hensley) the amended complaint in this case be
                  dismissed pursuant to 28 U.S.C. Section 1915(e)(2)(B)(i)
                  because the claims are frivolous, to the extent that the
                  plaintiff seeks money damages for the events alleged which
                  took place in April of 1996; Objections to R and R due by
                  11/26/01  CCAP (ea) [Entry date 11/15/01]

12/3/01   (116)   MOTION with memorandum in support by Ken Jenne, Barbara
                  Hanson-Evans, Stanley Holmes for summary judgment (ss)
                  [Entry date 12/04/01]

12/3/01   (117)   EMERGENCY MOTION by EMSA, W. C. Davis, Ucker, Trevor
                  Weathors, Cline, Pearson, G. Pearson for summary judgment
                  (ss) [Entry date 12/04/01]

12/5/01   118     NOTICE of filing depositions (of William Hicks) by EMSA, W.
                  C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G.
                  Pearson (ss) [Entry date 12/06/01]

12/5/01   (119)   MOTION by William M. Hicks for summary judgment (ss)
                  [Entry date 12/06/01]

12/6/01   (120)   MOTION by William M. Hicks for court to serve complaint (dp)
                  [Entry date 12/07/01]

Proceedings include all events.                                              CHS
0:00cv6087 Hicks v. Jenne, et al           CLOSED  APPEAL

12/6/01   --     Motion(s) referred: [120-1] motion for court to serve
                 complaint referred  to Magistrate Judge Charlene H.
                 Sorrentino (dp) [Entry date 12/07/01]

12/7/01   121    ORDER Instructing Pro Se Plaintiff Concerning Response to
                 Motion for Summary Judgment; Response to motion reset to
                 1/14/02 for [116-1] motion for summary judgment (Signed by
                 Magistrate Judge Charlene H. Sorrentino on 12/7/01) [EOD
                 Date: 12/10/01] (ea) [Entry date 12/10/01]

12/7/01   122    ORDER Instructing Pro Se Plaintiff Concerning Response to
                 Motion for Summary Judgment; Response to motion set to
                 1/14/02 for [117-1] motion for summary judgment (Signed by
                 Magistrate Judge Charlene H. Sorrentino on 12/7/01) [EOD
                 Date: 12/10/01] (ea) [Entry date 12/10/01]

12/7/01   123    Notice of compliance: by Ken Jenne with [114-2] order (ss)
                 [Entry date 12/10/01]

12/11/01  124    RESPONSE by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                 Cline, G. Pearson to [119-1] motion for summary judgment (ss)
                 [Entry date 12/12/01]

12/11/01  125    MOTION by William M. Hicks for extension of time to
                 respond to summary judgment motion(s) (ss)
                 [Entry date 12/12/01]

12/17/01  126    RESPONSE by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes
                 to [119-1] motion for summary judgment (ss)
                 [Entry date 12/18/01]

12/17/01  127    RESPONSE by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes
                 to [120-1] motion for court to serve complaint (ss)
                 [Entry date 12/18/01]

12/18/01  128    ORDER Adopting [115-1] report and recommendations;
                 Dismissing defendants John Doe #1 (Elaudio Lattanzi) and
                 John Doe #2 (Gary Hensley) (Signed by Judge William P.
                 Dimitrouleas on 12/18/01) [EOD Date: 12/19/01] CCAP (ss)
                 [Entry date 12/19/01]

12/27/01  129    ORDER dismissing as moot [113-1] motion for Court Order to
                 rule on his prior motion dated 9/18/01; denying [120-1]
                 motion for court to serve complaint (Signed by Magistrate
                 Judge Charlene H. Sorrentino on 12/27/01) [EOD Date:
                 12/28/01] (ea) [Entry date 12/28/01]

12/27/01  130    REPORT of Magistrate Judge Charlene H. Sorrentino Signed
                 on: 12/27/01 recommending that 1) as to the defendant
                 McCampbell, the amended complaint (DE#53) be dismissed
                 pursuant to Fed.R.Civ.P.(4)m; and 2) that as to McCampbell
                 the case be closed. Objections to R and R by 1/6/02  CCAP
                 (ea) [Entry date 12/28/01]

Proceedings include all events.                                    CHS
0:00cv6087 Hicks v. Jenne, et al          Vol. 3 cont  CLOSED APPEAL

---

1/2/02   (131)   PRETRIAL Statement by William M. Hicks (ss)
                 [Entry date 01/03/02]

1/3/02   (132)   ORDER granting [125-1] motion for extension of time to
                 respond to summary judgment motion(s);Response to motion
                 reset to 2/4/02 for [117-1] motion for summary judgment,
                 reset to 2/4/02 for [116-1] motion for summary judgment
                 (Signed by Magistrate Judge Charlene H. Sorrentino on
                 1/3/02) [EOD Date: 1/4/02] (ea) [Entry date 01/04/02]

