**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #02-14055-CC      Date: February 4, 2003
U.S. Court of Appeals - Eleventh Circuit  USDC # 00-6087-CV-WPD
56 Forsyth St., N.W.                      USCA # 02-14055-CC
Atlanta, GA  30303

     Attn: Eleanor Dixon, Deputy Clerk

IN RE: Hicks v. Jenne, et al
```
===================================================================

**1ˢᵗ Supplemental Certificate of Readiness
and Transmittal of Supplemental Record On Appeal**

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

   **X**  Exhibits:

       **1**  Folder (Deposition of William Hicks)

Judge The Honorable William P. Dimitrouleas

                                            Sincerely,

                        Clarence Maddox, Court Administrator/Clerk

                                      By: _____
                                                  Deputy Clerk

Please Acknowledge Receipt of 1ˢᵗ Supp. COR/ROA.

_____
     Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism
for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
Proceedings include events between 12/5/01 and 2/4/03.              CHS
0:00cv6087 Hicks v. Jenne, et al                             CLOSED APPEAL

                                                      CHS      CLOSED
                                                               APPEAL
                       U.S. District Court
              Southern District of Florida (FtLauderdale)

                 CIVIL DOCKET FOR CASE #: 00-CV-6087

Hicks v. Jenne, et al                                 Filed: 01/18/00
Assigned to: Judge William P. Dimitrouleas   Jury demand: Both
Demand: $0,000                               Nature of Suit: 550
Lead Docket: None                            Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 State Prisoner Civil Rights
```

| Date | # | Entry |
|---|---|---|
| 12/5/01 | 118 | NOTICE of filing depositions (of William Hicks) by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G. Pearson (ss) [Entry date 12/06/01]  Supp. 1, Exhibit 1 |
| 12/5/01 | 119 | MOTION by William M. Hicks for summary judgment (ss) [Entry date 12/06/01] |
| 12/6/01 | 120 | MOTION by William M. Hicks for court to serve complaint (dp) [Entry date 12/07/01] |
| 12/6/01 | -- | Motion(s) referred: [120-1] motion for court to serve complaint referred to Magistrate Judge Charlene H. Sorrentino (dp) [Entry date 12/07/01] |
| 12/7/01 | 121 | ORDER Instructing Pro Se Plaintiff Concerning Response to Motion for Summary Judgment; Response to motion reset to 1/14/02 for [116-1] motion for summary judgment (Signed by Magistrate Judge Charlene H. Sorrentino on 12/7/01) [EOD Date: 12/10/01] (ea) [Entry date 12/10/01] |
| 12/7/01 | 122 | ORDER Instructing Pro Se Plaintiff Concerning Response to Motion for Summary Judgment; Response to motion set to 1/14/02 for [117-1] motion for summary judgment (Signed by Magistrate Judge Charlene H. Sorrentino on 12/7/01) [EOD Date: 12/10/01] (ea) [Entry date 12/10/01] |
| 12/7/01 | 123 | Notice of compliance: by Ken Jenne with [114-2] order (ss) [Entry date 12/10/01] |
| 12/11/01 | 124 | RESPONSE by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, G. Pearson to [119-1] motion for summary judgment (ss) [Entry date 12/12/01] |
| 12/11/01 | 125 | MOTION by William M. Hicks for extension of time to respond to summary judgment motion(s) (ss) [Entry date 12/12/01] |
| 12/17/01 | 126 | RESPONSE by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes to [119-1] motion for summary judgment (ss) |

Docket as of February 4, 2003 2:32 pm                            Page 1

```
Proceedings include events between 12/5/01 and 2/4/03.                      CHS
0:00cv6087 Hicks v. Jenne, et al                                    CLOSED APPEAL

7/23/02   157    MOTION by William M. Hicks for certificate of
                 appealability (ss) [Entry date 07/24/02]

7/23/02   158    NOTICE OF APPEAL by William M. Hicks of [154-1] order  EOD
                 Date: 6/26/02;  Filing Fee: $ NO FEE PAID;  Copies to USCA
                 and Counsel of Record. (gf) [Entry date 07/24/02]

7/24/02   --     Certified copies of Notice of Appeal, Docket, and Order
                 under appeal to USCA: [158-1] appeal  by William M. Hicks
                 as to William M. Hicks (gf)

7/24/02   159    ORDER Denying [157-1] motion for certificate of
                 appealability (Signed by Judge William P. Dimitrouleas on
                 7/24/02) [EOD Date: 7/25/02] (ss) [Entry date 07/25/02]

8/2/02    --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 8/2/02as to William M. Hicks  Re: [158-1]
                 appeal  by William M. Hicks  USCA NUMBER: 02-14055-C (dl)
                 [Entry date 08/05/02]

8/9/02    160    AFFIDAVIT by William M. Hicks accompanying motion for
                 permission to appeal in forma pauperis (ss)
                 [Entry date 08/12/02]

8/9/02    161    TRANSCRIPT INFORMATION FORM by William M. Hicks  re:
                 [158-1] appeal  by William M. Hicks  received on 8/12/02
                 from Court Reporter. (Returned to Court Reporter
                 Coordinator) (gf) [Entry date 08/13/02]

8/15/02   162    ORDER Granting [160-1] application accompanying motion for
                 permission to appeal in forma pauperis, as to filing fees
                 only (Signed by Judge William P. Dimitrouleas on 8/15/02)
                 [EOD Date: 8/16/02] (ss) [Entry date 08/16/02]

9/13/02   163    USCA appeal fees received as to William M. Hicks  Re:
                 [158-1] appeal   Filing Fee $ 105.00 Receipt # 526194 (gf)

11/18/02  164    Certificate of Readiness and Transmitted Record on Appeal
                 as to William M. Hicks transmitted to USCA Re: [158-1]
                 appeal  by William M. Hicks   USCA NUMBER: 02-14055-C (dl)

12/2/02   --     ACKNOWLEDGMENT of  receipt by U.S.C.A. of: Certifictae of
                 Readiness and Transmittal of Record of Appeal on 12/2/02;
                 U.S.C.A. # 02-14055-VV (dl) [Entry date 12/03/02]
                 [Edit date 12/03/02]

2/4/03    165    1st Supplemental Certificate of Readiness and Transmittal
                 of Supplemental Record on Appeal consisting of one (1)
                 volume of exhibits as to William M. Hicks transmitted to
                 USCA Re: [158-1] appeal by William M. Hicks USCA NUMBER:
                 02-14055-CC (gf)
```