UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, et al.,

    Defendants.

_____/



### ORDER VACATING IN PART FINAL JUDGMENT; RE-OPENING CASE AND REFERRING CASE TO MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Mandate of the Eleventh Circuit Court of Appeals [DE 166], issued on August 19, 2003. On June 5, 2003, the Eleventh Circuit vacated in part this Court's Order granting summary judgment [DE 154] for inadequate medical care as to the "Medical Defendants" and remanded the case to this Court. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The June 25, 2003, Final Judgment and Order [DE 154], granting Defendants' Motion for Summary Judgment [DE 117], as to the "Medical Defendants" on Count II: Deliberate Indifference to Serious Medical Needs, is hereby **VACATED.**

2. The Clerk shall re-open this case.

3. The above-captioned cause is hereby **REFERRED** to United States Magistrate Judge Patrick A. White for appropriate disposition or report and recommendation of all matters,



consistent with the mandate of the Eleventh Circuit.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of August, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge White
Summer Barranco, Esq.

William Hicks, Pro se #664670
Everglades Correctional Inst.
P.O. Box 949000
Miami, Florida 33194-9000