UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE SORRENTINO

William M. Hicks,
    Plaintiff/Appellant,
  -vs-
Ken Jenne, et al,
    Defendant's/Appellees.



Provided to Lake C.I.
8-22-03

## PLAINTIFF'S MOTION TO RECOVER COSTS ON APPEAL

COMES NOW William M. Hicks, pro se, pursuant to Fed R. Civ. P. Rule 39 (2003) to recover all costs that have accurred as a result of case being appealed, case No. 02-14055-C. Plaintiff filed for costs in 11th circuit court on June 24, 2003 and costs were denied without opinion on August 14, 2003 and with it was mandate dated August 15, 2003. Plaintiff was misled by the rules as it clearly outlines to ways to recover costs and filed in wrong court. Therefore Plaintiff asks to recover listed costs:

(1.) Filing fee for appeal $105.00;

(2.) Initial Brief (34) pages pluss Appendix (7) pages times three = $19.35.

1 Plaintiff's response Brief (22) pages times three = $9.90

TOTAL COSTS FOR APPEAL $134.25.

4.) Plaintiff filed for Rehearing on behalf of Sherriff defendant's only and ask that medical defendant's pay half at least:

(A) Rehearing motion (12) pages
    Appendix (46) pages times three = $26.55.
    Pluss one copy of court's opinion (13) pages times one = $1.95.

TOTAL COSTS FOR REHEARING $28.50.

(5.) costs of filing notice for costs (3) pages times three = $1.35.

## AFFIDAVIT/OATH

I William M. Hicks, prose, DECLARES under penalty of perjury that the foregoing statements stated herein motion to recover all costs on Appeal are true and correct pursuant to 18 U.S.C. 1621, 26 U.S.C. 7206 and 28 U.S.C. 1746.

William M. Hicks #664670
William M. Hicks, prose

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy was handed over to prison officials to mail by U.S. mail this 21 day of August 2003 and mailed to:

1.) Summer M. Barranco, esq, 1322 S.E 3rd Ave Fort Lauderdale, Florida 33316;

2.) Joel Shulman, esq, 2801 Ponce de Leon Blvd · 9th FL · Coral Gables, Florida 33114.

William M. Hicks #664670
William M. Hicks, prose
LAKE CORR INST
19225 U.S. Hwy 27
Clermont, Fla 34711-9025

3 of 3