DRC/tcl  
97-6939

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE SORRENTINO

CASE NO. 00-6087-Civ-Dimitrouleas

WILLIAM M. HICKS, )
                            )
    Plaintiff, )
                            )
v. )
                            )
KEN JENNE, SUSAN McCAMPBELL, )
BARBARA HANSON-EVANS, )
STANLEY HOLMES, JOHN DOES )
#1 AND #2, DR. W.C. DAVIS, DR. )
UECKER, DR. TREVOR WEATHERS, )
DR. CLINE, DR. PEARSON, DR. G. )
PEARSON, EMERGENCY MEDICAL )
SERVICES ASSOCIATION, )
                            )
    Defendants. )
_____)

### RESPONSE TO PLAINTIFF'S MOTION TO RECOVER COSTS ON APPEAL

Defendants, EMSA LIMITED PARTNERSHIP, INPHYNET, DR. WINTHROP, DR. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, and DR. CLINE, pursuant to Fed.F.App.P. 39(a)(4) and (e), respond and file this memorandum in opposition to Plaintiff's Motion to Recover Costs on Appeal, as follows:

    1.    This Court entered Final Summary Judgment for all Defendants, which judgment Plaintiff appealed.

    2.    The Eleventh Circuit affirmed the judgment as to some Defendants (the sheriff and those in his employ), and reversed as to these Defendants (the "Medical Defendants"). Plaintiff



*Hicks v. Jenne, et al.*
*Case No. 00-6087-Civ-Dimitrouleas*

seeks to tax costs against the Medical Defendants for this appeal, including for his unsuccessful motion for rehearing as to the other Defendants.

3. Under Rule 39(e), Fed.R.App.P., costs on appeal are taxable in the District Court, but only for "the benefit of the party entitled to costs under this rule[.]" The party entitled to costs under Rule 39 is defined in Rule 39(a) according to the results on appeal, unless the law provides or the court orders otherwise. As Plaintiff acknowledges in his opening paragraph, Plaintiff filed for costs in the Eleventh Circuit Court of Appeals, which costs were denied on August 14, 2003. Thus, the court has not ordered otherwise, and the provisions in Rule 39(a) control.

4. Rule 39(a)(4) provides that "if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders." In the present case, the judgment was affirmed in part (as to the other Defendants), and reversed in part (as to the Medical Defendants). Accordingly, costs are taxed only as the court orders. The August 14, 2003 Order denied Plaintiff's Motion to Tax Costs, rather than ordering tax costs against the Medical Defendants. As a result, this Court is without authority to tax costs against the Medical Defendants. *See, Golden Door Jewelry Creations, Inc. v. Lloyds Underwriters Non-Marine Association*, 117 F.3d 1328, 1340 (11th Cir. 1997), *rehearing den.*, 136 F.3d 143 (11th Cir. 1998). In *Golden Door*, the Eleventh Circuit construed Rule 39(a) to leave the imposition of costs to the discretion of the appellate court, not the district court, where the judgment is affirmed in part and reversed in part or vacated. *Id.* Moreover, the Court found that this discretion must be exercised by a specific directive, and that silence must be interpreted as rejection of costs. *Id.*

RESTANI, MCALLISTER & CASSETTY, P.A. • 2801 Ponce de Leon Boulevard - 9th Floor • Coral Gables, Florida 33134
Telephone (305)445-4090 • Facsimile (305)445-7728

2

*Hicks v. Jenne, et al.*
*Case No. 00-6087-Civ-Dimitrouleas*

5. Accordingly, the August 14, 2003 Order of the Eleventh Circuit denying Plaintiff's Motion to Tax Appellate Costs must be construed as the exercise of the appellate court's discretion to deny all costs, under Rule 39(a)(4), and this Court is without authority to controvert the appellate court's order.

WHEREFORE, Defendants, EMSA LIMITED PARTNERSHIP, INPHYNET, DR. WINTHROP, DR. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, and DR. CLINE, respectfully request this Honorable Court deny Plaintiff's Motion to Recover Costs on Appeal, and for such other and further relief as the Court deems appropriate.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was mailed on this 28th day of August, 2003, to: William M. Hicks, #664670, Lake Correctional Institution, 19225 U.S. Highway 27, Clermont, Florida 34711-9025.

RESTANI, McALLISTER & CASSETTY, P.A.
Attorneys for EMSA Limited Partnership, Inphynet, Dr. Winthrop, Dr. Davis, Dr. Ucker, Dr. Trevor Weathers, Dr. Cline, and Dr. Pearson
2801 Ponce de Leon Boulevard, Ninth Floor
Coral Gables, FL 33134
(305) 445-4090 Phone
(305) 445-7728 Fax

By: _____
DAVID R. CASSETTY, ESQ.
FBN 991023

F:\WORD\FILES\97-6939\pleading\res-m-recover-costs