UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, et al.,

    Defendants.
_____/

## ORDER DENYING MOTION TO RECOVER COSTS ON APPEAL

THIS CAUSE is before the Court upon Plaintiff's Motion to Recover Costs on Appeal [DE 168], filed herein on August 28, 2003, and Defendants' Response [DE 169]. Under Rule 39(a)(4) of the Federal Rules of Appellate Procedure, a party may not recover costs where "a judgment is affirmed in part, reversed in part, modified, or vacated," unless the Court orders. On June 24, 2003, the Eleventh Circuit Court of Appeals denied Plaintiff's motion for costs. Thus, since the judgment in this case fell under Rule 39(a)(4), and the Eleventh Circuit did not order costs to be taxed, this Court cannot grant Plaintiff's motion for costs on appeal.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Recover Costs on Appeal [DE 168] is **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5 day of September, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge White
Summer Barranco, Esq.



David R. Cassetty, Esq.
Restani McAllister & Cassetty P.A.
2801 Ponce de Leon Blvd., Ninth Floor
Coral Gables, Florida 33134

William Hicks, Pro se #664670
Lake Correctional Inst.
19225 U.S. Highway 27
Clermont, Florida 34711-9025