SEP 24 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, et al.,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

THIS CAUSE is before the Court upon Plaintiff's Motion for Appointment of Counsel. [DE-171]. The Court has carefully considered the Motion and is otherwise fully advised in the premises. The Court notes that civil litigants, including prisoners pursuing §1983 actions, have no absolute constitutional right to the appointment of counsel. Wahl v. McIver, 773 F.2d 1169, 1174 (11th Cir.1985). Moreover, the appointment of counsel in civil cases is a privilege justified only by exceptional circumstances. Poole v. Lambert, 819 F.2d 1025, 1028 (11th Cir. 1987). In the instant case, the Court finds that no exceptional circumstances exist which warrant the appointment of counsel. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Appointment of Counsel [DE-171] is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24 day of September, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Summer M. Barranco, Esq.
Joel Shulman, Esq.

William M. Hicks, Pro Se
DC # 664670
Lake Correctional Inst.
19225 US HWY 27
Clermont, FL 34711-9025