SEP 24 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, et al.,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF INDEPENDENT EXPERT WITNESS

THIS CAUSE is before the Court upon Plaintiff's Motion for Appointment of Independent Expert Witness. [DE-172]. The Court has carefully considered the Motion and is otherwise fully advised in the premises. Under its discretion, the Court finds that appointment of an independent expert witness is not warranted in this case. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Appointment of Independent Expert Witness [DE-172] is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24 day of September, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Summer M. Barranco, Esq.
Joel Shulman, Esq.

William M. Hicks, Pro Se
DC # 664670
Lake Correctional Inst.
19225 US HWY 27
Clermont, FL 34711-9025