UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6087-CIV-DIM
MAGISTRATE JUDGE Patrick A. White

FILED BY _____ D.C.
2003 OCT 30  AM 10:45
CLERK, USDC
S.D. OF FLA - FTL

William M. Hicks,
  Plaintiff, prose,
    -vs-
Ken Jenne, et.al,
  Defendant(s).

SH
Provided to Lake C.I.
10-27-03

### PLAINTIFF'S MOTION FOR STATUS OF CASE
: NOTE TO CLERK address change :

COMES NOW, William M. Hicks, plaintiff, prose, and files in accordance to Fed. R. Civ. P., asking if this Honorable court has recieved District Judge Hon. Dimitrouleas order dated Aug 27, 2003, re-opening case and referring to magistrate Hon. Patrick A. White for appropriate disposition or report and recommendation of all matters consistant with mandate of 11th circuit reversing plaintiff's case. Plaintiff ask if court has had time to familiarize himself with case. If so, what appropriate steps is court taking to further plaintiff's case. Plaintiff places on record that he has active criminal collateral petition that will be filed in Federal court, thus requiring possiblely a motion to hold his case at bay or criminal petition in abeyance till outcome of one.

Sincerely
William M. Hicks #664670



## CERTIFICATE OF SERVICE

I HEREBY certify, that a true and correct copy of Plaintiff's motion for status of case has been turned over to prison officials to mail by U.S. mail this 27 day of october 2003, and copies mailed to:

1.) David R. Cassetty, esq.
   2801 ponce de leon Blvd, 9th fl. coral Gables, fla 33134 and

2) clerk of District court
   299 East Broward Blvd, Rm 108, Fort. Lauderdale, fla 33301.

William M. Hicks #664670
William M. Hicks, pro se
lake corr Inst
19225 US Hwy 27
Clermont, fla 34711-9025