UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

Magistrate Judge White

vs.

KEN JENNE, et al.,

    Defendants.
_____/

### ORDER SETTING TRIAL DATE & DISCOVERY DEADLINES; REFERRING DISCOVERY MOTIONS TO UNITED STATES MAGISTRATE JUDGE

THIS CAUSE is before the Court *sua sponte*. It is hereby **ORDERED AND ADJUDGED** as follows:

#### Trial Date & Location

1. This case is set for trial on the two-week calendar commencing Monday, July 5, 2004. Counsel for all parties shall appear at a calendar call commencing at 10:00 A.M. on Friday, July 2, 2004. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

#### Pretrial Schedule

2. No pretrial conference shall be held in this action, unless the Court determines, *sua sponte*, that a pretrial conference is necessary. To the extent this Order conflicts with the Local Rules, this Order supercedes the Local Rules.

    Amend Pleadings/Add Parties    – January 9, 2004

    Discovery Cutoff    – April 9, 2004



| | |
|---|---|
| Substantive Pretrial Motions | – April 23, 2004 |
| Mandatory Pretrial Stipulation | – June 18, 2004 |
| Motions in Limine | – June 18, 2004 |
| Responses to Motions in Limine | – June 25, 2004 |
| Jury Instructions | – June 25, 2004 |
| Proposed Findings & Conclusions | – June 25, 2004 |
| Voir Dire Questions | – Calendar call |
| Exhibit List for Court | – First day of Trial (impeachment excepted) |
| Witness List for Court | – First day of Trial (impeachment excepted) |

## Mandatory Pretrial Stipulation

3. The parties must meet at least one month prior to the beginning of the trial period to confer on the preparation of a Pretrial Stipulation in accordance with Local Rule 16.1E. A Pretrial Stipulation lacking substance will not be accepted. Each attorney and each self-represented party is charged with the duty of complying with this Order. A motion for continuance shall not stay the requirement for the filing of the Pretrial Stipulation and, unless an emergency situation arises, a motion for continuance will not be considered unless it is filed at least twenty (20) days prior to the calendar call. Failure to comply with the time schedule may result in dismissal or other sanctions.

## Consent Jurisdiction

4. In light of the benefits offered by a trial before a magistrate judge, e.g., trial on a date certain as opposed to placement on a trial calendar, the parties are urged to consider this option. Therefore, within twenty (20) days of the entry of this order each attorney is ordered to meet

with his/her client and discuss this option. Defendants' counsel shall monitor this process. If there is not unanimity in favor of magistrate jurisdiction, counsel need do nothing further. If, however, there is unanimity in favor of magistrate jurisdiction, Defendants' counsel shall execute the form (enclosed with the copy of this order sent to Defendants' counsel) entitled "Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge," and forward the original, executed form to Plaintiff. After completion by all parties or their counsel, the original form should be forwarded to the Clerk of the Court, Fort Lauderdale Division.

### Discovery Referred to Magistrate Judge

5. In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause remains referred to United States Magistrate Judge Patrick A. White for appropriate disposition of all pretrial discovery motions, and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations. This Order does not refer any motion which requests a continuance or extension of the trial or pretrial scheduling dates. The parties or their counsel shall send a copy of all relevant pleadings and filings directly to Magistrate Judge White when they are filed with the Clerk of the Court. (Judge White's chambers are located at the United States Courthouse, 300 N.E. First Avenue, Room 132, Miami, Florida 33132.)

### Exhibits

6. Exhibits must be pre-marked and exchanged prior to execution of the Pretrial Stipulation. Each exhibit should be marked with a sticker identifying the case number, exhibit

number, and party offering the exhibit.

### Jury Instructions and Proposed Findings of Fact and Conclusions of Law

7. In cases tried before a jury, each party shall submit joint, stipulated proposed jury instructions and a joint, stipulated proposed verdict form in hard copy form and on 3.5" diskette in Wordperfect format. All requested instructions shall be typed on a separate page, and except for Eleventh Circuit Pattern instructions, must be supported by citations of authority. Any objections to the proposed instructions shall be stated clearly and concisely and also shall be supported by citations of authority.

In cases tried before the Court, each party shall file proposed Findings of Fact & Conclusions of Law in hard copy form and on 3.5" diskette in Wordperfect format. Proposed Conclusions of Law must be supported by citations of authority.

### Settlement

8. If a case is settled, counsel are directed to inform the Court promptly at (954) 769-5650 and to submit an appropriate stipulation Order for Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1). Such an Order must be filed within ten (10) days of notification of the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of December, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Patrick A. White
Summer M. Barranco, Esq.
David R. Cassetty, Esq.
Joel L. Shulman, Esq.

William M. Hicks, Pro Se
#664670
Lake Correctional Institution
19225 U.S. Highway 27
Clermont, FL 34711-9025