United States District Court
Southern District of Florida

CASE NO. 00-6089-civ-Dimitrouleas
Magistrate White

Provided to Lake C.I. BH
24 DEC 03

William M Hicks,
  Plaintiff,
  -vs-
Ken Jenne, et al,
  Defendant(s)
_____/



## NOTICE TO Clerk of Court OF PERMENANT PRISON CAMP

Dear Clerk, please take notice to save court's and clerk's time that I am permenently at Lake Corr Inst. I have been recieving Duplicate copys that are sent still to North Fla Reception Center, Lake Butler. To save clerk of court's time and money, please make change.

Thank you

December 24, 2003
DATED

Defendant's have correct address.

William M. Hicks 664670
William M Hicks, Pro Se
Lake Corr Inst
19225 U.S. Hwy 27
Clermont, Fla 34711

