UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS
MAGISTRATE JUDGE P. A. WHITE

WILLIAM M. HICKS,                    :

        Plaintiff,            :

v.                                   :        ORDER

KEN JENNE, et al.,                   :

        Defendants.           :
_____

This Cause is before the Court upon the "plaintiff's motion for status of case" (DE #175). Upon consideration of the motion, it is thereupon

ORDERED AND ADJUDGED that said motion (DE #175) is granted. A copy of the Court's docket sheet is enclosed with this Order.

DONE AND ORDERED at Miami, Florida this ___ day of December, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

cc: William M. Hicks, Pro Se
    DC #664670
    Lake Correctional Institution
    19225 US Highway 27
    Clermont, FL 34711-9025

    David R. Cassetty, Esq.
    Restani, McAllister, et al.
    2801 Ponce de Leon Boulevard
    Ninth Floor
    Coral Gables, FL 33134