UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DTM
MAGISTRATE P.A. WHITE

BH
Provided to Lake C.I.
29 Jan 04

William M. Hicks,
    Plaintiff, pro se,
        -vs-
KEN JENNE, et al,
    Defendant(s).

NOTICE OF INQUIRY

Dear Clerk,

Please answer the following questions:

(1.) Please send me up to (20) summons (subpoena's) to have witnesses produced to my civil trial. How much do I have to pay a witness to be at trial to testify?

(2.) How much does it cost to have U.S. Marshal's serve subpoena's? and can I have a account to pay for them or needed, or do I have to pay when needed?

(3.) Do you have a form to have me a prisoner produced at trial (pro se trial).

(4.) When I'm produced for jury trial, since I'm a prisoner of the state, will I be housed in federal supervision or at Broward sheriff's office, or a prison close to federal court house in Broward county.

102

## CERTIFICATE OF SERVICE

I William M. Hicks, prose, handed over to prison officials to mail my notice of inquiry listing four questions to the clerk on January 29, 2004.

William M. Hicks 664670
William M. Hicks, prose
Lake Corr Inst
19215 U.S. Hwy 27
Clermont, Fla 34711-9025