UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

    Plaintiff,

v.

KEN JENNE, et al.,

    Defendants.

_____/



### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON, files this Motion for Extension of Time to respond to Plaintiff's discovery as follows:

1. Plaintiff served his Interrogatories, Requests for Production and Request for Admissions on Defendants dated January 20, 2004.

2. This case was recently transferred to and received by the undersigned counsel in February 2004.

3. The undersigned counsel needs time to review the file and meet with his clients in preparation of responding to Plaintiff's discovery requests. Therefore, these Defendants request an extension of time to respond to discovery until March 22, 2004.

4. The Plaintiff is incarcerated, and could not be reached to obtain his agreement regarding this Motion

WHEREFORE, Defendants, respectfully request this Court grant this Motion and enter an Order extending their time to respond until March 22, 2004.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this 13th day of February, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025; Summer Marie Barranco, Esquire, counsel for Defendants Jenne, Broward County Sheriff, Purdy Jolly & Giuffreda, 1322 SE 3rd Avenue, Fort Lauderdale, Florida.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, # 900
100 S.E. 3rd Avenue
Fort Lauderdale, FL 33394
Telephone:  954-761-8600
Fascimile   954-463-6643

BY: _____
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available
Summer Marie Barranco, Esquire/Attorney for Ken Jenne, Broward County Sheriff/Facsimile: 954-462-3861