Provided to B.H Lake C.I.
19 Feb 04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE, P.A. WHITE

William M. Hicks,
    Plaintiff, prose,
    —vs—
KEN JENNE, et al,
    Defendant(s).



FILED by ___ D.C.
INTAKE
FEB 2 4 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

PLAINTIFF'S MOTION FOR COURT ORDER SERVED ON
KEN JENNE, SHERIFF TO PROVIDE PHOTOGRAPH'S OF
NORTH BROWARD DETENTION CENTER RECREATION YARD

COMES NOW William M. Hicks, prose, and ask this Honorable court pursuant to Fed.R.Civ.P. to issue an order upon sheriff ken Jenne, to take all Photographs of NBDC jail [H-BIDG] recreation yard where plaintiff was assaulted and battered. plaintiff needs these photographs for his jury trial presentation and since (BSO) Broward sheriff's office will object for security reasons, plaintiff ask that this court have clerk take charge of and maintain possesion untill trial set for July 5, 2004. Plaintiff could personally request and/or file subpoena Duces tecum to obtain, but BSO will file objections and possible protection order motion. since plaintiff has all listed as defendant's and in need of these photographs, he needs this court's help in obtaining. Reasons for photographs is to present to jury and allow them to personally see the complete layout of NBDC jail, H-BIDG rec yard. This will enable plaintiff to show where he was and how assault started untill when he entered Hallway and was held as a human sheild.

        so prays,

185/98