UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Provided to Lake C.I.

FILED by INTAKE _____ D.C.
FEB 2 4 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE. 00-6087-CIV-DIM

DEAR Clerk of court,

I filed a notice of inquiry on Jan 29, 2004, where I recieved no response to, would you please see if in records. I go to civil trial in July 5, 2004 and need the following as well know the answers to.

1.) I need up to (20) subpoena's to produce witnesses as I'm prose.

2.) What's the current pay for witnesses to be present at civil trial as to a day and milage if any.

3.) How much is current pay for having U.S. marshals serve subpoena's.

4.) Do you have a habeas corpus form pre made to produce a prisoner to trial.

Thank you.

William M. Hicks #664670
William Hicks prose
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025

February 19, 2004
DATED

186/9P