Provided to Lake C.I.
BH
19 Sehoy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIMITROULEAS

William M. Hicks,
  Plaintiff, PRO SE,
  -vs-
Ken Jenne, et al,
  Defendant(s).



FILED by _____ D.C.
INTAKE
FEB 24 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENTION OF TIME TO REPLY TO DISCOVERY REQUEST(S)

COMES NOW, William M. Hicks, prose, and files his response to defendant's motion dated February 13, 2004, requesting extention up to March 22, 2004, to reply to discovery filed by Hicks. Hicks has no objection to this and leaves it to this Honorable court's discretion. But does request extention himself if needed when reply to discovery is made, if needing more discovery time as this court set discovery deadline. Plaintiff requests defense to explain the [date] in which law firms were switched representing defendant's in said case and give reasons why as plaintiff was never notified by U.S. mail or by way of motion to court. Plaintiff advises defense they can 'if try' to speak with plaintiff by contacting classification and speaking with Miss Rodriguez who would inturn set up an telephonic hearing the same day. Plaintiff would like also to bring to defense counsel's and court's attention that on January 20, 2004, he sent with discovery motion's, a proposed motion for possible settlement which is and done in good faith.


187/08

<u>CERTIFICATE OF SERVICE</u>
<u>OATH</u>

I William M. Hicks, prose, HEREBY CERTIFY that all matters contained in response to defendant's motion for extention to file discovery is true and correct pursuant to FLA. STAT. §92.525 (2000) and 18 USC §1621, 26 USC §7206 and 28 USC §1746, And a true copy was handed over to prison official's to mail by U.S. mail this <u>19</u> day of <u>February 2004</u>, and mailed to: clerk of Federal District Court; Summer M. Barranco, esq, 1322 SE 3rd Ave, Ft. Laud, Fla 33316 and Richard Woulfe, esq, one Financial Plaza #900, 100 SE 3rd Ave, Ft. Laud, Fla 33394.

<u>William M. Hicks 664670</u>
<u>William M. Hicks prose</u>
<u>Lake Corr Inst</u>
<u>19225 US Hwy 27</u>
<u>Clermont, Fla 34711-9025</u>