UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE. P.A. WHITE

William M. Hicks,
    Plaintiff,
-vs-
Ken Jenne, et al,
    Defendant(s).

Provided to Lake C.I.
2.25.04

### PLAINTIFF'S OBJECTIONS TO DENIAL ORDER DATED FEBRUARY 18, 2004

COMES NOW, William M. Hicks, pro se, and files his objections to Honorable court's denial order denying his request for subpoena duces tecum, renewed request for counsel and appoint expert medical witness, thus preserving issue for appeal as plaintiff had shown cause and reason for such an order and had shown prejudice.

William M. Hicks #664670
William M. Hicks, pro se
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy was handed to prison officials to mail by US mail this 24th day of February 2004, and mailed to counsels of record, Summer M. Barranco, esq and Richard Woulfe, esq whom just took over for EMSA defendants.