UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV - Dimitrouleas

MAGISTRATE, P.A. WHITE

William M. Hicks,

Plaintiff,

-vs-

KEN JENNE, et al,

Defendant(s).

Provided to Lake C.I.

2.25.04

PLAINTIFF'S WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW, William M. Hicks, prose, pursuant to 28 USC §2241 (c)(5), and 28 USC §1651(a), and requests that this Honorable court issue a writ of Habeas corpus ad testificandum requiring warden MR. Johnson of Lake CORR. INST. to bring the plaintiff before the court so he may prosecute his scheduled jury trial that commences on July 5, 2004, and state's in support:

1.) The plaintiff's case depends in large part on his own testimony, since the credibility of witnesses will be an issue in this matter, and the jury should be allowed to hear plaintiff's testimony and personally observe his demeanor.

2.) The plaintiff is proceeding prose in this matter and should therefore be produced to manage the presentation of his case, to cross-examine the defendant's when testifying and their witnesses, and hear the

1 of 2



defendant's case and present appropriate rebuttal evidence.

3.) Since it's the plaintiff's burden to present his prima facie case it will be necessary for him to present his own evidence as well refute any medical expert's opinion for defendant's.

This Honorable court has authority to issue this writ for his appearance in trial to enable plaintiff to assert his case in chief and protect his rights, ulmer -vs- chancellor, 691 F2d 209, 212 (11th Cir 1982); poole -vs- lambert, 819 F2d 1025 (11th cir 1987).

CONCLUSION

wherefore, plaintiff prays this court issue this writ prior to trial and requests Defendant(s) and/or Dept. of corr. bear the costs of the implementation of the terms of this writ.

CERTIFICATE OF SERVICE

I William M. Hicks, prose, HEREBY CERTIFY that a true copy was handed to prison official's to mail by U.S. mail this 25th day of February 2004, and mailed to, Summer M. Barranco, esq for sheriff and Richard T. woulfe, esq for EMSA Defendant(s).

William M. Hicks 664670
William M. Hicks prose
Lake corr inst
19225 us Hwy 27
clermont, fla 34711-9025