UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. CO-6087-CIV-Dimitrouleas
MAGISTRATE. P.A. WHITE

William M. Hicks,
   Plaintiff,
-vs-
Ken Jenne, et al,
   Defendant(s).

Provided to Lake C.I.
2-25-04

## PLAINTIFF'S MOTION CONSENTING TO JURY TRIAL BY MAGISTRATE P.A. WHITE

COMES NOW, William M. Hicks, prose, pursuant to Roell -vs- Withrow, 123 c.t. 1696 (2003), and places on court's record that he consents to a jury trial by magistrate P.A. White to conduct all proceedings to be had on July 5, 2004. Plaintiff has not recieved any notification otherwise, as well since medical defendant(s) changed law firms, the plaintiff raises this issue.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was given to prison officials to mail by U.S. mail this 25th day of February 2004, and sent to counsel's of record. Summer M. Barranco, esq and Richard T. Woulfe, esq for EMSA Defendant's.

William M. Hicks 664670
William M. Hicks prose
Lake Corr Inst
19225 U.S. Hwy 27
Clermont, Fla 34711-9025

