UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, et al.,

    Defendants.

_____/



### ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO ORDER DATED FEBRUARY 18, 2004; ORDER REQUIRING RESPONSE TO PLAINTIFF'S MOTION CONSENTING TO JURY TRIAL BY MAGISTRATE JUDGE P. A. WHITE

THIS CAUSE is before the Court upon Plaintiff's Objections to Order dated February 18, 2004, filed herein on March 1, 2004 [DE-188], and Plaintiff's Motion Consenting to Jury Trial by Magistrate P. A. White, filed herein on March 1, 2004 [DE-190]. The Court has carefully considered the Objections and Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's Objections to Order dated February 18, 2004, filed herein on March 1, 2004 [DE-188] are hereby **OVERRULED**.

    2.    Defendants shall file a response no later than March 19, 2004, to Plaintiff's Motion Consenting to Jury Trial by Magistrate P. A. White, filed herein on March 1, 2004 [DE-190].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____4____ day of March, 2004.

                                                    WILLIAM P. DIMITROULEAS
                                                    United States District Judge



Copies furnished to:

Magistrate Judge White
Summer M. Barranco, Esq.
Joel L. Shulman, Esq.
David R. Cassetty, Esq.
Richard T. Woulfe, Esq.

William M. Hicks, Pro Se
DC # 664670
Lake Correctional Inst.
19225 US HWY 27
Clermont, FL 34711-9025