FILED by _____ D.C.

MAR 05 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

vs.

KEN JENNE, et al.,

    Defendants.
_____/

## ORDER GRANTING SUBSTITUTION OF COUNSEL

THIS CAUSE is before the Court upon the Stipulation and Order for Substitution of Counsel, filed herein on February 4, 2004. The Court has carefully considered the Stipulation and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. Richard Woulfe is hereby substituted as counsel of record for Defendants Dr. W.C. Davis, Dr. Uecker, Dr. Trevor Weathers, Dr. Cline, Dr. Pearson, Dr. G. Pearson, and Emergency Medical Services Association.

2. All further correspondence shall be provided to Richard Woulfe, of Bunnell, Woulfe, Kirschbaum, McIntyre & Gregoire, P.A., One Financial Plaza, Suite 900, 100 S.E. 3rd Avenue, Ft. Lauderdale, FL 33394.

3. Marie E. Dalmanieras and the law firm of Restani, McAllister & Cassetty, P.A. is hereby relieved of any further responsibility in representing such Defendants in



this matter.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5 day of March, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White
Summer M. Barranco, Esq.
Joel L. Shulman, Esq.
David R. Cassetty, Esq.
Richard T. Woulfe, Esq.

William M. Hicks, Pro Se
DC # 664670
Lake Correctional Inst.
19225 US HWY 27
Clermont, FL 34711-9025