UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

        Plaintiff,

Magistrate Judge White



v.

KEN JENNE, DR. W.C. DAVIS,
DR. UECKER, DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON,
DR. G. PEARSON and EMERGENCY
MEDICAL SERVICES ASSOCIATION,

        Defendants.

_____/

## NOTICE OF APPEARANCE

The Clerk will please note the appearances of RICHARD T. WOULFE, ESQUIRE, GREGG

A. TOOMEY, and the law firm of BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE

& GREGOIRE, P.A., as attorneys of record for Defendants DR. W.C. DAVIS, DR. UECKER, DR.

TREVOR WEATHERS, DR. CLINE, DR. PEARSON, DR. G. PEARSON and EMERGENCY

MEDICAL SERVICES ASSOCIATION in the above-styled case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this ___ day

of March, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution,

19225 US Highway 27, Clermont, Florida 34711-9025; Summer Marie Barranco, Esquire, counsel

for Defendants Jenne, Broward County Sheriff, Purdy Jolly & Giuffreda, 1322 SE 3rd Avenue, Fort



Lauderdale, Florida.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, # 900
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394
Tel: 954-761-8600
Fax: 954-463-6643

BY: _____
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis,
Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available
Summer Marie Barranco, Esquire/Attorney for Ken Jenne, Broward County Sheriff/Facsimile: 954-462-3861