UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

Plaintiff,

vs.

KEN JENNE, et al.,

Defendants.
_____/

## ORDER RESETTING TRIAL AND CALENDAR CALL DATES ONLY
## ORDER DENYING MOTION TO BE EXCUSED AS MOOT

THIS CAUSE is before the Court upon Defendants' Motion to be Excused from Portion of the Trial Docket, filed herein on March 9, 2004. [DE-193]. The Court has carefully considered the Motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. This case, which was originally set for trial on the two-week calendar commencing Monday, July 5, 2004, is hereby **RESET** for trial on the two-week calendar commencing Monday, July 12, 2004.

2. Calendar Call in this case, which was originally set for 10:00 A.M. on Friday, July 2, 2004, is hereby **RESET** for 8:45 A.M on Tuesday, July 6, 2004.

3. Defendants' Motion to be Excused from Portion of the Trial Docket, filed herein on March 9, 2004 [DE-193] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of March, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White
U.S. Marshal
Summer M. Barranco, Esq.
Joel L. Shulman, Esq.
David R. Cassetty, Esq.
Richard T. Woulfe, Esq.

William M. Hicks, Pro Se
DC # 664670
Lake Correctional Inst.
19225 US HWY 27
Clermont, FL 34711-9025