UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

    Plaintiff,

v.

KEN JENNE, DR. W.C. DAVIS,
DR. UECKER, DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON,
DR. G. PEARSON and EMERGENCY
MEDICAL SERVICES ASSOCIATION,

    Defendants.
_____/

## DEFENDANT'S MOTION TO AMEND STYLE

Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON, files this Motion to Amend Style as follows:

1. On June 25, 2002, this Court entered a Final Judgment and Order approving Report, on part, and dismissing all counts. In particular, Defendants' Motion for Summary Judgment was granted as to all Defendants.

2. On August 27, 2003, this Court vacated the June 25, 2003 Final Judgment and Order reinstating the "medical defendants".

3. These defendants would request that the style of this case reflect only the medical defendants, and Defendant Ken Jenne be omitted from the style.



CASE NO.: 00-6087-CIV-DIMITROULEAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this 12th day of March, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, # 900
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394
Tel: 954-761-8600
Fax: 954-463-6643

BY: _____
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available