FILED by __ D.C.
ELECTRONIC

Mar 19 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,

    Plaintiff,

v.

KEN JENNE, DR. W.C. DAVIS,
DR. UECKER, DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON,
DR. G. PEARSON and EMERGENCY
MEDICAL SERVICES ASSOCIATION,

    Defendants.
_____/

CASE NO.: 00-6087-CIV-DIMITROULEAS

Magistrate Judge White

## DEFENDANTS' RESPONSE TO
## PLAINTIFF'S MOTION CONSENTING TO JURY TRIAL

    Defendants, DR. W.C. DAVIS, DR. UECKER, DR. TREAVOR WEATHERS, DR. CLINE, DR. PEARSON, DR. G. PEARSON and EMERGENCY MEDICAL SERVICES ASSOCIATION, by and through their undersigned attorneys, file this their Response to Plaintiff's, WILLIAM M. HICKS, Motion Consenting to Jury Trial and state that Defendants do not consent to this case being tried before a Magistrate Judge.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by U.S. Mail this 19th day of March, 2004 to WILLIAMS M. HICKS, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

                                      BUNNELL, WOULFE, KIRSCHBAUM,

1 of 2  BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954-761-8600

198/ch

                KELLER, McINTYRE & GREGOIRE, P.A.  
                Attorneys for Defendants  
                100 S.E. 3rd Avenue  
                Ft. Lauderdale, FL 33394  
                Tel: 954-761-8600  
                Fax: 954-463-6643  

BY:   s/Gregg A. Toomey  
       RICHARD T. WOULFE  
       Florida Bar No.: 222313  
       GREGG A. TOOMEY  
       Florida Bar No.: 0159689  

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543  
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

2

2 of 2 BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954–761–8600