FILED by __ D.C.
ELECTRONIC

Mar 19 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

    Plaintiff,

v.

KEN JENNE, DR. W.C. DAVIS,
DR. UECKER, DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON,
DR. G. PEARSON and EMERGENCY
MEDICAL SERVICES ASSOCIATION,

    Defendants.
_____/

## DEFENDANT'S NOTICE OF COMPLIANCE

Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON, give Notice of Compliance with Plaintiff's Request for Admissions, Request for Production and Interrogatories dated January 20, 2004. Defendants have produced the following to Plaintiff by overnight mail:

1. EMSA's Response to Request for Production numbered 1 - 16, attached are Plaintiff's records in defendant's possession.

2. EMSA's Response to Interrogatories totaling 28 interrogatories.

3. EMSA's Response to Request for Admissions numbered 1 - 47.

4. Dr. Uecker's Response to Request for Admissions numbered 1 - 30.

5. Dr. Cline's Responses to Request for Admissions numbered 1 - 26.

6. Dr. Davis' Response to Request for Admissions numbered 1 - 28.

7. Dr. Weather's Response to Request for Admissions numbered 1 - 29.

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954–761–8600

199/ch

8. Dr. Sharon Pearson's Response to Request for Admissions numbered 1 - 12.

9. Dr. Glen Pearson's Response to Request for Admissions numbered 7 - 33.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19th day of March, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, # 900
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394
Tel: 954-761-8600
Fax: 954-463-6643

BY:   s/Gregg A. Toomey
         RICHARD T. WOULFE
         Florida Bar No.: 222313
         GREGG A. TOOMEY
         Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Uecker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

2

2 of 2 BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954–761–8600