UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

    Plaintiff,

v.

KEN JENNE, DR. W.C. DAVIS,
DR. UECKER, DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON,
DR. G. PEARSON and EMERGENCY
MEDICAL SERVICES ASSOCIATION,

    Defendants.
_____/

## DEFENDANT'S MOTION TO BE EXCUSED FROM PORTION OF THE TRIAL DOCKET

    Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON, respectfully request this Court enter an Order excusing these Defendants from a portion of the trial docket, and as grounds states:

    1.    This case is set for trial on the Court's two-week jury trial docket commencing July 12, 2004.

    2.    The undersigned counsel for these Defendants has longstanding vacation plans on July 16, 2004.

    WHEREFORE, Defendants, EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON, request this Court enter an Order excusing them from trial on July 16, 2004.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this 22 day of March, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025; Summer Marie Barranco, Esquire, counsel for Defendants Jenne, Broward County Sheriff, Purdy Jolly & Giuffreda, 1322 SE 3rd Avenue, Fort Lauderdale, Florida.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, # 900
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394
Tel: 954-761-8600
Fax: 954-463-6643

BY: _____
RICHARD T. WOULFE
Florida Bar No.: 222313

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available
Summer Marie Barranco, Esquire/Attorney for Ken Jenne, Broward County Sheriff/Facsimile: 954-462-3861