UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,

    Plaintiff,

v.

KEN JENNE, DR. W.C. DAVIS,
DR. UECKER, DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON,
DR. G. PEARSON and EMERGENCY
MEDICAL SERVICES ASSOCIATION,

    Defendants.
_____/

CASE NO.: 00-6087-CIV-DIMITROULEAS

Magistrate Judge White

## DEFENDANTS' NOTICE OF TAKING DEPOSITION DUCES TECUM

TO:   WILLIAMS M. HICKS, *pro se Plaintiff*, #664670
      Lake Correctional Institution
      19225 US Highway 27
      Clermont, Florida 34711-9025

PLEASE TAKE NOTICE that the Defendants, EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON, will take the deposition of the below named person on **Tuesday, March 30, 2004 at 10:00 a.m.** indicated opposite his/her name at the offices of:

      **Dr. Charles Russo/Dr. Jeffrey Elliot**
      **Coral Springs Oral and Maxillofacial Surgery Associates**
      **2801 University Drive, Suite 102**
      **Coral Springs, FL 33065**

**NAME**
Records Custodian
Dr. Charles Russo/Dr. Jeffrey Elliot
Coral Springs Oral and Maxillofacial Surgery Associates
2801 University Drive, Suite 102
Coral Springs, FL 33065
954/752-1045

upon oral examination before KLEIN BURY & ASSOCIATES, Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by U.S. Mail this 23rd day of March, 2004 to the above-named addressee.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394
Tel: 954-761-8600
Fax: 954-463-6643

BY: _____
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689

cc: Klein, Bury & Associates

2