UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

Magistrate Judge White

v.

KEN JENNE, et al.,

    Defendants.

_____/

## ORDER ON DEFENDANTS' MOTION TO BE EXCUSED FROM PORTION OF THE TRIAL DOCKET

THIS CAUSE having come on to be heard on Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON's Motion to be Excused from Portion of the Trial Docket and the Court having read said motion and being otherwise fully advised in the premises, it is hereby:

ORDERED and ADJUDGED that Defendants' Motion to be Excused from Portion of the Trial Docket is GRANTED.

1.     Defendants shall be excused from trial on July 16, 2004.

DONE and ORDERED in Chambers, at Broward County, Florida on this 24 day of March, 2004.

Magistrate Judge Patrick A. White
U.S. District Court Judge
William P. Dimitrouleas

Copies furnished to all counsel of record
Richard T. Woulfe, Esq./Gregg A. Toomey, Esq./Facsimile: 954-463-6643
Summer Marie Barranco, Esq./Counsel for Ken Jenne, Broward County Sheriff
William M. Hicks/Lakes Correctional Institution, 19225 US Highway 27, Clermont, FL 34711-9025

