UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-Civ-Dimitrouleas
MAGISTRATE, P.A. WHITE

WILLIAM M. HICKS,
    Plaintiff, PRO SE,

-vs-

KEN JENNE, et al,
    Defendant(s).

BH
Provided to Lake C.I.
3.12.04

## PLAINTIFF'S OBJECTIONS TO DEFENSE COUNSEL REQUEST FOR ABSENCE FROM TRIAL FOR VACATION REASONS

COMES NOW, William M. Hicks, PRO SE, and files his stern objections to defense counsel's or counsel motion to be Excused From Portion of The Trial Docket. Plaintiff is PRO SE and defense counsel's had not tried to converse with him before filing their blanket motion which plaintiff is unsure of the true meaning. Defense motion can be interpreted a couple of ways. Defense are asking this court to excuse them and all defendant's from trial on July 5TH, 7TH, 8TH, 9TH and 16TH days. Plaintiff is not sure if this is an evasive maneuver or asking not to be present at all thereby leaving plaintiff to start without being able to call and present defendant's while he's giving his direct case in chief. This is not feasible as plaintiff has witnesses that are available to testify at start of trial as well plaintiff's case in chief is prearranged and will result in prejudice to him. Defense counsel's are aware of plaintiff's case as they represented defendants in plaintiff's first §1983 suit filed in year 1996. Also counsel's were conusant of trial date before taking this case, thereby assuming full responsibility as professionals to be ready and represent all defendant's on July 5, 2004. Defense counsel[s] or counsel[] work for a firm amounting to [seven] known lawyers

that can represent defendant's in trial. Defense counsel's or counsel assert they or He has long standing vacation plans. This is not a viable excuse to interupt this Honorable court's preplanned Docket or violate plaintiff's rights. At least counsel could have held a telephonic hearing with plaintiff at the start when they took on this case. As the court knows this is the 3rd time defendant's reassigned counsel. Defense counsel's nor any one Defendant has put forth a valid reason good enough to justify overruling this Honorable court's order or plaintiff's objections.

## CONCLUSION

WHEREFORE, Plaintiff ask this court to hold defense counsel's and defendant's to jury trial date set for July 5, 2004, and not allow them to violate plaintiff's rights to bring forth his case as planned.

SO PRAYS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was handed over to prison official's to mail by U.S. mail this 12TH day of March 2004 and mailed to: Richard Woulfe, esq. One Financial Plaza, #900, 100 SE 3rd Avenue FT. Laud, Fla 33394.

William M. Hicks 66-4670
William M. Hicks PRO SE
LAKE CORR INST
19225 US HWY 27
Clermont, Fla 34711-9025