UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE, P.A. WHITE

FILED BY _____ D.C.

2004 MAR 25 PM 1:02

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

William M. Hicks,
    Plaintiff, prose,
-vs-
Ken Jenne, et al,
    Defendant(s).

BH
Provided to Lake C.I.
22 Mar 04

MOTION FOR COURT ORDER FOR THIRD PARTY TO ENTER BROWARD COUNTY NBDC JAIL TO TAKE PHOTOGRAPHS OF RECREATION YARD BLDG 12-H-1

Comes now, William M. Hicks, prose, pursuant to Fed. R. Civ. P. 34(a)(2) for an order to be served for plaintiff's father to enter BSO Jail at NBDC in Pompano Beach to take photographs of reck yard in BLDG 12-1-H where plaintiff was assaulted and battered. These photographs are needed for presentation of plaintiff's jury trial set to start in July 2004. Plaintiff has no problem of having clerk of court hold photos if there would be objections for security reasons.

CERTIFICATE OF SERVICE

I certify that a true and correct copy has been handed over to prison official's to mail this 22 day of March 2004 and sent to Richard Woulfe, esq one financial plaza #900 100 SE 3rd Avenue, Ft. Laud, Fla 33394.

FATHER: Robert Hicks
11150 Delta Circle
Boca Raton, Fla 33428

William M. Hicks 664670
William M. Hicks, prose
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025