UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-civ-Dimitrouleas
MAGISTRATE. P.A. WHITE

FILED BY _____ D.C.

2004 MAR 25  PM 1:02

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA-MIA

Provided to Lake C.I.
22 Mar 04

William M. Hicks,
    Plaintiff, pro se,
  -vs-
Ken Jenne, et al,
    Defendant's.
_____/

PLAINTIFF'S NOTICE TO COURT OF INAPPROPRIATE ACTIONS
BY NOW ACTING DEFENSE COUNSEL(S)

COMES NOW, William M. Hicks, pro se, and files his notice with court to make it known and placed on record of couple problems. (1) Defense counsel's inappropriate actions in delaying notice to plaintiff (Hicks) 36 days later (or more as prior defense counsel's recieved request(s) in January 2004, totalling apprx. 45 days) to claim one page is missing from request for admissions relating to Dr. G. Pearson, DDS that was served on defendant's January 22, 2004. (2). Defense counsel's back dating pleadings to plaintiff.

1) This Honorable court issued an order on pending motions dated march 10, 2004 and U.S. mailed copy to now defense counsel's Mr. R. Wolfe, esq, as well sent by facsimile. This order gave defendant's an extention up to march 22, 2004, totalling (12) days and ordered defense to comply and respond by such date to admissions, interrogatories and production of documents.

Now Defense counsel Gregg A. Toomey, esq, prepared a letter head dated 'MARCH 11, 2004', advising plaintiff 36 days or more later that page 1 of request for admissions to Dr. Glenn Pearson, DDS, dated Jan 22, 2004 is missing. Therefore

on. C Pearson cannot respond to that one page. This page 2 of admissions is cover sheet out of four total pages which [complete] copys were mailed to prior Attorney/s, MR. McAllister, esq and same to Summer M. Barranco, esq. Now present attorney for defense, MR. Richard Woulfe, esq filed for extension to respond to plaintiff's request(s) on February 13, 2004, and never advised court or plaintiff of missing pages? Rather waited till letter dated March 11, 2004 to aprise this plaintiff. Also another problem is this letter is dated "MARCH 11, 2004" and post office stamped on envelope reads (MARCH 15, 2004) EX A, and plaintiff recieved on March 18, 04. Plaintiff picked up THREE pieces of legal mail as two were from now Defense MR. Woulfe, esq, law firm and one from Florida Department of Health, EX A, B, and C.

2.) counsel MR. Woulfe, esq served plaintiff (a) request to produce, (B) initial interrogatories, as both dated MARCH 12, 2004, noting filing with clerk of same. Now EX B, is big white envelope legal size with postal stamp dated (MARCH 15, 2004)? Plaintiff recieved March 18, 04. See EX D, of witness statement as well logged in mailroom book.

### CONCLUSION

The actions of Defense counsel(s) for all defendant(s) are unprofessional and misrepresentation of facts as well their sworn oath as members of Florida Bar and officer's of this court. Defense trained knew by reading certificate of service showing plaintiff mailed same true [complete] copys to Summer M. Barranco, esq for sheriff. But waited till time plaintiff recieved letter of theirs on March 18, 04 to advise him rather acknowledging this one page .... missing at outset of taking case? Counsels who handled case prior had recieved 'all' plaintiff's request(s) in January 2004, thereby could and should have advised plaintiff then and not waited till March 22, 2004 when they must supply all requested. This court has plaintiff's response to all Defendants and their new counsel's extension where he clearly aprised them as well to proposed settlement dated February 19, 2004. As court knows in

Plaintiff's response to Extension he placed on record that he was never informed defendant's hired for 3rd time another firm till he received defense extension dated Feb 13, 04 as defense advised they recently recieved case which he plaintiff was never served with their stipulations as counsel dated (Feb 4, 04) untill march 2, 04? Plaintiff has other issues that will be raised at a later time.

## RELIEF REQUESTED

Plaintiff ask this Honorable court to strike defense counsel's/Defendant's discovery request listed herein #2, as penalty for their actions which violate plaintiff's rights as well comply with the rules as this court on march 10, 04 held discovery deadline April 9, 04, but gave plaintiff till April 9, 04 to file additional request. As well any other relief this Honorable court deems appropriate. (NOTE. DEADLINE APRIL 9, 2004)...

So prays

## CERTIFICATE OF SERVICE

## OATH

I HEREBY certify under pains of perjury pursuant to Fla. Stat. §92.525 (2000), 26 USC §1621, 26 USC §7206 and 28 USC §1746, that said motion was read and written by plaintiff and is true and correct and handed over to prison mailroom officials to mail by U.S. mail this 22nd day of march 2004 and sent to Mr. R. Woulfe, esq post office Drawer 030340 Fort. Laud, Fla 33303 and Hon. P.A. WHITE District court.

NOTE; on 3/19/04 tried to make copies of Exhibits but no staff to authorize. Tried on 3/22/04 and was denied? I await for regional supervisor to come and approve copies maybe? We don't have staff who runs Law Library for months now. Will send when copied... 3 of 3

William M. Hicks 664670
William M. Hicks pro se
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla. 34711-9025

Exhibit O

# AFFIDAVIT

I, Danny Ray Martin (#C86852) hereby make this statement, having direct knowledge in said matter do say:

On 18th March, 2004 I the undersigned, did witness inmate William Hicks — receive three (3) pieces of mail @ Lake Correctional Inst.. This mail consisted of one (1) large envelope and one (1) reg. business size envelope from law firm & one (1) business size envelope from Florida Department of Health.

I hereby swear under penalties of perjury, that I have personally written the foregoing, and that the facts stated therein are TRUE AND CORRECT to the best of my knowledge and belief. Section 92.525(5) Florida Statues.

Executed this 18th day of March, 2004.

Danny Ray Martin
DANNY R. MARTIN #C86852
LAKE CORR. INST.