UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE: P.A. WHITE

FILED BY __JL__ D.C.
2004 MAR 26 AM 10:26
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

William M. Hicks,
   Plaintiff, pro se,
-vs-
Ken Jenne, et al,
   Defendant(s),

Provided B H to Lake C.I.
23 Mar 04

## PLAINTIFF'S SUPPLEMENTAL MOTION TO ADD EXHIBITS TO 'PLAINTIFF'S NOTICE TO COURT OF INAPPROPRIATE ACTIONS BY NOW ACTING DEFENSE COUNSEL(S)'

Comes now, William M. Hicks, pro se, and files his exhibits consisting of ONE big white envelope and ONE small envelope from defense counsel Mr. Woulfe, esq and ONE small envelope from Florida Department of Health all postal stamped date March 15, 2004. This is to be added to the motion dated March 22, 2004 filed by plaintiff as noted above.

### CERTIFICATE OF SERVICE

I certify a correct copy has been handed over to prison officials to mail this 23rd day of March 2004 and sent to Defense Mr. Woulfe, esq and District court.

William M. Hicks 664670
William M. Hicks pro se
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025

206

LAW OFFICES
BUNNELL, WOULFE, KIRSCHBAUM
KELLER, McINTYRE & GREGOIRE, P.A.
POST OFFICE DRAWER 030340
FORT LAUDERDALE, FLORIDA 33303

Mr. William Hicks, #664670
Lake Correctional Institute
19225 US Highway 27
Clermont, FL 34711-9025

Plaintiff's
EX A

ATTACHMENT / EXHIBIT A

received 3/18/04
William M Hicks
06896-O

ATTACHMENT / EXHIBIT

plaintiff's
EXHIBIT
B

BUNNELL, WOULFE, KIRSCHBAUM
KELLER, McINTYRE & GREGOIRE, P.A.
POST OFFICE DRAWER 030340
FORT LAUDERDALE, FLORIDA 33303

Williams M. Hicks, #664670
Lake Correctional Institution
19225 US Highway 27
Clermont, Florida 34711-9025
D85/54-173

First Class

ATTACHMENT / EXHIBIT __B__

Fold Flap Over Life
To Secure Contents

First Class Mail

First Class Mail

received
3/18/04 william m. Kidd
664670





ATTACHMENT / EXHIBIT __B__



Stock #R1470
Made in USA


Survivor
Park Products


DuPont™ Tyvek®




FLORIDA DEPARTMENT OF HEALTH
4052 Bald Cypress Way
Tallahassee, FL 32399-1700

Mr. William M. Hicks, DC# 664670
Lake Correctional Institution
19225 US Hwy 27
Clermont, FL 34711-9025

Plaintiff's
EX C



ATTACHMENT / EXHIBIT **C**

received 3/18/04 -
William M Weibel
624670

ATTACHMENT / EXHIBIT __C__