FILED by _____ S.H. _____ D.C.
ELECTRONIC

**Mar 30 2004**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

      Plaintiff,

Magistrate Judge White

v.

KEN JENNE, DR. W.C. DAVIS,
DR. UECKER, DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON,
DR. G. PEARSON and EMERGENCY
MEDICAL SERVICES ASSOCIATION,

      Defendants.

_____/

## <u>DEFENDANT'S RE-NOTICE OF COMPLIANCE</u>

Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G.

PEARSON and DR. S. PEARSON, files this Re-Notice of Compliance with Plaintiff's Request for

Admissions, Request for Production and Interrogatories dated January 20, 2004 as follows:

    1. On Friday, March 19, 2004, Defendants responded to Plaintiff's Request for Admissions,

Request for Production and Interrogatories.

    2. Defendants' responses were sent via Federal Express (tracking # 844830354471) on

Friday, March 19, 2004 to the Plaintiff at Lake Correctional Institution. (A copy of the FedEx

packing label is attached as Exhibit "A".)

    3. On Wednesday, March 24, 2004, counsel for Defendants confirmed telephonically and

via the Internet that the responses to Plaintiff's requests were delivered and signed for by J. Kash

on March 22, 2004 at 11:23 a.m. (A copy of the delivery confirmation obtained from the FedEx

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954–761–8600

207/jl

website

is attached as Exhibit "B")

4.  On Monday, March 29, 2004, counsel for Defendants received a message from Federal Express that the package with tracking number 844830354471 was refused by Lake Correctional Institution and returned to Federal Express.

5.  Counsel for Defendants immediately contacted Lake Correctional Institution and was advised that only overnight mail from the U.S. Postal Service would be accepted.

6.  Counsel for Defendants immediately contacted Federal Express and requested the package be returned so that it can be forwarded overnight to the Plaintiff at Lake Correctional Institution.

7.  Federal Express has advised that the package will be returned to the undersigned counsel on Wednesday, March 31, 2004 at which time counsel for Defendants' will overnight via the U.S. Postal service.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of March, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

By:  ___ s/ Richard T. Woulfe _____
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689
BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, Suite 900
100 Southeast Third Avenue
Fort Lauderdale, FL 33301
Telephone:    954-761-8600

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954–761–8600

Facsimile        954-463-6643
Email: rtw@bunnellwoulfe.com
gat@bunnellwoulfe.com

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants/Facsimile: 954-463-6643
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

3

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954-761-8600

**FedEx Express**

*USA Airbill*

Signed by KASH   11:23

Tracking Number   8448 3035 4471

Sender's Copy   0215

0215

Date **3/19/04**

Sender's FedEx Account Number   **1058-3550-7**

Sender's Name **Richard T. Woulfe, Esq.**   Phone **(954)761-8600**

Company **BUNNELL WOULFE KELLER MCINTIRE**

Address **100 SE 3RD AVE**   Dept./Floor/Suite/Room

**FORT LAUDERDALE**   State **FL**   ZIP **33394-0002**

Your Internal Billing Reference **Hicks v EMSA (D85/54-173)**
24 characters will appear on invoice.

Recipient's Name **William Hicks #664670**   Phone ( )

Company **Lake Correctional Institution**

Address **19225 US Highway 27**

We cannot deliver to P.O. boxes or P.O. ZIP codes.

**Clermont**   State **FL**   ZIP **34711-9025**

**Try online shipping at fedex.com**

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

**Questions? Visit our Web site at fedex.com**
or call 1.800.Go.FedEx® 800.463.3339.

0267163203

**4a  Express Package Service**   *Packages up to 150 lbs.*
Delivery commitment may be later in some areas.

[X] FedEx Priority Overnight   [ ] FedEx Standard Overnight   [ ] FedEx First Overnight
Next business day   Next business afternoon   Earliest next business morning delivery to select locations

[ ] FedEx 2Day   [ ] FedEx Express Saver
Second business day   Third business day
FedEx Envelope rate not available. Minimum charge: One-pound rate.

**4b  Express Freight Service**   *Packages over 150 lbs.*
Delivery commitment may be later in some areas.

[ ] FedEx 1Day Freight*   [ ] FedEx 2Day Freight   [ ] FedEx 3Day Freight
Next business day   Second business day   Third business day
*Call for Confirmation

**5  Packaging**   *Declared value limit $500*

[ ] FedEx Envelope*   [X] FedEx Pak*   [ ] Other
*Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak

**6  Special Handling**   Include FedEx address in Section 3.

[ ] SATURDAY Delivery Available ONLY for FedEx Priority Overnight and FedEx 2Day to select ZIP codes.
[ ] HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight
[ ] HOLD Saturday at FedEx Location Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods? One box must be checked.

[X] No   [ ] Yes As per attached Shipper's Declaration   [ ] Yes Shipper's Declaration not required   [ ] Dry Ice Dry Ice, 9, UN 1845 ___ kg

Dangerous Goods (including Dry Ice) cannot be shipped in FedEx packaging.   [ ] Cargo Aircraft Only

**7  Payment**   *Bill to:*
Enter FedEx Acct. No. or Credit Card No. below.

[X] Sender Acct. No. in Section 1 will be billed.   [ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash/Check

FedEx Acct. No.
Credit Card No.   Exp. Date

Total Packages   Total Weight   Total Declared Value†
$ .00

Our liability is limited to $100 unless you declare a higher value. See back for details.   FedEx Use Only

**8  Release Signature**   Sign to authorize delivery without obtaining signature.

*Jennifer Subu*

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

**447**

SRS • Rev. Date 5/03 • Part #157615 • ©1994-2003 FedEx • PRINTED IN U.S.A.

$\mathcal{E}$XHIBIT "A"

Track Shipments
## Detailed Results

 ? Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 844830354471 | **Reference number** | HICKS V EMSA |
| **Signed for by** | J.KASH | | D85/54-173 |
| **Ship date** | Mar 19, 2004 | **Delivered to** | Ship'g/Receiv'g |
| **Delivery date/time** | Mar 22, 2004 11:23 am | **Delivery location** | CLERMONT FL |
| | | **Service type** | Priority Box |

| Date/time | | Status | Location | Comments |
|---|---|---|---|---|
| **Mar 22, 2004** | 11:23 am | **Delivered** | CLERMONT FL | |
| | 10:33 am | On FedEx vehicle for delivery | LEESBURG FL | |
| | 8:08 am | Arrived at FedEx Destination Location | LEESBURG FL | |
| | 3:13 am | Left FedEx Ramp | ORLANDO FL | |
| **Mar 19, 2004** | 11:05 pm | Left FedEx Ramp | FORT LAUDERDALE FL | |
| | 9:27 pm | Left FedEx Origin Location | FORT LAUDERDALE FL | |
| | 9:26 pm | Arrived at FedEx Ramp | HOLLYWOOD FL | |

[ Signature proof ]   [ Track more shipments ]

### Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

Add a message to this email.

From [ ]
To [ ]

[ Send email ]

Exhibit "B"

