UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



WILLIAM M. HICKS,                    CASE NO. 00-6087-CIV-DIMITROULEAS

    Plaintiff,

vs.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON and EMSA,

    Defendants.
_____/

### *AMENDED* ORDER ON DEFENDANTS' MOTION TO BE EXCUSED FROM PORTIONS OF THE TRIAL DOCKET

THIS CAUSE having come on to be heard on Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON, and DR. S. PEARSON's Motion to be Excused from Portion of the Trial Docket [DE-200] and the Court having now considered Plaintiff's objection [DE-203] and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion to be Excused from Portion of the Trial Docket [DE-200] is Granted.

1. Defendants shall be excused from trial on July 16, 2004, which means that the trial will not be in session on July 16, 2004.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of March, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Richard T. Woulfe, Esquire
Gregg A. Toomey, Esquire
Summer Marie Barranco, Esquire

William M. Hicks, #664670
Lake Correctional Institution
19225 US Highway 27
Clermont, FL 34711-9025

Honorable Patrick A. White, US Magistrate Judge