FILED by _SW_ D.C.
ELECTRONIC

**Mar 31 2004**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

      Plaintiff,

v.

KEN JENNE, DR. W.C. DAVIS,
DR. UECKER, DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON,
DR. G. PEARSON and EMERGENCY
MEDICAL SERVICES ASSOCIATION,

      Defendants.

_____/

### DEFENDANTS' SECOND RE-NOTICE OF COMPLIANCE

Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G.
PEARSON and DR. S. PEARSON, files this Second Re-Notice of Compliance with Plaintiff's
Request for Admissions, Request for Production and Interrogatories dated January 20, 2004 as
follows:

      1.      On March 30, 2004, the Defendants filed a Re-Notice of Compliance stating that the
discovery sent to the Plaintiff on March 19, 2004 by Federal Express was refused by the prison
officials.

      2.      Defendants have sent via United States Postal Service Express Mail responses to
Plaintiff's Interrogatories, Request for Production and Request for Admissions propounded by
Plaintiff dated January 20, 2004. (A copy of the United States Postal Service Express Mail packing
label and receipt is attached as Exhibit "A").

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954−761−8600

**209/lk**

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 31st day of

March, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US

Highway 27, Clermont, Florida 34711-9025.

By:     s/ Gregg A. Toomey
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689
BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, Suite 900
100 Southeast Third Avenue
Fort Lauderdale, FL 33301
Telephone:     954-761-8600
Facsimile     954-463-6643
Email: rtw@bunnellwoulfe.com
        gat@bunnellwoulfe.com

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants/Facsimile: 954-463-6643
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

2






Customer Copy
Label 11-B September 2002

ER 846058397 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®   Post Office To Addressee

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code

Day of Delivery — ☑ Next  ☐ Second

Flat Rate Envelope

Date In 3 31 04

Postage $ 30.40

Time In 1:08 PM  ☐ 12 Noon ☑ 3 PM

Return Receipt Fee

Military ☐ 2nd Day ☐ 3rd Day

Weight 5 lbs. 6 ozs.

Int'l Alpha Country Code

COD Fee $

Insurance Fee

No Delivery ☐ Weekend ☐ Holiday

Acceptance Clerk Initials

Total Postage & Fees $ 30.40

FROM: (PLEASE PRINT)  PHONE (954) 761-8600 x 477
Casy Sraly
Bunnell Woulfe
100 S E 3rd Ave #900
Ft. Lauderdale, FL 33394

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt Mo. Day  Time ☐ AM ☐ PM  Employee Signature

Delivery Attempt Mo. Day  Time ☐ AM ☐ PM  Employee Signature

Delivery Date Mo. Day  Time ☐ AM ☐ PM  Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Only)
Additional merchandise insurance is void if waiver of signature is requested.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday   Customer Signature

TO: (PLEASE PRINT)  PHONE (   )
Williams M. Hicks #664670
Lake Correctional Institution
19225 US Highway 27
Clearmont, FL
3 4 7 1 1 + 9 0 2 5
ZIP + 4

FOR PICKUP OR TRACKING CALL 1-800-222-1811
www.usps.com   EMS
PRESS HARD. You are making 3 copies.

---

```
          Colee Sta 252, USPS
        FORT LAUDERDALE, Florida
              333039998

03/31/2004    (800)275-8777    01:11:41 PM

  ————————— Sales Receipt —————————
Product          Sale     Unit      Final
Description      Qty      Price     Price

CLERMONT FL 34711                   $30.40
Express Mail PO-ADD
  Serial Number   ER846058397US
  Next Day 3PM   / Normal
  Delivery
  Customer Postage                 -$30.40
    Subtotal:                        $0.00
                                   ========
Total:                              $0.00

Paid by:


Bill#:  1000100170330
Clerk:  01

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
       Thank you for your business.
            Customer Copy
```

EXHIBIT "A"

3 of 3