UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



WILLIAM M. HICKS,   CASE NO. 00-6087-CIV-DIMITROULEAS

    Plaintiff,

vs.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON and EMSA,

    Defendants.
_____/

## OMNIBUS ORDER

THIS CAUSE having come on to be heard on Plaintiff's Motion for Photographs [DE-204], and Plaintiff's request to Strike Defendant's Discovery Request [DE-205], and Defendant's Motion to Amend Style [DE-197], and the Court having been fully advised, it is

ORDERED AND ADJUDGED that Defendants' Motion for Photographs [DE-204] is Denied. Plaintiff's Motion to Strike Defendant's Discovery Request [DE-205] is Denied. Defendants' Motion to Amend Style [DE-197] is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 31 day of March, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Richard T. Woulfe, Esquire
Gregg A. Toomey, Esquire
Summer Marie Barranco, Esquire

William M. Hicks, #664670
Lake Correctional Institution
19225 US Highway 27
Clermont, FL 34711-9025

Honorable Patrick A. White, US Magistrate Judge