UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-civ Dimitrouleos
MAGISTRATE, P.A. WHITE
FORT LAUDERDALE DIVISION

Provided to Lake C.i. BH
3.29.04

FILED by ___ D.C
INTAKE

MAR 31 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. MIAMI

William M. Hicks,
        Plaintiff, PRO SE,
        -vs-
KEN JENNE, et al,
        Defendant(s),

PLAINTIFF'S TWO FOLD MOTION FOR EXTENSION TO FILE PAST APRIL 9, 2004 DEADLINE FOR DISCOVERY / and STERN OBJECTIONS TO DEFENSE COUNSEL'S SECOND MOTION TO BE EXCUSED FROM PORTION OF TRIAL DOCKET

COMES NOW, William M. Hicks, PRO SE, and [TIMELY] files his two fold motion and states as follows:

[1]. Plaintiff files for extension to file additional discovery of the April 9, 04 deadline as outlined in court's order dated march 10, 2004. This court ordered Defense to comply and serve plaintiff with all his discovery request(s) and documents by march 22, 2004. on 3-19-04 Defense filed compliance by E-mail to court at 1:09 pm and certified over nighted mailing of discovery to plaintiff except page one of DR. G. pearson, DDS request for admissions. Plaintiff recieved compliance notice and response to trial by magistrate on march 24, 2004 by legal mailroom staff. Plaintiff did not recieve [discovery request or documents]? Therefore in abundance of caution request to file additional discovery requests after April 9, 2004 deadline.

[2]. Plaintiff's stern objections to Defense renewed motion to be excused from portion of trial Docket. Plaintiff recieved Defense motion on March 25, 2004. Defense filed their first motion to be excused March 9, 2004 by E. mail and Hon. William P. Dimitrouleas issued an order GRANTING motion and resetting trial date till July 12, 2004. This order was issued March 11, 04 the second day after recieving Defense counsel's motion by E. mail and plaintiff by u.s. mail timely filed his objections dated March 12, 2004. This Honorable court RULED in [F]avor of Defendant[S] and Defense counsel[S] without advising plaintiff or hearing his timely response to see if any prejudice or hardship would be caused. Thereby excusing [Plaintiff] and his rights to be heard in his [own civil case]. Defendant[S] nor Defense counsel's filed objections to court's new trial date, therefore waiving any rights. Defense counsel(s) never once tried to converse via by phone or mail with plaintiff on their first motion or this second motion. Rather waited from date of motion totals [eleven] days after court's order resetting trial date. Plaintiff invokes his March 12, 2004 objections to coincide with this present motion and places on record his stern objections as well if Honorable Dimitrouleas or court rules without plaintiff being heard, he invokes bias and prejudice and ask that Hon. Dimitrouleas recuse himself from plaintiff's civil rights case and turn case over to Hon. P. A. WHITE to handle trial and all further proceedings. NOTE#: As of mailing on 3/29/04 plaintiff has not recieved his discovery from defendant[s] due by 3-22-04;....

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy was handed to prison officials to mail by u.s. mail this 26TH day of March, 2004 and mailed to:
MR. R. Woulfe, esq for defendant's.

legal mailroom closed so no access able to mail legal mail. open (4) days from 22-25 TH day only.

William M. Hicks pro se
Lake corr. InST
19225 us Hwy 27
clermont, fla 34711-9025