UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE, P.A. WHITE

William M. Hicks,
   Plaintiff, prose,
   -vs-
Ken Jenne, et al,
   Defendant(s).



BH
Provided to Lake C.I.
3.29.04

FILED by ___ D.C.
INTAKE
MAR 31 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## PLAINTIFF'S MOTION FOR COURT TO ISSUE AN ORDER FOR US MARSHAL'S TO SERVE SUBPOENAS FOR TRIAL

COMES NOW, William M. Hicks, prose, pursuant to Fed. R. Civ. P. and ask this Honorable court for an order directing US Marshal's to serve subpoenas for jury trial. Plaintiff has arranged for a check to be made out to include daily witness fees and approx. mileage cost. This will be sent directly to clerk of court and plaintiff will file subpoenas to be served.

Please.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a correct copy was given to prison officials to mail this 26th/29th day of March 2004 and sent to Mr. R. Woulfe, esq for EMSA defendant's.

mailroom closed so NO access to legal mail or able to mail legal mail documents?

William M. Hicks 664670
William M. Hicks PROSE
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025