FILED by ___ D.C.

APR 0 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-Civ-DIMITROULEAS
MAGISTRATE JUDGE P.A. WHITE

WILLIAM M. HICKS,            :

       Plaintiff,       :

v.                           :     ORDER ON PENDING MOTIONS

EMSA, et al.,                :

       Defendants.      :
_____

    This Cause is before the Court upon motions and other documents by the defendants and plaintiff (DE#s 197, 204, 205, and 206).

    Upon Consideration, and review of the record, it is thereupon

    ORDERED AND ADJUDGED, as follows:

1. **The defendants' motion (DE# 197),** to amend the style of the case, **is granted.** The parties shall hereafter style their pleadings in the manner indicated in this Order, so as to include the name of the defendant EMSA which remains in the case, and exclude the name of Sheriff Ken Jenne against whom no claims remain in this matter.

2. **The plaintiff's motion (DE# 204),** for a Court Order directing officials from the North Broward Detention Center to allow plaintiff's father to enter and take photographs of the exercise yard inside the facility, **is denied.** The plaintiff shall take note of footnote 3 and related text of the Order on Pending Motions which was entered by the undersigned on March 10, 2004.

3. **The plaintiff's motion for sanctions (DE# 205),** captioned "Notice to the Court of Inappropriate Actions," complaining about delay in the discovery process allegedly occasioned by defense counsel's failure to earlier request that plaintiff provide a missing cover page from Requests for Admissions which were propounded to Defendant Dr. Glenn Pearson, DDS, and asking that as



a sanction for counsel's inattentiveness the Court Strike discovery requests [interrogatories and production requests] which were propounded to him by the defendants on March 12, 2004, **is denied**. Plaintiff's effort which was spent drafting the Notice/Motion to Strike [DE# 205] and an accompanying motion [DE# 206] for leave to file exhibits in support of the Notice, could well have been spent providing counsel with the requested missing page, in order to facilitate the provision of answers to the plaintiff's requests. Just as the Court in its March 10, 2004 Order admonished the defendants that they must fully cooperate in the discovery process, the same is true for plaintiff.

    a. If he has not yet provided counsel with the missing page from the Pearson/Requests for Admissions, the plaintiff shall do so immediately upon receipt of this Order; and counsel shall, if necessary, thereafter immediately either supplement Pearson's responses if they were already provided, or serve Pearson's responses if the Requests for Admissions were not previously addressed.

    b. If he has not already done so, the plaintiff must immediately respond to the defendants' March 12, 2004 discovery requests; and he must also respond to all other discovery requests timely propounded to him by defendants in this case.

    c. The April 9, 2004 discovery deadline, and the April 23, 2004 deadline for filing substantive motions, which were previously set by Judge Dimitrouleas, remain in force.

4. **The plaintiff's motion (DE# 206),** to submit exhibits, **is granted,** solely to the extent that the plaintiff's exhibits attached to the motion DE# 206 shall be part of the record in this case.

Dated: March 31, 2004.

                                            UNITED STATES MAGISTRATE JUDGE

cc: William M. Hicks, Pro Se
DC# 664670
Lake Correctional Institution
19225 U.S. Hwy. 27
Clermont, FL 34711-9025


Gregg A. Toomey, Esquire
Richard T. Woulfe, Esquire
BUNNELL, WOULFE, KIRSCHBAUM,
    KELLER, McINTYRE, & GREGOIRE, P.A.
One Financial Plaza, #900
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394
**(By U.S. Mail; and by facsimile 954/463-6643)**


Summer Marie Barranco, Esquire
PURDY, JOLLY, & GIUFFREDA, P.A.
International Building, Suite 1216
2454 East Sunrise Boulevard
Fort Lauderdale, FL 33304