UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



WILLIAM M. HICKS,

    Plaintiff,

v.

EMSA, et al.,

    Defendants.
_____/

CASE NO.: 00-6087-CIV-DIMITROULEAS

Magistrate Judge White

### DEFENDANTS' DESIGNATION OF TRIAL EXPERTS

Defendants DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, DR. G. PEARSON and EMERGENCY MEDICAL SERVICES ASSOCIATION by and through the undersigned attorneys and pursuant to the Order setting Cause for Trial, hereby files their expert witness list as follows:

1.    Steven M. Holmes, D.D.S.
    7600 Red Road, Ste. 101
    Miami, FL 33143

    See Expert Report attached as Exhibit "A"



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this __6th__ day of April, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

                                              BUNNELL, WOULFE, KIRSCHBAUM,
                                              KELLER, McINTYRE & GREGOIRE, P.A.
                                              Attorneys for Defendants
                                              One Financial Plaza, # 900
                                              100 S.E. 3rd Avenue
                                              Ft. Lauderdale, FL 33394
                                              Tel: 954-761-8600
                                              Fax: 954-463-6643

                                              BY: _____
                                                  RICHARD T. WOULFE
                                                  Florida Bar No.: 222313
                                                  GREGG A. TOOMEY
                                                  Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-6643
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

**EXPERT REPORT ON BEHALF OF DEFENDANTS:**
EMSA, Winthrop C. Davis, M.D., Craig Uecker, M.D., Trever Weathers, M.D., Jack Cline, D.D.S., Sharon Pearson, D.D.S., Glen Pearson, D.D.S:

| | |
|---|---|
| Name of Expert: | Steven M. Holmes, DDS |
| Address: | 7600 Red Road, Suite 101 |
| | Miami, FL 33143 |
| Phone Number: | 305-661-5297 |
| Specialty: | Oral and Maxillofacial Surgery |

In compliance with Rule 26(a)(2)(B), Fed.R.Civ.P., the following is my written report on behalf of Defendant, EMSA, Winthrop C. Davis, M.D., Craig Uecker, M.D., Trever Weathers, M.D., Jack Cline, D.D.S., Sharon Pearson, D.D.S., Glen Pearson, D.D.S:

1. On or about February 7 to 9, 1996, Mr. Hicks was allegedly assaulted at the North Broward Detention Center (NBDC). He was allegedly struck on the right side of the head and face by another inmate. Mr. Hicks was evaluated multiple times following the incident by the dental and medical staff. Various facial, mandibular and zygomatic radiographs were obtained on February 9, 15, 21, March 15, May 3, and August 21, 1996. The NBDC oral and maxillofacial surgeon consultant, Dr. Trevor Weathers, evaluated Mr. Hicks on February 21, March 27, and May 8, 1996. An outside oral and maxillofacial surgery consultation was performed in Charles D. Russo, D.D.S. and Jeffrey F. Elliot, D.D.S.' office on November 2, 1996. A facial CT scan was available for the outside oral and maxillofacial surgery evaluation.

The radiographs and clinical evaluations continually confirmed that Mr. Hicks did not sustain a mandibular fracture, probably sustained a minimally depressed right zygomatic arch fracture and a minimally depressed right lateral maxillary wall fracture. Evaluation of Mr. Hicks continually determined that he had no functional or cosmetic problems. There are no indications for any treatment for a patient presenting with a minimally depressed zygomatic arch fracture and/or a minimally depressed lateral maxillary wall fracture with the documented findings of repeatable occlusion, normal functional movement and normal range of motion of the mandible.

**EXHIBIT "A"**

**EXPERT REPORT ON BEHALF OF DEFENDANTS**

Based upon the records provided to me for review, Mr. Hicks received timely and appropriate medical and dental evaluations following the incident on or about February 7 to 9, 1996. He received multiple follow-up evaluations and radiographs. All of the evaluations demonstrated repeatable occlusion and a normal range of motion of the mandible. There is no indication that Mr. Hicks sustained any injuries on or about February 7 to 9, 1996, that have led to any long term functional or cosmetic impairments.

