UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE. P.A. WHITE

William M. Hicks,
   Plaintiff, prose,
   -vs-
Ken Jenne, et al,
   Defendant(s).
_____/



Provided to Lake C.I.
4-1-04

## PLAINTIFF'S MOTION ASKING 'HON. P.A. WHITE TO EXPLAIN WHEN ACTUAL TRIAL STARTS AND HOW OMISSION OF DEFENDANT'S AND THEIR COUNSEL DURING TRIAL ON JULY 16, 2004 WILL BE HANDLED. ALSO EXPLAIN IN PROSE TERMS ON HOW TO FULFILL PRETRIAL SCHEDULE

COMES NOW William M. Hicks, prose, and request Hon. P.A. White to explain when the actual date of trial is and how plaintiff may plan his case in chief and present it while defendant's are to be gone on July 16, 2004. As court knows trial has been reset over plaintiff's objections never being heard so defense may take a vacation. Trial I think is to start July 12, 2004? As court knows plaintiff is prose and a state prisoner and has hard enough time planning trial and getting witnesses as he has no phone or fax or computer to e-mail them. Plaintiff would ask court to appoint counsel to over see his rights in this court to help him plan and present all witnesses in order so plaintiff may present his case to a jury. Plaintiff is left in the dark as to his [own] trial as Hon. Dimitrouleas is responding to defendant's motions in matter

215
9P

of days while neglecting to do the same for plaintiff who is trying to secure his constitutional rights and obtain access to court and bring forth his case. Also plaintiff ask Hon. P.A. WHITE to explain each step of pending pre trial schedule in prose terms, or allow plaintiff to skip some obstacles as plaintiff's major prison law library does not have the needed books to read and understand how to fulfill this order. The supervisor over Lake Corr INST school ordered law clerks to throw away 'all' law books that relate to civil? Therefore leaving no books for us to refer to. Also as court knows plaintiff has not recieved his discovery requests or documents that court gave Defendant's to march 22, 2004 to produce?

### CERTIFICATE OF SERVICE

I hereby certify that statements and facts are true under pains of perjury and correct copy has been given to prison official's to mail by U.S. mail this 31st day of March 2004, and mailed to Mr. Richard Woulfe, Esq for EMSA Defendants. April 1st 2004 now mailed as legal mailroom decided not to open for handing out legal mail or to mail legal mail.

William M. Hicks 664670
William M. Hicks pu se
Lake Corr INST
19225 US Hwy 27
Clermont, Fla 34711-9025

2 of 2