UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE. P.A. WHITE

William M. Hicks,
    Plaintiff,
-vs-
Ken Jenne, et al,
    Defendant(s).


BH Provided to Lake C.I.
4/1/04

PLAINTIFF'S MOTION FOR COURT TO ORDER DEFENDANT'S TO PROVIDE DISCOVERY REQUEST THAT WERE ORDERED BY COURT FOR THEM TO PRODUCE BY MARCH 22, 2004

Comes now William M. Hicks, pro se, and requests this court to order defendant's to produce plaintiff's discovery requests with documents as this court ordered them to produce by MARCH 22, 2004. This court gave them (60) days to comply and defendant's failed as well even advise said plaintiff reason why. Plaintiff ask court to order defendant's to pay costs of plaintiff's motion(s), ect as he trys to inform court and letters to defense counsel in amount of what court determines pluss sanction them also. Plaintiff reserves to have extention past April 9, 2004 DEADLINE as he has not recieved responses to his discovery even though defense counsel's gave their OATH as officer's of this court that they complied on March 19, 2004... As well other relief deemed appropriate.

Please

## CERTIFICATE OF SERVICE

I William M. Hicks certify that a true copy has been given to prison officials to mail this 1ST day of April 2004 and mailed to Mr. R. Woulfe, esq for ErisA defendants.

William M. Hicks 664620
William M. Hicks Prose
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025