UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

    Plaintiff,

v.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON,
DR. G. PEARSON and EMERGENCY
MEDICAL SERVICES ASSOCIATION,

    Defendants.

_____/



## DEFENDANTS' MOTION TO COMPEL RELEASE OF RECORDS AND INCORPORATED MEMORANDUM OF LAW

Defendants DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, DR. G. PEARSON and EMERGENCY MEDICAL SERVICES ASSOCIATION, pursuant to Federal Rule of Civil Procedure 33, file this Motion to Compel Release of Plaintiff's records as follows:

    1.    The Complaint alleges the Plaintiff was denied medical care in violation of his due process rights while detained in the Broward County jail from August 1995 to June 1998. The Plaintiff is now serving a life sentence at the Lake Correctional Facility.

    2.    Defendants have requested that Plaintiff sign an authorization for release of all of his medical and other records in the possession of the Florida Department of Corrections.

    3.    Plaintiff has signed a consent form at Lake Correctional Institution but has refused

release of his psychiatric records.

4. This case is set for trial on the Court's two-week jury trial docket commencing July 12, 2004.

5. The Plaintiff spent an extensive period in the Broward County Jail, and the records from that stay document diagnoses for a variety of psychological disorders, including manipulative and drug seeking behaviors. Additionally, the records include numerous incidents where the Plaintiff refused psychotropic medications.

6. Because the Plaintiff alleges improper medical treatment, all medical records, including psychiatric records, are discoverable. This is especially true in that the Plaintiff's claims are not supported by the medical records, and the Plaintiff is expected to testify from memory at trial.

7. Given this, the Plaintiff's mental condition is at issue, and the Defendants would be prejudiced if they are not allowed to receive all of the Plaintiff's records as maintained by the Florida Department of Corrections. *See Sarko v. Penn-Del Directory Co.*, 170 F.R.D. 127, 130 (E.D. Pa.1997); *Vann v. Lone Star Steakhouse & Saloon, Inc.*, 967 F.Supp. 346, 349-50 (C.D. Ill.1997); *EEOC v. Danka Indus., Inc.*, 990 F.Supp. 1138, 1142 (E.D. Mo.1997); *Jackson v. Chubb Corp.*, 193 F.R.D. 216, 225 (D. N.J.2000) (holding that psychotherapist-patient privilege is waived when a plaintiff puts their medical condition at issue).

WHEREFORE, Defendants requests this Honorable court to enter an Order compelling the Plaintiff, William Hicks, to execute a written release authorization directing Lake Correctional Institution to release all of Plaintiff's records to the undersigned counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this \_\_ day

Case 0:00-cv-06087-WPD Document 217 Entered on FLSD Docket 04/12/2004 Page 3 of 3

of April, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

                                 BUNNELL, WOULFE, KIRSCHBAUM,
                                 KELLER, McINTYRE & GREGOIRE, P.A.
                                 Attorneys for Defendants
                                 One Financial Plaza, # 900
                                 100 S.E. 3rd Avenue
                                 Ft. Lauderdale, FL 33394
                                 Tel: 954/761-8600
                                 Fax: 954-463-6643

                                 BY: _____
                                        RICHARD T. WOULFE
                                        Florida Bar No.: 222313
                                        GREGG A. TOOMEY
                                        Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Fucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-6643
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available