UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE. 00-6087-civ-Dim (WPD)
MAGISTRATE JUDGE. P.A. WHITE

William M. Hicks,
　Plaintiff,
　-vs-

E.M.S.A., Dr. Davis, Dr. Uecker,
Dr. Weathors, Dr. Cline, Dr. G.
Pearson and Dr. S. Pearson,
　Defendant's.

Provided to Lake C.I.
9 April 04

FILED BY __ D.C.
2004 APR 14 PM 5:19
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-

## PLAINTIFF'S RESPONSE TO COURTS ORDER DATED MARCH 31, 2004 / MOTION FOR EXTENSION FOR DISCOVERY / OBJECTIONS / OPOLOGY

Comes now William M. Hicks, prose and would like to respond to courts stern order which appears to be admonishing plaintiff for aprising court in pleadings of problems arising in present case. Plaintiff responds as numbered in order:

(1). Court granted defendant's motion to amend the style of case. Plaintiff will adhere to this and like to point out he never recieved defendant's motion (DE#197).

(2). Court denied plaintiff's request to have his father take photographs with his own camera of NBDC reck yard, court advising to see footnote #3 of march 10, 04 order. Plaintiff needs a photograph at his exspense to present to jury to layout case from start to end.



(3), court appears to admonish plaintiff for bringing to courts attention of problems that have now prejudiced plaintiff. Plaintiff did supply missing page of Dr. W. Pearson's admission that was mailed to counsel's for defendant's on January 20, 2004 and recieved their notice on March 18, 2004 (Dated 3-11-04). Plaintiff sent copy on March 22, 2004.

Plaintiff did intend to respond to defendant's discovery as he supplied a notice on March 22, 2004 with approx. count of 2000 or more documents that are to be copied at 15¢ a page. Price DOC charges. Plaintiff recieved their discovery on March 19, 2004 and has not recieved notice of payment or response thusfar.

Discovery deadline court is enforcing for April 9, 2004 is causing prejudice and extreme hardship as plaintiff tried to aprise court. Plaintiff recieved responses to his discovery on April 6, 2004, three days before deadline. Now plaintiff is being punished for defendant's failure to supply by March 22/04. Just to make copies alone takes two days, not to mention prepare and draft pleadings. Now plaintiff is being admonished and prejudiced and must adhere to April 9, 04 deadline. Plaintiff requests extension as he will submit when ready as it will be after deadline.

Plaintiff would like to advise all counsel and court that he apologizes for his stern motions. Plaintiff is not feeling well as well under a lot of stress. Plaintiff has lost over 20 lbs and is down to 180 lbs or less. That's five pounds under arrest weight and from 201 lbs he maintained in DOC. Plaintiff is prose and is only trying to maintain with private counsel such as defense. Plaintiff cannot maintain a schedule as court changed orders without knowledge and threw plaintiff's attempts to secure witnesses off track as well his whole case as planned. Therefore plaintiff would like to calm the waters so to say and say he's sorry to Hon. P.A. White, Hon. Dimitrouleas, Honorable defense counsel's and all defendants.

Thank you.

CERTIFICATE OF SERVICE
OATH

I William M. Hicks, prose Hereby certify that all matters contained herein are true and correct to best of his ability, pursuant to 28 USC §1746, 18 USC §1621, 26 USC §7206 and FlA. STAT. § 92.525 (2000) and true correct copy turned over to prison officials to mail by U.S. mail this 9th day of April 2004. Plaintiff recieved court's order on April 8, 2004 dated March 31, 2004. copy mailed to Mr. R. Woulfe, esq one financial plaza * Suite 900 * 100 SE 3rd AVE FT. Laud, Fla 33394.

                         William M. Hicks 664670
                         William M. Hicks prose
                         Lake Corr Inst
                         19225 US Hwy 27
                         Clermont, Fla 34711-9025

NOTICE TO All partys that plaintiff has pending Federal Habeas corpus and Hon. P.A. White over sees this also. Just want defense/defendant's to be advised.