FILED by ELECTRONIC

Apr 26 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6087-CIV-DIMITROULEAS

Magistrate Judge White

WILLIAM M. HICKS,

    Plaintiff,

v.

EMSA, et al.,

    Defendants.

_____/

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON, files this Motion to extend the Summary Judgement deadline as follows:

1.    Defendants request this Court to extend the Summary Judgment deadline until Friday, April 30, 2004, because counsel for these Defendants has been admitted to the hospital.

2.    Plaintiff will not suffer any prejudice because he is incarcerated and sentenced for life.

3.    This motion will not effect any pretrial deadline.

WHEREFORE, Defendants, respectfully request this Court grant this Motion and enter an Order extending the Summary Judgment deadline until April 30, 2004.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this 26th day of April, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025; Summer Marie Barranco, Esquire, counsel for

1 of 3   BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954·761·8600

220/ss

*HICKS V. EMSA*
*CASE NO.: 00-6087-CIV-DIMITROULEAS/White*

Defendants Jenne, Broward County Sheriff, Purdy Jolly & Giuffreda, 1322 SE 3rd Avenue, Fort Lauderdale, Florida.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, # 900
100 S.E. 3rd Avenue
Fort Lauderdale, FL 33394
Telephone:   954-761-8600
Fascimile:   954-463-6643
rtw@bunnellwoulfe.com
gat@bunnellwoulfe.com

BY:   /s  Richard T. Woulfe
        RICHARD T. WOULFE
        Florida Bar No.:  222313
        GREGG A. TOOMEY
        Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

2

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954•761•8600

2 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

    Plaintiff,

v.

EMSA, et al.,

    Defendants.

_____/

### ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME

THIS CAUSE having come before the Court on Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON's Motion to for Extension of the Summary Judgment deadline, and the Court having read said motion and being otherwise fully advised in the premises, it is hereby:

ORDERED and ADJUDGED that Defendants' Motion for Extension of the Summary Judgment deadline is GRANTED.

DONE and ORDERED in Chambers, at Broward County, Florida on this _____ day of April, 2004.

                                                        _____
                                                        Magistrate Judge Patrick A. White
                                                        U.S. District Court Judge

<u>Copies furnished to all counsel of record</u>
Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available