UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE: P.A. WHITE



Provided to Lake C.I.

William M. Hicks,
   Plaintiff, prose,
      —vs—
EMSA, et al,
   Defendant(s).
_____/

**PLAINTIFF'S OBJECTIONS TO PRETRIAL ORDER / and MOTION TO DEFER ALL PRETRIAL EVIDENCE MATTERS TILL PRIOR TO TRIAL IN OPEN COURT**

Comes now, William M. Hicks, prose, and files his objections to pretrial order as he does not comprehend nor has any books to refer to in his prison Law Library as well filed motion on March 31ST, 2004 asking court to explain procedure on how to comply with pretrial order. Plaintiff still awaits reply from court as well deadline for pretrial motions is April 23, 2004.

Plaintiff also request Honorable court to defer any pretrial motion rulings on admissibility of evidence till open court prior to trial as court can as well defendant's can observe evidence prior to making any decisions, IN RE Japanse Electronic Products, 723 F.2d 238 (3rd cir 1983); Luce -vs- U.S., 105 S.Ct 460, 463 n.4 (1984).



<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy has been turned over to prison officials to mail by u.s. mail this 21st day of April 2004 and mailed to: mr. Richard Woulfe, esq for EMSA, et al, defendant's.

<u>William M. Hicks 664670</u>
<u>William M. Hicks prose</u>
<u>Lake Corr Inst</u>
<u>19225 us Hwy 27</u>
<u>clermont, fla 34711-9025</u>