UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE: P.A. WHITE

BH
Provided to Lake C.I.
22 April 04

William M. Hicks,
    Plaintiff, prose,
  -vs-
EMSA, et al,
    Defendant(s).

## PLAINTIFF'S MOTION FOR COURTS HELP IN OBTAINING MEDICAL FILES THAT APPEAR TO BE SEALED BY DOC MEDICAL RECORDS AT LAKE CORR INST

COMES NOW, William M. Hicks, prose, pursuant to open motion as he does not now know how to obtain medical records of William M. Hicks that are from BSO and EMSA in year 2000. Plaintiff on April 20, 2004 seen medical records miss Debbie Clemmons at Lake Corr Inst and reviewed a file unknown to him kept by D.O.C., that a D.O.C. DR. Roy psychologist in year 2000 while at Tomoka Corr Inst was given consent by plaintiff to obtain medical files from BSO and EMSA. These files are duplicate of what plaintiff already has except for some documents that relate to defendant DR. W.C. Davis, M.D. reporting plaintiff's facial injuries which he sutured under plaintiff's right eye. Plaintiff does not have these nor did defendant's supply in their response to discovery that was recieved by plaintiff on April 16, 2004 at Lake Corr Inst. Miss Clemmons claims this court cannot obtain them either and tells me to get them from defendant's? These records according to miss Clemmons cannot be released to defendant's nor plaintiff.

## CONCLUSION

Wherefore, plaintiff ask for court's help as the medical file pertaining to Hicks treatment while in BSO and EMSA custody during years 1995-1998 are pertainant and are in need for trial. Therefore ask court to help unseal these records for plaintiff and defendant's. Appeared miss Clemmons was advised by her supervisor to release them as 'someone' is also trying to obtain them and she point blank says no.

## CERTIFICATE OF SERVICE

I William M. Hicks, prose certify pursuant to FlA. STAT. § 92.525 (2000) and 28 USC §1746 declare under penalty of perjury that facts and matters contained herein were relayed to plaintiff and was present on all days reviewing records. A true copy turned over to prison officials to mail this 21st day of April 2004 and mailed to:
Mr. Richard Woulfe, esq for EMSA, et al, defendant's.

William M. Hicks 664670
William M. Hicks prose
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025