UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dim
MAGISTRATE JUDGE, P.A. WHITE


BH
Provided to Lake C.I.
22 April 04

William M. Hicks,
  Plaintiff, prose,
  -vs-
EMSA, et al,
  Defendant(s).
_____/

PLAINTIFF'S MOTION TO COMPEL RESPONSES TO REQUEST
FOR ADMISSIONS SERVED ON DR. GLENN PEARSON, DDS

COMES NOW, William M. Hicks, prose, pursuant to local Rule 26.1H2, and ask court to obtain responses to two questions as admissions are being used as depositions and responses, oppen Heirmer Fund Inc -vs- Sanders, 98 S.ct 2380, 2389 (1978) and Hickman -vs- Taylor, 67 S.ct 385, 388 (1947). Plaintiff will provide question to be asked and response by Dr. G. Pearson, DDS as follows:

3.) Admit you know how to read basic x-rays? reply, objection, unclear as to the term "basic", note, there's only a yes or no as question speaks for it self as Dr. G. Pearson, DDS reads x-rays and reports.

4.) Admit you're trained about jaw bones and structures? reply, objection, vague and ambiguous. Note question speaks for its self as Dr. G. Pearson is a licensed, schooled dentist.

224/wc

CERTIFICATE OF SERVICE

I certify that a true and correct copy has been turned over to prison officials to mail by U.S. mail this 21st day of 2004 and mailed to: Mr. Richard Woulfe, esq for EMSA, et al defendants.

William M. Hicks 664670
William M. Hicks pro se
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025