UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

     Plaintiff,

v.

EMSA, et al.,

     Defendants.

_____/

Magistrate Judge White

**NIGHT BOX**
**FILED**

APR 2 9 2004

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
## AND MEMORANDUM OF LAW IN SUPPORT

Defendants DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE,

DR. PEARSON, DR. G. PEARSON and EMSA LIMITED PARTNERSHIP, pursuant to Federal

Rule Of Civil Procedure 56 and rule 7.5, Local Rules of the United States District Court for the

Southern District of Florida, file this Motion for Summary Judgment and Memorandum of Law in

Support as follows:

### MOTION

1.     Plaintiff William M. Hicks filed an Amended Complaint, alleging constitutional

violations against the Defendants.

2.     The essence of Hicks' claim is that he received improper medical treatment following

a fight with another inmate while he was detained in the Broward County Jail.

3.     Because the record evidence does not support Hicks' claims, the Defendants are

entitled to entry of summary judgment in their favor as a matter of law.

## MEMORANDUM OF LAW

I.    **Background**

    A.    **The Complaint**

William Hicks is a state-incarcerated inmate, sentenced to life without parole by Judge Cohn in Broward County. He is serving his sentence in the Lake Correctional Institution. Although this case has taken an unusual course, including an appeal and partial affirmance of a prior grant of summary judgment, the essential allegations may be summarized.

According to the operative Complaint, Hicks was housed in the Broward County Jail as a pretrial detainee on April 7, 1996[1] when he was attacked by a fellow inmate [Complaint ¶ 8]. Hicks was taken immediately for medical attention, and was treated for his injuries (Complaint ¶¶ 18-24). At that time, Hicks was seen by nursing staff and Defendant Cline, and an x-ray was taken. Cline told Hicks there was no fracture, but, according to Hicks, Cline would not show him the x-ray (Complaint ¶¶ 22-24).

Three days later, Hicks was transferred to another Broward County Jail, and was denied requested medical attention (Complaint ¶ 34). In fact, Hicks claims he was denied medical attention for the remainder of his detention, even though surgery was "suggested" by Defendant Uecker (Complaint ¶¶ 35-42).

    B.    **The Medical Records**[2]

The medical records in this case tell a completely different story. Although these extraordinarily voluminous documents have been filed into the record, they will be summarized for

---

[1] The date is incorrect. According to records, the altercation occurred on February 9, 1996.

[2] A complete set of Hicks' medical records are identified in and attached to the Affidavit of Barbara Evans, which is attached as Exhibit "A."

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., P.O DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954-761-8600

convenience.

Hicks entered the jail in August 1995, and most of his early contacts with medical personnel occurred with respect to mental and addiction problems. He was on suicide watch for most of this month. Hicks self-reported a long history of alcohol and crack addiction, and numerous psychiatric interventions for a number of problems. On August 16 and 31, Hicks complained of shoulder pain, which was the result of a 1994 motor vehicle accident. Hicks was seen by medical personnel nearly every day of this month.

On September 22, 1995, Hicks complained of right jaw pain, and was seen by nursing staff. One week later, he was seen by dental staff. His interaction with medical staff in October 1995 regarded only mental health issues, and Hicks voiced no pertinent medical problems.

On November 2, 1995, Hicks had a tooth filled by Defendant Glenn Pearson. On November 6, 1995, he was seen for complaints of head pain from surgery, which apparently occurred prior to his incarceration. Hicks refused at least three appointments with medical staff during this month. Otherwise, Hicks was seen nearly every day regarding various complaints.

Throughout December 1995, Hicks complained of headaches attributed to his psychiatric medications. Again, the records document non-compliance with treatment. Nearly daily interaction with medical staff continued throughout this month.

On January 4, 1996, Hicks was again seen for complaints of head pain. These complaints related to the right eye and temple. Although it was offered that he be moved to the infirmary regarding these complaints, Hicks refused any medical intervention. Nine days later, Hicks complained of the same pain, and inexplicably complained of the medical staff's refusal to treat him. He was once again seen by medical staff, and after conversation, it was determined that his pain was related to the prior motor vehicle accident and stress.

3

Hicks had complaints of swelling and problems urinating early in February 1999. This complaint was voiced by his mother. Hicks was immediately given a urine test, which was negative. He was seen four times the following day regarding his complaints, and refused to have his blood pressure taken. In a grievance form, Hicks complained about medical staff, and stated his belief that he was dying. The following day, he was seen by Defendant Davis, who reported that Hicks was feeling better except for occasional head and abdominal pain. The same day, Hicks refused nursing treatment for his problems urinating.

On February 7, Health Services Administrator Richard McDonald wrote Hicks a letter which is included in the medical record in response to Hicks' complaints:

> In less than a week, I have been in contact with 2 of your relatives regarding your care I personally visit you at cell side and the psych nurse supervisor. I have personally integrated [sic] the psychiatrist, nursing staff, medical doctor, nursing supervisor, to determine if you, in fact, have concerns that we can medically treat. We have collected blood and urine tests. In that time, your current course of care has been interrupted by outside elements who, I am told, encouraged you to refuse the present treatment. For instance, refused to take your (fluid pill, etc.). I firmly believe myself and staff are actively addressing your concerns and will continue to pursue a reason for all of these concerns you may have. Hopefully we may find something concrete to be able to treat.

The same day, Hicks refused medications.

On February 9, 1996, Defendant Davis treated Hicks following the altercation. An x-ray was taken and read by Miguel A. Tome, M.D., which suggested a fracture of the left jaw. Dr. Tome suggested that the x-ray finding be confirmed by examination. Dr. Davis noted a laceration to the right zygomatic arch, which is just below the eye, and the laceration was sutured closed.

The sutures were removed on February 15, after Hicks was transferred to the Broward Main Jail. Dr. Davis ordered additional x-rays, which Dr. Tome read, finding a non-displaced fracture of the right zygomatic arch with no abnormalities of the left jaw. Hicks was prescribed Tylenol III, four

BUNNELL  WOULFE  KIRSCHBAUM  KELLER  McINTYRE & GREGOIRE, P A   PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954·761·8600

times daily for one week, for pain.  Two days later, Hicks complained of nausea, but missed his follow up appointment with the physician on February 19.  Dr. Davis referred him to the EMSA optometrist, who examined him on February 20, finding his eyesight 20/20 in both eyes.  Hicks was prescribed antibiotics, Darvocet was replaced with Tylenol 3, and he was referred to dental for follow up.

On February 21, Hicks was seen by Defendant Weathers, an oral and maxillofacial surgeon. Dr. Weathers found no swelling, normal eye movement, no deformity of the facial bones, normal pupillary reaction and no double vision.  He ordered additional x-rays of the jaw, apparently to confirm or rule out Hicks' complaints.  He also ordered Motrin, 600 mg. three times a day for two weeks, a soft diet and a dental follow up.  Dr. Tome read the ordered x-rays the same day. Importantly, he found no fracture, dislocation or other bony abnormality of the jaw.  The same day, Dr. Davis reviewed the x-rays and Dr. Tome's report.  Dr. Davis noted the non-displaced fracture of the right zygomatic arch which was pointed out in the earlier x-ray on February 15, 1996.

Over the course of the next two weeks, Hicks complained of nausea from the Motrin, that he had a broken jaw and required additional pillows, and that three weeks had passed since Dr. Weathers ordered a dental follow up.  Each complaint was addressed: he was given extra pillows, Tylenol and Flexeril replaced Motrin, and he was evaluated by Defendant Uecker on March 4.

Because Hicks continued to complain of pain and seek prescription painkillers despite numerous interactions with medical staff, Defendant Cline ordered a repeat facial x-ray on March 15. The x-rays were taken and read by James R. Thompson, M.D. the same day, and confirmed the abnormality was only the right zygomatic arch fracture.  Hicks was seen by dental staff on March 22, and a soft diet was ordered by Defendant Sharon Pearson, D.D.S.

Hicks was seen on March 27 by Defendant Weathers, an oral and maxillofacial surgeon.  Dr.

BUNNELL  WOULFE  KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE  P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340. 954·761·8600

Weathers reviewed the latest x-rays, found them unremarkable, noted an improvement in Hicks' jaw opening, and Hicks' statement that he was under stress and had been clenching his teeth. Flexeril was continued, and Weathers planned a follow up in four weeks.

Over the ensuing month, Hicks wrote several grievances, alleging that the medical staff was unresponsive to his condition and threatening suit. Aside from regular visits with medical staff, he was seen by Defendant Uecker on April 22, Psychiatrist Mel Limia, M.D. on April 30, and Defendant Cline on May 3. Dr. Uecker referred Hicks to Dr. Weathers.[3] Dr. Cline ordered another facial x-ray to rule out displacement of the zygomatic arch fracture, which showed no change. Dr. Weathers saw Hicks on May 8, reviewed the x-rays ordered by Dr. Cline, and confirmed the fracture was not displaced. Four sets of x-rays were done to evaluate and monitor Hicks' condition to make sure it was properly healing and remained in proper alignment.

Hicks continued to complain of pain and seek prescription painkillers intermittently throughout May, and was seen by Dr. Uecker on May 24. Dr. Uecker continued Midrin, Flexeril and Motrin, 800 mg, for thirty days. Approximately three weeks later, or as these orders were about to expire, Hicks again began to complain of pain and insisted he had a broken jaw, which is unsupported by the records. He was seen on numerous occasions by medical staff, who found no swelling and no acute distress.

On June 20, he was seen by Dr. Davis on complaints of pain and for renewal of medications. Dr. Davis examined Hicks, found him in no distress, and referred him to the clinic as needed.

He continued to complain of pain and seek narcotic medications throughout July, he was seen by medical staff, and medications were renewed by Dr. Davis on July 22. Although the records do

---

[3]   Contrary to the assertions in the Complaint, the record is clear Dr. Uecker did not recommend surgery on this date.

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954-761-8600

not indicate complaints by Hicks in August, he was seen regularly, and additional x-rays were ordered

on August 16, and which were read as negative on August 21.

On November 2, 1996, Hicks was sent to oral and maxillofacial surgeons Charles B. Russo

DMD, and Jeffrey Elliot, DMD, whose offices are in Coral Springs.[4]  Drs. Russo and Elliot have no

affiliation with the Defendants.  A CT scan was performed on November 27, with the following

findings:

> 33 y/o male presents with CC:  persistent pain in his "TMJ." Patient was in his usual
> state of health when he allegedly was involved in an interpersonal violence on
> 02/07/96. He was evaluated by "some M.D.'s" and told that he had fractures. These
> fractures were allegedly not treated.

> Examination - Alert and oriented x 3.  Cranial nerves II-VII grossly intact.  Positive
> paresthesia right infraorbital nerve.  No other facial paresthesia noted. Interincisal
> opening 38 mm, with slight deviation to the right.  No clicking, popping, crepitus
> noted in either right or left TMJs.  Left and right lateral excursions were unrestricted
> to 10 mm. Protrusive was noted to be 8 mm.  <u>The mandible is grossly intact without
> stepping, segmental mobility or tenderness</u>.  No gross entrapment of right coronoid
> process.  No pain on loading TMJs.  No pain on palpation of TMJs.  Maxilla is non-
> mobile.  Positive stepping with some tenderness right lateral wall of maxilla
> (maxillary sinus).  Stepping noted right zygomatic arch.  Infraorbital rims are
> continuous without tenderness.  Patient is partially edentulous without gross dental
> pathology.

> Radiographs:  CT exam is remarkable for small break in the right posterolateral wall
> of the maxillary sinus.  There is no fluid accumulation or gross thickening of either
> the right or left sinus membranes.  The condyles appear normal.  <u>A panoramic
> radiograph also suggests no old or new fractures of the mandible</u>.

> Impression:  33 y/o male S/P trauma with residual defect maxillary sinus.  <u>There is
> no evidence of TMJ pathology at this time</u>.  Patient's limited opening and complaint
> of discomfort may be due to scar tissue from original injury.  Nonsurgical physical
> therapy may help.

> [Emphasis added].

_____

[4]  The records of Drs. Russo and Elliot are identified in the Affidavit of Jeffrey Elliot, which
is attached as Exhibit "B."

7

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P A , PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954·761·8600

Hicks was not seen again until July 1997, and his records indicate he spent the intervening period in the Florida State Hospital. Over the remaining year of his detention, Hicks' complaints were largely limited to psychiatric problems and continued demands for narcotic medications. Pertinent to this discussion, his diagnoses included drug seeking behavior, manipulative behavior, delusions, and paranoia regarding mistreatment during his earlier Broward detention and his stay at the Florida State Hospital.[5] His only significant medical complaint concerned an alleged broken nose suffered in the February 1996 altercation. This complaint was not confirmed on an October 7, 1997 x-ray.

The Defendants have retained Steven M. Holmes, D.D.S. as their oral and maxillofacial surgery expert.[6] According to Dr. Holmes, Hicks was appropriately treated for a nondisplaced right zygomatic arch fracture, which requires no intervention, and there is no evidence that Hicks suffered a fractured jaw. The time for disclosing experts has passed, and Hicks did not make the required disclosure.[7]

---

[5] These records also include statements by Hicks that the State Attorneys who prosecuted him would soon be going to jail. The undersigned has learned that Hicks filed a complaint with the Florida Bar against those attorneys.

[6] A copy of Dr. Holmes' Notarized Report is attached as Exhibit "C."

[7] A copy of Hicks' Response to the Defendants' Expert Interrogatories is attached as Exhibit "D."

BUNNELL  WOULFE  KIRSCHBAUM  KELLER  McINTYRE & GREGOIRE  P A ,  PO DRAWER 030340  FORT LAUDERDALE  FL 33303-0340  954-761-8600

## II.    Argument

### A.    Summary Judgment Standard

Summary judgment is appropriate when there are no genuine issues of material fact in dispute and one party is entitled to judgment as a matter of law.  *See* Fed.R.Civ.P. 56.  The motion determines whether, based on the evidence, a reasonable jury could find for the nonmoving party. The summary judgment standard "mirrors the standard for a directed verdict . . . which is that the trial judge must direct a verdict if, under the governing law, there can be but one reasonable conclusion as to the verdict." *Anderson v. Liberty Lobby, Inc*, 477 U.S. 242, 250-51 (1986).  The purpose of summary judgment is to dismiss claims that are unsupported in the record.  *Celotex Corp. v. Catrett*, 477 U.S. 317, 323-24 (1986).

Once the moving party satisfies this requirement, the burden shifts to the non-moving party to "come forward with specific facts showing that there is a genuine issue for trial." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 584 (1986).  To meet its burden, the non-moving party "may not rest upon the mere allegations or denials of the adverse party's pleadings." Fed.R.Civ.P. 56(e).  Furthermore, the non-moving party cannot rely on a mere scintilla of evidence supporting their position. *See  Walker v. Darby*, 911 F.2d 1573, 1577 (11th Cir.1990).  Instead, for a court to find a genuine issue, the non-moving party must establish, through record evidence, that a reasonable jury could return a verdict in his favor. *See Cohen v. United Am. Bank*, 83 F.3d 1347, 1349 (11th Cir. 1996).

In making this determination, the Court must decide which issues are material.  The Supreme Court has stated that "[o]nly disputes over facts that might affect the outcome of the suit under the governing law will properly preclude the entry of summary judgment.  Factual disputes that are irrelevant or unnecessary will not be counted." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248

BUNNELL  WOULFE  KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A.  PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340  954·761·8600

(1986). The Court must also determine whether the dispute about a material fact is indeed genuine. *Id.*; *Marine Coatings of Alabama, Inc. v. United States*, 932 F.2d 1370, 1375 (11th Cir. 1991). If the evidence is merely colorable or not significantly probative, summary judgment may be granted. *Id.*; *Spence v. Zimmerman*, 873 F.2d 256, 257 (11th Cir. 1989) (holding that non-movant for summary judgment need not be given the benefit of every inference, but only of every reasonable inference).

In this case, the record reflects no material factual dispute, and the Defendants are entitled to entry of summary judgment in their favor.

**B.    Section 1983 and the Eighth Amendment**

The federal constitution does not provide a means for redress of alleged constitutional violations, so any suit seeking to enforce constitutional rights against a governmental entity must be brought pursuant to 42 U.S.C. § 1983. To maintain a claim under this section, a plaintiff must satisfy two elements: (1) that the defendant acted under color of state law, and (2) that it deprived the plaintiff of a federal statutory or constitutional right. *See Parratt v. Taylor*, 451 U.S. 527, 535 (1981). The color of state law prong is not at issue. The only issue here is whether a constitutional violation is present.

The constitutional provision alleged to have been violated here is the Cruel and Unusual Punishment Clause of the Eighth Amendment.[8] To survive summary judgment, Hicks must provide record evidence of "deliberate indifference," which in turn requires a showing that he suffered an objectively serious health deprivation that was intentionally untreated by the Defendants. *See Farmer*

---

[8]    Although the Complaint alleges Hicks was a pretrial detainee at the time of his incarceration, which would indicate a due process claim, he admits he was convicted by the time of the pertinent allegations giving rise to the constitutional claim. The nature of the claim has no effect on this discussion, as either theory requires proof of deliberate indifference. *See City of Revere v. Mass. Gen. Hosp.*, 463 U.S. 239, 244 (1983).

10

*v. Brennan,* 511 U.S. 825, 833-38, (1994); *Estelle v. Gamble,* 429 U.S. 97, 106 (1976) (holding that

negligence in diagnosis and treatment are insufficient to make the required showing); *Adams v. Poag,*

61 F.3d 1537, 1543 (11th Cir. 1995); *Hill v. Dekalb Regional Youth Detention Center,* 40 F.3d 1176,

1191 n.28 (11th Cir. 1994) (recognizing that Supreme Court has defined "deliberate indifference" as

requiring more than mere negligence and has adopted a "subjective recklessness" standard from

criminal law).

In *Farmer v. Brennan,* 511 U.S. 825 (1994), the Supreme Court defined the mental state

required for "deliberate indifference," as follows:

> [A] prison official cannot be found liable under the Eighth Amendment for denying
> an inmate humane conditions of confinement unless the official knows of and
> disregards an excessive risk to inmate health or safety; the official must both be aware
> of facts from which the inference could be drawn that a substantial risk of serious
> harm exists, and he must also draw the inference. . . . But an official's failure to
> alleviate a significant risk that he should have perceived but did not, while no cause
> for commendation, cannot under our cases be condemned as the infliction of
> punishment.

*Id.* at 837-38 (internal citation omitted) [emphasis added].

"There is no liability for 'an official's failure to alleviate a significant risk that he should have

perceived but did not . . . .'" *Cottrell v. Caldwell,* 85 F.3d 1480, 1491 (11th Cir. 1996) (quoting

*Farmer,* 511 U.S. at 838).

Subsequent Supreme Court cases have clarified the inquiry. In *Wilson v. Seiter,* 501 U.S. 294

(1991), the Court explained that the Eighth Amendment applies only to punishments and that prison

conditions are only punishment if an intent to punish is shown:

> The source of the intent requirement is not the predilections of this
> Court, but the Eighth Amendment itself, which bans only cruel and
> unusual punishment. If the pain inflicted is not formally meted out as
> punishment by the statute or the sentencing judge, some mental
> element must be attributed to the inflicting officer before it can
> qualify.

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., P.O. DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954·761·8600

*Id.* at 300.

Therefore, to survive summary judgment, Hicks must show the Defendants knew he suffered a serious health problem, yet intentionally, and not merely negligently, carelessly or recklessly, ignored his plight in an effort to punish.

Hicks cannot meet his burden. While Hicks was diagnosed with the right zygomatic arch fracture, which may be considered a serious health problem, he was treated on a scale exceeding what a private individual could expect from the medical system. Not only was Hicks treated by medical professionals and physicians multiple times per week over a period of more than a year, he was treated by jail specialists and dentists, and even outside, independent specialists. He was provided medications, x-rays, a CT scan and a panoramic radiograph, which showed the fracture was not displaced. The Holmes Affidavit, as the only expert opinion that will be presented in this case, shows that treatment by medication and by regular evaluation to determine if the fracture was displaced is the appropriate treatment for a nondisplaced zygomatic arch fracture.

While Hicks claims he suffered a jaw fracture, numerous x-rays taken in the jail and a CT scan performed by independent physicians fail to support this claim. In fact, the record is completely without support that Hicks suffered a broken jaw, or that any physician recommended that his jaw be wired. A serious medical need is one that has been diagnosed by a physician as needing treatment or one for which even a layperson would recognize the need for a doctor's care. *See Henderson v. Sheahan*, 196 F.3d 839, 846 (7th Cir.1999); *Aswegan v. Henry*, 49 F.3d 461, 464 (8th Cir.1995). Since none of the numerous studies ordered by the various health care providers confirms a jaw fracture, Hicks fails to demonstrate the first element of this claim, a serious medical need, and the Defendants are entitled to entry of summary judgment in their favor.

Even if Hicks could show that some affliction went undiagnosed, his constitutional claim

would still fail, as it would run smack into the limitations placed by the *Farmer* and *Estelle* lines of cases. That is, Hicks must show more than negligence or misdiagnosis. *See Farmer,* 511 U.S. at 835 (noting that deliberate indifference "describes a state of mind more blameworthy than negligence"); *Estelle* 429 U.S. at 106 (holding that negligence in diagnosis and treatment are insufficient to make the required showing). "When a medical provider provides treatment, even carelessly or ineffectively, to a prisoner, he has not displayed deliberate indifference to the prisoner's needs, but only negligence, which is not a constitutional violation." *Id.*

In contrast to deliberate actions, misdiagnoses based on medical judgment and discretion are <u>never</u> constitutionally actionable. *See Youngberg v. Romeo,* 457 U.S. 307, 321-23 (1982) (stating that "[i]t is not appropriate for the courts to specify which of several professionally acceptable choices should have been made"). The *Youngberg* Court emphasized that a medical provider's decision is "presumptively valid" and constitutional "liability may be imposed only when the decision by the professional is such a substantial departure from accepted professional judgment, practice, or standards as to demonstrate that the person responsible actually did not base the decision on such a judgment." *Id.* at 323.

The Defendants' entitlement to summary judgment could hardly be more patent. Hicks was injured in a fight with another inmate. He claims he received no treatment for his injuries, but the records are clear he was evaluated, treated, medicated and, when he continued to complain of undiagnosed claimed injuries, he was seen by outside specialists, all at the Defendants' expense. Hicks was treated for the injuries he had, but not for those only <u>he</u> diagnosed.

According to clear precedent, Hicks must show the Defendants had actual knowledge of a serious medical need and intentionally provided no treatment. The provision of treatment, even where that treatment is ineffectual or negligent, negates any constitutional claim. Hicks was not only

provided treatment, expert testimony shows he was given appropriate treatment.  Therefore, the Defendants are entitled to entry of summary judgment in their favor.

### C.    **EMSA Limited Partnership's Liability**

In addition to the fact that the record does not support evidence of a constitutional violation, EMSA Limited Partnership has an independent basis supporting summary judgment in its favor.  A private entity can be held liable for money damages on a section 1983 claim only through "'a policy statement, ordinance, regulation, or decision officially adopted and promulgated by that body's officers,'" or "'for constitutional deprivations visited pursuant to governmental "custom" even though such a custom has not received formal approval through the body's official decision making body.'" *City of St. Louis v. Praprotnik,* 485 U.S. 112 (1988) (quoting *Monell v. Department of Social Services,* 436 U.S. 658, 690-91 (1978); *Jones v. Preuit & Mauldin,* 851 F.2d 1321, 1325 (11th Cir. 1988) (en banc), vacated on other grounds, 489 U.S. 1002 (1989) (holding that private defendants in section 1983 actions should have, at minimum, the same defenses available to public defendants); *Rojas v. Alexander's Dept. Store, Inc.,* 924 F.2d 406 (2d Cir 1990).  "[A] plaintiff seeking to impose liability on a municipality under § 1983 [must] identify a municipal 'policy' or 'custom' that caused the plaintiff's injury." *Board of County Comm'rs v. Brown,* 520 U.S. 397, 403, (1997).

"A policy is a decision that is officially adopted by the municipality, or created by an official of such rank that he or she could be said to be acting on behalf of the municipality. . . .  A custom is a practice that is so settled and permanent that it takes on the force of law." *Sewell v. Town of Lake Hamilton,* 117 F.3d 488, 489 (11th Cir. 1997).  To establish a policy or custom, it is generally necessary to show a persistent and wide-spread practice.  Moreover, there must be a showing of knowledge of such customs attributed to the governing body of the state agency or private entity. *See Depew v. City of St. Mary's,* 787 F.2d 1496, 1499 (11th Cir. 1986).

14

If a policy or custom is shown, corporate liability may not be imposed under section 1983 unless the enforcement of that policy or custom was the moving force of a violation of federally protected rights. *See Bd. of the County Comm'rs v. Brown*, 520 U.S. 397, 404 (1997). That is, the Plaintiff must establish evidence of a "direct causal link" between the policy and the constitutional violation such that it actually caused the violation. *City of Canton v. Harris*, 489 U.S. 378, 385-87 (1989). However, it is well-settled that neither a municipality nor a private corporation may be held liable for violations brought pursuant to section 1983 on the basis of *respondeat superior*. *See Monell* at 690; *Jones v. Preuit & Mauldin*, 851 F.2d 1321, 1325 (11th Cir. 1988) (en banc), vacated on other grounds, 489 U.S. 1002 (1989).

*Monell* and its progeny stand for the proposition that a private entity will be responsible for the unconstitutional actions of its employees only if those actions were taken pursuant to an official policy or custom, and the proper application of those policies actually caused constitutional injury. To make the required showing, there must be record evidence of an actual policy or custom, that was properly enforced, and which caused actual constitutional injury. It is insufficient to merely point to an alleged constitutional violation and assume it was caused by a nonspecific policy or custom.

Here, the record is devoid of any evidence of an actual policy or custom causing constitutional injury, or direct action by EMSA Limited Partnership as required to maintain a section 1983 claim. Since *respondeat superior* liability does not apply, *see Board of County Comm'rs of Bryan County v. Brown*, 520 U.S. 397, 403 (1997), the liability of this entity can be based on its own unconstitutional behavior--not merely the right to control the actions of employees or their failure to act, and that showing can only be made by showing a custom or policy causing constitutional injury.

Nothing in this record supports a custom or policy causing Hicks an injury. As has been shown, Hicks was properly treated. That being so, it is impossible that any action by EMSA Limited

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954·761·8600

Partnership caused him injury. What Hicks seeks is to impose liability on EMSA Limited Partnership for the actions of its employees, which is improper for two reasons: there can be no *respondeat superior* liability, and he was properly treated by those employees.

### D.    The Prison Litigation Reform Act

Hicks has failed to comply with the mandates of the Prison Litigation Reform Act of 1995 ("PLRA"), 42 U.S.C. § 1997(e) a:

(a)    Applicability of administrative remedies <u>No action shall be brought</u> with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.

* * *

(c)    Dismissal
(1) The court <u>shall</u> on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.

(Emphases supplied). Courts interpreting this provision have held that the phrase "shall dismiss" is mandatory, rather than permissive. *See Mitchell v. Farcass*, 112 F.3d 1483, 1486 (11th Cir. 1997). The Supreme Court has made clear that "[w]here Congress specifically mandates, exhaustion is required." *McCarthy v. Madigan*, 503 U.S. 140, 144 (1992). Since exhaustion is a prerequisite to suit, a futility excuse is not available. *See Alexander v. Hawk*, 159 F.3d 1321,1326 (11th Cir. 1998).

To conform with the mandates of the PLRA, Hicks must demonstrate that he has exhausted all available administrative remedies and should attach the decision containing the administrative disposition, <u>including</u> the disposition of an appeal, to the complaint. *See Pozo v. McCaughtry*, 286 F.3d 1022, 1025 (7th Cir.2002) (holding that a prisoner must appeal the disposition of his grievance

16

to satisfy the PLRA). *See also Knuckles El v. Toombs*, 215 F.3d 640, 642 (6th Cir.2000); *Brown v. Toombs*, 139 F.3d 1102, 1104 (6th Cir.1998). The availability of administrative remedies to a prisoner is a question of law. *See Ray v. Kertes*, 285 F.3d 287, 291 (3d Cir.2002).

Since the record contains dozens of grievances filed by Hicks, there is no question a grievance procedure was in place or that he was aware the process existed. However, to satisfy the PLRA, Hicks must demonstrate that he exhausted his remedies by appealing each of those decisions. Since he did not pursue each of his grievances through appeal, he has not satisfied the PLRA, and the Defendants are entitled to entry of summary judgment in their favor.

## III.    Conclusion

Hicks' claim is entirely based on his own allegations, which are thoroughly contradicted by record evidence. At this point, Hicks must support his claim with fact, not fantasy. When he was injured by another inmate, he was treated in a manner exceeding that given to the non-incarcerated population. He claims he was diagnosed with a broken jaw, but the record shows that any claimed fracture was a figment of Hicks' imagination.

In addition to showing that Hicks was properly treated, the record also provides insight into the source of his imaginings. His psychiatric records paint him as a disturbed individual who routinely blames others for his lot in life; his constant complaints the result of drug seeking and manipulative behavior.

Since he is serving a life sentence, Hicks expects this Court to grant him what every inmate wants: a field trip to the court house for trial. He has wasted enough of this Court's time on this frivolous claim, and he should be left to complete his sentence without the hope of even a temporary reprieve.

The record before this Court is clear there exists no issue of material fact and that Plaintiff

BUNNELL  WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE  P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954·761·8600

cannot establish a viable claim under 42 U.S.C. § 1983 against any of the Defendants and that a final

summary judgment should be entered in favor of the Defendants, DR. W.C. DAVIS, DR. UECKER,

DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, DR. G. PEARSON and EMSA

LIMITED PARTNERSHIP, and against Williams. M. Hicks.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this _____ day

of April, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225

US Highway 27, Clermont, Florida 34711-9025.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, # 900
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394
Tel: 954-761-8600
Fax: 954-463-6643

BY: _____
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Uecker, Cline, Davis,
Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-6643
William H. Hicks, /pro se Plaintiff/Facsimile not available

## AFFIDAVIT OF BARBARA EVANS

STATE OF FLORIDA    )
                    )ss
COUNTY OF BROWARD)

BEFORE ME, the undersigned authority, personally appeared Barbara Evans, who, first being duly sworn, deposes and states as follows:

1.      My names is Barbara Evans, and I am over the age of Eighteen (18) years old.

2.      I am employed as the Health Service Administrative Coordinator with the Broward Sheriffs' Office at the North Broward Detention Center in Pompano Beach.

3.      I hereby testify that the records produced to Gregg Toomey, Esquire at the Law Offices of Bunnell Woulfe are a true and correct copy of records pertaining to the care and treatment of William Hicks during his incarceration at the North Broward Detention Center in Pompano Beach.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BARBARA EVANS

Sworn to and subscribed before me this _____ day of _____ April _____, 2004, by Barbara Evans, who is personally known to me or has produced _____ personally _____ as identification.

_____
(Signature of Notary)

Clover Y. Earle
MY COMMISSION # DD053199 EXPIRES
October 17, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

# EXHIBIT "A"

P125/54-173          Hicks v. EMSA
EMSA Records
          VOL I

LAW OFFICES

# BUNNELL, WOULFE, KIRSCHBAUM
## KELLER & McINTYRE
PROFESSIONAL ASSOCIATION

DANIEL ALTER
MARK D. BAXTER
KATHERINE O. BIRNBAUM
GEORGE E. BUNNELL
PETER L. GLADSTONE
NANCY W. GREGOIRE
LORI BRODY KEAN
D. DAVID KELLER
JOEL L. KIRSCHBAUM
MARY S. LINGERFELDT
W. EDWARD McINTYRE
JULIE M. MIHELICH
RICHARD T. WOULFE

888 EAST LAS OLAS BOULEVARD
SUITE 400
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 761-8600
FACSIMILE (954) 463-6643

REPLY TO:
POST OFFICE DRAWER 030340
FORT LAUDERDALE, FLORIDA 33303

September 10, 1996

**Via Facsimile to: (954) 831-3510
& U.S. Mail**

Attn.: Emma Garcia
EMSA - North Broward Detention Center
1200 South Pine Island Road
Suite 600
Fort Lauderdale, Florida 33324-4460

    RE:    Hicks v. EMSA
            Our File No. E28/96-445

Dear Emma:

    As you know, we represent EMSA in the above-referenced case. Pursuant to our conversation this morning, please immediately provide me with a copy of EMSA's medical chart on inmate, William M. Hicks, B59514533, DOB 9/10/63. I would appreciate your giving this matter your immediate attention, as our response to his motion for medical attention is due on September 13, 1996.

              Very truly yours,

              Julie M. Michelich

JMM:kb
cc: Mr. Todd Schwartz

H:\LIBRARY\CASES\EMSA\CORRES\GARCIA.910

RECEIVED SEP 3 0 1996

**EMSA CORRECTIONAL CARE**

## DENTAL SERVICES

INMATE LAST NAME __Lucks__    INMATE FIRST NAME __Williams__ D.O.B. __9-26-62__ # __BS977027__

INSTITUTION __Main Oral__    DATE OF EXAMINATION __8-11-97__

### MEDICAL HISTORY - SUMMARY

General Health _____
Existing Illness _____
Medicine/Drugs _____
Allergies __NA__    Blood pressure S ___/ D ___/

### DENTAL HISTORY - SUMMARY

Attitude _____
Home Care _____

### CLINICAL DATA

General Condition of Teeth _____
Plaque _____ Stains _____ Abrasions _____
Condition of Present Restorations _____
Overhangs _____ Contact Points _____
Inflammation of Gingival Tissue: Slight _____ Moderate _____ Severe _____
Color _____ Recession _____ Pockets _____
Condition of the Floor of Mouth _____
Palate: Hard _____ Soft _____ Cheeks _____ Lips _____
Frenum _____ Tongue _____ Ridges _____
Presence of Exudate _____ Areas of Food Retention _____ Saliva _____
Calculus: Slight _____ Moderate _____ Excessive _____ Oral Cancer Exam _____
TMJ _____ Neck _____ Occlusion _____
Results of X-Ray: Bone _____ Root Tips _____ Impactions _____
Supernumerary _____ Abscesses _____

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| | | | | | | | | | | | | | | | | |

| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

General Health _____
Physician's Care? _____ Reactions to Anesthetics? _____
Medications? _____ Rheumatic Fever? _____
Diabetes? _____ Heart Murmur? _____
T.B.? _____ High Blood Pressure? _____
Hepatitis? _____ Heart Disease? _____
Venereal Disease? _____ Bleeding? _____
Radiation Therapy? _____ Lung Disease? _____
Anemia? _____ Kidney Disease? _____
Epilepsy? _____ Breathing Problem? _____
Last Elective Dental Treatment? _____ Other? _____

CODE: S.C. - Space Closed    C.R. - Crown    X - Missing Teeth

RIGHT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
UPPER

LINGUAL

LOWER

| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

LEFT

X-Rays _____
Study Models _____
Photographs _____
Clinical Exam _____
Vitality Test _____
Mobility _____

| TOOTH | | SERVICES NECESSARY |
|---|---|---|

# DENTAL EXAM

9/12/97

S: first appt.
O: Swell vestibular lesion
   clenom on facial #7 distal
   adjacent to #18 4012
   w/ reason y PCT & Pat
   flora small world adventing
   PCT No pain
A: possible failing PCT No pain
P: OK
E: OK

S: Klaw to Filler
O: # 28 Facial lesion
# change PRMR
P: On going ↑ 8X/w6
   Restored w/ Amid
E: OK

DR. GLENN PEARSON
NBDC / Main

11/29/97

S: Wendy Mildred (Blackie died)
   suede that her cystic pi
   the knob 8x6 (will) XBa pylon
O: PL comp lain ↑ malnourishment
   blessing ↑ painting artchrra
   1076 histoin -
A: # No abstinme liPa Statement
P: Pt abuse ↓ on meds fr doctor
   cardida
E: OK

S: Cally
O: # S Do ferme   Filling Fx
P: Change card
P: Can't tempo
E: OK

DR. GLENN PEARSON
NBDC / Main

DR. GLENN PEARSON
NBDC / Main

12/22/97    11:00 am

S: On Bg
O: # J De cassor
A: Chose t carbol
P: On caja 23 X/d
   # S MOD Amal close
E: OK

S: On Bg
O: # J De cassor
A: Chose t carbol
P: On caja 23 X/d
   # S MOD Amal close
E: OK

DR. GLENN PEARSON
NBDC / Main

3/1/97

3/1/97

O: # 29 Painful 0f
O: # 29 cervical on gogo
   w/ flora mineral - expand
   Lenda
A: cervical abrasion -
P: Klaw to Filling
E: OK

DR. GLENN PEARSON
NBDC / Main

| TOOTH | SERVICES NECESSARY |
|---|---|
| 1 | |
| 2 | |
| 3 | S: C/O sensitive teeth a t times |
| 4 | Q: # 29 recently filled |
| 5 | there - is different areas — |
| 6 | pt c/o pain below gumline |
| 7 | X-ray NNE — dental |
| 8 | S: pt c/o [pain?] + no bone loss |
| 9 | No trxt aparthra diseo |
| 10 | W necro m of gum at disbee |
| 11 | A: apical cluster periapic + |
| 12 | [cond?] cluster teeth — |
| 13 | P: pt [?] toth exfoliation |
| 14 | thru [?] 22 & 26 #29 upt |
| 15 | E: Rot |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Eric note : |
| 21 | pt wants to change diet |
| 22 | to 3000 cal diet w/ [M?] |
| 23 | Suggest wt + diet change |
| 24 | altitudes |
| 25 | |
| 26 | |

DR. GLENN PEARSON
DENTIST

DR. GLENN PEARSON
DENTIST

REMARKS _____

M. _____
ADDRESS _____
REFERED BY _____

DENTAL RADIOGRAPHS
CASE NO _____
DATE 12/21/96

RIGHT    LINGUAL ASPECT    LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

40

CC501

# DENTAL SERVICES

EMSA CORRECTIONAL CARE

INSTITUTION

INMATE LAST NAME _Webb_   INMATE FIRST NAME _William_   D.O.B. _9.10.63_   ID# _B595 14533_   DATE OF EXAMINATION _9/29/95_

## MEDICAL HISTORY - SUMMARY

General Health _____
Existing Illness _____
Medicine/Drugs _____
Allergies _NKA_   Blood pressure S ___/D ___



**CODE: S.C. - Space Closed   C.R. - Crown   X - Missing Teeth**

General Health
Physician's Care? _____
Medications? _____
Diabetes? _____
T.B.? _____
Hepatitis? _____
Venereal Disease? _____
Radiation Therapy? _____
Anemia? _____
Epilepsy? _____
Last Elective Dental Treatment? _____

Reactions to Anesthetics? _____
Rheumatic Fever? _____
Heart Murmur? _____
High Blood Pressure? _____
Heart Disease? _____
Bleeding? _____
Lung Disease? _____
Kidney Disease? _____
Breathing Problem? _____
Other? _____

RIGHT
1 2 3 4 5 6 7 8
32 31 30 29 28 27 26 25
— UPPER —
— LINGUAL —
9 10 11 12 13 14 15 16
24 23 22 21 20 19 18 17
— LOWER —
LEFT

## DENTAL HISTORY - SUMMARY

Attitude _____
Home Care _____

## CLINICAL DATA

General Condition of Teeth _____
Plaque _____   Stains _____   Abrasions _____
Condition of Present Restorations _____
Overhangs _____   Contact Points _____
Inflammation of Gingival Tissue: Slight _____ Moderate _____ Severe _____
Color _____
Condition of the _____
Palate: Hard _____
Frenum _____
Presence of Ex _____
Calculus: Slight _____
TMJ _____
Results of X-R _____
Supernumerar _____

No. _____   Date _3/97_
For _____
Directions _____
_Webb William_
_B595 14533_
Dr. _____   /L

Photographs _____
Clinical Exam _____
Vitality Test _____
Mobility _____

ADVANTAGE FILING SYSTEMS
FT. LAUDERDALE, FL
(954) 970-3333

# CORRECTIONAL CARE

## DENTAL SERVICES

INSTITUTION _____

LAST NAME _Weeks_    INMATE FIRST NAME _William_    D.O.B. _9/10/63_ ID# _B595 14533_    DATE OF EXAMINATION _9/29/95_

### MEDICAL HISTORY - SUMMARY

General Health _____
Existing Illness _____
Medicine/Drugs _Dilantin Tegretol_
Allergies _NKA_    Blood pressure S ___ / D ___

### DENTAL HISTORY - SUMMARY

Attitude _____
Home Care _____

### CLINICAL DATA

General Condition of Teeth _____
Plaque _____    Stains _____    Abrasions _____
Condition of Present Restorations _____
Overhangs _____    Contact Points _____
Inflammation of Gingival Tissue: Slight ___ Moderate ✓ Severe ___
Color _____    Recession _____    Pockets _____
Condition of the Floor of Mouth _____
Palate: Hard _____ Soft _____    Lips _____
Frenum _____    Tongue ✓ Cheeks _____    Ridges _____
Presence of Exudate _____    Areas of Food Retention _____    Saliva _____
Calculus: Slight _____ Moderate ✓ Excessive ___ Oral Cancer Exam ___
TMJ _____    Occlusion _____
Results of X-Ray: Bone _____
Supernumerary _____

No. _____    Date _3/97_
For _____
Directions _____    Cycle Williams
                        B595/4533
Dr. _____

### General Health

Physician's Care? _____
_____ations? _____
Diabetes? _____
T.B.? _____
Hepatitis? _____
Venereal Disease? _____
Radiation Therapy? _____
Anemia? _____
Epilepsy? _____
Last Elective Dental Treatment? _____

Reactions to Anesthetics? _____
Rheumatic Fever? _____
Heart Murmur? _____
High Blood Pressure? _____
Heart Disease? _____
Bleeding? _____
Lung Disease? _____
Kidney Disease? _____
Breathing Problem? _____
Other? _____

CODE: S.C. - Space Closed   C.R. - Crown   X - Missing Teeth

# EMSA CORRECTIONAL CARE

## DENTAL SERVICES

INMATE LAST NAME ___Dicks___   INMATE FIRST NAME ___Williams___ D.O.B. _9/6/28_ # _BS271707_

INSTITUTION _____   DATE OF EXAMINATION _8/11/__

### MEDICAL HISTORY - SUMMARY

General Health _____
Existing Illness _____
Medicine/Drugs _____
Allergies ___NKA___   Blood pressure S ___/ D ___

### DENTAL HISTORY - SUMMARY

General Health _____
Altitude _____
Home Care _____

### CLINICAL DATA

General Condition of Teeth _____
Plaque _____ Stains _____
Condition of Present Restorations _____
Overhangs _____ Abrasions _____
Inflammation of Gingival Tissue: Slight ___ Moderate ___ Severe ___
Color _____ Contact Points _____ Recession _____
Condition of the Floor of Mouth _____ Pockets _____
Palate: Hard ___ Soft ___ Cheeks ___ Lips ___
Frenum _____ Tongue _____ Ridges _____
Presence of Exudate ___ Areas of Food Retention ___ Saliva ___
Calculus: Slight ___ Moderate ___ Excessive ___ Oral Cancer Exam ___
TMJ ___ Neck ___ Occlusion ___
Results of X-Ray: Bone ___ Root Tips ___ Impactions ___
Supernumerary ___ Abscesses ___

Physician's Care? _____
Medications? _____
Diabetes? _____
T.B.? _____
Hepatitis? _____
Venereal Disease? _____
Radiation Therapy? _____
Anemia? _____
Epilepsy? _____
Last Elective Dental Treatment? _____
Reactions to Anesthetics? _____
Rheumatic Fever? _____
Heart Murmur? _____
High Blood Pressure? _____
Heart Disease? _____
Bleeding? _____
Lung Disease? _____
Kidney Disease? _____
Breathing Problem? _____
Other? _____

CODE: S.C. - Space Closed   C.R. - Crown   X - Missing Teeth

UPPER
RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
LINGUAL
LOWER
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

X-Rays _____
Study Models _____
Photographs _____
Clinical Exam _____
Vitality Test _____
Mobility _____

# DENTAL EXAM

| TOOTH | SERVICES NECESSARY | | |
|---|---|---|---|
| 1 | D: Done | | 9/22/67 |
| 2 | D: Done | | S/Ca/D/ h Fill |
| 3 | P: Small restoration posterior | | O: #26 Dental exam |
| 4 | comp in front of 2nd molar | | A: Chronic abscess |
| 5 | adjust on #15 tooth | | P: One comp 2 BX's b |
| 6 | P: comp @ RC | | Recemented w/ bond |
| 7 | Gloves comp @ partial | | S/O |
| 8 | A: positive for hazy RCT No pos | | |
| 9 | A: positive for hazy RCT No pos | | S/O |
| 10 | P: OK | | |
| 11 | C: OK | | |
|  |  | | 11/24/67 |
| 12 |  | | |
| 13 | O: Wisdom Medical/Blondel diet | | O: Cavity |
| 14 | Needs that function | | P: Cavity |
| 15 | Chr hosp DC (W/H X-ray patient) | | D: #8 DeBang Filling Ex |
| 16 | P: comp loss of Malnourishment | | A: Chronic caries |
| 17 | Because Periodontal Palliative | | P: Comp 2 lingo |
| 18 | 18th Lost | | P: Comp 2 caries |
| 19 | A: Alt Alpha acute to Bin Codeine | | C: OK |
| 20 | P: Pt absent by on meds for discomfort | | 12/22/67 |
| 21 | comp OK | | |
| 22 | C: Date | | 11:00 am |
| 23 |  | | L: Cavity |
| 24 |  | | D: #15 No caries |
| 25 | DR. GLENN PEARSON NBDC/Main | | A: Chronic caries |
| 26 | P: Partial bridge | | P: One comp 2 Vb/s |
| 27 | P: Partial bridge | | #15 MOD Amal 2 caries |
| 28 | O: #28 caries 2nd | | C: OK |
| 29 | chain removed - expand | | |
| 30 | teeth | | DR. GLENN PEARSON NBDC/Main |
| 31 | A: cervical abrasion | | |
| 32 | P: able to Fill | | |
| 33 | C: Out | | |
| 34 |  | | |
| 35 | DR. GLENN PEARSON NBDC/Main | | |
| 36 |  | | |
| 37 |  | | |
| 38 |  | | |
| 39 |  | | |
| 40 |  | | |

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks Williams
ID #: BS 95 14533
D.O.B. 9 10 1 63
ALLERGIES: NKA
Use Last    Date 8/14/95

Dick Maureen, RN
NBDC

DIAGNOSIS (If Chg'd)

LiCO3 900 g. PO QHS } Fole 8/15/95
Sinquan 75 g. PO QHS }
Dc Prozac
CBC, SMAC 24, EKG, Thyroid profile c TSH, Li level
Th. Martin M.D.

Dr. John Martin
Psychiatrist - NBDC

---

INMATE NAME: HICKS, William
ID #: BS95 14533
D.O.B. 9 10 63
ALLERGIES: NKA
Use Fourth    Date 8/12/95

DIAGNOSIS (If Chg'd) Psych. Disorder

Th. Martin M.D.

Dr. John Martin
Psychiatrist - NBDC

Place on Suicide Watch
T/O Dr Martin

JERRENETA BRADLEY, RN
NBDC

---

INMATE NAME: Hick. W.
ID #: BS 95 14533
D.O.B. 9/19/63
ALLERGIES: NKDA
Use Third    Date 8/8/95    9:30 am

DIAGNOSIS (If Chg'd)

DC Suicidal watch
LiCO3 500 mg PM
Prozac 20 mg Bid c 11 AM)
TO NBDC when medically cleared. (122 Kg)

---

INMATE NAME: HICKS, William
ID #: BJ95141453
D.O.B. 9/19/63
ALLERGIES: NKA
Use Second    Date 8/4/95 1745

Gina Maria Rivera, LPN
Main Jail

DIAGNOSIS (If Chg'd)

① To Infirmary, follow ET
Detox Protocol To Dr
Smith
8/4/95 1145

Gina Maria Rivera,
Main Jail

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

DR. MEL
STAFF PSYCHIATRIST,
MAIN JAIL

---

INMATE NAME: HICKS, William
ID #: BS95141453
D.O.B. 9/19/63
ALLERGIES: NKA
Use First    Date 8/    DR. MEL

Gina Maria Rivera, LPN
Main Jail

STAFF PSYCHIATRIST,
MAIN JAIL

DIAGNOSIS

① To Infirmary, place on
Suicide Watch per Caution
Notify BSO to maintain
Q15 Min Checks, Mental Status
to be done by PN Q Shift
To Dr. Smith

Gina Maria Rivera, LPN
Main Jail

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks, William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA

Use Last    Date 10/6/95

Noted 10-6-95
Elma McKenzie, LPN

DIAGNOSIS (If Chg'd)
D/C LiCO₃
D/C Sinequan

14 Verified LPN    Try. mentin MD

Dr. John Martin
Psychiatrist - NBDC

ELMA MC KENZIE, LPN
NBDC

---

INMATE NAME: Hicks, William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA

Noted K Grey 1/D1
5/29/95 1255
KATHY GREY, RN

Use Fourth    Date 9/29/95

DIAGNOSIS (If Chg'd)

Amoxicillin 500mg. PO tid x 10 days
H₂O₂ oral rinse bid x 10 days

---

INMATE NAME: Hicks, William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA

Noted D Richardson 9/7/95 030
DELLA RICHARDSON, LPN

Use Third    Date 9/7/95

DIAGNOSIS (If Chg'd) R/o cold symptoms

Sudafed 60mg PO Bid x 5 days
CTM 4mg PO Bid x 5 days
Salt water gargle Bid x 5 days

per protocol

D Richardson
DELLA RICHARDSON, LPN
NBDC

---

INMATE NAME: Hicks, William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA

CRYSTAL CHAMBERS, RN
NBDC

C Chambers
5/15/95

Use Second    Date 9/5/95

DIAGNOSIS (If Chg'd)

LiCO₃ 600 PO bid (liquid)    Till 10/6
Sinequan 100 PO bid (liquid)
Li level on 9/15/95

J.G. Martin MD

Dr. John Martin
Psychiatrist - NBDC

---

INMATE NAME: Hicks, William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA

M Butch 8/31/95
M Butch 9/3/95
MARGARET BUTCH, RN
NBDC

Use First    Date 8/31/95

DIAGNOSIS

Glucovance 600 mg T.I.D. x 14 d.
Blue Ice Top Po'd x 14 d.
Obonax D

DR. WINTHROP C. DAV
STAFF PHYSICIAN - NBDC

VERONICA O'GONNER, PA
NBDC

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

---

INMATE NAME: Michs Williams
noted 11, 14, 95 2:30pm
Elma M Chefie
ELMA MC KENZIE, LPN
NBDC

ID #: BS 95 14533

D.O.B. 9/12/63

ALLERGIES: NKA

Use Last    Date 11/14/95

DIAGNOSIS (If Chg'd) 14° Headaches

Tylenol 2 tab po PRN q 4 - 6 hrly
Per order.

M Chefie
Elma Chefie ELMA MC KENZIE, LPN
NBDC

---

INMATE NAME: Hicks Williams

ID #: BS 95-14533

Noted
EMN PODLOCHA RN
11/11/95
EVA. PODLOCHA, RN
NBDC

D.O.B. 9/10/63

ALLERGIES: NKA

Use Fourth    Date 11/11/95

DIAGNOSIS (If Chg'd)

Thorazine 100 mg po bid    till 12/12

T.J. Martin MD

**Dr. John Martin**
Psychiatrist - NBDC

---

INMATE NAME: Hicks Williams

ID #: BS 9514533

Noted
Kathrine Pierson
KATRINE PIERSON

D.O.B. 9/19/63

ALLERGIES: NKA

Use Third    Date 10/28/95

DIAGNOSIS (If Chg'd)

Transfer to Forensic Mental
Health
to Dr. Linda Karmen / KARMEN

DR. WINTHROP C. DA
STAFF PHYSICIAN -

---

INMATE NAME: Hicks William

ID #: BS95-14533

Noted
Calista Chukwu RN
10/28/95 7am
CALISTA CHUKWU, RN
NBDC

D.O.B. 9/10/63

ALLERGIES: NKA

Use Second    Date 10/28/95 @ 5:05 Am

DIAGNOSIS (If Chg'd)

D/c Suicide Watch

T.J. Martin MD

**Dr. John Martin**
Psychiatrist - NBDC

---

INMATE NAME: Hicks, William

ID #: BS 95 4533
noted Doss RN
visited RN
10/27/95
L. Doss 10/27/95

D.O.B. 9/10/63

ALLERGIES: NKDA

Use First    Date 10/27/95    1:50 pm

DIAGNOSIS

- Suicidal Watch
- BSO to monitor Q 15'
- RN Q 10°

J mia

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

CC 022

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

| INMATE NAME: Hicks William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS 95-14533 | 1 Sinequan 100 mg PO QHS Fill 2/8/96 |
| noted 1/7/96 2:10 P | |
| D.O.B. 9/10/63 Elma McKenzie LPN | Jay Martin M.D. |
| ALLERGIES: None Elma McKenzie LPN NBDC | Dr. John Martin Psychiatrist – NBDC |
| Use Last    Date 1/7/96 | noted |

| INMATE NAME: Hicks - William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS95 14533 | Tylenol Tabs II Po |
| | mg 40 Prn Your d/n |
| D.O.B. 9/10/63  Joy Brien 830 | x 7 days - |
| ALLERGIES: none | Per Protocol |
| Use Fourth    Date 1/4/96  JOY BRIEN, RN NBDC | J.A.Brown |

| INMATE NAME: Hicks William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS 95 14533 | D/c Trilafon |
| | Sinequan 75 mg Po QHS till 1/16/96. |
| D.O.B. 9/10/63  12/16/95 LP | J. G. Martin Dr. D. |
| ALLERGIES: NKA | Dr. John Martin Psychiatrist – NBDC |
| Use Third    Date 12/16/95  FLORENCE DEMOSTHENES, RN NBB | |

| INMATE NAME: Hicks William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS95-14533  noted Richardson 12/9/95 930 | R/o cold - |
| | Salt water gargle Bid x5 day |
| | C Touching po Bid x5 days |
| D.O.B. 9/10/63 | Sudafed 60mg po Bid x5 day  protocol |
| ALLERGIES: NKA  DELLA RICHARDSON, LPN NBDC | Tylenol II po Bid x5 days |
| Use Second    Date 12/9/95 | Della Richardson, LPN NBDC |

| INMATE NAME: Hicks William | DIAGNOSIS |
|---|---|
| ID #: BS 95-14533  noted 11/18/95 10 AM | Trilafon 8 mg Po QHS till 12/18/95 |
| Elma McKenzie LPN | D/c Thorazine |
| D.O.B. 9/10/63 | J.G. Martin M.D. |
| ALLERGIES: NKA  ELMA MC KENZIE, LPN NBDC | Dr. John Martin Psychiatrist – NBDC |
| First    Date 11/18/95  Elma McKenzie LPN | |

**EMSA** *CORRECTIONAL CARE*

## PHYSICIAN'S ORDERS

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS9514533 | p. Naproxen 500 mg P.O. BID x 10 days |
| D.O.B. 9/10/63 | noted 2.6.96 1400 |
| ALLERGIES: NKA | BSAllergy BSAllergy |
| Use Last    Date 2/6/96 | John Ganis, P.A. NBDC  DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC |

| INMATE NAME: Hicks  William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS9514533 | D/c Sinequan |
| noted 2/6/96  9 AM | Jy. martin M.D. |
| D.O.B. 9/10/63 | Elma McKenzie LPN |
| ALLERGIES: NKA   ELMA MC KENZIE, LPN NBDC | Dr. John Martin Psychiatrist - NBDC  ELMA MC KENZIE, LPN NBDC |
| Use Fourth    Date 2/6/96 | |

| INMATE NAME: Hicks William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS9514533 | Weigh Qweek x 4 (Clinic scale) notify clinic of weight gain |
| D.O.B 9/10/63    noted 1/23/96 | JEANNE M. GANIS, RN NBDC |
| ALLERGIES: NKA   JEANNE M. GANIS, RN NBDC | Jeanne M. Ganis |
| Use Third    Date 1/23/96 | |

| INMATE NAME: Hicks Wm. | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS95-14533 | Lasix 40 mg p.o. QAM x 30D. |
| VICKY ?, RN NBDC | KCl 30 mEq QAM x 30D. |
| D.O.B. 9/10/63   3/1/96 | SMAC 24, CBC > R/S cont 7 done |
| ALLERGIES: NKA | RTC 7D  (2/7/96) |
| Use Second    Date 1/31/96  12/44 | DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC |

| INMATE NAME: HICKS, William | DIAGNOSIS  Headache |
|---|---|
| ID #: BS9514533 | Tylenol tabs 2 Po q 4° PRN x 7 days per Protocol |
| noted | Valerie Northborough, RN |
| D.O.B. 9/10/63 | |
| ALLERGIES: NKA | |
| First    Date 1/14/96 | |

**EMSA CORRECTIONAL CARE**

### PHYSICIAN'S ORDERS

---

INMATE NAME: Hick, William
ID #: BS95145)  2/21/96
                1100
                noted
D.O.B. 9/10/63  groasp
ALLERGIES: N/A

GAIL WASHINGTON, LPN
MAIN JAIL

Use Last      Date 2/21/96

DIAGNOSIS (If Chg'd)
① Soft diet x 2 wks
② Motrin 600g pot i d x 2 wks
③ Follow up with dental in 2wks

Wattheus.

---

INMATE NAME: Hicks William
ID #: BS95 1453  2/21/96
                1100
                noted
D.O.B. 9/10/63  groasp
ALLERGIES: N/A

GAIL WASHINGTON, LPN
MAIN JAIL

Use Fourth    Date 02/21/96

DIAGNOSIS (If Chg'd)
① Mandible Series to August
xrays

X-RAY COMPLETE
DATE 2-21-96 INITIAL
WAYNE EVANS
X-RAY TECHNOLOGIE

---

INMATE NAME: Hicks William
ID #: BS951453
                Noted
D.O.B. 9/10/63  HD 201735
ALLERGIES: NKA  H. Doyle

DR. N. POSNER
STAFF PHYSICIAN MAIN JAIL

Use Third    Date 2-18-96

DIAGNOSIS (If Chg'd)
F + g zygomatic arc
Reflex Sonny po Tid x7
DC Darvocet
Tylenol #3 ii tablets po
qid fo x5 day
Refer to Dentist

---

INMATE NAME: Hicks, Bill
ID #: BS9514533  noted d/5/96
                5000
D.O.B. 9/10/63  M. Cooper RN
ALLERGIES: NKA  Melissa Cooper, LPN
                Mail Jail

Use Second   Date 2/15/96

DIAGNOSIS (If Chg'd)
1 Darvocet N 100 # PO TID x 7day
X-Ray ® orbit inc zygoma

Dailber   D. WADE CHATFIELD
                P.A. - C. MAIN JAIL
X-RAY COMPLETED
DATE 2-19-96 INITIAL Evans RT   MANUELA P. PAREDES, M.D.
WAYNE EVANS (Mo)        BHC 2-28
X-RAY TECHNOLOGIST

---

INMATE NAME: Hicks, Wm.
ID #: BS95-1453
                MARGARET BUTLER
                NBGDC RN
D.O.B. 9/10/63
ALLERGIES: NKA

Use First     Date 2/9/96   1#4

DIAGNOSIS
X-RAY COMPLETED
DATE 2-9-96 INITIAL WB
WAYNE EVANS WB
X-RAY TECHNOLOGIST

1) X-Ray - ® Jaw
   ice to face x 24 hrs.
2) √ Motrin 800 mg po Tid x 5 E
3) √ SMAC-24 fo 2/12/96    SB
4) √ RTC TO fo Suture
   removal 2/16
DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC
mar done

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

| | |
|---|---|
| INMATE NAME: _Hicks William_<br>ID #: _BS95 14533_<br><br>D.O.B. _9/10/63_<br>ALLERGIES: _NKA_<br>Use Last    Date _3/28/96_ | DIAGNOSIS (If Chg'd)<br>Tylenol II po TID for 3 day |
| INMATE NAME: _Hicks, William_<br>ID #: _B14514 533_  3/27/96<br>1000A<br>noted<br>D.O.B. _4/10/63_  Quason?<br>ALLERGIES. _NKA_<br>GAIL WASHINGTON, LPN<br>MAIN JAIL<br>Use Fourth    Date _3/27/96_ | DIAGNOSIS (If Chg'd)<br>Flexeril 10 x po t-id x 2 wks<br><br>T. WEATHEN |
| INMATE NAME: _Hicks, William_<br>ID #: _BS95 14533_  noted 7P<br>HD 3/20 96<br>D.O.B. _9/10/63_  H. Davie au<br>ALLERGIES: _NKA_<br><br>Use Third    Date _3/22/96_ | DIAGNOSIS (If Chg'd)<br>Soft Diet 3000 cal. tid x 5 days.<br>or until seen by oral surgeon.<br>S. Fearon DMD. |
| INMATE NAME: _Hicks, William_<br>ID #: _BS95 14533_  3/15/96<br>0930<br>noted<br>D.O.B. _9/10/63_  Quason?<br>ALLERGIES: _NKA_<br>GAIL WASHINGTON, LPN<br>MAIN JAIL<br>Use Second    Date _3/15/96_ | DIAGNOSIS (If Chg'd)<br>Naprosyn 500mg Po t.o x 10<br>Zygomatic Arch (Rt.) Radiograph<br>**X-RAY COMPLETED**<br>DR. JACK CLINE    DATE 3-26-96 INITIAL<br>Director of Dentistry - Main Jail<br>WAYNE EVANS<br>X-RAY TECHNOLOGIST |
| INMATE NAME: _Hicks William_<br>ID #: _BS95 14533_<br><br>D.O.B. _9/10/63_<br>ALLERGIES: _NKA_<br>Use First    Date _3/14/96_ | DIAGNOSIS<br>(R) Facial FXS (Zygoma)<br>— Tylenol II P.O. TID prn H/A x 3<br>— Flexeril 10 x TID prn pain x 3 wk |

CC 006

**EMSA** **CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

| INMATE NAME: Hicks William | DIAGNOSIS (If Chg'd) Cold |
|---|---|
| ID #: BS9514533 | Sudafed 60mg BID X 50 |
| D.O.B. 9/10/53 *noted* | CTM 4mg + T BID X 3d |
| ALLERGIES: NKA | T/C 6x x PCN Colace BID X 5d |
| | LORRAINE KAYSTOPHER, LPN MAIN JAIL |
| Use Last    Date 5/18/96 | Per Protocol |

LORRAINE KAYSTOPHER, LPN MAIN JAIL

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BJ951453 | Rt. Zygomatic Arch Series |
| D.O.B. 9/10/53 | |
| ALLERGIES: NKA | **X-RAY COMPLETED** DATE 5/3/96 INITIAL |
| | DR. JACK CLINE    WAYNE EVANS |
| Use Fourth    Date 5/3/96 | Director of Dentistry - Main Jail    X-RAY TECHNOLOGIST |

BARRA ROSS LPN MAIN JAIL

| INMATE NAME: Hicks, W. | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS 95 14533 | Terminate @ FU |
| D.O.B. 9/10/ | |
| ALLERGIES: NKDA | DR. MEL LIMIA STAFF PSYCHIATRIST, MAIN JAIL |
| Use Third    Date 4/30/96 | |

VIRGILIO IBAY, RN BA MAIN JAIL

| INMATE NAME: Hicks, Williams | DIAGNOSIS (If Chg'd) R ZMC Fx, R TMJ |
|---|---|
| ID #: BS9514533 *noted* | - Flexeril 10mg P.O. TID prn X 3 |
| D.O.B. 9/10/63 | - Midrin # P.O. BID prn X 30 |
| ALLERGIES: NKA | - F/u @ OMF surgi in 1 wk as scheduled |
| Use Second    Date 4/22/96 | DR. CRAIG HECKER STAFF PHYSICIAN |

| INMATE NAME: Hicks, W. | DIAGNOSIS |
|---|---|
| ID #: BS 95 | RTC 1 mo. |
| D.O.B. 9/1/63 | |
| ALLERGIES: NKDA | DR. MEL LIMIA STAFF PSYCHIATRIST, MAIN JAIL |
| Use First    Date 3/29/86 | |

VIRGILIO IBAY, RN BA MAIN JAIL

CC 022

**EMSA ≠ CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, Wm
ID #: BS9614533    noted 10-10-96    7-15-96 Extended per LIOUTIE GORDON
D.O.B. 9/10/63
ALLERGIES: NKA

Use Last    Date 7/15/96

DIAGNOSIS (If Chg'd)    RTO Painful Ankle.

Blue Ice q/d x 10 days
Per Protocol / L Gorden RN
/LIOUTIE GORDON

---

INMATE NAME: Hicks, William
ID #: BS 9514533    noted 6-20-96    Wintrob 906pm    MARGARET BUTCH, RN    NBDC
D.O.B. 9/10/63
ALLERGIES: NKA    143

Use Fourth    Date 6/20/96    mar done

DIAGNOSIS (If Chg'd)
Midrin II tab po Bid prn x30d
Motrin 800 mg po Bid x30d
Flexeril 10 mg po Bid x30d
Soft diet SLB
VERONICA DOCHTER PA
NBDC
DR. WINTROB — DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks William
ID #: BS9514533    C Chukwu RN 6/17/86/0Am
D.O.B. 9/10/63
ALLERGIES: NKA
CALISTA CHUKWU, RN NBDC

Use Third    Date 6/17/96

DIAGNOSIS (If Chg'd)
Zoloft 50 mg po bid till 7/28/96
July Martin MD
Dr. John Martin
Psychiatrist - NBDC

---

INMATE NAME: Hicks, William
ID #: BS9514533    noted 6/24    Gail Dench RN Main Jail
D.O.B. 9/10/63
ALLERGIES: NKDA

Use Second    Date 6/24/96

DIAGNOSIS (If Chg'd)    TMJ / Headaches
- Midrin II P.O. BID prn H/A x 30d
- Motrin 800 BID prn H/A x 30d
- Flexeril 10 mg BID prn H/A/pain x 30 days
DR. CRAIG UECKER
STAFF PHYSICIAN

---

INMATE NAME: Hicks William
ID #: BS 95    VIRGILIO IBAT, RBA MAIN JAIL 3
D.O.B. 9/ 61 noted 5/20/96 5pm
ALLERGIES: NKDA    5/20/96 5pm

Use First    Date 5/20/96    4pm

DIAGNOSIS    Dep
Zoloft 50 mg po BID. 30 days
RTC 1 mo
Limia MD
DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, Willie
ID #: BS 951 4 533
D.O.B. 9, 10, 63
ALLERGIES: NKA
Use Last   Date 8/16/96

DIAGNOSIS (If Chg'd)   Meds Renewal
Midrin II tabs po Bid prn x 30d

MANUELA F. DESCEPEDES, M.D.
Main Jail Bureau

VERONICA O'CONNER, PA
NBDC

---

INMATE NAME: Hicks Willie
ID #: BS 951 4533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Fourth   Date 8/16/96

DIAGNOSIS (If Chg'd)
Xray 1 Mandible   MANUELA F. DESCEPEDES, M.
Main Jail Bureau
2. Facial bones
3. FHS intact

X-RAY COMPLETED
DATE: 8/16   INITIAL

X-RAY TECHNOLOGIST

---

INMATE NAME: Hicks William
ID #: BS 9514533
D.O.B. 9/10/63
ALLERGIES: NKA

DENISE COGAN
RN-MAIN JAIL BUREAU

Use Third   Date 8/15/96

DIAGNOSIS (If Chg'd)
1. Dental Referral. Idone po 8/20

JOHN CATANO,
NBB

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks William
ID #: BS 9514 533
D.O.B. 9/10/63
ALLERGIES: N.A

CALISTA CHUKWU, RN
NBDC

Use Second   Date 7/26/96

DIAGNOSIS (If Chg'd)
Zoloft 50 g 1° bid

Dr. John Martin
Psychiatrist - NBDC

---

INMATE NAME: Hicks Willie
ID #: BS 9514533
D.O.B. 9/10/63
ALLERGIES: 

Use First   Date 7/22/96

BRIEN, RN
NBB

DIAGNOSIS
Motrin 800 mg
x 30 Days
Midrin II Tabs P.o.
Bid Prn x 15 Days
Fletarin 10mg P.o. Bio
x 30 Days
DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

BRIEN, RN
NBB

**EMSA** CORRECTIONAL
CARE

## PHYSICIAN'S ORDERS

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS9514533 | Clear Nasal Spray ‼ sprays ea. |
| D.O.B. 9/10/63 | nostril BID + 3BID |
| ALLERGIES: NKA | Refusal signed. |
| Use Last    Date 9/11/96 | Olanco |
| | DR. WINTHROP C. DAVIS |
| | STAFF PHYSICIAN - NBDC |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS9514533 | Flexeril 10 mg po B.d x 14 days |
| D.O.B. 9/10/63 | Motrin 800mg po B.d x 14 days |
| ALLERGIES. NKA | DR. GLENN PEARSON |
| Use Fourth    Date 9/19/96 | DENTIST |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) RN X-r of Townes & SMV positi |
|---|---|
| ID #: | |
| D.O.B.    /    / | X-RAY COMPLETED |
| | DATE 9-9-96 INITIAL WE |
| ALLERGIES: | WAYNE EVANS (WB) |
| | X-RAY TECHNOLOGIST |
| Use Third    Date 9/9/96 | JOHN CATANO, P.A. NBB |
| | DR. WINTHROP C. DAVIS |
| | STAFF PHYSICIAN - NBDC |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) Dental |
|---|---|
| ID #: BS9514533 | Flexeril 10 mg po B.d x 14 days |
| D.O.B. 9/10/63 | Motrin 800mg po B.d x 14 days |
| ALLERGIES. NKA | DR. GLENN PEARSON |
| Second    Date 8/29/96 | DENTIST |
| | Double mars done / meds ordered    EE RN |

| INMATE NAME: Hicks William | DIAGNOSIS |
|---|---|
| BS9514533 | Zoloft 50mg po bid Ill 10/4/96 |
| 9/10/63 | TJ Martin M.D. |
| GIES: NKA | Dr. John Martin |
| | Psychiatrist - NBDC |

**EMSA** *CORRECTIONAL CARE*

## PHYSICIAN'S ORDERS

| INMATE NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | |

| INMATE NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | |

INMATE NAME: Hicks, William
ID #:

DIAGNOSIS (If Chg'd) p. x-n of townes of SMV positi

X-RAY COMPLETED
DATE: 9/9/96 INITIAL WE
WAYNE EVANS (NB)
X-RAY TECHNOLOGIST

**JOHN CATANO, P.A.**
**NBB**
Catano

D.O.B.    /    /
ALLERGIES:

Use Third    Date 9/9/96

---

INMATE NAME: Hicks, William
ID #: BS95/4533
D.O.B. 9/10/63
ALLERGIES: NKA

note from
EVELYN ESPINOSA, RN
NBB/73
8/29/96
1605

DIAGNOSIS (If Chg'd) Dental

Flexeril 10 mg po Bid x 14 days
Nuprin 800 mg po Bid x 14 days

**DR. GLENN PEARSON**
**DENTIST**

Use Second    Date 8/29/96    Double mars done / meds ordered    EE RN

---

INMATE NAME: Hicks William
ID #: BS95 14 533
D.O.B. 9 11 0 163
ALLERGIES: N.K.A.

CRYSTAL CHAMBERS, RN
NBDC

DIAGNOSIS
Zoloft 50 po bid Till 10/4/96.
T.G. Martin M.D.

**Dr. John Martin**
**Psychiatrist - NBDC**

Use First    Date 8/27/96

CC 006                                                                 7/94

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

**INMATE NAME:** Hicks, Will
**ID #:** BS 95 14 533
**D.O.B.** 9/10/63
**ALLERGIES:** NKA
**Use Last** Date 10/31/96

WANDA PAROUETTEN NBB

**DIAGNOSIS (If Chg'd)**
Motrin 800 mg po TID X 30 d
Please give last dose before bed
Flexril 10 mg TID po X 30 (please
give c̄ Motrin)
Motrin ī tabs po Bad pain
mtx X 30 d

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NB

---

**INMATE NAME:** Hicks William
**ID #:** BS 95 14 533
c. chukwu 10/14/96 1 AM
**D.O.B** 9/10/63
**ALLERGIES:** NCCA   10 Am
**Use Fourth** Date 10/14/96

CALISTA CHUKWU, RN
NBDC

**DIAGNOSIS (If Chg'd)**
D/c INDOCIN —
Parafone forte 2 Tabs po TID X 30D.
D/c Tagamet —

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

**INMATE NAME:** Hicks, William
**ID #:** BS 95-14 533   10/9
noted 2 pm
**D.O.B.** 9/10/63
**ALLERGIES:** NKA
10/8/96
DENISE COGAN
DENTAL/JAIL BUREAU
done

**DIAGNOSIS (If Chg'd)**
INDOCIN 50 mg o. Ø.I.D. X 14D.
INDERAL LA 80 p.o. Qam X 14D.
TAGAMET 400 QHS X 14
RTC 7 days > 10/16
HOLD MOTRIN / HOLD FLEXERIL
EAC 24, Renew CBC, UA.

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

**INMATE NAME:** Hicks, William
**ID #:** BS 95/4533
Sharon Reynolds noted 10-8-96
**D.O.B.** 9/10/63
**ALLERGIES:** NKA
**Use Second** Date 10/10/96

SHARON REYNOLDS, RN
NBB

**DIAGNOSIS (If Chg'd)**
1. Flexeril 10 mg P.O. BID X 2 weeks (Rx 2)
2. Motrin 800 mg P.O. BID X 2 weeks (Rx 2)

JOHN CATANO, P.A.
NBB

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

**INMATE NAME:** Hicks, William
**ID #:** BS 95 14 533
C. chukwu 9/23/96 7:35 AM
**D.O.B.** 9/10/63
**ALLERGIES:** NKA
**First** Date 9/23/96

CALISTA CHUKWU, RN
NBDC

**DIAGNOSIS**
zoloft 50 p PObid till 10/26/96

TJ. Martin M.D.

Dr. John Martin
Psychiatrist - NBDC

---

006

**EMSA** CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

| | |
|---|---|
| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
| ID #: BS 9514533 | Donnatol ii tabs po Bid X 10d |
| D.O.B. 9/10/6 MARGARET BUTCH, RN NBDC | VERONICA O'CONNOR, RN NBDC |
| ALLERGIES: NKA | DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC |
| Use Last   Date 11/8/96  2H1 | Mar done |

| | |
|---|---|
| INMATE NAME: HICKS, William | DIAGNOSIS (If Chg'd)  Pre op for UGI Series |
| ID #: BS 9514533 | |
| | Valerie Mindle, RN North Broward   Clear legs Po tmoc |
| D.O.B. 9/10/63 | per Protocol 1V. Valerie Mindle, RN North Broward |
| ALLERGIES. NKA | |
| Use Fourth   Date 11/5/96 | |

| | |
|---|---|
| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
| ID #: BS 9514533 | Zoloft 50mg Bid po until 11/25/96 |
| D.O.B. 9/10/63 | |
| ALLERGIES: NKDA - | T. P. CAO, MD Psychiatrist |
| Use Third   Date 10/21/96 | |

| | |
|---|---|
| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
| ID #: BS 95 14533 | ① Change TIGAN to 250 mg PO |
| | Q 8 h' X 5 days |
| D.O.B. 9/10/63 | 10/22/96 2P |
| noted CC Chambers RN CRYSTAL CHAMBERS, RN NBDC | DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC |
| ALLERGIES: NKA | |
| Use Second   Date 10/22/96 | |

| | |
|---|---|
| INMATE NAME: Hicks, William | DIAGNOSIS |
| ID #: BS 9514533 | TIGAN 200 mg PO Q8h X 5d |
| | Tagamet 400 mg q hs X 30 d |
| D.O.B. 9/10/63 | |
| ALLERGIES: NKA WANDA BIRCHETTE, RN | WINTHROP C. DAVIS PHYSICIAN - NBDC |
| Use First   Date 10/21/96 | MAR |

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks, Wm
ID #: BS 9514533
D.O.B. 9 / 10 / 63
ALLERGIES: NKA
Use Last    Date 12 20 96

DIAGNOSIS (If Chg'd) Tooth Extraction

Darvocet N 100 Ī po tid x 4 days
No Motrin while on Darvocet.

DR. GLENN PEARSON
DENTIST

---

INMATE NAME: Hicks, William
ID #: BS9514533
D.O.B. 9 /10/ 63
ALLERGIES: NKA
Use Fourth    Date 12 9 96

DIAGNOSIS (If Chg'd)
1. Keflex 500 mg p.o. tid x 10 days
2. Indocid 60 mg p.o. BID x 5 d.

JOY BRIEN, RN
NBB

JOHN CATANO, P.A.
NBB

DR. WINTHROP E. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks, William
ID #: BS 9514533
D.O.B. 9 /10/ 63
ALLERGIES: NKA
Use Third    Date 12 5 96

DIAGNOSIS (If Chg'd) Meds Renewal

Flexiril 10 mg TID po x 30 d.
Motrin 600 mg po TID x 30 d

MARGARET B. RICH, RN
NBDC

mar done

DR. WINTHROP E. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks William
ID #: BS 9514533
D.O.B. 9 /10/ 63
ALLERGIES: NKA
Use Second    Date 11 21 96

DIAGNOSIS (If Chg'd) Med Renewal
Tagamet 200 mg po qhs x 60 d.
Motrin 600 mg po TID x 30 d
Flexiril 10 mg TID po x 30 d
Midrin II tabs po Ī x 30 d
R x 1

WANDA BRICHETTEN
NBB

DR. WINTHROP E. DAVIS
STAFF PHYSICIAN - NBDC

mar

---

INMATE NAME: Hicks William
ID #: BS 9514533
D.O.B. 9 /10/ 63
ALLERGIES: NKA
Use First    Date 11 20 96

DIAGNOSIS
Zoloft 50 mg po bid    till 12/23/96

noted 1:30 P
11-20-96
B McKenzie LPN

ELMA MC KENZIE, LPN
NBDC

Dr. John Martin
Psychiatrist - NBDC

C 006

CMSA CORRECTION. _
+ CARE

## PHYSICIAN'S ORDERS

| INMATE NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: Hicks, William, noted | Zoloft 100 mg a.m po till 2/19/97 |
| BS951A533  M.Richardson | |
| D.O.B. 9, 10, 63  1/19/97 | |
| ALLERGIES. NKDA  lof | T-cacpeawn. |
| DELLA RICHARDSON, LPN  NBDC | T-CAC MD |
| Use Last    Date 1/19/97 | |

| INMATE NAME: Hicks william | DIAGNOSIS (If Chg'd) RO sinusitis |
|---|---|
| ID #: BS9514533 | Achefel + po bid x 5days |
| C. chulak 1/2/97 8pm | per protocol — Calista Chukwu |
| D.O.B. 9/10/63 | |
| ALLERGIES: NKA  CALISTA CHUKWU, RN  NBDC | CALISTA CHUKWU, RN  NBDC |
| Use Fourth   Date 1/2/97 | |

| INMATE NAME: Hicks William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS9514533 | 1. D/C med tube C.C. |
| noted SHERRY PANNELL RN | 2. Begin Tylenol # po Tid |
| NBB 1/8/97 | prn pain x 30 d. |
| D.O.B. 09/10/63 | 3. Begin Tequin tab po Ged |
| ALLERGIES: NKA | x 30 D. |
| Use Third    Date 1/8/97 | 4 left med renewal 1/18/97 |
| | DR. WINTHROPE- DAVIS STAFF PHYSICIAN - NBDC |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) med renewal |
|---|---|
| ID #: BS9514533  noted | Motrin 600 mg TID x 30 days |
| Susan L Harrison | |
| D.O.B. 9/10/63  SUSAN L. HARRISON, R.N. NBDC | |
| ALLERGIES: NKA  1/7 | DR. WINTHROPE- DAVIS STAFF PHYSICIAN - NBDC |
| Use Second   Date 1/7/97  SSO P | |

| INMATE NAME: Hicks William | DIAGNOSIS |
|---|---|
| ID #: BS9514533 | Zoloft 50 mg po bid till 1/23/97 |
| noted 3 p | |
| 12/22/96 | J. Martin MD |
| D.O.B. 9/10/63 | Dr. John Martin |
| ALLERGIES: NKA  B.McKenzie LPN | Psychiatrist - NBDC |
| MCKENZIE LPN | |
| Use First   Date 12/22/96  ELMA  N BDC. | |

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks W.

ID #: BS 95 145 33

D.O.B. 9 10 63    3. MAIN JAIL
VIRGILIO IBAY, RN BA    Noted

ALLERGIES: NKDA

Use Last    Date 3 / 7 / 97

DIAGNOSIS (If Chg'd)
Renew
20 mg T 100 mg po AM . 30 d
dinner

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

INMATE NAME: Hicks Williams

ID #: BS9514533

D.O.B. 9/10/63

ALLERGIES: NKA

Use Fourth    Date 1/11/97

DIAGNOSIS (If Chg'd)

Darvocet N 100 T po TID prn
X 5 days

JERRENE R. PRANTLEY, RN
HEAD NURSE - MJB

DR. N. MERCIER
STAFF PHYSICIAN - MJB

---

INMATE NAME: Hicks, William

ID #: BS9514533

D.O.B. 9/10/63

ALLERGIES: NKA

Use Third    Date 2/7/97

DIAGNOSIS (If Chg'd)    TMJ

– Flexeril 10 mg P.O. TID X 30 days
– OMF / Dr. Elliott, ASAP
– Darvocet N-100 T TID prn pain X 4 days

DR. CRAIG UECKER
STAFF PHYSICIAN

---

INMATE NAME: Hicks W.

ID #: BS 95 145 33

D.O.B. 9 10 63
VIRGILIO IBAY, RN BA
MAIN JAIL

ALLERGIES: NKDAL

Use Second    Date 2/11/97

DIAGNOSIS (If Chg'd)
Renew
20 mg T 100 mg p AM 30 day
dinner

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

---

INMATE NAME: Hicks William

ID #: BS 9514 533

D.O.B. 9/10/63
EVELYN ESPINOSA, RN
NBB

ALLERGIES: NKA

Use First    Date 1/21/97

DIAGNOSIS
Sudafed II tabs po bid X10d
Midrin II tabs po bid prn X30d Rx 2
DC Tylenol II tabs po TID
Tylenol II tabs po TID X30d Rx 1
2800 Cal diet

DR. STAFF PHYSICIAN - MJB

225

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

INMATE NAME:

ID #:

D.O.B.       /     /

ALLERGIES:

Use Last       Date     /     /

DIAGNOSIS (If Chg'd)

---

INMATE NAME:

ID #:

D.O.B.       /     /

ALLERGIES.

Use Fourth       Date     /     /

DIAGNOSIS (If Chg'd)

---

INMATE NAME: Hicks, Wm

ID #: BS5514533

D.O.B. 9/10/63

ALLERGIES: Ø

Use Third       Date 4/3/57   10AM

Noted
L. Ivory RN
4/3/97

DIAGNOSIS (If Chg'd)

Renew:
Zoloft 100 mg p Am x30d

p Dr. Liston / C 1543 RN
Ð - Liston.

---

INMATE NAME: Hicks, William

ID #: BS9514533

D.O.B. 9/10/63

ALLERGIES: None

Use Second       Date 3/29/97

Noted
3/29/

DIAGNOSIS (If Chg'd) TMJ ® maxillary fx
xtra pillow & mattress
Darvocet N100 1 tab PO q8° PRN x30d
Flexeril 10 mg PO q8° PRN x 30d

**DR. MICHELE SMITH, DO**
**NBB**

Refer to dentist.      Michele Smith DO

---

INMATE NAME: Hicks William

ID #: BS9574533

D.O.B. 9/10/63

ALLERGIES: NKA

Use First       Date 3/7/97

Noted
3/31/

AILEEN MOORE, RN
MAIN JAIL BUREAU

DIAGNOSIS       TMJ

- Flexeril 10mg PO. TID x 30 days
- Darvocet N-100 ī TID prn pain x 4 days

AILEEN MOORE, RN
MAIN JAIL BUREAU

**DR. CRAIG UECKER**

**EMSA** **CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks, William
ID #: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKD

Use Last   Date 8/18/97

*noted 2000 8/18/97 1140 [?] KAREN OCHELTREE, RN MAIN JAIL BUREAU*

DIAGNOSIS (If Chg'd)   Chronic H/o, TMJ pain
— 2800 Kcal diet
— Flexeril 10mg P.O. TID prn pain x 3wks
— Midrin II P.O. BID prn H/A x 3wks
— Medical pass for extra pillow

*[signature] STAFF PHYSICIAN*

---

INMATE NAME: Hicks, William
ID #: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKA

Use Fourth   Date 8/11/97

*1B3⁵ noted & initialed 8/11/97 [?] EDITH WRIGHT, RN MAIN JAIL*

DIAGNOSIS (If Chg'd)
1. Amoxicillin 500 mg po tid x 10 days
2. Midrin 600 mg po tid x 10 days

*[signature] DR. GLENN PEARSON NBDC/Main*

---

INMATE NAME: Hicks, Wm
ID #: BS9717076
D.O.B. 9.19.63
ALLERGIES: NKA

Use Third   Date 8/4/97

*BARBARA CODRINGTON, RN MAIN JAIL BUREAU*

DIAGNOSIS (If Chg'd)   Tam all out today
Tylenol 2 tabs Po TID PRN
x TD

*[signature] BARBARA CODRINGTON, RN MAIN JAIL BUREAU*

---

INMATE NAME: Hicks, William
ID #: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKA

Use Second   Date 7/29/97

*noted D. Richardson 7/29/97 DELLA RICHARDSON NBDC*

DIAGNOSIS (If Chg'd)
Tylenol 2 tabs po tid prn x 5 D prn protocol
D. Richardson

*DELLA RICHARDSON, L.P. NBDC*

---

INMATE NAME: Hicks, William
ID #: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKA

Use First   Date 7/17/97

*KRISTINE BRUNO, LPN MAIN JAIL*

DIAGNOSIS
To NBDC 122 H/a

*[signature] DR. MEL LIMA PSYCHIATRIST, STAFF MAIN JAIL*

---

022

7/94

**EMSA** CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID#: BS97170 76 | Per HSA remove from single cell. |
| D.O.B. 9/19/63 | also sent to classification |
| ALLERGIES: NKA | per HN |
| Use Last    Date 10/1/97 | KAREN MIZRAHY, P.A.C. MAIN JAIL BUREAU |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID#: BS97170 76 | To Dr Uecker this PM. |
| D.O.B. 9/19/63 | X-RAY COMPLETED ELIZABETH ENGESSER |
| ALLERGIES: NKA | Nasal X-ray done DATE: 9-26-97 X-RAY TECH - MJB |
| Use Fourth    Date 9/26/97 | INITIAL _____ MIZRAHY, P.A.C. JAIL BUREAU |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) Nasal fx. |
|---|---|
| ID#: BS97170 76 | Ocean spray (nasal) ii sprays each |
| D.O.B. 9/19/63 MARILYN GEORGE RN-MAIN JAIL BUREAU | nostril bid prn X14d. |
| ALLERGIES: NKA | Cont motrin as noted below. KAREN MIZRAHY, P.A.C. MAIN JAIL BUREAU |
| Use Third    Date 9/24/97 | DR. N. UECKER STAFF PHYSICIAN - MJB |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) M. Smith DO DR. MICHELE SMITH, DO MJB |
|---|---|
| ID#: BS97170 76 | Relocation to single cell per HSA |
| D.O.B. 9/19/63 | Robaxin 500 mg po tid prn X10d = 1Rf. |
| ALLERGIES: NKA | Motrin ii po bid prn HA X30d = 1Rf |
| Use Second    Date 9/17/97 | To Dr Uecker this Fri 9/19 KAREN MIZRAHY, P.A.C. MAIN JAIL BUREAU Re: pt's fx. |

| INMATE NAME: Hicks, William | DIAGNOSIS    Med renewal. |
|---|---|
| ID#: BS97170 76 | Motrin 600 mg po tid prn. X30d. |
| D.O.B. 9/19/63 MARILYN GEORGE RN-MAIN JAIL BUREAU | = 1Rf. |
| ALLERGIES: NKA | KAREN MIZRAHY, P.A.C. MAIN JAIL BUREAU |
| Use First    Date 8/12/97 | DR. N. UECKER STAFF PHYSICIAN - MJB |

DC 022                                                                 7/94

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, William

ID #: BS9717076

D.O.B. 9/19/63

ALLERGIES: NKA

MARGUERITE BARNES
LPN-MJB
11/24
1:25

Use Last    Date 11/24/97

DIAGNOSIS (If Chg'd)

Midrin ÷ tid pq pm × 30 d.
Motrin 600 mg po tid prn × 30 d
Robaxin 500 mg po tid prn × 30 d
Flu ⎯ Dr. person in 1 ___

KAREN MIZRAHY, P.A.C.
MAIN JAIL BUREAU

---

INMATE NAME: Hicks W

ID #: BS9717076    noted

D.O.B. 9/19/63

MARILYN GEORGE
RN-MAIN JAIL BUREAU 11-8-97
3p

ALLERGIES: NKDA

Use Fourth    Date 11/8/97

DIAGNOSIS (If Chg'd)

Midrin ÷i PO 3/5 pm × 2 wks
Motrin 600 mg PO TID × 2 wks prn
Robaxin 500 mg afts × 2 wk
Elavir refill

WADE CHATFIELD
MAIN JAIL BUREAU

---

INMATE NAME: Hicks, W

ID #: BS 97 17076

VIRGILIO IBAY, RN, BS, CCHP
MAIN JAIL BUREAU

D.O.B. 9/19/63    noted

ALLERGIES: NKDA - Ibay
11/6/
9c

Use Third    Date NOV/ – 6/ 1997

DIAGNOSIS (If Chg'd)

Renew
Elavil 100 mg po PM. 30

Limia

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

INMATE NAME: Hicks. W.

ID #: BS 97 17076

VIRGILIO IBAY, RN, BS, CCHP
MAIN JAIL BUREAU

D.O.B. 9/19    noted
Ibay RN
10/8/97

ALLERGIES: NKDAL - Ibay RN

Use Second    Date 10/8/97    9:00 am

DIAGNOSIS (If Chg'd)

Elavil 100 mg po PM. 30 d
Limia
Limia MD

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

INMATE NAME: Hicks, William

ID #: BS9717076
noted
10/7 2020

D.O.B. 9/19/63

KAREN OCHELTREE, RN
MAIN JAIL BUREAU

ALLERGIES: NKA

Use First    Date 10/6/97

DIAGNOSIS ① ② F2(A) KS (cold)
→ Motrin 600 mg P.O. TID prn pain × 30 d
→ Midrin II P.O. BID prn H/A
    × 30 d
→ Robaxin 500 mg P.O. q HS × 30 days
→ CTM 4 g P.O. BID × 5 days

DR. CRAIG DECKER
STAFF PHYSICIAN

---

C 022

7/94

**EMSA** CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, William
ID #: BSG717076
D.O.B. 9/19/63
ALLERGIES: NKA

Use Last    Date 12/22/97

DIAGNOSIS (If Chg'd) *med renewal.*

Midrin 7 bid pogrx × 30d
Motrin 600mg r po tid prn × 14d
Robaxin 500mg po tid bid × 14d
Flexeril po prn × 14d

noted
W/plan
RN                    KAREN MIZRAHY, P.A.C.
EDITH WRIGHT RN         MAIN JAIL BUREAU

---

INMATE NAME: Hicks, William
ID #: BSG717076
D.O.B. 9/19/63
ALLERGIES: NKA

noted
M. Duncan LPN
MAXINE DUNCAN LPN
MAIN JAIL BUREAU

Use Fourth   Date 11/26/97

DIAGNOSIS (If Chg'd) Pain

① Analgesic balm BID × 7 dys
Protocol/M. Duncan LPN

MAXINE DUNCAN, LPN
MAIN JAIL BUREAU

---

INMATE NAME: Hicks W.
ID #: BSG717076
D.O.B. 9/19/63
ALLERGIES: NKDA

noted
L. Ibay RN
12/9/97

Use Third    Date 12/9/97    9a

DIAGNOSIS (If Chg'd)

↑ Elavil to 150 mg po QH.S.

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

VIRGILIO IBAY, RN, BS, CCHP
MAIN JAIL BUREAU

---

INMATE NAME: Hicks W.
ID #: BSG717076
D.O.B. 9/19/63
ALLERGIES: NKDA

noted
L. Ibay RN
12/4/97

Use Second   Date DEC - 4 1997    1 pm

DIAGNOSIS (If Chg'd)

Renew

Elavil 100 mg po QH.S. × 30d

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

VIRGILIO IBAY, RN, BS, CCHP
MAIN JAIL BUREAU

---

INMATE NAME: Hicks, William
ID #: BSG717076
D.O.B. 9/19/63
ALLERGIES: NKDA

noted
MARILYN GEORGE
RN MAIN JAIL BUREAU
11/26/97

Use First    Date 11/26/97

DIAGNOSIS Nasal flu

Entex La I tab po 5 d × 14 d

ANNE ADE, P.A.C.
MSB

DR. M. DERFLER
STAFF PHYSICIAN - MD

---

022                                         7/94

**CMSA CORRECTIONAL CARE**

**PHYSICIAN'S ORDERS**

---

INMATE NAME: HICKS, WILLIAM
ID #: BS971707
D.O.B. 9/19/63
ALLERGIES: NKDA    Diana Henry, RN NBB

Use Last    Date 2/11/98

DIAGNOSIS (If Chg'd)

① D/C Elavil orders
② Elavil 150mg po q PM X 30 days
③ EKG        weekly diet
④ 2800 Cal ADA c weekly Diet
    A.M. PERFILIO MD    A.M. PERFILIO, MD
                        NBB PSYCHIATRIST

---

INMATE NAME: Hicks, William
ID #: BS971707    Noted per R Taylor 2/5/98
D.O.B. 9/19/63
ALLERGIES: NKDA    JANET TAYLOR, LPN MAIN JAIL

Use Fourth    Date 2/5/98

DIAGNOSIS (If Chg'd)    Med renewal

Robaxin 500mg po tid prn X 30 d
Midrin ii po tid prn X 30 d
Tylenol 650mg po tid prn X 30 d
        DR. M DECKER STAFF PSYCHIATRIST
        ANNE ANDER, PA.C
        MJB

---

INMATE NAME: Hicks, William
ID #: BS971707    Noted L Ibay RN 2/5/98 9AM
D.O.B. 9/19/63    VIRGILIO IBAY, RN, BS, CCHP MAIN JAIL BUREAU
ALLERGIES: NKDA

Use Third    Date 2/5/98 9AM

DIAGNOSIS (If Chg'd)

Renew:
Elavil 160 mg po PM X 30 d

po. Dr. Liston / per    L Ibay RN
        DENNIS LISTON, M.D.
        PSYCHIATRIST - NBB

---

INMATE NAME: Hicks
ID #: BS971707 6    VIRGILIO IBAY, RN, BS, CCHP MAIN JAIL BUREAU
D.O.B. 9/19/63    Noted L Ibay RN 1/7/98
ALLERGIES: NKDA 1/7/98

Use Second    Date 1/7/97    100

DIAGNOSIS (If Chg'd)

Renew
Elavil 100 mg po PM 30 d
        Limia
1 PM        DR. MEL LIMIA STAFF PSYCHIATRIST, MAIN JAIL

---

INMATE NAME: Hicks W.
ID #: BS971707 6    noted per after 1/6/98 4P
D.O.B. 9/19/63
ALLERGIES: NKA    EDITH WRIGHT NP MAIN JAIL    DR...N DECKER STAFF PHYSICIAN - MJB

Use First    Date 1/6/98

DIAGNOSIS    prn
Robaxin ✓ prn po tid X 30 day
Midrin ii po tid prn X 30 day
Tylenol ii tabs po tid prn X 30 day

---

EC 022                                                              7/94

**EMSA** CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks, Wm
ID #: B 59717076
D.O.B. 9/19/63
ALLERGIES: NKA
Use Last    Date 2/27/98

Diana Henry, RN NBB 2/27/98

DIAGNOSIS (If Chg'd)

D/C Risperdal & Cogentin orders

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

---

INMATE NAME: Hicks, Wm
ID #: B 59717076
D.O.B. 9/19/63
ALLERGIES: NKA
Use Fourth    Date 2/20/98

Diana Henry, RN NBB 2/20/98

DIAGNOSIS (If Chg'd)

① D/C Risperdal orders
② Risperdal 2mg po tid X 30 days
③ Li₂CO₃ 300mg po tid X 30 days
④ On 2/27/98 get serum Lithium
   T₃-T₄-TSH, SMA₂₄

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

---

INMATE NAME: HICKS Wm.
ID #: B 59717076
D.O.B. 9/19/63
ALLERGIES: NKA
Use Third    Date 2/18/98

Diana Henry, RN NBB 2/18/98

DIAGNOSIS (If Chg'd)

① Cogentin 1mg po tid X 30 days
② D/C Elavil orders
③ Elavil 150mg po q HS X 30 days

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

---

INMATE NAME: HICKS, WILLIAM
ID #: B 59717076
D.O.B. 9/19/63
ALLERGIES: NKA
Use Second    Date 2/16/98    243

Valery Minderman North Broward 2/16/65

DIAGNOSIS (If Chg'd)

① D/C Risperdal orders
② Risperdal 1mg po tid
   X 30 days

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

---

INMATE NAME: HICKS, Wm
ID #: B 59717076
D.O.B. 9/19/63
ALLERGIES: NKA
Use First    Date 2/13/98

2/13/98

DIAGNOSIS

Risperdal 1mg po tid x 1 day,
then Risperdal 2mg po tid x 1 day,
then Risperdal 3mg po tid X 30 days

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, William
ID #: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKDA
Use Last    Date 3/24/98

DIAGNOSIS (If Chg'd)

Restore Medium order

Noted 3/24/98
1420
L. Thompson RN
LYNN THOMAS, LPN
NBDC

ERIN CODY, MD
NBB

Allyson Luckie
P.A.C
NBDC

---

INMATE NAME: Hicks, Wm
ID #: BS9717076    noted
D.O.B. 9/19/63
ALLERGIES: NKA
Use Fourth    Date 3/18/98

Gela Richardson
NBDC
3/18/98

DIAGNOSIS (If Chg'd)

① Li₂CO₃ 300 mg po tid X30 days
② SMA24 + Serum lithium
level    serum amitriptyline
noramitriptyline levels in Am
③ Elavil 200 mg po HS X 30 days

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

---

INMATE NAME: Hicks, Wm
ID #: BS9717076    noted
D.O.B. 9/19/63
ALLERGIES: NKA
Use Third    Date 3/6/98

DIAGNOSIS (If Chg'd)

Serum Lithium level
Serum Amitriptyline +
Noramitriptyline levels
SMA24 on mon Am

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

---

INMATE NAME: Hicks William
ID #: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKA
Use Second    Date 3/3/98

WANDA BIRCHETTE, RN

DIAGNOSIS (If Chg'd)

① Tylenol 2 tabs po tid x 90d
② Motrin 2 tabs po tid x 90d
③ Elavil to 175mg po QHS x 2 wks
then 200 mg po QHS x 90d
④ Clinic 4 wks

ERIN CODY, MD
NBB

---

INMATE NAME: Hicks, Wm
ID #: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKA
Use First    Date 3/3/98

WANDA BIRCHETTE, RN

DIAGNOSIS

① SMA24 c lithium level
② in AM

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

CC 006

EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks Williams
ID #: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKA
Nurse Last    Date 6/3/98

DIAGNOSIS (If Chg'd)
Medicine 2 tabs po TID X 90 d
Mylanta Plates po

ERIN CODY, MD
NBB

VERONICA O'CORNER, PA
NBB

---

INMATE NAME: Hicks
ID #: BS97 17076
D.O.B. 9/19/63
ALLERGIES: NKM
Nurse Fourth    Date 6/1/98   10 am

DIAGNOSIS (If Chg'd)   40 Da Rezfellin Emm
Renew:
Medicine 30 cc po TID, PRN dyspp
Li 300 mg po TID
Elavil 225 mg po HS.

DR. MEL LIMA
STAFF PSYCHIATRIST, MAIN JAIL

---

INMATE NAME: Hicks, Wm
ID #: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKA
Nurse Third    Date 5/1/98

DIAGNOSIS (If Chg'd)
① Maalox 30cc po tid prn dyspepsia X 30 days
② $Li_2CO_3$ 300 mg po tid X 30 days
③ Elavil 225 mg po HS X 30 days
④ ON MON Am – Serum Lithium

---

INMATE NAME: HICKS Wm
ID #: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKA
Nurse Second    Date 4/10/98

CHRISTA CHUNKU, RN
NBB

DIAGNOSIS (If Chg'd)
① Elavil 225 mg po q HS
② $Li_2CO_3$ 300 mg po tid
③ ON 4/24/98 get Lithium level / SMA24
④

A. M. PERFILIO, MD
NBB – PSYCHIATRIST

---

INMATE NAME: HICKS, Wm
ID #: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKA
Nurse First    Date 3/27/98

Alfred Abreig, RN
NBB

DIAGNOSIS
① DIC Elavil orders
② Elavil 225 mg po q HS
③ $Li_2CO_3$ – 300 mg po tid
④ ON MON get Serum Lithium, SMA24 & Serum Amytriptiline & NORAMITRYPTINE levels.

A. M. PERFILIO, MD

C 006

ADVANTAGE FILING SYSTEMS
FT. LAUDERDALE, FL
(954) 970-3333

CORRECTIONAL CARE

## PROGRESS NOTES

| DATE/TIME | INMATE NAME: HICKS, William ID# BSq5K153   DOB 4/19/63 |
|---|---|
| DATE: 8/7/95 | INCIDENTAL NOTE: PPD/CANDIDA/MUMPS GIVEN. SEE TB/ANERGY SCREENING FORM. |
| TIME: 1438 | PPD 0.1ML ADMIN. I.D. (LT) LOWER ARM & CANDIDA ---------------------------------------- |
| | 0.02ML ADMIN. I.D. (RT) LOWER ARM: INSTRUCTED TO REPORT TO PUBLIC HEALTH ------------- |
| | DEPARTMENT OR PRIVATE PHYSICIAN IN 48 HOURS TO 72 HOURS FROM TODAY'S DATE TO --------- |
| | HAVE TEST RESULTS READ IF RELEASED FROM JAIL. ------------------------------------ |
| | -------------------------------------------SIGNATURE: *G. Rivera* |
| | -------------------------------PRINTED NAME/NAME STAMP:  *Gina Maria Rivera, LPN* |
| | *Main Jail* |

8-7-95 LC NOTE Patient
1739 brought to MIS. Put on
suicide watch per BSO.
deputy reports patient is
calling family member
on phone and threatening
suicide. Patient denies
suicidal ideation to this
Nurse. denies A/V hallucinations
+ AeO x 3. Hx Manic Depression.
takes Lithium 400 mg BID +
Prozac 20 mg BID. Last Meds
8-6-95. To continue on
Suicide watch. Refer to psych
Hx ETOH Abuse Drinks 18 to
24 Beers BID. No S/S withdrawal
No tremors. Skin W/D color
WNL. AOO, eye contact. *G. Rivera, Gina Maria Rivera, LP*
*Main Jail*

8-7-95 Call placed to Dr. Smith *Gina Maria Rivera, LP*
1745 reputed above. Orders rec'd     *Main Jail*
*G. Rivera, Gina Maria Rivera, LPN*
*Main Jail*

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks Willie | DS 9574533 ID # | D.O.B. 9/10/63 |
|---|---|---|---|

8/9/93. 0435

(S) no complaints

(O) A&O x 3 B/P 100/80 T 96 R 18 no N/V observed reported

(A) Potential for alteration in comfort

(P) maintain opiate detox protocol

(E) report any N/V Diarrhea

PATRICK DYER, RN
MAIN JAIL

8/9/93 D15

S: no complaints voiced

O: alert oriented, responsive no tremors noted. Temp 96.7 pulse 61 resp 20 B/P 117/71

A: potential for S/S of withdrawal, related to diagnosis

P continue treatment plan

O aware to inform nurse of any problems

ELAINE McGHIE, RN
MAIN JAIL

8-9-93
2pm

S stated feeling tired

O BP 107/71 P 61, T 96 ? R 20

lungs clear to A&P

Heart RRR

abdomen soft BS present

A ? drug substance abuse

P continue detox

Can go to MB by [illegible]

DR. NIRVA DERZIER
Staff Physician - Main Jail

FOR INFIRMARY USE ONLY

CL 1480-04 (2/95)

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Willie,    ID # BS90145 B    D.O.B. 9/19/63 |
|-----------|------------------------------------------------------------------|
| 8/8/95 6A | S" What are these pills for"<br>O male seen in no acute distress. no s/s withdrawals. gait steady, making no attempt to injure himself ———<br>A Altered life style 2° alcohol use<br>P referred to Psych. for Evaluation. Carswell.<br>Cherry Carswell RN |
| 8.8.95 2p | S No complaints made<br>O AA→O x3. Respirations regular and unlabored Lungs clear on both sides. No suicidal thought or ideations. no tremors noted.<br>V/S 97.3  83  20  108/66.<br>A Alteration in comfort RT WD symptom.<br>P Continue with detox protocol. WR one a<br>Seen by Dr. Limia 8/W D/C WR out.<br>**WILLEMINA ROWE, RN<br>MAIN JAIL** |
| 8/8/95 1800 | S- I feel fine<br>O- AAO x3, no suicidal ideations noted 98³, 122/50, 85, 16, no tremors or seizure activity<br>A- Etoh abuse<br>P- Etoh protocol<br>E- Instructor on medication ___<br>*Antoinette C. Reimer*<br>*LPN-Main Jail* |

CL 1430-02 (2/93)

**EMSA** CORRECT NAL
CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks Willie | ID # DS 9574533 | D.O.B. 9/10/63 |
|---|---|---|---|

8/9/98
0435

Ⓢ    no    complaints
Ⓞ    AA ox3 b/p 100/80  T96   R 18   no
N/V observed reported
Ⓐ Potential for alteration in comfort
Ⓟ maintain opiate detox protocol
Ⓔ Report any  N/V Diarrhea

PATRICK DYER, RN
MAIN JAIL

8/9/98 DIS
S: no complaints voiced
O: alert oriented, responsive. no tremors
noted: Temp 96.7 pulse 61 resp 20 B/P 117/71
A: potential for s/s of withdrawals related
to diagnosis
P: continue treatment plan
E aware to inform nurse of any problems

ELAINE McGHIE, RN
MAIN JAIL

8-9-98
2pm
S Stated feeling tired
O BP 117/71 P61 T 96 R20
lungs clear to ausc.
Heart RR
abdomen soft BS present
A Poly Substance abuse
P continue Detox
can go to NB per psych

DR. NIRVA BERZIER
Staff Physician - Main Jail

**FOR INFIRMARY USE ONLY**

CL 1480-04 (2/95)

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS9574533  D.O.B. / / |
|---|---|
| 8/12/95 1400 | S: "I'm not going to kill myself. I said that 2 days ago @ the other jail and saw Dr. Simia. The only thing is that I'm tired and sleep alot." |
| | O: Alert and cooperative. Good eye contact. Well groomed. Behavior appropriate. Denies hallucinations a/v type. No delusions verbally. Continue to deny harmful ideation to self and others. Appetite normal. |
| | A: Potential for possible self injury. |
| | P: Present meds: Prozac 20mg, Lithium 900mg and MVI. |
| | E: Informed to alert Medical or BSO staff if having suicidal ideas or needing to just talk about his feelings. |
| | Esther Sherman-Jolly RN |
| | ESTHER SHERMAN-JOLLY, RN NBDC |

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**MSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, William JD# BS951453    D.O.B.: 9/19/16? |
|-----------|------------------------------------------------------------|
| 8/12/95 1PM | Incidental note :- T/C from woman who states she's pts mother, & pt. [Legend] threatening to kill himself. Pt. appeared making T/C's to friends/family re: plan of suicide. T/C to Dr. Martin - above notified. T/C to Nrs. Sherman for psych eval (see progress note). JRBrantley    JERRENE R. BRANTLEY NBDC |
| 8/12/95 4PM | Incidental note T/C to mother to notify re: psych eval - She reported that pt informed her that he lied to nurse because "they would take my clothes like they did at Broward". T/C to Dr. Martin - placed on s/w. Relocated to 12261. JRBrantley    JERRENE R. BRANTLEY, RN NBDC |

Complete Both Sides Before Using Another Sheet

FOR MENTAL HEALTH USE ONLY

CC 209                                                                4/93

EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS  William | ID # BS9514533 | D.O.B. 9 / 10 / 63 |
|---|---|---|---|

| | |
|---|---|
| 8-12-95 | Incidental note: Call rec'd from CN to place pt. |
| 1630 | on suicide watch.  BSO informed.  V. Mindle, RN  North Broward |
| 8-12-95 | S: " I don't want to take my medication." |
| 1700 | O: W/m lying face down on bunk in suicide gown. |
| | No eye contact.  Refused meds.  Answered all |
| | questions with "yes ma'm, no ma'm" Denies suicidal |
| | ideation at this time.  No A/V hallucinations. |
| | A: alt in mental status — suicide watch |
| | P: BSO to cont. q15" watch, Mental Health eval. q shift |
| | E: Instructed to ask for medical if needed. |
| | Valerie Mindle, RN  North Broward     V. Mindle RN |
| 8-12-95 | Incidental note: Pt. observed lying on back on bunk. |
| 2100 | No verbalization.  Valerie Mindle, RN  North Broward     V. Mindle, RN |
| 8/12/95 | |
| 2311 | S: "I don't want to kill myself at this jail" |
| | O: W/m at cell door - good eye contact ✓ |
| | Denies suicidal ideation at this time, No A/V |
| | hallucinations. |
| | A. Alt. in mental status — Suicide watch |
| | P. BSS to cont c̄ q15" watch. Mental health eval. |
| | q shift |
| | E. Instructed to ask for medical if needed |
| | Judith Jones, LPN  NBDC |

**FOR MENTAL HEALTH USE ONLY**

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID# BS951453    D.O.B.: 5/19/63 |
|---|---|
| 8/13/95 0202 | Pt. sleeping during rounds. — Judith Jones, LPN NBDC |
| 8/13/95 0435 | Pt. sleeping during rounds. Remains on suicide watch. — Judith Jones, LPN NBDC |

8.13.95
1145
S - "I feel okay. When do I see the psychiatrist? They said, I would see him yesterday. Can I use the telephone." Denies s/i @ this time —
O - Up + about in cell. Speech w/w/l. Eye contact noted between this writer + detainee. Wearing yellow gown. Took prescribed meds as ordered. ✓
A - On s/w as ordered. Requests for telephone privileges given to depth. by this writer. Explained to detainee that he should see the psychiatrist tomorrow 8.14.95
P - Maintain s/w as ordered — Gordon/Glenn Rn?

8-13-95
5³⁰ PM :
S: "When will I get to see the doctor?"
O: W/m standing at cell door in suicide gown, asking specifics as to when he will be seen. Took meds. as ordered. Has good eye contact. Answers all questions in normal tones. Denies suicidal ideation or A/V hallucinations at this time.
A: Alt. in mental status - suicide watch
P: BSO to cont. q 15" watch. Mental Health eval. q. shift
E: Instructed to ask for Medical if needed.    V. Mundle, RN
North Broward

Complete Both Sides Before Using Another Sheet

**FOR MENTAL HEALTH USE ONLY**

CC 209                                                                            4/93

**EMSA** *CORRECT. NAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, William | ID # BS951453 | D.O.B. 9/10/63 |
|---|---|---|---|
| 8-13-95 2315 | S: Pt. observed on rounds. No complaints O: Pt. lying on Rt. side on bunk. RR equal color appears good A: Sleeping soundly P: Continue q 15' checks by BSO - q. shift eval. by M.H. E: None due to sleeping soundly. Judith Jones, LPN NBDC | | |
| 8-14-95 0135 | Incidental note: Pt. sleeping during rounds — Judith Jones, LPN NBDC | | |
| 8-14-95 0400 | Incidental note: Pt. sleeping during rounds. Remains on suicide watch. Judith Jones, LPN NBDC | | |

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks  Williams    ID# B595149533    D.O.B.: 9 / 19 / 63 |
|-----------|-----------------------------------------------------------------------|
| 8-14-95 | S. I'm not suicidal. |
| 5:55 AM | O  Alert Cooperative OK4 Good eye contact. Wearing paper gown. Appropriate behavior Normal psychomotor activity. Denied a/v hallucinations No delusions verbalized. Speech coherent. Mood euthymic & stable. He c/o anxiety. Affect appropriate. Denied S/H ideation. Sleep & appetite are normal. No side effects of med noted/complained of. Meds discussed c̄ pt & he agreed to be switched to Sinequan as a more calming medication. Mother contacted at 741-4477 and she said that she was angry at Dr. Flonenbaum for putting pt on Prozac & Welbutrin. at the same time. She was so angry that she even said that the psychiatrist should be in the cell next to her son. The pt says that he had been put on Prozac, Welbutrin, Lithium & Tegretol all at the same time. He has been on meds x 6 mths. Mother feels that he might hurt himself if he gets the opportunity. The pt denies wanting to hurt himself & says that his mother wants to control his life. |
|  | A.  Bipolar disorder mixed c̄ Hx |
|  | P.  Li CO3 900 mg Po (liquid) QHS for mood swings  } till 9/15/95 |
|  |     Sinequan 75 mg Po QHS (liquid) for depression  } |
|  |     D/c Prozac |
|  |     Li level ~~QHS~~ as soon as possible. |
|  | E  Pt to access Mental Health Services as needed. |
|  |                    John Martin M.D. |

Dr. John Martin
Psychiatrist - NBDC

**FOR MENTAL HEALTH USE ONLY**

CC 209                                                                 4/93


**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William   ID # B8957435  D.O.B. 9.10.63 |
|-----------|-------------------------------------------------------------|
| 8-15-95<br>8:10 am<br><br>M0872722-4 | Inc. Note: Blood drawn for VDRL, Lithium level, CBC, Smac and FFF's. Also EKg performed on c/n per Dr orders. ——<br>CBurch, MA<br><br>CASSANDRA BURCH, MA<br>NBDC |

CL 1480-02 (2/95)

**EMSA** **CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, William | ID # BS9514533 | D.O.B. 9/10/63 |
|-----------|------------------------------|----------------|----------------|

8/23/95
4 pm –

S. "I have a lot of anger inside and because I can't let go of the feelings I cry alot then I hate my self for crying. I stop taking my medication because I am not sure if the pain I feel in my right arm and shoulder is a reaction from the medication.

O. White male alert, cooperative O×4 with good eye contact. Appropriate behavior at times very tearful. Normal psycho-motor activity. Pt sister Patricia Lawson shared with me that William's anger and her felt that pt was suicidal as she talk them he had stop taking his meds. Pt denies having any suicidal ideations, he reports that when "I begin to share my feelings people get the wrong impression" Pt speech coherent. Pt mood and affect is appropriate to his situation. He reports difficulty in sleeping because of shoulder & arm pain. Appetite is normal

A. Alteration in mood related to his situation

P. To have 1-1 session and inform psychiatrist of pt mental status

E. Pt to access MH services as the need arises. M. Nelson R.N.

MELSAIDES NELSON, MSRN,
PYSCHIATRIC SUPERVISOR, NBDC

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**EMSA** CORRECTIONAL
‡ CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # 9 5 14 5 3 3 | D.O.B. 9 /10 /16 |
|---|---|---|---|

8/24/98
12:00 — *Incidental note* — I feel warm shots going through my body x v days. It is cold outside and I feel warm. I saw Nurse Nelson yesterday and she is going to see me at 12 noon. I do not think it is the lithium doing that to me, as I took five different types of medication before. I also feel my feet want to cramp.

O. W/m seen in office at deputy's request. Skin warm, dry. Skin moves ____ ____ ____ ____ gait ____ of both ____ could ____ by joint or ___ pain in ____ legs

C. Reviewed

Will see in ____

_____ —Nurse R

Dick Maureen, RN
NBDC

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # 14537 | D.O.B. 9 / 10 / 63 |
|---|---|---|---|
| 8/29/95 | Cry EC | | |
| 2 pm | S: "I want to die see the real Dr." (Medical Dr) | | |
| | O: Hx of SI & Suicidas × mo c̄ pain R arm & shoulder. We discussed & pt was informed that Suicide or SI do not produce pain, we discussed if he did some exercise Advised to wait. | | |
| | MSE Alert. Coop. friendly. NI psychomotor act. NI eye contact ( hygiene Euthymia c̄ proper affect ⊖ Delusion, AVH halluc, S/H good sleep app good insight & judgement | | |
| | A. Bipolar D. mixed. | | |
| | P. cont Li 900 mg QH Mood Swing Suicide 25 mg QH Dep | | |
| | Limia m | | |
| | | | DR. MEL LIMIA STAFF PSYCHIATRIST MAIN JAIL |

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004                                                                                     7/94



**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BC9514533 | D.O.B. 9 1 10 |
|---|---|---|---|

8/31 95
925 p

PA Note:

S - Pt c/o B/L shoulder pain
intermittenly x wks; S/P MVA ē
multiple fxs; φ recent trauma.

O.        NAD

Upper Ext.   symmetrical.
ROM good; φ edema,
erythema a deformity

A/P          Bursitis
Advil 600 mg po TID x 14ᵈ
Blue Ice Hp Prd x 14ᵈ

ē          Warm Compress.
Rest.
R7 C(prn)

Veronica O'Conner, PA
NBDC

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

CL-1430-02 (2/95)

EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hickes William | ID # BJ 9514533 | D.O.B.: 9/10/63 |
|---|---|---|---|

**9-5-95**
**10³⁰ Am**

S. Im just a little depressed.

O. Alert cooperative O×4 good eye contact. Clean Appropriate behavior Normal psychomotor activity. Denied a/v hallucinations No delusions verbalized. Speech coherent. Mood mildly depressed. Says he has mood swings & gets hyper at times & almost got into a fight. Unwilling to discuss suicidal ideation. However he has not indulged in any self injurious behavior. Sleep is poor Appetite - O.K. No side effect of meds noted / complained of.

A. Bipolar disorder manic ō psychotic feature

P. Li CO₃ 600 mg (liquid) Po bid for mood swings Till 10/6/95
Sinequan 100 mg Po QHS for depression
Li level on 9/15/95

J. J. Martin MD

Dr. John Martin
Psychiatrist - NBDC

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004

7/94

# MSA CORRECTIC AL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks   William   ID# BJ951 4533   D.O.B.: 9/ 10 /63 |
|-----------|--------------------------------------------------------------------|
| 10-6-95 | S   Im doing O.K. |
| 5:00 AM | O   Alert cooperative O×4 good eye contact clean. Appropriate behavior. Normal psychomotor activity. Denied a/v hallucination. No delusions verbalized. Speech coherent. Mood euthymic & stable. Affect appropriate. Denied s/h ideation. Sleep & appetite are normal. He says he feel fine & has not taken meds p 2 weeks. |
|  | A   Bipolar disorder mixed c psychotic features. |
|  | P   D/c LiCO3 <br> D/c sinequan <br><br> **Dr. John Martin** <br> **Psychiatrist - NBDC** |
|  | E   Pt to access MH services as needed. J. Martin MD |
| 10/12/95 <br> 6:40 PM | (S)   I/M Hicks was seen following an I/M request from him. He states " I feel I have too energy inside me; I feel restless at times." |
|  | (O)   Cooperative, alert, oriented ×4, anxious mood, labile affect. No delusions or A/V hallucinations were noted. I/M reports difficulty sleeping and requests to be seen by Dr. Martin. |
|  | (A)   Bipolar disorder mixed c psychotic feature |
|  | (P)   Referred to Dr. Martin for further evaluation. |
|  | (E)   I/M to request mental health services as needed. <br><br> Maj [signature] Ph.D. <br> **DR. ABDOLMAJID SHAMS** <br> **PSYCHOLOGIST** |

Complete Both Sides Before Using Another Sheet

CC 209

**ⱢMSA** *CORRECTIC...AL*
**≠** *CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William   ID# BS 9514533   D.O.B.: 9/10/63 |
|---|---|
| 10/14/95 5:45 Am | S: I'm O.K. now. A guy was snoring + I couldn't sleep. I was going to ___ |
| | O Alert Cooperation 0x4 Good eye contact Clear Appropriate behavior Normal psychomotor activity Denie a/v hallucinations No delusion verbalized Speech coherent Mood euthymic Affect appropriate Denies S/H ideation Sleep + appetite are normal No side effects of meds noted /complained of. |
| | A Bipolar disorder mixed ⊼ psychotic feature in remission |
| | P No psychotropics recommended now. |
| | E Pt to access M.H services as needed. Tilg. Martin Pag. D |
| | Dr. John Martin Psychiatrist - NBDC |
| 10/27/95 1:30 pm | Note Mo called S. Nelson RN at OBD + informed that pt is Thinking about killing him self. ∴ Suicidal watch DR. MEL LIMIA STAFF PSYCHIATRIST MAIN JAIL |
| 10-27-45 6:10 Pm | Incidental note: Received on 12⁵61, placed on suicide watch per order. Valerie Mindle, RN   V. Mindle, RN North Broward |

Complete Both Sides Before Using Another Sheet

**FOR MENTAL HEALTH USE ONLY**

CC 209                                                                                           4/93

EMSA **CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, William    ID# BS9514533    D.O.B.: 9 / 10 / 63 |
|-----------|----------------------------------------------------------------------|
| 10-27-95<br>8³⁰ PM | S: "I'm cold, get me a blanket."<br>O: W/M standing at cell door in suicide gown stating above. Denies he knows the reason he was placed on suicide watch, but does not deny that he's thought about killing himself. No plan at this time. Denies A/V hallucinations. Answers all questions with a sly smile on his face. Makes eye contact, labile affect. Cooperative & oriented.<br>A: alt. in mental status – suicide watch.<br>P: BSO to cont q 15" watch. Mental Health eval. q shift<br>E: Instructed to ask for Medical, if needed.    ⟶ Paige Mundie, RN    RN |
| B& 10/27/95<br>2310 | S. "I'll be OK from now on."<br>O: W/M sitting on bunk. Denies A/V hallucinations, good eye contact. Cooperative. Denies suicidal ideation @ present. A/O x 2.<br>A: Alt. in mental status – suicidal watch.<br>P: Observe q 15" by BSO & q shift by M.H. Staff.<br>E: Instructed to ask for medical if needed.    ⟶ Judith Jones, LPN<br>NBDC |

**Complete Both Sides Before Using Another Sheet**

**FOR MENTAL HEALTH USE ONLY**

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William   ID# BS9514533                    D.O.B.: 7 / 10 / 63 |
|---|---|

**10-28-95**
**5-05 Am**

S - I'm not suicidal.

O - Alert cooperative O x 4 good eye contact. Wearing paper gown. Appropriate behavior. Normal psychomotor activity. No a/v hallucinations or paranoia. Speech coherent & goal directed. Mood euthymic. Affect appropriate. Denied S/H ideation. Seems to suggest that there may have been a misunderstanding about what he said to his mother. However in view of his question concerning why he had been moved to the main Jail he quite likely, threatened suicide to effect a transfer back to North Broward.

A - Bipolar disorder mixed & psychotic features in remission.

P - D/C suicide watch

J.G. Martin M.D.

Dr. John Martin
Psychiatrist - NBDC

**11/1/95**
**1 pm**

Incidental Note - I received a call from Ombudsman re William grievances about Dental and getting pt back into the drug program. The pt was referred to the dentist placed on list to be seen 11/2/95. Correction Counselor Shiela Fernandez will be assessing pt functional level for general population.

M. Nelson RN

MELSAIDES NELSON, MSRN,
PYSCHIATRIC SUPERVISOR, NBDC

**Complete Both Sides Before Using Another Sheet**

## FOR MENTAL HEALTH USE ONLY

CC 209

4/93

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William            ID B59614538   D.O.B: 9/1/61 |
|-----------|---------------------------------------------------------------------|
| 11/7/95 8P | Incidental Note: Pt. out to visit, unable to address sick call. _Della Richardson_ DELLA RICHAR... NBD... |
| 11-30-95 2:15pm | Incidental Note — I/m refused sick call at this time ——— Calista Chukwu CALISTA CHUKWU, RN NBDC |
| 12-8-95 5:30 P | Inced. Note: Grevnce. Rec'd: 12/8/95 Grevnce. Ans: ____ 12/8/95 _Joan Bauersmith_ JOAN BAUERSMITH, RN, HN, NBDC |

CL 1480-02 (2/95)

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William ID# BS9514533    D.O.B.: 9/10/63 |
|---|---|
| 11/9/95 6 P.M. | (S) I/m Hicks was seen following a referral from Mr. Hanley in which Mr. Holden, I/m Hicks' attorney was requesting that I/m Hick be seen by a Doctor. I/m Hicks states "I'm having these racing of my thought; I also have difficulty sleeping and want the Dr. to give my medications or I'm going to have my attorney sue the Dr." |
| | (O) Alert, oriented x 4, stable mood, appropriate affect, coherent and relevant with adequate communication skills. Denies S/H ideation or threats. No delusions or A/V hallucinations were noticed. I/m complains of lack of sleep and requesting medication. |
| | (A) Bipolar disorder by HX. I/m appeared stable and in full remission. |
| | (P) I/m was advised to write an I/m request to the Psychiatrist stating nature of his problem, so that he can be re-evaluated for medication |
| | (E) I/m to request mental health services as needed. |
| | Majid Shams Ph. D. DR. ABDOLMAJID SHAMS PSYCHOLOGIST |

Complete Both Sides Before Using Another Sheet

## FOR MENTAL HEALTH USE ONLY

CC 209

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William        ID# B595/4533        D.O.B.: 9 1 19 1 63 |
|-----------|------------------------------------------------------------------------------|
| 11-11-95<br>6 ¹⁰ pm | S  Im hearing voices. I have a lot of anger. |
| | O  Alert cooperative. O×4 Good eye contact. Clean appropriate behavior. Normal psychomotor activity. Says he has been feeling angry a lot lately. He even said he was angry at me but did not elaborate. He says he has been hearing voices for more than 2 weeks and says that he hears them several times a day. No visual hallucinations. No delusions verbalized. Speech coherent. Mood irritable. Affect appropriate. Denied S/H ideation. Sleeps for > 8 hrs/day. Appetite is normal. He said that he got headaches with lithium. I explained to him that Thorazine might help deal with the hallucinations + agitation. He understood that he will have to deal with his anger towards an object, a person or a situation + that medication would not control his anger. |
| | A  Bipolar disorder mixed c̄ psychotic features. |
| | P  Thorazine 100 mg po bid for hallucination + agitation. Till 12/12/95<br>T.J. Martin M.D.<br>**Dr. John Martin**<br>**Psychiatrist – NBDC** |

Complete Both Sides Before Using Another Sheet

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks Williams ID# BS 95 14 533 | D.O.B.: 9/10/63 |
|---|---|---|

11-18-95
5:35 pm

S — I'm not sleeping well.

O — Alert cooperative OK ✓ Good eye contact Clean Appropriate behavior Normal psychomotor activity Denied S/H ideation. Mood euthymic Affect appropriate, Still having hallucination. Denied feeling paranoid. Speech coherent Sleeping for about 6 hrs of disturbed sleep. Appetite is o.k. Stopped taking Thorazine because it was oversedating. Haldol + Trilafon were briefly discussed. He agreed to try Trilafon.

A. Bipolar disorder mixed c̄ psychotic features.

P. Trilafon 8 mg PO qHS for hallucination & agitation till 12/18/95
   D/c Thorazine          T.J. Martin MD          Dr. John Martin
                                                    Psychiatrist - NBDC

CC 209     **FOR MENTAL HEALTH USE ONLY**     4/93

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, WILLIAM  ID# BSJJ14533 | D.O.B.: 9 /0 163 |
|---|---|---|
| 12/0/95 21:15 | Incidental Note: Pt. seen for s/c. psych. problem note for dr. Montym left in his box. _Eva Podlocha, RN_ | |
| | EVA PODLOCHA, RN NBDC | |

Complete Both Sides Before Using Another Sheet

FOR MENTAL HEALTH USE ONLY

CC 209

4/93

**EMSA** CORRECTIONAL CARE

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks    William    ID # BS95-14533    D.O.B. 9/19/63 |
|---|---|
| 12-16-95 | S    Im depressed. |
| 7⁴⁵ Am | O    Alert Cooperative OK4 Good eye contact. Clear Appropriate behavior Normal psychomotor activity Denied a/v hallucinations No delusions verbalized Speech coherent mood seems to be one of frustration + anger at his situation. Affect appropriate denied S/H ideation. Sleep is poor Appetite is fair. He says he was getting headaches with the Trilofon + since he was not having hallucinations stopped taking the medication. Currently he c/o depression without being specific as to symptoms. He says he had felt depressed even prior to his arrest. He may be having an irritable depression + hence will be started on Sinequan to see if there is any improvement. |
| | A    Bipolar disorder mixed s̄ psychotic features. |
| | P    Sinequan 75 mg Po QHS for depression till 1/16/95 |
| | Tilg. Martin m.D. |
| | Dr. John Martin |
| | Psychiatrist - NBDC |

FOR MENTAL HEALTH USE ONLY


**EMSA CORRECTIONAL CARE**

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks - William | ID # BS95143s | D.O.B. 9 1 1 |
|-----------|------------------------------|---------------|--------------|

1/04/96  S) pt brought over ambulato
1830  from 12² H3. pt A+o x3.
O) pt A+o x3. pear 2. 3mm.
Speech clear. Smile symmetric
no ptosis noted of eyes.
pt has a well healed scar
along occipital to Temporal
area. No redness or swelling
noted. pt's hearing within norm
limits. Hand grasp equal and
strong. pt's gait steady.
A) pt's only c/o is a occ H.A.
pt asked not to be moved
to the Infirmary and feels
he needs no medical
intervention at this time.
In fact pt is pleased with
his progress. pt was told
he may always access
Med help.
P) Allow pt time to ventilate.
E) pt inst. to call your
Nurse any problems.
                    Joy Brenan

CL 1480-02 (2/95)
                    JOY BRIEN, RN
                    NBDC

# MSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William    ID# BS9514537    D.O.B.: 9/19/63 |
|-----------|------------------------------------------------------------------|
| 1-7-96 | S   Am not hearing any voices. |
| 10¹⁰Am | O   Alert cooperative 0x4 good eye contact. Clear Appropriate behavior Normal psychomotor activity. Denied a/v hallucinations No delusions verbalized Speech coherent Mood depressed Affect appropriate. Denied S/H ideation Sleep & appetite are normal. No side effect of meds noted / complained of. |
|  | A   Bipolar disorder mixed ī psychotic features |
|  | P   Sinequan 100 mg. Po QHS for depression    till 2/8/96 |
|  | E   Pt to report any side effects. |
|  | J.G. Martin M.D.    **Dr. John Martin Psychiatrist - NBDC** |

**Complete Both Sides Before Using Another Sheet**

CC 209

**FOR MENTAL HEALTH USE ONLY**

4/93

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, WILLIAM    ID # BS9514535    D.O.B. 9/10/6 |
|---|---|
| 1/6/96 10°°/A | Inced. Note: Grevnce. Rec'd: 1/4/96 Grevnce. Ans: 1/6/95 *Joan Bauersmith RN* JOAN BAUERSMITH, RN, HN, NBDC |
| 1-14-96 8 PM | Incidental note: Seen for sick call — see form CL1480-0 *Valerie Mindle, RN* — V. Mindle, RN North Broward |
| 1/23/96 3pm | Grievances Received 1/22/96 Answered 1/23/96 M. Nelson RN MELSAIDES NELSON, MSRN, PSYCHATRIC SUPERVISOR, NBDC |
| 1/31/96 Wt 237 3pm | MD NOTE: S) c/o wt. gain & fluid retention — long Hx. of psych. — severe depression — E) Bp 180/110 88 ↑ wt from 185 (8/95 → 1/96) 237 (Id S. lungs: Clean to A abd: liver edge @ 3cm ↓ Cm — mod... ext's: trace pitting edema — Neuro: poor historian font 0x3 A) SOME FLUID RETENTION 2) ↑ wt 3) ↑ BP P) trial of diuretic, labs E) F/U in 7D. DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC |
| 1/31/96 1:50 pm | Inc. Note: Blood drawn for CBC & SMAC per Dr's orders CASSANDRA BURCH, MA NBDC |

# EMSA CORRECTIONAL CARE

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, William | ID # BS951453 | D.O.B. 9 1/016 |
|---|---|---|---|

2/3/96 1030  Ⓢ Requested to see detainee by caller identify self as mother of above. Detainee c/o "feeling swollen all over" and of insufficient urinary output. States "I only piss twice a day I should be doing it more Reports steady stream c̄ voiding; denies discomfort c̄ voiding. Denies flank pain

Ⓞ Weight 233 lbs (clinic scale) 120/82 978-80-18 Breath sounds clean. Heart regular. Lower extremities c̄ trace edema (non-pitting) Abdomen soft, non-tender c̄ normal bowel sounds. Pubis area palpated; flat/soft/non-distended.—

Ⓐ Knowledge deficit - medications/diuretics

Ⓟ Educated on rationale for lasix/potassium therapy. Current weight given to detainee. Instructed on upcoming reevaluation c̄ Dr. Davis. Weight ordered Ⓠ week X4. Dr. Davis called aware of above complaints/assessment

Jeanne M Gam

JEANNE M. GAM
NBDC

CL 1480-02 (2/95)



**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS95/115 | D.O.B. 9/10/6 |
|---|---|---|---|

**2/3/96 1400** ⑧ Requested to see detainee by caller identified as mother. Reports detainee c/o pain c̄ urination.

Ⓞ Assessed yesterday per caller request: see note 2/3/96

Ⓟ⊕ Will obtain urine for dipstick evaluation.

*Jean ms*

JEANNE M. GANIS, RN
NBDC

**2/4/96** **7:15 PM** Incidental Note: Urine Chem-Strip 9 results neg. D.Richardson for D.Richardson hp

**2.6.96** **2:15 p·** S: 32 y.o. W.M. Hx: HTN. Gaining weight. PMH: EtOH Abuse. on lasix and KCL. feel better except of. occasnl. HA and lower abdm pain —

O: htn good. W = 231 ↓ from 237.

B/P: 110/70.

lg: cl

cv: NSR

abdn: soft. Except diffuse mild tender. lower abdomen.

A: HTN controlled. may need severe screen X c̄ UTI or prostate problem.

P: on appoint F/U Dr. Luis.

E: Nupren aspyf/c pain. Lab - sturms. slight ↑ uric acid and LFT'S.

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

John Catano,
NBDC

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Deeks William | ID # BS95 14533 D.O.B. 9 10 62 |
|-----------|---------------------------|-------------------------------|
| 2/5/96 9:30/pm | Incidental Note: Pt. requested B/p to be checked. Pt was called to nurse's office to have B/p checked & pt Refused per deputy. — DRichardson | |

DELLA RICHARDSON, LPN
NBDC

CL 1480-02 (2/95)

**EMSA** CORRECTIONAL CARE

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS9 514533 | D.O.B. 9/10/63 |
|---|---|---|---|

**2-6-96**
**6:35 Am**

S - I haven't taken the Sinequan for about 5 days.

O - Alert Cooperative O×4 good eye contact. Clear Appropriate behavior. Increased psychomotor activity. Denied a/v hallucinations. No delusion verbalized. Speech coherent Mood irritable & frustrated Affect appropriate. Denied S/H ideation. However he admitted that due to his state of irritation he could lose his temper & hit someone. Sleeping for about 6-7 hrs compared to 15 hrs. Appetite is good but he is not eating for fear of gaining weight. He was 190 lbs at the time of H & P & today weighs 232½ lbs on the infirmary scale. He has several stretch marks on his upper thighs. C/o difficulty putting out sufficient urine. No pitting edema of lower limbs. C/o lower back pain & pain going from abdomen to chest. He say he has been having physical problem for about a week & stopped taking Sinequan about 5 days ago without any relief. Labs are elevated (Uric acid = 7.8 mg/dL, LDH = 207 IU/L, SGPT = 52 IU/L + GGTP = 75 U/L)

A - Bipolar disorder mixed ō psychotic features.
   Weight gain may be because of jail food, inadequate exercise & sleeping for upto 15 hrs/day earlier. ↓ food intake → 4 lb weight loss in about 5 days.

P - Sinequan to be D/C'ed. Pt agreed to this.

E - I/M advised to write to medical regarding his abdominal discomfort.

_J.G. Martin M.D_

**Dr. John Martin**
**Psychiatrist - NBDC**

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, WILLIAM  ID # BS95-145B3  D.O.B. 9,10,63 |
|---|---|
| 2/7/96 10 Am | MD. NOTE: F/u wt. gain — c/o side effe from Parie |
| | S/ c/o nausea & vomiting |
| | c/o headaches |
| wt 231 (↓ 6 lbs in 1 week) | c/o pins & needles in fingers & toes |
| | Sgs he can't eat & is given all his food away |
| | Sgs he can't urinate, then he sgs he can |
| labs: essentially wnl | O/ when I suggested his wt. gain was to be due to overeating - he became incensed — "are you willing to swear to that?" |
| | — is now off all psychotropics — |
| | A/ inappropriate affect — |
| | no evidence of organic ds. |
| | P/ He was offered to D/C Parie, but he wanted to continue taking it. |
| | E/ no further F/u planned. |
| 4:30 pm 2/7/96 | INCD. NOTE: GRIEVANCE REC'D 2/5/96   DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC |
| | GRIEVANCE RESPONDED 2/7/96 |
| | SEE COPY |

CL 1480-02 (2/95)

"MEDICAL"          2-7

TO DR DAVIS,

I AUTHORIZE YOU TO discuss
my Medical CONDition and Relea
all InFormation TO my MOTHER
DONNA JOHNSON

I'M WAVING Rights oF
CONFidenality,
              per Bill m Hicks
                 x William m Hick
              witness x

"NOTE per medical ReF- SYNACUAN &
WATER pills. State that all the Sym-
I HAVE ARE the Same."

THANKS For your time

REGARDINS
William Hicks
BS95-14533
9-10-63

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks Bill  ID # B89574533 D.O.B 9/10/6 |
|---|---|
| 02/06/96 at 940P | Nsg. Note: Refused nursing intervention in reference of difficulty urinating. Referred pt to clinic.  FLORENCE DEMOSTHENES, RN NBB |
| 2/15/96 2:15P | S/P altercation one week ago c/o persistent pain in dist. of Ⓛ trigeminal nerve. No acute visual changes  O Iinag  Healed Ⓛ wfrac-bital ecchymosis tender over Ⓛ zygoma & sensation was diffusely  Jaw Ⓛ TMJ crepitus  Eyes. Subconjunctival hemorr  OD PERRL, EOMI  A.1 TMJ syndrome r/o orbital fracture  D. WADE CHATFIELD P.A. - C. MAIN JAIL  P) EEG orders ___ Drrr  DR. N. DERICIER STAFF PHYSICIAN MAIN JAIL |
| 2-19-96 2P | Individual note for was called to see me but did not come down.  DR. N. DERICIER STAFF PHYSICIAN MAIN JAIL |

CL 1480-02 (2/95)

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William    ID # 359714733    D.O.B. 8/11/6 |
|---|---|
| 2-20-96 11A | 32 year old m/17 here to see me as per Dr Davis to determine if He needs eyeglasses. Also pt c H/g injury to left side of face It was hit in the face by other inmate |
| | O    BP 110/8 p 80  R 20 Face ⊕ tenderness on palpitation at the area of face deeg clear ⊕⊕ Heart RR abdomen soft BS present ✻ ray reveals Fx of zygmatic arch Vision OS 20/20  OD 20/20  OU 20/20 A Fx at zygomatic arch P   refer to dentist |

DR. N. DERZIER
STAFF PHYSICIAN-MAIN JAIL

CU 1490-02 (3/95)

# EMSA CORRECTIONAL CARE

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, William | ID # DS 951 4523 | D.O.B. 9 / 10 / 6- |
|-----------|------------------------------|------------------|---------------------|

2-31-26 — Oral & Maxillofacial surgery note

CC: "I was struck 12 days ago".

HPI: Pt. states that he was struck to the (R) face repeatedly with a fist multiple times approx 2 wks ago. Pt reports L.O.C. at the time of initial trauma. "Has been evaluated by MD" and is referred for OMFS consult.

PMH & Mds. As per chart.

CE: Cervicofacial examination with lymphatics significant for (R) subconjunctival ecchymoses, & infraorbital ecchymoses on the (R). Facial swelling not evident at time of examination. EOM full x2. PERRLA. No paresthesia is evident along the distribution of the infraorbital nerve on the (R); however pt reports paresthesia in the temporal parietal region. Infraorbital and supraorbital rims intact to palpation without step defect. A healing cutaneous wound is evident on the (R) zygoma. Pupillary levels equal without superior of eye Malare, diplopia is not evident. Inter incisal opening is 35 mm. Mild tenderness to palpation on the (L) TMJ. Intraorally ecchymosis is not evident in the mucobuccal fold on the (R). Occlusion is stable

Radiographs

**EMSA** *CORRECTIONAL CARE*

**PROGRESS NOTES**    13595

| Date/Time | Inmate Name: Dick William | ID # 14533 | D.O.B. 9/10/53 |
|---|---|---|---|
| 2/22/96 | Psych FU | | |
| 8:45 am | S: "Could I get anti-depressant" | | |
| | O: Hx of depression. On Trk | | |
| | Swing ↓ ↑ weight, urinary incont. | | |
| | ↓ ↑ Uric acid. Uric OK. | | |
| | He told him about Paxil | | |
| | We discussed SSRI. In | | |
| | the past he took Prozac | | |
| | & made him "violent" | | |
| | We discussed side effect of | | |
| | Tricyclic & pt would rather | | |
| | stay Ø Med. Agreed | | |
| | A. Hx of Dep. | | |
| | P: pt may access M.H. if | | |
| | he changes his mind. | | |
| | [ Uric in drug cell; doing | | |
| | very well — on gen offices ] | | |
| | Limia | | |
| | DR. MEL LIMIA | | |
| | STAFF PSYCHIATRIST. | | |
| | MAIN JAIL | | |
| : | | | |
| | | | |
| | | | |
| | | | |

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**EMSA** **CORRECTIONAL CARE**

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, Williams   ID # BS95 14527   D.O.B. 9/10/68 |
|---|---|
| 2-21-96 | Review of new facial films done this am |
| | Significant for non displaced fracture of the Zygomatic process of the Temporal bone A bony discontinuity evident in the (R) lateral wall of the maxillary sinus. |
| | The maxillary sinuses are well aerated ⊤ evidence of air fluid levels bilaterally. Infraorbital rims appear intact |
| | Clinical & radiographic finding consistent ⊤ nondisplaced fx of the (R) Zygomatic arch, fx reactive of the (R) lateral wall of the maxillary sinus (Zarc fx). |
| | Plan: |
| | ① Soft diet x 2wks |
| | ② Motrin 600 po tid x 2wks |
| | ③ F/u ⊤ Dental in 2wks |
| | T. WOATHOS |
| 2-27-96 9:06ᴬ | Incident Note: Pt. Refused Sick call See Refusal form.   Jerell Davis, LPN |
| 3/4/96 7:30pᴸ | ① Hᴼ of (R) Zygomatic Arch Fx ?? ① (R) Ramus mand Fx (Doubtful) 2° to Assault x 3wks Ago. Non c/o ↑ pain — motrin not给 him sick Rx: (R) Posporbit (R) Zygoma + lot orb det Fx Closs I - ml-occlusion, ↓ mouth opening 2° to Fx/masseter muscle spasms → SEE ORDERS |

DR. CRAIG DECKER
STAFF PHYSICIAN

CL 1480-02 (2/95)



# EMSA CORRECTIONAL CARE

132/96  10ᵘ

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, William | ID # BS95/4833 | D.O.B. 9/10/ |
|---|---|---|---|

**3·27·96**
**10.30 m.**

ARNP & maxill - facial surgy note.

Pt evaluated this pm. Clinical exam vertically unchanged although pericisned opening has improved since 1st appt. Opening 41 mm. Remand of exam unremarkd. Pt report that he is under a lot a stress and clinically is clenching musculature (parafunctional habit) w/ exam of

Plan (1) will follow up — write

(2) PA X-ray of teeth UR Quadrant. (unremarkable)

(3) Continue flexeril x 14 days

---

**3/28/96**
**4:45 pm**

Aux Note: Referral to Psychiatrist. Received a call from pt's mother regarding pt. being "a little depressed". ——— B Schwartz PSA

---

**3/28/96**
**9 am**

See ⌀ note.      Smith

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

**4/8/96**

Aux. note: Responded to grievance JRB

JERRENE R. BRANTLEY, RN
HEAD NURSE, MJB

---

**4·13·96**
**7P**

Incidental report — will refer to see P/R

S Crawford LPN

CRAWFORD, SHEILA, LPN
MAIN JAIL

---

**4/8/96**

Unable to see sick call to BSO movement — L Gayle

L Gayle LPN
MAIN JAIL

---

CL 1480-02 (2/95)

**EMSA** **CORRECTIONAL CARE**

## PROGRESS NOTES

BS 95

| Date/Time | Inmate Name: Wick  W. | ID # 14533 | D.O.B. 3/10/63 |
|---|---|---|---|

3/29/96
9 a

Engel

S. "I'm OK ... dealing c my things
in prayer ... don't want antidep."

O. Ref by MD → ~~Storts~~ Schwartz → Dr.
Weiss discussed past Tx. Adv./
disadvantage, dose, length of Tx
etc. PT is well versed on
all side effects & had taken
many antidepressants in the
past [ Wellbutrin did not help.
Others brought suicidal tendencies,
Serzone gave urinary incontinence
& ↑ weight. ] PT is doing well
in Drug cell, believing on Religion
(got rosary on neck), & felt
support from family & others cell
IM. PT would rather not
take antidep & signed up.
PT did acknowledge suicidal thoughts
especially when thinking about broth.
[ brother kill himself c GSW 4 yr ago ].
but indicated No intent n plan
& will not act upon idea.
We discussed access to M.H. as
well as, offered if thinking is too much.

A. Hx of Dep

**FOR MENTAL HEALTH USE ONLY**

DR. MELLIMIA
STAFF PSYCHIATRIST
MAIN JAIL

CL 1480-03 (2/95) P. PT may access MCH / RTC ( c no suicide

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Williams | ID # BS9514533 | D.O.B.: 9110163 |
|---|---|---|---|
| | | | |

4/22/96
8:25 pm

① ℝ ZMC Fx x ~ 2½ months Ago
2° to assault. Mand. X-rays ⊖ Fxs
⊖ diplopia

Pt c/o ing Headaches & ℝ Zygomatic
pains, which are ↑ c sleep &
chewing

Re: ℝ P&P, ℝ Zygomatic arch Fx
PERRLA EOMI, midface stable.
Class I, nl occlusion.
CN's VII intact.
① numbness in 3RD division of ℝ CN Ⅴ

A/P ① ℝ ZMC Fx ( ̶n̶o̶r̶m̶a̶l̶ occlusion,
⊖ dystopia )
ⓑ ℝ TMJ syndrome, ① Headaches
→ see orders

4/25/96
3:05 PM

GRIEVANCE ANSWERED
[signature]
SIGNATURE
DATE

TODD SCHWARTZ, HSA
Main Jail

DR. CRAIG UECKER
STAFF PHYSICIAN

CC 023                                                                 5/95

**EMSA** *CORREC . ONAL CARE*

PROGRESS NOTES

| Date/Time | Inmate Name: Hicks W | ID # 14533 | D.O.B 9/10/63 |
|---|---|---|---|
| 4/30/96 9a | Psy EC | | |

S: "OK"

O: Hx of "Bipolar D. mixed" Doing very well Ø rled o in Drug Cell.

PT is taking care of his jaw – might need re-fx to re-align o stop the discomfort

PT not in need of psychiatric servic at this time.

MSE. Alert. Coop o friendly
Psychomotor activity in NL
Mild dysarsia – "on time always"
Ⓧ Delusion, S/H. A/V.
good sleep. app.
good insight/judgment

A. Hx of Bipolar D. mixed

P. Terminate
PT may access M.H

_Limia_

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hills, William | ID # BJ 9514533 | D.O.B. 9/10/6 |
|---|---|---|---|

**5/8/96 9.20a** — Pt evaluated this am in clinic = Dr Cline & Todd Schwartz. Pt state that he was assaulted 2°t last examination. Repeat facial bone x-rays done as of 5/3/96 and reviewed with patient. Displacement (R) zygomatic arch as of previous examination radiographically not apparent. Finger nasal opening admits two fingers (patients) easily. It was explained to patient that in the examiners opinion surgery is not planned = the (R) zygomatic arch. Pt state that he is now having soreness on eating = the (R) TMJ. Advised reread of examination 4/22/96. Will follow up = TMJ eval if soreness persists.

**5/18/96** 61 — Seen by nurse — See note see CCO 18 —

LORRAINE KRYSTOPHER, LPN
Main Jail

**5-22-96 12:15 pm**

GRIEVANCE ANSWERED 5/22/96
DATE
SIGNATURE

TODD SCHWARTZ, HSA
Main Jail

EMS PROTOCOL MANUAL

## COLD, FLU, AND RESPIRATORY ALLERGIES PROTOCOL

| NAME: _Ricky William_ | ARREST#: _BS9514533_ |
|---|---|

DOB: _8/15/71_    RACE/SEX _6/1M_    DATE: _5/18/96_    TIME: _6r_

| SUBJECTIVE | 1) | HISTORY OF COPD OR OTHER LUNG DISEASE? _no_ |
|---|---|---|
| | 2) | SYMPTOMS? |
| | 3) | IF ALLERGY, PAST HISTORY?  SEASONAL?  KNOWN OFFENDING ALLERGENS? _old_ |
| | 4) | DRYNESS OR SORENESS OF THROAT? _old_ |
| | 5) | PRESENCE OF COUGH?  IS IT PRODUCTIVE? _old_ |
| | 6) | COLOR OF SPUTUM IF COUGH PRODUCTIVE?  HIV (+)? |
| OBJECTIVE | 1) | T: _98 6_    P: _82_    R: _20_    B/P: _130/7_ |
| | 2) | HEENT EXAMINATION, IN PARTICULAR, CONDITION OF EARS, NOSE AND THROAT. _Clear_ |
| | 3) | ENLARGED NODES OR SALIVARY GLANDS IN NECK. _- 8_ |
| | 4) | CHEST EXAMINATION - WHEEZES?  RALES?  RHONCHI? |
| ASSESSMENT | | COLD/INFLUENZA/ALLERGY |
| PLAN | | REFER TO PHYSICIAN/PA OR ARNP IF: |
| | 1) | BEEFY RED THROAT WITH OR WITHOUT PATCHES OR PUS. |
| | 2) | TEMPERATURE > 100.5 ° |
| | 3) | WHEEZES, RHONCHI OR RALES IN LUNGS. |
| | 4) | EVIDENCE OF EAR INFECTION. |
| | 5) | SEVERE COUGH |
| | 6) | CHRONIC ALLERGY UNRESPONSIVE TO CONSERVATIVE TREATMENT. |
| | | ASPIRIN, ACETAMINOPHEN PRN BODY ACHES. SALT WATER GARGLE PRN. SUDAFED 30 MG. 1-2 TABLETS, 2-4 TIMES/DAY FOR 5 DAYS IF NO HISTORY OF HYPERTENSION CPM 4 MG. 1 TABLET, 2-4 TIMES/DAY FOR 5 DAYS IF EXCESSIVE NASAL DRAINAGE AND NO HISTORY OF ASTHMA. |
| EDUCATION | • | ADVISE THAT COLDS LAST 7-10 DAYS WITH OR WITHOUT RX. |
| | • | INCREASE FLUID INTAKE |
| | • | RETURN IF SYMPTOMS PERSIST 7 DAYS, PRODUCTIVE COUGH, EAR PAIN, ETC. |
| | • | RETURN IF SYMPTOMS WORSENS AFTER x3 DAYS OF SYMPTOMATIC TREATMENT. |

NURSE'S SIGNATURE: _____

NAME STAMP OR PRINTED NAME: _Lorraine Krystopher, LPN_  
_MAIN JAIL_

PROTOCOL APPROVED BY: _____

REVIEWED: _____ ,1995 _____ , 1996

CL 1480-08

**EMSA ✚ CORRECTIONAL CARE**

### PROGRESS NOTES     BS 96

| Date/Time | Inmate Name: Dicks, W. | ID # 14553 | D.O.B. 9 / 10 / 63 |
|---|---|---|---|

5/21/96

4 pm

E6

S: "I can't take the Stress / dep."

O: Hx of "Bipolar D. mixed"
Ref. made by jail Advocate.
Pt is seeking antidep Tx
Pt had used Sing., Prozac.
Li, Depakote, wellbutrin, CPZ,
trilafon
We discussed antidep & since
he had never taken Zoloft we
selected it [by the way, pt's
HO is on it]
MSE: Alert. Coop. Good hygiene
eye contact. Pt psychomotor
act. Depressed c proper affect
⊝ delusions, A/O fully, S/H
fair sleep. & good apy
Good insight / judgement

A: Bipolar D. Mixed.

P: start Zoloft 50 mg BID. Dep.
RTC 1 mo.
Pt may access M-6?

_(signature)_

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)



**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # 359514533 | D.O.B.: 9/10/63 |
|-----------|------------------------------|----------------|-----------------|

5/24/96
8:00p

P: ® ZMC Fx / ® TmJ syndrom x 3 months 2° to assault. X-rays confirm Depressed ® Zygomat Fxs. © Diplopia ⊕ severe headaches daily.

PE: PERRLA, EOMI ® Depressed ® Zygomatic arch. (stable) midface stable

A/P ⊕ TMJ ® Facial Fxs ⟹ See orders

DR. CRAIG LIECHER
STATE ... ...

CC 023

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: BS 95 140 5 33 | ID # Hicks WN | D.O.B.: 91 101 63 |
|---|---|---|---|

6/13/91
2300  Inc Note

I/mate unable to attend clinic appointment. Now in "Lock Down" as per Deputy. Reschedule for 6/20/91

**PETER SMITH, RN**
**NBB**

6/20/96
6:55/p   DR Note.

S - Pt S/P Fx (R) zygomatic arch c/o diff with chewing & requesting suppl to soft diet.

② Requesting renewal of pain meds.

O - NAD

Mouth:   mucosa pink; mouth fully open

Face:   Scar (R) infraorbital area.
Tenderness at (R) zygomatic arch & edema.

A/P.   S/P (R) Zygomatic Arch Fx
DM:
Midrin ___ Bid prn po × 30d
Motrin 800 mg po Bid × 30d
Flexeril 10 mg po Bid 30d
Cont Soft diet
supple c soft × 60d

&   Clinic prn

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC
NBDC

SC 003                                                              7/94

**EMSA** **CORRECTIONAL CARE**

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks  William | BS95 14 533  ID # | D.O.B. 9 / 10 / 63 |
|---|---|---|---|
| 6-17-96  10⁰⁰ Am | S. The Zoloft is working fine. | | |
| | O  Alert Cooperative OX4 Good eye contact. Clean Appropriate | | |
| | behavior Normal psychomotor activity Denied s/ hallucination | | |
| | No delusions verbalized. Speech coherent  Mood euthymic  Affect | | |
| | blunted. Denied S/H ideation.  Sleep + appetite are normal | | |
| | No side effects of meds noted/complained of now. | | |
| | A  Major depression recurrent ē psychotic features. | | |
| | P  Zoloft 50 mg Po bid for depression  Till 7/26/86 | | |
| | E  Side effects of meds discussed    T/g. Martin M.D    Dr. John Martin  Psychiatrist - NBDC | | |
| 6-21-96 | Incidental note: | | |
| 1:30 pm | I/M seen per request after case discussed in team meeting — | | |
| | I/M Hicks was given copies of all information concerning his | | |
| | medication from the PDR. I/M was pleased and courteous; voices | | |
| | no complaint @ present. ———    Σ Hanley    ED HANLEY  Human Services Counselor  NBB | | |
| 7-26-96 | S  I got out of lockdown on Tuesday. | | |
| 6¹⁵ Am | O  Alert Cooperative OX4 Good eye contact. clean Appropriate | | |
| | behavior  Normal psychomotor activity. No s/ hallucination. No | | |
| | delusions verbalized Speech coherent  Mood euthymic  Affect | | |
| | appropriate No S/H ideation.  Sleep + appetite are normal. No | | |
| | side effects of meds noted/complained of. Sleep? | | |
| | A  Major depression recurrent ē psychotic features | | |
| | P  Zoloft 50 mg Po bid for depression till 8/31/96 | | |
| | E  Pt notified of old b x ray report of his jaw ? order this concern    T/g. Martin M.D.    Dr. John Martin·  Psychiatrist - NBDC | | |

---

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

# CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # B39514533 | D.O.B. 9/10/63 |
|---|---|---|---|

7-18-96
12:50 p

S: I/M c/o of (L) ankle pain. Denies injury
stated is swollen.

O: loch. Good NAD. Ox3.
on current meds. Fluid motion, considers
(L) ankle: Neg x swollen
FROM.
mild tenderness on calf muscle

Δ: m. skeletal pain on Calf (L) leg.

P: on current anti-inflammatory and m. relaxants
meds -

E: avoid injury, and stress exercises -

John Catano, P.A.
NBDC

DR. WINTHROP E. DAVIS
STAFF PHYSICIAN - NBDC

8/7/96
4 pm

Inc. Note:  Inced. Note: Grevnce. Rec'd: 8/3/96
Grevnce. Ans: 8/7/96   M. Nelson

MELSAIDES NELSON, MSRN,
PYSCHIATRIC SUPERVISOR, NBDC

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS9514533 | D.O.B. 9 / 10 / 63 |
|---|---|---|---|

| | |
|---|---|
| 8-2-96 | Incidental note: |
| 2:30pm | I/M seen per request after case discussed in team meeting — Mr. Hicks was informed that his request to move to a program cell for NA + AA meetings is temporarily on hold due to a waiting list. The inmate said that was fine with him and voices no other complaints at present. |

      E Hanley

**ED HANLEY**
Human Services Counselor
NBB

| | |
|---|---|
| 8/9/96 | Incidental note: informed deputies of I/M's request |
| 3:45 PM | that his slide door remain open at night. Deputies reported that this is not allowed and that they will inform I/M about this rule. M Levinsky MS |

**MARK LEVINSKY, MS**
PSYCH. SPECIALIST NBB

**FOR MENTAL HEALTH USE ONLY**

**MSA** **CORRECTIONAL**
**CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS95453  D.O.B. 9/10/63 |
|---|---|
| 8-15-96. 9.50A | incid. note. I/m. status has TMJ. pain. meds need to be renewed but still no x-ray Completing — Refer to Dentist _JOHN CATANO, P.A. LNBB_ ~~DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC~~ |
| 8/14/96 . | Chart Note — X-rays absent to clear's chart seen films noted by family & sent. (Kim) |
| 8/4/368pt | S— I have been taking the motrin & other pain meds I was told that motrin is only for Headache these meds are not helping my pain I need to see the Doctor for my pain & chronic Headache |
| | O— (+) chronic headache, Hx small microcardi Denies Hx Migraines, Denies Hx High BP BP 120/90 . No blurred vision |
| | A — Alteration in comfort 2° chronic Headaches + pain not responding to present treatment |
| | P — Refer pt back to the Dr. for flu |
| | E — Avoid strong colts, adequate rest. medical access as needed — Calista Chukwu |
| | GALISTA CHUKWU, RN NBDC |

EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hickson | ID #: 03595 10533 | D.O.B.: 9 16 63 |
|---|---|---|---|

08/26/96
1900

Re # (1)  The following medical problems have been addressed:

A Medical Evaluation was completed on the following Dates:

8/21/95 - 11-30-95 - Pt → sick call on 1/31/95 - Pt was again seen on 2/4/96 5-24-96 - 4-22-96 - 3-7-96 - 3-19-96 - 3-20-96 - 3-4-96 - 3-27-96 - 6-26-96 7-12-96 - 9-10-96  The following are in the Chart which are chronic & real complaints there.

Re: #2  The Dental problems were addressed by both the Dentist and the oral Surgeon. Pt was seen by Dental - 9-29-95 11-2-95 - 3-15-96 - 3-22-96 - 3-27-96 5-1-96 upon all Dental problems were addressed

Re #3  This pt has been evaluated by Mental

Re #4  Health - Medical and Dental and has had Con't access to all Services available.

Re: M/H  Mental Health pt has had Several mental Evaluation on the following Dates: 8-1-95 - 9-19-63 - 11-9-95 - 11-11-95 - 11-15-95 - 12-16-95 - 1-16-96 1-25-96 - 1-22-96 - 3-6-96 - 3-22-96 - 3-27-96 - 4-30-96 5-31-96 - 6-17-96 - 6-21-96 - 7-26-96 - 8-1-96 - 8-9-96 Pt has had a listing of my Sick call call

5/95

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks    William | BS 95 14 533 ID # | D.O.B. 9/10/63 |
|-----------|-------------------------------|-------------------|----------------|
| 8-27-96 | S   Im doing O.K. I have problems with jaw & migraine headaches | | |
| 6 20 Am | O   Alert cooperative O.K. Good eye contact. Clean Appropriate | | |
| | behavior   Normal psychomotor activity   Denied up | | |
| | hallucination   No delusions verbalized. Speech coherent | | |
| | Mood euthymic   Affect appropriate.   Denied SH ideation. | | |
| | Sleep & appetite are normal   No side effects of meds | | |
| | noted/complained of | | |
| | A   Major depression recurrent 5 psychotic features. | | |
| | P   Zoloft 50 mg, P. bid for depression   till 10/4/96 | | |
| | C   Pt told to put in request to Medical for his physical problem. TG Martin D | | |
| | Dr. John Mart | | |
| | Psychiatrist - N. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**FOR MENTAL HEALTH USE ONLY**

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks        William | BS9514533 ID # | D.O.B. 9/10/67 |
|---|---|---|---|
| 8-27-96 6:20 Am | S  Im doing O.K.  I have problem with jaw & migraine headaches. |
| | O  Alert cooperative OX  Good eye contact.  Clean Appropriate behavior  Normal psychomotor activity  Denied a/v hallucination  No delusions verbalized.  Speech coherent  Mood euthymic  Affect appropriate.  Denied S/H ideation.  Sleep & appetite are normal. No side effects of meds noted/complained of |
| | A  Major depression recurrent $\bar{s}$ psychotic features. |
| | P  Zoloft 50 mg Po bid for depression  Till 10/4/96 |
| | E  Pt told to put in request to Medical for his physical problem. *JH Martin MD*  Dr. John Martin  Psychiatrist - N |
| 9-23-96 6:40 Am | S  Im having difficulty urinating. |
| | O  Alert cooperative OX & Good eye contact.  Clean Appropriate behavior  Normal psychomotor activity  Denied a/v hallucination  No delusions verbalized.  Speech coherent  Mood euthymic  Affect appropriate.  Denied S/H ideation.  Sleep & appetite are normal.  No side effects of meds noted/complained of.  I showed him the PDR which say that urinary retention is a rare side effect.  The urinary retention could be due to something else.  He has been on Zoloft for 6 mths  Jaw problem.  The urinary retention started about a month ago. |
| | A  Major depression recurrent $\bar{s}$ psychotic features. |
| | P  Zoloft 50 mg Po bid for depression  Till 10/20/96 |
| | E  Meds will be re-evaluated $\bar{p}$ a month. If urinary retention persists the meds will be changed  Pt referred to write to Medical about his problem.  *JH Martin MD*  Dr. John Martin  Psychiatrist - NBCC |

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS96 145 33   D.O.B. 9/10/63 |
|-----------|------------------------------------------------------------------|
| 9/6/96 - 1700 | Inc Notes- Unit Nurse notified to inform inmate that facial bones X-Ray showed no abnormalities. Ruth LeBel RN Ruth LeBel |
| 9·9·96· ci·oP· | incidental note · previous facial films. Were too dark. and will to Be Done again · for x-n of Townes sinus position — John Catano, P.A. NBB |

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN NBDC

**CORRECTIONAL
CARE**

### PROGRESS NOTES

| ...me | Inmate Name: Hicks-William | ID #359510630 | D.O.B.: 9 16 63 |
|---|---|---|---|

26/96    The following medical problems

100    have been addressed:

e #(1)    A Medical Evaluation was Complete
on the following Dates:
· 8/31/95 - 11-30-95 - pt ref sick call
on 1/31/95 - pt was again seen on 2/6/96
5-24-96 - 4-3-96 - 2-7-96 - 2-19-96 -
2-20-96 - 3-4-95 - 5-23-96 - 6-20-96 -
7-18-96 Encore. The phy and or
the PA evaluated and wrote orders for
each complaint filence

Re: #2    The Dental problems were addressed
by both the Dentist and the oral
Surgeon. Pt was seen by Dental- 9-29-95
11-2-95 - 3-15-96 - 3-22-96 - 3-27-96 - 5-1-96
Again all Dental problems were addressed

Re #3    This pt has been evaluated by mental
Re #4    Health - Medical and Dental, and has had
Con't access to all Services available.

Re: 3/4    Mental Health pt has had a mental
Several
Evaluation on the following Dates: 8-5-95 -
9-19-63 - 11-9-95 - 11-1-95 - 11-15-95 - 12-16-95 - 1-16-96 -
1-25-96 - 1-33-96 - 2-6-96 - 2-23-96 - 2-30-96 - 4-3-96 -
5-31-96 - 6-17-96 - 6-31-96 - 7-30-96 - 8-1-96 - 9-9-96

**EMSA** *CORRECTIONAL CARE*

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS9514533 | D.O.B. 9/19/63 |
|---|---|---|---|

9/26/96
9:20 AM

S: " I just want the AA meetings "

O: IM seen per self request to attend drug cell program. Present & alert, oriented and cooperative. He does wish for group psychotherapy instead be requesting AA meeting. Informed him that he could be transported to 121145 by deputies when meetings are available. Verbalized understanding.

A: Major depression recurrent s psychotic features

P: no further service needed at present. MLevinsky MS

<div align="right">

MARK LEVINSKY, MS
PSYCH. SPECIALIST NBR

</div>

10/8/96
10:20 AM

S: " I'm trying to get out of this cell " " I'm looking for a different environment that may vary "

O: IM seen again per self request. State he is thought idea of group therapy and now want I want to for polysubstance abuse and feelings of depression. Question level of sincerity.

A: Major depression recurrent s psychotic features

P: will have IM remain on 121145 and have IM transported to 121145 for group. will consider transfer pending his behavior. MLevinsky MS

<div align="right">

MARK LEVINSKY, MS
PSYCH. SPECIALIST NBB

</div>

FOR MENTAL HEALTH USE ONLY

**EMSA** CORRECTIONAL CARE

PROGRESS NOTES BS 95-14533

| Date/Time | Inmate Name: HICKS, WILLIAM | ID # | D.O.B. 9/10/63 |
|---|---|---|---|
| 10/8/96 2pm | MD CLINIC: |  |  |

Pt Here for review of his medical problems and to discuss possible solutions which were agreeable to him. His complaints today include

wt. 230

1. Concerns that his jaw was still broken causing him pain @ his ⓡ TMJ. This pain is constant he claims. He is sure people are lying to him about it,

2. Constant HA's — he feels this is from the stress of this pain — he was taking midrin but he angrily points out that midrin caused him to have a "bleeding" ulcer and to throw up blood. He wants something for pain & HA's.

3. Inability to open mouth fully — he says is due to pain in ⓡ jaw — he wants more X-Ray studies of his jaw & mouth because he's sure he needs surgery

4. GI upset : He says he threw up this morning, and that he has intermittent abdominal pains, cramps — all the time

MEDS:

| ZOLOFT | 50mg | BID | FH: lives ē mother, sister |
| MOTRIN | 800mg | BID | 1 brother was schizophrenic |
| FLEXERIL | 10mg | BID | & committed suicide |
|  |  |  | "in front of me!" |
|  |  |  | See ➝ H ⓟ ➝ |

EMSA CORRECTIONAL CARE

Page #3

PROGRESS NOTES   BS95-14533

| Date/Time | Inmate Name: HICKS, Wm. | ID # | D.O.B. 9, 10, 63 |
|---|---|---|---|

10/9/96

MD NOTE (cont'd)

Imp:

1. TMJ - owing to the specific location of his pain @ (R) TMJ* he may have some problem there, but:
   - but mouth opens to 41 mm, which is normal
   *no facial deformities were noted
   - its impossible to make an objective evaluation of just how much discomfort he is actually having.

2. I spoke with Dr. Weaver, who advised me that no further oral surgery who was anticipated at this point. He is due for a routine filling in 24 hrs.

3. HA's - again objective evaluation of "constant horrible pain" is difficult when the pt. is in NAD.

4. % GI upset / Bleeding ulcer - no evidence on PE of ulcer-like Sx's - Stool was neg. for blood - no active bleeding at this time.

Plan - 1. I suggested a trial of Indocin instead of Motrin - if this is unsuccessful, then a trial of Para Forte
trial of Tagamet @ HS -

2. Trial of Indocin CR 50 for HA's — if note is that pt's diastolic BP was sl. elevated — LABS ordered - RTC 1 week to discuss Labs, meds.

DR. WINTHROPE, DAVIS
... PHYSICIAN - NBDC

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # B59514533 | D.O.B. 9,19,63 |
|---|---|---|---|



10/9/96
2:30pm

cluc. Note: Blood drawn for
smac and cbc per Drs orders.
Cassandra Burch MA  CBurch, MA


**EMSA** *CORRECTIONAL CARE*

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks William | ID # B59514533 | D.O.B. 9 10 63 |
|---|---|---|---|

10/14/96 9³⁰ᵃ Incidental Note: Doctor Davis notified about pt's Clo nausea and upset stomach since after commencing indocin. Also notified about patients refusal of taqunet ordered qhs. Indocin and taqunet was discontinued by Dr Davis and pas form forte 2 tabs po Tid x 30 days ordered & noted ————
Pt due to clinic the 10/16/96 — Calista Chukwu RN

CALISTA CHUKWU, RN
NBDC

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks (William) | ID # BS95 14533 | D.O.B. 9/10/63 |
|---|---|---|---|

**10.17.96 1:55 pm** INC. NOTE: Pt brought for dental and indicates is very nauseated and sweaty. Will reschedule for dental at Appointment pt for high due to nausea

JACQUELYN D. FARRAR
Dental Assistant - NBDC

**10/18/96 8:30 Am** MD Clinic

S: Mr. Hicks was brought to the Clinic to discuss his lab results & effects of due medical regimen. He insisted that "nothing works", he is in constant pain, he has an ulcer, he has high blood pressure and that "everyone is participating in a cover-up."

O: BP 140/82    P: 72

Mr. Hicks was angry, combative, and accusatory throughout his appointment. He called me a "liar" & demanded to be sent to a hospital for new X-Rays, more tests, and another opinion from a "real" doctor.

A: Mr. Hicks was asked to leave the exam room; on the way out, he said, "It's a good thing I'm leaving because I would punch you out". I asked if he was threatening me and he responded, "it's not a threat, it's a promise". The Deputy took him out

P: I will fill out a Victim's Report

E: RTC PRN.

DR. WINTHROP

Institution/Facility: North Broward Bureau     Authorization No.: 36080

## EMSA CORRECTIONAL CARE
### CONSULTATION REQUEST FORM

OUTSIDE ORAL SURGERY

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC OK
10/21/96

EMERGENCY ☐     URGENT ☑     ROUTINE ☐

A. Inmate #: B595 14533     Sex: M     Race: W     D.O.B. 9.10.63
Patient Last Name: Hicks     First Name: William
Request Date: 10.21.96     Sentence/Release Date: _____

B. Reason for Consultation: Present illness and history - include summary of current problem(s);
meds, x-ray and lab studies, etc.

Right Zygomatic Arch Fracture with possible TMJ impingement.

Nothing acute, needs x-rays WCD
DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

Prior Consultation Enclosed     ☐ Yes ☑ No     Referring Physician: Jacic Cline, DDS
Initial Diagnosis: Zygomatic Arch Fracture     Signature: JAC

C. Consulting Physician: Dr. Charles Rosse 2801 University Dr, Coral Springs, 752-1045
Suite 102     Elliot
Results: (To be completed by Consulting UM Physician)
Treatment Plan and Recommendations (therapy, meds, studies)
C-T SCAN FROM ZYGOMATIC ARCHES AND T.M.J's TO ANGLE OF
MANDIBLE INCLUDE ORBITS
PLEASE SEND SKIN HERE     Jt Elliot DMD

Reviewed by: _____     Date: _____

D. Outside Consultations Only:
Billing Instructions: EMSA CORRECTIONAL CARE
(Insurance Name or EMSA)
Address: 1200 S. Pine Island Road, Suite 500, Ft Laud 33324
Policy #: _____
Approved Provider: _____     Procedure Authorized: _____
(If admission Pre-Op to be done onsite please attach results Laboratory, X-ray, EKG)
Scheduled Date of Service/Time: 11-7-96     Type of Visit approved: TO BE Filed R.S.
11:30 am     (Inpatient admission, Outpatient Surgery, Visit Outpatient, Diagnostic testing)

E. To be completed by institution:
Items to be Sent With Referral
☐ Recent X-Ray     ☐ Recent Lab Results     ☐ Other Special Test Results
Consulting Physician (Please attach copy of consultation, ED Form or D/C Summary)     Date _____
FAXED 10-21-96
Findings (problems, diagnosis) and Recommendations (therapy, meds, studies)
_____
_____

Procedure Completed: _____     Consulting Physician: _____
Final Diagnosis: _____
Disposition: _____     Dr Elliot (954) 752-1045

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Nicls Wille | ID # BJ951455 | D.O.B. / / |
|---|---|---|---|
| 10/21/96 | Inc. Note: — | | |
| 2PM. | Group discussion: — | | |
| | To try & Resolve Inmate Non-acceptance of Medical | | |
| | information given to him by us. | | |
| | 1. Outside Oral Surgeon Consult | | |
| | 2. Outside IM/GB Consult | | |
| | Hasan | | |

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William   ID # 81 95 14533   D.O.B. 9,10,63 |
|---|---|
| 10/21/96.<br>8:20/p | Pt Note<br>S- Pt presented reporting:<br>① Still ī pain @ TMJ area.<br>Now © S ® side pain.<br>② "feels like I am getting brain<br>damage" because of pain constantly.<br>③ No nausea & vmtl, dizziness<br>all the time onset since trauma ī<br>8/96; ⊕ vomiting now V, last night<br>today<br>④ I meds x 3-4 days.<br>⑤ ⊕ tonsil pain x 2wks.<br>difficulty swallowing; ↓ of appetite<br>⑥ Requesting to be put back on Medrol.<br>Even though it had cause "hole in<br>stomach; needs Medrol / Motrin / Flexeril<br>together when informed re: #3/<br>Darvocet will it be ordered.<br>S bleeding from rectum, nose now.<br>O- ⊕ History of TMJ ī oral surg<br>seen earlier this eve. |
| 10/9/96. | 5.5  16.0   175.<br>BUN 11  Cr 1.1  PLT 2  PLT 39 |
| 8/21/96. | Xray - Medial. J defecate<br>did. |
| 3/27/96 | Oral Surg. Evaluation |

DR. WHITING? C. DAVIS
STAFF PHYSICIAN, MBRC
CORDEN, PA

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # B9514533   D.O.B. 9,6,63 |
|-----------|---------------------------------------------------------------|

10/21/96
8:20 p

PM Note con't

O: T 97°   BP 120/60   P60   RR 16   WT 235/lb
NAD, A & O x 3.

Neu: θ tenderness nov of
TM's; θ edema.

periorbital - intact s edema,
erythema.

Mouth: opens partially (Pt stated pain
upon opening) tonsils intact, θ
edema, erythema a exudate.

Neck: supple.

lymph θ

A/P  S/P R Zygomatic arch

No PERRL

No tonsils.

Tylenol 400 mg qhs x 30 d
Mylanta 800 mg po q8h prn x 5 d
Motrin 800 mg po TID x 30 day.
Flexeril 10 mg po TID x 30 d
Midrin II tabs po prn food
x 30 d

G: Encourage dry meds
↑ fluids.

RTC prn

DR. WINTHROP DAVIS
STAFF PHYSICIAN - NBDC

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Bryes, Williams.    ID# BS951433 D.O.B.: 09/10/68 |
|-----------|----------------------------------------------------------------|
| 10/27/96. 10:45 Am | S- " I still have difficulty starting to urinate and the difficulty continued while I am urinating and my stream hurts, but Zoloft helped for depression and I believe Zoloft doesn't have any urate urination ! " |
| | O. awake, alert, oriented ×3. Neat. No psychomotor abnormality. Speech clear, coherent, without delusion. Mood anxious (mostly for somatic concerns.) affect slightly constricted. Denies any current S/H ideation (but states in the last few days, sometimes he felt a little bit suicidal, without plan) - No A/V hallucination expressed. Poor sleep reported. Poor appetite stated. Difficulty starting urination + while urinating cuts feeling of incomplete voiding of bladder. Compliant with medication- |
| | A. Major depressive disorder, recurrent, without psychotic features. |
| | P. ① Continue Zoloft 50mg BID for depression till 11/27/96. |
| | E. ① Review side effects from antidepressant (especially compare Zoloft with other tricyclic antidepressant-). Advised to request medical consultation. ② Patient to report any side effects to mental staff. Dangerous |

T. P. CAO, MD
Psychiatrist

*Complete Both Sides Before Using Another Sheet*

CC 304

FOR MENTAL HEALTH USE ONLY

7/94





Charles D. Russo, D.M.D.
Jeffrey F. Elliot, D.M.D.
Diplomates, American Board of Oral & Maxillofacial Surgery

William Hicks
Date of Birth 9/10/63
Date of Visit 11/02/96
Date of C-T Exam 11/27/96

CC:    This 33 yo w. male presents with a chief complaint of persistent pain in his "TMJ".
HPI:Patient was in his usual state of health when he allegedly was involved in interpersonal
violence on 2/7/96. He was evaluated by "some MD's" and told that he had fractures. These
fractures were allegedly not treated.
PMH: + MVP, + chest pains, + stomach ulcer, + mental health problems
     Meds:sinequan
     Alcohol:denies Cigarettes:denies          Drugs:denies

CE:Well nourished w. male looking stage age.
Alert and oriented x3. Cranial nerves II-XII grossly intact. + paresthesia right infraorbital nerve.
No other facial paresthesia noted.
     Interincisal opening 38mm, with slight deviation to the right. No clicking, popping,
crepitus noted in either right or left TMJs. Left and right lateral excursions were unrestricted to
10mm. Protrusive was noted to be 8mm. The mandible is grossly intact without stepping,
segmental mobility or tenderness. No gross entrapment of right coronoid process. No pain on
loading TMJs. No pain on palpation of TMJs.
     Maxilla is non-mobile. + Stepping with some tenderness right lateral wall of
maxilla(maxillary sinus.) Stepping noted right zygomatic arch. Infraorbital rims are continuous
without tenderness.
     Patient is partially edentulous without gross dental pathology.
     Radiographs:C-T exam is remarkable for small break in the right posterior lateral wall of
the maxillary sinus. There is no fluid accumulation or gross thickening of either the right of left
sinus membranes. The condyles appear normal. A panoramic radiograph also suggests no old
or new fractures of the mandible.

Impression:33 y.o. male s/p trauma with residual defect maxillary sinus. There is no evidence of
TMJ pathology at this time. Patient's limited opening and complaint of discomfort may be due
to scar tissue from original injury. Non-surgical physical therapy may help

**EMSA ⨍ CORRECTIONAL CARE**

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # BJ95 4533 | D.O.B. 9/10/63 |
|---|---|---|---|

11-26-96
5:15 Am

S  Im doing O.K.  No problems

O  Alert cooperative 0x4 good eye contact. Clear
Appropriate behavior Normal psychomotor activity
Denied of hallucinations No delusions verbalized
Speech coherent Mood euthymic Affect appropriate
Denied S/I ideation. Sleep & appetite are normal.
No side effect of meds noted/complained of. Still has
suing intention at times but says he can tolerate
it. Doing an IP for threatening Dr. Davis' friend
SO on 11/23/96 Says he is suing all the officers
who wrote O.R.s on him for a lot of money.

A  Major depression recurrent 5 psychotic feature.

P  Zoloft 50 mg po bid for depression Till 12/23/96

E  It to adding his services as needed.

*JG Martin M.D.*

Dr. John Martin
Psychiatrist – NBDC

P.S.  I/M told that all the officers may be changed soon
if bids are made starting 12/2/96

*JG Martin M.D.*

Dr. John Martin
Psychiatrist – NBDC

12/19/96  Incidental note: I/m seen re: request to attend
group. Dr. Martin gave permission for him to attend
but deputies feel it would be a real controversy
I/m's past period. Encouraged I/m to show
consistent positive be + try again. mlevnsky MS

MARK LEVNSKY, MS
PSYCH SPECIALIST NBB

FOR MENTAL HEALTH USE ONLY

CL 1480-03 (2/95)

**EMSA** *CORRECTIONAL CARE*

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, William   ID # 895144533   D.O.B. 9/10/63 |
|---|---|

11/8/96
9:50 p

DA Note

1. Pt in clinic _____ S/P endoscopy. Sd. ⊖ noted discomfort & abd; ⊖ n/v/d. appetite good.

2. Stated PM/off missed x 2d, but rec'd today.

3. Evaluated by Oral Surgeon outside & will _____ c̄ MRI.

4. Requesting transfer from present cell due to difficulty breathing.

O/ NAD. BP 110/70.
Abd. _____ Bowel sounds, BS(+) all quads.
⊖ organomegaly / tenderness
Lower Ext ⊖ _____ in cell.
⊖ edema, lesions.

R) _____ for medical aspect nail embedded; ⊖ tenderness, erythema etc.

A/P    S/P Abd Procedure.
Donnatol Ⅱ tabs po BID x 10d
Will discuss transfer c̄ Dr. Daugh.

C     Clinic prn.
_____, MD
_____ PHYSICIAN, NBCH
_____ M.C. DAUGH

# EMSA CORRECTIONAL CARE

AMBULANCE:   YES ☐   NO ☐

FACILITY: _NBC3_

REVIEWED BY: _____

AUTHORIZATION NO: _____

*OUTSIDE ORAL SURGERY*

## CONSULTATION REQUEST FORM

DR. WINZHROP C. DAVIS  OK
STAFF PHYSICIAN - NBCC
12/9/96

EMERGENCY ☐         URGENT ☑         ROUTINE ☐

**To Be Completed by Referring Facility:**

ID # 3S9874533    /SPN# _____    /SSN _____    /Sex M    /DOB 9/10/67

Patient Last Name: HICKS    First Name: WILLIAM

Request date: 12/9/96    Date Booked: _____    Release Date: _____

Current Dx Impression: R/o TMJ DYSFUNCTION

Specialty Requested: ORAL SURGERY - DR. ELLIOTT  752-1045

Procedure Requested or Problem to be Addressed:

follow - up for TMJ DYSFUNCTION

ADVISE RE CAT SCAN REPORT -

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBCC

**UTILIZATION MANAGEMENT ALTERNATIVE TREATMENT PLAN AND RECOMMENDATIONS (THERAPY, MEDS, STUDIES):**

PROVIDER'S NAME: _____    SCHEDULED APPT. DATE/TIME: _____

ADDRESS: _____

To Consulting Provider: Please summarize findings, diagnostic impression and recommendations or Attach Dictated Report:

Consulting Physician Signature:

PAYOR INFORMATION:

Billing Instructions:   INSURER: ☐    SELF: ☐    EMSACC: ☐

(Insurance Name: _____

EMSA Correctional Care
ATTN: Utilization Management
1200 S. Pine Island Road, Suite 600
Ft. Lauderdale, FL 33324-4460

Policy No.: _____    Procedure/Type of Visit Authorized _____

**EMSA** *CORRECTIONAL CARE*

### PROGRESS NOTES

| Date/Time | Inmate Name: | ID # | D.O.B. / / |
|---|---|---|---|
| 11-22-96 9⁵⁵am | INC. NOTE: Refused dental, Refusal signed and placed in file | | |
| | | JACQUELYN D. FARRAR Dental Assistant - NBDC | |
| 12-9-96 1:30p | ∴ I/M c̄/o Dysphagia Runny Nose — coar phlegm while coughing — Was in the Hospital x Endoscope procedure Recently. | | |
| | Ø: looks Good NAD. T=97.8 | | |
| | Throat = mild Redness. Doc phlegm | | |
| | Neck = adenopathy. | | |
| | Ly = clr | | |
| | CV = N,S,R | | |
| | ∅: Pharyngitis / Bronchitis | | |
| | P: se clr E. ↑ fluids JOHN CATANO, P.A. NBB DR. WINTHROP C. DAVIS STAFF PHYSICAN - NBDC | | |
| 12/13/96 9³⁰am | Inc. Note INCID. NOTE: GRIEVANCE REC'D 12/12/96 GRIEVANCE RESPONDED 12/13/96 SEE COPY M. Nelson R. MELSAIDES NELSON, MSRN, PYSCHIATRIC SUPERVISOR, NBDC. | | |
| 12/18/96 1:00 | INCID. NOTE: GRIEVANCE REC'D 12/18/96 GRIEVANCE RESPONDED 12/18/96 SEE COPY JOAN BAUERSMITH, RN, HN, NBDC | | |

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Win   ID # BS9671453 D.O.B. 9/10/63 |
|---|---|
| 12-19-96 0855 | Incidental Note. Unable to do sick call. Pt is in Court. Will reschedule ——— L. Borden Rn    Liloutie [illegible] RN NBCC |
| 1/6/97 6:10 | INCID. NOTE: GRIEVANCE REC'D 1/6/97 GRIEVANCE RESPONDED 1/6/97 SEE COPY    _Jen Baricsort's RN_ |
| 1/10/97 | Seen Pt p. His Request. Pn – who is status of Consultant Report? Provider – Re g 1/10/97 Dr. Elliott has not seen able [illegible] see Films [illegible] not at hospital. [illegible] by Dr. not in [illegible] in [illegible] Resolution – He will and I notice to [illegible] referred to hospital is Dr. Elliott Dr. see him. ? Continual "Acid Stomach" Answer – willing to try change to Tylenol + P Tagamet c review of 5+ fol [illegible] Change log DR O Chares. Above acceptable to Pt. [illegible] |
| 1/16/97 | Spoke c Pt's [illegible] Anna Johnson Pt room wife who informa re that she had pt's X-ray. Requested that she |

**EMSA** *CORRECTIONAL CARE*

PROGRESS NOTES

| Date/Time | Inmate Name: Hicks WM | ID # B595143 3 | D.O.B. 9/10/63 |
|-----------|------------------------|----------------|----------------|

1/16/97
2 45p

return the X-rays we can give them to Dr Elliet. She informed me she will not inform me if she will or will not give the X-rays

Joan Bauersmith RN

JOAN BAUERSMITH, RN, HN, NBOC

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks  William    ID # BS75 14 533    D.O.B.: 9 / 10 / 63 |
|---|---|
| 12 - 22 - 96    6 45 Am | S  Im doing O.K.  No problems. |
| | O  Alert cooperative O x 4 good eye contact. Clear Appropriate behavior |
| | Normal psychomotor activity No c/o hallucination No delusion relating |
| | Speech coherent Mood euthymic Affect appropriate. Denies |
| | S/I ideation. Sleep & appetite are normal No side effects of meds |
| | noted /complained of. |
| | A  Major depression recurrent S psychotic feature. |
| | P  Zoloft 50 mg - bid for depression till 1/23/97 |
| | E  It's told that time Transferred would decrease STI to the proximity of |
| | attending group discussion s matter early Tg meetings r.o. |
| | Dr. John Martin    Psychiatrist - NBDC |
| 1/19/97    11. 45 AM | Problems: depression |
| | S "... I have had time to sleep that's all" |
| | O: awake, alert, oriented x3. Neat, clean Good |
| | eye contact. No psychomotor abnormality. Speech |
| | clear coherent without delusions. Mood euthymic |
| | affect appropriate. Denies any S/H ideation |
| | No A/V hallucinations. Difficulty falling asleep |
| | Good appetite. No other side effects complained of. |
| | A. major depressive disorder, recurrent, severe without |
| | psychotic fx |
| | P. ⊙ Zoloft 100mg 4 tongue for depression till 2/19/97 |
| | E. patient to report side effects    [signature] |
| | T. CAU, MD |

*Complete Both Sides Before Using Another Sheet*

FOR MENTAL HEALTH USE ONLY

CC 004    7/94

EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS45-1453 | D.O.B. 9 10 63 |
|---|---|---|---|

1-18-97  4 P    S  states "Thats not my medication"

O  Pt took 8mg of Trilifon - Mr Hicks came
to door when Mr Green was called.
I stated Mr Green - Mr Hicks put out
his hand and took Mr Green's Trilifon 8mg

A  Alteration in comfort. / P=84  BP=134/80  R=20ng

P  Charg nurse notified - proper forms done

E  Instructed Pt - I will be back to u.
in 1 hr - notify staff of Any problems

Margret W. LPN
MARGARET WARNER, LPN
NBDC

1-18-97  5 30 p    No distress noted -    Margret W. LPN
MARGARET WARNER, LPN
NBDC

1-18-97  6 A    Incidental note - T 98.2  P=84  R=20 - BP=131/84
Skin w/n color good - Pt states
"I have not felt well for 11 months"
No distress noted    Margret W. LPN
MARGARET WARNER, LPN
NBDC

FOR MENTAL HEALTH USE ONLY

**EMSA** *CORRECTIONAL CARE*

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # B1451433    D.O.B.: 9/10/63 |
|-----------|------------------------------------------------------------------|
| 1/27/97 4:05p | *(handwritten clinical progress note — see below)* |

*Handwritten note content:*

PA Note

S: Pt presented to NP as per Dr. Marsh's prn needs. 1/10/97

Mom c/o Pt recv. diet ordered by dietrut. 1/9/97; Requesting extra milk / snacks; Ø want reg. diet c bound protein — it doesn't taste right.

② Still c OA & (R) maxillary tenderness; will present dosage of Tylenol II tabs TID Ø relief

③ c/o ④ nasal congestion, "feels warm", Ø n/v/d, appetite ↓ ↓ BM irregular c straining, bloody.

O: T 99.6   BP 100/70   Wt 223 lbs.
Pt well nourished, CM NAD; AØOx

Head.    Normocephalic.
Ears.    TMs clear c exudate / erythema
Eyes.    PERRLA, no icteric
Nose     Patent c rhinorrhea.
Sinus:   — non tender.
Mouth    Ø pharyngeal edema, erythema or petechiae.
Neck:    supple.
Lungs    clear B/L.

DR. N. REBALIER
TE PHYSICIAN - MOB

CC 023

5/95


**CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS951433    D.O.B.: 9/10/65 |
|---|---|
| 1/21/97 4:05p | *Off Note:* |
| | Cardiac: S₁ S₂ ⊕ |
| | ∅ murmur |
| | *Ass:* Nasal Congestion |
| | S/P Fx to ℝ zygomatic arch |
| | Tylenol #3 tabs po TID x 3d Rx |
| | Sudafed ii tabs po BID x10d |
| | DC Tylenol |
| | Motrin ii tabs po Bid pr x5d |
| | 2800 cal. diet c̄ snacks. |
| | E: Encouraged ex; fluids, clear |
| | fx (illegible signature) DR. N. GEMZIER? STAFF PHYSICIAN, MB... NOSC |
| 2/10/97 1845 | Inc note: pt seen on return extraception pt concerned about medication concerning incompetant to stand trial. Pt referred to medical and psych Dr (illegible signature) Antoinette C. Reimel LPN-Main Jail |

CC 023                                                                                      5/95

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # B0951463    D.O.B. 9/10/63 |
|---|---|
| 2-4-97 0915 | Inc note: Inmate A&O x3 @ cell door receiving meds. Denies any problems beyond headache @ this time - ①<br><br>SERENA W. TONEY, LPN<br>NBDC |
| | Fu |
| 2-11-97 10 am | Pt coming from NBDC to main Jail. We will cont Zoloft ↑<br><br>DR. MEL LIMIA<br>STAFF PSYCHIATRIST,<br>MAIN JAIL |
| 2/28/97 9:30 | Inc<br><br>Asked to see pt. Off Guzman reported that others in pnt/cell were upset that pt was walking naked. Pt denied it.<br><br>Pt is "doing fine" - ①<br>O: Hx of Dep. No side effect reported. MSE NL<br>A: Major Dep<br>P: cont Zoloft 50 mg BID - dep.<br>C: Pt may access M.H<br><br>DR. MEL LIMIA<br>STAFF PSYCHIATRIST,<br>MAIN JAIL |
| 3-7-97 8 am | Med renew    ___ |

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William     ID # BS981453?  D.O.B. 9/10/63 |
|-----------|---------------------------------------------------------------|
| 2-5-97 0900 | Inc. note: Inmate awoke & slept c̄ % c̄ headache, med. as ordered. Inmate calm & cooperative. Answers all questions appropriately. No acute distress noted. |
| | SERENA W. TONEY, LPN NBDC |
| 2-5-97 8p | Inc. Note, Up & about in cell. Voicing no complaints. Took meds & identifies meal c̄ difficulty. GORDONSTEIN, RNC |
| 2/6/97 0900 | Inc. Note: Took meds Ø compliant. Voice @ this time. ESTHER SHERMAN-JOLLY, RN NBDC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

FOR MENTAL HEALTH USE ONLY

CL 1480-03 (2/96)

EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS9574533   D.O.B.: 9 1 10163 |
|-----------|------------------------------------------------------|
| 2/17/97 7:35ₚ | S: ⊕ ℝ maxillary Fx By Facial CT on 11/96 + ⊕ TMJ syndrome 2° to Facial Trauma (assault) on 2/7/96. Pt seen By Dr. Elliott (OMF surgon) Pt c/oing severe Headaches + chronic TMJ pain. |
|  | O: BP 118/86 p92 T 99.8 |
|  | HEENT: ⊕ palp ℝ zygomatic deformity midface stable |
|  | PERRLA EOMI |
|  | CN's II —> XII grossly intact |
|  | class II occlusion |
|  | Nasal pharynx — clear |
|  | oral pharynx — clear |
|  | A/P ℝ Symptomatic TMJ 2° to Recent Blunt Facial Trauma. |
|  | ∗ Scheduled to see Dr. Elliott For F/u. ⟹ cont Symptomatic Relief. |
|  | DR. CRAIG UECKER STAFF PHYSICIAN |
| 3-4-97 1 45 pm | GRIEVANCE ANSWERED 3/4/97 DATE SIGNATURE TODD SCHWARTZ, HSA Main Jail |

C 003

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, William    ID # BS951453   D.O.B.: 9/10/63 |
|---|---|
| 3/5/97 8⁰⁵ pm | Inc. Note: Patient requesting to see doctor in order to get clearance for mattress and pillows due to "medical problems" as stated by said patient. Refer to PA Clinic. ——— Palma Robison RN / PALMA ROBINSON RN. |
| 3/12/97 12:15 pm | GRIEVANCE ANSWERED 3/12/97 DATE [signature] SIGNATURE TODD SCHWARTZ, HSA Main Jail |
| 3-28-97 11:00 | GRIEVANCE ANSWERED 3-28-97 DATE [signature] SIGNATURE        X 3 |
| 3/29/97 SP | S: Pt. c/o pain ® jaw — "dislocated" "outrageous" H/As since 2/96. H/A is frontal shooting in ® temple/behind ® eye. Was punched. Also has toothache x7d. O: ⊕ carie Ⓛ lower jaw ⊕ TMJ click Ⓛ side A/P: ① TMJ syndrome — Darvocet, Flexeril ② toothache — refer to dentist DR. MICHELE SMITH, DO NBB [signature] |
| 4/14/97 7 pm | GRIEVANCE ANSWERED DATE [signature] SIGNATURE JERRENE R. BRANTLEY, RN HEAD NURSE, NUB |

C 023                                                                              5/95

Case 0:00-cv-06273-PCH Document 226 Entered on FLSD Docket 04/30/2004 Page 142 of 852



**EMSA** CORRECTIONAL CARE

FA _____ Head deel 1/87

REVIEWED BY: _____

AUTHORIZATION NO: 49334

AMBULANCE: YES ☐ NO ☐

Dentist

## CONSULTATION REQUEST FORM

EMERGENCY ☐        URGENT ☑        ROUTINE ☐

**To Be Completed by Referring Facility:**

ID #: _____ /SPN# _____ /SSN _____ First Name: _____ /Sex: M /DOB: 9/10/63

Patient Last Name: HICKS William

Request date: 3/29/97     Date Booked: _____     Release Date: _____

Current Dx Impression: toothache, TMJ syndrome

Specialty Requested: Dentist

Procedure Requested or Problem to be Addressed:

Pt c/o toothache x 7d

Chronic TMJ syndrome x 2yrs

Please eval & tx

DR. MICHELE SMITH, DO
NBB

_Michele Smith DO_

UTILIZATION MANAGEMENT ALTERNATIVE TREATMENT PLAN AND RECOMMENDATIONS (THERAPY, MEDS, STUDIES):

PROVIDER'S NAME: _____          SCHEDULED APPT. DATE/TIME: _____

ADDRESS: _____

To Consulting Provider: Please summarize findings, diagnostic impression and recommendations or Attach Dictated Report:

Inmate was released 4/7/97

Consulting Physician Signature: _____

PAYOR INFORMATION:

Billing Instructions:    INSURER: ☐          SELF: ☐          EMSACC: ☐

(Insurance Name: _____

EMSA Correctional Care
ATTN: Utilization Management
1200 S. Pine Island Road, Suite 600
Ft. Lauderdale, FL 33324-4460

Policy No.: _____          Procedure/Type of Visit Authorized: _____

FEE FOR SERVICE: $ _____

CC001          White - Inmate File          Yellow - Corporate Office          Pink - consulting Provider

**EMSA** **CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks Wim | ID #: 859717076 | D.O.B.: 9/19/63 |
|-----------|------------------------|-----------------|-----------------|

7/23/97
2100

S: "I need to take medication"

O: Alert Ox3. Pt retd from FSH/Chattahoochee
Mood: Calm: Behavior in control. Clean neat
appearance. Denies suicidal ideation at present.
See meds info sheet/FSH. No current meds
at present. Pt reports H/x HA. per pt: H/x meds
for tx Darvocet Flexeril Midrin. Last dose
take 7/23/97/Am. No s/s of distress. ···

A: No potential for self deficit.

C: Order rec'd from Dr. in evening: See no
order sheet. Pt encouraged to contact medical
if needed.

E: Pt educated Re: medical services ·····〰 Kristine Bruno, LPN
                                              Main Jail

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William  ID # 5597 170X  D.O.B. 9/19/63 |
|-----------|-------------------------------------------------------------|
| 7/25/97 1100 | One note: Pt. Seen in H+P — Constant somatic complaints, varied and vague. Focused on "being abused medically, physically, and spiritually" when questioned directly re: medical Hx — states many physical problems — but none documented by med professionals. Seeking medication for "pain all over" Offered Tylenol PRN — Pt. refused — States "It eats up my stomach" Medical f/u made — Pt. does not want to see Dr. Davis "He makes me end up in lock-down". Pt. able to make beds s̄ difficulty — PERLA AOX3 no bruising or open areas noted on body. Ambulates, speaks s̄ difficulty. Very manipulative & demanding. Also states "I won't be honest c̄ you" — B. Rosenblum RN |
|  | BARBARA ROSENBLUM, RN NBB |

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # B591D396 | D.O.B.: 8/9/63 |
|---|---|---|---|

8/6/97 11:30 value note: seen in s/c see form.

LAURA ROSS, LPN
MAIN JAIL BUREAU

---

8-8-97
9:30am

GRIEVANCE ANSWERED
SIGNATURE    DATE

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

---

8-13-97
4r

GRIEVANCE ANSWERED
SIGNATURE    DATE

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

---

8/18/97
8:00p

S: Pt has chronic H/A's & jaw pain 2°
to trauma sustained in '96 during altercation
c̄ Deputies + inmate.

O: PERRLA, EOMI   VSS NVB
⊕ TMJ ® Zygomatic arch deformity
⊕ ® mandible pain/tenderness, class I mal
occlusion ⊕ click

A/P ⊕ chronic H/A's, ⊕ ® TMJ 2° to
old traumatic injuries
⇒ see orders

DR. CRAIG UECKER
STAFF PHYSICIAN

CC 023                                                    5/95

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # 059717076 | D.O.B.: 9/19 63 |
|---|---|---|---|

**8/21/97**
**12:30**

PA note
Pt requests renewal of motrin for his HA's. Helped him.

DR. M. DERIZIER
STAFF PHYSICIAN - MJB
(✗ m)

KAREN MIZRAHY, P.A.C.
MAIN JAIL BUREAU

**9-5-97**
**4:45p —**

GRIEVANCE ANSWERED          DATE

SIGNATURE

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

**9-5-97**
**4:48p —**

GRIEVANCE ANSWERED     DATE

SIGNATURE

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

**9.17.97**
**8:41**

PA note
HSA came in this AM, Pt needed med renewals + relocation to single cell. Did above as requested.

DR. M. DERIZIER
STAFF PHYSICIAN - MJB

KAREN MIZRAHY, P.A.C.
MAIN JAIL BUREAU

DR. MICHELE SMITH, DO
NBB

**9.26.97**
**16:33**

PA note
Pt brought down for nasal X-ray. Has hx nasal fx 1/96. Pt told HSA 9/17/97 that he had a nasal fx. Pt is on Dr Mechlin's list this PM. to eval his X-ray.

ERIN COOK
CO?

KAREN MIZRAHY P.A.C.

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hick | ID # 17076 | D.O.B.: 9/19/63 |
|---|---|---|---|
| 9-2-97 | F6 | | |
| 9-30 am | Pt's request. | | |

Pt wanted to discussed ① what I wrote in July 25. ② Rx of Zoloft that "did nothing but poison" him "HA" ③ Dx at PFSH. ④ Pain medication. I explained & showed him what I wrote in July. 25. That at this time there is no benefit from Zoloft. That Bipolar D. was R/O and that I don't give pain Med.

Pt left satisfied.

No further Tx.

*[signature]*

DR. MEL LIMIA
STAFF PSYCHIATRIST.
MAIN JAIL

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004                    7/94

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William     ID# B59717076     D.O.B.: 9/19/63 |
|-----------|---------------------------------------------------------------------|

| 10.1.97 13⁰⁰ | PA note |
|---|---|

HSA came to clinic today & asked if for pt to be removed from single cell. Will do as HSA asks (reasons unknown as to why pt went into single cell anyhow)

*KAREN MIZRAHY, P.A.C.*
*MAIN JAIL BUREAU*

*MANUELA VISCEGLIA, M.D.*
*MAIN JAIL BUREAU*

| 10/6/97 7:25p | s: S/P assault on 4/6/96 @ NB. |
|---|---|

Now c/o Difficulty Breathing thru nose.

⊖ drainage          X-rays: Nondisplaced nasal Fx

O: VSS afeb          ⊕ R zmc Fx.

⊕ Deviated nasal septum to L c
Partial collapse of L Int. nasal valve

⊕ nasal vestibule widely patent

⊕ palp nasal Fx R > L

(R) Facial Fx (x 1½ yrs old)
→ See orders

*DR. CRAIG UECKER*
*STAFF PHYSICIAN*

| 10-13-97 2:35p |  |
|---|---|

*GRIEVANCE ANSWERED*
*DATE    SIGNATURE*

*KEVIN JORGENSON, RN, BSN*
*ASST. HEALTH SERVICE ADMINISTRATOR*
*MAIN JAIL BUREAU*

CC 023

**EMSA** *CORRECTIONAL CARE*

PROGRESS NOTES

| Date/Time | Inmate Name: Hicks | ID # 10076 | D.O.B. 9/19/63 |
|-----------|---------|------|------|

10/8/97

8:15 a

F U [interviewed c̄ R-interview]

S: "I feel dep ... I want antidep ... I want Elavil"

Q: PT c̄ hx of EtOH. on no ψ Tx. Now, pt indicated the hosp. did not give him medication because of a "conspiracy".

PT feels dep. + wants antidep. We discussed SSRI PT had been on Zoloft before but did not GRd it. I suggested Prozac. "No", then Imipramine & pt selected + wanted "Elavil". Given.

Consent signed.

A. Personality D. NOS

P. antidep. Elavil 100 mg po PM.

Limia M

*DR. MEL LIMIA, STAFF PSYCHIATRIST, MAIN JAIL*

11/6-97

9 a

At School. / S. Guzman

Renew / Med

Limia

*DR. MEL LIMIA, STAFF PSYCHIATRIST, MAIN JAIL*

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # BS92-1706 | D.O.B.: 9/0/63 |
|---|---|---|---|

10-31-97
12:04pm    Clinic Referal for medication Renewal given

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

11-5-97
9:14am    GRIEVANCE ANSWERED
SIGNATURE    DATE    KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

11/11/97
12:55    GRIEVANCE ANSWERED    DATE    KEVIN JORGENSON, RN, BSN
SIGNATURE    ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

11/21/97 3⁰    Incid Note:    GRIEVANCE ANSWERED    11/21/97    five page
grievance answered.    SIGNATURE    DATE    grievance    ELLEN MURRAY, RN
INFECTION CONTROL

11/24/97
10:30    PA note
Pt needs med renewal. Will have pt.
F/U Ç Dr Derezzin for further med
renewal.
DR. ____DEREZZIN    KAREN MIZRAHY, P.A.C.
STAFF PHYSICIAN - MJB    MAIN JAIL BUREAU

CC 023    5/95

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS971707 6    D.O.B.: 9,19,63 |
|-----------|-------------------------------------------------------------------|

**11/26/97**
**5⁵⁵PM**

LA note

Complaining of difficulty breathing 2° to Nasal Fx.

Alerte

HEONT Septal deviation of nose to (L)
Δ H/Nasal Fx - Nasal congestion
c entex LA
E-if no relief notify medical staff

ANNE ADE, P.A.C.
M.S.

**12-1-97**
**0945**

GRIEVANCE ANSWERED    DATE

SIGNATURE

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

**12/4/97**
**1008**

Inc. Note: Seen by sic nurse /see sic request

Greaves, SHARON GREAVES LPN
Main Jail

**12/5/97**
**4 pm**

GRIEVANCE ANSWERED    DATE

SIGNATURE

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

**12.22.97**
**10³⁰**

PA note - Incidental.

Pt here for Dental. Requests med reversal. Will review meds & refer to Dr Derezin in F/U.

KAREN MIZRAHY, P.A.C.
MAIN JAIL BUREAU 5/95

DR. H. DERIZIER
STAFF PHYSICIAN - MJB

123

**EMSA** **CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks | ID # 17076 | D.O.B.: 7/19/63 |
|-----------|---------------------|------------|------------------|

DEC - 4 1997

F/U

1 pm

S: "Fine ... Keep the Elavil"

O: Hx of personality D & "dep."
No S.E. reported
r/b Insomnia/KoH

A. Personality D. NOS

G. Elavil renewed

*Jamie* DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

12-9-97    See Sick call.
9 am    PT wants ↑ Elavil to 150 mg PO.
Done.

*Jamie* DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

1/6/97    Answer to Req. PT wanted to go
to NBDC Forensic.
PT does not meet Mental Health
requirement to go to Forensic Unit.
PT will stay in G.P. as
his anti-dep. PT understand.
Renew Elavil.    *Jamie* DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

**2/11/98**    I'm interviewed — note
**1330hr**    to College — Elavil closed
(see following note)

*Complete Both Sides Before Using Another Sheet*

A. M. PERFILIO MD

**FOR MENTAL HEALTH USE ONLY**

CC 004                                                                    7/94



**MSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # 059717026 | D.O.B.: 9 9 16 |
|-----------|-----|-----|-----|

1-6-98
10¹⁰

S Here for pain medication
O BP 120/80 (P80)
  Pain c mild tenderness
  on palpation
A Hx of pain ___
P See order

*DR. N. DERIZIER — STAFF PHYSICIAN — MDB*

GRIEVANCE ANSWERED ___ 1/21/98 ____
SIGNATURE ___ DATE

GRIEVANCE ANSWERED ___ 2/5/98 ___
SIGNATURE ___ DATE

2/5/98
5³⁰PM

EMC note
Requesting renewal of pain medication
see orders

*DR. N. DERIZIER — STAFF PHYSICIAN — MDB*

ANNE WADE, P.A.C.

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, WILLIAM | ID # BS 9717076 | D.O.B.: / / |
|-----------|------------------------------|------------------|--------------|

2/11/98
[1730 hrs]

(S) I'm transferred from MJB as per Judge Cohen's order. Chart reviewed (including summary of July 97 from FSH - Forensic Ment- authored by Glen Watson Ph.D.) The FSH summary indicates he was Tx'ed c̄ anti anxiety medication & later with an ant. depressant - that although initially perhaps delusional (grandiose & persecutory) that later he was not overtly delusional but continued to feel ill-treated and abused by various persons and that this thinking & its behavioral consequences may have been to some significant degree supported by his mother's views. Mr. Hicks is presently on Elavil 100 mg/day. He denies significant side effects and

*Complete Both Sides Before Using Another Sheet*

FOR MENTAL HEALTH USE ONLY

CC 004

7/94

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # B 597170 76 | D.O.B.: / / |
|-----------|------------------------------|---------------------|-------------|
| 2/11/98 (continued) | reports he felt less anxious & slept better on 150 mg/day. He gives a long Hx of mixed substance dep. (10ly alcohol & cocaine) beginning in teens ē multiple hospitalizations & out-pt courses of Tx for "Dual Dx - drugs & Bipolar." He reports being unable to remember what meds he was Tx'ed ē in the past. He denies aud/vis halluc. except in association ē the use of "free base." At this time he reports feeling anxious about his court case & to have "low" mood over his chronic jaw-facial pain. He denies halluc or any (S) or aggress impulses | | |

Ⓞ Calm, alert, good eye contact, appropriate affect, neutral mood, coherent, nmerl paranoid ideation (about

*Complete Both Sides Before Using Another Sheet*

FOR MENTAL HEALTH USE ONLY

CC 004                                                                 7/94

EMSA CORRECTIONAL CARE



PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm | ID # B597A076 | D.O.B.: / / |
|---|---|---|---|

**2/11/98**
**(CONTINUED)** being mistreated & abused by jail & forensic hospital medical staff, correctional officers, about putting this interviewer on notice (he would be looking for lies & dishonesty) some projection of responsibility & focus on his somatic c/o of jaw/facial pain. He displays no objective SE's. His charges & legal situation were not discussed.

Ⓐ ① Polysubstance Dependence, in remission in a controlled environment

② Probable PPD

③ Possible Psychotic D/o NOS, in remission (? Bipolar NOS)

Ⓟ ↑ Elavil at Im's request. F/U 1 mo, will review any recommendations made by "Court appt'd Tx Team"

Ⓔ Im to report SE's of D's in MS

*Complete Both Sides Before Using Another Sheet*

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

**FOR MENTAL HEALTH USE ONLY**

CC 004                                                                                    7/94

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm     ID # BS9717 016  D.O.B.: 9/19/63 |
|-----------|------------------------------------------------------------|
| 2/13/98 (1500hrs) INC Note, | On 2/12/98 I spoke to Dr Ansley who indicated her opinion that Mr Hicks suffers from delusions ("microphones in the ceiling" "Prosecutor will be indited soon" "It will be international news") both persecut paranoid & grandiose. She felt he should have a trial of anti psychotic meds. On 2/13/98 I spoke to Dr A. Strauss who also indicated his belief that Mr Hicks suffers from "fixed delusional system c paranoid & obsessive ~~systems~~ features" & he felt he might benefit from a trial of a dual action anti psychotic (c both DA & 5HT blocking properties) I spoke to Tm who (although he did not agree that he was delusional, agreed to a trial of Risperdal after a discussion of SE's & benefits (potential) [signature] |

*Complete Both Sides Before Using Another Sheet*

A. M. PERFILIO, MD
PSYCHIATRIST
7/94

FOR MENTAL HEALTH USE ONLY

CC 004

**EMSA** **CORRECTIONAL CARE**

### PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, WILLIAM | ID # B59717076 | D.O.B.: 9/19/63 |
|---|---|---|---|

2/16/98
(1300hrs)

(S) "This medicine makes me pace [feels restless] and I feel too emotional/angry [not likely related to meds] Last night refused Elavil, today he feels it is the Risperdal.

(O) Demanding, wants something done instantly, no apparent tremor, I'm observed in pod – was not pacing. This AM I'm's mother called requesting he be moved to a "better area where he could be more relaxed"

(A) PPD [ Poss Psychotic Dis NOS (RO SPT/Bipolar/Schizoaffective) (Delusional Dis NOS)

(P) ↓ Risperdal to 1mg po bid ē raise dose more gradually (may add Inderal or Ativan if akathesia (D's persist), F/U 2wks

(E) I'm encouraged to give meds a chance to be effective. [signature]

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

A. M. PERFILIO, MD
PSYCHIATRIST

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004

7/94

**EMSA** **CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm | ID #: BS97170 76 | D.O.B.: 9/19/63 |
|---|---|---|---|

**2/7/98 (1400hrs) INC. NOTE:** Dr Trudy Garfield Block spoke c̄ me this Am — she has assessed Mr Hicks in past ē believes he is more of a PPD c̄ obsessive features and possible periods of delusional thinking but she noted that she has reviewed many of his old hospital records ē indicated hx of Tx for drug abuse ē depression c̄ many mentions of him being very manipulative ē no mention of psychotic sx's until after he was arrested for murder. Also today Im's mother called ē voiced concerns about SE's that Im was experiencing yesterday, I saw Im yesterday to address those C/O's (which were not clearly physiologic), this Am Nurse McKenzie said he refused his Am Risperdal. On 3 occassions today I observed him writing in his cell ē walking

*Complete Both Sides Before Using Another Sheet*

(CONT) →

FOR MENTAL HEALTH USE ONLY

CC 004

7/94


**CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS9717026 | D.O.B.: 09/19/63 |
|---|---|---|---|
| 2-18-98 11:03Am | INC. Note: EKG performed per Protocol Yvonne Wilcher m/a | | YVONNE WILCHER, MA NBB |

CC 023

5/95

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm    ID # BS9717076    D.O.B.: 9/9/63 |
|---|---|
| 2/18/98 (1115 hrs) | (S) "I'm having SE's" C/O's of "racing thoughts", increased emotionality, anxiety. Does not C/O of Tremor, stiffness, slowness, dystonia but insists on having Cogentin Rx ed. |
| | (O) Calm, alert, good eye contact, affect – neutral/appropriate, no tremor/EPS/akathisia. No delusions expressed, speech = rate + vol. |
| | (A) PPD, R/O Psychotic Dis NOS |
| | (P) Will add cogentin at Im's request (although I told him I doubted it would have any physiological effect on his "SE" C/O's) and gave him info on Cogentin SE's, also will ↓ Eskalith to HS at Im's request, F/U as scled. |
| | (E) Im to report SE's or ⊖ Δ's in MS |

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

*Complete Both Sides Before Using Another Sheet*

CC 004

**FOR MENTAL HEALTH USE ONLY**

7/94

**EMSA** *CORRECTIONAL CARE*

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hobbs, Wm | ID # B59710 76 | D.O.B.: 9/19/18 |
|-----------|------------------------|----------------|------------------|

2/20/98
0930 hrs.

(S) "I'm not having any SE's, we can increase the Risperdal" Reports feeling about the same, perhaps somewhat less anxious

(O) No objective SE's reports sent by atty Harris (from Dr's Bloch/Spencer/Ansley) reviewed — spoke to Dr Spencer on 2/19, he suggested addition of mood stabilizer — I'm agrees to trial of Li (has been on it before at 900mg/day)

(A) PPD, R/O Psychotic D, NOS

(P) ↑ Risperdal   Trial of Lithium / order labs, F/U as scheduled
  ⊙ I'm to report SE's or D's on MS.

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004

7/94

**EMSA** **CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS9717076 | D.O.B.: 9/19/63 |
|---|---|---|---|

2/27/98
9:45 AM

S: "Im only supposed to do are + get medicated and be found competent." "Im supposed to be only focused on my trial." "you can put me in group but im not going to talk much." "I dont trust people."

O: Ict seen 20 request to move to a unit. S. Evaluation indicates motion is to be in a more open unit and not for tx. Tx cause a sense of entitlement and serves to block process of recovery. Pt has not expressed interest in 12 step meetings and religious services. No acute problem identified.

A: Paranoid personality do. / Polysubstance abuse. NOS

P: Spoke + pt. Explains. Recommend patient to move from to 121145 where he can attend 12 step meetings. Appears for individual session as PRN basis.

P: Explains + support provided. Mark Levinsky MS

MARK LEVINSKY, MS
PSYCH. SPECIALIST NBB

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004

7/94

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks/ William    ID # BS97 17076    D.O.B.: 9/19/63 |
|-----------|----------------------------------------------------------------------|
| 2/27/98 1100hrs | (S) I'm informed me that he stopped taking Risperdal & Cogentin because it made him feel "too emotional" He states he feels better, c̄ the Lithium added to his regimen, he denies current SE's, denies hallus, denies sleep problems, he does c/o of pain in his jaw (chronic) |
| | (O) Calm, pleasant, coherent, c/o's of mistreatment but not expressing overtly delusional ideas. |
| | (A) PPD, R/O Psychotic D/O NOS |
| | (P) Continue Li/Elavil, D/C Risperdal, Li level drawn today, F/U 1wk |
| | (E) I'm to report SE's or Δ's in MS. A. M. PERFILIO, MD NBB - PSYCHIATRIST |
| 3/3/98 INC ACT? 1600hrs | Li level of 2/27 = 0.4, TFT's = WNL, WBC = WNL, SGPT is minimally elevated, as is will follow serially. |

NBB - PSYCHIATRIST    A. M. PERFILIO, MD NBB - PSYCHIATRIST

CC 004

**FOR MENTAL HEALTH USE ONLY**    7/94


MSA **CORRECTIONAL CARE**

*12/13*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS9717076 | D.O.B.: 09/19/63 |
|-----------|------------------------------|----------------|-------------------|

**2/27/98 10:20am** Inc. Note: Blood drawn for CBC, Smac Lithium, Thyroid Panel per Dr's orders —————
Yvonne Wilcher M/A
YVONNE WILCHER, MA
NBB

**3/3/98 410P** MD Note

S: Pt comes to clinic 2° concern over pain. Had jaw, (R) temporal (R) zygomatic arch fx 4/97. Says unable to open jaw & causes pain 24° a day. Saw OMFS surgeon who said no further therapy (surgery) could be done. Has given Midrin which doesn't work, Robaxin, Tylenol which works.

O: NAD
   jaw open angle ~30°
   facial (R) palpated NT
   no deformities noted.

A/P: Discussed pain mgmt c̄ pt. Alternatives for chronic pain are Elavil & Tegretol. Will continue Midrin, Tylenol as pt says helps somewhat.
ERIN CODY, MD
NBB
(over)

CC 023                                                      5/95



**CORRECTIONAL CARE**

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # B 59 717074 | D.O.B.: 9|3|63 |
|---|---|---|---|
| 3/3/98 | MD Note (cont) | | |
| 430 P | Also spoke c̄ Dr Perfilio re ↑ Elavil for pain control. As pt is already on this med & feels it has helped somewhat already he prefers to start c̄ this (over Tegretol) Will ↑ to 175mg x 2wks then 200mg x 2 wks. F/U in clinic in 4wks to √ progress. Side effects discussed. Pt is satisfied c̄ care plan. E: Notify medical if side effects prevent above care plan & we can switch to Tegretol. | | |

ERIN CODY, MD
NBB

**EMSA** ✚ *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm | ID # B597/7076 | D.O.B.: 9/1/63 |
|---|---|---|---|

3/6/98
#0 (w)
114 dys

S) No C/O's re: psych meds, I'm declines a trial of Zyprexa

O) denies HI/SI; expresses ideas of being misticated & singled out for punishment by court & Law Enforcement (more paranoid than delusional) Reports good sleep & some relief of jaw pain He is calm, alert, affect & mood are neutral, no objective tremor or SE's noted.

A) PPD, R/O Psychotic Do NOS

P) Continue meds — reorder labs, F/U/wk.

Ⓔ I'm to report SE's or ⊖ D's in MS.

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004                                                                        7/94



**CORRECTIONAL CARE**

12'44

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS9717076 | D.O.B.: 0919163 |
|---|---|---|---|

| Date/Time | |
|---|---|
| 3/7/98 11:20Am | Inc. Note: Blood drawn for SMAC, Lithium level, Hiv + Pre test Counseling done, per DR's Orders ———— Yvonne Wilchesm/A  YVONNE WILCHER, MA  NBB |
| | ████████████ |
| 3/24/98 1130Am | Clinic Post counsel. done Negative Hiv test ERIN CODY, MD NBB  Allyson Luckle PA-C NBDC |
| 3-26-98 10:00am | Inc. Note, Per Dep. Nelson – refused dental, prefers O.T. go to law library instead of dental. Refusal per Mourriter signature.  JACQUELYN D. FARRAR Dental Assistant - NBDC |
| 3/30/98 2:30Am | Inc Note: Blood drawn for SMAC, Lithium Serum Amitriptyline, Noramitriptyline level per DR's Orders ———— Yvonne Wilchesm/A  YVONNE WILCHER, MA  NBB |

5/95

**EMSA** **CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm  ID: BS971076  D.O.B: 9/19/16 |
|---|---|
| 3/13/98 1400hr | (S) STATUS Check ON 3/7 Li level = 0.6, LFT's stable & OK I'm reports ↓red jaw/Head pain on ↑ & lamd, denies SE's, reports stable mood |
| | (O) Calm, alert, good eye contact, affect & mood — relitical, n/o delusions or gross thought disorder. |
| | (A) PPD (R/O Bipolar, R/O Psychotic Dis NOS) |
| | (P) Cont meds, F/U 1wk |
| | (E) I'm to report SE's or ⊖Δ's in mS. |
| | A. M. PERFILIO, MD NBB - PSYCHIATRIST |
| 3/18/98 TNC Note 0900hr added | & lamd/Lithium orders reviewed & labs reordered — & lamd orders levels not on chart & are reordered. Also I'm to be reorder A. M. PERFILIO, MD to 2114 per I'm Mngt Team & 2° conflict & Deputies on 1114 NBB - PSYCHIATRIST |
| | A. M. PERFILIO, MD NBB - PSYCHIATRIST |

Complete Both Sides Before Using Another Sheet

FOR MENTAL HEALTH USE ONLY

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES     3895

| Date/Time | Inmate Name: Hick W | ID # 17076 | D.O.B.: 9/19/67 |
|---|---|---|---|

3-28-98
10:30

EU     escorted by deputy

S: "Fine ... Dr. G. is taking good care of my Meds"

O: Hx of Q Tx. c weekly EU
No S.E reported
"Seeking pain medication."
MSE in bed, sleeping at 10:30 a
Acut. coop friendly
cut' gains c props off
⊖ Delusion / hallu reported
⊖ SEE elicidated
good sleep - apt

A    OOD

O. cut same Tx.
Weekly EU

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

3/27/98    S  Reports some overall ↓ in anxiety
(500hrs)    over head/facial pain / denies
SE's, feels calmer

O  Calm, alert, good eye contact,
coherent, no delusions expressed
no objective SE's.

A  PPD   (RIO Bipolar, RIO Psychotic D/NOS

P  ↑ Elavil dose, reorder Labs, F/U 2wks

Complete Both Sides Before Using Another Sheet

**FOR MENTAL HEALTH USE ONLY**

⊖ Dm to report SE's.

A. M. PERFILIO, MD
NB5 - PSYCHIATRIST

A. M. PERFILIO, MD
PSYCHIATRIST

CC 004

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm | ID # B59717076 | D.O.B.: 9/9/63 |
|---|---|---|---|

**4/10/98**
**1430 hrs**

(S) "I feel OK" denies SE's, reports overall improved mood stability, denies SE's except occas. was fine tremor in UE's, reports improved pain relief (Head/facial pain)

(O) on 3/30 Li level = 0.6 ε AMT/NTP reported as < 25/< 25 (will request shake down of cell on MON - ? is he not taking or hoarding meds — he tried to start MON). Im — calm, alert, pleasant, appropriate of affect, mood is neutral, no delusions expressed (although he may be unduly optimistic re: outcome of trial) No objective SE's noted

(A) PPO (R/O Bipolar O vs Psychotic O s/o)

(P) Cont meds, reorder labs, F/U 2 wks

(E) Im to report SE's or ∆'s in MS

*Complete Both Sides Before Using Another Sheet*

A. M. PERFILIO, MD
PSYCHIATRIST

FOR MENTAL HEALTH USE ONLY

CC 004

7/94

**EMSA ✚ CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm    ID # BS9717076    D.O.B.: / / |
|-----------|------------------------------------------------------------|

4/24/98
(1300hrs) Im s/ "out to court" — Hx trial is going on — will continue meds & F/U in (wk.

5/1/98
(1500hrs) (S) Im was convicted of murder, sentencing set for 5/20, he is, however, upbeat, feels the judge will vacate the verdict or he will win an appeal, he reports the medications are helpful, reports reduced pain perception, denies depression, specifically denies any (S) impulses

(O) Calm, pleasant, alert, no frank delusions but some paranoid & unrealistic ideation, no objective SE's, affect = WNL

(A) PPD ( R/O Bipolar Dis or Psychotic Dis )

(P) Cont meds, order labs, F/U 2wks
(⟶) Im to report SE's or (S) ⟶'s in MS

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004



## CORRECTIONAL CARE

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS97120X | D.O.B.: 091863 |
|-----------|------------------------------|----------------|-----------------|

**4/4/98 1300** — Inc Note Seen on Seat call for c/o of not seeing Midrin tabs ordered II tabs tid x 90 days. Ref to medical. — *Vickery,* NBB
*PATRICIA VICKERY, RN*

**4/21/98 10:55AM** — Inc. Note: Pt Out to Court, will re-schedule — *Yvonne Wilcher/A* YVONNE WILCHER, MA NBB

**5/5/98 10:25Am** — Inc Note: Blood drawn for Serac, Lithium level per Dr's orders — *Yvonne Wilcher/A* YVONNE WILCHER, MA NBB

**6/3/98 4:30 p.** — S. Pt request renewal of Midrin Now, States need Tylenol rendered. no other complaints now.
O. N/D
PE deferred
A/P. No Migraines. see orders.
C. *Elena Jon* — VERONICA O'CONNER, PA NBB
ERIN COBY, MD NBB

CC 023
5/95

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, Wm    ID #: B59717076    D.O.B.: 9/19/93 |
|---|---|
| | I'm "out to court", Li level of S/S = 0.7  & SGOT = 32 / SGPT = 57 Will F/U in 2 wks. & continue current meds.  A. M. PERFILIO, MD NBB - PSYCHIATRIST |
| MAY 29 1998 10a | At Court. Plan: Re-Schedule for SM..... |
| MAY 29 1998 pm | At Court. DR. MEL LIMIA STAFF PSYCHIATRIST, MAIN JAIL |
| 5/29/98 3pm | At Court. DR. MEL LIMIA STAFF PSYCHIATRIST, MAIN JAIL |

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004                                                                 7/94

**EMSA** *CORRECTIONAL CARE*

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks | ID # 17076 | D.O.B.: / / |
|-----------|--------------------|------------|--------------|

6.1.98
10 am

S: "They are going to jail soon."
comment about District Attorney
going to jail because of
this case.

O: Rx of O T D.
Stable. No side effects
reported.

MSE Alert. Good hygiene
Speech pattern is normal
Euthymic & irritable
affect

No S/H ideas p Con

A: O T D

G: cont same Tx

P: pt may access MH
_[signature]_ DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

Note: pt might get
"life sentence x 3"

_[signature]_ DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

*Complete Both Sides Before Using Another Sheet*





RECEIVED FEB 1 8 1998



NORTH BROWARD BUREAU

18-Feb-1998  11:03:31

HICKS WILLIAM  SS#: 27076
Male  2 0 15

34 Years

Operator: YW

Rate  93

PR   162
QRS   83
QT   321
QTc  400

Normal sinus rhythm, rate 93
left axis deviation

Normal axis, PR, rate & rhythm
QRS axis -31 to -90
... in mV or more negative

Requested by:
PERSILLIO

Height  6

Unconfirmed diagnosis.

☐ PULL CHART
☐ FOLLOW UP
☐ NO FURTHER ACTION

ERIN CODY, MD
N88

DATE

ADVANTAGE FILING SYSTEMS
FT LAUDERDALE, FL
(954) 970-3333

# EMSA

## X-RAY REPORT

| NAME-LAST | FIRST | | DOB | DATE | ARREST ID # |
|---|---|---|---|---|---|
| Hicks | Wm | | 9/10/63 | 2/9/96 | BS95-14533 |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | | X-RAY # |
|---|---|---|---|---|---|---|
| M | W | WE | 2-9-96 | NBDC | | NB |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP |
|---|---|---|
| Davis | 12/H4 | V Serrao RN   Vicky Serrao, RN   NBDC |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY: R Jaw — fight

TECH COMMENTS:

### X-RAY REQUEST

| | | | | | |
|---|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[x] L[ ] | SHOULDER R[ ] L[ ] | OTHER |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

REPORT:
MANDIBLE:  Fracture suggested on the left mandibular ramus.
Correlate with the clinical findings.

Radiological findings should be correlated with the clinical findings.

Thank you for referring this patient.

Miguel A. Tome, M.D.
Radiologist

seen by dentist

DR. N. DERIZIER
STAFF PHYSICIAN MAIN JAIL

2-27-96

RADIOLOGIST SIGNATURE

DATE REPORT TYPED

# EMSA

## X-RAY REPORT



RECEIVED
FEB 2 3 1996

| NAME - LAST          FIRST | DOB | DATE | ARREST ID # |
|---|---|---|---|
| Hicks, William | 9/10/63 | 2/15/96 | 859514533 |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | X-RAY # |
|---|---|---|---|---|---|
| M | B | WE | 2-19-96 | BCMJ | |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP | |
|---|---|---|---|
| PA Chatfield | 7C35 | M. Cooper LPN | Melissa Cooper, LPN  Main Jail |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY: (R) eye injury

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R [ ] L [ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R [ ] L [ ] |
| CERVICAL SPINE | FEMUR R [ ] L [ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R [ ] L [ ] | LATERAL DECUBITUS | RIBS R [ ] L [ ] | TIBIA & FIBULA R [ ] L [ ] |
| CHEST, PA & LAT | FOOT R [ ] L [ ] | L.S. SPINE | SACRUM | WRIST R [ ] L [ ] |
| CLAVICLE R [ ] L [ ] | FOREARM R [ ] L [ ] | MANDIBLE R [ ] L [ ] | SHOULDER R [ ] L [ ] X | OTHER include |
| COCCYX | HAND R [ ] L [ ] | NASAL BONES | SINUSES | zygoma |
| COMPARISON VIEW | HIPS, BILATERAL X | ORBITS R | SKULL | (R) |
| ELBOW R [ ] L [ ] | HIPS R [ ] L [ ] | OS CALCIS R [ ] L [ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

**REPORT:**

```
RIGHT  ORBIT:   Fracture  of  the  right  zygomatic  arch.   The
remainder of the bony structure is intact.

Thank you for referring this patient.
```

seen by Dentist

Miguel A. Tome, M.D.
Radiologist

D/R: 02/19/96

D/D: 02/20/96

M/R/R:

☐ OK TO FILE
   M.D. INITIAL _____        DATE  2-23-96

☐ PULL CHART
   FOLLOW UP

☐ FURTHER ACTION
   M.D. INITIAL _____        DATE _____

_____
RADIOLOGIST SIGNATURE

_____
DATE REPORT TYPED

# EMSA

## X-RAY REPORT

| NAME - LAST          FIRST | DOB | DATE | ARREST ID # |
|---|---|---|---|
| *Hicks, William* | *9-10-63* | *2-21-96* | *BS951453* |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | X-RAY # |
|---|---|---|---|---|---|
| *M* | *W* | *WE* | *2-21-96* | *BCMT* | *MJ* |

| DRS. NAME *Weathers* | LOCATION | NURSE SIGNATURE/STAMP |
|---|---|---|

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY: *Repeat for Oral Surgeon*

TECH COMMENTS:

### X-RAY REQUEST

| | | | POST REDUCTION | |
|---|---|---|---|---|
| ANKLE R [ ] L [ ] | FACIAL BONES | KUB | | TM JOINT R [ ] L [ ] |
| CERVICAL SPINE | FEMUR R [ ] L [ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R [ ] L [ ] | LATERAL DECUBITUS | RIBS R [ ] L [ ] | TIBIA & FIBULA R [ ] L [ ] |
| CHEST, PA & LAT | FOOT R [ ] L [ ] | L.S. SPINE | SACRUM | WRIST R [ ] L [ ] |
| CLAVICLE R [ ] L [ ] | FOREARM R [ ] L [ ] | MANDIBLE R [ ] L [ ] | SHOULDER R [ ] L [ ] | OTHER |
| COCCYX | HAND R [ ] L [ ] | NASAL BONES | SINUSES | |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R [ ] L [ ] | HIPS R [ ] L [ ] | OS CALCIS R [ ] L [ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

REPORT:

MANDIBLE: There is no evidence of fracture, dislocation or other bony abnormality.

IMPRESSION: NORMAL STUDY OF THE MANDIBLE.

Radiological findings should be correlated with the clinical findings.

Thank you for referring this patient.

Miguel A. Tome, M.D.
Radiologist

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN SWRDC
FEB 26 1996

---

RADIOLOGIST SIGNATURE

---

DATE REPORT TYPED

RECEIVED
APR 0 8 1996

# EMSA

## X-RAY REPORT

| NAME - LAST | FIRST | | DOB | DATE | | ARREST ID # |
|---|---|---|---|---|---|---|
| Hicks | Williams | | 9\|10\|63 | 3\|15\|96 | | B69514533 |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | | X-RAY # |
|---|---|---|---|---|---|---|
| M | B | | | BCMJ | | |

| DRS. NAME | | LOCATION | NURSE SIGNATURE/STAMP | | |
|---|---|---|---|---|---|
| Cline | | 7C35 | | | |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY:

Zygomatic Arch Rt, History of fr.

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[ ] L[ ] | SHOULDER R[ ] L[ ] | OTHER |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

REPORT:

ZYGOMA:    Fracture of the posterior portion of the zygomatic arch with minimal depression of the arch anteriorly.

Thank you for referring this patient

James F. Thompson, M.D.
Radiologist

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

APR 1 - 1996

RADIOLOGIST SIGNATURE

DATE REPORT TYPED

# EMSA

## X-RAY REPORT

BY: _____

RECEIVED MAY 1 0 1996

| NAME-LAST | FIRST | DOB | DATE | 1559574533 |
|---|---|---|---|---|
| Hicks, William | | 9-10-63 | 5-3-96 | |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | X-RAY # |
|---|---|---|---|---|---|
| M | W | WE | 5-3-96 | BCMJ | MXJ |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP |
|---|---|---|
| Weathers | | |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY:

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[ ] L[ ] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[ ] L[ ] | SHOULDER R[ ] L[ ] | OTHER |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | R Zygomatic Arch |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

REPORT: RIGHT ZYGOMATIC ARCH:   Old  healed  fracture of the posterior third of the right zygomatic arch.

_James R. Thompson, M.D._
Radiologist
James R. Thompson, M.D.
Radiologist

☐ OK TO FILE
M.D. INITIAL    DATE 5-17-96

☐ PULL CHART
FOLLOW UP

☐ NO FURTHER ACTION
M.D. INITIAL    DATE _____

_____
RADIOLOGIST SIGNATURE

_____    _____
DATE    PORT TYPED

```
POMPANO BEACH MEDICAL CENTER       | NAME: HICK,WILLIAM
600 S.W. THIRD STREET              | PHYS: Gupta,Subhash
POMPANO BEACH, FL  33060           | DOB: 09/10/63   AGE: 33    SEX: M
                                   | ACCT: N00956554262 LOCATION: N.RAD
                                   | EXAM DATE: 11/27/96 STATUS: OUT
                                   | RADIOLOGY NO: 24661506
                                   | UNIT NO: N000016140
```

EMSA
1550 BLOUNT ROAD
POMPANO BEACH, FL  33069


EXAMS: CT FACIAL BONES W/O CONTRAST, CT ORBITS W/O CONTRAST,
       CT ORBIT CORONAL VIEW

C.T. SCAN OF THE FACIAL BONES:

MULTIPLE THIN CORONAL AND AXIAL COMPUTERIZED TOMOGRAPHIC SECTIONS OF
THE FACIAL BONES AE OBTAINED.  THERE IS A SMALL CRACK IN THE LATERAL
WALL OF THE RIGHT MAXILLAY SINUS.  THERE ARE NO AIR FLUID LEVELS IN
THE RIGHT MAXILLARY SINUS.  THE REMAINDER OF THE WALLS OF THE RIGHT
MAXILLARY SINUS, AS WELL AS THE BONY ORBITS APPEAR NORMAL.  THE RIGHT
TEMPOROMANDIBULAR JOINT APPEARS NORMAL.  THE RIGHT ZYGOMATIC ARCH
APPEARS NORMAL.

IMPRESSION:

SMALL CRACK IN THE LATERAL WALL OF THE RIGHT MAXILLARY SINUS OTHERWISE
NORMAL EXAMINATION.


            ** REPORT SIGNATURE ON FILE 11/28/96 **
            REPORTED BY: STEPHEN EDELSTEIN, M.D.
            SIGNED BY:   EDELSTEIN,STEVEN


                              OK TO FILE   WINTHROP G. DAVIS
                              M.D. INITIAL STAFF PHYSICIAN - NBDC   DATE 12/3/96

                              PULL CHART
                              FOLLOW UP

CC: EMSA                      NO FURTHER ACTION
                              M.D. INITIAL _____  DATE _____

   TRANSCRIBED DATE/TIME: 11/27/96 (1647)
   TRANSCRIPTIONIST: NRAD.BLH
   PRINTED DATE/TIME: 11/28/96 (1346)   BATCH NO: 1885


PAGE 1                        EMSA
  IMAGING REPORT
CO-496 5/95



*psych*

EMSA
X-RAY REPORT

PATIENT'S NAME:      HICKS, WILLIAM

DOB:                 09/10/63

ARREST NUMBER:       BS9514533

FACILITY NAME:       NORTH BROWARD DET. CENTER

X-RAY NUMBER:        BS9514533

DATE OF FILMS:       08/21/96


INTERPRETATION


FACIAL BONES AND MANDIBLE:

STUDY IS TECHNICALLY SOMEWHAT LIMITED BUT I DO NOT SEE DEFINITE
ABNORMALITY.   IF SYMPTOMS PERSIST, ADDITIONAL STUDIES MAY BE
HELPFUL.

HERBERT GOLDBERG, M.D.
HG/mv
08/21/96



RECEIVED

OCT 09 1997

EMSA
X-RAY REPORT

PATIENT'S NAME:        HICKS, WILLIAM

DOB:                   09/09/63

ARREST NUMBER:         BS9717076

FACILITY NAME:         BROWARD MAIN JAIL

X-RAY NUMBER:          BS9717076

DATE OF FILMS:         10/07/97

INTERPRETATION

NASAL BONES:

THERE ARE NO SIGNIFICANT RADIOGRAPHIC ABNORMALITIES DEMONSTRATED.

IMPRESSION: RADIOGRAPHICALLY NEGATIVE EXAM.

HUGH EISEN, M.D.
HE/sl
10/08/97
RADIOLOGIC CONSULTATION

☑ OK TO FILE
M.D. INITIAL                    DATE 10/10/97

☐ PULL CHART
FOLLOW-UP

☐ NO FURTHER ACTION
M.D. INITIAL _____   DATE _____





National Health Laboratories INCORPORATED    National Reference Laboratory

4200 N 29 AVE.
HOLLYWOOD, FL. 33020
PROV # 10-8031

| PATIENT NAME | CLIENT NO. | ORDERING PHYSICIAN |
|---|---|---|
| WILLIAM HICKS | 55611-6 | |

| AGE | SEX | I.D. NO. | CLIENT |
|---|---|---|---|
| D | M | BS9514533 | NORTH BROWARD CORRECTIONS 1550 BLOUNT RD POMPANO BCH, FL 33069 |

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 15-AUG-95 | 15-AUG-95 | 16-AUG-95 |

MANUELA F. CESPEDES, M.D.
8-16-95

| ACCESSION NO. | REQUISITION NO. | COMMENTS |
|---|---|---|
| 4142162-2 | M0872722 | |

AUTOMATED CHEMISTRY PANEL (ACP), CBC & DIFF,LITHIUM,TSH,THYROID PROF. I,

RESULTS

| TEST NAME | NORMAL | ABNORMAL | UNITS | NORMALS |
|---|---|---|---|---|
| GLUCOSE | | 50 LOW | MG/DL | 65-115 |
| BUN | 15 | | MG/DL | 5-25 |
| CREATININE | 1.2 | | MG/DL | 0.6-1.5 |
| BUN/CREAT | 12.5 | | | 6-25 |
| CHOLESTEROL | 149 | | MG/DL | SEE REVERSE |
| TRIGLYCERIDES | | 151 HIGH | MG/DL | 30-150 |
| CALCIUM | 9.6 | | MG/DL | 8.5-10.8 |
| IONIZED CAL. | 4.4 | | MG/DL | 3.5-5.2 |
| INORG. PHOSPHORUS | 2.7 | | MG/DL | 2.5-4.5 |
| SODIUM | 143 | | MEQ/L | 135-147 |
| POTASSIUM | 3.6 | | MEQ/L | 3.5-5.2 |
| CHLORIDE | 104 | | MEQ/L | 96-109 |
| URIC ACID | 7.4 | | MG/DL | 3.5-9.0 |
| TOTAL PROTEIN | 6.6 | | G/DL | 6.0-8.5 |
| ALBUMIN | 4.3 | | G/DL | 3.5-5.5 |
| GLOBULIN | 2.3 | | G/DL | 1.8-3.8 |
| A/G RATIO | 1.9 | | | 1.0-2.2 |
| TOTAL BILIRUBIN | 0.6 | | MG/DL | 0.1-1.2 |
| ALK. PHOSPHATASE | 72 | | U/L | 25-140 |
| SGOT/AST | 14 | | U/L | 0-40 |
| SGPT/ALT | 16 | | U/L | 2-45 |
| LDH | 171 | | U/L | 100-225 |
| GGTP | 19 | | U/L | 0-85 |
| IRON, TOTAL | 110 | | MCG/DL | 35-175 |
| T3 UPTAKE | 29 | | % | 25-35 |
| T4 | 5.8 | | MCG/DL | 4.5-13.0 |
| T7 | 1.68 | | UNITS | 1.1-4.4 |
| TSH | 1.0 | | UIU/ML | .4-6.0 |
| WBC | 7.0 | | THOUS/MM3 | 3.7-10.5 |
| RBC | 4.97 | | MILL/MM3 | 4.1-5.6 |
| HGB | 15.3 | | G/DL | 12.5-17.0 |
| HCT | 44.0 | | % | 36.0-50.0 |
| MCV | 89 | | FL | 80-98 |
| MCH | 30.7 | | PG | 27-34 |
| MCHC | 34.7 | | % | 32-36 |
| PLEASE NOTE NEW NORMAL RANGES EFFECTIVE 7/17/95. | | | | |
| NEUT | 59 | | % | 40-74 |
| LYMPH | 31 | | % | 14-46 |

HOLLYWOOD, FL.  33020
PROV #  10-803

PATIENT NAME
WILLIAM HICKS

CLIENT NO.    ORDERING PHYSICIAN
55611-8

AGE    SEX    I.D. NO.
31     M      B59514533

CLIENT                        1324
NORTH BROWARD CORRECTIONS
1550 BLOUNT RD
POMPANO BCH, FL  33069

COLLECTED      RECEIVED      REPORTED
15-AUG-95    15-AUG-95    16-AUG-95

ACCESSION NO.        REQUISITION NO.
4142162-E           M057272

COMMENTS

---

AUTOMATED CHEMISTRY PANEL (ACP), CBC & DIFF,LITHIUM,TSH,THYROID PROF, I.

RESULTS

| TEST NAME | NORMAL | ABNORMAL | UNITS | NORMALS |
|-----------|--------|----------|-------|---------|
| HEMATOLOGY: (CONTINUED). | | | | |
| MONOCYTES | 6 | | % | 4-13 |
| EOSINOPHILES | 3 | | % | 0-7 |
| BASOPHILES | 1 | | % | 0-3 |
| PLATELETS | 180 | | THOUS/MM3 | 155-385 |
| LITHIUM | 0.6 | | MEQ/L | 0.5-1.5 |
| THERAPEUTIC RANGE: 0.5-1.5 POTENTIALLY TOXIC > 2.0 | | | | |

MANUELA F. ___ DDS, MD
8-16-9?

---

# E.M.S.A./B.S.O.
# LABORATORY REPORTS DISPLAY SHEET

ATTACH LAST REPORT WITH TOP AT THIS LINE↑

ATTACH 2ND REPORT HERE AND SUCCEEDING ONES IN SHORT SHEETS↓

---

| EPSDT ☐ | Family Planning 1st or Ann Visit ☐ | | Medicare No. | | | | | | SEROLOGY SYPHILIS HRS Form 552, Dec 88 (Replaces Feb 87 edition) | | (DO NOT WRITE HERE) Provider No. 302805 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Social Security No.

Medicaid No.

Date Collected  Date Reported

Patient's Name, Last, First, Middle    Other Health Insurance

SPECIMEN    Test Requested

Street and Number

☐ Blood
☐ Serology
☐ Syphilis susp.
☐ CSF

Town    State    Zip Code

Date of Birth    Race    Sex    Program Component

PROCEDURE CODE

SEND REPORT TO: Provider No.    Hospital Use
Dr.    ☐ Inpatient ☐ Outpatient

☐ 86592 STS BLD
☐ 86593 REAGININITIAL
☐ 86650 FTA
☐ 86662 Microhem.
☐ 86604 RPR FOLLOW-UP
☐ 86615 Darkfield
☐ 86095 Rho (D)
☐ 86016 Antibody Screen

Address

City    State    Zip Code

STATE OF FLORIDA • DEPT. OF HEALTH AND REHABILITATIVE SERVICES
OFFICE OF LABORATORY SERVICES

SYPHILIS SEROLOGY
NONREACTIVE

M.D. INITIAL

---

PATIENT'S IDENTIFICATION (Name-Last, First, Middle;Race/Sex;Number)
BSO

Hicks, William  W/M  BS 9514533

# LABORATORY REPORT

CLINIC LABORATORY SERVICES, INC.

ACCOUNT NO. 21064
NORTH BROWARD BUREAU
1550 BLOUNT ROAD
POMPANO BEACH FLORIDA 33069

7515 West O.    Park Blvd. • Suites 100-102 • Lauderhill, FL 33319
Broward (305) 746-9522 • Dade (305) 754-0123 • Palm Beach (407) 684-9633
All other areas 800-722-5227 • Fax (305) 572-2702
H.R.S. License Number. 800001847 • Medicare # L8627
Medicaid #030406900 • CLIA #10D0690292
Testing performed at Clinical Laboratory Services unless otherwise specified.

| PATIENT NAME | PATIENT ID NUMBER | PATIENT'S HOME PHONE #: | AGE | SEX | REQUESTING PHYSICIAN |
|---|---|---|---|---|---|
| HICHS, WILLIAM | BS9514533 | | 32Y | M | DAVIS |

| REQUISITION # | SPECIMEN ID# | SPECIMEN COLLECTED | SPECIMEN RECEIVED | RESULTS REPORTED | PAGE # |
|---|---|---|---|---|---|
| EA316604 | 6604 | 01-31-96 09:1 | 01-31-96 21:18 | 01-31-96 23:05 | 1 |

**REPORT STATUS** FINAL

| ASSAY NAME | RESULTS NORMAL RANGE | OUT OF RANGE | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|

**\* \* \* CHEMISTRY \* \* \***

| ASSAY NAME | NORMAL RANGE | OUT OF RANGE | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|
| SODIUM | 142 | | | MEQ/L | 135.0 - 145.0 |
| POTASSIUM | 4.3 | | | MEQ/L | 3.5 - 5.3 |
| CHLORIDE | 107 | | | MEQ/L | 96.0 - 112.0 |
| GLUCOSE | 94 | | | MG/DL | 70 - 116 |
| B.U.N. (UREA) | 12 | | | MG/DL | 9.0 - 23.0 |
| CREATININE | 1.1 | | | MG/DL | 0.6 - 1.4 |
| BUN/CREAT RATIO | 10.9 | | | RATIO | 6.4 - 38.0 |
| CALCIUM | 9.5 | | | MG/DL | 8.4 - 10.8 |
| PHOSPHORUS | 3.2 | | | MG/DL | 2.4 - 4.7 |
| TOTAL PROTEIN | 7.1 | | | G/DL | 6.4 - 8.3 |
| ALBUMIN | 4.3 | | | G/DL | 3.0 - 5.5 |
| A/G RATIO | 1.5 | | | RATIO | 1.0 - 2.2 |
| URIC ACID | | 7.8 | H | MG/DL | 3.0 - 7.4 |
| GLOBULIN | 2.8 | | | G/DL | 2.3 - 3.8 |
| LDH | | 207 | H | IU/L | 100.0 - 190.0 |
| ALKALINE PHOSPHATASE | 58 | | | IU/L | 36.0 - 115.0 |
| AST (SGOT) | 32 | | | IU/L | 10.0 - 35.0 |
| ALT (SGPT) | | 52 | H | IU/L | 5.0 - 40.0 |
| TOTAL BILIRUBIN | 1.1 | | | MG/DL | 0.2 - 1.4 |
| DIRECT BILIRUBIN | 0.4 | | | MG/DL | 0.0 - 0.4 |
| GAMMA G.T. (GGTP) | | 75 | H | U/L | 9.0 - 50.0 |
| CHOLESTEROL | 183 | | | MG/DL | 114 - 200 |
| TRIGLYCERIDES | 140 | | | MG/DL | - 160 |
| SERUM IRON | 120 | | | MCG/DL | 40 - 170 |

**\* \* \* HEMATOLOGY \* \* \***

| ASSAY NAME | NORMAL RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| W.B.C. COUNT | 5.4 | | THOUS | 4.8 - 10.8 |
| R.B.C. COUNT | 5.30 | | MIL/UL | 4.4 - 6.2 |
| HEMOGLOBIN (HgB) | 16.1 | | G/DL | 13.0 - 18.0 |
| HEMATOCRIT (HCT) | 44.9 | | % | 39.0 - 54.0 |
| M.C.V. | 84.7 | | FL | 80.0 - 102.0 |
| M.C.H. | 30.4 | | PG | 27.0 - 31.0 |
| M.C.H.C. | 35.8 | | GM/DL | 32.0 - 36.0 |
| R.D.W. | 12.8 | | % | 11.5 - 14.5 |
| PLATELET COUNT | 174 | | THOUS | 130.0 - 400.0 |
| MEAN PLATELET VOLUME (MPV) | 9.6 | | FL | 7.4 - 10.4 |

*DR. WINTHROP E. DAVIS*
*STAFF PHYSICIAN - NBDC*

SPECIMEN CONCERNS:

PHYSICIAN'S INTERPRETATION

02-01-96  05:  4p Revised 05/17/93

# L  RATORY REPORT

## CLINIC  LABORATORY SERVICES, INC.

7515 West Oakland Park Blvd. • Suites 100-102 • Lauderhill, FL 33319
Broward (305) 746-9522 • Dade (305) 754-0123 • Palm Beach (407) 684-9633
All other areas 800-722-5227 • Fax (305) 572-2702
H.R.S. License Number: 800001847 • Medicare # L8627
Medicaid #030406900 • CLIA #10D0690292
Testing performed at Clinical Laboratory Services unless otherwise specified.

ACCOUNT NO. 21084
NORTH BROWARD BUREAU
1550 BLOUNT ROAD
POMPANO BEACH FLORIDA 33069

| PATIENT NAME | PATIENT ID NUMBER | PATIENT'S HOME PHONE # | AGE | SEX | REQUESTING PHYSICIAN |
|---|---|---|---|---|---|
| HICKS WILLIAM | BS9514533 | | 32Y | M | DAVIS |

| REQUISITION | SPECIMEN ID | SPECIMEN COLLECTED | SPECIMEN RECEIVED | RESULTS REPORTED | PAGE |
|---|---|---|---|---|---|
| EA316604 | 6604 | 01-31-96 09:1 | 01-31-96 21:38 | 01-31-96 23:05 | 2 |

| REPORT STATUS | FINAL | ASSAY NAME | RESULTS | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|---|
| | | | NORMAL RANGE | OUT OF RANGE | | |

* * * HEMATOLOGY * * * (Continued)

| ASSAY NAME | NORMAL RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|
| NEUTROPHILS # | 2.9 | # | 1.4 - 6.5 |
| LYMPHOCYTES # | 1.6 | # | 1.2 - 3.4 |
| MONONUCLEAR # | 0.5 | # | 0.11 - 0.59 |
| EOSINOPHIL # | 0.1 | # | 0.0 - 0.7 |
| BASOPHIL # | 0.0 | # | 0.0 - 0.2 |
| % LYMPHOCYTE | 35.5 | % | 20.5 - 51.1 |
| % NEUTROPHILS | 53.1 | % | 42.5 - 75.2 |
| % MONONUCLEAR | 9.9 | % | 1.7 - 12.0 |
| % EOSINOPHIL | 1.4 | % | 0.0 - 10.0 |
| % BASOPHIL | 0.1 | % | 0.0 - 2.0 |

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

2/7/96

SPECIMEN CONCERNS:

PHYSICIAN'S INTERPRETATION:

02-01-96  05  J4H Revised 05/17/93

LABORATORY REPORT

CLINICAL LABORATORY SERVICES, INC.

ACCOUNT NO. 21066
MAIN JAIL
555 S.E. 1ST AVENUE
FORT LAUDERDALE  FLORIDA  33301

RECEIVED
MAR 0 6 1996

2515 West Oakland Park Blvd. • Suites 100-102 • Lauderhill, Fl 33319
Broward (305) 746-9522 • Dade (305) 754-0123 • Palm Beach (407) 684-9633
All other areas 800-722-5227 • Fax (305) 572-2702
H.R.S. License Number: 800001847 • Medicare # L8627
Medicaid #03040690 • CLIA #10D0690292
Testing performed at Clinical Laboratory Services unless otherwise specified.

| PATIENT NAME | PATIENT ID NUMBER | PATIENTS HOME PHONE # | AGE | SEX | REQUESTING PHYSICIAN |
|---|---|---|---|---|---|
| HICKS, WILLIAM | BS9514533 | | 32 | M | DERIZIER |

| REQUISITION # | SPECIMEN ID# | SPECIMEN COLLECTED | SPECIMEN RECEIVED | RESULTS REPORTED | PAGE # |
|---|---|---|---|---|---|
| EC048398 | 8398 | 03-04-96 23:56 | 03-04-96 00:40 | 03-05-96 02:11 | 1 |

| REPORT STATUS | ASSAY NAME | RESULTS | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|
| FINAL | | NORMAL RANGE | OUT OF RANGE | | |

* * * CHEMISTRY * * *

| ASSAY | NORMAL | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| SODIUM | 140 | | MEQ/L | 135.0 — 145.0 |
| POTASSIUM | 5.2 | | MEQ/L | 3.5 — 5.3 |
| CHLORIDE | 104 | | MEQ/L | 96.0 — 110.0 |
| GLUCOSE | 96 | | MG/DL | 70 — 115 |
| B.U.N. (UREA) | 15 | | MG/DL | 9.0 — 23.0 |
| CREATININE | 1.3 | | MG/DL | 0.6 — 1.4 |
| BUN/CREAT RATIO | 11.55 | | RATIO | 6.4 — 38.0 |
| CALCIUM | 9.7 | | MG/DL | 8.4 — 10.8 |
| PHOSPHORUS | 3.7 | | MG/DL | 2.4 — 4.7 |
| TOTAL PROTEIN | 7.3 | | G/DL | 6.4 — 8.3 |
| ALBUMIN | 4.5 | | G/DL | 3.0 — 5.5 |
| A/G RATIO | 1.6 | | RATIO | 1.0 — 2.5 |
| URIC ACID | 7.4 | | MG/DL | 3.0 — 7.4 |
| GLOBULIN | 2.8 | | G/DL | 2.3 — 3.9 |
| LDH | | 209  H | IU/L | 100.0 — 190.0 |
| ALKALINE PHOSPHATASE | 83 | | IU/L | 36.0 — 115.0 |
| AST (SGOT) | 20 | | IU/L | 10.0 — 35.0 |
| ALT (SGPT) | | 44  H | IU/L | 5.0 — 40.0 |
| TOTAL BILIRUBIN | 0.9 | | MG/DL | 0.2 — 1.4 |
| DIRECT BILIRUBIN | 0.3 | | MG/DL | 0.0 — 0.4 |
| GAMMA G.T. (GGTP) | | 71  H | U/L | 9.0 — 50.0 |
| CHOLESTEROL | 136 | | MG/DL | 141 — 200 |
| TRIGLYCERIDES | | 216  H | MG/DL | 40.0 — 160 |
| SERUM IRON | 104 | | MCG/DL | 40 — 170 |

☐ OK TO FILE
   M.D. INITIAL

☐ PULL CHART
   FOLLOW UP

☐ NO FURTHER ACTION
   M.D. INITIAL

DR. A. DERIZIER
STAFF PHYSICIAN MAIN JAIL

DATE 3-6-96

DATE _____

SPECIMEN CONCERNS
NON-FASTING, SAMPLE UNSPUN

PHYSICIAN'S INTERPRETATION

03-05-96

242 N.W. LE JEUNE ROAD • E 401 MIAMI, FLORIDA 33126   REPORT FORM

FAX (305) 445-4441
MEDICARE NUMBER 10 6/05

| PATIENT INFORMATION | LAB NUMBER | DATE RECEIVED | ACCOUNT INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7106585 | 02/27/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | 02/27/98 | 02/28/98 | 1550 BLOUNT ROAD |
| AGE: 34, 09/09/63 SEX: M | **CONTINUED REPORT** | | POMPANO BEACH, FL  3306_ |
| BS9717076 | | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| BASOPHILES | 0.2 | | 0 — 2 | % |
| % GRANULOCYTES | 59.5 | | 42.2 — 75.2 | % |
| % LYMPHOCYTES | 28.6 | | 20.5 — 51.1 | % |
| % MONOCYTES | 8.0 | | 1.7 — 9.3 | % |
| PLATELET COUNT | 168 | | 130 — 400 | 1000/CU |
| RDW | 13.1 | | 11.5-14.5 | % |
| MPV | 8.6 | | 7.4 — 10.4 | FL |
| TAIL THYROID FTI (T7=T4+T3)+TSH | | | | |
| THYROID PROFILE (T3, T4, T7) | | | | |
| T4 | 5.5 | | 4.5-12.0 | ug/dl |
| T3 UPTAKE | 35.0 | | 27.0-40.7 | % |
| T7 (FTI) | 1.9 | | 1.6 — 3.7 | |
| THYROID STIMULATING HORMONE (TSH) PENDING | | | | |

PARTIAL REPORT - FINAL TO FOLLOW

3/2/98

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

AUTHORIZED
SIGNATURE:

PAGE 2

# Scientific Medical Laboratory, Inc.   REPC  FORM

242 N.W. LE JEUNE ROAD • E 401 MIAMI, FLORIDA 33126

FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

| PATIENT INFORMATION | LAB NUMBER | DATE RECEIVED | ACCOUNT INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7106585 | 02/27/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | 02/27/98 | 02/28/98 | 1550 BLOUNT ROAD |
| AGE: 34, 09/09/63  SEX: M | | | POMPANO BEACH, FL  33069 |
| BS9717076 | | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | | 0.4  (L) | 0.6 - 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | | |
| TOXIC RANGE: > 1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| #2 JAIL ACP + CBC | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA.) | 140 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.2 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 105 | | 96 - 108 | MEQ/L |
| BUN | 12 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE SERUM | 1.0 | | .5 - 1.2 | MG/DL |
| CALCIUM | 9.0 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | 107 | (H) | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 12.0 | | 6 - 25 | |
| URIC ACID | 7.5 | | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 186 | | 94 - 250 | U/L |
| GGTP | | 125  (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.4 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | 4.9 | | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | | 1.96 (H) | 1.1 - 1.8 | |
| CHOLESTEROL | 182 | | < 200 | MG/DL |
| BILIRUBIN TOTAL | 0.5 | | .2 - 1.2 | MG/DL |
| SGOT (AST) | 24 | | < 37 | U/L |
| SGPT (ALT) | | 58  (H) | < 40 | U/L |
| BILIRUBIN DIRECT | 0.1 | | < 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.4 | | 0.1 - 1.2 | MG/DL |
| ALK PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 91 | | 39 - 117 | U/L |
| TRIGLYCERIDES | | 201  (H) | < 200 | MG/DL |
| IRON | 90 | | 30 - 160 | UG/DL |
| COMPLETE BLOOD COUNT & DIFFERENTIAL | | | | |
| WBC | 6.0 | | 4.8 - 10.8 | 1000/CU |
| RBC | 5.51 | | 4.1 - 5.5? | CU |
| HGB | 16.4 | | 14 - 18 | % |
| HCT | 47.8 | | | % |
| MCV | 90.0 | | | UUG |
| MCH | 30.9 | | 32 - 36 | % |
| MCHC | 34.3 | | 0 - 7 | % |
| EOSINOPHILES | 2.8 | | | |

REPORT CONTINUED ON NEXT FORM

A. M. PERFILIO, MD
PSYCHIATRIST FL
3/2/00

THORIZED
GNATURE:

PAGE 1

Scientific Medi  Laboratory, Inc.    **REPO  FORM**
242 N.W. LE JEUNE ROAD • S   E 401 MIAMI, FLORIDA 33126

PHONE (305) 445-2161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

| PATIENT INFORMATION | LAB NUMBER | DATE RECEIVED | ACCOUNT INFORMATION |
|---|---|---|---|

HICKS, WILLIAM

LAB NUMBER: A7106585   DATE RECEIVED: 02/27/98

REPORT DATE: 02/27/98    02/28/98

AGE: 34, 09/09/63  SEX: M
BS9717076

NORTH BROWARD BUREAU
DR. PERFILIO
1550 BLOUNT ROAD
POMPANO BEACH, FL   33069
PERFILIO

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | | 0.4  (L) | 0.6 - 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | MAR 1 | |
| TOXIC RANGE: > 1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| #2 JAIL ACP + CBC | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA) | 140 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.2 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 103 | | 96 - 108 | MEQ/L |
| BUN | 12 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE, SERUM | 1.0 | | .9 - 1.2 | MG/DL |
| CALCIUM | 9.0 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | | 107  (H) | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 12.0 | | 6 - 25 | |
| URIC ACID | 7.5 | | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 186 | | 94 - 250 | U/L |
| GGTP | | 125  (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.4 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | 4.9 | | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | 1.96 (H) | | 1.1 - 1.8 | |
| CHOLESTEROL | 182 | | < 200 | MG/DL |
| BILIRUBIN TOTAL | 0.5 | | .2 - 1.2 | MG/DL |
| SGOT (AST) | 24 | | <37 | U/L |
| SGPT (ALT) | | 58  (H) | <40 | U/L |
| BILIRUBIN DIRECT | 0.1 | | 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.4 | | 0.1 - 1.2 | MG/DL |
| ALK PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 91 | | 39 - 117 | U/L |
| TRIGLYCERIDES | | 201  (H) | < 200 | MG/DL |
| IRON | 90 | | 30 - 160 | UG/DL |
| COMPLETE BLOOD COUNT & DIFFERENTIAL | | | | |
| WBC | 6.0 | | | 1000/CU |
| RBC | 5.31 | | 4.5 - 5.5 | 1000/CU |
| HGB | 16.4 | | | G/DL |
| HCT | 47.8 | | 42 - 52 | % |
| MCV | 90.0 | | 80 - 94 | FL |
| MCH | 30.9 | | 28 - 32 | UUG |
| MCHC | 34.3 | | 32 - 36 | % |
| EOSINOPHILES | 2.8 | | 0 - 7 | % |

DATE 3/2/98
A. M. PERFILIO, MD
NBB - PSYCHIATRIST

DATE

REPORT CONTINUED ON NEXT FORM

AUTHORIZED
SIGNATURE:

PAGE 1

*Scientific Medical Laboratory, Inc.*  **REPO** FORM

2 N.W. LE JEUNE ROAD • E 401 MIAMI, FLORIDA 33126

FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| , WILLIAM | A7106585 | 02/27/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | 02/27/98 | 02/28/98 | 1550 BLOUNT ROAD |

AGE: 34, 09/09/63 SEX: M
BS9717076

POMPANO BEACH, FL  33069
PERFILIO

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | PENDING | | | |
| #2 JAIL ACP + CBC | | | | |
| SODIUM (NA) | PENDING | | | |
| POTASSIUM (K) | PENDING | | | |
| CHLORIDE | PENDING | | | |
| BUN | PENDING | | | |
| CREATININE | PENDING | | | |
| CALCIUM | PENDING | | | |
| GLUCOSE (SERUM) | PENDING | | | |
| BUN/CREAT RATIO | PENDING | | | |
| URIC ACID | PENDING | | | |
| LDH | PENDING | | | |
| GGTP | PENDING | | | |
| TOTAL PROTEIN | PENDING | | | |
| ALBUMIN | PENDING | | | |
| A/G RATIO | PENDING | | | |
| CHOLESTEROL | PENDING | | | |
| BILIRUBIN TOTAL | PENDING | | | |
| SGOT (AST) | PENDING | | | |
| SGPT (ALT) | PENDING | | | |
| BILIRUBIN DIRECT | PENDING | | | |
| BILIRUBIN INDIRECT | PENDING | | | |
| ALK PHOSPHATASE | PENDING | | | |
| TRIGLYCERIDES | PENDING | | | |
| IRON | PENDING | | | |
| COMPLETE BLOOD COUNT & DIFFERENTIAL | | | | |
| WBC | 6.0 | | 4.8 - 10.8 | 1000/CU |
| RBC | 5.31 | | 4.1 - 5.5 | 1000/CU |
| HGB | 16.4 | | 14 - 18 | G/DL |
| HCT | 47.4 | | 42 - 52 | % |
| MCV | 90.0 | | 80 - 94 | FL |
| MCH | 30.9 | | 28 - 32 | UUG |
| MCHC | 34.5 | | 32 - 36 | % |
| EOSINOPHILES | 2.8 | | 0 - 7 | % |
| BASOPHILES | 0.2 | | 0 - 2 | % |
| % GRANULOCYTES | 59.5 | | 42.2 - 75.2 | % |
| % LYMPHOCYTES | 28.6 | | 20.5 - 51.1 | % |
| % MONOCYTES | 8.9 | | 1.7 - 9.3 | % |
| PLATELET COUNT | 168 | | 130 - 400 | 1000/CU |
| RDW | 13.1 | | 11.5 - 14.5 | % |
| MPV | 8.6 | | 7.4 - 10.4 | FL |
| JAIL THYROID-FTI (T7=T4+T3)+TSH | | | | |
| THYROID PROFILE (T3,T4,T7) | PENDING | | | |
| THYROID STIMULATING HORMONE (TSH) | PENDING | | | |

PARTIAL REPORT - FINAL TO FOLLOW

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

3/2/98

UTHORIZED
IGNATURE:

PAGE 1



Scientific Medi... L...
242 N.W. LE JEUNE ROAD •

FAX: (305) 445-444...
MEDICARE NUMBER 10-8325

**PATIENT INFORMATION**

HICKS, WILL   M

**ACCOUNT INFORMATION**

NORTH BROWARD BUREAU
DR. PERFILIO
1550 BLOUNT ROAD
POMPANO BEACH, FL   33069
PERFILIO

AGE: 34, 09/09/63 SEX: M
BS9717076

02/27/98          02/28/98

| TEST NAME OR PROCEDURE | RESULTS | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | | 0.4    (L) | 0.6  -  1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | | |
| TOXIC RANGE: > 1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| #2 JAIL ACP + CBC | | | | |
| SODIUM (NA) | PENDING | | | |
| POTASSIUM (K) | PENDING | | | |
| CHLORIDE | PENDING | | | |
| BUN | PENDING | | | |
| CREATININE | PENDING | | | |
| CALCIUM | PENDING | | | |
| GLUCOSE (SERUM) | PENDING | | | |
| BUN/CREAT RATIO | PENDING | | | |
| URIC ACID | PENDING | | | |
| LDH | PENDING | | | |
| GGTP | PENDING | | | |
| TOTAL PROTEIN | PENDING | | | |
| ALBUMIN | PENDING | | | |
| A/G RATIO | PENDING | | | |
| CHOLESTEROL | PENDING | | | |
| BILIRUBIN TOTAL | PENDING | | | |
| SGOT (AST) | PENDING | | | |
| SGPT (ALT) | PENDING | | | |
| BILIRUBIN DIRECT | PENDING | | | |
| BILIRUBIN INDIRECT | PENDING | | | |
| ALK PHOSPHATASE | PENDING | | | |
| TRIGLYCERIDES | PENDING | | | |
| IRON | PENDING | | | |
| COMPLETE BLOOD COUNT & DIFFERENTIAL | | | | |
| WBC | 6.0 | | 4.8  -  10.8 | 1000/CU |
| RBC | 5.31 | | 4.1  -  5.5 | 1000/CU |
| HGB | 16.4 | | 14  -  18 | G/DL |
| HCT | 47.8 | | 42  -  52 | % |
| MCV | 90.0 | | 80  -  95 | FL |
| MCH | 30.9 | | 27  -  31 | UUG |
| MCHC | 34.3 | | 32  -  36 | % |
| EOSINOPHILES | 2.0 | | 1  -  7 | % |
| BASOPHILES | 0.2 | | 0  -  2 | % |
| % GRANULOCYTES | 59.5 | | 42  -  75.2 | % |
| % LYMPHOCYTES | 28.6 | | 20.5  -  51.1 | % |
| % MONOCYTES | 8.9 | | 1.7  -  9.3 | % |
| PLATELET COUNT | 168 | | 130  -  400 | 1000/CU |
| RDW | 13.1 | | 11.5-14.5 | % |
| MPV | 8.6 | | 7.4  -  10.4 | FL |
| JAIL THYROID=FTI (T7=T4+T3)+TSH | | | | |

REPORT CONTINUED ON NEXT FORM

AUTHORIZED
SIGNATURE:

PAGE 1

*Scientific Medical Laboratory, Inc.* **REPORT FORM**
FAX: (305) 445-4441
242 N.W. LE JEUNE ROAD • E 401 MIAMI, FLORIDA 33126
MEDICARE NUMBER 10-8325

| PATIENT INFORMATION | LAB NUMBER | DATE RECEIVED | ACCOUNT INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7106585 | 02/27/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | | | 1550 BLOUNT ROAD |
| | 02/27/98      02/28/98 | | POMPANO BEACH, FL  33069 |
| AGE: 34, 09/09/63  SEX: M | **CONTINUED REPORT** | | PERFILIO |
| BS9717076 | | | |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| THYROID PROFILE (T3, T4, T7) | PENDING | | | |
| THYROID STIMULATING HORMONE (TSH) | PENDING | | | |

PARTIAL REPORT - FINAL TO FOLLOW

3/2/98

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

DATE

AUTHORIZED
SIGNATURE:

**Med. Laboratory, Inc.** REPC FORM

242 N.W. LE JEUNE ROAD • TE 401 MIAMI, FLORIDA 33126

PHONE (305) 445-618
FAX (305) 445-44
MEDICARE NUMBER 10-832

| PATIENT INFORMATION | LAB NUMBER | DATE RECEIVED | ACCOUNT INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7106585 | 02/27/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| AGE: 34, 09/09/63 SEX: M | 02/27/98 | 02/28/98 | 1550 BLOUNT ROAD |
| BS9717076 | **CONTINUED REPORT** | | POMPANO BEACH, FL 33069 |
| | | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULTs | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| BASOPHILES | 0.8 | | MAR = 0 - 2 | % |
| % GRANULOCYTES | 59.5 | | 42.2 - 75.2 | % |
| % LYMPHOCYTES | 28.6 | | 20.5 - 51.1 | % |
| % MONOCYTES | 8.9 | | 1.7 - 9.3 | % |
| PLATELET COUNT | 168 | | 130 - 400 | 1000/CU |
| RDW | 13.1 | | 11.5-14.5 | % |
| MPV | 8.6 | | 7.4 - 10.4 | FL |
| JAIL THYROID-FTI(T7=T4+T3)+TSH | | | | |
| THYROID PROFILE (T3,T4,T7) | | | | |
| T4 | 6.5 | | 4.5-12.0 | ug/dl |
| T3-UPTAKE | 36.0 | | 27.8-40.7 | % |
| T7 (FTI) | 1.9 | | 1.6 - 3.7 | |
| THYROID STIMULATING HORMONE (TSH) | | | | |
| TSH | 1.75 | | 0.35 - 5.50 | mIU/mL |

***FINAL REPORT***

P.M. PERFILIO, MD
NBB - PSYCHIATRIST
DATE 3/2/98

HORIZED
ATURE

DATE

PAGE 2

*Scientific Medu* *Laboratory, Inc.*

PHONE: (305) 445-...
FAX: (305) 445-4441
MEDICARE NUMBER ...

242 N.W. LE JEUNE ROAD • E 401 MIAMI, FLORIDA 33126

REPO FORM

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| | H7133021 | 03/07/98 | NORTH BROWARD BUREAU |

...S, WILLIAM

REPORT DATE 03/07/98    03/08/98

DR. PERFILIO
1550 BLOUNT ROAD
POMPANO BEACH, FL   33069
2164

: 34, 09/19/63  SEX: M

717076

| TEST NAME OR PROCEDURE | RESULTS | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | 0.6 | | 0.6 - 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | | |
| TOXIC RANGE: >1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| UAIL ACP | | | | |
| SODIUM (NA) | 1/3 | | 135 - 148 | MEQ/L |
| SODIUM (NA.) | 4.4 | | 3.3 - 5.3 | MEQ/L |
| POTASSIUM (K) | 104 | | 96 - 108 | MEQ/L |
| CHLORIDE | 17 | | 6 - 19 | MG/DL |
| BUN | 1.1 | | .5 - 1.2 | MG/DL |
| CREATININE | | | | |
| CREATININE SERUM | 9.0 | | 8.4 - 10.2 | MG/DL |
| CALCIUM | 87 | | 70 - 105 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | | | | |
| BUN/CREAT RATIO | 15.5 | 8.8 (H) | 6 - 25 | MG/DL |
| BUN/CREATININE RATIO | | | 3.4 - 8.0 | |
| URIC ACID | | 129 (H) | 94 - 250 | U/L |
| LDH | 187 | | 11 - 51 | U/L |
| LACTIC DEHYDROGENASE (LDH) | | | | |
| GGTP | 6.9 | | 6.0 - 8.5 | G/DL |
| TOTAL PROTEIN | 4.7 | | 3.4 - 5.0 | G/DL |
| ALBUMIN | | 2.14 (H) | 1.1 - 1.8 | MG/DL |
| A/G RATIO | | | < 200 | MG/DL |
| A/G RATIO | 1.3 | | .2 - 1.2 | U/L |
| CHOLESTEROL | 0.6 | | < 37 | U/L |
| BILIRUBIN TOTAL | 25 | 50 (H) | < 40 | MG/DL |
| SGOT (AST) | 0.1 | | < 0.3 | MG/DL |
| SGPT (ALT) | 0.5 | | 0.1 - 1.2 | |
| BILIRUBIN DIRECT | | | 39 - 117 | U/L |
| BILIRUBIN INDIRECT | 86 | 269 (H) | < 200 | MG/DL |
| ALK PHOSPHATASE | | | 30 - 160 | UG/DL |
| ALKALINE PHOSPHATASE | 78 | | | |
| TRIGLYCERIDES | | | | |
| IRON | | | | |

*** FINAL REPORT ***

*[signature]* 3/9/9x

A. M. PERFILIO, MD
NBS - PSYCHIATRIST

PAGE 1

UTHORIZED

# E.M.S.A./B.S.O.
## LABORATORY REPORTS DISPLAY SHEET

ATTACH LAST REPORT WITH TOP AT THIS LINE!

State of Florida
Dept. of H.R.S.
Miami Laboratory/2nd Floor
1325 NW 14th Ave
Miami, FL 33125

CONFIDENTIAL

RECEIVED MAR 1 8 1998

HIV-1 ANTIBODY LABORATORY RESULTS

| | | |
|---|---|---|
| RACE/ETHNICITY: White | | DATE COLLECTED: 03/07/98 |
| DATE OF BIRTH: 09/19/63 | | DATE RECEIVED: 03/09/98 |
| SEX: Male | | DATE REPORTED: 03/11/9 |
| RESERVED: N/A | | SPECIAL STUDY: |

Scan Form ID#: 0011701309  Lab ID#: M98013725

LAST NAME HICKS          FIRST NAME WILLIAM    MI

LOCAL USE ID#: BS9717076

RESIDENCE

| COUNTY | STATE | ZIP | COUNTRY OF BIRTH |
|---|---|---|---|
| Palm Beach | FL | 33428 | USA |

RISK FACTORS
Sex with female
Sex while using non-injecting drugs

SUBMITTING FACILITY: 08-041

Broward Co Sheriff's Office
1550 Blount Rd
Pompano Beach, FL 33069

HEALTH

LABORATORY INTERPRETATION

Negative

COMMENTS:
ERIN COBY, MD
NBB

☐ OK TO FILE    EIA: Neg    WB: N/A    IFA: N/A    3/19/98
N.D. INITIAL                              DATE

MAIL REPORT TO:

Broward Co Sheriff's Office
1550 Blount Rd
Pompano Beach, FL 33069

ATTN:    Ellen Murray, R.N.    08-041

☐ FULL WORK/
FOLLOW

☐ NO FURTHER ACTION
M.D. INITIAL

A negative HIV-1 antibody test means only that the person has no detectable antibodies to the virus at the time of testing.

If the laboratory results are not consistent with clinical manifestations and/or risk factors, please submit another specimen.

**TEST SITE COPY**

PATIENT'S IDENTIFICATION (Name-Last, First, Middle;Race/Sex;Number)
BSO

DH Form 1628C, 5/97 (Replaces HRS Form 1628C which may be used)

*Scientific Med. Laboratory, Inc.* **REPC FORM**

242 N.W. LE JEUNE ROAD •    E 401 MIAMI, FLORIDA 33126

FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7145108 | 03/11/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | 03/11/98 | 03/17/98 | 1550 BLOUNT ROAD |
| AGE:   SEX: M | | | POMPANO BEACH, FL  33069 |
| | | | 2164 |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| NORTRIPTYLINE, SERUM | | | | |
| NORTRIPTYLINE | < 25 | | | NG/ML |

TEST PERFORMED BY: SPECIALTY LABORATORIES, INC.
2211 MICHIGAN AVENUE
SANTA MONICA, CA  90404-3900

\*\*\* FINAL REPORT \*\*\*

DR. MEL LIMIA,
STAFF PSYCHIATRIST,
MAIN JAIL

3/20/98

AUTHORIZED
SIGNATURE:

PAGE  1

Scientific Medical Laboratory, Inc.    REPORT FORM
242 N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126

PHONE: (305) 445-4461
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

| PATIENT-INFORMATION | LAB -NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7218803 | 03/30/98 | NORTH BROWARD BUREAU |

RECEIVED MAR 3 1 1998

REPORT DATE
03/30/98         03/31/98

AGE: 34, 09/19/63 SEX: M
BS9717707

DR. PERFILIO
1550 BLOUNT ROAD
POMPANO BEACH, FL  33069
PERFILIO

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| NORTRIPTYLINE, SERUM | PENDING | | | |
| LITHIUM LEVEL | 0.6 | | 0.6 - 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | | |
| TOXIC RANGE: > 1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| AMYTRIPTYLINE, SERUM | PENDING | | | |
| #1 JAIL ACP | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA+) | 139 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.8 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 102 | | 96 - 108 | MEQ/L |
| BUN | 15 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE SERUM | 1.0 | | .5 - 1.2 | MG/DL |
| CALCIUM | 9.4 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | 112 | (H) | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 15.0 | | 8 - 25 | |
| URIC ACID | 8.1 | (H) | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 184 | | 94 - 250 | U/L |
| GGTP | 129 | (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.4 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | 5.2 | (H) | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | 2.36 | (H) | 1.1 - 1.8 | |
| CHOLESTEROL | 176 | | < 200 | MG/DL |
| BILIRUBIN, TOTAL | 0.9 | | .2 - 1.2 | MG/DL |
| SGOT (AST) | 20 | | < 37 | U/L |
| SGPT (ALT) | 62 | (H) | < 40 | U/L |
| BILIRUBIN DIRECT | 0.2 | | < 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.7 | | 0.1 - 1.2 | MG/DL |
| ALK PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 89 | | 39 - 117 | U/L |
| TRIGLYCERIDES | 330 | (H) | < 200 | MG/DL |
| IRON | 70 | | 30 - 160 | UG/DL |

PARTIAL REPORT - FINAL TO FOLLOW

X DR TO FILE
M.D. INITIAL

□ PULL CHART
FOLLOW UP

□ NO FURTHER ACTION
M.D. INITIAL

4/1/98
DATE

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

DATE

STAT

AUTHORIZED
SIGNATURE:

PAGE 1

*Paradigm Media Laboratory, Inc.*  **REPORT FORM**

PHONE
MEDICARE NUMBER 10-8325

242 N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126

| PATIENT INFORMATION | LAB NUMBER | DATE RECEIVED | ACCOUNT INFORMATION |
|---|---|---|---|
| S,WILLIAM | A7218803 | 03/30/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| RECEIVED APR 0 6 1998 | 03/30/98 | 04/06/98 | 1550 BLOUNT ROAD |
| : 34,09/19/63 SEX: M | **CONTINUED REPORT** | | POMPANO BEACH, FL  33069 |
| 717707 | | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| CHOLESTEROL | 176 | | < 200 | MG/DL |
| BILIRUBIN TOTAL | 0.9 | | .2 - 1.2 | MG/DL |
| SGOT (AST) | 28 | | < 37 | U/L |
| SGPT (ALT) | | 62  (H) | < 40 | U/L |
| BILIRUBIN DIRECT | 0.2 | | < 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.7 | | 0.1 - 1.2 | MG/DL |
| ALK. PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 89 | | 39 - 117 | U/L |
| TRIGLYCERIDES | | 330  (H) | < 200 | MG/DL |
| IRON | 70 | | 30 - 160 | UG/DL |

*** FINAL REPORT ***

ERIN CODY, MD
NBB    DATE  4/7/98

Scientific M...... Laboratory, Inc.    REI    FORM

242 N.W. LE JEUNE ROAD • ....TE 401 MIAMI, FLORIDA 33126

PHONE: (305) 445-6161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7218803 | 03/30/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| RECEIVED APR 0 6 1998 | 03/30/98 | 04/06/98 | 1550 BLOUNT ROAD |
| AGE: 34, 09/19/63 SEX: M | | | POMPANO BEACH, FL 33069 |
| BS97177707 | | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| NORTRIPTYLINE, SERUM | | | | |
| NORTRIPTYLINE | <25 | | | NG/ML |
| TEST PERFORMED BY: SPECIALTY LABORATORIES, INC. | | | | |
| 2211 MICHIGAN AVENUE | | | | |
| SANTA MONICA, CA 90404-3900 | | | | |
| LITHIUM LEVEL | 0.6 | | 0.6 - 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | | |
| TOXIC RANGE: > 1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| AMYTRIPTYLINE, SERUM | | | | |
| AMYTRIPTYLINE (NORTRIPTYLINE) | <25 | | | NG/ML |
| NORTRIPTYLINE | <25 | | | NG/ML |
| TEST PERFORMED BY: SPECIALTY LABORATORIES, INC. | | | | |
| 2211 MICHIGAN AVENUE | | | | |
| SANTA MONICA, CA 90404-3900 | | | | |
| TOTAL AMI +NORTRIPTYLINE | | | 100 - 250 | NG/ML |
| THERAPEUTIC RANGES FOR AMITRIPTYLINE + NORTRIPTYLINE, HPLC: | | | | |
| 100 - 250 NG/ML | | | | |
| TEST PERFORMED BY: SPECIALTY LABORATORIES, INC. | | | | |
| 2211 MICHIGAN AVENUE | | | | |
| SANTA MONICA, CA 90404-3900 | | | | |
| UNABLE TO CALCULATE BECAUSE ONE OR MORE COMPONENT | | | | |
| WAS BELOW DETECTION LIMIT | | | | |
| #1 JAIL ACP | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA.) | 139 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.8 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 102 | | 96 - 108 | MEQ/L |
| BUN | 15 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE SERUM | 1.0 | | .5 - 1.2 | MG/DL |
| CALCIUM | 9.4 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | 112 | (H) | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 15.0 | | 6 - 25 | |
| URIC ACID | 8.1 | (H) | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 184 | | 94 - 250 | U/L |
| GGTP | 129 | (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.4 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | 5.2 | (H) | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | 2.36 | (H) | 1.1 - 1.8 | |

REPORT CONTINUED ON NEXT FORM

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

4/8/98

THORIZED
GNATURE:                                                                    PAGE 1

**Handia Medi. Laboratory, Inc.** **REPC   RM**

242 N.W. LE JEUNE ROAD • E 401 MIAMI, FLORIDA 33126

PHONE: (305)
FAX: (305)
MEDICARE NUMBER

| PATIENT-INFORMATION | LAB -NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7358671 | 05/05/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | 1550 BLOUNT ROAD |
| AGE: 34, 09/19/63 SEX: M | 05/05/98 | 05/06/98 | POMPANO BEACH, FL  330 |
| BS9717076 | | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | PENDING | | | |
| #1 JAIL ACR | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA.) | 139 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.4 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 104 | | 96 - 108 | MEQ/L |
| BUN | 15 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE SERUM | 1.0 | | .5 - 1.2 | MG/DL |
| CALCIUM | 8.7 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | 97 | | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 15.0 | | 6 - 25 | |
| URIC ACID | 7.8 | | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 165 | | 94 - 250 | U/L |
| GGTP | | 126 (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.0 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | 4.7 | | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | | 2.04 (H) | 1.1 - 1.8 | |
| CHOLESTEROL | 174 | | < 200 | MG/DL |
| BILIRUBIN TOTAL | 0.4 | | .2 - 1.2 | MG/DL |
| SGOT (AST) | 32 | | < 37 | U/L |
| SGPT (ALT) | | 57 (H) | < 40 | U/L |
| BILIRUBIN DIRECT | 0.1 | | < 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.3 | | 0.1 - 1.2 | MG/DL |
| ALK PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 81 | | 39 - 117 | U/L |
| TRIGLYCERIDES | | 210 (H) | < 200 | MG/DL |
| IRON | 75 | | 30 - 160 | UG/DL |

PARTIAL REPORT - FINAL TO FOLLOW

RECEIVED MAY - 6 1998

DATE 5/7/98

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

ED
E:

242 N.W. LE JEUNE ROAD • TE 401 MIAMI, FLORIDA 33126   REPC   ORM   FAX: (305) 445-444
MEDICARE NUMBER 10-832

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7358671 | 05/05/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | 1550 BLOUNT ROAD |
| | 05/05/98 | 05/07/98 | POMPANO BEACH, FL 33069 |
| AGE: 34, 09/19/63 SEX: M | | | PERFILIO |
| BS9717076 | | | |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | 0.7 | | 0.6 - 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | RECEIVED MAY 2 1998 | |
| TOXIC RANGE: ) 1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| #1 JAIL ACP | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA.) | 139 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.4 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 104 | | 96 - 108 | MEQ/L |
| BUN | 15 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE SERUM | 1.0 | | .5 - 1.2 | MG/DL |
| CALCIUM | 8.7 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | 97 | | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 15.0 | | 6 - 25 | |
| URIC ACID | 7.8 | | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 165 | | 94 - 250 | U/L |
| GGTP | | 126 (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.0 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | 4.7 | | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | | 2.04 (H) | 1.1 - 1.8 | |
| CHOLESTEROL | 174 | | ( 200 | MG/DL |
| BILIRUBIN TOTAL | 0.4 | | .2 - 1.2 | MG/DL |
| SGOT (AST) | 32 | | (37 | U/L |
| SGPT (ALT) | | 57 (H) | (40 | U/L |
| BILIRUBIN DIRECT | 0.1 | | ( 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.3 | | 0.1 - 1.2 | MG/DL |
| ALK PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 81 | | 39 - 117 | U/L |
| TRIGLYCERIDES | | 210 (H) | ( 200 | MG/DL |
| IRON | 75 | | 30 - 160 | UG/DL |

*** FINAL REPORT ***

DOCK TO FILE
M.D. INITIAL

DATE G9 5/1/9

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

O PULL CHART
FOLLOW UP

O NO FURTHER ACTION
M.D. INITIAL

DATE

AUTHORIZED
SIGNATURE:                                                                 PAGE 1

**EMSA** *CORRECTIONAL CARE*

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: R.C.M.J.

Inmate I.D. # BS 95 145 33

Inmate Name: HICKS, WILLIAM    D.O.B.: 9·19·63

Date of Last H & P: Unknown    Date of Last PPD: _____    Results: _____

Allergies: NKA

Current Health Problems: Hx 4', Hx Etoh Abuse

Current Medication (Name, Dosage, Frequency, Duration:) LiCO₃ 900 PM x 30 DAYS
PROZAC 20mg q AM

Physical Disabilities/Limitation: _____

Assistive Devices/Prosthetics: _____

Glasses: _____    Contacts: _____

Follow-up care needed: Need H&P by 8/17/95   Pls. Read PPD 8/10/95

Signature: _Bronwen Kessler, RN_   Bronwen Kessler, RN
Main Jail    Date 8/9/95

## TRANSFER RECEPTION SCREENING

Facility: NBDC    T 98.7  P 84  R 24  B/P 144/74

S: Current Complaint: none

Current Medications/Treatment: Prozac

O: Physical Appearance/Behavior: WNL - No Tremors

Disposition: (X) General Population    ( ) Infirmary    Referral: ( ) Medical    ( ) Dental    (X) Mental Health

When: ( ) Immediately    ( ) Sick Call    ( ) Other _____

Signature: _Joy Brien_    JOY BRIEN, RN    Date 10/24/95
NBDC

EMSA CORRECTIONAL CARE

## COLD, FLU, AND RESPIRATORY ALLERGIES PROTOCOL

NAME: *Hicks William*    ARREST# *BS95-14533*

DOB: *9-10-63*    RACE/SEX *W / M*    DATE: *12/9/95*    TIME: *8 40 PM*

| SUBJECTIVE | | |
|---|---|---|
| | 1) | HISTORY OF COPD OR OTHER LUNG DISEASE? *No* |
| | 2) | SYMPTOMS? *Nasal congestion coughing* |
| | 3) | IF ALLERGY, PAST HISTORY? SEASONAL? KNOWN OFFENDING ALLERGENS? |
| | 4) | DRYNESS OR (SORENESS) OF (THROAT?) *no sore Yes* |
| | 5) | PRESENCE OF COUGH? IS IT PRODUCTIVE? *Yes yellow sputum* |
| | 6) | COLOR OF SPUTUM IF COUGH PRODUCTIVE? HIV (+)? |
| OBJECTIVE | 1) | T: *988*    P: *80*    R: *18*    B/P: *116/84* |
| | 2) | HEENT EXAMINATION, IN PARTICULAR, CONDITION OF EARS, NOSE AND THROAT. *slight redness of throat* |
| | 3) | ENLARGED NODES OR SALIVARY GLANDS IN NECK? *No* |
| | 4) | CHEST EXAMINATION - WHEEZES? RALES? RHONCHI? *Clear* |
| ASSESSMENT | | (COLD) INFLUENZA/ALLERGY |
| PLAN | | REFER TO PHYSICIAN/PA OR ARNP IF: |
| | 1) | BEEFY RED THROAT WITH OR WITHOUT PATCHES OR PUS. |
| | 2) | TEMPERATURE > 100.5 ° |
| | 3) | WHEEZES, RHONCHI OR RALES IN LUNGS. |
| | 4) | EVIDENCE OF EAR INFECTION. |
| | 5) | SEVERE COUGH |
| | 6) | CHRONIC ALLERGY UNRESPONSIVE TO CONSERVATIVE TREATMENT. |
| | | ASPIRIN, ACETAMINOPHEN PRN. BODY ACHES. SALT WATER GARGLE PRN. SUDAFED 30 MG. 1-2 TABLETS, 2-4 TIMES/DAY FOR 5 DAYS IF NO HISTORY OF HYPERTENSION CTM 4 MG. 1 TABLET, 2-4 TIMES/DAY FOR 5 DAYS IF EXCESSIVE NASAL DRAINAGE AND NO HISTORY OF ASTHMA. |
| EDUCATION | • | *ADVISE THAT COLDS LAST 7-10 DAYS WITH OR WITHOUT RX.* |
| | • | *INCREASE FLUID INTAKE* |
| | • | *RETURN IF SYMPTOMS PERSIST 7 DAYS, PRODUCTIVE COUGH, EAR PAIN, ETC.* |
| | • | *RETURN IF SYMPTOMS WORSENS AFTER x3 DAYS OF SYMPTOMATIC TREATMENT.* |

NURSE'S SIGNATURE: *Della Richardson Zen*

DELLA RICHARDSON, LPN
NBDC

NAME STAMP OR PRINTED NAME:

PROTOCOL APPROVED BY: *DR. WINTHROP C. DAVIS STAFF PHYSICIAN NBDC*

REVIEWED: *12/13* , 1995    , 1996

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N. Broward_

Name: _HICKS William_       ID# _BS9514533_

D.O.B. _____

I, _William Hicks_ have, this day, knowing that I have a condition
    (Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_Lithium 900 mg Po @ 6 PM_

Reason For Refusal _____

_"I don't want it"_

Potential Consequences Explained _Loss of control_

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Dep Richard Pruit # 6184_
Witness Signature

_Valerie C Rundle, RN_       _Refused to sign_
Witness Signature             Patient Signature

_8-12-94_       _5:45 PM_
Date             Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                    7/94

**EMSA** CORRECTIONAL CARE

### REFUSAL OF TREATMENT FORM

Institution: _N BDC_

Name: _Hicks William_         ID# _BS95 14533_

D.O.B. _9-19-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tes |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _" I don't want it "_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_[signature]_
Witness Signature

_Richardson_ _[signature]_  DELLA RICHARDSON, LPN   _Refused to sign_
Witness Signature              NBDC                   Patient Signature

_9/29/95_                                              _830 pm_
Date                                                   Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                          7/94

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _____

Name: _Hicks, William_____ ID# _____

D.O.B. _____

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✔ A.  Refused medication.                              ___ E.  Refused X-Ray services.

___ B.  Refused dental care.                             ___ F.  Refused other diagnostic tests

___ C.  Refused an outside medical appointment.   ___ G.  Refused physical examination.

___ D.  Refused laboratory services.                   ___ H.  Other (Please specify)

_____

Reason For Refusal _I would like to sleep_____

_____

Potential Consequences Explained _____

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Della Richardson_____  DELLA RICHARDSON, LPN
Witness Signature                NBDC                    _Refused to sign_____
                                                          Patient Signature
_Deputy Kelly_____
Witness Signature

_9/30/95_____                                   _9/5/0?_____
Date                                                      Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                              7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_     ID# _BS9514533_

D.O.B. _9/19/63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| ✓ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
|---|----|---------------------|------|----|-------------------------|
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

Reason For Refusal _I don't want it, I want to sleep._

Potential Consequences Explained _loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_     **DELLA RICHARDSON, LPN**
Witness Signature     **NBDC**

_Deputy Kelly_     _Refused to sign_
Witness Signature     Patient Signature

_10/1/95_     _8:30 pm_
Date     Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013     7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_                    ID# _BS951533_

D.O.B. _9/19/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic test |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _" I want to sleep."_

Potential Consequences Explained _Loss of control._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                          NBDC

_Refused to sign_
Patient Signature

Witness Signature

Date _10/3/95_                    Time _9P_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                    7/94

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _N.B.D.C._

Name: _William Hicks_ ID# _0S 95 #45 33_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_X_ A.  Refused medication.                          ___ E.  Refused X-Ray services.

___ B.  Refused dental care.                          ___ F.  Refused other diagnostic tes

___ C.  Refused an outside medical appointment.  ___ G.  Refused physical examination

___ D.  Refused laboratory services.                 ___ H.  Other (Please specify)

_Thorazine 100 mg Po in PM_

Reason For Refusal _BaC reactions to it. Body_
_doesn't like it._

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

Witness Signature

_V. Mindle RN_     _Valerie Mindle, RN_     Patient Signature
Witness Signature     _North Broward_

_11-13-95_
Date                                         Time _6 PM_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_          ID# _BS9594533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _____

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_DELLA RICHARDSON_          DELLA RICHARDSON, LPN
Witness Signature                        NBDC

_Deputy Kelly_                  _Refused to sign_
Witness Signature                Patient Signature

_11/15/95_                      _4:10 PM_
Date                            Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                        7/94

**EMSA** *CORREC..ONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_ ID# _BS95-74/53_

D.O.B. _9/10/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. _Tridafen_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _" I don't want it "_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_                    RICHARDSON, LPN
                                   NBDC
Witness Signature               DELLA RICHARDSON, LPN
                                   NBDC

_Dr. M. ____ 4416_              _Refused to sign_
Witness Signature               Patient/Signature

_15/1/95_                        _8 PM_
Date                            Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_     ID# _B395745B_

D.O.B. _9/10/63_

I, _Hicks, William_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic test |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _Inflation_ _"Bad Side-Effects"_

Potential Consequences Explained _Yes - Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Sig Portilla #6071_
Witness Signature

_Eva W Podlocha RN_     EVA PODLOCHA, RN     Patient Signature _Refused to sign_
Witness Signature     NBDC

_12/2/98_     Time _20:45_
Date

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013     7/94

**EMSA** CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: NBDC

Name: Hicks william          ID# BS957453

D.O.B. 9/10/63

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X   A.   Refused medication. CTM tmy    ___ E.   Refused X-Ray services.
              sudged 60 mg
___ B.   Refused dental care. salt water    ___ F.   Refused other diagnostic tests.
              Tylenol
___ C.   Refused an outside medical appointment.  ___ G.   Refused physical examination.

___ D.   Refused laboratory services.    ___ H.   Other (Please specify)

_____

Reason For Refusal _____ I dont want it _____

_____

Potential Consequences Explained ___ yes cold symptoms ___

_____

    I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

Caleste Chukwu RN    **CALISTA CHUKWU, RN**
Witness Signature                  **NBDC**

iOif Denta 452    _____
Witness Signature                  Patient Signature

_____    _____
Date                             Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

*Rcvd 8/13/96*

*6f*

### TO BE COMPLETED BY INMATE

William M Hicks _____ BS95-14533  12-1-H-3  NIBIDIC  8-3-96

Inmate's Name _____ Arrest# ___ Cell ___ Facility ___ Date

### PART A - INMATE'S GRIEVANCE

I'm not going to state much, except tHat I
Have a broken Jaw, Skull, cheek also Fracture BeHind
the Jaw, Ive Bead recieving pain meds since Ive
Had it all broken here at tHis Jail AND ForTHe FirstTime
I DiDNot Pecieve meds AM NOr PM - Nurse says he's using his
Judgement. So he's not going to give to me.
William M Hicks _____ 8-3-96

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

THANk you for your time
Sincerly,

Mr Hicks you should have received my
response to your grievance 8/7/96. Again the nurse used
his Judgement because he understands the affect on the
body systems caused by acumistive effect of medication

Reviewing Deputy's Signature/CCN _____ Date

Sadie Nelson

Supervisor's Signature/CCN _____ Date 8/14/96

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

WILLIAM HICKS          3595-14533, 12-26-4    N.R.D.C.    1-10-96

Inmate's Name          Arrest#          Cell    Facility          Date

### TO DR MARTIN,     PART A - INMATE'S GRIEVANCE

TO DR MARTIN: I was removed from the dwg dorm 12-2-H5 - For wrishing up a person who was not Following the Rules. Deputy Preda struck me and verbaly abused me to the point I wouldn't srite Back - I would like to be placed IN 12-2-H5 dorm. THANK you. I Have a court order 1-10-96

Inmate's Signature  William H.          Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

I'm on meds and preda threats and says I'm dirt and worthless. I'll do and take all the beatings. Bull SHit. I'm not ever Sentenced. I'm innocent.

Reviewing Deputy's Signature/CCN          Date

Supervisor's Signature/CCN          Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Mr. Hicks you were among several I/m that was changed around in order to create a calmer environment.

M. Nelson    MELSAIDES NELSON, MSRN,
PSYCHIATRIC SUPERVISOR, NBOC

1/23/96

Director's Signature          Date

BSO DJ#51 (Revised 4/92)

BROWARD SHERIFF'S OFFICE
DEPART    OF CORRECTIONS AND REH    TATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Inmate's Name: _William m Hicks_    Arrest#: _BSS514533_    Cell: _____    Facility: _NBDC_    Date: _12-5-95_

### PART A - INMATE'S GRIEVANCE

_I need medical and I've requested_
_OVER AND OVER - no response_
_For 3 months._

_"whats up"_

_"HAVE all copies"_    _Last request a month_

_William DO_    _12-5-95_

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

=====================================

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

_M Hicks, you were seen on 12/2/95 by sick_
_call nurse. You refused sick call on 11/25/95_
_you were seen 4-13-95, 11-6-95. There are_
_no outstanding sick calls in your chart_
_If you have a problem, please address the sick_

Reviewing Deputy's Signature/CCN    Date

_call system_

_Ivan Beauregard RN_    _12-8-95_

Supervisor's Signature/CCN    _Adrian Lt. M Garrison_    Date _12-11-95_

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

=====================================

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature    Date
BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPAR    OF CORRECTIONS AND RE    _TATION
INMATE GRIEVANCE FORM

Reed 96
1-2 96
NSM

## TO BE COMPLETED BY INMATE

William Hicks     BSSG 1453312 143   H.B.D.C 12-9

Inmate's Name     Arrest#   Cell   Facility   Date

### PART A - INMATE'S GRIEVANCE

Ive replied For medical many times
over and never recieved any. Whats
up. Ive Been Applying For 3 months
And Ive. stated Ive had stiches in my head
and a severe cut from the Front of head to Back.

William H.C      12-8-95

Inmate's Signature      Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

✓ Grievance on 12-5-95.
Nurse sent again on 1/4/96. — I do
believe we have addressed all your
sick call.

Reviewing Deputy's Signature/CCN      Date

Jan Beuesmits RN      1/6/96

Supervisor's Signature/CCN      Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____      _____
Inmate's Signature      Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature      Date
BSO DJ#51 (Revised 4/93)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

6A

## TO BE COMPLETED BY INMATE

William Hicks                    BSSS-145331-1H3    B.D.C    12-5
_____          _____  _____  _____  _____
Inmate's Name                    Arrest#      Cell  Facility   Date

## PART A - INMATE'S GRIEVANCE

Ive replied For medical many times
Over and never recieved any. Whats
up. Ive Been Applying For 3 months
And Ive stated ive had stiches in my head
and a severe cut from the Front of head to back
Willing in RO                         12-5-95
_____          _____
Inmate's Signature                        Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
## PART B - RESPONSE

_____

_____

_____

_____

_____          _____
Reviewing Deputy's Signature/CCN                   Date

_____          _____
Supervisor's Signature/CCN                         Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

_____          _____
Inmate's Signature                                 Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____          _____
Director's Signature                               Date
BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFI
DEPAR___NT OF CORRECTIONS AND RE.    ILITATION
INMATE GRIEVANCE FORM

### TO BE COMPLETED BY INMATE

WILLIAM M HICKS                    BS95-14533 12-2-45 N.B.D.C    12-14-5
Inmate's Name _____   Arrest# ____ Cell ___ Facility ___   Date ___

### PART A - INMATE'S GRIEVANCE

Per my Last Request, I seen the nurses, true. For Flu +
headaches, not the doctor. The doctor's what I went
not the F. nurse. get it, theirs a difference. I need to
ed. want the doctor. I Told the Judge and DA about
not seeing him or her, but they're doing something.
"I want the Doctor" ~~Here~~ "Scaggs request.
William m N.B.D.C                                    12-14-55  Duty
Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

I either threw out the past ones or I just
can't find them, I want a fast response-
not the nurse - on #1-13-95 -
#1-6-55      See grievance on 12-13-95

_____          _____
Reviewing Deputy's Signature/CCN              Date

_____          _____
Supervisor's Signature/CCN                    Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

_____          _____
Inmate's Signature                        Date Signed
**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____

_____          _____
Director's Signature                          Date

PATIENT _Hicks, William_ DATE _5-95_

ADDRESS _BS9514853_ AGE _31_ SEX _M_

HEIGHT _6'1"_ WEIGHT _190_

TELEPHONE NO. _____ BUILD { LINEAR _____
INTERMEDIATE _____
LATERAL _____

OCCUPATION _____ BLOOD PRESSURE _____

DOCTOR(S) _MARTIN_

HISTORY _____

MEDICATION _Psych med_

PATIENT POS. _____ P WAVES _____

AURIC. RATE _____ T WAVES _____

VENT. RATE _____ S-T SEGMENT _____

P-R INTERVAL _____ RHYTHM _____

QRS INTERVAL _____ ELEC. AXIS _____

Q-T INTERVAL _____ ELEC POSITION _____

☑ OK TO FILE
   M.D. INITIAL

☐ PULL CHART
   FOLLOW UP

☐ NO FURTHER ACTION
   M.D. INITIAL      DATE _____

DATE
MANUELA F. DECESPEDES, M.D.
S.F.R.C.   5-16-95

COPYRIGHT © 1990 BURDICK, INC.      4K

INITIAL PSYCHIATRIC EVALL                                                                    PAGE 3

REMOTE MEMORY:      (GOOD)/FAIR/POOR _____
CONCENTRATION:      GOOD/FAIR/POOR _____
ABILITY TO THINK ABSTRACTLY:  (GOOD)/FAIR/POOR _____
    WITH SIMILARITIES AND DIFFERENCES - WITH PROVERBS _____
HALLUCINATIONS:     ADMITS/(DENIES)/ACTIVELY HALLUCINATING _____
                    CONTENT - AUD/VIS/TACT/OLFAC/GUSTATORY _____
DELUSIONS:          PRESENT/(ABSENT) _____
                    NATURE/CONTENT _____
SPEECH:             (COHERENT)/LOOSE/TANGENTIAL/CIRCUMSTANTIAL/LOUD/SOFT/
                    MONOTONOUS/SLOW/RAPID/PRESSURED _____
MOOD:               (EUTHYMIC)/DEPRESSED/SAD/IRRITABLE/ANXIOUS/ANGRY/HOSTILE/LABILE/
                    CHEERFUL/HAPPY/EUPHORIC _____
AFFECT:             (APPROPRIATE)/INAPPROPRIATE/BROAD/CONSTRICTED/FLAT _____
SLEEP:              (INCREASED/DECREASED) _____
APPETITE:           INCREASED/DECREASED   OK _____
SUICIDE:            IDEATION (YES/(NO)) INTENTION (YES/(NO)) _____
                    PLAN (YES/(NO)) - DESCRIBE _____
HOMICIDE:           IDEATION (YES/(NO)) INTENTION (YES/(NO)) _____
                    PLAN (YES/(NO)) - DESCRIBE _____
INSIGHT:            POOR/FAIR/GOOD/INTACT _____
JUDGEMENT:          POOR/FAIR/GOOD/INTACT _____
ABILITY TO GIVE CONSENT FOR TREATMENT:
                    (INTACT)/FAIR/POOR _____

DIAGNOSIS:
AXIS I      Polysubstance Ab.
            Bipolar d. mixed by Hx.

AXIS II     Def.

AXIS III    O o

PLAN:  ____ LABS: (CBC), (SMAC24), U/A, (THYROID PROFILE WITH TSH), (EKG) URINE DRUG
             SCREEN, BLOOD LEVELS _____

       ____ REFERRAL TO MEDICAL: _____

       ____ PATIENT EDUCATION: _____

       ____ INTERVENTIONS:

       A:    INDIVIDUAL THERAPY _____
       B:    GROUP THERAPY _____
       C:    MEDICATION:

             Li 500  q PM      (TARGET SYMPTOM) ____ swing
             Cogex 20 mg # dd   (TARGET SYMPTOM) dep
                                (TARGET SYMPTOM) _____

                    DR. MEL LIMIA
                    STAFF PSYCHIATRIST                    M.D.
                    MAIN JAIL

NAME  Dick          R    S    DOB ____ A#  BS 95 (9573

**EMSA CORRECTIONAL CARE**

## CONSENT TO MEDICAL / SURGICAL / INVASIVE DIAGNOSTIC PROCEDURE(S)

I request _DR. GLENN PEARSON DENTIST_ M.D./D.O. and such associates and assistants as he/she may deem

necessary or direct to perform upon _William Nicko_ the following procedure(s):

_local anesthesia for restoration on tooth #29_

If during the course of the procedure(s), the discovery of unforeseen conditions requires, in the judgment of the persons described above, different procedure(s) than those planned, I authorize such different procedure(s) as are deemed appropriate.

I understand that no warranty or promise has been made to me regarding the outcome of the proposed procedure(s) or cure of any condition, and the risks presented by the proposed procedure(s) or cure of any conditions. The risks presented by the proposed procedure(s), have been explained to me by _____ M.D./D.O. as have been the alternatives to the procedures planned.

DR. GLENN PEARSON DENTIST

I consent to the administration of anesthesia and to the use of such anesthetic agents and as may other drugs be deemed necessary and advisable, and understand that anesthesia and other drugs presents additional risk and hazards.

I consent to the disposal of any tissues, parts, or organs which may be removed as a result of the procedure(s) authorized at above facilities.

I have been given an opportunity to ask questions about my, or the patient's condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedure(s) to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent. I have read, or have had read to me, this form and I understand its contents.

| | | JACQUELYN D. FARRAR Dental Assistant, NBDC | | |
|---|---|---|---|---|
| _William M Nicks_ | _8·29·96_ | _J D Farrar_ | _8·29·96_ | _2:30_ |
| Patient | Date | Witness to Signature Only | Date | Time |

(If signed on behalf of patient, indicate relationship to patient and reason patient cannot sign form):

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The patient and/or authorized person indicated here appeared to understand and consented to the procedures described.

DR. GLENN PEARSON DENTIST

| | | | A.M. |
|---|---|---|---|
| Physician's Signature | | _8·29·96_    _2:30_ | P.M. |
| | Date | | |

# EMSA CORRECTIONAL CARE

## HEALTH EVALUATION

CHARGES

BOND:

| Date: | I.D. BS 951833 | Date Booked 8/7/98 | County: Broward |
|---|---|---|---|

### ADMISSION DATA

| Last Name: Hicks | First: Bill | Middle M | Address: 980 nw university drive |
|---|---|---|---|

Alias: None     City: Lauderhill Fl     St:     Zip: 33327

| Birthplace: IL | D.O.B. 9-10-63 | Phone: 720-4911 | Religion: Cal |
|---|---|---|---|

SS#: 32 11-64-1506     Marital Status: S  M  D  W  Sep     Read/Write English? Yes  No  Other:

Previous Incarcerations (Date & Facility)     Health Insurance? Y  N   Carrier:     State:

Policy Number:

NOTIFY IN EMERGENCY:  Name:     Relationship:     Address:     Phone:

### MEDICAL DATA

Family Physician:     Address:     Phone:

Previous Hospitalizations/Surgeries/Major Illness/Current Illness:  What? Where?
Head injury 1994 – BGMC. (R) knee surgery FMC 1987     See H & P ☐

| Medications: ☐ None  See Rx's 8/14/95 | Special Diet (Prescribed): N/A |
|---|---|

Allergies: NKA     Tetanus/Immunizations: Y  N   Dates: ?

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN, AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

### CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert (✓) Oriented; time, place, person
( ) Lethargic ( ) Stuporous ( ) Comatose
Describe:

2) General Appearance: (✓) Norm ( ) Abn.
Describe:

4a) Behavior/Conduct: (✓) Calm (✓) Cooperative ( ) Non-Violent
( ) Agitated ( ) Uncooperative ( ) Violent
( ) Manipulative ( ) Disorganized
Describe:

3) Substance Abuse: (✓) Yes ( ) No ( ) Suspected
( ) Current Intoxication/Abuse ( ) Use ( ) Withdrawal Symptoms
(✓) Drugs ( ) Alcohol
Describe: What kind? Amount/Frequency? crack - heroin  use see bel/day
Last Use: (Time/Date): 8/6/95

4b) Affect/Mood: (✓) Normal ( ) Manic ( ✓) Depressed
( ) Euphoria ( ) Flat ( ) Confused ( ) Delusion
( ) Emotional Instability ( ) Hallucinations ( ) Hearing Voices
Describe: calm/co-op/good contact

5a) Is Patient at High Risk for Suicide? ( ) Yes (✓) No
c) Is there evidence of Self Mutilation ( ) Yes (✓) No

b) Does Pt. Describe Suicidal Thoughts or Ideations? ( ) Yes (✓) No
d) High Risk Pt. may become Assaultive towards Staff? ( ) Yes (✓) No

*If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:*

6a) Communication Difficulties ( ) Yes (✓) No
c) Hearing Impairement ( ) Yes (✓) No

b) Memory Defects ( ) Yes (✓) No
d) Speech Difficulties ( ) Yes (✓) No

7) Physical Aids: (✓) None ( ) Glasses ( ) Contacts ( ) Hearing Aid ( ) Dentures ( ) Cane ( ) Crutches
( ) Walker ( ) Wheelchair ( ) Braces ( ) Artificial Limb ( ) Other

8) A/Comments, Complaints, Symptoms: None

S)

O)

A)

P)

Receiving Screening
Health Assessment

## HEALTH EVALUATION

Age 3| Sex M Race W Ht 6'| Wt |4|0

| / Temp | BP / | Pulse | Resp. |
|---|---|---|---|
| 98.4 | 136/70 | 72 | 20 |

Do you now or have you ever had, or been treated for:

| Problems | Y | N | Problems | Y | N | APPRAISAL | N | Abn/Comment |
|---|---|---|---|---|---|---|---|---|
| Head Trauma 1994 | | | Kidney Stones/Disease | | ✓ | **Screening Observation** | X | **Check Items Below & Initial** |
| Loss of Consciousness | | | Bladder/Kidney Infection | | ✓ | General — Movement, Deformity Pain, Bleeding | | |
| Severe Headaches | | | Alcoholism | 1x✓ | | Habitus, Hygiene | | |
| Vertigo/Dizziness | | | Drug Abuse | | ✓ | Neuro — Mental Status, Intox Withdrawal, Tremors | | |
| Vision Problems | | | Tobacco Use | ✓ | | Neuro-deficits | | |
| Hearing Problems | | | Psychiatric Hx | | | Skin — Injury, Bruises, Trauma Jaundice | | |
| Dental Prob./Dentures | | | Suicidal | | | Diaphoretic, Rash Lesions, Infestations Needle Marks | | |
| Seizures | | | **Communicable/Contagious** | | | Color, Turgor | | |
| Strokes | | | Tuberculosis | | | Head — Normocephalic Atraumatic | | |
| Nervous Disorders | | | H.I.V. Positive | | ✓ | Hair, Scalp | | |
| DT's | | | A.I.D.S. | | ✓ | Eyes — Glasses/Vision Pupils | | |
| Heart Condition | | | Hepatitis | | ✓ | Sclera, Conjunctiva | | |
| Angina/Heart Attack | | | VD - Gonorrhea | | ✓ | Ears — Appearance Canals, TM's, Hearing | | |
| High B.P. | | | VD - Syphilis | | ✓ | Nose — Epistaxsis, Sinuses | | |
| Anemia/Blood | | | Lice; Crabs; Scabies | | ✓ | Throat — Teeth, Gums, Dentures Mouth, Tongue, Tonsils | | |
| Lung Condition | | | **OB/GYN** | | | Airway | | |
| Asthma | | | LMP Date: | | | Neck — C Spine, Mobility Veins, Carotids | | |
| Bronchitis | | | Duration: | | | Thyroid, Lymph Nodes | | |
| Emphysema | | | LMP Normal | | | Chest — Config. Ausc./Resp. Cough/Sputum | | |
| Pneumonia | | | Regularity: | Y | N | (Breasts) — Masses | | |
| Diabetes | | | Gravida/Para: | | | Heart — Ausc. Rate, Rhythm Murmurs, Ectopy | | |
| Hay Fever/Allergies | | | AB/Miscarriage: | | | | | |
| Gastritis | | | Contraception: | Y | N | Abdomen — Bowel Sounds Palp, G/R/T, Hernia | | |
| Ulcers 1990 | ✓ | | Describe: | | | | | |
| Bleeding | | | **LAB Tests - Dates** | N | Ab | GU — Flank Tenderness Bladder Tenderness /Distention | | |
| Gall Bladder/Pancreas | | | VDRL/RPR 8/15/95(4) | | | | | |
| Liver Problems | | | PPD 8/7/95 2mm | | | Back — ROM, Spasm, Injury | | |
| Arthritis | | | HIV | | | Extrem — Edema, Pulse Cyanosis - ROM, Injury | | |
| Joint Muscle Problem | | | SMA | | | Genitals — Injuries/Lesions | | |
| Back/Neck Problem | | | CBC | | | Pelvic / Pap — Deferred | | |
| Deferred/Follow-Up: | | | U/A Dipstick | | | Rectal / Gulac — Deferred | | |
| | | | Candida 8/7/95 2mm | | | Dental Hygiene Instructions: Given | | Initials |

Comments:

PRELIMINARY HEALTH SCREEN
REVIEW 8/15/95 Medical treatment

Placement: ( ) General Population ( ) Infirmary ( ) Emergency Dept. ( ) Isolation ( ) Observation ( ) Other

Referral: ( ) Medical ( ) Dental ( ) Mental Health ( ) Other    When: ( ) Immediately ( ) Next Sick Call

8/15/95 _Geor. E. Tighe_ _____    _8-16-95_
Screener's Signature    Date/Time    Evaluator's Signature (RN, NP, PA, MD)    Date/Time

CC 017

ELMIR TIGHE, RN
NBDC

7/94

# EMSA CORRECTIONAL CARE

**MEDICAL OBSERVATION SHEET**
SEGREGATION / ISOLATION

Name: _Hicks, William_    ID#: _B5957453_  D.O.B. _9-10-63_

| DATE | TIME | DESCRIBE CURRENT CONDITION: (Awake, Sleeping, Agitated, Talkative, Hostile, Hostile, O.K., Happy, Depressed, Very Quiet, etc.) | ANY VERBAL HEALTH COMPLAINTS AS STATED BY INMATE | ANY SIGNIFICANT PHYSICAL FINDINGS | SIGNATURE |
|---|---|---|---|---|---|
| 7/3/96 | 5P | Took Meds Cc Ok/Well OK Quiet | — | — | _Batto_ |
| 7/5/96 | 5P | Running in place inhale porta on foot, Med as ordered O.K. | none | none | _William_ |
| 7/6/96 | 4P | Lying on bunk, Quiet | — | — | _Richardson_ |
| 7/10/96 | 5P | Resting quietly on bunk D.K. | none | none | _Williams_ |
| 7/12/96 | 4P | Standing at cell door, Quiet | Ø | Ø | _Richardson_ |
| 7/15/96 | 4P | Quietly taking | Ø | Ø | _Richardson_ |
| 7/18/96 | 4P | Standing at door | Ø | Ø | _Richardson_ |
| 7/19/96 | 4P | Sleeping on bunk | Ø | Ø | _Richardson_ |
| 7/19/96 | 5P | Took Meds as ordered O.K. quiet | none | none | _Williams_ |
| 7/22/96 | 4P | Standing at cell door | Ø | Ø | _Richardson_ |
| 7/24/96 | 4P | Quiet at door, temperature | Ø | Ø | _Richardson_ |
| 7/26/96 | 5P | Took Meds as ordered OK Quiet | — | — | _Williams_ |
| 7/26/96 | 5P | Lying on bunk quiet | none | none | _Richardson_ |
| 7/29/96 | 4P | Sitting on bunk Quiet | Ø | Ø | _Richardson_ |
| | | _Ø_ | _Ø_ | _Ø_ | |
| | | | | | |

UPON COMPLETION, PLACE IN MEDICAL RECORDS

CC-014                                                                                                                    7/94

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH SERVICES RECEIPT

Inmate's Name: Hicks, William     Arrest Number: BSQS-14533

Inmate's Location: NBDC   12' H3
                    Facility/Pod/Housing  Unit/Cell Number

Date: 12 / 9 / 95

| SERVICES | CHARGE (circle applicable charges) |
|---|---|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | 5.00 |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

### VERIFICATION OF SERVICES RECEIVED

_William V_____     12/9/95
Inmate's Signature                 Date

DELLA RICHARDSON, LPN
NBDC

_____     12/9/95
Provider (name stamp or print name)   Date

_Della Richardson Lpn_____     12/9/95
Provider's Signature                 Date

**INMATE REFUSED TO SIGN:**

_____    _____    _____
Witness (print name and CCN)    Witness' Signature      Date

**Distribution:** White (Original) - **Inmate Banking Commissary**  Yellow Copy - **Health Care Records**  Pink Copy - **Inmate**

BSO DJ#14 (New 7/95)

William M Hick      BS 95-14533

Addressed To: Medical Infirmary
                    Medical Director of the Main Jail of Broward County.

I Hereby Authorize Dr                    To speak to said person

I hereby Authorize you and your Department To Release All of my Medical Records To Mrs Donna Johnson, 782-4700 on my Behalf and allow her To Confer with The Doctor About my Treatment. I Am a Detainee and Defendant at This Time in 7/C/3 of The Main Jail of Broward County. I have Requested Reasonable And necessary medical Attention And Treatment for a said Injury and or maladies And have Been Denied of These Actions By The Broward County Jail.

My understanding By Law is That The Sheriff of Broward County has To Provide The Requested medical Attention and Treatment and if it is unavailable To myself as an Inmate while I am Confined in The Broward County Jail That The Sheriff is directed To Transfer all necessary medical Records To an Appropriate Facility so That The reasonable and necessary medical Treatment will be Provided.


I Am giving This Authorization To Mrs of my own free will, in The hopes To recieve The necessary medical Treatement That I require At This Time, March 27, 1996.

Signed; William M Hick
Mr. William Hicks

BS 95-14533

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _3-13-96_    Inmate's Name: _William Hicks_
(Alias, if used)

Arrest #: _BSSS-14533_    Location: _7-C-3_    DOB: _9-10-63_

To:

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: _I William Hicks Would Like To Speak to head of operations on medical_

_please IF I may Speak to Chorge person_

_THAnk you._

_William m Hicks_    _3-13-96_
Inmate's Signature         Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Spoke with you on 3-14-96 and according to your record, you were not seen for your follow-up._

Completed By: _____ CCN    Date: _3/14/96_    Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information        ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*Request*
*To Dir of medical*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 4-5-96

Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: BS95-14533

Location: 7-C-3     DOB: 5-10-63

To: Medical

| | | | | | Commissary | |
|---|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | | Other | ☑ |
| Classification | ☐ | Food Service | ☐ | | | |

Nature of Request: _____

TO Director of medical, SIR
I Request that you SEND ME the
Full Names OF DR DAVIS At N.B.D.C.
AND Dr Weather the Surgen Here
AND the other DR Dentist I SAW X inmate
William in H THankyou. 4-5-96  (All MALES DRS)

Inmate's Signature _____   Date Signed _____

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

W.C. DAVIS , M.D
TRevor Weathers, DDS Oral Surgeon
Dr G. Pearson, DDS

Completed By: _____  CCN _____   Date: 4/8/96   Time: 2²⁰ pn

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

N.B.D.C

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 7-31-96                    Inmate's Name: William M HickS
                                                          (Alias, if used)

Arrest #: BS95-84533           Location: 12-1-H-3 #3    DOB: 57063

To: Dental

Program Specialist ☐        Mailroom ☐         Commissary ☐
Classification ☐            Food Service ☐     Other ☐

Nature of Request: I have Been here a year now and I was Told By DR Pearson DDS / Cline DDS / DR Weethers DDS oralSurs. that I had to Be here in jail a year.
          I Request my teeth to Be cleand and I Request that my problem teeth to Be Fixed.
                    Thank you. Please return/response.

William M HickS                              7-31-96
Inmate's Signature                           Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Mr. Hicks please make out a Dental request and an appointment will bee set up for you to have your teeth cleaned.

Completed By: Sadie Nelson CCN        Date: 8/2/96    Time: 10:30 AM

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information            ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*Medical*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-21-96                    Inmate's Name: William Wicks
                                                    (Alias, if used)

Arrest #: 3595-14533          Location: 12-1-4-3   DOB: 9-10-48

To: Medical - miss Melsades Nelson

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: mam, I William wicks request to see x-ray's before they are released to anyone a.s.a.p. Like 8-22-96

THey was Taken Amon 8/21 Thanks for answer this

_William n Wicks_                      _8-21-96_
Inmate's Signature                     Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*Referral to S. Nelson*

*D Richardson*  *8/22/96*

DELLA RICHARDSON, LPN
NBDC

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information            ☐   Personal Interview

Grievances will be responded to, in writing, by the Office of Information and Review.

#24 (Rev. 4/93)

*To Supervisor of medical*

**BROWARD SHERIFF'S OFFICE**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: 8-22-96     Inmate's Name: William M. Hicks
                                              (Alias, if used)

Arrest #: 8595-14533     Location: 12-1-H-3     DOB: 9-10-63

To: medical

Program Specialist ☐        Mailroom ☐        Commissary ☐
Classification ☐            Food Service ☐     Other ☐

Nature of Request: _____

I Request For the Second time to SEE my xrays taken on 8-21-96 and to see them before they get to be more days old, Per Prose of case #96-6496-CIV-Ungaro-Benages Last request, I also Thanks, Sent one on medical request

William M. Hicks          8-23-96      THANKS, THats THREE Times
Inmate's Signature        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

---

8/30/96 8pm    DO NOT WRITE BELOW THIS LINE:
               ACTION TAKEN/RESPONSE

JOAN BAUERSMITH, RN, HN, NBDC

S— Request for xray Result as Above, Request to discuss with the Doctor about xray of the facial bone taken 8/21/96

O— X ray of facial bones ordered by N Delcecepede on 8/16/96 & taken 8/21/96 pt request report. Report not yet in chart (A) ~~pt information seeing below~~

P— Refer to Clinic for further explanation of Xray result when available

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

CALISTA CHUKWU, RN
NBDC

☐   Written Information          ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

*miss M. Nelson*
*B/W Medical*
*W. B.D.C.*

BROWARD DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: _8-27-96_                      Inmate's Name: _William m Hicks_
                                                              (Alias, if used)

Arrest #: _B595-14533_               Location: _12-1-14-3_      DOB: _9-10-63_

To: _miss m. Nelson MedicAL_

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: _____

   mam, I've Request to speak with a Doctor For meds, Due to meds I'm not gettings and one I am is not enough, I want this corrected Fast, why's this so hard to get straight, I want to See a M.D Doctor THis week + 8-27-96

_William m Hicks_                            _8-27-96_
Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-------------------------------------------------------------------
### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

9/5/96   M. Hicks, you have been put on the clinic list. You and the Provider may review your record

                              JOAN BAUERSMITH, RN, HN, NBDC

Completed By: _____ CCN ____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

To Doctor Pearson DDS
Rcv'd 8/29 (?)
N.B.D.C.

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-27-96

Inmate's Name: William m Hicks
(Alias, if used)

Arrest #: BS95-14533

Location: 12-1-M-3    DOB: 9-20-63

To: Doctor Pearson DDS.    N, B, D, C.

| Program Specialist | [ ] | Mailroom | [ ] | Commissary | [ ] |
| Classification | [ ] | Food Service | [ ] | Other | [x] |

Nature of Request: _____

SIR, I William m Hicks Request to
speak with you SIR.
                THANK you for your time.
        SIR I expect you to Answer
        THIS Request and send it BACK, THANKS,

Inmate's Signature: William m Hicks    Date Signed 8-27-96

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Seen by dentist 2:00 pm 8/29/96

**DR. GLENN PEARSON
DENTIST**

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

[ ]  Written Information            [ ]  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*nurse*

*...erSmitH*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: _9-3-96_          Inmate's Name: _William m Hicks_
                                              (Alias, if used)

Arrest #: _8595-14533_          Location: _12-1-H-3#4_   DOB: _9-10-63_

To: _Medical NURSE JOAN BAUersmitH._

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | ~~Other~~ ☒ |

Nature of Request: _____

_MAm, I william m Hicks request to speak to you mam, Per xrays takeN oN 8-21-96 oF Head AND Jaw, THANks miss NURSE JoaN For your prompt AttN,_

_Sincerely william m Hicks_

_william m Hicks_                    _9-3-96_
Inmate's Signature                   Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-------------------------------------------------------------
### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_Mr. Hicks, you have been put on the line list you and the provider may review your record_

_Joan Bauersmith R_

JOAN BAUERSMITH, RN, HN, NBDC

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL      ☐ MEDICAL      ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-6-95                          Facility/Institution: N B - DC

Name of Inmate: William Hicks      D.O.B.: 8-10-63   Sex: male

I.D. #: BS-95-1453                Cell #: H - D - 4

Problem: (in your own words)

Cut in Both noses - shift up - cut Breath hardly - getting worse
Please cut hurdle Feelings
getting mad Fast -

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: D Richardson         Date: 9/6/95   Time: 9⁴⁰ pm
(Name)

Disposition: S/C

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: Pt c/o "sore throat, sore nose."

O: T 98⁸ P 88 R 18 B/P ¹⁰⁴/₇₀ c Resp even & unlabored. Nasal congestion noted. No bleeding from nose noted. Lungs clear. Denies cough. / Throat sl. red.

A: R/o cold symptoms - alteration in comfort.

P: Sudafed 60mg po Bid x5 day. CTm 4 mg po Bid x5 days. Salt water gargle Bid x5 days per protocol. Inform deputies or nurse of any bleeding.

E:

Date: 9/7/95   Time: 8 pm   D Richardson         DELLA RICHARDSON, LPN
Health Service Signature                           NBDC

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

 **CORRECTIONAL CARE**



## INMATE MEDICAL REQUEST FORM

☑ DENTAL ☐ MEDICAL ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-19-95          Facility/Institution: N -B- C-D

Name of Inmate: William Hicks     D.O.B.: 9-10-63   Sex: male

I.D. # 659514533          Cell # D-1-23

Problem: (in your own words)

Have Something wrong with my gums - have
Big knot -
          please help as soon as possible
          Hurts. +Hurts-

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: Neran Allaha RN          Date: 9/19   Time: 1435
                Doris
                (Name)

Disposition: _____ Doris / S/C

**FOR STAFF USE ONLY**

S: _____

  Silverby dental

O: _____

A: _____

                    JACQUELYN Q FARRAR
                    Dental Assistant - NBDC

P: _____

E: _____

Date: 9-29-95   Time: 8:40 AM

                    Health Service Signature

                    JACQUELYN Q FARRAR
                    Dental Assistant - NBDC

White — Medical Department          Yellow — Other

CL 1480-01

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☒ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-20-95    Facility/Institution: N-B-C-D.

Name of Inmate: William Hicks    D.O.B.: 9-10-63    Sex: Male

I.D. # BS 95-14533    Cell #: 11D1

Problem: (in your own words)

I have infection I Njaw and my heart is bottering me, pluss my mitral valve prolapse I was born with - seems to flutter a lot - ( Pt. states needs Penicillin prior to dental work ) verbiage V min see RN

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: V Mundle RN/a    Date: 9/20    Time: 10 PM

(Print/signature/Name)

Disposition: Dental    Kath'y, Sick Call

### FOR STAFF USE ONLY

S: Sunday Dental

O:

JACQUELYN D. FARRAR
Dental Assistant - NBDC
Farrar

A:

P:

E:

Date: 9-24-95    Time: 8:40 AM

Health Service Signature

JACQUELYN D. FARRAR
Dental Assistant - NBDC

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

**EMSA** ✚ **CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

*12-8-95*
*ATS*

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _12-8-95_    Facility/Institution: _N.B.D.C._

Name of Inmate: _William Hicks_   D.O.B.: _8-10-63_   Sex: _Male_

I.D. #: _BS95-14533_    Cell #: _12-1-H-3_

Problem: (in your own words)

Last night the Flu. I have, had Brought on Suicidal thoughts Again do to closifobic Feelings I can't Breath, my heart Beats to fast, my mouth Acts to, I can't handle it I need to see doctor Tonight **Please**

### DO NOT WRITE BELOW THIS LINE

## STAFF SECTION

Person Triaging: _V. Middleton, RN_ (Name)    Date: _12/8/95_   Time: _9PM_

Disposition: _Sick Call_

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: _See sick call protocol CL-1480-08 dated 12/9/95_

E: _____

Date: _12/9/95_   Time: _9P_   E. Richardson    DELLA RICHARDSON, LPN
NBDC                    LPN

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

**EMSA** **CORRECTIONAL CARE**

*need Doctor*

## INMATE MEDICAL REQUEST FORM

*ABDOMENal Pain*

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

*"CAN't Piss still"*
*"On water pills"*

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-3-96       Facility/Institution: N.B.D.C

Name of Inmate: William Hicks    D.O.B.: 9-10-63   Sex: Male

I.D. #: BS95-14533       Cell #: 12-1-H4

Problem: (in your own words)

I'm on water pills, Note I'm HAVing adomEnel pain when I Eat, "So I don't EAT" note discomforw all the time, I'm still not Pissing, I piss twice a day, It adds up to two times. "Pain"

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

CALISTA CHUKWU, RN
NBDC

Person Triaging: Calista Chukwu RN   Date: 2/3/96   Time: 8³⁰ Am
(Name)

Disposition: S/C

### FOR STAFF USE ONLY

S: I am still having some discomfort, Abdomenal pain, I cannot eat because I feel that there is a lot of water retained in my system quy no abd pain, I piss only twice a day.

O: Evidence of swollen legs non pitting. BP 140/94. Abd soft. Bladder not distended. On Lasix 4xy po qd, KCl 20 meg po qd, Sinequan 100g po qhs. weight ↑.

A: Alteration in comfort 2° to ? fluid retention. R/o S/E from Sinequan.

P: Refered to Dr Martin Said he would See inmate in Am tommorow. Refered to the clinic.

E: Continue with meds as ordered. Be prepared to se seen by Dr Martin in Am Notify the nurse c continued complaint.

Date: 2/5/66   Time: 2:30pm   Calista Chukwu RN
Health Service Signature

CALISTA CHUKWU, RN
NBDC

White — Medical Department     Yellow — Other     Pink — Inmate

CL 1480-01

# EMSA CORRECTIONAL CARE

*To, medical dep(t)*
*DR medicadier*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-5-96    Facility/Institution: N.B.DC.

Name of Inmate: Bill Hicks    D.O.B.: 9-20-63    Sex: M

I.D. #: BSSS-14533    Cell #: _____

**Problem:** (in your own words)

I'm placed on water pills and they don't work, How Am I supbose to piss when I can't my stomache is inflamed, I don't eat, kichnexs hurt, back hurts? Whats up-

DO NOT WRITE BELOW THIS LINE

---

**STAFF SECTION**

CALISTA CHUKWU, RN
NBDC

Person Triaging: Culista Chukun RN    Date: 2/5/96    Time: 2⁴⁰p

(Name)

s/c

Disposition: _____

**FOR STAFF USE ONLY**

S: as above (see 2 next forms)

O: Requested medical assistance. Wrote 3 requests c/o difficulty urinating. Pt called at 915P for evaluation Refused to "see the nurse" as per deputy.

A: Refused medical assistance.

P: Referred Pt to clinic in AM due to the importance of his problem. 11 to 7 nurse on duty. Will be notified.
E- Will be encouraged to see MD in AM.

Date: 2/6/96    Time: 9P

Health Service Signature

FLORENCE DEMOSTHENES, R
NBB

---

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01



**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☑ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _2-13-96_    Facility/Institution: _main jail_

Name of Inmate: _William Hicks_    D.O.B.: _9-10-73_

I.D. #_2S9...8??_    Cell #: _2-3-C_

Problem: (in your own words)

_need to see sych doctor_
_for meds to start_

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Disposition: _Psych_

Person Triaging: _MRayner_    MICHAEL RAYNER, LPN
MAIN JAIL    Date: _2/13_    Time: _1300_

**(Name)**

**FOR STAFF USE ONLY**

S: _____

O: _see mental health questionnaire_

A: _____

P: _____

_VIRGILIO BAq_

Date: _2/15/96_    _Virgilio Baq_
Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CC 018        7/94

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-15-96                    Facility/Institution: N.B.D.C.

Name of Inmate: William m Hicks    D.O.B.: 9-10-63    Sex: Male

I.D. #: BS55-14533    Cell #: 12-1-H-3

Problem: (in your own words)    This is This request almost a month +

My Left Ankle hurts so much, I need to
see a doctor pluss For now I'll use
A Ace Bandege For my Left Ankle, I jog
to relieve mental pressure twice a week now and Hurts
so much

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: D Richardson Jr    Date: 7/15/96    Time: 9/14
(Name)

Disposition: Stc

**FOR STAFF USE ONLY**

S: as stated above

O: Pt observed jumping up + down in cell. No
swelling or redness noted.

A: R/o Lt ankle discomfort. Alt in comfort.

P: Pt has been referred to clinic for the
above problem

E: Rest. If swelling occurs elevate leg,

Date: 7/17/96    Time: 9/    D Richardson Jr
Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

**EMSA CORRECTIONAL CARE**

TO Supervisor

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-7-96                Facility/Institution: N.B.D.C

Name of Inmate: William M Hicks    D.O.B.: 9-10-63    Sex: M

I.D. # BS95-14533            Cell #: 12-1H-3

**Problem:** (in your own words)

The midrin Ran out again; nobody says or tells, well its to Run out: why? I state that midrin does not fully help so I Request that I Be Placed on a pain pills, not aspirin; I Have so much pain It's not A

DO NOT WRITE BELOW THIS LINE    Joke. THANKS

---

**STAFF SECTION**    Don't Forget that I Have pain so Don't take Amout Hto get meds, THANKS

Person Triaging: C Chambers RN    Date: 8/7/96    Time: 9A
(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S: So above

O: Has been on midrin II tabs PO, BID PRN x 15 days.

A: Alteration in comfort.

P: Refer to clinic

E: Notify nurse if gets a migraine H/A    Crystal Chambers RN NBDC.

Date: 8/7/96    Time: 10A    C Chambers RN
Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

Case 0:93-cv-00206-KMM Document 226 Entered on FLSD Docket 04/30/2004 Page 254 of 852

**EMSA CORRECTIONAL CARE**

**RECEIVED**
AUG 23 1996
I Request to
See my
X rays from
8-22-96

## INMATE MEDICAL REQUEST FORM

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-23-96     Facility/Institution: N.B.D.C

Name of Inmate: William w Hicks   D.O.B.: 9-10-63   Sex: Male

I.D. #: BS95-14533     Cell #: 12-1-A-3

Problem: (in your own words)

I Have a hard time coping With all the pain I Have, It is so Bad that I Have Become short tempered; I never been a violent Person But I can Feel the additude, I request to Be placed on Narcotics & I Hold this medical staff Liable Fou my actions, thanks Fou Prompt

### DO NOT WRITE BELOW THIS LINE
Att.

### STAFF SECTION

CRYSTAL CHAMBERS, RN
NBDC

Person Triaging: C Chambers RN   Date: 8/23/96   Time: 0900
(Name)

Disposition: S/C

### FOR STAFF USE ONLY

S: I Doctor pearson Said he or Per snock Bag twice, where is it, it's Been months now, I spoke to him again on 8-21-96.

O:

A: Seen on SLC 8/24/96 8pm see note

P: see scope note

E:

Date: 8/24/96   Time: 8p   Calista Chukwu RN   CALISTA CHUKWU, RN
NBDC

Health Service Signature

White — Medical Department   Yellow — Other   Pink — Inmate

CL 1480-01

**EMSA** CORRECTIONAL
✚ CARE



## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)



| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _8-27-96_    Facility/Institution: _N.B.D.C_

Name of Inmate: _William M Hicks_    D.O.B.: _9-10-63_    Sex: _M_

I.D. #: _BS95-14533_    Cell #: _12-1-A-3_

Problem: (in your own words)

_I Request to see doctor, Per Head Injurys tHat have caused severe Headaches And pain._

_~now~ tHANKS    Ive Requested many many Times_

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: _CChambers RN_    Date: _8/23/96_    Time: _9A_

(Name)

Disposition: _S/C_

CRYSTAL CHAMBERS, RN
NBDC

### FOR STAFF USE ONLY

S: _States Wants to be back on Flexeril_

O: _Flexeril ran out on 8/23/96_

A: _R/o alteration in comfort_

P: _Refer to clinic_

E: _Instructed to take midrin as ordered_

Date: _8/23/96_ Time: _11Am_    _CChambers RN_    CRYSTAL CHAMBERS, RN
NBDC

Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480:01



# EMSA CORRECTIONAL CARE

## BLOOD PRESSURE AND WEIGHT RECORD

INSTITUTION/FACILITY: _NBDC_

NAME: _Hills William_          I.D.# _BS9J 145 33_

INSTRUCTIONS: _BP Check qd B/4 Inheal Admin_

| Date/Time | Position | Lt.Arm | Rt.Arm | Weight | Signature |
|---|---|---|---|---|---|
| 10/11/96 9A | Standg | 140/80 | 130/90 | | C. Chambers |
| 10/17/96 | ↑ | 130/71 | | | MM Rivera |
| 10/13/96 | Stdg | 120/90 | 120/80 | | C. Chambers |
| 10/14/96 | Standg | 120/90 | | | C. Chambers |
| 10/15/96 | Standg | 130/80 | | | C. Chambers |
| 10/16/96 | ↑ | ↑ | 122/80 | | C Chambers RN |
| 10/17/96 8A | ↑ | | Refused | | C Chambers RN |
| 10/18/96 | ↑ | | 122/82 | | C Chambers RN |
| 10/19/96 | Patient did not show for weds wblock – C/O C Chambers | | | | |
| 10/22/96 | Refused to come for BP check C. Chambers | | | | |
| 10/21/96 | no show | | | | |
| 10/23 | ↑ | 130/88 | | | C Chambers RN |
| 10/24/96 | | 128/85 | | | MRuke |
| 10/25/96 | Standg | 120/64 | | | C. Chambers |
| 10/28/96 | Standg | 120/70 | | | C. Chambers |
| 10/29/96 | Standg | 110/70 | | | C. Chambers |
| 10/31/96 | standg | 130/70 | | | S |
| | | | | | |
| | ↑ | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# EMSA CORRECTIONAL CARE

## Flow Chart for Alcohol/Drug Withdrawal

Name: Hicks William        D.O.B.: 9-19-63

| | Date | 8-7-98 | 8/8/98 | | | | |
|---|---|---|---|---|---|---|---|
| | Time | 1135 | 430 | | | | |
| WEAKNESS | | NO | NO | | | | |
| RESTLESSNESS | | NO | NO | | | | |
| SWEATING | | NO | NO | | | | |
| S - SHAKINESS/ M - MUSCLE TWITCHING | | N | NO NO | | | | |
| ANXIETY (Reported) | | N | NO | | | | |
| BP Sitting/Standing | | 127/75 | | | | | |
| PULSE Sitting/Standing | | 76 57 | | | | | |
| RESPIRATION | | 18 | | | | | |
| TEMPERATURE | | 99 | | | | | |
| ATAXIA (Observed) | | NO | NO | | | | |
| DROWSINESS | | NO | NO | | | | |
| VOMITING R - Reported/O - Observed | | NO | NO | | | | |
| NAUSEA | | NO | NO | | | | |
| NYSTAGMUS | | NO | NO | | | | |
| CONFUSION | | NO | NO | | | | |
| SLURRED SPEACH | | NO | NO | | | | |
| Staff Initials | | | CM | | | | |

| Date | Time | Initials | Comments |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CC 218

4/9?

**EMSA CORRECTIONAL CARE**

12'H3

INSTITUTION / FACILITY: _NBDC_

NAME: _Hicks, William_

I.D. #: _BS95 14 533_

**BLOOD PRESSURE AND WEIGHT RECORD**

INSTRUCTIONS: _Weigh Q week X4_
_Please use clinic scale_

| DATE / TIME | POSITION | LEFT ARM | RIGHT ARM | WEIGHT | SIGNATURE |
|---|---|---|---|---|---|
| 2/13/96 | | | 120/82 | 233 lbs | Jean McQuiston |
| (1) 2/5/96 | | | 140/90 | | C. Clinton RN |
| (2) 2/12/96 | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | * | Notify | Clinic of weight | | |
| | | gain | ASAP | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CC 025

7 / 94

Florida ... ent of Labor and Employmer ... rity

OFFICE OF DISABILITY DETERMINATIONS

**Lawton Chiles**
**Governor**

Sutton Building, Ste. 200, 2670 Executive Center Circle West
Tallahassee, Florida    32399-2370
(JK)

M-3  CA-2  B3-JK  950731          November 7, 1995          951107200105
                                                            38955

North Broward Detention Center
Prison Health Services Section          RE: William M Hicks
1550 NW 30 Avenue                       SSN: 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  00
Pompano Beach  FL  33069                DOB: 09/10/63
                                        #: *ARRest# BS95149533*
                                        AKA:

In order to make a Social Security disability determination for this patient, we
need copies of your records as outlined on the attached page.  IF YOU HAVE SENT US
RECORDS IN THE PAST FEW WEEKS, WE NEED ONLY THE RECORDS OTHER THAN THOSE SENT.  The
information you submit is of special importance to our determination, because you
can provide details not available from any other source.  Please provide a summary
that includes the patient's medical history, clinical findings, laboratory findings,
treatment and response, diagnosis, prognosis, and a statement about what the patient
can still do despite his/her impairment(s).  This description of functional ability
should be based on your medical findings and should cover your patient's ability to
do work-related activities such as sitting, standing, walking, lifting, carrying,
handling objects, hearing, speaking, and traveling.  In cases involving a mental
impairment it should address the patient's capacity for understanding and memory,
sustained concentration and persistence, social interaction, and adaptation.

THIS ENTIRE PAGE IS YOUR INVOICE - PAYMENT IS PROCESSED FROM THIS ORIGINAL ONLY

TO ENSURE PAYMENT, INFORMATION MUST BE RECEIVED WITHIN 15 DAYS OF THE DATE OF THIS
LETTER AND MUST BE ACCOMPANIED BY THIS ORIGINAL INVOICE WITH FEDERAL ID NUMBER
ENTERED.  We can pay up to $16.00 for copies of your records with a narrative report
as described above.  For copies only, we can pay $1.00 per page up to either the
pre-negotiated maximum fee or $10.00 in the absence of a pre-negotiated maximum fee,
provided the information is received within fifteen days of the date of the
request.  We cannot pay for information from Federal or State facilities.  This fee
schedule is in accordance with Florida Statutes and Federal Regulations establishing
maximum fees for copies of patient records.

MAKE CHECK PAYABLE TO (if different          NO CHARGE: *10.00*    AMOUNT BILLED: *10.00*
    from the information above):

                                             Total # pages: _____

-----------------------------------          $_____  narrative and copies of records
    **EMSA Correctional Care - NBDC**
--------- 1550 Blount Road ---------------    $ *10.00*  $1.00 per page (maximum $10.00 or
    Pompano Beach, FL 33069                            pre-negotiated max. fee)
-----------------------------------
VF650070674
    ↑

_____    _____    _____
FEDERAL ID OR SOCIAL SECURITY NUMBER    STATE AGENCY PAYMENT APPROVAL    DATE

ORG CODE        EO    OBJECT   Description        AMOUNT    Vendor ID      INV.#
54-80-53-55030  96    251513   Hicks                        VF650070674    1506
                      FAX NUMBER 1-800-290-5188
        CALL TOLL FREE 1-800-334-7813 or Collect 904-488-9150 EXT.   .228
        FOR THE HEARING IMPAIRED:  FLORIDA RELAY SERVICES  1-800-955-8771

PROPOXY-N/APAP 100-650 T

CONTRACT PHARMACY SERVICES • 124 Turnpike St., Suite 4 • W. Bridgewater, MA      JB 546-3330

HICKS, WILLIAM 121H4  9514533BS
RX 679795   CG   QT  12
2 TABS ORALLY THREE TIMES A
DAY X 7 DAYS

START 02/29/96  STOP 03/06/96
PROPOXY-N/APAP 100-650 TAB    LEM
DARVOCET-N 100  CHATFIELD,

| Patient | |
| No. | |
| Room | |

# INDIVIDUAL
# NARCOTIC RECORD

Ordered by Physician: Chatfield

| Date Received | Quantity Received |
| 21 29 kc | 30 |

| | Date | Time | Dose | Oral or other | Adm. By Nurse-Sign. | Amount Remaining | Balance Checked by | Balance Checked by | Date | Balance Counted |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 3/13 | A | | PO | Butt | 29 | | | | |
| 29 | 3/13 | N | | PO | Butt | 28 | | | | |
| 28 | 3/14 | A | | PO | Batt | 27 | | | | |
| 27 | 3/14 | N | | PO | Butt | 26 | | | | |
| 26 | 3/14 | J | unused | | D'Elia | 25 | | | | |
| 25 | 3/14 | P | 7 | | D'Elia | 24 | | | | |
| 24 | 3/15 | P | 0/7 | PO | D'Elia | 23 | | | | |
| 23 | 3/16 | A | 7 | PO | Hohnen | 22 | | | | |
| 22 | 3/16 | Pm | 7 | PO | Hohnen LPN | 21 | | | | |
| 21 | 3/16 | P | 7 | PO | Hoba | 20 | | | | |
| 20 | 3/18 | A | 7 | PO | Hohnen | 19 | | | | |
| 19 | 3/18 | P | 7 | PO | Hohnen LPN | 18 | | | | |
| 18 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 1 | | | | | | | | | | |

## DISPOSITION OF UNUSED DRUG

Date of Discontinuance _____  Amount Remaining _____

Disposition _____

Date of Disposition _____

Authorized Signature _____

EMSA CORRECTIONAL CARE

TB/ANERGY SCREENING FORM

| NAME: | HiCBS, William | | ARREST# | BS9SH53 |
|---|---|---|---|---|
| DOB: | 9-19-63 | | LOCATION: | |

| | DATE/TIME | SITE | AMOUNT | NURSE'S SIGNATURE |
|---|---|---|---|---|
| PPD ADMIN | 8-7-95 | L.F.A. | 0.1 ML | Gina Maria Rivera, LPN  Main Jail |
| READING (within 48-72 hours) | 8-9-95 | RESULTS | 3 MM | J. Brien |
| CANDIDA ADMIN | 8-7-95 | R.F.A. | 0.02 ML | Gina Maria Rivera, LPN  Main Jail |
| READING (within 48-72 hours) | 8/9/95 | RESULTS | 2 MM | J. Brien |

| IF PPD 0 MM AND CANDIDA 0 MM: | | | | |
|---|---|---|---|---|
| | DATE/TIME | SITE | AMOUNT | NURSE'S SIGNATURE |
| MUMPS ADMIN | | R.F.A. | 0.1 ML | |
| READING (within 48-72 hours) | | RESULTS | MM | |

| IF PPD IS GREATER THAN 10 MM OR MUMPS 0 MM:  (PPD 5 MM OR GREATER IF IMMUNOSUPPRESSED) | | | | |
|---|---|---|---|---|
| | DATE ORDERED | DATE COMPLETED | RESULTS | SIGNATURE |
| CXR ORDERED | | | | |
| CLINICAL REFERRAL ASAP  IF CHEST X-RAY ORDERED: | YES ☐ | DATE _____ | | |

*REFUSAL SIGNED (IF APPLICABLE) CHECK ONE:*   ☐ *YES*   ☐ *NO*

- Measure test results 48 to 72 hours after test is given
- Measure only palpable induration (raised area or induration) across widest area, NOT erythema (redness)

BLDG

mm  10   20   30   40   50   60   70   80   90   100   110   120   130   140   150   160

EMSA CORRECTIONAL CARE

PROBLEM LIST

INMATE NAME: _William_

I.D. NUMBER: BS 717076

D.O.B.: 9/19/63

ALLERGIES: NKA

| Date Identified | Problem No. | Chronic (Long Term) Problems | Date Resolved |
|---|---|---|---|
| 7/22/97 | 1 | Psych Hx: Retd from FSH | |
| 4/97 | 2 | FN (R) Zygomatic Arch Fx | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Temporary (Usually Self Limiting) Problems

| Prob. No. | Problem | Date of Each Occurence | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | C/O Left HN HA per pt | 7/22/97 | | | | | | |
| 3 | Dental NPO HN | 8/1/97 8/8/97 3/24/98 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CC 002

PPD ANERGY SCREENING FOR:

NAME: Hicks, William    ARREST#: 559217024

DOB: 7-16-63    LOCATION: 12'14

| | DATE/TIME | SITE | AMOUNT | SIGNATURE |
|---|---|---|---|---|
| PPD ADMIN | 7/25/90 10⁰⁵ | L.F.A. | 0.1  ML | BKRosenblum |
| READING (within 48-72 hours) | 7/27/90 | RESULTS neg | 0.0  MM | J Henry |
| CANDIDA ADMIN | | R.F.A. | 0.1  ML | |
| READING (within 48-72 hours) | | RESULTS | MM | |

IF PPD 0 MM AND CANDIDA 0 MM: DOCUMENT AND FILE RESULTS. ORDER CHEST X-RAY AND MAKE REFERRAL TO CLINIC.

IF PPD IS GREATER THAN 10 MM (PPD 5MM OR GREATER IS IMMUNOSUPPRESSED)

| | DATE ORDERED | DATE COMPLETED | RESULTS | SIGNATURE |
|---|---|---|---|---|
| CXR ORDERED | | | | |

CLINICAL REFERRAL ASAP
IF CHEST X-RAY ORDERED:   YES ☐   DATE: _____    SIGNATURE: _____

REFUSAL SIGNED (IF APPLICABLE) CHECK ONE:      ☐ YES        ☐ NO

- Measure test results 48 to 72 hours after test is given
- Measure only palpable induration (raised area or induration) across widest area. NOT erythema (redness)

mm  10    20    30    40    50    60    70    80    90    100   110   120   130   140   150   160



Case 1:05-cv-... Document 1426 ... Entered on FLSD Docket 04/30/2021 ... Page 266 of 852

## MEDICATION ORDERS

MEDICATION SHEET ADMINISTRATION RECORD

7/14/05

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Midrin 4/1 PO
Bid Ⓡ ×30 PRN
START 5/25   STOP 6/25

Motrin 800mg
PO Bid ×30 PRN
START 5/25   STOP 6/25

Flexeril 10mg PO
Bid ×30 PRN
START 5/25   STOP 6/25

Zoloft 50mg Po
BID × 30 dys
START 5/21   STOP 6/21

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

J. Taylor LPN

ALLERGIES  NKA          DIET  Reg
DIAGNOSES  FX TMJ

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 7A2 | Uecker | 6 | 95 | MJ |

MEDICATION RECORD



# MEDICATION ADMINISTRATION RECORD

## MEDICATION ORDERS

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | ... | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Lithium 900 mg PO x 30 days
START 8/8   STOP 9-8-95

Prozac 20 mg ī ī BM PO x 30 days  D.C.d 8/14
START 8/8   STOP 9-8-95

Sinequan 75 mg po qhs Liquid
START 8/14   STOP 9/14

Lithium 900 mg po Liquid qhs x 30 dp
START 8/14/95   STOP 9/15/95

8/23/95 Blue Ice q'd x 7 dy
START 8/23/95   STOP 8/30/95

### NURSE'S SIGNATURE, TITLE AND INITIALS

C. Chambers
DHANMATIE NANCOO, RN
NBDC

Y. Mindie, RN - VM
Emma R. Robertson RN
Della Richardson, LPN
NBDC

E.J. Sherman-Jollyn
CH Colleen Henry LPN

ALLERGIES NKA
DIAGNOSES psych
DIET

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 4A | Lamia | 8 | 95 | Main Jail |
| 122 H5 | Rm # 4 | MEDICATION RECORD | 94 | | |



| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Seizure precau" X 72 hrs**
START 5-7-95    STOP

**Librium 50mg PO/IM Q6hrs X 24 hrs START NOW    THEN**
A / N / D / H
START 8-7-95    STOP 8/8/95

**Librium 25mg PO/IM Q6hrs X 24 hrss    THEN**
A / N / P / HS
START 8/8/95    STOP 8/9/95

**Librium 25mg. PO/IM Q 8 hrs X 24 hrs THEN D/C Librium HOLD Librium if Asleep or Sedated.**
A / N / P
START 8/9/95    STOP 8/10/95

**Librium 25mg PO/IM Q shift X 72 hrs ONLY for Tremor/Agitation PRN**
P / N / N
START    STOP

**Thiamine 100mg PO/IM QD X 3 DAYS**
A
START 8/8/95    STOP 8/10/95

**MVI ē minerals ī tab P.O QD X 14 DAYS ē Refill X one**
A
START 8/8/95    STOP 8/21/95

**INFORMED CONSENT SIGNED** SW

START    STOP    DVR, DELLA RICHARDSON, LPN

**NURSE'S SIGNATURE, TITLE AND INITIALS**

Gina Maria Riveta, LPN

Chambers RN    Main Jail

DHANMATIE NANGOO RN

g Taylor LPN

ALLERGIES    DIET
DIAGNOSES  ALCOHOL DETOX PROTOCOL

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | | Protocol DR Smith | 8 | 95 | BCMJ |

MEDICATION RECORD

## MEDICATION ORDERS

**MEDICATION SHEET ADMINISTRATION RECORD**

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Advil 600 mg**
TID × 14d
8/31
START 9-1-95    STOP 9-14-95

**Blue Ice top.**
BID × 14d
8/31
START 9-1-95    STOP 9-14-95

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

DELLA RICHARDSON, LPN
NBDC

| ALLERGIES | NKA | | DIET | Reg |
|---|---|---|---|---|
| DIAGNOSES | bursitis | | | |

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 11D4 | O'Connor | 9 | 95 | NBDC |

**MEDICATION RECORD**

Case 1:01-cv-01351 Document 226   4   Entered on FLSD Docket 04/30/2004   22   Page 270 of 852   30

# MEDICATION ORDERS

## MEDICATION SHEET ADMINISTRATION RECORD

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Sinequan 75m, ᵍ 8 Hs. Liquid*

START 8-14    STOP 9-14

*Lithium 900 mg Po ℞ 8 HS Liquid X 30 days.*

START 8-14    STOP 9-15

9/5 *Lithium 600mg PO. BID Liquid till 10/6*

START 9/5    STOP 10/6

9/5 *Sinequan 100mg PO. Q HS. Liquid till 10/6*

START 9/5    STOP 10/6

*Sudafed 60mg PO BID X 5 days 9/7/95*

START 9/7/95    STOP 9/12/95

*CTM 4mg po Bid X 5 days 9/7/95*

START 9/7/95    STOP 9/12/95

*Salt water gargle Bid X 5 days 9/7/95*

START 9/7/95    STOP 9/12/95

START    STOP

START    STOP

*consent Signed*

**INFORMED** 5:
**CONSENT SIGNED**

START    STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

| | |
|---|---|
| G. Sherman-Jellen | C. Chambers R.N. |
| V. Murde, RN-M | E.W. Lingui LPN  MC |
| | DELLA RICHARDSON, LPN |
| | NBDC NANCOU, RN |

**MAE KNOWLES, LPN**

ALLERGIES  NTA    DIET  Reg

DIAGNOSES  psych

**NBDC**

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicky William | WD 1 H5 | Lemia | 9 | '95 | NBDC |

**MEDICATION RECORD**

Case 1:05-cv-00697-WPD    Document 226    Entered on FLSD Docket 04/30/2004    Page 271 of 852

MEDICATION SHEET ADMINISTRATION RECORD

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

9/29/95 XL Amoxicillin
PO TID
x 10 days
A
P
START 9-30-95   STOP 10-9-95

9/29/95 XL H₂O₂ Oral
Rinse bid
x 10 days
A
P
START 9-30-95   STOP 10-9-95

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

V. minde RN-m

DELIA RICHARDSON, LPN
NBDC

K Cook

ALLERGIES NKDA
DIAGNOSES Dental
DIET Regular

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | HDT  2-45 | Cline | 9 | 95 | NBDC |

MEDICATION RECORD

# MEDICATION ORDERS

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lithium 6 ℥
PO BID til 10/6
Liquid

START 9/5    STOP 10/6

Sinequan 100 ?
PO QHS til 10/6
liquid

START 9/5    STOP 10/6

Amoxicillin 500mg po
tid x 10 days

START 9/30/95    STOP 10/9/95

H₂O₂ oral rinse
Bid x 10 days

START 9/30/95    STOP 10/9/95

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

INFORMED CONSENT SIGNED

| NURSE'S SIGNATURE, TITLE AND INITIALS | | | |
|---|---|---|---|
| Jacquelie Grahm | Chambers, RN | | DELLA RICHARDSON, LPN NBDC |
| | St Sherman-Colleen | | |
| | N Pontonty, RN | Bluso W ___ LVN MC |

ALLERGIES NKA

DIET Reg

DIAGNOSES Psych

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 121H5 | Martin | 10 | 95 | NBDC |

MEDICATION RECORD

# MEDICATION ORDERS

# MEDICATION SHEET — ADMINISTRATION RECORD

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Thorazine 100 mg. P.C.
B.I.D.  Hll 12/12/95
AM  DC
PM
START 11/11/95    STOP 12/12/95

Tylenol ii tabs po
pRN × 5 dy
PO
R
N
START 11·14·95    STOP 11·18·95    D.C.

11/18/95 Trilafon 8 mg po
q HS.
HS
START 11/18/95    STOP 12/18/95

START    STOP

START    STOP

START    STOP

START    STOP

INFORMED CONSENT SIGNED Dr

INFORMED CONSENT SIGNED Dr
START    STOP

## NURSE'S SIGNATURE, TITLE AND INITIALS

DELLA RICHARDSON, LPN
NBDC

| ALLERGIES | NKA | | DIET | REG. |
|---|---|---|---|---|
| DIAGNOSES | PSYU. | | | |

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| HICKS, WILLIAM | 12'H3 | DR. MARTIN | 11 | 95 | NBDC. |

**MEDICATION RECORD**



Case 0:00-cv-00000 Document 220 Entered on FLSD Docket 04/30/2004 Page 274 of 852

Trilafon 8mg po
q HS
tue 12/18/95
START 11/78/95   STOP 12/18/95

Salt water gargle Bid
x 5 days
12/9/95
START 12/9/95   STOP 12/14/95

CTM 4mg PO Bid
x 5 day
12/9/95
START 12/9/95   STOP 12/14/95

Sudafed 60mg po
Bid x 5 days
12/9/95
START 12/9/95   STOP 12/14/95

Tylenol ii po Bid x
5 days
12/9/95
START 12/9/95   STOP 12/14/95

12/16  Sinequan 75mg po
q HS
til 1/16
START 12/16/95   STOP 1/16/96

START   STOP

START   STOP

START   STOP

START   STOP

INFORMED  Dr
CONSENT SIGNED   START   STOP

NURSE'S SIGNATURE, TITLE AND INITIALS

EVA PODLOCHA, RN
NBDC

DELLA RICHARDSON, LPN
NBDC

FLORENCE DEMOSTHENES, R.N.

ALLERGIES  NKA      DIET  Regular
DIAGNOSES  Pinch li

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 13-H3  122-H 5 | Dr. Martin | 12 | 95 | NBDC |

MEDICATION RECORD

Case 9:00-cv-08847-WPD   Document 226   Entered on FLSD Docket 04/30/2004   Page 275 of 852

# MEDICATION ORDERS

## MEDICATION SHEET ADMINISTRATION RECORD

Sinequan 75 mg PO
q HS til 1/16

START 12-16-95    STOP 1-16-96

Tylenol tabs 2 PO
q 4° PRN × 7 days

START 1-5-96    STOP 1-12-96

Sinequan 100 mg PO.
q HS Till 2/8/96

START 1/3/96.    STOP 2/8/96

Tylenol tabs 2 PO
q 4° PRN × 7 days

START 1-14-96    STOP 1-21-96

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

INFORMED ___ DR ___
CONSENT SIGNED

START    STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

EVA PODLUCHA, RN
NBDC

FLORENCE DEMOSTHENES, RN
NBB

ALLERGIES   NKA    | DIET   Reg

DIAGNOSES   Psuch / head trauma

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| HICKS, William | 12²H-5 | Martin / Davis | 1 | 96 | NBB |

MEDICATION RECORD

## MEDICATION ORDERS

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| motrin 600mg PO tid x 7d | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

START 2/22    STOP 2/29

| Keflex 500mg PO TID x 7d | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

START 2/20    STOP 2/27

2/21/76

## NURSE'S SIGNATURE, TITLE AND INITIALS

MRayner, LPN    MR

SLGreaves, LPN

| ALLERGIES | NKA | | DIET Soft | | | |
|---|---|---|---|---|---|---|
| DIAGNOSES | Dental | | | | | |
| **PATIENT'S NAME** | **ROOM NO.** | **PHYSICIAN NAME** | **Cur. Mth.** | **Year** | **FACILITY** |
| Hicks William | 7C3 | Werthen | 2 | 96 | BCrw |

MEDICATION RECORD

## MEDICATION ORDERS

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 800 mg P.
T/D X 5d

2/9

START 2-9-96    STOP 2-14-96

Ice To Face
X 24 hours

2/9

START 2-9-96    STOP 2-10-96

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

D Justin RN    KJ oH RN

FLORENCE DEMOSTHENES, RN
NBB

MB MButti RN

Dr. Dickerson 7pm

ALLERGIES NKA

DIAGNOSES @ cheek lac.

DIET Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 7C 3 | Davis | 2 | 96 | NBB |

MEDICATION RECORD

Case 0:00-cv-0608-WPD    Document 226    Entered on FLSD Docket 04/30/404    Page 278 of 852

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Darvocet N-1
ī tabs PO TID
re x 7 days

A N P D    D/C

START 2/15/96    STOP 2/22/96

Keflex 500mg
PO TID x 7days

A N P

START 2/20    STOP 2/27

3/20

Tylenol #3 ī tabs
PO QID x 5days
(PRN)

A N P HS

START 2/20    STOP 2/25

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

MMRayner, LPN    MR

Melissa Cooper, LPN
Mail Jail

ALLERGIES  NKA
DIAGNOSES  (Back Injury)

DIET  Regular

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 2C3 | PA Chatfield | 2 | 96 | BCMJ |

MEDICATION RECORD

## MEDICATION ORDERS

Motrin 800
PO TID x 5d

START 2/10    STOP 2/15

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

M Rayna, RN MR          G Taylor LP

ALLERGIES   NKA          DIET

DIAGNOSES

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| HICKS, William | 7C3 | Davis | 2 | 96 | MJ |

**MEDICATION RECORD**

## MEDICATION ORDERS

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### MEDICATION SHEET ADMINISTRATION RECORD

Sinequan 100 mg PO qHS til 2/8
H 20 2 2 2 ✗
START 1-7-96    STOP 2-8-96

Lasix 40mg po q AM x 30 days
A
START 2-1-96    STOP 3-3-96

Kcl 20meq QAM x 30days
A
START 2-1-96    STOP 3-3-96

Return to clinic 2/7/96
A
START    STOP

2/6/96  Naprosyn 500mg po Bid  x 10 days
A
P
START 2-7-96    STOP 2-16-96

START    STOP

START    STOP

START    STOP

START    STOP

FORMED  DR
...NT SIGNED
START    STOP

### NURSE'S SIGNATURE: TITLE AND INITIALS

| V Mendez RN - M | CC Calista Umber RN | |
| Elvira McLaughlin LPN UC | | FLORENCE DEMOSTHENES, RN |
| RS R.Keller LR | DR Blackburn RN mgr | NBB |
| ERGIES  NKA | DIET Reg | KS K Sutherin  K.Sutler |

DIAGNOSES  Price

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| HICKS, William | 2404  2414 | Martin (Dr Davis | 2 | 96 | NBB |

MAIN JAIL

### MEDICATION RECORD

| MEDICATION ORDERS | | MEDICATION SHEET ADMINISTRATION RECORD | |

DATE: 2/4/6

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Naprosyn 500mg
po BID
X10 days

A
X
X

START 2-6-96    STOP 2-16-96

**NURSE'S SIGNATURE, TITLE AND INITIALS**

Barbara Salerno, LPN /BS    V. Minde, RN - VM

ALLERGIES NKA    DIET Regular

DIAGNOSES

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12 H3 / 12 H4 | Dr Davis | 2 | 96 | NBB |

MEDICATION RECORD

| | MR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

1/1
Lasix 40 mg
p o q AM
X 30 days
START 2 - -96   STOP 3 - -46

3/1
KCl 20meg p.o
q AM
X 30 Days
H
START 2 - -46   STOP 3 - -46

16

15

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

Vicky Serrao, RN
NBDC

ALLERGIES  NKA   DIET  Reg
DIAGNOSES  Fluid retention

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hichs, Wm | 12, H | Davis | 2 | 96 | NBDC |

MEDICATION RECORD

Case 0:00-cv-00000-XXX    Document 226    Entered on FLSD Docket 00/00/0000    Page 283 of 852

# MEDICATION ORDERS

DATE:

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol #1 PO
BID PRN HA
x 3 wks    (CR)
3/4

START 3/5/96    STOP 3/24/96    PRN    D/C

Fleyeril 10mg TID
PRN x 3 wks
3/4    (CR)

START 3/5/96    STOP 3/24/96    PRN    D/C

Naprosyn 500mg
PO TID x 10 dys

START 3/16    STOP 3/25/96    D/C

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

## NURSE'S SIGNATURE, TITLE AND INITIALS

M Rayner CLN MR
J Taylor LVN JT
A Tirades, VN I

ALLERGIES  MCT
DIAGNOSES  (R) Fecur'd FX

DIET  Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks  William | 7C3 | Tucker | 3 | 96 | BCMS |

MEDICATION RECORD

Case 0:00-md-01334-FAM Document 226 Entered on FLSD Docket 04/30/2004 Page 284 of 852

# MEDICATION ORDERS

MEDICATION SHEET ADMINISTRATION RECORD

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Flexeril 10mg PO
tid × 14

START 3-28-96     STOP 4-11

START     STOP

START     STOP

START     STOP

START     STOP

START     STOP

START     STOP

START     STOP

START     STOP

START     STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

J. Taylor LPN JT     M. Rayner, LPN   MR

ALLERGIES NKA
DIAGNOSES Dental

DIET Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 703 | Weathers | 3 | 96 | BCM |

MEDICATION RECORD

Case 1:05-cv-02452-HHK   Document 226   Entered on FLSD Docket 04/30/2004   Page 285 of 852

## MEDICATION ORDERS

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Tylenol II P.O.*
*T.I.D. X 30 days.*

START 3 / 28 / 96    STOP    4 / 28 / 96

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

*L. Bryghn  RN*

ALLERGIES  *No  Pain*
DIAGNOSES

DIET

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| *Hicks William* | *7C³* | *Dr Menzie* | 3 | 96 | *Main* |

**MEDICATION RECORD**

Case MEDICATION ORDERS Document 226    Entered on FLSD Docket 04/30/2004    Page 286 of 852

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol # p.c. T.I.D X 30 d | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 3/28/96   STOP 4/25/96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10mg PO TID X 14 d | | | | | | | | | | | | | | | DC | | | | | | | | | | | | | | | | | |
| START 3/28   STOP 4/11 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**NURSE'S SIGNATURE, TITLE AND INITIALS**

M Rayner LPN MR

y. Taylor LPN J.T

ALLERGIES  N.L.

DIET  R

DIAGNOSES  Dental

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Fields William | 7D2 | Dr Mangia | 4 | 96 | MAn |

MEDICATION RECORD

| MEDICATION ORDERS | | DATE: 4/9/60 |
|---|---|---|

MEDICATION SHEET / ADMINISTRATION RECORD

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Midrin ⅱ tabs
PO BID x 30 days
(PRU)

A
P — PRU ————→

START 4/23    STOP 5/23

Flexeril 10mg
PO TID x 30 days
(PRU)

A
P — PRU ————→

START 4/23    STOP 5/23

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

HSIH Dogcan    M Raynes, LPN MR    [illegible signature]
                                    KK DeliellL, LN

| ALLERGIES NKA | DIET Reg |
|---|---|

DIAGNOSES facial Fx

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 7D2 | Uecker | 4 | 960 | MJ |

MEDICATION RECORD

## MEDICATION ORDERS

MEDICATION SHEET/ADMINISTRATION RECORD

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Sudafed 60ml
BID x 5 day
START 5/19/96   STOP 5/24/96

CTM 4ml
⊺ BID x 5d
START 5/19/96   STOP 5/24/96

Tylenol ṁ P.O. BID
prn x 5 days
START 5/19/96   STOP 5/24/96

**NURSE'S SIGNATURE, TITLE AND INITIALS**

M Rayner RN MR
9 Taylor LPN 9T

ALLERGIES: x fold
DIAGNOSES: Cold
DIET: teg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 102 | Protocol | 5 | 96 | Main |

MEDICATION RECORD



# MEDICATION ORDERS

Midrin ii tab

PoBIDX 30 dys

Flexeril 10 mg

po TIDX 30 dys

Zoloft 50 mg po

BID X 30 days

5/31

## NURSE'S SIGNATURE, TITLE AND INITIALS

M Rayner LPN MR

M K Ross LPN

J Davis LPN JD

J T Aylor LPN JT

EClure RN

**ALLERGIES** NKA

**DIAGNOSES** Facial Rx

**DIET** Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 7D2 | Uecker | 5 | 96 | MJ |

MEDICATION RECORD

Case 3:16-cr-00051-BR    Document 226    Entered on FLSD Docket 05/30/2016    Page 290 of 852

# MEDICATION ORDERS

DATE: 5/24/96

## MEDICATION ADMINISTRATION RECORD

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Midrin II PO
Bid @HS PRN  × 30   PRN
START 5/25   STOP 6/28

Motrin 800 mg
PO bid × 30 PRN   PRN
START 5/25   STOP 6/25

Flexaril 10 mg PO
Bid × 30 PRN   PRN
START 5/25   STOP 6/28

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

JB2

START   STOP

| NURSE'S SIGNATURE, TITLE AND INITIALS |

ALLERGIES  NKA   DIET  Reg
DIAGNOSES  FX TMJ

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
| Hicks, William | 7D2 | Uecker | 5 | 96 | M.J |
| 12143 | | MEDICATION RECORD | | | |

**MEDICATION ORDERS**

MEDICATION SHEET ADMINISTRATION RECORD

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Motrin 800 mg po
BID X 30 d
START 6-21-96   STOP 7-20-96

Flexeril 10 mg po
BID X 30 d
START 6-21-96   STOP 7-20-96

Zoloft 50 mg po BID
LU 7/26/96
START 6-21-96   STOP 7-20-96

START   STOP

START   STOP

START   STOP

Midrin II tab po
BID X 30 d PRN
START 6-21-96   STOP 7-20-96

START   STOP

START   STOP

START   STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

DC DRichardson    CC Caust Chutworth    TMB TMButel
E Mullerfu RN NE

ALLERGIES NKA    DIET Soft
DIAGNOSES HA, Slee, Zygomatic Arch Fx

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 12'H3 | O'Connor | 6 | 96 | NBB |

**MEDICATION RECORD**

BS 9514533    9-10-63    DATE: 6-96

| MEDICATION ORDERS | | MEDICATION SHEET ADMINISTRATION RECORD |
|---|---|---|

**HR** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Midrin ITP.O.
BID Prn
x 30 days
START 5-24-96  STOP 6-23-96
D/C 6/20/96

Motrin 800mg
BID Prn
x 30d.
START 5-24-96  STOP 6-23-96
D/C 6/20/96

Flexeril 10mg
BID x 30d
START 5-24-96  STOP 6-23-96
D/C 6/20/96

Zoloft 50mg
P.O. BID
x 30 day
START 5-21-96  STOP 6-20-96
D/C

Zoloft 50mg po Bid
full 7/26/96
START 6-17-96  STOP 7-26-96

START    STOP

START    STOP

START    STOP

START    STOP

Active @ NBB
6-5-96
START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

| | | |
|---|---|---|
| _____ RN | Robin Johnston RN JT | _____ |
| _____ LN MT | Ce Calisto Clulark | _____ |

ALLERGIES  NKA  FLORENCE DEMOSTHENES, RN    DIET  Soft 2000 Cal Reg
DIAGNOSES  I MS  He _____  Depression

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12'43 | Lima | 6 | 96 | NBDC |

**MEDICATION RECORD**

DATE: _9 Aug 96_

807/145-73

9-10-63

## MEDICATION ORDERS

MEDICATION SHEET ADMINISTRATION RECORD

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 800mg po
Bid x 30 d
START 6/21/96   STOP 7/20/96

Flexeril 10mg po
Bid x 30 d
START 6/21/96   STOP 7/20/96

Midrin ii tabs po
Bid x 30 d  PRN
START 6/21/96   STOP 7/20/96

Zoloft 50mg po
Bid  tue 9/26/96
START 6/21/96   STOP 7/26/96

Blue Ice qd x
10 days
START 7-15-96   STOP 7-27-96

START   STOP

START   STOP

START   STOP

START   STOP

INFORMED _Dr_
CONSENT SIGNED

START   STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

Dr. _____
RS - _____
_____

CC Carlisle Candler, RN
CC CChambers, RN
BON Renfer, RN

FLORENCE DEMOSTHENES, RN
NBB

_____ Sherman-_____

ALLERGIES _NKA_                    DIET _Soft_
DIAGNOSES _Psych - HA - S/P R2 traumatic OCR 7x_

| PATIENT'S NAME | RCCM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12'H3 | O'Connor / Martin | 7 | 96 | NBB |

MEDICATION RECORD

## MEDICATION ORDERS

MEDICATION SHEET ADMINISTRATION RECORD

DATE: 7/1/96

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 800 mg
po BID
x 3 Days
START 7/23   STOP 8/23

Midrin II Tabs
po BID prn
x 15 Days
START 7/20   STOP 8/6

Flexaril 10 mg
po BID x 30
Days
START 7/23   STOP 8/23

Zoloft 50mg po
BID till 7/26/96
START 6/12/96   STOP 7/26/96

Blue fee gd x 10d
7/15/96
START 7/15/96   STOP 7/24/96

Zoloft 50mg po
BID    till 8/31/96
START 7-26-96   STOP 8-31-96

START   STOP

START   STOP

START   STOP

INFORMED Dr
CONSENT SIGNED

START   STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

| | | |
|---|---|---|
| JB Joy Brenn | KS DKallentz | MacAndrews |
| | | BS Stewmont-Getty RN |

ALLERGIES ∅   DIET 2gRA

DIAGNOSES Back Pain - R/o Jaw Fx

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks-Lewis William | D'H3 | Davis | 7 | 96 | N130 |

MEDICATION RECORD

# MEDICATION SHEET ADMINISTRATION RECORD

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MOTRIN 800mg.**
PO. BID × 30 days
START 7-23-96   STOP 8-23-96

**MIDRIN ii TABS** P
PO. BID PRN
× 15 days
START 7/23/96   STOP 8/6/96

**FLEXARIL 10mg.**
PO. BID × 30 days
START 7/23/96   STOP 8/23/96

**ZOLOFT 50 mg.**
P.O. BID
till 8/31/96
START 7-26-96   STOP 8/31/96

**Midrin tabs ii po**
bid PRN × 30 days
START 8/17/96   STOP 9/16/96

**8/6/96 Zoloft 50mg**
CC PO. BID
till 10/4/96
START 8/27   STOP 10/4

**Flexeril 10mg po bid**
× 14 days
START 8·30·96   STOP 9·12·96

**motrin 800mg po bid**
× 14 days
START 8·30·96   STOP 9·12·96

START   STOP

START   STOP

INFORMED KS
CONSENT SIGNED

START   STOP

**NURSE'S SIGNATURE TITLE AND INITIALS**
KS KReullenson    CC Caliste (Mirkup)  Evelyn Espinoza RN EE
SC Schamberg RN
FLORENCE DEMOSTHENES, RN
NBB

ALLERGIES: NKA
DIAGNOSES: PSYCH - Lo Back Pain  H/A  LO Jaw Fx-
DIET: SOFT

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12 H 3 | Dr. DAVIS | AUG | 1996 | NBB |

**MEDICATION RECORD**

DATE: 08/29/96

| MEDICATION ORDERS | | MEDICATION SHEET ADMINISTRATION RECORD |
|---|---|---|

| | MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/96 | Flexeril 10 mg PO BID x 14 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | P | | | | | | Recopied | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | START / / 96   STOP / / 96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EE 08/29/96 | Motrin 800 mg PO BID x 14 days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | P | | | | Recopied | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | START / / 96   STOP / / 96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S SIGNATURE TITLE AND INITIALS

Evelyn Espinoza RN   EE

ALLERGIES NKA

DIET Reg

DIAGNOSES Dental

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 12'H³ | Glenn Pearson | 08 | 96 | NBDC |

MEDICATION RECORD

Hicks William

9/10/63

MEDICATION SHEET ADMINISTRATION RECORD

**MEDICATION ORDERS**

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

9/9 Flexeril 10mg
PO. BID
x 14 days

START 9/19  STOP 10/4

9/19 Motrin 800mg
PO BID
x 14 days

START 9/19  STOP 10/4

NURSE'S SIGNATURE, TITLE AND INITIALS

CC Chambers RN

P. P. Schneider RN

Dr. Richardson

ALLERGIES NKA

DIAGNOSES Tooth pain

DIET Reg

PATIENT'S NAME: Hicks William   ROOM NO: 1224 3   PHYSICIAN NAME: Pearson   CONF. NO: 9   WT: 96   FACILITY: NBDC

MEDICATION RECORD

RS 95-14533.WPD

DATE: 08/29/96

| MEDICATION ORDERS | | MEDICATION SHEET ADMINISTRATION RECORD |
|---|---|---|

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/96 Flexeril 10 mg po BID x 14 d | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | START / / 96   STOP / / 96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 08/29/96 Motrin 800 mg Po BID x 14 d | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | START / / 96   STOP / / 96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S SIGNATURE, TITLE AND INITIALS

Evelyn Espinoza Rn   EE

ALLERGIES NKA
DIAGNOSES Dental
DIET Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 12' H³ | Dr. Glenn Pearson | 09 | 96 | NBDC |

**MEDICATION RECORD**

9-10-63

## MEDICATION ORDERS

MEDICATION ADMINISTRATION RECORD

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Midrin Tabs ǂ
po Bid P.R.N
x 3c days
START 8/12/96   STOP 9/12/96

8/27 Zoloft 50mg
po BID
till 10/4/96
START 8/27   STOP 10/4

flexeril 10mg po
Bid x 14 days
START 8·30·96   STOP 9·12·96

motrin 800mg po bid
x 14 days
START 8·30·96   STOP 9·12·96

Flexeril 10mg po
BID x 14 days
START 9·19·96   STOP 10·4·96

motrin 800mg po
BID x 14 days   Redorel
START 9·19·96   STOP 10·4·96

Ocean Nasal spray
ǂ spray each nostril
BID x 30days
START 9·21·96   STOP 10·20·96   on person

Zoloft 50mg po bid
till 10/26/96
START 9·23·96   STOP 10·26·96

START   STOP

START   STOP

INFORMED _____
CONSENT SIGNED

START   STOP

| NURSE'S SIGNATURE, TITLE AND INITIALS | |
|---|---|
| CC C Chambers RN | CC Calisté Chukuk |
| Smith LPN  TJ | U. Mindle, RN - UM |

ALLERGIES NKA
DIAGNOSES Psych - R/O Back Pain

DIET Soft

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12'H3 | Davis | 9 | 96 | YCB |

MEDICATION RECORD

MEDICATION ORDERS

MEDICATION SHEET ADMINISTRATION RECORD

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Clean Nasal Spray;
Sprays each nostril.
BID x 30 days

H
X
D

START 9-21-96  STOP 10-21-96

START  STOP

START  STOP

START  STOP

START  STOP

START  STOP

START  STOP

START  STOP

START  STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

K Conner RN

ALLERGIES NKA        DIET Regular

DIAGNOSES

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12'H #3 | O'Conner, P.A | 9 | 96 | NBB |

MEDICATION RECORD

Rec# 14533        DOB 9-10-63

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VITAL SIGNS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| START DATE | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

7/17/96 3    3/9/7

Amoxicillin 500 S PO —
T.i.D. x 10 D
3/11

NURSE'S SIGNATURE    INITIAL

NURSE'S SIGNATURE    INITIAL

NKA
Dental
Pearson
BMJ    PHYSICIAN PHONE NO.    SECTION  7B2    ROOM NO.    BS9917076
Hicks, William    PATIENT NO.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VITAL SIGNS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MEDICATION ORDERS**

Tylenol 2 tabs p̄o
tid prn × 5d
Dr 10P 7/29/97

START 7/30/97    STOP 8/3/97

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

Dr. Della Richardson

ALLERGIES NKA
DIAGNOSES

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 1244 | per protocol | 7 | 97 | NBB |

DIET Reg

**MEDICATION RECORD**

## PRN MEDICATION NOTES

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|------|------|---------|------------|--------|--------|
| 7/30/97 | 1250 | CC | Tylenol 650mg po | c/o H/A | relief |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PATIENT'S NAME

Medication Not Administered Due To:
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

DELLA RICHARDSON, LPN
NBDC

Motrin 600mg po t/d

prn pain X 30d cont fm

NKA

Med Renewal

Murphy PA

Liles, William

NURSE'S SIGNATURE

NURSE'S SIGNATURE

INITIAL

INITIAL

PHYSICIAN
PHONE NO.

SECTION

ROOM
NO.

PATIENT
NO.

**MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/STRENGTH | REASON | DRUG/STRENGTH | TIME | DATE | NURSE INT. | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|---------------|------|------|-----------|-----------|-----------|
|      |      |               |        |               |      |      |           |           |           |

**PRN AND MEDICATIONS ADMINISTERED**

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|-----------|
|      | P    | Motrin        | After  | _(illegible)_ | _(illegible)_ |
|      | A    | Motrin        | Pain   | good      |           |

| STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600 mg P.O. T.I.D (Rewritten)
PRN X 600 8/24

10/
8/1/97

9/1/97
9/1/97
9/1/97

| | NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|---|

NlCat
Pain
Nitrodur
But

PHYSICIAN PHONE NO. 782
SECTION
PATIENT NO. 8597 1787-6
ROOM NO.

HICKS, william

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
|      |      |               |        |           |            |
|      |      |               |        |           |            |
|      |      |               |        |           |            |
|      |      |               |        |           |            |
|      |      |               |        |           |            |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
|      |      | motrin        | pain   |           |            |
|      |      |               |        |           |            |
|      |      | motrin        | pain   |           |            |
|      |      | motrin        | pain   |           |            |
|      |      | MOTRIN        | pain   |           |            |
|      |      | motrin        | pain   |           |            |

Vital Signs (left margin): TEMP., PULSE, RESPIRATION, BLOOD PRESSURE, WEIGHT

Column numbers: 1-31

| STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Ocean Spray (nasal)
1 spray each nostril BID x14d    10/3   A
                                        P

Robitussin 600mg    16/    R
PO BID x ___         /      N

PHYSICIAN PHONE NO.

SECTION

ROOM NO.

PATIENT NO.

NKA

NURSE'S SIGNATURE

NURSE'S SIGNATURE

INITIAL

INITIAL

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VITAL SIGNS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 12/6/9? | A | Motrin 600mg | body pain | | 2y |
| ? | D | Motrin 600mg | body pain | | By |
| ? | N | Motrin 7i | Headache | | By |
| ? | N | Motrin 600mg | pain pending | | W |
| ? | N | Motrin Tab | pain "" | "" | m |
| ? | A+ | "" | "" | "" | sr |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600mg PO TID
x 60 (ACH)

Desenex lotion PO TID
PRN

Midrin ī PO BID
x 3 wks

NKA

Back pain

Murphy

Bond

Hicks William

Diet: Reg

PHYSICIAN PHONE NO.  9-19-63

ROOM NO.  1752

PATIENT NO.  B597/707k

SECTION

NURSE'S SIGNATURE

NURSE'S SIGNATURE

INITIAL

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VITAL SIGNS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Medication Administration Record (rotated form)

NKA

Chronic HA, TMT

Dr. Weaker

MTB

Aisha William

ROOM NO. 7B2

PATIENT NO. BS977076

NURSE'S SIGNATURE / INITIAL

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| | | Flexeril Motrin | pain | pending | |
| | | Flexeril Motrin | pain | pending | |
| | | Naprosyn Motrin | pain | | |
| | | Naprosyn Motrin | pain | 6 | |
| | | Flexeril | pain | 6 | |
| | | Flexeril | pain | | |
| | | Naprosyn/Motrin | pain | | |
| | | Motrin Flexeril | | | |
| | | Naprosyn Flexeril | pain | | |
| | | Motrin Chronic | pain | | |
| | | Motrin | back | | |
| | | Motrin Flexeril | | | |
| | | Motrin Flexeril | pain | | |
| | | Motrin Flexeril | back pain | | |
| | | Motrin Flexeril | pain | | |
| | | Motrin Flexeril | pain | | |
| | | Motrin Flexeril | pain | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| 8-23 | A/N | Flexeril Motrin | muscle relax | pending | |
| 8/30 | A/N | Flexeril Motrin | n/a | | |

VITAL SIGNS
TEMP.
PULSE
RESPIRATION
BLOOD PRESSURE
WEIGHT

Month/Year 10/97

...lity Name _____ J ____ J * 9/19/63

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Ocean Spray BID PRN x 14dgs
TO Nostrils
START DATE 9/30   STOP DATE 10/13/97

obexin 500mg PO TID PRN
x 10dgs
START DATE 10/7/97   STOP DATE 9/07

START DATE _____ STOP DATE

START DATE _____ STOP DATE

START DATE _____ STOP DATE

START DATE _____ STOP DATE

NKA   Diet - Reg

pain — m17cahy

Hickes will/11am   ID B597/70b WING

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | | NURSE'S SIGNATURE MARY ABRAMS, LPN MAIN JAIL BUREAU |

INITIAL
MC

...ENTATION CODES =
...continued Order        R - Refused        S - Self Administered
...se Omitted             C - Court          NS - No Show
...inal Hold              LD - Lock Down     O - Other

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 10/1 | A | motrin | pain | | Mu |
| | A + N | motrin Robaxin | pain | perdi | va |
| 10/2 | P | motin | pain | | |
| 10/3 | Afg | Motin Robm | pain | | |
| 10/5 | P | motin | pain | | |
| 10/4 | RP | motin Robax | pain | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:



BS57170-76

DOB 9/9/63

Rifaxin 500mg PO Tid
PRN x10d ∂ 1 Ref

| STOP DATE | HOUR |
|---|---|
| 1/3 | AM |
| 1/2 | PM |
| 1/1 | AM |
| 1/2 | PM |

NKA

Psych Hx
Dr Denzine

MBJ

Hicks Williams

ROOM NO. 7B25

PATIENT NO. BS57170-76

NURSE'S SIGNATURE
Roslaba C. Harter RN
Main Jail Bureau

NURSE'S SIGNATURE / INITIAL

INITIAL

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | N | Robaxin/Ibuprofen | pain | | SB |
| | | Robaxin | pain | | PJ |
| | N | Robaxin/motrin/indicin Tylenol # | pain | pain | W |
| | D | Robaxin/Indicin Tylenol | pain | | W |
| | | | | | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



1097

DOB 9/19/03

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S SIGNATURE    INITIAL    NURSE'S SIGNATURE    INITIAL    NURSE'S SIGNATURE    INITIAL

J. Taylor LPN
S. Rae LPN
P. Yoguta

NKA

R/Social Fx's (OD)

Dr. Wicker

MTB

Alicia William

PHYSICIAN PHONE NO.

SECTION

ROOM NO.   7D207 V W/Glani

PATIENT NO.   BS977794

**VITAL SIGNS**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

9/19/63

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

...trin 600 mg po TID

...RN x 30 dy

...in TABS x DTLS

...obexin 500 mg po HS X 16 b

...160 mg po pm x 30 dy

...wli 100 mg po pm x 30 dy   11/6

INFORMED CONSENT OBTAINED

| | | | | SECTION | PHYSICIAN PHONE NO. | ROOM NO. | 7D9 |
|---|---|---|---|---|---|---|---|

NKA    Reg diet

Facial FX's

Dr Weeken

BM ✓

Hicks william    | PATIENT NO. | BS97/7676 |

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 1/11/9? | A | Robaxin | Pain | eff | gf |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Medvin ii PO BID prn 11/22
X 2 wks

Robivin 500 mg #48
X 2 wks    11/22

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|

ROOM NO. 7031
PATIENT NO. BS99/7.7.2
PHYSICIAN PHONE NO.
SECTION

Chatfield
Wilkes William

**VITAL SIGNS**

| | 1 | 2 | 3 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | 2 | midazolam | | | mer |
| | A | " | " | " | XB |
| | 2 | " | " | " | AB |
| | A/N | " | " | " | XBL |
| | A/N | " | " | " | XB |
| | A/N | " | " | " | YB |
| | A | median | glem | | |
| | A/N | midazo Nizham | prn | | |
| | A/N | " | " | " | XB |
| | A | " | " | " | XRB |
| | A/N | morphin | | | |
| | A/N | median | " | " | XB |
| | A/N | morph | " | " | XB |
| | A/N | adatin | | | BC |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

12/97

3-1/19/63

Midrin c̄ P.O. TID PRN x 300   1/27/98   12/02

Midrin 600 T P.O. TID Reviewed 1/1/98 8/22

Robaxin 500 mg P.O. TID PRN x 140   1/6/98   12/07

NKA
Pen

Mizrahy
BMT

Hicks, williams

| | | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|

PHYSICIAN PHONE NO.

SECTION:

ROOM NO.

PATIENT NO. B89471T0T6

## PRM AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | P | Motrin Robaxin | pain | E | 97 |
| | A | '' | '' | PL | |
| | A | '' | '' | 4 | |
| | N | '' | '' | 11 | |
| | | | '' | | |
| | P | Motrin | pain | | |
| | P | Motrin Robaxin | pain | | |
| | P | Robaxin 500 mg | pain | | |
| | | Robaxin | Pain | | |
| | P | Robaxin Motrinin | pain | E | 97 |
| | A | '' | '' | 11 | 93 |
| | A | '' | '' | 11 | '' |
| | A | '' | '' | 11 | 91B |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 12/31 | P | Robaxin motrin | | 9/10afp | |
| 12/31 | P | motrin | | 9/10afp | |

Month/Year 12/97

...ty Name _____ M J

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

...drin + tab po TID PRN X 30dy
START DATE 11/24  STOP DATE 12/26

...axin 600mg po TID PRN X30
START DATE 11/20  STOP DATE

...gaxin 500mg po TID PRN X30
START DATE 11/20  STOP DATE 12/20

...lenny...
START DATE  SHORE DATE

...VTEX + Tab po BID X140dy
START DATE 11/26  STOP DATE

... PM
START DATE  STOP DATE

...vil 150mg po PM x30dy
START DATE 12/9  STOP DATE 1/9

START DATE  STOP DATE

**INFORMED CONSENT**

NKA

B/Plano/psych

Hicks William   ID BS917670  WING 7DD

START DATE ___ STOP DATE ___ Reg diet

...NTATION CODES =
...continued Order    R - Refused       S - Self Administered
...e Omitted          C - Court         NS - No Show
...al Hold            LD - Lock Down     O - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| g Taylor LPN | | | |
| A Nelson LPN | | | |
| P. Yoy LPN | | | |

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| | N | Midrin Mystein Robaxin | Pain | E | ЯD |
| | A/N | " | " | " | ЯD |
| | A/P | " | " | " | ЯD |
| | A | " | " | " | |
| | P | " | " | " | |
| | P | Midrin Robaxin | Pain | E | ЯD |
| | A/N | " | " | " | ЯD |
| | A | " | " | " | ЯD |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| 10/1/96 | A | Midrin Motrin | Plen | E | ЯD |
| 10/8 | P | motrin/robax | pain | E | ЯD |
| | | | | | ЯD |
| 10/6 | A/N | " | " | " | ЯD |
| 10/10 | A | midrin robaxin | pain | E | ЯD |
| 10/11 | P | " | " | " | ЯD |
| 11/1 | P | Robaxin motrin | pain | E | ЯD |
| 12/1/96 | A | Test | | " | ЯD |
| | P | all meds | | | |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

Month/Year 11/99

Facility Name

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Entex 1A tabT po BID ×14d

START DATE 11/26    STOP DATE 12/10

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

NKDA

NURSE'S SIGNATURE   M Gearger   INITIAL

NURSE'S SIGNATURE   INITIAL M J

Issued by: Hicks, William   ID BS097170   WING 1D27

PLEASE (MACY'S SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

DOCUMENTATION CODES =

D - Discontinued Order
DO - Dose Omitted
R - Refused
C - Court
LD - Lock Down

S - Self Administered
NS - No Show
O - Other
Medical Hold

**VITAL SIGNS**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

DOB 3-19-63

| | HOUR | 1-2-3 | 4-5 | 6-7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

STOP DATE

1. ISONIN ↑ B6 T.D RAN
< 30 days                    12/24 A/P     MB 11/24

2. 15TRIM 800mg P.O B.D
R/N ↑ 30 days  Certify     12/24 A/P

3. BAXIN 500mg P.O T.I.D
R/N × 30 days   MB 11/24    12/24 A/P

1/6 P

NURSE'S SIGNATURE (signatures illegible)
NURSE'S SIGNATURE  A Brennan LPN
                   9 Taylor LPN

INITIAL: MB / SB

PHYSICIAN PHONE NO.

SECTION: MJS/B

ROOM NO. 7D2

PATIENT NO. 138971 7076

DIAGNOSIS: Med. Renewal
PA McLatthy
Hicks, William

**VITAL SIGNS**

| | 1 | 2 | 3 |
|---|---|---|---|
| TEMP. | | | |
| PULSE | | | |
| RESPIRATION | | | |
| BLOOD PRESSURE | | | |
| WEIGHT | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | P | Midrin Mestaza | pain | 2/8 I/8 | 97 |
| 5 | A/N | " | " | I< | 23 |
| | A/N | " | " | | |
| 9/6 | P/N | Midrin Restata | pain | 2/8 I/8 | 97 |
| | | " | I< | | I< |
| 1/2 | | motor Rest | I/I | I< | 97 |
| 25 | A/N | Midrin Rest | II | I< | 23 |
| 28 | P | Midrin Rest | II | 2/8 I/8 | 97 |
| 1/29 | P | Midrin | II | I< | 97 |
| | P | Midrin Restata | pain | 2/8 I/8 | 97 |
| 1/30 | P | Midrin Restata | pain | 2/8 I/8 | 97 |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |

Facility Name _____    Month/Year _____

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Matgeur balm BID X
7 days    START DATE 12-12-07  STOP DATE 12-19-07

START DATE _____  STOP DATE

START DATE _____  STOP DATE

START DATE _____  STOP DATE

START DATE _____  STOP DATE

START DATE _____  STOP DATE

GY    AKA    D.O.B 9-19-63

SSIS    Pain    Diet: Regular TFI

NT    Hicks, Williams    ID BS044416  WING 4377

**MEDICATION CODES =**
- iscontinued Order
- ose Omitted
- dical Hold

R - Refused
C - Court
LD - Lock Down

S - Self Administered
NS - No Show
O - Other

NURSE'S SIGNATURE    INITIAL    NURSE'S SIGNATURE    INITIAL

M. Duncan LPN    MD

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:
MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

Month/Year. 12/47

ity Name ___ 1 1 7 5 B    B S 9 1 1 U 1 9

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

START DATE | STOP DATE

START DATE | STOP DATE

START DATE | STOP DATE

START DATE | STOP DATE

START DATE | STOP DATE

NURSE'S SIGNATURE

P. Youngson

NURSE'S SIGNATURE

INITIAL    PY

INITIAL

y    N KA

als    Back pain

r    Hicks William    ID BS 9 1 7 0 7   WING 7A1

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

ENTATION CODES =
scontinued Order
se Omitted
cal Hold

R - Refused
C - Court
LD - Lock Down

S - Self Administered
NS - No Show
O - Other

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| | p | midron T | HA | | |
| | p | motrin 600mg pain | | | |
| | p | Robaxin 500mg pain | | | |
| | p | Robaxin 500mg pain | | | |
| | p | motrin 600mg pain | | | |
| | p | midron T | HA | | |
| | p | Robaxin 500mg pain | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| | | | | | |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:
MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

**VITAL SIGNS**
TEMP.
PULSE
RESPIRATION
BLOOD PRESSURE
WEIGHT

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |



Facility Name ___ M J

Month/Year 1/98

HOUR 9/19/63

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S SIGNATURE  INITIAL

g Tayler Lpn  gt

Marilin grn  Pu

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

START DATE ___ STOP DATE 12/20

START DATE ___ STOP DATE

START DATE ___ STOP DATE

START DATE ___ STOP DATE

START DATE ___ STOP DATE

**INFORMED CONSENT**

Reg diet

NKA

Pain   M17 rehy

Hicks williams   ID B 9717076   WING 1 AM

**ENTATION CODES =**
continued Order
se Omitted
cal Hold

R - Refused
C - Court
LD - Lock Down

S - Self Administered
NS - No Show
O - Other

VITAL SIGNS

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 1/9/8 | | Motrin Robaxin | Pain | E | 85 |
| | Motrin | Pain | | | 91 |
| -1-98 | P/N | " " | " " | cc | 983 |
| 1/3/98 | P | Midrin T | N/A | | N/8 |
| 1/3/98 | P | Robaxin 500mg | pain | | 95 |
| 3/08 | P | Motrin 600mg | pain | | 85 |
| 1/15/98 P/N | | Motrin Midrin | pain | | 4 |
| 4/08 | P | Midrin T | N/A | | 91 |
| 4/08 | P | Robaxin 500mg | pain | | 4 |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 1/5 | A | Motrin Robaxin | Ok | | |
| 1/5 | N | Motrin Robaxin | Ok | | |
| 1/5 | A | Motrin Robaxin | pain | | 91 |
| 1/10 | P | Robaxin | pain | | |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION: _____
# OF PILLS: _____
START/STOP DATES: _____
NURSE SIGNATURE: _____
INMATE SIGNATURE: _____

MEDICATION: _____
# OF PILLS: _____
START/STOP DATES: _____
NURSE SIGNATURE: _____
INMATE SIGNATURE: _____

MEDICATION: _____
# OF PILLS: _____
START/STOP DATES: _____
NURSE SIGNATURE: _____
INMATE SIGNATURE: _____

ility Name ⟶ MSB    BS9717076    9/14/63    Month/Year

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

NURSE'S SIGNATURE

P. Young LPN

NURSE'S SIGNATURE    INITIAL

INITIAL    H

NIA

Headaches

Hicks William    ID BS9717076  WING MAI

ENTATION CODES =

continued Order    R - Refused    S - Self Administered
omitted    C - Court    NS - No Show
            LD - Lock Down    O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS D? NOT SUPERCEDE PHYSICIAN ORDERS

**Vital Signs** (left side, rotated)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VITAL SIGNS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | 5:30 pm | Tylenol 2 | H/A | | |
| | 5:35 p | mbrin 2 | H/A | | |
| | | motrin 2 | H/A | IV | |
| | | Robaxin | " | E | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

Facility Name _____ BS9117076

Month/Year 4/19/03

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

MOTRIN TI PO TID PRN X30 DAYS
START DATE 1/10/03  STOP DATE 2/6/03

ROBAXIN 500mg PO BID
X30 DAYS  PBW
START DATE 1/10/03  STOP DATE 2/6/03

TYLENOL 2 TABS PO TID X30 DAYS
PRN  START DATE 1/10/03  STOP DATE 2/6/03

START DATE _____ STOP DATE _____

START DATE _____ STOP DATE _____

START DATE _____ STOP DATE _____

START DATE _____ STOP DATE _____

NURSE'S SIGNATURE  P. Youngran  RN  INITIAL  PY

NURSE'S SIGNATURE  J. Taylor  LPN  INITIAL  JT

DIAGNOSIS  Headaches

ALLERGIES  NKA

NAME  Hicks William  ID  BS9117076  WING  7A1

ORIENTATION CODES =
Discontinued Order
O - Omitted
R - Refused
C - Court
LD - Lock Down
S - Self Administered
NS - No Show
O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

**VITAL SIGNS**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | |
| PULSE | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 3/02 | 6pm | Robaxin 500mg | pain | eff | PY |
| | 10P | 6pm midrin 2po | HA | eff | PY |
| 3/08 | 6pm | Tylenol 2po | pain | eff | PY |
| | 2P | midrin 2po | pain | eff | 9/ |
| 1/26 | 1P | Robaxin | pain | " | 9/ |
| | 1P | " | " | " | 9/ |
| | 5P | Robaxin midrin | " | " | 9/ |
| | 1PM | Robaxin midrin | " | " | 9/ |
| 1/26 | 1P | " | " | " | 9/ |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

9/19/63

Rifampin 500 5 P.O.
T.I.D × 300 days  new  1/6          2/4/98

Midrin — II P.O. T.I.D PRN
× 30D    1/6                          2/4/98

Tylenol ii Tabs P.O.
T.I.D × 300 days  new  1/6           2/4/98

Elavil 150 MG P.O. PM T 300 2/6

**NURSE'S SIGNATURE**

**INITIAL**    EW    PY    LW

**NURSE'S SIGNATURE**

**INITIAL**    9L    ✓

NKA

Headache

Denizin

BMT

Hicks, William

PHYSICIAN
PHONE NO.

SECTION  7A|

ROOM NO.

PATIENT NO.  BS9717076

**INFORMED CONSENT**

| VITAL SIGNS | | | | | | |
|---|---|---|---|---|---|---|
| TEMP. | | | | | | |
| PULSE | | | | | | |
| RESPIRATION | | | | | | |
| BLOOD PRESSURE | | | | | | |
| WEIGHT | | | | | | |

**PRN AND MEDICATIONS ADMINISTERED**

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 1/9/98 | A | Robaxin Tylenol | Pain | E | |
| | | Robaxin Tylenol | pain | | |
| | | Robaxin Tylenol | | | |
| | | Robaxin 500 mg | Pain | | |
| | | Tylenol 2 | Headache | | |
| | | mdrn 2 | H/A | | |
| | | Robaxin 500 mg | Pain | | |
| | | Tylenol 2 | Pain | | |
| | | mdrn 2 | | | |
| | | Robaxin Tylenol | H/A | | |
| | | mdrn | | | |
| | | Robaxin Tylenol | | | |
| | | mdrn 2 | H/A | | |
| | | Robaxin 500 mg | Pain | | |
| | | Tylenol 2 | Pain | | |

**MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 1/13/98 | A | | | | |
| 1/13/98 | | mdrn 2 | H/A | | |
| 1/13/98 | | Robaxin 500 mg | pain | | |
| 1/14/98 | | Tylenol 2 | pain | | |
| 1/15/98 | | | | | |
| | | | | | |
| 1/16/98 | | Robaxin mdrn | Pain | | |
| 1/17/98 | | Robaxin 500 | Pain | | |
| 1/17/98 | | mdrn 2 | H/A | | |
| | | Tylenol | Pain | | |
| | | | | | |
| | | | | | |

BSP17026

9/1/03

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robaxin 500mg PO TID PRN X 30d. | 3/5 | P / N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medial ___ TID PO PRN X 30d. | 3/5 | P / N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 650mg PO TID PRN X 30d. | 3/5 | P / N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elavil 100mg PO 8PM X 30d | 3/5 | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Slow-K 150mg PO QPM X 30 | 3/6 | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risperdal mg PO BID | 2/15 | A / P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risperdal 2mg PO BID X 10 | 2/10 | A / P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risperdal 3mg PO BID X 10 | 2/10 | A / P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

INFORMED
CONSENT SIGNED ___

PHYSICIAN'S PHONE NO. ___ 2800 ADA
ROOM NO. ___ RGB
PATIENT NO. ___

NORTH BROWARD BUREAU  SECTION ___

Y: ___ YKA
S: ___ At Byrd
N: ___ Linia
(Hicks Williams)

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 1.98. | 12:30 P. | Robaxin 500 mg | po headache | pending | mt |
| -98 | 12:40 P. | Midrin īī tab | po headache | pending | re |
| 11-98 | 12:30 P | Tylenol īī tab | no pain | po dry | re |
| 6-98 | 1715 | Robaxin 500mg Midrin tabs 2 | back pain headache | relief | mt |
| " | " | Tylenol tabs 2 | | | |
| 1.98. | 9:10 A | Robaxin 500mg Midrin tab īī | back ache | relief | yu e |
| -98 | 1715 | Robaxin 500mg Midrin tabs 2 | backache | relief | mu |
| " | " | Tylenol tabs 2 | headache | | |
| 8-98 | 8:30. | Robaxin 500mg Midrin īī. īī | pain | off | pu |
| | 8:30 | Tylenol īī | pu | off | hu |
| -98 An | 8:46A | Robaxin 500 mg Midrin īī | headache | off | yu u |
| .98 N | 12:30 | Robaxin 500mg midrin īī | Na clack | eff | mu u |
| " | 10:30 | Tylenol īī | " | off | mu |
| 0-98 A | 9 am 9 pm | Robaxin 500 mg Midrin īī | headache | eff | mu u |
| 0-98 AM | 9A | Tylenol īī | " | eff | mu u |
| -0-98 N | N | Robaxin 500mg Midrin īī | H/A | off | pu e |
| -0-98 N | N | Tylenol īī tab | H/A | eff | mu e |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 2.22.98 | 1715 | Tylenol tabs 2 Midrin tabs 2 | headache | relief | yu |
| 2.23.98 | 1700 | Midrin tabs 2 Tylenol tabs 2 | headache | relief | mu |
| 7/29/98 | 0500 | Tylenol tabs 2 Medistra 2 | H/A | relief | r |
| 9/29/98 | 1800 | Tylenol tabs 2 Medistra 2 | H/A | relief | r |

Name ___ J M J ___ 9/19/63    Month/Year 2/98

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| obaxin 500 mg PO TID x 30d PRN | A N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE 1/6  STOP DATE 2/6/98 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE ___  STOP DATE 2/6/98 | A N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| lenol ī tabs PO TID x 30d PRN | A N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE 1/6  STOP DATE 2/6/98 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE ___  STOP DATE ___ | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| avil ___ mg PO PM x 30 d | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE 2/5  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE ___  STOP DATE ___ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE ___  STOP DATE ___ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|---|
| | 9 Taylor LPN | 9 T | | 97 |
| | 9. Gray RN | | | N |

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

INFORMED CONSENT

START DATE ___    STOP DATE ___

N K A    Reg diet

Headaches / Psych

Hicks    William    ID B59717076    WING 4A1

ENTATION CODES =
- continued Order
- e Omitted
- al Hold

S - Self Administered
R - Refused        NS - No Show
C - Court         O - Other
LD - Lock Down

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| /98 | A/A | Motrin Tylenol | | | |
| 98 | P | Robaxin 500mg | Otis | off | B |
| /98 | P | Motrin 800 | H/A | off | B |
| /98 | P | Tylenol ES | Pain | off | B |
| 12/16 | P | Motrin Tylenol | Pain | off B | B |
| 3 | P | Motrin Tylenol | Pain | E | 97 |
| 24/98 | N | Tylenol | Pain | i. | 91 |
| /98 | P | Robaxin Motrin Pain | Pain | E | 91 |
| 15 | 6am | Robaxin Motrin Tylenol | | i. | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 2/5 | 8 | Motrin Tylenol | Pain | E | 91 |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:



## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

ty Name ____ N. Bernard

...nth/Year ___ '/'/3

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | ... | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Risperdal 1mg Po tid X 30 days
∞ @ 1615 START DATE 2-16-98 STOP DATE 3-16-98

HS

___ PO BID X 30 d
START DATE 2/18 STOP DATE 3/21

____ 300 mg po TID
START DATE 3/1 STOP DATE 3/13

START DATE ___ STOP DATE

START DATE ___ STOP DATE

N/K/A                    INF: ___    2890 cal A D A
CONSENT SIGNED    3-19-63
Payer ___
HICKS   William   ID BS4717076   WING 12² H 4#

NURSE'S SIGNATURE    INITIAL
___ RN    AMS
D. Mundi, RN    ___
E. Mccarger, RN    ___
___ RN    ___

NURSE'S SIGNATURE    INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

MENTATION CODES =
continued Order        R - Refused        S - Self Administered
se Omitted             C - Court          NS - No Show
cal Hold               LD - Lock Down     O - Other

## VITAL SIGNS

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

Facility Name _____   NKA   Month/Year _____

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Dan 150 mg PO q HS   START DATE 3/11 8   STOP DATE 3/21

Colputes 11 mg PRo BID x30d   START DATE 3/11 8   STOP DATE 3/21

Risperdal 2 mg P.O. BID x30d   START DATE 3/9   STOP DATE 3/13

Neuran 300mg PO TID   START DATE   STOP DATE 3/9/98

Robaxin 500mg PO TID PRN   START DATE   STOP DATE 3/5

Neuran TPO TID PRN   START DATE   STOP DATE

Benadryl 450mg P.O. TID PRN   START DATE 3/9/98   STOP DATE

Fio CO3 300mg PO TID x30d   START DATE 3/9/98   STOP DATE

E/avil 200 mg PO q HS x30d   START DATE 3/11 98   STOP DATE 4/6/98

NKA   _____ INFORMED

CONSENT SIGNED _____

Fuchs, William   ID DS 39717076   WING 3/13

**NURSE'S SIGNATURE** / **INITIAL**

**NURSE'S SIGNATURE** / **INITIAL**
PATRICIA VICKERY, RN
...ETTE, RN

**PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS**

ENTATION CODES =
continued Order    R - Refused    S - Self Administered
se Omitted    C - Court    NS - No Show
cal Hold    LD - Lock Down    O - Other

**VITAL SIGNS**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 1/1/98 | 43⁴⁵ | Tylenol 2 Tabs Induc. ## | prns relief | DC |
| 1/1/98 | 06⁰⁰ | Motrin | migraine | effective | w |
| 1/1/98 | 08⁰⁰ | Tylenol 2 Perc | effective | v |
| 1/1/98 | 18:30 | Tylenol 2 pain | pending | v |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

**MEDICATION ADM. RECORD**

DATE: 3-3-98

| MED. ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol 2 tabs
P.O. T.I.D
X 90d          33

| HR | START: 3/4/98 | STOP: 10/4/98 |

Midrin 2 tabs
P.O. T.I.b
X 90d          33

| HR | START: 3/4/98 | STOP: 10/4/98 |

~~Elavil 175mg~~

| HR | START: | STOP: |

Elavil 175mg
P.O. QHS
X 2 wks     then

| HR | START: 3/4/98 | STOP: 3/8/98 |

Elavil 200mg
P.O. QHS
X 90d          33

| HR | START: 3/8/98 | STOP: 10/8/98 |

| | START: | STOP: |

| NURSE'S SIGN./TITLE/INTIAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |

ALLERGIES

| | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|

NKA

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR.MTH 3 | YEAR |
|---|---|---|---|---|
| | NBB | O'Connor | | |

Diet-Reg
pain

Hicks, Williams

JH 3

WANDA BIRCHETTE, RN
NBB

## MED. ADMINISTRATION RECORD

| vit.signs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B.P. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEEP-ON-PERSON MEDICATIONS:INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

PRN AND MEDICATIONS ADMINISTERED

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED DUE TO:
1. MEDICATION REFUSED BY INMATE
2. INMATE FAILED TO SHOW AT CELL DOOR
3. INMATE NOT IN CELL
4. MEDICATION OUT OF STOCK
5. SECURITY LOCK DOWN

DOCUMENTATION CODES:
DC-DISCONTINUED ORDER   R-REFUSED   S-SELF ADMINISTERED
DO-DOSE OMITTED           C-COURT    NS-NO SHOW
H-MEDICAL HOLD
LD--LOCK DOWN
O-OTHER

**MEDICATION ADM. RECORD**

DATE: 3-24-98

| MED. ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Midrin #1 tabs P.O. tid x 90 days 3/24/98 1420 set | A |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

START: 3-25-98       STOP: 6-25-98

| NURSE'S SIGN./TITLE/INTIAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J. Thomas RN, Jr. |  |  |  |  |  |  |  |  |  |  |  |
| 8AM/Geda JM |  |  |  |  |  |  |  |  |  |  |  |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |

| ALLERGIES: | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|
| NKA. |  |  |  |  |  |  |  |

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR.MTH | YEAR |
|---|---|---|---|---|
| Hicks, William | B59170076   Coleman   1H4 | March | 98 |

MED. ADMINISTRATION RECORD

| vit.signs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B.P. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEEP-ON-PERSON MEDICATIONS:INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

PRN AND MEDICATIONS ADMINISTERED

| DATE | HOUR | INTIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED DUE TO:

1. MEDICATION REFUSED BY INMATE
2. INMATE FAILED TO SHOW AT CELL DOOR
3. INMATE NOT IN CELL
4. MEDICATION OUT OF STOCK
5. SECURITY LOCK DOWN

DOCUMENTATION CODES:

DC-DISCONTINUED ORDER   R-REFUSED   S-SELF ADMINISTERED
DO-DOSE OMITTED         C-COURT     NS-NO SHOW
H-MEDICAL HOLD
LD-LOCK DOWN
O-OTHER

NORTH BROWARD BUREAU    BS9717076    6-9-63    Month/Year 3/23/98

cility Name _____

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Fizc0 3  300mg po t.d x30d
START DATE 3-28-98  STOP DATE 4-26-98

START DATE 3-3-98  STOP DATE

yidrin # caps po t.d x90d
START DATE 3-3-98  STOP DATE

START DATE 3-24-98  STOP DATE 6-23-98

START DATE 3-27-93  STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

ID BS9717076   WING 1/24/98

**MENTATION CODES =**
D scontinued Order
ose Omitted
dical Hold

S - Self Administered
R - Refused
C - Court
LD - Lock Down

NS - No Show
O - Other

NURSE'S SIGNATURE    INITIAL    NURSE'S SIGNATURE    INITIAL
PATRICIA VICKERY, RN    MBB

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
|      |      |               |        |           |            |
|      |      |               |        |           |            |
|      |      |               |        |           |            |
|      |      |               |        |           |            |
|      |      |               |        |           |            |
|      |      |               |        |           |            |
|      |      |               |        |           |            |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
|      |      |               |        |           |            |
|      |      |               |        |           |            |
|      |      |               |        |           |            |
|      |      |               |        |           |            |
|      |      |               |        | PATRICIA RELL, LPN | ✓ |
|      |      |               |        | PATRICIA Vickery, RN NBB | |

### Vital Signs

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|-------------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

DATE: 3-27-98

## MEDICATION ADM. RECORD

| MED. ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ELAVIL 225 mg
PO QHS X30 DAYS
#3-27-98

Li₂CO₃ - 300 mg
PO TID X30 DAYS
#3-27-98

Tylenol 2 tabs po
tid X 90 day
ord 3/3/98   Rec 3/27

Midrin # Caps
PO tid X 90 dys
3/24/98   Rec 3/27

D/C ELAVIL ORDERS

START: 3-27-98   STOP: 3-26-98
START: 3-25-98   STOP: 3-27-98
START: 3-3-98   STOP: 6-2-98
START: 3-24-98   STOP: 6-23-98

NURSE'S SIGN./TITLE/INTIAL

Alfred Zweig, RN
NBB

Mae Brown, LPN
NBB

ALLERGIES

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR.MTH | YEAR |
|---|---|---|---|---|
| HICKS, WILLIAM | 144 | PERFILEO   BOBRIEN | 3 | 98 |

## MED. ADMINISTRATION RECORD

| vit.signs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B.P. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEEP-ON-PERSON MEDICATIONS:INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

PRN AND MEDICATIONS ADMINISTERED

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED DUE TO:
1. MEDICATION REFUSED BY INMATE
2. INMATE FAILED TO SHOW AT CELL DOOR
3. INMATE NOT IN CELL
4. MEDICATION OUT OF STOCK
5. SECURITY LOCK DOWN

DOCUMENTATION CODES:
DC-DISCONTINUED ORDER    R-REFUSED    S-SELF ADMINISTERED
DO-DOSE OMITTED          C-COURT      NS-NO SHOW
H-MEDICAL HOLD
LD--LOCK DOWN
O-OTHER

# MEDICATION ADM. RECORD

**DATE:**

| MED. ORDERS | HR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| Lithium CO₃ 300mg po Tid x 30d 4/10/98 cc | A / P | |
| | HR | START: 4·11·98    STOP: 5·10·98 |
| Elavil 225mg po qhs x 30d 4/10/98 cc | H | |
| | HR | START: 4·10·98    STOP: 5·10·98 |
| Tylenol 2tabs po Tid x 90d Rec 4/10/98 | A / P | |
| | HR | START: 3·3·98    STOP: 6·2·98 |
| Motrin ?? Caps po Tid x 90d Rec 4/10/98 | A / P | |
| | HR | START: 3·24·98    STOP: 6·23·98 |
| | HR | START:    STOP: |
| | HR | START:    STOP: |
| | | START:    STOP: |

| NURSE'S SIGN./TITLE/INTIAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | 1 3 | 1 4 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |

| ALLERGIES: | 2 5 | 2 6 | | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|
| NKA | | | | | | | | |

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR.MTH | YEAR |
|---|---|---|---|---|
| HICKS William | 12/14 | Dr Perfilio | 4/98 | |

WANDA BIRCHETTE, RN
NBB

## MED. ADMINISTRATION RECORD

| vit.signs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B.P. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

**PRN AND MEDICATIONS ADMINISTERED**

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MEDICATIONS NOT ADMINISTERED**

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED DUE TO:
1. MEDICATION REFUSED BY INMATE
2. INMATE FAILED TO SHOW AT CELL DOOR
3. INMATE NOT IN CELL
4. MEDICATION OUT OF STOCK
5. SECURITY LOCK DOWN

DOCUMENTATION CODES:
DC-DISCONTINUED ORDER   R-REFUSED   S-SELF ADMINISTERED
DO-DOSE OMITTED         C-COURT     NS-NO SHOW
H-MEDICAL HOLD
LD-LOCK DOWN
O-OTHER

| DATE: | | \multicolumn{30}{c|}{MEDICATION ADM. RECORD} |
|---|---|---|

**MED. ORDERS**

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

MAALOX 30cc
  PO TID/PRN
Dyspepsia x 30D

HR  START:                    STOP:

LITHIUM 300mg
  PO TID
    x 30 DAYS

A
N
P

HR  START:                    STOP:

ELAVIL 225mg
  PO QHS
    x 30 DAYS

H

HR  START:                    STOP:

HR  START:                    STOP:

HR  START:                    STOP:

START:                    STOP:

**NURSE'S SIGN./TITLE/INTIAL**

C. Carlson en, CPRN

| 1 | | 2 | | 3 | | 4 | 5 | | 6 | | 7 | 8 | 9 | | 10 | | 11 | |
| 13 | | 14 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 25 | | 26 | | 27 | 28 | 29 | 30 | 31 |

**ALLERGIES:**

NKA

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR.MTH | YEAR |
|---|---|---|---|---|
| HICKS, WILLIAM | 144 | PORFILIO | | |

1/98
DAN

MED. ADMINISTRATION RECORD

| vit.signs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B.P. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEEP-ON-PERSON MEDICATIONS:INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

PRN AND MEDICATIONS ADMINISTERED

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED DUE TO:
1. MEDICATION REFUSED BY INMATE
2. INMATE FAILED TO SHOW AT CELL DOOR
3. INMATE NOT IN CELL
4. MEDICATION OUT OF STOCK
5. SECURITY LOCK DOWN

DOCUMENTATION CODES:
DC-DISCONTINUED ORDER   R-REFUSED   S-SELF ADMINISTERED
DO-DOSE OMITTED         C-COURT     NS-NO SHOW
H-MEDICAL HOLD
LD-LOCK DOWN
O-OTHER

## MEDICATION ADM. RECORD

| DATE: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MED. ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Li CO3 300 mg PO**
**TID x 30 days**
*(illegible) 4/98*

HR  START: 5/1/98   STOP: 5/10/98  6/31

**Elavil 225 mg**
**PO Qhs x 30 days**

HR  START: 5/1/98   STOP: 5/31/98

**Tylenol ii tabs PO**
**TID x 30 days**

HR  START: 3-3-98   STOP: 6-2-98

**Midrin ii tabs PO**
**TID x 90 days**

HR  START: 3-3-98   STOP: 6-2-98

**Maalox 30cc**
**PO tid**
**x 30 days**

HR  START: 5-1-98   STOP: 5-30-98

*rel 6/9/98*
*OB 18/9/98*

START: 5/1/98   STOP: 5/31/98

| NURSE'S SIGN./TITLE/INITIAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 1 3 | 1 4 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Auburdens RN - as
Amanda N
Rollen Allen LPN 7A
Susan Abraham RN SH

| ALLERGIES: NKA | 2 5 | 2 6 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR. MTH | YEAR |
|---|---|---|---|---|

*Informed Consent signed    Hx Psych*
BS9717076   9/19/63
Hicks William   12.14y   Perfilio   5/98

INFORMED CONSENT
SIGNED

MED. ADMINISTRATION RECORD

| vit.signs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B.P. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEEP-ON-PERSON MEDICATIONS:INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

PRN AND MEDICATIONS ADMINISTERED

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED DUE TO:
1.  MEDICATION REFUSED BY INMATE
2.  INMATE FAILED TO SHOW AT CELL DOOR
3.  INMATE NOT IN CELL.
4.  MEDICATION OUT OF STOCK
5.  SECURITY LOCK DOWN

DOCUMENTATION CODES:
DC–DISCONTINUED ORDER   R–REFUSED   S–SELF ADMINISTERED
DO–DOSE OMITTED              C–COURT      NS–NO SHOW
H–MEDICAL HOLD
LD–LOCK DOWN
O–OTHER

**MEDICATION ADM. RECORD**

DATE: 5-5-98

| MED. ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 2 tabs po tid x 90d | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HR | START: 3-3-98 | | | | | | | | STOP: 6/3/98 | | | | | | | | | | | | | | | | | | | | | |
| Midrin II caps po tid x 90d | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HR | START: 3-3-98 | | | | | | | | STOP: 6 3 98 | | | | | | | | | | | | | | | | | | | | | |
| Lithium 300mg PO Tid x30days | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HR | START: 6/2/98 | | | | | | | | STOP: 7/1 | | | | | | | | | | | | | | | | | | | | | |
| Elanel 225mg PO QH8 | QH8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HR | START: 6/2/98 | | | | | | | | STOP: 7/1 | | | | | | | | | | | | | | | | | | | | | |
| Maalox 30cc PO Tid PRN x 30days | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HR | START: 6/2/98 | | | | | | | | STOP: 7/1 | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HR | START: | | | | | | | | STOP: | | | | | | | | | | | | | | | | | | | | | |

| NURSE'S SIGN./TITLE/INTIAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Neela Rebello Rn | | | | | | | | | | | | |
| C. Sebreryn DPV | | | | | | | | | | | | |

| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

ALLERGIES: NKA

| | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR.MTH | YEAR |
|---|---|---|---|---|
| Hicks William FL9717026 DOB 9-19-63 | 1244 NBB | Perfilio O'Connor | 6 | 98 |

INFORMED CONSENT SIGNED

MARIA BIRCHETTE, RN
NBB

MED. ADMINISTRATION RECORD

| vit.signs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B.P. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

KEEP-ON-PERSON MEDICATIONS:INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

MEDICATION:

# OF PILLS:

START/STOP DATES:

NURSE SIGNATURE:

INMATE SIGNATURE:

PRN AND MEDICATIONS ADMINISTERED

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED

| DATE | HOUR | INITIAL | MEDICATION | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

MEDICATIONS NOT ADMINISTERED DUE TO:
1. MEDICATION REFUSED BY INMATE
2. INMATE FAILED TO SHOW AT CELL DOOR
3. INMATE NOT IN CELL
4. MEDICATION OUT OF STOCK
5. SECURITY LOCK DOWN

DOCUMENTATION CODES:
DC-DISCONTINUED ORDER   R-REFUSED   S-SELF ADMINISTERED
DO-DOSE OMITTED          C-COURT     NS-NO SHOW
H-MEDICAL HOLD
LD-LOCK DOWN
O-OTHER



DELLA RICHARDSON, LPN
MBDC

PROPOXY-N/APAP 100-650 TA.

CONTRACT PHARMACY SERVICES • 124 Turnpike St., Suite 4 • W. Bridgewater, MA 02324 • 508-584-1330

HICKS, WILLIAM 121H4  9514533BS
RX 679795    CG    QT   12
2 TABS ORALLY THREE TIMES A
DAY  X 7 DAYS

START 02/29/96  STOP 03/06/96
PROPOXY-N/APAP 100-650 TAB      LEM
DARVOCET-N 100  CHATFIELD,

# INDIVIDUAL NARCOTIC RECORD

| Patient No. | |
| Room | |

Ordered by Physician: *Chatfield*

| Date Received | Quantity Received |
| 2/29/96 C. | 30 |

| | Date | Time | Dose | Oral or other | Adm. By Nurse-Sign. | Amount Remaining | Balance Checked by | Balance Checked by | Date | Balance Counted |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 3/13 | A | | PO | Butt | 29 | | | | |
| 29 | 3/13 | N | | PU | Butt | 28 | | | | |
| 28 | 3/14 | A | | PO | Batt | 27 | | | | |
| 27 | 3/14 | N | | PO | Butt | 26 | | | | |
| 26 | 3/14 | T | wasted | | D'Elia | 25 | | | | |
| 25 | 3/14 | P | T | | D'Elia | 24 | | | | |
| 24 | 3/15 | P | T | PO | D'Elia | 23 | | | | |
| 23 | 3/16 | A | T | PO | Hohnen | 22 | | | | |
| 22 | 3/16 | Pn | T | PO | Hohnen LPN | 21 | | | | |
| 21 | 3/16 | P | T | PO | Hohnen | 20 | | | | |
| 20 | 3/18 | A | T | PO | Hohnen | 19 | | | | |
| 19 | 3/18 | P | T | P: | Hohnen LPN | 18 | | | | |
| 18 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 1 | | | | | | | | | | |

## DISPOSITION OF UNUSED DRUG

Date of Discontinuance _____  Amount Remaining _____

Disposition _____

Date of Disposition _____

Authorized Signature _____

# E.M.S.A./B.S.O.
## LABORATORY REPORTS DISPLAY SHEET

ATTACH LAST REPORT WITH TOP AT THIS LINE!

ATTACH NEW REPORT HERE AND SUCCEEDING ONES AT RIGHT LEVEL

| EPSDT ☐ | Family Planning 1st or Ann. Visit ☐ | Medicare No. | | |
|---|---|---|---|---|
| Social Security No. | | Medicaid No. | | |

Patient's Name, Last, First, Middle    *Hicks, William*    Other Health Insurance

Street and Number

| Town | | State | Zip Code |
|---|---|---|---|

Date of Birth *9-11-63*   Race *W*   Sex *M*   Program Component *BS 9514533*

SEND REPORT TO: Provider No.

Dr.

Address

City                State    Zip Code

STATE OF FLORIDA • DEPT. OF HEALTH AND REHABILITATIVE SERVICES
OFFICE OF LABORATORY SERVICES

**SEROLOGY SYPHILIS**
HRS Form 552, Dec 88
(Replaces Feb 87 edition)

| Date Collected *8-15-95* | Date Reported |
|---|---|

SPECIMEN
Blood ☒
Syphilis susp. ☐
CSF ☐

Test Requested
Syphilis Serology ☒
Prenatal Profile ☐
Rh ☐
Other _____

PROCEDURE CODE
☐ 86592 STS QUAL
☐ 86593 STS QUANT
☐ 86650 FTA
☐ 86662 Microhemag.
☐ 86060 ABO-Typing
☐ 86160 Rh Type
☐ 86095 Rho/Du
☐ 86016 Antibody Screen

M.D. INITIAL

(DO NOT WRITE HERE)
Provider No. 302805

101 0008204

Aug 16 95 053 015

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN

LABORATORY FINDINGS
Syphilis Test Results
DATE

SYPHILIS SEROLOGY
NONREACTIVE

Rh positive ☐ Date _____    Rh No.

PATIENT'S IDENTIFICATION (Name-Last, First, Middle;Race/Sex;Number)
BSO

*Hicks, William    W/M    BS 9514533*

PATIENT _____  DATE _____

ADDRESS _BS951453_____  AGE _31_  SEX _M_

_____  HEIGHT _6'1"_  WEIGHT _190_

TELEPHONE NO. _____  BUILD { LINEAR _____
                                      INTERMEDIATE _____
                                      LATERAL _____

OCCUPATION _____  BLOOD PRESSURE _____

DOCTOR(S) _MARTIN_

HISTORY _____

MEDICATION _Psych med_

PATIENT POS. _____  P WAVES _____

AURIC. RATE _____  T WAVES _____

VENT. RATE _____  S-T SEGMENT _____

P-R INTERVAL _____  RHYTHM _____

QRS INTERVAL _____  ELEC. AXIS _____

Q-T INTERVAL _____  ELEC. POSITION _____

☑ OK TO FILE
  M.D. INITIAL _____  DATE _____
  MANUELA F. DECESPEDES, M.D.  8-16-98
  S.F.R.C.

☐ PULL CHART
  FOLLOW UP

☐ NO FURTHER ACTION
  M.D. INITIAL _____  DATE _____

DIAGNOSTICS ECG ANALYSIS REPORT

WILLIAM BS951453

31 YRS  6'  1"  190 LBS  BP: NORMAL
CLINICAL PHYS. EXAM.

ATT AND RATE RANGE
  L87MIN  55- 59

2140  RATE UNDER 60          SINUS BRADYCARDIA
5003  ST ELEVATION, R-T VARI AND    EARLY REPOLARIZATION
      REPORT MUST BE CORRELATED WITH CLINICAL DATA BY A PHYSICIAN

## PRN MEDICATION NOTES

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|------|------|---------|------------|--------|--------|
| 5/1 | 10A | MA | Flexeril | muscle | |
| 5/1 | 10A | MA | Midrin | migraine | |
| 5/1 | P | AT | Flexeril | muscle | |
| 5/1 | P | AT | Midrin | migraine | |
| 5/2 | 10A | MA | Flexeril | muscle | |
| 5/2 | 10A | MA | Midrin | migraine | |
| 5/2 | P | AT | Midrin | migraine | |
| 5/4 | 8P | MA | Flexeril | muscle | |
| 5/4 | 8P | MA | Midrin | migraine | |
| 5/4 | 8P | MA | Flexeril | muscle | |
| 5/5 | 1P | MA | Flexeril | muscle | |
| 5/5 | 1P | MA | Midrin | migraine | |
| 5/6 | 8A | MA | Flexeril | muscle | |
| 5/6 | 8A | MA | Midrin | migraine | |
| 5/6 | 1P | MA | Flexeril | muscle | |
| 5/10 | 9P | W | Flexeril / Midrin | pain / muscle | |
| 5/7 | 10A | MA | Flexeril | muscle | |
| 5/7 | 10A | MA | Midrin | migraine | |
| 5/7 | P | AT | Midrin / Flexeril | migraine / pain | |
| 5/8 | 10A | MA | Midrin | migraine | |
| 5/8 | 9A | MA | Flexeril | muscle | |

PATIENT'S NAME

Medication Not Administered Due To:
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

## PRN MEDICATION NOTES

Medication Not Administered Due To:
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

PATIENT'S NAME

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|------|------|---------|------------|--------|--------|
| 5/1 | 1P | MA | Midrin | migraine | |
| 5/15 | 10A | MA | Flexeril | muscle | |
| 5/16 | 10A | W | Midrin | OLD HA | |
| 5/16 | 10A | MA | Flexeril | muscle | |
| 5/13 | 9A | MA | Midrin | migraine | |
| 5/16 | 8A | MA | Flexeril | muscle | |
| 5/12 | P | AT | Midrin / Flexeril | muscle / pain | |
| 5/10 | 1P | MA | Flexeril | anxious | |
| 5/10 | 1P | | | pain | |
| 5/10 | 9A | AT | Flexeril / Midrin | pain | |
| 5/6 | P | AT | Midrin | pain | |
| 5/9 | MA | | Flexeril | muscle | |
| 5/13 | MA | | Flexeril | muscle | |
| 5/9 | 10A | MA | Midrin | migraine | |

702 . Hicks, Willia .

# PRN MEDICATION NOTES

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|---|---|---|---|---|---|
| 5/18 | 10A | MR | Midrin | Migraine | |
| 5/18 | 10A | MR | Flexeril | muscle | |
| 5/18 | 7P | [illegible] | Flexeril / Midrin | migraine / muscle | |
| 5/19 | 7P | AR | Midrin | Migraine | |
| 5/19 | 7P | MR | Midrin | migraine | |
| 5/20 | 9A | MR | Midrin | Migraine | |
| 5/20 | P | 97 | Midrin/Flexeril | pain | |
| 5/21 | P | 97 | Midrin | migraine | |
| 5/21 | P | 97 | Flexeril | muscle | |
| 5/21 | P | MR | Midrin | Migraine | |
| 5/22 | 9A | MR | Flexeril | muscle | |
| 5/22 | P | 97 | Flexeril | muscle | |
| 5/22 | P | 97 | Midrin | migraine | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PATIENT'S NAME

Medication Not Administered Due To:
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

Medication Not Administered Due To:
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

PATIENT'S NAME

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|---|---|---|---|---|---|
| | | | | | |

PRN MEDICATION NOTES

EXHIBIT
Composite
1
11-13-01 SC

**EM_A CORRECTIONAL CARE**

30 of 50

# NON-FORMULARY REQUEST FORM

NAME OF FACILITY: _MJB_

TELEPHONE NUMBER: _954·831·5859_   DATE: _5.23.97_

## NON-FORMULARY MEDICATION REQUEST

PATIENT NAME: _Hicks, William_      _BS9717076_

DRUG NAME: _flexeril_

DOSAGE SCHEDULE: _10 mg po TID PRN x 3 wks_

JUSTIFICATION: _good med_          _UKN_

_/ D1 Decker_  M.D.
Signature of Prescriber

DR. WILLIAM T. HAECK
MEDICAL DIRECTOR
Signature of Reviewer

Date                              Date

pproved _____    Not Approved _____

                            Drug Recommended _____

4/93

## EMSA CORRECTIONAL CARE

### MEDICAL OBSERVATION SHEET
#### SEGREGATION / ISOLATION

Name: Hicks, William     ID#: B595/4583  D.O.B. 9-10-63

| DATE | TIME | DESCRIBE CURRENT CONDITION: (Awake, Sleeping, Agitated, Talkative, Hostile, O.K., Happy, Depressed, Very Quiet, etc.) | ANY VERBAL HEALTH COMPLAINTS AS STATED BY INMATE | ANY SIGNIFICANT PHYSICAL FINDINGS | SIGNATURE |
|---|---|---|---|---|---|
| 7/3/96 | 5P | Took Meds as ordered O.K. Quiet | none | none | |
| 7/5/96 | 5P | Running in place, talked, notes on note that's a go ordered. O.K. | none | none | |
| 7/6/96 | 4P | Gave meds as ordered. Quiet | — | — | |
| 7/9/96 | 5P | Resting quietly on bunk. O.K. | none | none | |
| 7/10/96 | 5P | Standing at cell door, Quiet | ∅ | ∅ | |
| 7/11/96 | 4P | No complaints | ∅ | ∅ | |
| 7/15/96 | 4P | Sitting on bunk. | ∅ | ∅ | |
| 7/15/96 | 4P | Standing by friends | ∅ | ∅ | |
| 7/16/96 | 4P | Sleeping at cell door | ∅ | ∅ | |
| 7/17/96 | 5P | Took Meds as ordered O.K. Quiet | none | none | |
| 7/19/96 | 4P | Standing at cell door | ∅ | ∅ | |
| 7/20/96 | 4P | No complaint | — | — | |
| 7/23/96 | 5P | Took Meds as ordered O.K. Quiet | none | none | |
| 7/26/96 | 5P | Sitting by bunk, Quiet | ∅ | ∅ | |
| 7/29/96 | 4P | lying on bunk, Quiet | ∅ | ∅ | |

UPON COMPLETION, PLACE IN MEDICAL RECORDS

702 Hicks, William

## PRN MEDICATION NOTES

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|---|---|---|---|---|---|
| 5/18 | 10A | MR | Midrin | Migraine | |
| 5/18 | 10A | MR | Flexeril | muscle | |
| 5/18 | 7P | [illegible] | Flexeril / Midrin | migraine / muscle | |
| 5/19 | 1P | MR | Midrin | Migraine | |
| 5/19 | 7P | MR | Midrin | Migraine | |
| 5/20 | 9A | MR | Midrin | Migraine | |
| 5/20 | P | 91 | midrin/Flexeril | pain | |
| 5/21 | P | 91 | midrin | migraine | |
| 5/21 | P | 91 | Flexeril | muscle | |
| 5/21 | P | MR | Midrin | Migraine | |
| 5/22 | 9A | MR | Flexeril | Muscle | |
| 5/22 | P | 91 | Flexeril | muscle | |
| 5/22 | P | 91 | midrin | migraine | |

PATIENT'S NAME

Medication Not Administered Due To
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

PATIENT'S NAME

Medication Not Administered Due To.
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|---|---|---|---|---|---|

PRN MEDICATION NOTES

ADVANTAGE FILING SYSTEMS
FT. LAUDERDALE, FL
(954) 970-3333


ADMISSIONS

CHART

CO0722A 10/94

POMPANO BEACH MEDICAL CENTER
600 SW THIRD STREET
POMPANO BEACH, FLORIDA 33060

☐ Checked CBS for existing account

| Patient Number | Room/Location | Admit Date | Admit Time | Admit Status | Type | FC | Smoke | Date Prev. Admit | Medical Records No. |
|---|---|---|---|---|---|---|---|---|---|
| N956530907 | DS | | | PRE SDC | SDC | 07 | N | | NC00016140 |

| Patient Name and Address | S.S. Number | Maiden Name | Age | Date of Birth | Sex | Marital Status |
|---|---|---|---|---|---|---|
| HICK,WILLIAM BRO CO JAIL XXXXX,FL 33333 | 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 | | 33 | 09/10/63 | M | UNKNOWN |

| Physician No. | Physician Name | Phone | Spouse's Name | Race | Dept | Pre-Admit No. | Admit No. |
|---|---|---|---|---|---|---|---|
| 0726 | Gupta,Subhash | 954999999999 | | O | | | |

| Patient's Employer | Religion | Church | Source of Admission |
|---|---|---|---|
| UNKNOWN | CATHOLIC | | PR |

Next of Kin ___ Relation ___ Nature of Accident ___ Where ___ Date ___ Time

| Guarantor Name and Address | Relation | Guarantor Employer | Phone |
|---|---|---|---|
| HICK,WILLIAM BRO CO JAIL XXXXX,FL 33333 | 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 SA 954999999999 | UNKNOWN | |

| Carrier No. | Name | Insured | Birth Mo/Day | Relation | Effective Date | Group No. | Cert. No. | Policy HLD | Credit Cost |
|---|---|---|---|---|---|---|---|---|---|
| N.EMSAEMSA | | HICK,WILLIAM | 09/1060 | | | XXX | 324661506 | | |

| Admission Diagnosis | Admission Orders |
|---|---|
| GASTRO | |

Comments

DAY SURGERY 11/6/96 DR GUPTA

| Pre-Certification No. | | DRG |
|---|---|---|
| 96991 | | GAS |

| Principal Diagnosis | Code |
|---|---|
| | 530.40 530.60 |

| Secondary Diagnosis/Complications/Adverse Drug Reactions | Code |
|---|---|
| | |

| Principal Operation/Procedure | |
|---|---|
| | |

| Secondary Operations/Procedures | Code |
|---|---|
| | 45.16 43239 |

| Discharge Date | Consult | |
|---|---|---|
| Discharge Time | | I certify that the narrative descriptions of the principal and secondary diagnoses and the major procedures performed are accurate and complete to the best of my knowledge. |

DISCHARGE DISPOSITION ▷

☐ Home  ☐ AMA  ☐ Short Term Acute Hosp.  ☐ SNF
☐ Home Health Care Facility  ☐ Expired  ☐ Autopsy
☐ Home Health Care Service  ☐ ICF  ☐ Psych. Facility
☐ Rehab. Facility  ☐ Other ___

Signature of Attending Physician ___ Date ___

POMPANO BEACH MEDICAL CENTER          NAME: HICK,WILLIAM
600 S.W. THIRD STREET                 PHYS: Gupta,Subhash
POMPANO BEACH, FL  33060              DOB: 09/10/63   AGE: 33    SEX: M
                                      ACCT: N00956554262 LOCATION: N.RAD
                                      EXAM DATE: 11/27/96 STATUS: OUT
                                      RADIOLOGY NO: 24661906
                                      UNIT NO: N000016140


     EXAMS. CT FACIAL BONES W/O CONTRAST, CT ORBITS W/O CONTRAST,
          CT ORBIT CORONAL VIEW

C T. SCAN OF THE FACIAL BONES.

MULTIPLE THIN CORONAL AND AXIAL COMPUTERIZED TOMOGRAPHIC SECTIONS OF
THE FACIAL BONES AE OBTAINED.  THERE IS A SMALL CRACK IN THE LATERAL
WALL OF THE RIGHT MAXILLAY SINUS.  THERE ARE NO AIR FLUID LEVELS IN
THE RIGHT MAXILLARY SINUS.  THE REMAINDER OF THE WALLS OF THE RIGHT
MAXILLARY SINUS, AS WELL AS THE BONY ORBITS APPEAR NORMAL   THE RIGHT
TEMPOROMANDIBULAR JOINT APPEARS NORMAL.  THE RIGHT ZYGOMATIC ARCH
APPEARS NORMAL.

IMPRESSION:

SMALL CRACK IN THE LATERAL WALL OF THE RIGHT MAXILLARY SINUS OTHERWISE
NORMAL EXAMINATION


          ** REPORT SIGNATURE ON FILE 11/28/96 **
          REPORTED BY: STEPHEN EDELSTEIN, M.D.
          SIGNED BY   EDELSTEIN,STEVEN



**EMSA** *CORRECTIONAL CARE*

## MEDICAL INFORMATION TRANSFER FORM

### *Confidential Medical Data*

To: *Florida State Hospital*
(Agency)

_____
(Address)

_____

From:

_____
(Institution)

_____
(Address)

( ____ ) _____
(Telephone)

Inmate's Name: *Hicks, William*

a/k/a: _____

D.O.B.: *9/10/63*   ID# *B595 10533*

**Person Completing Form**

Print Name: _____

Signature: *D. George RN*

Date: *4/11/97*

---

| MEDICAL PROBLEM(S) | TREATMENTS/MEDICATIONS |
|---|---|
| *Hx TdyoH* | *Motrin po prn* |
| *Hx crack abuse* | *Percocet N 10-0mg THD* |
| *Hx painful (R) jaw* | *Amoxil 10 mg po prn* |

---

**Allergies:** *NKA*

**Pregnant:**   Yes   No   Unknown

**Other Lab Data:**

**TB Skin Test:** NEG   POS   Date _____
**CXR:** NEG   POS   Date _____

| Test | | | Treated | Date |
|---|---|---|---|---|
| RPR: | NEG | POS | Yes No | _____ |
| VDRL: | NEG | POS | Yes No | _____ |
| GC: | NEG | POS | Yes No | _____ |
| Other: | _____ | | Yes No | |

**UPPER ENDO**

| | | |
|---|---|---|
| NAME | AGE | SEX |

HICK, WILLIAM
N009565530907
GUPTA, SUBHASH
N000016140    33   M
S1506

HOSPITAL #          ROOM #

PHYSICIAN

TIME STARTED          TIME FINISHED

DATE *11-7-96*    PROCEDURE *EGD/Bx*

INDICATIONS FOR ENDOSCOPY:

*Abd Pn  Epigastric Pn  R/o PUD/Gastr*

PHYSICAL EXAM:

HEART: *reg NSR  No (S)R*

LUNGS: *Clear*

ABD: *soft R.Epigastric tndr  No Rebd No Grd*

MEDICATION· PRE OP          DURING PROCEDURE:

FINDINGS:

DIAGNOSTIC IMPRESSION:

ASSISTING NURSE          PROCEDURE BY

*11-7-96*

**Pompano Beach Medical Center**
**GI STATION**
WHITE - CHART    YELLOW - PHYSICIAN    PINK - G.I.

0913012 4/92

MEDICAL CENTER
POMPANO BEACH, FL

PATIENT NAME:        HICKS, WILLIAM
ROOM NO.:
MR NUMBER:
ADMITTED:            11/07/96

DATE OF PROCEDURE:        11/07/96

NAME OF PROCEDURE:        Upper G.I. Endoscopy with Bsy

SURGEON:                  Subhash Gupta, M.D.

ASSISTANT:                Diane Reid Thomas

ANESTHESIA:               Demerol 50 mg. and Versed mg. I.V.
                          during the procedure u monitored
                          conditions

INDICATIONS:    Referred by Dr. Davis with chie plaint or
                possibility of ulcer disease, treat h Tagamet.

DESCRIPTION OF PROCEDURE:

The patient received Demerol 50 mg. and Versed 1 I.V. during
the procedure under monitored conditions.

Physical examination was performed.  The patie s alert and
oriented with persistent abdominal discomfort r umbilical
epigastric pain.  Referred by Dr. Davis with c complaint of
possibility of ulcer disease, treated with Tagam

Lungs: Clear.  Heart: S1,S2 audible; no murmur, op or rub.

Risks, benefits, and alternatives were discussed n the patient.

After abolishing the gag reflex with Cetacaine ray, the video
scope was passed very gently from the oroph nx, esophagus,
gastroesophageal junction and stomach. Retrofle n of the fundus
area, passed through pylorus, bulb, duodenum and loop area.

CONTINUED.:...

OPERATIVE REPORT
PAGE 1

# POMPANO BEACH MEDICAL CENTER

POMPANO BEACH, FL.

PATIENT NAME:          HICKS, WILLIAM
DICTATING PHYSICIAN:   Subhash Gupta, M.D.

FINDINGS AS FOLLOWS:

The patient's gastroesophageal junction is 41 cms. No varices. No Mallory-Weiss tear. Unremarkable esophagus.

The stomach showed diffuse gastritis mainly in the antrum area. Normal looking folds with some erosions of the antrum. Fundus was essentially unremarkable. Lesser and greater curvature were normal in configuration. Could not explain the findings with the symptoms. The patient has open pylorus, bulb, duodenum and C-loop. There was mild duodenitis. No outlet obstruction. No ulceration.

IMPRESSION:

Gastritis with antral erosion. Duodenitis.

RECOMMENDATIONS:

Carafate and H2 blockers. Biopsy will be taken for CLO-test. Further recommendations to follow.

_____
Subhash Gupta, M.D.

SG/ls  :
D: 11/07/96  T: 11/08/96 10:01 am
COPY:          Subhash Gupta, M.D. for:

CC:          Dr. Reiss

# OPERATIVE REPORT
PAGE 2

# POMPANO BEACH MEDICAL CENTER

### POMPANO BEACH, FL.

PATIENT NAME:               HICKS, WILLIAM
ROOM NO.:
MR NUMBER:
ADMITTED:                   11/07/96

REFERRING PHYSICIAN:
CONSULTING PHYSICIAN:       Subhash Gupta, M.D.
DATE OF CONSULTATION:       11/07/96

REASON FOR CONSULTATION:

The patient is seen in consultation for Dr. _____ with a
chief complaint of abdominal discomfort. Also, at one point, the
patient noticed _____ and rectal bleed but he was not sure,
complaining of abdominal pain intermittently in the peri-umbilical
area and also had some disagreement, it got worse, got beaten up
and has some facial trauma and he is unable to open his mouth and
also has some abdominal discomfort. He was referred by Dr. Davis
for diagnostic endoscopy, possibility of gastritis. The patient has
a history of nausea, vomiting and epigastric discomfort _____
but no hematemesis.

The patient had work up done by Dr. Davis. It was essentially
unremarkable according to the note that came with the patient.

ALLERGIES:

THE PATIENT DENIES ANY ALLERGIES THAT HE KNOWS OF.

PAST SURGICAL HISTORY:

No surgical intervention, except for some surgeries on his thigh.

PAST MEDICAL HISTORY:

He has some psychiatric history. At the present, he was _____ by
Dr. _____. Psychiatric history except _____ not known. He was on
anti-depressant in the past.  No history of shortness of breath,
dizziness, or loss of consciousness. No history of hypertension,
diabetes. No history of any drugs at the present time, since the
last three months.

SOCIAL HISTORY:

At the present, the patient denies any smoking or drinking for the
last 15 months.

# CONSULTATION REPORT
### PAGE 1

# POMPANO BEACH MEDICAL CENTER

POMPANO BEACH, FL.

PATIENT NAME:              HICKS, WILLIAM
DICTATING PHYSICIAN:       Subhash Gupta, M.D.


REVIEW OF SYSTEMS:

Review of systems is essentially unremarkable except for history of
present illness.


PHYSICAL EXAMINATION:

GENERAL:    Physical examination reveals the patient is alert and
oriented to time, place and person. He is in no acute distress.

NECK:    The neck is supple. No thyromegaly. Trachea is central. No
jugular venous distention.

LUNGS:    The lungs are clear bilaterally with good aeration.

HEART:    The heart reveals S1, S2 audible.   No murmurs, gallops or
rubs.   PMI is in the fifth intercostal space.

ABDOMEN:   The abdomen is soft. Epigastric tenderness. No rebound
tenderness.   Bowel sounds are positive.

EXTREMITIES:     No pedal edema.   Pedal pulses are 2+. No calf
tenderness.

RECTAL:    Rectal examination reveals no masses.   Good sphincter
tone.

VITAL SIGNS:    Temperature 97°, pulse 70, respiration 20, blood
pressure 132/56.


IMPRESSION:

Rule-out peptic ulcer disease. The patient will undergo diagnostic
gastroscopy. Further recommendations to follow. As per the outcome,
the patient was treated empirically by Dr. Davis and he was
referred to me.


_____
                                Subhash Gupta, M.D.
SG/eb  :
D: 11/07/96  T: 11/09/96 7:47 pm
cc:

# CONSULTATION REPORT
PAGE 2

POMPANO BEACH MEDICAL CENTER
600 S.W. THIRD STREET
POMPANO BEACH, FL 33060

NAME: HICK, WILLIAM
PHYS: Gupta,Subhash
DOB: 09/10/63    AGE: 33    SEX: M
ACCT: N00956554262 LOCATION: N.RAD
EXAM DATE: 11/27/96 STATUS: OUT
RADIOLOGY NO: 24661506
UNIT NO: N000016140

(FAX)
FOR DR. ELLIOTT 344-9651

EMSA
1550 BLOUNT ROAD
POMPANO BEACH, FL 33069

EXAMS: CT FACIAL BONES W/O CONTRAST, CT ORBITS W/O CONTRAST,
       CT ORBIT CORONAL VIEW

C.T. SCAN OF THE FACIAL BONES:

MULTIPLE THIN CORONAL AND AXIAL COMPUTERIZED TOMOGRAPHIC SECTIONS OF
THE FACIAL BONES ARE OBTAINED.  THERE IS A SMALL CRACK IN THE LATERAL
WALL OF THE RIGHT MAXILLARY SINUS.  THERE ARE NO AIR FLUID LEVELS IN
THE RIGHT MAXILLARY SINUS.  THE REMAINDER OF THE WALLS OF THE RIGHT
MAXILLARY SINUS, AS WELL AS THE BONY ORBITS APPEAR NORMAL.  THE RIGHT
TEMPOROMANDIBULAR JOINT APPEARS NORMAL.  THE RIGHT ZYGOMATIC ARCH
APPEARS NORMAL.

IMPRESSION:

SMALL CRACK IN THE LATERAL WALL OF THE RIGHT MAXILLARY SINUS OTHERWISE
NORMAL EXAMINATION.

                    ** REPORT SIGNATURE ON FILE 11/28/96 **
                    REPORTED BY: STEPHEN EDELSTEIN, M.D.
                    SIGNED BY:   EDELSTEIN,STEVEN

CC: EMSA

TRANSCRIBED DATE/TIME: 11/27/96 (1647)
TRANSCRIPTIONIST: NRAD.ELH
PRINTED DATE/TIME: 11/28/96 (1346)    BATCH NO: 1885

PAGE 1                              EMSA

IMAGING REPORT

**EMSA CORRECTIONAL CARE**

## CONSENT TO MEDICAL / SURGICAL / INVASIVE
## DIAGNOSTIC PROCEDURE(S)

DR. GLENN PEARSON
DENTIST

I request _____ M.D./D.O. and such associates and assistants as he/she may deem

necessary or direct to perform upon _William / Nicks_ the following procedure(s):

_local anesthesia for protection on tooth #29_

If during the course of the procedure(s), the discovery of unforeseen conditions requires, in the judgment of the persons described above, different procedure(s) than those planned, I authorize such different procedure(s) as are deemed appropriate.

I understand that no warranty or promise has been made to me regarding the outcome of the proposed procedure(s) or cure of any condition, and the risks presented by the proposed procedure(s) or cure of any conditions. The risks presented by the proposed procedure(s), have been explained to me by _____ M.D./D.O. as have been the alternatives to the procedures planned.

DR. GLENN PEARSON
DENTIST

I consent to the administration of anesthesia and to the use of such anesthetic agents and may other drugs be deemed necessary and advisable, and understand that anesthesia and other drugs presents additional risk and hazards.

I consent to the disposal of any tissues, parts, or organs which may be removed as a result of the procedure(s) authorized at above facilities.

I have been given an opportunity to ask questions about my, or the patient's condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedure(s) to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent. I have read, or have had read to me, this form and I understand its contents.

JACQUELYN D. FARRAR
Dental Assistant NBDC

| _William m Nicks_ | 8-29-96 | _J. Farrar_ | 8-29-96 | 2:30 |
|---|---|---|---|---|
| Patient | Date | Witness to Signature Only | Date | Time |

(If signed on behalf of patient, indicate relationship to patient and reason patient cannot sign form):

_____

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The patient and/or authorized person indicated here appeared to understand and consented to the procedures described.

DR. GLENN PEARSON
DENTIST

| | 8-29-96 | 2:30 | A.M. / P.M. |
|---|---|---|---|
| Physician's Signature | Date | | |

**EMSA** *CORRECTIONAL CARE*

## CONSENT TO MEDICAL / SURGICAL / INVASIVE
## DIAGNOSTIC PROCEDURE(S)

I request ___DR. GLENN PEARSON___ ___DENTIST___ ___ M.D./D.O. and such associates and assistants as he/she may deem

necessary or direct to perform upon _William Dicks_ the following procedure(s):

_extraction of tooth #29 with local anesthesia_

If during the course of the procedure(s), the discovery of unforeseen conditions requires, in the judgment of the persons described above, different procedure(s) than those planned, I authorize such different procedure(s) as are deemed appropriate.

I understand that no warranty or promise has been made to me regarding the outcome of the proposed procedure(s) or cure of any condition, and the risks presented by the proposed procedure(s) or cure of any conditions. The risks presented by the proposed procedure(s), have been explained to me by _____ M.D./D.O. as have been the alternatives to the procedures planned.

DR. GLENN PEARSON
I consent to the administration of anesthesia and to the use of such anesthetic agents and as may other drugs be deemed necessary and advisable, and understand that anesthesia and other drugs presents additional risk and hazards.

I consent to the disposal of any tissues, parts, or organs which may be removed as a result of the procedure(s) authorized at above facilities.

I have been given an opportunity to ask questions about my, or the patient's condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedure(s) to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent. I have read, or have had read to me, this form and I understand its contents.

| _William m Dicks_ | _12 20 96_ | JACQUELYN D. FARRAR Dental Assistant /EMSA _____ | _12.20.96_ | _2:15_ |
|---|---|---|---|---|
| Patient | Date | Witness to Signature Only | Date | Time |

(If signed on behalf of patient, indicate relationship to patient and reason patient cannot sign form):

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The patient and/or authorized person indicated here appeared to understand and consented to the procedures described.

_____ DR. GLENN PEARSON DENTIST

Physician's Signature

_12.20.96_    _2:15_

A.M.
**P.M.**

Date

# INTEROFFICE TRANSMITTAL  SEP 97    ⁻  59

TO: _Stan Holmes_                    Date _9/23_ /97

**FROM:** Marie Hall, Administrative Manager
Department of Corrections and Rehabilitation

\*\*\*\*\*\*\*\*\*

FYI
Per Your Request
_Please handle._

Thanks.

To Susan McCampbell,                    A.S.A.P        9-19-97

MRS. McCampbell, I wrote you a Letter on 9-11-97 explaining the abuse I have recieved over 18 months which your aware of. I asked to be placed with a person who could advocate on my behalf ad as of yet I have not recieved that person. I have a big problem with medical corruption on behalf of EMSA ad B.S.O. AS OF 9-17-97 I did speak to Kevin Jorgenson at 9:00 am in medical. I explained the simple part which he didit want to really hear "don't want to be involved" but I did recieve proper pain meds ad Doctor had ordered me to 7-D-7 Single cell For medical reasons which was caused By B.S.O ad EMSA. I was moved the same night which was great. But Now read on."

"Before I Left old cell 7-B-2 the noise ad assaults was to much For me to handle."

I suffer severe head trauma which you ad all at both jails are aware of "pluss county commissioners also m. I suffer still twice as much in pain not from single cell But Fran trauma."

Today on 9-18-97 at 3:15 pm the Shift change a black male deputy comes into 7-D-2 ad tells people on 95 "Floor" to move into a room which all these Beds have one in each room ad holds one person with out cause For Fights. He then points up to me as I'm in my room in Room Two ad states you are to move to room Four which's a person on Bed already ad to move on Floor "me" He states this room belongs to one of their clicks "Home Boys", I said I was moved here From a cell with a bed For medical reasons ad this Black male deputy states who do you think you are "special" I said No But I have no reason to move here and to now be placed in a one man cell with another person and I would sleep on Floor. He Said "you will move now or else" you know I got up set do to these threats ad so I said I wont move into a room made For person with one Bed. He then states in a threat you are to recieve a DR and your going to Be Forced to move into what I say you are. I said Sir, I'm not going to move into a situation where I have head trauma already and I came From a place where I had a Bed already. He Says "Say your not going to Listen "your Bucking" ad I Said I'm not" He said say you are So I can just go get back up ad lock you down ad DR you. I Said I Like to speak to Sgt ad he refused which I saw male

Deputy Troy Behavior moves. I spoke nicely ad stood
till I take the DR grace fully ad he said, "You will not have a
choice as your getting Both."
In field of threats, ad tired of abuse ad tired of threats
of abuse, its ad Im tired of these rocky chapters threatning
ad treating me with no respect like Im a fuck ing
Piece of Shit?.
IVE Seen enough abuse its ad abuse By these deputy
who are subpoen to protect us ad insure our rights ann
the 26 months in Jail that it makes me want to throw
up ad makes me Shake. I spent a half of year in lock-
Down over Bogus DR's which was all proven to violate
my rights. I gonna about $150,000 worth as to 1683
FLA fed. Civ Rules.

Please Be advised that I asked For these things @ to
receive medical of medication For Pain @ to Be in a non
violent quiet cell So I can Focus on my trial in 2002.
To adjust you Lives now medical.
I'm being given chest pains come around my heart then
the abuse ad Stress, were I was found incompleted it to abuse.

THIS Deputy's threats have pushed me over the Line"
You all Start this fuckin mess ad Blame me, all treat
me like I'm one of your peers, my family is just coparutu
If not then.
I Con't Handle the abuse no more, why don't you
just kill me ad get it done with plea.
I Fee death every day at DSO heads SO JUST
fucking Do it.
THIS Deputy's Name is, "pretty sure Deputy mc cloun
Black neele on Shift change.
MrS. williams SST is a nice person By the way."
I ask you to SEND me medicate person now please
"Q's Now theres two people in one cell, DS15 brothere hiro
Benard William in Hirts DS97-12076 ois 8595-14533
M-Gail 7-D-7 Jillian in Hirts

Emotionally "mentally" physicily cant handle my more"

"Picture a babys crib" Place another child in the crib plus another child



TO

Susan McCampbell

OFFICE OF the Sheriff

Broward county

Post Office Box 9507

Fort Lauderdale, FL 33310

Private
mail

A.S.AP

William m Hicks
BS97-77076
m-Jail
PO BOX 9356
FHL, FL 33310

Hicks m William

William m Hicks

SEALED

Private
mail

RECYCLED

**EMS CORRECTIONAL CARE**

BMJ
_____
Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William Hicks_    ID#: _655517533_    D.O.B _9-10-63_

Date(s) of Treatment: From _8-7-75_    To _Present_

Type of Information Requested: _X Rays, health records_
_____

Reason for Information: _To evaluate for treatment_
_____

Authorized Person(s) Company: _M Elliot_
_____

I hereby authorize the Medical Record Department at _Broward County Jail_
to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William M Hick._    _(signature)_
Patient Signature    Witness Signature

_2-14-96_  _1:40 pm_    _2-14-96_
Date and Time    Date and Time

Por este medio autorizo al Departamento de Historia Clínica de _____
a ceder a la entidad mencionada arriba la información especificada en esta forma. Entiendo que una vez que dicha información haya sido obtenida el Departamento de Corrección, EMSA Correctional Care, y sus empleados no serán responsables por la información cedida. Además yo exonero al Departamento de Corrección, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligación que pudiera presentarse a consecuencia de esta autorización.

Esta autorización caducará a los sesenta (60) días de la fecha en que fue firmada.

_____    _____
Firma de Paciente    Firma del Testigo

_____    _____
Fecha and Hora    Fecha and Hora

[✓] 17th Judicial Circuit in and for Broward County
[ ] In the County Court in and for Broward County

**CLOCK IN**

DIVISION:
[ ] CRIMINAL
[ ] TRAFFIC
[ ] OTHER

**ORDER**

THE STATE OF FLORIDA VS. *Hicks, William*

PLAINTIFF    *HS95 14533*    DEFENDANT

CASE NUMBER

*95 13759 CF10A*

CHARGE
1. Murder
2. Burglary struct / AssH / Batt
3. Robbery

IT is hereby ordered that William Hicks be evaluated and seen by appropriate medical personnel in the Broward County Jail for present medical concerns.

DONE AND ORDERED THIS ___27___ DAY OF ___March___ 19_97_ IN

BROWARD COUNTY, FLORIDA

CC: ENSA
Clerk

*James J. Cohn*
JUDGE
Cohn

98 MAR 27 PM 6: 01

COPIES:    BSO  -  SAO

B595-14533    02
7AE28

FORM #CC-252
REVISED 10/90



CORAL SPRINGS
ORAL AND
MAXILLOFACIAL
SURGERY ASSOCIATES

Charles D. Russo, D.M.D.
Jeffrey F. Elliot, D.M.D.

Diplomates, American Board of Oral & Maxillofacial Surgery

William Hicks
Date of Birth 9/10/63
Date of Visit 11/02/96
Date of C-T Exam 11/27/96

CC:    This 33 yo w. male presents with a chief complaint of persistent pain in his "TMJ".
HPI: Patient was in his usual state of health when he allegedly was involved in interpersonal violence on 2/7/96. He was evaluated by "some MD's" and told that he had fractures. These fractures were allegedly not treated.
PMH: + MVP, + chest pains, + stomach ulcer, + mental health problems
        Meds: sinequan
        Alcohol: denies Cigarettes: denies            Drugs: denies

CE: Well nourished w. male looking stage age.
Alert and oriented x3. Cranial nerves II-XII grossly intact. + paresthesia right infraorbital nerve. No other facial paresthesia noted.
        Interincisal opening 38mm, with slight deviation to the right. No clicking, popping, crepitus noted in either right or left TMJs. Left and right lateral excursions were unrestricted to 10mm. Protrusive was noted to be 8mm. The mandible is grossly intact without stepping, segmental mobility or tenderness. No gross entrapment of right coronoid process. No pain on loading TMJs. No pain on palpation of TMJs.
        Maxilla is non-mobile. + Stepping with some tenderness right lateral wall of maxilla(maxillary sinus.) Stepping noted right zygomatic arch. Infraorbital rims are continuous without tenderness.
        Patient is partially edentulous without gross dental pathology.
        Radiographs: C-T exam is remarkable for small break in the right posterior lateral wall of the maxillary sinus. There is no fluid accumulation or gross thickening of either the right of left sinus membranes. The condyles appear normal. A panoramic radiograph also suggests no old or new fractures of the mandible.

Impression: 33 y.o. male s/p trauma with residual defect maxillary sinus. There is no evidence of TMJ pathology at this time. Patient's limited opening and complaint of discomfort may be due to scar tissue from original injury. Non-surgical physical therapy may help

2801 University Drive, Suite 102 ● Coral Springs, FL 33065 ● (954) 752-1045 ● Fax (954) 344-9651

WILLIAM M. HICKS
  plaintiff

VS.

  RON COCHRAN, ET. AL
   defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE #96-6496-CIV-UNGARO-BENAGES
MAGISTRATE JUDGE SORRENTINO

### MOTION FOR RELEASE OF ALL MEDICAL RECORDS AND X-RAYS

    Now comes the plaintiff, William M. hicks and respectfully pays unto this HONORABLE court to allow for release of all medical records and x-rays taken at the main jail and N.B.D.C. jail.

1) All medical records from the main jail 8/7/95 to 8/30/96

2) All medical records from the N.B.D.C jail 8/7/95 to 8/30/96

3) All x-rays of head and jaw taken on 2/8/96 to 5/8/96 from the main jail.

4) All x-rays of the head and jaw taken on 2/8/96 to 5/8/96 from the N.B.D.C.

    You are futher requested not to furnish information to any insurance adjuster or other person without written authority.

### ALL PRIOR AUTHORIZATION IS HEREBY CANCELLED:***

    *** FLORIDA STATUTES , Chapter 455, Medical Practice Act  455.241

I Here By certiFy that a copy of the above
Has Been Furnished to clerk of the court,

Ron cochron, Et al
DeAuty c. LottAnzI
EMSA
DR. DAViS m.D.
R. Pearson DDS
R. Weath oS DDS/oral surgeon
?. Cline DDS

SINCERELY, william m Hicks proSE

William M. Hicks
North Broward Bureau

THIS 21th DAY OF August, 1996

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH SERVICES RECEIPT

Inmate's Name: _Nicky Williams_          Arrest Number: _8595 14533_

Inmate's Location: _NBDC   12'H-5_
Facility/Pod/Housing Unit/Cell Number

Date: _11 / 2 / 95_

| SERVICES | CHARGE (circle applicable charges) |
|---|---|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | (5.00) |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

### VERIFICATION OF SERVICES RECEIVED

_(signature)_                                        _11-2 95_
Inmate's Signature                                  Date

JACQUELYN D. FARRAR
Dental Assistant - NBDC

_____                            _11-2-95_
Provider (name stamp or print name)                 Date

_(signature)_                                        _11-2-95_
Provider's Signature                                Date

INMATE REFUSED TO SIGN:

_____    _____    _____
Witness (print name and CCN)       Witness' Signature        Date

Distribution:  White (Original) - Inmate Banking Commissary  Yellow Copy - Health Care Records  Pink Copy - Inmate

BSO DJ#14 (New 7/95)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH SERVICES RECEIPT

Inmate's Name: _Hicks William_     Arrest Number: _8595 14 533_

Inmate's Location: _NBDC    121 H3_
Facility/Pod/Housing Unit/Cell Number

Date: _12 9 95_

| SERVICES | CHARGE (circle applicable charges) |
|---|---|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | 5.00 |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

### VERIFICATION OF SERVICES RECEIVED

_William K_                                     _12/9/95_
Inmate's Signature                          Date

DELLA RICHARDSON, LPN                 _12/9/95_
NBDC
Provider (name stamp or print name)        Date

_Della Richardson_                          _12/9/95_
Provider's Signature                        Date

INMATE REFUSED TO SIGN:

_____    _____    _____
Witness (print name and CCN)      Witness' Signature        Date

Distribution:  White (Original) - Inmate Banking Commissary  Yellow Copy - Health Care Records  Pink Copy - Inmate

BSO DJ#14 (New 7/95)

RECEIPT FOR MEDICAL SERVICES

_Nika Williams_    _BS95 14533_    _9.89.95_
INMATE NAME                ARREST #              DATE OF SERVICE

### SERVICES PROVIDED

| | | |
|---|---|---|
| _____ | $3.00 | NURSE SICK CALL |
| _____ | 3.00 | DIAGNOSTIC HANDLING FEE |
| ✓ | 5.00 | PRESCRIPTION HANDLING FEE |
| _____ | 5.00 | DENTAL SICK CALL |
| _____ | 10.00 | MD/PA/ARNP SICK CALL, CLINIC VISIT |
| _____ | 15.00 | OPTOMETRIST |
| _____ | 15.00 | ORAL SURGEON |
| _____ | 15.00 | GYNECOLOGIST |
| _____ | 15.00 | ORTHOPEDIST |
| _____ | 15.00 | OTHER SPECIALIST |

VERIFICATION OF SERVICES RECEIVED:

SIGNATURE OF INMATE: _william n w_

PRINT NAME OF PROVIDER: JACQUELYN D. FARRAR
Dental Assistant - NBDC

PROVIDERS SIGNATURE: _J D Farrar_

INMATE REFUSED TO SIGN

WITNESS_____

Distribution:

Deliver original to Inmate Banking/Commissary
First copy to Medical Records
Second copy to inmate

Florida D..  ..ent of Labor and Employment  ..ity

OFFICE OF DISABILITY DETERMINATIONS

Lawton Chiles
Governor

Sutton Building, Ste. 200, 2670 Executive Center Circle West
Tallahassee, Florida      32399-2370
(JK)

M-3  CA-2  B3-JK  950731                 November 7, 1995           951107200105
                                                                    38955

North Broward Detention Center
Prison Health Services Section          RE: William M Hicks
1550 NW 30 Avenue                       SSN: 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  00
Pompano Beach  FL  33069                DOB: 09/10/63
                                        #:   ARRest # BS9574533
                                        AKA:

In order to make a Social Security disability determination for this patient, we
need copies of your records as outlined on the attached page.  IF YOU HAVE SENT US
RECORDS IN THE PAST FEW WEEKS, WE NEED ONLY THE RECORDS OTHER THAN THOSE SENT.  The
information you submit is of special importance to our determination, because you
can provide details not available from any other source.  Please provide a summary
that includes the patient's medical history, clinical findings, laboratory findings,
treatment and response, diagnosis, prognosis, and a statement about what the patient
can still do despite his/her impairment(s).  This description of functional ability
should be based on your medical findings and should cover your patient's ability to
do work-related activities such as sitting, standing, walking, lifting, carrying,
handling objects, hearing, speaking, and traveling.  In cases involving a mental
impairment it should address the patient's capacity for understanding and memory,
sustained concentration and persistence, social interaction, and adaptation.

THIS ENTIRE PAGE IS YOUR INVOICE – PAYMENT IS PROCESSED FROM THIS ORIGINAL ONLY

TO ENSURE PAYMENT, INFORMATION MUST BE RECEIVED WITHIN 15 DAYS OF THE DATE OF THIS
LETTER AND MUST BE ACCOMPANIED BY THIS ORIGINAL INVOICE WITH FEDERAL ID NUMBER
ENTERED.  We can pay up to $16.00 for copies of your records with a narrative report
as described above.  For copies only, we can pay $1.00 per page up to either the
pre-negotiated maximum fee or $10.00 in the absence of a pre-negotiated maximum fee,
provided the information is received within fifteen days of the date of the
request.  We cannot pay for information from Federal or State facilities.  This fee
schedule is in accordance with Florida Statutes and Federal Regulations establishing
maximum fees for copies of patient records.

MAKE CHECK PAYABLE TO (if different       NO CHARGE: 10.00    AMOUNT BILLED: 10.00
   from the information above):
                                          Total # pages: _____

---------------------------------
EMSA Correctional Care – NBDC
---------- 1550 Blount Road ---------      $ _____  narrative and copies of records
Pompano Beach, FL 33069
---------------------------------          $ 10.00   $1.00 per page (maximum $10.00 or
VF650070674                                           pre-negotiated max. fee)
   ↑
---------------------------------        --------------------------------------------
FEDERAL ID OR SOCIAL SECURITY NUMBER     STATE AGENCY PAYMENT APPROVAL      DATE

ORG CODE        EO    OBJECT   Description        AMOUNT    Vendor ID    INV.#
54-80-53-55030  96    251513   Hicks              _____  VF650070674  1506
                        FAX NUMBER 1-800-290-5188
        CALL TOLL FREE 1-800-334-7813 or Collect 904-488-9150 EXT.  .228
        FOR THE HEARING IMPAIRED:  FLORIDA RELAY SERVICES  1-800-955-8771

<u>HOSPITAL AND DOCTOR'S AUTHORIZATION</u>

DATE:  March 24, 1997

RE:    Patient Name <u>William M.  Hicks</u>

    Please be advised that I hereby request and authorize you to
furnish the Volunteer Lawyers' Project:

    (X)  Complete records of examination and treatment

    (X)  A copy of the admission sheet and discharge summary only

    (X)  Your final medical report giving a disability rating

    (X)  A copy of the complete hospital records

pertaining to my physical condition and my care and treatment,
showing history, examination, diagnosis, treatment, prognosis,
etc., including any information relating to HIV testing, AIDS and
any AIDS-related syndromes, relating to my condition, care,
confinement and treatment.  I also consent to the release of
alcohol, drug, psychiatric, and psychological information.

    This request and authorization is being furnished pursuant to
Section 455.241, Florida Statutes.*

    Your courtesy and cooperation in discussing and furnishing the
above information to my attorneys will be greatly appre-
ciated.

                              _William m Hicks_____
                              Name _William M.  Hicks_____
                              Date of Birth: _9/10/65_____
                              Jail No.(if applicable) _BS95-14533_
                              Social Security No. _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_
                                               _7-A-2 Rm 8_

    Subscribed and sworn to before me on this ___/___ day of _April_
by _____ .  He has presented _Arrest +_
as identification and (did) (did not) take an oath.

EDDIE H. ZIEGLER
MY COMMISSION # CC425896 EXPIRES
January 29, 1999
BONDED THRU TROY FAIN INSURANCE, INC.        _____
                                             Notary Public, State of Florida
                                             Commission Number _____

*455.241 F.S.  Patient Records; report or copies of records to be furnished.  "Any
health care practitioner licensed pursuant to chapter 457, chapter 458, chapter 459,
chapter 460, chapter 461, chapter 462, chapter 463, chapter 464, chapter 466, part I
or II of chapter 484, chapter 486, or chapter 491 who makes a physical or mental
examination of, or administers treatment to, any person shall, upon request of such
person or his legal representative, furnish, in a timely manner, without delays for
legal review, copies of all reports and records relating to such examination or treat-
ment, including X-rays and insurance information....... such records shall not be
furnished to, and the medical condition of a patient may not be discussed with, any
person other than the patient or his legal representative or health care providers
involved in the care or treatment of the patient, except upon the written authoriza-
tion of the patient......"

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

# HEALTH SERVICES RECEIPT

Inmate's Name: _Hicks, William_      Arrest Number: _BS95 14533_

Inmate's Location: _____ _NBB    12'H3_
                         Facility/Pod/Housing  Unit/Cell Number

Date: _8/29/96_

| SERVICES | CHARGE (circle applicable charges) |
|----------|--------|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | (5.00) |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

## VERIFICATION OF SERVICES RECEIVED

X _William m Hicks_                              _8-29-96_
Inmate's Signature                               Date

              JACQUELYN D. FARRAR
              Dental Assistant - NBDC              _8-29-96_
_____                Date
Provider (name stamp or print name)

                 _J D Farrar_                     _8-29-96_
_____                Date
Provider's Signature

**INMATE REFUSED TO SIGN:**

_____    _____    _____
Witness (print name and CCN)    Witness' Signature    Date

Distribution:  White (Original) - Inmate Banking Commissary  Yellow Copy - Health Care Records  Pink Copy - Inmate

BSO DJ#14 (New 7/95)

**EMSA** *CORRECTIONAL CARE*

12' H3

INSTITUTION / FACILITY: _NBDC_

NAME: _Hicks, William_

I.D. #: _BS951 4 533_

INSTRUCTIONS: _Weigh Q week x4_
_Please use clinic scale_

**BLOOD PRESSURE AND WEIGHT RECORD**

| DATE / TIME | POSITION | LEFT ARM | RIGHT ARM | WEIGHT | SIGNATURE |
|---|---|---|---|---|---|
| 2/3/96 | | | 120/82 | 233 lbs | Jean McQ----- |
| ① 2/5/96 | | | 140/90 | | C. Clark---- |
| ② 2/12/96 | | | | | |
| ③ | | | | | |
| ④ | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| * | Notify clinic of weight gain ASAP | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CC 025

**EMSA CORRECTIONAL CARE**

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _N BB_

Inmate I.D. # _B39514533_

Inmate Name: _Hicks, Williams_    D.O.B.: _9/10/43_

Date of Last H & P: _8/15/95_    Date of Last PPD: _8/15/95_    Results: ⊝

Allergies: _None_

Current Health Problems: _Psyc — ETOH — Dementia HTN_

_pt ref Dental Extractions_

Current Medication (Name, Dosage, Frequency, Duration:) _Midrin II BID_
_prn HA    Tylenol III    Zoloft x 30 qq 1x2_
_Zoloft    100 mg    q 17 am    q am till 2/19/97_

Physical Disabilities/Limitation: _____

Assistive Devices/Prosthetics: _None_

Glasses: _None_    Contacts: _None_

Follow-up care needed: _Psyc_

Signature _Joy Brien RN NBB_    **JOY BRIEN, RN NBB**    Date _2/7/97_

## TRANSFER RECEPTION SCREENING

Facility: _BCMJ_    T _98_ P _N_ R _18_ B/P _80/80_

S: Current Complaint: _need to see the psych's and the md._
_soft diet 2800 cal diet has not been here._

Current Medications/Treatment: _Midrin ~~Sedaford~~ Ti tabs BIDx90D, Tylenol Ti tabs BIDx30_
_Zoloft 100mg, q am till 2/19/97_

O: Physical Appearance/Behavior: _pt AAOx3, eye clear, skin w/n intact_
_pt complaint_

Disposition: (✓) General Population    ( ) Infirmary    Referral: (✓) Medical    ( ) Dental    (✓) Mental Health

When:    ( ) Immediately    ( ) Sick Call    ( ) Other _____

Signature _A. Reinl Antoinette C. Reinl RN, Palm Beach jail_    Date _2/10/97_

CC 027    7/94

D85/54-173 Hicks.William v. EMSA
Nurse's Notes    Vol II (recd. from client)

EMSA.

File Notes

Label Title ___VOL. II   EMSA___

Received When? (date) _____

Received From? (whom) ___ client___

Special Instructions:

Your Initials

Make
new
folder

ADVANTAGE FILING SYSTEMS
FT. LAUDERDALE, FL
(954) 970-3333



BS9514533

VISUAL OPINION

HEART ELECTROCARDIO

HAVE YOU EVER TAKEN MEDICATION FOR
A. ASTHMA?                          NO
B. DIABETES?                        NO
C. HEART CONDITION?                 NO
D. HIGH BLOOD PRESSURE?             NO
E. MENTAL HEALTH PROBLEMS?          YES
F. SEIZURES?                        NO
G. OTHER CONDITION?                 NO

DO YOU HAVE OR HAVE YOU BEEN EXPOSED TO

| | |
|---|---|
| A. AIDS? | NO |
| B. HEPATITIS? | NO |
| C. TUBERCULOSIS? | NO |
| D. VENEREAL DISEASE? | NO |
| E. OTHER COMMUNICABLE DISEASE? | NO |

HAVE YOU BEEN HOSPITALIZED BY A PHYSICIAN OR PSYCHIATRIST WITHIN THE LAST YEAR? NO

HAVE YOU EVER CONSIDERED OR ATTEMPTED SUICIDE? NO

DO YOU HAVE A PAINFUL DENTAL CONDITION? NO

ARE YOU ON A SPECIFIC DIET PRESCRIBED BY A PHYSICIAN? NO

DO YOU USE DRUGS? YES

| TYPE | FREQUENCY | # AMOUNT | LAST DATE | LAST TIME |
|---|---|---|---|---|
| CRAK | WK | 200 | [illegible] | |

DO YOU USE ALCOHOL? YES

[illegible]

[illegible]

SUICIDE WATCH

[illegible] 98.2

I HAVE ANSWERED ALL QUESTIONS TRUTHFULLY. I HAVE BEEN TOLD AND SHOWN HOW TO [illegible] MEDICAL SERVICES. I HEREBY GIVE MY CONSENT FOR PROFESSIONAL SERVICES [illegible] PROVIDED TO ME BY AND THROUGH "EMSA LIMITED PARTNERSHIP"

[illegible] SIGNATURE [signature] [illegible] 2995[illegible]

PSYCH HOL[illegible]
FOR 72 HOU[illegible]

ALCOHOL     DETOX     PROTOCOL

PATIENT NAME: _Hicks, William_

ARREST NUMBER: _B59514533_

D.O.B.: _9, 19, 63_

ALLERGIES: _NKa_

DATE: _8, 7, 95_

ADMIT TO INFIRMARY

SEIZURE PRECAUTIONS X 72 HOURS

LIBRIUM 50MG PO/IM Q 6 HOURS X 24 HOURS <u>START NOW</u>, THEN

LIBRIUM 25MG PO/IM Q 6 HOURS X 24 HOURS, THEN

LIBRIUM 25MG PO/IM Q 8 HOURS X 24 HOURS, THEN D/C LIBRIUM

HOLD LIBRIUM IF ASLEEP OR SEDATED

LIBRIUM 25MG PO/IM Q SHIFT X 72 HOURS ONLY PRN TREMOR/AGITATION

THIAMINE 100MG PO/IM QD X 3

MVI WITH MINERALS i TAB PO QD X 14 DAYS, REFILL X 1

ENDPOINT (SPECIFY DATE): _____/_____/_____
          72 hours from time of admission

NOTE: ENDPOINT <u>IS</u> <u>NOT</u> EQUAL TO DISCHARGE DATE.
      ONLY PHYSICIAN CAN DISCAHRGE FROM INFIRMARY

T.O._____/_____
     Dr./ARNP/PA          signature of nurse
     print name, please!

FORENSIC MENTAL HEALTH SERVICES

## INITIAL PSYCHIATRIC EVALUATION

DATE: _8_ / _8_ / _95_    TIME: _7 am_

IDENTIFYING DATA: _Pt is 31 yo. W/M_

CHARGES: _first degree murder_

CHIEF COMPLAINT: _"I'm not suicidal, Sir"_

REASON FOR REFERRAL: _Family → BSO → intake_
_risk of suicide → SW'd_

HX OF THE PRESENT ILLNESS: _Pt admitted to camp problems_
_c drugs & ♀ bags because of it._
_Pt's family informed police_
_of the hx of brother killing_
_himself & possibility of suicide_
_c pt. Pt adamantly denies_
_S idea, plan, intent._
_There is no hx of suicide in pt._
_No psychosis, AH, delusion._

CURRENT PSYCHOTROPICS: _Li 900 mg PM_ ← per pt
_Zyprexa 20 QD_
_Wellbutrin ? AM & more ? PM_

ALCOHOL/DRUG HX:
SUBSTANCE    _⊕ ETOH, cocaine    ⊖ IV_
AGE STARTED    _Hx speed, acid    ⊖ inhalants_
ROUTE
AMOUNT

PAST MEDICAL HX: _⊖ KVO. Sz, dzz, asthma_
ILLNESSES
HOSPITALIZATION    _Motorcycle fell → LOC_
SURGERIES    _∅_
HEAD INJURIES
ALLERGIES:    _NKDA_

NAME _Hicks, William_  R _W_  S _M_  DOB _9/19/63_  AT _BS 95-195 33_

## INDIVIDUALIZED WRITTEN TREATMENT PLAN
### (I.W.T.P.)

PRIMARY I.W.T.P. #1                          DATE TO BEGIN: 8 / 8 / 95

PSYCHIATRIST: _Limia MD_

PATIENT'S NAME: _Hick    William_          ARREST #: BS 95 144

D.O.B.: 9 / 10 / 95                          R/S: W/M

| SECTION I. | PROBLEM LIST (Reasons for referral, reasons for admission, emotional, intellectual, and behavioral issues and symptoms to be treated). |
|---|---|

1. Hx of depression ( x mo

2. Hx of mood swing ( x mo

3. Hearing voices several times /day x 2 wks (11/1/95

4. Poor Social Skills

| SECTION II. | TREATMENT PLAN (Specify treatment objectives order, time-frames, services, staff responsible for service). |
|---|---|

_____/____/____ ☑ MEDICATION PRESCRIPTION AND ADJUSTMENT    No

_____/____/____ ☑ MEDICATION MONITORING AND RECORDING    daily

_____/____/____ ☑ Group Tx

_____/____/____ ☐ _____

_____/____/____ ☐ _____

**SECTION III.   TREATMENT GOALS (Includes target dates, if possible).**

1. Pt will be stable / euthymic by release date.

2. Pt will be stable by release date.

3. Pt will have good contact & reality by release date (11/1/95

4. Increase Social Skills

**SECTION IV.   SIGNATURES/TITLE/PRINTED NAME/STAMP (All staff participating in treatment)**

Signature/Title: _Limia_                    DR. MEL LIMIA
                                            STAFF PSYCHIATRIST
                                            MAIN JAIL

Signature/Title: _John Martin MD_          Dr. John Martin
                                            Psychiatrist - NBDC

Signature/Title: _Melsaides Nelson RN_     MELSAIDES NELSON, MSRN.    ERIC VELTRI
                                            PSYCHIATRIC SUPERVISOR, NBDC   LCSW - NBB

Signature/Title: _Limia MD_

INMATE-PATIENT SIGNATURE: _William Hick_

**EMSA** *CORRECTIONAL CARE*

## NURSING ADMISSION ASSESSMENT

Institution/Facility: _DCMJ_
Arrival Date: _8/7/95_
Arrival Time: _am_

Name: _Hicks Willie_    D.O.B. _9/5/63_    ID # _DS 957453_

ADMITTING DIAGNOSIS 1) _Poly Substance Abuse_
2) _ETOH Abuse_
_Hx Bipolar_

ALLERGIES: (medications, foods, others indicate type of reaction)
_NKA_                                        _wt 185 lbs_

BP: _138/66_
Temp: _98_
Pulse: _83_
Respirations: _20_

PATIENT'S UNDERSTANDING OF ILLNESS:
(Reason for hospitalization. How long has patient had this problem?) _"I've had a drug prob_
_> 15yrs + I'm also Bipolar._

MEDICATIONS:

| Name | Dose | Route | Frequency | When last taken |
|------|------|-------|-----------|-----------------|
| _Lithium_ | _QD_ | | | |
| _Prozac_ | _QD_ | | | |

GENERAL APPEARANCE: (skin, level of consciousness, physical limitation, evidence of injury or active infection)
_Alert & Oriented - Sk intact -_

ACTIVITIES OF DAILY LIVING: (limitations/inability to do hygiene, walk, etc.)
_Able to perform own ADL's -_

NUTRITION: (special dietary needs, problems such as difficulty chewing or swallowing)
_Denies any problems_

MENTAL HEALTH STATUS (describe mood, affect, behavior, communication)
_Alert & Oriented_
_Oriented to surroundings_

Inmate health record received ___✓___ yes _____ no (if no, must be requested)

_[signature]_                    **MONICA GARRETT, RN**            _8/8/95_    _1 pm_
Nurse's Signature                    **MAIN JAIL**            Date completed/Time completed

CC 202

## NURSING ADMISSION ASSESSMENT

**EMSA CORRECTIONAL CARE**

## INFIRMARY HISTORY AND PHYSICAL

Institution/Facility: _Main Jail_

Inmate Name: _Hicks Willie_ DOB _9-10-63_ ID# _689574733_

Chief Complaint: _Poly Substance abuse_

History of Present Illness: _31 year old w/m admitted c̄x of EtOH abuse He has been drinking 24 beers /day c̄ 10 oz stomach ⊕ blackout ⊕ Seizure_ _also using crack cocaine_

Past Medical History: _None Hx of depression_

### PHYSICAL EXAMINATION

General Appearance: _well developed w/m w/o [illegible] in no acute distress_

HEENT: _unremarkable_

Chest/Breast: _symmetrical_

Heart: _NR_

Lungs: _Clear to AP_

Abdomen: _Soft NS green_

Back: _no deformity_

Extremities: _no edema no cyanosis_

Neuro: _alert mental x/ aquial [illegible] x̄ gross [illegible]_

Skin: _no lesion_

Genitalia: _x̄ male_

Rectal: _not done_

Impression/Diagnosis: _Poly Substance abuse ( EtOH, crack cocaine_

Date _8-8-97_ Time _12ᴾ_ Completed by: _____

Physician/NP: _DR. MAX DERIZIER Staff Physician on Main Jail_

Physician Signature (If completed by PA or NP)

**INFIRMARY HISTORY & PHYSICAL**

CC 201                                                                                                    7/94

REMOTE MEMORY:        GOOD/FAIR/POOR _____
CONCENTRATION:        GOOD/FAIR/POOR _____
ABILITY TO THINK ABSTRACTLY:   GOOD/FAIR/POOR
       WITH SIMILARITIES AND DIFFERENCES - WITH PROVERBS
HALLUCINATIONS:       ABSENT/DENIES/ACTIVELY HALLUCINATING _____
                      CONTENT—AUD/VIS/TACT/OLFAC/GUSTATORY _____
DELUSIONS:            PRESENT/ABSENT _____
                      NATURE/CONTENT _____
SPEECH:               COHERENT/LOOSE/TANGENTIAL/CIRCUMSTANTIAL/LOUD/SOFT/
                      MONOTONOUS/SLOW/RAPID/PRESSURED
MOOD:                 EUTHYMIC/DEPRESSED/SAD/IRRITABLE/ANXIOUS/ANGRY/HOSTILE/LABILE/
                      CHEERFUL/HAPPY/EUPHORIC
AFFECT:               APPROPRIATE/INAPPROPRIATE/BROAD/CONSTRICTED/FLAT
SLEEP:                INCREASED/DECREASED
APPETITE:             INCREASED/DECREASED    OK
SUICIDE:              IDEATION (YES/NO) INTENTION (YES/NO) _____
                      PLAN (YES/NO) - DESCRIBE _____
HOMOCIDE:             IDEATION (YES/NO) INTENTION (YES/NO) _____
                      PLAN (YES/NO) - DESCRIBE _____
INSIGHT:              POOR/FAIR/GOOD/INTACT _____
JUDGEMENT:            POOR/FAIR/GOOD/INTACT
ABILITY TO GIVE CONSENT FOR TREATMENT:
                      INTACT/FAIR/POOR _____

*Strong*
*service*
*of Dr.*

DIAGNOSIS:
AXIS I          Poly substance Ab.
                Bipolar d. mixed by Hx.

AXIS II         Def.

AXIS III        Ne

PLAN:      _____ LABS: CBC, SMAC24, U/A, THYROID PROFILE WITH TSH, EKG URINE DRUG
                      SCREEN, BLOOD LEVELS _____ Li (cont)

           _____ REFERRAL TO MEDICAL: _____

*To WDDC*      _____ PATIENT EDUCATION: _____
*upon medical*
*clearance*    _____ INTERVENTIONS:

                      A:    INDIVIDUAL THERAPY _____
                      B:    GROUP THERAPY _____
                      C:    MEDICATION: _____

       Li   800   mg   PM      (TARGET SYMPTOM) _____ mania Wing
       Cymc  20   mg   # AM     (TARGET SYMPTOM) _____ dep
       _____           (TARGET SYMPTOM) _____

                      DR. MEL LIMIA
                      STAFF PSYCHIATRIST _____  M.D.
                      MAIN JAIL

NAME  Hick _____  R ____ S ____  DOB _____  A BS 95 (953)

INITIAL PSYCHIATRIC EVALUATION

PAGE 2

**CURRENT NON-**
**PSYCHOTROPIC MEDICATION(S)** _____ Ø

**PAST PSYCHIATRIC HX:** _____ Out St Lucie _____ In St _____ Aug _____ "
**HOSPITALIZATIONS** _____ Savannah
**WHEN** _____ Fair Oak _____ x 2
**WHERE** _____ Columbia
**WHY** _____ Case Mgt
**LENGTH OF TIME**

**OUTPATIENT TX:** _____ Amer Assoc , AA _____ "
**WHEN** _____ Juvenile Psychiatrist _____ Flaming Ron
**WHERE** _____ put him on ti Prozac _____ Wellbutrin _____ about 5 mo ago

**SUICIDE ATTEMPTS:** _____ "
**WHEN** _____ None
**WHERE**
**WHY**
**HOW SEVERE**

**HX OF ARRESTS:** _____ J. Ø _____ (Ad _____ 2
**JUVENILE / ADULT**

**SCHOOLING:** _____ 4J
**MARITAL:** _____ single
**ARMED FORCES:** _____ No
**OCCUPATION:** _____ carpentry

**FAMILY PSYCH HX:** _____
1.   **PSYCHOLOGICAL PROBLEMS**
     **HOSPITALIZATIONS**
     **PSYCHOTROPICS** _____ father
2.   **ALCOHOL/DRUG ABUSE** _____ Ø
3.   **HX OF SUICIDE** _____ brother shot himself ~4 y ago

**MENTAL STATUS EXAMINATION:**
     (ALERT)/DROWSY/LETHARGIC
     **BEHAVIOR:** - (APPROPRIATE)/INAPPROPRIATE (DESCRIBE) _____
     **ATTITUDE:** (COOPERATIVE)/HOSTILE/GUARDED/DEFENSIVE/SUSPICIOUS/OPPOSITIONAL
                   PASSIVE/APATHETIC/MANIPULATIVE
     **ORIENTATION:** PERSON/PLACE/TIME/SITUATION _____ Ox4
     **EYE CONTACT:** NO/POOR/(FAIR)/GOOD
     **APPEARANCE:** (NEAT)/DISHEVELLED/UNKEPT/WELLGROOMED _____ Repo Gown
                     YOUNGER/OLDER/STATED
     **PSYCHOMOTOR ACTIVITY:**
                     INCREASED/DECREASED/(NORMAL)
     **IMMEDIATE MEMORY:** (GOOD)/FAIR/POOR
     **RECENT MEMORY:** (GOOD)/FAIR/POOR

**NAME** _____ Hicks _____ R ___ S ___ **DOB** _____ AS _____ 0553-14533

**VISA CORRECTIONAL CARE**

## MENTAL HEALTH QUESTIONNAIRE

Institution/Facility: _Mann Soul_

NAME: _Hicks, William_    D.O.B.: _9·10·63_    I.D. NUMBER: _BS951453_

| QUESTIONS | YES | NO | COMMENTS |
|-----------|-----|----|----|
| 1. Have you ever been hospitalized for an emotional or nervous problem? If yes, what hospital? _Ft. St. Lucie Fl._ When? _1992_  _Fair Oaks_ | X | | _alcohol problem_ |
| 2. Have you ever received counseling or outpatient treatment for the above? If yes, when? _____ Where? _____ | | | |
| 3. Are you taking any medication for the above? If yes, what medication are you taking? _____ How Often? _____ Who prescribed it? _____ How long have you been taking it? _____ | X | | _Lithium 300/8 prozac 20/8 ?_ |
| 4. Do you use any of the following: | X | | _I was in alcohol I drink a lot_ |

| | How Much? | How Often? | How Long? |
|--|-----------|------------|-----------|
| Beer? | _3 to 6_ | _pretty bleak/day_ | |
| Wine? | | | |
| Liquor? | | | |

| QUESTIONS | YES | NO | COMMENTS |
|-----------|-----|----|----|
| 5. Have you ever been treated for alcohol abuse? If yes, how many times? _N V_ When? _1993_ Where? _Fair Oaks_ How long was treatment? _28 days_ | X | | |
| 6. Have you ever used illegal drugs? If yes, when? _____ What illegal drugs have you used in the last 12 months? _Cocaine, speed_ When did you start using these drugs? _1993_ | X | | |
| 7. Have you ever been treated for drug abuse? If yes, how many times? _____ When? _____ Where? _Fair Oaks_ How long did treatment last? _28 days_ | X | | |
| 8. Have you ever tried to commit suicide? If yes, how many times? _____ When? _____ Where? _____ Were you hospitalized? _____ Where? _____ | | X | |
| 9. Have you thought about killing yourself? If yes, when was the last time? _____ Do you think of it: often? _____ sometimes? _____ seldom? _____ | | X | |
| 10. Have you ever been suspended from school for fighting? If yes, how many times? _____ | | X | |
| 11. Have you ever lost a job for fighting? If yes, how many times? _____ | | X | |
| 12. Have you ever been in the Armed Forces? If yes, how long? _____ What Branch? _____ Did you ever get involved in any fights during this time? If yes, how many? _____ | | X | |
| 13. What grade did you complete in school? _H.S._ | | | |
| 14. Were you in any special education classes? If yes, what classes? _No_ Are you able to read and write English? _Yes_ | | | |
| 15. Have you ever been convicted of a violent crime? If yes, when? _____ Where? _____ For what crime were you convicted? What was your sentence? _____ | X | | _1° murder_ |
| 16. Have you ever been convicted of a sexual offense? If yes, when? _____ Where? _____ For what crime were you convicted? _____ What was your sentence? _____ | | X | |
| 17. Do people consider you a violent person? _____ | | X | |

Clinician Signature: _Virgilio Day RN_    Date: _8/8/95_

cc216

**MENTAL HEALTH QUESTIONNAIRE**

9/93

## EMSA CORRECTIONAL CARE
## INFORMED CONSENT (LITHIUM)

**MEDICATION:** Lithium/Lithium Carbonate (Eskalith, Lithane, Lithobid, Lithonate, Lithotabs).

**PURPOSE:** This medication is used to treat highly changeable moods.

**COMMON SIDE EFFECTS:** Common side effects include, but are not limited to: Increased urination and thirst, fine hand tremor, upset stomach, vomiting, diarrhea, muscle weakness, thyroid gland enlargement, sleepiness. If you experience any of these or other side effects, please report them to any member of the health care staff.

**ALTERNATIVE TREATMENTS:** It has been determined at this time that this category of medication is the most effective therapy available, and that this class of medication will relieve undesirable symptoms better and more quickly than other treatments. Other treatments include activity therapies and talk therapies such as counselling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:** This medication usually acts within a few days. Significant benefit may occur within three weeks. Maximum benefit may require regular and long-term usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that will meet your needs. The doctor will order laboratory tests from time to time to ensure that the medication is safe. The doctor, at a minimum, reviews the medication and its effect every month.

**NOTIFICATION:** I understand that I can decide to stp taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care.

**RISKS AND HAZARDS:** Avoid abrupt changes in weight, and changes in salt intake. Avoid too much caffeine, and avoid activities resulting in high levels of sweating.

I understand that by signing this form I am agreeing to let EMSA Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of this treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions I might have about my treatment with the doctor, and that a copy of this form will be given to me.

Patient's signature: _V. (W. Leen ___ Date_ 8/1/8 Time __7 G__

Staff signature: _____ DR. MEL LIMIA
                  STAFF PSYCHIATRIST, Date _/_/_ Time _____
                  MAIN JAIL

NAME _Hicks____ (W)___ R___ S___ DOB_____ # _B595 14533_

EMSA CORRECTIONAL CARE

INFORMED CONSENT (ANTIDEPRESSANTS)

**MEDICATION:** For example: Elavil, Tofranil, Pamelor, Desyrel, Sinequan, Ludiomil, Norpramin, Vivactil, Asendin, Surmontil, Prozac, Zoloft, or any other anti-depressant.

**PURPOSE:** These medications are mood elevators used to treat mental depression, and the depression that occurs with nervousness. They work by improving the balance of chemical substances within the brain.

**COMMON SIDE EFFECTS:** Common side effects include, but are not limited to: Sleepiness, dry mouth, blurred vision, constipation, difficulty urinating, light headedness upon arising, rash, occasional affects on the heart rate and blood pressure. If you experience any of these or other side effects, please report them to any member of the health care staff.

**ALTERNATIVE THERAPIES:** It has been determined, at this time, that this category of medication is one of the most effective therapies available for the treatment of depression. Other treatments include activity therapies and talk therapies such as counseling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days. Significant benefit may occur within three weeks. Maximum benefit may require regular usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets your needs. The doctor may order laboratory tests from time to time to ensure that the medication is safe. The doctor, at a minimum, reviews the medication and its effect every month.

**NOTIFICATION:** I understand that I can decide to stop taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care.

**RISKS AND HAZARDS:** Avoid alcohol. Avoid operating a motor vehicle or other activities that require alertness. Avoid excessive exposure to sunlight, or exposure to sun lamps. Sudden discontinuation of this medication may cause medical problems.

I understand that by signing this form I am agreeing to let EMSA Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of this treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions I might have about my treatment with the doctor, and that a copy of this form will be given to me.

Patient's signature: _____ Date _____ Time _____

Staff signature: _____ Date __/__/__ Time _____
DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

NAME _____ R __ S __ DOB _____ # _____

## EMSA CORRECTIONAL CARE
## CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT

Contracts which you have with the mental health staff of the Broward County Sheriff's Office are usually considered confidential or privileged communication. This means that, generally, whatever you say and your testing results are held in confidence. It is very much like the confidentiality that exists between lawyers and their clients.

However, there are limits to confidentiality which you need to be aware of. Other mental health and health services staff within the Sheriff's Office have access to notes which are kept regarding all mental health contracts. If you decide to receive counseling or other mental health treatment, supervisors in Mental Health will be reviewing your records and discussing your situation with the mental health worker who has been or is seeing you. There are mental health staff meetings in which your counselor will discuss your situation with mental health staff who may not be seeing you.

Furthermore, if you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the Jail, mental health staff will advise other staff of such danger, in order to protect your well-being and that of others. If you identify any minor child, elderly, or disabled person who has been the victim of physical or sexual abuse, mental health staff will notify the Department of Health and Rehabilitative Services Abuse Hotline. Also, officials of the court, law enforcement officials, Department of Health and Rehabilitative Services staff or as otherwise provided by the law may review or receive copies of your mental health records without your prior authorization. Your mental health records may also be released by your written consent.

Your signature below indicates that you have read this statement or that it was read to you, that you understand the limits of confidentiality within the Broward County Sheriff's Office and that you agree to receive the following mental health services:

"Mental Health Evaluation and Treatment as needed until I withdraw my consent."

| | |
|---|---|
| Patient's Signature | 8.8.95 |
| | Date/Time |
| Staff Signature   DR. MEL LIMIA  STAFF PSYCHIATRIST.  MAIN JAIL | Date/Time |
| Witness Signature | Date/Time |

Name ___Hick___ W.___  R___ S___ DOB_____ # _B5 85 (4533_

**EMSA** CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _N B D C_

Name: _Bx/Hicks_     ID# _BS 9514533_

D.O.B. _9-10-63_

I, _Bill Hicks_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✓_ A.    Refused medication.                   ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                  ___ F.    Refused other diagnostic tests

___ C.    Refused an outside medical appointment.  ___ G.    Refused physical examination.

___ D.    Refused laboratory services.          ___ H.    Other (Please specify)

_____

Reason For Refusal _need to see Regular dator. Sych_
_dector - Have Body aches for Sweets_
_mong pitions_

Potential Consequences Explained _____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_        DELLA RICHARDSON, LPN
Witness Signature                NBDC

_Wenty A. R_    _7865_
Witness Signature

_8/29/95_                    _Welin_
Date                        Patient Signature

                            _905/pm_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                          7794

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL　　☑ MEDICAL　　☑ MENTAL HEALTH

*(Please check one of the above)*

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-25-95    Facility/Institution: N - B - D - C

Name of Inmate: Hick Williams    D.O.B. 9-10-63    Sex: male

I.D. # BS-95-14533    Cell #: H D-4 - 23

Problem: (in your own words)
Med - is giving side effects and
I'm not sure whats - whats
need. Something for pain in Right
shoulder - plus forearms hand's joints in Back,

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: Edna Chapee    Date: 8/22/95    Time: 935 A
(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S: "I am not Taking my psych meds because I am having headaches and dizzy feeling I dont like. I need to see The Doctor." I used to take Prozac before

O: Alert oriented x 4. Good eye contact appropriate behavior, remains anxious

A: R/o Pains in shoulder & joint / alter action in comfort

P: Blue Ice q d @ N X 7 dys. Request Tylenol for pain from Deputy q 4° - 6° hrly.

E: _____

Date: 8/22/95    Time: 2·30 p    Health Service Signature    ELMA MCKENZIE RN
Edna McKenzie LPN

# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-24-95        Facility/Institution: N-B-D-C

Name of Inmate: Bill Hicks (william)  DOB: 9-10-63  Sex: Male

I.D. #  BS-95-14533        Cell #: 11 D-4

**Problem:** (in your own words)

Pains in Joints — Falling - giving out in Legs
when getting up - Feel Feverish -
Pulse High - very sore —
A-S-A-P—

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Person Triaging: D Richardson Zion  Date: 8/24/95  Time: 9PM
(Name)
DELLA RICHARDSON, LPN
NBDC

Disposition: SC

**FOR STAFF USE ONLY**

S: ⊕ knee joint pain

O: WM m no distress ℅ shoulder pain
ROM OK  VS stable refuses Blue Ice.
has no pillow. Deputy informed for getting pills

A: R/O joint pain

P: Advised rest. MD referral
↑ po H₂O

E: If futl problem notify SC.
DHANMATIE NANCOO 4-1111
NBDC

Date: 8/2/95  Time: +45        Health Service Signature

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL        ☐ MEDICAL        ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
| --- | --- | --- |

Date: 9-6-95        Facility/Institution: NBS-DC

Name of Inmate: William Hicks        D.O.B.: 8-10-63        Sex: male

I.D. # BS-95-1453        Cell # F-D-4

Problem: (in your own words)

Cut in both noses - stuff up - cant breath hardly - getting worse
please cant handle feelings - getting mad fast -

**DO NOT WRITE BELOW THIS LINE**

---

### STAFF SECTION

Person Triaging: D Richardson 3a        Date: 9/6/95        Time: 9⁴⁰ pm
(Name)

Disposition: S/C

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: Pt. c/o "sore throat, sore nose."

O: T. 98⁸  P 88  R 18  B/p ¹⁰⁴/₇₀.  Resp even & unlabored.
Nasal congestion noted. No bleeding from nose
noted. Lungs clear. denies cough. Throat sl.
red.

A: R/o cold symptoms. alteration in comfort.

P: Sudafed 60mg po Bid x5 day. CTm 4 mg po Bid x5days
Salt water gargle Bid x5 days per protocol.
inform deputies or nurse of any bleedings

E: Date: 9/7/95  Time: 8 pm  D Richardson 3a

DELLA RICHARDSON, LPN
NBDC
Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_    ID# _BS9514583_

D.O.B. _9-19-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ✗ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

_lithium level_

Reason For Refusal _Acting error  Declined blood work_
_didn't come to clinic._

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_C Burch_  CASSANDRA BURCH, NBDC
Witness Signature

_Deputy Donald Sharp_ #4716
Witness Signature

_9/15/95_
Date

_Decline_ PER DEP RODRIGUEZ
Patient Signature

_10:30am_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N. Broward_

Name: _HICKS  William,_      ID# _BS 95 14533_

D.O.B. _9-14-63_

I, _William Hicks_ have, this day, knowing that I have a condition
    (Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_Lithium 600mg @ PM + Sinequan 100mg Po @ hs_

Reason For Refusal _____

_did not come to door to give reason_

Potential Consequences Explained _____

_Loss of Control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Deb Singleton  7769_
Witness Signature  _Valerie Inirale, RN_
     _North Broward_

_Valerie C. Kindle, RN_
Witness Signature

_refused to sign_
Patient Signature

_9-18-95_
Date

_7 PM_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

7/94

 **CORRECTIONAL CARE**



## INMATE MEDICAL REQUEST FORM

☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-19-95    Facility/Institution: N -B- C-D

Name of Inmate: William Hicks    D.O.B.: 9-10-63    Sex: male

I.D. # DS95 14533    Cell # D-1-23

**Problem: (in your own words)**

Have Something wrong with my gums — have
Big twot —
       Please help as soon as possible
       Hurts + Hurts

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: Neran Allaham RN    Date: 9/19    Time: 14 35
(Name)

Disposition: Dental / S/c

### FOR STAFF USE ONLY

S:

O: Seen by Dental

A:                                    JACQUELYN D FARRAR
                                      Dental Assistant - NBDC

P:

E:

Date: 9-19-95    Time: 8:40 am

Health Service Signature

JACQUELYN D FARRAR
Dental Assistant - NBDC

White — Medical Department         Yellow — Other

CL 1480-01

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

[X] DENTAL    [ ] MEDICAL    [ ] MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-20-95    Facility/Institution: N-B-C-D.

Name of Inmate: William Hicks    D.O.B.: 9-10-63 Sex: male

I.D. # BS 95-14533    Cell #: 11D1

Problem: (in your own words)

I have infection in jaw and my heart is bottering me, pluss my mitral valve prolapse I was born with - seems to flutter a lot - ( Dr. states needs Penicillin prior to dental work ) William

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: V. Minde RN    Date: 9/20    Time: 10 PM

Disposition: Dental North call

Valerie Mindel (Print Name)

### FOR STAFF USE ONLY

S: Seenby Dental

O:

JACQUELYN D. FARRAR
Dental Assistant - NBDC
Farrar

A:

P:

E:

Date: 9-29-95    Time: 8:40 AM

JACQUELYN D. FARRAR
Dental Assistant - NBDC

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

**EMSA** CORRECTIONAL CARE



## INMATE MEDICAL REQUEST FORM

☑ DENTAL   ☐ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-22-95                    Facility/Institution: N B C

Name of Inmate: William Hicks   D.O.B.:          Sex: M —

I.D. # 8S-55 — 14-533    Cell #: H-D-1-23 — 12'4.5

Problem: (in your own words)

My Right Jaw huerts - and Abse pluss
my heart is giving me alot of Problems
due to my tro Valve pro lapse - warm
please note placed 3 Form already

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

CRYSTAL CHAMBERS, RN
NBDC

Person Triaging: C Chambers RN   Date: 9/22/95   Time: 6p
(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S: _____

O: _____

JACQUELYN D. FARRAR
Dental Assistant, NBDC

A: _____

P: _____

E: _____

Date: 9-09-95   Time: 8:40 AM

Health Service Signature

JACQUELYN D. FARRAR
Dental Assistant - NBDC

# CORRECTIONAL CARE

## DENTAL SERVICES

LAST NAME _Webb_ — INMATE FIRST NAME _William_ — D.O.B. _9.10.63_ ID# _B595 14533_ DATE OF EXAMINATION _9/29/95_

INSTITUTION _NBDC_

### MEDICAL HISTORY - SUMMARY

General Health
Existing Illness
Medicine/Drugs
Allergies _NKA_ — Blood pressure S ___ / D ___

### DENTAL HISTORY - SUMMARY

Attitude
Home Care

### CLINICAL DATA

General Condition of Teeth
Plaque
Condition of Present Restorations
Overhangs
Inflammation of Gingival Tissue: Slight ___ Moderate ___ Severe ___
Recession
Color
Condition of the Floor of Mouth
Palate: Hard ___ Soft ___
Frenum
Presence of Exudate
Calculus: Slight ___ Moderate ___ Excessive ___
TMJ
Results of X-Ray: Bone
Supernumerary

Stains ___ Abrasions ___
Contact Points ___ Pockets ___
Tongue ___ Ridges ___
Cheeks ___ Lips ___
Areas of Food Retention ___ Saliva ___
Oral Cancer Exam ___ Occlusion ___

### General Health

Physician's Care?
Rheumatic Fever?
Heart Murmur?
High/Blood Pressure?
Heart Disease?
Bleeding?
Lung Disease?
Kidney Disease?
Breathing Problem?
Other?

Reactions to Anesthetics?
'ons?
Diabetes?
T.?
Hepatitis?.
Venereal Disease?
Radiation Therapy?
Anemia?
Epilepsy?
CODE: S.C. - Space Closed  C.R. - Crown  X - Missing Teeth

Last Elective Dental Treatment?

UPPER / LOWER  LINGUAL

RIGHT: 1 2 3 4 5 6 7 8    9 10 11 12 13 14 15 16 :LEFT

Dr. ___
No. ___
For ___
Directions: ___
Date _3/97_

_Webb William_
_B5959533_

RECEIPT FOR MEDICAL SERVICE

Nicks, William        BS95 14533        9.29.95

INMATE NAME                ARREST #            DATE OF SERVICE

## SERVICES PROVIDED

| | | |
|---|---|---|
| _____ | $3.00 | NURSE SICK CALL |
| _____ | 3.00 | DIAGNOSTIC HANDLING FEE |
| ✓ _____ | 5.00 | PRESCRIPTION HANDLING FEE |
| _____ | 5.00 | DENTAL SICK CALL |
| _____ | 10.00 | MD/PA/ARNP SICK CALL, CLINIC VISIT |
| _____ | 15.00 | OPTOMETRIST |
| _____ | 15.00 | ORAL SURGEON |
| _____ | 15.00 | GYNECOLOGIST |
| _____ | 15.00 | ORTHOPEDIST |
| _____ | 15.00 | OTHER SPECIALIST |

**VERIFICATION OF SERVICES RECEIVED:**

SIGNATURE OF INMATE: _William_

PRINT NAME OF PROVIDER: _JACQUELYN D. FARRAR_
Dental Assistant - NBDC

PROVIDERS SIGNATURE: _JD Farrar_

**INMATE REFUSED TO SIGN**

WITNESS_____

Distribution:

Deliver original to Inmate Banking/Commissary
First copy to Medical Records
Second copy to inmate

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _N BDC_

Name: _Hicks, William_    ID# _BS95/4533_

D.O.B. _9-19-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

Witness Signature

Witness Signature _DELLA RICHARDSON, LPN NBDC_

_Refused to sign_
Patient Signature

Date _9/29/95_    Time _8³⁰/pm_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _____

Name: _Hicks, William_____ ID# _____

D.O.B. _____

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _I would like to sleep_____

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Richardson_____ DELLA RICHARDSON, LPN
Witness Signature            NBDC

_Deputy Kelly_____
Witness Signature

_9/30/95_____
Date

_Refused to sign_____
Patient Signature

_9:5? pm_____
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_          ID# _BS9514533_

D.O.B. _9/19/63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

Reason For Refusal _I don't want it. I want to sleep._

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                          NBDC

_Deputy Kelly_
Witness Signature

_10/1/95_
Date

_Refused to sign_
Patient Signature

_8:30 pm_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                                          7794

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_          ID# _BS951533_

D.O.B. _9/19/63_

I, _William Hicks_          have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.    Refused medication.                     ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                     ___ F.    Refused other diagnostic tests.

___ C.    Refused an outside medical appointment.    ___ G.    Refused physical examination.

___ D.    Refused laboratory services.              ___ H.    Other (Please specify)

Reason For Refusal _"I want to sleep."_

Potential Consequences Explained _Loss of control._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_          DELLA RICHARDSON, LPN
Witness Signature                    NBDC

_____          _Refused to sign_
Witness Signature                    Patient Signature

_10/5/95_                          _qq_
Date                                Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 0-3                                                                        7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_          ID# _BS9514533_

D.O.B. _9/19/63_

I, _William Hicks_          have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_          DELLA RICHARDSON, LPN
Witness Signature                    NBDC

_Deputy Kelly_          _Refused to sign_
Witness Signature          Patient Signature

_10/4/95_          _6PM_
Date          Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013          7794

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _William Hicks_        ID# _BS9514533_

D.O.B. _9/19/63_

I, _William Hicks_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.  Refused medication. _amoxicillin_        ____ E.  Refused X-Ray services.

____ B.  Refused dental care.                      ____ F.  Refused other diagnostic tests

____ C.  Refused an outside medical appointment.   ____ G.  Refused physical examination.

____ D.  Refused laboratory services.              ____ H.  Other (Please specify)

Reason For Refusal _" I don't need it now"_

Potential Consequences Explained _Chance of increase in infection_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                        NBDC

_Deputy Kelly_                    _Refused to sign_
Witness Signature                      Patient Signature

_10 4 95_                          _4 30 pm_
Date                              Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                              7794

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_  ID# _659514533_

D.O.B. _9/19/63_

I, _William Hicks_  have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.    Refused medication.                    ____ E.    Refused X-Ray services.

____ B.    Refused dental care.                    ____ F.    Refused other diagnostic tests

____ C.    Refused an outside medical appointment.  ____ G.    Refused physical examination.

____ D.    Refused laboratory services.             ____ H.    Other (Please specify)

Reason For Refusal  _No comment_

Potential Consequences Explained  _Lose of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson_           DELLA RICHARDSON, LPN
Witness Signature                NBDC

_Nym Aul 4426_                     _Refused to sign_
Witness Signature                Patient Signature

_10/5/95_                          _8 30/pm_
Date                              Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                         7/94

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_          ID# _8595145353_

D.O.B. _9/9/63_

I, _Hicks, William_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X  A.    Refused medication.                    ____ E.    Refused X-Ray services.

____ B.    Refused dental care.                    ____ F.    Refused other diagnostic test

____ C.    Refused an outside medical appointment.    ____ G.    Refused physical examination

____ D.    Refused laboratory services.            ____ H.    Other (Please specify)

Reason For Refusal _"I don't need it"_

Potential Consequences Explained _yes_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_EMT. V Podlocha RN_
Witness Signature    EVA PODLOCHA, RN
                     NBDC
_Up. C. Marciano 7482_
Witness Signature                         _____
                                          Patient Signature

_10/07/95_                                _16:55_
Date                                      Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBOC_

Name: _Hicks, William_                    ID# _B59519,533_

D.O.B. _8/6/63_

I, _Hicks William_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| X | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic test |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

Reason For Refusal _____ _no comments_ _____

Potential Consequences Explained _____ _YCI_ _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_EMA N Poolocha RN_
Witness Signature    EVA PODLOCHA, RN
                     NBDC

_Dep. R. Ritchie 3942_
Witness Signature

_rf. to nurse_
Patient Signature

Date _10/06/95_

Time _8:45_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _MBDC_

Name: _HICKS, WILLIAM_    ID# _BS9574533/_

D.O.B. _9/19/63_

I, _HICKS, WILLIAM_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X    A.    Refused medication.    ___    E.    Refused X-Ray services.

___    B.    Refused dental care.    ___    F.    Refused other diagnostic tests.

___    C.    Refused an outside medical appointment.    ___    G.    Refused physical examination.

___    D.    Refused laboratory services.    ___    H.    Other (Please specify)

Reason For Refusal _no comments_

Potential Consequences Explained _(x)_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Tina W. Podlocha RN_
Witness Signature    ...DLOCHA, RN
                     NBDC

_Deputy Kelly_
Witness Signature    Patient Signature

Date _10/08/98_    Time _16:25_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013    7794



**EMSA** *CORRECTIONAL CARE*

RECEIVED
OCT 11 1995
ISSUED

*12 1H5*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☑ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _10-10-95_      Facility/Institution: _N.B.D.C._

Name of Inmate: _Bill Hicks._      D.O.B.: _9-10-63_   Sex: _M_

I.D. # _BS95-14583_      Cell #: _11-1_

Problem: (in your **own** words)

_I am having to much energy - Feeling Like I'm going to Bust or hurt some thing. I'm having trouble sleeping and very restless. It's getting worse._

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: _D Richardson_      Date: _10/10/95_  Time: _4 15 Pm_
                        (Name)

Disposition: _Mental Health_      DELLA RICHARDSON, LPN
                                   NBDC

### FOR STAFF USE ONLY

S: _Seen by Dr. Shand on 10/12/95._

O: _____ Ph.D.

A: _____

P: _Refer to mental Health_

E: _____

Date: _10/10/95_  Time: _7 Pm_   _D Richardson_      DELLA RICHARDSON, LPN
                                  Health Service Signature      NBDC

White — Medical Department      Yellow — Other      Pink — Inmate

CL 1480-01

# EMSA CORRECTIONAL CARE

## HEALTH EVALUATION

CHARGES

BOND: 0

| Date: 10-17-95 | I.D. BS 951833 | Date Booked 8 7 98 | County: Broward |
|---|---|---|---|

## ADMISSION DATA

| Last Name: Hicks | First: Bill | Middle M | Address: 980 University drive |
|---|---|---|---|

| Alias: None | | City: Lauderhill Fl | St: | Zip: |
|---|---|---|---|---|

| Birthplace: IL | D.O.B. 9-10-63 | Phone: 728-4901 | Religion: Cal |
|---|---|---|---|

| SS#: 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 | Marital Status: S M D W Sep | Read/Write English? Yes  No  Other: |
|---|---|---|

Previous Incarcerations (Date & Facility)
1 time = date unknown M.S.

Health Insurance? Y N   Carrier:    State:

Policy Number:

NOTIFY IN EMERGENCY: Name: No One   Relationship: One   Address:   Phone:

## MEDICAL DATA

Family Physician:    Address:    Phone:

Previous Hospitalizations/Surgeries/Major Illness/Current Illness:  What? Where?   See H & P ☐
Head injury 1994 - BGMC. R knee surgery FMC 1987

| Medications: ☐ None  See Rx's 8/14/95 | Special Diet (Prescribed): N/A |
|---|---|

| Allergies: NKA | Tetanus/Immunizations: Y N  Dates: ? |
|---|---|

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN, AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

1) Level of Consciousness:  ( ) Alert  ( ) Oriented; time, place, person
( ) Lethargic  ( ) Stuporous  ( ) Comatose
Describe:

2) General Appearance:  ( ) Norm  ( ) Abn.
Describe:

3) Substance Abuse:  ( ) Yes  ( ) No  ( ) Suspected
( ) Current Intoxication/Abuse  ( ) Use  ( ) Withdrawal Symptoms
( ) Drugs  ( ) Alcohol  Crack - Heroin
Describe: What kind? Amount/Frequency?  1 case beer / day
Last Use: (Time/Date):  8 6 98

4a) Behavior/Conduct:  ( ) Calm  ( ) Cooperative  ( ) Non-Violent
( ) Agitated  ( ) Uncooperative  ( ) Violent
( ) Manipulative  ( ) Disorganized
Describe:

4b) Affect/Mood:  ( ) Normal  ( ) Manic  ( ) Depressed appears
( ) Euphoria  ( ) Flat  ( ) Confused  ( ) Delusion  somewhat
( ) Emotional Instability  ( ) Hallucinations  ( ) Hearing Voices  depressed
Describe: Calm / Co-op / Sevr contact

5a) Is Patient at High Risk for Suicide?  ( ) Yes  ( ) No

b) Does Pt. Describe Suicidal Thoughts or Ideations?  ( ) Yes  ( ) No

c) Is there evidence of Self Mutilation  ( ) Yes  ( ) No

d) High Risk Pt. may become Assaultive towards Staff?  ( ) Yes  ( ) No

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

6a) Communication Difficulties  ( ) Yes  ( ) No

b) Memory Defects  ( ) Yes  ( ) No

c) Hearing Impairment  ( ) Yes  ( ) No

d) Speech Difficulties  ( ) Yes  ( ) No

7) Physical Aids:  ( ) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches
( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) A/Comments, Complaints, Symptoms:  None

S)

O)

A)

P)

CC 017



**EMSA ✚ CORRECTIONAL CARE**

8/7

## INMATE MEDICAL REQUEST FORM

☑ **DENTAL**    ☐ **MEDICAL**    ☐ **MENTAL HEALTH**

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _10-20-95_    Facility/Institution: _N.B.D.C._

Name of Inmate: _Bill m Hicks_    D.O.B.: _9-10-63_

I.D. # _BS95 14533_    Cell #: _12-2H5_

Problem: (in your own words)

_Tooth hurts Bad, Jaw swollen_
_Lots of pain_
_Would Like to pull Tooth_
_please_

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: _V. mindle, Valerie Mindle, North Broward_

Person Triaging: _Dental_    Date: _10/20_    Time: _5:15 pm_
(Name)

**FOR STAFF USE ONLY**

S: _____

O: _____

_12/H3_

A: _____

P: _____

RECEIVED
OCT 2 3 1995

JACQUELYN ____
Dental Assistant - NBDC

Date: _____    Health Service Signature

CC 018    White — Medical Department    Yellow — Other    Pink — Inmate    7/94

# EMSA CORRECTIONAL CARE

## MEDICAL OBSERVATION SHEET
### SEGREGATION / ISOLATION

TO: HICKS, William

BS 95 145 33

| TIME | DESCRIBE CURRENT CONDITION: (Awake, Sleeping, Agitated, Talkative, Hostile, O.K., Happy, Depressed, Very Quiet, etc.) | ANY VERBAL HEALTH COMPLAINTS AS STATED BY INMATE | ANY SIGNIFICANT PHYSICAL FINDINGS | SIGNATURE |
|------|------|------|------|------|
| 8³⁰-pm | At cell door in suicide gown | "I'm Cold" | none | V. Nunder, RN |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

UPON COMPLETION, PLACE IN MEDICAL RECORDS

**EMSA** CORRECTIONAL CARE

---

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _R.C.M.I._

Inmate I.D. # _BS 95 145 33_

Inmate Name: _HICKS, WILLIAM_     D.O.B.: _9·19·63_

Date of Last H & P: _UNKNOWN_     Date of Last PPD: _____ Results: _____

Allergies: _NKA_

Current Health Problems: _Hx 4° , Hx Etoh Abuse_

Current Medication (Name, Dosage, Frequency, Duration:) _LiCO₃ 900 PM X 30 DAYS_
_PROZAC 20 mg ĩ Q AM_

Physical Disabilities/Limitation: _____

Assistive Devices/Prosthetics: _____

Glasses: _____     Contacts: _____

Follow-up care needed: _Need H&P by 8/17/95   Pls. Read PPD 8/10/95_

Signature _Monroe Kessler RN_     Monroe Kessler, RN     Date _8/9/95_
                                    Main Jail

---

## TRANSFER RECEPTION SCREENING

Facility: _NBDC_     T _98.7_ P _88_ R _24_ B/P _144/74_

S: Current Complaint: _none_

Current Medications/Treatment: _Prozac_

O: Physical Appearance/Behavior: _WNL — No Tremors_

Disposition: (X) General Population   ( ) Infirmary   Referral: ( ) Medical   ( ) Dental   (X) Mental Health

When:   ( ) Immediately   ( ) Sick Call   ( ) Other _____

JOY BRIEN, RN
NBDC

Signature _Joy Brien_     Date _10/24/95_



**EMSA** CORRECTIONAL CARE

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: MAIN JAIL BUREAU

Inmate I.D. # B395148533

Inmate Name: Hicks, William          D.O.B.: 9·10·63

Date of Last H & P: 8/15/55     Date of Last PPD: 8/7/95     Results: ⊖

Allergies: ∅

Current Health Problems: Hx q psych + ETOH abuse
Continue Suicide Watch

Current Medication (Name, Dosage, Frequency, Duration:) ∅

Physical Disabilities/Limitation: ∅

Assistive Devices/Prosthetics: ∅

Glasses: _____ Contacts: _____

Follow-up care needed: F/u by psych staff

Signature _Vinglass Hay RN_     Date 10/27/85

## TRANSFER RECEPTION SCREENING

Facility: N. Broward          T _deferred @ 11_ P _✓_ R _ R/P_

S: Current Complaint: Suicidal / ETOH abuse by hx.

Current Medications/Treatment: none

O: Physical Appearance/Behavior: OK

Disposition: ( ) General Population     ( ) Infirmary     Referral: ( ) Medical     ( ) Dental     (X) Mental Hea

When: (X) Immediately     ( ) Sick Call     ( ) Other Suicide watch

Signature _V. Mindle RN_     *Valerie Mindle, RN*
*North Broward*     Date 10-27-95 @ 6:10 PM

CC 027

# EMSA CORRECTIONAL CARE

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: **NORTH BROWARD BUREAU**

Inmate I.D. # BS957533

Inmate Name: Hicks, William     D.O.B.: 9/19/03

Date of Last H & P: 8/15/95     Date of Last PPD: 8·7·95     Results: 3 m m

Allergies: NKA

Current Health Problems: Hx Psych & EtOH Abuse

Current Medication (Name, Dosage, Frequency, Duration:) Ø

Physical Disabilities/Limitation: Ø

Assistive Devices/Prosthetics: Ø

Glasses: Ø     Contacts:

Follow-up care needed:

Signature _Mier RN_     Pauline Mier, RN
NBDC     Date 10 28 95

## TRANSFER RECEPTION SCREENING

Facility: MAIN JAIL     T 98.4 P 84 R 18 B/P 128/70

S: Current Complaint: NONE · VOICED

Current Medications/Treatment: NONE

O: Physical Appearance/Behavior: AAO x 3. Respirations even and unlabored. Gait steady. No signs of distress noted

Disposition: ( X ) General Population     ( ) Infirmary     Referral: ( ) Medical     ( ) Dental     ( ) Mental Health

When:     ( ) Immediately     ( ) Sick Call     ( ) Other _____

Signature _H. Holness LPN_     HYACINTH HOLNESS LPN
MAIN JAIL     Date 10/28/95

CC 027

**EMSA** *CORRECTIONAL CARE*

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: **MAIN JAIL BUREAU**

Inmate I.D. # _BS9514533_

Inmate Name: _HICKS  WILLIAM_  D.O.B.: _9.10.63_

Date of Last H & P: _dent 8/15/95_  Date of Last PPD: _8/7/95_  Results: _3 m m_

Allergies: _NKA_

Current Health Problems: _Hx Psych, ETOH Abuse_

Current Medication (Name, Dosage, Frequency, Duration:) _none_

Physical Disabilities/Limitation: _none_

Assistive Devices/Prosthetics: _none_

Glasses: _none_  Contacts: _none_

Follow-up care needed: _____

Signature _H. Holmes LPN_    HYACINTH HOLNESS LPN
MAIN JAIL    Date _10/28/95_

## TRANSFER RECEPTION SCREENING

Facility: _XBB_    T _97_ P _90_ R _20_ B/P _140/86_

S: Current Complaint: _Hx. Psych, Etoh abuse_

Current Medications/Treatment: _none_

O: Physical Appearance/Behavior: _alert oriented, good eye contact_

Disposition:  (✓) General Population    (  ) Infirmary    Referral:  (  ) Medical    (  ) Dental    (  ) Mental Health

When:    (  ) Immediately    (  ) Sick Call    (  ) Other _____

Signature _Patricia Rell_  PATRICIA RELL, LPN
NBDC    Date _10-28-95_

CC 027    779



**EMSA** *CORRECTIONAL CARE*

**PROBLEM LIST**

INMATE NAME: _____

I.D. NUMBER: _DX95N533_

D.O.B.: _9-10-03_

ALLERGIES: _NKA_

| Date Identified | Problem No. | Chronic (Long Term) Problems | Date Resolved |
|---|---|---|---|
| | ① | Hx PSYCH (moodswing) | |
| | ② | Hx ETOH Abuse | |
| 11-11-95 | 3 | Hallucinations | |
| 11-11-95 | 4 | Depression | |
| | | | |
| | | | |
| | | | |

Temporary (Usually Self-Limiting) Problems

| Prob. No. | Problem | Date of Each Occurence | | | | | |
|---|---|---|---|---|---|---|---|
| ① | Suicidal ideation | | | | | | |
| | Vent screen | 9/27 | | | | | |
| 2 | Cold Symptoms | 9/7/95 | 11/4/95 | | | | |
| | Dental | 9-29-95 | 11-2-95 | 3-15-96 | 3/22/96 | 5/31/96 | 8 20 96 |
| 3 | Headaches | 1/14/96 | 1-14-96 | | | | |
| 4. | Laceration check | 2/9/96 | | | | | |
| | Cold | 5/30/96 | | | | | |
| 6. | Lt. ankle pain | 7/16/96 | | | | | |
| | | | | | | | |
| | | | | | | | |

**EMSA CORRECTIONAL CARE**

## CONSENT TO MEDICAL / SURGICAL / INVASIVE
## DIAGNOSTIC PROCEDURE(S)

I request _**DR. GLENN PEARSON**_ _~~DENTIST~~_ M.D./D.O. and such associates and assistants as he/she may deem

necessary or direct to perform upon _William Hicks_ the following procedure(s):

_local anesthesia for temp. filling on tooth #29_

If during the course of the procedure(s), the discovery of unforeseen conditions requires, in the judgment of the persons described above, different procedure(s) than those planned, I authorize such different procedure(s) as are deemed appropriate

I understand that no warranty or promise has been made to me regarding the outcome of the proposed procedure(s) or cure of any condition, and the risks presented by the proposed procedure(s) or cure of any conditions. The risks presented by the proposed procedure(s), have been explained to me by _~~DR. GLENN PEARSON~~_ M.D./D.O.
                                                                                                    **DENTIST**
as have been the alternatives to the procedures planned.

I consent to the administration of anesthesia and to the use of such anesthetic agents and as may other drugs be deemed necessary and advisable, and understand that anesthesia and other drugs presents additional risk and hazards.

I consent to the disposal of any tissues, parts, or organs which may be removed as a result of the procedure(s) authorized at above facilities.

I have been given an opportunity to ask questions about my, or the patient's condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedure(s) to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent. I have read, or have had read to me, this form and I understand its contents.

| _William Hicks_ | _11/2/95_ | | _11/2/95_ _8:59_ |
| --- | --- | --- | --- |
| Patient | Date | Witness to Signature Only | Date   Time |

(If signed on behalf of patient, indicate relationship to patient and reason patient cannot sign form):

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The patient and/or authorized person indicated here appeared to understand and consented to the procedures described.

| _[signature]_ **DR. GLENN PEARSON** | _11/2/95_ _8:59_ A.M./P.M. |
| --- | --- |
| Physician's Signature **DENTIST** | Date |

CC 012                                                                                                    7/94

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH SERVICES RECEIPT

Inmate's Name: _Nicks, William_     Arrest Number: _BS95 14533_

Inmate's Location: _____NBDC   12'4·3_____
Facility/Pod/Housing  Unit/Cell Number

Date: _11 / 2 / 95_

| SERVICES | CHARGE  (circle applicable charges) |
|---|---|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | (5.00) |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

---

### VERIFICATION OF SERVICES RECEIVED

_[signature]_                                                    _11·2·95_
Inmate's Signature                                               Date

JACQUELYN D. FARRAR
Dental Assistant - NBDC                                          _11·2·95_
_____                                 Date
Provider (name stamp or print name)

_[signature]_                                                    _11·2·95_
Provider's Signature                                             Date

**INMATE REFUSED TO SIGN:**

_____    _____    _____
Witness (print name and CCN)    Witness' Signature    Date

Distribution:  White (Original) - **Inmate Banking Commissary**  Yellow Copy - **Health Care Records**  Pink Copy - **Inmate**

BSO DJ#14 (New 7/95)

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 11-6-95    Facility/Institution: N.B.D.C

Name of Inmate: Bill W Hicks    D.O.B.: 9-10-63    Sex: male

I.D. #: 8595-14533    Cell #: HD # 12'H3

**Problem: (in your own words)**

I've had Surgey on my Head and the stiches are gone but my Head is and still going numb. the pillow I use don't help have pain in my head every second 3 day

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: D Richardson    Date: 11/6/95    Time: 8 pm

(Name)

Disposition: S/C

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: 11/7/95 Pt out to visit unable to address sick call as stated above    DR

O: Alert & oriented W/in a c/o head feeling numb. Wants to see doctor. Head appears to be healed (wound)

A: 40 H. Alt. in comfort.

P: Refer to clinic. Refused any other Tx. Request to see doctor.

E: Doctor will see ASAP.

Date: 11/8/95    Time: 8P    D Richardson

DELLA RICHARDSON, LPN
NBDC

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

EMSA - CORRECTIONAL CARE

## INFORMED CONSENT (ANTIPSYCHOTICS)

**MEDICATION:** For example: Thorazine, Mellaril, Prolixin, Trilafon, Loxitane, Navane, Stelazine, Serentil, Moban, Haldol, or any other antipsychotic.

**PURPOSE:** These medications are used to treat serious mental and emotional conditions and to restore calmness. They work by improving the balance of chemical substances within the brain.

**COMMON SIDE EFFECTS:** Common side effects include: Sleepiness, muscle stiffness, abnormal involuntary movements, some of which may be persistent and are called Tardive Dyskinesia, difficulty urinating, lowered blood pressure which may be experienced as light headedness, blurred vision, dry mouth, constipation, and sensitivity to sunlight. If you experience any of these side effects, please report them to any member of the health care staff.

**ALTERNATE TREATMENT:** It has been determined at this time that this category of medication is the most effective therapy available, and that this class of medication will relieve undesirable symptom better and more quickly than other treatments. Other treatments include activity therapies and talk therapies such as counselling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days. Significant benefit may require regular and long-term usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets your needs. The doctor may order laboratory tests from time to time, to ensure that the medication is not causing any serious problems. The doctor at a minimum, reviews the medication and its effects every month.

**NOTIFICATION:** I understand that I can decide to stop taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking the medication, it will not affect my ability to receive other health care.

**RISKS AND HAZARDS:** Avoid alcohol. Avoid driving a vehicle and other activities that require alertness. Avoid long periods of time in sunlight. Avoid exposure to sunlamps. Avoid too much exercise, extreme heat or other activities likely to make you tired.

I understand, that by signing this form, I am agreeing to let EMSA - Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of the treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions with the doctor and a copy of this form will be given to me.

Patient's signature: _W. Allen VQ_____   Date _11 / 11 / 95_

Staff signature: _Jy Martin M. D._   **Dr. John Martin**   Date _11 / 11 / 95_
                                      Psychiatrist - NBDC

NAME _Hicks   William_   R W S M   DOB _9-19- 63_ # _B39514533_

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_          ID# _B595745 33_

D.O.B. _9/10/63_

I, _William Hicks_ have, this day, knowing that I have a condition
   (Name of Inmate)

requiring medical care as indicated below:

____ A.   Refused medication.               ____ E.   Refused X-Ray services.

____ B.   Refused dental care.              ____ F.   Refused other diagnostic tests

____ C.   Refused an outside medical appointment. ____ G.   Refused physical examination.

____ D.   Refused laboratory services.      ____ H.   Other (Please specify)

_____

Reason For Refusal _To Sleep - Headaches / Loss_
_Stepping awake, Not Feeling well_

Potential Consequences Explained _____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson_ ——— **DELLA RICHARDSON, LPN
NBDC**
Witness Signature

_Deputy Kelly_
Witness Signature

_11/12/95_                        _Patient Signature_
Date                              _4 pm_
                                  Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N. B. D.C._

Name: _William Hicks_                    ID# _BS95 #45 33_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
      (Name of Inmate)

requiring medical care as indicated below:

_X_ A.   Refused medication.         \_\_\_\_ E.   Refused X-Ray services.

\_\_\_\_ B.   Refused dental care.         \_\_\_\_ F.   Refused other diagnostic tests.

\_\_\_\_ C.   Refused an outside medical appointment.  \_\_\_\_ G.   Refused physical examination.

\_\_\_\_ D.   Refused laboratory services.       \_\_\_\_ H.   Other (Please specify)

_Thorazine 100 mg Po 6 PM_

Reason For Refusal _Bad reactions to it Body_
_doesn't like it_

Potential Consequences Explained _____
_Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_V. Mindle RN_    *Valerie Mindle, RN*         _William Hicks_
           *North Broward*
Witness Signature                      Patient Signature

_11-13-95_                       _6 PM_
Date                           Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _____ NBB _____

Name: _Hicks, William_          ID# _BS 95.74533_

D.O.B. _9/10/63_

I, _William Hick_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.  Refused medication. _Thorazine_          ___ E.  Refused X-Ray services.

___ B.  Refused dental care.          ___ F.  Refused other diagnostic tests.

___ C.  Refused an outside medical appointment.  ___ G.  Refused physical examination.

___ D.  Refused laboratory services.          ___ H.  Other (Please specify)

_____

Reason For Refusal  _Headaches / Bad Dreams / Sleep all the time, Bad head voices_

Potential Consequences Explained  _Loss of control of mood_

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Elma McKenzie LPN._
Witness Signature          ELMA MC KENZIE, LPN
                                          NBDC

_____          X _William Hick_
Witness Signature          Patient Signature

_11/13/95. 10.9am._          _____
Date          Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013          7/94

**EMSA CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL        ☐ MEDICAL        ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 11-13-95                    Facility/Institution: N.B.N.C.

Name of Inmate: William Hicks     D.O.B.: 97083   Sex: male

I.D. #  BS 95 14 533              Cell #: 12-1-43

Problem: (in your own words)

My head hurts, due to Surgery I had and my head goes num and can't see.

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: V. Miswelle RN, LPN   Date: 11/13   Time: 6PM
                North Brow (Name)

Disposition: Sick Call

**FOR STAFF USE ONLY**

S: As stated above.

O: Alert oriented W/M. c/o of headaches, c/o of being unable to focus properly at times and numbness on head. Old healed scar on head.

A: c/o headaches / alteration in comfort

P: Referred to Clinic:
   Tylenol ii po. q 4-6° X 5 dys PRN

E: Increase intake of fluid, rest

Date: 11/14/95  Time: 200p

ELMA MC KENZIE, LPN
NBDC

Health Service Signature  _Elma McKenzie, LPN_

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_    ID# _BS95745 33_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.    Refused medication.                              ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                            ___ F.    Refused other diagnostic tests.

___ C.    Refused an outside medical appointment.    ___ G.    Refused physical examination.

___ D.    Refused laboratory services.                  ___ H.    Other (Please specify)·

_____

Reason For Refusal _"I don't want it"_

_____

_____

Potential Consequences Explained _____

_____

_____

    I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_DRichardson_                    DELLA RICHARDSON, LPN
                                              NBDC
Witness Signature

_Dep. T. Kelly_                    _Refused to sign_
Witness Signature                    Patient Signature

_11/15/95_                          _4/4 PM_
Date                                Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _N B B_

Name: _HICKS    William_    ID# _B S 95 74 5 33_

D.O.B. _9. 10. 63_

I, _William    Hick_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✓_ A.   Refused medication.   _Therapue 100mg b.d_   ____ E.   Refused X-Ray services.

____ B.   Refused dental care.   ____ F.   Refused other diagnostic tests.

____ C.   Refused an outside medical appointment.   ____ G.   Refused physical examination.

____ D.   Refused laboratory services.   ____ H.   Other (Please specify)

_____

For Reason For Refusal _"I dont like the reaction, I want to_
_see the Doctor"_

Potential Consequences Explained _loss of control_

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_E. McKenzie_    ELMA MC KENZIE, LPN
Witness Signature    NBDC

_[signature]_    _Refuse to sign._
Witness Signature    Patient Signature

_11. 15. 95_    _____
Date    _8 55 A._    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA** CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _N B B_

Name: _Hicks  William_   ID# _B 5 9 5  7 4  5 3 3_

D.O.B. _9 - 10 - 63_

I, _William  Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| ✓ | A. | Refused medication. _Thorazine_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal  _I am not taking it_

Potential Consequences Explained  _loss of control._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_B Bell Munger  ann._
Witness Signature                FLMA MC KENZIE, LPN
                                 NBDC

_Deputy A Smith_
Witness Signature                _Refused to sign_
                                 Patient Signature

_11/16/95    8:55_
Date                             Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                    7/94

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hickey William_     ID# _BS 9574533_

D.O.B. _9/16/63_

I, _William Hicks_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

___ ✓  A.    Refused medication.            ___  E.    Refused X-Ray services.

___  B.    Refused dental care.            ___  F.    Refused other diagnostic tests.

___  C.    Refused an outside medical appointment.  ___  G.    Refused physical examination.

___  D.    Refused laboratory services.        ___  H.    Other (Please specify)

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _Loss of control_

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_D Richardson_ _____  **DELLA RICHARDSON, LPN**
Witness Signature                **NBDC**

_Deputy Kelly_ _____      _Refused to sign_ _____
Witness Signature                Patient Signature

_11/16/95_ _____          _4:05 pm_ _____
Date                      Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                    7/94

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _HICKS WILLIAM_          ID# _B59574533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_X_ A.    Refused medication. _Thorin long_   ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                    ___ F.    Refused other diagnostic tests.

___ C.    Refused an outside medical appointment.  ___ G.    Refused physical examination.

___ D.    Refused laboratory services.             ___ H.    Other (Please specify)

Reason For Refusal _dont want it_

Potential Consequences Explained _yes — loss of Control_

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calista Chukwu RN_   CALISTA CHUKWU RN
Witness Signature

_____ 7292               _Refused to Sign_
Witness Signature                          Patient Signature

_11/17/95    8:50 AM_                       _8:50 AM_
Date                                        Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                  7/94

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _N.B.D.C_

Name: _Hicks William_    ID# _BS95 74533_

D.O.B. _9/10/63_

I, _William_ _Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _I don't want it._

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Della Richardson_    DELLA RICHARDSON, LPN
Witness Signature                NBDC

_Deputy Kelly_
Witness Signature

_11/7/95_
Date

_Refused to sign_
Patient Signature

_11/7/95_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                 7/94

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_          ID# _BS95 74533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.  Refused medication. _Trilafon_          ___ E.  Refused X-Ray services.

___ B.  Refused dental care.          ___ F.  Refused other diagnostic tests

___ C.  Refused an outside medical appointment.   ___ G.  Refused physical examination.

___ D.  Refused laboratory services.          ___ H.  Other (Please specify)

Reason For Refusal _Gives headaches & bad reaction_

Potential Consequences Explained _Loss of control_

    I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Richardson_                    DELLA RICHARDSON, LPN
Witness Signature               NBDC

Witness Signature                    _Refused to sign_
                                     Patient Signature

_11/21/95_                         _820/pm_
Date                                Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                              7794

**EMSA** CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_          ID# _BS59574533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | |
|---|---|---|---|---|
| ✓ | A. | Refused medication. _Trilafon_ | E. | Refused X-Ray services. |
| | B. | Refused dental care. | F. | Refused other diagnostic tests. |
| | C. | Refused an outside medical appointment. | G. | Refused physical examination. |
| | D. | Refused laboratory services. | H. | Other (Please specify) |

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                         NBDC

_Deputy Kelly_

Witness Signature                                    _Refused to sign_

_11/23/05_                                          Patient Signature

Date                                                _8 30 pm_

                                                    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                          7794

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NbOC_

Name: _Hicks, William_                    ID# _BS95 74533_

D.O.B. _9-10-63_

I, _William Hicks_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| ✓ | A. | Refused medication. _Trilafon_ | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

Reason For Refusal _No comment_ _____

Potential Consequences Explained _Loss of control_ _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                         NBDC

_Deputy Kelly_                    _Refused to sign_
Witness Signature                    Patient Signature

_11/23/95_                    _8pm_
Date                    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                                       7/94

# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 11-25-95    Facility/Institution: N.BDC.

Name of Inmate: William Hicks    D.O.B.: 67063    Sex: M

I.D. # BS574533    Cell #: 12-1-H3

Problem: (in your own words)
Want Shoug meals
Head aches all the time now
After doctor gave meds.

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: DRichardson    Date: 11/29/95    Time: 9pm
(Name)
DELLA RICHARDSON, LPN
NBDC

Disposition: S/C

### FOR STAFF USE ONLY

S: _____ Refused sick call

O: _____

A: _____

P: _____

E: _____

Date: 11/30/95    Time: 12:15 pm    Calista Chukwu RN

CALISTA CHUKWU, RN
NBDC

Health Service Signature

CL 1480-01

White — Medical Department    Yellow — Other    Pink — Inmate

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_     ID# _BS9574533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
   (Name of Inmate)

requiring medical care as indicated below:

✓ A.  Refused medication. _Tilafon_      ___ E.  Refused X-Ray services.

___ B.  Refused dental care.      ___ F.  Refused other diagnostic tests.

___ C.  Refused an outside medical appointment.   ___ G.  Refused physical examination.

___ D.  Refused laboratory services.      ___ H.  Other (Please specify)

Reason For Refusal _No comment_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson, Jr_      DELLA RICHARDSON, LPN
Witness Signature                 NBDC

_Deputy Kelly 7674_
Witness Signature

_11/25/95_        _Refused to sign_
Date                Patient Signature

                 _8:30/pm_
                 Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                              7794

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_     ID# _GS9574533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. *Trilafon* | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _No comment_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Della Richardson_     DELLA RICHARDSON, LPN
Witness Signature                    NBDC

_Deputy Kelly_
Witness Signature

_Refused to sign_
Patient Signature

Date _11/26/95_     Time _8 30/pm_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013     7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_                    ID# _3595745'33_

D.O.B. _9-10-63_

I, _William Hicks_                    have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. _Trilafon_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _no consent_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson_                    DELLA RICHARDSON, LPN
_____                    DELLA RICHARDSON, LPN
Witness Signature                              NBDC

_Del. E. R____                    _Refused to Sign_
_____                    _____
Witness Signature                              Patient Signature

_11/27/95_                    _8:45 pm_
_____                    _____
Date                              Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                    7/94

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_    ID# _B39574533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

__✓__ A.  Refused medication.              ____ E.  Refused X-Ray services.

____ B.  Refused dental care.              ____ F.  Refused other diagnostic tests

____ C.  Refused an outside medical appointment.  ____ G.  Refused physical examination.

____ D.  Refused laboratory services.      ____ H.  Other (Please specify)

_Refused Trilafon 8 mg. P.O. @ H.S (9P)_

Reason For Refusal _____

_"I don't want it"_

Potential Consequences Explained _Yes —_
_Potential for loss of control_

   I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

            I have read this form and certify that I understand its contents.

_Kathleen Skillen_  KATHLEEN SKILLEN, LPN
Witness Signature          NBDC

_[signature]_               _Pt. refused to sign_
Witness Signature           Patient Signature

_11/28/95_                  _9PM_
Date                        Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the
medical staff member.

CC 013                                                        7794

**EMSA** CORRECTIONAL CARE

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_          ID# _BS95 14533_

D.O.B. _9-10-63_

I, _William Hicks_ _____ have, this day, knowing that I have a condition
   (Name of Inmate)

requiring medical care as indicated below:

✓   A.   Refused medication. _Trilafon_     ___ E.   Refused X-Ray services.

___ B.   Refused dental care.     ___ F.   Refused other diagnostic tests

___ C.   Refused an outside medical appointment.   ___ G.   Refused physical examination.

___ D.   Refused laboratory services.     ___ H.   Other (Please specify)

Reason For Refusal _No comment_

Potential Consequences Explained _loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson Lpn_
Witness Signature     **DELLA RICHARDSON, LPN**
          **NBDC**

_Deputy Kelly_
Witness Signature

_11/29/95_
Date

_Refused to sign_
Patient Signature

_9 PM_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013     7794

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_                    ID# _BS95 74533_

D.O.B. _9/10/63_

I, _William Hicks_  have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓  A.   Refused medication. _Trilafon_         ____  E.   Refused X-Ray services.

____  B.   Refused dental care.                      ____  F.   Refused other diagnostic tests

____  C.   Refused an outside medical appointment.   ____  G.   Refused physical examination.

____  D.   Refused laboratory services.              ____  H.   Other (Please specify)

Reason For Refusal _No comment_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson Jp_                    DELLA RICHARDSON, LPN
Witness Signature                    NBDC

_Deputy Kelly_                                       _Refused to sign_
Witness Signature                    Patient Signature

_11/30/95_                           _8:45 pm_
Date                                 Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                    7/94

**EMSA** CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: ___NBDC___

Name: __Hicks Williams__    ID# __BS95145 33__

D.O.B. _____

I, _____ have, this day, knowing that I have a condition
     (Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

_____Refused Sick Call_____

_____

Reason For Refusal ___I don't want it_____

_____

Potential Consequences Explained ___Yes_____

_____

_____

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

         I have read this form and certify that I understand its contents.

__Calista Chunkun RN__    **CALISTA CHUKWU, RN**
Witness Signature         **NBDC**

__Dep S. Starks 6836__    __Refused to Sign__
Witness Signature         Patient Signature

__11-30-95   1215p__    __1215 pm__
Date                    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                    7/94

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_          ID# _BS 95-7453_

D.O.B. _9/10/63_

I, _William Hicks_          have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

☑ A.  Refused medication. _Tridafon_          ____ E.  Refused X-Ray services.

____ B.  Refused dental care.          ____ F.  Refused other diagnostic tests.

____ C.  Refused an outside medical appointment.  ____ G.  Refused physical examination.

____ D.  Refused laboratory services.          ____ H.  Other (Please specify).

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson_          RICHARDSON, LPN
Witness Signature          NBDC
                          DELLA RICHARDSON, LPN
                          NBDC

_Drs M Fish_   4426          _Refused to sign_
Witness Signature          Patient Signature

_15/1/95_          _8 PM_
Date          Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013          779-4

**EMSA CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☐ MEDICAL     ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12-2-95     Facility/Institution: N.B.D.C

Name of Inmate: William Hicks    D.O.B.: 8-10-63    Sex: male

I.D. # B95S-14533     Cell #: 12-1-H3

Problem: (in your own words)

med s r keep giving me headaches even after I stop taking it

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: EMT _EVA PODLOCHA RN_ (Name)    Date: 11/2/95    Time: 2013 5

Disposition: H/C/Dr. Moskm

**FOR STAFF USE ONLY**

S: "My head is full of pain, I can't take meds I'm on, I need to talk to Dr. Moskm"

O: Pt. with out sign's of acute distress, alert, oriented x3. good eye contact. complaini's of bad side-effects from med.

A: Alteration in comfort due to side-effects

P: Ref. to Dr. Moskm.

E: Inform med. staff if symptoms ↑.

Date: 12/2/95    Time: 21:15     EMT W PODLOCHA RN

Health Service Signature

White — Medical Department     Yellow — Other     Pink — Inmate

EVA PODLOCHA, RN
NBDC

CL 1480-01

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _HICKS, WILLIAM_     ID# _BS 957453_

D.O.B. _9/10/63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X   A.   Refused medication.                    ____   E.   Refused X-Ray services.

____   B.   Refused dental care.                  ____   F.   Refused other diagnostic tests

____   C.   Refused an outside medical appointment.   ____   G.   Refused physical examination.

____   D.   Refused laboratory services.           ____   H.   Other (Please specify)

_inhalation_

Reason For Refusal  _bad side-effects_

Potential Consequences Explained _yes - loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____  _EVA POOLOCHA, RN_
Witness Signature           NBDC

_Deputy Kelly_
Witness Signature

_____
Patient Signature

_12/3/95_          _21:05_
Date               Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 016                                    7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_    ID# _B595743_

D.O.B. _9/10/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_( A_  Refused medication.            ___ E.    Refused X-Ray services.

___ B.    Refused dental care.          ___ F.    Refused other diagnostic tests

___ C.    Refused an outside medical appointment.   ___ G.    Refused physical examination.

___ D.    Refused laboratory services.      ___ H.    Other (Please specify)

Reason For Refusal _Refused Trilafon 8 mg. @ 9P Gives me headaches — and since I've not taken it. I still DO get them_

Potential Consequences Explained _Yes — Potential for loss of Control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Kathleen Skillen_  ~~KATHLEEN SKILLEN, LPN~~
Witness Signature                NBDC

_____        _William M V_
Witness Signature                Patient Signature

_12/4/95_                _12/4/95_
Date                    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                    7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_          ID# _BS 95 24 533_

D.O.B. _9/10/63_

I, _William Hicks_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.   Refused medication. _Trula Ison_          ___ E.   Refused X-Ray services.

___ B.   Refused dental care.          ___ F.   Refused other diagnostic tests

___ C.   Refused an outside medical appointment.          ___ G.   Refused physical examination.

___ D.   Refused laboratory services.          ___ H.   Other (Please specify)

Reason For Refusal   _" I don't want it "_

Potential Consequences Explained  _Loss of control_

_Released_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                              NBDC

_Deputy Kelly 7674_                    _William Hicks_
Witness Signature                              Patient Signature

_12/7/95_                                          _8 PM_
Date                                                Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                                    7/94

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks william_          ID# _BS957453_

D.O.B. _9/10/63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✗_ A.   Refused medication. _am tmt_          _____ E.   Refused X-Ray services.
              _surgred 60 m_
_____ B.   Refused dental care.   _salt water_          _____ F.   Refused other diagnostic tests
              _Tylenol_
_____ C.   Refused an outside medical appointment.    _____ G.   Refused physical examination.

_____ D.   Refused laboratory services.          _____ H.   Other (Please specify)

Reason For Refusal _____ _dont want it_

Potential Consequences Explained _____ _yes cold symptoms_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Caleste Chukwu RN_          **CALISTA CHUKWU, RN**
Witness Signature                     **NBDC**

_Ool Oosta 4821_
Witness Signature                     Patient Signature

_____                  _____
Date                                      Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                7/94

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

NBB917

## TO BE COMPLETED BY INMATE

William M Hicks _____ 3599ng83 __ 4836 __ 12-5-95

Inmate's Name _____ Arrest# __ Cell __ Facility __ Date

### PART A - INMATE'S GRIEVANCE

I need medical and I've requested
over and over — an inspector
for 3 months

Want + 5 up!
"I have all copies"    Last request time—

William M.    12-5-95    090

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr Hicks, you were seen on 12/2/95 by sick
call nurse. You refused sick call on 11/25/95.
You were seen 11-13-95, 11-6-95. There are
no outstanding sick calls in your chart.
If you have a problem, please address the sick
call nurse

Reviewing Deputy's Signature/CCN _____ Date

Joan Beauseejour RN    12-8-95

Supervisor's Signature/CCN _____ Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____ Date

BSO DJ#51 (Revised 4/93)

**ΞMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

12-8-95
ATJ

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12-8-95    Facility/Institution: N.B.D.C.

Name of Inmate: William Hicks    D.O.B.: 9-10-63    Sex: Male

I.D. # B595-14 S33    Cell #: 12-1-H-3

Problem: (in your own words)

Last night the Flu I have, had Brought on Suicidal Thoughts Again, do to closifobic Feelings Ecc't Breath, what Pects to Fast, my mouth Acts To. Ec't handle it I need to see doctor Tonight Please

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Person Triaging: V. Mingle LPN (Name)    Date: 12/8/95    Time: 9PM

Disposition: Sick call North

**FOR STAFF USE ONLY**

S:

O:

A:

P: See sick call protocol CL-1480-08 dated 12/9/95

E:

Date: 12/9/95    Time: 9P    B Richardson Lpn    Health Service Signature

DELLA RICHARDSON, LPN
NBDC                    LPN

---

CL 1480-01

BROWARD SHERIFF'S OFF
DEPA ... OF CORRECTIONS AND REHA ...TATION
INMATE GRIEVANCE FORM

### TO BE COMPLETED BY INMATE

William Hicks                BSSS-1453312-1H3    ..B.D.C   12-9

Inmate's Name _____    Arrest# ___ Cell ___ Facility ___ Date ___

### PART A - INMATE'S GRIEVANCE

I've replied for medical many times
over and never recieved any. Whats
up. I've Been Applying For 3 months
And I've stated I've had stiches in my head
and a severe cut from the Front of head to Back

William Hic___    12-8-85

Inmate's Signature _____    Date Signed _____

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

✓ Grievance no. 12-5-95.
Nurse sent again on 1/4/96. — I do
believe we have addressed all your
_____ call.

Reviewing Deputy's Signature/CCN _____    Date _____

Jan Briccsmell RN

Supervisor's Signature/CCN _____    Date 1/6/96

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____    Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

6 A

## TO BE COMPLETED BY INMATE

Lillian Hicks                    BSSF-145331○-1#3    ..B.D.C 12-5

Inmate's Name                    Arrest#    Cell    Facility            Date

### PART A - INMATE'S GRIEVANCE

Ive replied Fa medical many times
over and never recieved any whats
up Ive Been appling Fa 3 months
And Ive stated ive had sticks in my head
and a severe cut from the Front of Head to Back
killing m W ○                        12-5-55

Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

_____

_____

_____

_____

Reviewing Deputy's Signature/CCN                    Date

_____

Supervisor's Signature/CCN                          Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____

Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature

EMSA CORRECTIONAL CAI

## COLD, FLU, AND RESPIRATORY ALLERGIES PROTOCOL

NAME: _Hicks William_  ARREST#: _BS95-146-33_

DOB: _9-10-63_  RACE/SEX: _W / M_  DATE: _12/9/95_  TIME: _8 PM_

| SUBJECTIVE | | |
|---|---|---|
| | 1) | HISTORY OF COPD OR OTHER LUNG DISEASE? _No_ |
| | 2) | SYMPTOMS? _Nasal congestion coughing_ |
| | 3) | IF ALLERGY, PAST HISTORY?  SEASONAL?  KNOWN OFFENDING ALLERGENS? |
| | 4) | DRYNESS OR (SORENESS) OF (THROAT?) _No fever Yes_ |
| | 5) | PRESENCE OF COUGH?  IS IT PRODUCTIVE? _Yes yellow sputum_ |
| | 6) | COLOR OF SPUTUM IF COUGH PRODUCTIVE?  HIV (+)? |

| OBJECTIVE | | |
|---|---|---|
| | 1) | T: _988_  P: _80_  R: _18_  B/P: _116/84_ |
| | 2) | HEENT EXAMINATION, IN PARTICULAR, CONDITION OF EARS, NOSE AND THROAT. _slight redness of throat_ |
| | 3) | ENLARGED NODES OR SALIVARY GLANDS IN NECK. _No_ |
| | 4) | CHEST EXAMINATION - WHEEZES?  RALES?  RHONCHI? _Clear_ |

| ASSESSMENT | (COLD) INFLUENZA/ALLERGY |
|---|---|

| PLAN | | REFER TO PHYSICIAN/PA OR ARNP IF: |
|---|---|---|
| | 1) | BEEFY RED THROAT WITH OR WITHOUT PATCHES OR PUS. |
| | 2) | TEMPERATURE > 100.5 ° |
| | 3) | WHEEZES, RHONCHI OR RALES IN LUNGS. |
| | 4) | EVIDENCE OF EAR INFECTION. |
| | 5) | SEVERE COUGH |
| | 6) | CHRONIC ALLERGY UNRESPONSIVE TO CONSERVATIVE TREATMENT. |
| | | ASPIRIN, ACETAMINOPHEN PRN. BODY ACHES. SALT WATER GARGLE PRN SUDAFED 30 MG. 1-2 TABLETS, 2-4 TIMES/DAY FOR 5 DAYS IF NO HISTORY OF HYPERTENSION CTM 4 MG. 1 TABLET, 2-4 TIMES/DAY FOR 5 DAYS IF EXCESSIVE NASAL DRAINAGE AND NO HISTORY OF ASTHMA. |

| EDUCATION | • | _ADVISE THAT COLDS LAST 7-10 DAYS WITH OR WITHOUT RX._ |
|---|---|---|
| | • | _INCREASE FLUID INTAKE_ |
| | • | _RETURN IF SYMPTOMS PERSIST 7 DAYS, PRODUCTIVE COUGH, EAR PAIN, ETC._ |
| | • | _RETURN IF SYMPTOMS WORSENS AFTER x3 DAYS OF SYMPTOMATIC TREATMENT._ |

NURSE'S SIGNATURE: _Della Richardson LPN_

DELLA RICHARDSON, LPN
NBDC

NAME STAMP OR PRINTED NAME:

PROTOCOL APPROVED BY: _DR. WINTHROP C. DAHS STAFF PHYSICIAN - NBDC_

REVIEWED: _____, 1995  _____, 1996

CL 1480-08

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 12/13/95

NAME: Hicks, William  R/S: W/M  ARREST#: BS 9514533

Service provided:  Individual therapy  ✓ Group therapy

Issues discussed: The Topic was past abuse by parental figures

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | X Cooperative | __ Disruptive |
| X Alert | __ Distracted | __ Fearful |
| __ Anxious | __ Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| X Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other:

Level of participation:  Active  ✓ Moderate  Low

Progress: Mr H's first session He started to talk about his crime Murder chg. I

Recommendations: ✓ Continued Treatment  ____ Termination

Other:

Comments: stopped him. He listened attentively for the rest of the session.

Clinician: Eric L. Vettri

ERIC VELTRI
LCSW - NBB

(Stamp)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

WILLIAM M Hicks _____ BS95-14533 12-2-45 N.R.O.C. 12-4-95
Inmate's Name _____ Arrest# __ Cell __ Facility __ Date

### PART A - INMATE'S GRIEVANCE

Per my Last Request, I seen the nurses, true. For Flu-shots + inhalers, not the doctor. The doctor's what I want not the F nurse. get it. theirs a difference. I need to see the Doctor I told the Judge and all, I'm not seeing him + no, but they are doing something. "I want the Doctor" ~~here~~ Please answer request, within a W.D.G. _____ 12-4-55 Due,

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

I e-ther threw out the past ones or I just can't find them, I want a fast response- not the nurse - Due #11-13-95 - #11-6-55 See grievance # 12-13-95

Reviewing Deputy's Signature/CCN _____ Date

Supervisor's Signature/CCN _____ Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 12|15

NAME: Hicks, Wm.  R/S: W/M ARREST#: BS 95 145 33

Service provided:   Individual therapy  ✓ Group therapy

Issues discussed: Topic was anger specifically of one I/M — then others related to the Topic as well.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | X Cooperative | __ Disruptive |
| X Alert | __ Distracted | __ Fearful |
| __ Anxious | __ Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| X Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other:

Level of participation:   Active  ✓ Moderate   Low

Progress: Mr H related to the Topic thus far I do not have a sense of

Recommendations: ✓ Continued Treatment ____ Termination

Other:

Comments: Mr H S/ reality

Clinician: Eric L Veltri

ERIC VELTRI
LCSW - NBB

(Stamp)

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 12/19/95

NAME: Hicks, Wm.     R/S: W/M  ARREST#: BJ 95 14533

Service provided:     Individual therapy     ✓ Group therapy

Issues discussed: Topic was one I/M's behavior too much fooling around not enough serious behavior. We'll see if there is improvement later this work.

Observed behavior and overall clinical status:

___ Drowsy          X Cooperative      ___ Disruptive
X Alert             ___ Distracted     ___ Fearful
___ Anxious         ___ Suicidal       ___ Angry
___ Depressed       ___ Homicidal      ___ Hyperverbal
X Oriented          ___ Isolative      ___ Psychotic
___ Disoriented     ___ Withdrawn      ___ Euphoric

  Other:

Level of participation: ✓ Active     Moderate     Low

Progress: Mr H expressed fairly strong negative feelings about the O.S.

Recommendations: ✓ Continued Treatment     ___ Termination

     Other:                                              ✓

Comments: and voiced a yet so vailed threat to the court to try to mess

Clinician: _____          ERIC VELTRI
                                    LCSW - NBB
          (Stamp)                   w/ lim

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 12/22/95

| | |
|---|---|
| NAME: Hicks, Bill | R/S: W/M ARREST#: BS95/4533 |

Service provided:    Individual therapy    ✓ Group therapy

Issues discussed: Topic was one I/M's continuing bad behavior in the unit. He was laughing in others faces, not respecting their privacy or property and lying. The I/M wanted another chance to control his behavior. No one else in the unit wanted to give him another chance. It was agreed that we would recommend he be moved to a 4 unit.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| ___ Drowsy | ✗ Cooperative | ___ Disruptive |
| ✗ Alert | ___ Distracted | ___ Fearful |
| ___ Anxious | ✗ Suicidal | ___ Angry |
| ___ Depressed | ___ Homicidal | ___ Hyperverbal |
| ✗ Oriented | ___ Isolative | ___ Psychotic |
| ___ Disoriented | ___ Withdrawn | ___ Euphoric |

Other:

Level of participation:    ✓ Active    Moderate    Low

Assessment: Mr H participated agreeing w̄ the others. He was going to agree to give the S another chance but then decided after the S made a slightly threatening comment S to.

Recommendations: ✗ Continued Treatment    ___ Termination

Other:

Clinician: [signature]    ERIC VELTRI
LCSW - NBB

(Stamp)

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/2/96

NAME: Hicks, Wm.        R/S: W/M ARREST#: BS 9514533

Service provided:    Individual therapy    ✓ Group therapy

Issues discussed: One member used the group
to discuss his problem at mid custody
of his 3 y/o child who is currently
in *legus* to his ex girl. The group
felt he was in danger of you outside
the law because he is too ~~something~~ (impulsive)
(impulsive). This needs further
exploration.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | ✓ Cooperative | __ Disruptive |
| ✓ Alert | __ Distracted | __ Fearful |
| __ Anxious | __ Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| ✓ Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other:

Level of participation:  ✓ Active ____ Moderate ____ Low

Assessment: Mr H. was instrumental in pointing
out to the S that he might have a lot
of fear motivating his bravado.

Recommendations:  ✓ Continued Treatment ____ Termination

Other:

Clinician: _____    ERIC VELTRI
                                LCSW - NBB

(Stamp)

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/9/96

NAME: Hicks, William     R/S: W/M     ARREST#: B) 95/4533

Service provided:     Individual therapy   ✓ Group therapy

Issues discussed: Topic was the groups transfer to Dr. Shams which will take place next week. We also took time for three (3) men to introduce themselves.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | ✓ Cooperative | __ Disruptive |
| ✓ Alert | __ Distracted | __ Fearful |
| __ Anxious | __ Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| ✓ Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other: _____

Level of participation: ____ Active     Moderate   ✓ Low

Assessment: I/M H was quiet which is the usual for him during today's unsupervised session.

Recommendations: ✓ Continued Treatment ____ Termination

Other: _____

Clinician: _____     ERIC VELTRI
                               LCSW - NBB

(Stamp)

**EMSA** **CORRECTIONAL CARE**



## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _1-13-96_    Facility/Institution: _N.B.D.C_

Name of Inmate: _William m Hicks_  D.O.B.: _9-10-63_  Sex: _Male_

I.D. # _BS95-14533_    Cell #: _12-2-6-4_

**Problem: (in your own words)**

_I'm having a increase In headaches, not Being
Able to control them, as my heart Beats they pound
pound in my Head. my Head still is num From
a surgery I Had. I Requested to See doctor Five
Months ago._

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Person Triaging: _V. mindle, RN_    Date: _1/13/96_  Time: _945 pm_

Disposition: _Sick call_

**FOR STAFF USE ONLY**

S: _"I'm still having headaches real bad"_

O: _W/m c/o headache, varies in severity. Appears to be
related to stress. Has healed scar from old injury (1994)
V.S. stable. States "eyes get blurry sometimes."_

A: _alt in comfort - anxious, reported headache_

P: _Med per Protocol
Inform medical if symptoms worsen_

E: _Cont to take meds as ordered_

Date: _1/14/96_  Time: _8PM_    _V. Mindle_  Valerie Mindle, RN
North Broward

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/16/96

NAME: Hicks, Wm          R/S: W/M  ARREST#:

Service provided:    Individual therapy    ✓ Group therapy

Issues discussed: The topic was one I/M's intro during himself which evolved into how the rest of the group felt about taking their medications. The I/M who introduced himself did not like the idea of taking meds because he felt he really was not ill and would be ok as long as he would be ī his wife

Observed behavior and overall clinical status:

__ Drowsy          __ Cooperative      __ Disruptive
__ Alert           __ Distracted       __ Fearful
__ Anxious         __ Suicidal         __ Angry
__ Depressed       __ Homicidal        __ Hyperverbal
__ Oriented        __ Isolative        __ Psychotic
__ Disoriented     __ Withdrawn        __ Euphoric

Other:

Level of participation:    Active    ✓ Moderate    Low

Assessment: I/M H. supported the idea that the I/M should take his Rx

Recommendations: ✓ Continued Treatment  ____ Termination

                    Other:

Clinician: _____    ERIC VELTRI
                                       LCSW - NBB
                    (Stamp)

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/18/96

NAME: Hicks, Wm.    R/S: W/M ARREST#: 0595145 33

Service provided:    Individual therapy ✓    Group therapy

Issues discussed: The topic of today's session, were one I/M's problems c anger and obsession c thoughts of hurting other people.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | ✓ Cooperative | __ Disruptive |
| ✓ Alert | __ Distracted | __ Fearful |
| __ Anxious | __ Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| ✓ Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other:

Level of participation:    Active    Moderate ✓    Low

Assessment: I/M has said little about the main topics but there was a lot of non verbal communications which he refused to discuss

Recommendations: ✓ Continued Treatment ____ Termination

Other:

Clinician: _____    ERIC VELTRI
LCSW - NBB

(Stamp)

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/23/96

NAME: Hicks, Bill          R/S: w/MARREST#: BJ9514533

Service provided:     Individual therapy  ✓ Group therapy

Issues discussed: Todays group topic
was the introduction of 3 new
members to the group!

Observed behavior and overall clinical status:

___ Drowsy          ✓ Cooperative        ___ Disruptive
✓ Alert             ___ Distracted       ___ Fearful
___ Anxious         ___ Suicidal         ___ Angry
___ Depressed       ___ Homicidal        ___ Hyperverbal
✓ Oriented          ___ Isolative        ___ Psychotic
___ Disoriented     ___ Withdrawn        ___ Euphoric

Other:

Level of participation: ✓ Active    Moderate    Low

Assessment: I/M H brought the group to
life by introducing the concept of
one of the I/M homosexuality to the
discussion. After that the issue
was discussed openly and the tension

Recommendations: ✓ Continued Treatment    ___ Termination

Other: in the group appeared

Clinician: _____          ERIC VELTRI
                                     LCSW - NBB

            (Stamp) to subside.

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/25/96

NAME: _Hicks, Bill_    R/S: W/M  ARREST#: BS 4514533

Service provided:    Individual therapy    ✓ Group therapy

Issues discussed: Topic 1 was an I/M reintroducing himself to the group in more detail. The group got into some important symptoms of mental illness and the spirit was to make these the behaviors less threatening to the group. Topic 2 was another I/M's bad behavior in the unit. The I/M was reminded of his responsibility to behave in a socially appropriate w[ay]

Observed behavior and overall clinical status:

_ Drowsy         ✓ Cooperative      _ Disruptive
✓ Alert          _ Distracted       _ Fearful
_ Anxious        _ Suicidal         _ Angry
_ Depressed      _ Homicidal        _ Hyperverbal
✓ Oriented       _ Isolative        _ Psychotic
_ Disoriented    _ Withdrawn        _ Euphoric

Other: _____

Level of participation:  ✓ Active    Moderate    Low

Assessment: I/M H is generally a quiet serious type guy who can be relied on for fairly honest opinions. He generally does not appear to take the group seriously and resists joining

Recommendations: ✓ Continued Treatment    ___ Termination

Other: but is cooperative

Clinician: _____

(Stamp) and involved if the subject interests him.

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _N. Broward_

Name: _HICKS  William_                    ID# _BG 957453_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic test |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_Sinequan 100 mg Po @ hs_

Reason For Refusal _Holding water — retaining water._
_Hard to urinate;_

Potential Consequences Explained _____

_Loss of Control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

Witness Signature _____

_V. Nindle, RN_    _Valerie Nindle, RN_
_North Broward_
Witness Signature                    x _William Hick_
                                     Patient Signature

_1-28-96_                            _10 PM_
Date                                 Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/29/96

NAME: Hicks, Bill                     R/S: W/M ARREST#: BJ 55145 33

Service provided:    Individual therapy    ✓ Group therapy

Issues discussed: Topic for today was the introduction of a new T/M to the group.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| ___ Drowsy | ✓ Cooperative | ___ Disruptive |
| ✓ Alert | ___ Distracted | ___ Fearful |
| ___ Anxious | ___ Suicidal | ___ Angry |
| ___ Depressed | ___ Homicidal | ___ Hyperverbal |
| ✓ Oriented | ___ Isolative | ___ Psychotic |
| ___ Disoriented | ___ Withdrawn | ___ Euphoric |

Other:

Level of participation:    Active    ✓ Moderate    Low

Assessment: T/M Hicks urged the S to continue taking his Rx which he believed were vital to the S's recovery

Recommendations: ✓ Continued Treatment ___ Termination
                Other:

Clinician: _____

ERIC VELTRI
LCSW - NBB

(Stamp)

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N B D C_

Name: _Hicks_                                    ID# _BS 95 7453_

D.O.B. _9-10-63_

I, _Hicks William_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X  A.    Refused medication. _Sinequan_          ___  E.    Refused X-Ray services.

___  B.    Refused dental care.                     ___  F.    Refused other diagnostic tests

___  C.    Refused an outside medical appointment.   ___  G.    Refused physical examination.

___  D.    Refused laboratory services.             ___  H.    Other (Please specify)

Reason For Refusal _Can't refuse water's Holding Water -_

Potential Consequences Explained _Loss of Control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_K Sutter RN   Kris Sutter RN_
Witness Signature

_Dorothy Kelly_
Witness Signature

_1-31-96_
Date

_X Wiler. MD_
Patient Signature

_2100_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                                                    7/94

**EMSA** CORRECTIONAL CARE

*To Dr. DAVISON*

# INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

817

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-5-96    Facility/Institution: N.B.D.C

Name of Inmate: Bill Hicks (William)    D.O.B.: 9-1063    Sex: M

I.D. #: BS95-14533    Cell #: 12-1-H4

Problem: (in your own words)

I'm Having problems pissing - Now my stomache is inflamed you draw Blood - But not urin - why Not - IFI was a sit! you would have. thats melpractice not to doc who is right

DO NOT WRITE BELOW THIS LINE WANT TO SEE yesterday

---

CALISTA CHUKWU, RN
NBDC

STAFF SECTION

Person Triaging: Calista Chukwu RN    (Name)    Date: 2/5/96    Time: 2:46pm

Disposition: _____ S/C

**FOR STAFF USE ONLY**

S: _____

_____

_____

O: _____

_____

A: _____

P: Resolved

E: _____

Date: 2/8/96   Time: 1930   [signature] Sutter RN    K Sutter

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

**EMSA** CORRECTIONAL CARE

*TO THE Director OF medical*

*8|7*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-5-96   Facility/Institution: N.B.D.C.

Name of Inmate: Bill Hills (William)   D.O.B.: 070063   Sex: M

I.D. #: BS851453J   Cell #: 12-1-H-4

Problem: (in your own words)

You said to Be a squeky wheel ad
Say, may I please see this and the 2 well
your Staff don't even have answers fa
things I'm on, They Say wrong things

### DO NOT WRITE BELOW THIS LINE

**CALISTA CHUKWU, RN**
**NBDC**   STAFF SECTION

Person Triaging: Calista Chukwu RN   Date: 2/9/96   Time: 2⁴⁰p

(Name)

Disposition: 8lc

## FOR STAFF USE ONLY

S: _____

O: _____

A: _____

P: Resolved

E: _____

Date: 2/8/96  Time: 1934   K. Sutts RN   K Sutter

Health Service Signature

White — Medical Department     Yellow — Other     Pink — Inmate

1480-01

Grievance Response of 2/5/96

Dear Mr Hicks,

In less than a week, I have been in contact with two of your relatives regarding your care. I personally visited you at cellside with the psych nurse supervisor. I have personally integrated the psychiatrist, nursing staff, medical Dr, nurse supervisor, to determine if, in fact, you have concerns that we can medically treat. We have collected blood + urine tests

In that time, your current course of care has been interrupted by outside elements who, I am told, encouraged you to refuse the present treatment. For instance, Refuse to take your "fluid pill" etc.

I firmly believe myself and staff are actively addressing your concerns and will continue to pursue a reason for all of these concerns you may have. Hopefully, we may find something concrete to be able to treat

2/7/96

RICHARD MAC-DONALD, HSA
NBB-DOCC

WARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Inmate's Name: William A. Hicks

Arrest#: BSES-105392-____  Cell: ____  Facility: D.C.  Date: 2-5-96

### PART A - INMATE'S GRIEVANCE

_I William Hicks want to state the the Big "Fat Black nurse on 3-11 shift" don't know there" this is medical Shit she should Be Fired For her conduct. I'm very sick and getting sicker she says she can't help me when she "works For her agency - not to look at med pressure, I'm dying and she don't care, I'm very sick and I'm not, getting better, I want something done about_

Inmate's Signature: ____   Date Signed: ____

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

_All the nurses, Nurse Carter Sincerely, Benzoin the RN nurse, we having been hurt and abusive care and nasty. Stomach is bleeding, vomiting, and between me + the same high Blood pressure, act. other ____ and when I say something to her I get c_

Reviewing Deputy's Signature/CCN: ____   Date: ____

_Serious reply, I'm nothing Dr Davis responsible For major sick_

Supervisor's Signature/CCN: ____   Date: ____

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_my family is fighting for me cover_

Inmate's Signature: ____   Date Signed: ____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_As a american I Have rights as I whole In here I want to be treated with respect and like this place is spending billions of dollars on the SFO, _____

Director's Signature: ____   Date: ____

DSO DC#51 (Revised 4/93)

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBTX_

Name: _Hicks William_                    ID# _BS 957453_

D.O.B. _9-10-63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✗ | A. | Refused medication. _Naprosyn KCl Lasix_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic test |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _I don't want it, it does not work_

Potential Consequences Explained _fluid Retention_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Caliste Chukwu RN_
Witness Signature

_[signature] 6559_
Witness Signature

_2/7/96        8⁴⁵ A_
Date

_Refused to Sign_

Patient Signature

_____
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                7/94

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CENTRAL MEDICAL CARE SITE
FAILURE TO MATCH

| Name: (Last, First, Middle) | Hicks  William | Race/Sex  W/M | Arrest Number:  BS95 7453 | DOB: 9/10/65 |
|---|---|---|---|---|
| Age: | Date/Time  2/9/96  1:40pm | Use of Force?  [ ] Yes [ ✓ ]No | Allergies: NKA | |

## AUTHORIZATION FOR HEALTH CARE SERVICES AND ANESTHESIA

I, the undersigned, an inmate/patient in this facility, had explained to me and understand the nature of my condition. I hereby authorize the health care staff to perform evaluation and treatment on me as needed.

Signature _William M R___  Date _2-9-96_  Time _1:40p_

Witness _Calista Chukwu RN___  Date _2-9-96_  Time _1:40p_

Witness ___  CALISTA CHUKWU, RN  NBDC  Date _2/9/96_  Time _1:40p_

If inmate/patient cannot sign, explain: ___

| Temperature: 98° | Pulse: 164 | Respiration: 24 | Blood Pressure: 160/98 |
|---|---|---|---|

### BRIEF HISTORY

If injured by accident, state where, when, and how injury occurred. If an illness occurred, provide description of illness:

Called to see above inmate was reportedly cut by another inmate Beech Norman at the (R) side of the face. Open cut noted (R) cheek bleeding & incident stated to have happened at the Recreation yard at about 1:30pm.

### TREATMENT

Cut cleaned with hydrogen peroxide and pressure dressing applied to arrest the bleeding.

DISPOSITION: inmate sent to the Clinic for further care

Condition on release: [ ] GOOD    [ ] FAIR    [ ] POOR    Signature: ___

### PHYSICIAN'S REPORT

Traumatic laceration of (L) Zygomata incurred in an altercation - Sutured with 6-0 Molene good closure    RTC 7D.

REPORTING PHYSICIAN    Signature _W.C. Davis___    DR. WINTHROP C. DAVIS    STAFF PHYSICIAN - NBDC    Date/Time _2/9/96_

REVIEWING PHYSICIAN    Signature ___    Date/Time ___

BSO DJ#26 (New 12/94)

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N B B._

Name: _Hicks   William_ ID# _____

D.O.B. _____

I, _William   Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.   Refused medication. _KCL , Lasic_          ___ E.   Refused X-Ray services.

___ B.   Refused dental care.                            ___ F.   Refused other diagnostic tests

___ C.   Refused an outside medical appointment.   ___ G.   Refused physical examination.

___ D.   Refused laboratory services.                   ___ H.   Other (Please specify)

_____

_____

Reason For Refusal _"I don't want it,_

_____

_____

Potential Consequences Explained _"retention of fluid" fluid imbalance_

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_E A McLugin LPN_
Witness Signature

_E N Dale_                ELMA MC KENZIE, LPN          _Refused to sign_
Witness Signature                NBDC                   Patient Signature

Date _2/11/96_                                  Time _8:40 A.m._
         8:40 Am

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA CORRECTIONAL CARE**

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _NBB_

Inmate I.D. # _BS95-14533_

Inmate Name: _Hicks, William_　　　　　D.O.B.: _9/10/63_

Date of Last H & P: _8/15/95_　Date of Last PPD: _8/7/95_　Results: _neg_

Allergies: _NKA_

Current Health Problems: _suture removal @ jaw_

Current Medication (Name, Dosage, Frequency, Duration:) _Motrin 800 mg P.O., TID X S_

Physical Disabilities/Limitation: _none noted_

Assistive Devices/Prosthetics: _none noted_

Glasses: _none_　　　　　　Contacts: _none_

Follow-up care needed: _RTC 2/16 suture removal_

Signature _M. Cornelius RN_　MIKE CORNELIUS, RN
CHARGE NURSE - NBB　Date _2/12/96_

## TRANSFER RECEPTION SCREENING

Facility: _MAIN JAIL_　　　　　T _98.4_ P _72_ R _18_ B/P _124/6_

S: Current Complaint: _% headache._

Current Medications/Treatment: _Motrin 800 mg PO TID x 5 days._

O: Physical Appearance/Behavior: _AAO x 3. Respirations even and unlabored. Gait steady_

Disposition:　( X ) General Population　(　) Infirmary　Referral: (　) Medical　(　) Dental　(　) Mental Health

When:　(　) Immediately　( X ) Sick Call　(　) Other _____

Signature _H. Holness LPN_　HYACINTH HOLNESS LPN
MAIN JAIL　Date _2/14/96_

CC 027

**EMSA** CORRECTIONAL CARE

_Institution/Facility_

### MENTAL HEALTH QUESTIONNAIRE

NAME: _Hicks, William_    D.O.B. _9/10/63_    I.D. NUMBER: _BS 95 14 533_

| QUESTIONS | YES | NO | COMMENTS |
|---|---|---|---|
| 1. Have you ever been hospitalized for an emotional or nervous problem? If yes, what hospital? _Fair Oaks_ When? _1995_ _BSH_ | X | | |
| 2. Have you ever received counseling or outpatient treatment for the above? If yes, when? Where? | | X | |
| 3. Are you taking any medication for the above? If yes, what medication are you taking? _____ How often? _____ Who prescribed it? _____ How long have you been taking it? _____ | X | | _Sinequan._ |
| 4. Do you use any of the following? | X | | _I was al-_ _coholic_ |
| | How Much? | How Often? | How Long? |
| Beer? | | | |
| Wine? | | | |
| Liquor? | | | |
| 5. Have you ever been treated for alcohol abuse? If yes, how many times? _____ When? _____ Where? _____ How long was treatment? _____ | | X | |
| 6. Have you ever used illegal drugs? If yes, when? _____ What illegal drugs have you used in the last 12 months? _____ When did you start using these drugs? _____ | X | | |
| 7. Have you ever been treated for drug abuse? If yes, how many times? _____ When? _____ Where? _____ How long did treatment last? _____ | | X | |
| 8. Have you ever tried to commit suicide? If yes, how many times? _____ When? _____ Where? _____ Were you hospitalized? _____ Where? _____ | | X | |
| 9. Have you ever thought about killing yourself? If yes, when was the last time? _____ Do you think of it: often? _____ sometimes? _____ seldom? _____ | | X | |
| 10. Have you ever been suspended from school for fighting? If yes, how many times? _____ | | X | |
| 11. Have you ever lost a job for fighting? If yes, how many times? _____ | | X | |
| 12. Have you ever been in the Armed Forces? If yes, how long? _____ What Branch? _____ Did you ever get involved in fights during this time? If yes, how many? _____ | | X | |
| 13. What grade did you complete in school? _grade 12_ | | | |
| 14. Were you in any special education classes? If yes, what classes? _No_ Are you able to read and write English? _Yes_ | | | |
| 15. Have you ever been convicted of a violent crime? If yes, when? _____ Where? _____ For what crime were you convicted? _____ What was your sentence? _____ | X | | _Possession_ _of cocaine_ |
| 16. Have you ever been convicted of a sexual offense? If yes, when? _____ Where? _____ For what crime were you convicted? _____ What was your sentence? _____ | | X | |
| 17. Do people consider you a violent person? | | X | |

Clinician Signature: _Angela Hay, RN_    Date _2/15/96_

### MENTAL HEALTH QUESTIONNAIRE

CC 020    7/94

**EMSA** *CORRECTIONAL CARE*

RECEIVED
FEB 19 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-18-96          Facility/Institution: Main J

Name of Inmate: William Hicks    D.O.B.: 8-10-63

I.D. #: BSSS-145533    Cell #: 2-3-C

Problem: (in your own words)

Throwing up - headache, fever
upse upset stomach

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition: S/C

Person Triaging: Z Ross (RN)    Date: 2/18    Time: AM
            (Name)

**FOR STAFF USE ONLY**

S: _____

O: Seen by
   Dr Deirra
A: 2/20

P: _____

Date: 2/20/96    Signature H. Dayler
                 Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CC 018                                                        7/94

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☒ DENTAL   ☐ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2/20/96    Facility/Institution: MJ

Name of Inmate: Hicks William    D.O.B.: 9-10-63

I.D. #: BS9574533    Cell #: 7C3-S

**Problem: (in your own words)**

Per DR Detizer Refer Pt to Dental

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Disposition: Dental

Person Triaging: Hyler (Name)    Date: 2/20/96   Time: 1735

**FOR STAFF USE ONLY**

S: _____

_____

_____

O: _____

_____

A: _____

_____

P: Seen by Dental

Date: 2/21/96    Andrea Craig
Dental Assistant EMSA
Health Service Signature


**EMSA** **CORRECTIONAL CARE**


RECEIVED
FEB 2 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL      ☐ MEDICAL      ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-24-96                    Facility/Institution: B.C.M.J.

Name of Inmate: William M Hicks    D.O.B.: 9-10-63

I.D. # BS95-14533                Cell #: 7-3-C

Problem: (in your own words)   I requested to see doctor
regarding the Flue 7 Days From this request
note: Taking moltrin and upsets
my stomeache, Pluss the pain is still worse, dosen't
work

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

DEREK BROWN LPN
Main Jail

Disposition: Dr

Person Triaging: W Brown LPN     Date: 2/24    Time: 19:25
                     (Name)

**FOR STAFF USE ONLY**

S:

O:

A:

P: Refused Sickcall

Date: 2-28-96    9:26A                    Jenell Davis, LPN
                                          Main Jail
                                          Health Service Signature

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _Mainjail_

Name: _Hicks, William_    ID# _BS9514523_

D.O.B. _9-10-63_

I, _William, Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.  Refused medication.                         ____ E.  Refused X-Ray services.

____ B.  Refused dental care.                          ____ F.  Refused other diagnostic test

____ C.  Refused an outside medical appointment. ____ G.  Refused physical examination

____ D.  Refused laboratory services.              ____ H.  Other. (Please specify)

Reason For Refusal _Refused Sickcall_

Potential Consequences Explained _Ø Reason given_

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_[signature] #4439_
Witness Signature

_____          X _[signature] William H NO_
Witness Signature                                 Patient Signature

_2-27-96_                                          _0926_
Date                                              Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013



# EMSA CORRECTIONAL CARE

RECEIVED
FEB 2 9 1996
- - - - - - - - - -

## INMATE MEDICAL REQUEST FORM

☐ DENTAL  ☒ MEDICAL  ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-28-96     Facility/Institution: M.J.

Name of Inmate: William Hicks     D.O.B.: 9-70-63

I.D. # BSS514537     Cell #: 7-3-C

Problem: (in your own words)
I Request to see the doctor or to
just have him place me on another
Pain Pill, moltrin makes me sick

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: S/C

Person Triaging: M Rayner     **MICHAEL RAYNER, LPN**     Date: 2/28     Time: 1000
(Name)     **MAIN JAIL**

### FOR STAFF USE ONLY

S: _____

O: _____

A: _____

P: Seen by ARD on 3/4/96

**LAQUAY JONES, ARNP**
**MAIN JAIL**

Health Service Signature

Date: _____

White — Medical Department     Yellow — Other     Pink — Inmate

CC 018     7/94

 **EMSA** *CORRECTIONAL CARE*



## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _2-30-96_    Facility/Institution: _BCKmj_

Name of Inmate: _William HoQ_    D.O.B.: _8-10-63_

I.D. #_BS95-14533_    Cell #: _7-3-C_

**Problem: (in your own words)**

_I have a Broken jaw - need my orders
For two pillows and two mattresses...
Please Thanks_

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: _Sick Call_

Person Triaging: _J. T_ JANET TAYLOR, LPN MAIN JAIL (Name)    Date: _2/29/96_ Time: _20.25_

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: _Seen by MD on 3/4/96_
LAQUAY JONES, ARNP MAIN JAIL

Date: _____    Health Service Signature

CC 018    White — Medical Department    Yellow — Other    Pink — Inmate    7/94

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

RECEIVED
MAR 02 1996

☐ DENTAL  ☐ MEDICAL  ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _2-30-96_    Facility/Institution: _M.J._

Name of Inmate: _William H Hicks_    D.O.B.: _9-10-63_

I.D. #: _8595-14533_    Cell #: _7-3-C_

Problem: (in your own words)
_I would Like to SEE the doctor due to my Facial problems, pain, discomfert, I'VE Requested to SEE the doctor several times Due TO moltrin setting me sick, need to BE placed on different medication_

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: _Doctor_

Person Triaging: _W Brown_    DEREK BROWN LPN
Main Jail
(Name)    Date: _3-1-96_    Time: _20:15_

**FOR STAFF USE ONLY**

S: _____

_____

_____

O: _____

_____

A: _____

_____

P: _Seen by MD on 3/4/96_

LAQUAY JONES, ARNP
MAIN JAIL

_____

Date: _____    Health Service Signature

CC 018    White — Medical Department    Yellow — Other    Pink — Inmate    7/94

# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM


RECEIVED
MAR 0 4 1996

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 3-3-96     Facility/Institution: MAIN Jail

Name of Inmate: Lillian Hicks     D.O.B.: 5-10-63

I.D. # BS9514533     Cell #: 7-3-C - #5

Problem: (in your own words)
I'm still awaiting for the doctor to see me, I'm supose to see him after 14 days, it's now 3 weeks later, please MAIN or SFR, For my broken jaw AND facial wounds. Thank you

### DO NOT WRITE BELOW THIS LINE

---

## STAFF SECTION

Disposition: Sick call

Person Triaging: g. Taylor
(Name)
JANET TAYLOR, LPN
MAIN JAIL
Date: 3/3/96   Time: 19 45

**FOR STAFF USE ONLY**

S:

O:

A:

P: Senty MD on 3/4/96

LAQUAY JONES, ARNP
MAIN JAIL
Health Service Signature

Date:

CC 018                                                                    7/94

EMSA CORRECTIONAL CARE

MEDICAL PASS

DATE: 3/4/96

RE:

NAME: Hicks William

ARREST: 13595/45533

D.O.B.: 9/10/63

DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:

| | PLACE AN 'X' ON THE ITEMS BEING ORDERED. | DURATION OF PASS ORDER | | | |
|---|---|---|---|---|---|
| | | 1 MO. | 2 MOS. | 3 MOS. | INDEF. |
| EXTRA MATTRESS | | | | | |
| EXTRA PILLOW | | ✓ | | | |
| EXTRA BLANKET | | | | | |
| LOW BUNK ASSIGNMENT | | | | | |
| WHEELCHAIR | | | | | |
| CANE | | | | | |
| WALKER | | | | | |
| OTHER | | | | | |

- MEDICAL APPLIANCES FROM PROPERTY:

READING GLASSES ☐ INDEFINITE TILL RELEASED

EYEGLASSES ☐ INDEFINITE TILL RELEASED

OTHER ☐ (SPECIFY) _____

_____

HEALTH PROVIDER SIGNATURE

DR. CRAIG UECKER
STAFF PHYSICIAN
NAME STAMP OR PRINTED NAME

-NOTE:    COPY OF THIS FORM TO BE DISTRIBUTED TO THE PROPERTY DEPUTY IF
THIS AREA WAS COMPLETED

WHITE = HEALTH RECORD    PINK = CLASSIFICATION UNIT    YELLOW = HOUSING UNIT

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

683        TO BE COMPLETED BY INMATE        MAR 01 1996

_____        _____    ____    _____    _____
Inmate's Name                      Arrest#            Cell    Facility    Date

## PART A – INMATE'S GRIEVANCE

_____

_____

_____

_____

_____

_____

_____

_____        _____
Inmate's Signature                  Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

you were seen by the ref surgeon on 2/2/96 and
on 3/4/96 by Dr Ascher if you have been seen
appropriately and any further need for care, please
access as needed

_____  HSA    TODD SCHWARTZ, HSA        3/8/96
Reviewing Deputy's Signature/CCN    Main Jail        Date

_____        _____
Supervisor's Signature/CCN          Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

_____        _____
Inmate's Signature                  Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____

_____        _____
Director's Signature                Date
BSO DJ#51 (Revised 4/93)

received
MAR 8 96 BB

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

6H 738

RECEIVED
MAR 1 2 1996

### TO BE COMPLETED BY INMATE    EMSA

William Hicks          BS95-14553 73C MS          3-7-56
Inmate's Name          Arrest#          Cell   Facility          Date

### PART A - INMATE'S GRIEVANCE

To medical, I seed the doctor again and he wrote me a order for two pillows again, note I waited four days to Ask, I Asked to night and he said there isn't one. What the Fuck is going on, I want a Answer soon.

3-7-96

Inmate's Signature                    Date Signed
3-7-96

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Your pillow was approved again on 3-15-96 by Dr Cline. Please check with your unit manager or Correctional caseworker if you have not received it. Also your 4 letter word is inappropriate so if you wish for me to respond back please fill this out your vocabulary.

J Schwartz HSA
Reviewing Deputy's Signature/CCN          Date 3/13/96

TODD SCHWARTZ, HSA
Main Jail

Supervisor's Signature/CCN

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____          _____
Inmate's Signature                    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____          _____
Director's Signature                    Date
BSO DJ#51 (Revised 4/93)

received
03-10-9098
6A    73'

BROWARD SHERIFF'S OFFICE

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

RECEIVED
MAR 12 1996

## TO BE COMPLETED BY INMATE   EmSA

William Hicks                    BS95-14533-734   M.J.      2-7-96
Inmate's Name                    Arrest#   Cell   Facility      Date

### PART A – INMATE'S GRIEVANCE

I would like to talk to Dr Davis
and the Superintendent Here at
the main jail
            I want to see the
Superintendent ASP

_____          3-7-96
Inmate's Signature               Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

OK. However Dr Davis is at NBB. You may
contact him there.

Schwartz HSA                     3·18/96
Reviewing Deputy's Signature/CCN      Date

TODD SCHWARTZ, HSA
Main Jail

_____          _____
Supervisor's Signature/CCN            Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____ , wish to appeal the response.

_____          _____
Inmate's Signature               Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____          _____
Director's Signature                  Date
BSO DJ#51 (Revised 4/93)

EMSA CORRECTIONAL CARE

MEDICAL PASS

7C3·5

DATE: _3-15-96_

RE:

NAME: _Hicks William_

ARREST: _BS9514533_

D.O.B.: _7C3-5_

*DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:*

|  | PLACE AN "X" ON THE ITEMS BEING ORDERED. | DURATION OF PASS ORDER | | | |
|---|---|---|---|---|---|
|  |  | 1 MO. | 2 MOS. | 3 MOS. | INDEF. |
| *EXTRA MATTRESS* |  |  |  |  |  |
| *EXTRA PILLOW* |  |  |  |  |  |
| *EXTRA BLANKET* |  |  |  |  |  |
| *LOW BUNK ASSIGNMENT* |  |  |  |  |  |
| *WHEELCHAIR* |  |  |  |  |  |
| *CANE* |  |  |  |  |  |
| *WALKER* |  |  |  |  |  |
| *OTHER* |  |  |  |  |  |

•   MEDICAL APPLIANCES FROM PROPERTY:

READING GLASSES  ☐   INDEFINITE TILL RELEASED

EYEGLASSES  ☐   INDEFINITE TILL RELEASED

OTHER  ☑   (SPECIFY) _____

_2 pillows_

*Andrea Craig*
*Dental Assistant · EMSA*

DR. JACK CLINE
Director of Dentistry - Main Jail

HEALTH PROVIDER SIGNATURE

NAME STAMP OR PRINTED NAME

•*NOTE:*    *COPY OF THIS FORM TO BE DISTRIBUTED TO THE PROPERTY DEPUTY IF
THIS AREA WAS COMPLETED.*

WHITE = HEALTH RECORD    PINK = CLASSIFICATION UNIT    YELLOW = HOUSING UNIT

**EMSA** *CORRECTIONAL CARE*

(f)

*Bill m Hicks*
*Just put*
*me on List*
*For Dental*
*on Friday*
*or Today*

## INMATE MEDICAL REQUEST FORM

☑ DENTAL     ☐ MEDICAL     ☐ MENTAL HEALTH

*(Please check one of the above)*

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 3-21-96          Facility/Institution: B.S.O. m. JCil

Name of Inmate: William m Hicks     D.O.B.: 9-10-63

I.D. #: BSSS 14533          Cell #: 2-C-3-S

Problem: (in your own words)
Having sharp pains in my Jaw ?
Heel, Always having pain in my Head
From Jaw and Broken upper Jaw. Head
on Side Still num, WHEN I close Jaw Hurts,
DO NOT WRITE BELOW THIS LINE  CANT EAT HARD
FOOD. need
3000 soft
Dict

---

**STAFF SECTION**

Disposition: Dental

Person Triaging: M Rayner
MICHAEL RAYNER, LPN
MAIN JAIL
(Name)          Date: 3/21    Time: 1000

**FOR STAFF USE ONLY**

S:

O:                                MAR 2 2 1996
                                  BY Andrea Craig
                                  Dental Assistant EMSA

A:

P:  Seen by Dental

                                  Andrea Craig
                                  Dental Assistant EMSA
Date: 3/22/96
                                  Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CC 018                                                       7/94



**EMSA CORRECTIONAL CARE**

*Bill Hicks*
*Just put me on the*
*List For Dentist Tommorow*

RECEIVED
MAR 22 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 3-21-96     Facility/Institution: B.C. M.J.

Name of Inmate: William Hicks     D.O.B.: 9-10-63

I.D. #: BS95-14533     Cell #: 7-C-3

Problem: (in your own words)
BAD BAD Headaches, shooting pain
From Jaw to my Head, Head is Filled with
constant pain, Jaw hurts more when it's
healing — Still Numon the side Of my Head "Hard
To chew Food"

DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: S/C     MICHAEL RAYNER, LPN
                     MAIN JAIL

Person Triaging: M Rayner     Date: 3/21     Time: 1000
                 (Name)

### FOR STAFF USE ONLY

S: Seen by dental on 3/22/96 - Soft diet ordered and

O: currently receiving meds. Will be seen 3/27/96

by oral surgeon.

A:

P:

Date: 3-22-96     J Schwartz HSA     TODD SCHWARTZ, HSA
                                     Main Jail
                  Health Service Signature

CC 018     White --- Medical Department     Yellow — Other     Pink — Inmate     7/94

 **EMSA** *CORRECTIONAL CARE*

# DIET ORDER FORM

DATE: *3/22/96*

INMATE'S NAME: *Nicks, William*

DATE OF BIRTH: *9 - 10 - 63*

ID NUMBER: *B 59514533*

HOUSING UNT: *7-3-C*

DIET ORDERED: *Soft Diet  3000 cal.  tid.*

DATE STARTED: *3/22/96*          STOP DATE: *3/27/96*

SPECIAL INSTRUCTIONS:

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

PHYSICIAN: *SRC  DD.  Sharon Pearson DMD.*

NURSE'S SIGNATURE: _____

White - Medical     Yellow - Kitchen

CC 007

7/94



**EMSA** *CORRECTIONAL CARE*

## DIET ORDER FORM

DATE: 3/22/96

INMATE'S NAME: Hicks, William

DATE OF BIRTH: 9-10-63

ID NUMBER: BS9574533

HOUSING UNT:

DIET ORDERED: Soft Diet 3000 Cal

DATE STARTED: 3/23/96    STOP DATE: not until order changed

SPECIAL INSTRUCTIONS:

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

PHYSICIAN: Pearson

NURSE'S SIGNATURE: H. Doylean

White - Medical    Yellow - Kitchen

CC 007    7/94

*Medical*
*~2~*

*C Medical*

# BROWARD SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS AND REHABILITATION
### INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 3-21-96

Inmate's Name: William m Hicks
(Alias, if used)

Arrest #: BS95-14533

Location: 7-c-3    DOB: 9-10-63

To: MEDical

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☒ |

Nature of Request:    I would like to have A meeting with the head of operations about medical issue.

THANK you SIR.
William m Hicks

ASAP

William m Hicks
Inmate's Signature

3-21-96
Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

We met while you were down to see the dentist on 3-22-96. If you need any further communication please advise me.

Completed By: Schwartz HSA  CCN    Date: 3/25/96    Time:

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

William M Hicks BS95-14533

Addressed To: Medical Infirmary

Medical Director of The Main Jail of Broward County.

I Hereby Authorize Dr _____ To Speak to SAID Person

I hereby Authorize you and your Department To Release All of my Medical Records To Mrs Donna Johnson, 782-4700 on my Behalf and allow her To Confer with The Doctor about my Treatment.

I am a Detainee and Defendant at This Time in 7/6/3 of The Main Jail of Broward County. I have Requested Reasonable and necessary Medical attention and Treatment for a said Injury and or maladies and have Been Denied of These actions By The Broward County Jail.

My understanding By Law is That The Sheriff of Broward County has To Provide The Requested Medical attention and Treatment and if it is unavailable To myself as an Inmate while I am confined in The Broward County Jail That The Sheriff is directed To Transfer all necessary Medical Records To an appropriate Facility so That The reasonable and necessary Medical Treatment will be Provided.

I am giving This Authorization To Mrs _____, of my own free will, in The hopes To Recieve The necessary Medical Treatement That I require at This Time, March 27, 1996.

Signed; William M Hicks
Mr. William Hicks

BS95-14533

**EMSA** *CORRECTIONAL CARE*

*need Doctor*

## INMATE MEDICAL REQUEST FORM

*ABDOMENAL Pain*

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH
(Please check one of the above)

"CANT PISS Still"
"On water pills"

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-3-96   Facility/Institution: N.B.D.C
Name of Inmate: William Hicks   D.O.B: 9-10-63   Sex: male
I.D. #: BS95-14533   Cell #: 12-1-H-4

Problem: (in your own words)
I'm on water pills, note I'm HAving adomenal pain when I Eat, "So I don't EAt" note discomfor all the time, I'm still not Pissing, I piss twice a day, It adds up to two times "PAiN"

### DO NOT WRITE BELOW THIS LINE

CALISTA CHUKWU, RN
NBDC

**STAFF SECTION**

Person Triaging: Calista Chukwu Rn   Date: 2/3/96   Time: 8³⁰ Am
(Name)

Disposition: SIC

**FOR STAFF USE ONLY**

S: I am still having some discomfort, Abdomenal pain, I cannot eat because I feel that there is a lot of water refained in my sytem gump no abd pain, I press only twice a day.

O: Evidence of swollen legs non pitting. BP 140/94. Abd soft. Bladder not distended. On Lasix 40mg po qd, KCl 20 meg po qd Sinequan 100p po qhs · weight ?

A: Alteration in comfort 2° to ? fluid Retention. R/O S/E from Sinequan.

P: Refered to Dr Martin said he would see inmate in Am tomorrow. Refered to the clinic.

E: Continue with meds as ordered. Be prepared to be seen by dr Martin in Am Notify the nurse c continued complains

Date: 2/5/96   Time: 2:30pm   Calista Chukwu   CALISTA CHUKWU, RN
NBDC
Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

# EMSA CORRECTIONAL CARE

*To medcaydex*
*DR mcCadies*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-5-96    Facility/Institution: N.B.DC.

Name of Inmate: Bill Hicks    D.O.B.: 9-10-63    Sex: M

I.D. #: BSSS-14533    Cell #:

Problem: (in your own words)
I'm placed on water pills and they don't
work, How Am I supose to piss when I can't
my stomache is inflmed, I don't eat,
diarre has, back hurts, ? wkes up-

### DO NOT WRITE BELOW THIS LINE

CALISTA CHUKWU, RN
NBDC

**STAFF SECTION**

Person Triaging: Calista Chukwu RN  (Name)    Date: 2/5/96    Time: 240p

Disposition: s/c

### FOR STAFF USE ONLY

S: as above (see 2 next forms)

O: Requested medical assistance. Wrote 3 requests
c/o difficulty urinating. Pt called at 915P for evaluation.
Refused to "see the nurse" as per deputy.

A: Refused medical assistance.

P: Referred Pt to clinic in AM due to the importance of his problem. 11 to 7 nurse on duty will be notified.
E- Will be encouraged to see MD in AM.

Date: 2/6/96    Time: 9P

Health Service Signature    FLORENCE DEMOSTHENES, RN
NBB

"MEDICAL"                    2-7-9

TO DR DAVIS,

    I AUTHORIZE YOU TO discuss
my Medical CONDITION AND Release
all INFormation TO my MOTHER
DONNA JOHNSON

    I'M WAVING Rights OF
CONFidenality,
          per Bill m Hicks
           x William n Hicks
WITNESS x _____ _____

" NOTE per medical Ref- SYNACUAN &
WATER pills State that all the Sym-
I HAVE ARE the Same o "

      THANKS For your time

REGARDING
      William Hicks
        BS 95-14533
          9-10-63

EN. *CORRECTIONAL CARE*

POMPANO N,B,D.C
Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William m Hicks_    ID#: _BS95 14533_    D.O.B. _9-10-63_

Date(s) of Treatment: From _2/8/1996_    To _5/8/1996_

Type of Information Requested: _ALL COPYS OF Xrays oF all Head &
Jaw, o_

Reason for Information: _I william m Hicks request For all copys oF Xrays
For my records and use._

Authorized Person(s) Company: _william m Hicks ProSE oF Federal
Law Suite Per Pompano N,B,D,C._

I hereby authorize the Medical Record Department at _N,B,D,C "Pompano"_
to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William m Hicks_    _William m Hicks ProSE_
Patient Signature    Witness Signature

_8/21/1996    7:21 AM_    _8-21/1996    7:21 AM_
Date and Time    Date and Time

Por este medio autorizo al Departamento de Historia Clinica de _____
a ceder a la entidad mencionada arriba la informacion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion cedida. Ademas yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta authoratio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____    _____
Firma de Paciente    Firma del Testigo

_____    _____
Fecha and Hora    Fecha and Hora

10/93

**EMSA CORRECTIONAL CARE**

_____
Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William M Hicks_   ID#: _BS95 14533_   D.O.B. _9-10-63_

Date(s) of Treatment: From _2/8/96_   To _5/8/96_

Type of Information Requested: _ALL COPYS OF XrayS oF all Head & JawS_

Reason for Information: _William M Hicks request For all copyS oF XrayS For my recorDS AND use._

Authorized Person(s) Company: _William M Hicks ProSE oF Federal Law Suite Per main Jail "BroWARD"_

I hereby authorize the Medical Record Department at _MAFN Jail "BroWARD"_ to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization

This authorization expires sixty (60) days from the date on which it is signed.

_William M Hicks_                    _William M Hicks ProSE_
Patient Signature                    Witness Signature

_8/21/1996_    _7:35 AM_            _8/21/1996_    _7:35 AM_
Date and Time                        Date and Time

Por este medio autorizo al Departamento de Historia Clinica de _____

a ceder a la entidad mencionada arriba la infomracion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion cedida. Adema's yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____          _____
Firma de Paciente                  Firma del Testigo

_____          _____
Firma and Hora                     Fecha and Hora

10/93

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☑ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-13-96    Facility/Institution: Main Jail

Name of Inmate: William Hicks    D.O.B.: 9-10-83

I.D. #: RS95-10593    Cell #: 2-3-C

Problem: (in your own words)  Need to see psych-doctor for meds to start

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition: Psych

Person Triaging: M Rayner    MICHAEL RAYNER, LPN    Date: 2/13    Time: 1300
                              MAIN JAIL
                              (Name)

**FOR STAFF USE ONLY**

S:

O:  See Mental Health Questionnaire

A:

P:

Date: 2/15/96    VIRGILIO IBAY

Virgilio Ibay    Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CC 018                                                                7/94

EN' ⌐CORRECTIONAL                                              BMV
  ⌐ CARE                                                 _____
                                                           Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William Hicks_                ID#: _B59514533_   D.O.B. _9-10-63_

Date(s) of Treatment: From _8-7-95_                To _Present_

Type of Information Requested: _X Rays, health records_

Reason for Information: _To evaluate for treatment_

Authorized Person(s) Company: _DR ELLIOT_   ~~to to~~

I hereby authorize the Medical Record Department at _Broward County Jail_
to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William m Hicks_                      _Well Schaf_
Patient Signature                      Witness Signature

_2-14-96_   _1:40 pm_                   _2-14-96_
Date and Time                          Date and Time

Por este medio autorizo al Departamento de Historia Clinica  de _____
a ceder a la entidad mencionada arriba la infomracion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion cedida. Adema's yo exonero al Departamento de Correccion, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____                    _____
Firma de Paciente                           Firma del Testigo

_____                    _____
Fecha and Hora                              Fecha and Hora

C250                                                            10/93

**EMSA** *CORRECTIONAL CARE*

# DIET ORDER FORM

DATE: 2/21/96

INMATE'S NAME: Hicks Williams

DATE OF BIRTH: 9-10-63

ID NUMBER: BS9514533

HOUSING UNT. 7C3

DIET ORDERED: Soft diet x 14 days

DATE STARTED: _____    STOP DATE: _____

SPECIAL INSTRUCTIONS:

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

PHYSICIAN: Weathers DO

NURSE'S SIGNATURE: G Washg    **GAIL WASHINGTON, LPN**
**MAIN JAIL**

White - Medical    Yellow - Kitchen

CC 007

BROWARD SHERIFF'S OFFICE
DEPAR.   T OF CORRECTIONS AND REHABILI.   ON
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 3-13-96                  Inmate's Name: William Hicks
                                                        (Alias, if used)

Arrest #: BSGS -14533                  Location: 7-C-3          DOB: 5-10-63

To:

| | | | |
|---|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: I williams Hicks Would Like
To Speak to head of operations and
medical.
            please if I may speak to
charge person.
                  Thank you.

williams m Hicks                          3-13-96
Inmate's Signature                        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-------------------------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Spoke with you on 3-14-96 and according
to your record, you were not
seen for your follow-up.

Completed By: Schaff HSA CCN          Date: 3/14/96     Time:

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information               ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. .4/93)



**ASA CORRECTIONAL CARE**

*To Supervisor*

RECEIVED
MAR 2 8 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 3-27-96    Facility/Institution: Main JAIL

Name of Inmate: WilliAm m Hicks    D.O.B.: 9-10-63

I.D. # BS95-14533    Cell #: 7-C-3

Problem: (in your own words)

I seen Dentist, Now I Need to Be placed on medication From Doctor, please put me on List By Friday, 3-29-96.
THAnk You - William m Hicks

**DO NOT WRITE BELOW THIS LINE**

---

STAFF SECTION

Disposition. _Sick Call_

Person Triaging: JANET TAYLOR, LPN  J Taylor    Date: 3/27/96    Time: 19.35
MAIN JAIL    (Name)

**FOR STAFF USE ONLY**

S: Tylenol Adered today by

O: Doctor.

A: Plexent ordered on 3/27/96 by the oral surgeon.

P:

Date: 3/28/96    T Schwartz HSA
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CC 016    7/94

received

4-3-96 RB

6F 1009

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

RECEIVED
APR - 1 1996

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks        Arrest#: BS55-1453   Cell: 7C-3   Facility: B.C.M. JAIL   Date: 3-27-96

GMSA

### PART A - INMATE'S GRIEVANCE

This is to Grieve Against the Medical Dept At Broward County Main Jail. They Read My X-ray And told Nothing was Wrong With My Jaw. Now, Everytime I go To Medical, They are taking New X-rays And They Have A New Injury Everytime. They Have Showed Incompetence From Start To finish. I would Like To Request That I Be Taken To An Outside Facility. My Health is in Jeopardy here At Broward Main Jail.

Inmate's Signature: William M Hicks        Date Signed: 3-27-96

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr. Hicks you were seen examined by the Oral Surgery 3/27/96 - Clinical findings were unremarkable. You are scheduled for follow in a month.

Reviewing Deputy's Signature                Date: 4/3/96

CAROLINE R. BRANTLEY, RN
HEAD NURSE, M.D.

Supervisor's Signature/CCN        Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature        Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature        Date

BSO DJ#51 (Revised 4/93)

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _M. Jail_

Name: _Kick William_    ID# _BS 95 145 33_

D.O.B. _9.10.63_

I, _Kick, W._ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _"I'm dealing with my problem in the group" + drug call._

Potential Consequences Explained _for the depression_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL
_____
Witness Signature

_____
Patient Signature

_3.29.96_
Date

_9 a_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

*Request*
*To Dir of medical*

BROWARD SHERIFF'S OFFICE
DEPA___ENT OF CORRECTIONS AND REHABIL___ATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _4-5-96_          Inmate's Name: _WILLIAM WITHERS_
                                                  (Alias, if used)

Arrest #: _5545-74533_          Location: _P-C-3_      DOB: _____

To: _Medical_

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | |

Nature of Request: _____

_To Director of medical, SIR_
_I Request that you SEND ME the_
_full names of DR Davis _____
_and Dr weather the Surgen that_
_____ I Seen them_
_____ 4-3-96 (Dentist ODS)_

Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

_W. C. Davis, M.D_
_Trevor Weathers, DDS Oral Surgeon_
_Dr G. Pearson, DDS_

Completed By: _____  CCN _____  Date: _4/7/96_  Time: _2²⁰ PM_

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

*B598-1453*

CASE NO:   95-3759 CF

JUDGE:   COHN

STATE OF FLORIDA,                        :

              Plaintiff,          :

vs.                                      :          ORDER REQUIRING DEFENDANT TO
                                                    SUBMIT TO THE TAKING OF SAMPLES
                                                    OF HIS BLOOD AND SALIVA

WILLIAM HICKS,                           :

              Defendant.          :

_____

      THIS CAUSE coming on to be heard upon the Sworn Motion of
Charles B. Morton, Jr., Assistant State Attorney, and the Court
being fully advised in the premises, therefore, it is,

      ORDERED AND ADJUDGED that the Defendant herein, submit to
a sampling of blood and saliva to be taken by an authorized
representative of the State upon written notice to Counsel for the
Defendant.

      DONE AND ORDERED in Fort Lauderdale, Broward County,
Florida this 1? day of April, 1996.


                                          _____
                                          HONORABLE JAMES COHN
                                          Judge of the Circuit Court

copies furnished:                        A TRUE COPY

      CHARLES B. MORTON, JR., ESQ.
      Assistant State Attorney
      State' Attorney's Office

      JEFF HARRIS, ESQ.
      Attorney for the Defendant

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

WILLIAM M HICKS                    BS85-14533    2C-1   M. Jail          4-18-96

Inmate's Name                      Arrest#      Cell    Facility          Date

### PART A - INMATE'S GRIEVANCE

I William m Hicks Hold FSMA, 3 Doctors and staff, Libil For my medical, I never Recieve or Recieved. I Have asked over and over, I suffer from Headaches now, jaw hurts, throat hurts, pains shoot to Both sides of my Head and jaw, my upper jaw is num, teeth Hurt, you are Libil For All Damage to me, I Have a Least 1000 ccp's of Lies, I Demand you give me proper medical or suffer millions of $ AND JOBS or contract of this place.
                                                 William m Hicks

Inmate's Signature                              Date Signed  4-18-96.

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Seen on 4-22-96 by Dr Vecker to address your medical complaints. Medication ordered was appropriate to complaints and clinical findings

TODD SCHWARTZ, HSA
Main Jail

Reviewing Deputy's Signature/CCN                4/25/96

                                                Date

Supervisor's Signature/CCN                      Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                            Date
BSO DJ#51 (Revised 4/93)



# EMSA CORRECTIONAL CARE



RECEIVED
APR 22 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 4-21    Facility/Institution: M. JAIL

Name of Inmate: William M Hicks    D.O.B.: 5-10-63

I.D. # BS95714553    Cell #: 7-C-1

Problem: (in your own words)
I HAVE BAD Head Aches / pain Hurts on Both SiDes of face and Head Jaw Still Hurts, mouth out of WAt,

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Disposition: S/C

Person Triaging: M Rayner    Date: 7/21    Time: 7P
(Name)

**FOR STAFF USE ONLY**

S: _____

O: Soon by Dr Weller

A: _____

P: _____

Date: 4/23/96    H Daylern

Health Service Signature



**EMSA** *CORRECTIONAL CARE*

02703

## INMATE MEDICAL REQUEST FORM

RECEIVED
MAY 0 1 1996
BY:

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 4-30-96     Facility/Institution: M. J

Name of Inmate: William H O     D.O.B.: 570663

I.D. # BS957 14533     Cell #: 7-0-7 #3

Problem: (in your own words)

I william Hicks an Having BAD head aches,
stress AND strain to much, getting quick temper
and Blood Pressure is high, Having a bad
Time.

**DO NOT WRITE BELOW THIS LINE**

---

### STAFF SECTION

Disposition: S/C

Person Triaging: M Rayner     MICHAEL RAYNER, LPN
MAIN JAIL     Date: 5/1     Time: 10A

(Name)

**FOR STAFF USE ONLY**

S:

O:

A:

P: Seen by Dr. Hecker 4/12 for above ≤ Rx X 30 days, awaiting
F/u ⊂ OMF surgeon

Date: 5/2/96 3:05     JADE WADE, LPN
MAIN JAIL
Health Service Signature

White — Medical Department     Yellow — Other     Pink — Inmate

CC 018     7/94

*TODD s,*

*medical*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*"THANKS for Prompt Att."*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 5-12-96

Inmate's Name: WELLIAM M HICKS
(Alias, if used)

Arrest #: B595-14533

Location: 7-D-2

DOB: 9-10-63

To: MEDICAL

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: SIR, I Request to have the Full NAMES OF the XRAY tech, AND the Full NAME OF girl dentist, and the Full NAME OF dental ASSISTANT For DR Weathers and Dr Pearson. please. I Also would like to request my medical/records. Send me copys or send me release Forms. Thank you For your prompt Att.

*William M Hicks*
Inmate's Signature

5-12-96
Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

MR. Wayne Evans, Ms. Andrea Craig, DR Cline.

- With regards to your health records, it would be necessary to charge for the copying of your records and copies would need to go to, preferabably your attorney. Please have your attorney contact me so that this may be arranged

Completed By: D Schantz   CCN   Date: 5-13-93   Time: 9:00 AM

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information              ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** CORRECTIONAL CARE

RECEIVED
MAY 1 3 1996
BY: _____

_To MEDICAL._

## INMATE MEDICAL REQUEST FORM

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 5-12-96     Facility/Institution: B.C.M.J.

Name of Inmate: William M Hicks     D.O.B.: 9-10-63

I.D. #: BS95-14533     Cell #: 7-D-2 #3

Problem: (in your own words)

my Problem IS, I'm having Serious head Aches on the Right Side all the WAY up to the Left Side oncontrollable pain, Why ID like to know IF NOTHing IS wrong With me. "Scond Request"

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**
LAURA ROSS LPN
MAIN JAIL

Disposition: _____

Person Triaging: L Ross LPN     Date: 5/12     Time: ____
(Name)

**FOR STAFF USE ONLY**

S: "I'm still having really bad headache + the midress that the doctor gave me is not helping much @ all. I need different ___

O: B/p 146/88 T. 97 P. 98 R. 20. No c/o headache @ this time.

A: Alt. in comfort due to migra head ache

P: P/D referral
E: Instructed to pp flds + pp ret

Date: 5/16/96     [signature]     JACQUI LOBBAN LPN
MAIN JAIL
Health Service Signature

White — Medical Department     Yellow — Other     Pink — Inmate     7/94

Case 0:00-cv-06087-WPD   Document 228   Entered on FLSD Docket 04/30/2004   Page 554 of 852

MAY 21 1996

~~RECEIVED~~
MAY 20 1996

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

WILLIAM M HICKS     BS95-14553   7-D-2   MAIN JAIL   5-12-96
Inmate's Name            Arrest#      Cell    Facility      Date

### PART A - INMATE'S GRIEVANCE

I william m Hicks seek proper medical att and Ask that I see a outside doctor and also take panarama xirays of my whole head. I Have way to much pain and my heart is effected Now, I All ready have a heart problem. For a person who Is told he is okay I sure have alot of pain and my heart also, THANK you.

William m Hicks         5-12-96
Inmate's Signature          Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

At this time, the oral surgeon has provided treatment and follow-up as necessary. I cannot have an outside doctor as the oral surgeon does not indicate it at this time.

J Schwartz HSA   **TODD SCHWARTZ, HSA**     5-22-96
             **Main Jail**
Reviewing Deputy's Signature/CCN          Date

Supervisor's Signature/CCN           Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____ , wish to appeal the response.

Inmate's Signature           Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature           Date
BSO DJ#51 (Revised 4/93)

**EMSA CORRECTIONAL CARE**

RECEIVED
MAY 1 7 1996
BY:

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

PRINT ONLY          PRINT ONLY          PRINT ONLY

Date: 5/16          Facility/Institution: B CMJ

Name of Inmate: William A. Hicks     D.O.B.: 8/15/75

I.D. #: 6281          Cell #: 4B/4

Problem: (in your own words)

I have a common cold and it's starting to get worst. I need medication before I spread th illness or before it turn into something worse

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: S/C

Person Triaging: M Rayne   MICHAEL RAYNER, LPN   Date: 5/16   Time: 1P

(Name)   MAIN JAIL

FOR STAFF USE ONLY

S: I have a cold need something

O: respiratory discomfort - B/P 98 6 82 20  130/70

A: Cold Symptom

P: Cold routine
   Increase fluids

Date: 5/11/96   L Gray

LORRAINE ___, ___ LPN
MAIN JAIL

Health Service Signature

EMSA CORRECTIONAL CARE

INFORMED CONSENT (ANTIDEPRESSANTS)

**MEDICATION:** For example: Elavil, Tofranil, Pamelor, Desyrel, Sinequan, Ludiomil, Norpramin, Vivactil, Asendin, Surmontil, Prozac, Zoloft, or any other anti-depressant.

**PURPOSE:** These medications are mood elevators used to treat mental depression, and the depression that occurs with nervousness. They work by improving the balance of chemical substances within the brain.

**COMMON SIDE EFFECTS:** Common side effects include, but are not limited to: Sleepiness, dry mouth, blurred vision, constipation, difficulty urinating, light headedness upon arising, rash, occasional affects on the heart rate and blood pressure. If you experience any of these or other side effects, please report them to any member of the health care staff.

**ALTERNATIVE THERAPIES:** It has been determined, at this time, that this category of medication is one of the most effective therapies available for the treatment of depression. Other treatments include activity therapies and talk therapies such as counseling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days. Significant benefit may occur within three weeks. Maximum benefit may require regular usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets your needs. The doctor may order laboratory tests from time to time to ensure that the medication is safe. The doctor, at a minimum, reviews the medication and its effect every month.

**NOTIFICATION:** I understand that I can decide to stop taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care.

**RISKS AND HAZARDS:** Avoid alcohol. Avoid operating a motor vehicle or other activities that require alertness. Avoid excessive exposure to sunlight, or exposure to sun lamps. Sudden discontinuation of this medication may cause medical problems.

    I understand that by signing this form I am agreeing to let EMSA Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of this treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions I might have about my treatment with the doctor, and that a copy of this form will be given to me.

Patient's signature: _William Hicks_ Date _5/2/96_ Time ___

Staff signature: _____ DR. MEL LIMIA
                        STAFF PSYCHIATRIST Date __/__/__ Time ____
                        MAIN JAIL

NAME ___Hicks  W.___  R W S M DOB 9·10·63 # BS96 1453

 **EMSA** **CORRECTIONAL CARE**

*To Todo S.*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL      ☐ MEDICAL      ☑ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _5-21-96_     Facility/Institution: _Main Jail_

Name of Inmate: _William M Hicks_     D.O.B.: _9-10-63_

I.D. #: _B595-14533_     Cell #: _7-D-2 #3_

Problem: (in your own words)
_I need to Be placed on Antidepressants
again, I can't deal with It any longer, High
Blood pressure, BAD vibes, headaches, depressed, Im telling
my Lawyer also( Today or tomorrow)_

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: _Mental Health_

Person Triaging: _M Rayne_     **MICHAEL RAYNER, LPN**     Date: _5/21_     Time: _1P_
(Name)     **MAIN JAIL**

**FOR STAFF USE ONLY**

S: _seen and prescribed med_

O: _by Dr. Gmia on 5/21/96_

A:

P:

Date: _5/21/96_     _Virgilio_     **VIRGILIO IBAY, RN EA**     _RN_
**MAIN JAIL**
Health Service Signature

CC 018     White — Medical Department     Yellow — Other     Pink — Inmate     7/94

Case 0:00-cv-06087-WPD    Document 226    Entered on FLSD Docket 04/30/2004    Page 558 of 862

## TO BE COMPLETED BY INMATE

**WILLIAM M HICKS**          BS95-14533   MED 7-D-2   MAIN JAIL   5-12-96
Inmate's Name                Arrest#      Cell       Facility     Date

### PART A - INMATE'S GRIEVANCE

I william m Hicks seek proper medical att and Ask
that I see a outside doctor and also take panorama
xrays of my whole head. I Have way to much pain
and my heart is effected Now, I All ready have a
heart problem. For a person who is told he is okey I
sure have a lot of pain and my heart also, THank you.

**William M Hicks**                        5-12-96
Inmate's Signature                         Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

At this time, the oral surgeon has provided treatment
and follow-up as necessary. I cannot have an
outside doctor as the oral surgeon does not indicate it at
this time.

T. Schwartz, HSA    **TODD SCHWARTZ, HSA**          5-22-96
                    **Main Jail**
Reviewing Deputy's Signature/CCN                     Date

_____                     _____
Supervisor's Signature/CCN                           Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____                     _____
Inmate's Signature                                   Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____

_____                     _____
Director's Signature                                 Date
BSO DJ#51 (Revised 4/93)

EMSA LIMITED PARTNERSHIP
CORRECTIONAL CARE DIVISION

INDIVIDUALIZED SERVICE PLAN          DATE: 5-21-96

---

**SECTION I.          PROBLEM LIST**

1. dx of "depression & stressed out."

2.

3.

---

**SECTION II.          SERVICES**

☑ Psychiatric Follow-up

☑ Psychotropic Medication Renewal/Adjustment

☑ Medication Compliance Monitoring & Recording

☐ Group Therapy

☐ Individual Therapy

☐ Aftercare Planning

☐ Other

---

**SECTION III.          TREATMENT GOALS**

1. Pt will be out gme & released by whom dt.

2.

3.

4.

---

**SECTION IV.          SERVICE PROVIDERS**

1. Limia              DR. MEL LIMIA          5.
                      STAFF PSYCHIATRIST,
                      MAIN JAIL

2. M. Nelson RN       MELSAIDES NELSON, MSRN,    6.
                      PYSCHIATRIC SUPERVISOR, NBDC

3.                                              7.

4.                                              8.

---

INMATE-PATIENT SIGNATURE: ✓ William M Hicks.

NAME  Hick  W.   R H S M  DOB 9-10-63  # B S S 5 1 9 5  33

TOTODDOG1

**EMSA** CORRECTIONAL CARE

### INMATE MEDICAL REQUEST FORM

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH

(Please check one of the above)

**RECEIVED**
MAY 2 3 1996
BY: _____

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 5-23-96            Facility/Institution: M. Jail

Name of Inmate: William W Hicks        D.O.B.: 97063

I.D. #: BS95-14533        Cell #: 7-D-2 #3

Problem: (in your own words)

I need to Be placed on pain medication again, It Has Run out, please I Have super duper headaches all the time, a-night they are Even worse, Need AS soon AS 'ASAP;'

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Disposition: _____ S/C

Person Triaging: M Rayner  **MICHAEL RAYNER, LPN**  Date: 5/23  Time: 1 P
            (Name)  **MAIN JAIL**

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: Seen 5-24-96 in clinic

Date: 5-27-96 10 A        J. Davis  Jelill Davis, LPN
                Health Service Signature  Main Jail

| White — Medical Department | Yellow — Other | Pink — Inmate |
|---|---|---|

CC 018                                    7/94

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

RECEIVED
MAY 2 4 1996
BY:

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _5-24-96_    Facility/Institution: _Main Jail_

Name of Inmate: _William M Hicks_    D.O.B.: _9-10-67_

I.D. #: _BS9574533_    Cell #: _2-D-2_

Problem: (in your own words)

_I am Having bad ass head aches and I could not sleep last night because of them, I Have them every day, worse, why worse If I'm all right_

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Disposition: _S/C_

Person Triaging: _Wellopern, fm_    Date: _5/24/96_   Time: _0920_

NESLY CHAPERON, LPN (Name)

**FOR STAFF USE ONLY**   NBDC

S: _____

O: _____

A: _____

P: _Pt. Seen by Dr. Uecker 5-24-96 Receive tx. for above problem._

Date: _5-27-96   10A._    _J Davis_   Jondl Davis, LPN
Main Jail
Health Service Signature

CC 018   White — Medical Department   Yellow — Other   Pink — Inmate   7/94

**EMSA** *CORRECTIONAL CARE*

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: MAIN JAIL BUREAU

Inmate I.D. #: BS95-14533

Inmate Name: Dicks, William    D.O.B.: 9/10/63

Date of Last H & P: 10/12/95   Date of Last PPD: 8/7/95   Results: 3mm 8/9/95

Allergies: NKA

Current Health Problems: hx psych, TMJ/headaches

Current Medication (Name, Dosage, Frequency, Duration): §§4 Flexeril 10mg po Bid PRN H/A X 30 day (5/1 Zoloft 50mg po Bid X30 day) §§4 Midrin ii po Bid PRN H/A X30 day, Motrin 800mg po Bid PRN H/A X 30 day

Physical Disabilities/Limitation: none

Assistive Devices/Prosthetics: none

Glasses: none    Contacts: none

Follow-up care needed: Psych F/u 6/21/96

Signature: *Diane Wade* 
**DIANE WADE, LPN**
**MAIN JAIL**    Date 6/4/96

## TRANSFER RECEPTION SCREENING

Facility: NBDC    T 98.6 P 88 R 18 B/P 106/80

S: Current Complaint: TMJ Headaches, Hx Psych

Current Medications/Treatment: Zoloft, Flexeril, Midrin, Motrin

O: Physical Appearance/Behavior: AAO x3, Clean, good eye Contact, MAE calm.

Disposition: (✓) General Population   ( ) Infirmary   Referral: (✓) Medical   ( ) Dental   (✓) Mental Health

When:   ( ) Immediately   ( ) Sick Call   ( ) Other _____

Signature: *Robin Thurston LPN* Robin Thurston LPN   Date 6-5-96

CC 027    7/94

**EMSA** *CORRECTIONAL CARE*

*Faxed*

## NON-FORMULARY REQUEST FORM

NAME OF FACILITY: NBDC

TELEPHONE NUMBER: _____    DATE: 6—5—96

### NON-FORMULARY MEDICATION REQUEST

PATIENT NAME: Hicks, William # B59514533

DRUG NAME: Zoloft 50mg

DOSAGE SCHEDULE: P.o. BID x 30 day

JUSTIFICATION: _____

_____

_____

_____

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN – NBDC    M.D.

Signature of Prescriber          Signature of Reviewer

6—7—96

Date                              Date

Approved _____    Not Approved _____

Drug Recommended _____

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 6-11-96    Facility/Institution: N.B.D.C

Name of Inmate: William m Hicks    D.O.B.: 9-20-63

I.D. # BS95-14533    Cell #: 12-1-H3

Problem: (in your own words)

ID Like to speak To doctor please about Pain to my upper temple and under Right Eye and still discomfort to my jaw as I try to open, THANKS For your Prompt Att-

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition: S/C    KATHLEEN SKILLEN, LPN

Person Triaging: K Skillen    NBDC (Name)    Date: 6/11/96    Time: 7P

### FOR STAFF USE ONLY

S: "I need to see the Dr. about this awful pain in my head and jaw"

O: A&O/3, affect is very angry and demanding. 6/11/96 4-98° P.80 R.16, normal R.O.M. of jaw, no limitations, o swelling bruising or abnormalities

A: Alteration in comfort - Note: Pt. has been seen by Dr in Clinic o numerous times for the above complaint - was last seen by Dr 5/24/96 and was prescribed Midrin, Motrin & Flexeril which he is currently taking

P: Continue o Meds as prescribed By Dr.

E: Pt. encouraged to co-operate o Dr. in taking meds as prescribed

Date: 6/11/96    Kathy Skillen    NBDC    Health Service Signature

CC 018    White — Medical Department    Yellow — Other    Pink — Inmate    7/94

**EMSA** CORRECTIONAL
✚ CARE

To medical
2ND Request

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 6-14-96    Facility/Institution: N.B.D.C

Name of Inmate: William m Hicks    D.O.B.: 9-10-63

I.D. #: BS95-14533    Cell #: 12-1-H-3-3

Problem: (in your own words)

I Have Bad pain to right jaw and teeth, my
Right temple side is num and there's pain above
Right temple, Below Right eye pain, Having trouble
Breathing - why, Im all right Im told, Like to see
doctor

DO NOT WRITE BELOW THIS LINE

THANKS

### STAFF SECTION

ELMA MC KENZIE, LPN
NBDC

Disposition: S/C

Person Triaging: EDM Chifer.    Date: 6·14·96    Time: 1235
(Name)

**FOR STAFF USE ONLY**

S: Problem as stated above: "I have a broken jaw
from incident, I need to see someone.

O: W/M. alert oriented x4. % of severe pain to Rt jaw, numbness
in Rt side of temple, difficulty breathing from my jaw problem
No swelling of jaw noted, % of tenderness when felt.

A: No distress of breathing noted. A on Medica, Motrin & flexeril
states "I am still in severe pain" Rt had xray done.
Alteration in comfort / Pain Rt side of face.

P: Referred back to Clinic.
Continue with present medication. until seen.
Report back to medication if condition worsens

Date: 6-14-96.    2.50 P

Health Service Signature

ELMA MC KENZIE, LPN
NBDC
EDM Chifer LPN

CC 018    White — Medical Department    Yellow — Other    Pink — Inmate    7/94

*director*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

JUN 19 1996

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: **6-15-96**          Inmate's Name: **William M Hicks**
(Alias, if used)

Arrest #: **BS95-14533**          Location: **12-1-H3³**   LID: **370 6**

To: *medical*

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | ~~Other~~ | ☒ |

Nature of Request: **mam, please look at medical chart and tell me the name of anti depressent Im on and mam also write it down on this with the side effects of the drug. Thanks mam For your prompt Att. William Hicks**

_William m Hicks_                    **6-15-96**
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

*JOAN BAUERSMITH, RN, HN, NBDC*

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_seen in clinic 6/20/96_

Completed By: _Margaret Butch_   Date: **6/20/96**   Time: **840 pm**
*MARGARET BUTCH, RN*
*NBDC*

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*Medical I*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

JUN 1 9 1996

*THANKS For prompt Att.*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: **6-15-96**          Inmate's Name: **William m Hicks**
                                              (Alias, if used)

Arrest #: **BS95-14533**          Location: **12-1-H3 #3**   DOB: **9-10-6**

To: *Medical*

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: *mAm or SIR I william Hicks Request a Full Statement on this Form so I may Have a copy of these questions. ① is skull Broke ② is there a fracture next to Jaw ③ is Jaw dislocated ④ is cheet Bones Broke and Right Eye, ⑤ was there Sticks under Right Eye, ⑥ And why Would I Request For pillows and Soft Diet troy. Thanks For your Full prompt Att.*

*William m Hicks*                              *6-15-96*
Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

JOAN BAUERSMITH, RN, HN, NBDC

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

*seen in clinie 6/30/96*

Completed By: *M Butcha*          Date: **6/30/96**   Time: **8:40 pm**

MARGARET BUTCH
NBDC

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information          ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

Dist of Director
of
medical

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

RECEIVED
JUN 19 1996

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: **6-18-96**

Inmate's Name: **William m Hicks**
(Alias, if used)

Arrest #: **BS95-14533**

Location: **12-1-H3³**  DOB: **9-10-6**

To: **medical DIRector**

Program Specialist ☐
Classification ☐

Mailroom ☐
Food Service ☐

Commissary ☐
Other ☒

Nature of Request:

*I Hicks Have waited eight days So Far to See the doctor, may I see you please I have questions.*

*THANKS For prompt Att.*

**William m Hicks**
Inmate's Signature

**6-18-96**
Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

JOAN BAUERSMITH, RN, HN, NBDC

*seen in clinic*

Completed By: **M Britten** NBDC  MARGARET BUTCH, RN

Date: **6/20/96**   Time: **8⁴⁵ pm**

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** *CORRECTIONAL CARE*

# DIET ORDER FORM

DATE: 6/20/96

INMATE'S NAME: Hicks William

DATE OF BIRTH: 9-10-63

ID NUMBER: BS 95-14533

HOUSING UNT: 12-1 #3

DIET ORDERED:

Soft diet

DATE STARTED: 6/21/96          STOP DATE: When notified

SPECIAL INSTRUCTIONS:

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

PHYSICIAN: V. O'Connor PA

NURSE'S SIGNATURE: M Butch M          MARGARET BUTCH, RN
                                      NBDC

White - Medical     Yellow - Kitchen

CC 007                                              7/94

**EMSA +** **CORRECTIONAL CARE**



RECEIVED
JUN 23 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 6-22-96    Facility/Institution: N,B,D,C

Name of Inmate: William m Hicks    D.O.B.: 9-10-63

I.D. #: BS95-14533    Cell #: 12-1H-3

**Problem:** (in your own words)

I need to see the Doctor again due to
She didn't Finish what I went For.
I Just went 6-20-96, THANK you
Still Have the Same problem.

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Disposition: S/C

Person Triaging: DRichardson    DELLA RICHARDSON, LPN    NBDC
(Name)    Date 6/02/96    Time: 830/pm

**FOR STAFF USE ONLY**

S: as stated above

O: alert + oriented x3, Pt, states "I need to
see the doctor about my snacks.

A: Pt in nutrition

P: Refer to clinic

Date: 6/23/96 5Pm DRichardson
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CC 018    7/94

**EMSA** *CORRECTIONAL CARE*

8/07/96

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 6-24-96    Facility/Institution: N.B.D.C

Name of Inmate: William M Hicks    D.O.B.: 9-10-63

I.D. #: 859... 14533    Cell #: 12-1-M3

Problem: (in your own words)

I need to see doctor again due to
two problems.
Thankyou

### DO NOT WRITE BELOW THIS LINE

---

#### STAFF SECTION

Disposition: S/C

Person Triaging: Killen M Kathleen    Date: 6/24/96    Time: 10³⁰ᵖ

Killena

**FOR STAFF USE ONLY**

S: _____ As stated above

O: A - states "I need to see the doctor about
my diet.

A: R/O Diet changes. Alt in nutrition

P: Referred to clinic on 6/14/96 will refer
again

Date: 6/26/96  6⁴⁵ᵖ    D Richardson    DELLA RICHARDSON, LPN
                                        Health Service Signature    NBDC.

**EMSA** *CORRECTIONAL CARE*



## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-6-96          Facility/Institution: NIB,DC

Name of Inmate: William m Hicks          D.O.B.: 970-63

I.D. # B595-14533          Cell #: 12-1-H3

**Problem:** (in your own words)

my left ankle hurts to ~~walk~~ When I get out
of bed I Fell, my left ankle gives out.
sore all the time.

### DO NOT WRITE BELOW THIS LINE

---

**STAFF SECTION**

Disposition: In NAD / to sick call

Person Triaging: ~~GORDON STEIN, RNC~~
~~Head Nurse - Stockade~~          Date: 7-6-96          Time: 1 PM

**FOR STAFF USE ONLY**

S: as stated above

O: Pt C/O pain in lt ankle. Gait steady. No
swelling or redness noted at this time

A: R/O painful lt ankle. Alt in comfort

P: Pt is receiving medication for pain. Will
refer to clinic again.

Date: 7/6/96    10P    D Richardson    DELLA

Health Service Signature

White — Medical Department          Yellow — Other          Pink -

CC 018

# EMSA CORRECTIONAL CARE



RECEIVED JUL 1 3 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

---

PRINT ONLY          PRINT ONLY          PRINT ONLY

Date: 7-12-96    Facility/Institution: N. B. D. C.

Name of Inmate: William M Hicks    D.O.B.: 9-10-63    Sex: male

I.D. #: BS 95-14533    Cell #: 12-1-H-3#3

Problem: (in your own words)
My Left Ankle is hurting alot, when I was
involved in getting Beet up @ 12-1 Reck yard
I somehow Hurt it then, But now it's Been hurting
so much I awoke with pain / I try not to Run For days But it
**DO NOT WRITE BELOW THIS LINE** Hurts after that,

---

May I please get Blue Ice  STAFF SECTION  Thanks 835A

Person Triaging: Calista Chukwu RN    Date: 7/13/96    Time:
CALISTA CHUKWU, RN    (Name)
NBDC
Disposition:    8/c

---

FOR STAFF USE ONLY

S: "My left ankle hurts I twisted it on the
recreation yard. Can I have some Blue Ice joint
please."

O: 1982 P64 R16. No swelling bruising. or lesion
noted to pain c weight.

A: Alteration in comfort due to painful Lt ankle.

P: Blue Ice q d x 10 days.
Avoid weight bearing exercises until healed

E: Warm soaks PRN. Apply Blue Ice. BID PRN

Date: 7-15-96    Time: 10:04 AM    L Loudon Rn   WILDUTE GORDON RN
Health Service Signature

---

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-15-96    Facility/Institution: N.B.D.C.

Name of Inmate: William m Hicks    D.O.B.: 9-10-63    Sex: Male

I.D. #: B595-14533    Cell #: 12-1-H-3

Problem: (in your own words) THis is tHis Drequest almost a manth
My LeFt Ankle hurts so much, I need to
see a doctor pluss For now I'll use
A Ace Bandage For my LeFt Ankle, I Jog
to relieve mental pressure twice a week now AND Hurts
so much

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Person Triaging: D Richardson    Date: 7/15/96    Time: 9Pm
(Name)
DELLA RICHARDSON, LPN

Disposition: _____

#### FOR STAFF USE ONLY

S: as stated above

O: Pt observed jumping up + down in cell. No swelling or redness noted.

A: R/o lt ankle discomfort. Alt in comfort.

P: Pt has been referred to clinic for the above problem.

E: Rest. If swelling occurs elevate leg,

Date: 7/17/96    Time: 9P    D Richardson    DELLA RICHARDSON, LPN
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

**EMSA** *CORRECTIONAL CARE*



RECEIVED JUL 21 1996

*ASP*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-22-96    Facility/Institution: N.B.D.C

Name of Inmate: William M Hicks    D.O.B.: 9-10-63    Sex: M

I.D. #: BS95-14533    Cell #: 12-7-H3

Problem: (in your own words)

Please place me Becton pain pills tonight or tomorrow the Latist, For Broken skull/checks Jaw and Fracture.

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: SOPHIA MOTLEY LPN    Date: 7/2    Time:

Disposition:

**FOR STAFF USE ONLY**

S: Request for renewal of moshi mdin + flexeril for Chronic ankle pain joint pain + Headache.

O: Seen in clinic and meed Renewed 7/22/96 See P.O.Sheet.

A: Resolved request

P: Continue meds as ordered by physician

E: notify the nurse as needed with more health Complait

Date: 7/25/96    Time: 1354    Calista Chukwu

Health Service Signature

CALISTA CHUKWU, RN
NBDC

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

*Supervisor*
*of*
*medical*      *N.B.D.C.*

BROWARD SHERIFF'S OFFICE
DE_____MENT OF CORRECTIONS AND REHAB_____TATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: **7-22-96**    Inmate's Name: **William m Hicks**
(Alias, if used)

Arrest #: **BS 95-14 533**    Location: **12-1-14-3**    DOB: **9-4-63**

To: **Supervisor of medical**

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    ~~Other~~ ☒

Nature of Request: **My medication For pain has run out, Please reFill order ASAP—Not Another weeknor two nor three, I Have Such Bad pain AND It's a shame a person with my discomforts to have to go through tHis Emotional pain, pysical pain AND grief! why doesn't nurse or doctor tell oF when it's to run out to Him? THANKS For Promp Att**

**William m Hicks**    **7-22-96**
Inmate's Signature    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

**JOAN BAUGERSMITH, RN, HN, NBDC**

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

**Meds renewed 7/29/96 See physician order sheet.**

**Calista Chukwu R**

**7/25/96 PST**

**CALISTA CHUKWU, RN**
**NBDC**

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

N. B. D. C

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 7-31-96                    Inmate's Name: William M Hicks
                                                            (Alias, if used)

Arrest #: BS95-94533            Location: 12-1-H-3 #3    DOB: 5-16-63

To: Dental

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☒ |

Nature of Request: I have Been here a year now and I was Told By DR pearson DDS / cline DDS / DR weeTHers DDS and I.am. tHat I had To Be here in jail a year.

I Request my teetH to Be cleand and I Request thet my problem teeth to Be Fixd.

THank you. Please return response.

William M Hicks                              7-31-96
Inmate's Signature                           Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Mr. Hicks please make out a Dental request and an appointment will be set up for you to have your teeth cleaned.

Completed By: Sadie Nelson   CCN        Date: 8/2/96   Time: 10:30 AM

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

Deleted
Sych.

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 8-1-96

Inmate's Name: William m Hicks
(Alias, if used)

Arrest #: BS95-14533

Location: 12-1-H-3    DOB: 9-26-63

To: Doctor martin

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: SIR I Request to move to 12-2-H-5 Because today I Have to remain in a cell where there is no guia meetings or SIP For now please place me in cell Three 012-1-5 I want to move out of lock down cell, I Have mental problem and I Have a Hard time breathing Due to Broken cheek Bones
THANKS

William m Hicks                               8-1-96
Inmate's Signature                            Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

I/M seen per request note in chart

Completed By: E Hanley

ED HANLEY
Human Services Counselor
NBB

Date: 8/2/96    Time: 2 30/pm

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*To medical*
*Supervisor,*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: **8-3-96**                    Inmate's Name: **William m Hicks**
                                                                  (Alias, if used)

Arrest #: **B595-14533**                    Location: **12-1-17-3**    DOB: **9-10-63**

To: **medical Supervisor**

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: *I DiD not Recieve my pain medication this morning Because they Had none "ran out" Hum! At 9:30pm Sat. night the gentleman would not give me my Midrin Because He said he was using his jugement For he gave me 3 mottrin so he couldAND wouldnot give me. Who the F is this guy. Straighten out your nurses or place me on a Narcotic thanks  8-3-96*

*William m Hicks*

_____                    _____
Inmate's Signature                                   Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*Mr Hicks upon investigation nurse Smith said he explained to you that he would give you 800mg Motrin and in the next two hours he would give you the Midrin II Tabs. I find nothing wrong with his decision. Your Midrin II Tab is PRN but the cumulative effect could cause adverse response.*

Completed By: **Sadie Nelson** CCN _____ Date: **8/1/96** Time: **4 pm**

MELSAIDES NELSON, MSRN,
PSYCHIATRIC SUPERVISOR, NBDC

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

**EMSA CORRECTIONAL CARE**

Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William M Hicks_    ID#: _BS95 14533_    D.O.B. _9-10-63_

Date(s) of Treatment: From _8-7-1995_    To _8-30-1996_

Type of Information Requested: _ALL copys of medical records_
_From Main Jail "Broward" 0_

Reason for Information: _I william m Hicks request for all copys for_
_my records AND use._

Authorized Person(s) Company: _William M Hicks Pro SE OF Federal_
_Law Suite Per Broward Main Jail_

I hereby authorize the Medical Record Department at _Main Jail "Broward"_
to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.


_William m Hicks_    _William m Hicks Pro SE_
Patient Signature    Witness Signature


_8/21/96_    _7:15 AM_    _8/21/96_    _7:15 AM_
Date and Time    Date and Time


Por este medio autorizo al Departamento de Historia Clinica de _____
a ceder a la entidad mencionada arriba la informacion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion cedida. Adema's yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.


_____    _____
Firma de Paciente    Firma del Testigo


_____    _____
Firma and Hora    Fecha and Hora

10/93

O DENTAL
N.B.D.C

DEPARTMENT   O SHERIFF'S OFFICE
INMATE ACTIONS AND REHABILITATION
REQUEST FORM

f you haven't asked the housing unit deputy solve this problem, do so before completing
this request.

TO BE COMPLETED BY INMATE

Date of Request: 8-7-96          Inmate's Name: William M Hicks
                                                (Alias, if used)

Arrest #: BS95-14533         Location: 12-143      DOB: 9-10-63

To: Dental   N.B.D.C

Program Specialist   ☐      Mailroom      ☐      Commissary   ☐
Classification       ☐      Food Service  ☐      Other        ☐

Nature of Request: _____

I've Requested A while Ago to see About
Dental care. As I Was told I could not
recieve untill I've Been A resident of Broward
county Jail. As of 8-7-96 - From 8-7-95 I've Been
here A year, I Have problems to my teeth that need Att.
        William M Hicks              THANK You For your r-spense.
_____                    8-796
Inmate's Signature                       Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

                                        AUG 19 1996

                              JACQUELYN D. FARRAR   NBDC
                              Dental Assistant

                              JACQUELYN D. FARRAR
                              Dental Assistant NBDC

Completed By: Seen by dental       Date: 8·20·96   Time: 2:55 pm

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information                    ☐ Personal Interview
  7/20/96    2.55 pm                         J.D. Farrar

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*N.B.D.C.*

*Take note Please*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: *8-7-96*          Inmate's Name: *William M Hicks*
                                                (Alias, if used)

Arrest #: *BS95-14533*          Location: *12-1-14-3*    DOB: *9-10-63*

To: *Doctor Martin*

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: _____

*SIR, I Request that I have my Doctor remove*
*or located Due to Fear For my Life AS I Feel Closed*
*In and I have a hard time Breathing Due to these*
*Rules Broken, my Room mate told me that I Breath*
*hard a NBreo Due to Rules Affecting my Sinuses*

*William M Hicks*                          *8-7-96*
Inmate's Signature                        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*8/9/96     I have seen*

*M Levinsky*          **MARK LEVINSKY, MS**
                     **PSYCH. SPECIALIST NBR**

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** *CORRECTIONAL CARE*

*TO Supervisor*

**INMATE MEDICAL REQUEST FORM**

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-7-96    Facility/Institution: N,B,D,C

Name of Inmate: William M Hicks    D.O.B.: 9-10-63    Sex: m

I.D. # BS95-14533    Cell #: 12-H-3

**Problem: (in your own words)**

The midrin Ran out again, nobody says or tells, well its to Run out. why? I state that midrin does not fully Help so I Request that I Be Placed on a Pain pills, not aspirin, I Have so much pain It's not a Joke. Thanks

DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: C Chambers RN    (Name)    Date: 8/7/96    Time: 9A

Don't Forget that I Have Pain So Don't take A ment H+o get meds, THANKS

Disposition: S/C

**FOR STAFF USE ONLY**

S: See above

O: Has been on midrin II tabs Po, BID PRN x 15 days.

A: Alteration in comfort

P: Refer to clinic

E: Notify nurse if gets a Migraine H/A

Date: 8/7/96    Time: 10A    C Chambers RN    Crystal Chambers RN NBDC

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

**EMSA CORRECTIONAL CARE**

_____
Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: William m Hicks          ID#: 6595 14533     D.O.B. 9-10-63

Date(s) of Treatment: From   8/7/1995          To   8/30/1996

Type of Information Requested:   ALL copyS oF medical recorDS

From N,B,D,C "PomPano" o

Reason for Information:   I William m Hicks request For all copyS For

my recorDS and use.

Authorized Person(s) Company:   William m Hicks ProSE oF Federal

Law Suite Per N,B,D,C "PomPano"

I hereby authorize the Medical Record Department at   N,B,D,C "Pom Pano"

to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.


William m Hicks                    William m Hicks ProSE
_____          _____
Patient Signature                  Witness Signature


8/21/1996    7:30 AM              8/21/1996    7:30 AM
_____          _____
Date and Time                      Date and Time


Por este medio autorizo al Departamento de Historia Clinica de  _____

a ceder a la entidad mencionada arriba la infomracion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion cedida. Ademas'yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.


_____          _____
Firma de Paciente                  Firma del Testigo


_____          _____
Fecha and Hora                     Fecha and Hora

10/93

**EMSA** CORRECTIONAL CARE



## INMATE MEDICAL REQUEST FORM

(✓) DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-9-96                Facility/Institution: N 1B1D-C

Name of Inmate: William m Hicks    D.O.B.: 9-10-63    Sex: M

I.D. # BS95-14533                Cell #: 12-1-A-3

Problem: (in your own words)

I Request A dental visit per 1 year here so
I recieved all proper dental work that Lack
of care has caused me due to not willing to
take care of at time of problems. Thanks per —
Miss nelson medical

DO NOT WRITE BELOW THIS LINE

---

STAFF SECTION

CALISTA CHUKWU, RN
NBDC
Person Triaging: Calista Chukwu    Date: 8/10/96    Time: 9 Am
(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S:

O:

A:

P: Dunby dental

E:

Date: 8/20/96    Time: 2:55 PM

RECEIVED
AUG 12 1996
JACQUELYN D. FARRAR
Dental Assistant / NBDC

Health Service Signature

JACQUELYN D. FARRAR
Dental Assistant / NBDC

White — Medical Department        Yellow — Other        Pink — Inmate

CL 14B0-01

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*medical*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-21-96                    Inmate's Name: William n Hicks
                                            (Alias, if used)

Arrest #: 3595-14533          Location: 12-1-H-3   DOB: 9-10-63

To: medical - miss melsaides Nelson

Program Specialist  ☐        Mailroom      ☐        Commissary  ☐
Classification      ☐        Food Service  ☐        Other       ☐

Nature of Request: mam, I william n Hicks request
to see xvays Before they are released
to any one a.s.a.p. Like 8-22-96

     They was Taken A n on 8/21 Thanks Fir prompt Att

William n Hicks                              8-21-96
Inmate's Signature                           Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

          Referral to S. Nelson


                    D Richardson    8/22/96
                    DELLA RICHARDSON, LPN    7P
                    NBDC

Completed By: _____  CCN _____  Date: _____  Time: _____

All requests will be handled by the responding deputy in one of the following ways:

     ☐  Written Information               ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

ESO DJ#24 (Rev. 4/93)

*Supervisor of medical*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

AUG 28 1996

Date of Request: _8-23-96_    Inmate's Name: _William H. Dicks_
(Alias, if used)

Arrest #: _8595-14533_    Location: _12-1-H-3_    DOB: _9-10-63_

To: _Medical_

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    Other ☐

Nature of Request:

_I Request For the second time to SEE my xrays taken on 8-21-96 and to See them before they get to Be more days old, per Prose of case #96-6496-CIV-Ungaro-Benages last request, I also THANKS, Sent one on medical request_

_William H. Dicks_    _8-23-96_
Inmate's Signature    Date Signed

*THANKS, THats THree Times*

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_JUAN BAUER-SMITH, RN, RN, NBDC_    _8/30/96 8pm_

S— Request for xray Result as Above. Request to discuss with the Doctor about xray of the facial bone taken 8/21/96

O— x ray of facial bones ordered by N Delosceperda on 8/16/96 & taken 8/21/96 pt request report. Report not yet in chart @ no information seeked below when available

P— refer to clinic for further explanation of xray refill

Completed By: _____    CCN    Date: _____    Time: _____ Calista Chukwu

CALISTA CHUKWU, RN
NBDC

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*To M. Neden*

# EMSA ✚ CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM



RECEIVED
AUG 2 1996

This Request to
See my
X rays from
8-22-96

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-23-96    Facility/Institution: N.B.D.C

Name of Inmate: William W Hicks    D.O.B.: 9-10-63    Sex: Male

I.D. #: B595-14533    Cell #: 12-1-H-3

Problem: (in your own words)

I Have a hard time coping with all the pain I Have, Ft is so Bad tHat I Have Become short temperd; I Never been a violent Person But I can feel the adbltitude, I request to Be Placed on Narcotics & I Hold tHis medical staff Liable For my actions, THanks For 8emp

### DO NOT WRITE BELOW THIS LINE

---

**STAFF SECTION**

CRYSTAL CHAMBERS, RN
NBDC
Person Triaging: CChambers RN    Date: 8/23/96    Time: 0900
(Name)

Att

Disposition: S/C

---

**FOR STAFF USE ONLY**

S: ? Doctor, pearson Said he orDer snack Bag twice, where is it, it's been montHs now, I spoke to him again on 8-21-96.

O:

A: Seer on S/C 8/24/96 8pm
see Soape note

P: see

E:

Date: 8/24/96    Time: 8P    [signature] Calista Chukwu RN
Health Service Signature    CALISTA CHUKWU, RN
NBDC

---

White — Medical Department          Yellow — Other          Pink — Inmate



LAW OFFICES
JEFFREY M. HARRIS
PROFESSIONAL ASSOCIATION

BOARD CERTIFIED
CRIMINAL TRIAL LAWYER

MEMBER FLORIDA & ILLINOIS BARS

SUITE 1500
BARNETT BANK PLAZA
ONE EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA

TELEPHONE (305) 522-7000
FAX (305) 522-1002

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

TO:       Broward County Main Jail          DATE:        August 27, 1996
          P.O. Box 9356
          Fort Lauderdale, Florida 33310

                                            RE:        William Hicks
                                            DOB:       9/10/63

        Please be advised that I hereby request and authorize you to furnish to my attorney,
JEFFREY M. HARRIS, P.A., at the above address, the following:

        (X)  Copies of all x-ray films taken of my head and jaw taken on August 21, 1996

in connection with the injuries suffered in the incident which occurred on February 8, 1996.
You are further requested not to furnish information to any insurance adjuster or other
person without written authority.

*ALL PRIOR AUTHORIZATION IS HEREBY CANCELLED.

                                    _William M Hicks_
                                    Patient/Client   B595-14533

*FLORIDA STATUTES, Chapter 455, Medical Practice Act.    455.241 provides: "Any
doctor or other practitioner or any of the healing sciences making a physical or mental
examination of, or administering treatment to any person shall upon request of such person,
his guardian, curator, or personal representative in the event of his death, furnish copies
of all reports made by such examination or treatment. Such reports shall not be furnished
to any person other than the patient, his guardian, curator, or personal representative,
except upon written authorization of the patient."

TO BE FILED

**EMSA** *CORRECTIONAL CARE*



## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☑ MEDICAL     ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _____   Facility/Institution: *NBDC*

Name of Inmate: *Hicks William F*   D.O.B.: *5/12/29*   Sex: *M*

I.D. #: *P/B 962 357*   Cell #: *G H 4*

Problem: (in your own words)

*Lower Back left side, sholders, have some ins for some help with county-Health*

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**
ROBIN THURSTON, LPN
NBB

Person Triaging: *Robin Thurston*   (Name)   Date: *8-24-96*   Time: *0800*

Disposition: *Sick call*

**FOR STAFF USE ONLY**

S:

O:

A:

P: *Seen for r/c see progress note*

E:

Date: *8/25/96*   Time: *12³⁰ p*

*Mildred Bryant PA*
*R S Bryant R N*
Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

## TO BE COMPLETED BY INMATE

Date of Request: _8-27-96_    Inmate's Name: _William M. Hicks_
(Alias, if used)

Arrest #: _BS95-14533_    Location: _12-1-4-3_  DOB: _6-10-63_

To: _Doctor Pearson DDS._    _N.B.D.C._

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    Other ☑

Nature of Request:

_SIR, I William M Hicks Request to_
_speak with you SIR._
_Thank you for your time._
_SIR I expect you to Answer_
_this Request and send it Back, Thanks,_
_William M Hicks_

Inmate's Signature    Date Signed _8-27-96_

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

----

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Seen by dentist 2:00 pm 8/29/96_

DR. GLENN PEARSON
DENTIST

----

Completed By: _____ CCN ____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** *CORRECTIONAL CARE*



## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

---

**PRINT ONLY**                **PRINT ONLY**                **PRINT ONLY**

Date: _8-27-96_    Facility/Institution: _N.B.D.C_

Name of Inmate: _William n Hicks_   D.O.B.: _9-10-63_   Sex: _M_

I.D. #: _BS95-14533_    Cell #: _12-7-H-3_

---

Problem: (in your own words)

_I Request to see doctor, Per Head Injurys
tHat have caused severe headaches AND pain.

~now~ tHanks   Ive Requested many many
                        Times_

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Person Triaging: _C Chambers RN_ (Name)   Date: _8/27/96_   Time: _9 AM_

Disposition: _S/C_            CRYSTAL CHAMBERS, RN
                             NBDC

---

**FOR STAFF USE ONLY**

S: _States Wants to be back on Flexeril_

O: _Flexeril ran out on 8/23/96_

A: _R/o alteration in Comfort_

P: _Refer to clinic_

E: _Instructed to take midrin as ordered_

Date: _8/28/96_ Time: _11 AM_,   _C Chambers RN_    CRYSTAL CHAMBERS, RN
                         Health Service Signature         NBDC

---

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480 01

BROWARD SHERIFF'S OFFIC
MENT OF CORRECTIONS AND REHAB. ATION
INMATE'S REQUEST FORM

*MEDICAL*

*A.1.B.D.C.*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-27-96    Inmate's Name: William M Hicks
                                            (Alias, if used)

Arrest #: BSO5-14533    Location: 12-1-14-3    DOB: 5-10-63

To: Miss M. Nelson Medical

| | | | | | | |
|---|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | ~~Other~~ | |

Nature of Request: _____

Mam, I've Request to speak with a Doctor For meds, Due to meds I'm not gettings and one I am is not enough, I want this corrected Fast, why's this so hard to get straight, I want to see a M.D Doctor THIS week

William M Hick     8-27-96

Inmate's Signature              Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

9/5/96   M. Heck, you have been put on the clinic list you and the provider Ally review of his record

JOAN BAUERSMITH, RN, HN, NBDC

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# EMSA CORRECTIONAL CARE

## ACKNOWLEDGMENT FORM

I _William m Hicks_ ACKNOWLEDGE

RECEIPT OF MY HEALTH RECORDS IN ITS

ENTIRETY FROM THE DATES OF 8/7/95

THROUGH 8/30/96 ON _8-30-96 2:45 pm_

_William M Hick_

**INMATE SIGNATURE**

_Dep. R. Rivera #2560_

**WITNESS**

_Sandra A Taylor   8/30/96   2:46 pm_

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _9-3-96_          Inmate's Name: _William m Hicks_
                                                (Alias, if used)

Arrest #: _8595-14533_          Location: _12-1-H-3#4_   DOB: _9-10-63_

To: _Medical nurse Joan Bauersmith._

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: _____

_MAM, I william m Hicks request to speck to you mam, Per xrays taken on 8-21-96 of head and jaw, Thanks miss nurse Joan for your prompt Atte,_

_Sincerely william m Hicks_

_william m Hicks_                    _9-3-96_
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

--------------------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Mr. Hicks, you have bee put p the clinic list few and the provider may review your record_

_Joan Bauersmith R_
JOAN BAUERSMITH, RN, HN, NBDC

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

`SO DJ#24 (Rev. 4/93)

**EMSA CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
| --- | --- | --- |

Date: 9-8-96    Facility/Institution: N.B.D.C

Name of Inmate: William M Hicks    D.O.B.: 9-10-63    Sex: Male

I.D. #: BS95-14533    Cell #: 12-1-H-3 # 4

Problem: (in your own words)

I'D Like to ensure that my pain meds will Be renewed By the time they expire Would Like it to Be done Before, that's my intention of this Request, thanks for your time.

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Person Triaging: D Richardson    Date: 9/9/96    Time: 4/5 PM
(Name)

Disposition: S/C

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: As stated above

O: Pt. request renewal of midrin for c/o HA's.

A: ↑ HA. alt. in comfort.

P: Renewal - sent to clinic

E: Rest. Avoid causing factor

Date: 9/9/96    Time: 7P    D Richardson

DELLA RICHARDSON, LPN
NBDC
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL-1480-01

*Team* *Bauersmith*
*medical*           *N.B.I.D.C*

BROWARD SHERIFF'S OFFICE
DEPAR...T OF CORRECTIONS AND REHABILI...TON
INMATE'S REQUEST FORM

---

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

---

### TO BE COMPLETED BY INMATE

Date of Request: 9-8-96         Inmate's Name: William M Hicks
                                          (Alias, if used)

Arrest #: BS95-14533            Location: 17-1-H3    DOB: 9-10-63

To: JOAN BAuersmith

Program Specialist  ☐     Mailroom       ☐     Commissary  ☐
Classification      ☐     Food Service   ☐     Other       ☐

Nature of Request: _____

MAm, I Request to Speak to you
per our Conversation 9-6-95 -At- 1:30pm.
you stated a profe, AND I Request
To Speak to you again mam. ASAP.
THAnk you,
William m Hicks                          9-8-96
Inmate's Signature                       Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

---

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Mr Hicks the Head Nurse Joan Bauersmith has been
by your cell three (3) times to speak with you and
each time you were not there Please inform us
when its a good time

---

Completed By: Sadie Nelson RN CCN    Date: 9/10/96    Time: 2p

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

SEP 11

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

NBB 3371                                    12 1 H3Q    6 J

## TO BE COMPLETED BY INMATE

William M Hicks _____ BS05-14533  12-1-H-3  N.B.D.C  9-9-96
Inmate's Name                    Arrest#      Cell   Facility    Date

### PART A - INMATE'S GRIEVANCE

I Hicks william WANt answer to the sequestials, ①
miss M. Nelson, ② miss Joan Bauersmith ③ all nurses ④
miss B. Ellais ⑤ miss B Low AND Doctors. Ive Had all
these people set up appointments to see my xrays,
then Im told Im Fine, or I dont need to see, I get yelled
at By nurses and Higher staff, I WANT TO know why I
cannot see my xrays, why — tell me the truth - Im pist

Inmate's Signature  M Hicks                Date Signed 9-9-96
          William M Hicks

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

The nice guy stage, I'll take this all the way
with all names of people Lying — Why — Reply Promptly

Reviewing Deputy's Signature/CCN                    Date

M. Hicks  You have been given xray review from
Dr. Teel MD                         Atm Division
Supervisor's Signature/CCN                          Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature                        Date
BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION *medical*
INMATE'S REQUEST FORM

~uISE Joan Bauersmith

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-11-96                    Inmate's Name: William m Hicks
                                                           (Alias, if used)

Arrest #: 3595-14533                        Location: 12-1-4-3    DOB: 9-11-63

To:

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: Decrease no #96-6496-CIU-was are-Releases and order
by Judge Sorrentino stated that request for discovery of all
medical and all x rays should be served upon the defendants
which I have done, EMSA has complied with my order "per page"
and I have spoken with nurse r NISATINS nelson of NBRDC abou
x rays, she speaks for all of ems I she stated she'll never comp!
So I'm receiving a order from Judges Statement I give till

Inmate's Signature                          Date Signed  FRIDAY 9-12-96

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Mr Hicks, we have been in contact with your attorney's office
Assistant "Anita" she has requested to pick up all x-rays at the
same time This time will occur once the last set of x-rays taken
on Monday, Sept. 9 1996 are duplicated and ready for release I apologize
for the delay but it is beyond our control Further, Ms nelson denies the
above statement nor would she have the authority to prevent the occurrence

Completed By: _Rmlll_  RICHARD MAC DONALD, HSA   Date: 9/12/96   Time: 4pm
                       NBB DOCC

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

~~NURSE Joan Bauersmith~~

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-11-96

Inmate's Name: William m Hicks
(Alias, if used)

Arrest #: 3595-14533

Location: 12-1-H-3   DOB: 9-11-63

To:

| | | | |
|---|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ | |
| Classification ☐ | Food Service ☐ | Other ☐ | |

Nature of Request: Do c/ case no 96-6496-CIU-Ungaro-Benages And order
By Judge Sorrentino stated that request for discovery of all
medical and all x rays should be served upon the defendants
which I have done. EMSA has complied with my order "for purpose"
and I have spoken with Nurse Nelson's liaison of NBOC about
my x rays, she speaks for all of EMSA/she stated she'll have enough
so on receiving a order from Judge Ungaro that I give all

Inmate's Signature _____

Date Signed: FriDAY 9-12-96

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

---

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

Mr Hicks, we have been in contact with your attorney's office
Assistant "Anita" she has requested to pick up all x-Rays at the
same time. This time will occur once the last set of x-Rays taken
on monday, Sept. 9 1896, are duplicated and ready for release. I apologize
for the delay but it is beyond our control. Further, Ms Nelson denies the
above statement nor would she have the authority to prevent the occurrence.

Completed By: ~~R mldd~~ RICHARD MAC DONALD, HSA   Date: 9/12/96   Time: 4 pm
NBB DOCCR

---

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** CORRECTIONAL CARE

S423

*"Renewal of medica7.0 bu*
*PAIN 96 new meds.*

## INMATE MEDICAL REQUEST FORM

(✓) DENTAL ☐ MEDICAL ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-12-96    Facility/Institution: NBiDC

Name of Inmate: William M Hicks    D.O.B.: 9/10/63    Sex: male

I.D. # BS95-14533    Cell #: 12-H-3 #4

Problem: (in your own words)

THis to Have Flexeral and moltrin renewed
NOTE "I've SENt A Medical Request For Renewal
of medication BeFore It RuNs out Aweek ago
TO Some how Solve tHis Simple problem I

**DO NOT WRITE BELOW THIS LINE**

---

STAFF SECTION

Person Triaging: Crystal Chambers RN NBDC CChambers RN    Date: 9/12/96   Time: 12pm

(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S:

O:

A:

P: Rx done — by dentist

E:

Date: 9/19/96   Time: 12' 00 pm    Dr. Glenn Pearson Dentist

Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 148C-01

BROWARD SHERIFF'S OFFICE
DEPART     OF CORRECTIONS AND REHABILI
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _9-12-96_     Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS75-14533_     Location: _12-1-H-3 #4_  DOB: _9-10-63_

To: _Nurse JOAN Bauersmith    N.B.D.C_

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other |

Nature of Request: _mAm, I william m Hicks ast THat you consider tHat I Be placed on stranger medication THan moltrin % midrin which dose helP on a scale 1 to 100 a 40% But I live witH so much jaw pain and head pain It's not a joke as most of staff seem to not care For my personel healtH. THanks_
_Note mAm, my order For medication has Run out also!_

_____     _____
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Mr Hick you will be seen in the clinic 9/20/96_

Completed By: _M. Nelson_ ___ CCN ___ Date: _9/18/96_ ___ Time: _11:30_

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

ESO DJ#24 (Rev. 4/93)

# EMSA CORRECTIONAL CARE



RECEIVED
SEP 1 3 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-13-96                    Facility/Institution: N.B.D.C.

Name of Inmate: Williams m Hicks   D.O.B.: 9-1063   Sex: Male

I.D. # BS95-14533               Cell #: 12-1-H-3

Problem: (in your own words)

my stomache is hurting, as I use Bathroom
I discharge pure Blood, It's Been going on
For a while, I thought It wenta way,
I also have So much Pain can't take,

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

CALISTA CHUKWU, RN
NBDC

Person Triaging: Calista Chukwu R Date: 9/13/96 Time: 4⁴⁵ pm
(Name)

Disposition: _____ S/U

### FOR STAFF USE ONLY

S: As stated above

O: Pt. states "I'm not bleeding now!" Abd soft
c ⊘ BS.

A: No rectal bleeding. Alt in comfort.

P: Refer to clinic.

E: Instructed pt to inform deputies and/or nurse when
bleeding occurs

Date: 9/14/96 Time: 8P    DNShailson
                          Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1460-01

**EMSA** CORRECTIONAL CARE



RECEIVED SEP 17 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _9-16-96_   Facility/Institution: _NBDC_

Name of Inmate: _William M Hicks_   D.O.B.: _9-10-63_   Sex: _Male_

I.D. # _BS95-14533_   Cell #: _12-1-H-3_

Problem: (in your own words)   _Been Sick For 3 weeks_

_I'm Having Severe problems with Stomache, Bleeds
and my Midrin For pain is getting me very Sick,
I Have not taken it much and I still Have not all this
Day or night time now 10:00pm / I'm throwing up / nussea / Dizzy / Sick_

**DO NOT WRITE BELOW THIS LINE** _Pain in my Head Body_

### STAFF SECTION

CALISTA CHUKWU, RN
NBDC

Person Triaging: _Calist chukwu RN_   Date: _9/17/96_   S: _This is not my First
Request and it's
my Last, so it's
it's Been over 3 we
Hum?_
(Name)

Disposition: _S/C_

**FOR STAFF USE ONLY**

S: _See above._

O: _Hx of migraine H/A's. On midrin in past.
Not Vomiting @ this time. No H/A @ this time. H/A's
Come + go._

A: _Alteration in comfort_

P: _Refer to clinic_

E: _Instructed inmate will refer him to clinic._

Date: _9/18/96_   Time: _1000_ _AM_   _C Chambers RN_   Health Service Signature   CRYSTAL CHAMBERS, RN
NBDC

White — Medical Department    Yellow — Other    Pink — Inmate

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

~~BDC~~

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _9-16-96_    Inmate's Name: _William n Hicks_
                                              (Alias, if used)

Arrest #: _BSCS-14533_    Location: _12-1H-5_    DOB: _97053_

To: _Medical - DR pearson DDS_

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | ~~Other~~ | ☐ |

Nature of Request: _____

_SI R Ive waited over 2½ weeks to_

_Finish teeth, tHanks,_

_William n Hicks_                    _9-16-96_
Inmate's Signature                   Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Seen by dentist on 9/27/96 @ 2:30pm_

DR. GLENN PEARSON
DENTIST

DR. GLENN PEARSON
DENTIST

Completed By: _____ CCN ____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information              ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks william_          ID# _B59514533_

D.O.B. _9·10·63_

I, _willy Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | |
|---|---|---|---|---|
| ✓ A. | Refused medication. _Zoloft 50_ | | E. | Refused X-Ray services. |
| B. | Refused dental care. | | F. | Refused other diagnostic tests. |
| C. | Refused an outside medical appointment. | | G. | Refused physical examination. |
| D. | Refused laboratory services. | | H. | Other (Please specify) |

Reason For Refusal _My stomach is sick from the mdon I am not refusing the zoloft but i cannot take it now_

Potential Consequences Explained _Depresion_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calista Chukwu_
Witness Signature

_CALISTA CHUKWU, RN_
_NBDC_
Witness Signature

X _William A Hicks_
Patient Signature

_9·17·96  5PM_
Date

Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBB_

Name: _Hicks, William_          ID# _BS95 14533_

D.O.B. _9-10-63_

I, _Wm Hicks_          have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify). |

_Refusing Zoloft_

Reason For Refusal _don't want it_

Potential Consequences Explained _↑ depression_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_____
Witness Signature          CAROLYN HAYES RN
                           CLINIC COORDINATOR

_9-17-96_                          _____
Date                                Patient Signature

                                   _0800_
                                   Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

113                                                                    7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _BBB_

Name: _Hicks, William_    ID# _BS9514583_

D.O.B. _9/10/63_

I, _Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X  A.    Refused medication.                ___  E.    Refused X-Ray services.

___  B.    Refused dental care.                ___  F.    Refused other diagnostic tests.

___  C.    Refused an outside medical appointment.  ___  G.    Refused physical examination.

___  D.    Refused laboratory services.        ___  H.    Other (Please specify)

_Refuse Zoloft 50 mc BID_

Reason For Refusal  _"Don't want it"_

Potential Consequences Explained  _yes ↑ Depression_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_R. River_
Witness Signature

_DMC_
Witness Signature

_9/19/96_
Date

_Refused_
Patient Signature

_9 am_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA CORRECTIONAL CARE**

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_    ID# _BS 96 14 533_

D.O.B. _9-10-63_

I, _William M Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.    Refused medication.

____ B.    Refused dental care.

____ C.    Refused an outside medical appointment.

____ D.    Refused laboratory services.

____ E.    Refused X-Ray services.

____ F.    Refused other diagnostic tests.

____ G.    Refused physical examination.

____ H.    Other (Please specify)

Reason For Refusal _William M Hicks_
_my stomache had been bleating out it was told from midrin_
_or as I took my pill I had been throwing up blood I stir throw up_
_and messes all the time in true tween_
Potential Consequences Explained _Face/Bones and head hurt badly_
_refused rectal exam / refused demorrolle supp._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_William M Hicks  VOID._

Witness Signature

DR. WINTHROP-DAVIS PHYSICIAN "LP"
STAFF PHYSICIAN
DR. VERONICA O'CONNER, PA

_Naomi Dill_ 9/20/96 8:45 p.    _William M Hicks_ 9/20/96

Witness Signature    Patient Signature

_8:45 pm_

Date    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE-GRIEVANCE FORM

3 3471

### TO BE COMPLETED BY INMATE

William M Hicks     BS95-147533    12-145   N1B.D.C    5-15-96
Inmate's Name            Arrest#      Cell   Facility     Date

### PART A – INMATE'S GRIEVANCE

This is on EMSA medical For not giving me proper
medical, they say I will See doctor and then a week
Later I'm getting sicker and they don't care, I Dont
want to here any more excuses I'm tieDD, Ive
HearD them all, I Ast to See Bross of EMSA.
I ca see how people Die here at N1BD.C

William M Hicks                 9-19-96
Inmate's Signature             Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

Mr Hicks it was a pleasure talking with you this
morning so you informed me that you was doing
fine on the medication you see now receiving even
though you would like something stronger. as per your Xrays
I gave you the results the one on the chest when the other results
get here you will be informed
Reviewing Deputy's Signature/CCN       Date

M. Nelson ACRC              9/20/96
Supervisor's Signature/CCN           Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____
Inmate's Signature             Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____

Director's Signature             Date
BSO DJ#51 (Revised 4/93)

EMSA CORRECTIONAL CARE

PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # 896 14533 | D.O.B. 9/10/63 |
|-----------|------------------------------|-----------------|----------------|

9/20/96
845/P

PA Note

1. Pt presented dapsy Mden cause nausea, so doesn't need renewal.

2. No DTA.

3. rectal bleedy 24wks ago, last noted 4Lg; some promples intermittently

4. Neds inform a Zygomatic XRay still c/ pain L area, still c difficult open g mouth - fully.

9/1/96  X Ray reordered.

9/19/96  Hixped /Move

O.    NAD; dalxapon, repetitive.

Head.    Namoceplalic

    TM's    intact.

    Mouth.    Pt partially open mouth.

    (Gz) Gmes    intact.

    rectal.    refused.

A.    DTA
        S/P Zygomatic Contusion.
        R/o rectal bleedy.
        Clean Nasal Spray II sprays
        each nostril  Bid x 30 d
        RTC for

[signature stamp: DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC]

[signature stamp: DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC]  OR

VERONICA  2 QUARTER, PA

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # 3395-1453 | D.O.B. / / |
|-----------|---------------------------|----------------|------------|

09/22/96
1545

(S) Nurse, my problems are all taken care of, I saw the Doctor and he changed my medicine — I'm on Motrin now instead of Motrin.

(O) pt Alt a — x3 — Cooperative — NAD obese — Good Bowel Sounds. No c/o Constipation — J-Brown NBN. As far as pt seeing the x-ray I informed pt that x-rays take a little while to process and then the Radiologist Reads them. pt accepted this explanation.

(A) Alteration of comfort due to Anxiety — pt upset.

(P) New Rx was prescribed. pt told to access med for any problems.

(E) pt understands plan of action.
                    Joy Brennan NBN
                    Joy Brennan NBN

IRC-22 (2/95)

EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # 835 45-1453 | D.O.B. / / |
|-----------|----------|----------|----------|

09/22/96
1545

(S) Nurse, My problems are all taken care of, I saw the Doctor and he changed my medicine — I'm on Motrin now instead of Robaxin

(O) pt A+O × 3. Cooperative. NAD obese. Good bowel sounds. No c/o constipation. J. Brown NBC. As far as pt seeing the x-ray, I informed pt that x-rays take a little while to process and that the Radiologist reads them. pt accepts this explanation.

(A) Alteration of comfort due to Anxiety — GI upset.

(P) New Rx was faxed, pt told to access med for any problems.

(E) pt understands plan of action.
                                            Joy Brennan NBC
                                            J. Brennan NBC

9/24/96
30
10 am
Ins Note

Inced. Note: Grevnce. Rec'd: 9/20/96
Grevnce. Ans: 9/24/9

M Nelson RV M. NELSON HSRN

8/1/95



**EMSA CORRECTIONAL CARE**



RECEIVED
OCT - 1 1996

### INMATE MEDICAL REQUEST FORM

☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _10-1-96_    Facility/Institution: _NIBIDC_

Name of Inmate: _William M Hicks_    D.O.B.: _9-10-63_    Sex: _Male_

I.D. # _BS95-14533_    Cell #: _12-1-H-3_

Problem: (in your own words)

_I need to see dentist per finish dental work that has been started_

_THANKS_

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

LISTA CHUKWU, RN
Person Triaging: _Celesta Chukwu_    Date: _10/1/86_    Time: _140pm_
(Name)

Disposition: _slc_

**FOR STAFF USE ONLY**

S:

O:

A: _Pt brought for dental, states nauseated and dizzy. Will reschedule for_

P: _1 week._

RECEIVED
OCT 03 1996
JACQUELYN R. FARRAR
Dental Assistant - NBDC

E:

Date: _10-17-96_    Time: _155 pm_

JACQUELYN R. FARRAR
Dental Assistant - NBDC

Health Service Signature

---

CL 1480-01    White — Medical Department        Yellow — Other        Pink — Inmate

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hill williams_ ID# _BS95145 33_

D.O.B. _9·10·63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✓_ A.   Refused medication. _Indocin 50g tid_    ___ E.   Refused X-Ray services.

___ B.   Refused dental care.    ___ F.   Refused other diagnostic tests.

___ C.   Refused an outside medical appointment.    ___ G.   Refused physical examination.

___ D.   Refused laboratory services.    ___ H.   Other (Please specify)

_____

Reason For Refusal   _It messes my stomach up_

_____

Potential Consequences Explained   _Pain_

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calista Chukwu_
Witness Signature
CALISTA CHUKWU, RN

_William m Hicks_
Witness Signature                    Patient Signature

_10/4/96    8³⁰ pm_
Date                                     Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.



**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM



☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: *10-4-96*    Facility/Institution: *N, B, D, C*

Name of Inmate: *William m Hicks*    D.O.B.: *9-10-63*    Sex: *Male*

I.D. # *BS95-14533*    Cell #: *12-1-H-3*

Problem: (in your own words)

*I wish to renew my medication that has run out on 10-4-96 - I still need it for headaches and facial hurting. ASAP "PAIN"*

### DO NOT WRITE BELOW THIS LINE

---

**STAFF SECTION**

Person Triaging: *Caliste Chukan Rw* (Name)    Date: *10/5/96*    Time: *13°pm*

Disposition: *S/C*

---

**FOR STAFF USE ONLY**

S:

O: *Clinic*

A: *Seen 10/8    meds ordered*

P:

E:

Date: *10/10/96*    Time: *8 pm*    *Valerie Mindler, RN / Nurse Broward RN*

Health Service Signature

---

White — Medical Department          Yellow — Other          Pink — inmate

CL 1480-01

**EMSA** *CORRECTIONAL CARE*



## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _107-96_   Facility/Institution: _NIBDC_

Name of Inmate: _William M Hicks_   D.O.B.: _51063_   Sex: _M_

I.D. # _BSP5-14533_   Cell #: _12-1-H-3_

Problem: (in your own words)
_BAD Facial pains % Jaw and headackes_
_that are Severe, I Request to recreve paw_
_Medication_

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: _D Richardson_   Date: _10/7/96_   Time: _9 PM_
(Name)

_S/c_   DELLA RICHARDSON, LPN

Disposition: _____

**FOR STAFF USE ONLY**

S: _____

_10/8_

O: _____

_Clinic_

A: _Seen for ordered_
_meds_

P: _____

E: _____

Date: _10/10/96_   Time: _8 PM_   _Virginia Grindle, RN_
North Broward   Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

N.B. 3626

BROWARD SHERIFF'S OFFICE
DEPARTM___ OF CORRECTIONS AND REHAB___TATION
INMATE GRIEVANCE FORM

OCT 16 1996   **TO BE COMPLETED BY INMATE**   OCT 10 1996   #2

_William W. Hicks_   _835614533_   _12-113_   _N.B.D.C._   _10-3-96_
Inmate's Name        Arrest#        Cell      Facility      Date

### PART A – INMATE'S GRIEVANCE

_I have not recieved the proper medical that
all people entitle I am. I expect to recieve
my pain medication tomorrow. I've waited
a week why. I've placed a call here at this
circuit thy entire life right, why? Thanks
William W. Hicks_                              _10-3-96_

Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

_(Previous 3rd/Para refused to reply.) Mr Hicks, it was confirmed you were seen in
clinic with MD on 19__ & 19__ and given the opportunity to express your concerns
and be examined by the MD. We have also established a link to have your
family contact Ms Jane Oberneist here. If they have further questions
regarding your care._

RICHARD MAC DONALD, RN
NGB DOCC                                        _10/5/96_
Reviewing Deputy's Signature/CCN                Date

_____
Supervisor's Signature/CCN                      Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

_____
Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____

_____
Director's Signature                            Date
BSO DJ-51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

N.B.D.C. only.

OCT 1 0 1996

## TO BE COMPLETED BY INMATE

William M Hicks _____ BS95-14553 _____ 12-PH-3 _____ N.B.D.C _____ 10-8-96

Inmate's Name _____ Arrest# _____ Cell _____ Facility _____ Date

### PART A - INMATE'S GRIEVANCE

Mrs Miss Lou I William M Hicks like to Stat
that once again I Do not the Same Treatmen
towards medication "Dave". Suffer mr auchell
Sent me a letter and we have a copy why she said
I'm be ing to take care of our medical now I state again,
where may clean and may clean as Some they receive in to me

William m Hicks _____ 10-8-96

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

_____ "Dave" = Mrs _____
_____
If I have a problem. THANKS For your phone - etc.

See Part B response page 2

Reviewing Deputy's Signature    RICHARD MAC DONALD, HSA    RICHARD MAC DONALD HSA
NBB-DCCC                        NBB-DCCC
                                10-18-96
Reviewing Deputy's Signature/CCN _____ Date

_____
Supervisor's Signature/CCN _____ Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____
Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
Director's Signature _____ Date

BSO DJ#51 (Revised 4/93)

**EMSA** CORRECTIONAL
CARE

*psych*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☒ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 10-8-96            Facility/Institution: N.B.D.C.

Name of Inmate: William M Hicks   D.O.B.: 91063   Sex: M

I.D. #: BS95-14533         Cell #: 12-1-H-3

Problem: (in your own words)
I'D got a problem, "called stomache problems,"
some times I don't take meds at 8:00AM Due
to I throw up - some times I take at 12:00pm
and then 8:30 at night, they won't due it -

**DO NOT WRITE BELOW THIS LINE**

STAFF SECTION P/9

Person Triaging: C Chambers RN  Date: 9/96  Time: 10A.M.
(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S: Why, the midrn did new - Took many days
to recieve Friction Motrin and I have severe
head aches and now my teeth on upper right

O: hurts "why I Ask" I'm not Hurt, saying
your Fine doctors, I want my medication
writen as needed, 3 times a day, I'm

A: through with this

P: Went to medical today,
Clinic

E: Was sleeping on a.m. rounds called
name twice
Date: 10/9/96 Time: 2pm, C Chambers RN

Health Service Signature   CRYSTAL CHAMBERS, RN
NBDC

White — Medical Department    Yellow — Other    Pink — Inmate

VISA CORRECTIC. L CARE

CLINIC

INFIRMARY HISTORY AND PHYSICAL

Page #2

<u>NBB - Clinic</u>
Institution/Facility

Inmate Name: Hicks, Wm  DOB 9/10/63  ID# BS 95-14533

Chief Complaint: See PROGRESS NOTES 10/9/96

History of Present Illness: Mr. Hicks came to the clinic for a review of his medical complaints, most of which have to do with pain in the right side of his face, which he said has been bothering him since he was involved in an altercation earlier this year, in february —

Past Medical History:

PHYSICAL EXAMINATION

General Appearance: Heavy-set W.m.  wt. 230 — NAD, alert, O×3  Bp 160/90, p. 72  R 16-18  T 98.6

HEENT: PERRLA fundi: benign TM's: pearly — neck: supple back up

Chest/Breast: c/o pain over ® TMJ — opens mouth to 41 mm ® 3 gomas is intact — no deformity noted

Heart: S1 S2 ↓ for RRR —

Lungs: Clean to A

Abdomen: Obese — No Hepato-Splenomegaly — NON-TENDER thruout

Back: c̄ good active BS (—) flank tenderness

Extremities: NO EDEMA Bilat; pulses all 2+ c̄ good refill —

Neuro: DTR's 2+; Babinski ↓↓; mcs = intact thruout

Skin: No rashes, No lesions — Warm, dry, MM's are well hydrated

Genitalia: Normal ♂ (circ'd) testes ↓↓ No D/C

Rectal: Prostate: NORMAL SIZE; NON-TENDER; STOOL ō Guaiac (—) for blood

Impression/Diagnosis: c/o ® TMJ pain — No Dislocation noted; HA's

Date 10/9/96  Time 2pm  Completed by: WC Davis MD
Physician, PA, or NP

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

Physician Signature (If completed by PA or NP)

CLINIC

INFIRMARY HISTORY & PHYSICAL

See Imp & Plan → Page #3

CC 220                                                                 4/93

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_     ID# _DS95/4533_

D.O.B. _9/10/63_

I, _Hicks William_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | |
|---|---|---|---|---|
| ✓ | A. | Refused medication. | ___ E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ H. | Other (Please specify) |

Reason For Refusal _need to see DR Martin_
_ad DAISUIS_
"_Med hurts my stomach_"

Potential Consequences Explained _yes_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_[signature]_
Witness Signature

Witness Signature

Date _10/12/91_

_[signature]_
Patient Signature

Time _11 m_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NCB_

Name: _Hicks, William_          ID# _BS 95 145 33_

D.O.B. _9/10/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | |
|---|---|---|---|---|
| ✓ A. | Refused medication. _Tegamet 400mg_ | | E. | Refused X-Ray services. |
| ___ B. | Refused dental care. | | ___ F. | Refused other diagnostic tests. |
| ___ C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ D. | Refused laboratory services. | | ___ H. | Other (Please specify) |

Reason For Refusal _Need to speak to M.D Doctor,_
_medication not working / have severe stomache aches still,_
_very bad also bad Facial ed headaches,_

Potential Consequences Explained _Stomach upset_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_          GELA RICHARDSON, LPN
Witness Signature

Witness Signature

Date _10/12/96_

_Refused to sig_
Patient Signature

Time _9 PM_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N B B_

Name: _Hicks, William_    ID# _RS95145 33_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✓_ A.    Refused medication. _Tagamet 400mg_    ___ E.    Refused X-Ray services.

___ B.    Refused dental care.    ___ F.    Refused other diagnostic tests.

___ C.    Refused an outside medical appointment.    ___ G.    Refused physical examination.

___ D.    Refused laboratory services.    ___ H.    Other (Please specify)

Reason For Refusal _No Reason Given_

Potential Consequences Explained _Upset Stomach_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson Jn_    DELLA RICHARDSON, LPN
Witness Signature    NBDC

_Deputy Kelly_    _Refused to sign_
Witness Signature    Patient Signature

_10/13/96_    _9PM_
Date    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: __N B D C__

Name: __Hicks   William__    ID# __B59514533__

D.O.B. __9/10/63__

I, __William Hicks__ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X   A.   Refused medication. __Zoloft 50mg__     E.   Refused X-Ray services.
                               __Inderal LA 80mg__
___   B.   Refused dental care. __Parafon forte__    F.   Refused other diagnostic tests.
                               __BP   TT__
___   C.   Refused an outside medical appointment. ___   G.   Refused physical examination.

___   D.   Refused laboratory services.          ___   H.   Other (Please specify)

Reason For Refusal __I'll take it later don't want it now__

Potential Consequences Explained __no, in bed__

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

CRYSTAL CHAMBERS, RN
        NBDC          I have read this form and certify that I understand its contents.

__C Chambers RN__
Witness Signature

_____ 4909
Witness Signature

                                        __Pt. refused to get out of bed__
                                        Patient Signature

__10/17/96__                            __0800__
Date                                    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

# EMSA *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_     ID# _BS95 14 533_

D.O.B. _9.10.63_

I, _____ have, this day, knowing that I have a condition
_(Name of Inmate)_     _a_

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. _Zoloft_ _Paxafon Ante_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal ___They make me sick. Its all in my head according to Dr Davis___

Potential Consequences Explained ___Depression pain___

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calista Chukwu RN_
Witness Signature     CALISTA CHUKWU, RN
     NBDC

_Deputy Kelly_
Witness Signature     _8:30 pm_

___William M Hicks___
Patient Signature

_10/19/96_
Date          Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

379

6H

## TO BE COMPLETED BY INMATE

William M. Hicks                8595-14523 12-1-H3 N.R.D.C.        10-19-0

Inmate's Name                    Arrest#      Cell    Facility        Date

### PART A - INMATE'S GRIEVANCE

I William M Hicks want charges brought against DR DAVIS M.D
For his violation to Follow B.S.O rules per Susan Mc Camph-ll
orders to have a complete medical review on my file and to
state the truth. Also on 10-18-96 At 9:00 pm I was violated
By verbal threats and I was attacked As I stood in Hallway
at clinic By DR DAVIS M.D Threats % physical I want charges
William M Hicks          Brought Against DR DAVIS MD per my
                                                10-19-96
Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Rights to protect my self from violence from staff as I'm
in the care of B.S.O. I want charges Brought Against DR
Davis MD no a excuses used

        Sincerely William M Hicks            10-9-96

        "Respond in time Frame"

Reviewing Deputy's Signature/CCN                Date

Supervisor's Signature/CCN                      Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                            Date
BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

3719

12 1439

64

## TO BE COMPLETED BY INMATE

William M Hicks              BS95-14SJ3 12-1-43 N.B.D.C    10-19-96
Inmate's Name                        Arrest#     Cell   Facility        Date

### PART A – INMATE'S GRIEVANCE

I William M Hicks want charges Brought against DR DAVIS M.D
For his violation to Follow B.S.O rules per Susan W McCampbell
orders to have a complete medical review on my Files and to
state the truth, also on 10-18-96 at 9:00am I was violated
By verbal threats and I was attacked as I stood in Hallway
at clinic By DR DAVIS M.B THreats % physical I want charges
Brought Against DR DAVIS MD per my

William M Hicks                                   10-19-96
Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

Rights to protect my self From violence From staff, as I'm
In the care oF B.S.O, I want charges Brought Against DR
DAVIS M.D No questions asked,

           Sincerely William M Hicks          10-19-96

                "Respond in time Frame"

Reviewing Deputy's Signature/CCN                    Date

Plas air Bf viewer 11-31-96 Joan Bauersmile

Supervisor's Signature/CCN     JOAN BAUERSMITH, RN, HN, NBDC      Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____          _____
Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks willac_    ID# _B 95 14553_

D.O.B. _9/10/63_

I, _willa Hicki_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| ✓ | A. | Refused medication. | | E. | Refused X-Ray services. |
|---|----|---------------------|---|----|-------------------------|
| | B. | Refused dental care. | | F. | Refused other diagnostic tests. |
| | C. | Refused an outside medical appointment. | | G. | Refused physical examination. |
| | D. | Refused laboratory services. | | H. | Other (Please specify) |

Reason For Refusal    _I dont wast it_

Potential Consequences Explained    _depresion uncatrll(ed) HTN pain_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Caliste Chukwu RN_    CALISTA CHUKWU, RN
Witness Signature    NBDC

_Dr Dasta 4871_    _Refused to sign_
Witness Signature    Patient Signature

_10/20/96 ___    _12 30 p_
Date    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _N,B,D.C_

Name: _William m Hicks_     ID# _B595-14533_

D.O.B. _9/10/63_

I, _william m Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

(X) A.  Refused medication.                     ____ E.  Refused X-Ray services.

____ B.  Refused dental care.                   ____ F.  Refused other diagnostic tests.

____ C.  Refused an outside medical appointment. ____ G.  Refused physical examination.

____ D.  Refused laboratory services.           (X) H.  Other (Please specify)

_I Have a bloody ulcer and medication make me sick, DR DAVIS M.D_
_SAYS it's all IN my head, I got to want to get Better_

Reason For Refusal _DR DAVIS M.D is a "quack" meds are_
_making me threw up and make me way way Sicky_

Potential Consequences Explained _"DR DAVIS M.D SAID IT'S ALL IN_
_my mind" quack ——— Phi depression_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calista Chukwu RN_
Witness Signature

CALISTA CHU CALISTA CHUKWU, RN
NBDC       NBDC
Witness Signature

_William m Hicks._
Patient Signature

_10-20-96   8:55 pm_
Date

Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

*(Please check one of the above)*

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _10-20-96_    Facility/Institution: _NBDC_

Name of Inmate: _William M Hicks_    D.O.B.: _9/10/63_    Sex: _male_

I.D. #: _BS95-14533_    Cell #: _12-1-H-3_

Problem: (in your own words)

_meds make me very sick I'm very sick already_
_I Dont need meds to make me sick Throat, skull,_
_head, Jaws, cant Breath, stomache, jad bones ache,_
_Dizzy, throwup  Want to SEE a real Doctor "_
                          _NOW._

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: _Calister Chutwu_    Date: _10/20/96_    Time: _9am_
                    (Name)

Disposition: _SLC_

**FOR STAFF USE ONLY**

S: _Addressed at clinic visit 10/21/96_

O:

A:

P:

E:

Date: _____ Time: _____

Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_    ID# _BS95-14523_

D.O.B. _9/10/63_

I, _William Hicks_    have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below;

X   A.   Refused medication. _Zoloft 50mg_    E.   Refused X-Ray services.
                            _Inderal LA 80mg_

___   B.   Refused dental care. _Parafon forte ii_    ___   F.   Refused other diagnostic tests.

___   C.   Refused an outside medical appointment.   ___   G.   Refused physical examination.

___   D.   Refused laboratory services.   ___   H.   Other (Please specify)

_Have new medication waiting_

Reason For Refusal   _See ↑_

Potential Consequences Explained   _Yes ↑ B.P.  depression  pain_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

Witness Signature

_C Chambers RN_   CRYSTAL CHAMBERS, RN
                  NBDC

Witness Signature   _X William Hicks_

_10/22/96_    Patient Signature

Date   _0900  +  12 pm_

Time   _Parafon forte_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**ASA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: N BB

Name: Hicks William          ID# B59514533

D.B. 9-10-63

I, William Hicks _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

☑ A.    Refused medication. _Paxifen Forte____    E.    Refused X-Ray services.

___ B.    Refused dental care.                    ___ F.    Refused other diagnostic tests.

___ C.    Refused an outside medical appointment.  ___ G.    Refused physical examination.

___ D.    Refused laboratory services.            ___ H.    Other (Please specify)

_____

Reason For Refusal    BAD For Stomache

_____

Potential Consequences Explained    Possible pain or discomfort

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_O. Richardson Jr____    BELLA RICHARDSON, LPN
Witness Signature                    NBDC

_Deputy Kelly___
Witness Signature                    _William Hicks___
                                     Patient Signature

_10-23/96___                         _9³⁰/pm___
Date                                 Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

BROWARD SHERIFF'S OFFICE
DEPT. OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

Miss Nelson                "EMERGENCY"

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: 10-31-96          Inmate's Name: William m Hicks
                                                (Alias, if used)

Arrest #: RSSS-14533          Location: 12-1-H-3          DOB: 5/10/53

To:

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☑ |

Nature of Request: Man, I seem to Have a had time breathing as Im in Lock down and I have the same problem out a Flock Down also, I is Because of Facial Bone that was Broken, I Have Dr guy Riviera, Kelly, Doctor, Foolishly otherwising me verbally and physically, And they keep Locking Door Flap, I Request to have a medical evalu. to prevent this childless actions Toremain Flap on Door to Stay open, I Have 3'x 4'on Bottom of Door, not Enough, I ge close in Feeling - Feel BAD,

Inmate's Signature _____    Date Signed _In Lock Down Far medical reasons

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST    Thanks
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

JOAN BAUER SMITH, RN, HN, NBDC

seen in Clinic 11/8/96 950pm

MARGARET BUTCH RN NBDC

Completed By: _N Butch RN, CCN_          Date: 11/8/96          Time: 950pm

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# L. SA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE              :  _11-5-96_

MEMORANDUM TO :  _Classification_

FROM              :  _Sadie Nelson_ _T. ? Bundle RN_

INMATE NAME       :  _William Hicks_

ARREST NUMBER     :  _BS421453?_

DATE OF BIRTH     :  _9-10-63_

PRESENT LOCATION  :  _12'4³_

TRANSFER TO       :    GENERAL POPULATION      _____

                      SHELTER CARE            _____

                      MENTAL HEALTH           _____ (LIST UNIT)

                      INFIRMARY               _____

                      COMMUNICABLE DISEASE    _____

REASON FOR REQUEST: _Ge OP for Tx?_

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NOTE:        ORIGINAL TO CLASSIFICATION
             COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

# EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE : _11/07/9__

MEMORANDUM TO : _BSO_

FROM : _Joy Brenner_

INMATE NAME : _Hicks — Willie_

ARREST NUMBER : _BS9714CA3_

DATE OF BIRTH : _____

PRESENT LOCATION : _I-2 #2_

TRANSFER TO : 

GENERAL POPULATION _____

SHELTER CARE _____

MENTAL HEALTH _I2 H_ (LIST UNIT)

INFIRMARY _____

COMMUNICABLE DISEASE _____

REASON FOR REQUEST:

_visits_

_Joy Brenner_

NOTE:     ORIGINAL TO CLASSIFICATION
          COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

## EMSA CORRECTIONAL CARE

### MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE                    :    _~ 7- 8C_

MEMORANDUM TO  :    _Classon_

FROM                    :    _Mental Health_

INMATE NAME        :    _Hurt  W William_

ARREST NUMBER   :    _18 95 46 5 3_

DATE OF BIRTH       :    _8-10 - 6 3_

PRESENT LOCATION :   _17 05_

TRANSFER TO          :    GENERAL POPULATION        _____

                                        SHELTER CARE                         _____

                                        MENTAL HEALTH            _17 W1_  (LIST UNIT)

                                        INFIRMARY                             _____

                                        COMMUNICABLE DISEASE       _____

REASON FOR REQUEST:

_Behavoral_

NOTE:        ORIGINAL TO CLASSIFICATION
                  COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

BROWARD SHERIFF'S OFFICE
DE_____NT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*MEDICAL*

RECEIVED

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: _11-17-96_   Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS95-14533_   Location: _12-2-H-1_   DOB: _6/21/63_

To: _Mental Health- Doctor "Martin"_

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☑ |

Nature of Request: _Doctor MARtin SIR,_

_It is pertinent that you advocate and to avail_
_to me SIR For TASK. DID you place me in 12-2-H-1 Hall_
_hole cell. you need to reply SIR. I was told By_
_Sergeant that you had done so along with Deputy_
_Kelly Burte, mathers, Thats For your quest and quick_
_William m Hicks                Answer,_
_                        11-17-06_

Inmate's Signature                        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

-----------------------------------------------------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_Pt requesting to know who moved him from_
_D'H to 12²H¹._
_Pt referred to Dr Martin._

Completed By: _ELMA MC KENZIE, LPN_
_NBDC_   Date: _11·18·96_   Time: _3:30_

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OF. E
DEF.    .T OF CORRECTIONS AND REHABIL.....ION
INMATE'S REQUEST FORM

===

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

### TO BE COMPLETED BY INMATE

Date of Request: 11-14-96                    Inmate's Name: William M Hicks
                                                  (Alias,—if used)

Arrest #: BS95-14533                 Location: 12-2-H-1 #2  DOB: 6/10/63

To: Doctor Haeck  MEDICAL

Program Specialist  ☐        Mailroom     ☐        Commissary ☐
Classification      ☐        Food Service ☐        Other      ☑

Nature of Request: _____ N.B.D.C

Doctor Haeck SIR,
I Hicks need to speak per
medical, your name appears alot
you are the Docta Susan winnercontrill
said to see, Ive neuer saw or heard you, tHanks
                                                   For your prompt Atten
William M Hicks                                   11-14-96
Inmate's Signature                               Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

--- 

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Requesting that Dr Haech Take over his medical
t+t

Pt informed that Dr Davis is @ present seeing
him this should be discussed with Dr Davis

---

ELMA MC KENZIE, LPN
Completed By: NBDC _____ CCN    Date: 11-18-96  Time: 3pm

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _11-19-96_    Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS95-14533_    Location: _12-2-H-7_    DOB: _9/10/6_

To: _miss MElSAIDES NELSON_

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    Other ☐

Nature of Request: _MAM, I FiLLED iN a EMSA release Form By my Signature._

_Would you please SEND me A photo copy OF EMSA medical release. Date 11-18-96 Time ? THanks miss Nelson_

_William m Hicks_    _11-19-96_
Inmate's Signature    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

S - As Above
O - requests release form signed w/18/96 per pt
A - Request release for
P - Refer to Nurse Scudé
E - seek further assistance as needed

CALISTA CHUKWU, RN
NBDC

Completed By: _C Chukwu_    CCN _11/25/96_    Date: _WA_    Time: _WA_

CALISTA CHUKWU, R
NBDC

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☑ DENTAL     ☐ MEDICAL     ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: *11-20-96*     Facility/Institution: *N.B.D.C*

Name of Inmate: *William M Hicks*    D.O.B.: *8/10/63*    Sex: *Male*

I.D. #: *BS95-14533*     Cell #: *12-2-H-1*

Problem: (in your own words)
*I've Been on the List many Days ago, Like a month, I was asked to Wait till a Week Later due to Feeling BAD Well it turned into a month Now need to have work done, Thankyou.*

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Person Triaging: *RSC Smith* *(illegible)*     Date: *11/21/96*    Time: *20 40*
                                      (Name)

Disposition: _____ *S/C*

#### FOR STAFF USE ONLY

S: _____

O: *Refused dental, Refused Signed and placed in file*

A: _____

P: _____

E: _____

Date: *11/22/96*   Time: *9:50 am*

*JACQUELYN D. FARRAR*
*Dental Assistant - NBDC*
Health Service Signature *(signature)*

# EMSA CORRECTIONAL CARE



## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 11-20-96    Facility/Institution: N.B.D.C

Name of Inmate: William M Hicks    D.O.B.: 9/10/63    Sex: MALE

I.D. #: BS95-14533    Cell #: 12-2-H-1

Problem: (in your own words)
I need to renew pain medication tHat
Im toID runs out today 11-20. I need to
Have like yesterday to maintain a perspective
on all tHis pain caused By Doctor DAVIS M.D.

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: Peter Smith Quill (Name)    Date: 11/20/96    Time: 2640?

Disposition: _____ S/C

**FOR STAFF USE ONLY**

S    Complaint Resolved

O:    meds Renewed 11/21/96 by PA O'Connor

A:    Resolved request

P:    Continue meds as ordered

E:    Seek medical assistance as needed

Date: 11/25/96    Time: 10Am    Calista Chukwu    CALISTA CHUKWU, RN
NBDC

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

*EMSA* CORRECTIONAL
*+* CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBB_

Name: _Hicks, William_            ID# _PB 96  4268_

D.O.B. _8·30·64_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ✓ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

Reason For Refusal _X Don't trust medical staff per_
_past D.E_

Potential Consequences Explained _possible delay in treatment requested_
_from dental_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____  4803
Witness Signature

_____
Witness Signature    JACQUELYN D. FARRAR
                     Dental Assistant - NBDC

X _William Hicks_
Patient Signature

Date  _11.22-96_

Time  _9 50 AM_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

RC 205                                                      4/93

 **EMSA** *CORRECTIONAL CARE*



## INMATE MEDICAL REQUEST FORM

⊘ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _12-11-96_                Facility/Institution: _N.B.D.C_

Name of Inmate: _William m Hicks_    D.O.B.: _9/10/63_    Sex: _male_

I.D. # _BS95-14533_                Cell #: _12-1-H-3_

Problem: (in your own words)

_SEE DEntist for pain in Right Bottom tooth._

_need to pull it please._

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: _D Richardson_ (Name)    Date: _12/11/96_    Time: _10 20 a_

Disposition: _____

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

_Seen by dental_

P: _____

E: _____

Date: _12-20-96_ Time: _2:00PM_

JACQUELYN D. FARRAR
Dental Assistant- NBDC

Health Service Signature

RECEIVED
DEC 18 1996
JACQUELYN D. FARRAR
Dental Assistant-NBDC

Dental 2

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

8/7/95

Doctor Pearson DDS.

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 12-1-96                    Inmate's Name: William Hicks
                                                    (Alias, if used)

Arrest #: 8595-14533                    Location: 12-1-14-2    DOB: 5-10-63

To: Doctor Pearson DDS

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: _____

Doctor Pearson SIR, I need to speak to

you SIR PER Dental work and others.

THANK you SIR For your time

William m Hicks                              12-1-96
Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Seen by dental

DEC 1 3
JACQUELYN D. FARRAR
Deputy Assistant NBDC

JACQUELYN D. FARRAR
Dental Assistant NBDC

Completed By: 12-30-96    CCN _____    Date: 12-30-96    Time: 2:00 PM

----

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

MEDICAL NBDC          A.S.A.P.          RECEIVED

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

===

TO BE COMPLETED BY INMATE

Date of Request: 12-16-96          Inmate's Name: William m Hicks
                                              (Alias, if used)

Arrest #: DS95-14533          Location: 12-1-H-3    DOB: 970263

To: Nurse Joan Bauersmith     NiBiDC

Program Specialist  ☐     Mailroom      ☐     Commissary    ☐
Classification      ☐     Food Service  ☐     Other         ☐

Nature of Request: _____ "Please Take Seriously" PER Serious PAIN

MAM, I William m Hicks am having serious
pain that in Ten months now should be gone
but gets worse. As I fought Nicely per medical
IVE Been physically, mentally, Emotionally hurt.
I Need some pain medication other than I Have "Nothing"

William m Hicks                    12-16-96    THnKS
Inmate's Signature                 Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-----------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

JOAN BAUERSMITH, RN, HN, NBDC

Pt. is receiving pain meds.
Motrin, midrin prn Flexuril.

Completed By: Della Richardson, LPN    CCN    Date: 12/17/96    Time: 1452 pm
              NBDC

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

ESO DJ#24 (Rev. 4/93)

D12
Martin
Z

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

## TO BE COMPLETED BY INMATE

Date of Request: _12-16-96_     Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS95-14533_     Location: _12-H-1-3_   DOB: _9/10/63_

To: _Sych Doctor Martin    NBDC_

| | | | |
|---|---|---|---|
| Program Specialist ▢ | Mailroom ▢ | Commissary ▢ | |
| Classification ▢ | Food Service ▢ | Other ▢ | |

Nature of Request: _____

_SIR, you stated that I could go_

_to meetings._


_Please respond SIR._


_William m Hicks_                    _12-16-96_
Inmate's Signature                   Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.
-----------------------------------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

JOAN BAUERSMITH, RN, HN, NBDC

_Referral to mental Health_

Completed By: _____   Date: _12/17/96_   Time: _1150 Pm_
DELLA RICHARDSON, LPN        CCN
NBDC

All requests will be handled by the responding deputy in one of the following ways:

▢  Written Information          ▢  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** _12·20·96_

**INMATE NAME:** _Hicks, William_

**ARREST #:** _BS 95 14533_

**D.O.B.:** _9·10·63_          **LOC:** _12 '43_

Please check the box for the ordered diet:

☐    CLEAR LIQUIDS

☐    FULL LIQUIDS

☐    2400 CALORIE ADA (with evening snack)

☐    2800 CALORIE ADA (with evening snack)

☐    REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐    PREGNANCY DIET

☐    ALLERGY TO:_____(Please be specific)

☒ _Soft Tray - soup, cottage cheese, applesauce etc_
☒ _Snacks    — foods easily chewed — pt has difficulty chewing_

**Physician/Dentist/Psychiatrist/PA:** _____  ← See Barbara Evans_

DR. GLENN PEARSON
DENTIST

✓    **THIS DIET ORDER IS PERMANENT          RENEW EVERY 30 DAYS**

☐    **THIS DIET IS TEMPORARY**     ☐    **FOR A PERIOD OF _____ DAYS**

☐    **RETURN TO REGULAR DIET**

White - Medical                    Yellow - Kitchen

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

======================================================================

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

======================================================================

TO BE COMPLETED BY INMATE

Date of Request: _12-21-96_    Inmate's Name: _William m Hicks_
                                              (Alias, if used)

Arrest #: _BS95-14533_    Location: _12-1-H-3_    DOB: _9-10-63_

To: _MEDICAL,_

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    (Other) ☒

Nature of Request: _miss B Evans and Doctor Pearson had_
_ordered soft Diet and Snack Bag "Juice : milk : Snack_
_3 x day._
_Well I Have not gotten it yet._
_Had nurse check it out, She said she couldn't_
_Find out any thing about it" I got one questionson_
_William m Hicks_    _12-21-96_
Inmate's Signature    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Order has been sent to kitchen. If_
_not receiving diet ordered, it could be due to_
_misunderstanding with kitchen._

Completed By: _Della Richardson, LPN_ CCN    Date: _12/24/96_    Time: _6pm_
              DELLA RICHARDSON, LPN
              NB?E

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

*(Please check one of the above)*

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12-25-96   Facility/Institution: NBDC

Name of Inmate: William M Hicks   D.O.B.: 9-70-63   Sex: M

I.D. #: BS85-14533   Cell #: 12-1-H-3

Problem: (in your own words)

need to speak to Doctor Heele per mediation as he avoids I, you can't avoid, you still can be involved in my case against EMSA per lack of medical

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Person Triaging: BMChufin LPN   Date: 12/25/96   Time: 1230

ELMA KENZIE, LPN
NBDC

Disposition: 81C

**FOR STAFF USE ONLY**

S: As stated above

O: Pt states "Barbara Evans told me I would be seeing Dr. Heek, to go over my x-rays."

A: Alt in comfort.

P: Refer to Joan Baumsmith

E: referral will be made to head nurse.

Date: 12/26/96   Time: 715pm   Della Richardson

Health Service Signature

DELLA RICHARDSON, LPN
NBDC

White — Medical Department    Yellow — Other    Pink — Inmate

GL 1480-01

**EMSA** *CORRECTIONAL CARE*




RECEIVED
DEC 28 1996

## INMATE MEDICAL REQUEST FORM

☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _12-28-96_    Facility/Institution: _N B D C_

Name of Inmate: _William M Hicks_    D.O.B.: _9-10-63_    Sex: _M_

I.D. #: _BS95-14533_    Cell #: _12-1-H-3_

Problem: (in your own words)

_I need to speak to you ASAP PER medical_
_Problem,   To Doctor Pearson_
_Please IF on monday 12-30-96_
_ASAP              ASAP      ASAP_

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Person Triaging: _Calista Chukwu RN_    Date: _12/28/96_    Time: _12:20 pm_
(Name)

Disposition: _S/C_

CALISTA CHUKWU, RN
NBDC

### FOR STAFF USE ONLY

S: _____

O: _____

A: _____

P: _Seen by Dr. Pearson_

E: _____

DR. GLENN PEARSON
DENTIST

Date: _12/31/96_    Time: _11:00 am_    Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01

BROWARD SHERIFF'S OFFICE
DEPT OF CORRECTIONS AND
INMATE GRIEVANCE FORM

CITATION

4570

## TO BE COMPLETED BY INMATE

William m Hicks          BS95-14533    12-1-H-3    U.B.D.C    12-2·

_Inmate's Name_                _Arrest#_    _Cell_    _Facility_    _Date_

## PART A - INMATE'S GRIEVANCE

THIS is on EMSA - I Hear and read that EMSA a great company, IF true
why do I have Such problems EVER since the Beun jail IVE Been treated
poorly - I have pain meds never reorderd, or see proper Doctors, or speat to
proper people, I met Barbra EVANS, she said I'll recieve proper meds &
get Food diet well I don't get right medication nor Do I get diet tray, I Teach
Fo a week now Fo Food give up so I'm in so much pain, I get all lies, I Wa t the
TRuTH, now I ASK For Docta Heals - He igvores request.

William Hicks                                          122596

_Inmate's Signature_                              _Date Signed_

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr Hicks, you are getting nothing. It was
ordered on 12/5/91 and ordered for
30 Days.

_Reviewing Deputy's Signature/CCN_                    Date

JOAN BAUER SMITH, RN, HN, NBDC

_Supervisor's Signature/CCN_                          1/6/97  Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_Inmate's Signature_                              _Date Signed_

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_Director's Signature_                              Date

BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 1-2-97          Inmate's Name: William M Hicks
                                              (Alias, if used)

Arrest #: BS95-14533          Location: 12-1-H-3    DOB: 9-10-63

To: MEDICAL " JOAN BAUersmith

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: To JOAN BAUersmith "MAM Last try"

MAM - I Request to speak to you Dey
my Food order. IF we can speak For 3 minutes
my life, your life would be easier.
MAM IVE Fought Since 5-7-96 here at NIB, DI
went From to Lockdown all the way to the End. ThanKs DHumit
AHO,
William M Hicks                          1-2-97
Inmate's Signature                       Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION /TAKEN/RESPONSE:

Seen by Dr Hused 1/7/97

for clinic visit

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

ESO DJ#24  (Rev. 4/93)

**EMSA** *CORRECTIONAL CARE*

RECEIVED
JAN 11 97

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 1-3-97    Facility/Institution: NBDC

Name of Inmate: William M Hicks    D.O.B.: 9-10-63    Sex: M

I.D. # BS95-14533    Cell #: 12-1-H-3 #1

Problem: (in your own words)

my glands are still swollen and hard time swallowing.
Also I Have a Hard time Breathing per my Sinuses. Also my Stomache hurts and Burys Badly

DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: _____ Smith _____ Date: 1/5/97 Time: 2205
(Name) Refer to charge nurse

Disposition: Refer to charge nurse

**FOR STAFF USE ONLY**

S: c/o Sinusitis + swollen glands. Nose congested mostly at night when lying down

O: Glands not swollen, tonsils normal vital signs stable. chest clear bilaterally Slightly congested nostrils

A: Alteration in comfort 2° mild sinusitis

P: Actifed ī po Bid x 5 days

E: Increase fluid intake. Medical access as needed

Date: 1/2/97 Time: 130pm Calista Chukwu

CALISTA CHUKWU, RN
NBDC
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate
90-01

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

52

## TO BE COMPLETED BY INMATE

Inmate's Name _William M. Hicks_    Arrest# _B595-14573101-43_    Cell ___    Facility _J.D.D.C._    Date _1-6-97_

### PART A - INMATE'S GRIEVANCE

PER B.S.O.:

Purpose is to state once again how I Hicks is in hands of B.S.O and I have not recieved proper medical for over Fiteen months. B.S.O caused problems and the EMSA Both conspire to hide truth that is noticeable to a Jack ass. I state I need medical!! BSO is provider so act. Written on desk

Inmate's Signature _William m Hicks_    Date Signed _1-6-97_

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr. Hicks, you need to inform me about your specific problem.

Reviewing Deputy's Signature/CCN _____    Date _____

Supervisor's Signature/CCN _Boissonneault R/_    Date _1/8/97_

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____    Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____    Date _____

BSO DJ#51 (Revised 4/93)



**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM



☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 1-6-97    Facility/Institution: NBDC

Name of Inmate: William M Hicks    D.O.B.: 9-10-67    Sex: M

I.D. #: BS95-14533    Cell #: 12-1-H-3

Problem: (in your own words)

please allow me to see Doctor Heack MiD per my records "my review" I Have Had xrays Just taken ⊕ Pluss medication & Pluss my Food Service

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: D Charles RN    Date: 1/6/97    Time: 1·30 pm

(Name)

Disposition: S/C    DOREEN HERCULES, RN
                              NBB

**FOR STAFF USE ONLY**

S: _____

O: Seen by Dr Head 1/7/97

       See Cl. X   DoVe

A: _____

P: _____

E: _____

Date: _____ Time: _____

Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks

Arrest#: BS95-14533   Cell: 12-1-H3   Facility: WBDC   Date: 1-6-97

### PART A – INMATE'S GRIEVANCE

PER DR Haeck OF N.B.D.C. % Hicks on oct-24, 1996 Miss SUSAN W. McCampbell OF D.O.C.R States in a Letter to I that DR Haeck is making arrangements For another independent review of medical care. IS SUSAN W. M" is that the the truth or is DR Haeck quashing the truth to coverup for all his staff ' Hum' IVE Placed Many request ' no response ' action will Be taken For IVE Been Emotionally and physically hurt.

Inmate's Signature: William M Hicks

Date Signed: 1-6-97

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

Seen on 1/13/97
Explained to Inm Hicks status of
Consultant Oral Surgeon report

Reviewing Deputy's Signature/CCN          Date: 1/13/97

Supervisor's Signature/CCN          Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature          Date

BSO DT#51 (Revised 4/93)

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: *1-7-97*    Facility/Institution: *N B D C*

Name of Inmate: *William m Hicks*    D.O.B.: *9/10/63*    Sex: *M*

I.D. # *BS 95-14533*    Cell #: *12-1-H-3*

Problem: (in your own words)

*I would Like my moltrin to Be renewed Please ASAP*
*"Like yesterday"*

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: *Susan L Harrison RN*    Date: *1/7/97*    Time: *7¹⁰ᵖ*

(Name)

Disposition: *refer to S/C*    SUSAN L. HARRISON, RN

**FOR STAFF USE ONLY**

S: _____

O: ~~took~~ chart to PA O'Conner

A: med renewal

P: new order written

E: _____

Date: *1/7/97* Time: *855ᵖ*    *Susan L Harrison RN*

Health Service Signature

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

MEDICAL

If you haven't asked the housing unit Deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 1-5-97          Inmate's Name: William M Hicks
                                                (Alias, if used)

Arrest #: BS1521/4533          Location: 12-F-14-J          DOB: 9/10/63

To: MEDICAL R EVANS

Program Specialist ☐          Mailroom ☐          Commissary ☐
Classification ☐               Food Service ☐      Other ☒

Nature of Request: THIS IS TO SAY tHANkS For tHe heLP
and tHe professimal of all tHree oF tHe Nurses
① Nurse CALISTA chukwu
② Nurse on 3-11 shift tHat's on 1-7-97
③ Nurse tHat took over For Nurse CALISTA chukwu Per
her vaccation. tHanks to tHem all - tHat's out of "17 mon tHS"

William M Hicks                                1-8-97
Inmate's Signature                             Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Mr Hicks thanks for informing this office
that after 17 mths you are satisfied with
the care your receive from the nursing
staff.

Completed By: Sadie Nelson CCN          Date: 1/9/97          Time: 4Pm

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information                    ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** 1/9/97

**INMATE NAME:** Hicks, William

**ARREST #:** BS95-14533

**D.O.B.:** 9.10.63          **LOC:** 12'H 3

**Please check the box for the ordered diet:**

☐   CLEAR LIQUIDS

☐   FULL LIQUIDS

☐   2400 CALORIE ADA (with evening snack)

☐   2800 CALORIE ADA (with evening snack)

☐   REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐   PREGNANCY DIET

☐   ALLERGY TO:_____(Please be specific)

☑   Other  3000 cal diet w/ Snacks including milk

**Physician/Dentist/Psychiatrist/PA:**_____  DR. GLENN PEARSON
                                                    DENTIST

Please see Barbara Evans if problem w/ diet.

✓   **THIS DIET ORDER IS PERMANENT**          **RENEW EVERY 30 DAYS**

☐   **THIS DIET IS TEMPORARY**      ☐   **FOR A PERIOD OF _____DAYS**

☐   **RETURN TO REGULAR DIET**

White - Medical                    Yellow - Kitchen

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicker william_  ID# _BS95714533_

D.O.B. _9-10-63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.  Refused medication. _mahi 600g_   ___ E.  Refused X-Ray services.

___ B.  Refused dental care.   ___ F.  Refused other diagnostic tests.

___ C.  Refused an outside medical appointment.   ___ G.  Refused physical examination.

___ D.  Refused laboratory services.   ___ H.  Other (Please specify)

Reason For Refusal _____ _upset stomach_ _____

Potential Consequences Explained _____ _pain_ _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calista Chukwu_          CALISTA CHUKWU, RN
Witness Signature                  NBDC

_CALISTA CHUKWU RN_          _william m Hicks_
Witness Signature                  Patient Signature

_1-10-97    545p_              _545 pm_
Date                                Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

If you haven't asked the 'RD ; unit deputy to solve thi. ' 'em, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _1-14-97_        Inmate's Name: _William m Hicks_
                                              (Alias, if used)

Arrest #: _BS95-14533_          Location: _12-3-3_    DOB: _8/10/63_

To: _MEDICAL - MISS Nelson_    _MEDICAL_

RECEIVED
JAN 16 1997

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: _____

MAM I Hicks wish to speak to Doctor at
night Do to problems I'm having.
        I only Seek medical that is Suppose
to Be given Freely, THanks, A.SAP please
in Ned desire to speak, thanks

_William m Hicks_                    _1-14-97_
Inmate's Signature                   Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*Duplicate*

*DElla Richardson*        1/19/97   8P
DELLA RICHARDSON, LPN
NBDC

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

DATE OF ORDER: _____ 1 - 1 6 - 9 7 _____

INMATE NAME: _____ Hicks, Wm _____

ARREST #: _____ B 5 9 6 _____

D.O.B.: _____ 9 - 0 - 6 3 _____ LOC: _____ 12  143 _____

**Please check the box for the ordered diet:**

☐     CLEAR LIQUIDS

☐     FULL LIQUIDS

☐     2400 CALORIE ADA (with evening snack)

☐     2800 CALORIE ADA (with evening snack)

☑     REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐     PREGNANCY DIET

☐     ALLERGY TO:_____(Please be specific)


Physician/Dentist/Psychiatrist/PA:_____

☐     **THIS DIET ORDER IS PERMANENT**          RENEW EVERY 30 DAYS

☐     **THIS DIET IS TEMPORARY**     ☐     **FOR A PERIOD OF _____ DAYS**

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 1-16-97    Facility/Institution: NBDC

Name of Inmate: William M Hicks    D.O.B.: 9/10/63    Sex: M

I.D. # BSF5-14553    Cell #: 12-1-17-3

Problem: (in your own words)

I don't feel well, very Bad head aches, "sweating" pulse Beating head aches "nuseas" dizzyness" mixed up stomache" chills, "As I touch the right SIDE Face "Temple area I feel all the pain that's being caused, But I get worse" not Better,

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: Calista Chukwu Rn (Name)    Date: 1/16/97    Time: 1:15pm

Disposition: S/C

**FOR STAFF USE ONLY**

S:

O:

A: *Duplicate*

P:

E:

Date: 1/20/97    Time: 3:30pm    D. Richardson LPN NBDC

Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

JAN 18

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 1-16-97    Facility/Institution: N B D C

Name of Inmate: William m Hicks    D.O.B.: 9/10/63    Sex: M

I.D. # BSF5-14553    Cell #: 12-1-H-3

Problem: (in your own words)

I don't Feel well, very Bad headaches, "sweating" pulse Beating headaches "nuseas" dizzyness" mixed up stomache" chills, "As I touch the right SIDE Face" Temple one I Feel all the pain that's being caused, But I get worse" not Better,

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: Calista Chukwu Rn    Date: 1/16/97    Time: 1 15 Pm
(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S: as stated above

O: T. 98⁸ P 84 R 18 B/p 124/82 . Pt. has numerous c/o HA, dizzines, nausea etc. Alert. Respevent in labored. Color appear normal. No distres noted.

A: R/O HA · Alt. in comfort.

P: Refer to clinic.

E: Rest, If symptoms worsen, return.

Date: 1/19/97    Time: 8P    Della Richardson Lpn
Health Service Signature

DELLA RICHARDSON, LPN
NBDC

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1486-01

## EMSA CORRECTIONAL CARE

### MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE                    :    _1-21-97_

MEMORANDUM TO    :    _Classification_

FROM                    :    _Sadie Nelson_

INMATE NAME        :    _William Hicks_

ARREST NUMBER    :    _8545 11-533_

DATE OF BIRTH      :    _____

PRESENT LOCATION  :    _12 H 3_

TRANSFER TO        :    GENERAL POPULATION    _____

                           SHELTER CARE

                           MENTAL HEALTH    _12 H 43_    (LIST UNIT)

                           INFIRMARY    _____

                           COMMUNICABLE DISEASE    _____

REASON FOR REQUEST:

_Relo because of D/R to Psych L/U_
_Return to regional cell of available after_
_D/R is finished                    Sadie Nelson_

NOTE:    ORIGINAL TO CLASSIFICATION
         COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** _1/21/97_

**INMATE NAME:** _Hicks, William_

**ARREST #:** _BS 95 14533_

**D.O.B.:** _9/10/63_     **LOC:** _12' H³_

Please check the box for the ordered diet:

☐ CLEAR LIQUIDS

☐ FULL LIQUIDS

☐ 2400 CALORIE ADA (with evening snack)

☒ 2800 CALORIE ADA (with evening snack)

☐ REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐ PREGNANCY DIET

☐ ALLERGY TO:_____(Please be specific)

Physician/Dentist/Psychiatrist/PA: _O'Connor_

☐ THIS DIET ORDER IS PERMANENT        ☐ RENEW EVERY 30 DAYS

☐ THIS DIET IS TEMPORARY        ☐ FOR A PERIOD OF _____ DAYS

☐ RETURN TO REGULAR DIET

White - Medical        Yellow - Kitchen

# BROWARD SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS AND REHABILITATION
### INMATE GRIEVANCE FORM

*Rcvd 1-28-97*

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks   Arrest#: BS0544533   Cell: 12-1152   Facility: N BDC   Date: 1-26-97

### PART A – INMATE'S GRIEVANCE

RE: BSO & D.O.C. Impudent and improper use of Broke "not Let "Go medical" at the only to protect not serve medication you tell inmates about they filed I've fought for a year to get on 12502 nurse didn't give right meds. I asked for right ones, Stodden, Black reads "five years in" says no you'll never get it and they don't due it Whatway inmate will, I Stood was not Deputy until they Rork would not insure I got proper medical BSO Emedical Don't mix"

2 +1 on 1 By L.t r crusly the 1 they don't don't matter

Inmate's Signature: William M Hicks     Date Signed: 1-26-97

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

This problem is resolved. Mr. Hicks you suggested you will write you memo concerning BSO to Unit Manager, Paul Coleman.

Reviewing Deputy's Signature/CCN                     Date

Jodie Nelsen                                        1/29/97
Supervisor's Signature/CCN                          Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
_____, wish to appeal the response.

Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## DIRECTOR'S RESPONSE TO APPEAL

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

RECEIVED

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 2-1-97       Inmate's Name: William M Hicks
                                              (Alias, if used)

Arrest #: BSS5-1453J       Location: 12-2-H2       DOB: 9/10/63

To: Mental health " hovely SIE

Program Specialist  ☐       Mailroom        ☐       Commissary  ☐
Classification      ☐       Food Service    ☐       Other       ☑

Nature of Request: _____

_____ Speak to he Hovely of Mental health _____

_____ THats in 12-2-H2 Lock Down _____

_____ ASAP SEE _____

_____ William M Hicks _____        2-1-97
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.
-------------------------------------------------------------
                    DO NOT WRITE BELOW THIS LINE:
                    ACTION TAKEN/RESPONSE

JOAN BAUERSMITH, RN, HN, NBCC

_____

_____

_____

_____

Completed By:_____ CCN_____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

   ☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** *2/7/97*

**INMATE NAME:** *Hicks William*

**ARREST #:** *BS95/4533*

**D.O.B.:** *9-10-63*    **LOC:** *7B2*

**Please check the box for the ordered diet:**

☐ CLEAR LIQUIDS

☐ FULL LIQUIDS

☐ 2400 CALORIE ADA (with evening snack)

☑ 2800 CALORIE ADA (with evening snack)

☐ REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐ PREGNANCY DIET

☐ ALLERGY TO:_____(Please be specific)

**Physician/Dentist/Psychiatrist/PA:** *O'Connor / 28 ... HSA*

☑ **THIS DIET ORDER IS PERMANENT**    **RENEW EVERY 30 DAYS**

☐ **THIS DIET IS TEMPORARY**    ☐ **FOR A PERIOD OF _____ DAYS**

☐ **RETURN TO REGULAR DIET**

White - Medical        Yellow - Kitchen

CC054

TODD
Schwartz

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

Approved by: Susie Sanchez
Administrative Secretary - MJB
Date:

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 2-9-97                    Inmate's Name: William m Hicks
                                                          (Alias, if used)

Arrest #: BS9574533        Location: 7-B-2        DOB: 9/10/63

To: MEDICAL TODD Schwartz

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: SIR, I Hicks request to Be placed
BACK on my 2800 Diet along with snack Bag.
I've recived up till 2-7-97 at W.B.D.C.
I Have orders For it. Please do it on monday it
Helped me, stomache ed head. P.S. Pluss need to SEE
M.D doctor PEr Proper Pain MEDS. THIS is urgt
William m Hicks

Inmate's Signature _____ 2-9-97 _____
                          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Diet ordered today

Completed By: _____ CCN        Date: 2/10/97        Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information        ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

ESO DJ#24 (Rev. 4/93)

MEDICAL
Z

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE'S REQUEST FORM**

*ASAP*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: _2-11-97_

Inmate's Name: _William M Hicks_
(Alias, if used)

Arrest #: _BS95-14533_

Location: _7-B-2_   DOB: _9/10/63_

To: _MEDICAL_        "Regarding Diet tray"

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☒ |

Nature of Request: _I Have Been told on 2-10-97 at 5:45pm they ordered Diet tray on 2-7-97 - Took four days 1/2 to get to me, on 2-11-92 at 12:00 AM I received Diet tray 2800 calorie with no Snack Bag - I got Shake - I'll Tell you What I Fought For a year For the Snack Bag and I Was Bag For medical reasons. "You Have pissed me off once again" How many time 100 I Have to Fight For a proper medical "I want Reg 2800 Diet with Snack Bag with Snacks - milk - Juice & I'm tired - I don't even like_

_William M Hicks_ _Shake-Pudding_
Inmate's Signature           Date Signed: _2-11-97_   _Sets me Sick_

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.           _I HAVE Broken Bones and stomache problems - I eat now_

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_Diet re-faxed to Trinity Food Service (Kitchen) 2/7/97_

Completed By: _(signature)_ CCN JERRENE R. BRANTLEY, RN
HEAD NURSE, MJB   Date: _2/17/97_   Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information                    ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

SO DJ#24 (Rev. 4/93)

TO TODD Schwartz

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

Director of Medical

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 2-12-97              Inmate's Name: William m Hicks
                                                    (Alias, if used)

Arrest #: BS95-74533          Location: 7-B-2      DOB: 5/10/6?

To: MEDICAL    " Director-
                TODD Schwartz "

Program Specialist  ☐       Mailroom     ☐     Commissary  ☐
Classification      ☐       Food Service ☐     Other       ✓

Nature of Request: SER I go to you because IVE all ready Been
around the world, I try to make it easy For all question
① I don't recieve proper Food Service - I need Bag with milk + Juice +
snack 3×A day, not when they Bring which is one out of Five Days.
please allow two things - proper Food Service and I want to see
m.D Doctor, I can't handle stress or pain any more, tired Thanks SER

William m Hicks                                    2-12-97
Inmate's Signature                                 Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Done.

Completed By: _____  CCN _____  Date: 2-14-97  Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# EN A CORRECTIONAL CARE

Institution: _Broward Corr.(?)_

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William Hicks_     ID#: _BS9514533_     D.O.B. _9-10-63_

Date(s) of Treatment: From _8-7-95 / 11-27-96_     To _Present_

Type of Information Requested: _Radiology Films — CT SCAN_

Reason for Information: _To have Dr. Elliot review all films_

Authorized Person(s) Company: _Pompano Beach Medical Center and EMSA_

I hereby authorize the Medical Record Department at _Pompano Beach Medical Center_ to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William M Hicks_
Patient Signature

_[Witness Signature]_
Witness Signature

_2-17-97     12:00 pm_
Date and Time

_2-17-97     12:00 pm_
Date and Time

Por este medio autorizo al Departamento de Historia Clinica de _____ a ceder a la entidad mencionada arriba la informacion especificada en esta forma. Entiendo que una vez que dicha informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion cedida. Ademas yo exonero al Departamento de Correccion, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta autorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____
Firma de Paciente

_____
Firma del Testigo

_____
Fecha and Hora

_____
Fecha and Hora

250-

# CORRECTIONAL CARE

Institution: _Broward County C_

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William Hicks_    ID#: _B59514533_    D.O.B. _9-10-63_

Date(s) of Treatment: From _8-7-95 / 11-27-96_    To _Present_

Type of Information Requested: _Radiology Films — CT Scan_

Reason for Information: _To have Dr Elliot review all films_

Authorized Person(s) Company: _Pompano Beach Medical Center and EMSA_

I hereby authorize the Medical Record Department at _Pompano Beach Medical Center_ to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William M Hicks_
Patient Signature

_[signature]_
Witness Signature

_2-17-97_    _12:00 pm_
Date and Time

_2-17-97_    _12:00 pm_
Date and Time

Por este medio autorizo al Departamento de Historia Clinica de _____
a ceder a la entidad mencionada arriba la informacion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion cedida. Adema's yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____
Firma de Paciente

_____
Firma del Testigo

_____
Fecha and Hora

_____
Fecha and Hora

BROWARD SHERIFF'S OFFICE
DEPT. OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*Please* *urgent*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 2-20-97          Inmate's Name: William M Hicks
                                                (Alias, if used)

Arrest #: B 595-14533            Location: 7-B-2     DOB: 9/10/63

To: TODD Schwartz    Director OF MEDICAL

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: A.S.A.P.

STR would you renew all my medication
For pain as I found act it's to End
on 2-23-97, DAT to DAy is 2-20-97
Renew all today send/dannse+ mail
you    A.S.A.P

William M Hicks                    2-20-97
Inmate's Signature                Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_(handwritten response, illegible)_

Completed By: _____ Schwartz _____ CCN ____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/92)

*AP Please    MEDICAL*

asked the housing unit de_ _ / to solve this problem, do s_ before _
uest.

## TO BE COMPLETED BY INMATE

Request: 2-28-97                    Inmate's Name: William m Hicks
                                                  (Alias, if used)

#: BS95-14533                Location: 2-A-2-#8    DOB: 9/10/63

_medical* ASAP Director or Head nurse

_gram Specialist ☐    Mailroom ☐         Commissary ☐
_ssification         Food Service         Other

_e of Request: Had medical clearance For Two pillows & Two mattresses
_se note Had since 2-7-96 per medical caused by EMSA & Joil.
_ese rewrite or Find clearance Per Joil Just heppend to lose.
so need to good pillows; Per serious medical problems to Head
-ck-Back: Please don't allow to take long as I have
_roblems, no couple days - or week - months - Thats P.S. If problem
William m Hicks.                   Coll me Todd Schutte or if problem
_mate's Signature                          2-28-9
                                        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO HE INMATE REQUEST
OX LOCATED IN EACH POD.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_ical pass renewed for 1
_ pillow

_____ JRBRAN___    Date: 3/1/__    Time __

_ handled by the responding deputy in one of the following ways:

_ _formation              ☐ Personal Interview

_l grievances will be responded to, in writing, by the Office of Information and Review.

O DJ#24 (Rev. 4/93)

_UNIT MANAGER_
_OF 7-A_
_A.S.A.P. ATTN:    "NO Sgt"_

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

═══════════════════════════════════════════════════════════════

### TO BE COMPLETED BY INMATE

Date of Request: _3-1-97_                Inmate's Name: _William m Hicks_
                                                          (Alias, if used)

Arrest #: _BS95-14573_          Location: _7-A-2-5_      DOB: _9/13-65_

To: _unit MANAGER OF 7-A_

Program Specialist ☐          Mailroom ☐          Commissary ☐
Classification ☐              Food Service ☐      other ☒

Nature of Request: _RE problems over medical_
_and B.S.O & D.H.C problems. SIR._

_I Request twice For your prompt_
_ATTN in tHis matter trults._

_William m Hicks_                            _3-1-97_
Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

---------------------------------------------------------------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_2 mattress_
_2 pillows_
_Talk with Pych regarding adverse effects_

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

ESO DJ#24 (Rev. 4/93)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

William m. Hicks _____ B595-14523 _ 7-A-2 _ M-70.1 _ 3-2-97

Inmate's Name _____ Arrest# _ Cell _ Facility _ Date

### PART A - INMATE'S GRIEVANCE

PER All Sgt's   Ive Asked For Sgts, Food, medical, get written old grievance

As of 2-28-97 Ive had nothing but problems with my

medical and Diet tray Food Service. EVERY DAY was Ive tried

to speak to sgt's and asked Deputys to insure my Diet tray and

medical and I say _____ sure sure _____ never did _____ no Diet tray

Stings, to 7-B Day tried not to temper Food & medical never get. Heard

William m. Hicks _____ To last my medical chart so
3-2-97 no medication

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

You are on a 2800 calorie with a snack bag at night diet. I

Spoke with food service and they will ensure that you receive

it.

Todd Schwartz HSA _____ 3-4-97

Reviewing Deputy's Signature/CCN _____ Date

_____ _____
Supervisor's Signature/CCN _____ Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____ _____
Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature _____ Date
BSO DJ#51 (Revised 4/93)

**EMSA** *CORRECTIONAL*
*CARE*

### PROGRESS NOTES

BSSS

| Date/Time | Inmate Name: Hicks  W. | ID # 14533 | D.O.B. 3/10/63 |
|---|---|---|---|
| 3-7-57 | | EG | |
| 9:10 a | Asked to see pt due to "multiple complaints" | | |
| | when pt seen in through the floor pt indicated he did not want to see me. | | |

Jaime

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _Main Jail_

Name: _Hicks Williams_          ID# _BS95 14533_

D.O.B. _9/10/63_

I, _Williams Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

Reason For Refusal _Refused to come to Door for meds or Signature_
_Pt from States Wrong Dosage_

Potential Consequences Explained

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_J. Dawsonell Davis, LPN_
Witness Signature     *Main Jail*

_Donal. 3Rita 6838_
Witness Signature

_3/7/97_
Date

_Ref. to Sign._
Patient Signature

_8:25 A_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

received

312 RS

6016                    6A

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM                    revised 3-8-91

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks    Arrest#: B505145 33    Cell: 7-A-8    Facility: M-JAIL    Date: 3-7-97

### PART A - INMATE'S GRIEVANCE

RE: TODD Schwartz "known of conditions From Start of Lies" "you SIR have stated certain things to be done" I sort only medical which is a right" Not A luxury as it appears For oVER 15 months" You have allow Jailed D.o.SA to violate my 8TH amendment and all others, You are aware of Laws But still Lie, cover up, and to cause more pain, I can't get proper pills, strength, medication and to see results of Lab work for over 15 months, — I've been kept out of Light not dark like I could Be.

Inmate's Signature: William M Hicks    Date Signed: 3-7-97

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

ON 3/7/97 Dr Hicken re-ordered Flexeril for 30 days and Darvocet for 4 days

TODD SCHWARTZ,
Main HSA

Reviewing Deputy's Signature/CCN    Date: 3/12/97

Supervisor's Signature/CCN    Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature    Date

HOWARD SHERIFF'S OFFICE

DEPARTME      OF CORRECTIONS AND REHAB      TATION
INMATE GRIEVANCE FORM

RECEIVE
MAR 1 1 1991

### TO BE COMPLETED BY INMATE

William M Hicks _____ BSO-1455 79-2⁸ M—Jail 3-9-91

Inmate's Name _____ Arrest#   Cell   Facility   Date

### PART A - INMATE'S GRIEVANCE

RE: I SEEk pupn Doctors Fast, pupn copies of all xreys all Files"

I SEEk to meet with professional Doctors and not of
the staff who Lied," I cant handle pain any may, 15 months
Fighting all I will Due to I Have not got Irate nor mad as
Hell "also God is with I", I want to see medical xrey all Files
From 2-5-96 till Noys. Im tired- Im Fraud incompet to starditvis
that means you BSO of LMSA Dug it, that will my case shut -  3-9-91

William M Hicks

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Thank you for this information-

Reviewing Deputy's Signature/CCN _____ Date 3/12/90

Supervisor's Signature/CCN _____ Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____ Date

BSO-DI#51 (Revised 4/93)

received

3-B 043 R-8
66

DEPARTM.  ' CORRECTIONS AND REHA.  .TION
INMATE GRIEVANCE FORM

RECEIVE
MAR 1 3 1997

## TO BE COMPLETED BY INMATE

William m Hicks _____ BSAG1450 7-A2 8 m-Jail 3-10-97

Inmate's Name          Arrest#   Cell   Facility   Date

### PART A – INMATE'S GRIEVANCE

RE: "medical Nurse on 7-3pm shift"

at Nioopm I sat in my Room ad kept the door open Doing
paper work; at 2:35pm the Light comes on for shift change so I
wonder where is nurse so I walk to Door and I saw her Leaving
Floor, I spoke through door asking IF I might take pain med so she was
in a rush to Leave, and case worker ZegA stood there also, "I Did't get
my proper medical Service I seem to Fight For,

William m Hicks _____ 3-10-97

Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

I will talk with the Head Nurse to have this
addressed. If you do not hear the nurse or come when
they call you, they should be trying to see where you are.

Todd Schwartz HSA _____ 3-13-97

Reviewing Deputy's Signature/CCN          Date

_____          _____
Supervisor's Signature/CCN          Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____          _____
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____          _____
Director's Signature                    Date
BSO DJ#51 (Revised 4/93)

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: *Mainjail*

Name: *Hicks, William*     ID# *BS45/4533*

D.O.B. *9/10/63*

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.    Refused medication.

____ B.    Refused dental care.

____ C.    Refused an outside medical appointment.

____ D.    Refused laboratory services.

____ E.    Refused X-Ray services.

____ F.    Refused other diagnostic tests

____ G.    Refused physical examination.

____ H.    Other (Please specify)

*Refused Zoloft.*

Reason For Refusal _____

*States wrong meds problems with liver*

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

*J. Davis*    *Jenell Davis,*
_____    *Lincoln Jail*
Witness Signature

_____     X *William M Hicks*
Witness Signature                                      Patient Signature

*3-17-97*                                         *8 n.*
Date                                                        Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

*To Dress
OF
B.S.O   24 HRS DEP
only*

BROWARD SHERIFF'S OFFICE
~~T~~ OF CORRECTIONS AND REHABIL~~ ~~ION
INMATE'S REQUEST FORM

*my Last honest*

*TAKE action Now - "Last Chance" try*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

═══════════════════════════════════════════════

TO BE COMPLETED BY INMATE

Date of Request: 3-17-97                    Inmate's Name: William m Hicks
                                                        (Alias, if used)

Arrest #: BS95-14533         Location: 7-A-2-8      DOB: 9/10/65

To: Brass only- get it  BRASS only

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: I suffer from trauma caused By incompetence of N.T. D. C & B.S.O; EMSA protect me and provide adequate medical" I am shown deliberat indifference which violates 8ᵗʰ amendment Prohibiting cruel and unusual punishment which several months delay to treat serious head injury does constitute deliberat indifference; 2-5-96 till now I single handedly received fuck Bullshit, you treat me like im a Lowlife and i struggle, you have 24 hours provide medical demand I turn a lawyer; I Last Told you now so Im Warning your God Says to treat the devil with respect- Instead of 15 months of pain and suffering - Thanks. Take note set a date.

Inmate's Signature  William M Hicks          Date Signed  3-17-97

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD. "Please TAKE Seriously" "15 months Later now"

─────────────────────────────────────────────
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

You were evaluated & Recieved prescription for your Discomfut on 2-17-97. You have failed on several occasions to respond to the Nurses med call in the Morning. We have Requested a full Review of your X-rays & CT scan By Dr Stot. We are still Waiting his Response

Completed By: [signature]  KEVIN JORGENSON RN ARSA  CCN   Date: 3-19-97   Time: 3:20 PM

All requests will be handled by the responding deputy in one of the following ways:

☒  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*MEDICAL*

*Bress*
*Only*

*TAke action Now" Last chance"*

*LAST CHANCE*

*24 HRS*
*only*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

TO BE COMPLETED BY INMATE *HAD 15months*

Date of Request: 3-17-97

Inmate's Name: William M. Hicks
(Alias, if used)

Arrest #: BS95-14533

Location: 7-A-2 ⁰

DOB: 7/10/63

To: *TO Bress OF EMSA only - not TODD SCHWARTZ.*

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other |

Nature of Request: *I suffer from trauma caused by incompetence of FL.B.D.C. & T.SO & EMSA*
*to protect me and provide adequate medical. "I can show deliberate indifference*
*which violets the 8th amendment Prohibiting cruel and unusual punishment which*
*few of mine HS failing to treat a serious head injury does constitute deliberate*
*indifference." 2-5-96 till now I fought for medical which I should have gotten. You treat I*
*like shit: you have 24hrs to remedy proper medical. The tBall aver" In tidend" you have now.*
*you have 24 hrs thots all & I'll give u last chance to you - like are subject to be problems"I not*
*William M. Hicks*

Inmate's Signature

3-17-97

Date Signed

*Liers*

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

-----------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*You were evaluated on 2-17-97, all X-RAY & CT Reports*
*were requested to be reviewed by Dr Elliot, We will Contact Dr.*
*Elliote for his Response.*

Completed By: [signature]   CCN *Kevin L. Jespersen Bsv*
*A#5a*
Date: 3-19-97   Time: 3:20p

All requests will be handled by the responding deputy in one of the following ways:

☒ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# EMSA CORRECTIONAL CARE

### REFUSAL OF TREATMENT FORM

Institution: _Mainjail_

Name: _Hicks, William_    ID# _BS9514533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

Reason For Refusal _Refused to Come to Door for Meds_
_or Signature_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Jenell Davis, LPN_
Witness Signature    _Main Jail_

_V. C. Montgomery, 5264_
Witness Signature

_3-20-97_
Date

_Ref. to Sign_
Patient Signature

_8 An_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

MAR 20 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _3-19-97_        Inmate's Name: _William m Hicks_
                                                    (Alias, if used)

Arrest #: _BS95-14533_        Location: _7-A-2 8_   DOB: _9/10/63_

To: _MEDICAL Director "TODD Schwartz_

Program Specialist  ☐        Mailroom      ☐        Commissary  ☐
Classification      ☐        Food Service  ☐        Other       ☐

Nature of Request: _____

_____SIR, Hicks request to speak once more as_

_I did along while ago._

_____THanks for you sincere honest work._

_William m Hicks_                              _3-19-97_
Inmate's Signature                            Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.
------------------------------------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____OK. – due 3/21/97_

Completed By: _____  CCN _____  Date: _3/21/97_  Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

SO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

JAN 7 1997

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks

Arrest#: BS95-14533   Cell: 12-1-43   Facility: NBDC

### PART A - INMATE'S GRIEVANCE

PER DR Harck of N.B.D.C. ½ Hicks

on Oct-24, 1996 miss Susan W. McCampbell of D.O.C.R States
in a letter to I that DR Harck is making arrangements for another
independent review of medical care; IS Susan W. M'' is that the
the truth or is DR Harck quashing the truth to cover up for all his
staff "Hum" IVE Placed many request "no response". action will Be taken
For IVE Been emotionally ad physically hurts

Inmate's Signature: William M Hicks

Date Signed: 1-6-97

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

RECEIVED

Mr Hicks, Dr Harck did ___ ___
have an MD review ___ ___
____ condition

Reviewing Deputy's Signature/CCN                    Date

[signature]

Supervisor's Signature/CCN                    Date: 3/27/97

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                    Date
BSO DJ#51 (Revised 4/93)

*Lit or Higher*

INMATE'S REQUEST FOR

*Don't Forward unless EMSA Does" InForce this*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

═══════════════════════════════════════════

TO BE COMPLETED BY INMATE

*COPY*

Date of Request: **3-27-97**     Inmate's Name: **William M Hicks**
                                                       (Alias, if used)

Arrest #: **BS95-14533**     Location: **7-A-2**     DOB: **9/10/6**

To: **BSO _Lit or Higher_ "PER Court order" ordered By Judge Cohn on 3-27-97**

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | (Other) | ☑ |

Nature of Request: *PEs my not getting my medical as I reside here in BSO hands" Legally your my provider" In Force a force," To SIRS or MA-AMS PE court order done By Judge Cohn For I to recieve proper medical help; I've Done All I can now the courts Are coming into" I've placed a medical request on 3-14-97 and still no reply - Family - lawyers - I tried "something" Act now thanks*

*William M Hicks*          **3-27-97**
Inmate's Signature                  Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

───────────────────────────────────────────

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*Seen 3/29/97 Dr. Smith*

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

   ☐   Written Information          ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

HROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

received
328 ½

*of Em.S.*
*B.S.O to Answer*
*as of reason Follows*

### TO BE COMPLETED BY INMATE

William N Hicks          BS95-1457   7-A-2   M-Jail   3-27-97

Inmate's Name _____ Arrest# ___ Cell ___ Facility ___ Date

### PART A – INMATE'S GRIEVANCE

RE: Todd Schwartz "Director" affer said; on 2-13-97 I was sent to her for a RRC eye counts and says that I Have been very ill By Todds. Said he'll handle all problems and has done nothing I say now" in all time B S O sends to Em.St to Find out "Sam Sam Lies since 2-6-96" same E Lies "R S D to Follow up or I'll appeal a grievial will tell Schwartz"s now I have a count on to RE L. H. B.S.O to inforce my rights to help I commit## Later" Conspirings.

William M Hicks    Todd Schwartz is not to handle my medical any    3-27-97

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW

### PART B – RESPONSE

many want passes to handled down SEE ㊙㊙ my MEDICAL PER court orders

Mr Hicks I have not recieved a court order in regards to your Medical Care but I will have you brought down and evaluated by the Physicins Assistnt.

Reviewing Deputy _____/CCN          3-28-97

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Date

Supervisor's Signature/CCN _____ Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

rector's Signature _____ Date

DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPART.    OF CORRECTIONS AND REHI    ITATION
INMATE GRIEVANCE FORM

**received**
3-28-86

## TO BE COMPLETED BY INMATE

William M Hicks                BS95-14533    242    In-Jail    3-27-97
Inmate's Name                       Arrest#    Cell    Facility    Date

### PART A – INMATE'S GRIEVANCE

RE: Nurse taylor on 3-14-97 She signed for a medical request
and now 15 days later no medical HELP or gain medication? I've
Asked all staff for days to help "say get to the nurse who signed it"
So I DiD "week later she Blows up at me tonight saying all the
same lies IVE heard and she's got a Bounder Behind me as
I only seek help," Have count and review as of 3-27-97 Reply please
                William M Hicks                                3-27-97
Inmate's Signature                        Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

You are Correct you were refered to the Clinic
I will have you brought Down + Evaluated

_____                        3-28-97
Reviewing Deputy's Signature/CCN                Date
                KEVIN JORGENSON, RN, BSN
        ASST. HEALTH SERVICE ADMINISTRATOR
                BROWARD JAIL BUREAU
Supervisor's Signature/CCN                        Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

_____                        _____
Inmate's Signature                        Date Signed
**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____                        _____
Director's Signature                        Date
BSO DJ#51 (Revised 4/93)

PET 3
EmSA.

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

received
3-28-00

## TO BE COMPLETED BY INMATE

William M Hicks                    BSOS-14533  7-A-2  M-Jail  3-27-97
Inmate's Name                          Arrest#      Cell    Facility    Date

### PART A - INMATE'S GRIEVANCE

RE: Nurse taylor on 3-11pm shift. Since 1995 I've had problems
with nurse taylor Following the staff rules & one of them "to
take medical request By Inmates As I was told PER other nurses
and TODD Schwartz; I seem to be in court all day and I wanted
to hand in "should take them on all three shifts" she doesn't like the
xtra work; Regarding serious medical and she took others patients mine
now I call that a violation of my rights to adequate medical help and due
William M Hicks                         3-27-97

Inmate's Signature                              Date Signed  PROCESS.

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

I have addressed this with Mr. Taylor
and I am having you brought Down to
be Evaluated

Reviewing Deputy's Signature  KEVIN JORGENSON, RN, BSN         Date
                              ASST. HEALTH SERVICE ADMINISTRATOR
                              MAIN JAIL BUREAU
Supervisor's Signature/CCN                                      Date  3-28-97

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____           _____
Inmate's Signature                           Date Signed
**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature                         Date
BSO DJ#51 (Revised 4/93)

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _Manyard_

Name: _Hicks, William_                    ID# _BS451453_3_

D.O.B. _9-10-63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.  Refused medication.                    ____ E.  Refused X-Ray services.

____ B.  Refused dental care.                    ____ F.  Refused other diagnostic tests

____ C.  Refused an outside medical appointment.  ____ G.  Refused physical examination.

____ D.  Refused laboratory services.            ____ H.  Other (Please specify)

Reason For Refusal _Ref. Zoloft. 100mg_

Potential Consequences Explained _States Wrong Dosage."_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____  Jen. Rivis, LPN
Witness Signature                Main Jail

_____        _Ref. to Sign_
Witness Signature                Patient Signature

_3-31-97_                        _8:10 A_
Date                             Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

JC 013

VOLUNTEER LAWYERS' PROJECT
FOR THE SOUTHERN DISTRICT OF FLORIDA

2870 FIRST UNION FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-2310
TELEPHONE (305) 373-4334
FACSIMILE (305) 358-0910

May 7, 1997

Medical Records Supervisor
Broward County Jail
P.O. Box 9356
Ft. Lauderdale, Florida 33301

    RE: **William M. Hicks**

Dear Medical Records Supervisor:

    This represents a request for copies of the medical records for the above-named jail inmate. Enclosed please find a copy of the inmate's medical release form. **Please provide all pertinent records with regard to an incident that occurred on February 9, 1996 resulting in injuries to patient. All followup diagnosis and treatment as a result of this incident should be included, INCLUSIVE of the use of any and all outside medical facilities/practitioners.** This request is made pursuant to Section 766.204 of the Florida Statutes, which in relevant part provides that:

    (1) Copies of any medical record relevant to any litigation of a medical negligence claim or defense shall be provided to a claimant or a defendant, or to the attorney thereof, at a reasonable charge **within 10 business days** of a request for copies. It shall not be grounds to refuse copies of such medical records that they are not yet completed or that a medical bill is owing.

    (2) Failure to provide copies of such medical records, or failure to make the charge for copies a reasonable charge, shall constitute evidence of failure of that party to comply with good faith discovery requirements and shall waive the requirement of written medical corroboration by the requesting party.

Thank you for your anticipated cooperation.

Sincerely yours,

David Weintraub, Director

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

RECEIVED
APR - 1 1997

## TO BE COMPLETED BY INMATE

William N Hicks          BSO-514577  2-p-2$^E$    M-J       3-25-97

Inmate's Name          Arrest#        Cell   Facility     Date

### PART A - INMATE'S GRIEVANCE

RE: BSO grievance wrote on 3-17-97 had put in request "couldn't get grievance" Please note that if it states BSO it doesn't mean pass the Buck to a next guy as you've done." I still to receive medical that you a say Forth as I reside here are to provide proper medical which you've harbored a Fugitive "EMSA" cover up, Liz Edwards I took will mean the JFK of D.O.C & BSO "you allowed a Kevin L.J RN to lie the same Shit as they cut back your Score; I just like to know that I have give many proper times so do you BSO to prove your not corrupt, But you, ARE AND CAN prove it with Federal/government.

William N Hicks                                         3-25-97

Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

No Specific Complaint to Answer

_____  Kevin Jorgenson    5-16-97
Reviewing Deputy's Signature/CCN   AHSA          Date

_____
Supervisor's Signature/CCN                      Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____
Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____
Director's Signature                        Date

BSO DJ#51 (Revised 4/93)

PERTINENT PRE-RELEASE CONTACTS

Date: _7-22-97_____    Time: _____

Person Contacted: _Kitty Grossman_____

Telephone Number: _904-358-1960_____

Information Given: _medical & behavioral information_

_____

Response: _____

_____

Person Making Contact: _SSComerford RNS_____

Title: _RNS_____    Phone Number: _663-73-01___

RELEASE INFORMATION

Date of Release: _7/22/97_____    Time: _0945___

Type of Release:  10A, Discharge, Transfer (Please circle appropriate choice.)

Released (with)  (without) Medications.  (Circle appropriately.)

Signature of Ward Staff Releasing Resident: _Secks_____

Signature of FSH Security Officer Receiving Resident/Medication:

_____

Signature of Deputy Sheriff or Other Non-FSH Employee Receiving
Resident/Medication: _____

NOTE TO TRANSPORTING OFFICER:  PLEASE SEE THAT THIS FORM IS BROUGHT TO THE
ATTENTION OF MEDICAL/PSYCHIATRIC PERSONNEL AT YOUR FACILITY.

| Instruction:  Ward personnel or designee complete in duplicate.  Copy to transporting officer and original to Medical Records.  To be filed in Section 2 | ADDRESSOGRAPH: Hicks, William 111617 U-23 D |

**EMSA CORRECTIONAL CARE**

## INITIAL MEDICAL SCREENING

ARE YOU ILL? ☐ YES ☒ NO    ARE YOU INJURED? ☐ YES ☒ NO    DATE BOOKED: 7/22/97 ID#: 6597717076

NAME: Hicks William    AKA#_____    PREVIOUS COMMITMENTS: 4/97

RACE W    SEX M    DOB 9/19/63    SS# 254661506    SCREENING DATE 7/22/97    TIME 2100

VITAL SIGNS: 138/86    TEMP 98.6    R 18    P 64    WGHT 226

DO YOU HAVE MEDICAL INSURANCE? ☐ YES ☒ NO    INSURANCE COMPANY_____

| VISUAL OBSERVATION    Circle Y or N (Explain all "Yes" answers) | YES | NO |
|---|---|---|
| ALLERGIES: | | |
| 1. Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain or other symptoms suggesting the need for immediate emergency medical referral? If Yes, | Y | N |
| 2. Are there obvious signs of fever, jaundice, skin lesions, rash, or infection? Needle marks? Body vermin? Trauma markings, bruises? If Yes, | Y | N |
| 3. Does the inmate's behavior/appearance suggest the risk of suicide or assault? If Yes, | Y | N |
| 4. Does the inmate exhibit any signs of abnormal behavior? (e.g. tremors, sweating) If Yes, | Y | N |
| 5. Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If Yes, | Y | N |
| 6. Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc.? If Yes, | Y | N |
| 7. Does the inmate have a persistent cough or appear to be lethargic? | Y | N |
| INMATE QUESTIONNAIRE    Circle Y or N (Explain all "YES" answers) | | |
| 8. Are you taking medication for (circle as appropriate) asthma, diabetes, heart condition, high blood pressure, mental health problems, ulcers, arthritis, or other condition? If Yes, what medication? | Y | N |
| 9. When were you last seen by a physician or at a clinic for a medical dental or mental health condition? | | |
| 10. Are you allergic to any medications, foods, plants, etc.? If Yes, | Y | N |
| 11. Have you fainted or had a head injury within the last 72 hours? If Yes, | Y | N |
| 12. Do you have or have you been exposed to AIDS, hepatitis, TB, VD or other communicable diseases? Have you experienced lethargy, weakness, weight loss, loss of appetite, fever, night sweats, persistent cough or hemoptysis? If Yes, | Y | N |
| 13. Have you been hospitalized by a physician or psychiatrist within the last year? If Yes, | Y | N |
| 14. Have you ever considered or attempted suicide? If Yes, | Y | N |
| 15. Do you have a painful dental condition? If Yes, | Y | N |
| 16. Are you on a specific diet prescribed by a physician? If Yes, | Y | N |
| 17. Do you use drugs and or alcohol? What kind?_____ How often?_____ How much?_____ If Yes, include types, methods, date/time of last use and problems associated with | Y | N |
| 18. Females: Last menstrual period _____. Are you pregnant, on birth control pills, recently delivered or aborted? Having abdominal pain or discharge? If Yes, | | N |

**PLACEMENT RECOMMENDATION (Check One):**

☐ General Population    ☐ Infirmary    ☐ Isolation    ☐ Emergency Room    ☐ Observation    ☐ Sick Call

REMARKS: Epilepsy: Ketod 4
CHHA; N. HA    Chin Pop Unit

KRISTINE BOUND, LPN    7/22/97
Health Staff Signature/Name Stamp/Date

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for professional services to be provided to me by and through EMSA Correctional Care.

William Hicks
Inmates Signature

_____
Date

MSA CORRECTIONAL CA

**MEDICAL / MENTAL HEALTH RELOCATION REQUEST**

DATE : 7/22/99

MEMORANDUM TO : Classification

FROM : Medical

INMATE NAME : Hicks William

ARREST NUMBER : BS9717076

DATE OF BIRTH : 9/19/63

PRESENT LOCATION : Booking

TRANSFER TO :

GENERAL POPULATION  _____

SHELTER CARE  _____

MENTAL HEALTH  __X__ (LIST UNIT)
L2 H4
ASAP

INFIRMARY  _____

COMMUNICABLE DISEASE  _____

REASON FOR REQUEST:

Per Dr Lin ? ASE

KRISTINE BRUNO, LPN
MAIN JAIL
7/22/99
@ 1735

NOTE:          ORIGINAL TO CLASSIFICATION
               COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

**EMSA** *CORRECTIONAL CARE*

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _BMJ_

Inmate I.D. # _BS9717076_

Inmate Name: _Hicks William_ D.O.B.: _9/19/63_

Date of Last H & P: _8/1/97_ Date of Last PPD: _8/1/97_ Results: _NA_

Allergies: _NKA_

Current Health Problems: _Retal from FSH/Chatahoochee_
_N/ HA per Pt_

Current Medication (Name, Dosage, Frequency, Duration:) _None At present_

Physical Disabilities/Limitation: _None_

Assistive Devices/Prosthetics: _None_

Glasses: _None_ Contacts: _None_

Follow-up care needed: _Declone 8/1/97  Give MM Psych 4u.  Clean_
_N/HA_

Signature _Kristine Bruno, LPN  Main Jail_ Date _7-08-97_

## TRANSFER RECEPTION SCREENING

Facility: _NBB_ T _98_ P _72_ R _18_ B/P _134/80_

S: Current Complaint: _HC Psych_

Current Medications/Treatment: _None_

O: Physical Appearance/Behavior: _AO X 3.  Skin W + D to touch_
_appearance  clean_

Disposition: ( ✓ ) General Population ( ) Infirmary Referral: ( ) Medical ( ) Dental ( ✓ ) Mental Health
Psych

When: ( ) Immediately ( ) Sick Call ( ) Other _____

Signature _Jennifer Levy RN  Jennifer Levy RN_ Date _7-22-97_

 **EMSA** CORRECTIONAL CARE

 REC'D APR 15 2002

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-23-07    Facility/Institution: _____

Name of Inmate: _William Hicks_    D.O.B.: _____  Sex: _M_

I.D. # _____    Cell #: _____

Problem: (in your own words)

_____
_____
_____
_____

### DO NOT WRITE BELOW THIS LINE

---

**STAFF SECTION**

Person Triaging: _Celista Chukwu R_ (Name)    Date: 7/23/01    Time: 1.25 pm

Disposition: _SYC_

**FOR STAFF USE ONLY**

S: _As above_

O: _No obvious distress PERLA, ambulates well, MAE. Neck supple. 98⁸ 122/80 22 18_

A: _Medication Seeking. R/T drug abuse Hx._

P: _Pt refuses tylenol — Does not want to See Dr. Davis but "will if no other choice"_

E: Date: 7/25/97  Time: 1045

BARBARA ROSENBLUM, RN
NBB
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

**EMSA** **CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _7-23-97_     Facility/Institution: _N.B.D.C._

Name of Inmate: _William Hicks_     D.O.B.: _9-10-63_   Sex: _male_

I.D. # _BS87-_     Cell #: _12-1-H-4_

Problem: (in your own words)

_Need to speak to Doctor in Regards to medical and medical issues._
_"ASAP"_

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Person Triaging: _Della Richardson_ (Name)     Date: _7/23/97_   Time: _8:55 pm_

Disposition: _S/C_     DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S:

O:

A:

P:     _See other_
_S/C_

E:     _See other_     BARBARA ROSENBLUM, RN
NBB

Date: _7/25/97_ Time: _1045_     Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01

**EMSA CORRECTIONAL CARE**

### MENTAL HEALTH QUESTIONNAIRE

NAME: _William M Hicks_     D.O.B.: _9/10/63_ I.D. NUMBER: _BS92-17076_

| QUESTIONS | YES | NO | COMMENTS |
|---|---|---|---|
| 1. Have you ever been hospitalized for an emotional or nervous problem? If yes, what hospital? _____ When? _____ | ✓ | | To many |
| 2. Have you ever received counseling or outpatient treatment for the above? If yes, When? _____ When? _____ | ✓ | | not since 1995 |
| 3. Are you taking any medication for the above? If yes, what medication are you taking? How often? _____ Who prescribed it? _____ How long have you been taking it? | | | suppose to |
| 4. Do you use any of the following? | | | N/A |
|    Beer?  How Much? ___ How Often? ___ How Long? ___ <br> Wine? ___ ___ ___ <br> Liquor? ___ ___ ___ | | | |
| 5. Have you ever been treated for alcohol abuse? If yes, how many times? _Several_ When? _Dont_ Where? _Fair Oaks_ How long was treatment? _3 mo_ know | ✓ | | |
| 6. Have you ever used illegal drugs? If yes, when? _____ What illegal drugs have you used in the last 12 months? _None_ When did you start using these drugs? _13 years old_ | ✓ | | |
| 7. Have you ever been treated for drug abuse? If yes, how may times? _Several_ When? _____ Where? _____ How long was treatment? | ✓ | | |
| 8. Have you ever tried to commit suicide? If yes, how may times? _Several_ When? _Dont_ Where? _Street_ Were you hospitalized? _yes_ Where? _Dont remember!_ remember!! | | | |
| 9. Have you ever thought about killing yourself? If yes, when was the last time? _long times_ Do you think of it often? _____ sometimes? _____ seldom? _Ago_ | ✓ | | I'm not going to be honest 2 you but I'm not suicidal |
| 10. What grade did you complete in school? _11 th_ Where you in any special education classes? If yes, what classes? _____ Are you able to read and write English? | | | |
| 11. Have you ever been convicted of a violent crime? If yes, when? _____ Where? _____ For what crime were you convicted? _____ What was your sentence? | ✓ | | |
| 12. Have you ever been convicted of a sexual offense? If yes, when? _____ Where? _____ For what crime were you convicted? _____ What was your sentence? | | ✓ | |
| 13. So people consider you a violent person? | | ✓ | |
| 14. Do you have concerns about your current emotional state as a result of being arrested and placed in jail? | ✓ | | "Because I'm being Abused medically physically + emotionally" |
| 15. Do you have a history of being the victim of criminal violence? | | ✓ | |

Physician Signature: _[signature]_     BARBARA ROSENBLUM, RN     DATE: _7/25/97_
NBB

**MENTAL HEALTH QUESTIONNAIRE**

# EMSA CORRECTIONAL CARE

## HEALTH EVALUATION

| Date: 7-25-97 | I.D. #: 8597-17076 | Date Booked: 7-22-97 | County: B.S. | CHARGES: Booking |
| --- | --- | --- | --- | --- |
| | | | | BOND: |

## ADMISSION DATA

| Last Name: Hicks | First: William | Middle: M | Address: |
| --- | --- | --- | --- |

Alias:  — City: N/A   St.:   Zip:

| Birthplace: ILL | D.O.B.: 9-19-63 | Phone: | Religion: CatHLic |
| --- | --- | --- | --- |

SS#: 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    Marital Status: (S) M D W Sep    Read/Write English? (Yes) No   Other:

Previous Incarcerations (Date & Facility) 1995-97   UBB   Health Insurance? Y (N) Carrier:   State:

Policy Number:

NOTIFY IN EMERGENCY: Name: DonnA Johnson   Relationship: mom   Address:   Phone: 754-771-4477

## MEDICAL DATA

Family Physician:   Address:   Phone:

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where? N.B.D.C.   See H & P ☐

None

| Medications: ☐ None  PAIN   NonE | Special Diet (Prescribed): 1800 caL |
| --- | --- |
| Allergies: NKA ☐  None | Tetanus/Immunizations: (Y) N  Dates: chattahoochee 1897 |

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN, AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

1) Level of Consciousness: ( ✓ ) Alert  ( ✓ ) Oriented, time, place, person  ( ) Lethargic  ( ) Stuporous  ( ) Comatose  ( ) Suspected
Describe.

2) General Appearance: ( ✓ ) Norm  ( ) Abn.
Describe:

3) Substance Abuse ✓ ( ) Yes  (N) No  ( ) Suspected  ( ) Current Intoxication/Abuse  ( ) Use  ( ) Withdrawal Symptoms  ( ) Drugs  ( ✓ ) Alcohol
Describe: What kind? Amount/Frequency? ceacbeca/BID. naiz - "not much"
Last Use: (Time/Date): 1995

4a) Behavior/Conduct: ( ✓ ) Calm  ( ✓ ) Cooperative  ( ✓ ) Non-Violent  ( ) Agitated  ( ) Uncooperative  ( ) Violent  ( ) Manipulative  ( ) Disorganized
Describe:

4b) Affect/Mood: ( ✓ ) Normal  ( ) Manic  ( ) Depressed  ( ) Euphoria  ( ) Flat  ( ) Confused  ( ) Delusion  ( ) Emotional Instability  ( ) Hallucinations  ( ) Hearing Voices
Describe:

5a) Is Patient at High Risk for Suicide? ( ) Yes  ( ) No

b) Does Pt. Describe Suicidal Thoughts or Ideations? ( ) Yes  ( ✓ ) No

c) Is there evidence of Self Mutilation  ( ) Yes  ( ) No

d) High Risk Pt. may become Assaultive towards Staff? ( ) Yes  ( ✓ ) No

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

6a) Communication Difficulties  ( ) Yes  ( ✓ ) No

b) Memory Defects  ( ) Yes  ( ✓ ) No

c) Hearing Impairment  ( ✓ ) Yes  ( ) No  Ⓡ Ear Tinnitus

d) Speech Difficulties  ( ) Yes  ( ✓ ) No

7) Physical Aids: ( ✓ ) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches  ( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) A/Comments, Complaints, Symptoms:  None ✓

S)

O)

A)

P)

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for professional services to be provided to me by and through EMSA Correctional Care.

Inmate's Signature _____    Date _____

CC032    7/94

Receiving Screening ☒
Health Assessment ☒

# HEALTH EVALUATION

Age 33 Sex M Race C Ht 6' Wt 222

| / Temp | BP / | Pulse | Resp. |
|---|---|---|---|
| 98.6 | 122/80 | 72 | 18 |

Do you now or have you ever had, or been treated for:

| Problems | Y | N | Problems | Y | N |
|---|---|---|---|---|---|
| Head Trauma | X | | Kidney Stones/Disease | | ✓ |
| Loss of Consciousness | X | | Bladder/Kidney Infection | | ✓ |
| Severe Headaches | X | | Alcoholism | X | |
| Vertigo/Dizziness 1996 | X | | Drug Abuse Mary | X | |
| Vision Problems Fx Jaw | X | | Tobacco Use | | ✓ |
| Hearing Problems | | ✓ | Psychiatric Hx | ✓ | |
| Dental Prob./Dentures | | X | Suicidal | X | |
| Seizures | | ✓ | **Communicable/Contagious** | | |
| Strokes | | ✓ | Tuberculosis | | ✓ |
| Nervous Disorders "Feel closed in" | X | | H.I.V. Positive | | ✓ |
| DT's | | ✓ | A.I.D.S. | | ✓ |
| Heart Condition Dx MVP | X | | Hepatitis | | ✓ |
| Angina/Heart Attack per PT | | ✓ | VD - Gonorrhea | | ✓ |
| High B.P. ? Poor Historian | X | | VD - Syphilis | | ✓ |
| Anemia/Blood | | ✓ | Lice; Crabs; Scabies | | ✓ |
| Lung Condition | | ✓ | **OB/GYN** | | |
| Asthma | | ✓ | LMP Date: | | |
| Bronchitis | | ✓ | Duration: | | |
| Emphysema | | ✓ | LMP Normal: | | |
| Pneumonia | | ✓ | Regularity: | Y | N |
| Diabetes | | ✓ | Gravida/Para: | | |
| Hay Fever/Allergies | | ✓ | AB/Miscarriage: | | |
| Gastritus 1997 per PT | X | | Contraception: | Y | N |
| Ulcers | X | | Describe: | | |
| Bleeding | X | | **LAB Tests** - Dates | N | Ab |
| Gall Bladder/Pancreas | | ✓ | VDRL/RPR Refused | | |
| Liver Problems | | ✓ | PPD done 7/25/97 | | |
| Arthritis | | ✓ | HIV | | |
| Joint Muscle Problem | X | | SMA deferred | | |
| Back/Neck Problem | X | | CBC | | |
| Deferred/Follow-Up: "From 1997" "being hit" | | | U/A Dipstick | | |

| APPRAISAL | | N | Abn/Comment |
|---|---|---|---|
| Screening Observation | | ☒ | Check Items Below & Initial |
| General | Movement, Deformity; Pain, Bleeding; Habitus, Hygiene | ☐ | Clean |
| Neuro | Mental Status, Intox; Withdrawal, Tremors; Neuro-deficits | ☐ | AOx3 |
| Skin | Injury, Bruises, Trauma; Jaundice; Diaphoretic, Rash; Lesions, Infestations; Needle Marks; Color, Turgor | ☐ | turgor good skin intact |
| Head | Normocephalic; Atraumatic; Hair, Scalp | ✓ | |
| Eyes | Glasses/Vision; Pupils; Sclera, Conjunctiva | ✓ | PERLA sclera white |
| Ears | Appearance; Canals, TM's, Hearing | ✓ | |
| Nose | Epistaxsis, Sinuses | ✓ | |
| Throat | Teeth, Gums, Dentures; Mouth, Tongue, Tonsils; Airway | ✓ | |
| Neck | C Spine, Mobility; Veins, Carotids; Thyroid, Lymph Nodes | ✓ | |
| Chest (Breasts) | Config. Ausc./Resp.; Cough/Sputum; Masses | ✓ | Lungs clear |
| Heart | Ausc. Rate, Rhythm; Murmurs, Ectopy | ✓ | RRR |
| Abdomen | Bowel Sounds; Palp, G/R/T, Hernia | ✓ | "my stomach is upset I'm nervous" |
| GU | Flank Tenderness; Bladder Tenderness /Distention | ✓ | |
| Back | ROM, Spasm, Injury | ✓ | |
| Extrem | Edema, Pulse; Cyanosis - ROM, Injury | ✓ | MAE & easily |
| Genitals | Injuries/Lesions | — | |
| Pelvic / Pap | Deferred ☒ | — | |
| Rectal / Gulac | Deferred ☒ | — | |
| Dental Hygiene Instructions: Given ☐ | Initials | — | |

Comments: * See progress note *

Placement: (✓) General Population Psych ( ) Infirmary ( ) Emergency Dept. ( ) Isolation ( ) Observation ( ) Other: Sick call

Referral: ( X ) Medical ( ) Dental ( ) Mental Health ( ) Other ________ When: ( ) Immediately ( ) Next Sick Call done

[signature] Screener's Signature | 7/25/97 1110 Date/Time | DR. WINTHROP DAVIS STAFF PHYSICIAN - NBB Evaluator's Signature (RN, NP, PA, MD) | JUL 1997 Date/Time

CC032 BARBARA ROSENBLUM, RN NBB 7/94

FLORIDA CORRECTIONAL CARE
FORENSIC MENTAL HEALTH SERVICES

## INITIAL PSYCHIATRIC EVALUATION

DATE: JUL 25 1997 / / TIME: 2pm

IDENTIFYING DATA: _Pt is 33 yo WM_

CHARGES: _murder & 2 others_

CHIEF COMPLAINT: _"OK"_

REASON FOR REFERRAL: _Coming from ESH._

HX OF THE PRESENT ILLNESS: _Pt was sent to ESH_
_& stay ~ 2-3 mo._
_took antianx & antidep. There_
_but is not on any ∅ Meds_
_as of this time._
_Presently: ~ ∅ tabs_
_See tx from ESH_

CURRENT PSYCHOTROPICS: ∅

ALCOHOL/DRUG HX: _Hx ∅_

SUBSTANCE:

AGE STARTED:

ROUTE:

AMOUNT:

PAST MEDICAL HX: _No S, Du, HTU_

ILLNESSES:

HOSPITALIZATION:

SURGERIES: ∅

HEAD INJURIES:

ALLERGIES: _NKDA_

CURRENT NON-PSYCHOTROPIC MEDICATION(S):

NAME _Hicks, William_ R _W_ S _M_ DOB _9-19-63_ A# _B157 17036_

CL 1480·25

INITIAL PSYCHIATRIC EVALUATION                                                    PAGE 2

**PAST PSYCHIATRIC HX:** _____

HOSPITALIZATIONS _____

WHEN _____ *FSH.* _____

WHERE _____

WHY _____

LENGTH OF TIME _____

**OUTPATIENT TX:** _____ *OBDC* _____

WHEN _____

WHERE _____

**SUICIDE ATTEMPTS:** _____

WHEN _____ *Thoughts in the past* _____

WHERE _____

WHY _____

HOW SEVERE _____

**HX OF ARRESTS:**
JUVENILE / ADULT _____ *J. ∅ / Ad ∅* _____

**SCHOOLING:** _____ *11 + some college* _____

**MARITAL:** _____ *S.* _____

**ARMED FORCES:** _____ *∅* _____

**OCCUPATION:** _____ *Labor* _____

**FAMILY PSYCH HX:** _____

1. PSYCHOLOGICAL PROBLEMS
   HOSPITALIZATIONS
   PSYCHOTROPICS _____ *both "SC"* _____

2. ALCOHOL/DRUG ABUSE _____ *∅* _____

3. HX OF SUICIDE _____ *both* _____

**MENTAL STATUS EXAMINATION:**
   (ALERT)/DROWSY/LETHARGIC
   BEHAVIOR:    (APPROPRIATE)/INAPPROPRIATE (DESCRIBE)
   ATTITUDE:    (COOPERATIVE)/HOSTILE/GUARDED/DEFENSIVE/SUSPICIOUS/OPPOSITIONAL
                PASSIVE/APATHETIC/MANIPULATIVE
   ORIENTATION: PERSON/PLACE/TIME/SITUATION    *O x 4*
   EYE CONTACT: NO/POOR/FAIR/(GOOD)
   APPEARANCE:  (NEAT)/DISHEVELLED/UNKEPT/WELL GROOMED
                YOUNGER/OLDER/(STATED)
   PSYCHOMOTER ACTIVITY:
                INCREASED/DECREASED/(NORMAL)
   IMMEDIATE MEMORY:  (GOOD)/FAIR/POOR
   RECENT MEMORY:     (GOOD)/FAIR/POOR

NAME  *Hicks*  _____ R W S M  DOB *9-19-03*  A# *BSP) 130 56*

INITIAL PSYCHIATRIC EVALUATION                                                                PAGE 3

REMOTE MEMORY:              GOOD/FAIR/POOR _____

CONCENTRATION:             GOOD/FAIR/POOR _____

ABILITY TO THINK ABSTRACTLY:   GOOD/FAIR/POOR
    WITH SIMILARITIES AND DIFFERENCES-WITH PROVERBS _____

HALLLUCINATIONS:           ADMITS/DENIES/ACTIVELY HALLUCINATING
                           CONTENT-AUD/VIS/TACT/OLFAC/GUSTATORY _____

DELUSIONS:                 PRESENT/ABSENT
                           NATURE/CONTENT _____

SPEECH:                    COHERENT/LOOSE/TANGENTIAL/CIRCUMSTANTIAL/LOUD/SOFT/
                           MONOTONOUS/SLOW/RAPID/PRESSURED

MOOD:                      EUTHYMIC/DEPRESSED/SAD/IRRITABLE/ANXIOUS/ANGRY/HOSTILE/LABILE/
                           CHEERFUL/HAPPY/EUPHORIC _____

AFFECT:                    APPROPRIATE/INAPPROPRIATE/BROAD/CONSTRICTED/FLAT _____

SLEEP:                     INCREASED/DECREASED

APPETITE:                  INCREASED/DECREASED

SUICIDE:                   IDEATION (YES/NO) INTENTION (YES/NO)
                           PLAN (YES/NO) - DESCRIBE _____

HOMOCIDE:                  IDEATION(YES/NO)INTENTION(YES/NO)
                           PLAN (YES/NO) -DESCRIBE _____

INSIGHT:                   POOR/FAIR/GOOD/INTACT

JUDGEMENT:                 POOR/FAIR/GOOD/INTACT

ABILITY TO GIVE CONSENT FOR TREATMENT:
DIAGNOSIS:                 INTACT/FAIR/POOR
AXIS I          _____

AXIS II         _____

AXIS III        _____

PLAN:      _____ LABS:     CBC, SMAC24, U/A, THYROID PROFILE WITH TSH, EKG URINE DRUG SCREEN, BLOOD
                            LEVELS

           _____ REFERRAL TO MEDICAL: _____

           _____ PATIENT EDUCATION: _____

           _____ INTERVENTIONS: _____

           A:          INDIVIDUALTHEREPY _____

           B:          GROUPTHERAPY _____

           C:          MEDICATION: _____

_____ (TARGETSYMPTOM) _____

_____ (TARGETSYMPTOM) _____

_____ (TARGET SYMPTOM) _____
                                                          DR. MEL LIMIA
                                                          STAFF PSYCHIATRIST
                                                          MAIN JAIL
                                                                        M.D.

NAME _____ R ___ W ___ S ___ M ___ DOB 9-9-6__ # _____

**EMSA** CORRECTIONAL CARE

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: FSP

(Agency)

(Address)

From:

(Institution)

(Address)

( )
(Telephone)

Inmate's Name: Hicks, William

a/k/a:

D.O.B.: 9-10-63   ID# BS9770%

Person Completing Form

Print Name: JAY BORUTLP

Signature: JBORUTLP

Date: 06/8/98

---

**MEDICAL PROBLEM(S)**

Hx Psych

**TREATMENTS/MEDICATIONS**

Motrin ttabs PO TID × 90 Days
Tylenol tt tabs PO TID × 90 Days
Maalox 30cc PO TID PRN × 30 Days
Lithium 300mg PO TID × 30 Days
Elavil 225mg PO QHS × 30 Days

---

**Allergies:** NKA

**TB Skin Test:** Result ___ Date 1/27/4)
**CXR:** Result ___ Date ___

---

**Pregnant:** Yes (No) Unknown

| Test | | Treated | Date |
|------|--|---------|------|
| RPR: | Result ___ | Yes No | |
| VDRL: | Result ___ | Yes No | |
| GC: | Result ___ | Yes No | |
| Other: | ___ | Yes No | |

**Other Lab Data:**

---

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

PRINT ONLY                PRINT ONLY                PRINT ONLY

Date: 7-28-97          Facility/Institution: NBDC

Name of Inmate: William M Hicks       D.O.B.: 9 10 63    Sex: M
        OLD BS95-14533
I.D. # New Arrect BS97-17026          Cell #: 12-Ł-14-4

Problem: (in your own words)

I request to Have order For tylnol 3x DAY till I
SEE DR DAVIS M.D. I Have to Be a dre main competet
to stand trial so I ask For small STEPS to nsure I
main tain a level headed person "I Have a lot of pain"

**DO NOT WRITE BELOW THIS LINE**

STAFF SECTION

Person Triaging: D Richardson      Date: 7/28/97    Time: 4 pm
              (Name)
                                    BELLA RICHARDSON, LPN
Disposition: _____                        NBDC

FOR STAFF USE ONLY

S:        as stated above

                                    Jaw
O: Pt C/o pain in head & shoulder,  No swelling noted
                                    elbow

                                    Jaw
A: R/O pain in head & shoulder.  Alt in comfort,
                                    elbow

P: Tylenol 2tabs po tid prn x 5 d  per protocol.

E: Rest. Take pain med as needed,

Date: 7/29/97   Time: 9P   D Richardson
                              Health Service Signature
                                    BELLA RICHARDSON, LPN
                                    NBDC

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01



**EMSA CORRECTIONAL CARE**

*need response P.i.s.a.p*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL ☐ MEDICAL ☑ MENTAL HEALTH

(Please check one of the above)

---

PRINT ONLY    PRINT ONLY    PRINT ONLY

Date: 7-28-97    Facility/Institution: N B D C

Name of Inmate: William Hicks    D.O.B.: 91063    Sex: M

I.D. #: B592-17076    Cell #: 12-1-14-4

**Problem: (in your own words)**

I Hicks ask you to please allow me to go to main jail so I may feel better and be close to lawyer" Emotionally I don't feel well here and am requesting Backunal "need to get medication and progress for trial" Thanks - A.S.A.P please speak to me. Don't feel good.

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Person Triaging: D Richardson (Name)    Date: 7/29/97    Time: 10:20 pm

Disposition:    DELLA RICHARDSON, LPN

---

**FOR STAFF USE ONLY**

S: As stated above

O: Pt states "I don't want to be here, I want to go to the main jail." Pt also request medications

A: Alt in comfort - move.

P: Refer to mental Health

E: Referral will be made.

Date: 7/30/97    Time: 7P    D Richardson    DELLA RICHARDSON, LPN
NBDC

Health Service Signature

---

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

 **EMSA** CORRECTIONAL CARE



## INMATE MEDICAL REQUEST FORM

( ☑ DENTAL )   ☐ MEDICAL   ☐ MENTAL HEALTH
(Please check one of the above)

| **PRINT ONLY** | **PRINT ONLY** | **PRINT ONLY** |
|---|---|---|

Date: 2-28-97    Facility/Institution: N B D C

Name of Inmate: William m Hick    D.O.B.: 9-10-63   Sex: m
OID # BS95-14533
I.D. # BS92-17078    Cell #: 12-1-H-4

**Problem:** (in your own words)

I Have two problems " one I need to Have upper
jaw looked at and right side of jaw and I need to
speak of Diet " Have severe tooth pain upper Left.
NEED TO SEE A.S.A.P.

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: D Richardson    Date: 1/28/97 Time: 4 Pm
(Name)

Disposition: _____ STC    DELIA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: _____

E: _____

Date: _____ Time: _____
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate
CL 1480-01

BROWARD SHERIFF'S OFFICE
DEP.  .ENT OF CORRECTIONS AND REHABIL.  .TION
INMATE'S REQUEST FORM

*LAW superintendant*    *ASAP*    *2ND request*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

=========================================================

## TO BE COMPLETED BY INMATE

Date of Request: _7-30-97_      Inmate's Name: _William M Hicks_
(Alias, if used)

Arrest #: _BS97-17076_      Location: _12 1 -H 4_    DOB: _5-10-63_

To: _Barbra LAW_

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: _Ma-am- I Hicks stat as requist Sexual day_
_ago already, I'm seeking medical as I reduced_
_Back from "Chattahoochee FL" which I'm subpose to Be_
_receiving some treatment "os of now" I still fight for_
_medical here "since day one Back" I'm in BSOCAre + you_
_are to subpoly me medical or will stat while procedure_
_William M Hicks → allow again are_
_medical_

Inmate's Signature _____    Date Signed _____

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

------------------------------------------------------

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_8/11/97 RE: EMBA_
_8:45_ _Seen by dentist_

DR. GLENN PEARSON
RMDS/Main

Completed By: _____    CCN _____    Date: _____    Time: _____

=========================================================

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** *CORRECTIONAL CARE*

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _NORTH BROWARD BUREAU_

Inmate I.D. # _BS9747096_

Inmate Name: _Hicks, William_    D.O.B.: _9/19/63_

Date of Last H & P: _7-25-97_    Date of Last PPD: _7-25-97_    Results: _8 mm_

Allergies: _NKA_

Current Health Problems: _Hx. Psych , "pain all over"_

Current Medication (Name, Dosage, Frequency, Duration:) _Tylenol tabs 2 Po tid PRN X 5 days_

Physical Disabilities/Limitation: _Ø_

Assistive Devices/Prosthetics: _Ø_

Glasses: _Ø_    Contacts: _Ø_

Follow-up care needed: _PRN_

Signature _V. Min ab  Valerie Mindle, RN  North Broward_    Date _7-31-97_

## TRANSFER RECEPTION SCREENING

Facility: _MJB_    T _98_ P _76_ R _20_ B/P _120/74_

S: Current Complaint: _I have pain all over my body_

Current Medications/Treatment: _Tylenol tabs P6 PRN X 5)_

O: Physical Appearance/Behavior: _Cooperative calm_

Disposition: ( ✓ ) General Population    ( ) Infirmary    Referral: ( ) Medical    ( ) Dental    ( ) Mental Health

When:    ( ✓ ) Immediately    ( ) Sick Call    ( ) Other _____

Signature _[signature]  BARBARA CODRINGTON, RN  MAIN JAIL BUREAU_    Date _8/4/97_

CC 027

779-4

*Todd
Schwartz*

BROWARD SHERIFF'S OFFICE
DEP. ENT OF CORRECTIONS AND REHABI. TION
INMATE'S REQUEST FORM

AUG 0 4 1997

If you haven't asked the housing unit deputy to solve this problem, ~~do so before completing~~ this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-1-97                    Inmate's Name: William W Hicks
                                                              (Alias, if used)

Arrest #: BS97-17076                    Location: 7-B-5    DOB: 9-29-63

To: TODD Schwartz    MEDICAL

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: Hello Sir, Sir I request to speak to you
Sir If I may, PLease to receiving certain medical
as the Hea, the Raw Raw Root Frain chadahachee for
which I was all the caught at URDC for it But I have
can't cled to seeing Dr. and that you please set it
DPLease and until I'm back. Thank you for your time Sir
William W Hicks                                8-1-97
Inmate's Signature                            Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

8/11/97 Seen by dentist
8:45 a.m. Seen by dentist    DR. GLENN PEARSON
                             NBDC/Main

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information                    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** CORRECTIONAL CARE

BS97M076

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-1-97          Facility/Institution: M - J

Name of Inmate: William m Hicks    D.O.B.: 9 - 10 - 63

I.D. #  BS95-17076  010 F  BS95-14533    Cell #: 7 B 5

Problem: (in your own words)

Need to speak to M.D Doctor For proper medication For severe pain to Head "cause Head trauma" Thank you  ASAP

**DO NOT WRITE BELOW THIS LINE**

---

### STAFF SECTION

Disposition: S/C

Person Triaging: M. Gllen LPN          Date: 8-1-97    Time: 1940

(Name)

**FOR STAFF USE ONLY**

S: "I need something for my heddache"

O: 40 severe H/A due to head injury sometime ago

A: alt in comfort

P: H/A referral

E:

Date: 8/6/97 11 Am    Z Ross LPN

LAURA ROSS, LPN
BAIN JAIL BUREAU
Health Service Signature

---

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☑ DENTAL        ☐ MEDICAL        ☐ MENTAL HEALTH

(Please check one of the above)

7/22

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-1-97          Facility/Institution: M - J

Name of Inmate: William M Hicks     D.O.B.: 9 10 65

I.D. #: BS97-17076 010# BS95-14533  Cell #: 7 B2 5

Problem: (in your own words)

I Have dental pain" need Help
also SEEK proper Food diet also.

        THANKS        A.S.A.P

**DO NOT WRITE BELOW THIS LINE**

---

### STAFF SECTION

Disposition: Dental

Person Triaging: M Connon        Date: 8/1    Time: 1445
                    (Name)

**FOR STAFF USE ONLY**

S:

O:                                          AUG 0 5 1997
                                        Andrea Craig
                                     Dental Assistant EMSA

A:

P:

E:        Seen by dntd

Date: 8/11/97        838 m                Andrea Craig
                    Health Service Signature    Dental Assistant EMSA

CL 1480-40                                                                7/94

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Inmate's Name _William H. Hicks_  Arrest# _BS97-17076_  Cell _12-1-H-4_  Facility _N.B.D.C._  Date _7-31-97_

### PART A - INMATE'S GRIEVANCE

RE EMSA: This company has almost killed me, denied I medical, lied, cover ups, all so as I was sent to charlotte harbor for medical care & I returned I came back to N.B.D.C. where it all happened all 10 days ago, no given medications on such meds. That to remain competent to cto trial But How? I still Fight for medical "care, forcing me to Higher Beside & law, I am to assure you I will be EVERY right, statute, law available. I Filled out request HND sick call slips William in Hicks

Inmate's Signature _William in Hicks_  Date Signed _7-31-97 a fuckin joke_

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

RECEIVED AUG - 5 1997

Sir you were seen 8-6-97 a referral was done for you to be evaluated by the Physician Assistant.

Reviewing Deputy's Signature/CCN _____  Date _____

Supervisor's Signature/CCN _____

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Date _8-8-97_

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____  Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature _____  Date _____

BSO DJ#51 (Revised 4/93)



**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☑ DENTAL          ☐ MEDICAL          ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _8·12·97_          Facility/Institution: _M J_

Name of Inmate: _William m Hicks_          D.O.B.: _9 10 63_

I.D. #: _BS97-17026_          Cell #: _7-13-2⁵_

Problem (In your own words):

_IN pain "Need to SEE Dentist please_
_A.S.A.P._
_Not 20 days From Now please_

I am aware that there is a fee for sick-call and a fee for each prescription. Charges will be made to my commissary account.

Inmate Pre-Authorization: _____

                                   Inmate Signature

**\*\*\*\* DO NOT WRITE BELOW THIS LINE \*\*\*\***

### STAFF SECTION

Disposition: _S/C_

Person Triaging: _JANET TAYLOR, LPN_          Date: _8/12/97_   Time: _1845_
(Full Name)  MAIN JAIL

**FOR STAFF USE ONLY**

S:

O:

> RECEIVED
> AUG 15 1997
> Andrea Craig
> Dental Assistant · EMSA

A:

_Seen by dental_

P:

_8/18/97_                    _____          *Andrea Craig*
Date                         Health Service Signature   *Dental Assistant · EMSA*

CC 035                    White · Medical Department    Yellow · Other    Pink · Inmate

A.S.A.P.
please

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REH... ...LITATION
INMATE GRIEVANCE FORM

A.S.A.P.
please

AUG 12 1997

TO BE COMPLETED BY INMATE

Inmate's Name: William M. Hicks          ID # 8595-14533
Arrest#: BS92-12076    Cell: 7-B-25    Facility: M-J    Date: 8-10-97

PART A - INMATE'S GRIEVANCE

RE EMSA.
I, Hicks have came back on 7-22-97 From Florida State hospital "telling me I was sent do to your Fault EMSA, you lied, lied, lied "also your abuse Forced me incompetent to stand trial" now I'm back since 7-22 Till now 8-11 = 20 Days "I've asked nicely, politly, also this request for Todd Schwartz But no response" I can't tell you how important it is To provide me with medical "you use to Fuck you are "not me" you Better Provide new" it is cheaper q you placing BSO Deeper in your corruption"

Inmate's Signature: William M. Hicks     Date Signed: 8-10-97  Thanks For your Support

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
PART B - RESPONSE

Sir You were evaluated + No Meds were ordered

Reviewing Deputy's Signature/CCN          Date: 8-13-97

Supervisor's Signature/CCN          Date:

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

DIRECTOR'S RESPONSE TO APPEAL

Director's Signature          Date

BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPT CORRECTIONS AND REHAB
INMATE GRIEVANCE FORM

TO BE COMPLETED BY INMATE

OID # BS95-14533

Williams m. Hicks                    BS97-17026    7-B-5    Nm J    8-10-87
Inmate's Name                        Arrest#       Cell    Facility  Date

RE: B.S.O.    EMSA    PART A - INMATE'S GRIEVANCE

I Hicks Have come back From chattahoochee Fl "Hsp2" do to the ABUSE, neglect, Emotional ABUSE of assaults ad no medical, this same System who's supose to protect the innocent till prov n guilty Has Failed, "I'm sure no supprise"! I'm supose to be on medication, which I arrived Back 7-22-97 ad now is 8-1-97 = 70 DAYS of pain ad suffering" I cp't say how important it is For you to provide medical "at Least 7cm ad I'm tied of Fighting "asking" Just the ABUSE ad neglect is about 50 million $ So you play.

William m. Hicks
Inmate's Signature                              Date Signed  8-10-07
                                                Thanks Fa
                                                your
                                                supant.

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

═══════════════════════════════════════

**TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW**
**PART B - RESPONSE**

You were seen 7-25-97 by the psychiatrist
No meds ordered

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Reviewing Deputy's                              Date

Supervisor's Signature/CCN                      8-13-97
                                                Date

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**
I _____, wish to appeal the response.

Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

**DIRECTOR'S RESPONSE TO APPEAL**

_____

_____

_____

_____

Director's Signature                            Date
BSO DJ#51 (Revised 4/93)

*EMSA*
*Director*
*Kevin*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*Director*
*Kevin*
AUG 18 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-15-97          Inmate's Name: William M Hicks
                                                 (Alias, if used)

Arrest #: BS97-17076  010#BS95-14533   Location: 2-B-2 5      DOB: 9-10-63

To: MEDICAL Director OF "EMSA" Kevin

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: SIR, I have a medical problem which is part caused By EMSA
I Have another court order to Force EMSA to provide such al medical which
By right I'm to get", Please note I sought Since 7-22-97 "26 DAYS" still un Deal
al I Just come Back From chattahoochee state hospital do to ABuse By EMSA
I suggest ya give me what I need to mantain I Stay compitent For trial" Inv
Doctars now" int to morrow" I need Five things so don't take Lightly" I'm not

William M Hicks                              John Demon  THANKS
                                            8-15-97
Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

You were evaluated by Dr Limia on 7-25-97
and no meds were ordered and none were recommended
Upon your return.

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
CCN MAIN JAIL BUREAU
Completed By: [signature]          Date: 8-19-97      Time: 11a

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information                    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA CORRECTIONAL CARE**

RECEIVED
AUG 15 1997

# INMATE MEDICAL REQUEST FORM

ASAP

☐ DENTAL          ☑ MEDICAL          ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-15-97                    Facility/Institution: M-J

Name of Inmate: Fields William      D.O.B.: 9-10-63

I.D. #: BS97-17076 OID# BS95-14533   Cell #: 2-15.2⁵

Problem (In your own words):

I requested M-D Doctor on 7-28-97 al was told I was placed
to SEE Doctor "well I Haven't" ID Like it EF you place me on For
weekend "I need to SEE "I came Back on 7-27-97 From Chattahoochee
hospital "So I need to SEE Doctor "Expect to remain competent" HA.

I am aware that there is a fee for sick-call and a fee for each prescription. Charges will be made to my commissary account.

LAST Request was 7-28-97

PATIENT NEEDS MEDICAL

Inmate Pre-Authorization: _____

Inmate Signature

**** DO NOT WRITE BELOW THIS LINE ****

## STAFF SECTION

Disposition: SC

GAIL WASHINGTON, LPN
MAIN JAIL

Person Triaging: GWash          Date: 8/15/97    Time: 150
(Full Name)

FOR STAFF USE ONLY

S: Seen by Dr. Ucker 8/18/97 —

KAREN DOGELTREE, RN
MAIN JAIL BUREAU

O:

A:

P:

Date _____          Health Service Signature _____

CC 035          White - Medical Department     Yellow - Other     Pink - Inmate

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

if you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-15-97

Inmate's Name: William m Hicks
(Alias, if used)

Arrest #: BS97-17076  old # BS95-14533

Location: 2-13-2 5   DOB: 3-10-63

To: Doctor Pierce "DDS  DEntal

| | | | | |
|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary ☐ |
| Classification | ☐ | Food Service | ☐ | Other ☐ |

Nature of Request: SIR, EHicks saw you and I asked if you could please place me on paid meals ala diet to insure the pain in my Head "trauma" and stomach caused by EMSA staff dount get worse and that I stay competent for trial," on 7-13-97 I had come to ask me the medical Invel so you still have not subpheinin-cradt response" I ask you to place me on 1800 calorie diet with snack SIR all to insure my pain med dont prevent till I can see a m.D. Doctor who is voied 26 days. Thankyou SIR 8-15-97
William m Hicks

Inmate's Signature _____  Date Signed _____

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

RECEIVED
AUG 22 1997
Andrea Craig
BY Assistant EMSA

Rx done by PA on 8/21/97

DR. _____ SON
BCJ Main

Completed By: _____  CCN _____  Date: _____  Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information     ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** 8/18/97

**INMATE NAME:** Hicks, William

**ARREST #:** BS9717076

**D.O.B.:** 9/19/63    **LOC:** 7B2    2G #1

**Please check the box for the ordered diet:**

☐ CLEAR LIQUIDS

☐ FULL LIQUIDS

☐ 2400 CALORIE ADA (with evening snack)

☒ 2800 CALORIE ADA (with evening snack)

☐ REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐ PREGNANCY DIET

☐ ALLERGY TO:_____(Please be specific)


**Physician/Dentist/Psychiatrist/PA:** Dr. Wecker.

☒ **THIS DIET ORDER IS PERMANENT**     **RENEW EVERY 30 DAYS**

☐ **THIS DIET IS TEMPORARY**     ☐ **FOR A PERIOD OF_____DAYS**

☐ **RETURN TO REGULAR DIET**

White - Medical          Yellow - Kitchen

**EMSA** *CORRECTIONAL CARE*

**MEDICAL PASS**

DATE: 8/18/97

RE:

NAME: Hicks, William

ARREST: 1359717076

D.O.B.: 9/19/63

*DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:*

| | PLACE AN "X" ON THE ITEMS BEING ORDERED | DURATION OF PASS ORDER | | | |
|---|---|---|---|---|---|
| | | 1 MO. | 2 MOS. | 3 MOS. | INDEF. |
| EXTRA MATTRESS | | | | | ✓ |
| EXTRA PILLOW | | | | | ✓ |
| EXTRA BLANKET | | | | | |
| LOW BUNK ASSIGNMENT | | | | | |
| WHEELCHAIR | | | | | |
| CANE | | | | | |
| WALKER | | | | | |
| OTHER | | | | | |

* MEDICAL APPLIANCES FROM PROPERTY:

READING GLASSES ☐ INDEFINITE TILL RELEASED

EYEGLASSES ☐ INDEFINITE TILL RELEASED

OTHER ☐ (SPECIFY) _____

_____

HEALTH PROVIDER SIGNATURE

DR. CRAIG UECKER
STAFF PHYSICIAN

NAME STAMP OR PRINTED NAME

*NOTE: COPY OF THIS FORM TO BE DISTRIBUTED TO THE PROPERTY DEPUTY IF THIS AREA WAS COMPLETED*

CC 033          WHITE - HEALTH RECORD          CANARY - HOUSING UNIT          PINK - CLASSIFICATION UNIT

# EMSA CORRECTIONAL CARE

**MEDICAL PASS**

DATE: 8/18/97

RE:

NAME: Hicks, William

ARREST: 1359717076

D.O.B.: 9/19/63

*DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:*

| | PLACE AN "X" ON THE ITEMS BEING ORDERED | DURATION OF PASS ORDER | | | |
|---|---|---|---|---|---|
| | | 1 MO. | 2 MOS. | 3 MOS. | INDEF. |
| EXTRA MATTRESS | | | | | ✓ |
| EXTRA PILLOW | | | | | ✓ |
| EXTRA BLANKET | | | | | |
| LOW BUNK ASSIGNMENT | | | | | |
| WHEELCHAIR | | | | | |
| CANE | | | | | |
| WALKER | | | | | |
| OTHER | | | | | |

\* MEDICAL APPLIANCES FROM PROPERTY:

READING GLASSES ☐ INDEFINITE TILL RELEASED

EYEGLASSES ☐ INDEFINITE TILL RELEASED

OTHER ☐ (SPECIFY) _____

_____

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-19-97          Inmate's Name: William M Hicks
                                                (Alias, if used)

Arrest #: BS97-17076          Location: 7-13-2 5     DOB: 8-10-65

To: Doctor Pierce DDS          DENTIST

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request:     A S A P !

SIR, I spoke to Doctor on 8-18-97 ad
I need you to please Review my moltrin
So it dosn't Run out tHis week" Still well
For Serious pain management"
           THAnk your For your time

William M Hicks                    8-19-97
Inmate's Signature                 Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

RECEI▢
AUG 2▢
Amstad C▢
BY Medical Assistant EMSO

Rx done by PA on 8/21/97
DR. ELEN▢ PERSON
BSO Main

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*Director*
*OF*
*EMSA*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

RECEIVED
AUG 21 1997
DISPOSED

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-21-97                    Inmate's Name: William m Hicks
                                                           (Alias, if used)

Arrest #: BS97-17076          Location: 7-13-2 5          DOB: 9-10-83

To:

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: RE: Sych medication od Doctor"
You said I met with Sych doctor which is not true and
now is 31 days with no medication. I'm sure is a honest
Lie on doctors behalf: IF I spoke "please produce copys of
refusal or eceptance forms" you know there should be one "right"
also note there still is a doctors "routorder" for medical" mints
William m Hicks                                    8-21-97
Inmate's Signature                                 Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

---

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

You have been Seen by the psychiatrist
I will have you see him again

Completed By: _____  Date: 8-26-97   Time: 11:22
KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*Dire EmSA*
*please forward*
*EmSA*
*compliced*
*[medical]*

BROWARD SHERIFF'S OFFICE
DEPARMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

AUG 27 1997

[If y]ou haven't asked the housing unit deputy to solve this problem, do so before completing
[this] request.

## TO BE COMPLETED BY INMATE

[Date] of Request: 8-22-97          Inmate's Name: William m Hicks
                                              (Alias, if used)

[Reque]st #: BS97-12076 old* BS95-14533    Location: 7-B-2 S      DOB: 9 10 63

[T]o: Kevin    "EmSA director"

| Program Specialist | [] | Mailroom | [] | Commissary | [] |
| Classification | [] | Food Service | [] | Other | [x] |

[Nat]ure of Request: SIR, I Hicks Ask that you please
take time to go through my chart to try and Figure
IF what DR Lima Says is a mistake me For some one
else, Please as I'm requesting you personally view
Thank you For your time SIR.

William m Hicks                              8-22-97
[In]mate's Signature                         Date Signed

[WHE]N COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
[BO]X LOCATED IN EACH POD.

---

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

[Com]pleted By:_____ CCN_____ Date:_____ Time:_____

[Al]l requests will be handled by the responding deputy in one of the following ways:

[] Written Information          [] Personal Interview

[Al]l grievances will be responded to, in writing, by the Office of Information and Review.

[B]SO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

2668

## TO BE COMPLETED BY INMATE

(B)T8595-14573

| Inmate's Name | Arrest# | Cell | Facility | Date |
|---|---|---|---|---|
| William M Hicks | BS97-7707b | 7-B-2 | N-Jail | 8-24-? |

### PART A - INMATE'S GRIEVANCE

get medical. So on 8-13-97 I had judge court order this jail to "provide" so if I saw this Dr Linus why would I have gone through all those steps to ensure in him I get medical I want to SEE papers of time we met" papers I sighed as refusals all other papers. TO B.S.O" please note "Dr SA has put you in deep shit By Lies now I have another Doctor living. "To roun i need to do some thing in court" Please don't take to Slowly " I only get 'what I'm to have "no more"

Inmate's Signature _____  Date Signed ___ Thank's

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Please not "when it two years ago" Still Fractures in Face "you Figure"

Reviewing Deputy's Signature/CCN _____  Date _____

Supervisor's Signature/CCN _____  Date _____

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____  Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____  Date _____
BSO DJ#51 (Revised 4/93)

RECEIVED
SEP 04 1997

CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

William M Hicks     BS97-17076   7-13-2   M-Jail   8-24-97

Inmate's Name        Arrest#    Cell   Facility    Date

### PART A - INMATE'S GRIEVANCE

I'm told I was evaluated by Dr Limia, "Sych" which I find this hard to Be true data ① I don't drink in Jail ② I don't take illegal drugs in Jail ③ I'm not on Sych drugs un paid meds at that time. So How can this doctor claim I saw him on 7-25-97 when I returned to Jail on 7-22-97 From chattahoochee hospital. I Filed my request, grievance, and told Lawyers, Family and Judge I can't

_____      _____
Inmate's Signature                    Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

You were seen again by Dr Limia On 9-2-97 he discussed and showed you what was written in July 97 your status at the Current time is that you are not in need of psych meds.

_____      _____
Reviewing Deputy's Signature/CCN        Date

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

_____      9-5-97
Supervisor's Signature/CCN            Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____      _____
Inmate's Signature                    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____
_____

_____      _____
Director's Signature            Date

BSO DJ#51 (Revised 4/93)   "Please send reply Back"

**EMSA** CORRECTIONAL CARE



RECEIVED
AUG 27

# INMATE MEDICAL REQUEST FORM

☐ DENTAL ☑ MEDICAL ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _8-27-96_  Facility/Institution: _N.B.D.C_

Name of Inmate: _William M Hicks_  D.O.B.: _9-10-63_  Sex: _M_

I.D. #: _BS95-14533_  Cell #: _12-1-A-3_

Problem: (in your own words)
_I Request to see doctor, Per Head Injurys tHat have caused severe head aches And pain._

_~now~ +HANKS    Ive Requested many many Times_

**DO NOT WRITE BELOW THIS LINE**

## STAFF SECTION

Person Triaging: _CChambers_  Date: _8/7/96_  Time: _11 am_
(Name)

CRYSTAL CHAMBERS, RN
NBDC

Disposition: _____

**FOR STAFF USE ONLY**

S: _States Wants to be back on Flexeril_

O: _Flexeril ran out on 8/23/96_

A: _R/o alteration in comfort_

P: _Refer to clinic_

E: _Instructed to take midrin as ordered_

Date: _8/23/96_  Time: _11Am_  _CChambers, RN_    CRYSTAL CHAMBERS, RN
NBDC
Health Service Signature

White – Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _____   Facility/Institution: _N B D C_

Name of Inmate: _Hicks William E_   D.O.B.: _5/12/59_ Sex: _M_

I.D. #: _B 963 357_   Cell #: _9 A 4_

Problem: (in your own words)

_Lower Back + Left side, sholders have_
_some ins for some help with county docs_

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

ROBIN THURSTON, LPN
_NBB_

Person Triaging: _Robin Thurston_   Date: _8-24-96_ Time: _0800_
(Name)

Disposition: _SICK CALL_

**FOR STAFF USE ONLY**

S:

O:

A:

P: _Seen fn pt— see progress note_

E:

Date: _8/25/96_ Time: _12³⁰ᵖ_   _MILDRED BRYANT N_
_RNBryN RN_
Health Service Signature

CL 1480-01



**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL          ☐ MEDICAL          ☑ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-29-97                    Facility/Institution: M-Jail

Name of Inmate: William m Hicks          D.O.B.: 9 10 65

I.D. #: BS97-17076 old # BS95-14533      Cell #: 7-B-2⁵

Problem (In your own words):

I've Been Back From Florida State hospital Since 7-32-77 and I Have yet To SEE a Sych doctor. I ASK To please See a doctor So I may discuss my mental problems as I've Been diagnosed By proper Sych doctors" Thanks
3RD request

I am aware that there is a fee for sick-call and a fee for each prescription. Charges will be made to my commissary account.

Inmate Pre-Authorization: _____

Inmate Signature

### **** DO NOT WRITE BELOW THIS LINE ****

**STAFF SECTION**

Disposition: Mental Health

Person Triaging: C Boggs LPN (Full Name)    CHRISTINA BOGGS MAIN JAIL MEDICAL BUREAU

Date: 8-30    Time: 1900

**FOR STAFF USE ONLY**

S: _____

_____

_____

O: _____

_____

DR. MEL LIMIA, STAFF PSYCHIATRIST, MAIN JAIL

A: _____    SEP - 1 1997

_____

_____

P: _____

_____

_____

Date                    Health Service Signature

CC-035          White - Medical Department     Yellow - Other     Pink - Inmate

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*A.S.A.P.*

RECEIVED
SEP 03 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: *9-1-97*        Inmate's Name: *William M Hicks*
                                            (Alias, if used)

Arrest #: *BS97-17076*  cid # *BS55-14533*   Location: *2-B-2 ⁵*   DOB: *9-10-63*

To: *Doctor Limia  "SVll"*

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: *Dear DR Limia, I have placed a Formal complaint*
*against your Licence For "① Falsifying charts ② stating I refused*
*medical treatment ③ Lying." you Sir had had guiret authee*
*time, I wrote request a Accurate evaluaces to iNsure I still*
*get help. you Sir have lied to iNsure that I recieve the*
*ultimate price iN trial For a Crime I did not guilty oF" I'll recieve*
*this Anti Con Surgery" Note I have proof to Back all I say" Thanks*
     *William M Hicks*
Inmate's Signature *"THis is your notice oF complaint"*        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

--------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____

_____

*Charted*

_____

_____

Completed By: *Limia*   CCN _____   Date: *9-5-97*  Time: *5 am*

All requests will be handled by the responding deputy in one of the following ways:

☑ Written Information            ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

INMATE GRIEVANCE FORM

SEP 04 1997

## TO BE COMPLETED BY INMATE

William M Hicks     BS97-17076    2-B7    M-S    9-20-97

Inmate's Name             Arrest#     Cell   Facility     Date

### PART A - INMATE'S GRIEVANCE

RE nurse on 7-3pm Shift: At 1:00pm I tried to get medication due to we was in lock down and caught out on an exam so we had to rely on the nurse to call all names out "will she call 3 names and that's it as I tried to voice my request couldn't be heard" I asked deputy "Floor Housing" to allow me to get "is that me, the Floor set C P/O" nurse stood there "as I asked questions she was disrespectful "don't talk to me or call her for own fault" this is when does this everyday if, if you try to talk to her "she conceal I Rate all the meaning

William M Hicks            9-20-97

Inmate's Signature                  Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Sir I will review the medication pass procedure with the Nurse in question, and all Nursing staff.

Reviewing Deputy's Signature/CCN          Date

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Supervisor's Signature/CCN       9-5-97    Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                  Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                  Date

BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

SEP 08 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-5-97                    Inmate's Name: William m Hicks
                                                          (Alias, if used)

Arrest #: BS97-17076              Location: 7-R-2 S   DOB: 90755

To: Director OF EMSA "Kevin"

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: SIR, I HICKS William request you to
Set up a time for me to review my File on
Medical Regarding Dr Limia Stating he Saw me
on 7-25-97. I Ast him all he denies any report in File
But unto I reviewed with a medic what he wrote
I Ast you as a right of mine all in good Faith THnk you
William m Hicks                              9-5-97
Inmate's Signature                           Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD. "THnks For your Full understanding"
-------------------------------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

As I Discused with you and Dr Limia, you claim
that he did not see you 7-25-97 and he has written
a note in the chart so I have no way of saying
that he did or didn't see you. You also stated that
you need nothing from us at this time.

Completed By: Kevin R Jorgenson    KEVIN JORGENSON, RN, BSN    9-8-97    Time: 12 pm
                                   ASST. HEALTH SERVICE ADMINISTRATOR
                                   MAIN JAIL BUREAU

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ✗  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☑ DENTAL   ☐ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-14-97     Facility/Institution: M-Jail

Name of Inmate: William M Hicks   D.O.B.: 9-10-63

I.D. #: BS97-17026     Cell #: 7 B 2 5

**Problem: (in your own words)**

I need to SEE dentist please AS I have severe tooth pain.

ThankS send request now 8 days

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Disposition: Dental

Person Triaging: 9 Taylor (Name)   Date: 9/16/97   Time: 18:15

**FOR STAFF USE ONLY**

S:

O:

RECEIVED
SEP 16 1997
Andrea Tang
BY: Med Assistant EMSA

A:

P: Seen by dentist

E:

Date: 9/22/97   Dr. Glenn Pearson
Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CI 1480-40                                                                    7/94

*TO...*
*Kevin J.*

WARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*A.S.A.P*

(Copy)

you haven't asked the housing unit deputy to solve this problem, do so before completing
is request.

## TO BE COMPLETED BY INMATE

te of Request: __9-16-97__          Inmate's Name: __William M Hicks__
                                                    (Alias, if used)

rest #: __BS97-17076__              Location: __7-B-2 S__    DOB: __9-10-63__

To: __Kevin Jorgenson "EMSA"__

Program Specialist    ☐     Mailroom        ☐     Commissary     ☐
Classification        ☐     Food Service    ☐     Other          ☒

ture of Request: __MR Kevin, I had sent many request and grievances and I__
__get no response "I Filed several medical request and same" I sought to speak for__
__over 9 days now "Seems to have a BSO & EMSA interference again," you spoke__
__to my mom today, "Said I'll see Rx tonight "no doctor" I did not happen breath__
__I need to speak one last time before this weekend please To straighten out__
__any of your medical problems. I suffer aliment to speak "last request" thanks__
__Miss S. McCampbell has copies of all I do so Because & I'll + to speak__
__William M Hicks__                                    __9-16-97__
                                                       __To you,__
nmate's Signature                    Date Signed

HEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
OX LOCATED IN EACH POD.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

__I personally took you to see the P.A. on 9-17-97__
__There was not a doctor available the night of the__
__16th__

ompleted By: __D. Ley__    CCN    Date: __9-26-97__    Time: __3:19p__

ll requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

ll grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

## EMSA CORRECTIONAL CARE

### MEDICAL / MENTAL HEALTH RELOCATION REQUEST

**DATE**               :   9-19-97

**MEMORANDUM TO**  :   BSo

**FROM**               :   EMSA

**INMATE NAME**     :   Hicks, William

**ARREST NUMBER**  :   BS97/2022

**DATE OF BIRTH**    :   9-19-63

**PRESENT LOCATION** :   7R2S

**TRANSFER TO**     :   GENERAL POPULATION          _____

                              SHELTER CARE                     _____

                              MENTAL HEALTH                   _____   (LIST UNIT)

                              INFIRMARY                        _____

                              COMMUNICABLE DISEASE        _____

**REASON FOR REQUEST:**

_____

_____

_____

_____

_____

_____

_____

_____

**NOTE:**          ORIGINAL TO CLASSIFICATION
                       COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

DEPARTMENT OF CORRECTIONS AND REHABILITA...

INMATE'S REQUEST FORM

SEP 18 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-18-97     Inmate's Name: William M Hicks
(Alias, if used)

Number: BS92-17076     Location: 7-D-2²     DOB: 9-10-63

To: David "Borgeson" "EMSO Director" MEDICAL

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | |

Nature of Request: SIR, I try to Focus on my trial Friendly But once again
I have a another Small problem, I don't recieve my 2800 calorie
Diet since 9-17-97 all milk all Bags. I had placed out it For
medical reasons cause By this Jail and EMSO I ...
Please tell the kitchen to insure I recieve my Diet please
all then get to mess with me "Thanks For you help So Fare"

Inmate's Signature: William M Hicks     Date Signed: 9-18-97

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM, RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Your Diet order is on file in the kitchen
Please Contact Trinity if they have made a change

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

DSO E0624 (Rev. 4/93)

TO BE COMPLETED BY INMATE

William m Hicks ___ 7597-77071 7-D-2 ___ mail ___

Inmate's Name ___ Arrest# ___ Cell ___ Facility

RE: "internal Affairs"

PART A - INMATE'S GRIEVANCE

I asked internal Affairs over 17 months ago to halp R, + this are;
told me at M.B.DC "no inmate receive Better health care then people +
I asked him to please put that in writing", and "I hoped that the on one
ol is to provide hom control "rights" to people all police them selves" I
also that the internal affairs would please do a investigation into the
corruption in medical at my trial" East date to trial is now, after trial
will Be me done so I ask that you let me know" In a christian "Be forward wi
William m Hicks

_____          9-29-99
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

SEP 30 1999 TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW

PART B - RESPONSE

I Will Be with you "FF not 'owell" Thank you.

_____

_____

_____

Reviewing Deputy's Signature/CCN                    Date

Supervisor's Signature/CCN                          Date

TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature                    Date

BSO DJ#51 (Revised 4/93)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

TYPE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

William M Hicks

Inmate's Name

BS97-1476   7-D-1   M-Jail   9-20-97
Arrest#    Cell   Facility   Date

### PART A - INMATE'S GRIEVANCE

TO B.S.O & D.O.C,

REGARDS S. McCampbell do to Jail cont. allows I to Focus on trial about Having SOI.
Focus on B.S.O & D.O.C & EMSA" McCampbell knows of all trauma to head. Suffered at M.J.
B.S.O. Deps and known violent inmate, no medical For severe Fracture to head. Since
She knew which constitute, & she is to run a system and jail system which is to provide
safety and rights to all inmates & all Deputys. She allows still deputys to assault "threaten"
& threats of Bodily harm phliss wrong Ful use of Badge "corruption" allows miss adme Holmes
to violate all rules & to use people to harm my life & do things they wouldn't norm do.
William M Hicks

Inmate's Signature                                        Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

RECEIVED
SEP 30 1997

Reviewing Deputy's Signature/CCN                          Date

Supervisor's Signature/CCN                                Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature                                        Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                                      Date
BSO DJ#51 (Revised 4/93)

## EMSA CORRECTIONAL CARE

### CONSENT TO MEDICAL / SURGICAL / INVASIVE DIAGNOSTIC PROCEDURE(S)

I request _Dr. Glenn Pearson_ M.D./D.O. and such associates and assistants as he/she may deem

necessary or direct to perform upon _Hicks, William_ the following procedure(s):

_LA for filling # 20_

If during the course of the procedure(s), the discovery of unforeseen conditions requires, in the judgment of the persons described above, different procedure(s) than those planned, I authorize such different procedure(s) as are deemed appropriate.

I understand that no warranty or promise has been made to me regarding the outcome of the proposed procedure(s) or cure of any condition, and the risks presented by the proposed procedure(s) or cure of any conditions. The risks presented by the proposed procedures), have been explained to me by _Dr. Pearson_ M.D./D.O. as have been the alternatives to the procedures planned.

I consent to the administration of anesthesia and to the use of such anesthetic agents and as may other drugs be deemed necessary and advisable, and understand that anesthesia and other drugs presents additional risk and hazards.

I consent to the disposal of any tissues, parts, or organs which may be removed as a result of the procedure(s) authorized at above facilities.

I have been given an opportunity to ask questions about my, or the patient's condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedure(s) to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent. I have read, or have had read to me, this form and I understand its contents.

_William M Hicks_                9:22.97            _Andrew Craig_              9:22:97
Patient                            Date               _Dental Assistant - EMSA_
                                                      Witness To Signature Only    Date         Time

(If signed on behalf of patient, indicate relationship to patient and reason patient cannot sign form):

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The patient and/or authorized person indicated here appeared to understand and consented to the procedures described.

_Dr. Glenn Pearson_                9.22.97        9:30        A.M.
Physician's Signature              Date                        P.M.

CC 227

4/93

**EMSA** *CORRECTIONAL CARE*

RECEIVED
SEP 25 1997

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-24-97     Facility/Institution: M-Jail

Name of Inmate: William M Hicks     D.O.B.: 9-10-63     Sex: Male

I.D. #: BS97-17076 a 95 case     Cell #: 7-D-2

Problem: (in your own words)

I was told 2 weeks ago I would see Doctor Ucker do to Fractures in Face that cause me to have hard time Breathing as I Lay down or Stand up". Real Bad Breathing problem. BAD "need Doctor now Please.

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Person Triaging: J Tayh     Date: 9/14/97     Time: 1935

(Name)

Disposition: S/C

FOR STAFF USE ONLY     MD Referral Dr Ucker

S:

O:

A:

P:

E:     To be Seen by Dr Ucker Next time he is Available

Date: 10-2-97     Time: 5:06p

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

White — Medical Department        Yellow — Other        Pink — Inmate

1480-01

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

BROWARD SHERIFF'S OFFICE

*EMSA*

SEP 30 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-25-97        Inmate's Name: *William M Hicks*
                                              (Alias, if used)

Arrest #: *BS92-17076*        Location: *7-D-2²*    DOB: *91063*

To: *Kevin J. EMSA Director*

Program Specialist ☐        Mailroom ☐        Commissary ☐
Classification ☐            Food Service ☐    Other ───────── ☐

Nature of Request: *Sir, I Have a small problem" I have a rough time going to Law Library with out missing Am meds" which came between 8:00-12:00Am As I came Back I'll wait till after lunch to get meds" I'm told I can't recieve mid in do to it says Am-pm col is P.R.N. as She says-no" I say why" She tells me not to go to Law Library" now I don't want to touch this" But I want to solve small Problem. William M Hicks    thanks.*
─────────────────────────            ─────────────
Inmate's Signature   *Thanks For all your support*    Date Signed
                                                       *9-25-97*

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----------------------------------------

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

*Sir the Nurses Cannot track down each inmate who is not in their cell, If you miss your A.M. Meds because you are in the Law Library and you must request the medication the Nurse should give it to you I will see that this happens*

Completed By: _____    CCN _____    Date: *10-20-97*    Time: *4:57p*

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information            ☒ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# DEPARTMENT OF CORRECTIONS AND REHABILITATION
## INMATE GRIEVANCE FORM
## TO BE COMPLETED BY INMATE

| Inmate's Name | Arrest# | Cell | Facility | Date |
|---|---|---|---|---|
| William M. Hicks | BCG7-17026 7-22² | h-mail | 9-27-97 |

RE: EMSA "BSO" DOC.    **PART A – INMATE'S GRIEVANCE**

I'm tired of being fucked around" I got something done that I'm either threw in a medical isol care hostile cont'; I'm moved to 7-D-2 for medical reasons "Head trauma" thanks to B.S.O and D.O.C all EMSA "were Susan McConaghall and Kevin + Dianna all this plan me in here "all I got is a fucke beback in so" I'm moved in a single cell that I only 11 people have room unit which says I failed tried to do so stress — I'm out + still ... now trauma called subject to focus in trial "does give a fuck" Why "anyone blames the William M Hicks

| Inmate's Signature | Date Signed |
|---|---|
| William M Hicks | 9-27-97 |

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

we + guy "why "why can't show am just all this fuck, IVE I had my llama and more in fms which still doing me "148 then to told "once indeed call on so"

you don't mind if I write in response cat" we all that ... nothin when on was.

I am advised that the you have been moved from this housing to provide you a single cell

| Reviewing Deputy's Signature/CCN | Date |
|---|---|
| | |

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

| Supervisor's Signature/CCN | Date |
|---|---|
| | 10-2-97 |

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

| Inmate's Signature | Date Signed |
|---|---|
| | |

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

| Director's Signature | Date |
|---|---|
| | |

BSO DJ#51 (Revised 4/93)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*to*
*EMSA*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _9-27-97_          Inmate's Name: _William M Hicks_
                                                        (Alias, if used)

Arrest #: _BS97-17076_          Location: _2-D2²_  DOB: _9-10-63_

To: _EMSA " medical "_

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | (Other) ☐ |

Nature of Request: _REGARDing no Visit By Docter ucker" MR_
_Kevin J Director of EMSA "had told me on Friday along_
_with MR Holmes I.D See Docter ucker M.D "AS I Waited days"_
_weeks" I took tags I was to see him last night "no go "why "..._
_#I also need copy of "Doctors orders" to go into File a prices_
_at B.S.O. Control Room "Don't have one" THanks For He lp_
_William M Hicks_                          _9-27-97_
Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_See Respse 9-28-97_

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☒  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*Kevin J*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 9-26-97           Inmate's Name: William M Hicks
                                                 (Alias, if used)

Arrest #: BS97-17076               Location: 2-D-2²   DOB: 9-70-65

To: EMSA "Kevin J" Director

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: SIR, IVE written medical request all regular ones to EMSA But no "response" So I place to you. I can't seem to SEE Docter ucker M.D. as you have requested all as I try for weeks now. "Why" Had x-ray tech take inse x-Ray which I didn't see and want to SEE Docter ucker M.D. I need to see a qualified docter for this problem, as I Know you ordered it "my ex-inmate saw as Frig B trust me "He said" he told Dr ucker M.D all I still don't see "why"

William M Hicks                         9-27-97
Inmate's Signature                      Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Mr Hicks you request specifically to see Dr Ueker for your complaints Dr Ueker has not been in the facility if you want to see another practitioner I can arrange this, but you are down to see Dr Ueker the next time he is here

Completed By: _____   CCN _____   Date: 10-2-97   Time: 4:55pm

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*TO KEVIN*
*EMSA    A.S.A.P*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _9-29-97_    Inmate's Name: _William M Hicks_
                                                (Alias, if used)

Arrest #: _BS897-17076_    Location: _7-D-2³_    DOB: _9-10-57_

To: _Kevin of "EMSA"_

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    (Other) ☑

Nature of Request: _Two request" and I never saw DR. ucker M.D as
I was suppose to "I need to receive program whatever for my
breathing" ② I need to see media for Severe Chest pains "
tension "Stress" depression "and Focus due to Severe mental break down
as I'm Schrome to be held competent for trial "Then close
again to be found incompetent to Stand trial" worst burst
I Thank you for your help". I'm doing my end" Thanks"    9-29-97_

Inmate's Signature _William M Hicks_    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_See Request Dated 9-28-97_

EMSA CORRECTIONAL CARE

**MEDICAL / MENTAL HEALTH RELOCATION REQUEST**

DATE : _10-1-97_

MEMORANDUM TO : _BSO_

FROM : _EmSA_

INMATE NAME : _Hicks William_

ARREST NUMBER : _BS9917076_

DATE OF BIRTH : _9-19-63_

PRESENT LOCATION : _7A mT_

TRANSFER TO :  GENERAL POPULATION

SHELTER CARE

MENTAL HEALTH _____ (LIST UNIT)

INFIRMARY

COMMUNICABLE DISEASE

REASON FOR REQUEST:

_Per HSA remove from Single Cell_

DOROTHY WILLIAMS
RN

NOTE:  ORIGINAL TO CLASSIFICATION
COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

HOWARD SHERIFF'S OFFICE
DEPA... ...NT OF CORRECTIONS AND REHABIL...ATION
INMATE'S REQUEST FORM

*To Reviw of EMSA*

RECEIVED
OCT 01 1997

---

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

---

## TO BE COMPLETED BY INMATE

Date of Request: _10-1-97_   Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS97-17676_   Location: _8-c-1 E_   DOB: _9-10-65_

To: _Kevin Jorgensen "EMSA Director"_

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: _S.F.B. I Don't know what to say" But you put me in to lock down "I never wanted it ~ I will go crazy and probably found in contat once again before trial" I was tring to see me "now" I need to speak of a few things also other than that, my S.F.B, I want my lockdown' De ins..._

Inmate's Signature _William m Hicks_   Date Signed _10-1-97_

---

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

---

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

I spoke to you today and informed you that Due to Jail population that the eighth floor is the only place where a single cell is available. You stated that you feel worse in this unit and will go out of the single Cell because it makes you feel worse.

Completed By: _Kevin L Jorgensen_ CCN   Date: _9am_   Time: _10-3-97_

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

DEPART.  BROWARD SHERIFF'S OFFICE
CORRECTIONS AND REH      ATION
INMATE GRIEVANCE FORM

3279

OCT 20 1997

## TO BE COMPLETED BY INMATE

Inmate's Name  M Hicks        Arrest#  BSO-1072  Cell  6C-E  Facility  M-Jail     Date  10-2-97

PART A - INMATE'S GRIEVANCE

RE KEVIN J OFEMSA

YOU SIR ARE a NUT" What did you and MR Holmes mean when MR Holmes said NOT to
leave notes Lying around For people to see "and other things "SED your ass I guess
I asked you For help Like I hadn't knew you but you made it your business to hook up
with MR Holmes in roll-up" Why" I asked For THREE things (1) Pain meds (2) Diet tray (3) For
Single cell to Foundo distress" And I asked to see a doctor For further testing" you set
it up "will For weeks to see DD ucker, M.D" We know since 4-96 at [?]" You put me in lock down
why I ask to Be left alone But you go ahead and do what TODD Schmidt say say' Felony 15 years
    William M Hicks                                                          10-2-97
Inmate's Signature                                              Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Sir I have responded to each request you have
submitted, I did not here you patch lock Down a
Single cell was requested, the only Single cell was in the lock Down
Unit-, your treatment has been consistent c̄ your complaint(s).

Reviewing Deputy's Signature/CCN                                Date
I am unsure what conversation you are referring to I had with mr
Holmes but I assure you that I have Nothing to "cover up"        10/22/97
Supervisor's Signature/CCN    K. Jorgenson        KEVIN JORGENSON, RN, BSN        Date
                                                  ASST. HEALTH SERVICE ADMINISTRATOR

## TO BE COMPLETED IF INMATE WANTS MID-APPEAL RESPONSE.
I _____, wish to appeal the response.

_____                              _____
Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____                              _____
Director's Signature                            Date
BSO DJ#51 (Revised 4/93)

## EMSA CORRECTIONAL CARE

### MEDICAL / MENTAL HEALTH RELOCATION REQUEST

**DATE** : _10-3-97_

**MEMORANDUM TO** : _Classification_

**FROM** : _Kevin Jorgenson_

**INMATE NAME** : _Hicks William_

**ARREST NUMBER** : _B89717076_

**DATE OF BIRTH** : _9-19-63_

**PRESENT LOCATION** : _BC1_

**TRANSFER TO** :

GENERAL POPULATION ✓

SHELTER CARE

MENTAL HEALTH _____ (LIST UNIT)

INFIRMARY

COMMUNICABLE DISEASE

**REASON FOR REQUEST:**

_Single Cell No longer Medically Necessary_

_Kevin Jorgenson AHSA_

**NOTE:** ORIGINAL TO CLASSIFICATION
COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CJ 1480-22

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

William M Hicks     BS97-12126   7-D-2   Main Jail   10-5-97

| Inmate's Name | Arrest# | Cell | Facility | Date |

RE: Ensa medical      **PART A – INMATE'S GRIEVANCE**

on 10-5-97 they had not provided medication to any one on 7th
Flr. As we ask the nurses to please call "they said the did
alreituen no response or said they are "out there" no
pain meds for me which I suffer in a great deal of pain
which I cant bear it" I've suffered now over 18 months
of pain caused by Ensa + B.S.O. + D.O.C.

William M Hicks      10-5-97

Inmate's Signature      Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

RECEIVED OCT 08 1997

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

I will investigate this and address it with the
Nursing staff

Reviewing Deputy's Signature/CCN      Date

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Supervisor's Signature/CCN      10-13-97    Date

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I _____, wish to appeal the response.

Inmate's Signature      Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature      Date
BSO DJ#51 (Revised 4/93)

EMSA CORRECTIONAL CARE
CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT

Contracts which you have with the mental health staff of the Broward County Sheriff's Office are usually considered confidential or privileged communication. This means that, generally, whatever you say and your testing results are held in confidence. It is very much like the confidentiality that exists between lawyers and their clients.

However, there are limits to confidentiality which you need to be aware of. Other mental health and health services staff within the Sheriff's Office have access to notes which are kept regarding all mental health contracts. If you decide to receive counseling or other mental health treatment, supervisors in Mental Health will be reviewing your records and discussing your situation with the mental health worker who has been or is seeing you. There are mental health staff meetings in which your counselor will discuss your situation with mental health staff who may not be seeing you.

Furthermore, if you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the Jail, mental health staff will advise other staff of such danger, in order to protect your well-being and that of others. If you identify any minor child, elderly, or disabled person who has been the victim of physical or sexual abuse, mental health staff will notify the Department of Health and Rehabilitative Services Abuse Hotline. Also, officials of the court, law enforcement officials, Department of Health and Rehabilitative Services staff or as otherwise provided by the law may review or receive copies of your mental health records without your prior authorization. Your mental health records may also be released by your written consent.

Your signature below indicates that you have read this statement or that it was read to you, that you understand the limits of confidentiality within the Broward County Sheriff's Office and that you agree to receive the following mental health services:

"Mental Health Evaluation and Treatment as needed until I withdraw my consent."

Patient's Signature _____    Date/Time _____10.8.97_____

Staff Signature _____
DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

Witness Signature _____

Name _____    R ___ S ___ DOB _____    # BSS7

## EMSA CORRECTIONAL CARE
## INFORMED CONSENT (ANTIDEPRESSANTS)

**MEDICATION:** For example: Elavil, Tofranil, Pamelor, Desyrel, Sinequan, Ludiomil, Norpramin, Vivactil, Asendin, Surmontil, Prozac, Zoloft, or any other anti-depressant.

**PURPOSE:** These medications are mood elevators used to treat mental depression, and the depression that occurs with nervousness. They work by improving the balance of chemical substances within the brain.

**COMMON SIDE EFFECTS:** Common side effects include, but are not limited to: Sleepiness, dry mouth, blurred vision, constipation, difficulty urinating, light headedness upon arising, rash, occasional affects on the heart rate and blood pressure. If you experience any of these or other side effects, please report them to any member of the health care staff.

**ALTERNATIVE THERAPIES:** It has been determined, at this time, that this category of medication is one of the most effective therapies available for the treatment of depression. Other treatments include activity therapies and talk therapies such as counseling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days. Significant benefit may occur within three weeks. Maximum benefit may require regular usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets your needs. The doctor may order laboratory tests from time to time to ensure that the medication is safe. The doctor, at a minimum, reviews the medication and its effect every month.

**NOTIFICATION:** I understand that I can decide to stop taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care.

**RISKS AND HAZARDS:** Avoid alcohol. Avoid operating a motor vehicle or other activities that require alertness. Avoid excessive exposure to sunlight, or exposure to sun lamps. Sudden discontinuation of this medication may cause medical problems.

I understand that by signing this form I am agreeing to let EMSA Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of this treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions I might have about my treatment with the doctor, and that a copy of this form will be given to me.

Patient's signature: _William m Hicks_ Date _10/8/19_

Staff signature: _____ DR. MEL LIMIA
STAFF PSYCHIATRIST,

NAME _Hicks_ R_MAIN JAIL_ DOB _____ # _93 59_

_17076_

EMSA LIMITED PARTN.
CORRECTIONAL CARE DIVISION

*INDIVIDUAL WRITTEN TREATMENT PLAN*
*[I.W.T.P.]*

PRIMARY I.W.T.P. #1
PSYCHIATRIST: _____ DR. MEL LIMIA
STAFF PSYCHIATRIST.
MAIN JAIL

DATE TO BEGIN: 10 / 8 / 9:

PATIENT'S NAME: _Hicks  W_          ARREST #: 9893 1301

DOB: 9 / 19 / 63          R/S: W ( M

---

SECTION I:    PROBLEM LIST: [Reasons for referral, reasons for admission, emotional, intellectual, and behavioral issues and symptoms to be treated]

1. Dep

2.

3.

---

SECTION II:    TREATMENT PLAN: [Specify treatment objectives order, time-frames, services, staff responsible for service]

☑ — MEDICATION PRESCRIPTION AND ADJUSTMENT

☐ — MEDICATION MONITORING AND RECORDING

☐ _____

☐ _____

☐ _____

---

SECTION III:    TREATMENT GOALS: [Includes target dates, if possible]

1. Pt will be well quiet by when date

2.

3.

---

SECTION IV:    SIGNATURE/TITLE PRINTED NAME STAMP: [All staff participating in treatment]

Signature/title: _Limia_          DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

Signature/title: _____

Signature/title: _____

Signature/title: _____

INMATE-PATIENT SIGNATURE: _William m Hicks_

IWTP.995

*I O Kevin J.*
*Director*
*of*
*EMSA.*

DEPARTMENT CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

RECEIVED
OCT 21 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 10-20-97

Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: BS97-17076

Location: 7-D-2¹ DOB: 9-10-43

To: Kevin J "EMSA Director"

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: SIR, in my cell theirs a inmate on "55 Flors" named Hevery "Last don't know" He's got mental & emotional stress such problems real Bad "EMSA & B.SO" place his life in danger, every day his in this jail SIR He's unstable "Hears voices" talking to do die all the time "He cut & tick his hands also also its not my busi-ss I know, But Sir now this cant go on look into N.B.Dr. His going to End up like me "all fucked up" Would Look into William m Hicks 10-20-97

Inmate's Signature                    Date Signed

Thanks

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-----------------------------------------------

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Mr Hicks I do not no which person you are speaking of But if you report this to the housing Deputy He will be able to refer the Pt to Metal Health Services

Completed By: [signature]  KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Date: 10-22-97   Time: 425

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*Director of EMSA*

RECEIVED
OCT 21 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 10-20-97        Inmate's Name: William M Hicks
                                              (Alias, if used)

Arrest #: BS97-17076        Location: 7-D-2$^I$    DOB: 9-10-63

To: Kevin J "EMSA Director"

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: SIR, in my cell there's a inmate on "95" floor named Henery "last don't know" He's got mental + emotional plus such problems real bad "EMSA + BSO" place his life in danger even don't his in this cell SIR He's unstable "Hears voices" asking to die all the time, He can't catch the earlier also its not my business-if I know Sir more this can be pop w location N.B.Dc. his going to end up like me 'all fucked up' Pleas look into
William M Hicks
10-21-97
Thanks

Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Mr Hicks I do not know which person you are speaking of But if you report this to the housing Deputy He will be able to refer the Pt to Mental Health Service

Completed By: _____ KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU        Date: 10-22-97    Time: 425

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information            ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*recto of EMSA*

OCT 21 1997

you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 10-20-97          Inmate's Name: William M Hicks
                                                    (Alias, if used)

Arrest #: BS97-17076          Location: 7-D-2 I     DOB: 9-10-63

To: Kevin J "EMSA Director"

| | | | | | | |
|---|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: SIR, in my cell theirs a inmate on "55" Floor" named Henery "Last don't know" He's got mental & emotional pluss such problems real Bad "EMSA & B.S.O" place his Life in danger, every day he's in this jail SIR "He's not stable "Hears Voices" talking to do things all the time "He could kill Himself also" to get me hurt or I know But Sir move this one to an location N.B Dr. His going to end up like me "all Fucked up" Pleas look into William M Hicks

Inmate's Signature _William M Hicks_          Date Signed 10-20-97

Thanks

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-------------------------------------------------------------------------------

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Mr Hicks I do not know which person you are speaking of But if you report this to the housing Deputy He will be able to refer the Pt to Metal Health services

Completed By: _[signature]_ KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU          Date: 10-22-97   Time: 425

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

Kevin J.

HOWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

OCT 24 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 10-23-97

Inmate's Name: William m Hicks
(Alias, if used)

Arrest #: BS97-17076

Location: 7-D-z $^2$    DOB: 5-10-63

To: Kevin J. EMSA "Directa"

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other= | ☐ |

Nature of Request: SIR, I wish to speak to you, SIR, PEGArding a possible move to W.B.D.C 12-1-H-50 4 do to things that EMSA & B.S.O have caused Seem to have I at ODDC with alot of people here ASAP please thank you
    IF not to remain IN 7-D-z $^2$

William m Hicks                    10-23-97
Inmate's Signature                 Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Mr Hicks J Do not make housing assignments that is a classification function, please Direct this request to classification

Completed By: _____
KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU
Date: 10-27-97   Time: 8 $^{30}$

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*Kevin J.*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

OCT 24 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 10-23-97          Inmate's Name: *William M Hicks*
                                                    (Alias, if used)

Arrest #: *BS97-17076*          Location: *7-D-2* ² DOB: *9-10-63*

To: *Kevin J. EMSA " Directa"*

| | | | | |
|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary ☐ |
| Classification | ☐ | Food Service | ☐ | ~~Other~~ |

Nature of Request: *SIR, I wish to speak to you SIR,*
*REGarding a possible move to N.B.D.C. 12-1-#-50.4*
*do to tHings tHat EMSA & B.S.O have caused Seem*
*to Have I at NDDC witH alot of People Here*
*A.S.A.P. Please tHank you*
*IF Not to remain in 7-D-2* ²

*William M Hicks*                          *10-23-97*
Inmate's Signature                         Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

------------------------------------------------------------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

*Mr Hicks I Do not make housing assignments*
*that is a classification function, Please Direct this*
*request to classification*

------------------------------------------------------------

Completed By: _____  KEVIN JORGENSON, RN, BSN
                               ASST. HEALTH SERVICE ADMINISTRATOR
                               MAIN JAIL BUREAU          Date: *10-27-97*  Time: *8 30*

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information                    ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

A.S.B. OCT 29 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _10-28-97_    Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS97-17076_    Location: _7-D-2²_    DOB: _9-10-63_

To: _Kevin J. "Director of EMSA"_

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    Other ☐

Nature of Request:

_SIR I need to replace medic. with Some_
_OTher medication" do to the, are out of it 90%_
_of the time_

_Pluis I want to renew all med's Enter_
_them _____ Rewsoat End of week "This week 10-31-97._
_William m Hicks_    _10-28-97_
Inmate's Signature    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_A Referral has been Submitted to the_
_Clinic_

Completed By: _[signature]_ KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU    Date: _10-31-97_    Time: _12:04_

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

A.S.R., OCT 2 9 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _10-28-97_          Inmate's Name: _William m Hicks_
                                                    (Alias, if used)

Arrest #: _BS97-17076_          Location: _7-D-2_    DOB: _9-10-63_

To: _Kevin J. "Director of EMSA"_

Program Specialist ☐        Mailroom ☐        Commissary ☐
Classification ☐            Food Service ☐    Other ☐

Nature of Request:

_Sir I need to replace midrin with Some_
_other medication" do to the me out of it 90%_
_of the time_

_Plus I want to reveil all meds Before_
_the reneval  Runs out End of week "This week 10-31-97_
_William m Hicks_                         _10-28-97_
Inmate's Signature                         Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

--------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_A Referral has been Submitted to the_
_Clinic_

Completed By: _____  KEVIN JORGENSON, RN, BSN    Date: _10-7-97_    Time: _12:04_
                            ASST. HEALTH SERVICE ADMINISTRATOR
                            MAIN JAIL BUREAU

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information                    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#34 (Rev. 4/92)

# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _10-29-97_    Facility/Institution: _M-Jail_

Name of Inmate: _William m Hicks_ D.O.B.: _9-10-63_ Sex: _Male_

I.D. #: _155 97-12076_    Cell #: _7-D-2-2_

Problem: (in your own words)

_I have a infection on right side of nose and it's affecting my sinuses & pain · I Have Fractures on that side Pr to Jail._

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: _S/C_    Date: _10/29/97_ Time: _2015_

(Name)

Disposition: _J Taylor_

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: _____

E: _____

Date: _____ Time: _____

Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

BROWARD SHERIFF'S OFFICE
DEPARTMENT CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks    Arrest#: BS97-17076    Cell: 7-0-2    Facility: _____    Date: _____

### PART A - INMATE'S GRIEVANCE

RE Kevin J "EMSA Directa" SIR, Im told By nurse twice today that reason they never have paid medication midrin is do to Shorr work of Staff" either the person sick or not here or? Sure a nurses sick that seems to mean the Fall of the whole medical department. This pain med "midrin" Im on is always some 90% at times" That's not good adds saying that's suppose to control pain for me" Seems like SIR Have a problem turning EMSA" or your Staff is lying.

William M Hicks    10-28-97

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr Hicks I am looking into this situation I will see if I can determin why we are running out of medications.

Reviewing Deputy's Signature/CCN    Date

KEVIN JORGENSON, RN, BSN
ASST HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Supervisor's Signature/CCN    Date    11/11/97

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature    Date

BSO DJ#51 (Revised 4/93)

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _11-4-97_                     Facility/Institution: _M-J_

Name of Inmate: _William M Hicks_     D.O.B.: _9-10-63_  Sex: _M_

I.D. #_BS97-17076_                  Cell #: _7-D-2 #1_

Problem: (in your own words)

_need to Fix a Filling please_
_as it hurts & traps Food._

_"Thank you Doc." A.S.A.P. Please_

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging. _J Taylor_ (Name)    Date: _11/8/97_  Time: _2020_

Disposition: _Dental_

**FOR STAFF USE ONLY**

S: _____

O: _____

RECEIVED
NOV 12 1997
BY: _Andrea Craig_
Dental Assistant - EMSA

A: _____

P: _Seen by dentist_

E: _____

Date: _11/24/97_ Time: _10:00 am_ _____ DR. GLENN PEARSON
NBDC / Main
Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

RE EMSA "Medical"

## TO BE COMPLETED BY INMATE

William M Hicks          DS97-1476   2-D7   Main   11-29

Inmate's Name _____ Arrest# _____ Cell _____ Facility _____ Date _____

### PART A - INMATE'S GRIEVANCE

RE: Kevin J & Nurse Taylor & nurses on all shifts & "EMSA"

Ive tried to renew pain medication & such drugs week 1/2 ahead
of time all I got a copy back Dated 10-29-97 to Kevin J which
said he reffered me to renewal of meds "wrong Lie" all
week till 11-8-97 I put medical + R.S.O request in to medical
& Kevin J all I got no pain meds at all. SEEMS THIS EMSA

_William M Hicks_                              11-7-97

Inmate's Signature _____ Date Signed _____

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr. Hicks, On 10-31-97, Mr. Jorgenson did refer
you for a medication renewal. You were seen on 11-5-97 for
a renewal of your psyche meds and your other meds. Your
pain were renewed on 11-8-97 - for two weeks only. Please
submit a sick call request if the pain continues. However, pain
medication should not be taken continuously. You should start to
wean yourself off of them if possible.

Reviewing Deputy's Signature/CCN _____ Date _____

_Ellen Murray RN_    ELLEN MURRAY, RN    11/21/97  3:50p
                      INFECTION CONTROL

Supervisor's Signature/CCN _____ Date _____

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____ Date Signed _____

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature _____ Date _____

BSO DTF#51 (Revised 4/93)

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

(DENTAL)    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _11-19-97_    Facility/Institution: _M-5_

Name of Inmate: _William m Hicks_    D.O.B.: _9 10 63_    Sex: _M_

I.D. # _B587-17076_    Cell #: _7-D-2²_

Problem: (in your own words)

_I wish to SEE Dentist Regarding tooth problem "PAIN" Second request_

_Second request 3 weeks ago_

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: _Dental_    Date: _11/19/97_    Time: _19 40_
(Name)

Disposition: _J Taylor_

**FOR STAFF USE ONLY**

S: _____

O: _____

RECEIVED
NOV 21 1997
Andrea Craig
B.S.W. Assistant - EMSA

A: _____

P: _Seen by dentist_

E: _____

Date: _11/2_    Time: _10:00 AM_    DR. GLENN PEARSON
NBDC / Main
Health Service Signature

White -- Medical Department        Yellow -- Other        Pink -- Inmate

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

PRINT ONLY    PRINT ONLY    PRINT ONLY

Date: _11-20-97_    Facility/Institution: _M-Jail_

Name of Inmate: _William m Hicks_    D.O.B.: _9-10-63_

I.D. #: _B597-17076_    Cell #: _7-D-2_ ?

Problem (In your own words):

_REnewal of pain meds " Run out on 11-22-97_
_So I Ask that thy Be renewed on_
_11-21-97 Friday " BeFore weekend_
_Thank you._

I am aware that there is a fee for sick-call and a fee for each prescription. Charges will be made to my commissary account.

Inmate Pre-Authorization: _____
                                           Inmate Signature

### **** DO NOT WRITE BELOW THIS LINE ****

STAFF SECTION

Disposition: _S/C_

Person Triaging: _g Taylor_    Date: _11/20/97_    Time: _2030_
                (Full Name)

FOR STAFF USE ONLY

S:

O:

A:

P:

_11/20/97_    _g Taylor LPN_
Date    Health Service Signature

CC 035    White - Medical Department    Yellow - Other    Pink - Inmate

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*J OF EmSA*

NOV 21 1997

*"RENEW EXPIRED MEDS"*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: *11-20-97*          Inmate's Name: *William m Hicks*
                                                        (Alias, if used)

Arrest #: *R 597-17076*          Location: *7-0-2²*   DOB: *9-28-43*

To: *KEVIN J "EmSA DiRecta"  SEcond request*

| | | | | |
|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary ☐ |
| Classification | ☐ | Food Service | ☐ | Other ☐ |

Nature of Request: *SIR, once again pain medications runs out" I wish you please Renew pain meds on 11-21-97 Before weekend" Runs out 11-22-97" SIR, I hope I Don't have to suffer all weekend & next week fighting For pain meds" IF I Do' you pushed me to For' I'm tiredof pain everynight + By William m Hicks                   11-20-97    EmSA*

Inmate's Signature                                     Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.
------------------------------------------------------------------------

*C.C.' Hicks Lawyer*

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*Medication Renewed 11-24-97*

Completed By: *[signature]* KEVIN JORGENSON, RN, BSN   CCN       Date: *12-1-97*   Time: *0745*
HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information                    ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Williams M. Hicks _____ FS92-17074 _____ 3-D2 ____ Main ___ 9-26-97

Inmate's Name _____ Arrest# ____ Cell ___ Facility ____ Date

### PART A – INMATE'S GRIEVANCE

RE: Internal Affairs"
I asked internal affairs over 17 months ago to help R. + this one guy
told me at R.D.C. "no inmate receive Better health care than people, + the girl
I asked him to please put that "in writing" are" I hard that the agency will
alist to provide home control "rights" to people of police them selves" I asked
also that the internal affairs would please do a investigation into the abuse
& corruption in medical before my trial" as my death trial is now, after trial there
will be no case so I ask that you let me know" Dr. a christian "Be forward with me
(Williams M. Hicks)

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

SEP 30 1997

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

Be forward with you "FF not "o well" thank you.

Mr. Hicks I have addressed your medical complaints I have
had you seen by Dr. Lima, Dr. Hecker, you have also been
seen in the Dental Clinic. If you have a specific medical complaint
Please send a medical Request outlining your Complaint

Reviewing Deputy's Signature/CCN _____ Date

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Supervisor's Signature/CCN _____ Date  11-5-97

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____ Date

BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*T89?2*

*Haeck*

*NIB, DC*

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

TO BE COMPLETED BY INMATE

Date of Request: _12-1-1-97_          Inmate's Name: _William M. Hicks_
                                                    (Alias, if used)

Arrest #: _BS95-14533_          Location: _12-1-H-3_   DOB: _941063_

To: _MEDICAL "Doctor Haeck"_

| | | | | | | |
|---|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: _"I'll SEE you soon"_

_SIR  I'VE requested For monTHS now._
\* _I'VE Been told By R. EVAS I'll speak to you._
= _I'VE Been told By medical stoFF SAME_
= _I'VE Been told By S. McCampbEll Director oF D.O.C._

_____          _____
Inmate's Signature                        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Seen by me on 1/8/97_
_Discussed status of complaints reqest —_
_Questin availability of Films ))_

Completed By:_____ CCN _____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# EMSA CORRECTIONAL CARE

RECEIVED
DEC 0 4 1997

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _12 3 97_    Facility/Institution: _M-Jail_

Name of Inmate: _William M Hicks_    D.O.B.: _9 10 63_  Sex: _M_

I.D. # _BS97-17076_    Cell #: _7-D-2²_

Problem: (in your own words)

_I seek to have the white cream on Blue Ice added so I may use on my temples + neck to releive pain as I at times cry my self to sleep. Thank you_

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: _____  (Name)    Date: _12/4_  Time: _9a_

Disposition: _____

**FOR STAFF USE ONLY**

S: _My head still hurts even after I take my medication._

O: _AAO X 3, T 98°, P 72, BP 128/84. Skin w&d_

A: _Alteration in comfort R/T pain_

P: ~~Blue Ice~~ PA Referral

E: _Notify medical of any problems_

Date: _12/4/97_  Time: _1000_    SHARON GREAVES LPN
Health Service Signature Main Jail

BROWARD SHERIFF'S OFFICE
DEPARTM.     OF CORRECTIONS AND REHAI    TATION
INMATE GRIEVANCE FORM

*DOB Contract*

3979

## TO BE COMPLETED BY INMATE

William M Hicks        BS97-17076   7-12-2   m          11-23-97

Inmate's Name          Arrest#      Cell   Facility      Date

RE: No pain medication

### PART A - INMATE'S GRIEVANCE

Since 11-20-97 I've submitted medical request + regular
request all + try to do is RENEW pain medication
which is a right + and a necessity to maintain
a positive + mental attitude" You ARE once again
allowing I to suffer in pain "over 19 months all I do is
Fight FOR F——— medical do to your Fault EMSA"
So I now go Few days starting new waves over medication   1-23-97

William M Hicks

Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

RECEIVED
DEC 05 1997

Sir your meds were reviewed 11/26/97

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Reviewing Deputy's Signature                  12-5-97

Date

Supervisor's Signature/CCN                    Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

____ctor's Signature                        Date

*TO Kevin J*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

DEC 04 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _12-3-97_     Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BC97-17076_     Location: _7-D-2_     DOB: _9-10-63_

To: _Directa of EMSA " Kevin J._

Program Specialist ☐     Mailroom ☐     Commissary ☐
Classification ☐     Food Service ☐     Other ☐

Nature of Request:

_SIR, I thought you was to Bring_
_me medical release Forms to sign so_
_I can try to get medical_
_Per Donna J. Foxell you peans_
_Please Do as this is very important "THANKS_
_William m Hicks_     _12-3-97_
Inmate's Signature          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Resolved_

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Completed By: _____ CCN     Date: _12/5/97_     Time: _4:0 pm_

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information          ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** CORRECTIONAL CARE

RECEIVED
DEC 04 1997

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12 3 97    Facility/Institution: M-Jail

Name of Inmate: William M Hicks    D.O.B.: 9 10 63    Sex: M

I.D. #: BS97-17076    Cell #: 7-D-2²

Problem: (in your own words)

I seek to have the white cream or Blue Ice added so I may use on my temples & neck to relieve pain as I at times cry my self to sleep. Thank you

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Person Triaging: _____ (Name)    Date: 12/4    Time: 9a

Disposition: _____

**FOR STAFF USE ONLY**

S: My head still hurts even after I take my medication.

O: AAOx3, T 98°, P 72, BP 128/84. Skin w & D

A: Alteration in comfort R/T pain

P: ~~Blue Ice~~ PA Referral

E: Notify medical of any problems

Date: 12/4/97    Time: 1000    Health Service Signature: _____ SHARON GREAVES LPN Main Jail

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1460-01

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHAB. ACTION
INMATE'S REQUEST FORM

=====================================================

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

=====================================================

### TO BE COMPLETED BY INMATE

Date of Request: _12-4-97_

Inmate's Name: _William M Hicks_
(Alias, if used)

Arrest #: _BS97-17026_       Location: _7-D-2_²     DOB: _91063_

To: _Directa of EM SA "Kevin J"_

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | |

Nature of Request: _Sorry to bother you SIR_
_"Sevat SFS5 pm please remove $8.00 Bill Fa nurs"_
_I Saw nurse to Seek Blue Ice n White cream_
_do tn I aply to temples + Jaw fracture + she filld_
_aut a bill for it $8.00 I Said it's Fa existing swellon_
_atend I Said thy Brak facial + internal affen sis u hen_
_I ASK you to remove that Bill For $8.00 THaks_

Inmate's Signature _William m Hicks_     Date Signed _12-4-97_

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-----------------------------------------------------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_Sir I have asked that your_
_account be Credited_

RECEIVED
DEC 08 1997

Completed By: _____ CCN     Date: _12-8-97_     Time: _12³⁰_

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information              ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

TO WHOM IT MAY CONCERN:

YOU ARE HEREBY AUTHORIZED TO FURNISH ANY AND ALL MEDICAL
INFORMATION, INCLUDING BY NOT LIMITED TO HOSPITAL RECORDS,
X-RAY REPORTS, PSYCHOLOGICAL, DRUG, ALCOHOL AND H.I.V. TESTING
AND MEDICAL REPORTS AND MEDICAL OPINIONS TO MY MOTHER DONNA
JOHNSON.

DISCLOSE NO INFORMATION TO ANY INSURANCE ADJUSTER OR OTHER
PERSON WITHOUT WRITTEN AUTHORITY TO DO SO.


_William M Hicks_  12-4-97    _____    12/4/_

WILLIAM M. HICKS        DATE        WITNESS            DATE

**EMSA CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

*A.S.A.P*

*TO DR. Limia*

☐ DENTAL  ☐ MEDICAL  ☑ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12-6-97

Facility/Institution: Main Jail

Name of Inmate: Hicks William

D.O.B.: _____  Sex: male

I.D. #: BS97-17076

Cell #: 7-D-2  2

Problem: (in your own words)

TO DR Limia SER, I ASK THAT you please heIP me by raising my elavil sych" it's 100 my now aI feel I need it more now" please raise it TO 150 mg" aI I need it "I know" I told you it works Fine" it does "please raise it

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: M Bronson RN
(Name)

Date: 12/7/97   Time: A

Disposition: S/C (mental)

**FOR STAFF USE ONLY**

S:

O:

A:

P:

E:

Date: _____  Time: _____

Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01

**EMSA** **CORRECTIONAL CARE**

RECEIVED
DEC 0 9 1997

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12-9-97    Facility/Institution: MAIN JAIL

Name of Inmate: William M Hicks    D.O.B.: 9.10.63    Sex: male

I.D. # BS97-12076    Cell #: 2-D-2 2

Problem: (in your own words)    REOrder 2nd request
on 12-3-97 I wrote Last request "asking For Blue Ice or White cream
that removes pain on he II's I put on temples all over right jaw
Bone sticking out of Face" couple days ago I saw nurse on 3-11pm
ad she said she ordered it don't have it tradea nurse to check word

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: J Taylor (Name)    Date: 12/9/97    Time: 2200

Disposition: S/C

**FOR STAFF USE ONLY**

S: "I need some more analgesic balm for my pains."

O: Alert & oriented x3. No apparent distress noted

A: Alt in comfort b/t pain

P: See Physician Order

E: Instructed on plan of care

Date: 12-12-97    Time: 235p    M. Duncan MAXINE DUNCAN, LPN    LPN
MAIN JAIL BUREAU
Health Service Signature

White -– Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*To Lewis S.*
*Director*
*of EMSA*

RECEIVED
DEC 19 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

DEC 19 1997

## TO BE COMPLETED BY INMATE

Date of Request: 12-12-97          Inmate's Name: William M Hicks
                                                    (Alias, if used)

Arrest #: BS97-17076          Location: 7-D-2          DOB: 3-06

To: Keion S. "Director of EMSA"

Program Specialist ☐     Mailroom ☐        Commissary ☐
Classification ☐          Food Service ☐    Other ☐

Nature of Request: Sir, I saw Nurse on 7-3pm at 11:35 Am & this was T
Second medical request to recieve "Blue Ice or white cream
That Heats up", I use it for Jaw & temples to relieve
Pain. I Have SO much pain I Cant Afford to be W/O, I
Ask you to Have it order full time so I'll get As I needed
To reduce BSM charge for Sunday to Weds on 12-12-97. Thanks
          William m Hicks                            12-12-97

Inmate's Signature                                   Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

----------------------------------------------------------------------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

"I would like blue Ice for a month
for my facial injury."
No facial expression of pain no redness or swelling
Refused to clinic.

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information                    ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

# EMSA ✚ CORRECTIONAL CARE

*A.S.A.P.*
*renewal of ALL pain meds*

*per Kevin J.*

RECEIVED DEC 2? 1997

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12-18-97   Facility/Institution: M-Jail

Name of Inmate: _____   D.O.B.: 9-10-63   Sex: M

I.D. #: BS97-17076   Cell #: 7-A-1ᵇ

**Problem:** (in your own words)

need renewal of ALL pain meds" They run out 12-24-97 I write per Kevin J. instructions so please have all renewed

### DO NOT WRITE BELOW THIS LINE

---

### STAFF SECTION

Person Triaging: Lee Ferreira (Name)   Date: 12/21/91   Time: 1438

Disposition: Medical

### FOR STAFF USE ONLY

S:

O:

A:

P: Please sign-up for sick call to be evaluated prior to medication being renewed or issued

E:

Date: 12/22/97   Time: 11:15 AM   Health Service Signature: J. LANZA HSA

---

White — Medical Department   Yellow — Other   Pink — Inmate

CL 1460-01

WARD SHERIFE'S OFFICE
DEPARTME    CORRECTIONS AND REHABILITAT
INMATE'S REQUEST FORM

f you haven't asked the housing unit deputy to solve this problem, do so before completing
his request.

## TO BE COMPLETED BY INMATE

ate of Request: _12-20-97_      Inmate's Name: _William M Hicks_
                                          (Alias, if used)

rrest #: _BS977776_       Location: _2-8-1 6_  DOB: _91863_

To: _EMSA Director "Kevin J_

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☑ |

ature of Request: _____

_SIR, I've placed several slips
into review pain meds "all pain meds"
I ASK you to please help me._

_Thank you._
_William m Hicks_                        _12-20-97_

nmate's Signature                        Date Signed

HEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
OX LOCATED IN EACH POD.
-----------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

RECEIVED
DEC 22 1997

_Will be done when nec._

mpleted By: _____  CCN _____  Date _____  Time: _____

l requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

l grievances will be responded to, in writing, by the Office of Information and Review.

DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFIC
DEPARTM.    OF CORRECTIONS AND REHA    ITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks    Arrest#: 13597-170X    Cell: 202    Facility: ___    Date: DEC 22 1997

### PART A - INMATE'S GRIEVANCE

RE medical

Seems I always Fight For medical " I waited over 2 weeks For about asst to come back + was called down yesterday at 7:00 Am " I waited till 8:45 Am + goes to Lewis Bray "Fall Housing Depts call to change "wouldn'e" He told control Rm Remote to DD" I come Back Still Fighting to call down" I awoke sick I Rail do to DATH" I asked Housing Dept to call "sickPirstair List "Spoke to Sgt mackneu obsid to arrine it " I'm Fucking tired of fighting For medical !" I'm To write a complat to License on the only Broward Dentist you got + william m Dick    12-16-97

Inmate's Signature: ___    Date Signed: ___

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW

### PART B - RESPONSE

cc: File
Internal Affairs

I Need a Dentist & Doctor M.D. I am    DEC 24 1997
For months "Why"

You were seen by the dentist on 12/22/97. If the problem persist, please go to sick call.

Reviewing Deputy's Signature/CCN: ___    Date: ___

Supervisor's Signature/CCN: T. CANRA, 1t SA    Date: 12/29/97

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature    Date

TO Kevin J.

12-26-97

RECEIVED
DEC 3 1 1997

I William m Hicks BS97-17076 Am

tiend of tHreats by B.S.O. & D.O.C.

Deputys ova stupied Shit.

I STATE Second time I Want to

Be moved to N.B.D.C. SO Ill remain

Competent to Stand trial Feb 2, 98.

I cant handle all added Stress,

Please note I Snd to all Surtes

cc: BSO
D.O.C
Police commission
all Surtes
S. maccampbell
Kevin J. EhsA.

William m Hicks

BS97-17076

7-A-, 6
main Jail

**EMSA** *CORRECTIONAL CARE*

*note HAS Internal Affairs w Jail dor to medical*

RECEIVED
JAN 04 1998
BY:

## INMATE MEDICAL REQUEST FORM

A.S.A.P.

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 1-2-98          Facility/Institution: M - Jail

Name of Inmate: William M Hicks     D.O.B.: 9-10-63   Sex: M

I.D. #: B397+7X6          Cell #: 7-A-2 6

Problem: (in your own words)

TO Renew pain meds " midrin & moltrin &
robaxtrin " renew All Same "Time"
need Renewal of pain meds "
A.S.A.P.     ruN Sait 1-6-98

### DO NOT WRITE BELOW THIS LINE

---

**STAFF SECTION**

Person Triaging: P Young (R)          Date: 1/3/98   Time: 630 p

(Name)

PATTINA YOUNG, LPN
MAIN JAIL BUREAU

Disposition: S/C

**FOR STAFF USE ONLY**

S:

O:

A:          Ordered          1/2/97

P:

E:

Date: 1/5/98   Time:          JEFFREY R. BRANTLEY, RN
                              HEAD NURSE, MJB
                              Health Service Signature

CL 1480-01

To: 1087
Lanza
EMSA
Director

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

JAN 05 1998

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 1-4-98

Inmate's Name: William m Hicks
(Alias, if used)

Arrest #: 8597-17476

Location: 7-A-16

DOB: 9-1963

To: EMSA Director" Tony Lanza

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☑ |

Nature of Request: STP, I William m Hicks ask you
Tony Lanza to phone tell Doctor to
re Fill my Description For pain meds "Daridin"
(2) mattrif (3) robaxian + please note we have
not met "Tun the one with ABuse By EMSA
+ BSO" Furthermore "please allow me to think about
Williams m Hicks in you SZV, Thank you,

Inmate's Signature

Date Signed: 1-4-98

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Mr. Hicks, if you have a medical problem and complaint, please address it through the regular channel e.g. "Sick Call Request." Thank you.

Completed By: _____ DARLENE R. BRANTLEY, RN
HEAD NURSE, MJB

Date: 1/5/98

Time: 12³⁰

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information        ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPA          NT OF CORRECTIONS AND REHABIL      ION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _1-5-58_          Inmate's Name: _William m Hicks_
                                                    (Alias, if used)

Arrest #: _BS97-1226_          Location: _2-A-16_     DOB: _____

To: _Superintendent Roberts of main Jail_

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other ____ | ☑ |

Nature of Request: _Stp, reset medication I've tried_
_all ways, seems no response by Sgt & to_
_the inmate no reached may have trouble_
_a hard way I am I suffer on it my_
_____
_____

_____William m Hicks_                    _1-5-98_
Inmate's Signature                       Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_You were seen by the physician on January 6, 1998._
_You were prescribed medication for pain on an_
_"as needed" basis. If you need the medication,_
_notify the medication nurses and they will_
_issue you the medications._

Completed By: _T. Lopez RSA CON_     Date: _1/9/98_     Time: _8:45 Am_

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _1-5-98_    Inmate's Name: _William M Hicks_
(Alias, if used)

Arrest #: _BC92-1706_    Location: _7-A-1_    DOB: _9-10-63_

To: _Tony Lanza EMSA Director_

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: _Second reply for renewal of_
_mail medication that runs out on 1-6-98._
_Sir, Tony L, but due procedures was_
_always on the even regime except mail_
_like yourself and I had problems sent to_
_only ask for renewal that runs out_
_regime medication please. Thank you_
_1-5-98_

Inmate's Signature _William M Hicks_    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIEFF'S OFFICE
DEPARTM___ OF CORRECTIONS AND REHAI___ITATION
INMATE GRIEVANCE FORM

*over*
*medical*

## TO BE COMPLETED BY INMATE

| Williams M Hicks | 3597-1706 | 2A-1-6 M-J | 1-5-98 |
|---|---|---|---|
| Inmate's Name | Arrest# | Cell   Facility | Date |

### PART A - INMATE'S GRIEVANCE

RE: B.S.O & EMSA

Seems all on at Broward Shenffs office will
take responsibility for problems. I fight for
simple thing to recive pain meds. + new
Sgt moves it to Buy all the time. EMSA dont
answer medical request & EMSA Tony Lauza is
Hot Head over + asked for Help all over received
Williams M Hicks

| Williams M Hicks | 1-5-98 |
|---|---|
| Inmate's Signature | Date Signed |

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

You were seen by the physician
on 1/6/98 and prescribed medication
for the pain

RECEIVED
JAN 20 1998

| | |
|---|---|
| Reviewing Deputy's Signature/CCN | Date |
| _____ T Lanza HSA | 1/2/98 |
| Supervisor's Signature/CCN | Date |

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

| | |
|---|---|
| Inmate's Signature | Date Signed |

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

| | |
|---|---|
| Director's Signature | Date |

BSO DJ#51 (Revised 4/93)

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

*A.S.A.P.*

☐ DENTAL    ☐ MEDICAL    ☑ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _1-6-98_    Facility/Institution: _M—J_

Name of Inmate: _William M Hicks_    D.O.B.: _9 10 63_   Sex: _M_

I.D. #: _BS97-17076_    Cell #: _2-A-1 6_

Problem: (in your own words)

"Dizlinia, I need to see you now"
"Something wrong" "High blood pressure"
"Heart beating" "chest pay" "Burning chest +
Stomache" "Feeling sick" "quick to react"

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Person Triaging: _A Brunson(?)_  (Name)    Date: _1/7/98_    Time: _Am_

Disposition: _S/C_

**FOR STAFF USE ONLY**

S: Seen by Dr Lima on 1/11/98

O: Will stay in Main Jail c
the same med.

A: Please see progress note by

P: Dr Lima.

E:

Date: _1/12/9_ Time: _1 PM_

VIRGILIO IBAY, RN, BS, CCHP
MAIN JAIL BUREAU
_Virgilio Ibay RN_
Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

main Jail

1-7-98

TO Assistant "Superintendent" Robinson

I William M Hicks Arrest BS97-17076 STATES
The Following:"

① I can Bring charges against you!

② I can prove conspiricy!

③ I can prove conspiricy to commit murder!

I Hicks am willing to Drop all charges That
will or would have been brought against you!

rules To Aply to:

① get honest

② tell whole truth

③ All I seek is Chuck martin "prosecutor"!

your choice "LAST" Attempt to be
Lenient Do to my Father in heaven "GOD" has
me to write this;

cc: File

Sincerely William M Hicks

1-7-98       William M Hicks

BS97-17076

BS97-14833

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

_William M. Hicks_     _8597-17076_   _7-A-1_   _Main Jail_   _1-29-98_

Inmate's Name        Arrest#     Cell   Facility       Date

### RE EMSA "no medication"    PART A - INMATE'S GRIEVANCE

_SIR, Try to picture THIS AS I know First hand on what KIND of medical Treatment I recieve. EMSA a contractor of THIS site in alot of JAILS and is responsibl. For lives + Health of the county + State which pays the Bill!. Seems I over 20 months cant get medical "let alone pain medication which should have + been ordered to have on STOCK". I never fought harder than I have for pain medication in my Life! Seems EMSA is not qualifi'D to contract._

_William M. Hicks_                    _1-29-98_

Inmate's Signature                     Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

RECEIVED FEB 03 1998

_You have been referred to be evaluated and treated if necessary by the physician. You will be seen today (2/3/98)_

_[signature]_   _CARRA FSA_          _2/3/98_

Reviewing Deputy's Signature/CCN          Date

_____

Supervisor's Signature/CCN            Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____

Inmate's Signature               Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature               Date

**EMSA** CORRECTIONAL CARE

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _Main Jail_

Inmate I.D. # _13597/7096_

Inmate Name: _Ifichu, William_     D.O.B.: _9.9.63_

Date of Last H & P: _7.25.97_   Date of Last PPD: _def_     Results: _Ø_

Allergies: _NKA_

Current Health Problems: _psych_

Current Medication (Name, Dosage, Frequency, Duration:) _Elavil 100 mg po PM X30d_
_Robaxin 500 mg po TID, Motrin iii po TID, Tylenol 650 mg TID_

Physical Disabilities/Limitation: _____

Assistive Devices/Prosthetics: _____

Glasses: _____     Contacts: _____   Ø

Follow-up care needed: _F/U by psych_

Signature _Virgen Isaay RN_     Date _2/10/98_

## TRANSFER RECEPTION SCREENING

Facility: _NBDC_                        _Deferred_  _____ T _____ P _____ R _____ B/P

S: Current Complaint: _"They declared me incompetent_
_What a joke)"  — Nt Bush_

Current Medications/Treatment: _Elavil, Robaxin, Motrin,_
_Tylenol_

O: Physical Appearance/Behavior: _A + O X3 - clean w/m no_
_nad - Joking c staff - Co-operative)_

Disposition: ( ✓ ) General Population   ( ) Infirmary   Referral: ( ) Medical   ( ) Dental   ( ✓ ) Mental Health

When:   ( ) Immediately   ( ) Sick Call   ( ) Other _____

Signature _PATRICIA BELL, LPN_     Date _2/10/98_
_NBDC_

# EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE : _2/10/98_

MEMORANDUM TO : _Classif_

FROM : _Le Thang RN_

INMATE NAME : _Hicks Nathan_

ARREST NUMBER : _8897/7076_

DATE OF BIRTH : _9.19.65_

PRESENT LOCATION : _____

TRANSFER TO :

GENERAL POPULATION _____✓_____

MENTAL HEALTH _____ (LIST UNIT) _132 W_

INFIRMARY _____

COMMUNICABLE DISEASE _____

REASON FOR REQUEST:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NOTE:    ORIGINAL TO CLASSIFICATION
         COPY TO HEALTH RECORDS DEPARTMENT

3/95-1481

# SPECIAL DIET ORDER FORM

DATE OF ORDER: _2/11/98_

INMATE NAME: _Hicks, William_

ARREST #: _BS 9717076_

D.O.B.: _9/9/63_          LOC: _12963_

Please check the box for the ordered diet:

☐   CLEAR LIQUIDS

☐   FULL LIQUIDS

☐   2400 CALORIE ADA (with evening snack)

☒   2800 CALORIE ADA (with evening snack)

☐   REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐   PREGNANCY DIET

☐   ALLERGY TO:_____ (Please be specific)

Physician/Dentist/Psychiatrist/PA: _____

☒   THIS DIET ORDER IS PERMANENT          RENEW EVERY 30 DAYS

☐   THIS DIET IS TEMPORARY      ☐   FOR A PERIOD OF _____ DAYS

☐   RETURN TO REGULAR DIET

White - Medical          Yellow - Kitchen

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

A.S.A.P

☐ DENTAL     ☐ MEDICAL     ☒ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _2-20-98_     Facility/Institution: _N B D C_

Name of Inmate: _William m Hicks_     D.O.B.: _9 10 63_     Sex: _M_

I.D. #: _BS97-17076_     Cell #: _12-2-4-3_

**Problem:** (in your own words)

To doctor per Filio: I Like to move to a open cell
you have this cell made up of crazy persons ad I
cat focus do to noise & person of mental defects l
I seek to move "I suffer from severe Head aches"

**DO NOT WRITE BELOW THIS LINE**

STAFF SECTION

Person Triaging: _____ (Name)     Date: _2/20/98_     Time: _5 P_

Disposition: _S/C_

**FOR STAFF USE ONLY**

S: _as above_

O: _W/m c/o "location is not in compliance c̄ court order"_

A: _deferred_

P: _Explained to pt that BSO "places pts", and_
E: _Mental Health responsible to follow up care._

Date: _2/21/98_     Time: _1520_     V. Mendes, _Nindle_
North Broward
Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01

**EMSA** *CORRECTIONAL CARE*

*To Mark Levinsky of programs*

## INMATE MEDICAL REQUEST FORM

*A.S.A.P.*

*FEB 2 1 1998*

☐ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-20-98    Facility/Institution: NBDC

Name of Inmate: William m Hicks    D.O.B.: 9 10 63    Sex: M

I.D. # 8597-1706    Cell #: 12-2-H-3 4

**Problem: (in your own words)**

Since Feb 5, 98 I don't get what I should "In incompetent To stand trial and should be in a cell to motivate me" But instead as always I Fight For Things That Should happen" I try to Be placed in a cell has meetings & is all has persons of Some level "not crazy & violating court order.

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Person Triaging: _____ (Name)    Date: 2/20/98    Time: 5P

Disposition: 3/C

**FOR STAFF USE ONLY**

S: _____

O: _____

*rel request 2/20 dated*

A: _____

P: _____

E: _____

Date: _____ Time: _____

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1489-01

**EMSA** CORRECTIONAL CARE

RECEIVED FEB 2 5 1998

*A.S.A.P Please*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☑ MEDICAL     ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-24-98

Facility/Institution: N.B.D.C

Name of Inmate: William M Hicks     D.O.B.: 9 10 63

I.D. # BS97-17076     Cell #: 12-2-4-3 4

Problem: (in your own words)

I need to speak to a licensed M.D. Doctor! I have suffered fractures for over 20 months. I need to speak like yesterday! 4/20 chest pains please "Thank you" severe pain!

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: S/c

Person Triaging: _____ (Name)     Date: 2/24/98     Time: 5 PM

**FOR STAFF USE ONLY**

S: "On 4/97 I have several fractures, jaw, skull." "I'm in pain all the time." in my head."

O:

A: alteration in comfort, H/A

currently on Motrin ; Tylenol

P: refer to clinic

Date: 2/26/98  4:30 p     Susan L Harrison RN
Health Service Signature

# INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

_To B. ELAS_

William no Clark                    3507-7706   12-24-    NBDC    2-26-98
_____
Inmate's Name                       Arrest#    Cell   Facility   Date

## PART A - INMATE'S GRIEVANCE

Since I at Transfered to NBDC I have not to receive proper meds. I try to See docts "too over two week wait! This has frozen to Recommend too to trial but Cause I Fight ou'ers same Shit! I Beleive a Few more employees Should be Fired, be to weelected!

I need to see M.D Docter "plain + simple not to mention no proper pain meds for ou'er 5 days.

William no Clark                                   2-26-98
_____
Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

CCI File
Sheriff
confirmation    Mr Clark, you were seen
by Dr Cody on 3/3/98

_____
Reviewing Deputy's Signature/CCN    JOAN BAUER SMITH, RN, HN, NBDC    Date

Joan Bauersmith                                   3/8/98
_____
Supervisor's Signature/CCN                        Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____
Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____
Director's Signature                            Date

BSO DJ#51 (Revised 4/93)

# EMSA CORRECTIONAL CARE

### MEDICAL / MENTAL HEALTH RELOCATION REQUEST

| | | |
|---|---|---|
| **DATE** | : | 2·26·98 |
| **MEMORANDUM TO** | : | Classification |
| **FROM** | : | Hanley |

**INMATE NAME** : Hicks William

**ARREST NUMBER** : 85 9717076

**DATE OF BIRTH** :

**PRESENT LOCATION** : 12·2H2

| **TRANSFER TO** | : | | |
|---|---|---|---|
| | | GENERAL POPULATION | _____ 12·2H4 |
| | | MENTAL HEALTH | ___✓___ **(LIST UNIT)** |
| | | INFIRMARY | _____ |
| | | COMMUNICABLE DISEASE | _____ |

**REASON FOR REQUEST:**

Cell adjustment

**NOTE:**      ORIGINAL TO CLASSIFICATION
                COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

**EMSA** *CORRECTIONAL CARE*

MAR -7 1998

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 3-6-98                    Facility/Institution: N B DC

Name of Inmate: William M Hicks          D.O.B.: 9 10 63

I.D. # BS97-1076                    Cell #: 12-1-H-4

Problem: (in your own words)

Please note " I suffer severe pain + I was on midrin now
over 18 months" Seems That you EMSA always run out
of midrin thats order for I, when I seek help By nurse "all
I get is a attitude" So why do I get no Treatment Twice " Hure

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: S-10

Person Triaging: Stuckey    PATRICIA VICKERY, RN NBB    Date: 3/7/98    Time: 1000

(Name)

**FOR STAFF USE ONLY**

S:    As Stated

O:    Medication was ordered on 3/3/98 Well reorder
      medication

A:    Alt in Mental Status Related to Medication

P:    D. + P follow

E:    Access to Emsa as needed

Date: 3/8/98    Stuckey    PATRICIA VICKERY, RN
                          Health Service Signature NBB

DEPARTME... OF CORRECTIONS AND REHAB... ATION
INMATE GRIEVANCE FORM

RE: EMSA & B.S.O. STAFF  TO BE COMPLETED BY INMATE

QUE 8595-14533       MAR 11 1998

William M Hicks    BS97-17076  12-1-H4   N BOC    3-8-98

Inmate's Name     Arrest#    Cell    Facility    Date

## PART A - INMATE'S GRIEVANCE

mA'Am, Im Sorry To Bother you with my complaint & pleas

For help to Solve my problem with constant neglect on behalf of

EMSA & B.S.O. I Suffer in constant pain 24 hours a day, since I

have been beat, up "essaulted" & held By B.S.O Deputy Dinno AS A

human sheild I Suffered "43-96" now I Saw Doctor M.D. 4½ days ago

and still can't recieve pain meds ordered "deliberate actions" Don't Know

William M Hicks                              Second plea For He IP.
                                             3-8-98

Inmate's Signature                    Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr Hicks on 3/3/98  Dr. Craig ? your

elavil add prescribed reddin

2 tablets three) times a day whenever

you need it. Your medicine I started

on 3/1/98.

Reviewing Deputy's Signature/CCN                     Date

Jan Dawessmith RN                            3/23/98

Supervisor's Signature/CCN                           Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____      _____
Inmate's Signature                    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____

Director's Signature                              Date

BSO DJ#51 (Revised 4/93)



**EMSA CORRECTIONAL CARE**

RECEIVED MAR 3 0 1998

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 3-30-98    Facility/Institution: N B D C

Name of Inmate: William M Hicks    D.O.B.: 9 10 63

I.D. # BS97-17006    Cell #: 12-1-14-4

Problem: (in your own words)

need To Speak To Nursing or Dr.

medication iS not Being renewed ! why !.

### DO NOT WRITE BELOW THIS LINE

---

**STAFF SECTION**

Disposition: S/O R/

Person Triaging: Muckey    PATRICIA VICKERY, RN    Date: 3/30/58    Time: 1300
(Name)    NBB

**FOR STAFF USE ONLY**

S:    As Stated

O:    W/M c/o about not useing Medicin ïï tab 18 ted
order is for 90 Day - only recieving 1 tab @ a time
Ref Mr Hicks to Nursing Dept

A:    Alt in Confort related to Medication

P:    Ref to Medical / Nursing

    ē    Access Emsa as needed

Date: 4/4/58    1300    Muckey    PATRICIA VICKERY, RN
NBB
Health Service Signature

---

White — Medical Department        Yellow — Other        Pink — Inmate

0018        7/94

GRAND SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

_Denied Eamer/Spic_
_refuse to sign grievance_ **TO BE COMPLETED BY INMATE**

_William W. Hicks_          _887-9876_          _Cell_  _B.7C_          _4-14-98_

**Inmate's Name** | **Arrest#** | **Cell** | **Facility** | **Date**

## PART A – INMATE'S GRIEVANCE

_on 3-11pm shift medication couldn't come to window to me asked,_
_Ask a nurse then when I was given 300 mgrams of elavil and I_
_asked it 22 milligrams I was 25 milligrams and I asked for my_
_own meds refused to listen to me I repeated many times_
_this could harm and kill for it, he said no and refused I_..._ _Then_
_writing "refuse" Grievance "time" and Signed then_..._ _Signed by an_
_R.N. Deputy Colson BC 11-7pm said to the this abuse of nurse refusal_
_William W. Hicks_                                          _4-14-95_

**Inmate's Signature** | **Date Signed**

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
## PART B – RESPONSE

_Mr. Hick, we will speak to the_
_nurse from that unit and_
_Deputy Colson_

**Reviewing Deputy's Signature/CCN** | **Date**

_Ann Banesmith RN_          _4/15/98_

**Supervisor's Signature/CCN** | **Date**

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

**Inmate's Signature** | **Date Signed**

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

**Director's Signature** | **Date**

BSO DJ#51 (Revised 4/93)

**EMSA** *CORRECTIONAL CARE*

RECEIVED JUN 1 0 1998

## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☑ MEDICAL     ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 5-9-98     Facility/Institution: N BDC

Name of Inmate: William M Hicks     D.O.B.: 9/10/63

I.D. #: BS97-17076     Cell #: 12-1-14-4

Problem: (in your own words)

I seek pain medication! The meds
Im on never instock long!
I seek to see M.D. Doctor only
right now ASAP please!

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition:

Person Triaging: _____ (Name)     Date: 5/9/98     Time: 10 PM

**FOR STAFF USE ONLY**

S: As stated above

O: As stated above

A: Alt in comfort

P: Explain procedure to pt
E, meds have bee ordered.

Date: 5/10/98   JPM   _____   DELLA RICHARDSON, LPN
Health Service Signature   N3DC

CC 018                                                                    7/94

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

_Duty wall on Duty with Nurse_          **TO BE COMPLETED BY INMATE**

_Hicks William m_ _____ _BSO-17076_ _12-1-H-4_ _NBDC_ _5-16-98_
Inmate's Name                   Arrest#        Cell     Facility      Date

**PART A - INMATE'S GRIEVANCE**

IR 5om Black Female nurse "Bandge Sail Left hand," she gave me @ Lithium @ t I asked "amitrn" she said no she wont," I said "it's ordered," she said "it's To much and she kept on saying No, I said Let's Turn No To yes! after a minute or more she grabed @ m drin and gave to me" I said its suppose to be two," she said no "wont give me two! she veils To me "Do you pay For it," I said yes with my blood! she got @ m drin & slamed in Floor of it rolls to Floor no + Sit Back on Flop, she's also ~~eatg~~ eating a pear as she does medication! W nurse has become Doctor, M. D. & not Nurse R.N. / you tell me why I Fight For meds.

                    _William m Hicks_                          _5-16-98_
Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

═══════════════════════════════════════════════════

**TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW**
**PART B - RESPONSE**

_M. Hicks, — I will investigate this_
_poor attitude_

_____    _____
Reviewing Deputy's Signature/CCN              Date

_[signature] R N_                             _6/13/9?_
Supervisor's Signature/CCN                    Date

═══════════════════════════════════════════════════

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**
I _____, wish to appeal the response.

_____    _____
Inmate's Signature                           Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

═══════════════════════════════════════════════════

**DIRECTOR'S RESPONSE TO APPEAL**

_____

_____

_____

_____

_____

_____    _____
Director's Signature                         Date
BSO DJ#51 (Revised 4/93)

| [] 17th Judicial Circuit and for Broward County<br>[] In the County Court in and for Broward County | CLOCK IN |
|---|---|

| DIVISION:<br>[X] CRIMINAL<br>[] TRAFFIC<br>[] OTHER | ORDER<br><br>BS97-17076<br>Fee |

THE STATE OF FLORIDA VS.

*William Hicks*

PLAINTIFF                              DEFENDANT

CASE NUMBER

8-13757g=10

---

CHARGE 1. Murder 1st Degree

The defendant having been adjudged Incompetent by the Court at this time... It is hereby:

<u>Ordered And Adjudged</u>

That the defendant be housed in the Broward County Jail (Forensic Unit). There to be prescribed such medication treatment as deemed necessary to restore Competency.

DONE AND ORDERED THIS ____5____ DAY OF ___February___ , 19 _98_ , IN

BROWARD COUNTY, FLORIDA

_____
JUDGE

EMSA

96 FEB -5 PH 1:24

COPIES:     BSO    -    SAO

FORM #CC-252
REVISED 10/90

## EMSA CORRECTIONAL CARE

### MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE                 :        _2/10/98_

MEMORANDUM TO  :        _Class_

FROM               :        _Lee    Tseng RN_

INMATE NAME      :        _Mela    Ml/pajn._

ARREST NUMBER  :        _B399170 76_

DATE OF BIRTH    :        _9.19.65_

PRESENT LOCATION :

TRANSFER TO       :    GENERAL POPULATION        _____/

                       MENTAL HEALTH           _____ (LIST UNIT)

                       INFIRMARY               _____   _/ Dade_

                       COMMUNICABLE DISEASE    _____


REASON FOR REQUEST:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


NOTE:        ORIGINAL TO CLASSIFICATION
             COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH SERVICES RECEIPT

Inmate's Name: _William Hicks_          Arrest Number: _BS9717076_

Inmate's Location: _MIB   7D27_

Facility/Pod/Housing  Unit/Cell Number

Date: _12 / 12 / 97_

| SERVICES | CHARGE (circle applicable charges) |
|---|---|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | 5.00 |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

### VERIFICATION OF SERVICES RECEIVED

_William Hicks_ _have no ___ 12-12-97_____

| Inmate's Signature | Date |
|---|---|

MAXINE DUNCAN, LPN                          _12-12-97_
Provider (name MAIN JAIL BUREAU name)        Date

_M Duncan LPN_                               _12-12-97_
Provider's Signature                          Date

**INMATE REFUSED TO SIGN:**

| Witness (print name and CCN) | Witness' Signature | Date |
|---|---|---|

**Distribution:**  White (Original) - Inmate Banking Commissary   Yellow Copy - Health Care Records   Pink Copy - Inmate

BSO DJ#14 (New 7/95)

**EMSA CORRECTIONAL CARE**

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _Main Jail_

Inmate I.D. # _3597/7076_

Inmate Name: _Freeh, William_ D.O.B.: _9.9.63_

Date of Last H & P: _7-25-97_ Date of Last PPD: _def_ Results: _∅_

Allergies: _NKA_

Current Health Problems: _psych_

Current Medication (Name, Dosage, Frequency, Duration:) _Elavil 100 mg po PM x30d_
_Robaxin 500 mg po TID, Midrin ii po TID, Tylenol 650 mg TID_

Physical Disabilities/Limitation: _____

Assistive Devices/Prosthetics: _____

Glasses: _____ Contacts: _____

Follow-up care needed: _F/U by psych_

Signature _Virginia Otway RN_ Date _2/10/98_

## TRANSFER RECEPTION SCREENING

Facility: _NBDC_ T _Deferred_ P _____ R _____ B/P _____

S: Current Complaint: _"They declared me incompetent. What a joke" — Hx Psych_

Current Medications/Treatment: _Elavil, Robaxin, Midrin, Tylenol_

O: Physical Appearance/Behavior: _A&O X3 - Clean w/m in NAD - Joking c̄ staff (Co-operative)_

Disposition: ( ✓ ) General Population ( ) Infirmary Referral: ( ) Medical ( ) Dental ( ✓ ) Mental Health

When: ( ) Immediately ( ) Sick Call ( ) Other _____

Signature _PATRICIA BELL, LPN NBDC_ Date _2/10/98_

CC 027

7794

# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** 2/11/98

**INMATE NAME:** Hicks, William

**ARREST #:** BS 9717076

**D.O.B.:** 9/9/63        **LOC:** 12 63

**Please check the box for the ordered diet:**

☐ CLEAR LIQUIDS

☐ FULL LIQUIDS

☐ 2400 CALORIE ADA (with evening snack)

☒ 2800 CALORIE ADA (with evening snack)

☐ REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐ PREGNANCY DIET

☐ ALLERGY TO:_____(Please be specific)

**Physician/Dentist/Psychiatrist/PA:** _____

☒ **THIS DIET ORDER IS PERMANENT**        **RENEW EVERY 30 DAYS**

☐ **THIS DIET IS TEMPORARY**        ☐ **FOR A PERIOD OF _____ DAYS**

☐ **RETURN TO REGULAR DIET**

White - Medical        Yellow - Kitchen

IN. RMED CONSENT (ANTIPSYCHOTICS)

**MEDICATION:** For example: Thorazine, Mellaril, Prolixin, Trilafon, Loxitane, Navane, Stelazine, Serentil, Moban, Haldol, or any other antipsychotic. RISPERDAL — Risphachne,

**PURPOSE:** These medications are used to treat serious mental and emotional conditions and to restore calmness. They work by improving the balance of chemical substances within the brain.

**COMMON SIDE EFFECTS:** Common side effects include: Sleepiness, muscle stiffness, abnormal involuntary movements, some of which may be persistent and are called Tardive Dyskinesia, difficulty urinating, lowered blood pressure which may be experienced as light headedness, blurred vision, dry mouth, constipation, and sensitivity to sunlight. If you experience any of these side effects, please report them to any member of the health care staff.

**ALTERNATE TREATMENT:** It has been determined at this time that this category of medication is the most effective therapy available, and that this class of medication will relieve undesirable symptom better and more quickly than other treatments. Other treatments include activity therapies and talk therapies such as counselling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days. Significant benefit may require regular and long-term usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets your needs. The doctor may order laboratory tests from time to time, to ensure that the medication is not causing any serious problems. The doctor at a minimum, reviews the medication and its effects every month.

**NOTIFICATION:** I understand that I can decide to stop taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking the medication, it will not affect my ability to receive other health care.

**RISKS AND HAZARDS:** Avoid alcohol. Avoid driving a vehicle and other activities that require alertness. Avoid long periods of time in sunlight. Avoid exposure to sunlamps. Avoid too much exercise, extreme heat or other activities likely to make you tired.

I understand, that by signing this form, I am agreeing to let EMSA - Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of the treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions with the doctor and a copy of this form will be given to me.

Patient's signature: _X William M Dicks_ Date 2 / 13 / 98

Staff signature: _____ A. M. PERFILIO, MD Date 2 / 13 / 98
NBB - PSYCHIATRIST

NAME_____ R___ S___ DOB_____ # 6597/7070

EMSA CORRECTIONAL CARE
INFORMED CONSENT (LITHIUM)

**MEDICATION:**  Lithium/Lithium Carbonate (Eskalith, Lithane, Lithobid, Lithonate, Lithotabs).

**PURPOSE:**  This medication is used to treat highly changeable moods.

**COMMON SIDE EFFECTS:**  Common side effects include, but are not limited to: Increased urination and thirst, fine hand tremor, upset stomach, vomiting, diarrhea, muscle weakness, thyroid gland enlargement, sleepiness.  If you experience any of these or other side effects, please report them to any member of the health care staff.

**ALTERNATIVE TREATMENTS:**  It has been determined at this time that this category of medication is the most effective therapy available, and that this class of medication will relieve undesirable symptoms better and more quickly than other treatments. Other treatments include activity therapies and talk therapies such as counselling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:**  This medication usually acts within a few days. Significant benefit may occur within three weeks.  Maximum benefit may require regular and long-term usage.  The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that will meet your needs.  The doctor will order laboratory tests from time to time to ensure that the medication is safe.  The doctor, at a minimum, reviews the medication and its effect every month.

**NOTIFICATION:**  I understand that I can decide to stp taking this medication at any time by telling the doctor or any other health care staff.  If I decide to stop taking this medication, it will not affect my ability to receive other health care.

**RISKS AND HAZARDS:**  Avoid abrupt changes in weight, and changes in salt intake. Avoid too much caffeine, and avoid activities resulting in high levels of sweating.

    I understand that by signing this form I am agreeing to let EMSA Correctional Care, a contracted agent, treat me with a psychotropic drug.  I have been given and have had explained information about the nature of this treatment and the reason I am being treated.  I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug.  I have been given a chance to ask questions about my treatment, and have had all my questions answered.  I understand that I can discuss any other questions I might have about my treatment with the doctor, and that a copy of this form will be given to me.

Patient's signature: X _William m Nich_    Date _2/20/98_  Time _940_

Staff signature: _____    A. M. PERFILIO, MD
                        NBB - PSYCHIATRIST  Date _2/20/98_  Time _9.40_

NAME_____  R___ S___ DOB_____  # _13557170 76_

**EMSA** CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _N BB_

Name: _Hicks  William_    ID# _BS 97 170 76_

D.O.B. _9-19-63_

I, _William  Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

[X] A.   Refused medication.                      ___ E.   Refused X-Ray services.

___ B.   Refused dental care.                     ___ F.   Refused other diagnostic tests.

___ C.   Refused an outside medical appointment.  ___ G.   Refused physical examination.

___ D.   Refused laboratory services.             ___ H.   Other (Please specify)

_Risperidol  2 mg  @  9 pm._

Reason For Refusal _refused" change" reactions"_

Potential Consequences Explained _loss of control of moods_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_William M Hicks_
Witness Signature

_E DM McKenzie  LPN_
Witness Signature

ELMA McKENZIE, LPN
NBB

_____
Patient Signature

Date _2-23-98_    Time _8·30 A_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N. Broward_

Name: _HICKS   William_          ID# _BS97 17676_

D.O.B: _9-19-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_Risperidal 2 mg Po in PM_

Reason For Refusal _____

_" The doctors' going to change it "_

Potential Consequences Explained _____

_Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_V. Hindle RN_                          _Refused to sign_
_____          _____
Witness Signature                        Patient Signature
Valerie Hindle, RN
North Broward

_2-23-98_                                  _17W_
_____          _____
Date                                          Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                                       7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBB_

Name: _Hicks    William_    ID# _BS 97 17076_

D.O.B. _9 - 9 - 63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.    Refused medication.                    ____ E.    Refused X-Ray services.

____ B.    Refused dental care.                    ____ F.    Refused other diagnostic tests.

____ C.    Refused an outside medical appointment.    ____ G.    Refused physical examination.

____ D.    Refused laboratory services.            ____ H.    Other (Please specify)

_Respiridol   2 mg   @   qnu._

Reason For Refusal    _Do to side effect_

Potential Consequences Explained    _loss   of   control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Eam Chunfu  urn_
Witness Signature

**ELMA McKENZIE, LPN**
NBB

Witness Signature                    _William M Hicks  2-25-98_
                                     Patient Signature

Date _2/25/98_                    Time _10 AM_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                     7/94

USA CORRECTIONAL CARE

**MEDICAL / MENTAL HEALTH RELOCATION REQUEST**

DATE : 2·26·98

MEMORANDUM TO : Classification

FROM : Hawley

INMATE NAME : Hicks William

ARREST NUMBER : BS 9717076

DATE OF BIRTH :

PRESENT LOCATION : 12·2H2

TRANSFER TO : GENERAL POPULATION _____ 12·2H4

MENTAL HEALTH ____✓____ **(LIST UNIT)**

INFIRMARY _____

COMMUNICABLE DISEASE _____

REASON FOR REQUEST:

Cell adjustment

NOTE: ORIGINAL TO CLASSIFICATION
COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N BR_

Name: _Hicks William_ ID# _BS 97 17076_

D.O.B. _____

I, _W. Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X A. Refused medication.   ___ E. Refused X-Ray services.

___ B. Refused dental care.   ___ F. Refused other diagnostic tests.

___ C. Refused an outside medical appointment.   ___ G. Refused physical examination.

___ D. Refused laboratory services.   ___ H. Other (Please specify)

_Cogentin, Risperidol 2 mg po q am_

Reason For Refusal _Side effects_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_E AM Renfer RN_
Witness Signature

Witness Signature                    _X Hicks William_
                                     Patient Signature

Date _2/26/98_          Time _4:30 A_

**EMSA** CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _N BR_

Name: _Hicks William_                ID# _BS 97 17076_

D.O.B. _____

I, _W. Hicks_ have, this day, knowing that I have a condition
  (Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_Cogentin, Risperdol 2 mg po q am_

Reason For Refusal _Side effects_

Potential Consequences Explained _Loss of control_

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_E AM Rupfer_
Witness Signature

Witness Signature

_x Hicks William_
Patient Signature

Date _2/26/98_

Time _930 N_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                          7/94

**EMSA** *CORRECTIONAL CARE*

RECEIVED 1 0 199

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ (MEDICAL)   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 5-9-98     Facility/Institution: N BDC

Name of Inmate: William M Hicks     D.O.B.: 9/10/63

I.D. #: BS97-17076     Cell #: 12-1-H-4

Problem: (in your own words)

I seek pain medication! The meds
I'm on never in stock long!
I seek to see M.D. Doctor only
right now ASAP please!

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: _____

Person Triaging: _____ (Name)     Date: 5/9/98     Time: 10PM

**FOR STAFF USE ONLY**

S: As stated above

O: As stated above

A: Alt in comfort

P: Explain procedure to pt,
E, meds have been ordered.

Date: 5/10/98     Health Service Signature

DELLA RICHARDSON, LPN
NBDC

CC-018

E. __ BROWARD SHERIFF'S OFFICE
Shift 7-3pm   DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM                    GJ 1258

Duty Wall on Duty With Nurse        **TO BE COMPLETED BY INMATE**

HICKS William m        BSD-17076  12-1-H-4  NBDC      5-16-98
Inmate's Name            Arrest#        Cell   Facility      Date

### PART A - INMATE'S GRIEVANCE

13.50 m Block Female Nurse "Bandage sou Left hand," she gave me 2 Lithium @ tilevol "asked
amitrex "she said no she wont," I said it's ordered," she said it's so much and she kept on
saying No! I said Let's Thru no Toyes! after a minute or more she grabed m amitriour
gave to me" I said it's suppose to be two," she said "no i wont give me two! she wills To
me "Do you pay for it," I said yes, with my blood! she not amitrour + slamed on Floor
+ it rolls to Floor out + sit back on Floor! she's also eating a pear as she does medication!
how nurse has become Doctor, m.D. + not Nurse R.N. ! you Tell me why I Fight for meds.
William m Hicks                                      5-16-98
Inmate's Signature                          Date Signed
**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr Hicks, I will investigate this
her attitude

Reviewing Deputy's Signature/CCN                    Date

_____ RN                    6/13/98
Supervisor's Signature/CCN                          Date

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**
I _____, wish to appeal the response.

Inmate's Signature                          Date Signed
**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                          Date

# EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE : _6·5·98_

MEMORANDUM TO : _CLASSIFICATION_

FROM : _EMSA_

INMATE NAME : _Hicks William_

ARREST NUMBER : _BS 9717076_

DATE OF BIRTH : _9·19·63_

PRESENT LOCATION : _12 H4_

TRANSFER TO :

GENERAL POPULATION _____

SHELTER CARE _____

MENTAL HEALTH _12 W5_ (LIST UNIT)

INFIRMARY _____

COMMUNICABLE DISEASE _____

REASON FOR REQUEST:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NOTE:     ORIGINAL TO CLASSIFICATION
          COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBB_

Name: _Hicks Williams_  ID# _639717076_

D.O.B. _3-19-63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

_V.DRL_

Reason For Refusal _"had it already"_

Potential Consequences Explained _syphyllis is a sexually transmitted disease, that if left untreated, may cause heart disease, blindness, mental illness and death._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_B Rosenblum RN_
Witness Signature

_BARBARA ROSENBLUM, RN_         X _William M Hicks_
Witness Signature    NBB                 Patient Signature

_____          _____
Date                             Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA** *CORRECTIONAL CARE*

## MEDICAL INFORMATION TRANSFER FORM
*Confidential Medical Data*

To: FSP

(Agency)

(Address)

From:

(Institution)

(Address)

(        )
(Telephone)

Inmate's Name: Hicks, William

a/k/a:

D.O.B.: 9-10-63    ID# BS97170X6

Person Completing Form

Print Name: JAI PORUTLA

Signature: PORUTLA

Date: 06/8/98

---

**MEDICAL PROBLEM(S)**

Hx Psych

**TREATMENTS/MEDICATIONS**

Motrin ✝ tabs PO TID × 90 Days
Tylenol ✝ tabs PO TID × 90 Days
Maalox 30cc PO TID PRN × 30 Days
Lithium 300mg PO TID × 30 Days
Elavil 225mg PO QHS × 30 Days

---

**Allergies:** NKA

**Pregnant:**    Yes    (No)    Unknown

**Other Lab Data:**

TB Skin Test:  Result 0mm    Date 7/27/9?
CXR:           Result        Date

| Test | | Treated | Date |
|------|--------|---------|------|
| RPR: | Result | Yes No | |
| VDRL: | Result | Yes No | |
| GC: | Result | Yes No | |
| Other: | | Yes No | |

---

Receiving Institution — White    Medical File — Yellow

EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE                    :    6·5·98

MEMORANDUM TO   :    CLASSIFICATION

FROM                    :    EMSA

---

INMATE NAME        :    Hicks, William

ARREST NUMBER   :    BS 9717076

DATE OF BIRTH       :    9. 19. 63

PRESENT LOCATION :   12 H4

TRANSFER TO          :    GENERAL POPULATION    _____

                                    SHELTER CARE                _____

                                    MENTAL HEALTH        12 2Q5        (LIST UNIT)

                                    INFIRMARY                    _____

                                    COMMUNICABLE DISEASE  _____

REASON FOR REQUEST:

_____

_____

_____

_____
                                    RN
_____

_____

_____

_____

_____

_____

_____

NOTE:          ORIGINAL TO CLASSIFICATION
                    COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBB_

Name: _Hicks Williams_     ID# _639717076_

D.O.B. _9-19-63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.    Refused medication.                          ____ E.    Refused X-Ray services.

____ B.    Refused dental care.                          ____ F.    Refused other diagnostic tests.

____ C.    Refused an outside medical appointment.  ____ G.    Refused physical examination.

____ D.    Refused laboratory services.               ____ H.    Other (Please specify)

_VDRL_

Reason For Refusal _"I had it already"_

Potential Consequences Explained _Syphyllis is a sexually transmitted disease that if left untreated, may cause heart disease, blindness, mental illness and death._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_B Rosenblum RN_
Witness Signature

_____
Witness Signature    BARBARA ROSENBLUM, RN
                     NBB

_X William M Hicks_
Patient Signature

_____
Date

_____
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                                      7794

**EMSA** *CORRECT. NAL CARE*

RECEIVED
MAY 1 7 1996
BY:

# INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 5/16    Facility/Institution: BCMJ

Name of Inmate: William A. Hicks    D.O.B.: 9/15/75

I.D. #: 62-21    Cell #: 4B1L

Problem: (in your own words)
I have a common cold and it's starting to get worse. I need medication before I spread th illness or before it turn into something worse

**DO NOT WRITE BELOW THIS LINE**

## STAFF SECTION

Disposition: S/C

Person Triaging: M Rayner    MICHAEL RAYNER, LPN
MAIN JAIL    (Name)    Date: 5/16    Time: 1P

**FOR STAFF USE ONLY**

S: I have a cold. Need something

O: Respiratory discomfort – B/P 98 6 82 20 130/70

A: Cold Symptom –

P: Cold order
    Force Fluids

Date: 5/11/96    Health Service Signature

CC 018    7/94

# EMSA CORRECTIONAL CARE

## DENTAL SERVICES

INMATE LAST NAME: Hicks   INMATE FIRST NAME: William   D.O.B. 9-16-69   # BS977076

### MEDICAL HISTORY - SUMMARY

- General Health
- Existing Illness
- Medicine/Drugs
- Allergies ___ NKA
- Blood pressure S ___ / D ___

DATE OF EXAMINATION 8/1/5

INSTITUTION ___

CODE: S.C. - Space Closed   C.R. - Crown   X - Missing Teeth

RIGHT   UPPER   LEFT
1 2 3 4 5 6 7 8   9 10 11 12 13 14 15 16

LINGUAL

LOWER
32 31 30 29 28 27 26 25   24 23 22 21 20 19 18 17

- General Health — Physician's Care?
- Medications?
- Diabetes?
- T.B.?
- Hepatitis?
- Venereal Disease?
- Radiation Therapy?
- Anemia?
- Epilepsy?
- Last Elective Dental Treatment?
- Rheumatic Fever?
- Heart Murmur?
- High Blood Pressure?
- Heart Disease?
- Bleeding?
- Lung Disease?
- Kidney Disease?
- Breathing Problem?
- Other?
- Reactions to Anesthetics?

### DENTAL HISTORY - SUMMARY

- General Health
- Home Care
- Attitude

### CLINICAL DATA

- General Condition of Teeth
- Plaque ___ Stains ___ Abrasions
- Condition of Present Restorations
- Overhangs ___ Contact Points
- Inflammation of Gingival Tissue: Slight ___ Moderate ___ Severe
- Color ___ Recession ___ Pockets
- Condition of the Floor of Mouth
- Palate: Hard ___ Soft ___ Cheeks ___ Lips
- Frenum ___ Tongue ___ Ridges
- Presence of Exudate ___ Areas of Food Retention ___ Saliva
- Calculus: Slight ___ Moderate ___ Excessive ___ Oral Cancer Exam
- TMJ ___ Neck ___ Occlusion
- Results of X-Ray: Bone ___ Root Tips ___ Impactions
- Supernumerary ___ Abscesses

X-Ray
Study Models
Photographs
Clinical Exam
Vitality Test
Mobility

| TOOTH | | SERVICES NECESSARY |
|---|---|---|
| | 1 | DENTAL EXAM |
| | 2 | S: toothache |
| | 3 | O: Swell vestibular buccal |
| | 4 | elm on Frontl BS? tro |
| | 5 | adjacent to #10 & 11 |
| | 6 | w/reason? RCT - X-ray |
| | 7 | floor swell appox delivery |
| | 8 | A: abscess formy RCT No pain |
| | 9 | P: Ab |
| | 10 | C: OAE |
| | 11 | [signature] DR. GLENN PEARSON NBDC / Main |
| | 12 | |
| | 13 | S: Wants tooth ext (double distal) |
| | 14 | made that last appointment |
| | 15 | S/C pm the hop exe (will Xtra pblm) |
| | 16 | O: Pt complains of malnourishment |
| | 17 | because of previous problems |
| | 18 | with his tmj |
| | 19 | A: Pt No response Lidoc observe |
| | 20 | P: Pt placed by on meds to double |
| | 21 | candida |
| | 22 | C: OAE |
| | 23 | |
| | 24 | [signature] DR. GLENN PEARSON NBDC/ MAIN |
| | 25 | |
| | 26 | S: Probable OK |
| | 27 | O: #28 cervical erosion |
| | 28 | Pt exam uncovered - exposed |
| | 29 | dentin |
| | 30 | A: cervical abrasion |
| | 31 | P: Refer to DMby |
| | 32 | C) OAE |
| | 33 | |
| | 34 | |
| | 35 | [signature] Dr. Glenn Pearson NBDC / Main |
| | 36 | |
| | 37 | |
| | 38 | |
| | 39 | |
| | 40 | |

9/12/97
S: Return to FMD
O: #28 Frontl exam
#: Change eoliz
P: Pt exam 2Rx6
No fill w/amad
C: OAE
[signature] DR. GLENN PEARSON Jr NBDC / Main

11/21/97
S: Cavity
O: #5 No cano Frong Ex
A: Chronic caries
P: Can? Surg
C: OAE

12/22/97   11:00 pm
S: Cavity
O: #5 Do caries
A: Chronic caries
P: Pt cap 2Rx6
#5 No fill nad claw
C: OAE

[signature] DR. GLENN PEARSON NBDC / Main

EMSA CORRECTIONAL
CARE

## HIV TESTING:  COUNSELING FORM

Inmate's Name: Hicks, William    ID#: BS9717076    Date of Birth: 9/9/63

| PRE-TEST COUNSELING | |
|---|---|
| What does the test tell you? | ☑ |
| How is the test done? | ☑ |
| What do the results mean? (Positive & Negative) | ☑ |
| How accurate is the test? | ☑ |
| How can I stop the spread of HIV? | ☑ |
| Confidentiality | ☑ |
| If positive, test results will be reported to Department of Health | ☑ |
| CONSENT FORM SIGNED. | ☑ |

### CERTIFICATION

This is to certify that I have received counseling about the meaning and use of the HIV test.

YVONNE WILCHER, MA
NBB

William M Hicks      3-8-98      Yvonne Wilcher      3-7-98
(inmate's signature)      date      (counselor's signature)      date

| POST TEST COUNSELING | |
|---|---|
| The results:   positive or negative. | ☑ |
| What do the results mean for my future health? | ☑ |
| If the results are positive, what further testing will be done? | ☑ |
| How can I stop exposure and spread of HIV? | ☑ |
| Confidentiality. | ☑ |

### CERTIFICATION

This is to certify that I have received counseling about the meaning and use of the HIV test.

X William M Hicks      _____      _____      3/24/98
(inmate's signature)      date      (counselor's signature)      date

Allyson Luckie
PA-C
NBDC

## AFFIDAVIT OF DR. JEFFREY ELLIOT

STATE OF FLORIDA    )
                      )ss
COUNTY OF        )

BEFORE ME, the undersigned authority, personally appeared Jeffrey Elliot, MD, who, first being duly sworn, deposes and states as follows:

1. My name is Jeffrey Elliot, MD, and I am over the age of eighteen (18) years old.

2. I am employed with Coral Springs Oral and Maxillofacial Surgery Associates located at 2801 University Drive, Suite 102, Coral Springs, FL 33065.

3. This is to certify that the attached records produced to the Law Offices of Bunnell Woulfe are a true and correct copy of the records in possession of Coral Springs Oral and Maxillofacial Surgery Associates pertaining to William Hicks.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Dr. Jeffrey Elliot

Sworn to and subscribed before me this 9th day of _April_____, 2004, by Jeffrey Elliot, MD who is personally known to me or has produced _____ as identification.

_____
(Signature of Notary)

_____
(Name of Notary Typed or
printed or stamped)



DENISE L. SCUDO
MY COMMISSION # DD 095349
EXPIRES: May 10, 2006
Bonded Thru Notary Public Underwriters

EXHIBIT "B"

## — PATIENT INFORMATION SHEET —

Date: 11-3-98

1.IP Title: (Mr., Mrs., Ms.) First Name: William   Middle Initial: M   Last Name: Hicks

Sex: ☒ Male ☐ Female   Date of Birth: 9/1/63   Age: 33   Social Security No.: 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

Street: 101 N 13 Ave

City: Lauderhill   State: Fl   Zip: 33351

Home Tel.: (_____)   Bus. Tel.: (_____)   Ext.:

Physician: _____   Dentist: _____

Referred By: FMCA Broward Jail   Address: _____

---

Who will be responsible for your account?   Relation:   ☐ Self   ☐ Spouse   ☐ Mother   ☐ Father   ☐

Name: _____   Soc. Sec. #: _____   Home Tel.: (_____)

Street: _____   City: _____   State: _____   Zip: _____

Employer: _____   Tel.: (_____)

---

1.IO Student:   Full Time ☐   Part Time ☐   Not ☐   School Name/Address

Married ☐   Divorced ☐   Legally Separated ☐   Widow ☐   Single ☐

Employed:   Full Time ☐   Part Time ☐   Retired ☐   Not ☐   Do you belong to a Preferred Provider Organization?   ☐ Yes   ☐ No

---

**❶ INSURANCE COMPANY:**   **INSURED PARTY:**

Name: _____   Name: _____

Address: _____   Relation to Insured:   ☐ Self   ☐ Spouse   ☐ Child   ☐ Other

1.11   Sex:   ☐ M   ☐ F   Date of Birth: _____

Phone: (_____)   Street: _____

Does your plan cover:   ☐ Dental   ☐ Medical   ☐ Both   City, State, Zip: _____

Group No.: _____   Group Name: _____   Phone: (_____)

Local: _____   S.S. No.: _____   ID No.: _____

---

**EMPLOYER INFORMATION:**

Name: _____

Street: _____   City: _____   State: _____   Zip: _____

Is this an Employer Health Insurance Plan?   ☐ Yes   ☐ No   Employer ID No.: _____

---

**❷ INSURANCE COMPANY:**   **INSURED PARTY:**

Name: _____   Name: _____

Address: _____   Relation to Insured:   ☐ Self   ☐ Spouse   ☐ Child   ☐ Other

Sex:   ☐ M   ☐ F   Date of Birth: _____

Phone: (_____)   Street: _____

Does your plan cover:   ☐ Dental   ☐ Medical   ☐ Both   City, State, Zip: _____

Group No.: _____   Group Name: _____   Phone: (_____)

Local: _____   S.S. No.: _____   ID No.: _____

---

**EMPLOYER INFORMATION:**

Name: _____

Street: _____   City: _____   State: _____   Zip: _____

Is this an Employer Health Insurance Plan?   ☐ Yes   ☐ No   Employer ID No.: _____

---

**FEES AND PAYMENTS:**

We make every effort to keep down the cost of your oral surgical care. You can help by paying upon completion of each visit. Other arrangements can be made with our office manager depending upon special circumstances. An estimate of the charge for any procedure or surgery you may require will be given to you upon request. If you have any dental and/or medical insurance we will be glad to fill out the proper forms but please complete the identifying information at the top of the form.

Please remember that insurance is considered a method of reimbursing the patient for fees paid to the doctor and is not a substitute for payment. Some companies pay fixed allowances for certain procedures and others pay a percentage of the charge. It is your responsibility to pay any deductible amount, co-insurance or any other balance not paid for by your insurance company.

1.IO This signature on file is my authorization for the release of information necessary to process my claim. I hereby authorize payment directly to the dentist named of the insurance benefits otherwise payable to me.

Signature: William M Hicks

## — HEALTH HISTORY —

To our patients:

Although oral surgeons primarily treat the area in and around your mouth, your mouth is a part of your entire body. Health problems that you may have or medication that you may be taking, could have an important interrelationship with the care, that you will be receiving. Thank you for answering the following questions. Your answers are for our records only and will be considered confidential.

Reason for today's office visit _MEDICAL REFERAL From JAIL_

| | YES | NO |
|---|---|---|
| Are you in good health? _YES_ Height _601_ Weight _230_ | ☐ | ☐ |
| Have there been any changes in your general health in the past year?........... | ☑ | ☐ |
| Are you under the care of a physician? _MARTIN_ Date of last visit: _5 days ago_ | ☐ | ☐ |
| If so, for what are you being treated? _DUAL DIAGNOSIS PSYCHIATRIC_ | | |
| Have you had any illness, operation or been hospitalized in the past five years? | ☐ | ☐ |
| Do you have unhealed injuries or inflamed areas in or around your mouth, growth or sore spots in your mouth?...................................................... | ☐ | ☐ |
| If so, describe where _(R) JAW UPPER_ | | |

| | HAVE YOU HAD OR DO YOU CURRENTLY HAVE... | Yes | No | NOTES | | HAVE YOU HAD OR DO YOU CURRENTLY HAVE/USE... | Yes | No | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Rheumatic fever? | | ✓ | | 27 | Stroke? | | ✓ | |
| 2 | Damaged heart valves/ mitral valve prolapse? | ✓ | | | 28 | Thyroid trouble? | | ✓ | |
| 3 | Heart murmur? | | ✓ | | 29 | Diabetes? | | ✓ | |
| 4 | High blood pressure? | | ✓ | | 30 | Low blood sugar? | | ✓ | |
| 5 | Low blood pressure? | | ✓ | | 31 | Kidney trouble? | | ✓ | |
| 6 | Chest pain, angina? | ✓ | | | 32 | Are you on dialysis? | | ✓ | |
| 7 | Heart attack(s)? | | ✓ | | 33 | Swollen ankles, arthritis or joint disease? | ✓ | | RETAIN WATER SINCE an |
| 8 | Irregular heart beat? | | ✓ | | 34 | Stomach ulcers? | ✓ | | |
| 9 | Cardiac pacemaker? | | ✓ | | 35 | Contagious diseases? | | ✓ | |
| 10 | Heart surgery? | | ✓ | | 36 | Sexually transmitted diseases? | | ✓ | |
| 11 | Bronchitis, chronic cough? | | ✓ | | 37 | Chronic fatigue or night sweats? | ✓ | | |
| 12 | Asthma? | | ✓ | | 38 | Problems of the immune system? | | ✓ | |
| 13 | Hayfever/Sinus problems? | | ✓ | | 39 | A tumor or growth? | | ✓ | |
| 14 | Tuberculosis? | | ✓ | | 40 | Mental health problems? | ✓ | | |
| 15 | Emphysema? | | ✓ | | 41 | Are you wearing a removable dental appliance? | | ✓ | |
| 16 | Difficulty breathing? | | ✓ | | 42 | Are you on a diet? | | ✓ | |
| 17 | Any other lung trouble? | | ✓ | | 43 | Habit-forming drugs? | | ✓ | |
| 18 | Do you smoke? | | ✓ | | 44 | Alcohol beverages? | | ✓ | |
| 19 | Blood disorder such as anemia? | | ✓ | | 45 | Contact lenses? | | ✓ | |
| 20 | Bruise easily? | ✓ | | | 46 | Eye disease/glaucoma? | | ✓ | |
| 21 | Bleeding tendency (abnormal bleed?) | ✓ | | ULCER | 47 | X-Ray treatment/chemotherapy? | | ✓ | |
| 22 | Jaundice, hepatitis or liver disease? | | ✓ | | 48 | Blood transfusion? | | ✓ | |
| 23 | Infectious mononucleosis? | | ✓ | | 49 | Pain & clicking of jaws when eating? | ✓ | | |
| 24 | Gallbladder trouble? | | ✓ | | 50 | Malignant Hyperthermia? | | ✓ | |
| 25 | Fainting spells? | | ✓ | | 51 | Have you had anything to eat or drink in the last 6 hours? | | ✓ | |
| 26 | Convulsions, epilepsy? | | ✓ | | 52 | Who is driving you home today? | | | B.S.U. |

| MEDICATIONS | YES | NO |
|---|---|---|
| ARE YOU NOW TAKING ANY KIND OF MEDICINE, DRUG OR PILLS FOR ANY PURPOSE? | ☑ | ☐ |
| Anticoagulants? | ☐ | ☑ |
| Tranquilizers? | ☐ | ☑ |
| Cortisone? | ☐ | ☐ |
| Other medications? *(Please list)* ...... SINACQUAN | ☐ | ☐ |

| ALLERGIES | YES | NO |
|---|---|---|
| ARE YOU ALLERGIC TO OR HAD A REACTION TO: | | |
| Local anesthetics? | ☐ | ☑ |
| Penicillin? | ☐ | ☑ |
| Other antibiotics? *(Please list)* | ☐ | ☑ |
| Sulfa drugs? | ☐ | ☐ |
| Barbiturates, sedatives or sleeping pills? | ☐ | ☑ |
| Aspirin? | ☐ | ☑ |
| Iodine? | ☐ | ☑ |
| Codeine or other narcotics? | ☐ | ☑ |
| Other medications? | ☐ | ☑ |
| Allergies other than drug allergies? *(Please list)* | ☐ | ☑ |

| | YES | NO |
|---|---|---|
| IS THERE ANY CONDITION CONCERNING YOUR HEALTH OR FAMILY'S ANESTHETIC HISTORY THAT THE DOCTOR SHOULD BE TOLD? | ☐ | ☑ |
| **WOMEN:** Is there a possibility that you may be pregnant? | ☐ | ☑ |
| Estimated delivery date: | | |
| Are you nursing? | ☐ | ☑ |
| Are you taking birth control pills? | ☐ | ☑ |

I certify that the medical history I have given above is correct. I agree that I am financially responsible for payment of this account. In the event that this account is referred for collection, I agree that I will be responsible for all costs of collection including reasonable attorney's fees.

Signature of Patient
(Parent or Guardian if Minor): X William M Hicks        Date: 11-3-18

## – CONSENT FOR SURGERY AND ANESTHESIA –

I consent to the performance of the procedure known as

by Dr. Russo/Dr. Elliot under local/or general anesthesia upon myself or my child
I acknowledge that the nature and the purpose of the procedure has been fully explained to me, as well as the alternative treatments available.

I have been informed and understand that on occasion there are complications related to the surgery and anesthesia. The more common complications which may occur are:

1. Infection, swelling, excessive bleeding, discoloration of the skin, and/or bruising of jaw joints.
2. Temporary or permanent numbness of the lips, chin, tongue, gums or the teeth (lower jaw).
3. Sinus infections or sinus openings which may require additional treatment or surgery (upper jaw).
4. Phlebitis of the vein (inflammation of the vein at the IV injection site).
5. Adverse or allergic reactions to the anesthetic drugs which could result in cardiac or respiratory arrest.
6. Other

I acknowledge that I have had the opportunity to discuss the proposed treatment with Dr. Russo/Dr. Elliot and I acknowledge that no guarantee or assurance has been given to me as to the results that may be obtained.

*NOTE: You may have nothing to eat or drink for six hours before a general anesthetic. You must not drive a car or operate hazardous machinery for at least 24 hours after a general anesthetic. Someone responsible must take you home after a general anesthetic. You must not use alcohol or take any medication or drugs (other than those prescribed) without first consulting the treating doctor.*

Witness:

_____        _____
Date        Signature of Patient
(Parent or Guardian if Minor)

Operating Doctor

## ANESTHESIA RECORD

N.P.O. (Hours) _____

Date _____          ASA _____          Ht. _____ Wt. _____

Name _____ Age _____ Pre-op Bp. _____ T. \_\_\_\_ P. \_\_\_\_ R. \_\_\_\_

Anesthesia time _____     I.V. site: _____

**Technique:**          I.V. condition on D/C    S    U

☐ I.V.    ☐ IM.    ☐ Inhalation          Complications/Comments:

**Agents:**

| | |
|---|---|
| Brevital | _____ mg |
| Atropine | _____ mg |
| Demerol | _____ mg |
| Fentanyl | _____ mg |
| Valium | _____ mg |
| Versed | _____ mg |
| Decadron | _____ mg |
| 2% Xylocaine | _____ cc |
| 3% Carbocaine | _____ cc |
| .5% Marcaine | _____ cc |

Vital signs stable for D/C   S \_\_\_ U \_\_\_

Discharge Condition:   s \_\_\_ u \_\_\_

Disposition: _____

| INDUCTION | ECG _____ |
|---|---|
| s \_\_\_\_\_ u \_\_\_\_\_ | Bp cuff _____ |
| MAINTENANCE | Pulse Ox _____ |
| s \_\_\_\_\_ u \_\_\_\_\_ | Temp. _____ |
| RECOVERY | |
| s \_\_\_\_\_ u \_\_\_\_\_ | |

Anesthetist _____

Assistants _____

Halothane % _____

N2O/O2 % _____

Oximeter % _____

**C.C.:**

**EXAM:**

**X-RAY:**

**DX:**

**TREATMENT:**

on/Facility _North By Bureau_                    Authorization No.: □ 36080 □

OUTSIDE
AL SURGERY

**EMSA** *CORRECTIONAL CARE*

**CONSULTATION REQUEST FORM**

EMERGENCY □        URGENT ☑        ROUTINE □

A.  Inmate #: B35514533                      Sex _M_   Race _W_   D.O.B. 9-16-

    Patient Last Name: _Hurt_                 First Name: _Walter_

B.  Request Date: _10-21-96_                  Sentence/Release Date:

    Reason for Consultation: Present illness and history - include summary of current problem(s);
              meds, x-ray and lab studies, etc.

    Right Zygomatic Arch fracture with

    possible TMJ impingement.

    Nothing but needs X-rays. CT?

    Prior Consultation Enclosed   □ Yes ☑ No       Referring Physician: _____ Clinic

    Initial Diagnosis: Zygomatic Arch fracture   Signature:

C.  Consulting Physician: _Dr. _____   2X □ _____ □ _____   752

    Results: (To be completed by Consulting UM Physician) _TWO_   Suite 108

    Treatment Plan and Recommendations (therapy, meds, studies)

    CT SCAN FROM ZYGOMATIC ARCHES AND T.M.T.   TO ANGLE OF

    MANDIBLE INCLINE _____ ON R/L   _____

    REPAIR TWO WAY VIEW                        J. ELLIS DMD

    Reviewed by: _____   Date: _____

D.  Outside Consultations Only:

    Billing Instructions: _EMSA CORRECTIONAL CARE_
                          (Insurance Name or EMSA)

    Address: 1200 S. Pine Island Road, Suite 500, Ft. Laud 33224

    Policy #: _____

    Approved Provider: _____   Procedure Authorized: _____

    (If admission Pre-Op to be done onsite please attach results Laboratory, X-ray, EKG)

    Scheduled Date of Service/Time: _11-7-96_   Type of Visit approved: _____
                                    _11:30 AM_   (Inpatient admission, Outpatient Surgery, Visit Outpatient, Diagnostic testing)

E.  To be completed by institution:

    Items to be Sent With Referral

    □ Recent X-Ray     □ Recent Lab Results     □ Other Special Test Results

    Consulting Physician (Please attach copy of consultation, ED Form or D/C Summary)   Date _10-21-96_

    Findings (problems, diagnosis) and Recommendations (therapy, meds, studies)

    Procedure Completed: _____   Consulting Physician: _____

    Final Diagnosis: _____

    Disposition: _____

Hicks, William M Mr          26434
11/02/96                              Birth: 09/10/63   Age: 33
                                      Ref by:
                                      Dentist:

C.C. _trauma 2/7/96 (illegible) MD —
told head (illegible) pain, right TMJ

EXAM ___ ~31 mm, no slight deviation to right, no clicks, popping
(R) (illegible) no gross enlargement of
right coronoid. Steppy right zygomatic arch

XRAY ___ no gross (illegible)

DX ___ MVP

P.M.H. ___ MVP, mental health problem, not (illegible)

■ **ANESTHESIA RECORD:**    DATE: _____

| B.P.-PULSE | BREV. | ATR. | DEM. | VAL. | VER. | DEC. | N₂O/O₂ | O₂ | LOCAL |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

**REMARKS:**

IV: _____

BP: _____

EKG: _____

DATE: _____

Rec
DEC C-I obtained

Dec.16 '96 14:33          EM.  .HBDC          FROM 305-831   .0          P. 2

C0 0498

POMPANO BEACH MEDICAL CENTER
600 S.W. THIRD STREET
POMPANO BEACH, FL  33060

NAME: HICK,WILLIAM
PHYS: Gupta,Subhash
DOB: 09/10/63    AGE: 33    SEX: M
ACCT: N00956554262 LOCATION: N.RAD
EXAM DATE: 11/27/96 STATUS: OUT
RADIOLOGY NO: 24661506
UNIT NO: N000016140

EMSA
1550 BLOUNT ROAD
POMPANO BEACH, FL  33069

EXAMS: CT FACIAL BONES W/O CONTRAST, CT ORBITS W/O CONTRAST,
       CT ORBIT CORONAL VIEW

C.T. SCAN OF THE FACIAL BONES:

MULTIPLE THIN CORONAL AND AXIAL COMPUTERIZED TOMOGRAPHIC SECTIONS OF
THE FACIAL BONES AE OBTAINED.  THERE IS A SMALL CRACK IN THE LATERAL
WALL OF THE RIGHT MAXILLAY SINUS.  THERE ARE NO AIR FLUID LEVELS IN
THE RIGHT MAXILLARY SINUS.  THE REMAINDER OF THE WALLS OF THE RIGHT
MAXILLARY SINUS, AS WELL AS THE BONY ORBITS APPEAR NORMAL.  THE RIGHT
TEMPOROMANDIBULAR JOINT APPEARS NORMAL.  THE RIGHT ZYGOMATIC ARCH
APPEARS NORMAL.

IMPRESSION:

SMALL CRACK IN THE LATERAL WALL OF THE RIGHT MAXILLARY SINUS OTHERWISE
NORMAL EXAMINATION.


            ** REPORT SIGNATURE ON FILE 11/28/96 **
            REPORTED BY: STEPHEN EDELSTEIN, M.D.
            SIGNED BY:   EDELSTEIN,STEVEN

☑ OK TO FILE
M.D. INITIAL                              DATE  12/3/96

☐ PULL CHART
FOLLOW UP

CC: EMSA                    ☐ NO FURTHER ACTION
                            M.D. INITIAL _____ DATE _____

TRANSCRIBED DATE/TIME: 11/27/96 (1647)
TRANSCRIPTIONIST: NRAD.BLH
PRINTED DATE/TIME: 11/28/96 (1346)    BATCH NO: 1885

Dec.16 '98 14:33          E   NBD:          FROM 305-83.  J10          P. 1

*psych*

EMSA
X-RAY REPORT

AUG 22 1996

PATIENT'S NAME:     HICKS, WILLIAM

DOB:                09/10/63

ARREST NUMBER:      BS9514533

FACILITY NAME:      NORTH BROWARD DET. CENTER

X-RAY NUMBER:       BS9514533

DATE OF FILMS:      08/21/96


INTERPRETATION


FACIAL BONES AND MANDIBLE:

STUDY IS TECHNICALLY SOMEWHAT LIMITED BUT I DO NOT SEE DEFINITE
ABNORMALITY.   IF SYMPTOMS PERSIST, ADDITIONAL STUDIES MAY BE
HELPFUL.

HERBERT GOLDBERG, M.D.

/96



DEC-19-96 10:03 AM    BROWARD MAIN JAIL    3   331 5573    P.01
C004

POMPANO BEACH MEDICAL CENTER
600 S.W. THIRD STREET
POMPANO BEACH, Fl. 33060

NAME: HICK,WILLIAM
PHYS: Gupta,Subhash
DOB: 09/10/63    AGE: 33    SEX: M
ACCT: N00956554262 LOCATION: N.RAD
EXAM DATE: 11/27/96 STATUS: OUT
RADIOLOGY NO: 24661506
UNIT NO: N000016140

EMSA
1550 BLOUNT ROAD
POMPANO BEACH, FL 33069

EXAMS: CT FACIAL BONES W/O CONTRAST, CT ORBITS W/O CONTRAST,
CT ORBIT CORONAL VIEW

C.T. SCAN OF THE FACIAL BONES:

MULTIPLE THIN CORONAL AND AXIAL COMPUTERIZED TOMOGRAPHIC SECTIONS OF
THE FACIAL BONES AE OBTAINED. THERE IS A SMALL CRACK IN THE LATERAL
WALL OF THE RIGHT MAXILLARY SINUS. THERE ARE NO AIR FLUID LEVELS IN
THE RIGHT MAXILLARY SINUS. THE REMAINDER OF THE WALLS OF THE RIGHT
MAXILLARY SINUS, AS WELL AS THE BONY ORBITS APPEAR NORMAL. THE RIGHT
TEMPOROMANDIBULAR JOINT APPEARS NORMAL. THE RIGHT ZYGOMATIC ARCH
APPEARS NORMAL.

IMPRESSION:

SMALL CRACK IN THE LATERAL WALL OF THE RIGHT MAXILLARY SINUS OTHERWISE
NORMAL EXAMINATION.

** REPORT SIGNATURE ON FILE 11/28/96 **
REPORTED BY: STEPHEN EDELSTEIN, M.D.
SIGNED BY:   EDELSTEIN,STEVEN

3/4-9651

CC: EMSA

TRANSCRIBED DATE/TIME: 11/27/96 (1647)
TRANSCRIPTIONIST: NRAD.BLH
PRINTED DATE/TIME: 11/28/96 (1046)    BATCH NO: 1889

PAGE 1                    EMSA

IMAGING REPORT
CO-498 SYS



**CORAL SPRINGS ORAL AND MAXILLOFACIAL SURGERY ASSOCIATES**

**Charles D. Russo, D.M.D.**
**Jeffrey F. Elliot, D.M.D.**

Diplomates, American Board of Oral & Maxillofacial Surgery

---

William Hicks
Date of Birth 9/10/63
Date of Visit 11/02/96
Date of C-T Exam 11/27/96

CC:    This 33 yo w. male presents with a chief complaint of persistent pain in his "TMJ".
HPI: Patient was in his usual state of health when he allegedly was involved in interpersonal violence on 2/7/96. He was evaluated by "some MD's" and told that he had fractures. These fractures were allegedly not treated.
PMH: + MVP, + chest pains, + stomach ulcer, + mental health problems
    Meds: sinequan
    Alcohol: denies Cigarettes: denies          Drugs: denies

CE: Well nourished w. male looking stage age.
Alert and oriented x3. Cranial nerves II-XII grossly intact. + paresthesia right infraorbital nerve. No other facial paresthesia noted.
    Interincisal opening 38mm, with slight deviation to the right. No clicking, popping, crepitus noted in either right or left TMJs. Left and right lateral excursions were unrestricted to 10mm. Protrusive was noted to be 8mm. The mandible is grossly intact without stepping, segmental mobility or tenderness. No gross entrapment of right coronoid process. No pain on loading TMJs. No pain on palpation of TMJs.
    Maxilla is non-mobile. + Stepping with some tenderness right lateral wall of maxilla(maxillary sinus.) Stepping noted right zygomatic arch. Infraorbital rims are continuous without tenderness.
    Patient is partially edentulous without gross dental pathology.
    Radiographs: C-T exam is remarkable for small break in the right posterior lateral wall of the maxillary sinus. There is no fluid accumulation or gross thickening of either the right of left sinus membranes. The condyles appear normal. A panoramic radiograph also suggests no old or new fractures of the mandible.

Impression: 33 y.o. male s/p trauma with residual defect maxillary sinus. There is no evidence of TMJ pathology at this time. Patient's limited opening and complaint of discomfort may be due to scar tissue from original injury. Non-surgical physical therapy may help

To Doctor. Jeffrey F. Elliot, DMD                                    4-6-97

: First visit was on 11-2-96 at 12:00 AM:                            A.S.A.P.

SIR, I request you SEND A Full copy of all medical Files you have made since 1996 ad of all B.S.O ad EMSA medical here at main Jail that have sent to you my medical Folder.

I SIR, Have never recieved a response to my medical, nor have they told me of problems. They SEND BACK request stating you SIR Jeffrey F. Elliot have all medical as they told me since I've Saw you last that they sent all records to you " so that means this jail SIR For the last many months are pointing to you as the cause of I not getting or recieving my proper medical. I have all copys of request ad grievance Forms I sent to EMSA ad Broward Sheriffs to show that they point t; you.

SIR I know your not the person at Fault But I told your norse as I Sat handcuffed in your waiting room it will Be on T.V. one day ad so for its been in news papers PER Dishonor of The Badge.

I SIR Ask to have all sent to my private Lawyer as I still await trial to prove I'm not guilty,

nu spoke to my mother Donna Johson -

AS OF now I was Found incompetent to Stand trial as a result OF what EMSA Says is your Fault SIR; But I Don't point to you as I'm a honest person ad EMSA is Looking For a person to place it all upon. So Be Farewell warned.

SIR; I William M Hicks state that the facts here in the Letter at hand to be truthfull ad complete. I hereby state that I william M Hicks Do understad that under Law that Forgery is against the Law so I here by state that all contexts here in Letter to be truthfull and complete.
     X William M Hicks  4-6-97
          I AUTHORIZE CORAL SPRINGS ORAL AND MAXILLOFACEAL Surgery ASS. to Release all contexts I Hicks Ask For in THIS Letter to Be given to HIS Private Lawyers.

LAW OFFICES  JEFFREY M. HARRIS P.A.
Suite 1500 • BARNETT BANK PLAZA
ONE EAST BROWARD BOULEVARD.
Fort Lauderdale, Florida 33301
phone ☎(954)-522-7000

     *SIR please SEND A COPY OF THIS Letter also to my Attorneys ' THANK you, SEND 'copy S oF all medical ad all X-rays AND nothing LesS than as I wed.
     william M Hicks  BS95-14533 Arrest# William M Hicks  4-6-97

Sent records + pain

① DAD,                                         Sept 23, 2001

  # CALL Them firsT To see how to do it

 # SEND a check for $17.00  To obtain (1) medical Records,

 (2.) Panoramic Radiograph x-rays.

  Have them mail this to me at prison.


  SEND TO. Coral SPRings ORAL AND MAXILO Facial) Surgery Ass.

  2801 University Drive, Suite 102, coral springs, Fla 33065-

  Phone # 954-752-1045


  my prison address

            William M Hicks  DC # 664670

            BIDg H-2  Room 215

            Everglades Corr InsT

                  Po BOX 949000

            Miami, Fla 33194-9000


② Please copy my file of requests, grievances,
  congress letters, Daily notes, complaints ect.
  Don't need any legal derk if it has Broward county
  court on it, don't copy

## EXPERT REPORT ON BEHALF OF DEFENDANTS:
EMSA, Winthrop C. Davis, M.D., Craig Uecker, M.D., Trever Weathers, M.D., Jack
Cline, D.D.S., Sharon Pearson, D.D.S., Glen Pearson, D.D.S:

| | |
|---|---|
| Name of Expert: | Steven M. Holmes, DDS |
| Address: | 7600 Red Road, Suite 101 |
| | Miami, FL 33143 |
| Phone Number: | 305-661-5297 |
| Specialty: | Oral and Maxillofacial Surgery |

In compliance with Rule 26(a)(2)(B), Fed.R.Civ.P., the following is my written report on
behalf of Defendant, EMSA, Winthrop C. Davis, M.D., Craig Uecker, M.D., Trever
Weathers, M.D., Jack Cline, D.D.S., Sharon Pearson, D.D.S., Glen Pearson, D.D.S:

1.      On or about February 7 to 9, 1996, Mr. Hicks was allegedly assaulted at the North
Broward Detention Center (NBDC).  He was allegedly struck on the right side of the
head and face by another inmate.  Mr. Hicks was evaluated multiple times following the
incident by the dental and medical staff.  Various facial, mandibular and zygomatic
radiographs were obtained on February 9, 15, 21, March 15, May 3, and August 21, 1996.
The NBDC oral and maxillofacial surgeon consultant, Dr. Trevor Weathers, evaluated
Mr. Hicks on February 21, March 27, and May 8, 1996.  An outside oral and
maxillofacial surgery consultation was performed in Charles D. Russo, D.D.S. and
Jeffrey F. Elliot, D.D.S.' office on November 2, 1996. A facial CT scan was available for
the outside oral and maxillofacial surgery evaluation.

The radiographs and clinical evaluations continually confirmed that Mr. Hicks did not
sustain a mandibular fracture, probably sustained a minimally depressed right zygomatic
arch fracture and a minimally depressed right lateral maxillary wall fracture.  Evaluation
of Mr. Hicks continually determined that he had no functional or cosmetic problems.
There are no indications for any treatment for a patient presenting with a minimally
depressed zygomatic arch fracture and/or a minimally depressed lateral maxillary wall
fracture with the documented findings of repeatable occlusion, normal functional
movement and normal range of motion of the mandible.

**EXHIBIT "A"**



## EXPERT REPORT ON BEHALF OF DEFENDANTS

Based upon the records provided to me for review, Mr. Hicks received timely and appropriate medical and dental evaluations following the incident on or about February 7 to 9, 1996. He received multiple follow-up evaluations and radiographs. All of the evaluations demonstrated repeatable occlusion and a normal range of motion of the mandible. There is no indication that Mr. Hicks sustained any injuries on or about February 7 to 9, 1996, that have led to any long term functional or cosmetic impairments.

A minimally depressed zygomatic arch fracture is an injury that has no indications for treatment of any kind. A severely depressed zygomatic arch fracture is treated only if the fracture segments interfere with mandibular range of motion or present a cosmetic deformity to the individual. Mr. Hicks had a minimally depressed – not severely depressed - zygomatic arch fracture with no impairment on his range of mandibular motion and no cosmetic deformity.

While Mr. Hicks claims he sustained the minimally depressed zygomatic arch and minimally depressed lateral maxillary wall fracture in the February 7 to 9, incident, the radiographic reports cannot determine if these fractures were old or new. Mr. Hicks could have sustained one or both of these injuries prior to February, 1996.

2.      I have reviewed the following medical records provided to me regarding   Michael M. Hicks from August 7, 1995, through August 18, 1997:

        a.      Amended Complaint.
        b.      E.M.S.A. medical records

3.      Medical records from E.M.S.A.

4.      My qualifications to provide expert opinions is contained in my resume which is attached.

5.      The amount of compensation to be paid for my review of records and my testimony is contained in my fee schedule which is attached.

6.      The list of publications and writings authored by me is contained in my resume, which is attached.

7.      I have not appeared in court as an expert witness in the preceding four years.

Date: April 6, 2004

Steven M. Holmes, DDS



JACQUELINE RAMOS
Commission # DD0143905
Expires 8/21/2006
Bonded through
(800-432-4254) Florida Notary Assn., Inc.

4/6/04

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6087-civ-Dim

MAGISTRATE JUDGE, P.A. WHITE

William M. Hicks,

    Plaintiff,

    -vs-

EMSA, et al,

    Defendant(s).

Provided to Lake C.I.
BH
4.12.04

## PLAINTIFF'S RESPONSE TO DEFENDANT'S EXPERT INTERROGATORIES REQUEST

Plaintiff William M. Hicks, prose, responds to Defendant's expert interrogatories request dated march 16, 2004. Plaintiff at present time has no expert ready to testify, most likely will when brought back to Broward so he may be evaluated in person, will provide when have knowledge and will inform defendant's promptly.

### CERTIFICATE OF SERVICE

I William M. Hicks, prose, certify a true and correct copy has been turned over to prison officials to mail this __12th__ day of April 2004 and mailed by us mail to: Mr. Richard Woulfe, esq one financial Plaza · suite 900 · 100 SE 3rd Avenue, Ft. Laud, Fla 33394.

APR 1 5 2004

William M. Hicks 664470

William M. Hicks prose

Lake corr Inst

19025 US Hwy 27

Clermont, Fla 34711-9025

# EXHIBIT "B"