FILED
ELECTRONIC

May 3 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,

    Plaintiff,

v.

KEN JENNE, DR. W.C. DAVIS,
DR. UECKER, DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON,
DR. G. PEARSON and EMERGENCY
MEDICAL SERVICES ASSOCIATION,

    Defendants.
_____/

CASE NO.: 00-6087-CIV-DIMITROULEAS

Magistrate Judge White

## DEFENDANT'S NOTICE OF COMPLIANCE

Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON, give Notice of Compliance with Plaintiff's request for records and copy of depositions of Dr. Charles Russo/Dr. Jeffrey Elliot under certificate dated April 1, 2004 and Reqeust for Admissions to Dr. Glen Pearsons numbered 1 - 6. Defendants have produced the following to Plaintiff by US mail:

    1. Dr. Pearson's responses dated 4/15/04 to Request for Admissions numbered 1 through 6.

    2. Defendants have provided Plaintiff with a bill dated 4/15/04 for copying charges in the amount of $4.20 for Dr. Jeffrey Elliot's records and will produce same upon receipt of payment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 3rd day of May, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution,

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954−761−8600

1 of 2

228/kb

19225 US Highway 27, Clermont, Florida 34711-9025.

>BUNNELL, WOULFE, KIRSCHBAUM,
>KELLER, McINTYRE & GREGOIRE, P.A.
>Attorneys for Defendants
>One Financial Plaza, # 900
>100 S.E. 3rd Avenue
>Ft. Lauderdale, FL 33394
>Tel: 954-761-8600
>Fax: 954-463-6643
>rtw@bunnellwoulfe.com
>gat@bunnellwoulfe.com
>
>BY:   s/Richard T. Woulfe
>       RICHARD T. WOULFE
>       Florida Bar No.:  222313
>       GREGG A. TOOMEY
>       Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Uecker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-6643
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

2

2 of 2

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954–761–8600