UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

Magistrate Judge White

v.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON and
EMSA,

    Defendants.
_____/



### DEFENDANTS' NOTICE MOTION IS AT ISSUE

Defendants, DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, DR. G. PEARSON and EMSA, hereby file this Notice that Motion is at issue as follows:

1.    On April 29, 2004, the Defendants filed their Motion for Summary Judgment [D.E. 226]. The same day, the Court issued an Order directing that the Plaintiff's response must be received by the Clerk by May 28, 2004 [D.E. 227].

2.    On May 12, 2004, the Court issued its Order on Pending Motion , and Second Order of Instructions to Pro Se Plaintiff Regarding a Response to Defendants' Motion for Summary Judgment, again requiring the Plaintiff to file his response to Defendants' Motion for Summary Judgment on or before May 28, 2004 [D.E. 231].

3.    The Court's Order denied Plaintiff's request for an unspecified extension of time to

respond to discovery.

4.  As of this date, Plaintiff has not filed his response to Defendants' Motion for Summary Judgment.

5.  Pursuant to Local Rule, Defendants are notifying this Court of Defendant's pending Motion for Summary Judgment dated April 29, 2004.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this 3rd day of June, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, # 900
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394
Tel: 954-761-8600
Fax: 954-463-6643

BY: _____
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available