UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

     Plaintiff,

v.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON and EMSA,

     Defendants.

_____/

**NIGHT BOX
FILED**

JUN - 7 2004

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## <u>NOTICE OF FILING MEDICAL RECORDS</u>

Defendants DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE,

DR. PEARSON, DR. G. PEARSON and EMSA LIMITED PARTNERSHIP, by and their

undersigned attorneys, give Notice of Filing a copy of the complete medical records of WILLIAM

HICKS from Lake Correctional Institute.

     I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by U.S. Mail to WILLIAMS M. HICKS, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025 this 7th day of June, 2004.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, Suite 900
100 S.E. Third Avenue
Fort Lauderdale, FL 33394
Tel: 954-761-8600

BY: _____
     RICHARD T. WOULFE
     Florida Bar No.: 222313
     GREGG A. TOOMEY
     Florida Bar No.: 0159689



CASE NO.: 00-6087-CIV-DIMITROULEAS

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

2

D85/54-1/3 Hicks.Williams v. EMSA
Lake Correctional Medical Records on Hicks
freed on 5/3/04 from Lake Correctional.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**RELEASE OF INFORMATION STATEMENT**

Inmate Name: Hicks, William   DC#: 664670   Date: 4/28/04

TO: Richard T. Woulfe          FROM: Lake Correctional Institution
**Agency/Person**                        **Institution**

One Financial Plaza, Suite 900
100 Southeast Third Ave.                 19225 U.S. Hwy 27
**Address**                              **Address**

Fort Lauderdale, FL  33394               Clermont, FL  34711
**City, State**                          **City, State**

**The following health care information has been released to you
from privileged and confidential records that are protected by
Federal (42 C.F.R. 405.1026) and State Laws (F.S. 395.017),
Further disclosure of this health care information without the
specific written consent of the person to whom it pertains is
prohibited.**

**Please find enclosed [check applicable information] copies of:**

_____Problem List
_____Medical History: Date of Report:_____
_____Physical Examination: Date of Report:_____
_____Consultation Report:  Date of Report:_____
_____Infirmary Information:
_____Discharge Summary: Date of Report:_____
_____Progress Notes: From_____To_____
_____Other: Indicate Report:_____
_____Outpatient Chronological Notes: From_____To_____
__X__Other: Indicate: All Dental and Medical records/Psychiatric and
                      psychological records are exempt per I/M request

**NOTE:  Additional restrictions are placed on alcohol, drug,
psychiatric, and psychological information.  This type of
information may only be released when it is clearly listed on
the authorization.  Do not release notes or reports of this
nature in response to a request for any and all information or
any other request unless the person to whom it pertains has
expressed knowledge of the release by informed written consent.**

I certify these copies to be true and correct.

                              DEBBIE CLEMONS
                              HIS
_Deborah B. Clemons_          Lake CI          _4/28/04_
**Medical Record Specialist/Processor**        **Date**

White:  Receiving Agency/Person
Canary: Health Record

DC4-744(11/87)

OFFICES

# BUNNELL, WOOLFE, KIRSCHBAUM
# KELLER, McINTYRE & GREGOIRE
### PROFESSIONAL ASSOCIATION

DANIEL ALTER
ROBERT J. BERMAN
KATHERINE O. BIRNBAUM
TODD E. BRANT
JONATHAN S. BROOKS
GEORGE E. BUNNELL
JOHN A. CAMPBELL
TODD O. CLARKE
ELIZABETH E. DAUGHERTY
ANTHONY R. GONZALES
NANCY W. GREGOIRE
D. DAVID KELLER
JOEL L. KIRSCHBAUM
MATTHEW D. KLEIN
MARY S. LINGERFELDT
W. EDWARD McINTYRE
CHARLES A. MOREHEAD, III
CHRISTOPHER W. ROYER
JONATHAN Z. SCHILLER
WENDY J. STEIN
DARLENE STOSIK
GREGG A. TOOMEY
RICHARD T. WOULFE

ONE FINANCIAL PLAZA
SUITE 900
100 SOUTHEAST THIRD AVENUE
FORT LAUDERDALE, FLORIDA 33394

TELEPHONE 954-761-8600
FACSIMILE 954-463-6643

BRADENTON/SARASOTA OFFICE
BY APPOINTMENT ONLY

1101 SIXTH AVENUE WEST, SUITE 204
BRADENTON, FLORIDA 34205
941-748-4341

GREGORY S. HAGOPIAN
OF COUNSEL

April 22, 2004

Debbie Clemons
Lake Correctional Institute
19225 US Highway 27
Clermont, FL  34711-9025

     Re:    Hicks.William
             Hicks. William v. EMSA
             Claim No.: 204881
             Our File No.:  D85/54173

Dear Ms. Clemons:

    Enclosed please find our draft in the amount of $104.91 reflecting payment for records pertaining to William Hicks.  Please forward the records to my attention upon receipt of this letter. Thank you for your  attention to this matter.

                    Very truly yours,

                    Cassandra Sealy
                    Paralegal to Richard T. Woulfe

/cms
Encl.

VOLUME 3

OF MEDICAL

RECORD

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## IMMUNIZATION RECORD

**For all IMMUNIZATIONS: Chart other needed information on DC4-701**

| TYPE | DATE | GIVEN | REFUSED | CI NAME | NOTES (list primary series number here) |
|---|---|---|---|---|---|
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |

**Influenza: Chart other needed information on DC4-701**

| Type | Date | CI | Given | Refused | Signature/Initials |
|---|---|---|---|---|---|
| 1. Hep B #1 | 8/3/0 | Lake | ✓ | | |
| 2. Hep B #2 | 9/3/02 | lake | ✓ | | |
| 3. Hep B #3 | 2/10/03 | Cake | ✓ | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

**Other immunizations: Chart other needed information on DC4-701**

| Type | Date | CI | Given | Refused | Signature/Initials |
|---|---|---|---|---|---|
| 1. Pneumococcal | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| | PPD placed on | Placed by | At CI | PPD read on: | Read by | RESULTS (in mm.) | NOTES |
|---|---|---|---|---|---|---|---|
| 1. | 6/5/01 | lv | ECI | 6/7/01 | lv | 00mm | |
| 2. | 6/4/02 | ML | ECi | 6/6/02 | ML | 00 mm | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |

Chest X-Ray on:

If PPD is positive, INH therapy started on          . Due to stop on          . Completed on

If INH stopped before completion date, indicate reason:

Other information about TB, PPD testing and INH prophylaxis is charted on DC4-701.

In 0-664670 TM 20 05/02/2000

D HICKS, WILLIAM

D. W/M DOB 09/10/1963(36) SS —

Write in or paste sticker here ↑

| Nurse stamp here   LAURA SUAREZ, LPN  EVERGLADES C.I. | Nurse stamp here | Nurse stamp here |
|---|---|---|
| Nurse stamp here | Nurse stamp here | Nurse stamp here |

**IMMUNIZATION RECORD**
DC4-710A (9/98)

STATE OF
DEPARTMENT OF
COMMUNICABLE DISEASES

Tetanus and Diphtheria Toxoids Adsorbed    0.5 mL
For Adult Use
Lot 7301AA    Rx only
US Lic #711
Mfd by CONNAUGHT LABORATORIES, INC    3722
Swiftwater PA 18370 USA

TD#3    CE4

IMMUNIZATIONS    EVELYN BERMUDEZ
Institution    Date    Type    Provider
S.F.R.C.    JUN 0 9 1998    T.T.D.
TCI    8-17-98    T.T.D.    Tomoka C.I.
TCI-10/28/98 - Flu    SLPN

TUBERCULOSIS  F-lu    11-3-99    F-lu
Institution    Date    Reaction mm
PPD  S.F.R.C.    JUN 0 9 1998    00 MM 6/9/98
TCI    6-10-99    0 mm
NFRC    6-7-00 TR    0-MM

CXR _____    _____

Date Reported to HRS _____
Treatment, Dates & Comments _____
_____
_____
_____
_____

STD
    Institution    Date    Result
GC Culture    _____    _____    _____

RX & Date _____

Recommendations & Comments _____
_____

Infection
Prophy start date _____

Prophy stop date _____

Length of RX
6 mo.    12 mo.
Incomp. RX/Reason _____

Disease
Specimen(type),
 date & Results
_____    _____
_____    _____

Date Reported to HRS

_____

    Institution  Date  Result  Treatment & Date(s)    Date Rpt HRS
RPR  SFRC    6/9/98 W  NR
    RPR    5/31/0 NFRC  NR
VDRL    _____    _____    _____

MHATP    _____    _____    _____

Recommendations / Follow up dates & Comments
HIV 3/20/03 @ LAKCI  Neg    LBS

IS SKIN FOX
YES  NO

Inmate Name _____    Race/Sex _____
DC # _____    D.O.B. _____

DC4-710 (11-87)

0-664670 TM 11 06/09/1998

HICKS, WILLIAM M

W/M DOB 09/19/1963(34) BB

FLORIDA DEPARTMENT OF CORRECTIONS
# CONSENT FOR HIV TESTING

| PRETEST COUNSELING | | POSTTEST COUNSELING |
|---|---|---|

**PRETEST COUNSELING**

1. Confidentiality
2. Assessment of Risk
3. Purpose of Test
4. Meaning of Results
5. Prevention Recommendations
6. Partner Notification
7. Domestic Violence Risk
8. Use of Antiretroviral Therapy in Pregnancy
9. Plan of Action
10. No Anonymous Testing
11. DOH Notification
12. Return for Results
13. Questions/Handouts
14. Consent

_Hepatitis_
_HIV Window_

_✓_ Accepts Testing
____ Rejects Testing

**POSTTEST COUNSELING**

1. Confidentiality
2. Test Results
3. Meaning of Results
4. Risk Reduction
5. Protective Health Habits
6. DOH Notification
7. Partner Elicitation
8. Questions/Handouts
9. Mental Health/Support Services
10. Follow-up

ELISA Test Results: _Neg_

WESTERN BLOT Results: _____

X _William M. Hicks_    Date _3/20/03_
Inmate Signature

_C.B. Stambaugh RN_    Date _3/20/03_
Counselor Signature and Stamp
C.B. STAMBAUGH
SR. LPN
LAKE CI

X _William M. Hicks_    Date _3/26/03_
Inmate Signature

_C.B. Stambaugh RN_    Date _3/26/0_
Counselor Signature and Stamp

## CONSENT

The undersigned acknowledges that s/he consents to voluntary testing and understands that these results will be made part of the Department of Corrections health record. In addition, the results will be, as required by law, reported to the Department of Health. The DC health record and the DOH reporting forms are privileged and confidential by Florida law and/or Department of Corrections rule.

X _William M. Hicks_    Date _3/20/03_    _N/A (LIFE)_ EOS Date
Inmate Signature

## PARTNER NOTIFICATION

Contact local Department of Health STD staff to initiate partner notification services. (See form letter.)

Inmate Name _Hick, William_
DC# _604670_    R/S _W/M_
Date of Birth _9/10/63_
Institution _L.C.I._
EOS Date _LIFE_

CONSENT FOR HIV TESTING
DC4-783 (10/97)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**HEALTH SERVICES PROFILE**

**Complete Only Applicable Sections**

**SECTION I** (Use for Grading) Team No._____

| P | U | L | H | E | S | D | X | T | I | MLVL* |
|---|---|---|---|---|---|---|---|---|---|-------|
|   |   |   |   |   |   |   |   |   |   |       |

**\*Level of medical care required by inmate.**
Assignment Restrictions:_____

_____

Check here if this is an initial grade.  ☐

Check here if this is a change in grade.  ☐

Is this person suitable for work release?  ☐ YES  ☐ NO

Is this person permanent party?  ☐ YES  ☐ NO

Health care provider's signature/stamp_____ Date_____

**SECTION II** (Use This Portion to Place on Hold)

Inmate Transferred From_____Lake_____ To_____Rmc_____ Date__11-7-03__

Reason for Medical Hold_____X-Ray 11/14/03_____

Loperena

ELIGIO LOPERENA, PA
CLINICAL ASSOCIATE-RMC

Health Care Provider's Signature/Stamp_____ Date__11-7-03__

**SECTION III** (Use This Portion to Remove from Hold)

| P | U | L | H | E | S | D | X | T | I | MLVL* |
|---|---|---|---|---|---|---|---|---|---|-------|
|   |   |   |   |   |   |   |   |   |   |       |

**\*Level of medical care required by inmate.**
Assignment Restrictions:_____

Check here if this is a change in grade.  ☐

Is this person suitable for work release?  ☐ YES  ☐ NO

Is this person permanent party?  ☐ YES  ☐ NO

Health care provider's signature/stamp__N. Cameron PAC__ Date 11-17-03

NATHANIEL CAMERON, PA
CLINICAL ASSOCIATE

Distribution:

White—Health Record

Canary—Maintain in health record while on medical hold

Forward to Classification upon medical release

Pink—Classification

Inmate Na_____

DC#_____  0-664670 TM 40 11/06/2003

Date of Bi: HICKS, WILLIAM

Institution  W/M DOB 09/10/1963(40) YY

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration
DC4-706 (Revised 2/00)

```
                            State of Florida                    Printed
IADR053                 Department of Corrections              06/17/1998
  (707)                  INITIAL PHYSICAL EXAM                   16:59
          Exam Date: 06/17/1998 Start Time: 16:45 End Time: 16:56
```

Provider: A086  = ALTAMIRANO, SILVANO

**INMATE NAME: HICKS, WILLIAM M**          DC#: 0-664670   Cls.Team: 11
    Received: 06/09/1998   County: BROWARD      Rec.Ctr: S.FLA.RECEPTION CTR.
    Race: WHITE     Sex: MALE     Date of Birth: 09/19/1963   Age: 34

    Social HX (Tobacco, Drugs, Sexual, PPD, STD) :
        ALCOHOL:          12 YRS 3 TIMES/ WK
        DRUGS:            CRACK DAILY FOR 4 YRS
        SEXUAL HX:        HOMOSEX: NO
    Review of Systems . . . . . . . . . . . . . : NO COMMENTS
    Allergies . . . . . . . . . . . . . . . . . :
        NKDA

**PHYSICAL EVALUATION (Objective):**
    Head, Face, Neck, and Scalp . . . . . . . .
        SUNNBURN HEALING WELL NOTED
        SAGITAL LINE MODERTE DEPRESSIONNOTED
        NON TENDER
    Nose . . . . . . . . . . . . . . . . . . . . . . . . . NORMAL
    Sinuses . . . . . . . . . . . . . . . . . . . . . . . . NORMAL
    Mouth and Throat . . . . . . . . . . . . . . . . . NORMAL
    Ears - General (Int. and canals) . . . . NORMAL
    Hearing . . . . . . . . . . . . . . . . . . . . . . . . NORMAL
    Drums (Perforation) . . . . . . . . . . . . . . . . NORMAL
    Eyes (General) . . . . . . . . . . . . . . . . . . .
        OU: 20/30
    Opthalmoloscopic . . . . . . . . . . . . . . . . . . NORMAL
    Pupils (Equality and Reaction) . . . . . . NORMAL
    Ocular Motillity, Parallel Movements   NORMAL
    Lungs and Chest (Include Breasts) . . . NORMAL
    Heart (Thrust, Size, Rhythm, Sounds)   NORMAL
    Vascular System (Varicosities,etc) . . NORMAL
    Abdomen and Viscera (include Hernia)   NORMAL
    Anus & Rectum (Hemmorrhoids,Fistula)   NORMAL
    Endocrine System . . . . . . . . . . . . . . . . . . NORMAL
    Upper Extremeties (Strength, ROM) . . . NORMAL
    Lower Extremeties (Strength, ROM) . . .
        RT KNEE HURT W MOVMENTS VOICED
        NO EDEMA NO SWOLLEN NOTED
        CRAKING W FLEXION
    G.U.System . . . . . . . . . . . . . . . . . . . . . . NORMAL
    Spine, Other Musculoskeletal . . . . . . . . NORMAL
    Skin, Lymphatics . . . . . . . . . . . . . . . . . .
        SCARS NOTED ON L WRIST
        RR FOREARM
    Neurologic . . . . . . . . . . . . . . . . . . . . . . . NORMAL
    Psychiatric (Personality Deviation) . NORMAL
    Pelvic (Method:            ) . . . . . . . . . . NA
```

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## AFFIDAVIT OF REFUSAL FOR HEALTH SERVICES
### STATEMENT OF REFUSAL

*I, the undersigned, have had explained to me and understand the nature of my condition, the necessity for the following health care service* _____*Med TX*_____ *, its advantages and possible complications, if any, as well as other possible alternative modes of treatment. I acknowledge that I have been informed of the risk involved in my not consenting for the above-named health care service and understand that should I refuse in this case, I relieve the attending physician, this health care facility and its administration, and the Department of Corrections from any responsibility with regard to any and all subsequent disability and/or ill effects which may result from this health care service not being performed. I hereby certify that I have read and fully understand the above Affidavit of Refusal for Health Care Services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as other possible alternative modes of treatment, which were explained to me by:*

_____

**ACCORDINGLY, I DO NOT CONSENT TO THE HEALTH CARE SERVICE DESCRIBED ABOVE.**

### CERTIFICATION

*I hereby certify that I have personally explained the contemplated health care service as well as the risk in its not being performed to the undersigned patient.*

| | |
|---|---|
| *M. Camer PA-C*  NATHANIEL CAMERON PA CLINICAL ASSOCIATE FMC | 11-17-03 / 1300 |
| Health Care Provider's Signature/Name Stamp | Date/Time |
| William M. Hicks  664670 | 11-17-03 / 8700 |
| Signature of Patient/Inmate | Date/Time |
| _____ EMT-C FMC | 11/17/03 |
| Signature of Witness/Name Stamp | Date |
| _____ | _____ |
| Signature of Witness/Name Stamp | Date |

Reason given by inmate for refusal: *did CT scan and need to meet legal deadline for criminal case.*

List of possible health consequences discussed with inmate: _____

_____

List of alternative treatment if appropriate: _____

_____

REVIEWED BY: *M. Camer PA-C*  NATHANIEL CAMERON PA CLINICAL ASSOCIATE FMC        11-17-03

Signature of Physician/Name Stamp                Date

Inmate Name *Hicks William M*
DC# *664670*     R/S *W/M*
Date of Birth *9-10-63*
Institution *NFRC Main Unit*

AFFIDAVIT OF REFUSAL FOR HEALTH CARE SERVICES
DC4-711A (8/96)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## AFFIDAVIT OF REFUSAL FOR HEALTH SERVICES

### STATEMENT OF REFUSAL

*I, the undersigned, have had explained to me and understand the nature of my condition, the necessity for the following health care service* ___Refural Misappr___ *, its advantages and possible complications, if any, as well as other possible alternative modes of treatment. I acknowledge that I have been informed of the risk involved in my not consenting for the above-named health care service and understand that should I refuse in this case, I relieve the attending physician, this health care facility and its administration, and the Department of Corrections from any responsibility with regard to any and all subsequent disability and/or ill effects which may result from this health care service not being performed. I hereby certify that I have read and fully understand the above Affidavit of Refusal for Health Care Services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as other possible alternative modes of treatment, which were explained to me by:*

SUNG SPITLER, LPP
Lake CI

**ACCORDINGLY, I DO NOT CONSENT TO THE HEALTH CARE SERVICE DESCRIBED ABOVE.**

### CERTIFICATION

*I hereby certify that I have personally explained the contemplated health care service as well as the risk in its not being performed to the undersigned patient.*

| | |
|---|---|
| SUNG SPITLER, LPP Lake CI | 5/19/03 · 1325 |
| Health Care Provider's Signature/Name Stamp | Date/Time |
| William M. Hicks #664670 | 5/19/03 1:25pm |
| Signature of Patient/Inmate | Date/Time |
| | 5/19/03 1325 |
| Signature of Witness/Name Stamp | Date |

| | |
|---|---|
| Signature of Witness/Name Stamp | Date |

Reason given by inmate for refusal: _Conflict of intrest with Doctor TA, M.D. require to be seen by different M.D. Doctor need medical care still_

List of possible health consequences discussed with inmate: _Doctor cannot determine if the item does not evaluate by M.D. (send tran)_

List of alternative treatment if appropriate:

| | |
|---|---|
| LUON V. TA, MD Sr Physician Lake CI | 5-19-03 |
| REVIEWED BY: Signature of Physician/Name Stamp | Date |

Inmate Name ___Hicks   William___
DC# ___664670___    R/S ___W/M___
Date of Birth ___9/10/63___
Institution ___Lake CI___

AFFIDAVIT OF REFUSAL FOR HEALTH CARE SERVICES
DC4-711A (8/96)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## AUTHORIZATION FOR HEALTH CARE SERVICES
## STATEMENT OF CONSENT

*I, the undersigned, a patient in this health care facility, have had explained to me and understand the nature of my condition. I hereby authorize* V· Nichols SPC *(and whomever he/she may designate as his/her assistants) to administer such treatment as necessary and to perform the following health care service* Hep B Series V. NICHOLS SLPN LAKE CI

*and such additional health care services as are considered therapeutically necessary on the basis of findings during the course of said health care service. Any tissue or parts surgically removed may be disposed of by the health care facility in accordance with accustomed practice. I hereby certify that I have read and fully understand the above authorization for health care services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment, which were explained to me by* V. Nichols Sup V. NICHOLS SLPN *. I also certify that no guarantee or assurance has been made as to the results that may be obtained. For the purpose of advancing health knowledge, I consent to the admittance of students and other observers, in accordance with ordinary practices of this health care facility, the use of closed-circuit television, taking of photographs (including motion pictures), and the preparation of drawings and similar illustrative graphic material. I also consent to the use of such photographs and other material for scientific purposes.*

### (CROSS OUT ANY WORDS OR PARTS WHICH ARE NOT APPROPRIATE)

## CERTIFICATION

*I hereby certify that I have personally explained the contemplated health care service as well as the risk involved to the undersigned patient:*

Signature/Stamp of Physician   V· Nichols SLP V. NICHOLS SLPN LAKE CI   Date 8/13/03

## SIGNATURES

Signature of Patient   X William M. Hicks 664670   Date 8/13/03

Signed for Patient by _____

Relationship _____ Date _____ Time_____ A.M. / P.M.

Witness _____ Date _____ Time_____ A.M. / P.M.

Reason Patient Cannot Sign: _____

Inmate Name Hicks W.
DC# 664670   R/S m/w
Date of Birth 9-10-63
Institution Lake Corr Inst

Check if Interpreter Used _____

_____
Signature of Interpreter

AUTHORIZATION FOR HEALTH CARE SERVICES
DC4-711 (9/96 )

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIO...**

# AUTHORIZATION FOR HEALTH CARE SERVICES
## STATEMENT OF CONSENT

*I, the undersigned, a patient in this health care facility, have had explained to me and understand the nature of my condition. I hereby authorize* ___R TTA to DO___ *(and whomever he/she may designate as his/her assistants) to administer such treatment as necessary and to perform the following health care service* ___DME___.

*and such additional health care services as are considered therapeutically necessary on the basis of findings during the course of said health care service. Any tissue or parts surgically removed may be disposed of by the health care facility in accordance with accustomed practice. I hereby certify that I have read and fully understand the above authorization for health care services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment, which were explained to me by* ___RTA___. *I also certify that no guarantee or assurance has been made as to the results that may be obtained. For the purpose of advancing health knowledge, I consent to the admittance of students and other observers, in accordance with ordinary practices of this health care facility, the use of closed-circuit television, taking of photographs (including motion pictures), and the preparation of drawings and similar illustrative graphic material. I also consent to the use of such photographs and other material for scientific purposes.*

### (CROSS OUT ANY WORDS OR PARTS WHICH ARE NOT APPROPRIATE)

## CERTIFICATION

*I hereby certify that I have personally explained the contemplated health care service as well as the risk involved to the undersigned patient:*

Signature/Stamp of Physician ___LUONV. TA, MD  Sr Physician  Lake CI___    Date ___8/7/03___

## SIGNATURES

Signature of Patient ___X William M. Hicks  664670___    Date ___8/7/03___

Signed for Patient by _____

Relationship _____ Date _____ Time _____ A.M. P.M.

Witness _____ Date _____ Time _____ A.M. P.M.

Reason Patient Cannot Sign: _____

Inmate Name ___Hicks William___
DC# ___664670___    R/S ___W/M___
Date of Birth ___9-1-63___
Institution ___Lake CI___

Check if Interpreter Used _____

Signature of Interpreter _____

AUTHORIZATION FOR HEALTH CARE SERVICES
DC4-711 (9/96 )

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

AUTHORIZATION FOR HEALTH EVALUATION AND TREATMENT

I realize fully that examinations and tests are necessary for classification of my health status and for the purpose of my assignment to appropriate institution and work category.

In addition, I realize that during my stay in the Department of Corrections it may be advisable for me to undergo examinations, tests, procedures and courses of medical and dental treatment as may be necessary for my health and physical well-being.

I therefore consent to these examinations, tests, procedures, x-rays, and medical and dental treatments, understanding that should hospitalization and/or surgery be necessary a separate consent will be signed prior to hospitalization and/or surgery.

JUN 0 9 1998

_____
DATE

_William M Hicks_
SIGNATURE OF PATIENT

0-664670 TM 11 06/09/1998

HICKS, WILLIAM M

W/M DOB 09/19/1963(34) BB

_____
WITNESS                LPN/SFRC

PATIENT'S NAME

DC4-711C (4-81)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

*(Instructions on Back)*

Mail Number: _____
Team Number: _____ /_____
Institution: _Lake Corr Inst_

| TO: (Check One) | ☑ Warden   ☐ Classification   ☐ Medical   ☐ Other |
| | ☐ Asst. Warden   ☐ Security   ☐ Dental |

MR JOHNSON WARDEN

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
| | William M. Hicks | 664670 | F-3210-L | Houseman | 12/27/03 |

**REQUEST** *Informal Grievance Directed to warden MR. Johnson only!*

I left here on November 3, 2003 for medical x-rays on 6 arrived at NFRC regional medical center Nov-6-03 till leaving on apprx Nov 29, 03. while at NFRC, I and other inmates noticed in person that all trays and spoon(s) were not run through a dishwashing machine. The trays (and spoons) we inmate ate off of were (rinsed off with a handheld spray) and then took tray(s) and spoon(s) and placed them on the line to be reused again. This procedure(s) and was in proper standards as osha rules regulate proper protocol for handling Food service. never and I know NFRC is a (m)edical camp as well reception center for incoming prisoner's and the diseases that are carried came such as AIDS as well prison population alone, I report this to you to handle as this is deadly practice to inmates and staff. I on Dec 18, 2003 est. or 12 mid, I saw can't recall Wepat its A.D.C. by this, He said regarding, He refused lite to the line if an inmate doesn't eat they will (be) sick regarding Food service thank you

*william m. H*

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

**RECEIVED**

MEDICAL ADMIN
DEC 29 2003
LAKE CORRECTIONAL

**DO NOT WRITE BELOW THIS LINE**

DEC 2□ 2003
OFFICE OF THE WARDEN
LAKE CORRECTIONAL INSTITUTION

**RESPONSE**                          **DATE RECEIVED:** _____

_I left for the hospital on ___ 6th for ____

Firstly, it is impossible for me to investigate whatever might have happened in NFRC but as you state the medical received, costco and I have no doubt that inmate practice would have been followed. With regards to Hepatitis that this is not indicated. It is very unlikely that you would have contracted Hepatitis A from what you described above. Moreover you both a negative Hepatitis A, B and C screen in ___. If then ___ directions correct in file, then ___ jaundice then it will be considered. However we ___

[The following pertains to informal grievances only:]

Based on the above information, your grievance is   _____   (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____      Date: 12/31/03

O. OGOMBANWO, MD, CIME, CCHP
CHIEF HEALTH OFFICER
LAKE C.I.

Distribution:   White   -Returned to Inmate
              Canary   -Returned to Inmate   ___ed by official responding, or if the response is to an ___mal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____ *1*
Institution: *La KQ CORR INST*

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Other *medical records* |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Dental | *miss clemons* |

| FROM: | Inmate Name *William M. Hicks* | DC Number *WW670* | Quarters *F2-210L* | Job Assignment *inside grounds* | Date *12/8/03* |
|---|---|---|---|---|---|

**REQUEST**

① ma'am, I spoke to classification on 12-5-03 and she advised me there is no medical history on computer. Please provide my medical history on file to be accessed. There's a lot.

② I requested to see you and/or make copies of certain medical file, But have not received "request to copy."

③ Please call me in to see you please to review medical file. per chapter 33. Thank you
· william m. Hicks 646670

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

MEDICAL ADMINISTRATOR
DEC 12 2003
LAKE CORRECTIONAL

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                   DATE RECEIVED: *12/15/0_*

You will be put on a callout to see me and to discuss this.

|The following pertains to informal grievances only:

Based on the above information, your grievance is _____ . (Returned, Denied, or Approved).  If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: *12/15/0 3* |
|---|---|

DEBBIE CLEMONS

Distribution:    White    -Returned to Inmate     Pink    -Retained by official responding, or if the response is to an
                 Canary  -Returned to Inmate Lake CI        informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: ___4___
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

MR. DR. NUGENT

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664670 | I-2211-U | medical Transit | 11/14/03 |

**REQUEST**

Sir, Please respond A.S.A.P.

I was told by nurse at my permenant camp that I would have a one day x-ray as I agreed to that, then I'm transferred here so I don't know why or how long. I'm in middle of legal work and on dead line and have none or limited access to my legal work. Please tell me why I'm here and when x-ray of jaw if that will be done. And when will medical hold be lifted. I need to advise courts of my status at present time. Also I'm in I dorm and not used for my mental stability and I now stay on Baydorm

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

William m. Hicks

NOV 12 2003

QUALITY MANAGEMENT
RECEPTION AND MEDICAL CENTER

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                           **DATE RECEIVED:** _____

Your x-ray appointment is scheduled in the next few days. Once the results are received, a doctor here will review them and determine if it is appropriate to release your hold.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature) | G. Godwin | Date: 11/12/03 |
|---|---|---|
| | G. GODWIN DEO RMC | |

Distribution:  White  -Returned to Inmate          Pink  -Retained by official responding, or if the response is to an
               Canary -Returned to Inmate                  informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**(Instructions on Back)**

Mail Number: _____
Team Number: _____/_____
Institution: _Lake C.I._

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

*UP. TA. M.D.*

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | F-3-219 | Inside Grounds | 10/9/03 |

**REQUEST**

Doctor TA,

(1) would you be able to reorder pain medications.
The pain in my back is getting worse.

(2) would you also reorder medications for my
urination problem.

Please note it takes up to 18 days to recieve
request back after a response is made.
Thank you   William M. Hicks 664670

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances responded to in writing.

MEDICAL ADMINISTRATION

OCT 1 0 2003

LAKE CORRECTIONAL

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                                    **DATE RECEIVED:** _____

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: |
|---|---|

Distribution:    White    -Returned to Inmate          Pink    -Retained by official responding, or if the response is to an
                 Canary   -Returned to Inmate                   informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _Lake C.I._

| TO: (Check One) | ☐ Warden    ☐ Classification    ☑ Medical    ☐ Other |
|---|---|
| | ☐ Asst. Warden    ☐ Security    ☐ Dental    TO DR. TA, MD |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | E2 2034 | See orderly | 9/16/03 |

**REQUEST**

(1) Doctor TA, please advise me date of medical referral was signed to see an specialist for jaw, facial, head and neck problems. (2) Also is it still activated or approved.

Thank you.

RECEIVED
MEDICAL ADMINISTRATION
SEP 22 2003
LAKE CORRECTIONAL

William M. Hicks 664670

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

─────────────── DO NOT WRITE BELOW THIS LINE ───────────────

**RESPONSE**                                        DATE RECEIVED: _____

The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: |
|---|---|

Distribution:    White   -Returned to Inmate         Pink   -Retained by official responding, or if the response is to an
                 Canary  -Returned to Inmate                  informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _Dade_
Team Number: _1_
Institution: _Dade C.I._

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

AMELIA BADGLEY

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 064670 | E2203U | mental health | 7/21/03 |

REQUEST TO SECRETARY SPECIALIST AMELIA BADGLEY.

(1) Miss Badgley, since your a specialist answer this legal question, I sent a grievance to nurse timberlake (personally) and you intercepted and responded, ARE you aware that a request/grievance is only to be responded by person it's addressed to. since you responded, you held nurse timberlake responsible for your response, thus making your responsible as well. (2) when you responded, are you fully aware of reasons I'm grieving. yes or NO ?
(3) do you still stand by your response to my grievance dated 7/15/03 and one dated 7-7-03.

(I have written responsive to my
cc file          REQUEST )

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing. _William M. Hicks_

MEDICAL ADMINISTRATION

JUL 20 2003

DADE CORRECTIONAL

**RESPONSE**

DO NOT WRITE BELOW THIS LINE

DATE RECEIVED: _____

their informal grievance dated 7/7/03 recorded in regaurd to a medical appt with gardner that I had, do to the "Scheduling coordinator, from this information this question should be directed to, NH who does not Timberlake not to function in scheduling, NM are not available to answer this question. You and your resp. to Mr. grievance that does not involve timberlake in griev., but will for now also not adressed to SPC.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): _____ | Date: 7/29/03 |
|---|---|

Distribution:  White  -Returned to Inmate       Pink  -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

*(Instructions on Back)*

Mail Number: _____
Team Number: _Z_
Institution: _Lake C.I._

TO:          ☐ Warden          ☐ Classification      ⊘ Medical        ☐ Other
(Check One)  ☐ Asst. Warden    ☐ Security            ☐ Dental

*MEDICAL RECORDS*

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
|  | William M. Hicks | LL4670 | E-2203-U | Inside grounds | 5/10/03 |

**REQUEST**

(1) I ask to know who wrote order for x-rays to be taken & Jaw & what's the persons name and date ordered.

(2) When am I covered or referred to see dentist, what date please I am clean on date.

(3) Always need request to review medical chart of mine (Hicks). ☺

thank you

William M. Hicks LL4670

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

*RECEIVED*
*MEDICAL ADMINISTRATION*
*MAY 1 6 2003*
*LAKE CORRECTIONAL*

──────────── DO NOT WRITE BELOW THIS LINE ────────────

**RESPONSE**                          DATE RECEIVED: _____

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: |
|---|---|

Distribution:  White    -Returned to Inmate     Pink   -Retained by official responding, or if the response is to an
               Canary   -Returned to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☑ Other _MEDICAL RECORDS / LAB_ |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | | | | | 5/13 |

## REQUEST

Please review missing from records the lam not in
inmate at the white all warriors and I a approx
Dec 9, in being transferred on Dec 9, 2008

_M_____

RECEIVED
MEDICAL ADMINISTRATION
MAY 16 2003

Within a week

All requests will be handled in one of the following ways:  1) Written Information or    2) Personal Interview.  All
informal grievances will be responded to in writing.

---

### DO NOT WRITE BELOW THIS LINE

## RESPONSE                                              DATE RECEIVED: 5/17/03

This issue was discussed with you & your treatment
to review records

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: |
|---|---|

Distribution:    White    -Returned to Inmate        Pink    -Retained by official responding, or if the response is to an
                 Canary   -Returned to Inmate                 informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIO.

**INMATE REQUEST**
*Informal Grievance*

(Instructions on Back)

Mail Number: _____
Team Number: _1_
Institution: _Lake C. I_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

*Nurse Timberlake RN.*

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William N. Hicks | 664670 | E2203-u | inside grounds | 7/15/03 |

**REQUEST** *Informal Grievance To: Nurse miss Timberlake RN.*

Nurse Timberlake, please advise me the status of why I never had a appointment set up to see a different Doctor other than Dr. F A M.D. Respond to the question pertaining to my last sickcall appointment last month seeking medical for serious issues.

RECEIVED
MEDICAL ADMINISTRATION
JUL 17 2003
LAKE CORRECTIONAL

William M. Hicks 664670

cc: file

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

───────────── **DO NOT WRITE BELOW THIS LINE** ─────────────

**RESPONSE**                    DATE RECEIVED: _7-17-03_

you to not get a choice in which provider you see, in sick-call it goes to whichever provider is available to see you is who you will be scheduled with

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 7-17-03 |
|---|---|

Distribution:   White   -Returned to Inmate        Pink  -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIO.

**INMATE REQUEST**

_Informal Grievance_

(Instructions on Back)

Mail Number: _____
Team Number: _____ / _____
Institution: _Lake C I_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other MR. Johnstone HSA |
|---|---|---|---|---|

| FROM: | Inmate Name William M Hicks | DC Number 664670 | Quarters E2203-U | Job Assignment Inside grounds | Date 7/15/03 |
|---|---|---|---|---|---|

REQUEST _Informal Grievance to MR. Johnstone HSA._

Sir, I wrote many times but no reply. I was
advised by mr. Johnson warden you are in
possesion of my 303 grievance sent to warden
asking for a meeting to discuss medical problems
at denial of medical treatment, this is now
close to a month old, I expect you personally
respond and advise me the status at this
moment and time.

RECEIVED
MEDICAL ADMINISTRATION
JUL 18 2003
CORRECTIONAL
LAKE

_William M Hicks 664670_

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                   **DATE RECEIVED:**

I have reviewed your medical record. You have
written quite a few grievances and requests
regarding your medical issues. However, I note
that you declined to see Dr Tq for follow-up
on 5/19/03. He had seen you on 4/29/03, provided
you with appropriate medications and requested an
X-Ray.
I do not think that it was wise for you to decline
your follow-up appointment. You have not been denied
medical treatment at all but you chose to refuse follow-
up for reasons unclear. As Tq has no
division seeing you. I do
not see impelling reason
to see you myself.

[The following pertains to informal grievances only]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

**DENIED**

Official (Signature): _____   Date: 7/21/03

B.O. OGUNSANWO
M.D. C.A.M.E. CGHP
CHIEF HEALTH OFFICER
HEALTH SERVICE
APPROVED
LAKE

Distribution:     White   -Returned to Inmate
                  Canary  -Returned to Inmate

If official responding, or if the response is to an
informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

**INMATE REQUEST**

*(Instructions on Back)*

Mail Number: _____
Team Number: **2**
Institution: **Lake C.I.**

*INFORMAL GRIEVANCE*

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

*DR. TA. M.D.*

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664470 | E2203U | inside grounds | 6/8/03 |

**REQUEST** *Informal Grievance TO DR. TA. M.D.*

DR. TA. M.D. in accordance to chapter 33 you have (10) days to respond to a request and you have not thusfar responded. Request was dated 5/17/03 asking (1) why did you ask if I wanted to go to tomoka.

(2) why did you try to coerce statements about my criminal case (active).

(3) why did you call me paranoid and are you a psychiatrist licensed and why were you reconstructing my violent assault upon me to fit what you wrote in medical chart and implying I was lying.

(4) do inmates have hard time understanding you as you speak english. Please respond

*William M. Hicks #664470*

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

CC: if
MEDICAL ADMINISTRATION
JUN 1 0 2003
LAKE CORRECTIONAL

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                        **DATE RECEIVED:**

On 6/4/03, I had answered all three letters. Read that answer before you write this informal grievance.

(1) Classification takes care of Transfer, not me

(2) I need relate history about your injury for medical care and for legal issue

(3) You're neither a wise Psychiatrist or wise Psychologist. Medical keep a record to aware

(4) You should understand my english

[The following pertains to informal grievances only: (4) _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Based on the above information, your grievance is _____

| Official (Signature): | Date: 6-18-03 |
|---|---|

Distribution:    White    -Returned to Inmate          Pink  -Retained by official responding, or if the response is to an
                 Canary  -Returned to Inmate                    informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

(Instructions on Back)

Mail Number: _____
Team Number: _____1_____
Institution: _Lake C.I._

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Dental | medical / supervisor |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | E2203-U | inside grounds | 6/3/03 |

**REQUEST**

On May 19, 03 I refused to see DR. T.A. M.D for conflict of intrest reasons and I was told I would be scheduled to see another M.D. doctor.

Well it's now 6-3-03 and no callout for doctor as this is an ongoing fight to see doctor to resolve my medical issue as well review x-rays

Place me on callout ASAP.

Thank you

c.c. file:                    William M. Hicks #664670

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          **DATE RECEIVED:**

You do not get to pick and choose which provider you see. You refused to see the provider on 5/19/03, and there are no indication that the appt. was to be rescheduled. You will need to follow sick-call procedure to address your medical concerns.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.)

| Official (Signature): | Date: 6-13-03 |
|---|---|

Distribution:    White    -Returned to Inmate    Pink    -Retained by official responding, or if the response is to an
               Canary    -Returned to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: 2
Institution: Lake C.C.

*INFORMAL GRIEVANCE*

TO: (Check One)
☐ Warden  ☐ Classification  ☑ Medical  ☐ Other
☐ Asst. Warden  ☐ Security  ☐ Dental

chief Health officer over medical

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | E2203-u | inside grounds | 5/18/03 |

**REQUEST** Internal Grievance To (chief Health officer over medical)

Sir I am medical is in non-compliance in responding to a request filed April 30-03 directed to chief health officer asking to speak in person. I am requesting be responded to and grievance with a date and time to speak.

please in accrordance to chapter 33 time frame : (10 days)
Thank you

cc: file
William M. Hicks #664670

RECEIVED
MEDICAL MAY 2 2003
LAKE CORRECTIONAL

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**  DATE RECEIVED: 6-9-03

Your request of 4-30-03 directed to me was responded to on 5/9/03

[The following pertains to informal grievances only:
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): J.L. Johnstone    Date: 6-9-03

Distribution: White -Returned to Inmate   Pink -Retained by official responding, or if the response is to an
Canary -Returned to Inmate   informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTION.

**(Instructions on Back)**

Mail Number: _____
Team Number: _____ z_____
Institution: _____ C.C.I._____

_Internal Grievance_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ⊙ Medical ☐ Dental | ☐ Other |

Chief Health Officer of Medical

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | 2203-u | Inside grounds | 5/18/03 |

**REQUEST** Please

To self-harm, Internal grievance to chief Health officer of medical: medical is in noncompliance in responding to a request dated 4/30/03 requesting to review my medical file in accordance with Fla. Stat., medical licensing and patient rights.

I ask request to be responded to and grievance will be a consent to review my medical file.

As per procedure to chapter 33 time frame (10 days)

William M. Hicks #664670

cc: file

RECEIVED
MEDICAL ADMINISTRATION
MAY 22
THE CORRECTIONAL

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

---
**DO NOT WRITE BELOW THIS LINE**
---

**RESPONSE**                    DATE RECEIVED: 6-9-03

Your request of 5-30-03 to review your medical records was responded to by Ms. Clemons of medical records on 5/16/03

_The following pertains to informal grievances only:_

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Signature): J. S. Jenkins Jr. Ō² | Date: 6-9-03 |

Distribution:   White   -Returned to Inmate
                Canary  -Returned to Inmate

Pink   -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIO.

# INMATE REQUEST

(Instructions on Back)

Mail Number:
Team Number: 2
Institution: Lake corr inst

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☒ Medical ☐ Dental ☐ Other

Dr. Lwon V. Ta, M.D.

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | L64670 | E2203-U | inside grounds | 5/15/03 |

## REQUEST

respond in time frame in accordance to chapter 33.

Please answer yes or no to my question Doctor TA.

On medical appointment date April 29 03 you Sir kept trying to coerce communication by trying to obtain statements about my criminal case (active) even though I was there trying once again to recieve MRI from outside hospital not a MRI in DOC custody. Still tried several times after I said criminal case has nothing to do with my seeking proper medical treatment.

Thank you

cc: file

William M. Hicks #L64670

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

RECEIVED
MEDICAL ADMINISTRATION
MAY 2 2003
LAKE CORRECTIONAL

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED:

[illegible handwritten response] MRI [illegible] DOC [illegible]

[The following pertains to informal grievances only:

Based on the above information, your grievance is ______________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] Date: 5-16-03

Distribution: White -Returned to Inmate Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.
Canary -Returned to Inmate

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIO.

*(Instructions on Back)*

Mail Number: _____
Team Number: _2_
Institution: _Lake C.I._

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☒ Medical  ☐ Dental | ☐ Other |
|---|---|---|---|---|

DR LUON V. TA, M.D.

| FROM: | Inmate Name William M. Hicks | DC Number 664670 | Quarters E2203-U | Job Assignment Inside grounds | Date 5/18/03 |
|---|---|---|---|---|---|

**REQUEST** regarding in time frame in accordance to chapter 33
Please answer all questions in order Doctor TA.

(1.) In your response to request dated April 29,03 placed in writing that Hicks is (paranoid). (A) Are you asserting your a licensed psychiatrist Y-sy-NO, (B) appears your now engaged in reconstructing a violent assault and battery recorded by (police reports) to conform to your misrepresentations in attempt to conform all notes you imply I said to unduly mislead the facts and according Mr. Hicks is not telling the truth which appears your saying you knew the truth and your on files in complaint in a (active case). Why? whats your true intent?

(2.) He notes where are you explain about having hard time understanding what to what you saw(sick) in english. yes or NO?

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing. William M. Hicks #664670

cc/file

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                                    DATE RECEIVED: _____

RECEIVED MEDICAL ADMINISTRATION MAY 22 2003 LAKE CORRECTIONAL

1) I ... ...

|The following pertains to informal grievances only: _____

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.|

| Official (Signature): | Date: 6/4/03 |

Distribution:   White  -Returned to Inmate      Pink  -Retained by official responding, or if the response is to an
                Canary -Returned to Inmate             informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIO.**

**INMATE REQUEST**

**(Instructions on Back)**

Mail Number: _____
Team Number: _____ 2 _____
Institution: _Lake C I_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

DR. LUON VeTA, M.D

| FROM: | Inmate Name William m. Hicks | DC Number 664670 | Quarters E33034 | Job Assignment wing orderly | Date 5/18/03 |
|---|---|---|---|---|---|

**REQUEST** in specific time frame in accordance to ch. 33.5

why did you sit on April 9, 13 or medical appointment ask (would you like to go back to tamva corr inst) after I explained, you my problem are pain a eye, does facial exam are you fully aware of my serious medical issue that has nEVER been TREATED other then pain medication.

why did you ask me about trans for sit

Thank you

cc: file

William m. Hicks #664670

RECEIVED MEDICAL ADMINISTRATION MAY 22 2003 LAKE CORRECTION

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

RECEIVED MEDICAL ADMINISTRATION

_____

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED: _____

_Provide an inmate w/b result of notification that he is being_

| The following pertains to informal grievances only: |
|---|
| Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.] |

| Official (Signature): | Date: 6/4/03 |
|---|---|

Distribution:   White   -Returned to Inmate      Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTION**

*(Instructions on Back)*

Mail Number: _____
Team Number: __Z__
Institution: _Lake corr SI_

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | (circled) Medical  ☐ Dental | ☐ Other |
|---|---|---|---|---|

Chief Health Officer

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | E2203-U | Inside greens | 4/34/03 |

## REQUEST

I request to review my medical file in accordance with Florida statutes and Florida laws.

I ask that you place a time for me to review records

in accordance to Fla laws, statutes, medical licensing division and constitution I the patient have the right to review my medical file when requested. Please don't wait to answer your plea than before denying this request.
William M Hicks 664670

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

MEDICAL ADMINISTRATION
MAY 0 7 2003
LAKE CORRECTIONAL

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: _____

you have been scheduled to review your records.

|The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): (DC) | DEBBIE CLEMONS HIS Lake CI | Date: 5/11/03 |

Distribution:  White  -Returned to Inmate  Pink  -Retained by official responding, or if the response is to an
Canary  -Returned to Inmate  informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTION**

## INMATE REQUEST

Mail Number: _____
Team Number: _____ 7 _____
Institution: _____ lake C.I _____

(Instructions on Back)

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ⊙ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

Chief Health Officer

| | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| **FROM:** | william m Hicks | 664676 | E772341 | inside grounds | 4/30/03 |

## REQUEST

To medical chief Health officer in charge.

I request to have a personal visit with you (to discuss intructions concerning medical As the C.H.O, I am bring them to your attention & they are recieve them.

RECEIVED
MEDICAL ADMINISTRATION
MAY 06 2003
LAKE CORRECTIONAL

Thank you

CC, file

william m Hicks #664676

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

────── **DO NOT WRITE BELOW THIS LINE** ──────

## RESPONSE

DATE RECEIVED: 5-9-03

Please document the "intructions concerning medical" that you are concerned with.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature) | | Date: 5-9-03 |
|---|---|---|

Distribution:    White    -Returned to Inmate        Pink    -Retained by official responding, or if the response is to an
                 Canary   -Returned to Inmate                          informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

*(Instructions on Back)*

Mail Number: _____
Team Number: ___1___
Institution: _Lex C.I_

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☑ Medical  ☐ Dental | ☐ Other |

DR TA M.D.

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664671 | C203-U | Inside Grounds | 4/20/03 |

## REQUEST

DR TA M.D

I had appointment in the van on 4/20/03 at 2:25pm and I ask you to answer a couple questions.

1.) ___
2.) ___
3.) ___

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

William M Hicks #664671

### DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: _____

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 5/14/5 |

Distribution:  White -Returned to Inmate    Pink -Retained by official responding, or if the response is to an
Canary -Returned to Inmate    informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

# INMATE REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

(Instructions on Back)

Mail Number: _____
Team Number: 1
Institution: Lake C.I.

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other Medical Records |
|---|---|---|---|---|

| FROM: | Inmate Name William M Hicks | DC Number LL4670 | Quarters E-2108u | Job Assignment Inside forms | Date 1/15/03 |
|---|---|---|---|---|---|

## REQUEST

On Jan 10, 2003 I had x-rays of right knee and right foot. Please advise me of x-ray results.

Also I am on inside grounds to work. I have severe problems due to Right knee, Right foot, Back and knee injuries. I request to know my medical grade level.

Thank you

William M Hicks #LL4670

RECEIVED
MEDICAL ADMINISTRATION
JAN 16 2003
LAKE CORRECTIONAL

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

### DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: 1-27-07

If you have health concern please follow sick call procedure.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 1-27-03 |
|---|---|

Distribution:  White -Returned to Inmate    Pink  -Retained by official responding, or if the response is to an
            Canary  -Returned to Inmate           informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

FLORIDA DEPARTMENT OF CORRECTIONS

# Chronological Record of Health Care

Allergies: NKG

DATE/TIME

DOCTOR'S CLINIC

Fu, wt, loss

Date/Time 3/31/04

T 98.3 °F P 78  BP 122/00 mmHg R 18   Wt, 181 lb

03/31/04
1511  S  ① Flu  wt Loss ① Rash on scalp - I shave.
I have wt Loss since arrival at this camp in Dec 30 2002. My wt was 202. now I have lost 20 Pounds. My Height is — 6 ft 1". I take Psyche m...

O  WDWN  wm  A 10 x 3.
Lab done 3/04/04 - CBC - N, Glucose 85 mg/dL,  Chemistry studies - WNL  TSH — 1.349  N     % wt Loss = 10%
Skin —  Tiny red area ① Side Face  Freckles  Forehead.
ENT —  WNL
Lungs — Clear
Abdomen — Tenderness Epigastrium and RUQ — B/S  N.

A  ① Weight Loss x 1yr
② H/O Stomach discomfort x 8 yrs
③ R/o gall stones, ① R/o H. Pylori

P  ① 8 DNO gram of Abdomen — Forms follow out
② ✓ H. Pylori  next week 4/7/04
③ DR "O" consulted re Diet — Denies it

F/U ① F/U in 2-3 wks - H. Pylori Report 4/25/04 and Senogram Report
JEANEEN BENNETT-BLAKE
Clinical Associate
... Correctional Institution.

Inmate Name  Hicks  William
DC#  664 670   Race/Sex  WA
Date of Birth  9-10-63
Institution  Lake

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

FLORIDA DEPARTMENT OF CORRECTIC...
(FOR...)

## SUBJECTIVE

Date: 3/29/04    Time: 0730    Age: 39    Allergies: NKDA

☒ Sick Call    ☐ EMID    Complaint: wt loss and stomack burning

How long has the problem been present? 12 m

Current medications: Remeron, Prestene Prolosec, Motrin, Bed...

Complaint related to medication? ☒ No    ☐ Yes  If yes, describe:

## OBJECTIVE

Vital Signs:    T 97⁷    P 70    R 18    B/P 118/78    Weight 181

Observation summary: 39 yo w/m c̄ co-plaint burning stomack and ↓ in wt. y/m normal intake /output from report.

(continue observation summary on back as necessary)

## ASSESSMENT

Summary of assessment: Normal bight and wt wntinam gastic reflex symptoms.

y/m complaints of depressed feelings x (months)

(continue assessment on back as necessary)

## PLAN

☐ No treatment required.    ☐ OTC medication provided. _____ (name).

☒ Physician referral.    ☐ Emergency transfer.

☐ Other: _____

## EDUCATION

☐ Medication information provided including SE    ☐ Keep area clean and dry    ☐ No smoking    ☐ No sports

☐ Limit exercise    ☐ Increase fluid intake    ☒ S/S of infection    ☐ Return to clinic if no improvement

☐ Other: _____

## Additional Comments

Inmate Name HICKS, William

DC# 603670    Race/Sex W/M

Date of Birth 9/10/63

Institution Lake CI

MIKE BEAVERS, RN
LAKE CI
Signature/Stamp
This form is not to be amended, revised, or altered without
approval of the Deputy Director of Health Services Administration

GENERIC NURSING ASSESSMENT
DC4-683Z (8/02) Page 1 of 2 ...

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

| Allergies: | *NKDA* |
|---|---|

| DATE/TIME | |
|---|---|
| 12/15/03 1145 | *Incidental Note: answered I/m request.* DEBBIE CLEMONS HIS Lake CI |

DOCTOR'S CLINIC

7/u - Neck pain, XRay results.

Date/Time: 12/17/03

T 98.0 °F P 92 BP 140/90 mmHg R C² wt 186

re schuled for Dr JA per I/m +
MS Bluters Request. (illegible) Lake CI.

DOCTOR'S CLINIC

7/u - Neck pain, X Ray results

Date/Time: 12/19/03 1300

T 98.4 °F P 80 BP 118/70 mmHg R 18 wt. 186 lb

√ s √ C/o Neckache
√ C/o Pain (R) TMJ
C/o pain Tu whole Jaw.
CT Scan 11/03: NL
XR Crvus C: spondylosis
Its been on Motrin 3-6
last seen by Oral sur geon CFRC
who ordered CT scan (R) facial area
He recommended that he be seen
by Neck problem first.

O) limited opening of mouth
lateral movement of mandible
slightly limited.
Eyes pupils round reactive to light
Neck: supple full ROM of Neck

| Inmate Name: 664670 TM 40 11/06/2003 | S- Subjective Data |
|---|---|
| DC#____ | O- Objective Data |
| Date of Birth HICKS, WILLIAM | A- Assessment of S and O Data |
| Institution_ | P- Plan |
| W/M DOB 09/10/1963 (40) YL | |

LAKE CI

DC4-701 (Revised 3/00)

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

DATE/TIME

FU X-Ray
result

12/11/03

98.5 PP 90 BP 127 0 mmHg R 18 WT 186.6

| 12/11/03 1540 | S | F/u xray of cervical spine I would like to see xray report and obtain the Telephone No. for the Radiology Dept which performed the xray. I would also like to see the CT Scan report that was done I should have seen neurologist but I was not seen. Dr Ta was arranging this. I thought that I was seeing Dr Ta for my sick call appt, he knows my problem. |
|---|---|---|
| | O | WDWN man A/O X3. (Inmate he only note) Xray cervical spine shows spondylo at C5 – C6. |
| | A | ① Spondylosis ② H/o Neck Pain 24° / Day. ③ Request for viewing xray and CT Scan Report as well as phone No. to Radiology |
| | P | ① Refer to Dr Ta for F/u per I/m request – ASAP (12/12/03) NEED TO SCHEDULE ② Refer to HIS for discussion of (Medical Records). ③ Continue Motrin as ordered on 10/24/03 by Dr Ta – Script Expires on 1/24/04 KOT |
| | E | Plan discussed Xray Report discussed |

Inmate N 0-664670 TM 40 11/06/2003 —
DC#
Date of B HICKS, WILLIAM
Institutio
W/M DOB 09/10/1963 (40) YY

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

FLORIDA DEPARTMENT OF CORRECTIONS
# Chronological Record of Health Care

Allergies: NKDA.

| DATE/TIME | |
|---|---|
| 12/8/03 1616 | Low Crumb x 90 D |
| | LUON V. TA, MD Sr Physician Lake CI |
| | C.B. STAMBAUGH, S.N., L.P.N. LAKE C.I. |
| 12/10/03 0845 | Inm requests prn med see note 12/8/03 also requests appt to FlexDay EMD - appt deter. R. Timberlake L.P.N. Lake C.I. |
| | LAB WORK REVIEWED: DATE 12/10/03  10 11 XR Complete: Mild Cys-6 nephrology R. Timberlake |
| | LUON V. TA, MD Sr Physician Lake CI |
| DOCTOR'S CLINIC | F/u - X Ray |

T _____ °F P _____ BP _____/_____ mmHg R _____

Inmate Name HICKS WM
DC# 664670  Race/Sex WM/M
Date of Birth 9/10/63
Institution Lake CI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

FLORIDA DEPARTMENT OF CORRECTIONS
# Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| 12/1/03 | Incidental note: I/m recieved from CFRC Ø medical complaints to general population. To MD Sot (illegible)<br><br>MIKE BEAVERS, RN<br>LAKE CI |
| 12/1/03<br>1311 | I/M returned from CFRC to population As per Stat eval - c no medical complaint.<br>Plan: F/u c M.H. Pr Psych. Condition<br><br>E.G. MAYO<br>STAFF PHYSICIAN<br>LAKE CI |
| | 12-1-03<br>2020<br>(illegible)<br><br>MARY L. RUSSO<br>SR. LPN<br>LAKE CI |

Inmate Name HICKS William M
DC# 669670    Race/Sex WM
Date of Birth 9/10/63
Institution Lake CI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTION
## HEALTH INFORMATION TRANSFER SUMMARY

INSTITUTION _LAKE CI_                    DATE _11/1/63_    TIME _0130_

Transferring TO: _RMC_

Transferring FROM: _LAKE CI_

| Date of last physical | PPD date/results | Allergies | Current treatments |
|---|---|---|---|
| 7/26/02 | 6/4/62  00mm | NKDA | none |

| | P. | U | L | H | E | S | D | X | T | I | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/ | I | I | I | 4 | | II | II | | | |

Current medical problems (include explanation of profile if other than Medical Grade I)

Pain (R) Cheek (both TMJs) old assault 1996

Current mental health problems — See MH Records

Current dental problems — See Dental Records

Deformities, evidence of abuse or trauma/disabilities or other physical limitations

| Medication(s) (include psychotropics) | Dose | Pending appointments | Yes | No |
|---|---|---|---|---|
| Motrin 600mg TID X90d 10/31/03 | | Dental | | |
| | | Mental Health | | |
| | | Chronic Illness Clinic: | | |
| | | Hypertension ___    Diabetes ___ | | ✓ |
| | | General Med ___    Seizure ___ | | |
| | | Pulmonary ___    INH ___ | | |
| | | Immunity ___ | | |
| | | Special Appointments: | | ✓ |
| | | Dx Studies: | | |

Pending diagnostics (including lab work) or consultation @ RMC TMJ (limited jaw surgery)

Tested/treated for STD (type, date, treatment) 5/30/62 NR RPR

Therapeutic diet?  ☐ No  ☐ Yes  If yes, describe:

Hospitalization within past year?  ☑ No  ☐ Yes        Passes: none
☐ Physical problem  ☐ Mental problem
Explain (include dates):                              Reissues:
☐ No medical or mental health holds

| Psychotropic medication within past year? | Self-injurious or suicidal behavior within past year? | Currently on suicide watch/ |
|---|---|---|
| ☑ No  ☐ Yes | ☑ No  ☐ Yes  Date: | precautions?  ☑ No  ☐ Yes |

Signature/Stamp                          C.B. STAMBAUGH
Clinician or Nurse Reviewing Chart   _CB Stambaugh SR LPN_   SR. LPN
                                                              LAKE CI

DC4-730 *Problem List* updated?
☐ No    ☑ N/A

Inmate Name _HICKS, WILLIAM_
DC # _664670_    Race/Sex _w/m_              For additional space, use reverse
Date of Birth _9/10/63_                      This form is not to be amended, revised, or altered without approval
Institution _LAKE CI_                        of the Deputy Director of Health Services Administration

DC4-760 (Revised 2/00) (Page 1 of 2)

SENT FROM LAKE CI
4 Volumes of Medical Records
11 Mental Health/Dental
CBS Health Info Spec.                        DEBBIE CLEMONS
                                             HIS
                                             Lake CI

**FLORIDA DEPARTMENT OF CORRECTIONS**
# Chronological Record of Health Care

Allergies: NKDD

| DATE/TIME | |
|---|---|
| 8/7/03 | (cont'd)<br>10/4 — Oxybutynin 5mg.; 3ID × 30 d.<br>8/6/03 — Motrin 600 TID × 30 d.<br>8/10 — Refer to Oral Surgeon for<br>0010  TMJ 1 AP 10 yd of<br>injy. (R) side of face in 1996<br>RTC in one month. 9/6/03<br>⑤ Rx Alteration<br><br>LUON V. TA, MD<br>Sr Physician<br>Lake CI |
| 08/11/03<br>0930<br>0945 | Dental pre-med. for Tooth restoration<br>Rx AMOXYCILLIN 500mg × 6 tabs, Take 4 tabs 1 hr<br>before appt then 2 tabs 4 hrs after appt<br>appt 10AM 8/12/03  w/newtondds  WILLIAM G. NEWTON, DDS<br>meds 9AM + 1400PM  SENIOR DENTIST  LAKE CI<br>R. Timberlake<br>L.P.N.<br>Lake C.I. |
| 8/12/03<br>0830 | **LAB WORK DONE**  U/A, C+S  PSA — V. Nichols R<br>V. NICHOLS<br>SLPN<br>LAKE CI |
| 8-14-03<br>1600 | INCIDENTAL NOTE:<br>CONSULT RECEIVED FOR<br>Oral Sx-PMC  G. WILLIAMS, DEO<br>LAKE CI<br>TO SCHEDULE APPOINTMENT |
| 8/18/03<br>1015<br>8/18/03<br>0100 | Lab review<br>UA (8/14/03) c enterobacter cloacae<br>sensitive to sulfa — Rx — Bactrim DS Tab<br>1 po BID × 10 days.<br>straightentison<br>H.F TIRADO-MONTES, M.D.<br>SR. PHYSICIAN<br>LAKE CI |

| | |
|---|---|
| Inmate Name  Hicks William | S- Subjective Data |
| DC#  664979 Race/Sex W/M | O- Objective Data |
| Date of Birth  9-10-63 | A- Assessment of S and O Data |
| Institution  Lake CI | P- Plan |

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: *NKDA*

| DATE/TIME | DOCTOR'S CLINIC | |
|---|---|---|

OTRL sign consent
See refusal 5-9-03

Date/Time: 8-8-03                    1530 - 1610

T 98.7 °F P 82 BP 110/80 mmHg R 20          wt 190 lb

S) "I'm forced to see you."
I have 3 problems to address:
1) I want to know result of XR
TMJ's.
2) I urinate multiple time,
q 30 minutes or q hour,
5 - 6 time q night.
Sometime the stream is normal,
something it's weak.
3) C/o pain (R) side of face,
constant, ↑ pain when he open
mouth, or chewing.
8/7/1996: Broward County jail. Injury
on (R) side of face. 11 months
after sent to ENT, plastic
surgeon which didn't do any
surgery "because it's too late"
"Eardley, Psychiatrist recommended
Neurontin to treat my pain"

O) Demanding
Pain on palpation on (R) TMJ.
Digital rectal exam: no hemorrhoids,
prostate smooth, normal size,
no tender

A) 1) ↑ IOP (R) TMJ pain
2) Nocturia

P) ↑ to Do: - U/A, C/S urine, PSA 10/A-P

LT
8/13/03
(OSA)

Inmate Name *Hicks William*
DC# *664670*     Race/Sex *W M*
Date of Birth *9-10-63*
Institution *Lake CI*

C.B. STAMBAUGH
SR. LPN
LAKE CI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

### FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: *NKDA* | | |
|---|---|---|
| **DATE/TIME** | | |
| 5/16/03 1400 | *Incident note: Answered I/m request.* ~~ABC~~ | DEBBIE CLEMONS HIS Lake CI |
| | ~~DOCTOR'S CLINIC~~     *F/u x-ray, Jaw Pain* | |
| | Date/Time:  5-19-2003 | |
| | T_____°F P____, BP____/____ mmHg R____ Wt____ Ht____ | |
| 5/19/03 1325 | Inmate signed Return Ref Dci-TMA witnessed. Jacket to MD. Revised     BURNS SATTLER, LPP Lake CI | LUON V. TA, M ? Sr Physician Lake CI |
| 5/30/03 2:50 | LPN U Newsome cc A. NEWSOM Lake Correctional Institution | |

---

| Inmate Name *HICKS, WILLIAM* | S- Subjective Data |
|---|---|
| DC# *664670*   Race/Sex *w/m* | O- Objective Data |
| Date of Birth *9/10/63* | A- Assessment of S and O Data |
| Institution *LAKE CI* | P- Plan |

DC4-701 (Revised 3/00)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: NKA | |
|---|---|
| **DATE/TIME** | |

DOCTOR'S CLINIC          Follow-up labs

Date/Time: 4-29-03      1450 - 1554      jaw pain

99.6 °F P 86   BP 122/78 mmHg R ___ Wt 190

S) He states he was hit during use of force in 1996 in Fort Lauderdale County Jail (Broward). He had Fx of jaw. But his Fx was have taken care.

In year 2000, he was sent to NFRC MRI of Mandible. Negative.

C/o now pain (R) and (L) TMJ's R > L

C/o severe HA 2x hours/day starts from both temples since he was assaulted & intimate. tried Motrin, Flexeril Motrin, Darvocet Blurred vision OD came N/V.

Depakote 1,000 in hs helped for HA.

O) NAD.

Pleasant.

Eyes - Pupils round reactive to light Fundoscopy (without dilatation) no evidence of edema of hemorrhage or Nasal speculum: WNL

Otoscopy: EAC's, TM's clear Neck supple ( XR C-spine 1/19/02 Degenerative changes C5-C6 ) Full ROM of mandible.

(R) TMJ "popping"

| Inmate Name: Hicks, William | S- Subjective Data |
|---|---|
| DC#: 664670   Race/Sex: WM | O- Objective Data |
| Date of Birth: 9-10-63 | A- Assessment of S and O Data |
| Institution: Dade | P- Plan |

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

**FLORIDA DEPARTMENT OF CORRECTI**
## GENERIC NURSING ASSESSMEN

(FOR _____ )

**SUBJECTIVE** _NKDA_

Date: _5/12/03_  Time: _0345_  Age: _39_  Allergies: _NKDA_

☑ Sick Call ☐ EMID Complaint: _c/o @ groin pain requests Tx @ GU_
_Inm is concerned about Hep or HIV pos/has had_
_alterations in the past c ? Body fluid exchange "Inm_

How long has the problem been present? _vague on this frenzy ? Expossure to_

Current medications: _3x RX_                    _Body fluid._

Complaint related to medication? ☒ No ☐ Yes If yes, describe: _____

**OBJECTIVE** _97H_

Vital Signs: T _97H_  P _72_  R _16_  B/P _118/76_  Weight _188_

Observation summary: _Wants old Tx "fixed if Possible"_
_concerned re wellness + ? Body fluid exchange_
_in past_

_(continue observation summary on back as necessary)_

**ASSESSMENT**

Summary of assessment: _Gradual wt loss past year._
_requests eval for ? reapiry of old Tx @ groin_
_req's Hep + HIV test._

_(continue assessment on back as necessary)_

**PLAN**

☐ No treatment required.  ☐ OTC medication provided. _____ (name).

☐ Physician referral.  ☐ Emergency transfer.

☒ Other: _appt c MD re @ groin old Tx, wt loss_
_+ concerns re Hep._
_advised to request HIV test per lab._

**EDUCATION**

☐ Medication information provided including SE  ☐ Keep area clean and dry  ☒ No smoking  ☐ No sports

☐ Limit exercise  ☒ Increase fluid intake  ☐ S/S of infection  ☐ Return to clinic if no improvement

☐ Other: _watch for appt._

**Additional Comments**

Inmate Name _Heck  William_

DC# _097070_                    Race/Sex _W/M_

Date of Birth _9/10/63_

Institution _unReed_

GENERIC NURSING ASSESSMENT

DC4-683Z (8/02) Page 1 of 2

R. Timberlake
L.P.N.
Lake C.I.

Signature/Stamp

This form is not to be amended, revised, or altered without
approval of the Deputy Director of Health Services Administration

FLORIDA DEPARTMENT OF CORRECTIONS
# Chronological Record of Health Care

| Allergies: | NKA |
|---|---|
| DATE/TIME | |

**DOCTOR'S CLINIC** 1400 F/U Neck/Knee Pain

Date/Time: 2-4-03

T 98.9° F P 88 BP 124/? mmHg R 20 WT 190lb HT: 6'1

S) c/o his. Psychotropic have been d/c b psychiatrist. Request dep profile. c/o sleep disturbance. TG ↗ 918mg (7/01)

O) Demanding. Gait steady, fast. (R) Knee - no effusion, no crepitus Full Rode of RLE. (R) foot - no effusion; XR arthritic on old Fx (R) 2nd Metatarsel and small calcaneal spur.

A) TG ↗ - arthritis (R) foot

P) TC 88 Lipid profile Naproxen 500 --- BID x 30 )

E) Exercise

LUON V. TA, MD
Sr Physician
Lake CI

| 2/7/03 | LAB WORK DONE LIPIDS 2/4/03 TAO ✓ |
|---|---|
| 0530 | C.B. Stambaugh LPN |

C.B. STAMBAUGH
SR. LPN
LAKE CI

| Inmate Name | Hicks, William |
|---|---|
| DC# | 664670    Race/Sex WM |
| Date of Birth | 9-10-63 |
| Institution | LAKE CI |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

**FLORIDA DEPARTMENT OF CORRECTIONS**
# Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | |
|---|---|
| 1/7/03 | c/o pain lateral aspect of (R) Knee |

c/o lateral border of (R) foot
c/o dizziness, loss of equilibrium
O) Oriented x 3. Gait steady.
Neck: pain on palpation on lower
cervical vertebrae. Full ROM of
neck
(R) knee - well healed scar on
(R) patella. Pain on palpation
on lateral aspect of (R) knee.
Femoral condyle and tibial tuberosity
Full ROM of RLE, no crepitus
No ? warmth.

A) Arthritis C. spine
= Pain (R) knee and (R) foot
= vertigo dizziness
P) = Celebrex 200 x qd x 30 d
= X R(R) knee and (R) foot
E) Exercise on Neck as directed
= RTC in one month

Addendum: call
Ever Glades CI for
report of labs done
12/10/02

LUON V. TA, MD
Sr Physician
Lake CI

LUON V. TA, MD
Sr Physician
Lake CI

Inmate Name: Hicks, William
DC# 664670   Race/Sex M/M
Date of Birth 9-10-63
Institution Lake

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

DC4-701 (Revised 3/00)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# DIETARY PRESCRIPTION DISPLAY SHEET

ATTACH LAST REPORT WITH TOP AT THIS LINE

ATTACH 3RD REPORT HERE AND SUCCEEDING ONES ON ABOVE LINES

ATTACH 2ND REPORT WITH TOP AT THIS LINE

*(rotated form — Florida Department of Corrections Diet Prescription/Order)*

FLORIDA DEPARTMENT OF CORRECTIONS
DIET PRESCRIPTION/ORDER

DATE: 03/31/04

PHYSICIANS ARE TO PLACE A CHECK MARK AND SIGN INITIALS BESIDE THE APPROPRIATE DIET:

DIETS:
Clear Liquid Diet
Cold Liquid Diet
Full Liquid Diet
Puree Diet
Mechanical Dental Diet
*1600 Calorie Regulated Diet
*2200 Calorie Regulated Diet
*2800 Calorie Regulated Diet
3600 Calorie Regulated Diet (w/3 meals and 3 snacks)
4000 Calorie Regulated Diet (w/3 meals and 3 snacks)
Low Residue Diet
Fat Intolerance Diet
Prenatal Diet
CSU (Suicide Precaution) Diet
Prediabetic Diet (60/65 gm PRO, 2.0-3.0 gm Na+, 3.0-3.2 gm K)
Dialysis Diet (90 gm PRO, 2.0-2.5 gm Na+, 3.0-3.2 gm K)

*These diets contain <300 mg of cholesterol and <1500 mg of sodium.

PATIENT TO STAY ON PRESCRIBED DIET FROM 03/31/04 TO 06/31/04

OBSERVATIONS:

DOCTOR OR CLINICAL ASSOCIATE: _____ (signature and stamp)

Inmate Name: HICKS, WILLIAM
DC#
Date of Birth
Institution.

Distribution: White-Food Service  Canary-Inmate  Pink-Medical Record
DIET PRESCRIPTION/ORDER DC4-728 (10/97)

Inmate
DC#
Date o
Instit

DIETAR
DC4-70

5.02.09

Florida Department of Corrections
CAT Scan, Ultrasound, and Vascular Request/Report
Department of Radiology

CT    ULTRASOUND
VASCULAR

**PLEASE WRITE LEGIBLY**

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below:

Pain (R) cheek + TMJ (Both)

old assault in 1996

List allergies:

☐ Ambulatory  ☐ Diabetic  ☐ J Code  ☐ Stretcher  ☐ Wheelchair

Physician Name (Print) and Name Stamp: *Luan TA /Lake CI*    Date of Request: 10-14-03

| CAT SCAN REQUEST | | ULTRASOUND REQUEST | VASCULAR STUDY REQUEST |
|---|---|---|---|
| Coronal & Sagittal | Chest | Abdominal/Gallbladder | Arterial Doppler, Lower Extremity R [ ] L [ ] |
| ✓ Facial/TMJ | Abdomen | Breast | Arterial Doppler, Upper Extremity R [ ] L [ ] |
| Head | Pelvis | Extremity R [ ] L [ ] | Carotid Doppler |
| Orbit | Cervical Spine | Neck/Soft Tissue/Thyroid | Venous Doppler R [ ] L [ ] |
| Soft Tissue Neck | Thoracic Spine | Pelvis | Venous Duplex R [ ] L [ ] |
| Lower Extremity R [ ] L [ ] | Lumbar Spine | Renal | |
| Upper Extremity R [ ] L [ ] | | Scrotum | |
| Exams not checked above: | | | |

| Date Performed: 11-14-03 | Technologist Initials: | Time exam performed (military): 10:05 S |
|---|---|---|

664670-CT SCAN OF THE FACIAL BONES:  CT Scan of the facial bones was performed in the coronal axial plain, thin slices were obtained.  There is no evidence of fractures.  The paranasal sinuses are well pneumatized.  The osteomeatal complex is patent bilaterally.  The zygomatic arches are also intact.

IMPRESSION:  NORMAL CT SCAN OF THE FACIAL BONES.

LUON V. TA, MD
Sr Physician
Lake CI

ELIGIO LOPERENA, PA
CLINICAL ASSOCIATE-RMC

E.E. FRANCO, M.D. lm
RMC RADIOLOGY DEPT.

Radiologist Signature

D:11-14-03    T:11-14-03
Date Read    Date Typed

**PLEASE WRITE LEGIBLY**
Inmate Name *Hicks, William*
DC# 664670    Race/Sex
Date of Birth 9/10/63
Institution *Lake Pine*
Is permanent camp a private institution?  No ☐ Yes ☐
Clinic/hospital room number

Distribution:
White — Medical Records
Canary — X-Ray Jacket
Pink — Data Entry
Goldenrod — Local Requirements

NOV 17 2003

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-705B (10/99)

*Oral surgeon*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CONSULTATION REQUEST/CONSULTANT'S REPORT**

| TO Institution: NFRC FRC | FROM Institution: Lake CI | DATE OF REQUEST: 8/7/03 |
|---|---|---|

Reason(s) for consultation:
Evaluate and recommend diagnostic plan _____
Evaluate and recommend treatment plan ✓
Other (specify): _____

Type of consultation:
Emergency _____
Urgent _____
Routine ✓

DATE APPOINTMENT MADE: _____
Staff Signature: _____

**APPOINTMENT DATE: 10-14-03**

Condition is (check one): ☐ Acute Trauma  ☐ Acute Illness  ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):

Physical findings: 39 yo w/M c̄ hx of Assault on (R) side of face. No hx of. treatment of injury since 1996.

Diagnostic findings (explain laboratory, x-ray, or other test findings): XR TM joints ( 5/9/03 ) Mild to moderate limitation of mobility. c/o constant pain (R) cheek to (R) temple and (R) side of head, pain ↑ on

Other pertinent information:

Provisional diagnosis: chewing and opening of mouth

Dx: chronic TMJ pain (R), post. trau...

Health Care Provider Signature/Stamp: _____ LUON V. TA, MD Sr Physician

CHO/Designee Approval Signature/Stamp: _____ O. OGUNSANWO, MD, CIME CHIEF HEALTH OFFICER LAKE CI 8/8/03

**AUTHORIZATION FOR SPECIALITY EVALUATION**

I, the undersigned, have had explained to me and understand that I require _Oral Surgeon_ which cannot be accomplished at _Lake CI_.

I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: William M. Hicks 664670    Date: 8/7/03

Signature of Witness: _____    Date: _____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Hicks William
DC#: 664670    Race/Sex: W/M
Date of Birth: 9-13-63
Institution: Lake CI

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-702 (Revised 3/00) Page 1 of 2

**LabCorp**

| Specimen # | | Control/Req Number | | | | | |
|---|---|---|---|---|---|---|---|
| 063-719-3164-0 | | UF70  3732  PG  I  00  2  RP  Q  6705  1A | | | | | |

| Fasting | Micro Source | | Tot. .olume | Report Status | Clinical Information | 03/04/04  06:41 ET |
|---|---|---|---|---|---|---|
| N/A | | | | S / FINAL | | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 03/03/04 | 05:30 | 03/03/04 | 03/04/04 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 664670 | | |

Account
09603732
LAKE CORRECTIONAL INSTITUTE-ME

| Patient Name | | Sex | Date of Birth |
|---|---|---|---|
| HICKS, WM | | M | 09/10/63 |

19225 U.S. HWY. 27                64
CLERMONT        , FL  34711-     64

Patient Address

      352-394-6146      FAO

Comments
PATIENT AGE: 040/05

DR.ID: WHITMAN

Tests Requested   CB/D/P;

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 6.8 | | X 10-3/uL | 4.0 - 10.5 | TA |
| Red Blood Cell (RBC) Count | 4.84 | | X 10-6/uL | 4.10 - 5.60 | TA |
| Hemoglobin | 15.6 | | g/dL | 12.5 - 17.0 | TA |
| Hematocrit | 43.6 | | % | 36.0 - 50.0 | TA |
| MCV | 90 | | fL | 80 - 98 | TA |
| MCH | 32.2 | | pg | 27.0 - 34.0 | TA |
| MCHC | 35.7 | | g/dL | 32.0 - 36.0 | TA |
| RDW | 13.2 | | % | 11.7 - 15.0 | TA |
| Platelets | 151 | | X 10-3/uL | 140 - 415 | TA |
| Polys | 46 | | % | 40 - 74 | TA |
| Lymphs | 44 | | % | 14 - 46 | TA |
| Monocytes | 8 | | % | 4 - 13 | TA |
| Eos | 2 | | % | 0 - 7 | TA |
| Basos | 0 | | % | 0 - 3 | TA |
| Polys (Absolute) | 3.1 | | X 10-3/uL | 1.8 - 7.8 | TA |
| Lymphs (Absolute) | 3.0 | | X 10-3/uL | 0.7 - 4.5 | TA |
| Monocytes(Absolute) | 0.5 | | X 10-3/uL | 0.1 - 1.0 | TA |
| Eos (Absolute Value) | 0.1 | | X 10-3/uL | 0.0 - 0.4 | TA |
| Baso(Absolute) | 0.0 | | X 10-3/uL | 0.0 - 0.2 | TA |
| | | | | | TA |

  LAB: TA LabCorp Tampa          DIRECTOR: Joseph Migliozzi, MD
       5610 W LaSalle Street Tampa, FL 33607-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-877-3818 LAB: 800-877-5227
                    LAST PAGE OF REPORT

3/8/04

O. OGUNSANWO, MD, CME, CCHP
CHIEF HEALTH OFFICER
LAKE CI

HICKS, WM          PATID: 664670      SPEC DATE: 03/03/2004

**REPORT**

Universal #2

Case 0:00-cv-06087-WPD   Document 237   Entered on FLSD Docket 06/08/2004   Page 56 of 254

**LabCorp** ®

| Fasting | Micro Source | Volume | Report Status | Clinical Informat |
|---|---|---|---|---|
| Yes | | | S / Final | SRC: URINE |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 08/11/03 | 05:30 | 08/12/03 | 08/14/03 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 664670 | | |

| Patient Name | Sex | Date of Birth |
|---|---|---|
| HICKS, WILLIAM | M | 09/10/63 |

Patient Address

Account
09603732
LAKE CORRECTIONAL INSTITUTE-ME

19225 U.S. HWY. 27
CLERMONT, FL 34711
352-394-6146

Comments
Patient Age: 039/11     R.F. TIRADO-MONTES, M.D.
                        SR. PHYSICIAN
                        LAKE CI   8/18/03
                                    1000

Phy ID: TA04

Tests Requested
URINALYSIS, ROUTINE; Prostate-specific Ag, Serum; URINE CULTURE, ROUTINE; SENSITIVITY ORGANISM #1; Presumptive ID; ORGANISM ID

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **URINALYSIS** | | | | | |
| Urine-Color | Yellow | | | Yellow | |
| Appearance | Clear | | | Clear | |
| Specific Gravity | 1.020 | | | 1.005 - 1.030 | |
| pH | 6.5 | | | 5.0 - 7.5 | |
| Protein | Trace | | | Negative/Trace | |
| Glucose | Negative | | | Negative | |
| Ketones | Negative | | | Negative | |
| Bilirubin | Negative | | | Negative | |
| Occult Blood | Negative | | | Negative | |
| Urobilinogen, Semi-Qn | 0.0 | | mg/dL | 0.0 - 1.9 | |
| Nitrite, Urine | Negative | | | Negative | |
| WBC Esterase | Negative | | | Negative | |
| **TUMOR MARKERS** | | | | | |
| Prostate-specific Ag, Serum | 1.1 | | ng/mL | 0.0 - 4.0 | |

As of 7/14/03 Abbott MEIA methodology was replaced by
Beckman Coulter Hybritech.

Miscellaneous Testing
Microscopic Examination
   Microscopic follows if indicated.

| | | | |
|---|---|---|---|
| URINE CULTURE, ROUTINE | Final report | | No Growth |
| RESULT 1 | Enterobacter cloacae | | |

50,000-100,000 colony forming units per mL

***** S = Susceptible; I = Intermediate; R = Resistant
       MICS are expressed in micrograms per mL

| AB Susceptibility | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 | LA |
|---|---|---|---|---|---|
| AMOXICILLIN/CLAVULANIC ACID | R | | | | |
| AMPICILLIN | R | | | | |
| CEFAZOLIN | R | | | | |
| CEFTRIAXONE | S | | | | |
| CEFUROXIME | R | | | | |
| CEPHALOTHIN | R | | | | |
| CIPROFLOXACIN | S | | | | |
| GENTAMICIN | S | | | | |
| LEVOFLOXACIN | S | | | | |
| NITROFURANTOIN | S | | | | |
| NORFLOXACIN | S | | | | |

©2001 Laboratory Corporation of America® Ho
All Rights Re

REPORT

HICKS, WILLIAM           Report Date: 08-14-03   Report Time: 09:40

**LabCorp®**

| Specimen # | Control/Req Number | | Page |
|---|---|---|---|

| Fasting | Micro Source | Total Volume | Report Status |
|---|---|---|---|
| Yes | | | S / Final |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 03/24/03 | 05:30 | 03/24/03 | 03/25/03 |

Clinical Informat.

C, GY

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 664670 | | |

Account

09603732
LAKE CORRECTIONAL INSTITUTE-ME

| Patient Name | Sex | Date of Birth |
|---|---|---|
| HICKS, WILLIAM | M | 09/10/63 |

19225 U.S. HWY. 27
CLERMONT, FL 34711
352-394-6146

Patient Address

Comments

Patient Age: 039/06

R.F. TIRADO-MATES, M.D.
SR. PHYSICIAN  3/28/03
LAKE CI

Phy ID: TI20
Phy Name: TIRADO

Tests Requested    TSH; Glucose, Plasma

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CHEMISTRIES | | | | | |
| Glucose, Plasma | 80 | | mg/dL | 65 - 109 | T |
| THYROID STUDIES | | | | | |
| TSH | 1.349 | | uIU/mL | 0.350 - 5.500 | T |

Lab: TA LABCORP TAMPA          Director: JOSEPH MIGLIOZZI, MD
        5610 W LASALLE STREET TAMPA, FL 33607-0000

For inquiries, the physician may contact: Branch: 800-877-3818 Lab: 800-877-52
Last Page of Report

REPORT

©2002 Laboratory Corporation of America® Hold
All Rights Rese

HICKS, WILLIAM                    Report Date: 03-25-03  Report Time: 02:0

LabCorp®

| Fasting | Micro Source | To ... Volume | Report Status | Clinical Informati |
|---------|--------------|---------------|---------------|--------------------|
| Yes | | | S / Final | 2C |

| Date Collected | Time Collected | Date Entered | Date Reported |
|----------------|----------------|--------------|---------------|
| 03/20/03 | 09:30 | 03/20/03 | 03/22/03 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|-------------------|----------------------|-------------|
| 664670 | | |

| Patient Name | | Sex | Date of Birth |
|--------------|--|-----|---------------|
| HICKS, WILLIAM M | | M | 09/10/63 |

Patient Address

Comments
Patient Age: 039/06

R.F. TIRADO
SR.
LAKE CI...

3/26/03

Account
09603732
LAKE CORRECTIONAL INSTITUTE-ME

19225 U.S. HWY. 27
CLERMONT, FL 34711
352-394-6146

Phy ID: TI20
Phy Name: TIRADO

Tests Requested   HEPATITIS PANEL (5); PANEL 083824

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| VIRAL MARKERS | | | | | |
| HIV-1 ABS, QUAL | | | | | T |

  Result:  NEGATIVE by EIA screen.
  No antibodies to HIV-1 detected.

| Hep A Ab, Total | NEGATIVE | | | Negative | T |
| Hep B Surface Ag | NEGATIVE | | | Negative | T |
| Hep B Core Ab, Tot | NEGATIVE | | | Negative | T |
| Hep C Virus Ab | | | | Negative | T |

                Result: NON-REACTIVE
    (This test is a 2nd generation
    assay for the detection of multi-
    ple forms of anti-HCV in human
    serum or plasma. A test result
    that is negative does not exclude
    the possibility of exposure to or
    infection with HCV. Negative re-
    sults in this assay in individuals
    with prior exposure to HCV may be
    due to antibody levels below the
    limit of detection of this assay
    or lack of antibody reactivity to
    the HCV antigens used in this assay.)

Miscellaneous Testing
| Hep B Surface Ab | <2.0 | | mIU/mL | | |

                Values > 10.0 have been reported
                by the CDC to be consistent with
                immunity to Hepatitis B.

-------------------------------------------------------------
  Lab: TA LABCORP TAMPA              Director: JOSEPH MIGLIOZZI, MD
       5610 W LASALLE STREET TAMPA, FL 33607-0000
-------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-877-3818 Lab: 800-877-5
                    Last Page of Report.

REPORT

©2002 Laboratory Corporation of America® H...
All Rights Re...

HICKS, WILLIAM M                    Report Date: 03-22-03   Report Time: 0...

KMC - Main

805 South Orlando Avenue, Suite F
Winter Park, FL 32789
Office (407) 644-3140
Toll Free (877) 765-0941
Fax (407) 644-3884

# TransFlorida Mobile Diagnostic Services, L.C.

**NAME:** Hicks, William
**DOB:**
**DC#:** 664670
**FACILITY:** Lake C. I.
**WING/FLOOR:**
**PHYSICIAN:** TA
**DOE:** 10/28/2003



CERVICAL SPINE:

There is mild disc degeneration at C5-6 with a small anterior spur.  There is no fracture or focal bone lesion.  There is no prevertebral soft tissue swelling.

**IMPRESSION:**  Mild C5-6 spondylosis.

Fenton Froom M.D.
_____
Fenton Froom, M.D.
ff/mta/ld

LUON V. TA, MD
Sr Physician
Lake CI

12/10/03

D:  10/28/03
T:  10/29/03



805 South Orlando Avenue, Suite 1
Winter Park, FL 32789
Office (407) 644-3140
Toll Free (877) 765-0941
Fax (407) 644-3884

# TransFlorida Mobile Diagnostic Services, L.C.

**NAME:** HICKS, WILLIAMS
**D.O.B.**
**DC#:** 664670
**FACILITY:** LAKE, C.I.
**WING/FLOOR:**
**PHYSICIAN:** TA
**DATE OF EXAM:** 05/09/2003

TEMPOROMANDIBULAR JOINTS:

There is no evidence of an acute fracture or focal bone lesion. There is some mild limitation of mobility in the open and close mouth positions, but otherwise no abnormality is seen. The mandibular condyles are smooth and well formed.

**IMPRESSION:**

1. Mild-to-moderate limitation of mobility.
2. Otherwise, normal.

LUON V. TA, MD
Sr Physician
Lake CI
5/19/03

Fenton Froom M.D.
Fenton E. Froom, M.D.
FEF/tt

D:5/12/2003
T:5/14/2003

# TransFlorida Mobile Diagnostic Services, L.C.

805 S. Orlando Avenue, Suite F

Winter Park, FL 32789

Scheduling (877)765-0941

Fax (407)644-5652

## MOBILE EXAMINATION PATIENT REPORT

LAKE C I
MEDICAL
19225 U.S. HIGHWAY 27
CLERMONT, FL 34711

Verified

**X-Ray No.:**

**Room No.:**                                        **Wing/Floor:**

**Patient's Name:** HICKS, WILLIAM

**DOB:**

**Date of Exam:** 1/10/2003

**Referring Physician:** TA

**Exam:** RIGHT KNEE
RIGHT FOOT

R.F. TIRADO-MONTES, M.D.    1/21/03
SR. PHYSICIAN
LAKE CI

RIGHT KNEE:  THE BONES ARE INTACT AND NO FOCAL BONE LESIONS ARE SEEN.  THE JOINTS ARE WELL MAINTAINED.  NO FOREIGN BODIES ARE SEEN.

IMPRESSION:
NORMAL.

RIGHT FOOT:  THERE IS AN OLD HEALED FRACTURE OF THE 2ND METATARSAL WITH ADJASENT DEGENERATIVE CHANGES BETWEEN THE METATARSALS AND A NUMBER OF THE INNER TARSAL JOINTS AS WELL.  THERE IS A SMALL POSTERIOR CALCANEAL SPUR.  THERE IS NO ACUTE FRACTURE OR FOCAL BONE LESION.

IMPRESSION:
OLD HEALED FRACTURE OF THE 2ND METATARSAL WITH SECONDARY ARTHRITIS.
SMALL POSTERIOR CALCANEAL SPUR.

**DATE OF REPORT: 01/14/2003 3:27:08 PM**        **Radiologist:** FROOM, FENTON

Fenton Froom M.D.

VOLUME

2

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**HEALTH SERVICES PROFILE**

( COMPLETE ONLY APPLICABLE SECTIONS )

SECTION I                    ( USE FOR GRADING )                    TEAM NO._____

| P | U | L | H | E | S | D | X | T | I |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |

ASSIGNMENT RESTRICTIONS:_____

_____

_____

CHECK HERE IF THIS IS AN INITIAL GRADE       [ ]

CHECK HERE IF THIS IS A CHANGE IN GRADE   [ ]

IS THIS PERSON SUITABLE FOR WORK RELEASE?                YES _____ NO _____

IS THIS PERSON PERMANENT PARTY?                         YES _____ NO _____

HEALTH CARE PROVIDER'S SIGNATURE / STAMP _____ DATE _____

SECTION II              ( USE THIS PORTION TO PLACE ON HOLD )

INMATE TRANSFERRED FROM _Omaha CI_ TO _NFRC_      DATE _5-2-00_

REASON FOR MEDICAL HOLD         _TMJ / MRI    5/5/00_

_M L_ _____

HEALTH CARE PROVIDER'S SIGNATURE / STAMP _R. E. Elizondo, LPN_    DATE_5/2/00_
                                          E. Smith, LPN
                                          NFRC

SECTION III             ( USE THIS PORTION TO REMOVE FROM HOLD)

| P | U | L | H | E | S | D | X | T | I |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |

ASSIGNMENT RESTRICTIONS: _____

_____

CHECK HERE IF THIS IS A CHANGE IN GRADE  [ ]

IS THIS PERSON SUITABLE FOR WORK RELEASE?              YES _____ NO _____

IS THIS PERSON PERMANENT PARTY?                        YES _____ NO _____

_Code 65_
_medical_

Eligio Loperena, PA, CA
N.F.R.C. Hospital

HEALTH CARE PROVIDER'S SIGNATURE / STAMP _____ DATE _6-21-00_

Inmate Name 0-664670 TM 20 05/02/2000

DC#_____ HICKS, WILLIAM

Date of Birth

Institution ___ W/M DOB 09/10/1963 (36) SS

HEALTH SERVICES PROFILE
DC4 - 706 ( 12/92 )

White    - Health Record
Canary - Maintain in Health Record while on medical hold.
           Forward to Classification upon medical release.
Pink     - Classifications

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

## INMATE REQUEST

(Instructions on Back)

Mail Number: _____
Team Number: _2___
Institution: _E C I_

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☑ Medical  ☐ Dental | ☐ Other |
|---|---|---|---|---|

DR O. Leius, P.A.

| FROM: | Inmate Name William m. Hicks | DC Number 664670 | Quarters H-2 215 U | Job Assignment Houseman | Date 11/27/02 |
|---|---|---|---|---|---|

**REQUEST**

I request to have you please write out what radialogist report state's referring to my kneck x-ray results.
    please print legible so I may read this report I was shown in medical on Sept 16, 2002. Also I request for a prescription of srg. moltrin for my constant pain from damaged kneck. Also put me on the callout to see you.
                    Thank you DR. O. Leius, P.A.

                    William m. Hicks #664670

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

─────────── DO NOT WRITE BELOW THIS LINE ───────────

**RESPONSE**                                    **DATE RECEIVED:**

You have a follow up
with the doctor next week.
needs x-ray + needed medication

[The following pertains to informal grievances only: _____]

Based on the above information, your grievance is _Approved_ (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): MARIA GONZALEZ ADMIN CLERK | Date: 12/6/02 |
|---|---|

Distribution:    White    -Returned to Inmate          Pink   -Retained by official responding, or if the response is to an
                 Canary  -Returned to Inmate                        informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIO..

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: ___2___
Institution: _E C I_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

*MEDICAL RECORDS*

| FROM: | Inmate Name William M. Hicks | DC Number 664670 | Quarters H-2-215 u | Job Assignment Houseman | Date 11/23/02 |
|---|---|---|---|---|---|

11-160-82

**REQUEST** ATTN: MEDICAL RECORDS SUPERVISOR:

I had x-rays taken of my kneck and results shown damage to my kneck. on sept 11,02 I had results told to me. Please advise me of what damage to kneck was(1) which vertabra's are(2) who was the x-ray contractor and(3) indivist who gave the results, need the name and(4) what hospital results came from, need name of hospital ?

I (re-ask) this question for a reason.
thank you
William M. Hicks #664670

c: File 2/m

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

─────────── DO NOT WRITE BELOW THIS LINE ───────────

**RESPONSE**                    DATE RECEIVED: _____

Name of hospital provided due not authorized to be release to inmate only to forward with proper authorization.

For detailed evaluation on your x-ray result, must ask the Doctor on your next visit. Medical 2 weeks.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature) MARIA GONZALEZ    ADMIN CLERK    Date: 11/26/02

Distribution:  White  -Returned to Inmate    Pink  -Retained by official responding, or if the response is to an
               Canary -Returned to Inmate          informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTI

*(Instructions on Back)*

Mail Number: _____
Team Number: 2
Institution: E.C.I

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Dental | ☐ Other |
|---|---|---|---|---|

DR. Gonzoles, M.D. C.H.O.

| | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| FROM: | William M. Hicks | 664670 | H-2 215 | Houseman | 4/15/02 |

**REQUEST**

4-11-02

Doctor Sir,

I ask that you please put me on the call out to visit you. I have a severe medical conflict of intrest as to opinions first made by dentist's and you, this is to complicated to explain on paper and therefore request to see you. Ive been through callouts and sick call so based on that I write this to you.

Thank-you.
William M. Hicks 664670

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                         **DATE RECEIVED:**

You need to sign up for
Dental Sick call a medical
Sick call by methods
previously explained to you.
You will then be evaluated
for your concerns.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Ovalis | Date: | 4/18/02 |
|---|---|---|---|

Distribution:    White   -Returned to Inmate         Pink   -Retained by official responding, or if the response is to an
                 Canary  -Returned to Inmate                  informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST** ~~(struck through)~~

(Instructions on Back)

Mail Number: _____
Team Number: 2
Institution: ECI

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Dental | |

To chief Health officer

| FROM: | Inmate Name: William M. Hicks | DC Number: 664670 | Quarters: H-2²¹⁵ | Job Assignment: Houseman | Date: Feb 22/02 |
|---|---|---|---|---|---|

2-15-02

**REQUEST**

Dear Doctor who is head operator of medical company Wexford at Everglades.

On Feb 1, 2002 I filed a request to you to answer why I have not seen a specialist that was ordered, you passed it on to DR. Fante, DDS to respond.

This was directed to you, I'm in need to have my jaw rebroke and reset properly. I ask you to call me out, you ordered that I see a specialist.

Thank you William M. Hicks
664670

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**      DATE RECEIVED: _____

Refer to Dr. Fente for follow up answer

3/27/02

There is no basis found in multiple exams, X-rays & even C.T. scans to identify or confirm your complaints. The tests & exams do not show a condition that is treatable by referral to Oral Surgery that Oral Surgeons treat.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _DENIED_ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____ L.S. Finkelstein, HSA, RN, RD, INC    Date: 3/28/02

LINDA G. FINKELSTEIN, RN
REGIONAL NURSE SPECIALIST

Distribution: White - Returned to Inmate    Pink - Retained by official responding, or if the response is to an
         Canary - Returned to Inmate            informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

*Informal Grievance* (handwritten at top)

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTION**

*(Instructions on Back)*

Mail Number: _____
Team Number: 2
Institution: E C I

| TO: (Check One) | ☑ Warden | ☐ Classification | ☐ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Dental | MR mathews, warden |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | | 664670 | | Houseman | 1/16/02 |

**REQUEST** To MR. mathews, warden of E.C.I.

Dear warden,

I have tried to recieve proper dental and medical care since year 2000 till present 2002. I have filed numerous grievances and 303 grievances that claim I am entitled to proper medical and dental, since 2000, I had dentist and medical doctor order that I indeed need to see a specialist. But I cant get a response if it has been truely filed or approved. I ask that you please intervene and take care of this issue.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

William M. Nichtcott #

I-1-01-059

——————— **DO NOT WRITE BELOW THIS LINE** ———————

**RESPONSE**                    DATE RECEIVED: 1-17-02

Dr. Gonzalez - please review and respond. Copy me with your response. Mathew 1-18-2.

Refer to Dr. Forte for follow-up answer. 3/27/02

There is no physical evidence or problem identified on multiple exams, X-rays & even C.T. Scans to explain or confirm your complaints. Unable to have a basis for Oral Surg.

The following pertains to informal grievances only:

Based on the above information, your grievance is DENIED . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): Elizabeth RN, HSA  L.S. Finkelstein, HSA, RN, MS, MNC   Date: 3/28/02   LINDA S. FINKELSTEIN, RN REGIONAL NURSE SPECIALIST

Distribution: White - Returned to Inmate       Pink - Retained by official responding, or if the response is to an
Canary - Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

Internal Grievance

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

**INMATE ~~REQUEST~~**

(Instructions on Back)

Mail Number: _____
Team Number: 2
Institution: ECI

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☑ Other medical Administrater |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | H-2 215 | Huseman | march 24,02 |

**REQUEST** To medical Administrater of wexfer medical

I have been trying to see an oral surgeon for my misaligned jaw that was fractured in two pieces and never given medical for.
    Ive written many request's, grievances to no avail, chief health officer of wexford wont return grievances sent in his name back, why. I need to see a goulified dentist such as an oral surgeon. wexford here does not have any such doctor, dentist, I have been referred to see an oral surgeon by dentist and c.h.o. here at ECI, But now they decline, why, wexford is denying me proper medical as well to save money.

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

William M. Hicks 664670

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** Dr. Ene, Dentist                    DATE RECEIVED: _____

Your request will be
referred to Dr. Ene
for proper response.
3/28/02
D. Vans

Your medical records have been reviewed by myself, the Dentist & the Physician's Assistant. You will be scheduled and to be Attended shortly for further evaluation of your complaints. You should already have X-rays [examine]d. Therefore, for this reason and with the request for the examina[tion you]

[The following pertains to informal grievances only:] _____, there is no basis for oral surger[y]

Based on the above information, your grievance is DENIED . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): L. S. FINKELSTEIN, RN, MS, HWC.    Date: 3/28/02

LINDA S. FINKELSTEIN, RN
REGIONAL NURSE SPECIALIST

Distribution:    White  -Returned to Inmate          Pink  -Retained by official responding, or if the response is to an
                 Canary -Returned to Inmate                   informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

*INFORMAL NOTICE*

**INMATE ~~REQUEST~~**

### STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: ___ 2
Institution: ___ E C I

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Dental | DR GUZMAN M.D. C.h.O. |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | H-2 215 | Houseman | 1/16/02 |

**REQUEST**  *INFORMAL GRIEVANCE*

DR. Guzman Sir, you told me on a medical call out visit in your office that I was to see an oral facial surgeon for my jaw that doesnot open fully or operate normal and constant pain. I have been trying to see this kind of dentist since year 2000 till 2002.

would you please advise me that it has been cleared by staff of Wexford so I may try and recieve needed medical care and to relieve my constant pain.
Jan 16, 2002  William M. Hicks #664670

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

---

### DO NOT WRITE BELOW THIS LINE

**RESPONSE**  Refer to Fonte    **DATE RECEIVED:**

Refer to Dr. Fonte for follow-up answer
3/27/02

No basis for stated problem found in multiple examinations, prior actual X-rays or even C.T. Scan. Therefore, no basis for referral to an Oral Surgeon for repair of anything.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is  DENIED  . (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | L.S. FINKELSTEIN, RN, MS, YINC | Date | 3/28/02 | LINDA S. FINKELSTEIN, RN REGIONAL NURSE SPECIALIST |
|---|---|---|---|---|

Distribution:   White  -Returned to Inmate
                Canary -Returned to Inmate

Pink  -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

*Informal Grieve - 2*

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

*(Instructions on Back)*

Mail Number: _____
Team Number: 2
Institution: ECI

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☑ Dental | ☐ Other DR. Francisco Fonte, DDS |
|---|---|---|---|---|

| FROM: | Inmate Name William M. Hicks | DC Number 664670 | Quarters H-2 215 | Job Assignment Houseman | Date Feb 22/02 |
|---|---|---|---|---|---|

**REQUEST**    TO DR. Francisco Fonte, DDS, ECI

MR. DR. Fonte sir, I referre to Attached copy of request that was signed and dated by you.

Are you sure that when you say I am not in need to see a specialist for my jaw problem.

As you did a hand facial exam and found my jaw bone protruding and that I can not open my mouth fully. Does this mean your for certain that I don't need to see a specialist. Thank you William M. Hicks 664670

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    **DATE RECEIVED:** _____

Same issue addressed in # 02-01-266
Request returned.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): _____    Date: 2/28/02

Distribution:    White    -Returned to Inmate        Pink    -Retained by official responding, or if the response is to an
                 Canary   -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: 2
Institution: E C I

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

DR. GUZMAN, M.D. Ch. O.

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664620 | H-2²¹⁵ | Huseman | 1/9/02 |

**REQUEST**

Sir,
    I ask to know if I was approved to
see a oral surgeon that you ordered,
Also need to know if I am on the list
to see the eye doctor this month.
I have been waiting over 12 months for
Both of these.

            Thank you.

            William M. Hicks #664620

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

――――――――― DO NOT WRITE BELOW THIS LINE ―――――――――

**RESPONSE**                              DATE RECEIVED: _____

You were seen by Dr. York, Dentist
on 2/8/02 for your issues.

Sign up for sickcall by methods
previously explained to you,
if you need.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____ . (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | _____ | Date: | 2/22/02 |
|---|---|---|---|

Distribution:   White   -Returned to Inmate       Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIC

# INMATE REQUEST

(Instructions on Back)

Mail Number: _____
Team Number: 2
Institution: ECI

**TO:** (Check One)
- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [x] Medical
- [ ] Dental
- [ ] Other

DR. Gonzelas M.D. C.h.O.

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Hicks | 664670 | H-2 215 | hus-man | 10/31/01 |

## REQUEST

Doctor, I ask that you please place me on the call out so I may discuss the x-rays that were just taken.

I'd like to review them with you as well discuss possible medical care.

Thank you

William M Hicks 664670

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

You will be place in few out nxt

Appr - Kelg Jnted

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): DR. JUAN GONZALEZ CHO   Date: 2/7/0

Distribution: White - Returned to Inmate   Pink - Retained by official responding, or if the response is to an
Canary - Returned to Inmate   informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

grievance

**INMATE ~~REQUEST~~**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIC**

**(Instructions on Back)**

Mail Number: _____
Team Number: ___ *2*
Institution: ___ *E C I*

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☑ Medical  ☐ Dental | ☐ Other |
|---|---|---|---|---|

*Chief health officer*

| FROM: | Inmate Name *William M. Hicks* | DC Number *664670* | Quarters *H-2 215* | Job Assignment *Houseman* | Date *12/4/01* |
|---|---|---|---|---|---|

**REQUEST**    *To Wexford medical % C.H.O. Guzman, M.D.*

*I seen a M.D. doctor and he ordered pain medications and Eye doctor as well referral to see oral surgeon for my severe jaw problem.*

*I have waited over two weeks for pain medication and still don't recieve. Also I spoke with Miss E. Davis of mental Health and she reviewed my file and found no such orders. Also checked computer and no appointments made. This is twice now that two different medical doctors say they ordered something and nothing is done over 6 month period. Please respond. William M. Hicks*

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                      **DATE RECEIVED:** _____

*Will sign up in sick call*

The following pertains to informal grievances only:

Based on the above information, your grievance is _____ (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.|

| Official (Signature) _____ | Date: *12/15/01* |
|---|---|

Distribution:    White   -Returned to Inmate        Pink   -Retained by official responding, or if the response is to an
                 Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

**(Instructions on Back)**

Mail Number: _____
Team Number: __2__
Institution: __E C I__

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

Dr. Gonelez, ch.o M.D.

| FROM: | Inmate Name William M Hicks | DC Number 664670 | Quarters H-2 215u | Job Assignment Houseman | Date oct 5/2001 |
|---|---|---|---|---|---|

**REQUEST**   To chief health officer, Dr. Gonelez, M.D.

Dear Doctor,

    I need to see you A.S.A.P, please regarding my medical treatment as well orders.

    Please call me out to see you.

           Thank you
           William M Hicks #664670

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

## DO NOT WRITE BELOW THIS LINE

**RESPONSE**                          DATE RECEIVED: _____

Your inmate request has been recieved and reviewed. If you continue to have any health problems you should access health care by the methods previously explained to you. You will then be evaluated for your concerns.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): Janovalis HBH | Date: 10/22/01 |
|---|---|

Distribution:    White    -Returned to Inmate          Pink    -Retained by official responding, or if the response is to an
               Canary  -Returned to Inmate                                        informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTI

(Instructions on Back)

Mail Number: _____
Team Number: _____ 2
Institution: _____ C L I

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Dental | medical Records |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | H-2 215" | iteusemiass | 8/19/01 |

**REQUEST**

I ask for copies of M.R.I. reports taken at north Florida Reception center, IN year 2000, please take copy funds out of my account.

I William M Hicks hereby authorize medical to copy M.R.I. reports taken at N.F.R.C in year 2000 will charge my inmate bank account for copy cost.

Dated August 19,2001    William M Hicks 664670

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

---

**RESPONSE**                                DATE RECEIVED: _____

We do not provide inmates with copies of their medical records

The following pertains to informal grievances only:

Based on the above information, your grievance is _____ (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | W Dunn | Date: | 9/4/01 |
|---|---|---|---|

Distribution:   White   -Returned to Inmate          Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                   informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

# INMATE REQUEST

Mail Number _____
Team Number ___7___
E.C.I.

| TO: | ☑ Superintendent | ☐ Classification | ☐ Medical | ☐ Other |
|---|---|---|---|---|
| (Check One) | ☐ Asst. Superintendent | ☑ Security | ☐ Dental | SUPERINTENDENT OF E.C.I. |

| | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| FROM: | William M. Hicks | 664070 | A-215 | Houseman | 5/2/01 |

## REQUEST

I request to know why I have not recieve my medical appointment as I was on callout once and it was cancelled and never rescheduled.

On 3/26/01 I wrote grievance to medical about seeing medical issue and they decided it was not a grievance and denied it; on 3/28/01 I wrote request to medical as you say but it expected I ask, beg, + so hell until when I land on callout, then I waited to see how long you last grievance I wrote "matthage will take" in response and now, I need you sir to see why I endure you pain and body denys medical care. I've done what I could and now I need you sir to step in this matter.

Thank you        William M. Hicks

All requests will be handled in one of the following ways:    1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

—— DO NOT WRITE BELOW THIS LINE ——

## RESPONSE

Medical - 5-9-01 (illegible)

DATE RECEIVED: _____

Appt. scheduled. Took 4 of 8 (illegible) in C.M.C.

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____ (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| Official (Signature) _____ | Stacey Lykes Grievance Coord. Everglades C.I. | Date 5-14-01 |
|---|---|---|

Distribution:    WHITE..........Returned to Inmate
CANARY.......Returned to Inmate

DC3-005 (9-98)

PINK.......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

# INMATE REQUEST

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _____
Team Number _2_____
ECI

TO:
(Check One)

☐ Superintendent  ☐ Classification  ☑ Medical  ☐ Other
☐ Asst. Superintendent  ☐ Security  ☐ Dental  _medical supervision_

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Ticks | 664670 | 215 4-2 | Houseman | 2/28/01 |

## REQUEST

I have lost over 40 pounds of weight
and continue to lose weight problems
is I'm not on a diet to lose weight my
_____ _____ to the nearest _____ looked
on _____ __ should a physical in July 2002
_____ to have a physical now please
as I'm _____ about my health.

William m Nr Ge 664670

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

_____ DO NOT WRITE BELOW THIS LINE _____

## RESPONSE                                   DATE RECEIVED: _____

_____ scheduled _____ the _____ _____

[The following pertains to informal grievances only:

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| | Official (Signature) | Date |
|---|---|---|
| | _____ RN | 3-2-01 |

Distribution:    WHITE..........Returned to Inmate
CANARY.......Returned to Inmate
DC3-005 (9-98)

PINK.......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

Reasoning

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTI

(Instructions on Back)

Mail Number: _____
Team Number: _2___
Institution: _FCI_

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Dental | ☑ Other |
| --- | --- | --- | --- | --- |

*Medical Records Room*

| FROM: | Inmate Name<br>William M. Hicks | DC Number<br>064670 | Quarters<br>H-2-215 u | Job Assignment<br>Houseman | Date<br>10/3/02 |
| --- | --- | --- | --- | --- | --- |

**REQUEST** " *TO WEXFORD MEDICAL RECORDS* "

I had x rays taken of my neck a while ago this year of 2002. Would you please advise me of what the x ray results say.

Also would you send me a copy of x ray report and take copy charge out of my account.

Thank you

William M. Hicks #064670

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

─────── **DO NOT WRITE BELOW THIS LINE** ───────

**RESPONSE**                                    DATE RECEIVED: _____

You were seen by MD 9/16/02 and Xrays were idenical, there has been noted for results to be given

We are not allowed to give I/M copies of lab records.

[The following pertains to informal grievances only: _____
Based on the above information, your grievance is _Returned_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature) MARIA GONZALEZ<br>ADMIN CLERK | Date: 10/4/02 |
| --- | --- |

Distribution:  White  -Returned to Inmate      Pink  -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE** ~~REQUEST~~

*(Instructions on Back)*

Mail Number: _____
Team Number: _2_
Institution: _FCI_

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Dental | ☐ Other |
|---|---|---|---|---|

MEDICAL H.S.A. supervisor

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | H-2 215 | Houseman | 7/16/02 |

**REQUEST**

I sent a request on 6-26-02 to see when I would have a consultation with dental due to referal from DR. Campbell, M.D., C.H.O. I recieved a response from dental instead of medical. DR. Fonte, DDS responded saying I don't need to see him and if I have pain in my jow go to sick call.

I gone to sick call on 6-12-02 complaining of pain in my jow and headaches so I did see sick call and was charged. By Fonte dismissing a referal by C.H.O. of complaints of pain constitutes denial of medical as I followed Westords recommended procedure. I ask to see DR. Fonte per C.H.O. referal.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

*William M. Hicks*
*664670*

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** _____  **DATE RECEIVED:** _____

| | | | |
|---|---|---|---|
| Made _____ request _____ recieved x _____ | | | |
| _____ recieved _____ | | | |
| ___ LCC procedure _____ _____ | | | |

[The following pertains to informal grievances only: ____ ]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): MARIA GONZALEZ<br>ADMIN CLERK | Date: 7/17/02 |
|---|---|

Distribution:  White   -Returned to Inmate      Pink   -Retained by official responding, or if the response is to an
              Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

(Instructions on Back)

Mail Number: _____
Team Number: _2_
Institution: _E.C.I_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ④ Medical ☐ Dental | ☐ Other  HSA Medical Supervisor |

| FROM: | Inmate Name William M. Hicks | DC Number 664670 | Quarters 215 H-2 | Job Assignment Houseman | Date 7/16/02 |

**REQUEST**

I sent request on 7-7-02 requesting to know why I have not recieved pain medication ordered by DR. cambell, M.D., C.H.O, on June 26-02. I recieved a response back to request from maria Gonzalez Admin, clerk. The fact is cambell referred me to dental for Jaw pain and ordered pain meds, for cronic headaches.

Please advise me how a order for pain meds were not fulfilled when I was told by cambell to speak to his nurse right after consultation with campbell and stuin pain meds ordered.
                                    william m.K. 664670

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          **DATE RECEIVED:** _____

Inmate request received & review. Due base follow up visit with Dr Campbell 7/26/02 and adhere to him need continue to get proper medications

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): MARIA GONZALEZ ADMIN CLERK | Date: 7/17/02 |

Distribution: White - Returned to Inmate
Canary - Returned to Inmate
Pink - Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIO.

# INMATE REQUEST

**(Instructions on Back)**

Mail Number: _____
Team Number: _ECI_
Institution: ___2___

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental MEDICAL HSA | ☐ Other | Dental |
|---|---|---|---|---|---|

| FROM: | Inmate Name William M. Hicks | DC Number 664670 | Quarters H2 2U5 | Job Assignment Houseman | Date 7/7/02 |
|---|---|---|---|---|---|

## REQUEST

DR. cambell, M.D, c.h.o on June 26, 2002,
referred me to seen dental for my jaw
issues, could you advise me when I'm
to see dental. This referal was done
due to c.h.o. opinion and mandates that
I been seen in a timely manner.

Please advise me when.

                                    william m. Hicks #664670

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

RESPONSE                                                    DATE RECEIVED:

Dental request received + denial

freeman request from 6/26/02 ,
reviewed 7/9/03 by Dr White

[The following pertains to informal grievances only.]

Based on the above information, your grievance is _Denied_ _____ (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature):  MARIA GONZALEZ ADMIN CLERK | Date: 7/9/02 |
|---|---|

Distribution:    White    -Returned to Inmate        Pink    -Retained by official responding, or if the response is to an
                 Canary  -Returned to Inmate                     informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

**(Instructions on Back)**

Mail Number: _____
Team Number: _2_
Institution: _E C I_

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Dental | ☐ Other |
|---|---|---|---|---|

Medical HSA

| FROM: | Inmate Name<br>William m. Hicks | DC Number<br>664670 | Quarters<br>H-2 215 | Job Assignment<br>Houseman | Date<br>7/7/02 |
|---|---|---|---|---|---|

**REQUEST**

DR. Cambell, m.D. c.h.o. of wexford medical
seen me and ordered pain medications on
June 26, 2002 and I have not received it.

The nurse at medication window advised
she pulled my chart twice and found NO
such order!

could you please explain to me.

William m. Hicks #664670

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

---

**RESPONSE**                              **DATE RECEIVED:**

_inmate request received reviewed_
_differant in chart no medication_
_ordered for you, please wait_
_Scheduled Follow up 7/26/02_

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____ .  (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 7/9/02 |
|---|---|

MARIA GONZALEZ
ADMIN CLERK

Distribution:    White    -Returned to Inmate            Pink    -Retained by official responding, or if the response is to an
            Canary    -Returned to Inmate                        informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

(Instructions on Back)

Mail Number: _____
Team Number: 2
Institution: E C I

| TO: (Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Dental | ☐ Other |
|---|---|---|---|---|

DR. CAMBELL MD C.HO.

| FROM: | Inmate Name<br>William M. Hicks | DC Number<br>664670 | Quarters<br>H-2²¹⁵ μ | Job Assignment<br>Housemen | Date<br>6/26/02 |
|---|---|---|---|---|---|

**REQUEST** To DR. CAMBELL, M.D. C.H.O. over wexterd medical Doctor, you saw me on June 26, 2002, and I ask you to please advise me of your medical diagnosis relating to my Right jaw being cut of aliened and as to the opening and closure of jaw, Also your opinion on my neck as to why I'm haveing severe pain, Did you order pain medication as requested by me Hicks for severe 24 hour aday pain,

Thank you

William M. Hicks #664670

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    **DATE RECEIVED:** _____

Inmate request received & reviewed. You have a follow with the doctor in 30 days, after evaluation with dentist related jaw problem.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature)<br>MARIA GONZALEZ<br>ADMIN CLERK | Date: 6/28/02 |
|---|---|

Distribution:  White  -Returned to Inmate        Pink  -Retained by official responding, or if the response is to an
Canary  -Returned to Inmate        informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

(Instructions on Back)

Mail Number: _____
Team Number: __2__
Institution: __ECI__

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ⊙ Medical  ☐ Dental | ☐ Other |
|---|---|---|---|---|

HSA Supervisor

| FROM: | Inmate Name William M. Hicks | DC Number 664670 | Quarters H-2 215 | Job Assignment Huseman | Date 6/1/02 |
|---|---|---|---|---|---|

**REQUEST** HSA Supervisor of wexten Medical: ECI

I ask to know it a appointment has been
set up for me to visit an oral facial maxial
surgon in miami. I had Dr. Fante, DDS and
DR. Gonzales, m.D. chief health officer write
orders refering me to see such dentist for
my serious jaw problem that Both doctor's
made fact findings to support an order.

Thank you.

William M. Hicks #664670

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    **DATE RECEIVED:**

NO

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): W. Yux | Date: 6-4-02 |
|---|---|

Distribution: White -Returned to Inmate    Pink -Retained by official responding, or if the response is to an
Canary -Returned to Inmate             informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

**(Instructions on Back)**

Mail Number:
Team Number: _2_
Institution: _E C I_

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☐ Other _MR. Diming0_ |
|---|---|---|---|---|

| FROM: | Inmate Name _William M. Hicks_ | DC Number _604670_ | Quarters _H-2-215_ | Job Assignment _Houseman_ | Date _5/28/02_ |
|---|---|---|---|---|---|

**REQUEST**    _WARDEN DIMING0_

_Sir, I spoke to in visitation park regarding my medical concerns, you said in responses to my request that you would inquire and respond to me, in response thereto,_

_would you please respond to my medical concerns with a written statement of facts._

_Thank you_

_William M. Hick #604670_

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

_5-57-02_

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    **DATE RECEIVED:**

_Medical - 5-30-02_
_After Received & Reviewn of your request_
_PLEASE - Report & Sign up for_
_Sick call to be evaluate by the_
_Doctor, so you can discuss_
_your medical concerns._

[The following pertains to informal grievances only: _____]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): _____ | Date: _6/5/02_ |
|---|---|

Distribution:    White    -Returned to Inmate
                 Canary  -Returned to Inmate

Pink   -Retained by official responding, or if the response is to an
        informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

**MATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _2_____
Institution: _ZCI_____

| TO: (Check One) | ☑ Warden | ☐ Classification | ☐ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Dental | MR. Dimingo |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | H-2-215 | Houseman | 5/28/02 |

**REQUEST**    WARDEN DIMINGO

Sir, I spoke to you at visitation park as I was called out per my request to speak to you. I advised you of my serious medical condition and problems of truth over doctors orders. I also advised you that I have a law suit against Brevard sheriffs office and medical contractor and I am not trying to go against D.O.C. crews your camp I come advising inmates to seek information to D.O.C. to jail dare to my persecution in criminal way. I ask that you respond and investigation take giving a response.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

William M. Hicks 664

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**    DATE RECEIVED: _____

Medical - 5-30-02

Please report to sick call

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: 6/4/02 |
|---|---|---|

Distribution:    White    -Returned to Inmate
                 Canary   -Returned to Inmate

Pink    -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA

# INMATE GRIEV~~...~~   DEPARTMENT OF CORRECTION

**(Instructions on Back)**

Mail Number: _____
Team Number: __2__
Institution: __E C I__

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ⊙ Medical<br>☐ Dental | ☐ Other |
|---|---|---|---|---|

DR. GONZALES, M.D. C.h.O.

| FROM: | Inmate Name<br>William M. Hicks | DC Number<br>664670 | Quarters<br>H-2-2.15 | Job Assignment<br>Houseman | Date<br>4/21/02 |
|---|---|---|---|---|---|

**REQUEST** NOTE: This is a grievance to be responded by Gonzales only as he's the chief Health officer of wexford for E.C.I. If any other staff responds and/or signs this, they are speaking for the cheif Health officer and binds him/her to this grievance. Gonzales sir, I request that you personally review my medical file and advise me wh~ a written order was filed by dentist's and you to see an oral surgeon which wexford has no such doctor on staff. And now I'm being told I don't need to see a oral surgeon. This is not the case, this creates a serious conflict of opinions. I was assaulted and battered so bad I recieved fractures to right and left side of face as well temple and head trauma. I need to see an oral surgeon as well have proper MRI's and scans done since I'm told by your staff now I never had fractures but I have radiologists reports.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.   William M. Hicks 664670

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    **DATE RECEIVED:** _____

FACIAL BON ~~X-RAY REPORT~~ on 10/25/01 are NORMAL. There were NO FRACTURES at that time. You may have had a Fracture in the past but it did not show up. There is no consult written in your chart for an oral surgeon. If you made an order wexford would send you to one they don't have to be on staff. ~~...~~ into incorrectly for grievance.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | ~~...~~ RN/~~...~~ HSA | Date: 4-24-02 |
|---|---|---|

Distribution:   White   -Returned to Inmate         Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                  informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA

**INMATE REQUEST**    ~~INMATE REQUEST~~    *INFORMAL GRIEVANCE*

Department of Corrections
(Instructions on Back)

Mail Number _____
Team Number __20__

| f. TO: (Check One) | ☐ Superintendent ☐ Asst. Superintendent | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other  *MEDICAL* |

| FROM: | Inmate Name  *William M Hicks* | D.C. Number  *664670* | Quarters  *C-2 "174"* | Job Assignment | Date  *5/13/00* |

REQUEST    *INFORMAL GRIEVANCE*

*On 5/7/00 a request was written to deny surgeries or medical care at this time, on 5/5/00 was taken to out side M.R.I. scan and that's the only reason for medical hold.*

*I request medical hold to be removed and I William M Hicks decline any treatment at this time.*

*This trip is costing me my appeal and legal work do to all legal files went government camp*

*William M Hicks*

All requests will be handled in one of the following ways:    1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

—————————— DO NOT WRITE BELOW THIS LINE ——————————

RESPONSE                                    DATE RECEIVED

**RECEIVED**
MAY 17 2000
NORTH FLORIDA RECEPTION CENTER
HEALTH QUALITY MANAGEMENT

Your medical hold release was initiated after chart review was done on 05/23/00. Your informal grievance is denied.

You may obtain further Administrative remedy of your complaint by obtaining Form DC1-333, Request for Administrative Appeal, completing this form as required by 33-29.006, attaching a copy of this informal grievance and response and forwarding your complaint to the Superintendent or Assistant Superintendent.

[The following pertains to informal grievances only:

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| Official (Signature)  *RN Coordinator* KATHRYN REED SPN NFRC | Date  *5/24/00* |

Distribution:    WHITE..........Returned to Inmate
                 CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

DC3-005 (9-98)

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _Medical_
Team Number _20_

| TO: (Check One) | ☐ Superintendent   ☐ Asst. Superintendent | ☐ Classification   ☐ Security | ☑ Medical   ☑ Dental   _Oral Surgeon_ | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Hicks | 664670 | C-2 117u | | 5/7/00 |

**REQUEST**

I Request to have medical Hold removed. I decline any surgeries as of now or other care. I'm taken from N.F.R.C. to out side Doctor for M.R.I. on 5-5-00 for xrays.

I was removed from camp in middle of appeal and all legal work is still there. My appeal will be due in a couple months but in process of completing to meet deadlines.

I ask for medical hold to be removed to go back to my permanent camp and decline any further treatment at this time. Plese state on request medical hold removed so I may send copy to classification officer.

William M Hicks

All requests will be handled in one of the following ways: 1) Written information or 2) Personal interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                                    DATE RECEIVED:

RECEIVED MAY 09 2000

You have the option to sign up for dental eval.

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____ (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| | Official (Signature): | Date |
|---|---|---|
| | | 5/15/00 |

Distribution:   WHITE..........Returned to Inmate
                CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the
response is to an informal grievances then forward to be
placed in inmate's file.

DC3-005 (9-98)

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number ____
Team Number  20

| TO: (Check One) | ☐ Superintendent | ☐ Classification | ☑ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Superintendent | ☐ Security | ☐ Dental | Medical |

| FROM: | Inmate Name William M Hicks | D.C. Number 66462 | Quarters C-2 117k | Job Assignment | Date 7/8/00 |
|---|---|---|---|---|---|

**REQUEST**

I had M.R.I. Xrays Done on 5/5/00 and I decline
any further treatment or surgeries at this time.
I have pending Appeals which will be over which
for now consume my time which at present time
I like medical hold removed So I may be transfered
back to my camp.

I Ask for medical hold to be removed as I
decline any further treatment at this time.

Thank you William m Hicks

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

------ DO NOT WRITE BELOW THIS LINE ------

**RESPONSE**                    DATE RECEIVED:

You have the option to decline medical care

RECEIVED
MAY 0 9 2000
NORTH FLORIDA RECEPTION CENTER
QUALITY MANAGEMENT

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,

F.A.C.]

| | Official (Signature)  KATHRYN M. ___ SLPN NFRC | Date 5/10/00 |
|---|---|---|

Distribution:    WHITE..........Returned to Inmate
                 CANARY.......Returned to Inmate

DC3-005 (9-98)

PINK.......Retained by Official Responding or, if the
response is to an informal grievances then forward to be
placed in inmate's file.

STATE OF FLORIDA
Department of Corrections

(Instructions on Back)

# INMATE REQUEST

Mail Number _____
Team Number _____

| TO: (Check One) | ☐ Superintendent   ☐ Classification   ☐ Medical   ☐ Other |
|---|---|
| | ☐ Asst. Superintendent   ☐ Security   ☐ Dental |

| FROM: | Inmate Name  HICKS, WILLIAM | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|

## REQUEST

This is in response to your 3/4/2000 letter to Sylvia William and the 3/16/2000 letter from Emile Baudoin to you.

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

_____DO NOT WRITE BELOW THIS LINE_____

## RESPONSE

(1) Tomoka is a State facility and we have no responsibility for or connection to the county jail. DR's are not given for seeking Medical attention. If someone wrote you up it was for your behavior, not for seeking medical care. You have been seen by Dental and Medical on many occasions. You have had x-rays of your head & face and medication as seen fit by the Doctors. No fractures were found on any of the x-rays. You have been seen by specialists and diagnosed with MPD (Myofascial Pain Disorder). If our doctors felt a need for your jail records they would ask for them. If you want a copy of the jail records in your medical file it is your responsibility to get them. After seeing your chart, your care has been more than appropriate from all aspects; Medical, Dental, M.H.

Official (Signature)  Gulecki

Date  3-29-00

Distribution:  WHITE.........Returned to Inmate
CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the response is to an informal grievance then forward to be placed in inmate's file.

DC3-005 (8-89)

INMATE REQUEST

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _99_
Team Number _3_

TO:  ☐ Superintendent    ☐ Classification    ☐ Medical    ☐ Other
(Check One)  ☑ Asst. Superintendent    ☐ Security    ☐ Dental    MR BRYANT ASST

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664620 | O2 | House man | 3/1/2000 |

REQUEST    # Second Request TO MR BRYANT

Sir,
        I wrote a request some time ago asking
that you look into why medical is not
trying to get my medical files from
Broward County Jail. medical contractor
is "EMSA" Emergency medical service
Association. now its Been couple months
since I signed all medical release form
to retrieve my medical records so I may
recive proph medical care. I still wait
for response from first request to you,
MR Ray says cant get address seems odD.

cc/file    All requests will be handled in one of the following ways:    1) Written information or    2) Personal inter-
view. All informal grievances will be responded to in writing.    William m H

RECEIVED
MAR 03 2000

— DO NOT WRITE BELOW THIS LINE —

RESPONSE                                    DATE RECEIVED:

        I have no first request on file or the
medical release form.
        You can obtain your own records
from the county jail if you want to
do so. Write to them directly and they
will instruct you on the correct procedure
for doing so.

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____ (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,

F.A.C.]

| | Official (Signature) | Date |
|---|---|---|
| | L H Olley | 3/22/00 |

Distribution:    WHITE..........Returned to Inmate
                 CANARY.......Returned to Inmate

DC3-005 (9-98)

PINK.......Retained by Official responding or, if the
response is to an informal grievance and it is to be
placed in inmate's file.

L. HOLLEY, RHIT
HEALTH INFORMATION SPEC.
TOMOKA C.I.

# INMATE REQUEST

**STATE OF FLORIDA**
Department of Corrections
(Instructions on Back)

Mail Number _79_
Team Number _3_

TO: (Check One)
☐ Superintendent  ☐ Classification  ☑ Medical  ☐ Other
☐ Asst. Superintendent  ☐ Security  ☐ Dental   _DR. Calderon, M.D._

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William W Hicks | 664670 | D-2-175 | Houseman | 3/1/2000 |

## REQUEST

_DR. Calderon, M.D._

Sir, I request to have private meeting with
you concerning my medical issues that I
need to try also explain them to you
so we may be able to give me medical

I need DR. Calderon, M.D. to answer this
request by him self.

thank you

William Hicks

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

RECEIVED
MAR 15 2000

---

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: _____

If you have a complaint you
will to use your uninpeded access
to Sick Call.
I reviewed your medical chart and
your last Sick Call, on, 12-2-99
your treatment has been good or
above community standard.

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____ (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| Official (Signature) CALDERON, CHO   DR.  TOMOKA C.I. | Date 3-7-00 |
|---|---|

Distribution:   WHITE..........Returned to Inmate
CANARY.......Returned to Inmate

PINK......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

DC3-005 (9-98)

FL[illegible] DEPARTMENT OF CORRE[illegible]S

# Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 8-12-02 1010 | 1) Complete C. Spine xray completed. S Griffen S. GRIFFEN Med Records |
| 9/11/02 1530 | Seen in M.H. T. Mallett, MA 4 spec |
| 9/16/02 1430 | MD → F/U X-ray results |
| T - 98.7 | [illegible] F/U today for lab results (xrays) regarding the pain |
| P - 96 | in the cervical area) |
| R - 20 | |
| BP - 114/80 | O: V/S see above |
| Wt - 202 | Alert hydrated in NAD |
| | HEENT = [illegible] symmetrical |
| | neck supple [illegible] |
| | Heart RRR S1 S2 M |
| | Lungs clear to auscultation |
| | [illegible] soft |
| | [illegible] |
| noted 9/11/02 1650 [illegible] R. Blais ECI. | Xrays: DDD C5-C6 |
| | A = DDD |
| | P: Naprosyn 500 mg PO TID PC. PRN x 7 days |
| | c diet need side effect |

ORLANDO LEIVA, P.A.
CLINICAL ASSOCIATE
EVERGLADES C.I.

ERROL E. CAMPBELL
MEDICAL DIRECTOR
ECI

Inmate Name HICKS, William

DC# 664670 Race/Sex W/M

Date of Birth 9-10-63

Institution ECI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

DC4-701 (Revised 3/00)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

FLORIDA DEPARTMENT OF CORRECTIONS
Chronological Record of Health

Case 0:00-cv-06087-WPD   Document 237   Entered on FLSD Docket 06/08/2004   Page 96 of 254

Allergies: NKA

| DATE/TIME | FJU – medical issue |
|---|---|
| 6/26/02 | 11:00 AM – 11:20 AM (outside) |
| T 98.8 | S: headaches; jaw pain, difficulty opening mouth; nasalgia jaw" (170# to jaw left side 2° to alleged assault) 1996 |
| P 88 | (Broward County Jail). Neck pain (+) since 1996. |
| R 20 | Eats but difficulty chewing baked chicken or pork meat. wasted (tried, |
| B/P 110/60 | not often); Says his speech is slowed as his tongue not able |
| W 204 | to move as he cannot open mouth. Symptom getting worse |
|  |  |
|  | O:   BP 110/60   P 88   R 20   T 98.8°F |
|  |       wt 204 |
|  | HEENT: Open mouth adequately, moves to mandible |
|  | from side to side; molar left lower impacted ⊂ |
|  | gum; Neck: normal ROM (flexion, extension, rotation) |
|  | no tenderness. No slurring of speech. |
|  | Lab: x-ray 2000 negative mar of pt TMJ: normal |
|  | grinning and chewing. |
|  | 10/25/01 x-ray of facial bone: normal |
|  | 4/13/00: normal mandible series |
|  |  |
|  | A: (1) jaw pain          (3) impacted molar |
| Noted 6/26/02 | (2) No clinical features of misaligned jaw |
| 1655 | P: (1) Dentist to review   (2) Motrin 400mg PO TID |
| R Blaus?, LPN |        Prn. x 5 days |
| R Blaus FCI | (3) follow up 30 day |
|  |     after Dental review |
|  |  |
|  | ERROL E. CAMPBELL |
|  | MEDICAL DIRECTOR |
|  | FCI |

Inmate Name: Hicks William
DC#: 664670   Race/Sex: W/M
Date of Birth: 9/10/63
Institution: FCI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | NKDA    F/U note |
|---|---|
| DATE/TIME | 38 y/o w/m w/a w/a alert coherent & cooperative in |
| 11/16/01 | NAD |
| 09:20 | S- assaulted in Co. Jail 1996/Feb. 2nd by another inmate |

Blow received from this inmate according to pt's hx
& severe beat up & lacerations to RT infraorbital area,
fractured zygomatic arch (R) x2.

Patient states he is loosing vision in Right eye
as a consequence of above described incident.

O: w/m w/a cephalic / w/o w/a alert & coherent in NAD

O: Heeds - fundi Benign - macula intact

no vascular alterations

prominent Rt zygomatic arch -

scar under (RT) eye old & well healed

neck supple - o masses palpable -

lungs clear to P & A

OP S/S₂ o 3or4

abdomen Benign / BSnl o organomegalies
o hernias o scars

Ext. Canter alsfin / pul pulses are present & palpable

neurology - grossly intact

(A) S/P zygomatic fx 1996 ē multiple past
Trauma

X-ray negative

Plan   Refer to Op Ralmology          for evaluation
                                        & recommendation

       refer to Maxi-Oo facial surgeon

                        [signature]

                                    RAUL De CESPEDES, M.D.

11/19/01 @ to JD, seen in MCH.  [signature]    D. OMOBASUYI,
                                                M.S.N., A.R.N.P.
                                                EVERGLADES C.I.

| Inmate Name | Hicks, William M. |
|---|---|
| DC# | 664 670    Race/Sex  W/m |
| Date of Birth | 09-10-63 |
| Institution | E C I |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

DC4-701 (Revised 3/00)

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | 7-10-01 |
|---|---|
| T-98° | S— Assault in 1986 - Says had $Fx$ g facial bone |
| P-99 | sinus, orbit, mandible, etc. Says in chronic pain + |
| R-18 | has trouble opening mouth —Says has HA q |
| BP-114/83 | day q — chewing food diff If □ Dizzy spells |
| Wt 205 lbs | Has been seen by Oral maxillo facial surgeon |
| | + told nothing could be done Has suggest |
| | has been seen by dentist + other specialist |

O— □ Edema at prst
   If to get report abou't $Fx$
   to back and bring to me than $P^n$

$A \Rightarrow Fx$ traumatic HA
P— Is

LUISA PEREZ - LPN
EVERGLADES C.I.

DR. CAREY GOODMAN - CHD
EVERGLADES C.I.

| 7-12-01 | FU - At side of face |
|---|---|
| T-98⁸ | Wants to see eye MD for exam recent 5 yrs |
| P-89 | ago — Claims to see black mark in ® eye |
| R-18 | Claims blurry in ® eye. — Says head hurts |
| BP-121/77 | all the time (+) maxve Has X-ray that |
| Wt-205 lbs | Suggest old $Fx$ ® zygoma arch + ® lat of |
| | maxilla |

Inmate Name Hicks, William
DC# 66 46 70    Race/Sex W/M
Date of Birth 9-10-62
Institution E.C.I.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**PRESCRIPTION AND OTC MEDICATION ORDER**

# NOTE
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION                                    DORM

NAME:                          DC#:                    DATE:

PROBLEM / ILLNESS:                        ALLERGIES:

                                                    SIGNATURE / STAMP

DC4-712 (Rev. 10/91)        WHITE: PHARMACY COPY        CANARY: PATIENT RECORD

---

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**PRESCRIPTION AND OTC MEDICATION ORDER**

# NOTE
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION                                    DORM

NAME:                          DC#:                    DATE:

PROBLEM / ILLNESS:                        ALLERGIES:

                                                    SIGNATURE / STAMP

DC4-712 (Rev. 10/91)        WHITE: PHARMACY COPY        CANARY: PATIENT RECORD

---

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**PRESCRIPTION AND OTC MEDICATION ORDER**

# NOTE
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION                                    DORM

NAME: _Hicks, William_        DC#: _660673_        DATE: _3-19-01_

PROBLEM / ILLNESS: _TMJ pn._        ALLERGIES: _none_

_Ibuprofen 600mg 1 tab tid x 7days    DOT_

FRANCISCO FONTE, DDS
EVERGLADES C.I.
SIGNATURE / STAMP

DC4-712 (Rev. 10/91)        WHITE: PHARMACY COPY        CANARY: PATIENT RECORD

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## DIETARY PRESCRIPTION DISPLAY SHEET

**ATTACH LAST REPORT WITH TOP AT THIS LINE**

FLORIDA DEPARTMENT OF CORRECTION
DIET PRESCRIPTION/ORDER

DATE 2/24/00

PHYSICIANS ARE TO PLACE A CHECK MARK AND SIGN INITIALS BESIDE THE APPROPRIATE DIET:

DIETS:

| | |
|---|---|
| Clear Liquid Diet _____ | *1500 Calorie Regulated Diet _____ |
| Cold Liquid Diet _____ | *1800 Calorie Regulated Diet _____ |
| Full Liquid Diet _____ | *2200 Calorie Regulated Diet _____ |
| Puree Diet _____ | *2400 Calorie Regulated Diet _____ |
| Mechanical Dental Diet X RSF | *2800 Calorie Regulated Diet _____ |
| Low Residue/Lactose Restricted Diet _____ | 3600 Calorie Regulated Diet (w/six small feedings) _____ |
| Fat Intolerance Diet _____ | 4000 Calorie Regulated Diet (w/six small feedings) _____ |
| CSU (Suicide Precaution) Diet _____ | Prenatal Diet _____ |
| Predialysis Diet (60 gm PRO, 2.0 gm Na+, 2.0-2.5 gm K) _____ | Dialysis Diet (100 gm PRO, 2.0 gm Na+, 2.0-2.5 gm K) _____ |

**ATTACH 3RD** ... LINES

*These diets contain <250 mg of Cholesterol and <2000 mg of sodium.

PATIENT TO STAY ON PRESCRIBED DIET FROM 2/24/00 TO 3/29/00

OBSERVATIONS _____

DOCTOR R. S. FAECHER, DMD
Dental Clinic
(signature and/or stamp)

Inmate Name Hicks Williams

DC # 664670        R/S _____

Date of Birth 9/9/63

Institution TomCI

Diet Prescription/Order
DC4-728 (9/94)

DISTRIBUTION: White-Food Service  Canary-Inmate  Pink-Medical Record

Inmate Name Hicks William

DC# 664670      R/S w/m

Date of Birth 9/9/63

Institution Tom Ca

DIETARY PRESCRIPTION DISPLAY SHEET
DC4-704B (03/92)

Reference: HSB 15.02.09

MEDISTAT PHARMACY SERVICES

MEDICATION RECORD

NAME

INMATE NO.

STA | ROOM | BED

ALLERGIES: NKA

PHYSICIAN

FACILITY FCI

DATE

THROUGH

FOR 7/27/02 THROUGH 7/31/02

HOUR

Naprosyn 500mg PO
BID PRN × 10 Ds
7/27/02 - 8/06/02

8 am

6 pm

# MEDICATION ADMINISTRATION RECORD

Facility: _ECF_

CC#: _____

MONTH: _August 01_

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800mg ī po x 20 day 7/3/ - 8/21/01 | | | | | | | | | | | | | | | | | | | | | | | | | STP | | | | | | | | |

ALLERGIES: NKA

DOB/INMATE #: 666670

LOCATION:

NAME: Hicks William

CMS # 9160 REV 8/98

CORRECTIONAL MEDICAL SERVICES

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# CONSULTATION REQUEST

| TO _Optometrist_ Institution: | FROM _Medical_ Institution: _ECI_ | DATE OF REQUEST: _12/10_ O. KATHY COOK RECORDS |
|---|---|---|

| Reason(s) for consultation: | Type of consultation: | DATE APPOINTMENT MADE SUPERVISOR |
|---|---|---|
| Evaluate and recommend diagnostic plan ____ | Emergency ____ | _12/10/01_ |
| Evaluate and recommend treatment plan ✓ | Urgent ✓ | Staff Signature: _K Cook MRS_ |
| Other (specify): _____ | Routine ✓ | APPOINTMENT DATE: _1/14/02_ |

Condition is (check one):  [ ] Acute Trauma    [ ] Acute Illness    [X] Chronic

History of present illness (include onset, presentation, progress, therapy):
Case of Inm who refers that was hurt at County Jail in 1996 to
Fx of zygomatic arch x 2 ; refers ↓ vision , black spots

Physical findings:
V.A. RE 20/50
     LE 20/20

Diagnostic findings (explain laboratory, x-ray or other test findings):

Other pertinent information:

Provisional diagnosis: _Visual Disturbance , S/P (R) Zygomatic Arch x 2 in 198_

Health Care Provider Signature/Stamp          DR. JUAN GONZALEZ CHO

CHO/Designee Approval Signature/Stamp          DR JUAN GONZALEZ CHO

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require:

_____

which cannot be accomplished at _____
I also understand that should hospitalization and/or surgery be necessary, a
separate consent form will be signed prior to such hospitalization and/or surgery.
I therefore consent to be referred to the Reception & Medical Center, or such
other health care facility as may be appropriate, for the reason(s) stated
and consent to undergo health care services as may be necessary to evaluate my
health status.

Signature of Patient _William M. Hicks #66467_  Date: _1/14/02_
Signature of Witness _____  Date: _____

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE
### OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _Hicks, William_                    Reference:  HSB 15.01.04
DC # _C64670_ , _____  R/S _W/m_
Date of Birth _9/10/63_
Institution _____

CONSULTATION REQUEST
DC4 - 702 ( 5/93 )

PRIDE
Broward Division

## OPTICAL Rx SERVICE

NAME _Hicl Wilham_

NUMBER _604570_         DATE _1/11/02_

| DISTANCE | | SPHERE | CYL. | AXIS | PRISM | DEC. |
|---|---|---|---|---|---|---|
| | R | -2.5 | | | | |
| | L | M | -100 | 070 | | |

| ADD | | | SEGMENT HEIGHT | SEGMENT WIDTH | INSET | TOTAL INSET |
|---|---|---|---|---|---|---|
| | R | 1.0 | | | | |
| | L | 1.0 | 76 | 28 | | |

### FRAMES

COLOR          EYE SIZE          BRIDGE SIZE          TEMPLE SIZE

_GRAY_          _52_          _16_          _140_

SPECIAL INSTRUCTIONS: _MD_

Dr. _____

OPTICAL PRESCRIPTION (7/89)

*Tomaqcee*

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST

| | | |
|---|---|---|
| TO Dr Allis<br>MRL-05 clinic<br>Institution: | FROM  R. S. FAECHER, DMD<br>Institution Dental Clinic<br>TomCl | DATE OF REQUEST:<br>3/29/00 |
| Reason(s) for consultation:<br>Evaluate and recommend diagnostic plan<br>Evaluate and recommend treatment plan<br>Other (specify): MRI studies if clinically<br>indicated reference phone conforming with Dr Allis<br>on 3/29/00 1430 | Type of consultation:<br>Emergency<br>Urgent<br>Routine ___ X | DATE APPOINTMENT MADE:<br><br>Staff Signature:<br><br>APPOINTMENT DATE: |

**Condition is (check one):** ☐ **Acute Trauma**   ☐ **Acute Illness**   ☒ **Chronic**

**History of present illness (include onset, presentation, progress, therapy):**
36 y.o. repds H/o ① mand fx in 1996 in (cnty jail). Has had intermittent periods of facial pain to present. ① side > ① side. Has been seen at MRCfac on 10/28/98, 1/18/99, 4/8/99, 5/11/99, present complaining of facial pain unresolved c̄ conservative tx.

**Physical findings:**
Limited mouth opening 38-40mm, deep bite malocclusion

**Diagnostic findings (explain laboratory, x-ray or other test findings):**
MRI studies suggested

**Other pertinent information:** H/o MVP c̄ regurgitation)

**Provisional diagnosis:** Chronic MFP in noncompliant patient

**Health Care Provider Signature/Stamp** R. S. FAECHER, DMD
Dental Clinic
**Designee Approval Signature/Stamp** TomCl

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require:
Evaluation by Oral Surgeon of facial/jaw pain w/possible MRI studies
which cannot be accomplished at Tom Cl dental. I
understand that should hospitalization and/or surgery be necessary, a
separate consent form will be signed prior to such hospitalization and/or surgery.
I therefore consent to be referred to the Reception & Medical Center, or such
other health care facility as may be appropriate, for the reason(s) stated
and consent to undergo health care services as may be necessary to evaluate my
status.

| | |
|---|---|
| Signature of Patient X *William in Wa* | Date: 3/30/00 |
| Signature of Witness *Viv* E V M MITCHELL CDA | Date: 3/30/00 |

**ABSOLUTELY NECESSARY** THAT INMATES ARE NOT MADE AWARE
OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION

Fidco William
R/S  W/m

**RECEIVED**
**APR 1 1 2000**

Reference:  HSB 15.01.0

150-768-1104-0   ES   58590   PG 1   00   EC 9288

**LabCorp®**

05/31/02  05:08

| | | | | |
|---|---|---|---|---|
| Fasting N/A | Micro Source | Volume | Report Status S / FINAL | Clinical Information |
| Date Collected 05/30/02 | Time Collected 00:00 | Date Entered 05/30/02 | Date Reported 05/31/02 | C P U |

| | | | |
|---|---|---|---|
| Patient ID Number 664670 | Patient Phone Number | Patient SSN -- -- | Account 09158590 |

Patient Name: **HICKS, WILLIAM**   Sex M   Date of Birth

EVERGLADES CORRECTIONAL INST.  00

Patient Address  --

1601 SW 187TH AVE  00
MIAMI  , FL 33185-

Comments

305-228-2099   FLH

PHY NAME:

Tests Requested: CBC WITH DIFFERENTIAL/PLATELET; URINALYSIS, ROUTINE; RPR

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **HEMATOLOGY** | | | | | |
| White Blood Cell (WBC) Count | 5.2 | | X 10-3/uL | 4.0 - 10.5 | T |
| Red Blood Cell (RBC) Count | 5.00 | | X 10-6/uL | 4.10 - 5.60 | T |
| Hemoglobin | 15.7 | | g/dL | 12.5 - 17.0 | T |
| Hematocrit | 44.9 | | % | 36.0 - 50.0 | T |
| MCV | 90 | | fL | 80 - 98 | T |
| MCH | 31.3 | | pg | 27.0 - 34.0 | T |
| MCHC | 34.9 | | g/dL | 32.0 - 36.0 | T |
| Polys | 43 | | % | 40 - 74 | T |
| Lymphs | 49 | H | % | 14 - 46 | T |
| Monocytes | 6 | | % | 4 - 13 | T |
| Eos | 8 | | % | 0 - 7 | T |
| Basos | 0 | | % | 0 - 3 | T |
| Polys (Absolute) | 2.2 | | X 10-3/uL | 1.8 - 7.8 | T |
| Lymphs (Absolute) | 2.5 | | X 10-3/uL | 0.7 - 4.5 | T |
| Monocytes(Absolute) | 0.3 | | X 10-3/uL | 0.1 - 1.0 | T |
| Eos (Absolute Value) | 0.1 | | X 10-3/uL | 0.0 - 0.4 | T |
| Baso(Absolute) | 0.0 | | X 10-3/uL | 0.0 - 0.2 | T |
| Platelets | 169 | | X 10-3/uL | 140 - 415 | T |
| RDW | 13.1 | | % | 11.7 - 15.0 | T |
| **URINALYSIS** | | | | | |
| Urine-Color | YELLOW | | | Yellow | T |
| Appearance | Cloudy | | | Clear | T |
| Specific Gravity | 1.025 | | | 1.005 - 1.030 | T |
| pH | 5.0 | | | 5.0 - 7.5 | T |
| Protein | Trace | | | Negative/Trace | T |
| Glucose | NEGATIVE | | | Negative | T |
| Ketones | 1+ | | | Negative | T |
| Bilirubin | 1+ | | | Negative | T |
| Occult Blood | NEGATIVE | | | Negative | T |
| Epithelial Cells | None seen. | | | 0 -10 | T |
| WBC/HPF | None seen. | | | 0 - 5 | T |
| RBC/HPF | None seen. | | | 0 - 3 | T |
| Urobilinogen,Semi-Qn | 0.0 | | mg/dL | 0.0 - 1.9 | T |
| Nitrite, Urine | NEGATIVE | | | Negative | T |
| WBC Esterase | NEGATIVE | | | Negative | T |
| **STDS** | | | | | |
| RPR | Non-Reactive | | | Non-Reactive | T |
| **Miscellaneous Testing** | | | | | |
| Microscopic Examination | . | | | | T |

☐ NORMAL LAB / X-RAY
☒ ABNORMAL LAB / X-RAY NOTED, NO FOLLOW-UP NEEDED
☐ ABNORMAL LAB / X-RAY PULL CHART

6/3/02
EC

ERROL E. CAMPBELL
MEDICAL DIRECTOR
ECI

©2001 Laboratory Corporation of America® Hc
All Rights Res

REPORT

HICKS, WILLIAM   PATID: 664670   SPEC DATE: 05/30/2002

| | | | | | |
|---|---|---|---|---|---|
| 150-768-1104-0 | ES | 38590 | PG | | ID 3890    05/31/02    05:00 |

| Fasting | Micro Source | | Volume | Report Status | Clinical Information |
|---|---|---|---|---|---|
| N/A | | | | S / FINAL | C P U |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 05/30/02 | 00:00 | 05/30/02 | 05/31/02 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 664670 | — | — — |

**Patient Name**
HICKS, WILLIAM    Sex M    Date of Birth

Patient Address    —

Account
09158590
EVERGLADES CORRECTIONAL INST.                    00
1601 SW 187TH AVE                                00
MIAMI                , FL  33185-
305-228-2099    FLH
                              PHY NAME:

Comments

Tests Requested    CBC WITH DIFFERENTIAL/PLATELET; URINALYSIS, ROUTINE; RPR

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Casts/LPF | None seen. | | | | T |
| Crystals | | | | | |
| Many amorphous urates present. | | | | | |
| Mucus Threads | None seen. | | | None seen. | T |
| Bacteria | None seen. | | | None Seen/Few | T |
| Yeast | None seen. | | | None seen. | T |

LAB: TA LABCORP TAMPA          DIRECTOR: JOSEPH MIGLIOZZI, MD
        5610 W LASALLE STREET TAMPA, FL 33607-0000

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-877-7831 LAB: ...-...-..
                LAST PAGE OF REPORT

ERROL E. CAMPBELL
MEDICAL DIRECTOR
ECI

☐ NORMAL LAB / X-RAY
☑ ABNORMAL LAB / X-RAY NOTED,
    NO FOLLOW-UP NEEDED
☐ ABNORMAL LAB / X-RAY
    PULL CHART        6/3/02  EC

©2001 Laboratory Corporation of America® H
All Rights Re

HICKS, WILLIAM          PATID: 664670          SPEC DATE: 05/30/2002

REPORT

**LabCorp**

| Fasting | Micro Source | Total Volume | Report Status | Clinical Information: |
|---|---|---|---|---|
| N/A | | 6 / FINAL | | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 06/27/01 | 00:00 | 06/27/01 | 06/28/01 |

C, P

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 664670 | — — | — — |

| Patient Name | Sex | Date of Birth |
|---|---|---|
| HICKS, WILLIAM | M | |

Patient Address

Comments

Account
09638522
EVERGLADES CORRECTIONAL INST. -
MEDICAL UNIT-CMS                    00
1601 SW 187TH AVE                   00
MIAMI              , FL  33185-

305-228-2108      FLZ

PHY NAME: LEBON

Tests Requested   CMP10+OAC; CBC WITH DIFFERENTIAL/PLATELET; THYROID PANEL

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CHEMISTRIES | | | | | |
| Glucose, Serum | 111 | H | mg/dL | 65 - 109 | TC |
| BUN | 12 | | mg/dL | 5 - 26 | TC |
| Creatinine, Serum | 0.8 | | mg/dL | 0.5 - 1.5 | TA |
| BUN/Creatinine Ratio | 15 | | | | |
| Uric Acid, Serum | 7.8 | | mg/dL | 2.4 - 8.2 | TB |
| Sodium, Serum | 144 | | mmol/L | 135 - 146 | TC |
| Potassium, Serum | 4.2 | | mmol/L | 3.5 - 5.5 | TC |
| Chloride, Serum | 105 | | mmol/L | 96 - 109 | TC |
| Calcium, Serum | 9.1 | | mg/dL | 8.5 - 10.6 | TC |
| Phosphorus, Serum | 2.6 | | mg/dL | 2.5 - 4.5 | TB |
| Protein, Total, Serum | 6.5 | | g/dL | 6.0 - 8.5 | TC |
| Albumin, Serum | 4.2 | | g/dL | 3.5 - 5.5 | TB |
| Globulin, Total | 2.3 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.8 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | TB |
| Alkaline Phosphatase, Serum | 83 | | IU/L | 25 - 160 | TB |
| GGT | 26 | | IU/L | 0 - 65 | TB |
| LDH | 177 | | IU/L | 100 - 250 | |
| AST (SGOT) | 16 | | IU/L | 0 - 40 | |
| ALT (SGPT) | 21 | | IU/L | 0 - 40 | TB |
| Iron, Serum | 131 | | mcg/dL | 40 - 155 | |
| LIPIDS | | | | | |
| Triglycerides | 281 | H | mg/dL | 0 - 199 | |
| Cholesterol, Total | 166 | | mg/dL | 100 - 199 | TT |
| HEMATOLOGY | | | | | |
| White Blood Cell (WBC) Count | 6.3 | | X 10-3/uL | 4.0 - 10.5 | |
| Red Blood Cell (RBC) Count | 4.72 | | X 10-6/uL | 4.10 - 5.60 | |
| Hemoglobin | 15.1 | | g/dL | 12.5 - 17.0 | |
| Hematocrit | 42.6 | | % | 36.0 - 50.0 | |
| MCV | 90 | | fL | 80 - 98 | TT |
| MCH | 32.0 | | pg | 27.0 - 34.0 | |
| MCHC | 35.4 | | g/dL | 32.0 - 36.0 | |
| Polys | 62 | | % | 40 - 74 | |
| Lymphs | 30 | | % | 14 - 46 | |
| Monocytes | 7 | | % | 4 - 13 | |
| Eos | 1 | | % | 0 - 7 | |
| Basos | 0 | | % | 0 - 3 | |
| Polys (Absolute) | 3.8 | | X 10-3/uL | 1.8 - 7.8 | |
| Lymphs (Absolute) | 1.9 | | X 10-3/uL | 0.7 - 4.5 | |

(handwritten) DR CARLY GOODMAN, CMO  EVERGLADES C.I.

(handwritten) 6-28-01

REPORT

©2000 Laboratory Corporation of America® Ho
All Rights Re

**LabCorp**

| | | | |
|---|---|---|---|
| 178-768-0935-0 | M9 | 7 | P3 2 00 2 3 06/28/01 |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information | 06/28/01 08:58 |
|---|---|---|---|---|---|
| N/A | | | D / FINAL | C, P | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 06/27/01 | 00:00 | 06/27/01 | 06/28/01 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 664670 | -- | -- -- |

Account
096385822
EVERGLADES CORRECTIONAL INST.-
MEDICAL UNIT-CMS                    00
1601 SW 187TH AVE                   00
MIAMI            . FL  33185-

| Patient Name | Sex | Date of Birth |
|---|---|---|
| HICKS, WILLIAM | M | |

Patient Address                    --

305-228-2108      FLZ

PHY NAME: LEBON

Comments

Tests Requested   CMP12+BAC; CBC WITH DIFFERENTIAL/PLATELET; THYROID PANEL

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Monocytes(Absolute) | 0.6 | X | 10-3/uL | 0.1 - 1.0 | TA |
| Eos (Absolute Value) | 0.1 | X | 10-3/uL | 0.0 - 0.4 | TA |
| Baso(Absolute) | 0.0 | X | 10-3/uL | 0.0 - 0.2 | TA |
| Platelets | 170 | X | 10-3/uL | 140 - 415 | TA |
| RDW | 13.0 | | % | 11.7 - 15.0 | TA |
| THYROID STUDIES | | | | | |
| T3 Uptake | 29 | | % | 24 - 39 | TA |
| | | **Please Note Reference Interval Changes** | | | |
| Thyroxine (T4) | 6.2 | | mcg/dL | 4.5 - 12.0 | TA |
| Free Thyroxine Index | 1.7 | | | 1.2 - 4.9 | |

LAB: TA LABCORP TAMPA        DIRECTOR: JOSEPH MIGLIOZZI, MD
        5610 W LASALLE STREET TAMPA, FL 33607-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 305-436-9232 LAB: ...........
                    LAST PAGE OF REPORT

DR CAREY GOODMAN, CMO
EVERGLADES C.I.

©2000 Laboratory Corporation of America® Holdings
All Rights Res

HICKS, WILLIAM        PATID: 664670        SPEC DATE: 06/27/2001

ARC DIAGNOSTIC CENTER, INC.
7801 CORAL WAY, SUITE 131
MIAMI, FLORIDA  33155
305-261-8991/FAX 305-261-1654

PATIENT NAME:  WILLIAM HICKS
FACILITY:      EVERGLADES C.I.
CHART#:        664670
DOS:           08-12-02
REFERRED BY:   DR. DWYER

CERVICAL SPINE X-RAYS:

TWO VIEWS

There is hypertrophic spur formation of C5-C6.

C7 is not seen on the lateral view, therefore cannot be evaluated.

Visualized disc spaces are intact.

There is no cervical rib.

IMPRESSION:

Degenerative changes of C5-C6.
Please see the above discussion.

ERLINDA B. ENRIQUEZ, M.D.
DIPLOMATE OF AMERICAN BOARD OF RADIOLOGY
EBE/mpv

1/7/03

LUON V. TA. MD
Sr Physician
Lake CI

☐ NORMAL LAB / X-RAY
☐ ABNORMAL LAB / X-RAY NOTE
  NO FOLLOW-UP NEEDED
☑ ABNORMAL LAB / X-RAY
  PULL CHART

T.A. MAHONEY, MD
5-19-02

The Office of Dr. Roberto Rivera
7050 NW Fourth Street, suite 202
Plantation, FL 33317
(954) 791-XRAY (9729)
E-mail: radiolog@bellsouth.net

# DIAGNOSTIC EXAMINATION REPORT

Name of Patient: Williams Hicks
ID Number: 664670
Referring Physician: Everglades C.I.
Date of exam: 10/25/01

**FACIAL BONES:**

There is no evidence of fracture or dislocation. No blastic or lytic lesions are noted. No soft tissue calcifications are seen.

**IMPRESSION:  NORMAL STUDY.**

Roberto Rivera, MD
Board-certified Radiologist
Florida Medical Diagnostic Group

DR. JUAN GONZALEZ CHO

Florida Department of Corrections
Magnetic Resonance Imaging Request/Report
Department of Radiology

# MRI/NM

PLEASE WRITE LEGIBLY

PLEASE NOTE that MRI exam cannot be performed if any of the following is present: pacemaker, cochlear implant, metal in the eye, cerebral aneurysm clips.

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below:

Alleged intense pain (R) TMJ
and face.
Exam Done At imaging CTR AT San Marco

List allergies:

☐ Ambulatory   ☐ Diabetic   ☐ J Code   ☐ Stretcher   ☐ Wheelchair

Physician Name (Print) and Name Stamp: Dr Allis      Date of Request: 4/12/00

| NUCLEAR MEDICINE SCAN REQUEST | | MRI SCAN REQUEST | |
|---|---|---|---|
| Cardiac | Gallbladder (HIDA) | Abdomen | Hip/Pelvis |
| Infarct | Liver/Spleen | Chest | Lumbar Spine |
| MUGA | Pulmonary V/Q | Cervical Spine | Neck |
| Thallium/Myoview Stress | Pulmonary Quantitative | Head/Brain Stem | Thoracic Spine |
| Brain | Testicular | Lower Extremity, any joint | |
| Bone Scan | Triple Renal | Lower Extremity, no joint | (R) TMJ |
| Bone Scan (3 Phase) | Thyroid | Upper Extremity, any joint | |
| Ceretea | Thyroid Scan and Uptake | Upper Extremity, no joint | |
| Scans not checked above: | | Date Performed: 5/3/00 | Technologist Initials: DC+  Time exam performed (military): 1300 |

THIS EXAMINATION WAS PERFORMED AT THE IMAGING CENTER AT SAN MARCO IN JACKSONVILLE, FLORIDA.

664670

MRI OF THE RIGHT TEMPOROMANDIBULAR JOINT:  MRI Examination of the right temporomandibular joint was performed, oblique coronal T1 and T2, and coronal T1 weighted images were obtained.

In the open and closed mouth sequences, there is normal translation of the condyle in relation to the articulating eminence.  The articular discs rotate normally within the glenoid fossa. There is no evidence of anterior displacement or internal derangement of the meniscus.  The condyle demonstrates normal morphology, there is no evidence of avascular necrosis.

IMPRESSION:  NEGATIVE MRI EXAMINATION OF THE RIGHT TEMPOROMANDIBULAR JOINT.

John A. Ailis, D.M.D.
North Florida Reception Ctr.

O.P. MEDICAL RECORDS
North Florida Reception Cent

E.E. FRANCO, M.D. sct
NFRC RADIOLOGY DEPT.

RECEIVED
MAY 12 2000
TOMOKA C. I.
MED. DEPT.

D:5-8-00      T:5-8-00

PLEASE WRITE LEGIBLY

Inmate Name: Hicks, William
Radiologist Signature

DC#: 664610
Date of Birth: 9-16-63
Institution: Tomoka
Is permanent camp a private institution? No ☐ Yes ☐
Clinic/hospital room number _____

Race/Sex _____

Date Read          Date Typed

Distribution:
White — Medical Records
Canary — X-Ray Jacket
Pink — Data Entry
Goldenrod — Local Requirements

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-705C (10/99)

Florida Department of Corrections
X-Ray Request/Report
Department of Radiology

# X-RAY

**PLEASE WRITE LEGIBLY**

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below:

*No 1 x 5 facial bone fad or mandible*

List allergies:

*NKA*

[ ] Ambulatory    [ ] Diabetic    [ ] J Code    [ ] Portable    [ ] Stretcher    [ ] Wheelchair

Physician Name (Print) and Name Stamp: ...I. ALLIS, D.D.S.

*Parker CRNAS* NFRC HOSPITAL

Date of Request: *4-12-00*

## X-RAY REQUEST

| | | | |
|---|---|---|---|
| Ankle R [ ] L [ ] | Cystogram | Hand R [ ] L [ ] | Myelogram [          ] | Shoulder R [ ] L [ ] |
| Arthrogram [          ] | Elbow R [ ] L [ ] | Hips R [ ] L [ ] | Nasal Bones | Sinuses |
| Barium Enema | Esophagram | Humerus R [ ] L [ ] | Orbits | Skull |
| Cervical Spine | Facial Bones | I.V. Pyelogram | Os Calcis R [ ] L [ ] | Sternum |
| C. Spine, complete | Femur R [ ] L [ ] | Knee R [ ] L [ ] | Pelvimetry | T.M. Joints R [ ] L [ ] |
| Chest | Fingers R [ ] L [ ] | KUB | Pelvis | Thoracic Spine |
| Chest, PA and LAT | Foot R [ ] L [ ] | KUB and UPT | Post Reduction | T. Spine, complete |
| Chest PPD | Forearm R [ ] L [ ] | Lumbar Spine | Ribs R [ ] L [ ] | Tibia & Fibula R [ ] L [ ] |
| Clavicle R [ ] L [ ] | Gallbladder Series | L. Spine, complete | Sacrum | Venogram R [ ] L [ ] |
| Coccyx | G.I. Series | Mandible | Scoliosis Series | Wrist R [ ] L [ ] |
| Comparison View | G.I. and Small Bowel | Date Performed: | Technologist Initials: | Time exam performed (military): |
| Exams not checked above: *SMU* | | *4-12-00* | *DA* | *1150* |

**664670-FACIAL BONES:** There is no evidence of bone or joint abnormality.

**IMPRESSION: NORMAL FACIAL BONES.**

**-ORBITS:** There is no evidence of fractures or separation of structures. There is no foreign body noted.

**IMPRESSION: NORMAL ORBITS.**

**-MANDIBLE SERIES:** There is no evidence of fracture or dislocation. However, if a fracture is a clinical consideration, then further evaluation with a Panorex view is recommended.

**IMPRESSION: NORMAL MANDIBLE SERIES.**

V.M. SAENZ, M.D./Asst
NFRC RADIOLOGY DEPT.

Radiologist Signature

D: 4-13-00          T: 4-13-00

Date Read          Date Typed

PLEASE WRITE LEGIBLY

Inmate Name *Hicks, William*

DC# *664670*          Race/Sex *B/m*

Date of Birth *9-16-63*

Institution *Tomoka*

Is permanent camp a private institution?  No [ ]  Yes [ ]

Clinic/hospital room number _____

Distribution:

White — Medical Records

Canary — X-Ray Jacket

Pink — Data Entry

Goldenrod — Local Requirements

**RECEIVED**
APR 14 2000
TOMOKA C.I.
MED. DEPT.

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-705A (Revised 10/99)

HICKS, WILLIAM
Age:
Sex:

Ht:
Race:

Tech:

Med:
Loc:    Room:
Vent. rate    82    BPM
PR interval    148    ms
QRS duration    84    ms
QT/QTc    360/420    ms
P-R-T axes    61    19    66

ID:

5 10mm/mV    100Hz
110B/110    Unconfirmed
Referred by:

MARQUETTE ELECTRONICS INC.

JUPITER, FLORIDA U.S.A.

21-JUN-2001 09:09  CORRECTION MEDICAL SERVICES EVERGLADES

NORMAL SINUS RHYTHM
NORMAL ECG

aVF    aVL    aVR    V3    V2    V1    V6    V5    V4

M. Lawton Walker
Psych D-RN
Everglades, C.I.



STEP 4

STEP 3

— ALIGN RIGHT EDGE OF [COMPUTER REPORT] WITH EDGE OF MOUNT —

— ALIGN TOP EDGE OF [CHANNEL 1] WITH THIS LINE —

1
(Code 11)

AVR
(Code 12)

V1
(Code 13)

V4
(Code 14)

CAL PULSE
ALIGNMENT

HICKS, WILLIAM
Age:          Ht:
Sex:
Race:
Cart:    6    Tech:

25mm/s 10mm/mV  100Hz
Pgm 110B/110    Unconfirmed
                Referred by:

Med ID: 000664670
Vel.Loc:    6  Room:
Vent.rate:        150      BPM
PR interval:      .988     ms
QRS duration:     372/396  ms
QT/QTc:           6        ms
P-R-T axes:       54   6   +8

17-NOV-2000 10:00 CORRECTIONAL MEDICAL

NORMAL SINUS RHYTHM
NORMAL ECG

M. Lawton-Walker
Psychie RN
Everglades, C.I.

VOLUME

1

```
                         State of Florida
 IRLR005              Department of Corrections                07/24/1998
  (706)               HEALTH SERVICES PROFILE                  Page  1
             ********************************
             ** PRIVILEGED AND CONFIDENTIAL **
             ********************************
```

**Inmate Name: HICKS, WILLIAM M**                  DC#: 0-664670
      Race: WHITE      Sex: MALE      Date of Birth: 09/19/1963    Age:  34
      Date Received: 06/09/1998    Reception Center: S.FLA.RECEPTION CTR.


**Medical Evaluation:**  P:2  U:1  L:1  H:1  E:1  S:3  D:3  X:2  T:    I:

**Overall Medical Grade:**  2  Impaired Inmate Services Needed: No

**Transfer Holds:**

**Special Passes/Certifications:**


**Medical Restrictions:** Date: 06/17/1998   Staff: A086              SEP: No
      On-Site Medical Care Required Until:
      Work Release Approval: APPROVED-REVIEW REQ.

**Dental Restrictions:** Date: 06/10/1998   Staff: LA21

**Men.Hth.Restrictions:** Date: 06/15/1998   Staff: MR29             SEP: No
      Refer to Substance Abuse Program: No

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

## AFFIDAVIT OF REFUSAL FOR HEALTH SERVICES
### STATEMENT OF REFUSAL

*I, the undersigned, have had explained to me and understand the nature of my condition, the necessity for the following health care service* _____Occult blood_____ *, its advantages and possible complications, if any, as well as other possible alternative modes of treatment. I acknowledge that I have been informed of the risk involved in my not consenting for the above-named health care service and understand that should I refuse in this case, I relieve the attending physician, this health care facility and its administration, and the Department of Corrections from any responsibility with regard to any and all subsequent disability and/or ill effects which may result from this health care service not being performed. I hereby certify that I have read and fully understand the above Affidavit of Refusal for Health Care Services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as other possible alternative modes of treatment, which were explained to me by:* J. MCCARRICK, SLPN
Tomoka C.I.

### ACCORDINGLY, I DO NOT CONSENT TO THE HEALTH CARE SERVICE DESCRIBED ABOVE.

## CERTIFICATION
*I hereby certify that I have personally explained the contemplated health care service as well as the risk in its not being performed to the undersigned patient.*

J. MCCARRICK, SLPN
Tomoka C.I.

Health Care Provider's Signature/Name Stamp _____ Date/Time 9/22/98

_William M Hicks_ _____ Date/Time 9/22/98 9:05
Signature of Patient/Inmate

J. MCCARRICK, SLPN
Tomoka C.I.
Signature of Witness/Name Stamp _____ Date 9/22/98

Signature of Witness/Name Stamp _____ Date

Reason given by inmate for refusal: _____abne crush_____

List of possible health consequences discussed with inmate: _undiagnosed health problem_

List of alternative treatment if appropriate: _ps psn m.d_

REVIEWED BY: _Li Duong M D_ _____ 9-23-98
Signature of Physician/Name Stamp      DR. L. T. DUONG    Date
TOMOKA C.I.

Inmate Name _Hicks William_
DC# _004670_    R/S _w/m_
Date of Birth _9-19-63_
Institution _Tomoka C I_

AFFIDAVIT OF REFUSAL FOR HEALTH CARE SERVICES
DC4-711A (8/96)

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

INMATE ~~████~~

RECEIVED
DEC 0 8 1999

Mail Number ___99___
Team Number ___3___

| TO: (Check One) | ☐ Superintendent   ☐ Asst. Superintendent | ☐ Classification   ☐ Security | ☑ Medical   ☐ Dental  M.S Kidwell | ☐ Other |

| FROM: | Inmate Name  William M Hicks | D.C. Number  664670 | Quarters  D-2-125 | Job Assignment  Houseman | Date 12/7/99 |

## REQUEST

Ma'am I'd like to know if medical plans on
charging me $4.00 for no service on 12-3-99
which no doctor was called to see me nor
was I given any medications that said
to be ordered as I gave to medication
window daily.
I gave for medical emergency db to severe
headaches and dizzyness and spots in eyes
from pain. steps & she took Blood pressure
and stated me where in file does it show
I complained before which is a lye, nor in Dental.
Nurse Black male nurse stated, said then it's in my body, I'm
Just realizing my sentence it's Dr Trevins Job to treat me.

All requests will be handled in one of the following ways: 1) Written information or 2) Personal interview. All informal grievances will be responded to in writing.

_____ DO NOT WRITE BELOW THIS LINE _____

RESPONSE                                    DATE RECEIVED:

You cannot for a SDME except for 12/2/99, not
for 12/3/99.
According to your chart, you declared a medical emergency on
12/12/99. The Nurse assessed you and determined it was
not an emergency, and told you to take Dorms Meds.
She correctly charged you for a non true emergency.
Please read attached co-pay rule.

[The following pertains to informal grievances only:]
Based on the above information your grievance is ___Denied___ . (Returned, Denied, or Approved).
If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,
F.A.C.]

| Official (Signature) | Date |
|---|---|
|  | 12-10-99 |

Distribution:   WHITE..........Returned to Inmate
                CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the
response is to an informal grievances then forward to be
placed in inmate's file.

DC3-005 (9-98)

# INMATE REQUEST

**STATE OF FLORIDA**
Department of Corrections
(Instructions on Back)

Mail Number __99__
Team Number __3__

| TO: (Check One) | ☐ Superintendent  ☐ Asst. Superintendent | ☐ Classification  ☐ Security | ☐ Medical  ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>William m Hicks | D.C. Number<br>664670 | Quarters<br>D-2-45 | Job Assignment<br>Houseman | Date<br>8/16/99 |
|---|---|---|---|---|---|

Dr calderon m.D.

## REQUEST

Sir, I seem to have way to severe of headaches.
I had xrays taken of full skull and I was
never informed of results.
I'd like to see my xrays in person and
discuss them as even my medical condition

seems I'm very sick and fullof pain and
I'd like to know why if possible.
please call me but to visit you this
week sir. Thank you

_William m Hicks_

All requests will be handled in one of the following ways:    1) Written information or   2) Personal inter-
view. All informal grievances will be responded to in writing.

## RESPONSE                       DO NOT WRITE BELOW THIS LINE

DATE RECEIVED:                    **RECEIVED**
**AUG 18 1999**

If you have medical problems
you need to use your unimpeded
access to sick call. you can
discuss your concerns at that time

S. WAHREN, SLPN
Tomoka CI

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,
F.A.C.]                                          (Returned, Denied, or Approved).

| Official (Signature) | Date |
|---|---|
| | 8/23/9? |

Distribution:   WHITE..........Returned to Inmate
                CANARY.......Returned to Inmate

DC3-005 (9-98)

PINK......Retained by Official Responding or, if the
response is to an informal grievances then forward to be
placed in inmate's file.

INMATE REQUEST

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

TO:
(Check One)
☐ Superintendent
☐ Asst. Superintendent
☐ Classification
☐ Security
☑ Medical
☐ Dental
☐ Other

Mail Number _____
Team Number _____

FROM: Inmate Name _William m Hicks_   D.C. Number _664620_   Quarters _D 2_   Job Assignment _house man_   Miss Mac   Date

## REQUEST

Miss Mac

① I ask you To answer in request as to why I was Fired as said

② also why it Took over Two weeks for me To recieve another Job call out

③ why did I not been told in person by you or nurces of being fired

④ why I was tooked out of J Dorm befor my nurse came out on call out.

Thank you William m Hicks

All requests will be handled in one of the following ways:   1) Written information or   2) Personal inter-
view. All informal grievances will be responded to in writing.

## RESPONSE

DO NOT WRITE BELOW THIS LINE

DATE RECEIVED: 7-1-

RECEIVE

JUL 0 1 19

① Your assignment was no longer needed at your infirmary. the infirmary inmate was placed in

② the infirmary was substituted in due to ill Fortuned

③ A top p following was written a live to it Fortuned. this assignment was no longer used here when nurses were required to inform you of your termination. This area is

④ You tooked out way sincerely I have nothing to do with there.

The following pertains to informal grievances only:

Based on the above information your grievance is _____

_____ your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,
F.A.C.]

_____ (Returned, Denied, or Approved).

B. McCULLOUGH, SLPN
Tomoka CI

Distribution:   WHITE..........Returned to Inmate
CANARY.......Returned to Inmate

05 (9-98)

Official (Signature) _____

PINK......Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

Date _7-2-99_

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

**INMATE REQUEST**

RECEIVED
MAY 25 1999

Mail Number _99_
Team Number _3_

TO: (Check One)
☐ Superintendent   ☐ Classification   ☑ Medical   ☐ Other
☐ Asst. Superintendent   ☐ Security   ☐ Dental   *Chief Health Officer.*

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Hicks | 664672 | J² | Ilniaid | 5/22/99 |

**REQUEST**

To: Cheif Health Officer

As To response Dated may 18,99 By Emile L. Boudoin
d'Ajiux "impaired inmate services coordinator.
Told To request to speak To you so I may solve
my issues.

I ask you to please speak To me A.S.A.P.
please.
       Thank you.
              william m Hicks

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

———— DO NOT WRITE BELOW THIS LINE ————

**RESPONSE**                           DATE RECEIVED:

You may use this as
a pass to see me any
day from 8 to 12 P.

[The following pertains to informal grievances only:

Based on the above information your grievance is _____ (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,

F.A.C.]

Official (Signature)    Date 5-28
DR. C. CALDERON, CHO
TOMOKA C.I.

Distribution:   WHITE..........Returned to Inmate
                CANARY.......Returned to Inmate
                PINK.....Retained by Official Responding or, if the
                response is to an informal grievances then forward to be
                placed in inmate's file.

DC3-005 (9-98)

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

**INMATE REQUEST**

RECEIVED

Mail Number ___99___
Team Number ___3___

TO:
(Check One)

☐ Superintendent **MAY 2 5 1999** Classification    ☑ Medical    ☐ Other
☐ Asst. Superintendent    ☐ Security    ☐ Dental    DR. CAIDERON, M.D.

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664670 | J2 | I/m aid | 5/22/99 |

**REQUEST**

Sir,
    I ASK iF you could order For INmate Wadsworth a pass To Be able to continue his walks in The morning and evenings.

I'm Told you have To write orders For THaT By medical STaFF. Also I like To continue caring For him by walks, smoking, BaThS and what may need he iP.

He's showing Siggs and ToID me he's very depressed and Fe-IS I cheered him which IVE art BuT have To go Through proper channels. Thank you For response.

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**    DATE RECEIVED: _____

At this moment inmate Wadsworth is admitted to the infirmary and we are aware of his needs.

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____ (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,

| F.A.C.] | Official (Signature) DR. C. CALDERON, CHO TOMOKA C.I. | Date 5-28-9 |
|---|---|---|

Distribution:    WHITE..........Returned to Inmate
                 CANARY........Returned to Inmate

PINK.....Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

DC3-005 (9-98)

**INMATE REQUEST**

**CEIVED**

**MAY 2 5 1999**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number __99__
Team Number __3__

| TO: (Check One) | ☐ Superintendent ☐ Asst. Superintendent | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

Miss MAC

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664670 | J-2 | I/m aid | 5/21/99 |

**REQUEST**

could I please speak to you

madam ASAP.

please tell me if recieve

since last request to get back

4 days later.

William m Hicks

All requests will be handled in one of the following ways:   1) Written information or   2) Personal inter-view. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                    DATE RECEIVED: _____

This check recieved copies of your Requests

dated 5/7/98 X 2

5/6/98

5/12/98

5/5/98

5/21/98 X 2

Conference unnecessary

[The following pertains to informal grievances only:

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,

| F.A.C.] | Official (Signature) | Date |
|---|---|---|
| | Warren sgn | 5/27/99 |

Distribution:    WHITE..........Returned to Inmate
                 CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

DC3-005 (9-98)

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _99_
Team Number _3_

RECEIVED
MAY 25 1999

TO:
(Check One)

☐ Superintendent   ☐ Classification   ☑ Medical   ☐ Other
☐ Asst. Superintendent   ☐ Security   ☐ Dental   _miss Kidwell_

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664670 | J² | I'm aic | 5/2/99 |

**REQUEST**

ma'am could I please speak to

you.

I Thank you for your Time.

William m Hicks

All requests will be handled in one of the following ways:   1) Written information or   2) Personal inter-
view. All informal grievances will be responded to in writing.

──────── DO NOT WRITE BELOW THIS LINE ────────

**RESPONSE**                                    DATE RECEIVED: 

Mrs Mack has been out
My understanding is you no longer
work for medical.
Therefore no need
to speak to Mrs Mack   S Warren Sg

S. WARREN, SLPN
Tomoka CI

[The following pertains to informal grievances only:]

based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,

| F.A.C.] | | Official (Signature) | Date |
|---|---|---|---|

Distribution:   WHITE..........Returned to Inmate
                CANARY.......Returned to Inmate
DC3-005 (9-98)

PINK.......Retained by Official Responding or, if the
response is to an informal grievances then forward to be
placed in inmate's file.

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number ___99___
Team Number ___3___

| TO: (Check One) | ☐ Superintendent    ☐ Classification    ☑ Medical    ☐ Other |
|---|---|
| | ☐ Asst. Superintendent    ☐ Security    ☐ Dental   DR. CALDERON M.D. |

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Hicks | 664670 | J² | I/m aid | 5/15/99 |

REQUEST Dear Sir,                    Ask to speak to you Sir if possible,

I'm sending Request in hopes to have you Reconsider your opinion of placing MR. Wadsworth in the infirmary. Sir, MR. Wadsworth is very depressed since His attitude changed for worse. He is functioning perfectly well in general population + this time. He's recieving my personal help whenever needed, as well extra help. He's in a dorm which alot people care and appreciate him. He's very Responsive to walks, showers, shaves, change clothes, and going outside dormitory each and every day. I've notice people talking about issue and response is negitive. Feel its in bad taste since his age and been locked in fifthteen years saying it would and will kill him slowly, week + week he's regained. Negitive to His aid Feels you to kill him at slow death, who thought this put him down deep in depression and seams only to get worse. I ask to take care of him as long as I'm here at ___

All requests will be handled in one of the following ways:  1) Written information or  2) Personal interview. All informal grievances will be responded to in writing.

Thank you Sir, William Hicks

cc mR. Romine, ASST. Super.    DO NOT WRITE BELOW THIS LINE

**RESPONSE**                    DATE RECEIVED    RECEIVED MAY 18 1999

We have determined that due to inmate Wadsworth medical condition the best place for him at this time is the infirmary.

Thanks you for your concerns

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____ (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| | Official (Signature) DR. CALDERON, CHO    C. TOMOKA C.I. | Date 5-24-9 |

Distribution:    WHITE..........Returned to Inmate
                 CANARY.......Returned to Inmate

PINK......Retained by Official Responding or, if the
response is to an informal grievances then forward to be
placed in inmate's

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number ___99___
Team Number ___3___

| TO: (Check One) | ☐ Superintendent ☐ Asst. Superintendent | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other miss mac |
|---|---|---|---|---|

| FROM: | Inmate Name William m Hicks | D.C. Number 664670 | Quarters J² | Job Assignment AID | Date 5/12/9 |
|---|---|---|---|---|---|

**REQUEST**

MA'AM, could you Take time
out to speak to me and
wds wm DA.

Thank you

William m Hicks

All requests will be handled in one of the following ways:    1) Written information or , 2) Personal inter-
view. All informal grievances will be responded to in writing.

—————— DO NOT WRITE BELOW THIS LINE ——————

**RESPONSE**                                                    DATE RECEIVED:

RECEIVED
MAY 17 1999

Your request will be given to this
patient when he returns from
furlough. Take will call you
out if ...

S. WARREN, SLPN
Tomoka CI

[The following pertains to informal grievances only:

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,
F.A.C.]

| Official (Signature) William Sign | Date 5-19-9 |
|---|---|

Distribution:    WHITE..........Returned to Inmate
                 CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the
response is to an informal grievances then forward to be
placed in inmate's file.

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

**INMATE REQUEST**

Mail Number ___99___
Team Number ___3___

| TO: (Check One) | ☐ Superintendent | ☐ Classification | ☑ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Superintendent | ☐ Security | ☐ Dental | DR. Calderon, M.D. |

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664670 | J² | I/maid | 5/6/99 |

**REQUEST**

DR. Calderon Sir, I'm writing to you to speak of inmate Wadsworth
I maybe out of Line but I'm ally to help and show I true'ly do care
for well being of inmates I don't speak out unless I am going to back
what I say Sir, MR Wadsworth is an old man, he's been thruch Hell
I'm sure, we both know kinds of people are housed in prison and you
and staff have Little to work with. I implore that you please allow
me the choice to assist Him in the way I know how. I Live trapped in
this world of prison and I'm true'ly a honest, kind, caring person I
try hard daily to not change and past 4½ years that
putting him in infirmary would do harm _____ that I
to please put him in my care and provide Kathy dipper's assistance
I promise he'll get best care as Long as I'm here. I'm told I'm ina
protective By prisons I took care of, it shows I care. Please see me.

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

William m Hicks Thank you

RECEIVED
MAY 12 1999

---

**RESPONSE**                    DATE RECEIVED: _____

At this moment there is no plan
to bring inmate Wadsworth to the
primary when the time comes we will
would to achive his best well
being
                Transfer AID assignment is
other care by Nurse Dr. Coffoggi

MISS MAC

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____ (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

DR. C. CALDERON, M.D.

| Official (Signature) | Date |
|---|---|
| | 5-18-99 |

Distribution:   WHITE..........Returned to Inmate
                CANARY.......Returned to Inmate

PINK......Retained by Official Responding or, if the
response is to an informal grievances then forward to be
placed in inmate's file.

DC3-005 (9-98)

**INMATE REQUEST**

**STATE OF FLORIDA**
Department of Corrections
(Instructions on Back)

Mail Number __99__
Team Number __3__

TO: (Check One)
☐ Superintendent   ☐ Classification   ☑ Medical   ☐ Other
☐ Asst. Superintendent   ☐ Security   ☐ Dental   _Kidwell_

| FROM: Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| William M Hicks | 664670 | J² | Inm aid | 5/7/99 |

**REQUEST** "Complaint To Be replied To"

on 5-6-99 gas to medical to ask about washing pissed on boD/'s "Told 4 Days a week except Thursday, was given clear bags & you put bags together then in all Assumed to insure charge safety "WRONG" 5-7-99 at infirmary Time 8:15 Am Brought 1 Blanket - 350 +50 of Blue's couple whites with piss on them to be washed, orderly "inman" "had attitude on task" claim in all parts pissed on in one clear wash run. Told had Four sets, In some as seen, it's ve time to out speed while in route, washes bags because no washer, said said's whites have feces & piss on them are now contaminated, didn't care, I said to calm down was being a bastard, nurse gave t walks up a t not now it only a few's walking clockers in suit boy makes well behaved on. Insult you ma'am, sir I did't insult him except to point out behavior & no manners using. He was calling me Fuckin Asshole, yeah That's insulting to me, I do not ask or cares but Respect due to problem at 6:30 am & too un sure ok's meds

All requests will be handled in one of the following ways: 1) Written information or 2) Personal interview. All informal grievances will be responded to in writing.

par T 1 of 2

**RECEIVED**
MAY 13 1999

DO NOT WRITE BELOW THIS LINE

**RESPONSE**   DATE RECEIVED: 5-17-99

_[illegible handwritten response]_ 5-17-99 after 3pm.

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| Official (Signature) | Date |
|---|---|
| _[signature]_ | 5-17-99 |

Distribution: WHITE..........Returned to Inmate
CANARY......Returned to Inmate
DC3.005 (9-98)

PINK.......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

Part Two of Two

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number __99__
Team Number __3__

| TO: (Check One) | ☐ Superintendent | ☐ Classification | Ⓜ Medical | ☐ Other |
| | ☐ Asst. Superintendent | ☐ Security | ☐ Dental | Kidwell |

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
| | William M Hicks | 661670 | J² | Inmate | 5/7/99 |

**REQUEST**    "complaint to be replied to"

Took him with to speak to nurse Jarret, time given and I stood it in for a number as Jarret says what, so I like request when wanted chairs, nurse said "I'm to Tampa to get a doctor to think that you and me ... I'm a devil that ... to me was in a diaper you had a hospital in toilet ... can there ... I have all ... I tried to talk she done it all. Forced ... by no nurse under, she was so I threw while time, she yells threats to me while time ... I said ... I disregard him, he was supervising me, then ... were not ... and told me never come back, to file requests if any problem or questions. So I said I want my supplies and so forth, she asked did I know when I should think ... so it's too much to deal into ... with doctor, she got me after I said ... didn't disrespect him to supervise me, threats and yells to have to ... to my nurse or me, ... think so ... been had, I did know so, I write 3 times to take medicine ... forgot I had things of

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.   as I try to get him 3 tim

**RECEIVED MAY 13 1999**

Part Two of Two.

---
DO NOT WRITE BELOW THIS LINE

**RESPONSE**                    DATE RECEIVED: 5-17-

pg. 2

... Data to now ... no. Dispos. 5-18-99

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| Official (Signature) | Date |
| | 5-17-9 |

Distribution:   WHITE..........Returned to Inmate
CANARY.......Returned to Inmate

PINK......Retained by Official Responding or, if the response is to an informal grievance, then forward to be placed in inmate's file.

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number __99__
Team Number __3__

TO: (Check One)
☐ Superintendent
☐ Asst. Superintendent
☐ Classification
☐ Security
☒ Medical
☐ Dental
☐ Other

DR Calderon

| FROM: | Inmate Name William m Hicks | D.C. Number 66467D | Quarters J' | Job Assignment Flm aid | Date 3/31/99 |
|---|---|---|---|---|---|

**REQUEST**

DR Calderon sir,

I need to speak to you regarding my medical issues,

I have serious issues and need your attention A.S.A.P. please.

you've signed orders and seems to be ignored or lost and other issues.

cc'File                    William m Hicks

RECEIVED
APR 0 5 1999

All requests will be handled in one of the following ways: 1) Written information or 2) Personal interview. All informal grievances will be responded to in writing.

———— DO NOT WRITE BELOW THIS LINE ————

**RESPONSE**                    DATE RECEIVED: _____

Use this as a pass to come and see me any day before 12 ct

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____ . (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| Official (Signature) Dr. E. CALDERON, CHO TOMOKA C. I. | Date 4-13-99 |
|---|---|

Distribution:   WHITE..........Returned to Inmate
                CANARY.......Returned to Inmate

PINK......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections

(Instructions on Back)

Mail Number ___3___
Team Number ___99___

Tomoka

| TO: (Check One) | ☐ Superintendent | ☐ Classification | Ⓜ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Superintendent | ☐ Security | ☐ Dental | DR cabron |

| FROM: | Inmate Name William M HickS | D.C. Number 664670 | Quarters J6u | Job Assignment impaired ATD | Date 1/22/99 |
|---|---|---|---|---|---|

**REQUEST**

Doctor I ASk Dess questions

A) Took All Head ShoTS of XrayS To Find any problemS

B) Took over 2 o Something weeks ago

C) DID you Find any thing and what

D) will I see you To Discuss problemS

E) I ask To see and evaluate XrayS with you and all StatementS

Thank you

William M Hicks

*RECEIVED JAN 26 1999*

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

_____DO NOT WRITE BELOW THIS LINE_____

**RESPONSE**

I reviewed your xrays from 12-31-98 Skull Series which are normal. I also reviewed the xrays at JJFAC from mandible and facial bones + they are also normal.

If you still have a complaint you may need to see your armafield dueros + Sick Call

| Official (Signature) CALDERON, CHO | Date 2-8-9 |
|---|---|

Distribution:   WHITE.........Returned to Inmate
CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the response is to an informal grievance then forward to be placed in inmate's file.

DC3-005 (8-89)

STATE OF FLORIDA
Department of Corrections

# INMATE REQUEST

(Instructions on Back)

RECEIVED
JAN 0 6 1999

Mail Number 99
Team Number 3

| TO: (Check One) | ☐ Superintendent | ☐ Classification | ☑ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Superintendent | ☐ Security | ☐ Dental | Mss Pulaski |

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664670 | 516 | Ingevid AID | 12/28/98 |

## REQUEST

you replied to request on 12-17-98 as To returning
money Taken For payment on medical For my self
receiving a Dr artificial proper service.

you need To know date: on 11-2-98 I saw Dentist said would Safe
come back From NFRC For xrays, Last visit before That would be First
Time I saw. was month before. From october Till 11-1-98 I had gotten DR
and no medical or medications.

All This starts Before 11-2-98 about month and half.
I seek To have monies returned for payment on visits.
Thank you.
william m Hicks

All requests will be handled in one of the following ways:  1) Written information or  2) Personal inter-
view. All informal grievances will be responded to in writing.

_____ DO NOT WRITE BELOW THIS LINE_____

## RESPONSE

The Medical Computer shows that you were
not charged for the 11/2/98 visit to Dental.

You were not charged for the 10/28 visit to Dental
You were not charged for the 12/20 visit to Dental
You were not charged for the 5/27 visit to Dental

In Sept I authorize a 4.00 return to you for
a Medical follow up on 8-31-98, other than this,
I can't find any thing else at all. You have exceeded
the reasonable time frame to complain about it
at this point in time.

| Official (Signature) | Date |
|---|---|
| Pulaski | 1-12-99 |

Distribution:   WHITE..........Returned to Inmate
                CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

DC3-005 (8-89)

STATE OF FLORIDA
Department of Corrections

# INMATE REQUEST

(Instructions on Back)

Mail Number __99__
Team Number __3__

| TO: (Check One) | ☐ Superintendent ☐ Asst. Superintendent | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

miss Paloski

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664670 | J 116 | Impaired AID | 12/17/98 |

**REQUEST** RE: Reimbursement of money paid out to Dental"

ma'am, I wish To resolve a small matter as to my payment on Dental, you may be aware of a D.R. I recieved as a result of Dentals Fault.

1) I saught Dental For Fractures To jaw.

2) I waited one month To see Dr. Dentist N.F.C.R. 3 To Take xrays.

3) I come back and orders were denied For over 2 1/2 weeks and tried to blame me.

4) was put in Dental office and disrespected over hour long Blaming me.

5) was given prescription wouldn't Fill and pain meds wouldn't recieved and was given prescription copy's.

6) recieved D.R. Based on Lies By pharmacy and Dental Fault I saught was now honest help and STill suffer Full paid. I seek all payment returned to me I paid in. Thank you ma'am. William m Hicks

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

_____DO NOT WRITE BELOW THIS LINE_____

## RESPONSE

If you do not give me a date you went to Dental and were charged I can't help you. Dental say saw you on:

12/21 — No charge
11/9 — No charge
11/2 — No charge
10/28 — No charge
10/20 — No charge

When are you talking about?

| Official (Signature) | Date |
|---|---|
| C. Paloski | 12-28-98 |

Distribution: WHITE..........Returned to Inmate
CANARY.......Returned to Inmate

PINK......Retained by Official Responding or, if the response is to an informal grievance then forward to be placed in inmate's file.

DC3-005 (8-89)

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

**INMATE REQUEST**

RECEIVED

SEP 16 1998

Mail Number _99_
Team Number _3_

TO:
(Check One)

☑ Superintendent    ☐ Classification    ☐ Medical    ☐ Other
☐ Asst. Superintendent  ☐ Security    ☐ Dental

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664670 | J 116 | Form | 9/14/98 |

**REQUEST**

Sir, I have had a problem with medical nurse "older Lady, white
hair", on assaults verbally — abuse — neglect all because I
was sent there by Dr Ivan McDo.
   Now I asked was not to be charged for a problem I so innocently
was abused by it.
   "Now it makes me upset no one replies with help."
   1) ask you to remove $8.00 charges paid for
   2) ask for full names of (A) Superintendent (B) assistant superintendent
(C) officer on duty (D) nurse who considered "older white hair on lady."
(E) medical director.
   I ask for full complete names", all I want is $8.00 removed
as it is personal view" I don't care paying "but just by abuse & neglect.
CC: File.

All requests will be handled in one of the following ways:  1) Written information or  2) Personal interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

RESPONSE Referred to Dr. Cordona 9-15-98

Co-pay and problems with the staff are two different
issues. I answered you on 9-14-98 concerning
the co-pay. If you have a problem with
any of the Nursing Staff, please write to
Ms Kidwell.

8/28, 8/31 I read your chart you were properly
worked up for a complaint of Abdominal pain according
to our protocol, you were not neglected. If you
think you were verbally abused, please address
with Ms. Kidwell, the Nursing Supervisor.

| | Official (Signature) _Bulosk._ | Date 9/25/98 |
|---|---|---|

Distribution:  WHITE.........Returned to Inmate
              CANARY.......Returned to Inmate

PINK......Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

DC3-005 (8-89)

# INMATE REQUEST

STATE OF FLORIDA
Department of Corrections
~EIVE~
(Instructions on Back)
SEP 16 1998

Mail Number __99__
Team Number __3__

TO:
(Check One)

☐ Superintendent    ☐ Classification    ☑ Medical    ☐ Other
☐ Asst. Superintendent    ☐ Security    ☐ Dental  MRS polaski

| | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| FROM: | William M Hicks | 664670 | J 116 | Form | 9/14/98 |

## REQUEST

I'm Requesting a Second Time on money being charged to me
For visit to Sick call in which I was verbally assaulted -
abused - neglect.
a D.O.C. officer was there as well and 9 inmates & 4 From
confinement to witness abuse.
Still NOT right nor gotten what I came to Sick call For
1) I ask ed to please Remove From account $8.00 charged
2) I asked to inform me of Situation
3) I asked For a response on other request "as of now None"
☆ I Send Sealed envelope
    "Thankyou For your prompt response
cc: File - Superintendent.

All requests will be handled in one of the following ways:    1) Written information or    2) Personal interview. All informal grievances will be responded to in writing.

_____ DO NOT WRITE BELOW THIS LINE _____

## RESPONSE

I answered you on 9-14-98
Co pay is a state law, you must be charged
for any sick call visit you initiate.

| | Official (Signature) | Date |
|---|---|---|
| | Pulaski | 9/25/98 |

Distribution:    WHITE .......... Returned to Inmate
CANARY ....... Returned to Inmate

PINK ...... Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

DC3-005 (8-89)

# INMATE REQUEST

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _99_
Team Number _3_

| TO: (Check One) | ☐ Superintendent | ☐ Classification | ☑ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Superintendent | ☐ Security | ☐ Dental | mRS Poloski |

| FROM: | Inmate Name William M Hicks | D.C. Number C64670 | Quarters 5 116 | Job Assignment Form | Date 9/17/98 |

## REQUEST

I write To understand my money account. On 9-16-98: Time 842 AM medical charges me aNother $4.00 as To receipt I have gotten says Balance $30.38

Now Total was $75.00 and still NoT sure what medical is charging me For.

I Have Full canteen, money & medical receipts and Need you to please FiNd out why I'm NoT Sure.

I Need To Beat ease all of this so I can back away From This small problem.

please provide print out of use of canteen 9/15 - 9/16 - 9/17 - please

Thank you, my receipt I got say minus $4.00 " I Nad $30.00

RECEIVED
SEP 21 98

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

_____DO NOT WRITE BELOW THIS LINE_____

## RESPONSE

Come see me on 9/24 with all your Receipts, use this as a pass

| Official (Signature) | Date 9-21-98 |

Distribution:   WHITE..........Returned to Inmate
CANARY........Returned to Inmate

PINK........Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

DC3-005 (8-88)

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number __99__
Team Number __3__

TO: (Check One)
☐ Superintendent   ☐ Classification   ☑ Medical   ☐ Other
☐ Asst. Superintendent   ☐ Security   ☐ Dental

Director of Health Services
Ms. Polaski

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Hicks | 664670 | 11C | Farm | 9/3/98 |

**REQUEST**

My sending request is Based on my self sick
medical Through Sick call.    **RECEIVED SEP 09 1998**
1) First Sick call 8/28/98  medical Log # 0000759
2) second Sick call 8/31/98  medical log # 000760
※ on #1 Nothing happened and I was given about 1/4 of prozac Bizup
and Told To Leave.
※ on #2 I waited all day To see Sick call nurse and I was called after
lunch and sent about 1.50 pm as I waited since 5 10 am I sat down and I was
being yelled at and called Lyier, a Rex male office came in to To tell me nurse
was yelling so much. I got nothing from it and was Forced To Leave. I spoke To
officer as he satin desk and said she's like That at all time So I Travel The abuse
of verbal assault "abuse negligence". I ASK you To remove my $5.00 charge To Be Sent

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing. Feelings on medical, I don't

Thank you    DO NOT WRITE BELOW THIS LINE    change them at this giff...

**RESPONSE**

You went to sick call on 8/28/98 AM, and were
charged a valid 4.00 You were told to come back
in PM for a FLU, you said the meds you
received were relieving the symptoms. You were
told to return if symptom returned. You returned
on 8/31/98 and should Not have been charged. I will
ask the Business Office to return your $4.00 from 8/31/98

| Official (Signature) | Date |
|---|---|
| [signature] | 9-14-98 |

Distribution:  WHITE..........Returned to Inmate
CANARY........Returned to Inmate

PINK.......Retained by Official Responding or, if the
response is an informal grievance then forward to be
placed in inmate's file

# INMATE REQUEST

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _99_
Team Number _3_

TO: (Check One)
☐ Superintendent   ☐ Classification   ☑ Medical   ☐ Other
☐ Asst. Superintendent   ☐ Security   ☐ Dental   MRS mack

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 604670 | J 116 | Farm | 8/10/98 |

## REQUEST

I request To Be a aid To mr Daichs Davis
of J Dorm.
I spoken To my Sgt at work and appears No
problem. It was aid a problems

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

_____ DO NOT WRITE BELOW THIS LINE _____

## RESPONSE

| Official (Signature) | Date |
|---|---|
| | |

Distribution:   WHITE..........Returned to Inmate
CANARY........Returned to Inmate

PINK.......Retained by Official Responding or, if the response is to an informal grievance then forward to be placed in inmate's file.

# INMATE REQUEST

**STATE OF FLORIDA**
Department of Corrections
(Instructions on Back)

Mail Number ___J 99___
Team Number ___3___

| TO: (Check One) | ☐ Superintendent | ☐ Classification | ☒ Medical DS. Kidwell ☐ Other |
|---|---|---|---|
| | ☐ Asst. Superintendent | ☐ Security | ☐ Dental |

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | JT-116u | FARM | 8-24-98 |

## REQUEST

Inmate Tilden (Wheel chair bound ) have asked and put in writing several times to you for me to be his aide. You both have approved this but as of this writing I have not appeared on the job change sheet from "FARM" to "AIDE". Could you please assist in this matter. This has been going on for 12 days now and I have been his aide.

Thanks for your help.

Inmate William Hicks

*(stamped: RECEIVED MAC AUG 1998)*

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

*PLEASE WRITE BELOW THIS LINE*

## RESPONSE

You have not been approved –

| Official (Signature) | | Date |
|---|---|---|
| Kidwell SRNS | B. KIDWELL, SR. RNS TOMOKA C.I. | 9/4/98 |

Distribution:   WHITE..........Returned to Inmate
CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the response is to an informal grievance then forward to be placed in inmate's file.

**STATE OF FLORIDA**
Department of Corrections

# INMATE REQUEST

(Instructions on Back)

Mail Number _____
Team Number __11__

| TO: (Check One) | ☐ Superintendent ☐ Asst. Superintendent | ☐ Classification ☐ Security | ☑ Medical ☐ Dental "EMSA Director" | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Hicks | 664670 | 9 | | 6/18/98 |

## REQUEST

I ask to meet with EMSA Director to
solve problems with me recieving my medical
as always I still Try to recieve my skin meds &
to stop my damage to teeth. HIV asked or
spoken to dental or PA mctas which I have
even spent many bad situations with DOC.
OFFicers Trying to make self look good, I
state I come from broward county and I'm
sure you may already know me, please help
to solve white its simple.
    William m Hicks BS97-12572 DOD BS95-14533 BSO

All requests will be handled in one of the following ways:   1) Written information or   2) Personal inter-
view. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

## RESPONSE

This was seen by the dentist 6/30/98 your
request for skin medication was denied
at that time

RECEIVED

JUN 19 1998

HEALTH SERVICES

| Official (Signature) | | Date |
|---|---|---|
| M Mullin | MONIQUE MULLIN PROGRAM ADMIN./SFRC | 7/2/98 |

Distribution:   WHITE..........Returned to Inmate
CANARY........Returned to Inmate

PINK.......Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

DC3-005 (8-89)

STATE OF FLORIDA
Department of Corrections

# INMATE REQUEST

(Instructions on Back)

Mail Number _____
Team Number ___ II

| TO: (Check One) | ☐ Superintendent | ☐ Classification | ☑ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Superintendent | ☐ Security | ☐ Dental | Don English |

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Hicks | 664676 | 9 | | 7/8/98 |

## REQUEST

my problem is I come From Braward county
and r was seeing EMSA THare. I have Fractured
To head "several" + no medical.
Now I suffer For Lack of proper care, so I write
in hopes you will respond as I so so much need
attention now.
I've written you awhile ago + no Response
So please in a day or two r not weeks
respond in writing ra my request.

All requests will be handled in one of the following ways:  1) Written information or  2) Personal interview. All informal grievances will be responded to in writing.

_____ DO NOT WRITE BELOW THIS LINE _____

## RESPONSE

COME TO SICK CALL AND REQUEST AN EVALUATION.  SICK CALL
SIGN UP IS MONDAY THROUGH FRIDAY AT 7:15 A.M.  YOU MAY
BE CHARGED A $4.00 CO-PAYMENT.

RECEIVED

JUL 13 1998

HEALTH SERVICES

Official (Signature) _____  Date _____

Distribution:  WHITE.........Returned to Inmate    PINK.......Retained by Official Responding or, if the
            CANARY.......Returned to Inmate    response is to an informal grievance then forward to be
                                                placed in inmate's file.
DC3-005 (8-89)

**STATE OF FLORIDA**
Department of Corrections

# INMATE REQUEST
(Instructions on Back)

Mail Number _____
Team Number __ 11 __

| TO: (Check One) | ☐ Superintendent  ☐ Asst. Superintendent | ☐ Classification  ☐ Security | ☑ Medical  ☐ Dental | ☐ Other  DON ENGlish |
|---|---|---|---|---|

| FROM: | Inmate Name  William m Hicks | D.C. Number  664670 | Quarters  G | Job Assignment | Date  8/24/98 |
|---|---|---|---|---|---|

## REQUEST          I keep white copy

my problem is I come From Broward
chinty and I was seeing EMSA
There and I had Fractures To head
Several & No medical.
        Now I suffer For lack of proper
care so I write in hopes you
will respond as I so so
much need Attention Nows
        IVE written you a white ago & No
response so please in Day or Two wit weeks

2nd Request

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

## RESPONSE

Your request was reviewed you were seen
by the dentist for your complaints  6/30/98

RECEIVED
AUG 19 1998
TOMOKA C.I.
MED. DEPT.

RECEIVED
JUL 08 1998
HEALTH SERVICES

| Official (Signature)  MCMullin | MONIQUE MULLIN  PROGRAM ADMIN./SFRC | Date  7/4/98 |
|---|---|---|

Distribution:    WHITE..........Returned to Inmate
                 CANARY........Returned to Inmate

PINK.......Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

DC3-005 (8-89)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE

| \TE/TIME | TOMOKA CORRECTIONAL INSTITUTION |
|---|---|
| 11-3-99 0850 | Consent/ Refusal For Influenza Vaccine |
| | S. The pertinent information concerning flu vaccine has been explained |
| | to me. I understand the information and have had a chance to ask |
| | questions. I am / am not  allergic to eggs or egg products. I have had |
| | the side effects and allergic responses explained to me. |
| | O. Flu vaccine information given: |
| | 1. Highly protective against the viruses for which it was developed. |
| | 2. It is not 100% effective. Absolute immunity is not 100%. |
| | 3. Flu infections in protected persons are often less than non-protected. |
| | 4. Side effects: local swelling, redness, soreness, muscle aching, and |
| | a general ill health are common, but of short duration. |
| | 5. Appropriate medications for treating allergic reactions are readily |
| | available when the flu vaccine is being given. |
| | 6. Allergic responses may include immediate respiratory problems, |
| | redness and swelling at the site, or neurological problems. |
| | A. Influenza Vaccine |
| | P. Inmate consents to flu vaccine. |
| | Inmate refuses flu vaccine.  William m Hicks |
| | Possible situations resulting from a refusal are. |
| | 1. Increased risk of contracting the flu. |
| | 2. Worsening of influenza symptoms due to lowered |
| | protection. |
| | 3. Increased risk of contracting other complications |
| | pneumonia, dehydration, fever, to include death. |
| | |
| | Vaccine Manufacture and Lot #  Medeva Pharma Limited E26759HA |
| | Expiration Date   June 2000 |
| | |
| | Health Care Provider Signature and Stamp  G Carroll Sen |
| | G.A. CARROLL, SRN TOMOKA C.I |

PATIENT'S IDENTIFICATION (NAME-LAST, MIDDLE, RACE, SEX, NUMBER)

NAME  Hicks , William
        LAST           FIRST              MIDDLE
RACE  W  SEX  M  DC #:  664670
D.Q.B.          9-10-63

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

DC4-701 (4/91)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE**
TOMOKA C.I.

| DATE / TIME | | |
|---|---|---|
| 10-20-00 | PATIENT STATES: *Bu feel sic.* | |
| SUBJECTIVE: | HISTORY FOR THIS PROBLEM: *90 cold + cough* | |
| 1130 | *Smoky 1-7dg* | |
| | OTHER SIGNIFICANT HEALTH CONDITIONS: *S₂* | |
| OBJECTIVE: | APPEARANCE: *No Abn Oriented* | |
| | VITAL SIGNS:  BP: 109/70   HR: 84   RR: 16   T: 98.1   WT: 200 | |
| | CHEST: *Clear*   HEART: *R-RR*   ABDOMEN: *Soft No Tender* | |
| | SIGNIFICANT PHYSICAL FINDING: *Eye PERRLA*  *Throat no Tonsi.* | |
| | PERTINENT LAB RESULTS WITH DATES: *NA* | |
| ASSESSMENT: | DIAGNOSIS: *head cold* | |
| | OTHER DIAGNOSIS: *NA* | |
| PLAN (ORDERS) | MEDICATIONS:  TREATMENTS:  CONSULTS: *Robitussin 1 TTI BID) × 7 dy* *Actifed 1 tab* *Betadine ? TT Tab 10 dy oral prep* | |
| | BOOKED NEW TESTS:   (LIST): *NA* | |
| | RETURN TO CLINIC: *PRN* / DAYS ____ WEEKS ____ MONTHS | |
| C. SANDRY SLPN Tomoka C.I. | GENERAL MEDICINE CLINIC: *UC* START   CONT.   D/C (Circle one) | |
| | CHRONIC CLINIC: ____ *UC* (NAME)  START   CONT.   D/C (Circle one) | |
| | ALL PREVIOUS MEDICATIONS SAME AS *Now* (DATE)  UNLESS SO DATED | |
| EDUCATIONS: | INSTRUCTED ON SIDE EFFECTS SUCH AS: *G I upset* | |
| | DISCUSSED WITH INMATE ALTERNATIVE THERAPIES SUCH AS: *NA* | |
| | DISCUSSED WITH INMATE THE FOLLOWING ABNORMAL LAB OR X-RAY: *NA* | |
| | DISCUSSED WITH INMATE THE FOLLOW-UP CARE: *UC* | |
| | I CERTIFY I HAVE REVIEWED THE MEDICAL GRADE ____ YES ____ NO | |
| | *signed* D.K. NGUYEN TOMOKA C.I. DATE/TIME | |

PATIENT'S IDENTIFICATION (Name-Last, First, Middle, Race, Sex, Number)

NAME *Huila Wm.*
    LAST      FIRST      MIDDLE

RACE *W*  SEX *M*  DC #: *664670*

D.O.B. *9-10-63*

S · Subjective data
O · Objective data
A · Assessment of S and O data
P · Plan

DC4-701 (4-91)

FLORIDA DEPARTMENT OF CORRECTIONS
# Chronological Record of Health Care

| DATE/TIME | TOMOKA C.I. |
|---|---|
| 10/20/99 1100 | Sick Call - continued A. ∘/∘ Cold c̄ sinus congestion vs bronchitis Productive cough noted during assessment c̄ bronchial wheezing P. Refer to MD for evaluation. Instructed to ↑ fluids, on handwashing & disposal of tissues to prevent spread of infection - verbalized understanding _____ N. PROULX, SRN Tomoka CI |

Inmate Name _Hicks, William_
DC# _664670_    Race/Sex _W/M_
Date of Birth _9-10-63_
Institution _Tomoka_
Allergies _NKA_

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data
O - Objective Data
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE**

| DATE / TIME | TOMOKA C.I. |
|---|---|
| 6/30/99 | THE INMATE IS: |
| | ☐ ADMITTED TO INFIRMARY |
| | ☐ DISCHARGED FROM INFIRMARY |
| | ☒ SENT TO: NFRC — Dental Clinic |
| | ☐ RETURNED FROM: |
| | ☐ ADMITTED TO: |
| | I/m to be escorted @ 1 5³⁰ w/ security to 8ow appt |
| | _____ PARISH, SR |
| | TOMOKA C.I |

| 6-30-99 | NFRC MIU Dental Clinic |
|---|---|
| | Incidental Note: Apical Surgery #10, #11 — See Dental Surgery |

| 6-30-99 | UFCD DEPARTMENT OR ENDODONTICS APPOINTMENT. |
|---|---|
| 08:30AM | SEE DENTAL RECORD FOR DETAILED PROGRESS NOTE. |
| | _____ Jackson Sullivan, DDS |
| | UFCD Dept. of |

| 6-30-99 | Returned from NFRC Clinic | Endodontics at NFRC |
|---|---|---|
| 1505 | B. Garrett SLPN | B. K. GARRETT, SLPN |
| | | Tomoka CI |

| 7-1-99 | Dental Clinic Entry |
|---|---|
| 0915 | Pt called out for 24 hr post-op evaluation of apical surgery performed at NFRC-MIU dental clinic, areas #10, #11  HGR |
| (S) | I have pain and numbness of my upper lip |
| (O) | Labial mobile healing wnl (sutures) observed w/k suture area 9-12,  Ø swelling  Ø infection  Ø bleeding  Ø lymphadenopathy |
| (A) | Normal post-op symptoms for (suture) |
| (P) | Rx: Motrin 800mg X 12 tabs  Sig: TID PRN pain ⊤ food  Faxed for Dr. Sullivan UFCD end.  Pt to be followed in dental clinic for suture removal approximately 1 week |
| | R. S. FAECHER, DMD |
| | Dental Clinic |
| | TomCI |

PATIENT'S IDENTIFICATION ( Name-Last, First, Middle, Race, Sex, Number)

NAME  Hicks, William
Last        First        Middle

RACE  W  SEX  WM  DC#: 664670

D.O.B.  4-19-63

S • Subjective data
O • Objective data
A • Assessment of S and O data
P • Plan

DC4-701 (4-91)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE**

| DATE / TIME | TOMOKA C.I. |
|---|---|
| 6-10-99<br>1815 | INC Note    TD# 3 giving (R) bicep<br>5 prob. (given w/ ) ——— C. HOLESON, SRN<br>TOMOKA C.I. |
| 6-10-99<br>1100 | Dental Clinic entry (HQR).<br>(S) Pt was called out as a follow-up to his 6/9a/aa visit to the medical clinic, regarding his chronic infection related to area #10 and #11. He reports No pain or swellings related to this condition. He does have discomfort from chewing related to his chronic TMD problems.<br>(O) Area #10 - #11 on labial vestibule shows a draining fistular tract. No swelling of facial or oral tissues. No pain or tenderness. No systemic symptoms.<br>(A) (1) Well-localized chronic draining abscess (area #10) in a patient with intact host defenses. (has been draining since 1/99)<br>(2) Chronic TMD discomfort<br>(P) (1) Pt offered extraction of failed endo tooth #10 but he declines.<br>Pt on wait list for NFRC-endo clinic for apico surgery area #10 anticipate that he will be seen very soon.<br>No indication for antibiotic therapy at this time until source of infection is removed.<br>(2) Pt refuses soft food mechanical diet and previously refused oral surgery consultation at NFRC<br>Pt recently presented muscle relaxant by medical, will offer ffxfor motrin.<br>Pt advised to report to dental sick call should his symptoms escalate.<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |

PATIENT'S IDENTIFICATION ( Name-Last, First, Middle, Race, Sex, Number)

NAME *Hicks  William*
       Last     First     Middle

RACE *W*  SEX *M*  DC#: *6 6 46 70*
D.O.B. *4-19-6 2*

S • Subjective data
O • Objective data
A • Assessment of S and O data
P • Plan

DC4-701 (4-91)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE**

| DATE / TIME | TOMOKA C.I. |
|---|---|
| 6-9-99 10:20 | *[handwritten entry, largely illegible]* |

Incident note:

(S) ① I have an abscess in my gum which drain, pulls on and off. The dentist cut it a couple of times to drain it. I went to the dentist at R.F.R.C. last month. I signed a referral on the _____ problem but not on the abscess.

② I also have _____ headache _____ my facial problem. I was told _____ would _____ for me.

(O) HEENT — _____ PERL _____ clear _____ and _____ _____

_____ clear _____

Neck — _____

Abd — soft, _____ no _____

Ext — _____

(A) ① _____ abscess

② _____ to dentist

③ _____ 200 _____ BID

(E) _____ Compliance
_____

Dr. C. CALDERON, CHO
TOMOKA C.I.

C. SANDRY
Sr. RN
Tomoka C.I.

PATIENT'S IDENTIFICATION (Name-Last, First, Middle, Race, Sex, Number)

NAME *Heights William*
     LAST      FIRST      MIDDLE

RACE  W   SEX  M   DC #: 664670

D.O.B.  4-19-63

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

DC4-701 (4-91)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE**

| DATE / TIME | TOMOKA C.I. | |
|---|---|---|
| MAY 1 4 1999 10:40 | SEEN IN MENTAL HEALTH PSYCHIATRIC SERVICES | T. TRAN, M.D. Psychiatric Services Tomoka C.I. |

5-17-99    1. E.
0900    inmate request answered - B.B. McCullough, SLPN
                                         Tomoka CI

INCIDENTAL NOTE:
DATE: 5-17-99    TIME: 13:30
INMATE REQUEST RECEIVED: 5-12-99
ANSWERED: 5-18-99

DR. E. CALDERON, CHO
TOMOKA C.I.

5/19/99  0337  Inmate request dated 5/5/99 Received 5/17/99
Answered    S. WARREN, SLPN
                              Tomoka CI

INCIDENTAL NOTE:
DATE: 5-24-99    TIME: 15:20
INMATE REQUEST RECEIVED: 5-18-99
ANSWERED: 15:20    5-24-99

DR. E. CALDERON, CHO
TOMOKA C.I.

5/30/99  0505  Inmate request x2 dated 5/19/99 and 5/21/99
answered.    S. WARREN, SLPN
B. McCULLOUGH, SLPN    Tomoka CI
Tomoka CI    S. WARREN, SLPN
                              Tomoka CI

PATIENT'S IDENTIFICATION ( Name-Last, First, Middle, Race, Sex, Number )

NAME  Hicks, William
          LAST    FIRST    MIDDLE

RACE  W  SEX  M  DC # 664670

D.O.B.  11/19/63

DC4-701 (4-91)

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE

TOMOKA C.I.

| DATE / TIME | | |
|---|---|---|
| 5-14-99 | PATIENT STATES: | Pm feels ok |
| SUBJECTIVE: | HISTORY FOR THIS PROBLEM: | Rh otitis |
| 0 X 10 | | |
| | OTHER SIGNIFICANT HEALTH CONDITIONS: NA | |
| OBJECTIVE: | APPEARANCE: Alert Oriented | |
| | VITAL SIGNS: BP: 110/90  HR: 76  RR: 20  T: 98.5  WT: 200 | |
| | CHEST: clear   HEART: RSR   ABDOMEN: Soft no Tenderness | |
| | SIGNIFICANT PHYSICAL FINDING: | |
| | Ears WDL no swelling no redness no pain. | |
| | PERTINENT LAB RESULTS WITH DATES: NA | |
| ASSESSMENT: | DIAGNOSIS: Otitis Resolved | |
| | OTHER DIAGNOSIS: NA | |
| PLAN (ORDERS) | MEDICATIONS: TREATMENTS: CONSULTS: Observe | |
| | BOOKED NEW TESTS: (LIST): NA | |
| C. SANDRY SLPN Tomoka C.I. 5-14-99 | RETURN TO CLINIC: PRN DAYS  WEEKS  MONTHS | |
| | GENERAL MEDICINE CLINIC: N START  CONT.  D/C (Circle one) | |
| | CHRONIC CLINIC: N (NAME) START  CONT.  D/C (Circle one) | |
| | ALL PREVIOUS MEDICATIONS SAME AS NA (DATE) UNLESS SO DATED | |
| EDUCATIONS: | INSTRUCTED ON SIDE EFFECTS SUCH AS: NA | |
| | DISCUSSED WITH INMATE ALTERNATIVE THERAPIES SUCH AS: NA | |
| | DISCUSSED WITH INMATE THE FOLLOWING ABNORMAL LAB OR X-RAY: Yes | |
| | DISCUSSED WITH INMATE THE FOLLOW-UP CARE: Yes | |
| | I CERTIFY I HAVE REVIEWED THE MEDICAL GRADE    YES ✓ NO | |

DR. K. M. NGUYEN
Tomoka CI

PATIENT'S IDENTIFICATION (Name-Last, First, Middle, Race, Sex, Number)

NAME Hicks, William
LAST        FIRST        MIDDLE

RACE W  SEX M  DC #: b64670

D.O.B. 4-19-63

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

4-701 (4-91)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE**

| DATE / TIME | TOMOKA C.I. |
|---|---|
| 1800<br>5-5-99 | Incidental Entry: Eardrops. Drops: Corticosporen 7 gtts placed in (L) ear per MD ords. Ear c̄ redness to Canal. Swollen + T.M. No drainage noted. (R) ear c̄ redness to canal. I/m reports pain in both ears. ———————— N.S. MAGEAU, SRN TOMOKA C.I. |
| 1800<br>5-6-99 | Incidental Entry: Eardrops. Drops placed in (L) ear per MD order. No change or improvement noted since assessement of yesterday. Ear remains c̄ redness and pain ——— n mageau S. N.S. MAGEAU, SRN TOMOKA C.I. |
| 5-8-99<br>1720 | Incidental Entry: Ear Drops. (L) ear remains Red- c̄ Swollen TM, I/m states it is still painful. No drainage- (R) ear c̄ reports of pain. On assessment found (R) ear canal slightly red c̄ small pustule to outer side of canal. Instilled Ear drops in both ears. ——— n mageau N.S. MAGEAU, SRN TOMOKA C.I. |
| 5-10-99<br>1725 | Incidental Entry: Ear drops. I/m reports no pain today in ears (L) & (R) remain c̄ some inflamation, but improved from 5-8-99. n mageau Drops instilled per MD order —— N.S. MAGEAU, SRN TOMOKA C.I. |

PATIENT'S IDENTIFICATION (Name-Last, First, Middle, Race, Sex, Number)

NAME _Hicks, William_
      Last     First     Middle

RACE _W_ SEX _M_ DC#: _049670_

D.O.B. _9-19-63_

S • Subjective data
O • Objective data
A • Assessment of S and O data
P • Plan

DC4-701 (4-91)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE**
**TOMOKA C.I.**

| DATE / TIME | | |
|---|---|---|
| 5/4/99 | PATIENT STATES: | feel sore plug up in (R), some sharp pain |
| SUBJECTIVE: | HISTORY FOR THIS PROBLEM: | in (L) similar in (R). |
| G w | Request of low bunk. | |
| | OTHER SIGNIFICANT HEALTH CONDITIONS: | (R) Knee injury w/ grafts. |
| OBJECTIVE: | APPEARANCE: | WDM NAD normal gait no stress |
| | VITAL SIGNS: BP: 110/74  HR: 74  RR: 14  T: 99.5  WT: 201 | | |
| | CHEST: CTA      HEART: RRR      ABDOMEN: @ R | | |
| | SIGNIFICANT PHYSICAL FINDING: ear: canal w/ swelling erythematous | | |
| | (R) of debri, (R) wax partial. (L) Tm dull gray canal erythematous | | |
| | w/ clear | | |
| | PERTINENT LAB RESULTS WITH DATES: | | |
| ASSESSMENT: | DIAGNOSIS: (L) OM, OE. | | |
| | ear wax. | | |
| | OTHER DIAGNOSIS: | | |
| PLAN (ORDERS) | MEDICATIONS: TREATMENTS: CONSULTS: flush ear c cerumex gtt | | |
| | √ Septra DS BID x 10 days, cortisporin otic drops 4gtt po | | |
| | no indication for low bunk | | |
| retild | BOOKED NEW TESTS:  (LIST): no | | |
| Jan 99 | 5-14 | | |
| 5-4-99 | RETURN TO CLINIC: 10 DAYS      WEEKS      MONTHS | | |
| C. SANDRY | GENERAL MEDICINE CLINIC: no START      CONT.      D/C (Circle one) | | |
| SLPN | CHRONIC CLINIC: no (NAME) START      CONT.      D/C (Circle one) | | |
| Tomoka C.I. | ALL PREVIOUS MEDICATIONS SAME AS      (DATE) UNLESS SO DATED | | |
| EDUCATIONS: | INSTRUCTED ON SIDE EFFECTS SUCH AS: ↑ po fluid | | |
| | DISCUSSED WITH INMATE ALTERNATIVE THERAPIES SUCH AS: no | | |
| | DISCUSSED WITH INMATE THE FOLLOWING ABNORMAL LAB OR X-RAY: x ray | | |
| | DISCUSSED WITH INMATE THE FOLLOW-UP CARE: yes | | |
| | I CERTIFY I HAVE REVIEWED THE MEDICAL GRADE ____ X YES ____ NO | | |
| | DR. TIFF ___ | | |

PATIENT'S IDENTIFICATION ( Name-Last, First, Middle, Race, Sex, Number)

NAME  Hicks, William
            LAST        FIRST        MIDDLE

RACE  W  SEX  M  DC # 664670

D.O.B.  7-19-65

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

DC4-701 (4-91)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE**

| DATE / TIME | TOMOKA C.I. |
|---|---|
| 1700 5/2/99 | Incidental Entry: Ear Drops. Drops installed In Ear Per MD order. Ear Remains Red & Swollen T/M, no drainage noticed. T/m reports Ear Painful. Instructed to Return to Sick Call in AM. for re-evaluation T/m verbalized understanding and _____ N. Mageau SRN |

<div align="right">
N.S. MAGEAU, SRN<br>
TOMOKA C.I.
</div>

| | |
|---|---|
| 5/3/99 1730 | Incidental Entry: Ear gtts Drops installed in Lt ear per MD order. t/m c/o left ear feeling plugged & painful — callcard swollen & brown drainage referred to MD for re-evaluation in AM |

<div align="right">
A.M. Rader, SLPN<br>
Tomoka C.I.
</div>

PATIENT'S IDENTIFICATION ( Name-Last, First, Middle, Race, Sex, Number)

NAME   Hicks, William
　　　　Last　　First　　Middle

RACE  W  SEX  M  DC#: 664670

D.O.B.  9-19-63

S • Subjective data
O • Objective data
A • Assessment of S and O data
P • Plan

DC4-701 (4-91)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE
TOMOKA C.I.

| DATE / TIME | | |
|---|---|---|
| 4-27-99 | PATIENT STATES: | *[handwritten] have been feeling dizzy since ...* |
| SUBJECTIVE: | HISTORY FOR THIS PROBLEM: | *[handwritten illegible]* |
| 10:55 A | | |
| | OTHER SIGNIFICANT HEALTH CONDITIONS: | *[handwritten] ... HIV, HCV, June 1996* |
| OBJECTIVE: | APPEARANCE: | *Alert, Oriented X 3* |
| | VITAL SIGNS: BP: 110/70  HR: 97  RR: 20  T: 98.1  WT: 200 | |
| | CHEST: *Clear* HEART: *NSR* ABDOMEN: *[illegible]* | |
| | SIGNIFICANT PHYSICAL FINDING: *[handwritten illegible]* | |
| | PERTINENT LAB RESULTS WITH DATES: *[handwritten]* | |
| ASSESSMENT: | DIAGNOSIS: *Ear Ache* | |
| | OTHER DIAGNOSIS: *Jaw Pain, HCV, HIV June 1996 — Dizziness ?   Note: ...* | |
| PLAN (ORDERS) | MEDICATIONS:  TREATMENTS:  CONSULTS: *[handwritten illegible]* | |
| | BOOKED NEW TESTS: (LIST): *[handwritten]  5-11* | |
| C. SANDRY SLPN Tomoka C.I. | RETURN TO CLINIC: *PRN* DAYS  2 WEEKS  MONTHS | |
| | GENERAL MEDICINE CLINIC: *N* START  CONT.  D/C  (Circle one) | |
| | CHRONIC CLINIC: *N* (NAME)  START  CONT.  D/C  (Circle one) | |
| | ALL PREVIOUS MEDICATIONS SAME AS *[illegible]* (DATE)  UNLESS SO DATED | |
| EDUCATIONS: | INSTRUCTED ON SIDE EFFECTS SUCH AS *gastritis, GIB, Allergic Rxn* | |
| | DISCUSSED WITH INMATE ALTERNATIVE THERAPIES SUCH AS *N/A* | |
| | DISCUSSED WITH INMATE THE FOLLOWING ABNORMAL LAB OR X-RAY *[illegible]* | |
| | DISCUSSED WITH INMATE THE FOLLOW-UP CARE: *Yes* | |
| | I CERTIFY I HAVE REVIEWED THE MEDICAL GRADE  YES  NO | |

DR. G. CALDERON, CHO
TOMOKA C.I.

PATIENT'S IDENTIFICATION (Name-Last, First, Middle, Race, Sex, Number)

NAME  *Hicks   William*
         LAST        FIRST         MIDDLE

RACE  *W*  SEX  *M*  DC #: *664670*

D.O.B.  *9-19-63*

DC4-701 (4-91)

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE

| DATE / TIME | |
|---|---|
| 4/8/99 4:30 | NFRC M/U Dental Clinic Incidental Note:   REFERENCE ENTRY DENTAL CHART |
| | Parker T. Allis, D.D.S. North Florida Reception Ctr. |
| 4-8-99 1350 | THE INMATE IS: ☐ ADMITTED TO INFIRMARY ☐ DISCHARGED FROM INFIRMARY ☐ SENT TO: _____ ☒ RETURNED FROM: NFRC Dental Chart to MD. ☐ ADMITTED TO: _____ B. Garrett, SLPN |
| | B. K. GARRETT, SLPN Tomoka CI |
| 4/08/99 1645 | Dental Service Entry Pt returns from NFRC - oral surgery consult for TMJ related problems. Pt has chronic infection related to roots of teeth #10 - #11. Dr Allis prescribed meds: Pen VK 500 mg 28 tabs QID Mtrn 800 mg 12 tabs TID PRN C FOOD will be followed is dental clinic in 1 week R. S. FAECHER, DMD Dental Clinic Tomoka CI |
| 4/13/99 0445 | Inmate Report training safety for Bio Medical Waste completed on 4/12/99 See DC 2-657 S. WARREN, SLPN Tomoka CI |
| | 4-13-99  4:20 4-13-99 4-13-99 R. C. CALDERON, CHO Tomoka CI |

PATIENT'S IDENTIFICATION (Name-Last, First, Middle, Race, Sex, Number)

NAME Hicks, W<sup>m</sup>
         LAST      FIRST      MIDDLE

RACE W  SEX M  DC #: 664670

D.O.B. 9-19-63

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

DC4-701 (4-91)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE**

| DATE / TIME | |
|---|---|
| 1-28-99 1115 | X-ray procedure performed at NFRC Radiology Department: _Facial bones + mandibles —_ ~~R. Jordan, CRT-RAD I~~ NFRCH |
| 1-28-99 2 Pm. | THE INMATE IS: ☐ ADMITTED TO INFIRMARY ☐ DISCHARGED FROM INFIRMARY ☐ SENT TO: _____ ☐ RETURNED FROM: _outside appt. released to the compound per security_ _B. Gerrett SLPN_ B. K. GARRETT, SLPN ~~Tomoka CI~~ |
| 1/28/99 1630 | Dental Service note: Chart review: pt has been evaluated on follow-up by OS-NFRC for TMJ symptoms and is also on a wait list for endodontic evaluation at NFRC. Pt will be treated by Tom. CI dental at pt's request, since he previously refused treatment plan / Exam on 12/21/98. No tx required at this time. R. S. FAECHER, DMD Dental Clinic TomCI |
| 2/03/99 900 | Dental Service Entry: S - Requested exam for "swollen gums" related to chronic dental infection, no complaint of pain mentioned. O - Vital signs: Temp = 98.2 orally; slight swelling labial vestibule adjacent to teeth #10 + 11, slight tenderness. fistulas tract present but not actively draining. A - Chronic dental infection related to failed root canal fillings #10 and #11 in a pt with MVP P - ① Rx Pen VK 500mg. Disp 28 tabs QID po until gone; OTC analgesics PRN - if needed ② Reappoint for incision and drainage on Monday, 2/08/99. ③ Confirm pt is still on urgent list at NFRC endo clinic for retreatment ④ Follow-up in dental clinic as needed R. S. FAECHER, DMD Dental Clinic TomCI |

PATIENT'S IDENTIFICATION ( Name-Last, First, Middle, Race, Sex, Number)

NAME _Hicks_    _Wm_    _M_
        LAST    FIRST    MIDDLE

RACE _W_  SEX _M_  DC #: _664670_

D.O.B. _9-19-63_

DC4-701 (4-91)

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE
TOMOKA C.I.

| DATE / TIME | |
|---|---|
| 12-29-98 | PATIENT STATES: _I'm complaining of HA since 1996_ |
| SUBJECTIVE: 10:30 AM | HISTORY FOR THIS PROBLEM: _was seen by total eyecare at CFRC_ |
| | OTHER SIGNIFICANT HEALTH CONDITIONS: _Seizure Disorder, Antisocial Personality Disorder, Schizophrenia_ |
| OBJECTIVE: | APPEARANCE: _Alert, Oriented X 3_ |
| | VITAL SIGNS: BP: 128/84 HR: 68 RR: 24 T: 98.6 WT: 203 |
| | CHEST: _Clear_ HEART: _RSR_ ABDOMEN: _Soft_ |
| | SIGNIFICANT PHYSICAL FINDING: _in no distress no abnormalities_ |
| | PERTINENT LAB RESULTS WITH DATES: Ø _Eyes_ |
| ASSESSMENT: | DIAGNOSIS: _Headache_ OU 20/20 |
| | OTHER DIAGNOSIS: _resolved_ |
| PLAN (ORDERS) | MEDICATIONS: TREATMENTS: CONSULTS: |
| 12-29-98 C. SANDRY LPN Tomoka C.I. | BOOKED NEW TESTS: (LIST): Skull Series |
| | RETURN TO CLINIC: NA DAYS WEEKS MONTHS |
| | GENERAL MEDICINE CLINIC: NA START CONT. D/C (Circle one) |
| | CHRONIC CLINIC: NA (NAME) START CONT. D/C (Circle one) |
| | ALL PREVIOUS MEDICATIONS SAME (DATE) UNLESS SO DATED |
| EDUCATIONS: | INSTRUCTED ON SIDE EFFECTS SUCH AS: |
| | DISCUSSED WITH INMATE ALTERNATIVE THERAPIES SUCH AS: NA |
| | DISCUSSED WITH INMATE THE FOLLOWING ABNORMAL LAB OR X-RAY NA |
| | DISCUSSED WITH INMATE THE FOLLOW-UP CARE: |
| | I CERTIFY I HAVE REVIEWED THE MEDICAL GRADE __Z__ YES ___ NO |

PATIENT'S IDENTIFICATION (Name-Last, First, Middle, Race, Sex, Number)

NAME _Hicks William_
LAST    FIRST    MIDDLE
RACE _W_ SEX _M_ DC #: _664670_
D.O.B. _9-19-63_

Dr. C. CALDERON, CHO
TOMOKA C.I.

S · Subjective data
O · Objective data
A · Assessment of S and O data
P · Plan

DC4-701 (4-91)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE

| DATE/TIME | TOMOKA CORRECTIONAL INSTITUTION |
|---|---|
| 10-28-98 | Consent/ Refusal For Influenza Vaccine |
| 1340 | S. The pertinent information concerning flu vaccine has been explained |
| | to me. I understand the information and have had a chance to ask |
| | questions. I am / am not  allergic to eggs or egg products. I have had |
| | the side effects and allergic responses explained to me. |
| | O. Flu vaccine information given: |
| | 1. Highly protective against the viruses for which it was developed. |
| | 2. It is not 100% effective. Absolute immunity is not 100%. |
| | 3. Flu infections in protected persons are often less than non-protected. |
| | 4. Side effects: local swelling, redness, soreness, muscle aching, and |
| | a general ill health are common, but of short duration. |
| | 5. Appropriate medications for treating allergic reactions are readily |
| | available when the flu vaccine is being given. |
| | 6. Allergic responses may include immediate respiratory problems, |
| | redness and swelling at the site, or neurological problems. |
| | A. Influenza Vaccine |
| | P. Inmate consents to flu vaccine. X William M Hicks 664670 |
| | Inmate refuses flu vaccine. _____ Possible situations resulting |
| | from a refusal are: 1. Increased risk of contracting the flu. |
| | 2. Worsening of influenza symptoms due to lowered |
| | protection. |
| | 3. Increased risk of contracting other complications |
| | pneumonia, dehydration, fever, to include death. |
| | |
| | Vaccine Manufacture and Lot #  Evans Medical Limited E 2015HA |
| | Expiration Date    July 1999 |
| | B. K. GARRETT, SLPN |
| | Tomoka CI |
| | Health Care Provider Signature and Stamp  B. Garrett SLPN |

PATIENT'S IDENTIFICATION (NAME-LAST, MIDDLE, RACE, SEX, NUMBER)

NAME  Hicks William
         LAST         FIRST              MIDDLE
RACE  W  SEX  m  DC#  664670
D.O.B.         9-19-63

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

DC4-701 (4/91)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE
TOMOKA C.I.

| DATE / TIME | | (_vomit_) 10-15 day ago. |
|---|---|---|
| 9-3-98 | PATIENT STATES: 15 day of N/V + diarrhea now 9 2° s/s S/o' | |
| SUBJECTIVE: | HISTORY FOR THIS PROBLEM: plus black stry bone Bml ? then solid, | |
| GE? | 1 x this Am 2x yesterday, stomach pain still over all, no dysuria, states | |
| | OTHER SIGNIFICANT HEALTH CONDITIONS: ⊘ Hx of ulcer Gp today pnpl used | |
| | Jl Condur 8/5/98. ? Side effect. C/o heart racing problem & Elavil. | |
| OBJECTIVE: | APPEARANCE: WNL, Alert/ Calm NAD, pleasant. | |
| | VITAL SIGNS: BP: 138/73 HR: 60 RR: 18 T: 97.9 WT: 226 | |
| | CHEST: CTA 18 HEART: RRR. ABDOMEN: ⊕ BS, soft⊕ ⊕ | |
| | SIGNIFICANT PHYSICAL FINDING: tenderness LLQ | |
| | soft, good turgor no tenting of skin yet, CAP 2 sec. | |
| | ENT: nml fugis · cig stain | |
| | PERTINENT LAB RESULTS WITH DATES: | |
| ASSESSMENT: | DIAGNOSIS: GE : probable viral synd. | |
| | No dehydration | |
| | OTHER DIAGNOSIS: Hx of ulcer | |
| PLAN (ORDERS) | MEDICATIONS: TREATMENTS: CONSULTS: will observe in infirmary for possible | |
| | if cont. show dehydration ; ↑ po fluid, Imodium q 6° prn diarrhea | |
| | or | |
| | BOOKED NEW TESTS: (LIST): UA, Stool for Hemaoccult. chem 7 | |
| | RETURN TO CLINIC: PRN / DAYS WEEKS MONTHS | |
| | GENERAL MEDICINE CLINIC: ✓M START CONT. D/C (Circle one) | |
| | CHRONIC CLINIC: ✓N (NAME) START CONT. D/C (Circle one) | |
| | ALL PREVIOUS MEDICATIONS SAME AS (DATE) UNLESS SO DATED | |
| EDUCATIONS: | INSTRUCTED ON SIDE EFFECTS SUCH AS: constipation | |
| | DISCUSSED WITH INMATE ALTERNATIVE THERAPIES SUCH AS: ↑ po fluid, avoid dairy | |
| | DISCUSSED WITH INMATE THE FOLLOWING ABNORMAL LAB OR X-RAY: | |
| | DISCUSSED WITH INMATE THE FOLLOW-UP CARE: yes. | |
| | I CERTIFY I HAVE REVIEWED THE MEDICAL GRADE / YES ✓ NO | |

DR. T. LEE, MD
Tomoka CI

PATIENT'S IDENTIFICATION (Name-Last, First, Middle, Race, Sex, Number)

NAME _Hicks William_
LAST          FIRST          MIDDLE
RACE _W_ SEX _M_ DC #: _664670_
D.O.B. _9-19-63_

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

DC4-701 (4-91)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE**

| DATE / TIME | TOMOKA C.I. |
|---|---|
| 8/28/98 | 1³⁰ IM returned for F.U. States Bismuth liquid relieved symptoms To cont taking Bismuth liq 2 tsp x 2 days return if symptoms recur or other problems develop ———— L. ELLIOTT, SRN TOMOKA C.I. |
| 08/31/98 | [Sick Call entry — largely illegible handwriting] ———— K. LIRN SRN Tomoka C.I. |

PATIENT'S IDENTIFICATION (Name Last, First, Middle, Race, Sex, Number)

NAME  Hicks , W m
        LAST        FIRST        MIDDLE
RACE  W  SEX  M   DC #: L-L46 70
D.O.B.

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

DC4-701 (4-91)

STATEMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH

| DATE/TIME | TOMOKA C.I. | ABDOMINAL PAIN |
|---|---|---|

8/28/98
10:45

**SUBJECTIVE:**

When? 8/18/98

How long? X 10 days

Nausea? Y   Vomiting? NO  Diarrhea? Y   Constipation? Crampy

Pain related to eating of certain foods? NO

Ever had it before? NO

Color of stool? Black/Red  dark Brown

Comments:

**OBJECTIVE:**

Temp 98.6  Pulse 84  Resp 20  B/P     Wgt 226

                                     Y        N      Describe: (If yes)

Paleness, sweating, moist skin?              N

Pain sever, localized or generalized?        N

Blood/black stools?                          N

Vomiting, nausea?               Y            nausea only

Comments: Abd distended tender BS present

**ASSESSMENT:**

**PLAN:** (If "YES" to any of the above OBJECTIVES refer to M.D.)

M.D. Referral: Yes

Medication given: Pepto Bismal 15cc TO, etc up here

Follow-up Recommended: 1PM 8/28/98

Special Instructions Given: Watch diet

Inmate Education:

A) Indigestion vs method of eating. B) Frequency of proper

B.M.'s . C) Exercise, moderate. (D) Temporary viral infection.

E. Return if symptoms persist. E) Take medication as directed.

Was inmate instructed on above? Y ✓  N

                          Signature: T. ELLIOTT, SRN
                                     TOMOKA C.I.

PATIENT'S IDENTIFICATION (Name - Last, First, Middle; Race/Sex; Number)

Name Hicks William

D.O.B. 9/19/63   064670

TOMOKA CORRECTIONAL INSTITUTION

W/M

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

DC4-701 (3-80)

State of Florida
IADR060                Department of Corrections                    Printed
   (701)            **OUTPATIENT MEDICAL CARE**              07/24/1998
                    S.FLA.RECEPTION CTR.

**INMATE NAME: HICKS, WILLIAM M**                **DC#: 0-664670**   Cls.Team: 36
   Race: WHITE      Sex: MALE      Date of Birth: 09/19/1963   Age:  34

**HEALTH SERVICES ENCOUNTER**
   Type: RA    = RECEPTION ASSESSMENT    Date: 06/09/1998   Time: 11:04 to 11:05
   HS Staff: HO78  = HOLMES, SHARON                 T&R NURSE
   Reviewed By: HO78  = HOLMES, SHARON
      DENTAL INITIAL EXAM
                                        on 06/07/2000  at 07:42
      INITIAL PHYSICAL EXM
                                        on 06/14/2000  at 16:45


   **Grade: P:   U:   L:   H:   E:   S:   D:   X:   T:   I:**


               *** END OF REPORT ***

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE

| DATE/TIME | |
|---|---|
| 6/9/98 9A | INCIDENTAL NOTES DUE TO POSSIBLE T.B. EXPOSURE I/M INTERVIEWED FOR SIGNS AND/OR SYMPTOMS OF T.B. |
| | A. PERSISTENT COUGH LASHING OVER 2 WEEKS       YES   OR   (NO) |
| | B. NIGHT SWEATS                                 YES   OR   (NO) |
| | C. FEVER                                        YES   OR   (NO) |
| | D. WEIGHT LOSS·                                 YES   OR   (NO) |
| | E. SHORTNESS OF BREATH                          YES   OR   (NO) |
| | F. HEMOPTSIS (COUGHING UP BLOOD)                YES   OR   (NO) |
| | |
| | REFER TO M.D. IF HE HAS TWO (2) OR MORE OF THE SIGNS/SYMPTOMS LISTED ABOVE. |
| | YES   OR   (NO) |
| | EVELYN BERMUDEZ LPN / S.F.R.C. |

PATIENT S IDENTIFICATION (Name - Last, First, Middle, Race/Sex: Number)

S —Subjective data
O —Objective data
A —Assessment of S and O data
P —Plan

0-664670 TM 11 06/09/1998
HICKS, WILLIAM M
W/M DOB 09/19/1963 (34) BB

DC4-70 (3-80)


SFRC

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**PRESCRIPTION AND OTC MEDICATION ORDER**

# NOTE
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION _____ *TCI* _____ DORM

NAME: *Hick William*   DC#: *664670*   DATE: *5-4-99*

PROBLEM / ILLNESS: *Derm*   ALLERGIES: *NKDA*

*Septra DS bid x today, apo throat*

*Colargene ado daug ?3H AS Tub x wk*

SIGNATURE / STAMP

DC4-712 (Rev. 10/91)   WHITE: PHARMACY COPY   CANARY: PATIENT RECORD

---

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**PRESCRIPTION AND OTC MEDICATION ORDER**

# NOTE
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION _____ *TCI* _____ DORM

NAME: *Hick S William*   DC#: *664670*   DATE: *5-21-99*

PROBLEM / ILLNESS: *Pain T OD Con Neuralgia*   ALLERGIES: *NKA*

*Robinul 12.5 → PO BID*

*Amoxyn x diag OD*

*Flexeril 500 / p.o tid # 42*

SIGNATURE / STAMP

DC4-712 (Rev. 10/91)   WHITE: PHARMACY COPY   CANARY: PATIENT RECORD

---

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**PRESCRIPTION AND OTC MEDICATION ORDER**

# NOTE
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION _____ *Tom CI* _____ DORM

NAME: *Hicks William*   DC#: *664670*   DATE: *4/23/04*

PROBLEM / ILLNESS: *Chronic TMJ Pain*   ALLERGIES: *NKDA*

*Rx Motrin 600mg Disome-Invelse (2) tabs*

*Sig tid prn pain c food*

R. S. FAECHER, DMD
Dental Clinic
Tom CI
SIGNATURE / STAMP

DC4-712 (Rev. 10/91)   WHITE: PHARMACY COPY   CANARY: PATIENT RECORD

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: April 1999

List Drug Allergies: NKA

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Analgen Tr gtts Q.I.D. prn Start 4-27 Stop 5-11-99 Transcriber Init. | 9a 1p 5p 9p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| A/B ertui gtts place it gtts in affected ear Q/O Start 4/27 Stop Transcriber Init. | 0900 1300 1700 2100 | | | | | | | NKA | | | | | KS | MEW | MEW | | | | | | | C.P/L | T.Neagall | | | | | Stop | | | | RM |
| Start Stop Transcriber Init. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Stop Transcriber Init. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Inmate Name: Nicholas William
DC#: 66 L 620
Date of Birth: 60 48 28
Institution: Broward CI

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| Chantey Lei | CL | | | C. Parker | m |
| k Johnson RN | KS | | | N. Neagall | RM |

*Requires Comment on Back
Page _____ of _____

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
# CONSULTATION REQUEST

To: Endo Clinic

Institution: NFRC

FROM: DR. FAECHER

Institution: Tomoka C.I.

RECEIVED

DATE: 1-11-99 1999

DATE APPOINTMENT MADE:

Staff Senior Dentist
North Florida Reception Center

APPOINTMENT DATE:

Reason(s) for consultation:
Evaluate and recommend diagnostic plan ___
Evaluate and recommend treatment plan ___
Other (specify): Apicoectomy of #10 and #11
    if clinically indicated

Type of consultation:
Emergency ___
Urgent ✓
Routine ___

Condition is (check one): ☐ Acute Trauma ☐ Acute Illness ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):
Pt presents with tender area canine space (tooth #11 area) Reports having
RCT #10 and #11 8 years ago.

Physical findings: Minimal swelling and tenderness over canine space (tooth #11 area)
Fistular tract noted on labial mucosa adjacent to tooth #11 region
No systemic signs or symptoms of infection.

Diagnostic findings (explain laboratory, x-ray or other test findings):
Radiographic examination reveals periapical pathology around previously endodontically
treated teeth #'s 10 and #11.

Other pertinent information: Patient states he has mitrovalve prolapse and needs
Antibiotic prophylaxis.

Provisional diagnosis: Failing Root Canals #10 and #11

Health Care Provider Signature/Stamp     R. S. FAECHER, DMD  1/12/99
                                          Dental Clinic
CHO/Designee Approval Signature/Stamp    TomCI

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require:
Evaluation and possible treatment of teeth #10 and #11
which cannot be accomplished at Tomoka Correctional Institution
I also understand that should hospitalization and/or surgery be necessary, a
separate consent form will be signed prior to such hospitalization and/or surgery.
I therefore consent to be referred to the Reception & Medical Center, or such
other health care facility as may be appropriate, for the reason(s) stated
and consent to undergo health care services as may be necessary to evaluate my
health status.

Signature of Patient  William m Hicks           Date: 1-12-99
Signature of Witness  P. Ackerson               Date: 1-12-99

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE
## OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name  Hicks, William
DC #  664670              R/S  W/m
Date of Birth  9-19-63
Institution  TomCI

Reference:  HSB 15.01.04

CONSULTATION REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST

RECEIVED
SEP 21 1998
Senior Dentist
North Florida Reception Center

| TO   ORAL SURGEON<br>Institution: CFRC | FROM R. FAECHER, DMD<br>Institution: TOMCI | DATE OF REQUEST:<br>8-14-98 |
|---|---|---|
| Reason(s) for consultation:<br>Evaluate and recommend diagnostic plan  XX<br>Evaluate and recommend treatment plan  XX<br>Other (specify): _____ | Type of consultation:<br>Emergency _____<br>Urgent _____<br>Routine  XXX | DATE APPOINTMENT MADE:<br><br>Staff Signature:<br><br>APPOINTMENT DATE: |

Condition is (check one):  [ ] Acute Trauma    [ ] Acute Illness   [XX] Chronic

History of present illness (include onset, presentation, progress, therapy):

   PATIENT PRESENTS TO DENTAL WITH VERBAL HISTORY OF MANDIBULAR FRACTURE  -SIDE.
   TRAUMA STATED TO HAVE OCCURED 4-96 WITH NO EVAL OR ATTEMPTED TX UNTIL 8 MONTHS
   FOLLOWING.  COMPLAINT OF DEVIATION OF MANDIBLE UPON OPENING AND DIMINISHED MANIBLE
   FUNCTION AND SEVERE PAIN.  NEED PANOREX RADIOGRAPH
Physical findings:

   LIMITED OPENING OF MOUTH NOTED


Diagnostic findings (explain laboratory, x-ray or other test findings):
   NO RADIOGRAPHS TAKEN 8-14-98



Other pertinent information:


Provisional diagnosis: INCOMPLETE UNTIL RADIOGRAPHIC DATA ASSESSED

Health Care Provider Signature/Stamp  _RS Faecher, DMD  TOM, C I_

CHO/Designee Approval Signature/Stamp

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require:
_ORAL SURGERY EVALUATION_
which cannot be accomplished at _TOMOKA CORRECTIONAL INSITUTION_.
I also understand that should hospitalization and/or surgery be necessary, a
separate consent form will be signed prior to such hospitalization and/or surgery.
I therefore consent to be referred to the Reception & Medical Center, or such
other health care facility as may be appropriate, for the reason(s) stated
and consent to undergo health care services as may be necessary to evaluate my
health status.

Signature of Patient _William M Hicks_                     Date: _8/14/98_
Signature of Witness _____                       Date: _8/14/98_

IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE
OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name   HICKS, WILLIAM                              Reference:  HSB 15.01.04
DC #  663670              R/S  W/M
Date of Birth
Institution    TOMCI

CONSULTATION REQUEST

Case 0:00-cv-06087-WPD   Document 237   Entered on FLSD Docket 06/08/2004   Page 169 of 254

**LabCorp**®

| | | | | |
|---|---|---|---|---|
| Specimen # | Control/R Number | ROUTE: | | |
| Fasting | Micro Source | To | Volume | Report Status | Clinical Informati |
| Yes | | | | Final | |
| Date Collected | Time Collected | Date Entered | Date Reported | | |
| 14-OCT-99 | 5:30 AM | 14-OCT-99 | 15-OCT-99 | | |

| | | | | Account |
|---|---|---|---|---|
| Patient ID Number | Patient Phone Number | Patient SSN | | |
| 664670 | | | | Client No. 60395-5 |
| Patient Name | | Sex | Date of Birth | TOMOKA CORR. INST. |
| HICKS,WILLIAM | | M | 19-SEP-1963 | 3950 TIGER BAY RD |
| Patient Address | | | | DAYTONA BEACH, FL 32124 |

Comments

DR. TRAN

*ENTERED IN COMPUTER*

Tests Requested    COMP. METABOLIC PANEL (13), THYROID PANEL WITH TSH,
CBC WITH DIFFERENTIAL/PLATELET, URINALYSIS, ROUTINE,
Valproic Acid, Serum

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | |
|---|---|---|---|---|---|
| **CHEMISTRY STUDIES:** | | | | | |
| GLUCOSE | 89 | | mg/dL | 65-109 | T |
| BUN | 13 | | mg/dL | 5-26 | T |
| CREATININE | 1.0 | | mg/dL | 0.5-1.5 | T |
| BUN/CREAT | 13.0 | | Ratio | 6-25 | T |
| SODIUM | 143 | | mmol/L | 135-148 | T |
| POTASSIUM | 4.1 | | mmol/L | 3.5-5.5 | T |
| CHLORIDE | 106 | | mmol/L | 96-109 | T |
| CARBON DIOXIDE | 23 | | mmol/L | 20-32 | T |
| CALCIUM | 9.3 | | mg/dL | 8.5-10.6 | T |
| TOTAL PROTEIN | 6.3 | | g/dL | 6.0-8.5 | T |
| ALBUMIN | 4.1 | | g/dL | 3.5-5.5 | T |
| GLOBULIN | 2.2 | | g/dL | 2.2-4.1 | T |
| A/G RATIO | 1.9 | | Ratio | 0.9-2.0 | T |
| TOTAL BILIRUBIN | 0.6 | | mg/dL | 0.1-1.2 | T |
| ALK. PHOSPHATASE | 60 | | U/L | 25-160 | T |
| SGOT | 15 | | U/L | 0-45 | T |
| | | | | | |
| **HEMATOLOGY STUDIES:** | | | | | |
| WBC | 5.5 | | 10(3)/uL | 4.0-10.5 | T |
| RBC | 4.80 | | 10(6)/uL | 4.10-5.60 | T |
| HGB | 15.1 | | g/dL | 12.5-17.0 | T |
| HCT | 43.2 | | % | 36.0-50.0 | T |
| MCV | 90 | | fL | 80-98 | T |
| MCH | 31.5 | | pg | 27.0-34.0 | T |
| MCHC | 35.0 | | g/dL | 32-36 | T |
| NEUT | 40 | | % | 40-74 | T |
| LYMPH | 51 | HI | % | 14-46 | T |
| MONOCYTES | 6 | | % | 4-13 | T |
| EOSINOPHILS | 2 | | % | 0-7 | T |
| BASOPHILS | 1 | | % | 0-3 | T |
| Abslt Cnt:Neutr. | 2.2 | | 10(3)/uL | 1.8-7.8 | T |
| Abslt Cnt:Lymph. | 2.8 | | 10(3)/uL | 1.0-4.8 | T |
| Abslt Cnt:Mono. | 0.3 | | 10(3)/uL | 0-0.8 | T |
| Abslt Cnt:Eos. | 0.1 | | 10(3)/uL | 0-0.4 | T |
| Abslt Cnt:Baso. | 0.1 | | 10(3)/uL | 0-0.2 | T |

PAGE 1 FINAL  REPORT FOR  HICKS,WILLIAM  CONTINUED...

OCT 13 1999

T. TRAN, M.D.
Psychiatric Services
Tomoka C.I.

5610 W. LaSalle St.  Tampa, FL 33607 REPORT    ©1999 Laboratory Corporation of America® Ho
CLIA No. 10D0289827    CAP No. 26609-01   Ph. 813-289-5227    All Rights Res

**LabCorp**

| Specimen # | | Control Req Number | | |
|---|---|---|---|---|
| Fasting | Micro Source | Volume | Report Status | Clinical Informa |
| | | | Final | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| | 1:30 AM | | |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 664620 | | |

| Patient Name | | Sex | Date of Birth |
|---|---|---|---|
| HICKS,WILLIAM | | M | 19-SEP-63 |

Patient Address

Comments

Account

Client No. 60395-5
TOMOKA CORR. INST.
3950 TIGER BAY RD
DAYTONA BEACH  FL 32124

DR. TRAN

**ENTERED IN COMPUTER**

Tests Requested    CBC WITH DIFFERENTIAL/PLATELET, URINALYSIS, ROUTINE
HEPATIC FUNCTION PANEL, ELECTROLYTE PANEL, BUN, Valproic Acid, Serum

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CHEMISTRY STUDIES: | | | | | |
| BUN | 10 | | mg/dL | 5-26 | |
| SODIUM | 142 | | mmol/L | 135-148 | |
| POTASSIUM | 4.8 | | mmol/L | 3.5-5.5 | |
| CHLORIDE | 103 | | mmol/L | 96-109 | |
| CARBON DIOXIDE | 26 | | mmol/L | 20-32 | |
| ANION GAP | 13 | | mmol/L | 10-20 | |
| ALBUMIN | 4.6 | | g/dL | 3.5-5.5 | |
| TOTAL BILIRUBIN | 0.7 | | mg/dL | 0.1-1.2 | |
| DIRECT BILIRUBIN | 0.1 | | mg/dL | 0.0-0.5 | |
| INDIRECT BILI | 0.6 | | mg/dL | 0.0-0.7 | |
| ALK. PHOSPHATASE | 73 | | U/L | 25-150 | |
| SGOT | 16 | | U/L | 0-40 | |
| SGPT | 12 | | U/L | 0-53 | |
| HEMATOLOGY STUDIES: | | | | | |
| WBC | 5.8 | | 10(3)/uL | 4.0-10.5 | |
| RBC | 5.32 | | 10(6)/uL | 4.10-5.60 | |
| HGB | 15.4 | | g/dL | 12.5-17.0 | |
| HCT | 46.0 | | % | 36.0-50.0 | |
| MCV | 90 | | fL | 80-98 | |
| MCH | 28.7 | | pg | 27.0-34.0 | |
| MCHC | 31.3 | | g/dL | 31-35 | |
| RDW | 46 | | % | 40-74 | |
| LYMPH | 41 | | % | 14-46 | |
| MONOCYTES | 9 | | % | 4-13 | |
| EOSINOPHILS | 3 | | % | 0-7 | |
| BASOPHILS | 1 | | % | 0-3 | |
| Absl Cnt:Neutro. | 2.5 | | 10(3)/uL | 1.8-7.8 | |
| Absl Cnt:Lymph. | 2.1 | | 10(3)/uL | 1.0-4.8 | |
| Absl Cnt:Mono. | 0.5 | | 10(3)/uL | 0.2-0.8 | |
| Absl Cnt:Eos. | 0.2 | | 10(3)/uL | 0-0.4 | |
| Absl Cnt:Baso. | 0.1 | | 10(3)/uL | 0-0.2 | |
| PLATELETS | 164 | | 10(3)/uL | 140-415 | |

PAGE 1 FINAL  REPORT FOR  HICKS,WILLIAM  CONTINUED...

APR 27 1999
T. TRAN, M.D.
Psychiatric Services
Tomoka C.I.

REPORT

©1998 Laboratory Corporation of America H.
All Rights Re

LabCorp

| Fasting | Micro Source | To | Volume | Report Status | Clinical Informat. |
|---|---|---|---|---|---|
| NO | | | | Final | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 28-DEC-98 | 8:00 AM | 28-DEC-98 | 29-DEC-98 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 664670 | | |

| Patient Name | Sex | Date of Birth |
|---|---|---|
| HICKS, WILLIAM | M | 19-SEP-63 |

Patient Address

Comments

Account

Client No. 60395-5
TOMOKA CORR. INST.
3950 TIGER BAY RD
DAYTONA BEACH, FL 32124

DR. TRAN

ENTERED IN COMPUTER

Tests Requested

CBC WITH DIFFERENTIAL/PLATELET

**HEMATOLOGY STUDIES:**

| TEST | RESULT | UNITS | REFERENCE | |
|---|---|---|---|---|
| WBC | 4.9 | 10(3)/uL | 4.0-10.5 | T |
| RBC | 5.09 | 10(6)/uL | 4.10-5.60 | T |
| HGB | 15.6 | g/dL | 12.5-17.0 | T |
| HCT | 45.9 | % | 36.0-50.0 | T |
| MCV | 90 | fL | 80-98 | T |
| MCH | 30.7 | pg | 27.0-34.0 | |
| MCHC | 34.0 | g/dL | 32-36 | |
| NEUT | 57 | % | 40-74 | |
| LYMPH | 38 | % | 14-46 | |
| MONOCYTES | 8 | % | 4-13 | |
| EOSINOPHILS | 2 | % | 0-7 | |
| BASOPHILS | 0 | % | 0-3 | T |
| Abslt Cnt:Neutr. | 2.8 | 10(3)/uL | 1.8-7.8 | |
| Abslt Cnt:Lymph. | 1.9 | 10(3)/uL | 1.0-4.8 | |
| Abslt Cnt:Mono. | 0.4 | 10(3)/uL | 0-0.8 | T |
| Abslt Cnt:Eos. | 0.1 | 10(3)/uL | 0-0.4 | T |
| PLATELETS | 153 | 10(3)/uL | 140-415 | |

PERFORMING LABS LEGEND :

    TZ    LABCORP TAMPA
          5610 WEST LASALLE STREET
          TAMPA, FL 33607

T. TRAN, M.D.
Psychiatric Services
Tomoka C.I.
DEC 30 1998

PAGE 1 FINAL REPORT FOR HICKS, WILLIAM

**LabCorp**

| Specimen #: | 5191 | Control Number: | 5113 | Batch No: | 7646 |
|---|---|---|---|---|---|

| Fasting | Micro Source | To | Volume | Report Status | Clinical Information |
|---|---|---|---|---|---|
| Yes | | | | Final | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 16-DEC-98 | 9:30 AM | 16-DEC-98 | 17-DEC-98 |

| Patient ID Number | Patient Phone Number | | Patient SSN |
|---|---|---|---|
| 664870 | | | |

Account

Client No. 60395-5
TOMOKA CORR. INST.
3950 TIGER BAY RD
DAYTONA BEACH, FL 32124

DR. TRAN

ENTERED IN COMPUTER

| Patient Name | | Sex | Date of Birth |
|---|---|---|---|
| HICKS, WILLIAM | | M | 07-SEP-63 |

Patient Address

Comments

THYROID PANEL WITH TSH, CBC WITH DIFFERENTIAL/PLATELET
Tests Requested  COMPREHENSIVE METABOLIC PANEL, URINALYSIS, ROUTINE,
Reticulocyte Count, Valproic Acid, Serum.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CHEMISTRY STUDIES: | | | | | |
| GLUCOSE | 97 | | mg/dL | 65-109 | |
| BUN | 6 | | mg/dL | 5-26 | |
| CREATININE | 1.2 | | mg/dL | 0.5-1.5 | |
| BUN/CREAT | 5.0 | LO | Ratio | 6-25 | |
| SODIUM | 144 | | mmol/L | 135-148 | |
| POTASSIUM | 4.5 | | mmol/L | 3.5-5.5 | |
| CHLORIDE | 104 | | mmol/L | 96-109 | |
| CALCIUM | 9.3 | | mg/dL | 8.5-10.6 | |
| IONIZED CALCIUM | 4.1 | | mg/dL | 3.3-5.2 | |
| TOTAL PROTEIN | 5.9 | | g/dL | 6.0-8.5 | |
| ALBUMIN | 4.0 | | g/dL | 3.5-5.5 | |
| GLOBULIN | 2.1 | | g/dL | 2.2-4.1 | |
| A/G RATIO | 1.9 | | Ratio | 0.9-2.0 | |
| TOTAL BILIRUBIN | 0.8 | | mg/dL | 0.1-1.2 | |
| ALK. PHOSPHATASE | 85 | | U/L | 25-160 | |
| SGOT | 13 | | U/L | 0-45 | |
| | | | | | |
| HEMATOLOGY STUDIES: | | | | | |
| WBC | 7.4 | | 10(3)/uL | 4.0-10.5 | |
| RBC | 5.20 | | 10(6)/uL | 4.10-5.60 | |
| HGB | 16.3 | | g/dL | 12.5-17.0 | |
| HCT | 46.0 | | % | 36.0-50.0 | |
| MCV | 88 | | fL | 80-98 | |
| MCH | 31.3 | | pg | 27.0-34.0 | |
| MCHC | 35.4 | | g/dL | 32-36 | |
| NEUT | 53 | | % | 40-74 | |
| LYMPH | 37 | | % | 14-46 | |
| MONOCYTES | 7 | | % | 4-13 | |
| EOSINOPHILS | 3 | | % | 0-7 | |
| BASOPHILS | 0 | | % | 0-3 | |
| Abslt Cnt:Neutr. | 3.9 | | 10(3)/uL | 1.8-7.8 | |
| Abslt Cnt:Lymph. | 2.7 | | 10(3)/uL | 1.0-4.8 | |
| Abslt Cnt:Mono. | 0.5 | | 10(3)/uL | 0-0.8 | |
| Abslt Cnt:Eos. | 0.2 | | 10(3)/uL | 0-0.4 | |
| PLATELETS | 364 | | 10(3)/uL | 140-415 | |

*[signature]* T. TRAN, M.D.
Psychiatric Services
Tomoka C.I.

DEC 18 1998

PHASE 1 FINAL REPORT FOR    HICKS, WILLIAM    CONTINUED...

**LabCorp**®

| Specimen # | Control Number | | |
|---|---|---|---|
| Fasting | Micro Source | Volume | Report Status |
| Yes | | 1 | Final |
| Date Collected | Time Collected | Date Entered | Date Reported |
| 09-SEP-98 | 8:00 AM | 10-SEP-98 | 10-SEP-98 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 664670 | | |

| Patient Name | Sex | Date Of Birth |
|---|---|---|
| HICKS,WILLIAM | M | 9-SEP-63 |

Patient Address

Comments

Account

Client No. 60395-5
TOMOKA CORR. INST.
3950 TIGER BAY RD
DAYTONA BEACH, FL 32124

DR. LEE

ENTERED IN THE COMPUTER

Tests Requested    URINALYSIS, ROUTINE, BASIC METABOLIC PANEL.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CHEMISTRY STUDIES:** | | | | | |
| GLUCOSE | 127 | HI | mg/dL | 65-109 | |
| BUN | 12 | | mg/dL | 5-26 | |
| CREATININE | 1.1 | | mg/dL | 0.6-1.5 | |
| SODIUM | 145 | | mmol/L | 135-147 | |
| POTASSIUM | 4.2 | | mmol/L | 3.5-5.3 | T |
| CHLORIDE | 105 | | mmol/L | 96-109 | |
| CARBON DIOXIDE | 21 | | mmol/L | 20-32 | |
| **URINALYSIS:** | | | | | |
| COLOR | YELLOW | | | | T |
| APPEARANCE | CLEAR | | | | |
| SPECIFIC GRAVITY | 1.015 | | | 1.005-1.030 | T |
| PH | 7.0 | | | 5.0-7.0 | T |
| PROTEIN | NEGATIVE | | | NEG-TRACE | T |
| GLUCOSE | NEGATIVE | | | NEG | |
| KETONES | NEGATIVE | | | NEG | T |
| BILIRUBIN | NEGATIVE | | | NEG | |
| BLOOD | NEGATIVE | | | NEG | T |
| UROBILINOGEN | 1 | | Ehr U/dL | 0.0-2.0 | |
| NITRITE | NEGATIVE | | | NEGATIVE | |
| WBC ESTERASE | NEGATIVE | | | NEGATIVE | |
| URINE COMMENTS | NOTE | | | | |

Protein, Blood, Nitrite, and Leukocytes are within normal
limits. The microscopic examination has not been performed.

PERFORMING LABS LEGEND :

TZ    LABCORP TAMPA
5610 WEST LASALLE STREET
TAMPA, FL 33607

DR. T. LEE, MD  9/16/98
Tomoka CI

PAGE 1 FINAL  REPORT FOR  HICKS,WILLIAM



ROUTE: 98143

**LabCorp**

| Fasting | Micro Source | | Volume | Report Status | Clinical Informat |
|---|---|---|---|---|---|
| No | | | | Final | |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 19-JUN-98 | 9:00 AM | 20-JUN-98 | 20-JUN-98 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 6646700 | | |

Account

Client No. 43772-3
SO FL RECEPTION-MENTAL HEALTH

14000 N.W. 41 ST
MIAMI, FL 33178
DR. CORNELIO

Patient Name: **HICKS, WILLIAM**    Sex: M    Date of Birth

Patient Address

Comments: DTR 6646670

Tests Requested: THYROID + TSH PROFILE, AUTO CHEM PNL, LITHIUM, Serum.

| TESTS | RESULTS | | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|
| **CHEMISTRY STUDIES:** | | | | |
| GLUCOSE | 109 | | mg/dL | 65-115 |
| BUN | 12 | | mg/dL | 5-26 |
| CREATININE | 1.2 | | mg/dL | 0.6-1.5 |
| BUN/CREAT | 10.0 | | Ratio | 6-25 |
| URIC ACID | 8.4 | | mg/dL | 3.5-9.0 |
| SODIUM | 141 | | mmol/L | 135-147 |
| POTASSIUM | 4.0 | | mmol/L | 3.5-5.3 |
| CHLORIDE | 108 | | mmol/L | 96-109 |
| CALCIUM | 9.2 | | mg/dL | 8.5-10.6 |
| IONIZED CALCIUM | 4.1 | | mg/dL | 3.5-5.2 |
| INORG. PHOSPHORUS | 2.8 | | mg/dL | 2.5-4.5 |
| TOTAL PROTEIN | 6.9 | | g/dL | 6.0-8.5 |
| ALBUMIN | 4.4 | | g/dL | 3.5-5.5 |
| GLOBULIN | 2.5 | | g/dL | 2.2-4.1 |
| A/G RATIO | 1.8 | | Ratio | 0.9-2.0 |
| TOTAL BILIRUBIN | 0.5 | | mg/dL | 0.1-1.2 |
| ALK. PHOSPHATASE | 69 | | U/L | 25-160 |
| GGTP | 72 | | U/L | 0-85 |
| LDH | 216 | | U/L | 0-240 |
| SGOT | 36 | | U/L | 0-50 |
| SGPT | | 78 HI | U/L | 0-50 |
| SERUM IRON | 76 | | ug/dL | 40-180 |
| **LIPID STUDIES:** | | | | |
| TRIGLYCERIDES | | 216 HI | mg/dL | 0-199 |
| CHOLESTEROL, TOTAL | 151 | | mg/dL | 0-200 |
| **THYROID STUDIES:** | | | | |
| T UPTAKE | 29 | | % | 24-39 |
| T4 | 5.1 | | ug/dL | 4.5-12.0 |
| T7 | 1.5 | | Units | 1.2-4.9 |
| TSH | 2.2 | | mIU/L | 0.4-5.5 |

OK TO FILE
M.D. INITIAL _____ DATE 06/23/98

FULL CHART
FOLLOW-UP

NO FURTHER ACTION
M.D. INITIALS _____ DATE _____

PAGE 1 FINAL REPORT FOR HICKS,WILLIAM CONTINUED...

ROUTE  2143

LabCorp



| | | | | |
|---|---|---|---|---|
| Specimen # | Control Number | | | |
| Fasting | Micro Source | Total Volume | **Report Status** **Final** | Clinical Informati |
| Date Collected 09-JUN-98 | Time Collected | Date Entered 10-JUN-98 | Date Reported 10-JUN-98 | |

Patient ID Number  664670

Patient Phone Number

Patient SSN

Account

Patient Name  HICKS,WILLIAM M #23 BB

Sex  M

Date of Birth

Patient Address

Comments

Client No. 62143-4
SO. FL. RECEPTION CENTER
14000 N.W. 41 ST STREET
MIAMI, FL 33178

DR. F.B

Tests Requested      CBC W/ DIFF W/ PLT.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **HEMATOLOGY STUDIES:** | | | | | |
| WBC | 6.5 | | 10(3)/uL | 4.0-10.5 | |
| RBC | 4.92 | | 10(6)/uL | 4.10-5.60 | |
| HGB | 15.2 | | g/dL | 12.5-17.0 | |
| HCT | 43.9 | | % | 36.0-50.0 | |
| MCV | 89 | | fL | 80-98 | |
| MCH | 30.9 | | PG | 27.0-34.0 | |
| MCHC | 34.6 | | g/dL | 32-36 | |
| NEUT | 58 | | % | 40-74 | |
| LYMPH | 32 | | % | 14-46 | |
| MONOCYTES | 8 | | % | 4-13 | |
| EOSINOPHILS | 2 | | % | 0-7 | |
| BASOPHILS | 0 | | % | 0-3 | |
| PLATELETS | 192 | | 10(3)/uL | 140-415 | |

ERIC ESTAPI
M.A. M.P./SFRC
DATE 6/6/90

☐ OR TO FILE
   M.D. INITIAL
☐ PULL CHART
   FOLLOW-UP
☐ NO FURTHER ACTION
   M.D. INITIALS                     DATE

PAGE 1 FINAL   REPORT FOR    HICKS,WILLIAM M #23 BB

5610 W. LaSalle St.   Tampa, FL 33607
CLIA No. 10D0289827      CAP No. 26609-01

REPORT

©1998 Laboratory Corporation of America® Hol
Ph. 813-289-5227  All Rights Res

## FLORIDA DEPARTMENT OF CORRECTIONS

# INTAKE PHYSICAL LABORATORY REPORTS

LEUKOCYTES _NEG_
NITRITE _NEG_
BLOOD _NEG_

### URINALYSIS

PH _5_          COLOR _Yellow_          CHARACTER _Clear_

ALBUMIN _NEG_          SUGAR _NEG_          ACETONE _NEG_

### BLOOD

HEMATOCRIT _____ SICKLE CELL PREP _____

SEROLOGY R.P.R. TEST
RESULTS _NR_          ATTACHMENTS
DATE _6/9/98_  BY _Illy_


JUN 1998
RECEIVED
Medical

NAME_____ 0-664670 TM 11 06/09/1998 _____ RACE_____

DATE _6/9/98_          HICKS, WILLIAM M
                       W/M DOB 09/19/1963 (34) BB          NOE MUNOZ, MT
                                                           SFRC

DC4-704 A

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTION
### X-Ray Report

664670

| NAME -LAST | FIRST | | AGE | DATE | | DC NUMBER |
|---|---|---|---|---|---|---|
| Hicks | William | | 35 | 1-28-99 | | 664518 |

| SEX | RACE/ | BIRTHDAY | ADMIT DATE | INSTITUTION |
|---|---|---|---|---|
| m. | W | 9-19-63 | | Tom. |

| DRS. NAME | ROOM NO. | REQUEST WRITTEN BY: |
|---|---|---|
| PARKER T. ALLIS, D.D.S. Reception & Medical Center | | PARKER T. ALLIS, D.D.S. Reception & Medical Center |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY:

_11110  ⓡ subcondylar ff ?  — untreated_

_A alleges discomfort in joint_

### X-RAY REQUEST

| | | | | | |
|---|---|---|---|---|---|
| | COMPARISON VIEW | HAND R[] L[] | ✓MANDIBLE R[X] L[] | SACRUM | |
| | CYSTOGRAM | HIP PINNING | MYELOGRAM,CERVICAL | SHOULDER R[] L[] | |
| ANKLE R[] L[] | ELBOW R[] L[] | HIPS,BILATERAL | MYELOGRAM,THORACIC | SINUSES | |
| ARTERIOGRAM CODE# BELOW | ESOPHOGRAM | HIPS R[] L[] | NASAL BONES | SKULL | |
| ARTHROGRAM,KNEE R[] L[] | ✓FACIAL BONES | HUMERUS R[] L[] | ORBITS | SONOGRAM | |
| BARIUM ENEMA | FEMUR R[] L[] | I.V. PYELOGRAM | O.R. CHOLANGIOGRAM | STERNUM | |
| CERVICAL SPINE | FINGERS R[] L[] | KNEE R[] L[] | OS CALCIS R[] L[] | T.M. JOINTS R[] L[] | |
| C. SPINE,COMPLETE | FOOT R[] L[] | KUB | PELVIMETRY | THORACIC SPINE | |
| CHEST | FOREARM R[] L[] | KUB & UPT | PELVIS | TIBIA & FIBULA R[] L[] | |
| CHEST,PA & LAT. | GALLBLADDER SERIES | LATERAL DECUBITUS | POST REDUCTION | VENOGRAM R[] L[] | |
| CLAVICLE R[] L[] | G.I. SERIES | L.S. SPINE | RIBS,BOTH SIDES | VENOGRAM,BILATERAL | |
| COCCYX | G.I. & SMALL BOWEL | L.S. SPINE COMPLETE | RIBS, R[] L[] | WRIST R[] L[] | |

X-RAYS NOT CHECKED ABOVE

664670-MANDIBLE SERIES:  There is no evidence of fracture or dislocation.  However, if a fracture is a clinical consideration, then further evaluation with a Panorex view is recommended.

IMPRESSION:  NORMAL MANDIBLE SERIES.

-FACIAL BONES:  There is no bone or joint abnormality.

IMPRESSION:  NORMAL FACIAL BONES.

RECEIVED
FEB 03 1999
TOMOKA C.I.
MED. DEPT.

E. E. FRANCO, M.D.  mmw
NFRC RADIOLOGY DEPT.

WHITE - MEDICAL RECORDS
CANARY - X-RAY JACKET
PINK - LOCAL REQUIREMENTS

RADIOLOGIST SIGNATURE
D: 1-29-99    T: 1-29-99

DATE REPORT TYPED

DC4 705A  (10/87)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTION**
**X-Ray Report**

| NAME-LAST | FIRST | AGE | DATE | DC NUMBER |
|---|---|---|---|---|
| *Hicks* | *William* | 3 3 | 10-29-58 | 664670 |

| SEX | RACE | BIRTHDAY | ADMIT DATE | INSTITUTION |
|---|---|---|---|---|
| M | *W* 7-19-63 | 1-24-91 | *TAMOCE* |

| DRS. NAME | ROOM NO. | REQUEST WRITTEN BY: |
|---|---|---|
| DR. C. CALDERON, CHO | | |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY: *Very complaining of HA*

## X-RAY REQUEST

| | COMPARISON VIEW | HAND R[] L[] | MANDIBLE R[] L[] | SACRUM |
|---|---|---|---|---|
| | CYSTOGRAM | HIP PINNING | MYELOGRAM, CERVICAL | SHOULDER R[] L[] |
| ANKLE R[] L[] | ELBOW R[] L[] | HIPS, BILATERAL | MYELOGRAM, THORACIC | SINUSES |
| ARTERIOGRAM CODE# BELOW | ESOPHOGRAM | HIPS R[] L[] | NASAL BONES | SKULL *Sinus* |
| ARTHROGRAM, KNEE R[] L[] | FACIAL BONES | HUMERUS R[] L[] | ORBITS | SONOGRAM |
| BARIUM ENEMA | FEMUR R[] L[] | I.V. PYELOGRAM | O.R. CHOLANGIOGRAM | STERNUM |
| CERVICAL SPINE | FINGERS R[] L[] | KNEE R[] L[] | OS CALCIS R[] L[] | T.M. JOINTS R[] L[] |
| C. SPINE, COMPLETE | FOOT R[] L[] | KUB | PELVIMETRY | THORACIC SPINE |
| CHEST | FOREARM R[] L[] | KUB & UPT | PELVIS | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT. | GALLBLADDER SERIES | LATERAL DECUBITUS | POST REDUCTION | VENOGRAM R[] L[] |
| CLAVICLE R[] L[] | G.I. SERIES | L.S. SPINE | RIBS, BOTH SIDES | VENOGRAM, BILATERAL |
| COCCYX | G.I. & SMALL BOWEL | L.S. SPINE COMPLETE | RIBS, R[] L[] | WRIST R[] L[] |

X-RAYS NOT CHECKED ABOVE

RECEIVED

JAN 0 5 1999

TOMOKA C. I.
MED. DEPT.

WHITE - MEDICAL RECORDS
CANARY - X-RAY JACKET
INK - LOCAL REQUIREMENTS

705A (10/87)

_____
RADIOLOGIST SIGNATURE

_____
DATE REPORT TYPED



# ViewBox, Inc.
**3182 ZARHARIAS DRIVE**
**ORLANDO, FL.32837**
**407-5269099**

| Patient: | Hicks, William |
|---|---|
| D.C. # | 614670 |
| Facility: | TCI |
| Exam: | Skull |
| Date: | 12-31-98 |

SKULL

Findings:   The calvarium is intact.  The sella is normal.  The paranasal sinuses are clear.

Impression:   Normal

Fenton E. Froom, M.D./vsm

12-31-98





( SRV ) . SINUS RHYTHM, RATE = 75 .

-1 NORMAL ECG-

COMPUTED ECG MGMT SYSTEM--FL DOC/TO C REG II

MALE, 37 YRS    205 LB   74 IN    27AUG99  11:39:55 AM PDT

LOC 55875
TECH 0

RATE 50-99

DR. . . .

Hi CKS, William
# 604670  8/27/98

K.S. KANE
SENIOR L.P.N.
TOMOKA C.I.

I. TRAN, M.D.
Psychiatric Services
Tomoka C.I.

SEP 17 1999

ENTERED IN THE COMPUTER
SEP 1 6 1999

I. TRAN, M.D.
Psychiatric Services
Tomoka C.I.

DENTAL

RECORD

*Oral Surgeon*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CONSULTATION REQUEST/CONSULTANT'S REPORT**

| TO Institution: NFRC FRC | FROM Institution: Lake CI | DATE OF REQUEST: 8/7/03 |
|---|---|---|
| Reason(s) for consultation:<br>Evaluate and recommend diagnostic plan_____<br>Evaluate and recommend treatment plan ✓<br>Other (specify):_____ | Type of consultation:<br><br>Emergency _____<br>Urgent _____<br>Routine ✓ | DATE APPOINTMENT MADE:<br><br>Staff Signature:<br><br>APPOINTMENT DATE: |

Condition is (check one):  ☐ Acute Trauma   ☐ Acute Illness   ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):

**Physical findings:** 39 yo w/m c̄ Hx of Assault on (R) side of face. No Hx of treatment of injury since 1996.

**Diagnostic findings (explain laboratory, x-ray, or other test findings):** XR TM joints (5/9/03) Mild to moderate limitation of mobility. C/o constant pain

**Other pertinent information:** (R) cheek to (R) temple and (R) side of head, pain ↑ on chewing and opening of mouth.

**Provisional diagnosis:** Dx: chronic TMJ joint (R), post Trau-matic (R)

Health Care Provider Signature/Stamp:_____  LUON V. HA, MD  Sr Physician

CHO/Designee Approval Signature/Stamp:_____ OGUNSANWO, MD, CIME CHIEF HEALTH OFFICER LAKE CI 8/8/03

**AUTHORIZATION FOR SPECIALITY EVALUATION**

I, the undersigned, have had explained to me and understand that I require _Oral Surgeon_ which cannot be accomplished at _Lake CI_
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: X _William M Hicks 664670_   Date: _8/7/03_

Signature of Witness:_____   Date:_____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name _Hicks William_
DC# _664670_   Race/Sex _W/M_
Date of Birth _9-12-63_
Institution _Lake CI_

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-702 (Revised 3/00) Page 1 of 2

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
DENTAL HEALTH QUESTIONNAIRE

NAME __William m Hicks__ DC# __664670__ DATE OF BIRTH __9/10/63__ DATE __6-30-98__

Answers to the following questions are for our records only:                    YES    NO

1. Are you in good health? . . . . . . . . . . . . . . . . . . . . .        X    ___
   a.  Has there been any change in your general health within the past year?  X    ___
2. Are you under the care of a physician? . . . . . . . . . . . . .        ___   X
   If so, what is the condition being treated? _____
   _____
3. Have you had any serious illnesses or operations? . . . . . . . .       X    ___
   If so, what was the problem? _Fractures "Jaw" Skull "Facial"_
4. Do you or have you had any of the following diseases or problems:
   a.  Rheumatic fever/rheumatic heart disease . . . . . . . . . . .       ___   ✓
   b.  Congenital heart lesions/heart murmur . . . . . . . . . . . .       ___   ✓
   c.  Cardiovascular disease (heart trouble, heart attack, coronary insuf-
       ficiency, coronary occlusion, high blood pressure, arteriosclerosis,
       stroke) . . . . . . . . . . . . . . . . . . . . . . . . . . .       ___   ✓
       1)  Low blood pressure . . . . . . . . . . . . . . . . . . . .       ___   ✓
       2)  Do you have pain in the chest upon exertion? . . . . . . .       ___   ✓
       3)  Are you ever short of breath after mild exercise? . . . .       ___   ✓
       4)  Do your ankles swell? . . . . . . . . . . . . . . . . . .       ___   ✓
       5)  Do you get short of breath when you lie down, or do you require
           extra pillows when you sleep? . . . . . . . . . . . . . .       ✓    ___
   d.  Prosthetic (artificial) heart valves/joints . . . . . . . . .       ___   ✓
   e.  Allergy . . . . . . . . . . . . . . . . . . . . . . . . . . .       ___   ✓
   f.  Asthma or hay fever . . . . . . . . . . . . . . . . . . . . .       ___   ✓
   g.  Hives or skin rash . . . . . . . . . . . . . . . . . . . . . .      ___   ✓
   h.  Fainting spells or seizures . . . . . . . . . . . . . . . . .       ___   ✓
   i.  Diabetes . . . . . . . . . . . . . . . . . . . . . . . . . . .      ___   ✓
   j.  Hepatitis, jaundice or liver disease . . . . . . . . . . . .        ___   ✓
   k.  Inflammatory rheumatism (painful swollen joints) . . . . . .        ___   ✓
   l.  Stomach ulcers . . . . . . . . . . . . . . . . . . . . . . . .      ✓    ✓
   m.  Kidney trouble . . . . . . . . . . . . . . . . . . . . . . . .      ___   ✓
   n.  Tuberculosis (TB) . . . . . . . . . . . . . . . . . . . . . .       ___   ✓
   o.  Do you have a persistent cough or cough up blood? . . . . . .       ___   ✓
   p.  Venereal disease (Syphilis, Gonorrhea, Venereal Warts, VD) . . . .  ___   ✓
   q.  Other_____
5. Have you tested positive for HIV? . . . . . . . . . . . . . . . .       ___   ✓
6. Do you have a history of IV drug use? . . . . . . . . . . . . . .       ___   ✓
7. Have you had abnormal bleeding associated with previous tooth extractions,
   surgery or trauma? . . . . . . . . . . . . . . . . . . . . . . . .      ___   ✓
   a.  Do you bruise easily? . . . . . . . . . . . . . . . . . . . .       ___   ✓
   b.  Have you ever required a blood transfusion?  Approx. Date_____ . ___  ✓
   c.  If so, explain the circumstances _____

   _____

Inmate Name __William m Hicks__
DC# __664670__           R/S __W/m__
Date of Birth __9/10/63__
Institution __S.F.R.C.__

DENTAL HEALTH QUESTIONNAIRE
DCR-7063  (02/97)

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### DENTAL DIAGNOSIS AND TREATMENT PLAN



| P.S.R. | | |
|---|---|---|
| S¹ | S² | S³ |
| S⁶ | S⁵ | S⁴ |

differd

| Tooth # | Treatment Indicated | Date Completed |
|---|---|---|
| | OHI | 2-24-00 |
| | P FD { P=med } PSR | 9-29-00 |
| | Dental Mech. diet | 2-24-00 |
| #6 | ML TCRM | 3/30-00 |
| #11 | ML TCRM (PFM) | |
| #5 | mod Amalgam | 6/29/00 |
| #7 | ML TCRM | 3/30/00 |
| #7 | DL TCRM | 3/30/00 |
| #20 | moclbamalgam | 2/94/00 |
| #32 | O Amalgam | 9/30/00 |
| #31 | do Amalgam | |
| #1 | mo Amalgam | 4/25/00 |
| | Occlusal splint if pt still wants. | |

| Tooth # | Treatment Indicated | Date Completed |
|---|---|---|
| | | |

| Regional Head & Neck Exam | Normal | Abnormal | Comments |
|---|---|---|---|
| Lips | ✓ | | |
| Tongue | ✓ | | |
| Hard Palate | ✓ | | |
| Soft Palate | ✓ | | |
| Floor of Mouth | ✓ | | |
| Neck/Nodes | ✓ | | |
| Salivary Glands | ✓ | | |
| TMJ | ✓ | | limited jaw opening ? MPP syndrome |
| Pharynx | — | | |

Comments Gen Early Pero. Bone loss

Signature/Stamp of Dentist ___ R. S. FAECHER, DMD  Dental Clinic TomCI    Date 2/24/00

Inmate Name HICKS, William

DC# 110L4670  R/S W/M

Date of Birth 2/24/00  9-19-63

Institution TomCI

Dental Diagnosis and Treatment Plan
DC4-764 (5/95)

```
                              State of Florida                      Printed
    IADR070                Department of Corrections               06/10/1998
    (735)               INITIAL DENTAL VISUAL EXAM
               Exam Date: 06/10/1998 Start Time: 07:42 End Time: 07:45

    Dentist:    LA21 = LARIA-VIOTA, MARIA              DENTIST
    Technician: MC97 = MCALLISTER, MARIE
```

**INMATE NAME: HICKS, WILLIAM M**            **DC#: 0-664670**  Cls.Team: 11
   Received: 06/09/1998    County: BROWARD       Rec.Ctr: S.FLA.RECEPTION CTR.
   Race: WHITE      Sex: MALE    Date of Birth: 09/19/1963  Age: 34
   Height: 6' 01"  Weight: 250 lbs.


**EXISTING CONDITIONS:**
   Teeth                                                    14 __ 16
     Missing:    __ __ 30 29 __ __ __ __ __ __ __ __  19 18 __

   Restorations
     Present:    PORCELAIN FU - 02,03,04,10,11,12,26
             COMPOSITE/TC - 09
             AMALGAM      - 01,05,20,28,31

   Prostheses Present:  NONE                        NONE
   Deposits: NONE
   Gingival Conditions: NORMAL          Masticating Efficiency: GOOD


**REGIONAL HEAD AND NECK EXAM:**
   Lips .......... 	        NORMAL
   Tongue ........ 	        NORMAL
   Hard Palate .... 	        NORMAL
   Soft Palate .... 	        NORMAL
   Floor of Mouth 	            NORMAL
   Neck/Nodes ..... 	        PERFORMED BY MEDICAL AT IPE
   Salivary Glands 	        PERFORMED BY MEDICAL AT IPE
   TMJ ........... 	        PERFORMED BY MEDICAL AT IPE
   Pharynx ........ 	        PERFORMED BY MEDICAL AT IPE


**ASSESSMENT:**
   Extractions
     Indicated: __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

   Restorations              06 07
     Indicated: 32 __ __ __ __    25 24 __ __    20 __ __ __

   **Dental Grade: D3**

   Refer to Oral Surgeon: No

   Treatment Refusal Form Signed: No

                    *** END OF REPORT ***

DEPARTMENT OF CORRECTION

CONSENT FOR TOOTH REMOVAL

When you give permission to have upper and lower teeth or residual roots removed, you should understand what the most common risks and hazards of the operation are:

1.  Bleeding heavy enough to stop the operation.

2.  Injury to adjacent teeth and fillings.

3.  Postoperative infection and/or bleeding requiring additional treatment.

4.  Possibility of a small piece of root being left in the jaw when its removal would require extensive surgery.

5.  Breakage of the jaw.

6.  Postoperative discomfort and swelling which may necessitate several days of recuperation.

7.  Stretching of the corners of the mouth with resulting cracking and bruising.

8.  Injury to the nerve underlying the teeth resulting in numbness of the lip and/or tongue on the operated side. (This does not apply to upper teeth.)

9.  Opening of the sinus (a normal cavity situated above the teeth) requiring additional surgery. (This does not apply to lower teeth.)

The frequency of occurrence of the above complications are different for each item, but infrequent for any of them. Please sign and date this form where indicated. Prior to signing, feel free to consult with attending dentist.

I, the undersigned, a patient in this health care facility, have had explained to me and understand the nature of my condition. I hereby authorize _Dr Fonte_ (and whomever he may designate as his assistants) to administer such treatment as is necessary, and to perform the following care service: _Extraction # 2 Cusp Cas. due root decay_ with the understanding that a replacement tooth/teeth is not guaranteed and will be done at the permanent institution dentist's discretion.

--------------------------------------------------------------------------------
SIGNATURES
Signature/Stamp of Dentist _Fonte_ FRANCISCO FONTE, DDS   Date _9/5/02_
                                        EVERGLADES C.I.
Signature of Patient _William M. Hicks #66670_   Date _Sept 5, 2002_

Signature/Stamp of Witness _Nlarie_   Date _9-5-2002_
--------------------------------------------------------------------------------

Inmate Name _Hicks W._
DC# _664670_        R/S _W/M_
Date of Birth _8/10/63_
Institution _ECI_

CONSENT FOR TOOTH REMOVAL
DC4-763E (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

CONSENT FOR TOOTH REMOVAL

When you give permission to have upper and lower teeth or residual roots removed, you should understand what the most common risks and hazards of the operation are:

1. Bleeding heavy enough to stop the operation.

2. Injury to adjacent teeth and fillings.

3. Postoperative infection and/or bleeding requiring additional treatment.

4. Possibility of a small piece of root being left in the jaw when its removal would require extensive surgery.

5. Breakage of the jaw.

6. Postoperative discomfort and swelling which may necessitate several days of recuperation.

7. Stretching of the corners of the mouth with resulting cracking and bruising.

8. Injury to the nerve underlying the teeth resulting in numbness of the lip and/or tongue on the operated side. (This does not apply to upper teeth.)

9. Opening of the sinus (a normal cavity situated above the teeth) requiring additional surgery. (This does not apply to lower teeth.)

The frequency of occurrence of the above complications are different for each item, but infrequent for any of them. Please sign and date this form where indicated. Prior to signing, feel free to consult with attending dentist.

I, the undersigned, a patient in this health care facility, have had explained to me and understand the nature of my condition. I hereby authorize ___Dr. Fonte.___ (and whomever he may designate as his assist-ants) to administer such treatment as is necessary, and to perform the fol-lowing care service: ___EXT 1. broken Bucal wall___ with the understanding that a replacement tooth/teeth is not guaranteed and will be done at the permanent institution dentist's discretion.

SIGNATURES

FRANCISCO FONTE, DDS

Signature/Stamp of Dentist ___F. Fonte___ EVERGLADES C.I. Date _6/29/00_

Signature of Patient _William M Wilbin_ Date _6/29/00_

Signature/Stamp of Witness _Edgar R. Rey_ Date _6/29/00_

Inmate Name _Hicks William_
DC# _664670_      R/S _W/M_
Date of Birth _9-10-63_
Institution _ECI_

CONSENT FOR TOOTH REMOVAL
DC4-763E (02/92)

### STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

## AFFIDAVIT OF REFUSAL FOR HEALTH SERVICES
### STATEMENT OF REFUSAL

*I, the undersigned, have had explained to me and understand the nature of my condition, the necessity for the following health care service* S. EX TRACTA #17 *_____, its advantages and possible complications, if any, as well as other possible alternative modes of treatment. I acknowledge that I have been informed of the risk involved in my not consenting for the above-named health care service and understand that should I refuse in this case, I relieve the attending physician, this health care facility and its administration, and the Department of Corrections from any responsibility with regard to any and all subsequent disability and/or ill effects which may result from this health care service not being performed. I hereby certify that I have read and fully understand the above Affidavit of Refusal for Health Care Services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as other possible alternative modes of treatment, which were explained to me by* D. Fonte *_____.*

**ACCORDINGLY, I DO NOT CONSENT TO THE HEALTH CARE SERVICE DESCRIBED ABOVE.**
### CERTIFICATION

*I hereby certify that I have personally explained the contemplated health care service as well as the risk in its not being performed to the undersigned patient.*

FRANCISCO FONTE, DDS
EVERGLADES C.I.

_____                                    2/4/02  11²⁵
Health Care Provider's Signature/Name Stamp                        Date/Time

William M Hicks        TANIA GALLO                                  2-4-02
Signature of Patient/Inmate    DENTAL HYGIENIST                     Date/Time
                               EVERGLADES CI                        2-4-02  11:2
_____
Signature of Witness/Name Stamp                                    Date

_____
Signature of Witness/Name Stamp                                    Date

Reason given by inmate for his refusal:_____

_____

List of possible health consequences discussed with inmate: At present five tooth absent bother me.

List of alternative treatment if appropriate: If pain/swelling use S/C

REVIEWED BY: _____          _____
                Signature of Physician/Name Stamp              Date

Inmate Name Hicks, William
DC# 664670  R/S W/M
Date of Birth 9-10-63
Institution E.C.I.
AFFIDAVIT OF REFUSAL FOR HEALTH CARE SERVICES

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

## AUTHORIZATION AND CONSENT FOR DENTAL SURGERY

This authorization and consent for surgery is given to Dr. _Jackson Sullivan, DDS_
_UFCD Dept. of_ _____, herein after
referred to as Doctor, after having first had a full explanation of the proposed surgery, alternatives,
_Endodontics at HRMC_
and risks.

1. Doctor has explained, subsequent to an examination of my dental condition for which I sought
   surgery, that his/her diagnosis, based on the information gained in the examination, is _____
   _Chronic Apical Periodontitis due to possible missed canal  # 11_.

2. Doctor has advised me that in his/her own opinion the following surgery is indicated:
   _Apical Surgery  # 10, #11 Area_.

3. Doctor has advised me that in his/her own opinion the consequences of not treating this
   condition include, but are not necessarily limited to: _Continued infection, Resorption_
   _of Roots & Bone_.

4. Doctor has advised me of the benefits, alternatives and risks.

5. Doctor has advised me that there are certain risks and potential consequences of any treatment
   plan or procedure and that in this case, the risks for surgery as outlined in no. 2 above would
   include but are not necessarily limited to: _Continued infection, Possible loss of_
   _One or both teeth, Gum recession_.

6. I understand that by the very nature of the proposed surgery and the uniqueness of myself as an
   individual that no one can predict the certainty of any outcomes or successes, and that even in
   the event of surgery, my condition could worsen.

7. I understand that no guarantee or assurance has been given to me that the proposed surgery, or
   alternatives, if any, would fully satisfy my expectations. I believe that it is in my own interests
   to proceed with the proposed surgery.

8. I have had ample opportunity to ask any questions about the proposed surgery, alternatives, and
   risks. All questions that I have asked have been fully answered to my satisfaction.

9. I also understand that because of the nature of the proposed surgery, the Doctor has advised me
   that I should be responsible for postoperative care as indicated after surgery and I agree to
   abide by this professional judgment. I realize that my failure to properly care for my oral
   health subsequent to the procedure may lead to the failure of the surgery.

*Continued on Reverse Side*

Inmate Name _Hicks  William_
DC# _664670_     R/S _W/M_
Date of Birth _9-10-63_
Institution _Tomoka C.I_

AUTHORIZATION AND CONSENT FOR DENTAL SURGERY
DC4-762 (7/96)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## AFFIDAVIT OF REFUSAL FOR HEALTH SERVICES

### STATEMENT OF REFUSAL

*I, the undersigned, have had explained to me and understand the nature of my condition, the necessity for the following health care service* _Dental Machanical Diet_ *, its advantages and possible complications, if any, as well as other possible alternative modes of treatment. I acknowledge that I have been informed of the risk involved in my not consenting for the above-named health care service and understand that should I refuse in this case, I relieve the attending physician, this health care facility and its administration, and the Department of Corrections from any responsibility with regard to any and all subsequent disability and/or ill effects which may result from this health care service not being performed. I hereby certify that I have read and fully understand the above Affidavit of Refusal for Health Care Services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as other possible alternative modes of treatment, which were explained to me by:*

_____

ACCORDINGLY, I DO NOT CONSENT TO THE HEALTH CARE SERVICE DESCRIBED ABOVE.

### CERTIFICATION

*I hereby certify that I have personally explained the contemplated health care service as well as the risk in its not being performed to the undersigned patient.*

R. C. FLETCHER, DMD
_____                    _3/29/00  1427_
Health Care Provider's Signature/Name Stamp                Date/Time

_William M Hicks_                                          _3/29/00  2:27pm_
Signature of Patient/Inmate                                Date/Time
                          V. A. MITCHELL, CDA
_____   TOMOKA C. I.     _3/29/00_
Signature of Witness/Name Stamp                            Date

_____                   _____
Signature of Witness/Name Stamp                            Date

Reason given by inmate for refusal: _non compliant - soft food/diet doesn't comply with dental issues_
List of possible health consequences discussed with inmate: _continuation of symptoms related to maxofacial pain_
List of alternative treatment if appropriate: _None_
_____
_____

REVIEWED BY: _____
            Signature of Physician/Name Stamp                    Date

Inmate Name _Hicks, William_
DC# _664670_          R/S _w/m_
Date of Birth _9/19/63_
Institution _Tomoka CI_
AFFIDAVIT OF REFUSAL FOR HEALTH CARE SERVICES
DC4-711A (8/96)

## STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

## AFFIDAVIT OF REFUSAL FOR HEALTH SERVICES
### STATEMENT OF REFUSAL

*I, the undersigned, have had explained to me and understand the nature of my condition, the necessity for the following health care service* Dental Examination / Treatment Plan / Post-op Evaluation, *its advantages and possible complications, if any, as well as other possible alternative modes of treatment. I acknowledge that I have been informed of the risk involved in my not consenting for the above-named health care service and understand that should I refuse in this case, I relieve the attending physician, this health care facility and its administration, and the Department of Corrections from any responsibility with regard to any and all subsequent disability and/or ill effects which may result from this health care service not being performed. I hereby certify that I have read and fully understand the above Affidavit of Refusal for Health Care Services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as other possible alternative modes of treatment, which were explained to me by:*

**ACCORDINGLY, I DO NOT CONSENT TO THE HEALTH CARE SERVICE DESCRIBED ABOVE.**

## CERTIFICATION

*I hereby certify that I have personally explained the contemplated health care service as well as the risk in its not being performed to the undersigned patient.*

R/S FALCHETTI
Dental Clinic
TomCI

| Health Care Provider's Signature/Name Stamp | Date/Time 12/21/98 |

X William M Hicks | Date/Time 12-21-98

Signature of Patient/Inmate

| Signature of Witness/Name Stamp | Date |

| Signature of Witness/Name Stamp | Date |

Reason given by inmate for refusal: Not comfortable w/ dental

List of possible health consequences discussed with inmate: Undetected pathology decay, cancer, abscess, periodontal diseas

List of alternative treatment if appropriate: _____

REVIEWED BY: _____

Signature of Physician/Name Stamp | Date

Inmate Name Hicks, William
DC# 664690    R/S W/M
Date of Birth _____
Institution TOM CI

AFFIDAVIT OF REFUSAL FOR HEALTH CARE SERVICES
DC4-711A (8/96)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

## AFFIDAVIT OF REFUSAL FOR HEALTH SERVICES

### STATEMENT OF REFUSAL

*I, the undersigned, have had explained to me and understand the nature of my condition, the necessity for the following health care service* Future Trips to NFRC For TMJ *, its advantages and possible complications, if any, as well as other possible alternative modes of treatment. I acknowledge that I have been informed of the risk involved in my not consenting for the above-named health care service and understand that should I refuse in this case, I relieve the attending physician, this health care facility and its administration, and the Department of Corrections from any responsibility with regard to any and all subsequent disability and/or ill effects which may result from this health care service not being performed. I hereby certify that I have read and fully understand the above Affidavit of Refusal for Health Care Services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as other possible alternative modes of treatment, which were explained to me by:* P. Ackerson

**ACCORDINGLY, I DO NOT CONSENT TO THE HEALTH CARE SERVICE DESCRIBED ABOVE.**

### CERTIFICATION

*I hereby certify that I have personally explained the contemplated health care service as well as the risk in its not being performed to the undersigned patient.*

R. S. FAECHER, DMD
Dental Clinic

| | |
|---|---|
| Health Care Provider's Signature/Name Stamp | 5/14/99  0905  Date/Time |
| William M Hicks Signature of Patient/Inmate | 5/14/99  9:05a  Date/Time |
| P. Ackerson Signature of Witness/Name Stamp | 5-14-99  Date |
| Signature of Witness/Name Stamp | Date |

Reason given by inmate for refusal: Not getting help & Trips waste moneys

List of possible health consequences discussed with inmate: Pain, swelling, Further problems related to TmJ function.

List of alternative treatment if appropriate: n/A

REVIEWED BY: _____    _____
Signature of Physician/Name Stamp                Date

Inmate Name Hicks, William
DC# 664670    R/S w/m
Date of Birth 9-19-63
Institution TomCI

AFFIDAVIT OF REFUSAL FOR HEALTH CARE SERVICES
DC4-711A (8/96)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## DIETARY PRESCR

ATTACH LAST REPOR

WITH TOP AT

---

FLORIDA DEPARTMENT OF CORRECTIONS
DIET PRESCRIPTION/ORDER                DATE 11/04/98

PHYSICIANS ARE TO PLACE A CHECK MARK AND SIGN INITIALS BESIDE THE
APPROPRIATE DIET:

DIETS:
Clear Liquid Diet _____          *1500 Calorie Regulated Diet _____

Cold Liquid Diet _____           *1800 Calorie Regulated Diet _____

Full Liquid Diet _____           *2200 Calorie Regulated Diet _____

Puree Diet _____                 *2400 Calorie Regulated Diet _____

Mechanical Dental Diet _____     *2800 Calorie Regulated Diet _____

Low Residue/Lactose                      3600 Calorie Regulated Diet
Restricted Diet _____            (w/six small feedings) _____

Fat Intolerance Diet _____       4000 Calorie Regulated Diet
                                         (w/six small feedings) _____

CSU (Suicide Precaution) Diet _____    Prenatal Diet _____

Predialysis Diet (60gm PRO,              Dialysis Diet (100gm PRO,
  2.0gm Na+, 2.0 - 2.5 gm K)             2.0gm Na+, 2.0-2.5gm K)

*These diets contain <250 mg of Cholesterol and <2000 mg of sodium.

PATIENT TO STAY ON PRESCRIBED DIET FROM 11/1/98 TO 12/1/98
OBSERVATIONS

DOCTOR: _____                    R. S. FAECHER, DMD
         (signature and stamp)           Dental Clinic
                                         TomCI
Inmate Name  HICKS, William
DC#  064679                   R/S  Wm
Date of Birth
Institution

Diet Prescription/Order    DISTRIBUTION:  White-Food Service  Canary-Inmate  Pink-Medical Record
DC 4-728 (9/94)

---

FLORIDA DEPARTMENT OF CORRECTIONS
DIET PRESCRIPTION/ORDER                DATE 11-2-98

PHYSICIANS ARE TO PLACE A CHECK MARK AND SIGN INITIALS BESIDE THE
APPROPRIATE DIET:

DIETS:
Clear Liquid Diet _____          *1500 Calorie Regulated Diet _____

Cold Liquid Diet _____           *1800 Calorie Regulated Diet _____

Full Liquid Diet _____           *2200 Calorie Regulated Diet _____

Puree Diet _____                 *2400 Calorie Regulated Diet _____

Mechanical Dental Diet  X                *2800 Calorie Regulated Diet _____

Low Residue/Lactose                      3600 Calorie Regulated Diet
Restricted Diet _____            (w/six small feedings) _____

Fat Intolerance Diet _____       4000 Calorie Regulated Diet
                                         (w/six small feedings) _____

CSU (Suicide Precaution) Diet _____    Prenatal Diet _____

Predialysis Diet (60gm PRO,              Dialysis Diet (100gm PRO,
  2.0gm Na+, 2.0 - 2.5 gm K)             2.0gm Na+, 2.0-2.5gm K)

*These diets contain <250 mg of Cholesterol and <2000 mg of sodium.

PATIENT TO STAY ON PRESCRIBED DIET FROM 11-2-98 TO 12
OBSERVATIONS

DOCTOR: _____
         (signature and stamp)

Inmate Name  Hicks, William
DC#  064670    9-19-63      R/S  Wm
Date of Birth
Institution  TomCI

Diet Prescription/Order    DISTRIBUTION:  White-Food Service  Canary-Inmate  Pink-Medical Record
DC4-728 (9/94)

Reference:  HSB 15.02.09

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 09/25/03 · cont'd 0730 0800 | #5 fx F cusp, repair with FWJI II GIC. smoothed ~~wgnewton~~ WILLIAM G. NEWTON, DDS SENIOR DENTIST LAKE CI |
| 10/31/03 | TRANS/EOS ✓ *LCallejas* FROM LAKE CI LIDEYSA CALLEJAS DENTAL ASSISTANT LAKE CI |
| | RECEIVED AT L.C.I. ON 12/1/03 AND DENTAL RECORD REVIEWED DENTAL ORIENTATION WITH OHI LIDEYSA CALLEJAS DENTAL ASSISTANT LAKE CI |
| RECEIVED DENTAL DEC 2 9 2003 LAKE C.I. | INMATE DENTAL REQUEST RECEIVED DEC 2 9 ANSD DAVID BROWN DENTAL ASSISTANT LAKE CI *David Brown* |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Inmate Name _Hicks, William_
DC# _664670_     Race/Sex _W/M_
Date of Birth _09/10/63_
Institution _LAKE CORRECTIONAL INSTITUTION_

*This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Health Services Administration*

DC4-724 (Revised 5/00)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 11/22/02 9:10 9:30 | DSSC / Relit / Listerine Rinse ⊕ ⊘ Okay Crown came out from #4 ⊕ ⊘ Seen missing crown #4. ⊕ PA taken, Exam shows a weaker crown prep, broken under gum line w/ poor prognosis, pt is advised, he wants to cement back taking risks. ⓟ Cemented w/ FUJI I ⓔ about flossing w/ care.  _____ FRANCISCO FONTE, DDS EVERGLADES C.I. |
| RECEIVED DENTAL DEC 30 LAKE C.I. | RECEIVED AT LCI ON 12/30/02 AND DENTAL RECORD REVIEWED DENTAL ORIENTATION WITH OHI   D3  WILLIAM G. NEWTON, DDS SENIOR DENTIST LAKE CI |
| 08/04/03 0845 | DSSC, HxR  cc  LL filling came out. HPI - 3 days  PAX #20 Dx: Def rex #20 Am   Tx: Resched for replace. def res  _____ WILLIAM G. NEWTON, DDS SENIOR DENTIST LAKE CI |
| 08/14/03 0930 0940 | DS, PREMED Rx. AMOXYCILLIN for 08/12/03 APPT. Rx. AMOXYCILLIN 500 mg x 6 tabs  4 tabs 1 hr before appt 2 tabs 4 hrs after appt  _____ WILLIAM G. NEWTON, DDS SENIOR DENTIST LAKE CI |
| 08/12/03 1035- 1120 | DS, HxR  PREMEDs Taken as directed.  OPER APPT, Listerine Rinse. TOP + LOC ANES (NEEDL) 2% LIDO 1:100 K epi, 1.8 cc.  #20 def res, prep, B (Limelite) miracle mix MOD   #28 distal, no prep, . FD. FUJI II Glass Ionomer,  _____ WILLIAM G. NEWTON, DDS SENIOR DENTIST LAKE CI |
| 09/25/03 0740 0750 | DSOT, HxR  Listerine Rinse  check R TMJ, for consult with CFRC to evaluate for TR Pt referred by DR.TA.  _____ WILLIAM G. NEWTON, DDS SENIOR DENTIST LAKE CI |

Inmate Name **Hicks William**
DC# **664670**  Race/Sex **W/m**
Date of Birth **9-10-63**
Institution **Lake CI**

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Health Services Administration

DC4-724 (Revised 5/00)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 5-2-02 | Inmate request received 5-1-02<br>Inmate request answered 5-9-02<br>Disposition, request answered.<br>Erga Perez<br>Dental Assistant<br>EVERGLADES C.I. |
| 5.14.02 | Inmate request received 5-1...<br>Inmate request answered 5-15-02<br>Disposition, request answered<br>Erga Perez<br>Dental Assistant<br>EVERGLADES C.I. |
| 7/9/02 | Inmate request received and answered.<br>FRANCISCO FONTE, DDS<br>EVERGLADES C.I. |
| 8/29/02<br>930 950 | DSSC / RMH / Histoire rime<br>③ My crown come out ⓒ Points at # 2 ④ 1 PA taken.<br>Exam shows # 2 ca PFM crown came out, see lack<br>of support on distal wall, gum growing on distal<br>surface, shown to pt w/ face mirror. Dryied w/<br>cotton pellet, placed dryel, cleaned crown and<br>cemented w/ FOT12. Pt is aware of the<br>condition of this tooth.<br>No invasive procedure, no px and used<br>FRANCISCO FONTE, DDS<br>EVERGLADES C.I. |
| 9/5/02<br>4⁰⁰-11⁰⁰ | DSSC / RMH / Histoire rime<br>③ "Tooth is bothering me I don't it out." Premed w/ 2gr<br>Amox; Is the same tooth # 2. w/ deep decay in D. ⑦ esthetic<br>#2 x-ray, med 1 cop P.R. Flexiest used # 2 extraction done PO2 given<br>consent was signed<br>FRANCISCO FONTE, DDS<br>EVERGLADES C.I. |

Inmate Name  Hicks  William
DC#  664670.    Race/Sex  w/m
Date of Birth    9-10-63
Institution  ECI

This form is not to be amended, revised, or altered
without approval of the Deputy Director of Health
Health Services Administration

DC4-724 (Revised 5/00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 2/19/02 845 | Request reviewed & answered. No medical necessity found for referral. *[signature]* FRANCISCO FONTE, DDS EVERGLADES C.I. |
| 2/21/02 | Informal grievance received & answered. You haven't send out ~~the~~ due us medical necessity *[signature]* FRANCISCO FONTE, DDS EVERGLADES C.I. |
| 3/28/02 0945 | RMC Note: Chart & I/M Request Review & discussion with Dentist Fonte, & P.A. Leiva. No significant findings in prior examinations & diagnostic work-ups including X-rays & C.T. scanning of (R) side face/jaw. Apparently, anecdotal information from the patient indicated relating he is in lawsuit with the Medical Service where initial zygoma fx. occurred in jail. There is some question/concern by dentist as to reliability of patient's recounting inability to open jaw when it is examined for this problem. Since dental exam & work on teeth was accomplished on 02-04-02 when the focus was care of teeth __ of jaw mobility. Rest of symptoms are fairly __ & hard physical findings. P: Bring patient into a closely observed environment for 24 to 72° to focus upon ADL's specific to TMJ & other related complaints r: limited ROM, constant pain, problems eating, etc. & see if we can better assess the causes or impairments or both the patient lists. __ LINDA S. FINKELSTEIN, RN REGIONAL NURSE SPECIALIST |
| 4/29/02 935 950 | DSSC/med/Referral seen. ⑤ "I broke a piece of tooth eating" ⓞ Points ot # 31 ⓐ #1 broken, exam shows __ __ __ chipping ⓟ Smooth, polished |

FRANCISCO FONTE, DDS *[signature]*
EVERGLADES C.I.

Inmate Name __Hicks William__
DC# __664670__  R/S __WLM__
Date of Birth __9-10-63__
Institution __ECI__

DENTAL TREATMENT RECORD
DC4-724 (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 10/23/01 1500 | Inc. Note. We got back the answers from Wexford about referral. Suggesting be treated w/ NSAID's. this tx already done. Rx for facial bone x-rays. mostly (R) zygomatic Arch & TMJ  _FFonte_  FRANCISCO FONTE, DDS EVERGLADES C.I. |
| 11/1/01 800 | Inc. Note. " Results of x-rays: "There is no evidence of fx or dislocation. No blastic or lytic lesions are noted. No soft tissue calcifications are seen". Impression: Normal study. Signed by Roberto Rivera M.D.  _FFonte_  Board Certified Radiologist After this results I'll present them to Dr Glass M.D, CHO. to evaluate this case.  _FFonte_  FRANCISCO FONTE, DDS EVERGLADES C.I. |
| 11/5/01 850 1010 | Prescribed  2gr  Amoxic.  DS. NTQ Listerine Rinse PPD control hard scale polished Fluoride Oili  _FFonte_  TANIA GALLO DENTAL HYGIENIST EVERGLADES C.I.  FRANCISCO FONTE, DDS EVERGLADES C.I. |
| 01-03-02 | dental record reviewed & updated dental grade ... (D1)  NORKIS LOPEZ DENTAL ASSISTANT EVERGLADES CI |
| 2-4-02 10:50-11:20 | DS. NTQ  Prescribed  2% Anix 1 H 27 long needle, 2 carp. 2% NTQ 1:100,000 used 1  5 cc # 31 cav prep, lycal, complete. Amalg advised placed signed refusal form DC4-711A for extraction # 17 FRANCISCO FONTE, DDS  _FFonte_  EVERGLADES C.I. |

Inmate Name _Williams, Hicks_
DC# _66 46 70_   R/S _w/m_
Date of Birth _9/10/63_
Institution _ECI_

DENTAL TREATMENT RECORD
DC4-724  (02/92)

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 8/9/01 10-10²⁵ | Ds/DMH, Interim Nurse, spoke to pat. about availability of fabricating him a nightguard, as a palliative, tx for his TMJ. Q had already consult. E M. Sivilla (CHO) on tx. mode and he agreed nightguard would be beneficial. The pat. said not interested in the nightguard. Told would them need to sign refusal form. he then changed his mind & said to place him on the call out for comprehensive tx. plan. He also inquired about the meds prescribed to him, which he hadn't received them. Q told him to come back after 1 pm so Q can see about the meds. ALFREDO PAIROT DENTAL DIRECTOR EVERGLADES CI |
| 8/9/01 3 pm | Inc. Note. found out from Marlene at pharmacy meds are M. pat. went to get there, was told to come back tomorrow at 1 pm. Even though Q was told to tell the pat. to go pick it up. Now pat. upset asked for the name of the company which was given to him and he left. Q spoke to Dr. Sivilla (CHO) about the scope of what [illegible]. ALFREDO PAIROT DENTAL DIRECTOR EVERGLADES CI |
| 10-1-01 | INMATE RECEIVED AT EVERGLADES C.I. DENTAL RECORD REVIEWED   DENTAL ORIENTATION ACCESS TO DENTAL AND DENTAL SICK CALL ORAL HYGIENE INSTRUCTIONS   Erga Perez Dental Assistant EVERGLADES C.I. |
| 10/19/0 14⁰⁰ 15⁰⁰ | DS/RxQ Histicine[?] since. X Rays taken. Tx plan prepared. I/m states that area of TMJ (R) hurts, and radiates pain to zygomatic arc. and infra orbit. Hx fracture and tx. Slight inflammation on R. TMJ. Referral to O.S. Limited opening popping at op. close ms. [signature] FRANCISCO FONTE, DDS EVERGLADES C.I. |

Inmate Name _Williams, Hicks,_
DC# _66 4670_    R/S _W/M_
Date of Birth _9/10/63_
Institution _Everglades C.I._

DENTAL TREATMENT RECORD
DC4-724  (02/92)

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 6/20/00 9:00 am | DS / Pen Ø / Listerine rinse. Premed 4 Amoxicillin 500mg (Premed) |
| 10:00 AM | 1 sheet 27 needle 2 carp Lid Ø/o 1% xook |
| #11 10:50 | #1 extraction done c/o complication. Consent as signed. Post op Instr given. |
| | #2 mod car prep, etch, composite, analg placed. |
| | FRANCISCO FONTE, DD EVERGLADES C.I. |
| 9-29-00 13:30 15:00 | DS RDG Pic sed 4 Amoxicillin 500 mg. O/D cavitron hand scale, polisher & Fluoride OHI TANIA GALLO DENTAL HYGIENIST EVERGLADES CI  FRANCISCO FONTE, DDS EVERGLADES C.I. |
| 9/30/00 1300 13300 | DS. Listerine rinse. pt with Hx of Heart Murmur - no invasive procedure. - Ocl Rest #32. No anesthetic necessary - removed all IRM and all decay. placed copalite and Dispersalloy Ocl rmstg. pt advise of possible Ext #32. Navarrete DDS  C.J. Gaverrete D.D.S.  ECI Miami FL |
| 2/24/01 | DS. Listerine rinse. - Comp. rest. TPH. A.35. No bone. No anesthetic necessary. tooth #20 Repair MVD rmstg. OB Comp. Tooth #21. F. Comp. Toothbrush abrasion. - advise to change his toothbrushing tech. - N.V. pt need to be pre Med. Surg. Ext #17. Navarrete DDS  C.J. Gaverrete D.D.S.  ECI Miami FL |
| 7/16/01 | DS / RMH, Listerine Rinse, Spoke to pat. about hist. involving TMJ right side. will have follow up c CHO. to see if needs any other tx. op ALFREDO PARDO///// DENTAL DIRECTOR EVERGLADES CI out 25 mm. Note: pat add amount in get he has been getting along fine with eating and speech. Ø don't see going thru any form of tx at this time since the initial injury happen. Will will have him followed up c CHO ALFREDO PARDO DENTAL DIRECTOR EVERGLADES CI |

Inmate Name _William Hicills_
DC# _664678_   R/S _W/M_
Date of Birth _9-10-63_
Institution _E.C.I._

DENTAL TREATMENT RECORD
DC4-724  (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 5-18-00 10:00A | NFRC M/U Dental Clinic<br>Incidental Note:    SICK CALL    MED HX- MVP<br>CC- PT REPORTS PART OF FILLING FELL OUT UPPER RIGHT SIDE & IS SOMEWHAT SENSITIVE ESPECIALLY TO COLD.    ORAL EXAM REVEALS TOOTH #1 - c̄ EXISTING AMALGAM c̄ MISSING DB CUSP. (CUSP APPEARS TO HAVE FX OFF BELOW GUMLINE) RESTORATION OF #1 AMALGAM WAS JUST PLACED ON 4-25-00.  ADVISED PT THAT I CAN ONLY PLACE A TEMPORARY RESTORATION, BUT THAT A PERMANENT FILLING CAN BE PLACED AT HIS PERMANENT CAMP. PT ELECTS TO WAIT TIL A PERMANENT RESTORATION CAN BE PLACED.<br>　　　　　　　　　　　　　　Kimra Hall, DMD<br>　　　　　　　　　　　　　　NFRC-M/U　　　KHall DMD |
| 5/19/00 11:00 | NFRC M/U Dental Clinic<br>Incidental Note:  Negative NK9 examination of the Ⓡ TMJ.<br>　　　　　　　　　　　　　PARKER R. ALLIA DDS<br>　　　　　　　　　　　　　NFRC |
| 6-9-00 | → INMATE RECEIVED AT EVERGLADES C.I.　　NORKIS LOPEZ<br>　　DENTAL RECORD REVIEWED　　DENTAL ASSISTANT<br>　　　　　　　　　　　　　　　　EVERGLADES CI |
| 6/20/00 11:45-12:05 | DS/RN Ⓡ Histerica nurse<br>Pt scheduled to follow him up update his tx<br>Pt still suffer discomfort in this right side.<br>His tooth #1 is broken again and this time MB cuspid. Under gum line. Advice to have it extracted and he agrees also he states #28 bothers him. Advice a sedative fillings to was Advice to show up earliest on possible when call out to be processed.<br>　　　　　　　　　　　　FRANCISCO FONTE, DDS<br>　　　　　　　　　　　　EVERGLADES C.I. |

0-664670 TM 20 05/02/2000
Inmate
DC#    HICKS, WILLIAM
Date
Instit  W/M DOB 09/10/1963 (36) SS

DENTAL TREATMENT RECORD
DC4-724  (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

_(premed)_

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 4/06/00 0845 | DSSC, HXR, copay waived.  1 BW + 1PA xrays (S) Pt presents with mild tooth ake localized to UR @ identifies teeth # 1 (O) Clinical exam confirms (m) decay teeth #1 (A) Reversible pulpitis tooth # 1 (P) Reappoint for permnnt fill w/i 2 weeks.      _S. FAECHER, DMD_  Dental Clinic  TomCI |
| | NV (1) comp care (fill) (3) comp care (PFO) c̄ premed (3) post op after NFRC consult. |
| 4/12/00 1120 | NFRC M/U Dental Clinic Incidental Note: _facial xrays facial bones, mandible ... Studs ... MCP @ TMJ ... TMJ face – Clinically ... Recommend extract #17 ... ...._      PARKER T. ALLIS, D.D.S.  NFRC HOSPITAL |
| 4/13/00 1315 | Pt was called out as a follow-up to NFRC consult yesterday. Pt is in no apparent discomfort and is scheduled to return to NFRC for MRI studies of ℗ TMJ/Face. Pt is presently on comp care list at Tom. CI and will be seen for routine dental care. NV comp care list for fills, PFO (premed). Reevaluate tooth #17 for possible extraction per Dr. Allis.      _S. FAECHER, DMD_  Dental Clinic  TomCI |
| 4/25/00 | Comp. Care: Pt. reports #1 giving him discomfort and a food trap. ℗ lido 2% c̄ 1/10⁵ epi. # 1 anneal. MOi– pt. advised as to post op. sensitivity to temp. ℗ _M. TUCKER, DMD  DENTAL CLINIC  TOMOKA CI_ No need for pre-med – Non gingival. |

Inmate Name  Hicks William
DC# 669670    R/S W/M
Date of Birth  4/16/63
Institution  TomCI

DENTAL TREATMENT RECORD
DC#-724 (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Poomed)

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 3/29/00 1430 | Call set for follow-up of 3/16/00 visit related to chronic pain of MPP. H2R, pt reports no improvement following placement of soft food mechanical dental diet and analgesics. Pt finds placement on diet to be stressful and wishes to refuse it. Had pt sign DC4-711A form. Pt wants to go on long-term marion but is uncompliant regarding diet. Spoke with Dr Allis NFRC - oral surgeon concerning this pt's hx and noncompliance. Dr Allis was in favor of seeing this pt for MRZ studies to help palliate pt's preoccupation with his condition. OS consult form will be generated. R. S. FAECHER DMD Dental Clinic TomCI |
| 3/30/00 1015 | DSSC, #4⁰⁰spay H2R, pt presents c̄ multiple complaints today mainly concerning pain x days localized to tooth #7. Clinical exam reveals carious teeth #6, 7 previously treatment planned for fills, pulp tested tooth #7 (vital) and teeth #'s 8, 9 (Non vital) ∅ percussion ∅ perpalpn ∅ motility ∅ PA pathlgy. No hard metabolic signs to patient at his request. Cavity preparation, no local required Tooth #7 - ML TCRM (shade D64) (med in lung) Tooth #7 - DL TCRM (med in decay) (occlusion checked) Tooth #6 - ML TCRM (small decay) PIG Pt signed OS consult for MRZ studies TMJ/facial bone area. NV ① Post op when pt returns from NFRC ② PFO under antibiotic prophylaxis R. S. FAECHER, DMD Dental Clinic TomCI |
| 4/03/00 0830 | INMATE REQUEST RECEIVED 4/03/00 AND ANSWERED  pt sent a copy of a letter from Barbara Hamm Lyons, HSA, BSO dated 7/02 [AG regarding] Grievance (copy placed in chart behind request) Purpose of his request for informative purposes. R. S. FAECHER, DMD Dental Clinic TomCI |

Inmate Name _Williams Hicks_
DC# _646670_   R/S _w/m_
Date of Birth _9/16/63_
Institution _TomCI_

DENTAL TREATMENT RECORD
DC4-724 (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

MVP - promed

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 3/14/00 0500 | INMATE REQUEST RECEIVED & ANSWERED    3/15/00    V. A. MITCHELL, CDA <br> TOMOKA DENTAL CLINIC    TOMOKA C. I. |
| 3/15/00 0830 | INMATE REQUEST RECEIVED & ANSWERED    3/15/00    V. A. MITCHELL, CDA <br> TOMOKA DENTAL CLINIC    TOMOKA C. I. <br> apt. sch. for 3/16/00 |
| 3/16/00 1014 | (S) DS pt. called out today due to request sent 3/14/00 & 3/15/00. Spoke with the Dr. regarding his past injury to his jaw before his entering DOC. He appears to feel he should have had further treatment and is seeking some results from DOC. He has agreed to stay on the soft food diet and feels he needs a pain reliever to help him. Dr. explain to pt. D.O.C has done all we can do at this point, maintaining comfort for pt. is all we can do now. Pt. informed us he has a lawsuit pending on this issue of jaw & facial fractures. HQR |
|  | (O) Clinical exam, pt. has limited mouth opening, Ø swelling, Ø sign of infection Ø acute injuries, Ø other abnormalities related to his cc of (L) facial pain (complains now) |
|  | (A) Myofacial Pain Disorder |
|  | (P) Will continue palliative treatment as recommended by Dr. Howlett UFCD Dent of OS at NFRC per his 10/20/98 incidental note and Dr. Bookmyer OS NFRC m/u Dental clinic incidental entry 5/11/99. <br> Rx Motrin 800mg 12 tabs TIN PRN pain c̄ food <br> Continue dental mechanical diet thru end of month and reevaluate continue diet <br> Continue comprehensive dental care including occlusal splint Tx. <br> MV Call at 3/29/— |
|  | R. S. FAECHER, DMD <br> Dental Clinic <br> Tomoka |

Inmate Name William Hicks
DC# 664670    R/S W/M
Date of Birth 9/10/63
Institution Tom CI

DENTAL TREATMENT RECORD
DC4-724  (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 2/24/00 1600 | HgR TREATMENT PLAN / EXAM: Pt given mechanical dental diet for 1 month 2/24/00 - 3/24/00<br>4 BWX 14 PAX<br>_____ until ____ (illegible)<br>OHI GIVEN<br>NEXT APPOINTMENT FOR: PRO/PSR with PREMED<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |
| 3/2/00 | INMATE REQUEST RECEIVED AND ANSWERED    3/2/00<br><br>V. A. MITCHELL CDA<br>TOMOKA C.I.<br>DS pt. called out to discuss with the Dr. his complaint regarding mechanical Dental diet. Pt. dose not believe he is getting the food he is suppose to. He said his food is not cut up, and he is getting the same food has everyone else. He was given the option to go off the diet, but it was not advised to him to do so. Mrs. Mitchell call to food service + spoke to Arundel. She informs dental that the diet is the same as others, but the food is cut up or cooked & prepared so that less chewing is involved, but some chewing is necessary. She explained that a puree diet is available. She also explained that there has been a staff problem that may have contributed to the pt. getting the wrong food tray. This information has be gathered & pt will be seen again 3/3/00.<br>A. MITCHELL, C<br>TOMOKA C. I. |
| 3/3/00 | DS pt. was spoken to today, discussed with him his diet and how he should report to the officers in the cafeteria to insure he is getting the proper diet. Pt. will be seen again 3/29/00 to review diet with Dr. again. |

Inmate Name  Hicks William
DC# 664650    R/S W/M
Date of Birth  4/1963
Institution  TCI

DENTAL TREATMENT RECORD
DC# 734 (02/92)

**FLORIDA
DEPARTMENT of
CORRECTIONS**

Governor
**JEB BUSH**

Secretary
**MICHAEL W. MOORE**

*An Affirmative Action/Equal Opportunity Employer*

2601 Blair Stone Road • Tallahassee, FL 32399-2500                    http://www.dc.state.fl.us

May 18, 1999

William Hicks, DC# 664670
Tomoka CI
3950 Tiger Bay Road
Daytona Beach, FL 32124

Dear Mr. Hicks:

Your letter of May 7, 1999 was received at this office. In your letter you expressed many concerns and at times it was difficult to decipher exactly what your complaint was.

Please be advised that this office has looked into your situation by reviewing the records that were available. As related to your dental treatment, you were seen on 5/14/99 for a post-operative visit and you were given oral hygiene instructions. In addition, you were seen on 5/11/99 where you were evaluated for TMJ and x-rays were performed. Your treatment has been appropriate for the condition you are experiencing. If you have other issues that are not related to medical, you can ask to see the Inspector at your facility. To ensure your concerns are properly noted, by copy of this response to your, I will forward a copy of your letter to the Dental staff as well as the Chief Health Officer at your facility.

In the future please attempt to resolve your concerns at the institutional level and/or pursue the grievance process in accordance with Chapter 33-29 DC Rules.

Sincerely,

Emile L. Baudoin d'Ajoux
Impaired Inmate Services Coordinator

EBA/jw

c    Chief Health Officer, Tomoka CI
     Senior Dentist, Tomoka CI
     Inmate File, Central Records Management, Central Office

*Mitral Valve Prolapse*

page 1 of 4

To central office of D.O.C.                    5-7-99

DEPT. OF CORRECTIONS
OFFICE OF HEALTH SERVICES
99 MAY 12 PM 3: [illegible]

"Complaint on medical at Tomoka correctional"

Subject: All medical,
Dental, nurse Jarret.

! Call For complete action By D.O.C. "Investigation!
complaint is based on medical abuse, denial of proper treat-
ment, uncivil actions, unbecoming behavior of professional
positions.

First problems start with new dentist and nurse of pharmacy "conners"
I saw for simple absest teeth and sent to N.F.R.C for treatment much
Later, DR Faecher DDS refused antibiotic saying didn't want me to
be amuned to it be fore N.F.R.C. That would have solved problem
upon back from N.F.R.C. two weeks passed as N.F.R.C ordered 1) moltin
for 30 days 2) mechanical Diet so I requested problem, He admitted-wrong
doing and ordered 7 days moltrin & Diets This dentist and nurse
was new at this time and did not know rules and procedure
nurse Ackerson gave me copies of Diet and perscription which turns
out she gave me orriginal copies and peuscriptions we are not
to recieve For Seven days I tried to recieve both new on a
Friday I produced copy to pharmacy "conners." and she said I
had orriginal no wonder why. Told can't Fill since expired at
12:30pm that day. I asked For my reciept back "Script" she gave
next day to cover tracts gave me a Fraudulent DR. Faced
30 days confinement & loss of all go in time. I show proof of reque
that state Different things by same people to show Lied" crime by
it self as to D.O.C. Rules. Since then my absest turned worse
and almost killed me. Told dentist I have heart problems and
he laughed. kept refusing antibiotic saying have no fever
and doctors give like candy, so I didn't need. since then
continued Lies and bizarre visits as persons were Listening and
I'd straighten out Lies and his demeanor changed to Irate.
I have right to medical and serious care with out Fright and

page 4. F4

Through out conversation she yelled and screamed threats and lock up. I told her I only came to ~~drop off~~ clients and all this starts pluss. I did not insult any workers she yells to never come back nor ask any questions unless on requests. I told her old man was calling me fucking asshole "and seemed shocked," that her good old switch whose so tight with her would ever do" nad I minded you he did not get a life sentence by being totally honest" got going her demeaner changed for the worse" got Irate and screaming even higher if I think so so come down hard on me "refusing to day I am slept on medications. You ain't seen nothing, I'll come down like you never saw before "meant confinement and bodily harm. Then screamed to get out of here, I said yes ma'am I tried three times to leave and get my wheelchairs from back rm and every time she yelled more, she forget I put him there and sl shut up then.

at 1:20pm I gave for ear drops and to speak to miss Kidwell "about abuse by medical. I told Sgt why and miss Kidwell was doing medications. I asked for best time to speak and said after 2 and I said I'll be in dorm to please call for me and she never did call, that's Friday 5-7-89.

seems no matter what course one takes of action to stop abuse it continues and all try to cover up for one another. I keep daily notes in my own protection and can provide at any time any day all actions. I told them I take them but seems don't care, they put selves above Laws, are able to continue abuse, lies, setups and carry on with no regard to state or federal Laws, nor DPC." -- All Bosses continue to cover up and not do job it will turn out like Broward counts sheriffs jails & medical."

At no time has anyone of these persons that were proven to viol rules get suspended nor disciplined which office got suspended for Lely pups!!! they know they can run it there way. To this day still no proper medical and some parts worse!

Sincerely William m Hicks Doc#664670
William m Hicks

Tomoka Correctional / prison
Daytona Beach

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 7/01/99 0915 | Call out for 24 hr post op evaluation of yesterday's surgery area #10-#11 apico surg. i1 MTR (endo) HQR, pt has minor discomfort, minimal to no swelling observed, pt reports some "numbness to upper lip which I explained is transient 2° to inflammation" (consent signed) RX Motrin 800mg Dispense 12 tabs sig TID PRN pain c food. No infection, no lymphadenopathy, no bleeding observed. NV: Suture removal approximately 1 week    R. S. FAECHER, DMD Dental Clinic TomCI |
| 7/01/99 0916 | INMATE REQUEST RECEIVED 6/24/99 AND ANSWERED    R. S. FAECHER, DMD Dental Clinic TomCI |
| 7/12/99 1015 | Call out for suture removal / post op evaluation area #10-11, HQR, preop periodic oral rinse, area #10-11 healing w/in Ø infection Ø swelling, pt reports minimal tenderness around #10. No bleeding. Sutures removed. Removed 5 silk sutures area #10-#11. OHI given. NV on recare list for tx pln since 5/99    R. S. FAECHER, DMD Dental Clinic TomCI |
| 10/15/99 1300 | INMATE REQUEST RECEIVED 10/15/99 AND ANSWERED    R. S. FAECHER, DMD Dental Clinic TomCI |
| 10/22/99 1200 | (S) DSX, HQR, 1 PA X-ray, preop periodic rinse, copay $4.00 I lost a filling mild discomfort pointing to tooth #32 (O) missing restoration, occlusal surface recurrent decay: (A) Reversible pulpitis tooth #32 (P) Ext all decay, dry ctl, ZRM occlusion check tooth #32 NV on call out for tx pln.    R. S. FAECHER, DMD Dental Clinic TomCI |
| 12/01/99 0800 | INMATE REQUEST RECEIVED 12/01/99 AND ANSWERED (RE wait time)    R. S. FAECHER, DMD Dental Clinic TomCI |
| 12/01/99 0830 | informal grievance INMATE REQUEST RECEIVED 12/01/99 AND ANSWERED (RE wait time)    R. S. FAECHER, DMD Dental Clinic TomCI |

Inmate Name HICKS, William
DC# 664670        R/S W/M
Date of Birth 9/16/63
Institution TOMOKA C.I.

DENTAL TREATMENT RECORD
DC4-724  (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 6/1/99 1100 | Call out to dental clinic as a follow-up to this patient's visit to medical service on 6/29/99. HPR, |
| | (S) No pain, No swelling, reports TMD related discomfort. |
| | (O) Labial vestibule adjacent to teeth #s 10-11 show draining fistula which has been present since 1/99. No facial or intraoral swelling seen. No pain on palpation, No systemic symptoms present. |
| | (A) ① Well-localized, chronic, draining abscess (area #10) in a patient with intact host defenses. |
| | ② Chronic TMD symptoms. |
| | (P) ① Pt offered extraction of tooth #10 but declines. |
| | Pt on wait list at NFRC endo clinic (to be seen very soon) No indication for antibiotic therapy, source of infection must be removed. |
| | ② Pt offered soft food mechanical diet but refuses, he also refuses to be seen at NFRC - oral surgery / TMD clinic Pt was prescribed muscle relaxant by medical svc yesterday will defer Rx for motrin. Pt advised to either request or report to dental sick call if he becomes symptomatic. |
| | R. S. FAECHER, DMD Dental Clinic TomCI |
| 6-30-99 8:30 AM | NFRC M/U Dental Clinic Incidental Note: GAVE PT 2.0g OF AMOXICILLIN AT 8:30AM PREMED FOR MVP PER DR. HALL (NFRC/MU) |
| 6-30-99 | Took S/I #10 3.0½ [illegible] decided to do apicoectom #10, #11 [illegible] C/L flap design #7-#12 #11 [illegible] fenestration + buccal [illegible] resected #10, #11 [illegible] + endo files bad. Notice #10 has fx NOT does a [illegible] lingual, could possibly be fracture [illegible] yesterday, [illegible] area [illegible] + placed S silk 5-0 sutures, ice pack, [illegible] + [illegible] please take double pack S.O. in October + send back to NFRC. remove sutures 1 wk. Rx 400mg ibuprofen q4h, 1 day [illegible] Jackson Sullivan, DDS UFCD Dept. of Endodontics at NFRC |
| | P.S. Pt was informed, questions answered, form signed. |

Inmate Name   Hicks William
DC# 664670   R/S W/m
Date of Birth   9-16-63
Institution   TOMOKA C.I.

DENTAL TREATMENT RECORD
DC4-724 (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 5/14/99 0912 | Call out as follow-up to NFRC - O.S. clinic. Pt returns from NFRC clinic for evaluation of ℞ TMJ chronic discomfort and corrective tx recommended (see entry dated 5/11/99). |
| | HPR today pt is presently asymptomatic reports feeling very well being tx for ear infection by Dr Lee (staff physician, Tomi c). Pt expresses interest in receiving comprehensive dental care at Tomi CI, advised to request routine dental care BY visiting med waiting time. Pt had previously refused dental tx, but changes mind. Pt states he does not wish to travel to NFRC for consults anymore, feels it is unproductive, and agrees to sign refusal for TMJ specialty consultation at NFRC; health consequences discussed. Recommended pt not refuse oral specialty services at NFRC he agrees. |
| | NV: No treatment until pt requests -follow-up letter and/or consult NFRC |
| | R. S. FAECHER, DMD Dental Clinic Tomi CI |
| 5-17-99 | INMATE REQUEST RECEIVED AND ANSWERED    5-17-99 RCL |
| | P. ACKERSON, CDA TOMOKA CORR. INST |
| 5/26/99 08.30 | Chart Review, read 4 page letter (enclosed in chart) written by patient Hicks regarding his medical/dental care at Tomoka, CI, which he sent to DC - Tallahassee. Letter dated 5/07/99, and received 5/12/99 at office of health services. |
| | R. S. FAECHER, DMD Dental Clinic Tomi CI |
| | |
| | |
| | |
| | |

Inmate Name  Hicks  William,
DC#  664670      R/S  W/M
Date of Birth  9-16-63
Institution  TOMOKA C.I.

DENTAL TREATMENT RECORD
DC4-724  (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 5/11/99 0422 | NFRC M/U Dental Clinic Incidental Note:<br><br>Pt presents for evaluation of ® sided TMJ pain. Pt describes the pain as being in a ® sided temporal distribution. He also points to an area over the ® master muscle. Pt does not identify pain over the joint. Pt states that pain is the same in the morning as in the evening. Ibuprofen provides some relief. Pt reports ® sided facial fx '96. No records.<br><br>Exam: No tenderness noted on palpation of muscles of mastication ®.<br>No clicking or crepitus noted<br>Maximum opening 39 mm c̄ 3 mm deviation to the right.<br>Pt also c̄ fistula tracts over apices of teeth #10 & 11, occlusal wear noted on anterior teeth.<br><br>Pano - no internal derangement noted on pano.<br><br>A/P: ® TMJ pain likely 2° to muscular origin / bruxism - conservative tx recommend<br>① Recommend continue Ibuprofen 800mg po tid<br>② Recommend use warm compresses tid<br>③ Bite splint therapy.<br>④ f/u per 6 wks! prn persistent symptoms<br><br>B. Bev<br>Brad Bookmyer, DS |

Inmate Name   Hicks, William
DC#   606670   R/S   W/M
Date of Birth   9-19-63
Institution   TOM.

DENTAL TREATMENT RECORD
DC4-724 (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Dental)

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| | Chart Review – Dental chart received from NFRC – Dental Clinic |
| 4/08/99 1440 | Pt evaluated by Dr Allis - NFRC for TMJ related concerns. Noted area #10 - #11 chronic endo failure Rx Pen VK 500mg x 28 QID Rx motrin 800mg x 12 tid prn c food. |
| | N/V post-op evaluation 1 week. R. S. FAECHER, DMD Dental Clinic TomCI |
| 4/15/99 0907 | Call out as post-op to NFRC consult on 4/08/99. H&R Pt presently is receiving antibiotic (Pen VK 500mg QID) and (motrin 800mg TID) as prescribed. He presently has no complaints related to his TMD concerns and is being followed at NFRC by Dr Allis. His only symptoms today is a bad taste in his mouth. Clinical exam reveals draining sinus tract on buccal area near tooth #10. Expressed 0.25cc of a purulid exudate. No swelling noted. No systemic symptoms reported. Advised pt to continue antibiotic as prescribed. Pt presently referred as urgent consult to NFRC as of 1/12/99 (for endo evaluation). Contacted NFRC endo-receptionist Pauline by phone at 09:25 she informed me NFRC endo does not take urgent or emergency requests and pt will have to wait. She estimates he won't be seen until July of 1999. Pt was offered extraction of failing endo teeth but elects to wait for endo consult. Advised pt to report to dental sick call if acute problems occur. R. S. FAECHER, DMD Dental Clinic TomCI |
| 4/23/99 1415 | Pt returns as dental emergency, H&R, chief complaint (L) TMJ pain, dizziness, and his concerns about his chronic infection related to teeth #10. Vitals = T = 98.6°F no systemic symptoms of infection. Offered pt option of extraction tooth #10 today. Pt declines wishes to wait for endo specialist consult. Ø swelling, clear drainage from fistulous tract (B) #10 areas. Pt will be placed on a two week soft-food diet 4/23/99 - 5/07/99 with Rx motrin 800mg x 12 tabs sig TID prn c food. Pt advised to seek medical consultation regarding hx of dizzyness, and return to dental or ER if acute problems arise. Note Pt refuses to sign DC4-711A form. R. S. FAECHER, DMD Dental Clinic TomCI |
| 4/26/99 0845 | INMATE REQUEST RECEIVED 4/23/99 AND ANSWERED    R. S. FAECHER, DMD Dental Clinic TomCI |

Inmate Name    Hicker William
DC#    664670    R/S    W/M
Date of Birth    9-14-63
Institution    TomCI

DENTAL TREATMENT RECORD
DC4-724 (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 3-26-99 | |
| | INMATE REQUEST RECEIVED AND ANSWERED *P.Ackerson* |
| | P. ACKERSON, CDA TOMOKA CORR. INST. |
| 4/9/99 1030 | INMATE REQUEST RECEIVED AND ANSWERED *requested Exam* |
| | R. S. FAECHER, DMD Dental Clinic TomCI |
| 4/07/99 1500 | Pt called out as requested exam, H&R, pt is not in acute pain but has concerns regarding upper left arch adjacent to #10-#11. Presently he is asymptomatic, denies systemic symptoms; evaluated area, no obvious signs of swelling, area not tender, palpable fibrous tissue c/w scar tissue from previous hx of trauma to that area. ~~#~~ fistular tract seen no exudate expressed. Pt was advised to return to dental clinic if pain or swelling develops in this area. NO tx rendered because there are no signs of infection, pt will be seen at NFRC-reception center soon to address this problem. As per 1500 is pt discuss followup with regards to his MRI/radiography. He will be called out to reception center and those concerns will be addressed. NN pt will request care if needed |
| | R. S. FAECHER, DMD Dental Clinic TomCI |
| 4/8/99 9:30 | NFRC M/U Dental Clinic Incidental Note: Alleged chronic R precauricular pain - Slight trismus c/l deviation on opening. Elucidated for evaluate by BTN/X-rays 4/13/99. Presently, pt has fistula associated w/ #10 and #11. Refer to Endo. X temp #28 to G pt. + to Ext. Molar sco #12 DO. + pt no H/C in no symptomatic TMJ. |
| | PARKER T. ALLIS, D.D.S. NFRC HOSPITAL |
| | PARKER T. ALLIS, D.D.S. NFRC HOSPITAL |

Inmate Name  Hicks, William
DC#  664670                R/S W/m
Date of Birth  9-19-63
Institution  Tomc-I

DENTAL TREATMENT RECORD
DC4-724  (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 2/05/99 1055 | Call out for evaln of labial swelling #s 10-11 area, H&R, pt presently taking Pen VK QID as prescribed on 2/3/99. Pt no acute pain, area still shows swelling, not fluctuant, pt to be called out on monday, 2/08/99 for I&D and debrist f/u to g.<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |
| 2/08/99 0945 | Call out for I&D #10-11 area, H&R, pt presently on Pen VK 500mg QID. Fluctuant swelling #11 area, tenderness on palpation, Administered 1.8cc lido 2% (1/sepivac) labial infiltration around infected area. Perio probe PA&R nml, incised 1-2mm labial vestibule overlying labial vestibule swelling, established < 0.25cc purulent drainage followed by mostly serosanguineous exudate, irrigated c̄ saline sterile, swelling reduced, POIG, pt advised to continue Pen VK 500mg QID previously prescribed, New Rx Motrin 600mg six tabs one every 4-6 hrs PRN pain, 1 day bedrest lay in port issued.<br>NV 24 hr post-op<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |
| 2/09/99 1445 | Call out for 24 hr post-op, H&R, pt is comfortable, still on Pen VK 500mg QID. Fluctuant swelling #11-10 area, Administered 1.8cc lido 2% (1/sepivac) oral infiltration around swelling, two vertical incisions #11 area and #10 area, established drainage mostly serosanguineous. POIG. Pt has additional motrin meds from yesterday Rx.<br>NV 24 hr post-op.<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |
| 2/10/99 1330 | Call out for post op eval, H&R, pt is comfortable showing improvement, no swelling or drainage seen, pt advised to complete regimen of Pen VK and will be seen in 48 hrs before weekend.<br>NV 48 hr post-op Friday, 2/12/99 ✓<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |
| 2/12/99 0900 | Call out for post-op eval, H&R, pt is comfortable, asymptomatic, no swelling or drainage seen. ⊖ lymphadenopathy. No further follow-up indicated at this time. Pt states he has chronic discomfort related to TMD, offered to place him on soft food or liquid diet but he declined. Pt advised to place request if he has additional problems or to return as emergency pt.<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |

Inmate Name Hicks William
DC# 564 670  R/S W/M
Date of Birth 4 / 9 / 63
Institution TomCI

DENTAL TREATMENT RECORD
DC4-724 (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 1-13-99 | Consult mailed to NFRC Endo w/ IPA anterior area.<br><br>*P. Ackerson*<br><br>**P. ACKERSON, CDA**<br>**TOMOKA CORR. INST.** |
| 1/28/99 8:10 | NFRC-MIU Dental Clinic<br>Incidental Note:  symptomatic © TMJ —<br>N/a  pt alleges was not treated / pt has 40mm opening. Appear to have minimal pain. Rejected x-rays mandib ___ general line. Plan complete from x-rays & pursue with MRI ___ for MRI ___ ___ ___ ___ by STH ___<br><br>**PARKER T. ALLIS, D.D.S.**<br>**Reception & Medical Center** |
| 1/28/99 1630 | Chart Review, patient is presently being evaluated by OS NFRC for his TMJ Symptoms and is also on the wait list for endo evaluation at NFRC. of previously treated RCTs of #9, #11. Pt previously signed referral for exam and tx plan on 12/2/98 at Tom-CI. He will be treated at Tom-CI at his request. No tx request at this time.<br><br>**R. S. FAECHER, DMD**<br>**Dental Clinic**<br>**TomCI** |
| 2/02/99 1345 | INMATE REQUEST RECEIVED AND ANSWERED<br><br>**R. S. FAECHER, DMD**<br>**Dental Clinic**<br>**TomCI** |
| 2/03/99 9:00 | Call out for request exam, H&PR, Vital signs temp = 98.2° orally, no systemic signs or symptoms of infection, slight swelling labial vestibule adjacent to #'s 10 and 11, pt has slight tenderness, fistula tract present present but reportedly draining. Plan: Pen VK 500mg Disp 28 tabs QID until gone, reappoint for I+D / incision on 2/08/99 Am. Confirm NFRC-endodontic clinic has pt on urgent basis for retreatment of failed endos. No pain meds indicated at this time, pt has OTC analgesics available.<br><br>**R. S. FAECHER, DMD**<br>**Dental Clinic**<br>**TomCI** |

Inmate Name  Hicks, William
DC#  664670         R/S  W/m
Date of Birth  9-19-63
Institution  TomCI

DENTAL TREATMENT RECORD
DC4-724  (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
( Printed )

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 11-10-98 | I/m called out and given pass for Mechanical diet, for 1 month.<br><br>~~INST RECEIVED ANSWERED~~<br>INMATE REQUEST RECEIVED AND ANSWERED  & Informal Grievance.<br><br>P. Ackerson<br>P. ACKERSON, CDA<br>TOMOKA CORR. INST. |
| 11-13-98 | INMATE REQUEST RECEIVED AND ANSWERED  Informal Grievance<br><br>P. Ackerson<br>P. ACKERSON, CDA<br>TOMOKA CORR. INST. |
| 12/21/98 0900 | Refusal of Dental Exam/Tx PLn; pt was called out today for routine exam/tx plan, he chose to refuse tx as "he was not comfortable with dental." DC 4-711A form signed. A list of possible health consequences was discussed with the patient.<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |
| 1/08/99 1115 | Pt presents as "emergency" pt for ULQ discomfort, HCPR- discharge. he has mitral valve prolapse and states he has in the past taken prophylatic antibiotics prior to invasive dental procedures. Vital signs today = T = 98.2°F ⊖ systemic signs & symptoms, clinical exam reveals fistula tract in area of #11-10 local vestibule region, swelling buccal/labial area (minimal) adjacent to teeth #'s 11-12, 3 PA's, (pulp tests), 8 (+3) 9 (+2) apparently vital) ⊖ percussion, ⊖ mobility ⊖ palpation. Radiographs show residual periapical pathology #10 and #11 previously tx'd with RCT. Clinical Dx: Chronic apical periodontitis/unresolved endodontic infection. Plan: Refer pt to endo specialist for further evaluation. No antibiotics prescribed at this time ⊖ systemic infxn, chronic abscess draining. Pt was advised to report to medical if symptoms worsen and he develops constitutional symptoms or facial swellings. Consult for endo eval initiated. Pt also advised to seek routine preventive dental care.<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |

Inmate Name _Hicks, William_
DC# _664670_   R/S _w/m_
Date of Birth _9-19-63_
Institution _TomCI_

DENTAL TREATMENT RECORD
DC4-724  (02/92)

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 10/20/98 1510 | Pt returned from TMJ clinic at NFRC. DSRR, no follow-up treatment at Tomoka C.I. indicated at this time.<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |
| 10/28/98 | INMATE REQUEST RECEIVED AND ANSWERED<br><br>Req. Exam<br><br>K. HILL, CDA<br>TOMOKA CORR. INST.<br>DENTAL CLINIC |
| 11-02-98 930 | Requested exam, pt states he has not received follow-up care since his return from NFRC oral surgery / TMJ evaluation consult. States he did not receive pain meds. Review of records show Rx motrin 800mg ×12 tabs written on 10/20/98 by Dr Plunkett NFRC. Phoned pharmacies at TomCI, and NFRC both confirm pt did not get meds. Rx motrin 600mg × 12 (twelve tabs) Sig tid prn pain c food, mechanical diet for 1 month. Pt to return to NFRC as needed for follow-up.<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |
| 11-09-98 1300 | Inmate was called out today because he filed an informal grievance dated 11-5-98 stating that he did not receive his pain medications which I prescribed on 11/2/98 to him. Inmate states that he did not know that the prescription that I wrote for him was to be filled at the pharmacy. He stated that he was given his Rx on Friday and did not return to pharmacy until 4 days later to find out the Rx expired. He also did not get his soft food mechanical diet. He states he gave the diet slip to a DOC employee working in the cafeteria, and they did not follow through with the order. Inmate attempted to walk out of dental clinic without being dismissed while he was seated in the dental operatory. Spoke with Officer Fernald (FOOD SERVICE) states that inmate never placed on diet no record of diet slip being received. Spoke with pharmacist (John Fraser) states that inmate unable to keep original Rx to take back to dental clinic (which inmate never did). From the events that transpired the patient seems more interested in manipulating and deceiving DOC employees rather than getting his MPD managed. Pt IS noncompliant, he did not receive his meds and diet because he chose to not follow instructions. Will place pt on 30 day mechanical diet beginning 11/11/98 - 12/11/98. No indication for motrin analgesic at this time.<br><br>R. S. FAECHER, DMD<br>Dental Clinic<br>TomCI |

Inmate Name Hicks, William
DC# 664070    R/S WTM
Date of Birth
Institution TomCI

DENTAL TREATMENT RECORD
DC4-724 (02/92)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 8/14/98 10:37 am | Emergency Visit; (request) pt cc hx mand fx R-side approx 2 years ago states he is in severe pain. Clinically limited jaw opening. Recomment PAN x-ray to evaluate. Recomment Pt be referred to Oral Surgeon on CFRC for eval and xray. Req. Exam _____ R.S. Faechr DDS Tom, CI |
|  | INMATE REQUEST RECEIVED AND ANSWERED K. HILL, CDA TOMOKA CORR. INST. DENTAL CLINIC |
| 8-27-98 1252 | INMATE REQUEST RECEIVED AND ANSWERED RCL - TxP K. HILL, CDA TOMOKA CORR. INST. DENTAL CLINIC |
| 10/20/98 1030 | NFRC M/U Dental Clinic Incidental Note: Pt presents c/o R radied headaches & facial pain 2 yrs S/P reported Mand SC R & 22mo tx. Pain described as daily, intermittent, sharp mostly in R temple, made worse c eating. O: MIO 38 mm excursions WNL B click in opening & duration & pain on loading. Deep bite malocclusion A/ MPD P/ soft diet x 1 mo Motrin 600 mg qid x 1 mo F/U 1 mo Chris Howlett, DDS UFCD Dept. of Oral & Maxillofacial Surgery at NFRC |

Inmate Name _Hicks, William_
DC# _664670_     R/S _W/m_
Date of Birth _9-19-63_
Institution _TomcI_

DENTAL TREATMENT RECORD
DC4-724 (02/92)

State of Florida                    Printed
IADR069                 Department of Corrections        06/30/1998
(724)              **DENTAL TREATMENT RECORD**            11:40

**Inmate Name: HICKS, WILLIAM M**              **DC#: 0-664670**
Race: WHITE       Sex: MALE       Date of Birth: 09/19/1963
Date Received: 06/09/1998    Reception Center: S.FLA.RECEPTION CTR.

| Date/Time | Encounter | Staff |
|---|---|---|
| 06/09/1998 07:45<br>09:30 | HEALTH EDUCATION<br>DENTAL ORIENTATION WITH (OHI). | HO78<br>HOLMES, SHARON |
| 06/10/1998 07:42<br>07:45 | DENTAL INITIAL EXAM<br>INITIAL VISUAL DENTAL, HEAD & NECK EXAMINATION.<br>RECEPTION INTAKE EXAM | LA21<br>LARIA-VIOTA, MARIA |
| 06/30/1998 08:00<br>09:00 | DENTAL APPOINTMENT<br>PT CLAIMS HE HAD A BROKEN JAW YEARS AGO AND HE IS UNDER A LOT OF PAIN AND HE IS HERE TO GET PAIN MEDICATION. RADIOLOGIC AND CLINICAL EXAM SHOW NO ACUTE INJURIES, NO FRACTURE BONES, OCCLUSION IS NORMAL. OPENING AND CLOSING IS NORMAL. NO SIGNS OF INFECTION, NO NEED FOR PAIN MEDICATION.<br>PANORAMIC FILM                                        Count: 01<br>PALLIATIVE TREATMENT                           Count: 01 | LA21<br>LARIA-VIOTA, MARIA |

7-30-98 | Date

——— Dental Chart received from *SFRC*
——— Dental Orientation
——— Oral Hygiene Instruction
✓——— Dental record review (DSRR)

*P. Ackerson* ———Tomoka Dental Clinic        *P. Ackerson*
Reviewer's Signature                          P. ACKERSON, CDA
                                              TOMOKA CORR. INST.

Jones No [handwritten margin note]

## STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST

| TO Dr Allis Institution: NRC-05 Clinic | FROM R. S. FAECHER, DMD Institution: Dental Clinic TomCI | DATE OF REQUEST: 3/29/00 |
|---|---|---|
| Reason(s) for consultation: Evaluate and recommend diagnostic plan ___ Evaluate and recommend treatment plan ___ Other (specify): MRI studies if clinically indicated & reference phone conf/adm with Dr Allis on 3/29/00 1430 | Type of consultation: Emergency ___ Urgent ___ Routine X | DATE APPOINTMENT MADE: Staff Signature: APPOINTMENT DATE: |

**Condition is (check one):** ☐ Acute Trauma   ☐ Acute Illness   ☒ Chronic

**History of present illness (include onset, presentation, progress, therapy):**
36 y/o ♂ reports H/o Ⓡ mand fx in 1996 in (cnty jail). Has had intermittent periods of facial pain to present. Ⓡ side > Ⓛ side. Has been seen at NRCC on 10/8/98, 1/18/99, 4/8/99, 5/11/99 present complaing of facial pain unresolved c̄ conservative tx's

**Physical findings:**
Limited mouth opening 38-40mm, deep bite malocclusion;

**Diagnostic findings (explain laboratory, x-ray or other test findings):**
MRI studies suggested

**Other pertinent information:** H/o MVP c̄ regurgitation,

**Provisional diagnosis:** Chronic MFP in noncompliant patient

**Health Care Provider Signature/Stamp** R. S. FAECHER, DMD   Dental Clinic

**CHO/Designee Approval Signature/Stamp** TomCI

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require:
Evaluation by Oral Surgeon of facial/jaw pain with possible MRI studies.
which cannot be accomplished at Tom CI dental
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to the Reception & Medical Center, or such other health care facility as may be appropriate, for the reason(s) stated and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient _William in W__   Date: 3/30/00
Signature of Witness _Kim DHA MITCHELL, CDA__   Date: 3/30/00

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name Hicks, William
DC # 664670   R/S w/m
Date of Birth
Institution

RECEIVED APR 11 2000

Reference: HSB 15.01.04

CONSULTATION REQUEST
DC4 703 4/93

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE
REGIONAL HEALTH SERVICES DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:**

H/O fx's. alleges severe ® facial pain

**Findings:** –

partial boney impacted # 17

pt clinically not experiency intense pain

**Recommendations:**

① Surgical removal of # 17

② Partial denture of qual. fees

③ X20yrs SMU, facial bones, mandible Rt. orbits

④ OMR o ® / OMS if approved

**Follow-Up Needed?**

PARKER T. ALLIS, DDS.    **Date:** When MRO approved
NFRC HOSPITAL

**Consultant Signature/Stamp**    **Date:** 4/19/00

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE
OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name _____
DOC # _____ R/S _____
Date of Birth _____
Institution _____

Reference: HSB 15.01.04

**CONSULTATION REQUEST**
DC4 – 702 ( 5/93 )

Use Additional Sheet if Necessary

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
# CONSULTATION REQUEST

| | FROM Dr. FAECHER | DATE REQUESTED |
| JFRC | Institution: Tomoka C.I. | 1-11-99 RECEIVED |

sultation:                                    Type of consultation:          DATE APPOINTMENT MADE:
ommend diagnostic plan _____          Emergency _____          1999
commend treatment plan _____          Urgent ✓                    Staff Senior Dentist
: _Apicoectomy of #10 and #11_    Routine _____          North Florida Reception Center
_F clinically indicated_                                        APPOINTMENT DATE:

n is (check one):  [ ] Acute Trauma    [ ] Acute Illness    [✓] Chronic

of present illness (include onset, presentation, progress, therapy):
_resents with tender area, canine space (tooth #11 area). Reports having #10 and #11 8 years ago._

ical findings: _Minimal swelling and tenderness over canine space (tooth #11 area). Fistular tract noted on labial mucosa adjacent to tooth #11 region. No systemic signs or symptoms of infection._

agnostic findings (explain laboratory, x-ray or other test findings):
_Radiographic examination reveals periapical pathology around previously endodontically treated teeth. #'s 10 and #11._

Other pertinent information: _Patient states he has mitrovalve prolapse and needs Antibiotic prophylaxis._

Provisional diagnosis: _Failing Root Canals #10 and #11_

Health Care Provider Signature/Stamp    R. S. FAECHER, DMD   1/12/99
                                        Dental Clinic
CHO/Designee Approval Signature/Stamp   TomCI

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require: _Evaluation and possible treatment of teeth #10 and #11_ which cannot be accomplished at _Tomoka Correctional Institution_
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to the Reception & Medical Center, or such other health care facility as may be appropriate, for the reason(s) stated and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient _William M Hicks_                Date: _1-12-99_
Signature of Witness _P. Ackerson_                    Date: _1-12-99_

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION**

mate Name _Hicks, William_                          Reference:   HSB 15.01.04
DC # _664670_                    R/S _w/m_
Date of Birth _9-19-63_
Institution _TomCI_

CONSULTATION REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIO.. S**

# INMATE REQUEST

**(Instructions on Back)**

Mail Number: _____
Team Number: _____ *1*
Institution: *Lake coll INST*

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

*MRS Williams*

| FROM: | Inmate Name *William m. Hicks* | DC Number *664670* | Quarters *F2216-L* | Job Assignment *Houseman* | Date *12/24/03* |
|---|---|---|---|---|---|

## REQUEST

ma'am; I need you to supply me full address and phone number of a pentist I was taken to on the streets. Date I seen was october 14, 2003 and seen DR. Ferber, DDS oral surgeon. Please provide also his complete Business name, I seen miss Debbie clemens on Dec 24, 2003 in medical and stated I need to send you a request.

Please respond in days ma'am so I may return supply my attorneys with this information.

Thank you
William m. Hicks #664670

*RECEIVED ADMINISTRATION DEC 29 2003 MEDICAL CORRECTIONAL SAFER*

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RECEIVED DENTAL**

## RESPONSE

DATE RECEIVED: **DEC 2 9 2003**

**LAKE C. I.**

Referred to dental

DR. Scott Ferber
5150 Curry Ford Rd
Orlando FL 32812
(407) 282-3304

| The following pertains to informal grievances only: |
|---|
| Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.] |

| Official (Signature): *David Brown* | DAVID BROWN DENTAL ASSISTANT LAKE CI | Date: *12/30/03* |
|---|---|---|

Distribution:  White  -Returned to Inmate        Pink  -Retained by official responding, or if the response is to an
                    Canary  -Returned to Inmate                        informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**DEPARTMENT OF CORRECTI**

# INMATE REQUEST

Mail Number: _____
Team Number: _____ Z_____
Institution: _____ E C I_____

**(Instructions on Back)**

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Dental *MEDICAL* | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>William M. Hicks | DC Number<br>664670 | Quarters<br>H-Z 215 | Job Assignment<br>Houseman | Date<br>6/26/02 |
|---|---|---|---|---|---|

**REQUEST**

could you tell me when I will see DR. Fonte
DDS due to referal from DR. Combell, M.D. C.H.O.
on 6/26/02. I was told I was to see Dental
for serious jaw problem and pain.

Thank you.

William M. Hicks #664670

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

RECEIVED
JUL 9 2002

**RESPONSE**                                    **DATE RECEIVED**

After consultation of Dr Campbell C.H.O. and referral
Dr Fonte, no medical reason for you to be seen
or be referral at this time, you have a
chronic condition, unless you are in pain
use sick call.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 7/9/02 |
|---|---|

Distribution:   White   -Returned to Inmate          Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                   informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE ~~REQUEST~~** Grievance

DEPARTMENT OF CORRECTION

(Instructions on Back)

Mail Number: _____
Team Number: _____ 2
Institution: _____ E C I

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Dental | MISS Erga Perez |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Hicks | CC4670 | H-2-215 | Houseman | 5/29/02 |

**REQUEST**

This in response to your response to my request Dated 4-30-02 and your response date was 5-15-02 saying that I will not be charge the $4.00 for Dental sick call.

I was sent a notice of withdraw saying that the $4.00 was taken out of my account to tel 4-29-02 same day as I saw DR. Tonte, DDS.

I ask you to send me a copy showing that no money was taken out or a copy showing that money was placed back into my account.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

William M Hicks

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    **DATE RECEIVED:**

RECEIVED JUN 3 02

On 4/29/02 you came to Dental Dpt with tooth chip. Proper treatment was rendered (smoothed surface) and one x-ray taken. Since you came without scheduled call not as a sick call, a charge of $4.00 is entered to it. No money return is granted

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: 5/31/02 |
|---|---|---|

Distribution:  White   -Returned to Inmate      Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate               informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**CONSULTATION REQUEST**

RECEIVED

SEP 21 1998

Senior Dentist
North Florida Reception Center

| FROM R. FAECHER, DMD Institution: TOMCI | DATE OF REQUEST: 8-14-98 |
|---|---|
| Type of consultation: | DATE APPOINTMENT MADE: |

'on:
d diagnostic plan __XX__          Type of consultation:
nd treatment plan __XX__          Emergency _____
                                  Urgent _____        Staff Signature:
                                  Routine __XXX__

APPOINTMENT DATE:

(check one):  ☐ Acute Trauma    ☐ Acute Illness    ☒ Chronic

resent illness (include onset, presentation, progress, therapy):

PRESENTS TO DENTAL WITH VERBAL HISTORY OF MANDIBULAR FRACTURE -SIDE.
STATED TO HAVE OCCURED 4-96 WITH NO EVAL OR ATTEMPTED TX UNTIL 8 MONTHS
ING. COMPLAINT OF DEVIATION OF MANDIBLE UPON OPENING AND DIMINISHED MANIBLE
TON AND SEVERE PAIN. NEED PANOREX RADIOGRAPH
findings:

TED OPENING OF MOUTH NOTED

stic findings (explain laboratory, x-ray or other test findings):
O RADIOGRAPHS TAKEN 8-14-98

r pertinent information:

ovisional diagnosis: INCOMPLETE UNTIL RADIOGRAPHIC DATA ASSESSED

ealth Care Provider Signature/Stamp _R S Faecher, DMD Tom,CI_

HO/Designee Approval Signature/Stamp

**AUTHORIZATION FOR SPECIALTY EVALUATION**

I, the undersigned, have had explained to me and understand that I require:
____ ORAL SURGERY EVALUATION
which cannot be accomplished at __TOMOKA CORRECTIONAL INSITUTION__
I also understand that should hospitalization and/or surgery be necessary, a
separate consent form will be signed prior to such hospitalization and/or surgery.
I therefore consent to be referred to the Reception & Medical Center, or such
other health care facility as may be appropriate, for the reason(s) stated
and consent to undergo health care services as may be necessary to evaluate my
health status.

Signature of Patient _William M Hicks_     Date: _8/14/98_
Signature of Witness _____       Date: _8/14/98_

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE**
**OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION**

ate Name    HICKS, WILLIAM                    Reference:  HSB 15.01.04
DC # __663670__         R/S __W/M__
Date of Birth _____
Institution __TOMCI__

CONSULTATION REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _Lake coii INST_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

MRS williams

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M. Hicks | 664670 | F2210-L | Houseman | 12/24/03 |

**REQUEST**

Ma'am: I need you to supply me full address and phone number of a Dentist I was taken to on the streets. Date I seen was october 14, 2003 and seen DR. Farber, DDS oral surgeon. Please provide also his complete Business name. I seen miss Debbie clemens on Dec 24, 2003 in medical and stated I need to send you a request.

Please respond in days ma'am so I may inturn supply my attorneys with this information.

Thank You
William M. Hicks #664670

RECEIVED MEDICAL ADMINISTRATION CORRECTIONAL DEC 29 2003

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

RECEIVED DENTAL

**RESPONSE**     DATE RECEIVED: DEC 29 2003 LAKE C.I.

Referral to dental

DR. Scott Farber
5150 Curry Ford Rd
Orlando FL 32812
(407) 282-3384

|The following pertains to informal grievances only:|

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.|

| Official (Signature): David Brown | DAVID BROWN DENTAL ASSISTANT LAKE CI | Date: 12/30/03 |

Distribution: White -Returned to Inmate   Pink -Retained by official responding, or if the response is to an
Canary -Returned to Inmate       informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

# INMATE REQUEST

**DEPARTMENT OF CORRECTION**

**(Instructions on Back)**

Mail Number: \
Team Number: __Z__ \
Institution: __E.C.I__

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☑ Medical  ☐ Dental  *MEDICAL* | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name William m. Hicks | DC Number 664670 | Quarters H-2 215 | Job Assignment Houseman | Date 6/24/02 |
|---|---|---|---|---|---|

## REQUEST

could you tell me when I will see DR. Fonte DDS due to referal from DR. Combell m.D. c.h.o. on 6/26/02. I was told I was to see Dental for serious jaw problem and pain.

Thank you.

William m. Hicks #664670

All requests will be handled in one of the following ways:  1) Written Information or    2) Personal Interview.  All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

**DATE RECEIVED**

RECEIVED JUL 9 2002

After consultation w/ Dr Campbell C.H.O. and myself Dr Fonte, no medical reason for you to be seen or be referral at this time, you have a chronic condition, unless you are in pain use sick call

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____ (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____ Date: 7/9/02

Distribution: White -Returned to Inmate    Pink -Retained by official responding, or if the response is to an \
Canary -Returned to Inmate    informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE** ~~REQUEST~~ *Grievance*

STATE OF FLORIDA
DEPARTMENT OF CORRECTIO...

(Instructions on Back)

Mail Number: _____
Team Number: __2__
Institution: _E C I_

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☑ Dental | |

— MISS Erga Perez

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Hicks | 664670 | H-2-215 | Houseman | 5/29/02 |

**REQUEST**

This in response to your response to my request Dated 4-30-02 and your response date was 5-15-02 saying that I will not be charge the $4.00 for Dental sick call.

I was sent a notice of withdraw saying that the $4.00 was taken out of my account Dated 4-29-02 same day as I saw DR. Tonte, DDS.

I ask you to send me a copy showing that no money was taken out or a copy showing that money was placed back into my account.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

*William M Hicks*

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                      **DATE RECEIVED**    RECEIVED JUN 3 2002

On 4/29/02 you came to Dental Dpt with tooth chip. Proper treatment was rendered (something Surface) and one Xray taken. Since you came without scheduled call not as a sick call, a charge of $4.00 is entered to it. No money return is granted

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: 5/31/02 |
|---|---|

Distribution:   White   -Returned to Inmate          Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                   informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: __Z__
Institution: __ECI__

| TO: (Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Dental | ☐ Other |
|---|---|---|---|---|

*HSA medical supervisor*

| FROM: | Inmate Name<br>William M. Hicks | DC Number<br>664670 | Quarters<br>H-2 215 | Job Assignment<br>Houseman | Date<br>4/30/02 |
|---|---|---|---|---|---|

**REQUEST** grievance # 0429020935 5

on April 22, 2002 at dinner I broke my tooth on a bone
in the _____ meat patty. on April 29, 2002 I went
to dental sick call and no proper dental was done
to repair the teeth. All was done was to remove
the sharp point, no filling to repair the teeth.
Dr. Tonte, DDS said my enamel of teeth broke
are that's all he was going to due. now I'm being
charged $4.00 for dental which the food caused
my broken teeth and no proper dental work was
done or given to constitute a $4.00 charge. I was
not told I'll be no collect to fix properly. this
constitutes wrongful actions by dental Dr. Tonte
to leave me not provide proper dental. review the
charge. _____ William _____ Hicks

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                      DATE RECEIVED

RECEIVED MAY 1 4 2002

Mr. Hicks 4.00 dollars were charged
because you come to dental sick-call
The 4.00 will not be taken out.

---

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, *Denied*, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Erga Perez
Official (Signature): Dental Assistant        Date: 5-15-02.
EVERGLADES C.I.

Distribution:    White -Placed in Inmate            Pink    -Retained by official responding, or if the response is to an<br>                 Canary -Returned to Inmate                        informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTION

(Instructions on Back)

Mail Number: _____
Team Number: _2_
Institution: _E C I_

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☒ Dental | ☐ Other |
|---|---|---|---|---|

DR Fonte, DDS

| FROM: | Inmate Name<br>William M. Hicks | DC Number<br>664670 | Quarters<br>H-2 215$^u$ | Job Assignment<br>Houseman | Date<br>4/29/02 |
|---|---|---|---|---|---|

## REQUEST

DR. Fonte, Sir,

could you please review my dental file
and advise me of when you issued an
order recommending me to see an oral facial
maxial surgeon for my right side jaw
problem.

Thank you

William M. Hicks #664670

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

RECEIVED
MAY 9 2002

---

## DO NOT WRITE BELOW THIS LINE

**RESPONSE**                                    **DATE RECEIVED**

The date that you requested is 10/19/01

The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Signature): _Fonte_ | Date: _5/2/02_ |
|---|---|

Distribution:    White    -Returned to Inmate          Pink    -Retained by official responding, or if the response is to an
                 Canary   -Returned to Inmate                     informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _2_
Institution: _E C I_

**TO:** (Check One)
☐ Warden  ☐ Classification  ☑ Medical  ☐ Other
☐ Asst. Warden  ☐ Security  ☐ Dental

*To chief Health office*

| | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| **FROM:** | William M. Hicks | 664670 | H-2 215 | Houseman | Feb 1/02 |

**REQUEST**  ATTN: medical Director

3rd notice

I have written requests and grievances with no response. My questions are simple. Did a medical order get approved by medical Director to see an oral surgeon, DDS. I have been trying since 2001 to see this kind of doctor. It's apparent that a dentist and medical doctor saw fit to write an order, so that means I have a serious need to see an oral surgeon. Please respond.

Feb 1, 2002     William M. Hicks #664670

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    **DATE RECEIVED:** FEB 5 2002

Since results as per radiologist inform came normal. "There is no evidence of fracture or dislocation or lytic lesion noted. No soft tissue calcifications are seen." "Impression: Normal study" No medical necessity for referral is found.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____      Date: 2/13/02

Distribution: White -Returned to Inmate    Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.
Canary -Returned to Inmate

DC6-236 (Revised 8-00)

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _____ 7 _____
Team Number _____ 3 _____

| TO: (Check One) | ☐ Superintendent | ☐ Classification | ☐ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Superintendent | ☐ Security | ☒ Dental | DR. Faecher |

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664670 | D2 125 | House man | 3/31/2100 |

**REQUEST**

Sir,
As an visit on march 30, 2000 at 9:00am
I told you I would send this grievance
from Broward sheriff's department Based
on showing fractures received.

"see Attached grievance"

William m Hicks

All requests will be handled in one of the following ways: 1) Written information or  2) Personal interview All informal grievances will be responded to in writing.

_____ DO NOT WRITE BELOW THIS LINE _____

**RESPONSE**                                        DATE RECEIVED: 4/03/00

I have received the copy of the letter from Barbara Harris
Lucas, HSA BSO dated 7/5/06 regarding "Grievance." I will
place this letter in your dental chart.

You will be seen in Dental when your name is at the rotation
center. You are presently on the wait list to see your dental closed.
Dental care will be within per guidelines for on b dental options.

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| | Official (Signature) FAECHER, DMD Dental Clinic TomCI | Date 4/03/ |
|---|---|---|

Distribution:    WHITE..........Returned to Inmate
                 CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the
response is to an informal grievances then forward to be
placed in inmate's file.

DC3-005 (9-98)

*Exhibit 4(c)*

RECEIVED APR 0 3 2000
Drs. FAECHER & CLINE
Dental Clinic
TomCl.

RON COCHRAN
SHERIFF
BROWARD COUNTY
POST OFFICE BOX 9507
FORT LAUDERDALE, FLORIDA 33310-590?

DATE:       July 2, 1996

TO:         William Hicks, BS9514533

FROM:       Barbara Hanson-Evans, HSA, BSO

SUBJECT:    Grievance


I reviewed your chart thoroughly as promised.

2/21/96     X-ray showed fracture of (L) mandible
            and zygomatic arch.
3/15/96     Minimal depression of the arch.
4/22/96     Uecker suggested OMF surgery.
5/3/96      Old healed fracture of the arch.
5/8/96      Dr. Cline, Todd Schwartz, and Dr. Weathers
            explained that surgery was not planned for the
            arch. The problem with eating was addressed.
            Soft diet ordered.

I did notice you are now taking your medication. I have given
Mr. Holmes the copies of DR's for review.

The x-rays do not show any remarkable problem and the bones are
intact. I am assuming that you will be experiencing pain which
is now being managed appropriately.

As I suggested I would review the chart to see if there were
documentation to substantiate what you alleged the physicians
told you. I have seen nothing about clean break etc. I only
rely on the x-ray reports which cannot be tampered with.

I was informed that you were scheduled to see Dr. Pearson/
Dr. Cline on 6/28/96.


*Last Request Sent to this memo 7-3-96*

*Recieved 7-3-96*
*Bill H*

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

INMATE REQUEST

Mail Number _99_
Team Number _3_

| TO: (Check One) | ☐ Superintendent | ☐ Classification | ☐ Medical | ☐ Other |
| | ☐ Asst. Superintendent | ☐ Security | ☑ Dental | |

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
| | William m Hicks | 664670 | D-2²⁵ | Houseman | 11/30/99 |

## REQUEST

It's been way over six months to have my teeth cleaned and have not been called out as of yet.

Last dental visit I was told it was over six months I'VE Requested and I'D be in soon.

Please give me a date as to when my appointment will be

Thank you William m Hicks

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: 12/01/99

The nature of your informal grievance concerns the wait time you are experiencing for dental care.

I have confirmed that you are on the wait list since 5/17/99 and the reason you have not yet been called out is because your name has not yet reached the top of the list. The wait times are now longer because we lost two staff members in our department since the time of your request, to receive dental care back in May. Consequently I can't estimate your wait time.

After reviewing your dental records I noticed that you had the opportunity to receive a treatment plan exam back on 12/21/98 but you refused the exam. I see no reason why you should receive preferential treatment over other patients

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| F.A.C.] | | |
| | Official (Signature) ____ CMD | Date 12/01/99 |

Distribution:   WHITE..........Returned to Inmate
CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

DC3-005 (9-98)

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

# INMATE REQUEST

Mail Number _____ 99

Team Number _____ 3

| TO: (Check One) | ☐ Superintendent | ☐ Classification | ☐ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Superintendent | ☐ Security | ☑ Dental | |

| FROM: | Inmate Name William M Hicks | D.C. Number 664670 | Quarters D-2'25 | Job Assignment Houseman | Date 11/30/99 |
|---|---|---|---|---|---|

## REQUEST

could you please tell me when I would recieve my permenent Filling and

what dental service s can I recieve such as,

A) caps

B) Bridges "perment"

c) and other

I'D like to be on list to take care of my teeth.

THank you.

William m Hicks

All requests will be handled in one of the following ways:  1) Written information or  2) Personal inter-
view. All informal grievances will be responded to in writing.

--- DO NOT WRITE BELOW THIS LINE ---

## RESPONSE

DATE RECEIVED: 12/01/99

You are presently on the wait list for a treatment plan exam, and will be called out once your name reaches the top of the list. After you are examined I will be in a better position to answer your questions regarding the types of dental service you can receive. I cannot estimate your wait time, however if you are experiencing dental pain please be advised

Lastly, please do not submit a request on a "mutilated" page, use form in triplicate DC3-005

12/01/99

S. FAECHER, DMD
Dental Clinic
TomCI

[The following pertains to informal grievances only:

Based on the above information your grievance is _____ (R

If your informal grievance is denied you have the right to submit a formal gr

F.A.C.]

Official

Distribution:    WHITE..........Returned to Inmate          PINK.......Retain
                 CANARY.......Returned to Inmate          response is to a
                                                          placed in inmat

DC3-005 (9-98)

STATE OF FLORIDA

# INMATE REQUEST

Department of Corrections
(Instructions on Back)

Mail Number _99_
Team Number _3_

| TO: (Check One) | ☐ Superintendent  ☐ Asst. Superintendent | ☐ Classification  ☐ Security | ☐ Medical  ☒ Dental | ☐ Other  _Dental Dept._ |
|---|---|---|---|---|

| FROM: | Inmate Name _William M Hicks_ | D.C. Number _664670_ | Quarters _D2 85_ | Job Assignment _House man_ | Date _7/14/00_ |
|---|---|---|---|---|---|

**REQUEST**    _send notice of request_

DR. _Foster_ PDS,

I wish to be removed from diet tray please
as my lower filling is hurting.

along jaw is inflamed and I cannot chew
as I bite down.

I ask also for pain medications as we
discussed, please.

_William M Hicks_

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview All informal grievances will be responded to in writing.

--- DO NOT WRITE BELOW THIS LINE ---

**RESPONSE**                DATE RECEIVED: _3/15/00_

_Mr. you'll receive a callout soon. As I answered you on yesterday request_

[The following pertains to informal grievances only:

Based on the above information your grievance is _____: (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| Official (Signature) _V. A. MITCHELL, CDA_  _TOMOKA C. I._ | Date _3/15/00_ |
|---|---|

Distribution:    WHITE..........Returned to Inmate
                 CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

DC3-005 (9-98)

# INMATE REQUEST

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number ___99___
Team Number ___3___

TO:
(Check One)

☐ Superintendent
☐ Asst. Superintendent
☐ Classification
☐ Security
☐ Medical
☑ Dental  Dr. Jocher, DDS
☐ Other

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664670 | 0-2^175 | Houseman | 3/12/2002 |

## REQUEST

(1.) Sir, I request to have my permanent filling put in since I'm having pulse pain in that tooth. Seems its missing temporary filling.

(2.) I request my medications please for several days to gain, as its getting worse and not better.

Thank you

William m Hicks

All requests will be handled in one of the following ways:    1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

--- DO NOT WRITE BELOW THIS LINE ---

## RESPONSE                                        DATE RECEIVED: 3/14/00

you will recieve a call out watch the list.
you need to talk with the Dr.

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,

F.A.C.]

| Official (Signature) MITCHELL, CDA TOMOKA C.I. | Date 3/15/00 |
|---|---|

Distribution:    WHITE..........Returned to Inmate
CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

DC3-005 (9-98)

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _99_
Team Number _3_

| TO: (Check One) | ☐ Superintendent ☐ Asst. Superintendent | ☐ Classification ☐ Security | ☐ Medical ☑ Dental | ☐ Other |
|---|---|---|---|---|

Dental

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Williams M Hicks | 664670 | D-2 | House man | 2/29/00 |

**REQUEST**

REgarding my diet card, seems from
Day you ordered it till 2/29/00 I got it
But Still same food and tray as others
get. no change.

ID like to be removed from diet
as I knew this was to happen
all over again.

Thank you
Williams M Hicks

All requests will be handled in one of the following ways:   1) Written information or   2) Personal inter-
view. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED: _3/2/00_

Your concerns regarding the medical dental diet will be investigated
by the dental department. Expect a call shortly to dental
for the purpose of hearing your concerns. Please notice
taking the medical dental diet to avoid any disciplinary actions.

[The following pertains to informal grievances only:

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,

F.A.C.]

| | Official (Signature) R. S. FAECHER, DMD Dental Clinic | Date 3/2/00 |
|---|---|---|

Distribution:    WHITE..........Returned to Inmate
                 CANARY.......Returned to Inmate

PINK......Retained by Official Responding or, if the
response is to an informal grievances then forward to be
placed in inmate's file.

DC3-005 (9-98)

# INMATE REQUEST

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _99_
Team Number _3_

TO:    ☐ Superintendent    ☐ Classification    ☐ Medical    ☐ Other
(Check One)    ☐ Asst. Superintendent    ☐ Security    ☑ Dental    *Dental*

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William Hicks | 664670 | D-2 ¹²⁵ | Houseman | 11/15/99 |

## REQUEST

I need to be placed on

call out for tooth

Filling came out in confinement.

have pain now.

Thank you

William in Hicks

All requests will be handled in one of the following ways:    1) Written information or    2) Personal inter-
view. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: 10-15-99

DENTAL SICK CALL IS AVAILABLE MON - FRI
8:00A TO 9:00A FOR ACUTE DENTAL PROBLEMS + $4.00 Copay

[The following pertains to informal grievances only:

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,

F.A.C.]

| | Official (Signature) | Date |
|---|---|---|
| | R. S. FAECHER, DMD | 10/15/99 |
| | Dental Clinic | |

Distribution:    WHITE..........Returned to Inmate
CANARY.......Returned to Inmate
PINK.......Retained by Official Responding or, if the
response is to an informal grievances then forward to be
placed in inmate's file.
DC3-005 (9-98)

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _99_
Team Number _3_

TO: (Check One)
☐ Superintendent  ☐ Classification  ☐ Medical  ☐ Other
☐ Asst. Superintendent  ☐ Security  ☑ Dental    DENTAL

| FROM: Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| William m Hicks | 664670 | D 2 | house man | 6/29/99 |

**REQUEST**

I have infection to upper left jaw!
also have alot of pain.
I Ask to be put on medications.

Thank you
William m Hicks

All requests will be handled in one of the following ways: 1) Written information or 2) Personal interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

**RESPONSE**    DATE RECEIVED: 6-29-99

On 6/30/99 you had dental surgery at NTRC-ends clinic to resolve this situation.

On 7/01/99 you were called out to 7am C.I. dental clinic, evaluated and prescribed a medication.

You will be followed in the dental clinic at 7am C.I. for suture removal.

(The following pertains to informal grievances only:

Based on the above information your grievance is _____ (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006,

F.A.C.]

| Official (Signature) R. S. RAECHER, DMD Dental Clinic 7am CI | Date 7/01/9 |

Distribution: WHITE..........Returned to Inmate
CANARY.......Returned to Inmate
DC3-005 (9-98)
PINK.......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _99_
Team Number _3_

| TO: (Check One) | ☐ Superintendent ☐ Asst. Superintendent | ☐ Classification ☐ Security | ☑ Medical ☑ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name _William m Hicks_ | D.C. Number _669270_ | Quarters _J²_ | Job Assignment _Inmate_ | Date _5/14_ |
|---|---|---|---|---|---|

**REQUEST**

I like to have teeth cleaned A.S.A.P
please! maybe you could put me in
right away since IVE had so much
trouble and around it.

Sincerely

William m Hicks

All requests will be handled in one of the following ways:  1) Written information or  2) Personal interview. All informal grievances will be responded to in writing.

— DO NOT WRITE BELOW THIS LINE —

**RESPONSE**                        DATE RECEIVED: _5-17-99_

YOU HAVE BEEN PLACED ON OUR LIST
FOR COMPREHENSIVE DENTAL CARE
YOU WILL RECEIVE A CALL OUT
IN _4-5_ MONTHS. expect a 4⁰⁰ Co-pay at your First visit

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| | Official (Signature) P. (Roberson) | Date 5-17-99 |
|---|---|---|

Distribution:  WHITE..........Returned to Inmate
CANARY.......Returned to Inmate

PINK.......Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number 99
Team Number 3

TO: (Check One)
☐ Superintendent
☐ Asst. Superintendent
☐ Classification
☐ Security
☐ Medical
☑ Dental
☐ Other

DR Faecher NDS

| FROM: | Inmate Name William M Hicks | D.C. Number 664670 | Quarters J 116 | Job Assignment I/m infirmary AID | Date 4/21/99 |

**REQUEST**

I'm having severe problems as to Headaches and Left jaw which was not broken now it's effecting my Left ear also as to paid.

I ask for strong pain meds & penicilin please and I'll stop in on Friday 4/23/99 to speak.

Thank you
William M Hicks

All requests will be handled in one of the following ways:  1) Written information or  2) Personal interview. All informal grievances will be responded to in writing.

—— DO NOT WRITE BELOW THIS LINE ——

**RESPONSE**                    DATE RECEIVED: 4-23-99

You were seen on 4/23/99 as a dental emergency evaluated and treatment implemented.

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____ (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| Official (Signature) R. S. FAECHER, DMD Dental Clinic TMCC | Date 4/23/99 |

Distribution:    WHITE..........Returned to Inmate
CANARY.......Returned to Inmate

PINK......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file

DC3-005 (9-98)

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _99_
Team Number _3_

TO: (Check One)
☐ Superintendent  ☐ Classification  ☐ Medical  ☐ Other
☐ Asst. Superintendent  ☐ Security  ☑ Dental   _Dr Foecher DDS_

FROM: Inmate Name _William m Hicks_    D.C. Number _664670_    Quarters _J_    Job Assignment _I/m aid_    Date _3/31/99_

**REQUEST**

I have serious problem with upper left jaw, absest and swollen.

I have other issues to speak of also

need to be seen this week please.

William m Hicks     4-1-99

cc File

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

**RESPONSE**     DATE RECEIVED: _____

You will receive a called for ___ exam ___
If you are in ___ pain ___ place you on dental sick call ___
in the morning

[The following pertains to informal grievances only:]

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

Official (Signature)
R. S. FAECHER, DMD
Dental Clinic    Date _4/31/9_

Distribution:  WHITE..........Returned to Inmate    PINK.......Retained by Official Responding or, if the
CANARY.......Returned to Inmate    response is to an informal grievances then forward to be placed in inmate's file

DC3-005 (9-98)

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _79_
Team Number _3_

| TO: (Check One) | ☐ Superintendent | ☐ Classification | ☑ Medical | ☐ Other | *Dental* |
|---|---|---|---|---|---|
| | ☐ Asst. Superintendent | ☐ Security | ☐ Dental | MRS Poleski Mumo | |

RECEIVED MAR 12 1999

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Hicks | 061670 | J-116 | AID I/m | |

**REQUEST**

please check if Im to be scheduled by
dental for m.R.I. as its been awhile
since NFRC DID.

Thank you.                    3-11-99

William M Hicks

All requests will be handled in one of the following ways:    1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

———————— DO NOT WRITE BELOW THIS LINE ————————

**RESPONSE**                                    DATE RECEIVED: _____

We are checking into this for you.

[The following pertains to informal grievances only:

Based on the above information your grievance is _____. (Returned, Denied, or Approved).

If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

| | Official (Signature) | Date |
|---|---|---|
| | P(Roberson) | 3-26-99 |

Distribution:    WHITE..........Returned to Inmate          PINK.......Retained by Official Responding or, if the
                 CANARY.......Returned to Inmate          response is to an informal grievances then forward to be
                                                           placed in inmate's file

**E REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number  99
Team Number  3

☐ Superintendent    ☐ Classification    ☑ Medical    ☐ Other
☐ Asst. Superintendent  ☐ Security    ☑ Dental    DeNTal DENTal

| Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| William M Hicks | 664167C | 1P6 | | 2/1/99 |

**REQUEST**

my upper left jaw is STILL swollen and
for over a close to a month

I Request to have medications ordered
to fight off my infection.

appears my jaw gets worse and I
STILL wait to see dentist Regarding it.

ASAP please thank you     2-2-99
                    William M Hicks

requests will be handled in one of the following ways:   1) Written information or   2) Personal inter-
view. All informal grievances will be responded to in writing.

_____DO NOT WRITE BELOW THIS LINE_____

**RESPONSE**

You will receive a call out in the dental clinic for evaluation by the dentist
place to look at will take some time because dental backup is at Control quarter
day. You will be moved up to maintain at least a one per month number

| | Official (Signature) | Date |
|---|---|---|
| | R. B. FAECHER, DMD | 2/2/99 |
| | Dental Clinic | |
| | Control | |

WHITE..........Returned to Inmate
CANARY.......Returned to Inmate

PINK......Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

STATE OF FLORIDA
Department of Corrections

INMATE ~~REQUEST~~
_Informal Grievance_ (Instructions on Back)

Mail Number __99__
Team Number __3__

| TO: (Check One) | ☐ Superintendent ☑ Asst. Superintendent | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☐ Other  11-13-98 |
|---|---|---|---|---|

MR Romine

| FROM: | Inmate Name William m Hicks | D.C. Number 664670 | Quarters J 116 | Job Assignment A I D | Date 11/11/98 |
|---|---|---|---|---|---|

## REQUEST : I ask For action, please A.S.A.P. For serious problem!

Sir, I write To express a problem I'm having with medical. On 11-2-98 saw R.S. Faecher DMD Dentist, as I told I'D NOT gotten my Diet or pain meds. The oral surgeon at N.F.C.R. wrote For my jaw it was over two weeks past. Dentist wrote Both orders and nurse gave it To me & told me keep as my reciepts. at 2:00pm I Tried To get meds but nothing. From 11-2 - 11-6-98 I Tried at 2:00-3:00pm on Friday 11-6-98 I'n me Back 2:00pm with reciept and shower ~~came~~ Conner at glass said No wonder you have perservistion and To come back 3:00pm To get @ 3:00pm I Tried, was told No due to had expired, I asked IF I could have receipt back and keep For my File. said yes and gave it. watched me walk away. on Back oF script I wrot all happened & at Conners window and had it in File. I gave To officer smith To show all I had since 9ko searched my Lock For pills, took and gave me pharmacist and kept. Till now I Have D.R. For same thing I'd NOT done. I saw Dentist, Tried To Blame all and more on me "why". I need your help please.

All requests will be handled in one of the following ways: 1) Written information or 2) Personal interview. All informal grievances will be responded to in writing. _William M Hicks 11-11-98_

### DO NOT WRITE BELOW THIS LINE

## RESPONSE

Your informal grievance is denied for the following reasons:

1) Ms. Ackerson, dental assistant, (who you refer to as nurse) did not tell you ~~to~~ keep your prescription or soft food diet (mechanical) as a receipt. ~~Both Dr. Faecher and Ms. Ackerson gave you specific instructions to follow for you to receive your medication and mechanical diet.~~

2) Ms. Conner, pharmacy clerk, (who you refer to as nurse at glass) instructed you to ~~return the expired prescription to dental which you did not do. When you were called~~ into the dental clinic by Dr. Faecher, the dentist asked you to return the expired prescription to him, once he heard that you had the prescription. You made the ~~a decision to save the expired prescription for your records.~~

3) You deserve to have a D.R. because you knowingly lied to the pharmacy clerk about ~~returning your expired prescription to dental.~~

4) ~~The dentist is trying to help you get the appropriate treatment that the oral surgeon at N.F.R.C. prescribed. You can help yourself by following instructions.~~ You have already been placed on a mechanical diet and food service confirms you have received it ~~on 11-12-98. The 4 day supply of motrin is no longer indicitated for your condition.~~

Official (Signature) R. S. FAECHER, DMD
Dental Clinic
ToMCf

Date 11/13/98

Distribution: WHITE........Returned to Inmate
CANARY........Returned to Inmate
PINK........Retained by Official Responding or, if the response is to an informal grievance then forward to be placed in inmate's file.

DC3-005 (9-99)

(page 2)

In the event that you feel your informal grievance has not been satisfactorily resolved you may submit a request for administrative remedy (DC1-303) and submit to the office of the assistant superintendent.

INMATE ~~REQUEST~~   STATE OF FLORIDA
*IN Formal Grievance*   Department of Corrections
(Instructions on Back)

Mail Number __99__
Team Number __3__

TO:
(Check One)

☒ Superintendent   ☐ Classification   ☐ Medical   ☒ Other
☐ Asst. Superintendent   ☐ Security   ☒ Dental

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William M Hicks | 664670 | J 116 | AID | 11/4/98 |

**REQUEST**

Dental over month ago sent me to NCRC
for X-rays. 2 weeks or so ago I saw oral surgeon
which ordered mechanical diet food and
pain medication for Jaw.

**RECEIVED NOV 09 1998**

I came back and waited 2 weeks for order to
be filled and none was. I requested to see dental
aid did which wrote 2 orders on 11-2-98. I am still
waiting for this. I gone to window again to pick up
pain meds and is none she told me to go through sick
call to find out. I'm not happy, pain I have is from
Broward county, lies can't handle i won't tolerate. Thank you

All requests will be handled in one of the following ways:   1) Written information or   2) Personal inter-
view. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

**RESPONSE** Referred to Dr. Calderon 11-5-98
Dental

11-4-98

You were seen in the dental clinic by Dr. Faecher on 11/2/98 and were given a prescription
for Motrin and a diet slip, with instructions and how to proceed getting your medication
and special diet.

You were also seen by Ms. Ackerson and specifically instructed on how to proceed to
obtain your pain medication and diet.

Your informal grievance is denied.

If you feel that your informal grievance has not been satisfactorily resolved, a formal
grievance may be submitted using a request for Administrative remedy (DC1-303), and
submitted to the office of the assistant superintendent.

| | | |
|---|---|---|
| Official (Signature) | **R. S. FAECHER, DMD**<br>Dental Clinic<br>TomCI | Date 11/10/98 |

Distribution:   WHITE.........Returned to Inmate
CANARY.......Returned to Inmate

PINK.....Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

DC3-005 (8-89)

# INMATE REQUEST

**STATE OF FLORIDA**
Department of Corrections
(Instructions on Back)

Mail Number __99__
Team Number __5__

| TO:<br>(Check One) | ☐ Superintendent<br>☐ Asst. Superintendent | ☐ Classification<br>☐ Security | ☐ Medical<br>⊗ Dental | ☐ Other<br>DenTal |
|---|---|---|---|---|

| FROM: | Inmate Name<br>William M Hicks | D.C. Number<br>664670 | Quarters<br>1HD | Job Assignment<br>A I D | Date<br>11/7/98 |
|---|---|---|---|---|---|

## REQUEST

I Request To See Dentist
please due To pain medications
I have not Been recieving
ASAP please
                                        11-9-98
Thank you.

William M Hicks

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

_____ DO NOT WRITE BELOW THIS LINE _____

## RESPONSE

You were called out and seen in the dental clinic on 11-09-98.

| Official (Signature)<br>P Ockerson | Date<br>11-9-98 |
|---|---|

Distribution:   WHITE.........Returned to Inmate<br>CANARY.......Returned to Inmate<br>DC3-005 (8-89)

PINK.......Retained by Official Responding or, if the response is to an informal grievance then forward to be placed in inmate's file.

# INMATE REQUEST

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _99_
Team Number _3_

| TO: (Check One) | ☐ Superintendent ☐ Asst. Superintendent | ☐ Classification ☐ Security | ☐ Medical ☒ Dental | ☐ Other  *Dental* |
|---|---|---|---|---|

| FROM: | Inmate Name  *William m Hicks* | D.C. Number  *664620* | Quarters  *J 116* | Job Assignment  *AID* | Date  *10/27/98* |
|---|---|---|---|---|---|

## REQUEST

I'VE Been To reception center couple days ago and seen Dental,

wrote medical orders for,
1) pain medication
2) Diet

please advise me on procedure which now is over month.

thank you,
William m Hicks

All requests will be handled in one of the following ways:   1) Written information or   2) Personal interview. All informal grievances will be responded to in writing.

Rec'd 10/28/98        DO NOT WRITE BELOW THIS LINE

## RESPONSE

You will be seen next week for an evaluation.

| Official (Signature) | Date 10/28/98 |
|---|---|

Distribution:   WHITE..........Returned to Inmate
CANARY........Returned to Inmate

PINK........Retained by Official Responding or, if the response is to an informal grievance then forward to be placed in inmate's file.

DC3-005 (6-89)

STATE OF FLORIDA
Department of Corrections

**INMATE REQUEST**

(Instructions on Back)

Mail Number _99_
Team Number _3_

TO:
(Check One)
- [ ] Superintendent
- [ ] Asst. Superintendent
- [ ] Classification
- [ ] Security
- [✓] Medical
- [ ] Dental
- [ ] Other

*Dental*
*medical*

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | William m Hicks | 664670 | J 4116 | Favm | 8/25/98 |

**REQUEST**

I've placed a request For pain aid I saw Deitist For my Fractures that happened at Broward county Jail

put me on List For Xrays which is Bad while new,

I suffer in pain a long while "it's 24 hrs aday and it's getting worse as I was taken off psch drug due to reactions which I was put on it To help manage pain.

Please reply a.S.A.P. please        Rec'd 8/24/98

*RECEIVED AUG 25 1998*

All requests will be handled in one of the following ways; 1) Written information or  2) Personal interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

**RESPONSE**

You are now on the dental waiting list
1) Your first apt is for treatment per Exam
2) This will by ___ on a per apt basis next visit.

| Official (Signature) | Date |
|---|---|
| | 8/27/98 |

Distribution:  WHITE.........Returned to Inmate
CANARY.......Returned to Inmate

PINK......Retained by Official Responding or, if the response is to an informal grievance then forward to be placed in inmate's file.

DC3-005 (9-00)

**INMATE REQUEST**

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _____
Team Number _____

| TO:<br>(Check One) | ☐ Superintendent<br>☐ Asst. Superintendent | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>William M Hicks | D.C. Number<br>664670 | Quarters<br>J u<br>476 | Job Assignment | Date<br>7/31/98 |
|---|---|---|---|---|---|

RECEIVED
AUG 05 1998

**REQUEST**

I seek to meet with an oral Surgeon
regarding Jaw.

my Jaw was Fractured and never got
medical at county Jail
so I wish to speak To dentist oral Surgeon.
severe pain
thank you.

Rec'd
8-13-98

All requests will be handled in one of the following ways:   1) Written information or   2) Personal inter-
view. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

**RESPONSE**

See Jan Cival 8-14 98

| Official (Signature) | Date<br>8/14/98 |
|---|---|

Distribution:   WHITE..........Returned to Inmate
              CANARY........Returned to Inmate

PINK.....Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

DC3-005 (8-89)