

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-Civ-DIMITROULEAS
MAGISTRATE JUDGE P.A. WHITE

WILLIAM M. HICKS,              :

      Plaintiff,         :

v.                             :           ORDER

EMSA, et al.,                  :

      Defendants.        :
_____

This Cause is before the Court upon "Plaintiff's Motion For Court Order to Have Copies of Exhibits Made to Attach to Response to Summary Judgment/Extension of Time" (DE# 235), a copy of which is attached to and made part of this Order.

Upon Consideration, and review of the record, it is thereupon

ORDERED AND ADJUDGED, as follows:

**The plaintiff's motion (DE# 235), is granted, as follows:**

1. Warden Johnson, Assistant Warden Holmes, and the Librarian of Lake Correctional Institution are hereby informed: (a) that inmate William M. Hicks [DC# 664670] states that he requires the copying of documents [medical records] for his use, to supplement his incomplete May 28, 2004 Response to defendants' pending motion for summary judgment in this case; and (b) that this case is currently set to proceed to trial before the Honorable William P. Dimitrouleas, United States District Judge, during the two week period commencing July 12, 2004. <u>The Warden, or DOC personnel designated by him, shall forthwith permit the copying of additional documents, for use in summary judgment proceedings and/or at trial, if requested by inmate Hicks following this Order</u>.

2. **Upon receipt of the Warden's facsimile copy of this Order, the Warden's Office shall immediately provide inmate Hicks with a copy of this Order.**

3. Plaintiff's request for an extension of time is granted, to the extent that should he wish to submit additional medical documents as exhibits, to supplement his



incomplete May 28, 2004 Response to defendants' pending motion for summary judgment, plaintiff may do so within the period provided for submitting objections to the Report of Magistrate Judge, which is being entered separately from this Order.

Dated: June 9th, 2004.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Warden Hadro Johnson
    Lake Correctional Institution
    19225 U.S. Hwy. 27
    Clermont, FL 34711-9025
    **(By U.S. Mail; and facsimile 352/394-3504)**

    William M. Hicks, Pro Se
    DC# 664670
    Lake Correctional Institution
    19225 U.S. Hwy. 27
    Clermont, FL 34711-9025

    Gregg A. Toomey, Esquire
    Richard T. Woulfe, Esquire
    BUNNELL, WOULFE, KIRSCHBAUM,
        KELLER, McINTYRE, & GREGOIRE, P.A.
    One Financial Plaza, #900
    100 S.E. 3rd Avenue
    Ft. Lauderdale, FL 33394

    Honorable William P. Dimitrouleas
        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE P.A. WHITE

William M. Hicks,
    Plaintiff, prose,
-vs-
EMSA, et al,
    Defendants
_____/

### PLAINTIFF'S MOTION FOR COURT ORDER TO HAVE COPIES OF EXHIBITS MADE TO ATTACH TO RESPONSE TO SUMMARY JUDGMENT / EXTENSION OF TIME

COMES NOW, William M. Hicks, prose, and request this court for a court order served upon D.O.C. at Lake Corr Inst to make copies needed for response to summary judgment that deadline is set for May 28, 2004. Also request extension to make copies and present them for his exhibits. Hicks on 5-26-04 gave exhibits to librarian to make copies of entire medical record, on same day it was approved and copies were being made and at 2:00 pm tried to pick them up but was told had to stop making copies as was ordered. I spoke with librarian who would not advise me who denied copies. At this time a clerk was shredding all copies made. I tried to find out who denied making copies then librarian advised me my Rule 56 motion

1 of 2

was not needed and my exhibits were not in compliance with rule 56? I was advise that they checked my inmate trust fund and said I did not have funds to pay. Chapter 33-501-302 (2004) clearly reads no one shall read legal work nor deny copies based on funds. I'm told suit is not a prison condition suit and they don't have to make copies. As court knows Hicks never left custody nor has he ever had any problems making copies before. This is quite odd as my deadline is due and denied copies. Hicks broke down all exhibits and on 5-27-04 was told a mrs overstreet said I can not make copies, on 5-26-04 I was told by clerk that DOC attorney mr. Barry Rhodes told librarian not to make copies. So at this point Hicks is only allowed to make one copy of copy request form and copy of motion with [NO] exhibits. See attached copy request showing approved then disapproved. Hicks has always paid his copy cost, medical, dental, ect and owes DOC nothing. And all of a sudden he's denied his constitutional right to access this court. Hicks was moving for summary judgment himself?

   Wherefore based on the facts submitted Hicks needs a court order and possible show cause order on DOC why denying copies, EX A-1, Hicks spoke to assist warden mr. Holmes at 3:00pm who advised librarian to make copies of reduced exhibits. If Hicks needs more EXHIBITS he needs court order.

May 27, 2004
—————
Dated

William M. Hicks
William M. Hicks
DC# 664670
Lake Corr Inst

COPY

**COPYING SERVICES REQUEST AND WITHDRAWAL**

TRACKING #: 312 - 2004 - 0301

INMATE NAME: Hicks William                    DC# 664670

INSTITUTION/UNIT: Lake Corr. Inst.            HOUSING LOCATION: F-2210

INSTRUCTIONS: (1.) Identify by name all the courts, attorneys, or officials that will be mailed copies; (2.) Identify the reason why copies are needed, e.g., "3.850", "civil rights complaint", etc.; (2.) Write the title of the documents to be copied in the lefthand column below. If the material to be copied are attachments or exhibits to a document or pleading, they must be listed separately. Attachments or exhibits will not be copied unless they are submitted along with the original documents or pleadings that they relate to; (3.) List the total number of pages for each title to be copied; (4.) List the number of copies for each title that you are requesting; (5.) Sign and date the request where indicated on the form, and, (6.) Submit this form and the material to be copied to the Law Library Supervisor.

REASON THAT COPIES ARE NEEDED: Challenge to Prison Conditions pursuant to Fed. R. Civ. P. rule 56

LIST ALL PARTIES THAT WILL BE PROVIDED COPIES: Woulfe, Esquire; and my-self

| TITLE OF DOCUMENT(S) TO BE COPIED | TOTAL PAGES | NUMBER OF COPIES | |
|---|---|---|---|
| | | REQUESTED | APPROVED |
| 1. Defendant Response to Summary Judgment | 11 | 2 | |
| 2. Exhibits to Response to Summary Judgment | 1165 | 2 | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

BY MY SIGNATURE, I AM REQUESTING THAT THE ABOVE-REFERENCED COPIES BE MADE FOR ME, AND HEREBY AUTHORIZE THE DEPARTMENT TO CHARGE OR LIEN MY INMATE BANK ACCOUNT FOR $ 0.15 FOR EACH PHOTOCOPY AS PAYMENT FOR COPYING SERVICES.

INMATE SIGNATURE: William M. Hicks 664670    DATE: 5-25-04

**INMATES DO NOT WRITE IN THIS BOX**

REQUEST IS:  APPROVED ☐    DISAPPROVED ☒

LAW LIBRARY SUPERVISOR: _____    DATE: _____

REASON FOR DISAPPROVAL: _____

TOTAL COPIES MADE: _____    TOTAL COST (TOTAL COPIES X $0.15 EA): $ _____

DATE COPIES MADE: _____    DATE ISSUED/MAILED TO INMATE: _____

DC5-154 (10/03)