UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

    Plaintiff,

v.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON and
EMSA,

    Defendants.
_____/



### DEFENDANTS' PRETRIAL STATEMENT

Defendants, DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, DR. G. PEARSON and EMSA, hereby file their Pretrial Statement pursuant to Order Setting Trial Date dated December 2, 2003.

**A.**    **NATURE OF CLAIM**

This is an action arising from the above-named Defendants' alleged deliberate indifference towards Plaintiffs medical needs after Plaintiff, a pretrial detainee then an inmate, was involved in an altercation with another inmate. The Plaintiff brought suit against EMSA and the individual Defendants in their official and individual capacities.

**B.**    **BRIEF STATEMENT OF FACTS**

Hicks entered the jail in August 1995, and most of his early contacts with medical personnel occurred with respect to mental and addiction problems. He was on suicide watch for most of this month. Hicks self-reported a long history of alcohol and crack addiction, and numerous psychiatric



interventions for a number of problems. On August 16 and 31, Hicks complained of shoulder pain, which was the result of a 1994 motor vehicle accident. Hicks was seen by medical personnel nearly every day of this month.

On September 22, 1995, Hicks complained of right jaw pain, and was seen by nursing staff. One week later, he was seen by dental staff. His interaction with medical staff in October 1995 regarded only mental health issues, and Hicks voiced no pertinent medical problems.

On November 2, 1995, Hicks had a tooth filled by Defendant Glenn Pearson. On November 6, 1995, he was seen for complaints of head pain from surgery, which apparently occurred prior to his incarceration. Hicks refused at least three appointments with medical staff during this month. Otherwise, Hicks was seen nearly every day regarding various complaints.

Throughout December 1995, Hicks complained of headaches attributed to his psychiatric medications. Again, the records document non-compliance with treatment. Nearly daily interaction with medical staff continued throughout this month.

On January 4, 1996, Hicks was again seen for complaints of head pain. These complaints related to the right eye and temple. Although it was offered that he be moved to the infirmary regarding these complaints, Hicks refused any medical intervention. Nine days later, Hicks complained of the same pain, and inexplicably complained of the medical staff's refusal to treat him. He was once again seen by medical staff, and after conversation, it was determined that his pain was related to the prior motor vehicle accident and stress.

On February 9, 1996, Defendant Davis treated Hicks following the altercation. An x-ray was taken and read by Miguel A. Tome, M.D., which suggested a fracture of the left jaw. Dr. Tome suggested that the x-ray finding be confirmed by examination. Dr. Davis noted a laceration to the right zygomatic arch, which is just below the eye, and the laceration was sutured closed.

The sutures were removed on February 15, after Hicks was transferred to the Broward Main Jail. Dr. Davis ordered additional x-rays, which Dr. Tome read, finding a non-displaced fracture of the right zygomatic arch with no abnormalities of the left jaw. Hicks was prescribed Tylenol III, four times daily for one week, for pain. Two days later, Hicks complained of nausea, but missed his follow up appointment with the physician on February 19. Dr. Davis referred him to the EMSA optometrist, who examined him on February 20, finding his eyesight 20/20 in both eyes. Hicks was prescribed antibiotics, Darvocet was replaced with Tylenol 3, and he was referred to dental for follow up.

On February 21, Hicks was seen by Defendant Weathers, an oral and maxillofacial surgeon. Dr. Weathers found no swelling, normal eye movement, no deformity of the facial bones, normal pupillary reaction and no double vision. He ordered additional x-rays of the jaw, apparently to confirm or rule out Hicks' complaints. He also ordered Motrin, 600 mg. three times a day for two weeks, a soft diet and a dental follow up. Dr. Tome read the ordered x-rays the same day. Importantly, he found <u>no fracture, dislocation or other bony abnormality of the jaw</u>. The same day, Dr. Davis reviewed the x-rays and Dr. Tome's report. Dr. Davis noted the non-displaced fracture of the right zygomatic arch which was pointed out in the earlier x-ray on February 15, 1996.

