Prov'ed to Lake C.I.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE P.A. WHITE

William M. Hicks,
    Plaintiff, prose,
      -vs-
E.M.S.A., et al,
    Defendant(s).



## MOTION TO STRIKE DEFENDANTS REPLY MEMORANDUM OF LAW

Comes now William M. Hicks, prose, and moves this court pursuant to Fed.R.Civ.P. 12(f), and S.D.Fla.L.R. 7.1(c) to strike defendants frivolous reply as they have not strickly limitted reply to rebuttal of matters raised in opposition response and re-argued matters covered in their initial memorandum of law. Defendants put forth also an expanded record not based on event happening in year 1996-1998 while a detainee. As well try to manipulate this court into believing MRI and CT x-ray scans show discs rotate normally during open and closed sequence[s], Higgs-vs-DOC, 647 So2d 962 (Fla 1st DCA 1994) Reh'g den. (Jan 26, 1995); Higgs-vs-DOC, 654 So2d 624 (Fla 1st DCA 1995). This court knows a person does not move any part of their body while in MRI or CT x-ray machine. Thus inconclusive and not in line with rules of court. Defendants certify mailing complete copies of DOC medical files which plaintiff did not recieve except for exhibits to reply. Plaintiff moves to strike defendant's expert, Fed.R.Civ.P. 56(e), Allen-vs-Scribner, 812 F2d 426 (9th Cir 1987) opinion amended 828 F2d 1445.

241/WC

Plaintiff places on record the law librarian who denied copies and shredded all copies made was fired a couple days later for having close relationship with inmate who shredded all copied documents as exhibits for response to summary judgment.

Plaintiff recieved reply on 6-11-04.

### CERTIFICATE OF SERVICE
### OATH

I HEREBY CERTIFY that all contained herein motion to strike is true and correct under pains of perjury and copy handed over to prison officials to mail this 14TH day of June 2004 and mailed to Mr. R. Woulfe, esq counsel for defendants.

William M. Hicks 664670
William M. Hicks, prose
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025