UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,

    Plaintiff,

v.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON and
EMSA,

    Defendants.
_____/

CASE NO.: 00-6087-CIV-DIMITROULEAS

Magistrate Judge White



### DEFENDANTS' AMENDED MOTION TO BE EXCUSED FROM A PORTION OF THE TRIAL DOCKET

Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON, file this Motion to be excused from a portion of the trial docket as follows:

1. This case is set for trial on the Court's two-week jury trial docket commencing July 12, 2004.

2. The defendants have been excused for July 16, 2004 [D.E. 202].

3. The defendants, DR. G. PEARSON and DR. S. PEARSON, have longstanding vacation plans from July 15, 2004 through July 19, 2004.

4. The defendant, DR. CLINE will not be available on July 23, 2004.

5. Defendants' expert, Dr. Holmes is not available on July 20, 2004.

WHEREFORE, Defendants, EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR.



WEATHERS, DR. G. PEARSON and DR. S. PEARSON, request this Court enter an Order excusing them from trial from July 15 through July 20, 2004 and July 23, 2004.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this 21st day of June, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025; Summer Marie Barranco, Esquire, counsel for Defendants Jenne, Broward County Sheriff, Purdy Jolly & Giuffreda, 1322 SE 3rd Avenue, Fort Lauderdale, Florida.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, # 900
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394
Tel: 954-761-8600
Fax: 954-463-6643

BY: _____
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available