UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Magistrate Judge White

    Plaintiff,

v.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON and
EMSA,

    Defendants.
_____/



### DEFENDANTS' SUPPLEMENTAL WITNESS AND EXHIBIT LISTS

Defendants DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, DR. G. PEARSON and EMSA, hereby file their Supplemental Witness List as follows:

**C. WITNESSES**

    90.   D. Ogunsanwo, MD
           Lake Correctional Institution
           19225 US Highway 27
           Clermont, Florida 34711-9025.

    91.   Dr. Juan Gonzalez Cho
           Address unknown

**D. EXHIBITS**

    26.   Plaintiff's records from the Tomoka Correctional Institute.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day



of June, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

                                                          BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, Suite 900
100 Southeast Third Avenue
Ft. Lauderdale, FL 33394
Phone: 954/761-8600; Fax: 954/463-6643

BY: /s/ Richard T. Woulfe
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants/Facsimile: 954-463-6643
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available