UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

vs.

EMSA, et al.,

    Defendants.

_____/

FILED by _____ D.C.
JUN 24 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DENYING WITHOUT PREJUDICE AMENDED MOTION TO BE EXCUSED

THIS CAUSE is before the Court upon Defendants' Amended Motion to be Excused from a Portion of the Trial Docket. [DE-242]. The Court has carefully considered the Motion and is otherwise fully advised in the premises. On December 2, 2003, the Court set this case for trial on the two-week calendar commencing on July 5, 2004. [DE-176]. On March 11, 2004, because of counsel's vacation plans, this Court reset this case for trial on the two-week calendar commencing on July 12, 2004. [DE-195]. Again, because of vacation plans, on March 24, 2004, this Court granted a Motion to be Excused for one day of the two-week trial calendar. [DE-202]. Now, less than three (3) weeks before trial, Defendants have filed another Motion to be Excused for an additional four days of the two-week trial calendar.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Amended Motion to be Excused from a Portion of the Trial Docket [DE-242] is hereby **DENIED WITHOUT PREJUDICE**.



2. Defendants may renew the Motion at the calendar call.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24 day of June, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White
Summer M. Barranco, Esq.
Richard T. Woulfe, Esq.

William M. Hicks, Pro Se
DC # 664670
Lake Correctional Inst.
19225 US HWY 27
Clermont, FL 34711-9025