FILED by ELECTRONIC

Jun 25 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

      Magistrate Judge White

    Plaintiff,

v.

KEN JENNE, et al.,

    Defendants.

_____/

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON, files this Motion for Extension of Time to file objections to the Report of Magistrate Judge dated June 17, 2004 as follows:

    1.    This case is currently set for trial on the two week docket commencing July 12, 2004.

    2.    On June 17, 2004, the Report of Magistrate Judge was issued.

    3.    Pursuant to rule, objections to the Report must be filed by July 28, 2004.

    4.    Counsel for defendants is in trial in Miami-Dade County June 28 - June 30, 2004 in CHRS, Inc. v. EMSA, Inc., 92-24531 before the Honorable Gil Freeman.

    5.    Therefore, Defendants require an enlargement of time to file objections to the Report of Magistrate Judge until Friday July 2, 2004.

WHEREFORE, Defendants, respectfully request this Court grant this Motion and enter an Order extending their time to respond until Friday, July 2, 2004.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this 25th day

1 of 3     BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954•761•8600

245/ch

of <u>June</u>, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

                BUNNELL, WOULFE, KIRSCHBAUM,
                KELLER, McINTYRE & GREGOIRE, P.A.
                Attorneys for Defendants
                One Financial Plaza, # 900
                100 S.E. 3rd Avenue
                Fort Lauderdale, FL 33394
                Telephone: 954-761-8600
                Fascimile: 954-463-6643
                Email: GAT@bunnellwoulfe.com

         BY:  s/Gregg A. Toomey
            RICHARD T. WOULFE
            Florida Bar No.: 222313
            GREGG A. TOOMEY
            Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

2

2 of 3 BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340, 954•761•8600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

    Plaintiff,

v.

EMSA, et al.,

    Defendants.

_____/

### ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME

THIS CAUSE having come before the Court on Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON's Motion to for Extension of time to file objections to the Report of Magistrate Judge, and the Court having read said motion and being otherwise fully advised in the premises, it is hereby:

ORDERED and ADJUDGED that Defendants' Motion for Extension to file objections to the Report of Magistrate Judge is GRANTED.

DONE and ORDERED in Chambers, at Broward County, Florida on this _____ day of June, 2004.

                                                    _____
                                                    Magistrate Judge Patrick A. White
                                                    U.S. District Court Judge

<u>Copies furnished to all counsel of record</u>
Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available