UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

Magistrate Judge White

v.

EMSA, et al.,

    Defendants.

_____/

FILED by _____ D.C.
JUN 25 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME

THIS CAUSE having come before the Court on Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON's Motion for Extension of time to file objections to the Report of Magistrate Judge, and the Court having read said motion and being otherwise fully advised in the premises, it is hereby:

ORDERED and ADJUDGED that Defendants' Motion for Extension to file objections to the Report of Magistrate Judge is GRANTED.

DONE and ORDERED in Chambers, at Broward County, Florida on this 25 day of June, 2004.

_____
~~Magistrate Judge Patrick A. White~~
U.S. District Court Judge
William P. Dimitrouleas

Copies furnished to all counsel of record
Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

PC # 664670
Lake Correctional Inst.
19225 U.S. HWY 27
Clermont, FL 34711-9025