UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

vs.

EMSA, et al.,

    Defendants.
_____/

FILED by _____ D.C.
JUN 29 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DENYING MOTION TO STRIKE

THIS CAUSE is before the Court upon Plaintiff's Motion to Strike Defendants' Reply Memorandum, filed herein on June 18, 2004. [DE-241]. The Court has carefully considered the Motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Strike Defendants' Reply Memorandum, filed herein on June 18, 2004 [DE-241] is hereby **DENIED**. This case remains referred to Judge White.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29 day of June, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White
Richard T. Woulfe, Esq.

William M. Hicks, Pro Se
DC # 664670
Lake Correctional Inst.
19225 US HWY 27
Clermont, FL 34711-9025