Provided to Lake C.I.
BH
25 June 04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE, P.A. WHITE

William M. Hicks,
   Plaintiff,
   -vs-
E.M.S.A. et al,
   Defendant(s)



## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

### BACKGROUND

1.) How long have you lived in the area?

2.) Do you own your own home?

3.) Do you have children? How many? How old?

4.) Where are you employed? What's your job title?

5.) Where are the other members of your immediate family employed?

6.) To what clubs and social organizations do you belong?

7.) What are your hobbies?

8). What magazines or reading material do you regularly read?

9). How many years of formal education do you have?

10). Were you ever in the military?
   What ranks did you hold?
   What duties did you have?
   Were you ever in the military police?

11). The following persons may be called as witnesses in this case. Do you know or ever heard of any of these persons?

12). Do you know any of the defendant(s) in this case?
   Do you know any of defendant(s) lawyers or law firm?

13). Do you have any opinions concerning the Broward sheriff's office? Or Broward county jail(s)?

14). Have you or any member of your family or a close friend ever been the victim of a crime?
   What was the nature of the crime?
   Was the perpetrator punished?
   What was the result?
   Were you satisfied with the results?

15). Have you or has any member of your family ever held any job in (a) a law enforcement agency, (b) any government agency, (c) the state or local police, (d) the FBI, (e) any prosecutor's office, or (f) a private detective or security guard agency?

16). Do you know anyone who is or was employed by or in any way connected with the Broward county sheriff's office? or with Broward county jail(s)?

17). Do you know anyone, including your neighbors, friends, co-workers or relatives, who works or has worked in a jail or prison or as a parole or probation officer?

18). Are you employed by Department of corrections?

19). Does your job cause you to work with any law enforcement office or agency?

20). Are you an attorney or ever had schooling in law?

21). In this case you will hear testimony from medical doctor's and dentist's. Have you ever had any experience with doctors and dentists which effected you in some way so that you could not be an impartial juror in a case involving such testimony?

### ATTITUDES TOWARDS PRISONS

22). Have you ever been inside a jail or prison?

23). Do you think prisoner's are treated too lightly?

24). Do you think prisoner's are afforded too many privileges?

25). What do you believe the purpose of prison is?

26). If a prisoner disobeys an order, should he/she be punished, and if so, how?

27). Do you believe prisoner's are entitled to humane and fair treatment?

28). Do you believe there are circumstances under which a prisoner forfeits his or her right to humane and equitable treatment?

29). If someone is harmed by the actions of another person, under what circumstances should he bring a lawsuit and be compensated?

30). What do you think should be done to private medical corporations and their employee's if shown that they knew about medical conditions and done nothing to intervene or report violations?

## CREDIBILITY

31). Do you know anyone who has been in prison?
What is your relationship with that person?
What was the person imprisoned for?
How long was the sentence?

32) If a prisoner and prison officials or medical employee give conflicting testimony about the same incident, which one would you be inclined to believe and why?

33). If you knew someone had been convicted of a crime, would that make you less likely to believe he/she was telling the truth?

34). Under what circumstances, if any, would a prison or jail or medical personel be likely to give false testimony?

35). Do you believe a prison or jail or medical personel is more likely to tell the truth than a prisoner?

36). Do you hold any bias twards prisoners?

37). Under what circumstances do you think people who work together on the same jobs are likely to protect a co-worker they suspect of wrongdoing?

38). If you were in a position to hire someone, under what circumstances would you hire a person with a criminal record or violations on their license?

39). Because a person has been convicted of a crime, do you believe the person is guilty?
If so why?

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy has been given to prison officials to mail this 24 day of June 2004 and sent to MR. Wourte, Esq. One Financial Plaza · suite 900 · 100 SE 3rd Ave, Ftl, Fla 33394.

William M. Hicks 664670
William M. Hicks, prose
Lake Corr I.S.T
19225 US Hwy 27
Clermont, Fla 34711-9025