UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE. P.A. WHITE

William M. Hicks,
    Plaintiff, prose,
    -vs-
E.M.S.A., et al,
    Defendant(s).



Provided to Lake C.I.
28 June 04

## PLAINTIFF'S NOTICE BEING DENIED COPYING

Comes Plaintiff William M. Hicks, prose, and alerts court of Lake C.I. still violating court's order served on warden(s) Mr. Johnson, Mr. Holmes and Mr. White. On 6-24-04 gone through regular channels to obtain copies and Miss Wedel Library regional supervisor denied stating attorneys are not served with copies, therefore denied. Thus far, Hicks has motions to be copied and trial exhibits but can't copy. On 6-28-04 gone to pick up 6-24-04 copies and found were denied. I gone to wardens office and no one present. Tried to speak with assist warden Mr. White's secretary but she declined. She gave me courts order personally. Time was 9:15 am. At approx. 9:45am I spoke to female colonel who did not care except appeared wanting to lock me up in confinement.

Wherefore based on handprinted motion Hicks needs to present all motions in open court and make copies at jail. Also ask that his filed motion for contempt of court be carried out on Mr. White and Miss Wedel. Will attach or show declined copy request showing denied. First was approved.

Hicks in one of his several motions has since 6-23-04 a motion in detail objecting to defendant's vacation.

CERTIFICATE OF SERVICE

I William M. Hicks CERTIFY that facts and matters contained herein are true and correct under penalty of perjury. True copy given to prison officials to mail on 28th day of June 2004 and sent to MR. R. Woulk, esq for Defendant(s).

William M. Hicks 664670
William M. Hicks prose
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025

# INMATE REQUEST

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: **EXHIBIT**
Team Number: 1
Institution: Lake Corr Inst

| TO: (Check One) | ☐ Warden  ☒ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Dental | ☐ Other  Mr. White assist warden |
|---|---|---|---|---|

| FROM: | Inmate Name: William M Hicks | DC Number: 664670 | Quarters: F22u L | Job Assignment: Houseman | Date: 6/18/04 |
|---|---|---|---|---|---|

## REQUEST

Sir, I am notifying you of possible retaliation over Federal court issuing court order for copying services. I ask that you make it known to all employees. Also my Federal civil trial I have one starts July 2004 and I request to be transferred back to this camp. I don't request transfer. Also I have (5) grievances to the Librarian who has in possession which I have not received back as over (10) days.

Thank you

William M Hicks #664670

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: 6/21/04

There will be no retaliation taken against you for the court order. All employees will conduct themselves in a professional manner. I note necessary copies for applicable... [illegible handwritten response]

cc: Mr. White

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): [signed]   Date: 6/21/04

Distribution: White - Returned to Inmate   Pink - Retained by official responding, or if the response is to an
Canary - Returned to Inmate            informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)