UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE P.A. WHITE

William M. Hicks,
 Plaintiff, prose,

 -vs-

E.M.S.A., et al,
 Defendant(s).



B#
Provided to Lake C.I.
21 June 04

FILED by JG D.C.
JUL - 1 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## MOTION FOR CONTEMPT OF COURT PROCEEDINGS

COMES NOW, William M. Hicks, prose, and submits EX A courts order dated June 9, 2004 ordering all Department heads at Lake Corr Inst to allow copying of documents for Exhibits to summary judgment and/or trial set for July 12, 2004. Mr. White assist warden gave a copy of order on 6-16-04 to Hicks, on 6-17-04 Hicks filled out copy request form EX B to obtain copies of pretrial statement with deadline set for 6-18-04, on 6-18-04 at approx. 10:20 am Hicks gave to law library to pick up copys and was told they was denied, see reason on copy request signed by regional library supervisor clearly stating rule states an attorney does not get a copy. Now Hicks gone straight to wardens office and spoke with Mr. White's secretary as all wardens were out, I was advised at 1:00 pm to bring copys to be made to library as assist warden white instructed and copys will be made, upon speaking with teacher Mr. Edwards who runs library for today, he states I must

251

be special and he was instructed to make copys. I tried to explain I'm not special and have a court order and advised my deadline is missed now. Mr. Edwards was taking notes and I asked what they was and his demenor changed. This teacher by his admission worked here for 18 years, I recieved copys now after mailroom closed so I could not mail out in time to meet deadline. Miss Wedel is the same person who I'm told denied all exhibits to be copied for summary judgment.

## CONCLUSION

I Hicks am now awaiting reprisal over Hicks being denied his constitutional rights to access and litigate his case wherefore, plaintiff ask this Honorable court to initiate contempt of court proceedings against regional library supervisor miss Wedel and person overseeing lake corr inst programs assist. warden mr. White. Plaintiff request to recover costs of all copys.

## CERTIFICATE OF SERVICE

I William M Hicks, prose, certify that a copy of motion only was turned over to prison officials to mail this 21st day of June 2004 and mailed to Mr. Wentz, esq for USA defendants.

William M Hicks 664670
William M Hicks, prose
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025

EX A



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-Civ-DIMITROULEAS
MAGISTRATE JUDGE P.A. WHITE

WILLIAM M. HICKS,               :

    Plaintiff,              :

v.                              :           ORDER

EMSA, et al.,                   :

    Defendants.             :
_____

This Cause is before the Court upon "Plaintiff's Motion For Court Order to Have Copies of Exhibits Made to Attach to Response to Summary Judgment/Extension of Time" (DE# 235), a copy of which is attached to and made part of this Order.

Upon Consideration, and review of the record, it is thereupon

ORDERED AND ADJUDGED, as follows:

**The plaintiff's motion (DE# 235), is granted, as follows:**

1. Warden Johnson, Assistant Warden Holmes, and the Librarian of Lake Correctional Institution are hereby informed: (a) that inmate William M. Hicks [DC# 664670] states that he requires the copying of documents [medical records] for his use, to supplement his incomplete May 28, 2004 **Response** to defendants' pending motion for **summary judgment** in this case; and (b) that this case is currently set to proceed to trial before the Honorable William P. Dimitrouleas, United States District Judge, during the two week period commencing July 12, 2004. The Warden, or DOC personnel designated by him, shall forthwith permit the copying of additional documents, for use in summary judgment proceedings and/or at trial, if requested by inmate Hicks following this Order.

2. **Upon receipt of the Warden's facsimile copy of this Order, the Warden's Office shall immediately provide inmate Hicks with a copy of this Order.**

3. Plaintiff's request for an extension of time is granted, to the extent that should he wish to submit additional medical documents as exhibits, to supplement his



incomplete May 28, 2004 Response to defendants' pending motion for summary judgment, plaintiff may do so within the period provided for submitting objections to the Report of Magistrate Judge, which is being entered separately from this Order.

Dated: June 9th, 2004.

UNITED STATES MAGISTRATE JUDGE

cc: Warden Hadro Johnson
Lake Correctional Institution
19225 U.S. Hwy. 27
Clermont, FL 34711-9025
**(By U.S. Mail; and facsimile 352/394-3504)**

William M. Hicks, <u>Pro Se</u>
DC# 664670
Lake Correctional Institution
19225 U.S. Hwy. 27
Clermont, FL 34711-9025

Gregg A. Toomey, Esquire
Richard T. Woulfe, Esquire
BUNNELL, WOULFE, KIRSCHBAUM,
    KELLER, McINTYRE, & GREGOIRE, P.A.
One Financial Plaza, #900
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394

Honorable William P. Dimitrouleas
    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE: P.A. WHITE

William M. Hicks,
   Plaintiff, prose,
   -vs-
EMSA, et al,
   Defendants
_____/

### PLAINTIFF'S MOTION FOR COURT ORDER TO HAVE COPIES OF EXHIBITS MADE TO ATTACH TO RESPONSE TO SUMMARY JUDGMENT / EXTENSION OF TIME

