FILED by SW D.C.
ELECTRONIC
Jul 2 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

Magistrate Judge White

WILLIAM M. HICKS,

      Plaintiff,

v.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS,
DR. CLINE, DR. PEARSON,
DR. G. PEARSON and EMERGENCY
MEDICAL SERVICES ASSOCIATION,

      Defendants.
_____/

### DEFENDANTS' MOTION TO COMPEL RELEASE OF RECORDS

      Defendants DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, DR. G. PEARSON and EMERGENCY MEDICAL SERVICES ASSOCIATION , pursuant to Federal Rule of Civil Procedure 33, file this Motion to Compel Release of Plaintiff's records as follows:

      1.     The Complaint alleges the Plaintiff was denied medical care in violation of his due process rights while detained in the Broward County jail from August 1995 to June 1998.

      2.     This case is currently set for trial on the Court's two-week jury trial docket commencing July 12, 2004.

      3.     Defendants have requested records in Plaintiff's possession to be produced to the undersigned counsel pursuant to Request for Production dated March 12, 2004.

      4.     Plaintiff responded by stating that he was in possession of x-rays and records that the Defendants were not in possession of, and the copying fee was .15 cents per page.

      5.     The Plaintiff is serving a life sentence at the Lake Correctional Facility and has been unable to copy his records to produce to defendants.

      6.     Defendants have had the opportunity to meet with Mr. Hicks to review his file but were

unable to have copies made at the meeting.

7. It is up to Mr. Hicks to have the records copied and produced to the Defendants.

8. Defendants have spoken with Plaintiff and he has agreed to have his sister copy and provide defendants with his x-rays.

9. Given the short period of time defendants have to review the material, the Defendants would be prejudiced if they are not allowed to receive all of the Plaintiff's records within ample time to review the material.

WHEREFORE, Defendants requests this Honorable court to enter an Order compelling the Plaintiff, William Hicks, to produce his records and films to the undersigned counsel as soon as practicable or to limit Plaintiff's testimony and prohibit him from testifying as to those records and/or x-rays that the Defendants were unable to obtain.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this ____ day of July, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, # 900
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394
Tel: 954-761-8600
Fax: 954-463-6643

BY: _____
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-6643
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

    Plaintiff,

v.

KEN JENNE, et al.,

    Defendants.
_____/

**ORDER ON DEFENDANTS' MOTION TO COMPEL RELEASE OF RECORDS**

THIS CAUSE having come on to be heard on Defendants EMSA, DR. UECKER, DR. CLINE, DR. DAVIS, DR. WEATHERS, DR. G. PEARSON and DR. S. PEARSON's Motion to Compel Release of Records and the Court having read said motion and being otherwise fully advised in the premises, it is hereby:

ORDERED and ADJUDGED that Defendants' Motion to Compel Release of Records is GRANTED.

1. Plaintiff shall produce his records and films to Defendants or Plaintiff's testimony will be limited and he will be prohibited from testifying as to those records and/or x-rays that the Defendants were unable to obtain.

DONE and ORDERED in Chambers, at Broward County, Florida on this _____ day of July, 2004.

                                                          _____
                                                          Magistrate Judge Patrick A. White
                                                          U.S. District Court Judge

Copies furnished to all counsel of record
Richard T. Woulfe, Esq./Gregg A. Toomey, Esq./Facsimile: 954-463-6643
William M. Hicks/Lakes Correctional Institution, 19225 US Highway 27, Clermont, FL 34711-9025