FILED by _____ D.C.

ELECTRONIC

**Jul 2 2004**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

       Plaintiff,

v.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON and
EMSA,

       Defendants.

_____/

## DEFENDANTS' SECOND SUPPLEMENTAL WITNESS AND EXHIBIT LISTS

    Defendants DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE,

DR. PEARSON, DR. G. PEARSON and EMSA, hereby file their Supplemental Witness and Exhibit

Lists as follows:

**C.**    **WITNESSES**

    92.    Maria Laria-Viota, DDS
          Lake Correctional Institution
          19225 US Highway 27
          Clermont, Florida 34711-9025.

    93.    Monique Mullin, RN
          Lake CI

    94.    Randy Faecher, DMD
          Tomoka CI
          3950 Tiger Bay Road
          Daytona, Florida 32124

    95.    K. Hill, CDA

253/lk

Lake CI

96.    Chris Howlett, DDS
       Lake CI

97.    Mrs. Ackerson, Dental Assistant
       Tomoka CI

98.    Fentin E. Froom, MD
       Lake CI

99.    E. Franco, M.D.
       Lake CI

100.   Parker T. Allis, DDS
       Lake CI

101.   Brad Bookmyer, OS
       Lake CI

102.   Dr. Howlett
       North Florida Reception Center

103.   Record Custodian
       North Florida Reception Center
       North Florida Reception Center
       P.O. Box 628
       Lake Butler, FL 2054

104.   Records Custodian
       South Florida Reception Center
       14000 NW 41st Street
       Miami, Fl 33102

105.   Records Custodian
       Tomoka CI

106.   Records Custodian
       Everglades CI
       1601 SW 187 Avenue
       Miami, Fl

107.   Pulaski, RN
       Tomoka CI

108.  Sylvia William
      Tomoka CI

109.  Emitty Baudoin
      Tomoka CI

110.  V. M. Saenz, MD
      Lake CI

111.  Katherine Reed,
      North Florida Reception Center

112.  Alfredo Pairot
      Lake CI

113.  Dr. Siailla
      Lake CI

114.  Francisco Fonte, DDS
      Lake CI

115.  Roberto Rivera, MD
      Lake CI

116.  Raul De Cespedes, MD
      Lake CI

117.  L. S. Finkelstein, RN
      Lake CI

118.  Dr. Gees
      Lake CI

119.  Leiva, Physicians Assistant
      Lake CI

120.  Dr. Errol Campbell
      Lake CI

121.  Luon V. Ta, MD
      Lake CI

122.  O. Ogunsanwo, MD
      Lake CI

123.  Dr. Eardley

Lake CI

124.    Erlinda Enriquez, MD
        Lake CI

125.    Desreen Bennett-Blake
        Lake CI

126.    Chris Sutter, RN
        North Broward Detention Center

127.    Florence Demosthenes, RN
        North Broward Detention Center

128.    H. Doyle, RN
        North Broward Detention Center

129.    Lorraine Christopher, LPN
        North Broward Detention Center

130.    Jacqui Lobban, LPN
        North Broward Detention Center

133.    Gail D'Elia, LPN
        North Broward Detention Center

134.    Sophia Motley, LPN
        North Broward Detention Center

135.    Ruth Lebel, RN
        North Broward Detention Center

136.    Herbert Goldberg, MD
        North Broward Detention Center

137.    Christine Bruno, LPN
        North Broward Detention Center

138.    Barbara Rosenbloom, RN
        North Broward Detention Center

139.    Elizabeth Engesser
        North Broward Detention Center

140.    Karen Mizrahy
        North Broward Detention Center

141.   Hugh Eisen, MD
       North Broward Detention Center

142.   Dr. Perfilio
       North Broward Detention Center

143.   Glen Watson, Ph.D
       North Broward Detention Center

144.   Ann Ade, P.A.
       North Broward Detention Center

145.   Dr. Ansley
       North Broward Detention Center

146.   Dr. Strauss
       North Broward Detention Center

147.   Dr. Trudy Garfield Block
       North Broward Detention Center

148.   Nurse McLevy
       North Broward Detention Center

149.   Silvano Altamirano, RN
       Lake CI

**D.**   **EXHIBITS**

27.   Plaintiff's records from the North Florida Reception Center.

28.   Plaintiff's records from the South Florida Reception Center.

29.   Illustration of facial bones

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ____ day of July, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.

Attorneys for Defendants
One Financial Plaza, Suite 900
100 Southeast Third Avenue
Ft. Lauderdale, FL 33394
Phone:  954/761-8600
Fax: 954/463-6643
Email:  RTW@bunnellwoulfe.com


BY: _____s/Richard T. Woulfe_____
            RICHARD T. WOULFE
            Florida Bar No.:  222313
            GREGG A. TOOMEY
            Florida Bar No.: 0159689


Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants/Facsimile: 954-463-6643
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available