UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



WILLIAM M. HICKS
    Plaintiff,

CASE NO. 00-6087-CIV-DIMITROULEAS

VS.

KEN JENNE, Broward County Sheriff, et al.,
    Defendants.

WRIT OF HABEAS CORPUS
AD TESTIFICANDUM

_____/

TO:    UNITED STATES MARSHAL and

    Florida Department of Corrections
    Attention: Rebecca Stokes
    2601 Blairstone Road
    Tallahassee, Florida 32399

It appearing the WILLIAM M. HICKS, DOC # 664670, is confined by the State of Florida at the Lake Correctional Institution at Clermont, Florida, and that it is necessary for the said WILLIAM M. HICKS to be brought before this Court for the purposes of giving testimony in the above-styled cause;

NOW, THEREFORE, this is to command you, the proper official of the State of Florida Department of Corrections, that you have the body of the said WILLIAM M. HICKS now in custody as aforesaid, under safe and secure conduct before this Court at Fort Lauderdale, Florida, at 8:45 o'clock a.m. on Tuesday, July 6, 2004, for the purpose of testifying at the Calendar Call/Status Conference in the above-styled cause, and upon completion of said testimony that you return the subject with all convenient speed, under safe and secure conduct to the custody of the Warden at the previously designated penal institution.

You are to contact the United States Marshal Service, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 ( 954) 356-7256, regarding security arrangements for the said WILLIAM M. HICKS while he is at the United States Courthouse, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _2_ day of July, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:

Florida Department of Corrections
(2 certified copies)

United States Marshal Service
( 1 copy for informational purposes)

William M. Hicks, # 664670
Lake Correctional Institution
19225 US Highway 27
Clermont, FL 34711-9025

Summer Barranco, Esq.
Purdy, Jolly & Giuffreda, Esq.
1322 SE 3rd Avenue
Fort Lauderdale, FL 33316