## CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by /s/ D.C.
JUL 0 6 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6087    DATE: July 6, 2004

COURTROOM CLERK: J. Bryan    COURT REPORTER: B. Ryckoff

William M. Hicks    VS.    Dr. W.C. Davis, et al.,

COUNSEL: —    COUNSEL: Gregg A. Toomey

REASON FOR HEARING: Calendar call

RESULT OF HEARING: The Plaintiff was not present so the Court continued the calendar call until Thursday, July 8, 2004, at 8:45 A.M.

CASE CONTINUED TO: July 8, 2004    TIME: 8:45 A.M.    FOR: Calendar Call

MISC: —