

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,   CASE NO. 00-6087-CV-DIMITROULEAS

    Plaintiff,

vs.

                              NO.: 664670

KEN JENNE, et al.

    Defendant.   **WRIT OF HABEAS CORPUS**
_____/   **AD PROSEQUENDUM**

TO:   ANY UNITED STATES MARSHAL, and
        WARDEN, Lake Correctional Institution
        19225 US Highway 27
        Clermont, FL 34711-9025

        And

Florida Department of Corrections
Attention: Rebecca Stokes
2601 Blairstone Road
Tallahassee, Florida 32399

WILLIAM M. HICKS, No. 664670, the Plaintiff in the above entitled case, is confined at Lake Correctional Institution, Clermont, FL and that said case is set for a hearing at the United States Federal Courthouse, 299 E. Broward Boulevard, Courtroom 205-B, Fort Lauderdale, Florida, on Thursday, July 8, 2000 at 8:45 a.m., and that it is necessary for said plaintiff to be before this Court for the purpose of giving testimony in said proceeding;

NOW THEREFORE, this is to command you, any United States Marshal, that you have the body of the said William M. Hicks now in custody as aforesaid, under safe and secure conduct, before this Court at the United States Federal Courthouse, 299 E. Broward Boulevard, Room 205, Courtroom B, Fort Lauderdale, Florida by or before 8:45 a.m. on Thursday, July 8,



2004 for the purpose of testifying at the Calendar Call/Status Conference in the above-styled cause, and on July 12, 2004 for the purpose of attending the trial in the above referenced cause, and upon completion of testimony that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Lake Correctional Institution, Clermont, FL, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of said William M. Hicks for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of July, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Florida Department of Corrections
(2 certified copies by mail)
(1 copy via fax)

U.S. Marshal (1 copy for informational purposes)

William M. Hicks, # 664670
Lake Correctional Institution
19225 US Highway 27
Clermont, FL 34711-9025

Summer Barranco, Esq.
Purdy, Jolly & Giuffreda
1322 SE 3rd Avenue
Ft. Lauderdale, FL 33316