UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

vs.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON, and
EMSA LIMITED PARTNERSHIP,

    Defendants.
_____/

Magistrate Judge White

FILED by _____ D.C.

JUL 0 6 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; OVERRULING DEFENDANTS' OBJECTIONS

THIS CAUSE is before the Court upon the Report of Magistrate Judge White [DE-239] and Defendants' Objections to the Report of Magistrate Judge White [DE-255]. Accordingly, the Court has conducted a *de novo* review of the Report, has considered Defendants' objections, and is otherwise fully advised in the premises.

Notwithstanding Defendants' objections, this Court agrees with the reasoning and analysis of Magistrate Judge White that genuine issues of material fact make summary disposition of Hicks' medical indifference claims inappropriate. Celotex Corp. v. Catrett, 477 U.S. 317 (1986). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Report of Magistrate Judge White [DE-239] is hereby **ADOPTED**.

2.     Defendants' Objections to the Report of Magistrate Judge White [DE-255] are **OVERRULED**.



3.  Defendants' Motion for Summary Judgment [DE-226] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of July, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White
Gregg A. Toomey, Esq.

William M. Hicks, Pro Se
DC # 664670
Lake Correctional Inst.
19225 US HWY 27
Clermont, FL 34711-9025