## CIVIL MINUTES

FILED by _____ D.C.

JUL 0 8 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: _____ 00-6087 _____    DATE: _____ July 8, 2004 _____

COURTROOM CLERK: _J. Bryan_    COURT REPORTER: _B. Ryckoff_

_____ William M. Hicks _____ VS. _____ Dr. WC. Davis, etal., _____

COUNSEL: _William M. Hicks (Pro se)_ COUNSEL: _____ Gregg A. Toomey _____

REASON FOR HEARING: _____ Calendar call _____

RESULT OF HEARING: _Hicks' Motion in Limine to Exclude Criminal charges was denied; Hicks' renewed motion for appointment of Counsel was denied; Hicks' motion for contempt of Court was denied w/out prejudice to be renewed before Magistrate Judge White; the Court deferred ruling on Defendants' Motion to Compel release of records_

CASE CONTINUED TO: _July 14, 2004_ TIME: _9:00 A.M._ FOR: _TRIAL_

MISC:_____

