UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

   Plaintiff,

vs.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON, and
EMSA LIMITED PARTNERSHIP,

   Defendants.
_____/



## OMNIBUS ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion in Limine to Exclude his Criminal Charges from Jury Trial [DE-222], Plaintiff's Motion for Contempt of Court [DE-251], and Defendants' Motion to Compel Release of Records [DE-252]. Accordingly, for the reasons expressed at the calendar call, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion in Limine to Exclude his Criminal Charges from Jury Trial [DE-222] is **DENIED**.

2. Plaintiff's Motion for Contempt of Court [DE-251] is **DENIED WITHOUT PREJUDICE** to be renewed before Magistrate Judge White.

3. The Court will **DEFER** ruling on Defendants' Motion to Compel Release of Records [DE-252].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of July, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White
Gregg A. Toomey, Esq.

William M. Hicks, Pro Se
DC # 664670
Lake Correctional Inst.
19225 US HWY 27
Clermont, FL 34711-9025