BH
Provided to Lake C.I.
1 July 04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE. P.A. WHITE

William M. Hicks,
   Plaintiff, PROSE,
   -vs-
EMSA, et al,
   Defendant(s).
_____/


FILED BY
2004 JUL -8 AM 7:49
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA
D.C.

PLAINTIFF'S NOTICE TO PRESERVE UNCONDITIONAL ACTS BY LAKE CORR INST BY DENYING COPYING SERVICES

COMES NOW William M. Hicks, prose, and preserves for the record of Lake Corr INST employee's malicious self willed acts of disobeying court's order to supply copys. Hicks since the 24th of June till present has tried faithfully by reaching out to assist warden Mr. White, and Secratary as well asked to speak with warden Mr. Johnson. The attempts have fell upon deaf ears. Hicks asks why!. Therefore, Hicks alerts names of motions still trying to have copied. (1) Plaintiff's supplemental witness and Exhibits list, (2) Plaintiff's objections to Defendants motion to be excused from trial, (3) Plaintiff's motion to present experts prior to trial. Also others will follow.

I certify a copy was sent by us mail to Mr. R. Woulfe, Esq for all EMSA defendants this 29th day of June 2004.

William M. Hicks, 664670
William M. Hicks prose
Lake Corr INST
19225 US Hwy 27
Clermont, Fla 34711-9125

262
WC