# CIVIL MINUTES



FILED by _HE_ D.C.
JUL 19 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6087-CV-WPD   DATE: July 19, 2004

COURTROOM CLERK: Karen Carlton   COURT REPORTER: Bob Rychack

William Hicks   VS.   Ken June, et al

COUNSEL: William Hicks, Pro Se   COUNSEL: Richard Waltz, Greg Toomey

REASON FOR HEARING: Civil Jury Selection & Trial Day 1

RESULT OF HEARING: Jury voir dire. Jury selected and sworn. Preliminary Instructions given to jury. Opening statements. Plaintiff's case in chief. Rule invoked re: witnesses.

CASE CONTINUED TO: 7/20/04   TIME: 9:00   FOR: Day 2

MISC: _____