# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
JUL 20 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6087    DATE: 7-20-04

COURTROOM CLERK: J. Bryan    COURT REPORTER: B. Ryckoff

Hicks    VS.    Jenne, et al.,

COUNSEL: William Hicks, Prose    COUNSEL: Gregg A. Toomey

REASON FOR HEARING: Trial Day #2

RESULT OF HEARING: Plaintiff continued with case-in-chief.

CASE CONTINUED TO: 7-21-04    TIME: 9:30 A.M    FOR: TRIAL

MISC: ___