### CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by /MC/ D.C.
JUL 21 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6087          DATE: July 21, 2004

COURTROOM CLERK: J. Bryan     COURT REPORTER: B Ryckoff

_____Hicks_____ VS. _____Jenne, et al.,_____

COUNSEL: William Hicks, Pro Se    COUNSEL: Gregg A. Toomey

REASON FOR HEARING: TRIAL DAY #3

RESULT OF HEARING: Plaintiff continued with case-in-chief.

CASE CONTINUED TO: July 22, 2004   TIME: 9:45 AM   FOR: TRIAL

MISC: —

