

FILED by _____ D.C.

JUL 23 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CIVIL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: _00-6087_    DATE: _July 22, 2004_

COURTROOM CLERK: _J. Bryan_    COURT REPORTER: _B. Ryckoff_

_____Hicks_____ VS. _____Jenne, et al._____

COUNSEL: _William M. Hicks, Pro se_ COUNSEL: _Gregg A. Toomey_

REASON FOR HEARING: _TRIAL DAY #4_

RESULT OF HEARING: _Plaintiff continued with his case-in-chief_

CASE CONTINUED TO: _August 2, 2004_ TIME: _9:30_    FOR: _TRIAL_

MISC:_____