

FILED by _____ D.C.
JUL 26 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM M. HICKS, | CASE NO. 00-6087-CV-DIMITROULEAS |
| Plaintiff, | |
| vs. | NO.: 664670 |
| KEN JENNE, et al. | |
| Defendant. _____/ | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:  ANY UNITED STATES MARSHAL, and
WARDEN, South Florida Reception Center
1400 N.W. 41st Street
Miami, FL 33178

And

Florida Department of Corrections
Attention: Carol Stokley
2601 Blairstone Road
Tallahassee, Florida 32399

WILLIAM M. HICKS, No. 664670, the Plaintiff in the above entitled case, is confined at Lake Correctional Institution, Clermont, FL and that said case is set for a hearing at the United States Federal Courthouse, 299 E. Broward Boulevard, Courtroom 205-B, Fort Lauderdale, Florida, on Monday, August 2, 2000 at 9:30 a.m., and that it is necessary for said plaintiff to be before this Court for the purpose of giving testimony in said proceeding;

NOW THEREFORE, this is to command you, any United States Marshal, that you have the body of the said William M. Hicks now in custody as aforesaid, under safe and secure conduct, before this Court at the United States Federal Courthouse, 299 E. Broward Boulevard, Room 205, Courtroom B, Fort Lauderdale, Florida by or before 9:30 a.m. on Monday, August 2,



2004 for the purpose of a Civil Trial the above-styled cause and upon completion of Trial that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Lake Correctional Institution, Clermont, FL, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of said William M. Hicks for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of July, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Florida Department of Corrections
(2 certified copies by mail)
(1 copy via fax)

U.S. Marshal (1 copy for informational purposes)

William M. Hicks, # 664670
Lake Correctional Institution
19225 US Highway 27
Clermont, FL 34711-9025

Greg Toomey, Esq.
Purdy, Jolly & Giuffreda
1322 SE 3rd Avenue
Ft. Lauderdale, FL 33316