# CIVIL MINUTES

FILED by _____ D.C.

AUG 0 3 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6087   DATE: August 2, 2004

COURTROOM CLERK: J. Bryan   COURT REPORTER: B. Ryckoff

_____Hicks_____ VS. _____Jinne, et al_____

COUNSEL: William Hicks, Pro se   COUNSEL: Gregg A Toomey

REASON FOR HEARING: Trial Day # 5

RESULT OF HEARING: Plaintiff continued with case-in-chief and then rested

CASE CONTINUED TO: Aug 3, 2004   TIME: 9:00 A.M.   FOR: Trial

MISC: _____