# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED by _____ D.C.
AUG 3 3 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6087         DATE: August 3, 2004

COURTROOM CLERK: J. Bryan    COURT REPORTER: B Ryckoff

_____Hicks_____ VS. ____Inne, et al.____

COUNSEL: William Hicks (P. in)   COUNSEL: Gregg A. Toomey

REASON FOR HEARING: Trial Day # 6

RESULT OF HEARING: The Court heard arguments on Defendant's Rule 50 Motion. After hearing such arguments, the Court granted Defendant's Rule 50 Motion.

CASE CONTINUED TO: ___   TIME: ___   FOR: ___

MISC: ___

