# United States District Court

_Southern_ DISTRICT OF _Florida_

William Hicks v. Ken Jenne, et al.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6087-CV-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | William Hicks – pro se | Greg Toomey / Richard Wolfe |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7/19/04, 7/20/04, 7/21/04, 7/22/04, 7/23/04 | Bob Ryckoff | Kim Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 7/19/04 | | | Fran Shuster |
| ✓ | | " | | | Kathleen Farbere |
| ✓ | | " | | | Jeffrey M Harris |
| ✓ | | 7/20/04 | | | Ruth LeBel |
| | | " | | | Adrienne Hanson-Lewis |
| 1 | | | | 7/20/04 | 1/25/96 report |
| 2 | | | | " | 7/2/96 " |
| 3 | | | | " | 4/10/96 |
| 4 | | | | " | 9/26/96 |
| 5 | | | | " | 3/12/98 |
| ✓ | | 7/21/04 | | | Mercedes Nelson |
| 6 | | | | 7/21/04 | Inmate Request Form 6/21/96 |
| 7 | | | | " | " |
| 8 | | | | " | 8/5/96 |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| ✓ | | 7/21/04 | | | Dr Jack Cline |
| 26 | | | | 7/21/04 | Dr Cline notes (progress) |
| 27 | | | | 7/21/04 | " physician orders 5/3/96 |
| 28 | | | | 7/21/04 | Progress notes (5/8/- 5/26/96) |

AO 187A (Rev. 7/87)  EXHIBIT AND WITNESS LIST — CONTINUATION

William Hicks vs. DAVIS, et al    CASE NO. 00-6087-CIV-WPD

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 29 | | | | 7/21/04 | Physician notes (2/15/96) |
| 30 | | | | 7/21/04 | Medication (6/96) |
| ✓ | | 7/21/04 | | | Trevor Wenners |
| 31 | | | | | diet form (2/6/96) |
| | • | 7/21/04 | | | Steven M Holmes |
| ✓ | | 7/22/04 | | | Sharon Pearson |
| 32 | | | | 7/22/04 | Admissions |
| 33 | | | | 7/21/04 | Composite Dialogs |
| | | | | | William M Hicks |
| | | | | 7/22/04 | 1997 Handbook |
| 35 | | | | | Nurses Record |
| 36 | | | | | Dr [illegible] |
| 37 | | | | | [illegible] |
| 38 | | | | | Dr [illegible] |
| | 1 | | | 7/22/04 | [illegible] |
| | 2 | | | 7/22/04 | [illegible] |
| | 3 | | | 7/22/04 | Lake care |
| 39 | | | | 7/22/04 | D.R. (DAVIS) |
| 40 | | | | 7/22/04 | EMSA Request forms |
| 41 | | | | 7/22/04 | " |
| 42 | | | | 7/22/04 | Doc needs |
| ✓ | | 8/2/04 | | | Jeffry Uecker |
| ✓ | | 8/2/04 | | | Glenn Pearson |

FILED by _____ D.C.
AUG 0 3 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

William Hicks vs. Winthrop Davis et al    CASE NO. 00-6087-CV-WPD

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |

Page 3 of Pages