# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

William M. Hicks
Plaintiff(s)

vs.

Dr. Winthrop Davis, et al.
Defendant(s)

Case No. 00-6087-CIV-WPD

FILED by _____ D.C.
AUG 03 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
  Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
  Item Nos. _____

☐ Stored by Records Section in:  ☐ Miami  ☐ Ft. Lauderdale  ☐ West Palm Beach
  Item Nos. _____

☒ Other (Explain): All Defendant's Exhibits

☐ Attachments
(Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Gregg A. Toomey
AGENCY OF FIRM: Bunnell Woulfe
ADDRESS: 100 SE 3rd Ave Suite 900
TELEPHONE: 954-761-8600
DATE: 8/03/04

EXHIBITS RELEASED BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record