# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

William M. Hicks
   Plaintiff(s)

vs.

Dr. Winthrop Davis et al.
   Defendant(s)

Case No. 00-6087-CIV-WPD

FILED by _____ D.C.
AUG 3 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### *RELEASE OF EXHIBITS*

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): All plaintiff Exhibits
_____

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Returned to
AGENCY OF FIRM: Plaintiff in Court
ADDRESS: on 8/3/04
TELEPHONE: _____
DATE: _____

EXHIBITS RELEASED BY: _____
   (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

