UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIMI
MAGISTRATE JUDGE, P.A. White



William M. Hicks,
   Plaintiff, pro se
   -vs-
EMSA, et al,
   Defendant(s).

Provided to
South Florida Reception Center
on 8-22-04 for mailing.
I/M Initials _____BH_____

NOTICE OF INQUIRY TO CLERK

DEAR CLERK,

On August 10, 2004 Hicks filed "Plaintiff's Rule 59 motion and Rule 60 motion. Plaintiff asks if clerk of court has recieved such motion and what date it was entered into docket. Also await response to inquiry dated August 10, 2004.

Thank you.

Handed to prison officials to
mail this 23rd day of August 2004.

William M. Hicks 664670
William M. Hicks pro se
Room I-2109-U
South Fla Recept Center
14000 NW 41st Street
Miami, Fla 33178

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-62077-CIV-Martinez
MAGISTRATE JUDGE, P.A. WHITE

William M. Hicks,
   Petitioner, PRO SE,
    -vs-
JAMES V. CROSBY, JR,
   Respondents.

Provided to
South Florida Reception Center
on 8-22-04 for mailing
I/M Initials BH

NOTICE OF INQUIRY TO PROSE DIVISION OF CLERK OF COURT

Dear Clerk,

Hon. P.A. White issued supplemental order to show cause to State of Florida on Hicks 2254 writ of Habeas corpus dated August 13, 2004. The court used case law cites that I can not access since I'm a prisoner and pro se and request to recieve cases cited in footnote on page one. Please provide me the courts opinions in each case please so I may be able to formulate my reply to states response ordered by Sept 10, 2004. (1) Olden -vs- Crosby, case # 03-61612-civ-Cohn; and (2) Davis -vs- Crosby, case # 03-60104. Please provide. Thank you,

Handed to prison officials to
mail this 23 day of August 2004.

William M. Hicks 664670
William M. Hicks
South Fla. Recept. Center
Rm I-2109-U
14000 NW 41 ST Street
Miami, Fla 33178

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE, P.A. WHITE

William M. Hicks,
   Plaintiff, PROSE,
~vs~
EMSA, et al,
   Defendant(s).
_____/

Provided to
South Florida Reception Center
on 8-22-04 for mailing.
I/M Initials  BH

### PLAINTIFF'S MOTION FOR EXTENSION UNDER RULE 4, (5) F.R.A.P.

COMES NOW plaintiff pursuant to Fed. R. App. P. Rule 4,(5) for extension of time of (30) days after court rules on Rule 59 motion filed Aug 10, 2004. Plaintiff is currently residing at South Fla. Recept. center and has not been returned to his permenant camp Lake Corr Inst. Thus far it is unknown if will return to Lake Corr Inst and since plaintiff left all his legal work as well property there, it is not feasible to properly draft appellate briefs or conduct legal research at a reception center. Also access stored legal work.

   Wherefore, based on foregoing plaintiff request (30) days extension after court disposes of his filed Rule 59 and 60 motion.

                              so prays.

I certify a true correct copy was handed to prison officials to mail this 24th day of August 2004 and mailed to Mr. Richard Woulfe, Esq for EMSA defendants.

William M. Hicks 664670
William M. Hicks prose
South Fla. Recept center
14000 NW 41 Street
Miami, Fla 33178