UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-DIM
MAGISTRATE JUDGE: P.A. WHITE

William M. Hicks,
    Plaintiff, prose,
  -vs-
EMSA, et al,
    Defendant(s).



FILED by _____ D.C.
DKTG
NOV 10 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

NOTICE OF CHANGE OF ADDRESS / STATUS OF CASE

Comes now, William M. Hicks, prose, and notifies court, clerk and parties change of address to permanent camp listed and all mail shall be sent there. Also request print out from October 1, 04 - present when recieve notice listing all activity had in case.

Thank you.

William M. Hicks 664670
William M. Hicks, prose
LAKE CORR INST
19225 US Hwy 27
Clermont, Fla 34711-9025


281