IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE, P.A. WHITE
CIVIL DIVISION

William M. Hicks,
    Plaintiff, PROSE,
        -vs-
EMSA, et al,
    Defendant(s).

Provided to Lake C.I.
11-30-04

## NOTICE OF APPEAL

NOTICE is hereby given that William M. Hicks, prose, Plaintiff, hereby appeal to the United States Court of Appeals for the 11th Circuit from Court's GRANTING of Defendant's oral Rule 50 motion during trial, which court's last Denial order dated November 4, 2004 [DE 280 and 275] denied Plaintiff's Rule 59 and 60(b) motion.

## CERTIFICATE OF SERVICE

I HEREBY certify true copy furnished to clerk of court and the defendant(s) counsel, Mr. R. Woulfe, esq one Financial Plaza #900 100 SE 3rd Avenue Ft. Lauderdale, Florida 33394, this 30TH day of November 2004.

William M. Hicks #664670
William M. Hicks, prose
LAKE CORR INST
19225 US HWY 27
Clermont, Fla 34711-9025

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.   TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: **Tunsil** vs **Dept. of Corrections**

District Court No.: **01-4736-CV-PAS**   Date Notice of Appeal Filed: **11-12-04**   Court of Appeals No.: **04-15640-E** (If Available)

CHOOSE ONE:  ☐ No hearing   ☐ No transcript is required for appeal purposes   ☒ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | Pagett |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☒ Other | All entries on the docket sheet for the above District Court Number - No hearings took place in the District Court, thus no transcripts. | | |

Stamp: REC'D by _____ D.C. APPEALS   DEC 0 2 2004   CLARENCE MADDOX   S.D. OF FLA. - MIAMI

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: **Douglas Tunsil, II Pro'Se**
Name of Firm: **DeSoto Correctional Institution**
Street Address/P.O. Box: **13617 S.E. Highway 70**
City/State/Zip Code: **Arcadia, Florida 34266-7800**   Phone No.: _____

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: **11-24-04**   SIGNED: **Douglas Tunsil, II, Pro'Se**   Attorney for: _____

## PART II.   COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date: _____
DATE: _____   SIGNED: _____   Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: **12/1/04**   Signature of Court Reporter: _____

*U.S. GPO: 1999-734-586/80181