UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-CIV-Dimitrouleas
MAGISTRATE JUDGE, P.A. WHITE

William M. Hicks,
Plaintiff, PROSE,
-vs-
EMSA, et al,
Defendant(s).

RECEIVED
APPEALS  D.C.
DEC 0 6 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Provided to Lake C.I.
11-30-04

## PLAINTIFF'S MOTION TO EXPAND RECORD FOR APPELLATE REVIEW

COMES NOW, William M. Hicks, prose, pursuant to (?) S.D.L.R. Rule 7.1(A)(i), and request to enlarge record to include portions of EMSA files and affidavits, other than the already Exhibits 1-42, that remain a part of record. This would allow further proper review of civil case on appeal.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copy has been forward to MR. R. Woulfe, esq, for defendant's this 30TH day of November 2004, by US mail.

William M. Hicks #664670
William M. Hicks, prose
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34711-9025