UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-Dim

MAGISTRATE JUDGE, P.A. WHITE

William M. Hicks,

  plaintiff, PROSE,

  -vs-

EMSA, et al,

  Defendant's

————————————

EXHIBIT'S THAT CLERK RETURNED AT CLOSE

OF CASE, NOW RE-PRESENTED FOR APPEAL

EXHIBIT'S FOR APPEAL REVIEW

EXHIBITE[S] [1-42] PROVIDED:

[EXHIBITS][1-5, 7, 9-25 missing from courts file]

    William M. Hicks

     DOC# 664670, PROSE



TO PM55
me/saicles    EX6
Nelson

NO Response recieved 7-2-96

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 6-27-96          Inmate's Name: William m Hicks
                                          (Alias, if used)

Arrest #: BS95-14533          Location: Z 1-H3³   DOB: [illegible]

To: Medical

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: Mam, I tried to turn In my Inmate Request For medical and I said I don't feel well and I need xrays, She kept telling me that it's not good enough Reason to See Doctor, Man I want this Nurse Full NAME AND Lic# Big Big Black verse 3-11pm sh. It. In tired William HRF. of Fighting with her, I'm tierd of telling people

Inmate's Signature William HRF          Date Signed 6-27-96

I HAVE Request Form Every thing

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

I Fnot Her Full Name and Lic# give me the persons who is incharge Full Name and Lic# and county. MAM I Als want a written statement From her saying She does not speak about my medical to Deputy Kelly, they are a little to close THanks

Completed By: MISS Mel saicles nelson brought and hed a acltitude SAYS She dosent
CCN          Date:          Time: can't

All requests will be handled by the responding deputy in one of the following ways: any mere

☐   Written Information          ☐ Personal Interview

7-2-96

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

Ex9

*BOR Revd* 8/13/96

6f

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

## TO BE COMPLETED BY INMATE

William M Hicks                    BS95-14533  12-1-H-3  NIBIDIC  8-3-96
**Inmate's Name**                      **Arrest#**      **Cell**   **Facility**   **Date**

### PART A - INMATE'S GRIEVANCE

Im not going to state much, except tHat I
Have a broken jaw, skull, cheek also Fracture BehiNd
tHe jaw, Ive Been recieving pain meds siNceIve
Had, it all brokeN here at tHis Jail AND ForTHeFirsttime
I DiDnot Pecieve meds AM nor pm - Nurse says he susing his
Judsement. So he's Not goiNg To sive To me.

William M Hicks                                   8-3-96
**Inmate's Signature**                          **Date Signed**

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW

### PART B - RESPONSE

THankyourForyourtime
Mr Hicks you should have recived my Sincerly,
response to your grievance 8/7/96. Again, the nurse used
his Judgment because he understands the affect on the
body Systems caused by acumulative effect of medication

**Reviewing Deputy's Signature/CCN**                    **Date**

Sadie Nelson

**Supervisor's Signature/CCN**                          **Date**    8/14/96.

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

**Inmate's Signature**                                  **Date Signed**

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

**NAME** Nickey William

| TOOTH | DENTAL EXAM | SERVICES NECESSARY |
|---|---|---|

1/24/95

1. DENTAL EXAM for relining of D-Den
2. (aviston)
3. S: "Swelling gums"
4. O: #29 caries side to ...
5. #2 process
6. #2 food trap...
7. A:
8. P: BWF
9.
10. Dr. Jack Cline
    Director of Dentistry - NBDC
11.

10/17/95
12. Not an emergency
13. S: Sensitive teeth when brushing
14. and eating
15. O: #29 false abrasion probably
16. from brushing too hard
17. A: facial abrasion #29
18. P: two caps 2b typ redbond w/ amalgam
19. P: Pat brush hard and
20. continued with area Brush
21.
22. [signature]
23.
24. DR. GLENN PEARSON
    DENTIST

3/19/96
25. S: "fator burns"
26.
27. O: fls zygo frac
28. A: fls zygo frac
29. P: Refer to O.S.
30. F:
31. [signature] DR JACK CLINE
    Director of Dentistry

3/22/96
1:30pm
32.
33. P: constant pain in jaw P/S denied gums
34. difficulty chewing foods. Slight elevation
35. O: Hx of zygomatic fracture, Slight elevation
36. your xray lingual swelling by R temple
37. Hx xray lingual convex ramus w/o swelling
38. A: Healing zygomatic fracture
39. S: Pt diet until seen by OS continue 3/27/96 ... 
40. F: OS consult 3/27/96

---

1/28/95
8:00 hr
2:00 hr
S: clean bur brft
O: #29 lge amalgam
w/ recurrent caries
buccal -
P: suggest teeth cleaning
multi gingival elem
wpd
A: recurrent caries
Prid 3-D ... B/F
P: Prin D amal and
adjustment
C OAT

DR. GLENN PEARSON
DENTIST

8/29/96 @2:30pm
S: Return for cleaning
and 5/11/96
O: Not gingival elem
generalized w/ subgingival
ple and - #29 has recurrent
caries buccally
A: Caries #29 and gingivitis
P: Dr carg 2b typ w/ 1:100,000 epi
removed caries #29 placed
dycal, aroted w/ amalgam
Prosealed prod 1 & & 4 5
Pavston-
S: Reschedule for clean
to of month

8/27/96
2:30pm
S: Return for cleaning
O: Not gingival edm
A: Not gingival
P: Prophylaxis prod. 2-3 W/conton
C CAT

DR. GLENN PEARSON
DENTIST

Ext 26

Exhibit # 27

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

---

**INMATE NAME:** Hicks William
**ID #:** BS9514533
**D.O.B.** 9/10/53
**ALLERGIES:** NKA
**Use Last    Date** 5/18/96

**DIAGNOSIS (If Chg'd)** Cold
Sudafed 60mg BID X5d
CTM/4mg T TID x 3d
T/C 6x X PEN foomg BID X5d
Per Protocol

---

**INMATE NAME:** Hicks, William
**ID #:** BS9514533
**D.O.B.** 9/10/53
**ALLERGIES:** NKA
**Use Fourth    Date** 5/3/96

**DIAGNOSIS (If Chg'd)**
Rt. Zygomatic Arch Series

**X-RAY COMPLETED**
**DATE:** 5/3/96    **INITIAL** Evans RT
**WAYNE EVANS**
**X-RAY TECHNOLOGIST**

DR. JACK CLINE
Director of Dentistry - Main Jail

---

**INMATE NAME:** Hicks, W.
**ID #:** BS9514533
**D.O.B.** 9/10/
**ALLERGIES:** NKA
**Use Third    Date** 4/30/96

**DIAGNOSIS (If Chg'd)**
Terminal C FU

DR. MEL LIMIA,
STAFF PSYCHIATRIST,
MAIN JAIL

VIRGILIO IBAY, RN BA
MAIN JAIL

---

**INMATE NAME:** Hicks, Williams
**ID #:** BS9514533
**D.O.B.** 9/10/63
**ALLERGIES:** NKA
**Use Second    Date** 4/22/96

**DIAGNOSIS (If Chg'd)** R ZMC Fx, R TMJ syndrom
- Flexeril 10mg P.O. TID prn X 30d
- Midrin # P.O. BID prn X 30d
- F/U c OMF surgery
  in 1 wk as scheduled

DR. CRAIG HECKER
STAFF PHYSICIAN

---

**INMATE NAME:** Hicks, W.
**ID #:** BS9514533
**D.O.B.** 9/10/63
**ALLERGIES:** NKA
**Use First    Date** 3/29/96

**DIAGNOSIS**
RTC 1 mo.

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

VIRGILIO IBAY, RN BA
MAIN JAIL

---

022

7794

*Exhibit #28*

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hells, William | ID # BJ 9514533 | D.O.B. 9/10/6 |
|---|---|---|---|

5/8/56
9.20a

Pt evaluated this a.m. in clinic = Dr Cline & Todd Schwartz. Pt states that he was assaulted 2° to last examination. Repeat facial bone x-rays done as of 5/3/56 and reviewed with patient. Displacement of (R) zygomatic arch as of previous examination radiographically not apparent. Probe nasal opening admits two fingers (patients) easily. It was explained to patient that in the examiners opinion surgery is not planned = the (R) zygomatic arch. Pt states that he is now having soreness on eating = the (L) TMJ. Notes reviewed as of examination on 4/22/96. Will follow up = TMJ eval if soreness persists.

5/18/96 61 — Seen by nurse — See note per CCD 18.—

*LORRAINE KRYSTOPHER, LPN*
*MAIN JAIL*

5-22-96
12:15 pm

| GRIEVANCE ANSWERED | 5/22/96 |
|---|---|
| SIGNATURE | DATE |

*TODD SCHWARTZ, HSA*
*Main Jail*

**EMSA CORRECTIONAL CARE**

Exhibit #29

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks William
ID #: BS95 14 533
noted
D.O.B. 9/10/63
ALLERGIES: NKA
LORRAINE KRYSTI... FRAZIER
MAIN JAIL MEDICAN MAIN JAIL
STAFF...
Use Last    Date 3/28/96

DIAGNOSIS (If Chg'd)
Tylenol Tī p̄o TID × 3 day

R. N. Harper / S. Pearson

---

INMATE NAME: Hicks, William
ID #: BS4514 533    3/27/96
1100A
noted
gwashn
D.O.B. 9/10/63
ALLERGIES: NKA
GAIL WASHINGTON, LPN
MAIN JAIL
Use Fourth    Date 3/27/96

DIAGNOSIS (If Chg'd)
Flexeril 10× po t-id × 2 wks

T. WOATHEN

---

INMATE NAME: Hicks, Williams
ID #: BS95 14 533
noted 7p
HD 3/22 H. Davieau
D.O.B. 9/10/63
ALLERGIES: NKA
Use Third    Date 3/22/96

DIAGNOSIS (If Chg'd)
Soft Diet 3000 cal. tid × 5 days.
or until seen by oral surgeon.
S. Pearson DMD.

---

INMATE NAME: Hicks, Williams
ID #: BS95 14533    3/15/96
0930
noted
gwashn
D.O.B. 9/10/63
ALLERGIES: NKA
GAIL WASHINGTON, LPN
MAIN JAIL
Use Second    Date 3/15/96

DIAGNOSIS (If Chg'd)
Naprosyn 500mg Po tio × 10
Zygomatic Arch (Rt.) Radiograph
**X-RAY COMPLETED**
DR. JACK CLINE    DATE 3-26-96  INITIAL wevans
Director of Dentistry - Main Jail
WAYNE EVANS
X-RAY TECHNOLOGIST

---

INMATE NAME: Hicks Williams
ID #: BS95 14533
noted LPN
3/4/96
3/12/96 Ann Pierce
D.O.B. 9/10/63
ALLERGIES: NKA
Use First    Date 3/4/96

DIAGNOSIS
Ⓡ Facial FXS (Zygoms)
- Tylenol TT P.O. TID prn pain × 3
- Flexeril 10× TID prn pain × 3 wk

---

CC 006

# MEDICATION ORDERS

MEDICATION SHEET ADMINISTRATION RECORD

| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| 9/29/95 K6 | Amoxicillin PO TID × 10 days | A P START 9-30-95   STOP 10-9-95 |
| 9/29/95 K6 | H₂O₂ ORAL Rinse bid × 10 days | A P START 9-30-95   STOP 10-9-95 |
| | | START   STOP |
| | | START   STOP |
| | | START   STOP |
| | | START   STOP |
| | | START   STOP |
| | | START   STOP |
| | | START   STOP |

EXHIBIT #30

## NURSE'S SIGNATURE, TITLE AND INITIALS

| | |
|---|---|
| K Casper | DELIA RICHARDSON, LPN NBDC |

ALLERGIES NKDA

DIAGNOSES Dental

DIET Regular

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | HDT 12145 | Cline | 9 | 95 | NBDC |

**MEDICATION RECORD**

*Exhibit #31*

**EMSA** *CORRECTIONAL CARE*

# DIET ORDER FORM

DATE: 2/21/96

INMATE'S NAME: Hicks Williams

DATE OF BIRTH: 9-10-63

ID NUMBER: BS9514533

HOUSING UNIT: 7C3

DIET ORDERED: Soft diet x 14 days

DATE STARTED: _____    STOP DATE: _____

SPECIAL INSTRUCTIONS:

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

PHYSICIAN: Weathers PDC

NURSE'S SIGNATURE: *[signature]*    **GAIL WASHINGTON, LPN**
**MAIN JAIL**

White - Medical    Yellow - Kitchen

CC 007    7/94

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Ards, William    ID # BJ9514533    D.O.B. 9/10/63 |
|---|---|
| 5/8/96 9:20a | Pt evaluated this am in clinic c̄ Dr Clene & Todd Schwartz. Pt states that he was assaulted 2° to last examination. Repeat Facial bone xrays done as of 5/3/96 and reviewed with patient. Displacement ℒ (L) Zygomatic arch as of previous examination radiographically not apparent. Full nasal opening admits two fingers (patients) easily. It was explained to patient that in the examiners opinion surgery is not planned c̄ the (R) Zygomatic arch. Pt states that he is now having soreness on eating in the (R) TMJ. Ardis reverends of examination on 4/22/96. Will follow up c̄ TMJ eval if soreness persists. |
| 5/18/96 6:11 | - Seen by nurse - Dr notes see CCO 18.- WEATHERS LORRAINE CHRISTOPHER, LPN North Jail |
| 5-22-96 12:15 pm | GRIEVANCE ANSWERED 5/22/96 DATE SIGNATURE TODD SCHWARTZ, HSA Main Jail |

CL 1480-02 (2/95)

Provided to Lake C.I.

22 Jan 04

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIM

MAGISTRATE JUDGE, P. A. WHITE

William M. Hicks,

Plaintiff, prose

-vs-

KEN JENNE, etal,

Defendant(s),

PLAINTIFF'S

FIRST REQUEST FOR

ADMISSIONS TO DR. S. Pearson, DDS

The Plaintiff, pursuant to Fed. R. civ. P. Rule 36, request DR. S. Pearson, DDS. to make the following Admissions and she alone sign off stating these are her responses in accordance to rules.

1.) Admit you worked at main Jail only.

2.) Admit you're only licensed to perform general dentistry.

3.) Admit you seen Plaintiff on 3-22-96 and referred to see oral surgeon on 3-29-96.

4.) Admit you done general dentistry to Plaintiff's teeth.

5.) Admit you're married to MR. Glen pearson, DDS.

6.) Admit you seen Plaintiff on 3-22 or 23-96.

7) Admit you personally seen Plaintiff over four times.

8.) Admit as a dentist that if a person has a dental problem they would bring it to your attention

9.) Admit you signed dental logs and made notes.

10.) Admit being a Dentist you would review patients Dental file to understand whats been done, ect.

11.) Admit you're not a M.D. Doctor.

12.) Admit since your not an oral surgeon, you would refer patients to one if needed,

CERTIFICATE OF SERVICE

I William M. Hicks, HEREBY CERTIFY that he has drafted up (2) pages Admissions to DR. S. Pearson, DDS, to respond to under oath and sign her name to make it under oath in accordance to rules, Also a true and correct copy was handed over, to prison officials to mail this 2a day of January 2004, and mailed to Summer M. Barranco, ESQ 1322 S.E 3rd ALE FT. Laud, fla 33316 and McAllister, esq 2801 ponce de leon BIVD • 9fl · coral Gables, fla 33134,

William M. Hicks 664670
William M. Hicks, prose
Lake Corr Inst
19225 U.S. Hwy 27
clermont, fla 34711-9025

*Exhibit #32*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

Magistrate Judge White

     Plaintiff,

v.

KEN JENNE, et al.,

     Defendants.

_____/

## DEFENDANT, DR. S. PEARSON
## RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

The Defendant, Dr. S. Pearson's, pursuant to Rule 36, responds to Plaintiff's Request for

Admissions served on January 20, 2004, as follows:

1.     Admit.

2.     Admit.

3.     Denied.

4.     Objection.  Overly broad as to time frame and scope.  Also, vague and ambiguous.

5.     Admit.

6.     Denied.

7.     Objection.  Overly broad as to time frame and scope.  Also, irrelevant, immaterial and

not reasonably calculate to lead to the discovery of admissible evidence.

8.     Objection.  Vague and ambiguous.  Also, Defendant cannot admit or deny what

another person would do.

9.     Objection. Vague and ambiguous.

10.    Objection. Overly broad as to time and scope. Also, vague and ambiguous.

11.    Admit.

12.    Admit.

I HEREBY CERTIFY that a true and correct copy of the forgoing was sent via next day air this ___ day of March, 2004 to Williams M. Hicks, *pro se Plaintiff*, #664670, Lake Correctional Institution, 19225 US Highway 27, Clermont, Florida 34711-9025.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
Attorneys for Defendants
One Financial Plaza, # 900
100 S.E. 3rd Avenue
Ft. Lauderdale, FL 33394
Tel: 954-761-8600
Fax: 954-463-6643

BY: _____
RICHARD T. WOULFE
Florida Bar No.: 222313
GREGG A. TOOMEY
Florida Bar No.: 0159689

Richard T. Woulfe, Esquire/Gregg A. Toomey, Esquire/Attorneys for Defendants EMSA, Eucker, Cline, Davis, Weathers, G. Pearson and S. Pearson/Facsimile: 954-463-66543
William H. Hicks, Esquire/*pro se Plaintiff*/Facsimile not available

*Exhibit #33*

 **EMSA** *CORRECTIONAL CARE*

## DIET ORDER FORM

DATE: *3/22/96*

INMATE'S NAME: *Nicks, William*

DATE OF BIRTH: *9-10-63*

ID NUMBER: *BS9514533*

HOUSING UNT: *7-3-C*

DIET ORDERED: *Soft Diet 3000 cal. tid.*

DATE STARTED: *3/22/96*          STOP DATE: *3/27/96*

SPECIAL INSTRUCTIONS:

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

PHYSICIAN: *SR DD. Sharon Pearson DMD.*

NURSE'S SIGNATURE: _____

White - Medical     Yellow - Kitchen

CC 007

7794

NAME: Nickel, William

DENTAL EXAM

| TOOTH | SERVICES NECESSARY | |
|---|---|---|
| 1 | 9-21-95 | |
| 2 | | 8:00 hrs |
| 3 | | 2:40 hrs |
| 4 | | S. Sean/Tart toPt |
| 5 | | O. #29 lge Amalgam |
| 6 | | w/ recurrent caries |
| 7 | | buccal — |
| 8 | | Plugged teeth cleaning |
| 9 | | Moth proximal edema |
| 10 | Dr. Jack Cline | until |
| 11 | Director of Dentistry - NBDC | A. Recurrent caries |
| 12 | | Pud gingivitis |
| 13 | | P. Return for Amalgam |
| 14 | | abrazements |
| 15 | | q 0HI |
| 16 | | DR. GLENN PEARSON |
| 17 | | DENTIST |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | DR. GLENN PEARSON | |
| 25 | DENTIST | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |

Amoxicillin 500 mg po
Tid x10 d

NKA

Dental
Pearson
DMJ

Hicks, william

SECTION 7B2

PATIENT NO. BS9747076

PHYSICIAN PHONE NO.

ROOM NO.

STOP DATE 9/4/63

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S SIGNATURE          INITIAL          NURSE'S SIGNATURE          INITIAL

# EMSA CORRECTIONAL CARE

132/96  10u

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS95/4833 | D.O.B. 9/10/16 |
|---|---|---|---|

3.27.96
10.30 am.

desk & maxill- facial surgery note.

Pt evaluated this pm. Clinical exam ct essentially unchanged although juxticial opening has improved since 1st appt. Opening 41 mm. Remainder of exam ct unremarkable. Pt report that he is under a lot of stress when ct clinically is clenching musculature (parafunctional habit) with exam ct.

Plan (1) will follow appi. visit

(2) PA X-ray of tooth UR Quadrant. (unremarkable)

(3) Continue flexiril x 14 days

3/28/96
445 pm

Inc Note: Referral to Psychiatrist. Received a call from pt's mother regarding pt. being "a little depressed". ——— ESchwartz PA

3/28/96
9a

See ct note

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

4/3/96

Inc. note:- Responded to Grievance

JERRENE R. BRANTLEY, RN
HEAD NURSE, MJB

4/13/96
7P

Incidental report - will refer to see P/R

S Crawford LPN

CRAWFORD, SHEILA, LPN
MAIN JAIL

4/15/96

Unable to see sick call to BSO movement -

CHRISTOPHER LPN
MAIN JAIL

CL 1480-02 (2/95)

*Exhibit #34*

# ORIENTATION

# ACCESS TO HEALTH CARE SERVICES IN THE BROWARD COUNTY JAIL

Qualified health care professionals are available to provide medical care, mental health care and dental care in all three (3) BSO detention facilities.

You will be medically screened by a nurse at intake. It is in your best interest to cooperate with the nurse by giving complete and accurate information regarding your medical history.

Within the first two (2) weeks of incarceration, you will be brought to the clinic for a routine health assessment. Again, it is in your best interest to cooperate with the nurse by giving complete and accurate information regarding your medical history. There is no charge for the initial medical screening or the routine health assessment.

You may access health care services any day by submitting an Inmate Medical Request Form. These are available from the nurse who makes daily medication rounds in all housing units.

Please note:  There is a charge for medical services. (Co-payment fee).

See Co-payment fee information.

Exhibit # 55

**EMSA** CORRECTIONAL CARE

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, Williams    ID # BS95 14523  D.O.B. 9/10/63 |
|---|---|
| 2-21-96 | Review of new facial films done this am |
|  | Significant for non displaced fracture of the Zygomatic |
|  | process of the Temporal bone. A bony dehiscence is |
|  | evident in the ® lateral wall of the maxilla sinus. |
|  | The maxillary sinuses are well aerated ī evidence of |
|  | air fluid levels bilaterally. Typ. orbital rims appear intact |
|  | Clinical & radiographic find'g consistent ī nondisplaced fx of |
|  | the ® Zygomatic arch, depressive of the ® lateral wall |
|  | of the maxilla sinus ( 2 arc fx). |
|  | Plan: |
|  | ① Soft diet x 2 wks |
|  | ② Motrin 600g po t-i-d x 2 wks |
|  | ③ F/U ī Dental in 2 wks |
|  | T. WRATHEN |
| 2-27-96 | Incident Note: PT. Refusal Sick call |
| 9:06 A | See Refusal form. Jerell Davis, LPN |
| 3/4/96 | ① H/o of ® Zygomatic Arch Fx ?? |
| 7:30 pm | ┌─┐ ® Ramus broad Fx (Doubtful) |
|  | 2° to Assault x 3 wks ago. |
|  | Non c/o x pain    motrin working him sick |
|  | PE: ⊕ Palp/③ℓℓ ® Zygoma + lat orbital |
|  | Class I - nl occlusion, ↓ mouth opening |
|  | 2° to Fx/possible muscle spasms |
|  | ⇒ C/SIP orders |

35
EX

| Name: (Last, First, Middle) | Hicks   William | | Race/Sex W/m | Arrest Number: BS9574539 | DOB: 9/10/6... |
|---|---|---|---|---|---|
| Age: | Date/Time 2/9/96 1:40pm | | Use of Force? [ ]Yes [X]No | Allergies: NKA | |

## AUTHORIZATION FOR HEALTH CARE SERVICES AND ANESTHESIA

I, the undersigned, an inmate/patient in this facility, had explained to me and understand the nature of my condition. I hereby authorize the health care staff to perform evaluation and treatment on me as needed.

