UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FIORIDA
CASE NO. 00-6087-CIV-Dimitrousleas
MAGISTRATE JUDGE, P.A. WHITE

William m. Hicks,
Plaintiff, prose,
-vs-
EMSA, etal,
Defendant(s).



Provided to Lake C.I.
11.30.04

PLAINIFF'S NOTICE OF ORDER DIRECTING MR. ROBERT RYCKOFF, COURT REPORTER TO TRANSCRIBE TRIAL PROCEEDINGS

COMES NOW, William m. Hicks, PROSE, pursuant to S.D. Local Rules, and Fed.R.APP.P. Rule 10(b)(1)(A)(i)(ii), notifying court reporter mR. Robert Ryckoff to transcribe trial proceedings had in CASE NO. 00-6087-civ-Dimitrousleas, inwhich civil trial was had and days to transcribe: CALENDAR CALL 7-8-04; Trial 7-19 Thru 7-22 and 8-2-2004. Pluss Rule 50 motion procedings had on 8-3-04. [Attached] is 11TH cir Transcript form requesting all proceeds of trial to be paid by criminal Justice ACT at Governments expense. Plaintiff has filed motion for court order granting said to be transcribed.

I HEREBY CERTFY a true copy been furnished to court reporter, District court Judge and 11TH cir Appellate Division this 30TH day of November 2004.

William m. Hicks #664670
William m. Hicks, PROSE
Lake CORR INST
19225 US Hwy 27
clermont, Fla 34711-9025

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

(Instructions on Back)

Mail Number:
Team Number: [illegible]
Institution: [illegible]

TO: (Check One)

- ☐ Warden
- ☐ Asst. Warden
- ☐ Classification
- ☐ Security
- ☐ Medical
- ☐ Dental
- ☐ Other [illegible]

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## REQUEST

[illegible]

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED:

[The following pertains to informal grievances only:

Based on the above information, your grievance is ____________________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: |
|---|---|

Distribution: White -Returned to Inmate; Canary -Returned to Inmate; Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**IBSS042** **Inmate Trust Fund Account** **11/16/04 8:23:24 AM**

NOTE: HAVE also Federal Habeas corpus, Hicks -vs- Crosby, which money is spent on, copies, stamps, legal supplies, personal for couple months.

## Account Summary

**Account Type:** INMATE TRUST FUND

**Account ID:** 664670 Confirm

**Account Name:** HICKS, WILLIAM Search

**Current Facility:** LAKE C. I.

**Housing:** E4104U

**P.O.Box:**

**Social Security Number:** 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

**AKA:** HICKS, WILLIAM M.

**Date of Birth:** 09/10/1963

**EOS Release Date:** LIFE

**Account Status:** ACTIVE

**As of Date:** 10/31/2000

**Card #:** 03

**Card Status:** ACTIVE

**Current Balance:** $174.40

**Hold Balance:** $0.00

**Withdrawals in Suspense:** $0.00

**Spendable Balance:** $76.45

**Unposted Deposits:** $0.00

**Lien Balance:** $0.00

**Canteen Limit:** $100.00

**Savings Balance:** $0.00

**Eligible for Release Payment:**

**Current COP Balance:** $205.00

Retrieve *Transaction Date:* 05/01/2004

| Transaction Date | Transaction Type | Status | Facility | Reference Number | + / - | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/01/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040430 | - | $5.52 | $65.49 |
| 05/02/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040501 | - | $9.13 | $56.36 |
| 05/04/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040503 | - | $0.32 | $56.04 |
| 05/05/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040504 | - | $7.27 | $48.77 |
| 05/06/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040505 | - | $10.33 | $38.44 |
| 05/07/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040506 | - | $2.40 | $36.04 |
| 05/08/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040507 | - | $0.71 | $35.33 |
| 05/09/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040508 | - | $4.37 | $30.96 |
| | CANTEEN | | CENTRAL | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/10/2004 | SALES | PROCESSED | OFFICE | 31220040509 | - | $3.07 | $27.89 |
| 05/10/2004 | INDIVIDUAL CHECK | PROCESSED | CENTRAL OFFICE | 0169974 | - | $7.50 | $20.39 |
| 05/13/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040512 | - | $0.70 | $19.69 |
| 05/14/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040513 | - | $0.70 | $18.99 |
| 05/15/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040514 | - | $0.70 | $18.29 |
| 05/16/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040515 | - | $1.19 | $17.10 |
| 05/20/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040519 | - | $3.57 | $13.53 |
| 05/22/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040521 | - | $1.18 | $12.35 |
| 05/26/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040525 | - | $12.26 | $0.09 |
| 06/08/2004 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 05/27/04 | - | $0.00 | $0.09 |
| 06/08/2004 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 05/28/04 | - | $0.09 | $0.00 |
| 06/24/2004 | LEGAL COPIES LIEN PAY | PROCESSED | CENTRAL OFFICE | 05/28/04 | - | $56.91 | ($56.91) |
| 06/24/2004 | LEGAL COPIES LIEN PAY | PROCESSED | CENTRAL OFFICE | 05/27/04 | - | $4.20 | ($61.11) |
| 06/24/2004 | MONEY ORDER | PROCESSED | C.O. (MONEY ORDER) | 764 62402962 | + | $100.00 | $38.89 |
| 06/26/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040625 | - | $12.50 | $26.39 |
| 06/27/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040626 | - | $1.58 | $24.81 |
| 06/28/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040627 | - | $5.82 | $18.99 |
| 06/29/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040628 | - | $0.70 | $18.29 |
| 06/30/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040629 | - | $4.67 | $13.62 |
| 06/30/2004 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 06/18/04 | - | $3.45 | $10.17 |
| 07/01/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040630 | - | $1.70 | $8.47 |
| 07/02/2004 | CANTEEN | PROCESSED | CENTRAL | 31220040701 | - | $3.98 | $4.49 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | SALES | | OFFICE | | | | |
| 07/03/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220040702 | - | $4.48 | $0.01 |
| 07/09/2004 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 06/23/04 | - | $0.01 | $0.00 |
| 07/22/2004 | ST. PRISON LITIGATION LIEN PAY | PROCESSED | CENTRAL OFFICE | CONV40100675 | - | ($11.06) | $11.06 |
| 07/22/2004 | WESTERN UNION DEPOSIT | PROCESSED | CENTRAL OFFICE | 8997196357 | + | $100.00 | $111.06 |
| 07/23/2004 | LEGAL COPIES LIEN PAY | PROCESSED | CENTRAL OFFICE | 06/23/04 | - | $1.49 | $109.57 |
| 07/25/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040724 | - | $33.52 | $76.05 |
| 07/31/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040730 | - | $15.53 | $60.52 |
| 08/04/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040803 | - | $9.04 | $51.48 |
| 08/05/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040804 | - | $3.03 | $48.45 |
| 08/06/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040805 | - | $5.56 | $42.89 |
| 08/10/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040809 | - | $11.36 | $31.53 |
| 08/10/2004 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 072904 | - | $5.70 | $25.83 |
| 08/12/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040811 | - | $11.14 | $14.69 |
| 08/13/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040812 | - | $2.63 | $12.06 |
| 08/17/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040816 | - | $7.64 | $4.42 |
| 08/19/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040818 | - | $0.59 | $3.83 |
| 08/20/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040819 | - | $3.64 | $0.19 |
| 08/27/2004 | MONEY ORDER | PROCESSED | C.O. (MONEY ORDER) | 794 20789965 | + | $100.00 | $100.19 |
| 08/29/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040828 | - | $12.78 | $87.41 |
| 08/29/2004 | MEDICAL CO-PAY WD | PROCESSED | CENTRAL OFFICE | 0826040920SC | - | $0.20 | $87.21 |

