UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6087-CIV-DIMITROULEAS

WILLIAM M. HICKS,

    Plaintiff,

Magistrate Judge White

vs.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON, and
EMSA LIMITED PARTNERSHIP,

    Defendants.

_____/

### ORDER GRANTING MOTION TO PROCEED
### IN FORMA PAUPERIS FOR FILING FEES ONLY;
### ORDER DENYING MOTION TO EXPAND RECORD FOR APPELLATE REVIEW

THIS CAUSE is before the Court upon Plaintiff's Motion to Proceed in Forma Pauperis for Appeal and Transcripts of Trial at Government Expense, filed herein on December 6, 2004 [DE-284] and Plaintiff's Motion to Expand Record for Appellate Review, filed herein on December 6, 2004 [DE-285]. The Court has carefully considered the Motions and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion to Proceed in Forma Pauperis for Appeal and Transcripts of Trial at Government Expense, filed herein on December 6, 2004 [DE-284] is **GRANTED** for filing fees only.[1]



---

[1] The Court notes that an appeal does not present a substantial question if it is frivolous.

2. Plaintiff's Motion to Expand Record for Appellate Review, filed herein on December 6, 2004 [DE-285] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of November, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Clerk, Appeals Desk
Gregg A. Toomey, Esq.

William M. Hicks, Pro Se
DC # 664670
Lake Correctional Inst.
19225 US HWY 27
Clermont, FL 34711-9025

2