UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,

    Plaintiff,

vs.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON, and
EMSA LIMITED PARTNERSHIP,

    Defendants.
_____/

CASE NO. 00-6087-CIV-DIMITROULEAS
USCA NO. N/A



## AMENDED ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS FOR FILING FEES ONLY; DENYING TRANSCRIPT AT GOVERNMENTS EXPENSE

THIS CAUSE is before the Court upon Plaintiff's Motion to Proceed in Forma Pauperis for Appeal and Transcripts of Trial at Government Expense, filed herein on December 6, 2004 [DE-284], and the Court has considered Defendants' December 28, 2004 Response [DE-292]. The Court has carefully considered the motions and is otherwise fully advised in the premises. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion to Proceed in Forma Pauperis for Appeal and Transcripts of Trial at Government Expense, filed herein on December 6, 2004 [DE-284] is Granted for filing fees only.[1]

2. Hicks' conclusory allegations are insufficient to warrant the expense of transcripts. Rhodes v. Corps of Engineers, 589 F. 2d 358, 359-60 (8th Cir. 1978).

---

[1] The Court notes that this appeal does not present a substantial question, and it is frivolous.



DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of December, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Clerk, Appeals Desk
Gregg A. Toomey, Esquire

William M. Hicks, #664670
Lake Correctional Inst.
19225 US HWY 27
Clermont, Florida 34711-9025