IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-Civ-Dim
MAGISTRATE Judge. P.A. White

William M. Hicks,
    Plaintiff,
    -vs-
EMSA, et al,
    Defendant(s)......,
_____/

Provided to Lake C.I.
14 Dec. 04

FILED by INTAKE ___ D.C.
JAN - 4 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

PLAINTIFF'S MOTION FOR EMERGENCY INJUNCTION
AGAINST DEPT. OF CORR. AND LAKE CORR INST
AND TEMPORARY RESTRAING ORDER(S)

COMES NOW William M. Hicks prose, and moves this Honorable court to orders against EMSA parties, James Crosby, JR, and Lake Corr Inst Staff, to not further engage in illegal actions that amount to a RICO CONSPIRACY ACT., Hicks just wants this to be heard and put on record also that his personal wall locker which has screws for locking handle were almost removed. Hicks when moved in tried to further tighten screw down completely but would not? But now all of a sudden this screws can be tighten down completely and removed by fingers. I couldn't do it before I. How this court may ponder. well my roomate has street oil that removes rust and loosen screws which he had placed on all screws to loosen without knowledge "in the course of sleeping 'on psyche meds' at night as I didn't completey secure by locking locker. Now also have welded latch to side of locker that I use to further secure locker. But, the weld has been slowly "grinded" off to a point where it can break away easily. How did I know? well I first noticed a latch thats welded and rusted where been long ago been welded

1/2

but then noticed (Bare shinney metal. I allowed roommate to observe as I asked him for his black permenant marker and I covered it. 'current roommate'... now you may wonder how can something be grinded by a inmate? Easy, my roommate repairs things in the room and has a motor that he has adaptors for 'home made' and has disk type flat surface that he afixes any type of grade sand paper to and runs the motor fast or slow by battery power. This will grind anything. Now I never confronted roommate, but he knows I know since I always remove a magnet from door that blocks it from locking as this was to be used for persons to enter room. Now on 12-13-04 after lunch and work call "Both are Houseman" Black female SGT, 8-4pm housing SGT came to 'cell' and demanded my roommate to follow her. She did look at my locker? My roommate has always said if officer fucks with him and his hobby tools, she will take care of it. I said you sound like a snitch. SGT is fully aware of his stuff as she turns blind eye. Now on 12-14-04, I asked for her to call maintance, to put screws in latch as its able to bust off. She replys, say that again "couple times this guma'n". She replys yeah I know of a lot that are broken — didn't even fill out a repair order or call. Blew me off? Now the main question is. What do you have in your locker people want? It's not canteen as I don't store any. But I do have a current "civil case" and criminal Fed hab. I store my legal work. Also after return from civil trial, I recieved new psyche care worker, she off the bat drilled me who did I kill, how, where, when, how do I have so much time. She was yelling "this is a tiny room". This was aid 13 second care worker to do this type of stuff. Then on second visit she says, yes we discussed your criminal case and brothers suicide. "no we didn't, I pulled out my notes and she flipped". If deft's want to respond, please do. I will fill out a detailed statement and request government to take over.

Mailed this 14th day of December 2004.

20/2

william m Hicks 664620
William M. Hicks pro
Lake Corr Inst