# UNITED STATES DISTRICT COURT
## Southern District of Florida

CLARENCE MADDOX
Clerk of Court

Appeal Section
305-523-5080

FILED by ___ H.H. ___ D.C.
APPEALS
JAN 11 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S. COURT OF APPEALS
RECEIVED CLERK
DEC 08 2004
ATLANTA, GA.

Date: December 6, 2004

IN RE:    District Court No.: 00-6087-CV-WPD    U.S.C.A. No.: 04-16386G

Style:    Hicks v. Jenne, et al

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| √ | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| √ | First Notice of Appeal: Yes |
| | Date(s) of other notice(s): _____ |
| | _____ volume(s) of pleadings;  _____ volume(s) of transcripts; |
| | _____ volume(s) of exhibits/depositions; other: _____ |
| _____ | There was no hearing from which a transcript could be made. |
| _____ | Copy of CJA form appointing counsel enclosed. |
| _____ | The following materials were SEALED in this court (order enclosed): _____ |
| √ | The appellate docket fee has been paid    No |
| | Date paid _____    FEE NOT PAID    Receipt No. _____ |
| _____ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| √ | The Judge or Magistrate appealed from is: William P. Dimitrouleas |
| √ | The Court Reporter(s): Robert Ryckoff |
| _____ | This is an appeal of a bankruptcy order. Bankruptcy Judge: _____ |
| _____ | This is a DEATH PENALTY appeal. |

Sincerely,

Clarence Maddox, Clerk of Court

By: _____
    Valerie Leonard/Deputy Clerk

c: / court file

296

| ☑ 301 N. Miami Avenue | ☐ 299 E. Broward Boulevard | ☐ 701 Clematis Street | ☐ 301 Simonton Street | ☐ 300 South Sixth Street |
|---|---|---|---|---|
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 561-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |