UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,   CASE NO. 00-6087-CIV-DIMITROULEAS

    Plaintiff,

vs.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON, and
EMSA LIMITED PARTNERSHIP,

    Defendants.
_____/



## ORDER

THIS CAUSE is before the Court on Plaintiff's December 14, 2004[1] Motion For Emergency Injunction [DE-295], and the Court having reviewed the Court file, determines that it has no jurisdiction over this closed case[2] or the institution which is located outside the Southern District of Florida.

Wherefore, Plaintiff's Motion For Emergency Injunction and Temporary Restraining Orders [DE-295] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of January, 2005.

                                     WILLIAM P. DIMITROULEAS
                                     United States District Judge

---

[1] The motion was apparently received by the Clerk on January 4, 2005, yet not forwarded to this Court. It was discovered upon a review of the docket.

[2] A notice of appeal was filed on December 6, 2004. [DE-283].

1



Copies furnished to:

William M. Hicks, #664670
c/o Lake Correctional Inst.
19225 U.S. Highway 27
Clermont, Florida 34711-9025

Gregg A. Toomey, Esquire

Honorable Patrick A. White, U.S. Magistrate Judge