UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,

    Plaintiff,

vs.

DR. W.C. DAVIS, DR. UECKER,
DR. TREVOR WEATHERS, DR. CLINE,
DR. PEARSON, DR. G. PEARSON, and
EMSA LIMITED PARTNERSHIP,

    Defendants.
_____/

CASE NO. 00-6087-CIV-DIMITROULEAS

FILED by ___ D.C.
JAN 13 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE is before the Court on Plaintiff's (Hicks) January 10, 2005[1] Objections to Order Denying Trial Transcripts and Motion to Strike, and the Court having reviewed the Court file, finds as follows:

1. On November 30, 2004 Hicks filed a Motion to Proceed In Forma Pauperis [DE-284]. On December 14, 2004, the Court granted In Forma Pauperis status for filing fees only. [DE-290]. The Court also indicated that an appeal does not present a substantial question if it is frivolous.

2. On December 28, 2004, Defendants filed a Response, opposing transcripts. [DE-292]. On December 30, 2004, this Court entered an Amended Order, again granting In Forma Pauperis status for filing fees only and indicating that this appeal is frivolous. The order changed "an" appeal to "this" appeal, and clarified the reason for only allowing filing fee expenses.

---

[1] Received in chambers on January 13, 2005.

1



3. There is no reason to change the Court's previous orders. This Court does not authorize trial transcripts at Government expense.

Wherefore, Plaintiff's Objections to Order are Overruled. Plaintiff's Motion to Strike is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___13___ day of January, 2005.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William M. Hicks, #664670
c/o Lake Correctional Inst.
19225 U.S. Highway 27
Clermont, Florida 34711-9025

Gregg A. Toomey, Esquire

Clerk, Appeals Desk