---

1/8/02   133     RESPONSE by William M. Hicks to reply to [119-1] motion for
                 summary judgment (ss) [Entry date 01/09/02]

1/8/02   133     OBJECTION by William M. Hicks to [116-1] motion for summary
                 judgment, [117-1] motion for summary judgment (ss)
                 [Entry date 01/09/02]

1/8/02   133     OBJECTION by William M. Hicks to [130-1] report and
                 recommendations (ss) [Entry date 01/09/02]    Vol. 4

---

1/14/02  (134)   REPLY Memorandum by EMSA, W. C. Davis, Ucker, Trevor
                 Weathors, Cline, Pearson, G. Pearson in support of [117-1]
                 motion for summary judgment (ss) [Entry date 01/15/02]

1/14/02  (135)   PRE-TRIAL Statement by Ken Jenne, Barbara Hanson-Evans,
                 Stanley Holmes (ss) [Entry date 01/15/02]

1/14/02  (136)   REPLY Memorandum by Ken Jenne, Barbara Hanson-Evans,
                 Stanley Holmes in support of their [116-1] motion for
                 summary judgment (ss) [Entry date 01/15/02]

1/15/02  (137)   PRETRIAL Statement by EMSA, W. C. Davis, Ucker, Trevor
                 Weathors, Cline, Pearson, G. Pearson (ss)
                 [Entry date 01/16/02]

2/25/02  (138)   MOTION by William M. Hicks for Court ordered medical
                 treatment (ss) [Entry date 02/26/02]

2/28/02  (139)   ORDER denying [138-1] motion for Court ordered medical
                 treatment; no specific facts alleged (Signed by Magistrate
                 Judge Charlene H. Sorrentino on 2/28/02) [EOD Date: 3/1/02]
                 (ea) [Entry date 03/01/02]

4/4/02   (140)   ORDER Adopting [130-1] report and recommendations;
                 Overruling [133-1] objections; Dismissing with out
                 prejudice defendant Susan McCampbell (Signed by Judge
                 William P. Dimitrouleas on 4/4/02) [EOD Date: 4/5/02] CCAP
                 (ss) [Entry date 04/05/02]

Docket as of November 18, 2002 10:33 am                Page 18

Proceedings include all events.                                    CHS
0:00cv6087 Hicks v. Jenne, et al                    Vol. 3 Cont CLOSED APPEAL

4/4/02   (141)   REPORT of Magistrate Judge Charlene H. Sorrentino
                 recommending that 1) as to the defendant McCampbell, the
                 plaintiff's claim of endangerment be dismissed pursuant to
                 28 U.S.C. Section 1915(e)(2)(B)(ii), and McCampbell, who
                 also is named in conjunction with the plaintiff's medical
                 claims, be dismissed from the case pursuant to Fed.R.Civ.P.
                 4(m); 2) the plaintiff's [119-1] motion for summary
                 judgment be DENIED; 3) the defendant's [116-1] motion for
                 summary judgment be GRANTED as to endangerment, and DENIED
                 as to medical indifference; 4) the defendants' [117-1]
                 motion for summary judgment be DENIED, and 5) the case
                 remain pending as to the defendants Jenne, Hanson-Evans,
                 Holmes, EMSA, Davis, Ueker, Weathers, Cline, Pearson, and
                 G. Pearson, as to the plaintiff's claim of medical
                 indifference. Motion no longer referred. Signed on: 4/4/02;
                 Objections to R and R due by 4/14/02 CCAP (ea)
                 [Entry date 04/05/02]

4/15/02  (142)   OBJECTIONS by Ken Jenne, Barbara Hanson-Evans, Stanley
                 Holmes to [141-1] report and recommendations (ss)
                 [Entry date 04/16/02]

4/15/02  (143)   ORDER Overruling [142-1] objections (Signed by Judge
                 William P. Dimitrouleas on 4/15/02) [EOD Date: 4/16/02] (ss)
                 [Entry date 04/16/02]

4/15/02   150    OBJECTION by William M. Hicks to [130-1] report and
                 recommendations, [141-1] report and recommendations (copy)
                 (docket per Judge) (ss) [Entry date 05/30/02]

4/16/02  (144)   OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                 Cline, Pearson, G. Pearson to [141-1] report and
                 recommendations (ss) [Entry date 04/17/02]

4/24/02  (145)   PETITION by William M. Hicks for application and
                 permission to appeal the final order dismissing the
                 defendant's John Does #1 and #2 (ss) [Entry date 04/25/02]

4/24/02  (146)   RESPONSE by William M. Hicks to [142-1] objections (ss)
                 [Entry date 04/25/02]