A minimally depressed zygomatic arch fracture is an injury that has no indications for treatment of any kind. A severely depressed zygomatic arch fracture is treated only if the fracture segments interfere with mandibular range of motion or present a cosmetic deformity to the individual. Mr. Hicks had a minimally depressed – not severely depressed – zygomatic arch fracture with no impairment on his range of mandibular motion and no cosmetic deformity.

While Mr. Hicks claims he sustained the minimally depressed zygomatic arch and minimally depressed lateral maxillary wall fracture in the February 7 to 9, incident, the radiographic reports cannot determine if these fractures were old or new. Mr. Hicks could have sustained one or both of these injuries prior to February, 1996.

2. I have reviewed the following medical records provided to me regarding Michael M. Hicks from August 7, 1995, through August 18, 1997:

    a. Amended Complaint.
    b. E.M.S.A. medical records.

3. Medical records from E.M.S.A.

4. My qualifications to provide expert opinions is contained in my resume which is attached.

5. The amount of compensation to be paid for my review of records and my testimony is contained in my fee schedule which is attached.

6. The list of publications and writings authored by me is contained in my resume, which is attached.

7. I have not appeared in court as an expert witness in the preceding four years.

Date: April 6, 2004

Steven M. Holmes, DDS

# Steven M. Holmes, D.D.S.
7600 Red Road
Suite 101
Miami, FL 33143
Ph: (305) 661-5297
Fax: (305) 667-3503

*Fellow of the American Association of Oral and Maxillofacial Surgeons*
*Board Certified by the American Board of Oral and Maxillofacial Surgery*

### Medical/Dental Legal Fee Schedule
as of June 1, 2003

Independent Medical Exam (IME)..........................................$200 exam only
Fees for reports are listed below and are in addition to exam fee.
Additional fees apply to xrays necessary for IME

Review of Records, Opinion, Verbal Report............................$300 per hour

Written report of findings..................................................$200 per page

Retainer.........................................................................$750 per case

Deposition* or office conference (minimum 1 hour)....................$500 per hour

If travel is necessary, there will be additional expenses.

Court Testimony**
Expert Witness Testifying: Court Appearance or Videotape

Half Day (1-4 hours).........................................................$2000

Full Day (5-8 hours).........................................................$4000

### ADDITIONAL EXPENSES

1. Hotel
2. Meals
3. Postage
4. Travel to site and return rate
5. Telephone

*Fees for deposition payable no later than day of deposition, prior to appearance
**Fees for Court Testimony payable 1 week prior to scheduled appearance

Curriculum Vitae

**Biographical Information**

**Personal**

| | | |
|---|---|---|
| Steven Mark Holmes | Home Address: | 1117 Alhambra Circle<br>Coral Gables, Florida 33134 |
| | Primary Office Address: | 7600 Red Road<br>Suite 101<br>Miami, Florida 33143 |
| | Secondary Office Address: | 2999 N.E. 191 Street<br>Suite 210<br>Aventura, FL 33180 |
| | Office Telephone: | (305) 661-5297 |
| | Date of Birth: | September 13, 1949 |
| | Marital Status: | Married |
| | Spouse: | Kathleen A. Holmes |
| | Children: | Jeffrey / Alison |

**Education**

| | | |
|---|---|---|
| University of Southern California | | 1967 – 1970 |
| | B.S. | 1972 |
| University of Southern California<br>School of Dentistry | | 1970 – 1974 |
| | D.D.S. | 1974 |

**Post Doctoral Training**

Internship:   Oral and Maxillofacial Surgery         1974 – 1975
        University of Texas Southwest Medical School
        Parkland Memorial Hospital

Residency:   Oral and Maxillofacial Surgery         1975 – 1977
        University of Texas Southwest Medical School
        Parkland Memorial Hospital