Over the course of the next two weeks, Hicks complained of nausea from the Motrin, that he had a broken jaw and required additional pillows, and that three weeks had passed since Dr. Weathers ordered a dental follow up. Each complaint was addressed: he was given extra pillows, Tylenol and Flexeril replaced Motrin, and he was evaluated by Defendant Uecker on March 4.

Because Hicks continued to complain of pain and seek prescription painkillers despite numerous interactions with medical staff, Defendant Cline ordered a repeat facial x-ray on March 15. The x-rays were taken and read by James R. Thompson, M.D. the same day, and confirmed the

abnormality was only the right zygomatic arch fracture. Hicks was seen by dental staff on March 22, and a soft diet was ordered by Defendant Sharon Pearson, D.D.S.

Hicks was seen on March 27 by Defendant Weathers, an oral and maxillofacial surgeon. Dr. Weathers reviewed the latest x-rays, found them unremarkable, noted an improvement in Hicks' jaw opening, and Hicks' statement that he was under stress and had been clenching his teeth. Flexeril was continued, and Weathers planned a follow up in four weeks.

Over the ensuing month, Hicks wrote several grievances, alleging that the medical staff was unresponsive to his condition and threatening suit. Aside from regular visits with medical staff, he was seen by Defendant Uecker on April 22, Psychiatrist Mel Limia, M.D. on April 30, and Defendant Cline on May 3. Dr. Uecker referred Hicks to Dr. Weathers. Dr. Cline ordered another facial x-ray to rule out displacement of the zygomatic arch fracture, which showed no change. Dr. Weathers saw Hicks on May 8, reviewed the x-rays ordered by Dr. Cline, and confirmed the fracture was not displaced. Four sets of x-rays were done to evaluate and monitor Hicks' condition to make sure it was properly healing and remained in proper alignment.

Hicks continued to complain of pain and seek prescription painkillers intermittently throughout May, and was seen by Dr. Uecker on May 24. Dr. Uecker continued Midrin, Flexeril and Motrin, 800 mg, for thirty days. Approximately three weeks later, or as these orders were about to expire, Hicks again began to complain of pain and insisted he had a broken jaw, which is unsupported by the records. He was seen on numerous occasions by medical staff, who found no swelling and no acute distress.

On June 20, he was seen by Dr. Davis on complaints of pain and for renewal of medications.

He continued to complain of pain and seek narcotic medications throughout July, he was seen by medical staff, and medications were renewed by Dr. Davis on July 22. Although the records do

not indicate complaints by Hicks in August, he was seen regularly, and additional x-rays were ordered on August 16, and which were read as negative on August 21.

On November 2, 1996, Hicks was sent to oral and maxillofacial surgeons Charles B. Russo DMD, and Jeffrey Elliot, DMD, whose offices are in Coral Springs. Drs. Russo and Elliot have no affiliation with the Defendants. A CT scan was performed on November 27, with the following findings:

> 33 y/o male presents with CC: persistent pain in his "TMJ." Patient was in his usual state of health when he allegedly was involved in an interpersonal violence on 02/07/96. He was evaluated by "some M.D.'s" and told that he had fractures. These fractures were allegedly not treated.
>
> Examination - Alert and oriented x 3. Cranial nerves II-VII grossly intact. Positive paresthesia right infraorbital nerve. No other facial paresthesia noted. Interincisal opening 38 mm, with slight deviation to the right. No clicking, popping, crepitus noted in either right or left TMJs. Left and right lateral excursions were unrestricted to 10 mm. Protrusive was noted to be 8 mm. <u>The mandible is grossly intact without stepping, segmental mobility or tenderness</u>. No gross entrapment of right coronoid process. No pain on loading TMJs. No pain on palpation of TMJs. Maxilla is non-mobile. Positive stepping with some tenderness right lateral wall of maxilla (maxillary sinus). Stepping noted right zygomatic arch. Infraorbital rims are continuous without tenderness. Patient is partially edentulous without gross dental pathology.
>
> Radiographs: CT exam is remarkable for small break in the right posterolateral wall of the maxillary sinus. There is no fluid accumulation or gross thickening of either the right or left sinus membranes. The condyles appear normal. <u>A panoramic radiograph also suggests no old or new fractures of the mandible</u>.
>
> Impression: 33 y/o male S/P trauma with residual defect maxillary sinus. <u>There is no evidence of TMJ pathology at this time</u>. Patient's limited opening and complaint of discomfort may be due to scar tissue from original injury. Nonsurgical physical therapy may help.