COMES NOW, William M. Hicks, prose, and request this court for a court order served upon D.O.C at Lake Corr Inst to make copies needed for response to summary judgment that deadline is set for May 28, 2004. Also request extension to make copies and present them for his exhibits. Hicks on 5-26-04 gave exhibits to librarian to make copies of entire medical records, on same day it was approved and copies were being made. Once at 2:00 pm tried to pick them up but was told had to stop making copies as was ordered. I spoke with librarian who would not advise me who denied copies. At this time a clerk was shredding all copies made. I tried to find out who denied making copies, the librarian advised me my Rule 56 motion

1/2

was not needed and my exhibits were not in compliance with Rule 56? I was advise that they checked my inmate trust fund and said I did not have funds to pay. Chapter 33-501-302 (2004) clearly reads no one shall read legal work nor deny copies based on funds. I'm told suit is not a prison condition suit and they don't have to make copies. As court knows Hicks never left custody nor has he ever had any problems making copies before. This is quite odd as my deadline is due and denied copies. Hicks broke down all exhibits and on 5-27-04 was told a nun over street said I can not make copies, on 5-26-04 I was told by clerk that DOC attorney mr. Barry Rhodes told librarian not to make copies. So at this point Hicks is only allowed to make one copy of copy request form and copy of motion with [10] exhibits. See attached copy request showing approved then disapproved. Hicks has always paid his copy cost, medical, dental, ect and owes DOC nothing. And all of a sudden he's denied his constitutional right to access this court. Hicks was moving for summary judgment himself?

Wherefore based on the facts submitted Hicks needs a court order, and possible show cause order on DOC why denying copies. EX A-1. Hicks spoke to assist warden mr. Holmes at 3:30pm who advised Librarian to make copies of reduced exhibits. If Hicks needs more exhibits he needs court order.

William M Hicks
William M Hicks
DC # 049672
Liberty C.I. S-57

May 27, 2004
Dated

**COPY**

## COPYING SERVICES REQUEST AND WITHDRAWAL

TRACKING #: _PIX - 2004 - 0301_

INMATE NAME: _Hicks William_   DC#: _664670_

INSTITUTION/UNIT: _Lake Corr. Inst_   HOUSING LOCATION: _F-2210_

INSTRUCTIONS: (1) Identify by name all the courts, attorneys, or officials that will be mailed copies. (2) Identify the reason why copies are needed, e.g. "3.850", "civil rights complaint", etc. (2) Write the title of the documents to be copied in the lefthand column below. If the material to be copied are attachments or exhibits to a document or pleading, they must be listed separately. Attachments or exhibits will not be copied unless they are submitted along with the original documents or pleadings that they relate to. (3) List the total number of pages for each title to be copied. (4) List the number of copies for each title that you are requesting. (5) Sign and date the request where indicated on the form, and, (6) Submit the form and the material to be copied to the Law Library Supervisor.

REASON THAT COPIES ARE NEEDED: _Challenge to Prison Conditions pursuant to Fed. R. Civ. P. rule 56_

LIST ALL PARTIES THAT WILL BE PROVIDED COPIES: _Wolfe, Esquire; and my-self_

| TITLE OF DOCUMENT(S) TO BE COPIED | TOTAL PAGES | NUMBER OF COPIES REQUESTED | APPROVED |
|---|---|---|---|
| 1. Defendant Response to Summary Judgment | 11 | 2 | |
| 2. Exhibits to Response to Summary Judgment | 1165 | 2 | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

BY MY SIGNATURE, I AM REQUESTING THAT THE ABOVE-REFERENCED COPIES BE MADE FOR ME, AND HEREBY AUTHORIZE THE DEPARTMENT TO CHARGE OR LIEN MY INMATE BANK ACCOUNT FOR $0.15 FOR EACH PHOTOCOPY AS PAYMENT FOR COPYING SERVICES.

_William M Hicks 664670_   DATE: _5-25-04_
INMATE SIGNATURE

**INMATES DO NOT WRITE IN THIS BOX**

REQUEST IS:   APPROVED ☐   DISAPPROVED ☒

LAW LIBRARY SUPERVISOR _____   DATE _____

REASON FOR DISAPPROVAL: _____

TOTAL COPIES MADE: _____   TOTAL COST (TOTAL COPIES X $0.15 EA): $_____

DATE COPIES MADE: _____   DATE ISSUED/MAILED TO INMATE: _____

DC5-154 (10/03)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA



William M. Hicks
Lake Correctional Institution
664670
19225 US Highway 27
Clermont, FL  34711 - 9025

----------------------

0:00 cv 06087 #238
5 page(s).
06/10/2004

Control #: CV-fax hp 629

**COPYING SERVICES REQUEST AND WITHDRAWAL**

INMATE NAME: _William Mathews_     DC#: _066616_

INSTITUTION/UNIT: _____     HOUSING LOCATION: _____

Document Name: _Plaintiff's Pretrial Statement_

| Description | Total Pages | Number of Copies |
|---|---|---|
| Pretrial Statement by Plaintiff | 11 | 2 |

**INMATES DO NOT WRITE IN THIS BOX**

APPROVED ☐     DISAPPROVED ☒

LIBRARY SUPERVISOR: _____ DATE: _____

REASON FOR DISAPPROVAL: _____