Signature _William M R_____ Date _2-9-96__ Time _1:40p_

Witness _Calista Chukwu Rn_____ Date _2-9-96__ Time _1:40p_

Witness ___CALISTA CHUKWU, RN_____ Date _2/9/96__ Time _1:40p_
              NBDC

If inmate/patient cannot sign, explain: _____

| Temperature: 98 | Pulse: 164 | Respiration: 24 | Blood Pressure: 160/98 |
|---|---|---|---|

### BRIEF HISTORY

If injury by accident, state where, when, and how injury occurred. If an illness occurred, provide description of illness:

Called to see Above inmate was reportedly cut by another inmate Beech Norman at the (R) side of the face Open cut noted (L) cheek bleeding & incident stated to have happened at the recreation yard at about 130 pm.

### TREATMENT

Cut cleaned with hydrogen peroxide and pressure dressing applied to arrest the bleeding.

DISPOSITION: inmate sent to the clinic for further care _Calista Chukwu_

Condition on release: [ ] GOOD   [X] FAIR   [ ] POOR   Signature: _Calista Chukwu_
                                                                      CALISTA CHUKWU
                                                                      NBDC

### PHYSICIAN'S REPORT

traumatic laceration of (L) Zygomata incurred in an altercation — sutured with 6-0 proline good closure   RTC 7D.

REPORTING PHYSICIAN   Signature _W. C. Davis___ Date/Time _2/9/96_
                                 DR. WINTHROP C. DAVIS, NBDC
                                 STAFF PHYSICIAN · NBDC

REVIEWING PHYSICIAN   Signature _____ Date/Time _____

2 of 2 B

BSO DJ#26 (New 12/94)

Exhibit # 35

**EMSA** *CORRECTIONAL CARE*

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _NBB_

Inmate I.D. # _BS9514533_

Inmate Name: _Hicks, William_     D.O.B.: _9/10/63_

Date of Last H & P: _8/15/95_   Date of Last PPD: _8/7/95_   Results: _neg_

Allergies: _NKA_

Current Health Problems: _suture removal @ groin_

Current Medication (Name, Dosage, Frequency, Duration:) _Motrin 800 mg PO. TID X 5d_

Physical Disabilities/Limitation: _none noted_

Assistive Devices/Prosthetics: _none noted_

Glasses: _none_     Contacts: _none_

Follow-up care needed: _RTC 2/16 suture removal_

Signature _M. Cornelius RN_   **MIKE CORNELIUS, RN**   Date _2/12/96_
         **CHARGE NURSE - NBB**

## TRANSFER RECEPTION SCREENING

Facility: _MAIN JAIL_     T _98.4_ P _72_ R _18_ B/P _134/68_

S: Current Complaint: _No headache._

Current Medications/Treatment: _Motrin 800 mg PO TID X 5 days._

O: Physical Appearance/Behavior: _AAO x 3. Respirations even and unlabored._
_Gait steady_

Disposition: ( X) General Population   ( ) Infirmary   Referral: ( ) Medical   ( ) Dental   ( ) Mental Health

When:   ( ) Immediately    ( X) Sick Call     ( ) Other _____

Signature _H. Holness LPN_   **HYACINTH HOLNESS LPN**   Date _2/14/96_
         **MAIN JAIL**

CC 027

EXHIBIT # 36

# EMSA CORRECTIONAL CARE

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, William | ID # DS 951 4533 | D.O.B. 9 / 10 / 6_ |
|---|---|---|---|

**2-21-26** — One of Maxillofacial surgery note

Cc: "I was struck 12 days ago".

HPI: Pt states that he was struck to the ℞ face repeatedly with a fist multiple times apprx 2wks ago. Pt reports L.O.C. at the time of initial trauma. Has been evaluated by MD" and is referred for OMFS consult.

PMH q NKDA. ∅ per chart.

GE: Cervicofacial Examination incl lymphatics significant for ℞ subconjunctival ecchymoses, & infraorbital ecchymoses on the ℞. Facial swelling not evident at time of examination. EOM full x2. PERLA. No paresthesia is evident along the distribution of the infraorbital nerve on the ℞; however pt reports paresthesia in the temporalis parietal regions. Infraorbital and supraorbital rims intact to palpation ∓ step deformity. A healing cutaneous wound is evident on the ℞ zygoma. Pupillary levels equal & adequate range of extra-ocular motion, diplopia is not evident. Inter-incisal opening is 35 mm. Mild tenderness to palpation on the ℞ TMJ. Intraorally ecchymosis is not evident in the mucobuccal fold on the ℞. Occlusion is stable.

Radiographs

[signature]

FEB-14-97 01:33 PM    BROWARD MAIN JAIL

EMSA CORRECTIONAL CARE

Exhibit 36

BMJ _____
Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: William Hicks    ID# 655514533    D.O.B. 9-10-63

Date(s) of Treatment: From 8-7-95    To Present

Type of Information Requested: X Rays, health records

Reason for Information: To evaluate for treatment

Authorized Person(s) Company: Dr Elliot

I hereby authorize the Medical Record Department at Broward County Jail to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

William M Hicks
Patient Signature

Witness Signature

2-14-96    1:40 PM
Date and Time

2-14-96
Date and Time

Por este medio autorizo al Departamento de Historia Clinica de _____ a ceder a la entidad mencionada arriba la informacion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion dedida. Ademas yo exonero al Departamento de Correccion, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta autorizacion caducara a los sesenta (60) dias de la fecha en que fue firmada.

_____
Firma de Paciente

_____
Firma del Testigo

_____
Fecha and Hora

_____
Fecha and Hora

# EMSA CORRECTIONAL CARE

_Broward Co... Jac_
Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

ame: _William Hicks_                     ID#: _B59514533_     D.O.B. _9-10-63_

ate(s) of Treatment: From _8-7-95 / 11-27-96_    To _Present_

ype of Information Requested: _Radiology Films — CT Scan_

Reason for Information: _To have Dr Elliot review all films_

Authorized Person(s) Company: _Pompano Beach Medical Center and EMSA_

I hereby authorize the Medical Record Department at _Pompano Beach Medical Center_
to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William M Hicks_
Patient Signature

_[signature]_
Witness Signature

_2-17-97_    _12:00 PM_
Date and Time

_2-17-97_    _12:00 PM_
Date and Time

Por este medio autorizo al Departamento de Historia Clinica  de _____
a ceder a la entidad mencionada arriba la infomracion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion cedida. Adema's yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta autorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____          _____
Firma de Paciente                         Firma del Testigo

_____          _____
Fecha and Hora                            Fecha and Hora

# PATIENT INFORMATION SHEET

Date: 11-2-96

Title: (Mr., Mrs., Ms.) First Name: William    Middle Initial: M    Last Name: Hicks

Sex: ☑ Male ☐ Female    Date of Birth: 9/10/63    Age: 33    Social Security No.: 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

Street: W621 NW 79 AVe.

City: Lauder Hill    State: FL    Zip: 33351

Home Tel.: (____) ____    Bus. Tel.: (____) ____    Ext.: ____

Physician: ____    Dentist: ____

Referred By: FMSA Broward Jail    Address: ____

---

Who will be responsible for your account?    Relation: ☐ Self    ☐ Spouse    ☐ Mother    ☐ Father    ☐ ____

Name: ____    Soc. Sec. #: ____    Home Tel.: (____) ____

Street: ____    City: ____    State: ____    Zip: ____

Employer: ____    Tel.: (____) ____

---

Student:    Full Time ☐    Part Time ☐    Not ☐    School Name/Address ____

Married ☐    Divorced ☐    Legally Separated ☐    Widow ☐    Single ☐    ____

Employed:    Full Time ☐    Part Time ☐    Retired ☐    Not ☐    Do you belong to a Preferred Provider Organization?    ☐ Yes    ☐ No

## ❶ INSURANCE COMPANY:

Name: ____

Address: ____

Phone: (____) ____

Does your plan cover:    ☐ Dental    ☐ Medical    ☐ Both

Group No.: ____    Group Name: ____

Local: ____

### INSURED PARTY:

Name: ____

Relation to Insured:    ☐ Self    ☐ Spouse    ☐ Child    ☐ Other

Sex:    ☐ M    ☐ F    Date of Birth: ____

Street: ____

City, State, Zip: ____

Phone: (____) ____

S.S. No.: ____    ID No.: ____

### EMPLOYER INFORMATION:

Name: ____

Street: ____    City: ____    State: ____    Zip: ____

Is this an Employer Health Insurance Plan?    ☐ Yes    ☐ No    Employer ID No.: ____

## ❷ INSURANCE COMPANY:

Name: ____

Address: ____

Phone: (____) ____

Does your plan cover:    ☐ Dental    ☐ Medical    ☐ Both

Group No.: ____    Group Name: ____

Local: ____

### INSURED PARTY:

Name: ____

Relation to Insured:    ☐ Self    ☐ Spouse    ☐ Child    ☐ Other

Sex:    ☐ M    ☐ F    Date of Birth: ____

Street: ____

City, State, Zip: ____

Phone: (____) ____

S.S. No.: ____    ID No.: ____

### EMPLOYER INFORMATION:

Name: ____

Street: ____    City: ____    State: ____    Zip: ____

Is this an Employer Health Insurance Plan?    ☐ Yes    ☐ No    Employer ID No.: ____

## FEES AND PAYMENTS:

We make every effort to keep down the cost of your oral surgical care. You can help by paying upon completion of each visit. Other arrangements can be made with our office manager depending upon special circumstances. An estimate of the charge for any procedure or surgery you may require will be given to you upon request. If you have any dental and/or medical insurance we will be glad to fill out the proper forms but please complete the identifying information at the top of the form.

Please remember that insurance is considered a method of reimbursing the patient for fees paid to the doctor and is not a substitute for payment. Some companies pay fixed allowances for certain procedures and others pay a percentage of the charge. It is your responsibility to pay any deductible amount, co-insurance or any other balance not paid for by your insurance company.

This signature on file is my authorization for the release of information necessary to process my claim. I hereby authorize payment directly to the dentist named of the insurance benefits otherwise payable to me.

Signature: William M Hicks

# HEALTH HISTORY

To our patients:

Although oral surgeons primarily treat the area in and around your mouth, your mouth is a part of your entire body. Health problems that you may have or medication that you may be taking, could have an important interrelationship with the care, that you will be receiving. Thank you for answering the following questions. Your answers are for our records only and will be considered confidential.

Reason for today's office visit _MEDICAL REFERAL FROM JAIL_

|  | | YES | NO |
|---|---|---|---|
| Are you in good health? _YES_  Height _6 0 1_  Weight _230_ | | ☐ | ☐ |
| Have there been any changes in your general health in the past year?........... | | ☑ | ☐ |
| Are you under the care of a physician? _MARTIN_  Date of last visit: _5 days Ago_ | | ☐ | ☐ |
| If so, for what are you being treated? _DUAL DIAGNOSIS PSYCHIATRIC_ | | | |

Have you had any illness, operation or been hospitalized in the past five years?    ☐  ☐

Do you have unhealed injuries or inflamed areas in or around your mouth, growth or sore spots in your mouth?.....................................................    ☐  ☐

If so, describe where _(R) JAW UPPER_

| # | HAVE YOU HAD OR DO YOU CURRENTLY HAVE... | Yes | No | NOTES | # | HAVE YOU HAD OR DO YOU CURRENTLY HAVE/USE... | Yes | No | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Rheumatic fever? | | ✓ | | 27 | Stroke? | | ✓ | |
| 2 | Damaged heart valves/ mitral valve prolapse? | | ✓ | | 28 | Thyroid trouble? | | ✓ | |
| 3 | Heart murmur? | | ✓ | | 29 | Diabetes? | | ✓ | |
| 4 | High blood pressure? | | ✓ | | 30 | Low blood sugar? | | ✓ | |
| 5 | Low blood pressure? | | ✓ | | 31 | Kidney trouble? | | ✓ | |
| 6 | Chest pain, angina? | | ✓ | | 32 | Are you on dialysis? | | ✓ | |
| 7 | Heart attack(s)? | | ✓ | | 33 | Swollen ankles, arthritis or joint disease? | ✓ | | RETAIN WATER SINCE |
| 8 | Irregular heart beat? | | ✓ | | 34 | Stomach ulcers? | | ✓ | |
| 9 | Cardiac pacemaker? | | ✓ | | 35 | Contagious diseases? | | ✓ | |
| 10 | Heart surgery? | | ✓ | | 36 | Sexually transmitted diseases? | | ✓ | |
| 11 | Bronchitis, chronic cough? | | ✓ | | 37 | Chronic fatigue or night sweats? | ✓ | | |
| 12 | Asthma? | | ✓ | | 38 | Problems of the immune system? | | ✓ | |
| 13 | Hayfever/Sinus problems? | | ✓ | | 39 | A tumor or growth? | | ✓ | |
| 14 | Tuberculosis? | | ✓ | | 40 | Mental health problems? | ✓ | | |
| 15 | Emphysema? | | ✓ | | 41 | Are you wearing a removable dental appliance? | | ✓ | |
| 16 | Difficulty breathing? | | ✓ | | 42 | Are you on a diet? | | ✓ | |
| 17 | Any other lung trouble? | | ✓ | | 43 | Habit-forming drugs? | | ✓ | |
| 18 | Do you smoke? | | ✓ | | 44 | Alcohol beverages? | | ✓ | |
| 19 | Blood disorder such as anemia? | | ✓ | | 45 | Contact lenses? | | ✓ | |
| 20 | Bruise easily? | ✓ | | | 46 | Eye disease/glaucoma? | | ✓ | |
| 21 | Bleeding tendency (abnormal bleed?) | ✓ | | ULCER | 47 | X-Ray treatment/chemotherapy? | | ✓ | |
| 22 | Jaundice, hepatitis or liver disease? | | ✓ | | 48 | Blood transfusion? | | ✓ | |
| 23 | Infectious mononucleosis? | | ✓ | | 49 | Pain & clicking of jaws when eating? | ✓ | | |
| 24 | Gallbladder trouble? | | ✓ | | 50 | Malignant Hyperthermia? | | ✓ | |
| 25 | Fainting spells? | | ✓ | | 51 | Have you had anything to eat or drink in the last 6 hours? | ✓ | | |
| 26 | Convulsions, epilepsy? | | ✓ | | 52 | Who is driving you home today? _B.S.O._ | | | |

| MEDICATIONS | YES | NO |
|---|---|---|
| ARE YOU NOW TAKING ANY KIND OF MEDICINE, DRUG OR PILLS FOR ANY PURPOSE? | ☑ | ☑ |
| Anticoagulants?.................................................................... | ☐ | ☑ |
| Tranquilizers? ..................................................................... | ☐ | ☑ |
| Cortisone? ......................................................................... | ☐ | ☑ |
| Other medications? *(Please list)* ............... SINACQUAN | ☐ | ☐ |

| ALLERGIES | YES | NO |
|---|---|---|
| ARE YOU ALLERGIC TO OR HAD A REACTION TO: | | |
| Local anesthetics?................................................................ | ☐ | ☑ |
| Penicillin? .......................................................................... | ☐ | ☑ |
| Other antibiotics? *(Please list)* ................................................ | ☐ | ☑ |
| Sulfa drugs? ....................................................................... | ☐ | ☑ |
| Barbiturates, sedatives or sleeping pills?..................................... | ☐ | ☑ |
| Aspirin? ............................................................................. | ☐ | ☑ |
| Iodine? .............................................................................. | ☐ | ☑ |
| Codeine or other narcotics? .................................................... | ☐ | ☑ |
| Other medications?............................................................... | ☐ | ☑ |
| Allergies other than drug allergies? *(Please list)* .......................... | ☐ | ☑ |

| | YES | NO |
|---|---|---|
| IS THERE ANY CONDITION CONCERNING YOUR HEALTH OR FAMILY'S ANESTHETIC HISTORY THAT THE DOCTOR SHOULD BE TOLD?........................................ | ☐ | ☑ |
| **WOMEN:** Is there a possibility that you may be pregnant?........................... | ☐ | ☑ |
| Estimated delivery date:.................................................. | | |
| Are you nursing?........................................................... | ☐ | ☑ |
| Are you taking birth control pills? ...................................... | ☐ | ☑ |

I certify that the medical history I have given above is correct. I agree that I am financially responsible for payment of this account. In the event that this account is referred for collection, I agree that I will be responsible for all costs of collection including reasonable attorney's fees.

Signature of Patient
(Parent or Guardian if Minor): X *William M Dick*               Date: *11-3-95*

## – CONSENT FOR SURGERY AND ANESTHESIA –

I consent to the performance of the procedure known as _____

_____

by Dr. Russo/Dr. Elliot under local/or general anesthesia upon myself or my child _____
I acknowledge that the nature and the purpose of the procedure has been fully explained to me, as well as the alternative treatments available.

I have been informed and understand that on occasion there are complications related to the surgery and anesthesia. **The more common complications which may occur are:**

1. **Infection, swelling, excessive bleeding, discoloration of the skin, and/or bruising of jaw joints.**
2. **Temporary or permanent numbness of the lips, chin, tongue, gums or the teeth (lower jaw).**
3. **Sinus infections or sinus openings which may require additional treatment or surgery (upper jaw).**
4. **Phlebitis of the vein (inflammation of the vein at the IV injection site).**
5. **Adverse or allergic reactions to the anesthetic drugs which could result in cardiac or respiratory arrest.**
6. **Other** _____

I acknowledge that I have had the opportunity to discuss the proposed treatment with Dr. Russo/Dr. Elliot and I acknowledge that no guarantee or assurance has been given to me as to the results that may be obtained.

*NOTE: You may have nothing to eat or drink for six hours before a general anesthetic. You must not drive a car or operate hazardous machinery for at least 24 hours after a general anesthetic. Someone responsible must take you home after a general anesthetic. You must not use alcohol or take any medication or drugs (other than those prescribed) without first consulting the treating doctor.*

Witness: _____

_____          _____
Date                                    Signature of Patient
                                     (Parent or Guardian if Minor)

                                                        _____
                                                        Operating Doctor

PATIENT: _William_ _Hicks_

| DATE of RETURN | UNITS | PROCEDURE | DATE | FEE | PAID | BAL. |
|---|---|---|---|---|---|---|
| | | C-T SCAN | NOV - 2 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Hicks, William M Mr
11/02/96

26434

Birth:    09/10/63    Age: 33
Ref by:
Dentist:

**C.C.** trauma 2/7/96 *(illegible)* MD —
told her *(illegible)* now persistic pain, right *(illegible)*

**EXAM** *(illegible)* ~ 3 mm, *(illegible)* slight deviation to right, no clicks *(illegible)*
(R) *(illegible)* right intraorbital. No gross enlargement of
right coronoid. Stepping right zygomatic arch

**XRAY** no gross *(illegible)* noted on pan

**DX** MVP

**P.M.H.** MVP, mental health problem, *(illegible)*

■ **ANESTHESIA RECORD:**    DATE: _____

| B.P.-PULSE | BREV. | ATR. | DEM. | VAL. | VER. | DEC. | N₂ O/O₂ | O₂ | LOCAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| TIME | | | | | | |
|---|---|---|---|---|---|---|
| 200 | | | | | | |
| 180 | | | | | | |
| 160 | | | | | | |
| 140 | | | | | | |
| 120 | | | | | | |
| 100 | | | | | | |
| 80 | | | | | | |
| 60 | | | | | | |
| 40 | | | | | | |
| 20 | | | | | | |
| SO₂ | | | | | | |

**REMARKS:**

IV: _____

BP: _____

EKG: _____

DATE:

Rec *(illegible)* C-T *(illegible)* obtained





Charles D. Russo, D.M.D.
Jeffrey F. Elliot, D.M.D.

Diplomates, American Board of Oral & Maxillofacial Surgery

William Hicks
Date of Birth 9/10/63
Date of Visit 11/02/96
Date of C-T Exam 11/27/96

CC:    This 33 yo w. male presents with a chief complaint of persistent pain in his "TMJ".
HPI: Patient was in his usual state of health when he allegedly was involved in interpersonal violence on 2/7/96. He was evaluated by "some MD's" and told that he had fractures. These fractures were allegedly not treated.
PMH: +MVP, +chest pains, +stomach ulcer, +mental health problems
    Meds: sinequan
    Alcohol: denies  Cigarettes: denies                    Drugs: denies

CE: Well nourished w. male looking stage age.
Alert and oriented x3. Cranial nerves II-XII grossly intact. +paresthesia right infraorbital nerve. No other facial paresthesia noted.
    Interincisal opening 38mm, with slight deviation to the right. No clicking, popping, crepitus noted in either right or left TMJs. Left and right lateral excursions were unrestricted to 10mm. Protrusive was noted to be 6mm. The mandible is grossly intact without stepping, segmental mobility or tenderness. No gross entrapment of right coronoid process. No pain on loading TMJs. No pain on palpation of TMJs.
    Maxilla is non-mobile. +Stepping with some tenderness right lateral wall of maxilla (maxillary sinus.) Stepping noted right zygomatic arch. Infraorbital rims are continuous without tenderness.
    Patient is partially edentulous without gross dental pathology.
    Radiographs: C-T exam is remarkable for small break in the right posterior lateral wall of the maxillary sinus. There is no fluid accumulation or gross thickening of either the right of left sinus membranes. The condyles appear normal. A panoramic radiograph also suggests no old or new fractures of the mandible.

Impression: 33 y.o. male s/p trauma with residual defect maxillary sinus. There is no evidence of TMJ pathology at this time. Patient's limited opening and complaint of discomfort may be due to scar tissue from original injury. Non-surgical physical therapy may help



2801 University Drive, Suite 102 ● Coral Springs, FL 33065 ● (954) 752-1045 ● Fax (954) 344-9651



TO: EMSA MEDICAL RECORDS

YOU ARE HEREBY AUTHORIZED TO FURNISH ANY AND ALL MEDICAL
INFORMATION, INCLUDING BY NOT LIMITED TO HOSPITAL RECORDS,
X-RAY REPORTS, PSYCHOLOGICAL, DRUG, ALCOHOL AND H.I.V. TESTING
AND MEDICAL REPORTS AND MEDICAL OPINIONS TO MY MOTHER DONNA
JOHNSON.

DISCLOSE NO INFORMATION TO ANY INSURANCE ADJUSTER OR OTHER
PERSON WITHOUT WRITTEN AUTHORITY TO DO SO.