**IBSS042** **Inmate Trust Fund Account** **11/16/04 8:23:56 AM**

## Account Summary

**Account Type:** INMATE TRUST FUND
**Account ID:** 664670 Confirm
**Account Name:** HICKS, WILLIAM Search

**Current Facility:** LAKE C. I.
**Housing:** E4104U
**P.O.Box:**

**Social Security Number:** 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
**AKA:** HICKS, WILLIAM M.
**Date of Birth:** 09/10/1963
**EOS Release Date:** LIFE

**Account Status:** ACTIVE
**As of Date:** 10/31/2000
**Card #:** 03
**Card Status:** ACTIVE

**Current Balance:** $174.40
**Hold Balance:** $0.00
**Withdrawals in Suspense:** $0.00
**Spendable Balance:** $76.45

**Unposted Deposits:** $0.00
**Lien Balance:** $0.00
**Canteen Limit:** $100.00
**Savings Balance:** $0.00

**Eligible for Release Payment:**
**Current COP Balance:** $205.00

Retrieve *Transaction Date:* 05/01/2004

| Transaction Date | Transaction Type | Status | Facility | Reference Number | + / - | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/31/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040830 | - | $8.39 | $78.82 |
| 09/02/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040901 | - | $6.83 | $71.99 |
| 09/07/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040906 | - | $8.56 | $63.43 |
| 09/10/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040909 | - | $29.34 | $34.09 |
| 09/11/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040910 | - | $13.58 | $20.51 |
| 09/14/2004 | LEGAL COPIES WD | PROCESSED | CENTRAL OFFICE | 081004 | - | $3.60 | $16.91 |
| 09/15/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040914 | - | $9.75 | $7.16 |
| 09/17/2004 | MEDICAL CO-PAY WD | PROCESSED | CENTRAL OFFICE | 0826040920SC | - | ($0.20) | $7.36 |
| | CANTEEN | | CENTRAL | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/19/2004 | SALES | PROCESSED | OFFICE | 40220040918 | - | $6.75 | $0.61 |
| 09/25/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040924 | - | $0.20 | $0.41 |
| 09/30/2004 | MONEY ORDER | PROCESSED | C.O. (MONEY ORDER) | 081951940682 | + | $50.00 | $50.41 |
| 10/01/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220040930 | - | $0.22 | $50.19 |
| 10/03/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220041002 | - | $6.24 | $43.95 |
| 10/06/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220041005 | - | $3.91 | $40.04 |
| 10/08/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220041007 | - | $3.67 | $36.37 |
| 10/09/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220041008 | - | $7.96 | $28.41 |
| 10/14/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220041013 | - | $2.58 | $25.83 |
| 10/15/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220041014 | - | $2.93 | $22.90 |
| 10/17/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220041016 | - | $9.57 | $13.33 |
| 10/23/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 40220041022 | - | $7.35 | $5.98 |
| 10/30/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 32020041029 | - | $5.28 | $0.70 |
| 11/01/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 32020041031 | - | $0.64 | $0.06 |
| 11/12/2004 | MONEY ORDER | PROCESSED | C.O. (MONEY ORDER) | 5913593 | + | $200.00 | $200.06 |
| 11/14/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220041113 | - | $13.11 | $186.95 |
| 11/15/2004 | CANTEEN SALES | PROCESSED | CENTRAL OFFICE | 31220041114 | - | $10.50 | $176.45 |
| 11/16/2004 | CANTEEN SALES | PRCSD (CANTEEN) | CENTRAL OFFICE | 31220041115 | - | $2.05 | $174.40 |

Prior 50 Transactions

Last gift of $200.00 is to help in fighting my §2254 Fed Hab and civil case for legal supplies, stamps, pens, copies, and personal Hygiene for several months...