4/24/02  (147)   RESPONSE by William M. Hicks to [144-1] objection (ss)
                 [Entry date 04/25/02]

5/24/02  (148)   ORDER Vacating [143-1] order (Signed by Judge William P.
                 Dimitrouleas on 5/24/02) [EOD Date: 5/28/02] (ss)
                 [Entry date 05/28/02]

5/24/02  (149)   ORDER Denying [145-1] motion for application and permission
                 to appeal the final order dismissing the defendant's John
                 Does #1 and #2 (Signed by Judge William P. Dimitrouleas on
                 5/24/02) [EOD Date: 5/28/02] (ss) [Entry date 05/28/02]

Proceedings include all events.                                                    CHS
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL

5/30/02  (151)  ORDER Overruling [150-1] objections (Signed by Judge
                William P. Dimitrouleas on 5/30/02) [EOD Date: 5/31/02] (ss)
                [Entry date 05/31/02]

6/7/02   (152)  MOTION by William M. Hicks for clarification from Court on
                pending [148-1] order, [151-1] order (ss)
                [Entry date 06/10/02]

6/19/02   153   SUPPLEMENTAL NOTICE of filing volume II of plaintiff's
                deposition by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                Cline, Pearson, G. Pearson (ss) [Entry date 06/20/02]

6/25/02  (154)  FINAL JUDGMENT and ORDER Adopting in part [141-1] report
                and recommendations; Overruling [150-1] objections; Denying
                [119-1] motion for summary judgment; Granting [116-1]
                motion for summary judgment; Granting [117-1] motion for
                summary judgment; Denying [152-1] motion for clarification
                from Court on pending [148-1] order, [151-1] order; Closing
                Case (Signed by Judge William P. Dimitrouleas on 6/25/02)
                [EOD Date: 6/26/02] CCAP (ss) [Entry date 06/26/02]

6/25/02   --    CASE CLOSED. Case and Motions no longer referred to
                Magistrate. (ss) [Entry date 06/26/02]

6/25/02  (155)  OBJECTIONS by William M. Hicks to [153-1] supplemental
                notice (ss) [Entry date 06/26/02]

7/18/02  (156)  ORDER Overruling [155-1] objections (Signed by Judge
                William P. Dimitrouleas on 7/18/02) [EOD Date: 7/19/02] (ss)
                [Entry date 07/19/02]

7/23/02  (157)  MOTION by William M. Hicks for certificate of
                appealability (ss) [Entry date 07/24/02]

7/23/02  (158)  NOTICE OF APPEAL by William M. Hicks of [154-1] order   EOD
                Date: 6/26/02;  Filing Fee: $ NO FEE PAID;  Copies to USCA
                and Counsel of Record. (gf) [Entry date 07/24/02]

7/24/02   --    Certified copies of Notice of Appeal, Docket, and Order
                under appeal to USCA: [158-1] appeal  by William M. Hicks
                as to William M. Hicks (gf)

7/24/02  (159)  ORDER Denying [157-1] motion for certificate of
                appealability (Signed by Judge William P. Dimitrouleas on
                7/24/02) [EOD Date: 7/25/02] (ss) [Entry date 07/25/02]

8/2/02    --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 8/2/02as to William M. Hicks  Re: [158-1]
                appeal  by William M. Hicks  USCA NUMBER: 02-14055-C (dl)
                [Entry date 08/05/02]

8/9/02   (160)  AFFIDAVIT by William M. Hicks accompanying motion for
                permission to appeal in forma pauperis (ss)
                [Entry date 08/12/02]

Docket as of November 18, 2002 10:33 am                    Page 20

Proceedings include all events.                                    CHS
0:00cv6087 Hicks v. Jenne, et al          Vol. 3 cont   CLOSED APPEAL



---

| | | |
|---|---|---|
| 8/9/02 | 161 | TRANSCRIPT INFORMATION FORM by William M. Hicks re: [158-1] appeal  by William M. Hicks  received on 8/12/02 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 08/13/02] |
| 8/15/02 | 162 | ORDER Granting [160-1] application accompanying motion for permission to appeal in forma pauperis, as to filing fees only (Signed by Judge William P. Dimitrouleas on 8/15/02) [EOD Date: 8/16/02] (ss) [Entry date 08/16/02] |
| 9/13/02 | 163 | USCA appeal fees received as to William M. Hicks  Re: [158-1] appeal   Filing Fee $ 105.00 Receipt # 526194 (gf) |
| 11/18/02 | 164 | Certificate of Readiness and Transmitted Record on Appeal as to William M. Hicks transmitted to USCA Re: [158-1] appeal  by William M. Hicks   USCA NUMBER: 02-14055-C (dl) |

End vol. 3