Board Certification and Licensures

American Board of Oral and Maxillofacial Surgery – 1979

| | |
|---|---|
| Florida State License | No. 8052 issued 1979 |
| California State License | No. 24118 issued 1974 |

Professional Experience

Assistant Professor of Surgery                                    1977 – 1983
Division of Oral and Maxillofacial Surgery
University of Miami School of Medicine

Associate Professor of Surgery                                   1983 – 1985
Division of Oral and Maxillofacial Surgery
University of Miami School of Medicine

Director, Center for the Correction of Dentofacial Abnormalities
Division of Oral and Maxillofacial Surgery           1977 – 1985
University of Miami School of Medicine

Private Practice                                                            1985 - Present
Oral and Maxillofacial Surgery

Society Memberships

American Association of Oral and Maxillofacial Surgeons
Southeastern Society of Oral and Maxillofacial Surgeons
American College of Oral and Maxillofacial Surgeons
Florida Society of Oral and Maxillofacial Surgeons
Western Society of Oral and Maxillofacial Surgeons
International Association of Oral and Maxillofacial Surgeons
American Dental Society of Anesthesiology
Florida Dental Society of Anesthesiology
American Dental Association
Florida Dental Association
East Coast District Dental Association
South Dade Dental Society
Granada Study Club
Miami Society of Oral and Maxillofacial Surgeons
Academy of Osseointregation

Association and Society Offices and Committees

American Association of Oral and Maxillofacial Surgeons

| | |
|---|---|
| Committee on Audiovisual Educational Services | 1985 – 1988 |
| Special Committee on Parameters of Care Orthognathic Surgery Subsection | 1987 – 1990 |

Florida Society of Oral and Maxillofacial Surgeons

| | |
|---|---|
| Treasurer | 1986 -1987 |
| Secretary | 1987 -1988 |
| Vice President | 1988 -1989 |
| President – Elect | 1989 -1990 |
| President | 1990 -1991 |
| Immediate Past President | 1991 -1992 |
| Finance and Budget Committee | 1986 -1988 |
| Scientific Sessions Committee | 1985 - 1990 |
| Chairman | 1988 - 1989 |
| Hospital Affairs Committee | 1985 - 1988 |
| Chairman | 1986 - 1988 |

Granada Study Club

| | |
|---|---|
| Secretary / Treasurer | 1988 - 1989 |
| President | 1989 - 1990 |

Miami Society of Oral and Maxillofacial Surgeons

| | |
|---|---|
| Secretary / Treasurer | 1991 - 1992 |
| President Elect | 1992 - 1993 |

OMS National Insurance Company RRG
(Formerly AAOMS National Insurance Company RRG)

| | |
|---|---|
| Claims Review Committee Member | 1992 - 1996 |
| Director | 1998 - 2000 |
| Director and Secretary | 2000 - Present |

Invited Presentations and Lectures

Oral Pathology Review
Histopathology, Differential Diagnosis and Management
University of Miami School of Medicine
Faculty, December 13 – 17, 1977

Surgical/Orthodontic Correction of Dentofacial Abnormalities
Treatment Planning Considerations
Greater Miami Academy of Orthodontists
March 9, 1978

Surgical/Orthodontic Correction of Dentofacial Abnormalities
Diagnosis and Treatment of the Child
South Florida Pedodontic Society
June 11, 1978

2nd Annual Oral Pathology Review
Histopathology, Differential Diagnosis and Management
University of Miami School of Medicine
Faculty, January 8-12, 1979

Surgical/Orthodontic Correction of Dentofacial Abnormalities
Facial Esthetics and Treatment Planning
Gator Orthodontic Study Group
October 12, 1979

Surgical/Orthodontic Correction of Dentofacial Abnormalities
Introduction of Current Techniques
South Palm Beach Dental Society
October 23, 1979

Surgical/Orthodontic Correction of Dentofacial Abnormalities
Importance of Facial Esthetics in Surgical /Orthodontic Treatment Planning
Greater Miami Academy of Orthodontists
December 13, 1979