Hicks was not seen again until July 1997, and his records indicate he spent the intervening period in the Florida State Hospital. Over the remaining year of his detention, Hicks' complaints

were largely limited to psychiatric problems and continued demands for narcotic medications. Pertinent to this discussion, his diagnoses included drug seeking behavior, manipulative behavior, delusions, and paranoia regarding mistreatment during his earlier Broward detention and his stay at the Florida State Hospital. His only significant medical complaint concerned an alleged broken nose suffered in the February 1996 altercation. This complaint was not confirmed on an October 7, 1997 x-ray.

William M. Hicks is currently an inmate at the Lake Correctional Institution, serving a sentence of life plus fifteen years.

**C.     WITNESSES**

1.  William M. Hicks                              Plaintiff
    #664670
    Lake Correctional Institution
    19225 US Highway 27
    Clermont, Florida 34711-9025.

2.  Dr. Winthrop C. Davis                         Defendant
    c/o Richard T. Woulfe, Esquire
    Bunnell Woulfe, Kirschbaum,
     Keller, McIntyre & Gregoire, P.A.

3.  Dr. Craig Uecker                              Defendant
    c/o Richard T. Woulfe, Esquire
    Bunnell Woulfe, Kirschbaum,
     Keller, McIntyre & Gregoire, P.A.

4.  Dr. Sharon Pearson                            Defendant
    c/o Richard T. Woulfe, Esquire
    Bunnell Woulfe, Kirschbaum,
     Keller, McIntyre & Gregoire, P.A.

5.  Dr. Jack Cline                                Defendant
    c/o Richard T. Woulfe, Esquire
    Bunnell Woulfe, Kirschbaum,
     Keller, McIntyre & Gregoire, P.A.

| | | |
|---|---|---|
| 6. | Dr. Trevor Weathers<br>c/o Richard T. Woulfe, Esquire<br>Bunnell Woulfe, Kirschbaum,<br> Keller, McIntyre & Gregoire, P.A. | Defendant |
| 7. | Dr. Glenn Pearson<br>c/o Richard T. Woulfe, Esquire<br>Bunnell Woulfe, Kirschbaum,<br> Keller, McIntyre & Gregoire, P.A. | Defendant |
| 8. | Jonessa Milliken<br>Representative of EMSA<br>c/o Richard T. Woulfe, Esquire<br>Bunnell Woulfe, Kirschbaum,<br> Keller, McIntyre & Gregoire, P.A. | Defendant |

Each of the following witnesses will testify that Plaintiff received and continues to receive appropriate medical care and that his medical needs were met:

9. Gina Maria Rivera, LPN
   Broward County Main Jail

10. Delia Richardson, LPN
    North Broward Detention Center

11. Dhanmatie Nancoo, RN
    North Broward Detention Center

12. Dr. John Martin
    Psychiatrist North Broward Detention Center

13. Dr. Mel Limia
    Staff Psychiatrist
    Broward County Main Jail

14. Melsaides Nelson, MSRN
    Psychiatric Supervisor
    North Broward Detention Center

15. Willemina Rowe, RN
    Broward County Main Jail

16. Antoinette C. Reimer, LPN
    Broward County Main Jail

17. Monica Garrett, RN
    Broward County Main Jail.

18. Dr. Nirva Derizier
    Staff Physician
    Broward County Main Jail

19. Patrick Dyer, RN
    Broward County Main Jail

20. Elain McGhie, RN
    Broward County Main Jail

21. Cassandra Burch, MA
    North Broward Detention Center

22. Esther Sherman-Jolly, RN
    North Broward Detention Center

23. Jerrene R. Brantley, RN
    North Broward Detention Center

24. Valerie Mindle, RN
    North Broward Detention Center

25. Judith Jones, LPN
    North Broward Detention Center

26. Manuela Decespedes, M.D.
    South Florida Reception Center

27. Veronica O'Conner, PA
    North Broward Detention Center

28. Jacquelyn D. Farrar, Dental Assistant
    North Broward Detention Center

29. Pauline Mier, RN
    North Broward Detention Center

30. Hyacinth Holness, LPN
    Broward County Main Jail

31. Patricia Rell, LPN
    North Broward Detention Center

32. Dick Maureen, RN
    North Broward Detention Center

33. Elma McKenzie, LPN
    North Broward Detention Center

34. Margaret Butch, RN
    North Broward Detention Center

35. Crystal Chambers, RN
    North Broward Detention Center

36. Kathy Grey, RN
    North Broward Detention Center

37. Dr. Abdolmajid Shams
    North Broward Detention Center

38. Eva Podlocha, RN
    North Broward Detention Center

39. Calista Chukwu, RN
    North Broward Detention Center

40. Joan Bauersmith, RN, HN
    North Broward Detention Center

41. Kathleen Skillen, LPN
    North Broward Detention Center

42. Eric Veltri, LCSW
    North Broward Detention Center

43. Vicky Serrao, RN
    North Broward Detention Center

44. Melissa Cooper, LPN
    Broward County Main Jail

45. Jeanne M. Ganis, RN
    North Broward Detention Center

46. D. Wade Chatfield, PA
    Broward County Main Jail

47. Richard MacDonald, HSA
    Department of Corrections

48. Miguel Tome, M.D.
    North Broward Detention Center

49. Mike Cornelius, RN
    North Broward Detention Center

50. Andrea Craig, Dental Assistant
    North Broward Detention Center

51. Gail Washington, LPN
    Broward County Main Jail

52. Wayne Evans, X-Ray Technologist
    North Broward Detention Center

53. Jenell Davis, LPN
    Broward County Main Jail

54. PA Chatfield, MD
    Broward County Main Jail

55. Derek Brown, LPN
    Broward County Main Jail

56. Todd Schwartz, HSA
    Broward County Main Jail

57. Michael Rayner, LPN
    Broward County Main Jail

58. Laquay Jones, ARNP
    Broward County Main Jail

59. Janet Taylor, LPN
    Broward County Main Jail

60. James R. Thompson, M.D.
    North Broward Detention Center

61. Virgilio Ibay, RN, BA
    Broward County Main Jail

62. Lorraine Krystopher, LPN
    Broward County Main Jail

63. Laura Ross, LPN
    Broward County Main Jail

64. Nelsy Chaperon, LPN
    North Broward Detention Center

65. Diane Wade, LPN
    Broward County Main Jail

66. Sheila Crawford, LPN
    Broward County Main Jail

67. Ed Hanley
    Human Services Counselor
    North Broward Detention Center

68. Gordon Stein, RNC
    Broward Stockade

69. John Catano, PA
    North Broward Detention Center

70. Medical Records Custodian
    Florida Medical Center
    5000 W. Oakland Park Blvd.
    Ft. Lauderdale, FL 33313

71. Medical Records Custodian
    Broward General Medical Center
    1600 S. Andrews Ave.
    Ft. Lauderdale, FL 33316

72. Dr. Francisco Fonte
    Everglades Correctional Institution

73. Dr. Calderone
    Tomoka Correctional Institution

74. Dr. Elliot
    Coral Springs, FL

75. Dr. Charles Russo
    Coral Springs, FL

76. Dr. Goodman
    Everglades Correctional Institution

77. Dr. Guzman
    Everglades Correctional Institution

78. Dr. Sevilla
    Everglades Correctional Institution

79. Dr. Gonzalez
    Everglades Correctional Institution

80. Debbie Clemons, Medical Records Dept.
    Lake Correctional Institute
    19225 US Highway 27
    Clermont, FL 34711-9025