WILLIAM M. HICKS    DATE    WITNESS    DATE

# TRANSPORTATION

**DATE:** 11-1-96

**FROM:**    EMSA MEDICAL DEPARTMENT

**SUBJECT:**    TRANSPORTATION OF DETAINEE TO OUTSIDE APPOINTMENT

- *PLEASE RETURN CONSULTATION REQUEST TO EMSA MEDICAL DEPT.*

*PLEASE BE ADVISED THAT THE FOLLOWING DETAINEE HAS AN OUTSIDE APPOINTMENT*

**NAME:** Hicks, William

**LOCATION:** NBB

**ARREST#:** B89514533

**D.O.B.:** 9-10-63

**DATE OF APPOINTMENT:** 11-2-96

**TIME:** 11:30 am

**APPOINTMENT WITH:** Dr Charles Russo
2801 University Drive, Suite 10
Coral Springs

**PHONE#:** 752-1045

**AUTH#:** 36030

**SPECIAL INSTRUCTIONS:** Emergency - Fractured Jaw!!

**EMSA** *CORRECTIONAL CARE*

FACILITY: _NBC_

REVIEWED BY: _____

AUTHORIZATION NO: _____

AMBULANCE:    YES ☐    NO ☐

*OUTSIDE*
*ORAL SURGERY*

# CONSULTATION REQUEST FORM

DR. WINTHROP C. DAVIS  OK
STAFF PHYSICIAN , NBCC  12/9/96

EMERGENCY ☐          URGENT ☒          ROUTINE ☐

| To Be Completed by Referring Facility: | | | |
|---|---|---|---|
| ID #: 359514533 | /SPN# | /SSN | /Sex: M /DOB: 9/10/67 |

Patient Last Name: HICKS          First Name: William

Request date: 12/9/96      Date Booked: _____    Release Date: _____

Current Dx Impression: R/O TMJ DYSFUNCTION

Specialty Requested: ORAL SURGERY - DR. ELLIOTT  752-1045

Procedure Requested or Problem to be Addressed:

follow - by for TMJ DYSFUNCTION

ADVISE RE CAT SCAN REPORT -

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBCC

UTILIZATION MANAGEMENT ALTERNATIVE TREATMENT PLAN AND RECOMMENDATIONS (THERAPY, MEDS, STUDIES):

PROVIDER'S NAME:                    SCHEDULED APPT. DATE/TIME:

ADDRESS:

To Consulting Provider:  Please summarize findings, diagnostic impression and recommendations or Attach Dictated Report:

Consulting Physician Signature:

PAYOR INFORMATION:

Billing Instructions:    INSURER: ☐        SELF: ☐            EMSACC: ☐

(Insurance Name: _____

EMSA Correctional Care
ATTN:  Utilization Management
1200 S. Pine Island Road, Suite 600
Ft. Lauderdale, FL 33324-4460

Policy No.: _____    Procedure/Type of Visit Authorized: _____

FEE FOR SERVICE:  $

Institution/Facility: North Broward Bureau    Authorization No.: 36000

OUTSIDE ORAL SURGERY

**EMSA CORRECTIONAL CARE**

**CONSULTATION REQUEST FORM**

EMERGENCY ☐    URGENT ☑    ROUTINE ☐

Dr. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC    OK
10/21/96

**A.** Inmate #: B-595-14533    Sex: M    Race: W    D.O.B. 9·10·63

Patient Last Name: Hicks    First Name: William

Request Date: 10·21·96    Sentence/Release Date:

**B.** Reason for Consultation: Present illness and history - include summary of current problem(s); meds, x-ray and lab studies, etc.

Right Zygomatic Arch Fracture with possible TMJ impingement.

Nothing to eat, needs X-Rays
Dr. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC    WCDmd

Prior Consultation Enclosed    ☐ Yes  ☐ No    Referring Physician: Jack Cline, DDS

Initial Diagnosis: Zygomatic Arch Fracture    Signature:

**C.** Consulting Physician: Dr. Charles Russo, 2801 University Dr., Coral Springs, 752·1045    Suite 102

Results: (To be completed by Consulting Physician) Elliot

Treatment Plan and Recommendations (therapy, meds, studies)

C-T Scan from Zygomatic Arches and T.M.J.'s to Angle of Mandible. Include into Oubits. Please send scan films.    Jt Elliot DMD

Reviewed by:    Date:

**D.** Outside Consultations Only:
Billing Instructions: EMSA CORRECTIONAL CARE

(Insurance Name or EMSA)

Address: 1200 S. Pine Island Road, Suite 500 Ft. Laud 33324

Policy #:

Approved Provider:    Procedure Authorized

(If admission Pre-Op to be done onsite please attach results Laboratory, X-ray, EKG)    TO BE Filed - R.S.

Scheduled Date of Service/Time: 11·7·96  11:30am    Type of Visit approved:

(Inpatient admission, Outpatient Surgery, Visit Outpatient, Diagnostic testing)

**E.** To be completed by institution:
Items to be Sent With Referral

☐ Recent X-Ray    ☐ Recent Lab Results    ☐ Other Special Test Results

Consulting Physician (Please attach copy of consultation, ED Form or D/C Summary)    Date

FAXED 10·21·96

Findings (problems, diagnosis) and Recommendations (therapy, meds, studies)

Procedure Completed: _____    Consulting Physician: _____

Final Diagnosis: _____

Disposition: _____    Dr Elliot (954) 752-1045

Case 0:00-cv-06087-WPD    Document 2353    Entered on FLSD Docket 11/17/00 21:30

| MEDICATION ORDERS | | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

motrin 600mg PO
tid × 7d

START 2/22   STOP 2/29

Keflex 500mg
PO TID ×7d

START 2/20   STOP 2/27

START ___ STOP ___

START ___ STOP ___

START ___ STOP ___

START ___ STOP ___

START ___ STOP ___

START ___ STOP ___

START ___ STOP ___

**NURSE'S SIGNATURE, TITLE AND INITIALS**

M Rayner, LPN    MR

A Greaves, LPN

ALLERGIES NKA

DIAGNOSES Dental

DIET Soft

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 7C3 | Werthen | 2 | 96 | BCRN |

**MEDICATION RECORD**

Exhibit # 37

*Exhibit # 37*

RECEIVED
FEB 1 9 1996

# EMSA

## X-RAY REPORT

| NAME·LAST Hicks | FIRST Wm | DOB 9/10/63 | DATE 2/9/96 | ARREST ID # BS95-14533 |
|---|---|---|---|---|
| SEX M | RACE W | TECH INITIALS WE | DATE OF TEST 2-9-96 | INSTITUTION NBDC | X-RAY # NB |
| DRS. NAME Davis | | LOCATION 12H4 | NURSE SIGNATURE/STAMP  V Serrao RN   Vicky Serrao, RN  NBDC | |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY:  R Jaw — fight

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[X] L[ ] | SHOULDER R[ ] L[ ] | OTHER |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

**REPORT:**
MANDIBLE:  Fracture suggested on the left mandibular ramus. Correlate with the clinical findings.

Radiological findings should be correlated with the clinical findings.

Thank you for referring this patient.

Miguel A. Tome, M.D.
Radiologist

*seen by dentist*
*My*

DR. N. DERZLER
STAFF PHYSICIAN MAIN JAIL

2-22-86

---
RADIOLOGIST SIGNATURE

---
DATE REPORT TYPED

# EMSA

## X-RAY REPORT

*RECEIVED FEB 23 1996*

| NAME·LAST | FIRST | DOB | DATE | ARREST ID # |
|---|---|---|---|---|
| Hicks, William | | 9/10/63 | 2/15/96 | 8595/4533 |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | X·RAY # |
|---|---|---|---|---|---|
| M | B | WE | 2-19-96 | BCMJ | MB |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP | |
|---|---|---|---|
| PA Chatfield | 7C35 | M. Cooper LPN | Melissa Cooper, LPN  Main Jail |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY: (R) eye injury

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[ ] L[ ] | SHOULDER R[ ] L[ ] X | OTHER include zygoma |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | (R) |
| COMPARISON VIEW | HIPS, BILATERAL X | ORBITS [R] X | SKULL | |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

**REPORT:**

RIGHT ORBIT:   Fracture  of  the right  zygomatic  arch.   The
remainder of the bony structure is intact.

*seen by Dentist*

Thank you for referring this patient.

Miguel A. Tome, M.D.
Radiologist

D/R: 02/19/96

D/D: 02/20/96

M/R/R:

☐ LOOK TO FILE
M.D. INITIAL _____ DATE 2-23-96

☐ PULL CHART
FOLLOW UP

☐ NO FURTHER ACTION
M.D. INITIAL _____ DATE _____

_____
RADIOLOGIST SIGNATURE

_____
DATE REPORT TYPED

# EMSA

## X-RAY REPORT

| NAME - LAST          FIRST | DOB | DATE | ARREST ID # |
|---|---|---|---|
| Hicks, William | 9-10-63 | 2-21-96 | BS9514533 |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | X-RAY # |
|---|---|---|---|---|---|
| M | W | WE | 2-21-96 | BCMJ | MJ |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP |
|---|---|---|
| Weathers | | |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY: Repeat for Oral Surgeon

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[ ] L[ ] | SHOULDER R[ ] L[ ] | OTHER |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

**REPORT:**

MANDIBLE:  There is no evidence of fracture, dislocation or other bony abnormality.

IMPRESSION:  NORMAL STUDY OF THE MANDIBLE.

Radiological findings should be correlated with the clinical findings.

Thank you for referring this patient.

Miguel A. Tome, M.D.
Radiologist

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN SHRDC    FEB 26 1996

_____
RADIOLOGIST SIGNATURE

_____
DATE REPORT TYPED

# EMSA

## X-RAY REPORT

RECEIVED
APR 0 8 1996

RECEIVED
- 29 1996

| NAME-LAST | FIRST | | DOB | DATE | ARREST ID # |
|---|---|---|---|---|---|
| Hicks | Williams | | 9/10/63 | 3/15/96 | B69514533 |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | | X-RAY # |
|---|---|---|---|---|---|---|
| m | B | | | BCMJ | | |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP |
|---|---|---|
| Cline | 7C35 | |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY:

Zygomatic Arch Rt, History of fx.

TECH COMMENTS:

### X-RAY REQUEST

| | | | | | |
|---|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[ ] L[ ] | SHOULDER R[ ] L[ ] | OTHER |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

REPORT:

ZYGOMA:   Fracture of the posterior portion of the zygomatic arch with minimal depression of the arch anteriorly.

Thank you for referring this patient

James P. Thompson, M.D.
Radiologist

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC
APR 1 1996
DATE

_____
RADIOLOGIST SIGNATURE


_____
DATE REPORT TYPED

# EMSA

## X-RAY REPORT

RECEIVED MAY 1 0 1996 BY:

| NAME - LAST | FIRST | DOB | DATE | |
|---|---|---|---|---|
| *Hicks,* | *William* | *9-10-63* | *5-3-96* | 1559574533 |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | X-RAY # |
|---|---|---|---|---|---|
| *M* | *W* | *WE* | *5-3-96* | *BCMJ* | *(MJ)* |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP |
|---|---|---|
| *Weathers* | | |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY:

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R [ ] L [ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R [ ] L [ ] |
| CERVICAL SPINE | FEMUR R [ ] L [ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R [ ] L [ ] | LATERAL DECUBITUS | RIBS R [ ] L [ ] | TIBIA & FIBULA R [ ] L [ ] |
| CHEST, PA & LAT | FOOT R [ ] L [ ] | L.S. SPINE | SACRUM | WRIST R [ ] L [ ] |
| CLAVICLE R [ ] L [ ] | FOREARM R [ ] L [ ] | MANDIBLE R [ ] L [ ] | SHOULDER R [ ] L [ ] | OTHER |
| COCCYX | HAND R [ ] L [ ] | NASAL BONES | SINUSES | *(R) Zygomatic Arch* |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R [ ] L [ ] | HIPS R [ ] L [ ] | OS CALCIS R [ ] L [ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

REPORT: RIGHT ZYGOMATIC ARCH:    Old   healed   fracture   of   the   posterior
third of the right zygomatic arch.

*James R. Thompson, M.D.*
*Radiologist*
James R. Thompson, M.D.
Radiologist

☑ OK TO FILE
M.D. INITIAL _____  DATE *5-17-96*

☐ PULL CHART
FOLLOW UP

☐ NO FURTHER ACTION
M.D. INITIAL _____  DATE _____

_____
RADIOLOGIST SIGNATURE

_____    _____
DATE         PORT TYPED



Florida Department of Corrections
Magnetic Resonance Imaging Request/Report
Department of Radiology

# MRI/NM

**PLEASE WRITE LEGIBLY**

PLEASE NOTE that MRI exam cannot be performed if any of the following is present:  pacemaker, cochlear implant, metal in the eye, cerebral aneurysm clip

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below:

Alleges intense pain (R) TMJ
and face.
Exam Due At Imaging CTR At San Marco

List allergies:

☐ Ambulatory  ☐ Chronic  ☐ J Code  ☐ Stretcher  ☐ Wheelchair

Physician Name (Print) or Name Stamp:    Dr Hills    Date of Request: 4/12/00

| NUCLEAR MEDICINE SCAN REQUEST | | MRI SCAN REQUEST | |
|---|---|---|---|
| Cardiac | Gallbladder (HIDA) | Abdomen | Hip/Pelvis |
| Infarct | Liver/Spleen | Chest | Lumbar Spine |
| MUGA | Pulmonary V/Q | Cervical Spine | Neck |
| Thallium/Myoview | Pulmonary Quantitative | Head/Brain Stem | Thoracic Spine |
| Brain | Testicular | Lower Extremity, any joint | |
| Bone Scan | Triple Renal | Lower Extremity, no joint | (R) TMJ |
| Bone Scan (3 Phase) | Thyroid | Upper Extremity, any joint | |
| Ceretec | Thyroid Scan and Uptake | Upper Extremity, no joint | |
| Scans not checked above | | | |

Date Performed: 5/3/00    Technologist Initials: 1500    Time exam performed (military): DC4

THIS EXAMINATION WAS PERFORMED AT THE IMAGING CENTER AT SAN MARCO IN JACKSONVILLE, FLORIDA.

064670
564670 MRI OF THE RIGHT TEMPOROMANDIBULAR JOINT:  MRI Examination of the right temporomandibular joint was performed, oblique coronal T1 and T2, and coronal T1 weighted images were obtained.

In the open and closed mouth sequences, there is normal translation of the condyle in relation to the articulating eminence.  The articular discs rotate normally within the glenoid fossa. There is no evidence of anterior displacement or internal derangement of the meniscus.  The condyle demonstrates normal morphology, there is no evidence of avascular necrosis.

IMPRESSION:  NEGATIVE MRI EXAMINATION OF THE RIGHT TEMPOROMANDIBULAR JOINT.

5-3-00
John A. Kelly D.M.D.
North Florida Reception Ctr.

RECEIVED
MAY 24 2000
O.P. MEDICAL RECORDS
North Florida Reception Center

C000160

RECEIVED
MAY 12 2000
TOMOKA C. I.
MED. DEPT.

E.E. FRANCO M.D.  sct
NFRC RADIOLOGY DEPT.

_____    D:5-8-00    T:5-8-00
Radiologist Signature    Date Read    Date Typed

Distribution:
    White — Medical Records
    Canary — X-Ray Jacket
    Pink — Data Entry
    Goldenrod — Local Requirements

**PLEASE WRITE LEGIBLY**
Inmate Name Hicks, William
DC# 060460
Date of Birth 7-16-63
Institution Tomoka
Is permanent camp a private institution?  No ☐  Yes ☐
Clinic/hospital room number _____

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-705C (10/99)

*psych*

EMSA
X-RAY REPORT

PATIENT'S NAME:      HICKS, WILLIAM

DOB:                 09/10/63

ARREST NUMBER:       BS9514533

FACILITY NAME:       NORTH BROWARD DET. CENTER

X-RAY NUMBER:        BS9514533

DATE OF FILMS:       08/21/96


INTERPRETATION


FACIAL BONES AND MANDIBLE:

STUDY IS TECHNICALLY SOMEWHAT LIMITED BUT I DO NOT SEE DEFINITE
ABNORMALITY.  IF SYMPTOMS PERSIST, ADDITIONAL STUDIES MAY BE
HELPFUL.

HERBERT GOLDBERG, M.D.
HG/mv
08/21/96



POMPANO BEACH MEDICAL CENTER
600 S.W. THIRD STREET
POMPANO BEACH, FL 33060

NAME: HICK,WILLIAM
PHYS: Gupta,Subhash
DOB: 09/10/63    AGE: 33    SEX: M
ACCT: N009566554262 LOCATION: N.RAD
EXAM DATE: 11/27/96 STATUS: OUT
RADIOLOGY NO: 34661506
UNIT NO: N000016140

(FAX)

FOR Dr. ELLiOTT 344-9651

EMSA
1550 BLOUNT ROAD
POMPANO BEACH, FL 33069

EXAMS: CT FACIAL BONES W/O CONTRAST, CT ORBITS W/O CONTRAST,
       CT ORBIT CORONAL VIEW

C.T. SCAN OF THE FACIAL BONES:

MULTIPLE THIN CORONAL AND AXIAL COMPUTERIZED TOMOGRAPHIC SECTIONS OF
THE FACIAL BONES AE OBTAINED.  THERE IS A SMALL CRACK IN THE LATERAL
WALL OF THE RIGHT MAXILLARY SINUS.  THERE ARE NO AIR FLUID LEVELS IN
THE RIGHT MAXILLARY SINUS.  THE REMAINDER OF THE WALLS OF THE RIGHT
MAXILLARY SINUS, AS WELL AS THE BONY ORBITS APPEAR NORMAL.  THE RIGHT
TEMPOROMANDIBULAR JOINT APPEARS NORMAL.  THE RIGHT ZYGOMATIC ARCH
APPEARS NORMAL.

IMPRESSION:

SMALL CRACK IN THE LATERAL WALL OF THE RIGHT MAXILLARY SINUS OTHERWISE
NORMAL EXAMINATION.

             ** REPORT SIGNATURE ON FILE 11/28/96 **
             REPORTED BY: STEPHEN EDELSTEIN, M.D.
             SIGNED BY:   EDELSTEIN,STEVEN

    CC: EMSA

    TRANSCRIBED DATE/TIME: 11/27/96  1647
    TRANSCRIPTIONIST: NRAD.ELH
    PRINTED DATE/TIME: 11/28/96  1346    BATCH NO: 1885

PAGE 1                        EMSA

**IMAGING REPORT**

```
POMPANO BEACH MEDICAL CENTER        | NAME: HICK,WILLIAM
600 S.W. THIRD STREET               | PHYS: Gupta,Subhash
POMPANO BEACH, FL  33060            | DOB: 09/10/63   AGE: 33      SEX: M
                                    | ACCT: N00956554262 LOCATION: N.RAD
                                    | EXAM DATE: 11/27/96 STATUS: OUT
                                    | RADIOLOGY NO: 24661506
                                    | UNIT NO: N000016140
```

EMSA
1550 BLOUNT ROAD
POMPANO BEACH, FL  33069


EXAMS: CT FACIAL BONES W/O CONTRAST, CT ORBITS W/O CONTRAST,
       CT ORBIT CORONAL VIEW

C.T. SCAN OF THE FACIAL BONES:

MULTIPLE THIN CORONAL AND AXIAL COMPUTERIZED TOMOGRAPHIC SECTIONS OF
THE FACIAL BONES AE OBTAINED.  THERE IS A SMALL CRACK IN THE LATERAL
WALL OF THE RIGHT MAXILLAY SINUS.  THERE ARE NO AIR FLUID LEVELS IN
THE RIGHT MAXILLARY SINUS.  THE REMAINDER OF THE WALLS OF THE RIGHT
MAXILLARY SINUS, AS WELL AS THE BONY ORBITS APPEAR NORMAL.  THE RIGHT
TEMPOROMANDIBULAR JOINT APPEARS NORMAL.  THE RIGHT ZYGOMATIC ARCH
APPEARS NORMAL.

IMPRESSION:

SMALL CRACK IN THE LATERAL WALL OF THE RIGHT MAXILLARY SINUS OTHERWISE
NORMAL EXAMINATION.


              ** REPORT SIGNATURE ON FILE 11/28/96 **
              REPORTED BY: STEPHEN EDELSTEIN, M.D.
              SIGNED BY:   EDELSTEIN,STEVEN


                                      ☒ OK TO FILE        WINTHROP C. DAVIS   12/3/96
                                      M.D. INITIAL  STAFF PHYSICIAN-NBDC  DATE

                                      ☐ PULL CHART
                                        FOLLOW UP

CC: EMSA                              ☐ NO FURTHER ACTION
                                      M.D. INITIAL _____  DATE _____

TRANSCRIBED DATE/TIME: 11/27/96 (1647)
TRANSCRIPTIONIST: NRAD.BLH
PRINTED DATE/TIME: 11/28/96 (1346)   BATCH NO: 1885


PAGE 1                        EMSA

**IMAGING REPORT**

CO-496 5/95

RECEIVED

OCT 0 9 1997

EMSA
X-RAY REPORT

PATIENT'S NAME:          HICKS, WILLIAM

DOB:                09/09/63

ARREST NUMBER:          BS9717076

FACILITY NAME:          BROWARD MAIN JAIL

X-RAY NUMBER:          BS9717076

DATE OF FILMS:          10/07/97

INTERPRETATION

NASAL BONES:

THERE ARE NO SIGNIFICANT RADIOGRAPHIC ABNORMALITIES DEMONSTRATED.

IMPRESSION: RADIOGRAPHICALLY NEGATIVE EXAM.

HUGH EISEN, M.D.
HE/sl
10/08/97
RADIOLOGIC CONSULTATION

☐ OK TO FILE
M.D. INITIAL                    DATE 10/10/97

☐ PULL CHART
FOLLOW-UP

☐ NO FURTHER ACTION
M.D. INITIAL _____   DATE _____

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST

RECEIVED
SEP 21 1998
Senior Dentist
North Florida Reception Center

| TO ORAL SURGEON Institution: CFRC | FROM R. FAECHER, DMD Institution: TOMCI | DATE OF REQUEST: 8-14-98 |
|---|---|---|

| Reason(s) for consultation: Evaluate and recommend diagnostic plan XX Evaluate and recommend treatment plan XX Other (specify): _____ | Type of consultation: Emergency _____ Urgent _____ Routine XXX | DATE APPOINTMENT MADE: Staff Signature: |
| | | APPOINTMENT DATE: |

Condition is (check one):  [ ] Acute Trauma     [ ] Acute Illness     [XX] Chronic

History of present illness (include onset, presentation, progress, therapy):

PATIENT PRESENTS TO DENTAL WITH VERBAL HISTORY OF MANDIBULAR FRACTURE  –SIDE.
TRAUMA STATED TO HAVE OCCURED 4-96 WITH NO EVAL OR ATTEMPTED TX UNTIL 8 MONTHS
FOLLOWING.  COMPLAINT OF DEVIATION OF MANDIBLE UPON OPENING AND DIMINISHED MANIBLE
FUNCTION AND SEVERE PAIN.  NEED PANOREX RADIOGRAPH

Physical findings:

LIMITED OPENING OF MOUTH NOTED

Diagnostic findings (explain laboratory, x-ray or other test findings):

NO RADIOGRAPHS TAKEN 8-14-98

Other pertinent information:

Provisional diagnosis: INCOMPLETE UNTIL RADIOGRAPHIC DATA ASSESSED

Health Care Provider Signature/Stamp _____ RS Faecher, DMD  Tom, C.I

CHO/Designee Approval Signature/Stamp

## AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require:
ORAL SURGERY EVALUATION
which cannot be accomplished at  TOMOKA CORRECTIONAL INSITUTION
I also understand that should hospitalization and/or surgery be necessary, a
separate consent form will be signed prior to such hospitalization and/or surgery.
I therefore consent to be referred to the Reception & Medical Center, or such
other health care facility as may be appropriate, for the reason(s) stated
and consent to undergo health care services as may be necessary to evaluate my
health status.

Signature of Patient X William M Hicks     Date: 8/14/98
Signature of Witness X _____     Date: 8/14/58

IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE
OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION

| Inmate Name  HICKS, WILLIAM | Reference:  HSB 15.01.04 |
|---|---|

DC #  663670     R/S  W/M
Date of Birth _____
Institution  TOMCI

CONSULTATION REQUEST

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL HEALTH SERVICES DIRECTOR, DEPARTMENT OF CORRECTIONS**

Additional History:

Findings: MIO 38 mm. Deep bite malocclusion. Excursi
mvts of mand WNL. (B) TMJ click @ mid openi
& pain on loading joints. mod. myofascial pain
(R) > (L)

A/ Myofascial pain disorder

Recommendations: Soft diet x 1 mo
Motrin 600 mg qid x 1 mo

Follow-Up Needed?   No ☐   Yes ☒   Date: 1 mo

Consultant Signature/Stamp   Chris Howlett, DDS
UFCD Dept. of Oral &   CH   Date: 10/20/98

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE
OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Date Name _____
_____ R/S _____
of Birth _____
ution _____

Reference: HSB 15.01.04
C000305

CONSULTATION REQUEST
– 702 ( 5/93 )                    Use Additional Sheet if Necessary



# ViewBox, Inc.
### 3182 ZARHARIAS DRIVE
### ORLANDO, FL.32837
### 407-5269099

| Patient: | Hicks, William |
|----------|----------------|
| D.C. # | 614670 |
| Facility: | TCI |
| Exam: | Skull |
| Date: | 12-31-98 |

SKULL

Findings:   The calvarium is intact.  The sella is normal.  The paranasal sinuses are clear.