3rd Annual Oral Pathology Review
Histopathology, Differential Diagnosis and Management
University of Miami School of Medicine
Faculty, January 14-18, 1980

Surgical/Orthodontic Correction of Dentofacial Abnormalities
Treatment Planning
Miami Beach Dental Society
October 27, 1980

Surgical/Orthodontic Correction of Dentofacial Abnormalities
Treatment Sequencing
Broward Study Group
February 24, 1981

Current Concepts: Prosthetic Surgery, Reconstructive Surgery, Implant Dentistry, and
    Temporomandibular Joint Surgery
University of Miami / Louisiana State University
Cancun, Mexico
April 8-14, 1983

Surgical/Orthodontic Correction of Dentofacial Abnormalities Current Concepts
South Dade District Dental Society
February 23, 1984

Surgical/Orthodontic Correction of Dentofacial Abnormalities
Current Concepts
Granada Study Club
May 17, 1986

Surgical/Orthodontic Treatment Planning for Skeletal Deformities
Pankey Institute
February 8, 1989

Surgical Orthodontic Treatment Planning for Skeletal Deformities
Pankey Institute
May 24, 1989

Rigid Fixation in Orthognathic Surgery
Jefferson Hospital, Philadelphia, Pennsylvania
June 7-8, 1991


Scientific Presentations at National and International Meetings

American Dental Association
Midwinter Meeting, Dallas, 1975
Cardiopulmonary Resuscitation for the General Dentist

Association of Orthodontists of Guatemala
Association of Oral Surgeons of Guatemala
Scientific Meeting, August 4-5, 1979
Surgical/Orthodontic Correction of Dentofacial Abnormalities

Association of Orthodontists of Guatemala
Association of Oral Surgeons of Guatemala
Lecture and Clinical Surgical Course, January 5-11, 1980
Orthognathic Surgery

American Association of Oral and Maxillofacial Surgeons
Annual Meeting, San Francisco, September 4-9, 1980
Surgical Roundtable Clinic
Surgical Correction of Mandibular Deficiency Syndrome

Association of Orthodontists of Guatemala
Association of Oral Surgeons of Guatemala
2nd Lecture and Clinical surgical Course, November 29 – December 7, 1980
Orthognathic Surgery

Association of Orthodontists of Guatemala
Association of Oral Surgeons of Guatemala
Lecture and Clinical Surgical Course, May 2-9, 1981
Orthognathic Surgery

American Association of Oral and Maxillofacial Surgeons
Annual Meeting, Washington D.C., September 18-23, 1981
Scientific Abstract Presentation
Comparison of Morbidity in Mandibular Set-Back Surgery in Sagittal Splint Ramus Osteotomies

American Association of Oral and Maxillofacial Surgeons
Annual Meeting, Washington D.C., September 18-23, 1981
Surgical Roundtable Clinic
Surgical Correction of Mandibular Deficiency Syndrome

American Association of Oral and Maxillofacial Surgeons
Annual Meeting, Atlanta, October 22-26, 1982
Surgical Roundtable Clinic
Surgical Correction of Mandibular Deficiency Syndrome

Association of Oral Surgeons of Guatemala
Hospital Roosevelt, Guatemala City, May 21-28, 1983
Orthognathic Surgery Miniresidency
Faculty

American Association of Oral and Maxillofacial Surgeons
Annual Meeting, Las Vegas, September 1983
Surgical Roundtable Clinic
Surgical Correction of Mandibular Deficiency Syndrome

American Association of Oral and Maxillofacial Surgeons
Annual Meeting, Anaheim, September 1987
Symposium Lecturer

Secondary Osseous Reconstruction of the Facial Trauma Patient
Annual Meeting, October 12-14, 1988
Lecturer
Current Concepts:     Surgical/Orthodontic Correction of Dentofacial Abnormalities

Dade County Medical Association
Surgical Correction of Dentofacial Deformities
February 1, 1993