81. Lonnie Strickland
    Lake Correctional Institute
    19225 US Highway 27
    Clermont, FL 34711-9025

82. Barbara Evans
    Health Service Administrative Coordinator
    North Broward Detention Center

83. Steven M. Holmes, D.D.S.
    7600 Red Road, Ste. 101
    Miami, FL 33143
    Defendants' Maxillofacial Surgeon/Oral expert

84. All parties to this action.

85. Any and all persons listed in Answers to Interrogatories

86. Any and all persons listed in Responses to Requests for Production

87. Impeachment and rebuttal witnesses

88. Any and all witnesses listed on Plaintiffs Witness and Expert Witness List

89. Defendants reserve the right to amend this Witness List.

**D.   EXHIBITS**

   1.   Any and all interrogatory questions and answers.

   2.   Any and all depositions, including any and all exhibits attached to depositions, taken in this case.

   3.   Any and all requests for production and responses thereto.

   4.   Any and all requests for admission and responses thereto.

   5.   Any and all responses to subpoenas which were directed to non-parties.

   6.   Any and all papers, writings, articles and publications of those listed as witnesses on the witness list by any party.

   7.   Any and all records, reports, data and exhibits used or prepared by experts.

   8.   Curriculum Vitae of any expert witness retained or called by any party.

   9.   Any and all impeachment and/or rebuttal exhibits.

   10.   Any and all exhibits listed by any other party to this action.

   11.   Applicable statutes, regulations, case law and ordinances.

   12.   Any and all correspondence between the parties.

   13.   Any and all journals and diaries maintained by Plaintiff.

   14.   Any and all Broward County Main Jail records, including, but not limited to inmate grievances, correspondence between Plaintiff and jail officials and personnel, disciplinary reports, inmate request forms, initial screening forms.

   15.   Any and all North Broward Detention Center jail records, including, but not limited to inmate grievances, correspondence between Plaintiff and jail officials and personnel, disciplinary reports, inmate request forms, initial screening forms.

   16.   Any and all Everglades Correctional Institution records including, but not limited to inmate grievances, correspondence between Plaintiff and prison officials and personnel, disciplinary reports, inmate request forms, initial screening forms.

   17.   Any and all prison and/or jail records from any and all detention facilities where Plaintiff may have been detained including, but not limited to inmate grievances, correspondence

between Plaintiff and jail/prison officials and personnel, disciplinary reports, inmate request forms, initial screening forms.

18. Any and all Lake Correctional Institution records including, but not limited to inmate grievances, correspondence between Plaintiff and prison officials and personnel, disciplinary reports, inmate request forms, initial screening forms.

19. Any and all records from Plaintiff's state criminal case.

20. Any and all medical records, including dental and mental health records, from Broward County Main Jail, North Broward Detention Center, Everglades Correctional Institution and any other facility where Plaintiff may have been detained as a detainee or inmate including, but not limited to: medication notes, medication orders, consultation records, emergency room records, mental health records, laboratory records and reports, surgical records, X-rays, progress notes, refusal of treatment forms, informed consent forms, mental health questionnaires, prescriptions.

21. Records and x-rays from Dr. Elliott/Dr. Russo.

22. Records and x-rays from Broward General Medical Center.

23. Records and x-rays from Florida Medical Center.

24. Plaintiff's records from the Department of Corrections.

25. Defendants reserve the right to amend this Exhibit List

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day of June, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, Suite 900
100 Southeast Third Avenue
Ft. Lauderdale, FL 33394
Phone: 954/761-8600; Fax: 954/463-6643

BY: _____
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants/Facsimile: 954-463-6643
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available