Impression:   Normal

Fenton E. Froom, M.D./vsm

12-31-98



STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
X-Ray Report

ENTERED IN THE COMPUTER

| NAME-LAST | FIRST | | AGE | DATE | | DC NUMBER |
|---|---|---|---|---|---|---|
| Hicks | William | | 33 | 10-29-58 | | 664670 |

| SEX | RACE | BIRTHDAY | ADMIT DATE | INSTITUTION | | |
|---|---|---|---|---|---|---|
| | W | 8-19-63 | 10-24-9 | TOMOKA | | |

| NAME | | ROOM NO. | | REQUEST WRITTEN BY: | |
|---|---|---|---|---|---|
| Dr. C. CALDERON, CHO | | | | | |

THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY: Very complains of HAS

### X-RAY REQUEST

| | COMPARISON VIEW | HAND R[] L[] | MANDIBLE R[] L[] | SACRUM |
|---|---|---|---|---|
| | CYSTOGRAM | HIP PINNING | MYELOGRAM,CERVICAL | SHOULDER R[] L[] |
| ANKLE R[] L[] | ELBOW R[] L[] | HIPS,BILATERAL | MYELOGRAM,THORACIC | SINUSES |
| ARTERIOGRAM CODE# BELOW | ESOPHOGRAM | HIPS R[] L[] | NASAL BONES | SKULL  Sins |
| ARTHROGRAM,KNEE R[] L[] | FACIAL BONES | HUMERUS R[] L[] | ORBITS | SONOGRAM |
| BARIUM ENEMA | FEMUR R[] L[] | I.V. PYELOGRAM | O.R. CHOLANGIOGRAM | STERNUM |
| CERVICAL SPINE | FINGERS R[] L[] | KNEE R[] L[] | OS CALCIS R[] L[] | T.M. JOINTS R[] L[] |
| C. SPINE,COMPLETE | FOOT R[] L[] | KUB | PELVIMETRY | THORACIC SPINE |
| CHEST | FOREARM R[] L[] | KUB & UPT | PELVIS | TIBIA & FIBULA R[] L[] |
| CHEST,PA & LAT. | GALLBLADDER SERIES | LATERAL DECUBITUS | POST REDUCTION | VENOGRAM R[] L[] |
| CLAVICLE R[] L[] | G.I. SERIES | L.S. SPINE | RIBS,BOTH SIDES | VENOGRAM,BILATERAL |
| COCCYX | G.I. & SMALL BOWEL | L.S. SPINE COMPLETE | RIBS, R[] L[] | WRIST R[] L[] |

RAYS NOT
SCORED ABOVE

0000163

RECEIVED
JAN 05 1999
TOMOKA C.I.
MED. DEPT.

WHITE - MEDICAL RECORDS
CANARY - X-RAY JACKET
PINK - LOCAL REQUIREMENTS

4 705A (10/87)

RADIOLOGIST SIGNATURE

DATE REPORT TYPED

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIO**
**X-Ray Report**

Dr. 664670

| NAME–LAST | FIRST | | AGE | DATE | DC NUMBER |
|---|---|---|---|---|---|
| Hicks | William | | 35 | 1-28-99 | 64518 |

| SEX | RACE | BIRTHDAY | ADMIT DATE | INSTITUTION |
|---|---|---|---|---|
| m. | W | 9-19-63 | | Tom. |

| DRS. NAME | ROOM NO. | REQUEST WRITTEN BY: |
|---|---|---|
| PARKER T. ALLIS, D.D.S. Reception & Medical Center | | |

PARKER T. ALLIS, D.D.S.
Reception & Medical Center

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY:

1110 (R) subcondylar fx? — untreated
A alleges discomfort in joint

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| | COMPARISON VIEW | HAND R[] L[] | ✓ MANDIBLE R[✓] L[] | SACRUM |
| | CYSTOGRAM | HIP PINNING | MYELOGRAM,CERVICAL | SHOULDER R[] L[] |
| ANKLE R[] L[] | ELBOW R[] L[] | HIPS,BILATERAL | MYELOGRAM,THORACIC | SINUSES |
| ARTERIOGRAM CODE# BELOW | ESOPHOGRAM | HIPS R[] L[] | NASAL BONES | SKULL |
| ARTHROGRAM,KNEE R[] L[] | ✓ FACIAL BONES | HUMERUS R[] L[] | ORBITS | SONOGRAM |
| BARIUM ENEMA | FEMUR R[] L[] | I.V. PYELOGRAM | O.R. CHOLANGIOGRAM | STERNUM |
| CERVICAL SPINE | FINGERS R[] L[] | KNEE R[] L[] | OS CALCIS R[] L[] | T.M. JOINTS R[] L[] |
| C. SPINE,COMPLETE | FOOT R[] L[] | KUB | PELVIMETRY | THORACIC SPINE |
| CHEST | FOREARM R[] L[] | KUB & UPT | PELVIS | TIBIA & FIBULA R[] L[] |
| CHEST,PA & LAT. | GALLBLADDER SERIES | LATERAL DECUBITUS | POST REDUCTION | VENOGRAM R[] L[] |
| CLAVICLE R[] L[] | G.I. SERIES | L.S. SPINE | RIBS,BOTH SIDES | VENOGRAM,BILATERAL |
| COCCYX | G.I. & SMALL BOWEL | L.S. SPINE COMPLETE | RIBS, R[] L[] | WRIST R[] L[] |

X-RAYS NOT CHECKED ABOVE.

1180
093

664670-MANDIBLE SERIES: There is no evidence of fracture or dislocation. However, if a fracture is a clinical consideration, then further evaluation with a Panorex view is recommended.

IMPRESSION: NORMAL MANDIBLE SERIES.

-FACIAL BONES: There is no bone or joint abnormality.

IMPRESSION: NORMAL FACIAL BONES.

RECEIVED
FEB 03 1999
TOMOKA C.I.
MED. DEPT.

E. E. FRANCO, M.D.  mmw
NFRC RADIOLOGY DEPT.

RADIOLOGIST SIGNATURE
D: 1-29-99   T: 1-29-99

DATE REPORT TYPED

WHITE – MEDICAL RECORDS
CANARY – X-RAY JACKET
PINK – LOCAL REQUIREMENTS

DC4 705A  (10/87)

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST

TO: Dr Allis
Institution: NFRC-05 clinic

| FROM: R. S. FAECHER, DMD | DATE OF REQUEST: |
|---|---|
| Institution: Dental Clinic TomCI | 3/29/00 |

Reason(s) for consultation:
___ Evaluate and recommend diagnostic plan
___ Evaluate and recommend treatment plan
Other (specify): MRI studies if clinically indicated  reference phone conforming with Dr Allis on 3/29/00 1430

| Type of consultation: | DATE APPOINTMENT MADE: |
|---|---|
| Emergency ___ | |
| Urgent ___ | Staff Signature: |
| Routine X | APPOINTMENT DATE: |

Condition is (check one): ☐ Acute Trauma   ☐ Acute Illness   ☒ Chronic

History of present illness (include onset, presentation, progress, therapy):
3640 of reports H/o (R) mand fx in 1996 in (cnty) jail. Has had intermittent periods of facial pain to present. (R) side > (L) side. Has been seen at NFRC on 10/28/98, 11/8/99, 4/8/99, 5/11/99. Present complaining of facial pain unresolved c̄ conservative tx

Physical findings:
Limited mouth opening 38-40mm, deep bite malocclusion;

Diagnostic findings (explain laboratory, x-ray or other test findings):
MRI studies suggested

Other pertinent information: H/o MVP c̄ regurgitation,

Provisional diagnosis: Chronic MFP in noncompliant patient

Health Care Provider Signature/Stamp   R. S. FAECHER, DMD
                                        Dental Clinic
HO/Designee Approval Signature/Stamp    TomCI

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require:
Evaluation by Oral Surgeon of facial/jaw pain with possible MRI studies.
which cannot be accomplished at Tom CI dental
I also understand that should hospitalization and/or surgery be necessary, a
separate consent form will be signed prior to such hospitalization and/or surgery.
I therefore consent to be referred to the Reception & Medical Center, or such
other health care facility as may be appropriate, for the reason(s) stated
and consent to undergo health care services as may be necessary to evaluate my
health status

Signature of Patient X William M Hicks                Date: 3/30/00
Signature of Witness X V. R. MITCHELL, CDA            Date: 3/30/00

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name Hicks, William
# 664630   R/S  w/m
Date of Birth
Institution

Reference: HSB 15.01.04

RECEIVED
APR 11 2000
TOMOKA

CONSULTATION REQUEST
DC4 702 (5/93)

C000000

Florida Department of Corrections
X-Ray Request/Report
Department of Radiology

# X-RAY

**PLEASE WRITE LEGIBLY**

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below:

H/O fx s facial bone r/o or mandible

List allergies:

NKA

☐ Ambulatory  ☐ Diabetic  ☐ J Code  ☐ Portable  ☐ Stretcher  ☐ Wheelchair

Physician Name (Print) and Name Stamp: D. T. ALLIS, D.D.S.    Date of Request: 4-12-00

NFRC HOSPITAL

## X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| Ankle R [ ] L [ ] | Cystogram | Hand R [ ] L [ ] | Myelogram [ ] | Shoulder R [ ] L [ ] |
| Arthrogram [ ] | Elbow R [ ] L [ ] | Hips R [ ] L [ ] | Nasal Bones | Sinuses |
| Barium Enema | Esophagram | Humerus R [ ] L [ ] | Orbits | Skull |
| Cervical Spine | ✓ Facial Bones | I.V. Pyelogram | Os Calcis R [ ] L [ ] | Sternum |
| C. Spine, complete | Femur R [ ] L [ ] | Knee R [ ] L [ ] | Pelvimetry | T.M. Joints R [ ] L [ ] |
| Chest | Fingers R [ ] L [ ] | KUB | Pelvis | Thoracic Spine |
| Chest, PA and LAT | Foot R [ ] L [ ] | KUB and UPT | Post Reduction | T. Spine, complete |
| Chest PPD | Forearm R [ ] L [ ] | Lumbar Spine | Ribs R [ ] L [ ] | Tibia & Fibula R [ ] L [ ] |
| Clavicle R [ ] L [ ] | Gallbladder Series | C. Spine, complete | Sacrum | Venogram R [ ] L [ ] |
| Coccyx | G.I. Series | ✓ Mandible | Scoliosis Series | Wrist R [ ] L [ ] |
| Comparison View | G.I. and Small Bowel | Date Performed: | Technologist Initials: | Time exam performed (military): |
| Exams not checked above: | SMU | 4-12-00 | LH | 1150 |

64670-FACIAL BONES:  There is no evidence of bone or joint abnormality.

IMPRESSION:  NORMAL FACIAL BONES.

ORBITS:  There is no evidence of fractures or separation of structures.  There is no foreign body noted.

IMPRESSION:  NORMAL ORBITS.

MANDIBLE SERIES:  There is no evidence of fracture or dislocation.  However, if a fracture is clinical consideration, then further evaluation with a Panorex view is recommended.

IMPRESSION:  NORMAL MANDIBLE SERIES.

C000161

V.M. SRENZ, M.D. /sct
NFRC RADIOLOGY DEPT.

Radiologist Signature

D: 4-13-00      T: 4-13-00
Date Read       Date Typed

**PLEASE WRITE LEGIBLY**
Inmate Name  Hicks, William
DC#  661670    Race/Sex  B/m
Date of Birth  9-16-63
Institution  Tomoka

Is permanent camp a private institution?  No ☐  Yes ☐

Clinic/hospital room number _____

Distribution:
White— Medical Records
Canary— X-Ray Jacket
Pink— Data Entry
Goldenrod— Local Requirements

RECEIVED
APR 14 2000
TOMOKA
MED. DEPT.

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-705A (Revised 10/99)

Florida Department of Corrections
Magnetic Resonance Imaging Request/Report
Department of Radiology

# MRI/NM

PLEASE WRITE LEGIBLY

PLEASE NOTE that MRI exam cannot be performed if any of the following is present: pacemaker, cochlear implant, metal in the eye, cerebral aneurysm clips.

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below:

Alleged intense pan (R) TMJ
and fee.
Exam Done At imaging CTR AT San Marco

List allergies:

☐ Ambulatory   ☐ Diabetic   ☐ J Code   ☐ Stretcher   ☐ Wheelchair

Physician Name (Print) and Name Stamp: Dr Allis          Date of Request: 4/12/00

| NUCLEAR MEDICINE SCAN REQUEST | | MRI SCAN REQUEST | |
|---|---|---|---|
| Cardiac | Gallbladder (HIDA) | Abdomen | Hip/Pelvis |
| Infarct | Liver/Spleen | Chest | Lumbar Spine |
| MUGA | Pulmonary V/Q | Cervical Spine | Neck |
| Thallium/Myoview Stress | Pulmonary Quantitative | Head/Brain Stem | Thoracic Spine |
| Brain | Testicular | Lower Extremity, any joint [ | ] |
| Bone Scan | Triple Renal | Lower Extremity, no joint [ | (R) TMJ ] |
| Bone Scan (3 Phase) | Thyroid | Upper Extremity, any joint [ | ] |
| Ceretea | Thyroid Scan and Uptake | Upper Extremity, no joint [ | ] |
| Scans not checked above: | | | |

Date Performed: 5/5/00   Technologist Initials: DCH   Time exam performed (military): 1500

5
664670
THIS EXAMINATION WAS PERFORMED AT THE IMAGING CENTER AT SAN MARCO IN JACKSONVILLE, FLORIDA.

664670 MRI OF THE RIGHT TEMPOROMANDIBULAR JOINT: MRI Examination of the right temporomandibular joint was performed, oblique coronal T1 and T2, and coronal T1 weighted images were obtained.

In the open and closed mouth sequences, there is normal translation of the condyle in relation to the articulating eminence. The articular discs rotate normally within the glenoid fossa. There is no evidence of anterior displacement or internal derangement of the meniscus. The condyle demonstrates normal morphology, there is no evidence of avascular necrosis.

IMPRESSION: NEGATIVE MRI EXAMINATION OF THE RIGHT TEMPOROMANDIBULAR JOINT.

RECEIVED
MAY 24 2000
O.P. MEDICAL RECORDS
North Florida Reception Center

John A. ___ D.M.D.
North Florida Reception Ctr.

RECEIVED
MAY 12 2000
TOMOKA C.I.
MED. DEPT.

E.E. FRANCO, M.D. sct
NFRC RADIOLOGY DEPT.

D:5-8-00    T:5-8-00

PLEASE WRITE LEGIBLY

Inmate Name: Hicks, William
DC#: 664670
Race/Sex: _____
Date of Birth: 9-16-63
Institution: Tomoka
Is permanent camp a private institution? No ☐ Yes ☐
Clinic/hospital room number: _____

Radiologist Signature: _____   Date Read: _____   Date Typed: _____

Distribution:
White — Medical Records
Canary — X-Ray Jacket
Pink — Data Entry
Goldenrod — Local Requirements

DC4-705C (10/99)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE
REGIONAL HEALTH SERVICES DIRECTOR, DEPARTMENT OF CORRECTIONS**

Additional History:

H/O fxs alleges severe R facial pain

Findings: —

partial bony impacted # 17
pt clinically not experiency intense pain

Recommendations:

① Surgical removal of # 17
② Partial denture to fill in gaps fill
③ X-rays SMU, facial bones, mandible  Rt orbits
④ OMRS R U SMS if approved

Follow-Up Needed?                    PARKER T. ALLIS, eD.D.S.   Date: When MRS approved
                                      NFRC HOSPITAL

Consultant Signature/Stamp _____    Date: 4/12/00

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE
OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name _____
C # _____    R/S _____         Reference: HSB 15.01.04
Date of Birth _____
Institution _____                    C000301

CONSULTATION REQUEST                              __ Use Additional Sheet if Necessary
C4 — 702 ( 5/93 )

The Office of Dr. Roberto Rivera
7050 NW Fourth Street, suite 202
Plantation, FL 33317
(954) 791-XRAY (9729)
E-mail: radiolog@bellsouth.net

# DIAGNOSTIC EXAMINATION REPORT

Name of Patient: Williams Hicks
ID Number: 664670
Referring Physician: Everglades C.I.
Date of exam: 10/25/01

## FACIAL BONES:

There is no evidence of fracture or dislocation. No blastic or lytic lesions are noted. No soft tissue calcifications are seen.

## IMPRESSION: NORMAL STUDY.

Roberto Rivera, MD
Board-certified Radiologist
Florida Medical Diagnostic Group

DR. JUAN GONZALEZ CHO

Florida Department of Corrections
CAT Scan, Ultrasound, and Vascular Request/Report
Department of Radiology

**CT**

ULTRASOUND
VASCULAR

**PLEASE WRITE LEGIBLY**

| In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below: |
|---|

Pain (R) cheek + TMJ (Both)

dd assault in 1996

List allergies:

☐ Ambulatory   ☐ Diabetic   ☐ J Code   ☐ Stretcher   ☐ Wheelchair

Physician Name (Print) and Name Stamp: Luon TA /Lake CI   Date of Request: 10-14-03

| CAT SCAN REQUEST | | ULTRASOUND REQUEST | VASCULAR STUDY REQUEST |
|---|---|---|---|
| Coronal & Sagittal | Chest | Abdominal/Gallbladder | Arterial Doppler, Lower Extremity R [ ] L [ ] |
| ✓ Facial/TMJ | Abdomen | Breast | Arterial Doppler, Upper Extremity R [ ] L [ ] |
| Head | Pelvis | Extremity R [ ] L [ ] | Carotid Doppler |
| Orbit | Cervical Spine | Neck/Soft Tissue/Thyroid | Venous Doppler R [ ] L [ ] |
| Soft Tissue Neck | Thoracic Spine | Pelvis | Venous Duplex R [ ] L [ ] |
| Lower Extremity R [ ] L [ ] | Lumbar Spine | Renal | |
| Upper Extremity R [ ] L [ ] | | Scrotum | |
| Exams not checked above: | | | |

| Date Performed: 11-14-03 | Technologist Initials: | Time exam performed (military): 10:05 S |
|---|---|---|

664670-CT SCAN OF THE FACIAL BONES:   CT Scan of the facial bones was performed in the coronal
axial plain, thin slices were obtained.   There is no evidence of fractures.   The paranasal
sinuses are well pneumatized.   The osteomeatal complex is patent bilaterally.   The zygomatic
arches are also intact.

IMPRESSION:   NORMAL CT SCAN OF THE FACIAL BONES.

LUON V. TA, MD
Sr Physician
Lake CI

ELIGIO LOPERENA, PA
CLINICAL ASSOCIATE RMC

11/20/07

E.E. FRANCO, M.D. lm
RMC RADIOLOGY DEPT.

Radiologist Signature   D:11-14-03   T:11-14-03
Distribution:   Date Read   Date Typed

White — Medical Records
Canary — X-Ray Jacket
Pink — Data Entry
Goldenrod — Local Requirements

NOV 1 7 2003

**PLEASE WRITE LEGIBLY**

Inmate Name Hicks, William

DC# 6642

Race/Sex

Date of Birth 9-10-63

Institution Lake Rme

Is permanent camp a private institution? No ☐ Yes ☐

Clinic/hospital room number

This form is not to be amended, revised, or altered without approval of
the Deputy Director of Health Services Administration

DC4-705B (10/99)

805 South Orlando Avenue, Suite F
Winter Park, FL 32789
Office (407) 644-3140
Toll Free (877) 765-0941
Fax (407) 644-3884

# TransFlorida Mobile Diagnostic Services, L.C.

**NAME:** Hicks, William
**DOB:**
**DC#:** 664670
**FACILITY:** Lake C. I.
**WING/FLOOR:**
**PHYSICIAN:** TA
**DOE:** 10/28/2003

**CERVICAL SPINE:**

There is mild disc degeneration at C5-6 with a small anterior spur. There is no fracture or focal bone lesion. There is no prevertebral soft tissue swelling.

**IMPRESSION:** Mild C5-6 spondylosis.

_Fenton Froom, M.D._
Fenton Froom, M.D.
ff/mta/ld

LUON V. TA, MD
Sr Physician
Lake CI
12/10/03

D: 10/28/03
T: 10/29/03



805 South Orlando Avenue, Suite F
Winter Park, FL 32789
Office (407) 644-3140
Toll Free (877) 765-0941
Fax (407) 644-3884

# TransFlorida Mobile Diagnostic Services, L.C.

**NAME:** HICKS, WILLIAMS
**D.O.B.**
**DC#:** 664670
**FACILITY:** LAKE, C.I.
**WING/FLOOR:**
**PHYSICIAN:** TA
**DATE OF EXAM:** 05/09/2003

**TEMPOROMANDIBULAR JOINTS:**

There is no evidence of an acute fracture or focal bone lesion. There is some mild limitation of mobility in the open and close mouth positions, but otherwise no abnormality is seen. The mandibular condyles are smooth and well formed.

**IMPRESSION:**

1. Mild-to-moderate limitation of mobility.
2. Otherwise, normal.

LUON V. TA, MD
Sr Physician
Lake CI

*Fenton Froom M.D.*
Fenton E. Froom, M.D.
FEF/tt



D:5/12/2003
T:5/14/2003

ARC DIAGNOSTIC CENTER, INC.
7801 CORAL WAY, SUITE 131
MIAMI, FLORIDA 33155
305-261-8991/FAX 305-261-1654

PATIENT NAME:  WILLIAM HICKS
FACILITY:      EVERGLADES C.I.
CHART#:        664670
DOS:           08-12-02
REFERRED BY:   DR. DWYER

CERVICAL SPINE X-RAYS:

TWO VIEWS

There is hypertrophic spur formation of C5-C6.

C7 is not seen on the lateral view, therefore cannot be evaluated.

Visualized disc spaces are intact.

There is no cervical rib.

IMPRESSION:

Degenerative changes of C5-C6.
Please see the above discussion.

ERLINDA B. ENRIQUEZ, M.D.
DIPLOMATE OF AMERICAN BOARD OF RADIOLOGY
EBE/mpv

1/7/03

LUON V. TA, MD
Sr Physician
Lake CI

☐ NORMAL LAB / X-RAY
☐ ABNORMAL LAB / X-RAY NOTE!
  NO FOLLOW-UP NEEDED
☑ ABNORMAL LAB / X-RAY
  PULL CHART

T.A. Mahoney, MD
5-19-02

## MEDICATION ORDERS | MEDICATION SHEET ADMINISTRATION RECORD

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | 16 | 17 | | | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Flexeril 10mg PO
#td × 14

START 3-28-96     STOP 4-11

START     STOP

START     STOP

START     STOP

START     STOP

START     STOP

START     STOP

START     STOP

START     STOP

START     STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

J. Taylor LPN  JT | M Rayner, LPN  MR

ALLERGIES NKA
DIAGNOSES Dental

DIET Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 7C3 | Weathers | 3 | 96 | BCM |

MEDICATION RECORD

Exhibit #38



**EMSA** CORRECTIONAL CARE

Exhibit # 38

RECD APRL 15, 2002

# INMATE MEDICAL REQUEST FORM



☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-23-97    Facility/Institution: WRDC

Name of Inmate: William Hicks    D.O.B.: 5-12-63    Sex: M

I.D. #: R592-8 WF 9594-4553    Cell #: 12-14-4

Problem: (in your own words)

_Entered Medical from work unit claims of_
_Fever chest/side FL also pains_
_Suffers from pheu C. pain in whole body_
_seek Medical Doctor att._

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Person Triaging: Celeste Chukwu    Date: 7/23/97    Time: 1250pm
(Name)

Disposition: _____ USC

**FOR STAFF USE ONLY**

S: _Us 2b Application_
   _Duplical_

O: _No obvious distress PERLA Ambulating_
   _well, MAE Neck supple.    98⁴ 122/80 22  18_

A: _Medication Seeking RT drug abuse Hx._

P: _Pt refuses tylenol — Does not want_
   _to see Dr Davis but "will if_
E: _No other choice"_

Date: 7/25/97    Time: 1045    [signature]    BARBARA ROSENBLUM, RN
                                              NBB

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH
(Please check one of the above)

JUL 28

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-28-97   Facility/Institution: N B D C

Name of Inmate: William M Hicks   D.O.B.: 9 10 63   Sex: M
  OID BS95-14533
I.D. #: New arrest BS97-12026   Cell #: 12-1-14-4

**Problem: (in your own words)**

I request to Have order For tylnol 3x DAY till I SEE DR DAVIS M.D. I Have to Be a reman compitet to stand trial so I ask For small steps to insure I maintain a level header person "I Have a lot of pain"

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Person Triaging: D Richardson   Date: 7/28/97   Time: 4 PM
                     (Name)
Disposition: _____   DELLA RICHARDSON, LPT
                                NBDC

**FOR STAFF USE ONLY**

S: as stated above

O: Pt. c/o pain in head & jaw. No swelling noted.

A: R/O pain in head & jaw. Alt in comfort.

P: Tylenol 2 tabs po tid PRN x 5 d per protocol.

E: Rest. Take pain med as needed.

Date: 7/29/97   Time: 9P   D Richardson   Health Service Signature   DELLA RICHARDSON, LPT
                                                                     NBDC

White — Medical Department   Yellow — Other   Pink — Inmate

CL 1480-01

**BROWARD SHERIFF'S OFFICE**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

William M Hicks _____ BSO5-145372-1-114 A. B.Dic  2-5-96
Inmate's Name _____ Arrest#  Cell  Facility  Date

### PART A - INMATE'S GRIEVANCE

I William Hicks want to state the the Big "Fat Black nurse on 3-11 shift" "don't know her name" treats me like Shit, she should Be Fired For her conduct- I'm very Sick and getting sicker, she gave me an other altitudo when I asked For two Aspins - and to check my Blood pressure, I'm dieing and she don't care, I'm not sentenced and I'm not poor either, I want something done about

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

all the nurses; they don't seem to Be very qualifi'd as nurses, I'm having Bad' heat and chestpains cont pics, stomache is like pins touching it. Back Lower pa + the scino, high Blood Pressure, and I don't eat. and when I say something to them I want a

Reviewing Deputy's Signature/CCN _____ Date

Serious reply, I'm holding Dr. Davis
Supervisor's Signature/CCN  responsible For MalPractice  Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

_____ My Family is Fighting For me and IT
Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

not I'D Be clead
As a american I Have rights and while
I'm here I want to Be treated with respect.
and its this place responsibily to pay no tue.
my incarpration and my mother stop PeyOut OF Taxes
Director's Signature _____ Date
BSO DJ#51 (Revised 4/93)  William Hicg

received

BROWARD SHERIFF'S OFFICE
DEPART. ~ CORRECTIONS AND REH~ ~ITION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE  EmsA

Willcin Hicts _____ BS95-14533  73d  MJ.  ___ 2-7-96

Inmate's Name _____ Arrest#  Cell  Facility _____ Date

### PART A - INMATE'S GRIEVANCE

I would like to talk to Dr Davis
and the Supertendent Here at
the main jail
            I want to See the
Superteidlent. ASP

_____ 3-7-96

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Ok. However Dr Davis is at NBB. You may
contact him There.

TODD SCHWARTZ
Main HSA

_Schwartz HSA_ _____ 3·18/96

Reviewing Deputy's Signature/CCN _____ Date

_____ _____

Supervisor's Signature/CCN _____ Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____ _____

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature _____ Date
BSO DJ#51 (Revised 4/93)

**BROWARD SHERIFF'S OFFIC**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

3719                                                    121H39                    6H

## TO BE COMPLETED BY INMATE

William M Hicks            BS95-14503 12-1-43 N.B.D.C       10-19-9_

Inmate's Name _____ Arrest# _____ Cell ___ Facility ____ Date

### PART A - INMATE'S GRIEVANCE

I William M Hicks want charges Brought against DR DAVIS M.D
For his violation to Follow B.SO rules per SusAn W McCampbell
orders to have a complete medical review on my Files And to
state the truth, Also on 10-18-96 At 9:00am I was violated
By verbal threats and I was attacked As I stood in Hallway
at clinic By DR DAVIS M.D Threats % physical I want changes
Brought Against DR DAVIS MD per my
William M Hicks                    10-19-96

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Rights to protect my self From violence From staff, as I'm
in the CARE OF B.SO, I Want changes Brought Against DR
DAVIS MD No questions asked,
Sincerely William M Hicks            10-19-96
"Respond in time Frame"

Reviewing Deputy's Signature/CCN _____ Date

Pt was seen by _____ on 10/31/96 _____

Supervisor's Signature/CCN    JOAN BAUERSMITH, RN, HN, NBDC    Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature _____ Date

___ ____ (Revised 4/__)

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

## TO BE COMPLETED BY INMATE

Inmate's Name: _William M Hicks_    Arrest#: _BSA39493_ _12-1-12_    Cell: _____    Facility: _NBDC_    Date: _2-1-97_

### PART A – INMATE'S GRIEVANCE

RE: MEDICAL to B.S.O % D.O.C

For DR DAViS MD who LiED to cover up For Jail DR EMSA, then For DR weathers DDS oral Surgeon LiED then DR Cline LiD to cover up — then Docter Hoeck knew of all But covered up then B.SO For allowing my safety to Be introuble. For the conspiracy I prove all still Fight to stay Alive!

Inmate's Signature: _William M Hicks_    Date Signed: _2-1-97_

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

_____

_____

_____

_____

Reviewing Deputy's Signature/CCN    Date

Supervisor's Signature/CCN    Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature    Date
BSO DJ#51 (Revised 4/93)

*MEDICAL*

# BROWARD SHERIFF'S OFFICE
## DEPARTMENT OF CORRECTIONS AND REHABILITATION
### INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Inmate's Name: _William M Hicks_

Arrest#: _BS97-17076_   Cell: _12-1-H-4_   Facility: _NBDC_   Date: _7-24-97_

### PART A - INMATE'S GRIEVANCE

RE: MEDICAL:

Hello once again "to make short and sweet" I just returned from "Chattahoochee hospital" I'm competent ed to maintain I need medical which I should get as soon as I arrived "your staff caused medical ed doctor Davis M.D. LIED at me & Followed "I need medical now" I'm tired of Fighting

Inmate's Signature: _William M Hicks_   Date Signed: _7-24-97_

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

_____

_____

_____

_____

_____

Reviewing Deputy's Signature/CCN _____   Date _____

Supervisor's Signature/CCN _____   Date _____

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____   Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature _____   Date _____

BSO DJ#51 (Revised 4/93)



**EMSA** *CORRECTIONAL CARE*

*Faxed*

## NON-FORMULARY REQUEST FORM

NAME OF FACILITY: __NBDC__

TELEPHONE NUMBER: _____ DATE: __6 — 5 — 96__

### NON-FORMULARY MEDICATION REQUEST

PATIENT NAME: __Hicks, William # BS9514533__

DRUG NAME: __Zoloft 50mg__

DOSAGE SCHEDULE: __P.o. BID X 30 day__

JUSTIFICATION: _____

_____

_____

_____


_____     _____

Signature of Prescriber        Signature of Reviewer

DR. WINTHROP C. DAVIS
CHIEF PHYSICIAN— NBDC M.D.

__6 — 7 — 96__

_____     _____

Date                    Date


_____

Approved _____    Not Approved _____

                          Drug Recommended _____

103

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | |
|---|---|
| Inmate Name: HICKS, WILLIAM | ID # BS9514535 D.O.B. 9/10/6 |

| Date/Time | |
|---|---|
| 1/6/96 10⁰⁰/A | Inced. Note. Grevnce. Rec'd: 1/4/96 <br> Grevnce. Ans: 1/6/95 <br><br> Joan Bauersmith RN <br> JOAN BAUERSMITH, RN, HN, NBDC |
| 1-14-96 8 PM | Incidental note: Seen for sick call — see form CL1480-0 <br> Valerie Mindle, RN ——— V. Mindle, RN <br> North Broward |
| 1/23/96 3pm | Grievance Received 1/22/96 <br> Answered 1/23/96 · M. Nelson <br> MELSAIDES NELSON, MSRN, PYSCHATRIC SUPERVISOR, NBDC |
| 1/31/96 Wt.237 3pm | MD NOTE: <br> S] c/o wt. gain & fluid retention — <br> Long Hx. of psych. — Severe depression — <br> E] Bp 180/110  88 <br> ↑ wt from 185 (8/95 → 1/96) 237 (1d S <br> lungs: Clean to A <br> abd: liver edge @ 3cm ↓ Com — mark <br> ext's: trace pitting edema — <br> 1) Neuro: Poor historian, ont o×3 <br> A] SOME FLUID RETENTION 2) ↑ wt 3) ↑ BP <br> P] trial of diuretic, labs <br> E] F/U in 7D. <br> DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC |
| 1/31/96 1:50 pm | Inc. Note: Blood drawn for <br> CBC & SMA₆ per DRS <br> orders — <br> CASSANDRA BURCH, MA NBDC |



# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # B5951453 | D.O.B. 9 1/016 |
|---|---|---|---|

8/3/96 1030

(S) Requested to see detainee by caller identifying self as mother of above. Detainee c/o "feeling swollen all over" and of insufficient urinary output. States "only piss twice a day I should be doing; & urinates steady stream c voiding; denies discomfort c voiding. Denies flank pain

(O) Weight 233 lbs (clinic scale) 120/82 978-80-18. Breath sounds clear. Heart regular. Lower extremities c trace edema (nonpitting) Abdomen soft, nontender c normal bowel sounds. Pubis area palpated; flat/soft/nondistended. —

(A) Knowledge deficit — medication/diuretics

(P) Educated on rationale for lasix/potassium therapy. Current weight given to detainee. Instructed on upcoming reevaluation c Dr. Davis. Weight ordered — q week X 4. Dr. Davis called aware of above complaints/assessment

Jeanne M. Gan

JEANNE M. GAN
NBDC



**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS9511530 D.O.B. 91016 |
| --- | --- | --- |

2/5/96 1400   (S) Requested to see detainee by caller
identified as mother. Reports detainee
c/o pain c̄ urination.

(O)   Assessed yesterday per caller
request: see note 2/3/96

(P E)   Will obtain urine for dipstick
evaluation.    Jean ms

JEANNE M. GANIS, RN
NBDC

2/4/96   Incidental Note: Urine Chem-Strip 9
7:15 pm   results neg. D.Richardson Jr. D.Richardson Jr.

2.6.96   S = 32.y.o.w.m. Hx - HTN. Losing Weight
2.15 p   pmk. ETOH Abuse - on lasix and
KCl. feel better except of. occasnl.
HA and lower abdom pain -

O = labs. Good. CW = 231 ↓ from 237.

B/p: 110/70.

ly = clr
CV - NSR

abdm: soft except diffuse mild tenderness
lower abdomen

A = HTN control - may need screen
for UTI or prostate problem

P - on appoint. F/u Dr. Luis.

E. Naproxen analgesic pain -
fat - Serums. SMA7 & uric acid
and LFT's -

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

John Catano
NBDC

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, WILLIAM | ID # BS.95-145B3 | D.O.B. 9,10,63 |
|---|---|---|---|

2/7/96 10 Am    MD. NOTE: F/u wt. gain — c/o side effe from Tofsi

S| c/o nausea & vomiting
c/o headaches

wt. 231    c/o pins & needles in fingers & toes
(↓6 lbs in 1 week)    Sgs he can't eat & is given all his food away

Sgs he can't urinate, then he sgs he can

labs: essentially wnl    O| when I suggested his wt. gain was coul be due to over eating - he became incensed — "are you willing to swear to that?"

— is now off all psychotropics —

A| inappropriate affect —
no evidence of organic ds.

P| He was offered to D/C Tofsi, but he wanted to continue taking it.

E| no further F/u planned.

4:30 pm    INCD. NOTE: GRIEVANCE REC'D 2/5/96
2/7/96    GRIEVANCE RESPONDED 2/7/96
SEE COPY _____

W. C. DAVIS
DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

CL 1480-02 (2/95)

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: BS95/40533 | Name ID: Hicks WN | D.O.B.: 91 101 6 |
|---|---|---|---|

6/13/96
2300 — Inc Note
I/mate unable to attend clinic appointment. Now in "Lock Down" as per Deputy. Reschedule for 6/20/96

**PETER SMITH, RN**
**NBB**

6/20/96
655 p — Dr Note.

S - Pt s/p Fx (R) zygomatic arch. c/o difficulty chewing & requesting appt c soft diet.
② Requesting renewal of pain meds.

O - NAD.
Mouth: mucosa pink; mouth fully open.
Face: Seen (R) infraorbital area. Tenderness at (R) zygomatic arch & edema.

A - s/p (R) Zygomatic Arch Fx.

P - Midrin 1 tab Bid per po x 30d
Motrin 800 mg po Bid x 30d
Flexeril 10 mg po Bid x 30d
Cont soft diet
appt c soft c 60d
c Clinic prn

**DR. WILFREDO C. DAVIS**
**STAFF PHYSICIAN - NBDC**



**EMSA CORRECTIONAL CARE**

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # BS9514533 D.O.B. 9/10/63 |
|---|---|---|
| 7-18-96 · 12:50 p · | S: ♂/m. c/o of Ⓛ ankle pain. Denies injury. states is Swollen - | |
| | O: looh - Good NAD. OX3 - on current meds - Flexid motion, Vinders Ⓛ ankle: Neg x Swollen FROM. mild tenderness - on calf muscle - | |
| | A: m. skeletal pain on Calf Ⓛ leg. | |
| | P: on Current antiinflammog and m. Relaxants meds - | |
| | E: avoid injuries, avoid strenus exercises - | |
| | John Catano, P.A. NBDC | |
| | DR. WINTHROPE DAVIS STAFF PHYSICIAN - NBDC | |

**CORRECTIONAL
CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William    ID # B59514533 D.O.B. 9/10/63 |
|---|---|
| 7·18·96 · 12·50 p · | S: I/M c/o of (L) ankle pain. Denies injury. states is swollen - |
| | O: looh - Good NAD. OX3 - on current meds- Flexil, motin, Vmidin (L) ankle: Neg. x Swollen FROM . mild tenderds · on calf msde - |
| | A: M. skeletal pain on calf (L) leg - |
| | P: on Current anti inflammery and m. relaxants meds - |
| | E: avoid injuries, and strenus excerises - |
| | John Cátano, P.A. NBDC |
| | DR. WINTHROPE-DAVIS STAFF PHYSICIAN - NBDC |
| 8/7/96 4 pm - | one note    Inced. Note: Grevnce. Rec'd: 8/3/96 Grevnce. Ans: 8/7/96  M. Nelson    MELSAIDES NELSON, MSRN, PYSCHIATRIC SUPERVISOR, NBDC |

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Aichs William    ID 5597 1704 D.O.B: 9 19 63 |
|-----------|----------------------------------------------------------|
| 7/25/97<br>1100 | Inc note 1 Pt seen in H&P — Constant somatic complaints, varied and vague. Focused on "being abused medically, physically, and spiritually" when questioned directly re: medical Hx — States many physical problems — but none documented by med. professionals. Seeking Medication for "pain all over" Offered Tylenol PRN — Pt. refused. States "it lets up my stomach" Medical follow up made — Pt does not want to see Dr. Davis "He makes me end up in lock-down". Pt. able to make needs š difficulty — PERLA    AOX3 no bruising or open areas noted on body. Ambulates, speaks š difficulty Very manipulative, & demanding who states "I won't be honest š you" — B. Rosenblum RN |

BARBARA ROSENBLUM, RN
NBB

*Complete Both Sides Before Using Another Sheet*

7/94

# ▲ CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS954533  D.O.B. 9/10/63 |
|---|---|
| 8·15·96· 9·50A· | incid. note. I/m. states has TMJ pain. meds need to Be Reviewed pain still no helping Completly Referal to Dentist   JOHN CATANO, P.A. UBB  DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC |
| 8/16/96· | Chart Note — Xrays ordered to close ?'s about earlier films - raised by family as issue.    [illeg] |
| 8/24/96 8pm | S— I have been taking the motrin & other pain meds I was told that motrin is only for Headache these meds are not helping my pain, I need to See the Doctor for my pain & Chronic Headache O— c/o chronic headache, Hx once motor carash Denied Hx Migranes, Denied Hx High BP. BP 120/90. no blurred vision A — Alterication in comfort 2° chronic Headaches & pains not responding to present treatment P— Refer pt back to the Dr for f/u E— Avoid straining self, adequate rest. medical access as needed         Calista Chukwu  **CALISTA CHUKWU, RN**  NBDC |

ORRECTIONAL
CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicko, William    ID # 0596 145 33   D.O.B. 9 / 10 / 63 |
|---|---|
| 9/6/96 - 1700 | Inc Notes- Unit Nurse notified to inform inmate that facial bones X-Ray showed no abnormalities. Ruth LeBell N Ruth LeBel |
| 9.9.96. v.op. | incidental note : prev's facial films. were - to dark . and need to Be Done again . for x-r of Towns & s mv. position |

JOHN CATANO, P.A.
NBB

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN, NBDC



**EMSA** CORRECTIONAL
CARE

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, William | ID # B9G14533 | D.O.B. 9,10,63 |
|---|---|---|---|

9/30/96
845P

DR Note

① Pt presented stating Midui cause nausea, so doesn't need renewal.

② Yo DR.

③ rectal bleeding 24 hrs ago, last noted 4 ly, some pruritus intermittently

④ Peds inform a Zygomatic X Ray still c/o pain & area; stated c difficulty opening mouth - fully.

9/1/96 X Ray reordered.
9/19/96 Stenical / Motion.

O: NAD; talkative, repetitive.
Head: Normocephalic.
TMs: intact.
Mouth: Pt partially open mouth.
Eyes / Ears: intact.
Rectal: refused.

DR
S/P Zygomatic Contusion.
R/o rectal bleeding.
Ocean Nasal spray II sprays each nostril PO BID x1
RTC prn

VERONICA O'CONNER, PA
NBDC
DR. WAYTHROP DAVIS
STAFF PHYSICIAN - NBDC

DR. WAYTHROP C. DAVIS
STAFF PHYSICIAN - NBDC
VERONICA O'CONNER, PA
NBDC

CL 1480-02 (2/95)

RRECTIONAL
ARE



## PROGRESS NOTES

| me | Inmate Name: Hicks-William | ID #: 0359514533 | D.O.B.: 9 /16 /63 |
|---|---|---|---|

| | |
|---|---|
| 1/26/96 | The following Medical Problems |
| 900 | have been addressed: |
| Re: # (1) | A Medical Evaluation was completed |
| | on the following Dates: |
| | · 8/21/95 - 11-30-95 - Pt re® sick call |
| | on 1/31/95 - Pt was again seen on 2/6/96 |
| | 5-24-96 - 4-22-96 - 2-7-96 - 2-19-96 - |
| | 2-26-96 - 3-4-96 - 3-27-96 - 6-26-96 - |
| | 7-18-96 - 8-15-96. The phy and or |
| | the PA evaluated and wrote orders for |
| | each complaint offered. |
| Re: #2 | The Dental problems were addressed |
| | by both the Dentist and the oral |
| | Surgeon. Pt was seen by Dental - 9-24-95 |
| | 11-2-95 - 3-15-96 - 3-22-96 - 3-27-96 - 5-8-96 |
| | Again all Dental Problems were addressed. |
| Re: #3 | This pt has been evaluated by Mental |
| Re: #4 | Health - Medical and Dental, and has had |
| | con't access to all Services available. |
| Re: 3/4 | Mental Health pt has had several mental |
| | Evaluations on the following Dates: 8-8-95 - |
| | 9-19-63 - 11-9-95 - 11-11-95 - 11-18-95 - 12-16-95 - 1-16-96 |
| | 1-25-96 - 1-22-96 - 2-6-96 - 2-22-96 - 2-27-96 - 4-30-96 |
| | 5-21-96 - 6-17-96 - 6-21-96 - 7-24-96 - 8-2-96 - 8-9-96 |
| | Pt has had a Total of 124 sick calls, all |

5/95

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # B59514533 | D.O.B. 9 / 10 / 63 |
|---|---|---|---|

10/14/96 9³⁰ᵃ — Incidental Note : Doctor Davis notified about pt's C/o nausea and upset stomach since after commencing Indocin. Also notified about patients refusal of taganet ordered qhs. Indocin and taganet was discontinued by Dr Davis and darvon forte 2 tabs po Tid x 30days ordered. & noted ——

Pt due to clinic thru 10/16/96 —— Calista Chukwu

CALISTA CHUKWU, RN
NBDC

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William) | ID #585 14533 | D.O.B. 9/10/63 |
|---|---|---|---|

**10.17.96 1⁵⁵ Pm** INC. NOTE: Pt brought for dental and indicates is very nauseated and sweaty. Will reschedule for dental at agreement of Pt. for his due to nausea ———————————

JACQUELYN D. FARRAR<br>
Dental Assistant - NBDC

**10/18/96**
**8:30 Am**

MD Clinic

S Mr. Hicks was brought to the Clinic to discuss his Lab results & effects of his medical regimen. He insisted that "nothing works", he is in constant pain, he has an ulcer, he has high blood pressure, and that "everyone is participating in a cover-up."

O Bp 140/82    p: 72

Mr. Hicks was angry, combative, and accusatory throught his appointment. He called me a "liar" & demanded to be sent to a hospital for new X-Rays, more tests, and another opinion from a "real" doctor.

A Mr. Hicks was asked to leave the exam room; on the way out, he said, "It's a good thing I'm leaving because I would punch you out". I asked if he was threatning me and he responded, "it's not a threat, it's a promise." The Deputy took him out

P I will fill out a victim's report

RTC PRN.

DR. WHITMORE

MPO-02 (2/95)

EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Nicks Wille | ID # BS 95145533 | D.O.B. / / |
|---|---|---|---|
| 10/21/96 | Inc. Note: — | | |
| 2 P.M. | Group discussion: — | | |
| | To try & Resolve Inmate Non acceptance of Medical | | |
| | information given to him by us. | | |
| | 1. Outside Oral Surgeon Consult | | |
| | 2. Outside IM/GB Consult | | |
| | Hasel. | | |

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # 9514533    D.O.B. 9, 6, 63 |
|---|---|
| 10/21/96 8:20 P | PM Note cont. |
| | O: T 97° BP 120/60 P60 RR 16 Wt. NAD, A & O x3. |
| | Ears: ⊖ tenderness mov of TM's; ⊖ edema. |
| | periorbital - intact c̄ edema, erythema. |
| | Mouth: open partially (Pt stated pain upon opening) tonsils intact, ⊖ edema, erythema or exudate. |
| | Neck: supple. |
| | lymph ⊖ |
| | A/P: S/P ? Zygomatic Area. |
| | No P___ |
| | No tonsil_. |
| | Tylenol 400 mg qhs x 30d Rx |
| | Mylan 200 mg po q8h prn x5d |
| | Motrin 800 mg po TID x30 day. |
| last dose before bed. | Flexiril 10 mg po TID x30 d |
| | Midrin: II tabs po prn food x30 d |
| | C: Encourage po day meds fluids. |

**EMSA** CORRECTIONAL
CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # 95 14533   D.O.B. 9/10/63 |
|---|---|
| 10/21/96.<br>8 20/p. | PM Note |

1 - Pt presented reporting:
① fell & pain @ TM) area.
    Now @ > @ side pain.
② "feels like I am getting brain
    damage. because of pain constant"
③ Has nausea & vomiting, dizziness &
    all the time onset since trauma in
    8/96; (+) vomiting now ↓, last note
④ q meds x 3-4 days.
⑤ (+) tonsil pain x 2 wks.
    difficulty swallowing; No appet.
⑥ Requesting to be put back on Motrin
    which though it had cause "hole in
    stomach; needs Motrin/Motrin/Flagyl;
    butter when informed Tyl #3/
    Darvocet will q be ordered.
    q bleeding from rectum; nose now

O ① Hicks q Tyl c oral surg
    seen earlier this am.

| 10/9/96. | 5.5 16.0 175. |
| | BUN 11, 4.4.1; AST 2/ ALT 39 |
| 8/21/96. | X Ray - Mand. q definate |
| | bled. |
| 3/21/96 | Oral Surg. Evaluation |

DR. WINTHROP G. DAVIS
STAFF PHYSICIAN MBC
JACK N CORNER PA
NBCC

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William   ID # 189514533   D.O.B. 9/10/63 |
|---|---|
| 11/8/96 9:50p | *(handwritten progress note, largely illegible)* |

S. Pt in clinic c̄ ery S/P endoscopy H/d c̄ noted discomfort & ated; p/o/l d. appetite good.

2. Stated D/off missed x 2d, but rec'd today.

3. Evaluated by oral surgeon outside & will f/u c̄ MRI.

4. Requesting transfer from present cell due to difficulty breathing.

NAD. BP 110/80.

Abd. Hypoactive, BS (+) all quads. no organomegaly / tenderness.

Lower Ext. hypo p̄ w cell. no edema, lesions.

(R) great toe medial aspect nail embedded; & tenderness w̄ palpation.

A/P. S/P Abd Procedure.
Donnatol ī tabs po BID x pd. Will discuss transfer c̄ Dr. Bayh.

E. Clinic prn.

*DR. WINFRED C. DAVIS*
*STAFF PHYSICIAN - NBDC*

# CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: | ID # | D.O.B. / / |
|---|---|---|---|
| 22.96  9⁵⁰am | *INC. NOTE:* Refused dental, refusal signed and placed in file.  JACQUELYN D. FARRAR Dental Assistant - NBDC | | |
| 12·9·96. 1·30 p· | ∴ I/m ℅ Dysphagia, Runny Nose. Coen phlegm while coughing. Was in the Hospital r "Endoscopic" procedure Recently. o: Celi Good NAD. T=97.8 Throat = mild Redness Dec. phlegm Neck = ∓ adenopathy. ly = clr CV=√S∩ A: pharyngitis / Bronchitis p: se cli R. ↑ fluids.  JOHN CATANO, P.A. NBB  DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC | | |
| 12/13/96 9³²am | *Inc Note:* INCID. NOTE: GRIEVANCE REC'D 12/12/96 GRIEVANCE RESPONDED 12/13/96 SEE COPY M. Nelson RN  MELSAIDES NELSON, MSRN, PSYCHIATRIC SUPERVISOR, NBDC | | |
| 12/18/96 1·00 | INCID. NOTE: GRIEVANCE REC'D 12/18/96 GRIEVANCE RESPONDED 12/18/96 SEE COPY  JOAN BAUER-SMITH, RN, MN, NBDC | | |

CL-1480-93 (2/95)

**EMSA** CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

| | |
|---|---|
| INMATE NAME: _Hicks William_<br>ID #: _BS9514533_<br>D.O.B. _9 10 63_   _noted mythe 8/14/95 5:50_<br>ALLERGIES: _NKA_<br>**Dick Maureen, RN**<br>**NBDC**<br>Use Last   Date _8 14 95_ | DIAGNOSIS (If Chg'd)<br>_LiCO3 900 g PoQHS } Tele 9/15/95_<br>_Buspar 75 g PoQHS_<br>_Dtc Prozac_<br>_CBC, SmAC24, EKG, Thyroidprofile ∓TSH, Lilevel._<br>_T.J. Martin M.D._  Dr. John Martin<br>Psychiatrist - NBDC |
| INMATE NAME: _HICKS, William_<br>ID #: _BS95-14533_<br>D.O.B. _9 10 63_<br>ALLERGIES: _NKA_<br>**JERRENEA BRADLEY, RN**<br>**NBDC**<br>Use Fourth   Date _8 12 95_ | DIAGNOSIS (If Chg'd)  _Psych. Disorder._<br>_T.J. Martin MD_   Dr. John Martin<br>Psychiatrist - NBDC<br>_Place on Suicide Watch 12 Gt_<br>_T/O Dr Martin_ |
| INMATE NAME: _Hick. W._<br>ID #: _BS 95 14533_<br>D.O.B. _9 10 63_  _Fail_<br>ALLERGIES: _NKDA_  _8/8/95 AM_<br>Use Third   Date _8 8 95   9:30 am_ | DIAGNOSIS (If Chg'd)<br>_DC Suicidal watch_<br>_LiCO3    500 mg   PM    30_<br>_Prozac   20 mg   Bid ⊤ AM   Reg_<br>_TO NBDC (12Hr) when medically_<br>_cleared._<br>_Junious_ |
| INMATE NAME: _HICKS, William_<br>ID #: _BS9514533_<br>D.O.B. _9 9 63_<br>_Gina Maria Rivera, LPN_<br>_Main Jail_<br>ALLERGIES: _NKA_<br>Use Second   Date _8 7 95  1745_ | DIAGNOSIS (If Chg'd)<br>_① to Infirmary, follow ETOH_<br>_Detox protocol, to Dr_<br>_Smith, WT/CS on ?PA_<br>_8-7-95. 1745._<br>_Junious_    DR. WINTHROP C. DAVIS<br>STAFF PHYSICIAN - NBDC<br>_Gina Maria Rivera, LPN_<br>_Main Jail_<br>DR. MEL INMAN<br>STAFF PSYCHIATRIST,<br>MAIN JAIL |
| INMATE NAME: _HICKS, William_<br>ID #: _BS951453_  _Noted_<br>_VRC_<br>D.O.B. _9 9 63_<br>_Gina Maria Rivera, LPN_<br>_Main Jail_<br>ALLERGIES: _NKA_<br>Use First   Date _8/_  DR. MEL INMAN<br>STAFF PSYCHIATRIST<br>MAIN JAIL   _Junious_ | DIAGNOSIS<br>_① to Infirmary, place on_<br>_Suicide Watch per Caution_<br>_Notify BSO to maintain_<br>_Q15 min checks. Mental status_<br>_to be done by RN Shift_<br>_to Dr. Junious (Aurea?)_<br>_8-7-95   1759_<br>_Gina Maria Rivera, LPN_<br>_Main Jail_ |

CC 006    7/94

# EMSA ✚ CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks, William
ID #: BS 95 14 533        Noted
                          10-6-95
D.O.B. 9/10/63            Edma McKenzie LPN
ALLERGIES: NKA    ELMA MC KENZIE, LPN
                  NBDC
Use Last    Date 10/6/95

DIAGNOSIS (If Chg'd)
D/c LiCO3
D/c Sinequan
                    T.J. Martin MD
              Dr. John Martin
              Psychiatrist - NBDC
ELMA MC KENZIE, LPN
         NBDC

---

INMATE NAME: Hicks, William
ID #: BS 95 14533      Noted
                       K Grey  1D1
D.O.B. 9,10,63     9/29/95
                   12:55
ALLERGIES: NKA   KATHY GREY, RN

DIAGNOSIS (If Chg'd)
Amoxicillin 500 mg. PO tid × 10 days
H2O2 oral rinse bid × 10 days

Use Fourth    Date 9/89/95

---

INMATE NAME: Hicks, William
ID #: BS 95 14 533      noted
                  DRichardson
D.O.B. 9/10/63   9/7/95
            DELLA RICHARDSON LPN
            NBDC  030
ALLERGIES: NKA

DIAGNOSIS (If Chg'd) R/o cold symptoms
Sudafed 60 mg PO Bid × 5 days
CTM 4mg PO Bid × 5 days
Salt water gargle Bid × 5 days
                        per
                        protocol
                    DRichardson
            DELLA RICHARDSON, LPN
                   NBDC

Use Third    Date 9/7/95

---

INMATE NAME: Hicks, William
ID #: BS 95 14 5 33
                 CRYSTAL CHAMBERS, RN
                 NBDC
D.O.B. 9/10/63
ALLERGIES: NKA

DIAGNOSIS (If Chg'd)
LiCO3 600 mg PO bid (liquid)   Till 10/6
Sinequan 100 mg PO bid (liquid)
Li level on 9/15/95
                    T.J. Martin M.D.
              Dr. John Martin
              Psychiatrist - NBDC

Use Second    Date 9/5/95

---

INMATE NAME: Hicks, William
ID #: BS 95 14 533
                 MARGARET BUTCH, RN
                 NBDC
D.O.B. 9,10,63
ALLERGIES: NKA

DIAGNOSIS
Advil 600 mg T.I.D. × 14 d.
Blue Ice top Bid × 14 d
                        DR. WINTHROP C. DAVI
                        STAFF PHYSICIAN - N
              VERONICA O'BONNER, PA
                   NBDC

Use First    Date 8/31/95

CC 006

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks Williams
ID #: BS 9514533
D.O.B. 9/12/63
ALLERGIES: NKA
Use Last   Date 11/14/95

DIAGNOSIS (If Chg'd) Ho Headaches

Tylenol 2 tab po PRN q 4-6 hrly
per protocol
M Lutgerson
8/11 M Lutgerson
ELMA MC KENZIE, LPN
NBDC

noted 11-14-95 2:30?
Elma McKenzie
ELMA MC KENZIE, LPN
NBDC

---

INMATE NAME: Hicks William
ID #: BS 95-14 533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Fourth   Date 11/11/95

Noted
Emmy POLUMAR RN
11/11/95
EVA BODLOCHA RN
NBDC

DIAGNOSIS (If Chg'd)

Thorazine 100 mg po bid   Fill 12/12/95

T.J. Martin MD
Dr. John Martin
Psychiatrist - NBDC

---

INMATE NAME: Hicks Williams
ID #: BS 9514533
D.O.B. 9/19/63
ALLERGIES: NKA
Use Third   Date 10/28/95

noted
Chioma Aniezue
LACHINS PLATER

DIAGNOSIS (If Chg'd)

Transfer to Forensic Mental
Health

T.O. Dr. Lima  Ikeinere RN / KARNINE P...
DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks William
ID #: BS 95-14-533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Second   Date 10/28/95 @ 5:05 Am

Noted
C. Chukwu
10/28/95 7:30
CALISTA CHUKWU, RN
NBDC

DIAGNOSIS (If Chg'd)  Dc Suicide Watch

T.J. Martin MD
Dr. John Martin
Psychiatrist - NBDC

---

INMATE NAME: Hicks, William
ID #: BS 95 4533
D.O.B. 9/10/63
ALLERGIES: NKDA
Use First   Date 10/27/95  1:30 pm

Noted
L. Rosa LPN
10/27/95

DIAGNOSIS

- Suicide Watch
- BSO q month @ QVS
- RN q " @ P°
- L. Lima

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

CC 022                                                    7/94

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, William
ID #: BS 95 1453    2/21/96
1100
noted
groo45
D.O.B. 9/10/63
ALLERGIES: NKA
GAIL WASHINGTON, LPN
MAIN JAIL
Use Last    Date 2/21/96

DIAGNOSIS (If Chg'd)
① Soft diet x 2wks
② Motrin 600g po tid x 2wks
③ Follow up with dental in 2wks

W Ray Hus.

---

INMATE NAME: Hicks William
2/21/96
ID #: BS 95 1453
1100
noted
groo45
D.O.B. 9/10/63
ALLERGIES: NKA
GAIL WASHINGTON, LPN
MAIN JAIL
Use Fourth    Date 02/21/96

DIAGNOSIS (If Chg'd)
① Mandible series to Animal

X-ray

X-RAY COMPLETED
DATE 2-21-96 INITIAL
WAYNE EVANS
X-RAY TECHNOLOGIST

---

INMATE NAME: Hicks William
ID #: BS 95 1453
Noted
#S7201735
H. Doyle
D.O.B. 9/10/63
ALLERGIES: NKA
DR. N. XAVIER
STAFF PHYSICIAN MAIN JL
Use Third    Date 2/19/96

DIAGNOSIS (If Chg'd)
Ft & zygomatic arch
reflex bony fond x7
DC Darvocet
Tylenol #3 ## tablets po
qid for x5 day
Refer to Dentist

---

INMATE NAME: Hicks, William
ID #: BS 95 14533
noted 2/15/96
5500
M. Cooper
Melissa Cooper, LPN
Mail Jail
D.O.B. 9/10/63
ALLERGIES: NKA
Use Second    Date 2/15/96

DIAGNOSIS (If Chg'd)
1| Darvocet N 100 ## po TID x 3 days
2| X Ray ® orbit inc zygoma
B. WADE CHATFIELD
P.A. - C. MAIN JAIL
X-RAY COMPLETED
DATE 2-19-96 INITIAL
WAYNE EVANS (mes)
MANUELA F. ___, M.D.
REV. 2-28-96

---

INMATE NAME: HICKS, Wm.
ID #: BS 95-1453
MARGARET BUTCH,
RN
D.O.B. 9/10/63
ALLERGIES: NKA
Use First    Date 2/9/96
H4

DIAGNOSIS (If Chg'd)
X-RAY COMPLETED
DATE 2-9-96 INITIAL
WAYNE EVANS (WB)
X-RAY TECHNOLOGIST
① X. Ray - ® Jaw
① Ice to face x 24 hrs.
② Motrin 800 g po TID x 5D.
③ SMAC-24 po 2/12/96    SK
④ RTC to fr suture
removal 2/16

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC
Mar done

---

CC 006                                                                7/94

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Last ___ Date 2/6/96

noted 2·6·96 1400 BS Alergile BS Alem ile

DIAGNOSIS (If Chg'd)

p̄ Naproxen. 500 mg P.O. BID
× 10 days

Catano
John Catano, P.A.
NBDC

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN

---

INMATE NAME: Hicks William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Fourth ___ Date 2/6/96

noted 2/6/96 9 AM
Elma McGufie LPN
ELMA MC KENZIE-LPN
NBDC

DIAGNOSIS (If Chg'd)

D/c Sinequan

Try. Martin M.D.

Dr. John Martin
Psychiatrist – NBDC

Elma M McGufie LPN
ELMA MC KENZIE, LPN
NBDC

---

INMATE NAME: Hicks William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Third ___ Date 2/3/96

note 1230

JEANNE M. GANIS, RN
NBDC

DIAGNOSIS (If Chg'd)

Weigh Qweek × 4 (Clinic sc
notify clinic of weight gain

JEANNE M. GANIS, RN
NBDC

---

INMATE NAME: Hicks Wm.
ID #: BS95-14533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Second ___ Date 1/31/96 1214

No Redraw
Serao, RN
NBDC 1/31/96

DIAGNOSIS (If Chg'd)

Lasix 40 ᵍ p.o. QAM × 30D.
KCL 20 mEq QAM × 30D.
Smac 24 CBC → R/Sent 7 done
RTC 7D (2/7/96)

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks, William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA
___ Date 1/14/96

noted
Valerie Albright, RN
North Broward
CDM

DIAGNOSIS Headache

Tylenol tabs 2 Po q4° PRN × 7 days
per Protocol
Valerie Albright, RN
Northbroward, RN

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

| INMATE NAME: Hicks, Wm | DIAGNOSIS (If Chg'd) R/O Painful Ankle |
|---|---|
| ID #: BS9614533 noted 1010.96 7-15-96 @Gordon Rn L.Route Gordon | Blue Ice q i d x 10 days Per Protocol / RLGordon RN (L.Route Gordon) |
| D.O.B. 9/10/63 | |
| ALLERGIES: NKA | |
| Use Last    Date 7/15/96 | |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS9514533 noted table Winters 906pm MARGARET BUTCH, RN NBDC | Midrin II tab po Prn @ prn x30d Motrin 800 mg po Prn @ prn x30d Flexeril 10 mg po prn x30d Soft diet SIS |
| D.O.B. 9,10,63 | |
| ALLERGIES: NKA    1H3 | mai done    VERONICA O'GORMER PA NBDC    DR. WINTHROPE DAVIS STAFF PHYSICIAN - NBDC |
| Use Fourth    Date 6,20,96 | |

| INMATE NAME: Hicks William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS9514533    C Chukwu RN 6d(7HS6(?)Am CALISTA CHUKWU, RN NBDC | Zoloft 50 mg po bid till 7/28/96    Ty Marita M.D.    Dr. John Martin Psychiatrist - NPDC |
| D.O.B. 9/10/63 | |
| ALLERGIES: NKA | |
| Use Third    Date 6,12,96 | |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) TMJ / Headaches |
|---|---|
| ID #: BS95/4533 noted 6/28 @0 OR Gail Distelar Main Jail | — Midrin II P.O. BID prn H/A x 30d — Motrin 800 mg BID prn H/A x 30d — Flexeril 10 mg BID prn H/A/prn x 30 days    DR. CRAIG UECKER STAFF PHYSICIAN |
| D.O.B. 9/10/63 | |
| ALLERGIES: NKDA | |
| Use Second    Date 5/24/96 | |

| INMATE NAME: Hicks, William | DIAGNOSIS ___ |
|---|---|
| ID #: BS95 VIRGILIO IBAY, RBA MAIN JAIL 3 | Zoloft 50 mg po BID. 3 a day. RTC (week)    Dr. ___    DR. MEL LIMIA STAFF PSYCHIATRIST MAIN JAIL |
| D.O.B. 9_0_61    Noted 5/20/96 5pm | |
| ALLERGIES: NKDAL | |
| Use First    Date 5/20/96    4pm | |

CC 006

**EMSA** **CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks William
ID #: BS 95 14 533
D.O.B. 9, 10, 63
ALLERGIES: NKA
Use Last   Date 8, 16, 96

DIAGNOSIS (If Chg'd)   Meds Renewal
Midrin II tabs po Bid prn x 30d

MANUEL F. DESCEPEDES, M.E.
(Main Jail Bureau)

VERONICA O'CONNER, PA
NBDC

---

INMATE NAME: Hicks Wm
ID #: BS95145533
D.O.B. 9 10 63
ALLERGIES: NKA
Use Fourth   Date 8, 16, 96

DIAGNOSIS (If Chg'd)
Xray 1. Mandible
2. Facial Bones
3. Bilat.

MANUELA F. DESCEPEDES, M.
Main Jail Bureau

X-RAY COMPLETED
DATE:           INITIAL
X-RAY TECHNOLOGIST

---

INMATE NAME: Hicks William
ID #: BS 95 14 533
D.O.B. 9 10 63
ALLERGIES: NKA
Use Third   Date 8, 15, 96

DIAGNOSIS (If Chg'd)
1. Dental Referral. done for 8/20

JOHN CATANOA
NBB

DENISE COGAN
RN-MAIN JAIL BUREAU

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks William
ID #: BS 95 14 533
D.O.B. 9 10 63
ALLERGIES: NKA
Use Second   Date 7 26 96

DIAGNOSIS (If Chg'd)
Zoloft 50 1 po bid Tlc 8/31/96

Dr. John Martin
Psychiatrist - NBDC

CALISTA CHUKWU, RN
NBDC

---

INMATE NAME: Hicks Willie
ID #: BS 95 14 533
D.O.B. 9 10 63
ALLERGIES: 0
Use First   Date 7 22 96

DIAGNOSIS
Motrin 800 mg x 30 Days
Midrin II Tab. P.o.
Bid renew x 15 Days
Flexaril 10 mg P.o. Bid
x 30 Days. Per Dr. Davis

JOY BRIEN, RN
NBB

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - B.

7/94

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS 9514533 | Donnatol ïï tabs po B.i.d x 10d |
| D.O.B. 9/10/6 MARGARET BUTCH, RN NBDC | Veronica O'Conner, PA NBDC |
| ALLERGIES: NKA | DR. WINTHROP & DAVIS STAFF PHYSICIAN - NBDC |
| Use Last    Date 11/8/96    2H | Mar done |

| INMATE NAME: HICKS, William | DIAGNOSIS (If Chg'd)    Pre op for UGI Series |
|---|---|
| ID #: BS 95 14533 | Clear ligs Po tonoc |
| D.O.B. 9/10/63    Valerie Hendler, RN North Broward | per Protocol / V. Valerie Hendler, RN North Broward |
| ALLERGIES: NKA | |
| Use Fourth    Date 11/5/96 | |

| INMATE NAME: HICKS, William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS 951 4533 | Zoloft 50mg B.i.d po until 11/25/96 |
| D.O.B. 9/10/63    10/27/96 | T. P. CAO, MD Psychiatrist |
| ALLERGIES: NKDA - | DR. WINTHROP & DAVIS STAFF PHYSICIAN - NBDC |
| Use Third    Date 10/27/96 | |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS 95 14533 | ① Change TIGAN to 250 mg PO Q8h x 5days |
| D.O.B. 9/10/63    noted CC 10/22/96    128    CRYSTAL CHAMBERS, RN NBDC | |
| ALLERGIES: NKA | DR. WINTHROP & DAVIS STAFF PHYSICIAN - NBDC |
| Use Second    Date 10/22/96 | |

| INMATE NAME: Hicks, William | DIAGNOSIS |
|---|---|
| ID #: BS 95 14533 | Tigan 200 mg PO Q8h x 5d |
| D.O.B. 9/10/63    WANDA BURCH | Tagamet 400 mg Q.h.s. x 30d |
| ALLERGIES: NKA | DR. WINTHROP & DAVIS STAFF PHYSICIAN - NBDC |
| Use First    Date 10/21/96 | MAR |

C 006                                                                                        7/94

EMSA CORRECTIONAL CARE

PHYSICIAN'S ORDERS

INMATE NAME: Hicks, Wm
ID #: BS9514533
D.O.B. 9 / 10 / 63
ALLERGIES: NKA
Use Last    Date 12 / 20 / 96

DIAGNOSIS (If Chg'd) Tooth Extraction

Darvocet N 100 T po tid X 4 days
NC motion while on Darvocet

DR. GLENN PEARSON
DENTIST

---

INMATE NAME: Hicks, William
ID #: BS9514533
D.O.B. 9 / 10 / 63
ALLERGIES: NKA
Use Fourth    Date 12 / 9 / 96

DIAGNOSIS (If Chg'd)
1. Keflex 500 mg P.O. tid x 10 days
2. Pedfed 60 mg p.o. BID x 5 d.

JOY BRIEN, RN
NBB

JOHN CATANO, P.A.
NBB
DR. WINTHROP E. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks, William
ID #: BS 9514 533
D.O.B. 9 / 10 / 63
ALLERGIES: NKA
Use Third    Date 12 / 5 / 96

DIAGNOSIS (If Chg'd) Meds Renewal

Flexiril 10 mg TID po x 30 d.
Motrin 600 mg po TID x 30 d

mal done

DR. WINTHROP E. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks William
ID #: BS 9514 533
D.O.B. 9 / 10 / 63
ALLERGIES: NKA
Use Second    Date 11 / 21 / 96

DIAGNOSIS (If Chg'd) Med Renewal

Tagamet 200 mg po qhs x 60 d.
Motrin 600 mg po TID x 30 d
Flexiril 10 mg TID po x 30 d
Midrin II tabs po prn x 30 d
R x 1

man

DR. WINTHROP E. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks William
ID #: BS 9 514533
D.O.B. 9 / 10 / 63
ALLERGIES: NKA
Use First    Date 11 / 20 / 96

DIAGNOSIS

Zoloft 50 g po bid    till 12/23/96

Dr. John Martin
Psychiatrist - NBDC

noted 1:30p
11-20-96
B McKenzie LPN
ELMA MC KENZIE, LPN

**EMSA** **CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks, William, noted
ID #: BS951 4533    DRichardson
D.O.B. 9, 10, 63    1/19/97
ALLERGIES: NKDA    CP
DELLA RICHARDSON, LPN
NBDC
Use Last    Date 1/19/97

DIAGNOSIS (If Chg'd)    Zoloft 100 mg a.m. po tell 2/19
Templewon
T. CAO. M.D.

---

INMATE NAME: Hicks William
ID #: BS9514533
Schular RN
1/12/97
CALISTA CHUKWU, RN
NBDC
D.O.B. 9/10/63
ALLERGIES: NKA
Use Fourth    Date 1/12/97

DIAGNOSIS (If Chg'd)    R/O sinusitis
Actifed + po bid x 5days
per protocol — Calista Chukwu
CALISTA CHUKWU, RN
NBDC

---

INMATE NAME: Hicks William
noted 1/10/97
SHERRY BANYA RN
NBDC 1/10/97
ID #: BS9514533
D.O.B. 09/10/63
ALLERGIES: NKA
e Third    Date 1/10/97

DIAGNOSIS (If Chg'd)
1. D/C Methocarbol Etc
2. Begin Flexeril #10 Tid PRN Pain — x 30 d.
3. Begin Trigesic 600 Tid x 30 D.
4. HPI med renewal 1/10/97
DR. WINTHROPE C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks, William
noted Susan Harrison
BS9514533
SUSAN HARRISON, RN
NBDC 1/7/97
9/10/63
ALLERGIES: NKA
nd    Date 1/7/97    850 P

DIAGNOSIS (If Chg'd)    med renewal
Motrin 600 mg TID x 30 days
DR. WINTHROPE C. DAVIS
STAFF PHYSICIAN - NBDC

---

NAME: Hicks William
S95 14533
noted 12/22/96
B McKenzie LPN
LRMA
9/10/63
NKA
Date 12/22/96
MCKENZIE LPN
N BDC.

DIAGNOSIS
Zoloft 50 po bid Till 1/23/97
Dr. Marta MD
Dr. John Martin

EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

| INMATE NAME: Hicks W. | DIAGNOSIS (If Chg'd) |
| ID #: BS 95 145 33 | Renew |
| D.O.B. 9 10 63 | 20 Co/T 100 mg po AM 30 d |
| ALLERGIES: NKDA | DR. MEL LIMIA STAFF PSYCHIATRIST, MAIN JAIL |

VIRGILIO IBAY, RN BA
MAIN JAIL

Noted Li Ibay 3/7/97

Use Last    Date 3/7/97    9a

| INMATE NAME: Hicks Williams | DIAGNOSIS (If Chg'd) |
| ID #: BS9514533 | Darvocet N 100 ī po TID for x 5 days |
| D.O.B. 9 10 63 | |
| ALLERGIES: NKA | |

JERRENE R. BRANTLEY, RN
HEAD NURSE-MJB

DR. N. DRAYER
STAFF PHYSICIAN - MJB

Use Fourth    Date 2/11/97

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd)    TMJ |
| ID #: BS9514533 | — Flexeril 10 mg P.O. TID X 30 days |
| D.O.B. 9 10 63 | — OMF / Dr. Elliott, ASAP |
| ALLERGIES: NKA | — Darvocet N-100 ī TID prn pain X 4 days |

DR. CRAIG UECKER
STAFF PHYSICIAN

Use Third    Date 2/7/97

| INMATE NAME: Hicks W. | DIAGNOSIS (If Chg'd) |
| ID #: BS 95 145 33 | Renew |
| D.O.B. 9 10 63 | 20 Co/T 100 mg po AM 30 day |
| ALLERGIES: NKDA | DR. MEL LIMIA STAFF PSYCHIATRIST MAIN JAIL |

VIRGILIO IBAY, RN BA
MAIN JAIL

L Ibay RN 2/11/97 10 AM

Use Second    Date 2/11/97    10 a

| MATE NAME: Hicks William | DIAGNOSIS |
| #: BS 9514 533 | Nudafed ī tabs po BID x 10 d |
| D.O.B. 9 10 63 | Midrin ī tabs po BID prn x 30d Rx 2 |
| ALLERGIES: NKA | NC Tylenol ī tabs po TID |
|  | Tylenol ī tabs po TID X 30 d Rx 1 |
|  | 2800 cal diet ḡ snacks |

EVELYN ESPINOSA, RN

DR. ... STAFF PHYSICIAN MJB

First    Date 1/21/97

006

Case 0:00-cv-0000 (XWP)   Document 288   Entered on FLSD Docket 7/06/2024   Page 100 of 130

# MEDICATION ORDERS

| Medication | | |
|---|---|---|
| Sinequan 75 mg Po q HS til '1/16 | START 12-16-95 | STOP 1-16-96 |
| Tylenol tabs 2 Po q 4° PRN X 7 days | START 1-5-96 | STOP 1-12-96 |
| Sinequan 100 mg. po. q HS Till 2/8/96 | START 1/3/96 | STOP 2/8/96 |
| Tylenol tabs 2 Po q 4° PRN X 7 days | START 1-14-96 | STOP 1-21-96 |
| | START | STOP |
| | START | STOP |
| | START | STOP |
| | START | STOP |
| | START | STOP |
| INFORMED __DR__ CONSENT SIGNED | START | STOP |

## NURSE'S SIGNATURE, TITLE AND INITIALS

| | | |
|---|---|---|
| U Mindie RN - m | EVA PODLUCHA, RN | |
| KS - Kallen R | NBDC | FLORENCE DEMOSTHENES, RN |
| DR Richardson | | NBB |
| ALLERGIES    NKA | DIET  Reg | KS K Seiter  Kris Sutter |

DIAGNOSES  Psych / head trauma

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| HICKS, William | 122 #5 | Martin / Davis | 1 | 96 | N B B |

MEDICATION RECORD

## MEDICATION ORDERS

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Sinequan 100 mg PO
qHS til 2/8

START 1-7-96    STOP 2-8-96

Lasix 40mg PO q Am

x 30 days

START 2-1-96    STOP 3-3-96

Kcl 20meq QAm

x 30days

START 2-1-96    STOP 3-3-96

Return to clinic 2/7/96

START    STOP

2/6/96 Naprosyn 500mg PO
Bid
x 10 days

START 2-7-96    STOP 2-16-96

START    STOP

START    STOP

START    STOP

START    STOP

FORMED    DR
CENT SIGNED

START    STOP

| NURSE'S SIGNATURE, TITLE AND INITIALS | | |
| V Munder RN - M | CC ( | FLORENCE DEMOSTHENES, RN |
| Bruce McTagee LPN AL | | NBB |
| RS - | DR | KS K |
| ERGIES NKA | DIET Reg | |

DIAGNOSES Psych

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
| HICKS, William | 12-04 | Martin (Dr Davis | 2 | 96 | NBB |

MAIN JAIL

MEDICATION RECORD

DATE:

## MEDICATION ORDERS | MEDICATION SHEET / ADMINISTRATION RECORD

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Naprosyn 500mg
po BID
X 10 days

A
X
X

START 2-6-96    STOP 2-16-96

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

Barbara Salerno, LPN BS    V. Mundee, RN - vm

ALLERGIES NKA    DIET Regular

DIAGNOSES

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12 H3  12 H4 | Dr Davis | 2 | 96 | NBB |

**MEDICATION RECORD**

| MEDICATION ORDERS | | MEDICATION SHEET ADMINISTRATION RECORD |
|---|---|---|

DATE: 2/9/96

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NBB
Motrin 800 mg P.O.
TID X 5d
2/9

START 2-9-96    STOP 2-14-96

NBB
Ice To Face
X 24 hours
2/9

START 2-9-96    STOP 2-10-96

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

D. Justin RN    K. Just N

FLORENCE DEMOSTHENES, RN
NBB

MB M.Batet Nu
Dr. D. Richardson

ALLERGIES NKA
DIAGNOSES @ cheek lac.    DIET Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 12-144  7C 3 | Davis | 2 | 96 | NBB |

**MEDICATION RECORD**

## MEDICATION ORDERS

Motrin 800
PO TID x 5d

**MEDICATION ADMINISTRATION RECORD**

DATE

| MEDICATION | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

A 800MG
7 800MG
P 800MG

START 2/10    STOP 2/15

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

M Rayna, LPN MR        G Taylor LPN GT

ALLERGIES  NKA

DIET

DIAGNOSES

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| HICKS, William | 5C3 | Davis | 2 | 96 | MJ |

**MEDICATION RECORD**

11/

see
p o q AM's
X 30 days

START 2 - - 96    STOP 3 - - 96

3/

KCl 20meq p.o
q AM
X 30 Days

START 2 - - 96    STOP 3 - - 96

16/

15/

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

Vicky Serrao, RN
NBDC

LERGIES  NKA.    DIET  Reg

DIAGNOSES  Fluid retention

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hichs, Wm | 12, H# | Daves | 2 | 96 | NBDC |

**MEDICATION RECORD**

## MEDICATION ORDERS / MEDICATION ADMINISTRATION RECORD

| MEDICATION ORDERS | | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800mg | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| po. TBID | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| x 30 days | START 7/23 | STOP 8/23 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Midrin TT Tabs | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| po. BID prn | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| x 15 days | START 7/22 | STOP 8/6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexaril 10mg | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| po. TBID x 30 | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| days | START 7/23 | STOP 8/23 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zoloft 50mg po | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BID till 7/26/96 | P | | | | | | | | Recopied | | | | | | | | | | D/C X Renew | | | | | | | | | | | | | | |
| | START 6/2/96 | STOP 7/26/96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blue Ice q d x 10d | | | | | | | | | | | | | | | | | | | | | D/C | | | | | | | | | | | | | |
| 7/15/96 | START 7/15/96 | STOP 7/24/96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zoloft 50mg po | A | | | | | | | | | | | | | | | | | | | | | X | | | | | | | | | | | | |
| Bid till 8/31/96 | P | | | | | | | | | | | | | | | | | | | | | X Renew | | | | | | | | | | | | |
| | START 7-26-96 | STOP 8-31-96 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | START | STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | START | STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | START | STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| INFORMED DR CONSENT SIGNED | START | STOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### NURSE'S SIGNATURE, TITLE AND INITIALS

JXB: Joy Brenn    KS - DBallenta    MRichardson
ES: EShermon-Jolly RN

| ALLERGIES ∅ | | DIET Bland | | | |
|---|---|---|---|---|---|
| DIAGNOSES Pain Comb - R/o Jaw Ft | | | | | |

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks - 612+the William | 12'H3 | Davis | 7 | 96 | NBDC |

MEDICATION RECORD

Case 1:16-cv-03088-ELR   Document 286   Entered on FLSD Docket   Page 107 of 130

# MEDICATION ORDERS / MEDICATION ADMINISTRATION RECORD



| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

MOTRIN 800mg. PO. BID x 30 days — START 7-23-96   STOP 8-23-96

MIDRIN ii TABS PO. BID PRN x 15 days — START 7/23/96   STOP 8/6/96

FLEXARIL 10mg. PO. BID x 30 days — START 7/23/96   STOP 8/23/96

ZOLOFT 50 mg. P.O . BID till 8/31/96 — START 7-26-96   STOP 8/31/96

midrin tabs ii po Bid PRN x 30 days — START 8/17/96   STOP 9/16/96

8/27/96 Zoloft 50mg CC PO. BID till 10/4/96 — START 8/27   STOP 10/4

flexeril 10mg po Bid x 14 days — START 8-30-96   STOP 9-12-96

motrin 800mg po Bid x 14 days — START 8-30-96   STOP 9-12-96

INFORMED CONSENT SIGNED: YES

## NURSE'S SIGNATURE, TITLE AND INITIALS

K.S. Stallings
CC Calister Phillips RN
E.E. Schoenberg. RN
Ella Albury, LPN
Evelyn Espinoza RN EE
FLORENCE DEMOSTHENES, RN NBB

ALLERGIES: NKA
DIAGNOSES: P511CR — c/o Back Pain, H/A, c/o Jaw Fx —
DIET: SOFT

PATIENT'S NAME: Hicks, William
ROOM NO.: 12143
PHYSICIAN NAME: Dr. DAVIS
Cur. Mth.: AUG   Year: 1996   FACILITY: NBB

MEDICATION RECORD

BC95465533

Sept 96

## MEDICATION RECORD

### MEDICATION ORDERS

MEDICATION SHEET ADMINISTRATION RECORD

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Midrin Tabs ii
po Bid P.R.N.
x 30 days
START 8/17/96   STOP 9/16/96

8/27 Zoloft 50mg
po BID
till 10/4/96
START 8/27   STOP 10/4

flexeril 10mg po
Bid x 14 days
START 8.30.96   STOP 9.12.96

motrin 800mg po bid
x 14 days
START 8.30.96   STOP 9.12.96

Flexeril 10mg po
Bid x 14 days
START 9.19.96   STOP 10.4.96

motrin 800mg po
Bid x 14 days    Recopied
START 9.19.96   STOP 10.4.96

Ocean Nasal Spray
ii spray each nostril
BID x 30 days
START 9.21.96   STOP 10.20.96

Zoloft 50mg po bid
till 10/26/96
START 9.23.96   STOP 10.26.96

START    STOP

START    STOP

INFORMED _____
CONSENT SIGNED

START    STOP

NURSE'S SIGNATURE, TITLE AND INITIALS
CC CChambers RN.    CC Calista Chukura
Smith LPN J    V. Nwadee, RN - VM
ANorewoza

ALLERGIES NKA    DIET Soft
DIAGNOSES Psych - R/O Back Pain

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12'H3 | Davis | 9 | 96 | NBB |

**MEDICATION RECORD**

| MEDICATION ORDERS | | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MEDICATION ADMINISTRATION RECORD**

INDOCIN 50mg
po tid x N days

10/a  START 10/10/96  STOP 10-24-96   — Recopied cc

Inderal LA 80mg
po qAM x N d
10/a DC  START 10/1/96  STOP   — Recopied cc

Tagamet 400mg po
QHS  X 14d
10/a DC  START 10/10/96  STOP 10-24-96   — Recopied cc

HOLD MOTRIN
10/a DC  START  STOP

HOLD Flexaril
10/a DC  START  STOP

**NURSE'S SIGNATURE. TITLE AND INITIALS**

DC 10/24/02    CC CChambers RN    V Mindie, RN — vm

ALLERGIES NKA    DIET R
DIAGNOSES HA

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 1243 | Davis | 10 | 96 | NBB |

**MEDICATION RECORD**

9-10-63

**MEDICATION SHEET ADMINISTRATION RECORD**

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Flexeril 10 mg po
Bid x14 days

ACCU...
PCC DAY
START 9/19/96    STOP 10/4/96

Motrin 800mg po
Bid x14 days

ACCU...
PCC DAY
START 9/19/96    STOP 10/4/96

Ocean Nasal Spray
ii spray each nostril
Bid x 30 days

ACCU...
PCC...
START 9/2/96    STOP 10/20/96

Zoloft 50mg po
Bid    tie 10/26/96

ACCU...
PCC...
START 9/23/96    STOP 10/26/96

START ____ STOP ____

START ____ STOP ____

START ____ STOP ____

START ____ STOP ____

START ____ STOP ____

INFORMED
CONSENT SIGNED

START ____ STOP ____

**NURSE'S SIGNATURE, TITLE AND INITIALS**

Dr. Richardson
Chambers RN

| ALLERGIES | NKA | | DIET | Soft |
|---|---|---|---|---|
| DIAGNOSES | Psych | | | |

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 12'H3 | Davis / Martin | 10 | 96 | NBB |

**MEDICATION RECORD**

## MEDICATION SHEET ADMINISTRATION RECORD

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

10-8-96
Flexeril 10mg B10 x (PR)
2 weeks
R/F x 2
A — 2
P — Hold
START 10/9   STOP 11/17

10-8-96
MOTRIN 800mg PO B10
x 2 weeks-
R/F x 2
A — 2
P — Hold
START 10/9   STOP 11/17

Zoloft 50mg po Brd
Recopied 10/14/96
cc    till 10/26/96
A
P
START 9.23.96   STOP 10.26.96

Ocean nasal spray
TT spray each nostril
Brd    x 30 days
A — ON Person
P
START 9/21/96   STOP 10.20.96

Indocin 50mg po Tid
x 14 days
A
P — Recopied    Dlc 10/14/96
START 10.10.96   STOP 10.24.96

Inderal LA 80mg
po qhs x 14 days
Recopied 10/4/96cc
A
P
START 10/11/96   STOP 10/26

Tagamet 400mg po
qhs x 14 days
Recopied 10/14/96
H — Recopied    Dlc 10/14/96
START 10.10.96   STOP 10.24.96

Parafon forte TT po
Tid x 30 days
A
N
P
START 10.14.96   STOP 11.13.96

START   STOP

START   STOP

NURSE'S SIGNATURE. TITLE AND INITIALS

Sharon Reynolds RN    CC C Chambers RN.    CL Carlisle Clyxfss
V. Muñoz RN - Um    Xan J Hamier RN
Susan L Harrison RN/SI    MRN Luigi RN

ALLERGIES NKA
DIAGNOSES Back Pain    DIET Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12-1-H3 | Davis | 10 | 96 | NBDC |

MEDICATION RECORD

BS95745PS

DATE 9-10-63

| MEDICATION ORDERS | MEDICATION SHEET ADMINISTRATION RECORD |
|---|---|
| | HR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

11-27-96

Tagamet 200mg PO
@ HS x 60 days
START 11-23-96    STOP    1-23-97

Motrin 600 mg po
tid x 30 days
see new order
START 11-23-96    STOP    12-22-96

Flexeril 10mg po
tid x 30 days
off new order
START 11-23-96    STOP    12-22-96

Zoloft 50 mg po Bid
ttet 12/23/96
continued below
START 11-20-96    STOP    12-23-96

Midrin ii tabs po
Bid PRN x 30 days
RF x 1
START 11-23-96    STOP    1-21-97

Zoloft 50 mg PO
bid til 12/23
START 12-7-96    STOP    12-23-96

START    STOP

START    STOP

START    STOP

INFORMED _____
CONSENT SIGNED

START    STOP

| NURSE'S SIGNATURE, TITLE AND INITIALS |
|---|

Dr. Della Richardson GP    CC Carol Chiklerr RN    W Arinda, RN - VM

GH BKelder, RN

ALLERGIES NKA    DIET Reg

DIAGNOSES Psych

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hefler, William | 12'H3 | Davis, (Martin | 12 | 96 | NBB |

**MEDICATION RECORD**

| MEDICATION ORDERS | | MEDICATION SHEET ADMINISTRATION RECORD |
|---|---|---|

**MEDICATION ORDERS**

D/C Motrin

011097    SL    1200    START 011097    STOP NA
Tylenol ī po TID PRN
for pain x 30 D

011097    SL    1200    START 011097    STOP 021097
Tagamet 600 mg PO
BID x 30 D. PO

011097    SL    1200    START 011097    STOP 021097
Actifed ī po Bid x
5 days

1-12-97  1³⁰pm    START 1·12·97    STOP 1·17·97

**NURSE'S SIGNATURE, TITLE AND INITIALS**

SL Sherry Lanier RN
Jones

Cr Calleta Duboit RN
ED Buckner RN
ST Sherman Hollisier

AB - Anthony RN
J. Mundy, RN - JM
Susan Herman RN SH
FLORENCE DEMOSTHENES, RN

ALLERGIES NKA
DIAGNOSES GI distress
DIET Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12 H³ | Davis / Haeck | 1 | 97 | N83 |

**MEDICATION RECORD**

EMSA CORRECTIONAL CARE

## COLD, FLU, AND RESPIRATORY ALLERGIES PROTOCOL

NAME: *Hicks William*          ARREST# *BS95-145-33*

DOB: *9-70-63*    RACE/SEX *W , M*    DATE: *12/9/95*    TIME: *8 [AM]*

| SUBJECTIVE | | |
|---|---|---|
| | 1) | HISTORY OF COPD OR OTHER LUNG DISEASE?  *No* |
| | 2) | SYMPTOMS? *nasal congestion coughing* |
| | 3) | IF ALLERGY, PAST HISTORY?  SEASONAL?  KNOWN OFFENDING ALLERGENS? |
| | 4) | DRYNESS OR (SORENESS) OF (THROAT?) *No tender yes* |
| | 5) | PRESENCE OF COUGH?  IS IT PRODUCTIVE? *yes yellow sputum* |
| | 6) | COLOR OF SPUTUM IF COUGH PRODUCTIVE?  HIV (+)? |
| **OBJECTIVE** | 1) | T: *988*    P: *80*    R: *18*    B/P: *116/84* |
| | 2) | HEENT EXAMINATION, IN PARTICULAR, CONDITION OF EARS, NOSE AND THROAT. *slight redness of throat* |
| | 3) | ENLARGED NODES OR SALIVARY GLANDS IN NECK. *No* |
| | 4) | CHEST EXAMINATION - WHEEZES?  RALES?  RHONCHI? *Clear* |
| **ASSESSMENT** | | (COLD) INFLUENZA/ALLERGY |
| **PLAN** | | REFER TO PHYSICIAN/PA OR ARNP IF: |
| | 1) | BEEFY RED THROAT WITH OR WITHOUT PATCHES OR PUS. |
| | 2) | TEMPERATURE > 100.5 ° |
| | 3) | WHEEZES, RHONCHI OR RALES IN LUNGS. |
| | 4) | EVIDENCE OF EAR INFECTION. |
| | 5) | SEVERE COUGH |
| | 6) | CHRONIC ALLERGY UNRESPONSIVE TO CONSERVATIVE TREATMENT. |
| | | ASPIRIN, (ACETAMINOPHEN) PRN. BODY ACHES.<br>SALT WATER GARGLE PRN.<br>SUDAFED 30 MG. 1-2 TABLETS, 2-4 TIMES/DAY FOR 5 DAYS IF NO HISTORY OF HYPERTENSION<br>CTM 4 MG. 1 TABLET, 2-4 TIMES/DAY FOR 5 DAYS IF EXCESSIVE NASAL DRAINAGE AND NO HISTORY OF ASTHMA. |
| **EDUCATION** | • | *ADVISE THAT COLDS LAST 7-10 DAYS WITH OR WITHOUT RX.* |
| | • | *INCREASE FLUID INTAKE* |
| | • | *RETURN IF SYMPTOMS PERSIST 7 DAYS, PRODUCTIVE COUGH, EAR PAIN, ETC.* |
| | • | *RETURN IF SYMPTOMS WORSENS AFTER x3 DAYS OF SYMPTOMATIC TREATMENT.* |

NURSE'S SIGNATURE: *Della Rick Ardison*

DELLA RICHARDSON, LPN
NBDC

NAME STAMP OR PRINTED NAME:

PROTOCOL APPROVED BY: *DR. WINTHROP C. DAVIS*
*STAFF PHYSICIAN NBDC*    , 1995          , 1996

REVIEWED:

CL 1480-08

Exhibit # 39

**EMSA** **CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, William
ID #: BS95 1453    2/21/96
                   1100
D.O.B. 9/10/63     noted
                   Quashf
ALLERGIES: N/A

GAIL WASHINGTON, LPN
MAIN JAIL

Use Last    Date 2/21/96

DIAGNOSIS (If Chg'd)
① Soft diet x 2 wks
② Motrin 600g post d x 2 wks
③ Follow up with dental in 2 wks

Mathis.

---

INMATE NAME: Hicks, William    2/21/96
ID #: BS 95 1453               1100
                              noted
D.O.B. 9/10/63                Quashf
ALLERGIES: N/A

GAIL WASHINGTON, LPN
MAIN JAIL

Use Fourth    Date 2/24/96

DIAGNOSIS (If Chg'd)
① Mandible series to August Previn
X-rays

**X-RAY COMPLETE**
DATE 2-21-96 INITIAL
WAYNE EVANS
X-RAY TECHNOLOGIE

Davison

---

INMATE NAME: Hicks, William
ID #: BS95 1453
                Noted
D.O.B. 9/10/63    DS/20/735
ALLERGIES: NKA    H. Doyler

DR. N. PENTIER
STAFF PHYSICIAN MAIN JAIL

Use Third    Date 2/20/96

DIAGNOSIS (If Chg'd)
Ft & zygomatic care
Reflex bony fo Tid x7
DC Darvocet
Tylenol #3 tt tablets po
q 4° q 4 x 5 day
④ Refer to Dentist

---

INMATE NAME: Hicks, Wm
ID #: BS95 14533    noted 2/15/96
                    2000
D.O.B. 9/10/63      M. Cooper LPN
ALLERGIES: NKA     Melissa Cooper, LPS
                   Mail Jail

Use Second    Date 2/15/96

DIAGNOSIS (If Chg'd)
① Darvocet N 100 tt PO TID x 5 day
② X Ray B orbit inc zygoma

Davison

B. WADE CHATFIELD
P.A. - C. MAIN JAIL

**X-RAY COMPLETED**
DATE 2-19-96 INITIAL    Davison
WAYNE EVANS
X-RAY TECHNOLOGIST

MANUELA J. PAREDES, M.D.
ERCC. 2-28

---

INMATE NAME: Hicks, Wm    noted 2/9/96
ID #: BS95-1453    2000    MARGARET BUTCH
                           MC2 NBDC, RN
D.O.B. 9/10/63
ALLERGIES: NKA

Use First    Date 2/9/96    1H4

DIAGNOSIS (If Chg'd)
① X Ray - R Jaw    **X-RAY COMPLETED**
Ice to face x 24 hrs    DATE 2-9-96 INITIAL WB
                        WAYNE EVANS (WB)
                        X-RAY TECHNOLOGIST
② Motrin 800 mg p.o. T.I.D x 5 D
③ SMAC-24 po 2/12/96    SB
④ RTC To fr suture
removal 2/16

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

mar done



BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

Pl Amat #
39

## INMATE DISCIPLINARY REPORT

**PART I:  REPORT OF INFRACTION**    Inmate's present location: _N.B.B, U-12  /  H-3_
                                                                      Facility/Pod/Housing Unit/Cell Number

| Inmate's Name: _Hicks, William_ | Violation Classification | Violation Code |
|---|---|---|
| | 1. _Threatening Another w/ Bodily Harm_ | _A-3_ |
| Arrest Number: _898-14535_   Date/Time of Infraction: _10-18-96_ | 2. | |
| Place of Infraction: _U-12 Clinic  Exam_   _0848_ | 3. | |

Description of infraction (who,what,when,where,how,why,and your actions):

_On 10-18-96 at about 0848 hrs, Dr. Davis had inmate Hicks, William
in the office with nurse Kogan. The exam room door opened and
Dr. Davis exited the room stating to this writer to please take
Mr. Hicks back, because he was done. A tone of urgency was in
his voice. As I approached the exam room door, Inmate Hicks
stated "get me out before I knock him out" referring to Dr. Davis.
Dr. Davis asked inmate if that was a threat. Inmate Hicks replied "Its a Promise."_

| Reporting employee's signature/CCN: | Date/Time: | Employee's name and title (print): |
|---|---|---|
| _Depty R. Peters  4895_ | _10-18-96 / 1030_ | _Dep. R. Peters / Corrections_ |

Evidence collected?  [ ] Yes  [✗] No    Event Report completed?  [ ] Yes  [✗] No    Case Number ____

**PART II:  INVESTIGATION**    Investigation starting date: _10/18/96_,  time: _1350_ hours

Inmate present for statement (check one)?  [✗] Yes    [ ] No    [ ] Refused

_Inmate states that he is innocent that he was asking
the doctor about Medical questions. While he was asking
the questions, Dr. Davis stated that its all in your
head and that he is to busy to answer questions.
Dr. Davis then opened the door and told Deputy Peters
to "get him out of here", Dr. then approached him in
hall way and threatened him with a D.R.._

Inmate requested:    representation? [ ] Yes [ ] No    witnesses? [ ] Yes [ ] No

Comments/action taken and finding of infraction: _____

_____

_____

_____

_____

_____

| Inmate's signature: _William M Hicks_ | Investigator's signature/CCN: _____ |
|---|---|
| Reviewing supervisor's signature/CCN: _____ | Disciplinary Report expires on: Date: _10/25/96_  Time: _0717_ |
| D.R. copy delivered to inmate by (name/CCN): _____ | Date/Time delivered: | Hearing Date and Time: |

White (original) - Inmate file    Yellow copy - Facility Administrator's file    Pink copy  - Inmate

BSO DJ#88 (Revised 12/95)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## *INMATE DISCIPLINARY REPORT* - CONTINUATION

PART I:  REPORT OF INFRACTION      Inmate's present location: _D.D.B. C·12 / 43_

| Inmate's Name: _Hicks, William_ | | Violation Classification 1._Threatening and/or intimidation_ | Violation Code _A-3_ |
|---|---|---|---|
| Arrest Number: _058-14533_ | Date/Time of Infraction: _10-18-96 / 1848_ | 2. | |
| Place of Infraction: _D-12 Clinic Exam_ | | 3. | |

Description of infraction (who,what,when,where,how,why,and your actions):

→ _This threat was heard by me. De Davis was back in the exam room and movement was called to have Inmate Hicks taken back to his housing unit. See Victim complaint completed by Dr. Davis and Witness statement completed by Nurse Rogan. Inmate Hicks remained in the jail outside the Clinic for supervision purposes._

---

PART II:  INVESTIGATION      Investigation starting date: _10/18/96_, time: _1050_ hours

Inmate's statement: _Inmate states that Dr. Davis had threatened him in the exam room and that he told Dep. before to "get me out of here before I get beat up"_

| Inmate's signature: | Investigator's signature/CCN: |
|---|---|
| Reviewing supervisor's signature/CCN: | Disciplinary Report expires on: Date: _10/__/__ Time: |
| D.R. copy delivered to inmate by (name/CCN): | Date/Time delivered: | Hearing Date and Time: |

White (Original) - **Inmate file**   Yellow copy - **Facility Administrator's file**   Pink copy - **Inmate**

BSO DJ#88A (Revised 12/95)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _10-19-96_          Inmate's Name: _William M Hicks_
                                                   (Alias, if used)

Arrest #: _BS95-14,533_              Location: _12-1-H-3_       DOB: _9-10-63_

To:

☑ Program Specialist ☑        ☐ Mailroom            ☐ Commissary
☐ Classification              ☐ Food Service        ☐ Other

Nature of Request: _I William M Hicks Request to have_
_Federal Court Monitor John Tiedeberg_
_To SEE me,_
_Per Susan W. McCampbell Director_
_of B.S.O Letter ASAP,_

_William M Hicks_                          _10-19-96_
Inmate's Signature                         Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

_____

Completed By:_____ CCN_____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

   ☐ Written Information              ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*charges*

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

### TO BE COMPLETED BY INMATE

William M Hicks                     BS95-14533  12-1-H-3  N.B.D.C         10-19-96
Inmate's Name                       Arrest#      Cell    Facility          Date

### PART A - INMATE'S GRIEVANCE

I William m Hicks want charges Brought against DR DAVIS m.D
For his violation to Follow B.S.O rules per Susan w McCampbell
orders to have a complete medical review on my Files and to
state the truth, Also on 10-18-96 At 9:00nm I was violated
By verbal threats and I was attacked AS I stood in Hallway
at clinic By DR DAVIS m.D Threets % physical I Want charges
Brought Against DR DAVIS MD per My
10-19-96

William m Hicks
Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Rights to protect my self From violence From staff, as I'm
In the care of B.S.O, I Want changes Brought Against DR
DAVIS MD No questions asked,

Sincerely William m Hicks         10-19-96

Reviewing Deputy's Signature/CCN                  Date

Supervisor's Signature/CCN                        Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                              Date
BSO DJ#51 (Revised 4/93)

*PB 7-3pm*
*Shift*
*Sarg.*

*Cy*

*Attend to Appear Re Fine, etc*
*Hearing,*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

TO BE COMPLETED BY INMATE

Date of Request: *10-19-96*                    Inmate's Name: *William M Hicks*
                                               (Alias, if used)

Arrest #: *BS95-14533*                         Location: *12-1-H-3*        DOB: *9-10-96*

To: *Sarg of 7-3pm Shift,*

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: *I Request to Have all present at my D.R Hearing*
*per D.O.C Rules on DR Hearing, Per B haus statement also,*
*① DR Davis*
*② Nurse Kogan*
*③ Other Nurse, Black Nurse who was still there also*
*④ Deputy R. Peters "wrote DR,"*
*⑤ All inmates who was in room From 8:00 Am till 9:30 Am all*

Inmate's Signature *William M Hicks*                  Date Signed *10-19-96*

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

--------------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

_____

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information              ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*Shift*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*Sargent*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: *10-19-96*

Inmate's Name: *William M Hicks*
(Alias, if used)

Arrest #: *BS95-14533*

Location: *12-1-H-3#4*    DOB: *9-10-63*

To: *7-3pm Shift "Sarg"*

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | ~~Commissary~~ | ☐ |
| Classification | ☐ | Food Service | ☐ | ~~Other~~ | ☒ |

Nature of Request: *I William M Hicks request to Have representation on my behalf as I Have my DR Hearing to help with my case per D.O.C. Rules manual states,*

*per Miss B Law Superintendent,*

*William M Hicks*
Inmate's Signature

*10-19-96*
Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Completed By:_____ CCN_____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*plaintiff*
*EX 40*

# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12-25-96                Facility/Institution: NBDC

Name of Inmate: William M Hicks        D.O.B.: 970763    Sex: M

I.D. #: BS85-74533            Cell #: 12-1-H-3

Problem: (in your own words)

Need to speak to Doctor Heck per medication as he avoids I, you can't avoid, you still can Be involved in my case against EMSA per Lack of medical

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: EM Chinfin LPN
ELMA McKENZIE, LPN
NBDC                Date: 12/25/96    Time: 1230

Disposition: 81C

### FOR STAFF USE ONLY

S: As stated above

O: Pt states " barbara Evans told me I would be seeing Dr. Heck, to go over my x-rays."

A: Pt in comfort

P: Refer to Joan BauerSmith

E: Referral will be made to Head nurse.

Date: 12/26/96 Time: 415pm Della Richardson

Health Service Signature

DELLA RICHARDSON, LPN
NBDC

White — Medical Department        Yellow — Other        Pink — Inmate

EX 41

# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM



☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 1-6-97      Facility/Institution: NBDC

Name of Inmate: William M Hicks    D.O.B.: 9-10-67   Sex: M

I.D. # BS95-14533     Cell #: 12-1-H-3

Problem: (in your own words)

please allow me to see Doctor Heack m.D.
per my records "my review" I Have Had xrays
just taken "+ Pluss medication & Pluss my
Food Service

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: DHHercules RN    Date: 1/6/97    Time: 1-30pm

(Name)

Disposition: S/C    DOREEN HERGULES, RN
NBB

### FOR STAFF USE ONLY

S: _____

O: Seen by Dr. Hud 1/9/97

     See Chart Note

A: _____

P: _____

E: _____

Date: _____ Time: _____

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

EXHIBIT #42

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

| DATE/TIME | |
|---|---|
| | O _ Prompt bone above ThJ on ® ⊕ crep in saddle to open mouth fully — chew swallow labian I tongue-gum los. — Evidence of — loss dec Imd on EOMI. PERRLA — V/A 20/20 ou A → Dignity of ® ThJ P — Rep to Optomy for eye ✓ Ref to Dent P for elongation of chew difficulty. M H to lug B⁰ per pen ×30 f |
| | LUISA PEREZ - LPN EVERGLADES C.I. |
| 7/18/01 1:32 | GRIEVANCE RECEIVED, REVIEWED AND ANSWERED. G_O_C70 SEE DC1 303 SIGNATURE _____ |
| 7-24-01 0830 | See incidental note in M.H. E. DAVIS MS PSYCH. SPEC. EVERGLADES C.I. |
| 7/30/01 9A | Seen in M.H. B. OMOBASUYI, M.S.N., A.R.N.P. EVERGLADES C.I. |

Inmate Name _Harlan, William_
DC# _664673_      Race/Sex _W M_
Date of Birth _8-15-62_
Institution _E.C.I._

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

0000253

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NK-

DATE/TIME 7-5-01

T - 98°
P - 99
R - 18
BP - 114/83
Wt 205 lb

S - Assault in 1996 - Says had Fx of facial bone [illegible], oral, [illegible], etc. Says in chronic pain + has trouble opening mouth - Says has HA all day i.e. chewing food difficult. Dizzy spells. Has been seen by Oral maxilla-facial surgeon + told nothing could be done. He suggest has been seen by dentist + other specialist

[illegible O/A section]

A → [illegible] recurrent HA
P - [illegible]

LUISA PEREZ - LPN
EVERGLADES C.I.

DR. GARY GOODWIN - CMD
EVERGLADES C.I.

7-12-01
T - 98°
P - 89
R - 18
BP - 121/77
Wt - 205 lbs

FU - Rt side of face
Wants to see eye dr for eye injury recent + [illegible]
Claims to see black marks in (R) eye
Claims blurry in (L) eye - Says head [illegible] all the time (+) nausea Has x-ray that [illegible] suggest all fx (R) zygomatic arch + (R) lateral wall maxilla

Inmate Name: Hicks, William
DC#: [illegible]6 467-0     Race/Sex: W/M
Date of Birth: 9-10-62
[illegible] F.C.I.

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

0000252

# INMATE REQUEST

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number _____
Team Number _____

| TO: (Check One) | ☐ Superintendent | ☐ Classification | ☐ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Superintendent | ☐ Security | ☐ Dental | |

| FROM: | Inmate Name | D.C. Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | HICKS, WILLIAM | | | | |

## REQUEST

This is in response to your 3/4/2000 letter to Sylvia
William and the 3/16/2000 letter from Emile Bourdoin
to you.

All requests will be handled in one of the following ways:   1) Written information or   2) Personal inter-
view. All informal grievances will be responded to in writing.

---

### DO NOT WRITE BELOW THIS LINE

## RESPONSE

① Tomoka is a State facility and we have no responsibility
for or connection to the county jail. DR's are not given
for seeking Medical attention. If someone wrote you
up it was for your behavior, not for seeking medical care.
You have been seen by Dental and Medical on many occasions.
You have had x-rays of your head & face and medication
as seen fit by the Doctors. No fractures were found
on any of the x-rays. You have been seen by specialists and
diagnosed with MPD (Myofacial Pain Disorder). If our
doctors felt a need for your jail records they would ask for
them. If you want a copy of the jail records in your
medical file it is your responsibility to get them.
After seeing your chart, your care has been more
than appropriate from all
aspects; Medical, Dental, M.H.

Official (Signature) Oulaski

Date 3-29-00

Distribution: WHITE..........Returned to Inmate
CANARY..........Returned to Inmate

PINK..........Retained by Official Responding or, if the
response is to an informal grievance then forward to be
placed in inmate's file.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE TIME | DENTAL TREATMENT RECORD |
|---|---|
| /98 7 pm | Emergency Visit, (urgent) pt c̄ hx mand fx R-side approx 2 years ago states he is in severe pain. Clinically limited jaw opening. Recomend PRN x-ray to evaluate. Recomend pt be referred to oral surgeon on CFRC for eval and xray. |
|  | Req. Exam _____                                    R.S. Faecher DDS |
|  | INMATE REQUEST RECEIVED AND ANSWERED                        Tom, CI |
|  | K. HILL, CDA TOMOKA CORR. INST. DENTAL CLINIC |
| 27-98 252 | INMATE REQUEST RECEIVED AND ANSWERED |
|  | RCL – TxP |
|  | K. HILL, CDA TOMOKA CORR. INST. DENTAL CLINIC |
| 20/98 1035 | NFRC M/U Dental Clinic Incidental Note: |
|  | Pt presents c/o ® sided headaches & facial pain 2 yrs S/P reported manual SC ® of ?? mc fx. |
|  | Pain described as daily, intermittent, sharp mostly in ® temple, made worse ē eating. O: MIO 38 mm. excursions WNL. ® click mid opening, ? deviation ? pain on loading. Deep bite malocclusion. |
|  | A/ ~~PT~~ MPD |
|  | P/ Soft diet x ī mo Motrin 600 mg qid x ī mo F/u ī mo |
|  | Chris Howlett, DDS UFCD Dept of Oral & Maxillofacial Surgery at NFRC |
|  | CH |

Name  Hicks, William
   4670        R/S W/m
 Birth  9-19-63
  ation  Tom C I

TREATMENT RECORD
    (02/92)

C000298

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE**

| DATE/TIME | |
|---|---|
| 11/02/98 | Dental Service Note: |
| 925 | S  Pt presents to dental clinic with request for follow-up care & states he received no pain medications. |
| | A  Pt diagnosed on 10/20/98 with myofascial pain disorder (MPD) by Dr Hazlett, oral surgeon NFRC. Rx written for Motrin 800mg - 12 tabs by Dr Hazlett on 10/20/98. Pharmacy at 7am CZ and pharmacy at NFRC confirm pt did not get Rx filled. |
| | A  Pt with MPD needs mechanical diet w/ pain meds |
| | P  Rx motrin 800mg tab - tds  tid prn pain & food mechanical diet for 1 month. 11-2-98 - 12-1-98  R. S. FAECHER, DMD / Dental Clinic / TomCI |
| | Pt to be followed by NFRC Dr Hazlett, oral surgeon. |
| 11/06/98 @ 08:00 | INCIDENTAL MENTAL HEALTH ENTRY   V. P TARSITANO, M.A. / Psychological Specialist / Tomoka C. I. |
| | (90 day ISP review) |
| 11/09/98 | Dental Service note: |
| 1300 | S. Pt was seen in dental clinic to follow-up on an informal grievance dated 11/07/98, pt states he did not receive his prescribed pain meds (Rx motrin) and mechanical diet, for his myofascial pain disorder. |
| | O. Pt did not receive his pain meds because pt did not go to pharmacy as instructed. He waited 4 days and prescription expired. He held onto original prescription telling pharmacy that he was going to take it to dental, which he never did. Pt did not receive his soft-food mechanical diet because pt did not follow through with instructions given to him with diet slip. |
| | A  Pt is non-compliant and has deliberately deceived dental and pharmacy employees. |
| | P. No Rx for motrin but will place pt on 30 day soft food mechanical diet beginning 11/11/98 - 12/11/98. |
| | R. S. FAECHER, DMD / Dental Clinic / TomCI |

PATIENT'S IDENTIFICATION (Name - Last, First, Middle; Race/Sex; Number)

NAME  Hicks  William
NUMBER  664670
DOB  9-19-63
RACE/SEX  w/m

S — Subjective data
O — Objective data
A — Assessment of S and O data
P — Plan

0000198

DC4-701 (3-80)

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### DIETARY PRESCR

ATTACH LAST REPOR

WITH TOP AT

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**DIET PRESCRIPTION/ORDER**

DATE 11/08/...

PHYSICIANS ARE TO PLACE A CHECK MARK AND SIGN INITIALS BESIDE THE
APPROPRIATE DIET:

DIETS:
Clear Liquid Diet _____    *1500 Calorie Regulated Diet _____
Cold Liquid Diet _____    *1800 Calorie Regulated Diet _____

Full Liquid Diet _____    *2200 Calorie Regulated Diet _____
Puree Diet _____    *2400 Calorie Regulated Diet _____
Mechanical Dental Diet _____    *2800 Calorie Regulated Diet _____
Low Residue/Lactose
  Restricted Diet _____    3600 Calorie Regulated Diet _____
                                      (w/six small feedings)
Fat Intolerance Diet _____    4000 Calorie Regulated Diet _____
                                      (w/six small feedings)

CSU (Suicide Precaution) Diet _____    Prenatal Diet _____
Predialysis Diet (60gm PRO,    Dialysis Diet (100gm PRO,
  2.0gm Na+, 2.0 - 2.5 gm K      2.0gm Na+, 2.0-2.5gm K)

*These diets contain <250 mg of Cholesterol and <2000 mg of sodium.

PATIENT TO STAY ON PRESCRIBED DIET FROM ___ TO ___
OBSERVATIONS_____

DOCTOR:_____    R. S. FAECHER, DMD
        (signature and stamp)    Dental Clinic
                                  TomCI
Inmate Name HICO, William
DC#_____    R/S _____
Date of Birth _____
Institution _____

Diet Prescription/Order    DISTRIBUTION: White-Food Service  Canary-Inmate  Pink-Medical Record
DC4-723 (9/93)

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**DIET PRESCRIPTION/ORDER**

DATE 11-2-98

PHYSICIANS ARE TO PLACE A CHECK MARK AND SIGN INITIALS BESIDE THE
APPROPRIATE DIET:

DIETS:
Clear Liquid Diet _____    *1500 Calorie Regulated Diet _____
Cold Liquid Diet _____    *1800 Calorie Regulated Diet _____

Full Liquid Diet _____    *2200 Calorie Regulated Diet _____
Puree Diet _____    *2400 Calorie Regulated Diet _____
Mechanical Dental Diet X    *2800 Calorie Regulated Diet _____
Low Residue/Lactose
  Restricted Diet _____    3600 Calorie Regulated Diet _____
                                      (w/six small feedings)
Fat Intolerance Diet _____    4000 Calorie Regulated Diet _____
                                      (w/six small feedings)

CSU (Suicide Precaution) Diet _____    Prenatal Diet _____
Predialysis Diet (60gm PRO,    Dialysis Diet (100gm PRO,
  2.0gm Na+, 2.0 - 2.5 gm K      2.0gm Na+, 2.0-2.5gm K)

*These diets contain <250 mg of Cholesterol and <2000 mg of sodium.

PATIENT TO STAY ON PRESCRIBED DIET FROM 11-2-98 TO ___
OBSERVATIONS_____

DOCTOR:_____
        (signature and stamp)
Inmate Name Hicks William
DC#_ 664640    R/S w/m
Date of Birth 9-19-63
Institution Tom CI

Diet Prescription/Order    DISTRIBUTION: White-Food Service  Canary-Inmate  Pink-Medical Record
DC4-723 (9/94)

Reference: HSB 15.02.09

C000275

## FLORIDA DEPARTMENT OF CORRECTIONS
### HEALTH SLIP/PASS

The below-named inmate is authorized for:

☒ Bed rest lay-in    From ____ To ____
☐ Low/bottom bunk    From ____ To ____
☐ No shave           From ____ To ____
☐ Restricted activity From ____ To ____
Restrictions:
_____
_____

☒ Other:            From 6-30-00 To 9-30-00
Slow eating PASS.

Inmate  HICKS, William        Authorized
DC#  664670    R/S  ___       by  FRANCISCO FORTE DDS
Date of Birth  9-10-63        (Initial & Name Stamp)
Institution  E C I            Date: 6/30/00

Health Slip/Pass
DC4-701D (2/96)    White/Medical  Yellow/Security  Pink/Inmate

**COPY**

