FILED by _____ D.C.
APPEALS

FEB 2 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

# UNITED STATES DISTRICT COURT
## Southern District of Florida

CLARENCE MADDOX
Clerk of Court

Appeal Section
305-523-5080



Date: _____2/25/05_____

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**ORIGINAL FILE**

IN RE:  District Court No.: ___00-6087-CV-WPD\___     U.S.C.A. No.: ___04-16386-G___

Style:  ___William M. Hicks v. Ken Jenne___

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | | |
|---|---|---|
| √ | Original File | |
| 6 | volume(s) of pleadings; | |
| 3 | expansion folders containing DE's 118,133,153,235,237, and 286 | |

| | | |
|---|---|---|
| √ | The Judge or Magistrate appealed from is: | William P. Dimitrouleas |
| √ | The Court Reporter(s): | Robert Ryckoff |

Sincerely,

Clarence Maddox, Clerk of Court

By: _____
                Deputy Clerk

c:     court file

| ☑301 N. Miami Avenue | ☐299 E. Broward Boulevard | ☐701 Clematis Street | ☐301 Simonton Street | ☐300 South Sixth Street |
|---|---|---|---|---|
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 561-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |



```
                                              PAW      CLOSED
                                              APPEAL   PAW
              U.S. District Court
      Southern District of Florida (FtLauderdale)

          CIVIL DOCKET FOR CASE #: 00-CV-6087

Hicks v. Jenne, et al                          Filed: 01/18/00
Assigned to: Judge William P. Dimitrouleas    Jury demand: Both
Demand: $0,000                                 Nature of Suit:  550
Lead Docket: None                              Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 State Prisoner Civil Rights


WILLIAM M. HICKS              William M. Hicks
     plaintiff               ppp
                             664670
                             [COR LD NTC] [PRO SE]
                             Lake Correctional Institution
                             19225 US Highway 27
                             Clermont, FL 34711-9025


   v.


KEN JENNE, Broward County    Summer Marie Barranco
Sheriff                       [term  06/25/04]
     defendant               FTS 462-3861
                             [COR LD NTC]
                             Purdy Jolly & Giuffreda
                             2455 E Sunrise Boulevard
                             Suite 1216
                             Fort Lauderdale, FL 33304
                             954-462-3200


SUSAN MCCAMPBELL
     defendant
  [term  04/04/02]


BARBARA HANSON-EVANS         Summer Marie Barranco
     defendant                [term  06/25/04]
                             (See above)
                             [COR LD NTC]


BECHARD, Unit Manager
     defendant
  [term  08/24/01]

Docket as of February 25, 2005 10:56 am              Page 1
```

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
by
Deputy Clerk
Date

```
Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                        CLOSED  APPEAL
                                                                     PAW
```

ROBINSON, Unit Manager
     defendant
 [term  08/24/01]


LOCKET, Sgt.
     defendant
 [term  08/24/01]


GARRISON, Sgt.
     defendant
 [term  08/24/01]


WATSON, Sgt.
     defendant
 [term  08/24/01]


JOHN DOE, #1
     defendant
 [term  12/18/01]


JOHN DOE, #2
     defendant
 [term  12/18/01]


BARBRA LAW
     defendant


STANLEY HOLMES                    Summer Marie Barranco
     defendant                   [term  06/25/04]
                                  (See above)
                                  [COR LD NTC]


SCHWARTZ, Case Worker
     defendant
 [term  08/24/01]


WILLIE ROBERTS
     defendant
 [term  08/24/01]


WIMBERLY, Sgt.
     defendant
 [term  08/24/01]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                   PAW
```

```
EMERGENCY MEDICAL SERVICE          David Robert Cassetty
ASSOCIATION ▓        ▓, A            [term  03/05/04]
Correctional Care Member of        FTS 445-7728
Inphynet                           [COR LD NTC]
        defendant                  Restani McAllister & Cassetty
                                   2801 Ponce De Leon Boulevard
                                   Suite 900
                                   Coral Gables, FL 33134
                                   305-445-4090

                                   Richard Thomas Woulfe
                                   FTS 525-2134
                                   954-761-8600
                                   [COR LD NTC]
                                   Gregg Alan Toomey
                                   FTS 525-2134
                                   [COR LD NTC]
                                   Bunnell Woulfe Kirschbaum
                                   Keller et al
                                   100 SE 3rd Avenue
                                   Suite 900
                                   Fort Lauderdale, FL 33394
                                   954-761-8600

                                   Joel L. Shulman
                                    [term  03/05/04]
                                   FTS 994-4985
                                   [COR LD NTC]
                                   Sachs Sax & Klein
                                   301 Yamato Road
                                   Suite 4150
                                   Boca Raton, FL 33431-0037
                                   561-994-4499


J.R.N. KEVIN
      defendant
  [term  08/24/01]


W. C. DAVIS, M.D.                  David Robert Cassetty
      defendant                     [term  03/05/04]
                                   (See above)
                                   [COR LD NTC]

                                   Richard Thomas Woulfe
                                   (See above)
                                   [COR LD NTC]
                                   Gregg Alan Toomey
                                   (See above)
                                   [COR LD NTC]
```

```
Proceedings include all events.                                        PAW
0:00cv6087 Hicks v. Jenne, et al                      CLOSED APPEAL
                                                                       PAW
                                Joel L. Shulman
                                 [term  03/05/04]
                                (See above)
                                [COR LD NTC]

CRAIG UECKER                    David Robert Cassetty
     defendant                   [term  03/05/04]
                                (See above)
                                [COR LD NTC]

                                Richard Thomas Woulfe
                                (See above)
                                [COR LD NTC]
                                Gregg Alan Toomey
                                (See above)
                                [COR LD NTC]

                                Joel L. Shulman
                                 [term  03/05/04]
                                (See above)
                                [COR LD NTC]

TREVOR WEATHORS, DDS            David Robert Cassetty
     defendant                   [term  03/05/04]
                                (See above)
                                [COR LD NTC]

                                Richard Thomas Woulfe
                                (See above)
                                [COR LD NTC]
                                Gregg Alan Toomey
                                (See above)
                                [COR LD NTC]

                                Joel L. Shulman
                                 [term  03/05/04]
                                (See above)
                                [COR LD NTC]

                                Douglas Malcolm McIntosh
                                 [term  05/23/01]
                                FTS 765-1005
                                [COR LD NTC]
                                McIntosh Sawran Peltz Cartaya &
                                Petruccelli
                                1776 E Sunrise Boulevard
                                PO Box 7990
                                Fort Lauderdale, FL 33338-7990
                                954-765-1001

CLINE, DDS                     David Robert Cassetty
```

Docket as of February 25, 2005 10:56 am                    Page 4

```
Proceedings include all events.                                          PAW
0:00cv6087 Hicks v. Jenne, et al                             CLOSED APPEAL
                                                                         PAW
        defendant                       [term   03/05/04]
                                        (See above)
                                        [COR LD NTC]

                                        Richard Thomas Woulfe
                                        (See above)
                                        [COR LD NTC]
                                        Gregg Alan Toomey
                                        (See above)
                                        [COR LD NTC]

                                        Joel L. Shulman
                                         [term   03/05/04]
                                        (See above)
                                        [COR LD NTC]


G. PEARSON, DDS                         David Robert Cassetty
        defendant                        [term   03/05/04]
                                        (See above)
                                        [COR LD NTC]

                                        Richard Thomas Woulfe
                                        (See above)
                                        [COR LD NTC]
                                        Gregg Alan Toomey
                                        (See above)
                                        [COR LD NTC]

                                        Joel L. Shulman
                                         [term   03/05/04]
                                        (See above)
                                        [COR LD NTC]


PEARSON, DDS                            Richard Thomas Woulfe
        defendant                       (See above)
                                        [COR LD NTC]
                                        Gregg Alan Toomey
                                        (See above)
                                        [COR LD NTC]

                                        Joel L. Shulman
                                         [term   03/05/04]
                                        (See above)
                                        [COR LD NTC]


SYLVIA POITIER, Broward County
Commissioner
        defendant
  [term   08/24/01]


Docket as of February 25, 2005 10:56 am                    Page 5
```

```
Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                         CLOSED  APPEAL
                                                                    PAW

PETE CORWIN, Broward County
Commissioner
       defendant
  [term  08/24/01]


PARISH, Broward County
Commissioner
       defendant
  [term  08/24/01]


UNITED STATES COURT OF APPEALS    United States Court of Appeals
       notice only                United States Court of Appeals
                                  11th Circuit
                                  56 Forsyth Street NW
                                  Atlanta, GA 30303
                                  404 335-6100
```

```
Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                         CLOSED APPEAL
                                                                     PAW
```

1/18/00  (1)    PRISONER CIVIL RIGHTS COMPLAINT filed; IFP; B-3; CHS (ea)
                [Entry date 01/19/00]

1/18/00  (2)    Clerk's Order of Magistrate Judge Assignment to Magistrate
                Charlene H. Sorrentino, re: Administrative Order (ea)
                [Entry date 01/19/00]

1/18/00  (3)    MOTION/AFFIDAVIT by William M. Hicks to proceed in forma
                pauperis (ea) [Entry date 01/19/00]

1/18/00  --     Motion(s) referred: [3-1] motion to proceed in forma
                pauperis referred  to Magistrate Judge Charlene H.
                Sorrentino (ea) [Entry date 01/19/00]

1/21/00  (4)    INITIAL ORDER OF INSTRUCTIONS TO PRO SE LITIGANT (Signed by
                Magistrate Judge Charlene H. Sorrentino on 1/21/00) CCAP
                [EOD Date: 1/24/00] (ea) [Entry date 01/24/00]

1/21/00  (5)    ORDER denying [3-1] motion to proceed in forma pauperis and
                requiring the plaintiff to complete and file the form
                application to proceed without payment of fees and
                affidavit furnished with this Order on or before 2/29/00
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                1/21/00) CCAP [EOD Date: 1/24/00] (ea) [Entry date 01/24/00]

2/9/00   (6)    APPLICATION by William M. Hicks to proceed in forma
                pauperis (ss) [Entry date 02/11/00]

2/9/00   (7)    MOTION by William M. Hicks for appointment of counsel (ss)
                [Entry date 02/11/00]

2/9/00   (8)    MEMORANDUM by William M. Hicks in support of [7-1] motion
                for appointment of counsel (ss) [Entry date 02/11/00]

2/9/00   (9)    AFFIDAVIT by William M. Hicks Re: [6-1] motion to proceed
                in forma pauperis, [7-1] motion for appointment of counsel
                (ss) [Entry date 02/11/00]

2/14/00  (10)   ORDER denying [7-1] motion for appointment of counsel
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                2/14/00) CCAP [EOD Date: 2/15/00] (ea) [Entry date 02/15/00]

2/14/00  (11)   ORDER REQUIRING PAYMENT OF FILING FEE BY INSTALLMENT;
                granting [6-1] motion to proceed in forma pauperis to the
                extent that the plaintiff need not prepay the costs and
                fees of this case except the filing fee of $150.00 (Signed
                by Magistrate Judge Charlene H. Sorrentino on 2/14/00) CCAP
                [EOD Date: 2/15/00] (ea) [Entry date 02/15/00]

3/23/00  (12)   PETITION by William M. Hicks for permission to proceed
                with case, and Request that case not be dismissed (ss)
                [Entry date 03/27/00]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                       CLOSED APPEAL
                                                                   PAW
```

3/27/00  (13)    Partial filing fee payment by William M. Hicks; Receipt
                 Number: 819095 in the amount of $ 25.53 (ss)
                 [Entry date 03/28/00]

3/27/00  (14)    MOTION by William M. Hicks for injunction (ss)
                 [Entry date 03/28/00]

3/30/00  (15)    REPORT of Magistrate Judge Charlene H. Sorrentino
                 recommending that [14-1] motion for temporary restraining
                 order and/or preliminary injunction be DENIED. Motion no
                 longer referred. Signed on: 3/30/00 Objections to R and R
                 due by 4/9/00 CCAP (ea)

4/18/00  (16)    ORDER Approving [15-1] report and recommendations; Denying
                 [14-1] motion for temporary restraining order and/or
                 preliminary injunction (Signed by Judge William P.
                 Dimitrouleas on 4/18/00) CCAP [EOD Date: 4/19/00] (ss)
                 [Entry date 04/19/00]

5/1/00   (17)    ORDER granting [12-1] motion for permission to proceed with
                 case, granting [12-2] motion that case not be dismissed to
                 the extent that the plaintiff may make his partial filing
                 fee payments by 5/31/00 (Signed by Magistrate Judge
                 Charlene H. Sorrentino on CCAP [EOD Date: 5/2/00] (ea)
                 [Entry date 05/02/00]

5/8/00   (18)    NOTICE of Change of Address of Party by William M. Hicks (ss)
                 [Entry date 05/10/00]

6/13/00  (19)    MOTION by William M. Hicks for Court ordered law library
                 use (ss) [Entry date 06/15/00]

6/13/00  (20)    NOTICE of Change of Address of Party by William M. Hicks (ss)
                 [Entry date 06/15/00]

6/21/00  (21)    ORDER denying [19-1] motion for Court ordered law library
                 use; the plaintiff must comply with the institutional
                 regulations (Signed by Magistrate Judge Charlene H.
                 Sorrentino on 6/21/00) CCAP [EOD Date: 6/22/00] (ea)
                 [Entry date 06/22/00]

6/26/00  (22)    ORDER REQUIRING PAYMENT OF FILING FEE BY INSTALLMENT
                 (Signed by Magistrate Judge Charlene H. Sorrentino on
                 6/26/00) CCAP [EOD Date: 6/27/00] (ea) [Entry date 06/27/00]

7/25/00  (23)    Partial filing fee payment by William M. Hicks; Receipt
                 Number: 825822 in the amount of $ 25.53 (ss)
                 [Entry date 07/26/00]

8/17/00  (24)    REQUEST by William M. Hicks to serve all defendants (ss)
                 [Entry date 08/18/00]

```
Proceedings include all events.                          PAW
0:00cv6087 Hicks v. Jenne, et al                CLOSED APPEAL
                                                         PAW
```

9/19/00  (25)   ORDER denying [24-1] motion to serve all defendants, which
                is in legal effect a motion for service of a summons and a
                copy of the complaint upon each of the named defendants
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                9/19/00) CCAP [EOD Date: 9/21/00] (ea) [Entry date 09/21/00]

10/4/00  (26)   CLERK'S RECEIPT for: filing fee paid by William M. Hicks.
                AMOUNT: $ 64.86 RECEIPT # 829345 (ss) [Entry date 10/05/00]

10/17/00  (27)  MOTION by William M. Hicks to dismiss case (ss)
                [Entry date 10/18/00]

10/23/00  (28)  MOTION by William M. Hicks to stay on plaintiff's civil
                rights case (lk) [Entry date 10/24/00]

10/23/00  (29)  MOTION by William M. Hicks to amend complaint (lk)
                [Entry date 10/24/00]

10/23/00  (30)  MOTION by William M. Hicks for court order to allow
                plaintiff's evidence to enter prison (lk)
                [Entry date 10/24/00]

10/30/00  (31)  ORDER granting [29-1] motion to amend complaint to the
                extent that the plaintiff shall, on or before 11/30/00,
                file an amended complaint; dismissing as moot [27-1] motion
                for leave to voluntarily dismiss the case; dismissing as
                moot [28-1] motion to stay case; denying [30-1] motion for
                court order to allow plaintiff's evidence to enter prison
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                10/30/00) CCAP [EOD Date: 10/31/00] (ea)
                [Entry date 10/31/00]

11/28/00  (32)  MOTION by William M. Hicks for Court order showing
                plaintiff's compliance in paying pro-se fee (ss)
                [Entry date 11/29/00]

1/30/01  (33)   ORDER granting [32-1] motion for Court order showing
                plaintiff's compliance in paying pro-se fee, to the extent
                that the financial record of the Clerk reveals that the
                plaintiff owes $34.08 (Signed by Magistrate Judge Charlene
                H. Sorrentino on 1/29/01) CCAP [EOD Date: 1/31/01] (ea)
                [Entry date 01/31/01]

2/9/01  (34)    NOTICE of Change of Address of Party by William M. Hicks (ss)
                [Entry date 02/13/01]

3/8/01  (35)    MOTION by William M. Hicks for telephonic hearing/case
                status (ss)

3/14/01  (36)   ORDER denying [35-1] motion for telephonic hearing/case
                status (Signed by Magistrate Judge Charlene H. Sorrentino
                on 3/14/01) CCAP [EOD Date: 3/15/01] (ea)
                [Entry date 03/15/01]

```
Proceedings include all events.                                        PAW
0:00cv6087 Hicks v. Jenne, et al                            CLOSED APPEAL
                                                                       PAW
```

3/15/01 (37)   ORDER granting [35-1] motion for telephonic hearing/case
               status, solely to the extent that he is hereby informed
               that copies of the amended complaint dated 11/9/00 have
               been sent with Notices of Lawsuit and Requests for Waivers
               of Service of Summons to the 11 defendants designated by
               name in the amended pleading, and motion is otherwise
               denied (Signed by Magistrate Judge Charlene H. Sorrentino
               on 3/14/01) CCAP [EOD Date: 3/16/01] (ea)
               [Entry date 03/16/01]

3/16/01 (38)   Notice of lawsuit and request for waiver of service for
               summons as to Ken Jenne Mailed on: 3/16/01; 30 days to
               waiver. (ea) [Entry date 03/19/01]

3/16/01 (39)   Notice of lawsuit and request for waiver of service for
               summons as to Susan McCampbell Mailed on: 3/16/01 30 days
               to file waiver. (ea) [Entry date 03/19/01]

3/16/01 (40)   Notice of lawsuit and request for waiver of service for
               summons as to Barbara Hanson-Evans Mailed on: 3/16/01; 30
               days to file waiver. (ea) [Entry date 03/19/01]

3/16/01 (41)   Notice of lawsuit and request for waiver of service for
               summons as to Stanley Holmes Mailed on: 3/16/01; 30 days to
               file waiver. (ea) [Entry date 03/19/01]

3/16/01 (42)   Notice of lawsuit and request for waiver of service for
               summons as to EMSA Mailed on: 3/16/01; 30 days to file
               waiver. (ea) [Entry date 03/19/01]

3/16/01 (43)   Notice of lawsuit and request for waiver of service for
               summons as to W. C. Davis Mailed on: 3/16/01; 30 days to
               file waiver. (ea) [Entry date 03/19/01]

3/16/01 (44)   Notice of lawsuit and request for waiver of service for
               summons as to Ucker Mailed on: 3/16/01; 30 days to file
               waiver. (ea) [Entry date 03/19/01]

3/16/01 (45)   Notice of lawsuit and request for waiver of service for
               summons as to Cline Mailed on: 3/16/01; 30 days to file
               waiver. (ea) [Entry date 03/19/01]

3/16/01 (46)   Notice of lawsuit and request for waiver of service for
               summons as to G. Pearson Mailed on: 3/16/01; 30 days to
               file waiver. (ea) [Entry date 03/19/01]

3/16/01 (47)   Notice of lawsuit and request for waiver of service for
               summons as to G. Pearson Mailed on: 3/16/01; 30 days to
               file waiver. (ea) [Entry date 03/19/01]

3/20/01 (48)   MOTION by William M. Hicks for telephonic hearing/case
               status (ss) [Entry date 03/21/01]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED  APPEAL
                                                                   PAW
```

3/22/01 (49)    MOTION by EMSA, Winthrop, W. C. Davis, Ucker, Trevor
                Weathors, Cline, G. Pearson to dismiss this action (ss)
                [Entry date 03/23/01]

3/27/01 (50)    ORDER denying [48-1] motion for telephonic hearing/case
                status; except that a copy of the Court's docket is
                enclosed with this Order (Signed by Magistrate Judge
                Charlene H. Sorrentino on 3/26/01) CCAP [EOD Date: 3/28/01]
                (ea) [Entry date 03/28/01]

3/28/01 (51)    MOTION by William M. Hicks to deny [49-1] motion to
                dismiss case (ss) [Entry date 03/29/01]

3/28/01 (52)    MOTION by William M. Hicks for discovery (ss)
                [Entry date 03/29/01]

4/9/01 (53)     AMENDED COMPLAINT by William M. Hicks, (Answer due 4/19/01
                for Ken Jenne, for Susan McCampbell, for Barbara
                Hanson-Evans, for Stanley Holmes, for John Doe, for John
                Doe, for W. C. Davis, for Ucker, for Trevor Weathors, for
                Cline, for Pearson, for G. Pearson, for EMSA) amending
                [1-1] complaint (ss)

4/9/01 (53)     DEMAND for jury trial by William M. Hicks (ss)

4/10/01 (54)    ORDER denying [51-1] motion to deny [49-1] motion to
                dismiss case; this pleading will be reviewed as a reply
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                4/10/01) CCAP [EOD Date: 4/11/01] (ea) [Entry date 04/11/01]

4/13/01 (55)    Notice of lawsuit and request for waiver of service for
                summons as to Trevor Weathors Mailed on: 3/16/01 30 days to
                file waiver. (ss) [Entry date 04/16/01]

4/13/01 (56)    Waiver of service executed by Trevor Weathors (Attorney
                Douglas Malcolm McIntosh) 3/16/01 Answer due by 5/15/01 for
                Trevor Weathors (ss) [Entry date 04/16/01]

4/16/01 (57)    NOTICE of intention to serve written defenses by 5/15/01 by
                Barbara Hanson-Evans, Stanley Holmes (ss)
                [Entry date 04/17/01]

4/16/01 (58)    NOTICE of attorney appearance for Barbara Hanson-Evans,
                Stanley Holmes by Summer Marie Barranco (ss)
                [Entry date 04/17/01]

4/25/01 (59)    REQUEST by William M. Hicks for Court ordered
                investigation (ss) [Entry date 04/26/01]

4/30/01 (60)    ORDER denying [59-1] motion for Court ordered investigation
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                4/30/01) CCAP [EOD Date: 5/1/01] (ea) [Entry date 05/01/01]

```
Proceedings include all events.                                  PAW
0:00cv6087 Hicks v. Jenne, et al                        CLOSED APPEAL
                                                                 PAW
```

5/8/01  (61)   NOTICE of Vacation of Counsel Joel L. Shulman by EMSA, W.
               C. Davis, Ucker, Trevor Weathors, Cline, G. Pearson for
               dates of: 6/18/01 through 7/5/01 (ss)

5/14/01 (62)   MOTION by Barbara Hanson-Evans, Stanley Holmes for
               extension of time to respond to amended complaint (ss)
               [Entry date 05/15/01]

5/16/01 (63)   MOTION with memorandum in support by EMSA, W. C. Davis,
               Ucker, Trevor Weathors, Cline, Pearson, G. Pearson to
               dismiss amended complaint (ss) [Entry date 05/17/01]

5/16/01 (64)   RESPONSE by William M. Hicks to request to stay case
               pending his personal vacation (ss) [Entry date 05/17/01]

5/18/01 (65)   STIPULATION by Trevor Weathors for substitution of Joel
               Schulman as Counsel (ss) [Entry date 05/21/01]

5/23/01 (66)   ORDER granting [65-1] motion for substitution of counsel
               for defendant Trevor Weathers (Terminated: attorney Douglas
               Malcolm McIntosh for Trevor Weathors) (Signed by Judge
               Charlene H. Sorrentino on 5/23/01) CCAP [EOD Date: 5/24/01]
               (ea) [Entry date 05/24/01]

5/24/01 (67)   ORDER granting [62-1] motion for extension of time to
               respond to amended complaint; reset answer due for 6/29/01
               for Stanley Holmes, for Barbara Hanson-Evans (Signed by
               Magistrate Judge Charlene H. Sorrentino on 5/24/01) CCAP
               [EOD Date: 5/25/01] (ea) [Entry date 05/25/01]

5/31/01 (68)   RESPONSE by William M. Hicks to [63-1] motion to dismiss
               amended complaint (ss) [Entry date 06/01/01]

6/7/01  (69)   REPLY by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline,
               Pearson, G. Pearson in support of their [63-1] motion to
               dismiss amended complaint (ss) [Entry date 06/08/01]

6/25/01 (70)   ORDER denying [52-1] motion for discovery; the Sheriff's
               office is not a defendant. The plaintiff must seek
               discovery from the defendants throught their counsel
               (Signed by Magistrate Judge Charlene H. Sorrentino on
               6/25/01) [EOD Date: 6/26/01] (ea) [Entry date 06/26/01]

6/28/01 (71)   MOTION with memorandum in support by Barbara Hanson-Evans,
               Stanley Holmes to dismiss amended complaint, and to
               strike punitive damages (ss) [Entry date 06/29/01]

7/6/01  (72)   MOTION by William M. Hicks for extension of time to
               respond to motion to dismiss from Hanson-Evans and Holmes
               (ss) [Entry date 07/09/01]

7/6/01  (73)   SUPPLEMENTAL Supporting Evidence by William M. Hicks to be
               added to: [68-1] motion response (ss) [Entry date 07/09/01]

Proceedings include all events.                                              PAW
0:00cv6087 Hicks v. Jenne, et al                                    CLOSED APPEAL
                                                                             PAW

7/18/01  (74)    RESPONSE by William M. Hicks  to [71-1] motion to dismiss
                 amended complaint (wc) [Entry date 07/19/01]

7/25/01  (75)    ORDER granting [72-1] motion for extension of time to
                 respond to motion to dismiss from Hanson-Evans and Holmes;
                 the reply filed 7/18/01 is timely (Signed by Magistrate
                 Judge Charlene H. Sorrentino on 7/24/01) [EOD Date:
                 7/25/01] (ea)

7/26/01  (76)    REPLY Memorandum by Barbara Hanson-Evans, Stanley Holmes in
                 support of [71-1] motion to dismiss amended complaint,
                 [71-2] motion to strike punitive damages (ss)
                 [Entry date 07/27/01]

8/9/01   (77)    REPORT of Magistrate Judge Charlene H. Sorrentino
                 recommending that 1) as to the claims of confinement
                 without due process, and denial of access to the Courts,
                 the amended complaint be dismissed as to the defendants
                 Jenne and McCampbell, pursuant to 28 U.S.C. section
                 1915(e)(2)(B)(ii), for failure to state a claim upon which
                 relief may be granted; 2) the claim that corrections
                 officials failed to have inmate Beech prosecuted under
                 state criminal law for the attack upon inmate/plaintiff
                 Hicks be dismissed pursuant to 28 U.S.C. Section
                 1915(e)(2)(B)(ii); 3) the [49-1] motion to dismiss this
                 action for lack of prosecution be denied; 4) the [63-1]
                 motion to dismiss amended complaint by defendants EMSA,
                 Davis, Ucker, Weathers, Cline, Pearson, and G. Pearson be
                 denied; 5) the [71-1] motion to dismiss amended complaint
                 by defendants Hanson-Evans and Holmes be granted as to both
                 defendants on the claims of confinement without due
                 process, and denial of access to the Courts, and otherwise
                 be denied; 6) the [71-2] motion by defendants Hanson-Evans
                 and Holmes to strike the requests against them for punitive
                 damages, to the extent that they are being sued in their
                 official capacities be granted as to both defendants; 7)
                 the case remain pending solely on the plaintiff's medical
                 claims, as to the defendants EMS, Davis, Ucker, Weathers,
                 Cline, Pearson, and G. Pearson, Jenne, McCampbell,
                 Hanson-Evans, and Holmes; and on the plaintiff's claim of
                 endargerment, as to the defendants John Doe #1, John Doe
                 #2, Jenne, McCampbell, Hanson-Evans, and Holmes; and 8) the
                 defendants Bechard, Robinson, Locket, Garrison, Watson,
                 Schwartz, Roberts, Wimberly, Inphynet, Kevin J. RN, Poiter,
                 Corwin, and Parish, who were nambed in the initial
                 complaint, but not in the amended complaint, be dismissed
                 from the case. Motion no longer referred. Signed on: 8/9/02;
                  Objections to R and R due by 8/20/01 CCAP (ea)
                 [Entry date 08/10/01]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                    PAW
```

8/9/01   (78)   ORDER that the US Marshal shall forthwith, upon an
                expedited basis, attempt to serve: 1) a copy of the amended
                complaint and appropriate summons upon Ken Jenne, and Susan
                McCampbell (Signed by Magistrate Judge Charlene H.
                Sorrentino on 8/9/01) [EOD Date: 8/10/01] (ea)
                [Entry date 08/10/01]

8/10/01  (79)   SUMMONS(ES) issued for Ken Jenne (ea)

8/10/01  (80)   SUMMONS(ES) issued for Susan McCampbell (ea)

8/15/01  (81)   RETURN OF SERVICE executed for Ken Jenne on 8/14/01 Answer
                due on 9/4/01 for Ken Jenne (dp) [Entry date 08/16/01]

8/15/01  (82)   Return of service unexecuted as to Susan McCampbell (dp)
                [Entry date 08/16/01]

8/21/01  (83)   REPLY by William M. Hicks to [77-1] report and
                recommendations (ss) [Entry date 08/22/01]

8/24/01  (84)   OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                Cline, Pearson, G. Pearson to [77-1] report and
                recommendations (ss) [Entry date 08/27/01]

8/24/01  (85)   ORDER Adopting [77-1] report and recommendations;
                Dismissing claims of confinement without due process and
                denial of access to the courts as to Jenne and McCampbell;
                Dismissing claim that corrections officials failed to have
                inmate Beech prosecuted under state criminal law; Denying
                [49-1] motion to dismiss for lack of prosecution; Denying
                [63-1] motion to dismiss amended complaint; Granting [71-1]
                motion to dismiss amended complaint; Dismissing claims
                against Hanson-Evans and Holmes for confinement without due
                process and denial of access to the Courts; Granting [71-2]
                motion to strike punitive damages; Dismissing defendants
                Bechard, Robinson, Locket, Garrison, Watson, Schwartz,
                Roberts, Wimberly, Inphynet, Kevin J. RN, Pointer, Corwin
                and Parish from the action (Signed by Judge William P.
                Dimitrouleas on 8/24/01) [EOD Date: 8/27/01] CCAP (ss)
                [Entry date 08/27/01]

8/24/01  (86)   ORDER Overruling [84-1] objections (Signed by Judge William
                P. Dimitrouleas on 8/24/01) [EOD Date: 8/28/01] (ss)
                [Entry date 08/28/01]

8/27/01  (87)   MOTION by William M. Hicks for appointment of counsel (ss)
                [Entry date 08/28/01]

9/4/01   (88)   ANSWER/Defenses by Ken Jenne, Barbara Hanson Evans
                (Attorney Summer Marie Barranco) to amended complaint; jury
                demand (ss) [Entry date 09/05/01]

9/4/01   (89)   NOTICE of attorney appearance for Ken Jenne by Summer M.
                Barranco (ss) [Entry date 09/05/01]

Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                     PAW

9/5/01    (90)    MOTION by William M. Hicks to continue process of service
                  upon defendant Susan McCampbell (ss) [Entry date 09/06/01]

9/6/01    (91)    ANSWER and Affirmative Defenses by EMSA, W. C. Davis,
                  Ucker, Trevor Weathors, Cline, Pearson, G. Pearson to
                  amended complaint; jury demand (ss) [Entry date 09/07/01]

9/7/01    (92)    ORDER denying [87-1] motion for appointment of counsel
                  (Signed by Magistrate Judge Charlene H. Sorrentino on
                  9/6/01) [EOD Date: 9/10/01] (ea) [Entry date 09/10/01]

9/7/01    (93)    ORDER denying [90-1] motion to continue process of service
                  upon defendant Susan McCampbell; the Court cannot conduct
                  discovery for the plaintiff. It is his responsability to
                  provide and address for the defendant (Signed by Magistrate
                  Judge Charlene H. Sorrentino on 9/7/01) [EOD Date: 9/10/01]
                  (ea) [Entry date 09/10/01]

9/13/01   (94)    ORDER Scheduling Pretrial Proceedings When Plaintiff is
                  Proceeding Pro SE: setting discovery deadline for
                  11/16/01; all motions to join additional parties or amend
                  the pleadings shall be filed by 11/30/01; all motions to
                  dismiss and/or for summary judgment shall be filed by
                  12/2/01; the plaintiff shall file a pretrial statement on
                  or before 1/4/02; the defendants shall file a pretrial
                  statement on or before 1/15/02 (Signed by Magistrate Judge
                  Charlene H. Sorrentino on 9/11/01) [EOD Date: 9/14/01] (ea)
                  [Entry date 09/14/01]

9/13/01   (95)    MOTION by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes
                  to take deposition of a person confined in prison (ss)
                  [Entry date 09/14/01]

9/20/01   (96)    MOTION by William M. Hicks for Court's order to serve
                  subpoena (ss) [Entry date 09/21/01]

10/2/01   (97)    MOTION by William M. Hicks for court order to serve
                  witness subpoenas for depositions (ss) [Entry date 10/03/01]

10/3/01   (98)    MOTION by William M. Hicks for Court order to serve
                  witness subpoenas for depositions (ss) [Entry date 10/04/01]

10/5/01   (99)    MOTION by William M. Hicks for Court order to serve
                  witness subpoenas for depositions (ss) [Entry date 10/09/01]

10/10/01  (100)   MOTION by William M. Hicks for leave to file amended
                  complaint (ss) [Entry date 10/11/01]

10/12/01  (101)   OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [97-1] motion for court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                         CLOSED APPEAL
                                                                   PAW

10/12/01 (102)    OBJECTION by Ken Jenne, Barbara Hanson-Evans, Stanley
                  Holmes to [97-1] motion for Court order to serve witness
                  subpoenas for depositions, [98-1] motion for Court order to
                  serve witness subpoenas for depositions, [99-1] motion for
                  Court order to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/12/01 (103)    OBJECTION by Ken Jenne, Barbara Hanson-Evans, Stanley
                  Holmes to [100-1] motion for leave to file amended
                  complaint (ss) [Entry date 10/15/01]

10/12/01 (104)    OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [99-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/12/01 (105)    OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [99-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/12/01 (106)    OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [97-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/12/01 (107)    OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [97-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/23/01 (108)    MOTION by William M. Hicks for order to compel discovery (ss)
                  [Entry date 10/24/01]

10/23/01 (109)    RESPONSE by William M. Hicks to objection to [100-1] motion
                  for leave to file amended complaint (ss)
                  [Entry date 10/24/01]

10/30/01 (112)    MOTION by William M. Hicks for Court Order to rule in his
                  prior motion dated 9/18/01 (copy provided by Chambers) (ea)
                  [Entry date 11/14/01]

10/30/01 (113)    MOTION by William M. Hicks for Court Order to rule on his
                  prior motion dated 9/18/01 (ss) [Entry date 11/14/01]

11/2/01 (110)     RESPONSE by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes
                  to [108-1] motion for order to compel discovery and
                  CROSS-MOTION with memorandum in support for protective
                  order (ss) [Entry date 11/06/01]

11/5/01 (111)     MOTION by William M. Hicks compelling discovery (ss)
                  [Entry date 11/06/01]

Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                         CLOSED APPEAL
                                                                     PAW

11/14/01  114    ORDER granting [95-1] motion to take deposition of a person
                 confined in prison; denying [96-1] motion for Court's order
                 to serve subpoena; denying [97-1] motion for court order to
                 serve witness subpoenas for depositions; denying [98-1]
                 motion for Court order to serve witness subpoenas for
                 depositions;   denying [99-1] motion for Court order to
                 serve witness subpoenas for depositions; denying [100-1]
                 motion for leave to file amended complaint; granting
                 [108-1] motion for order to compel discovery, solely to the
                 extent provided in paragraph "5.a." of this Order and
                 otherwise denied; denying [111-1] motion compelling
                 discovery, except as provided in paragraph "5.a." of this
                 Order with respect to a current work address for McCampbell;
                  granting [110-2] motion for protective order, except as
                 provided in paragraph "5.a." of this Order with respect to
                 a current work address for McCampbell; granting [112-1]
                 motion for Court Order to rule in his prior motion dated
                 9/18/01 to the extent that he request for ruling on his
                 motion to subpoena medical records for a non-party and a
                 ruling on the motion is included in paragraph 2 of this Ord;
                  resetting discovery deadline for 12/17/01 ( Signed by
                 Magistrate Judge Charlene H. Sorrentino on 11/14/01) [EOD
                 Date: 11/15/01] (ea) [Entry date 11/15/01]

11/14/01  115    REPORT of Magistrate Judge Charlene H. Sorrentino Signed
                 on: 11/14/01 recommending that as to all claims against
                 defendants John Doe #1 (Elaudio Lattanzi) and John Doe #2
                 (Gary Hensley) the amended complaint in this case be
                 dismissed pursuant to 28 U.S.C. Section 1915(e)(2)(B)(i)
                 because the claims are frivolous, to the extent that the
                 plaintiff seeks money damages for the events alleged which
                 took place in April of 1996; Objections to R and R due by
                 11/26/01  CCAP (ea) [Entry date 11/15/01]

12/3/01   116    MOTION with memorandum in support by Ken Jenne, Barbara
                 Hanson-Evans, Stanley Holmes for summary judgment (ss)
                 [Entry date 12/04/01]

12/3/01   117    EMERGENCY MOTION by EMSA, W. C. Davis, Ucker, Trevor
                 Weathors, Cline, Pearson, G. Pearson for summary judgment
                 (ss) [Entry date 12/04/01]

12/5/01   118    NOTICE of filing depositions (of William Hicks) by EMSA, W.
                 C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G.
                 Pearson (ss) [Entry date 12/06/01]

12/5/01   119    MOTION by William M. Hicks for summary judgment (ss)
                 [Entry date 12/06/01]

12/6/01   120    MOTION by William M. Hicks for court to serve complaint (dp)
                 [Entry date 12/07/01]

```
Proceedings include all events.                                PAW
0:00cv6087 Hicks v. Jenne, et al                     CLOSED APPEAL
                                                               PAW
```

12/6/01  --    Motion(s) referred: [120-1] motion for court to serve
               complaint referred  to Magistrate Judge Charlene H.
               Sorrentino (dp) [Entry date 12/07/01]

12/7/01  121    ORDER Instructing Pro Se Plaintiff Concerning Response to
               Motion for Summary Judgment; Response to motion reset to
               1/14/02 for [116-1] motion for summary judgment (Signed by
               Magistrate Judge Charlene H. Sorrentino on 12/7/01) [EOD
               Date: 12/10/01] (ea) [Entry date 12/10/01]

12/7/01  122    ORDER Instructing Pro Se Plaintiff Concerning Response to
               Motion for Summary Judgment; Response to motion set to
               1/14/02 for [117-1] motion for summary judgment (Signed by
               Magistrate Judge Charlene H. Sorrentino on 12/7/01) [EOD
               Date: 12/10/01] (ea) [Entry date 12/10/01]

12/7/01  123   Notice of compliance: by Ken Jenne with [114-2] order (ss)
               [Entry date 12/10/01]

12/11/01 124   RESPONSE by EMSA, W. C. Davis, Ucker, Trevor Weathors,
               Cline, G. Pearson to [119-1] motion for summary judgment (ss)
               [Entry date 12/12/01]

12/11/01 125   MOTION by William M. Hicks for extension of time to
               respond to summary judgment motion(s) (ss)
               [Entry date 12/12/01]

12/17/01 126   RESPONSE by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes
               to [119-1] motion for summary judgment (ss)
               [Entry date 12/18/01]

12/17/01 127   RESPONSE by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes
               to [120-1] motion for court to serve complaint (ss)
               [Entry date 12/18/01]

12/18/01 128   ORDER Adopting [115-1] report and recommendations;
               Dismissing defendants John Doe #1 (Elaudio Lattanzi) and
               John Doe #2 (Gary Hensley) (Signed by Judge William P.
               Dimitrouleas on 12/18/01) [EOD Date: 12/19/01] CCAP (ss)
               [Entry date 12/19/01]

12/27/01 129   ORDER dismissing as moot [113-1] motion for Court Order to
               rule on his prior motion dated 9/18/01; denying [120-1]
               motion for court to serve complaint (Signed by Magistrate
               Judge Charlene H. Sorrentino on 12/27/01) [EOD Date:
               12/28/01] (ea) [Entry date 12/28/01]

12/27/01 130   REPORT of Magistrate Judge Charlene H. Sorrentino Signed
               on: 12/27/01 recommending that 1) as to the defendant
               McCampbell, the amended complaint (DE#53) be dismissed
               pursuant to Fed.R.Civ.P.(4)m; and 2) that as to McCampbell
               the case be closed. Objections to R and R by 1/6/02  CCAP
               (ea) [Entry date 12/28/01]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                      CLOSED APPEAL
                                                                   PAW
```

1/2/02  (131)  PRETRIAL Statement by William M. Hicks (ss)
                [Entry date 01/03/02]

1/3/02  (132)  ORDER granting [125-1] motion for extension of time to
               respond to summary judgment motion(s);Response to motion
               reset to 2/4/02 for [117-1] motion for summary judgment,
               reset to 2/4/02 for [116-1] motion for summary judgment
               (Signed by Magistrate Judge Charlene H. Sorrentino on
               1/3/02) [EOD Date: 1/4/02] (ea) [Entry date 01/04/02]

1/8/02  (133)  RESPONSE by William M. Hicks to reply to [119-1] motion for
               summary judgment (ss) [Entry date 01/09/02]

1/8/02  (133)  OBJECTION by William M. Hicks to [116-1] motion for summary
               judgment, [117-1] motion for summary judgment (ss)
               [Entry date 01/09/02]

1/8/02  (133)  OBJECTION by William M. Hicks to [130-1] report and
               recommendations (ss) [Entry date 01/09/02]

1/14/02 (134)  REPLY Memorandum by EMSA, W. C. Davis, Ucker, Trevor
               Weathors, Cline, Pearson, G. Pearson in support of [117-1]
               motion for summary judgment (ss) [Entry date 01/15/02]

1/14/02 (135)  PRE-TRIAL Statement by Ken Jenne, Barbara Hanson-Evans,
               Stanley Holmes (ss) [Entry date 01/15/02]

1/14/02 (136)  REPLY Memorandum by Ken Jenne, Barbara Hanson-Evans,
               Stanley Holmes in support of their [116-1] motion for
               summary judgment (ss) [Entry date 01/15/02]

1/15/02 (137)  PRETRIAL Statement by EMSA, W. C. Davis, Ucker, Trevor
               Weathors, Cline, Pearson, G. Pearson (ss)
               [Entry date 01/16/02]

2/25/02 (138)  MOTION by William M. Hicks for Court ordered medical
               treatment (ss) [Entry date 02/26/02]

2/28/02 (139)  ORDER denying [138-1] motion for Court ordered medical
               treatment; no specific facts alleged (Signed by Magistrate
               Judge Charlene H. Sorrentino on 2/28/02) [EOD Date: 3/1/02]
               (ea) [Entry date 03/01/02]

4/4/02  (140)  ORDER Adopting [130-1] report and recommendations;
               Overruling [133-1] objections; Dismissing with out
               prejudice defendant Susan McCampbell (Signed by Judge
               William P. Dimitrouleas on 4/4/02) [EOD Date: 4/5/02] CCAP
               (ss) [Entry date 04/05/02]

Proceedings include all events.                                                    PAW
0:00cv6087 Hicks v. Jenne, et al                                        CLOSED APPEAL
                                                                                    PAW

4/4/02    (141)    REPORT of Magistrate Judge Charlene H. Sorrentino
                   recommending that 1) as to the defendant McCampbell, the
                   plaintiff's claim of endangerment be dismissed pursuant to
                   28 U.S.C. Section 1915(e)(2)(B)(ii), and McCampbell, who
                   also is named in conjunction with the plaintiff's medical
                   claims, be dismissed from the case pursuant to Fed.R.Civ.P.
                   4(m); 2) the plaintiff's [119-1] motion for summary
                   judgment be DENIED; 3) the defendant's [116 1] motion for
                   summary judgment be GRANTED as to endangerment, and DENIED
                   as to medical indifference; 4) the defendants' [117-1]
                   motion for summary judgment be DENIED, and 5) the case
                   remain pending as to the defendants Jenne, Hanson-Evans,
                   Holmes, EMSA, Davis, Ueker, Weathers, Cline, Pearson, and
                   G. Pearson, as to the plaintiff's claim of medical
                   indifference. Motion no longer referred. Signed on: 4/4/02;
                   Objections to R and R due by 4/14/02 CCAP (ea)
                   [Entry date 04/05/02]

4/15/02   (142)    OBJECTIONS by Ken Jenne, Barbara Hanson-Evans, Stanley
                   Holmes to [141 1] report and recommendations (ss)
                   [Entry date 04/16/02]

4/15/02   (143)    ORDER Overruling [142-1] objections (Signed by Judge
                   William P. Dimitrouleas on 4/15/02) [EOD Date: 4/16/02] (ss)
                   [Entry date 04/16/02]

4/15/02   (150)    OBJECTION by William M. Hicks to [130-1] report and
                   recommendations, [141-1] report and recommendations (copy)
                   (docket per Judge) (ss) [Entry date 05/30/02]

4/16/02   (144)    OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                   Cline, Pearson, G. Pearson to [141-1] report and
                   recommendations (ss) [Entry date 04/17/02]

4/24/02   (145)    PETITION by William M. Hicks for application and
                   permission to appeal the final order dismissing the
                   defendant's John Does #1 and #2 (ss) [Entry date 04/25/02]

4/24/02   (146)    RESPONSE by William M. Hicks to [142-1] objections (ss)
                   [Entry date 04/25/02]

4/24/02   (147)    RESPONSE by William M. Hicks to [144-1] objection (ss)
                   [Entry date 04/25/02]

5/24/02   (148)    ORDER Vacating [143-1] order (Signed by Judge William P.
                   Dimitrouleas on 5/24/02) [EOD Date: 5/28/02] (ss)
                   [Entry date 05/28/02]

5/24/02   (149)    ORDER Denying [145-1] motion for application and permission
                   to appeal the final order dismissing the defendant's John
                   Does #1 and #2 (Signed by Judge William P. Dimitrouleas on
                   5/24/02) [EOD Date: 5/28/02] (ss) [Entry date 05/28/02]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                   PAW
```

5/30/02  (151)  ORDER Overruling [150-1] objections (Signed by Judge
                William P. Dimitrouleas on 5/30/02) [EOD Date: 5/31/02] (ss)
                [Entry date 05/31/02]

6/7/02   (152)  MOTION by William M. Hicks for clarification from Court on
                pending [148-1] order, [151-1] order (ss)
                [Entry date 06/10/02]

6/19/02  (153)  SUPPLEMENTAL NOTICE of filing volume II of plaintiff's
                deposition by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                Cline, Pearson, G. Pearson (ss) [Entry date 06/20/02]

6/25/02  (154)  FINAL JUDGMENT and ORDER Adopting in part [141-1] report
                and recommendations; Overruling [150-1] objections; Denying
                [119-1] motion for summary judgment; Granting [116-1]
                motion for summary judgment; Granting [117-1] motion for
                summary judgment; Denying [152-1] motion for clarification
                from Court on pending [148-1] order, [151-1] order; Closing
                Case (Signed by Judge William P. Dimitrouleas on 6/25/02)
                [EOD Date: 6/26/02] CCAP (ss) [Entry date 06/26/02]

6/25/02  --     CASE CLOSED. Case and Motions no longer referred to
                Magistrate. (ss) [Entry date 06/26/02]

6/25/02  (155)  OBJECTIONS by William M. Hicks to [153-1] supplemental
                notice (ss) [Entry date 06/26/02]

7/18/02  (156)  ORDER Overruling [155-1] objections (Signed by Judge
                William P. Dimitrouleas on 7/18/02) [EOD Date: 7/19/02] (ss)
                [Entry date 07/19/02]

7/23/02  (157)  MOTION by William M. Hicks for certificate of
                appealability (ss) [Entry date 07/24/02]

7/23/02  (158)  NOTICE OF APPEAL by William M. Hicks of [154-1] order  EOD
                Date: 6/26/02;  Filing Fee: $ NO FEE PAID;  Copies to USCA
                and Counsel of Record. (gf) [Entry date 07/24/02]

7/24/02  --     Certified copies of Notice of Appeal, Docket, and Order
                under appeal to USCA: [158-1] appeal  by William M. Hicks
                as to William M. Hicks (gf)

7/24/02  (159)  ORDER Denying [157-1] motion for certificate of
                appealability (Signed by Judge William P. Dimitrouleas on
                7/24/02) [EOD Date: 7/25/02] (ss) [Entry date 07/25/02]

8/2/02   --     NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 8/2/02as to William M. Hicks  Re: [158-1]
                appeal  by William M. Hicks  USCA NUMBER: 02-14055-C (dl)
                [Entry date 08/05/02]

8/9/02   (160)  AFFIDAVIT by William M. Hicks accompanying motion for
                permission to appeal in forma pauperis (ss)
                [Entry date 08/12/02]

Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                         CLOSED APPEAL
                                                                     PAW

8/9/02  161  TRANSCRIPT INFORMATION FORM by William M. Hicks re:
                    [158-1] appeal  by William M. Hicks  received on 8/12/02
                    from Court Reporter. (Returned to Court Reporter
                    Coordinator) (gf) [Entry date 08/13/02]

8/15/02 162  ORDER Granting [160-1] application accompanying motion for
                    permission to appeal in forma pauperis, as to filing fees
                    only (Signed by Judge William P. Dimitrouleas on 8/15/02)
                    [EOD Date: 8/16/02] (ss) [Entry date 08/16/02]

9/13/02 163  USCA appeal fees received as to William M. Hicks  Re:
                    [158-1] appeal   Filing Fee $ 105.00 Receipt # 526194 (gf)

11/18/02 164 Certificate of Readiness and Transmitted Record on Appeal
                    as to William M. Hicks transmitted to USCA Re: [158-1]
                    appeal  by William M. Hicks   USCA NUMBER: 02-14055-C (dl)

12/2/02  --  ACKNOWLEDGMENT of  receipt by U.S.C.A. of: Certifictae of
                    Readiness and Transmittal of Record of Appeal on 12/2/02;
                    U.S.C.A. # 02-14055-VV (dl) [Entry date 12/03/02]
                    [Edit date 12/03/02]

2/4/03  165  1st Supplemental Certificate of Readiness and Transmittal
                    of Supplemental Record on Appeal consisting of one (1)
                    volume of exhibits as to William M. Hicks transmitted to
                    USCA Re: [158-1] appeal by William M. Hicks USCA NUMBER:
                    02-14055-CC (gf)

2/12/03  --  ACKNOWLEDGMENT of  receipt by U.S.C.A. of: 1st Supplemental
                    Certificate of Readiness and Transmittal of Supplemental
                    Record on Appeal on 2/12/03; U.S.C.A. # 02-14055-CC (dl)
                    [Entry date 02/13/03]

8/19/03 166  MANDATE OF USCA (certified copy) [158-1] appeal affirming
                    judgment/order, in part, the grant of summary judgment as
                    to Hicks' failure-to-protect claim, and as to the denial of
                    medical care claim against the Sheriff's Defendants;
                    however, vacate, in part, the order of the summary
                    judgment [154-1] as it regards Hicks' claim of inadequate
                    medical care against the medical care against the Medical
                    Defendants; and remanding. Mandate Issued Date: 8/15/03;
                    USCA Appeal #: 02-14055-CC; Copy to Judge. (gf)
                    [Entry date 08/21/03]

8/19/03  --  Record on appeal returned from U.S. Court of Appeals:
                    [158-1] appeal  by William M. Hicks  USCA #: 02-14055-CC (gf)
                    [Entry date 08/21/03]

8/19/03  --  Magistrate identification: Magistrate Judge Patrick A.
                    White (gf) [Entry date 08/21/03]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                   PAW
```

8/27/03   167   ORDER Vacating [154-1] order; Reopening Case (Signed by
                       Judge William P. Dimitrouleas on 8/27/03) [EOD Date:
                       8/27/03] (ss)

8/27/03  --    Case reopened (ss)

8/27/03   167   ORDER REFERRING CASE to Magistrate Judge Patrick A. White
                       (Signed by Judge William P. Dimitrouleas on 8/27/03) CCAP
                       [EOD Date: 8/27/03] (ss)

8/28/03   168   MOTION by William M. Hicks to recover costs on appeal
                       (copy) (ss)

8/29/03   169   RESPONSE by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                       Cline to [168-1] motion to recover costs on appeal (ss)
                       [Entry date 09/02/03]

9/5/03    170   ORDER Denying [168-1] motion to recover costs on appeal
                       (Signed by Judge William P. Dimitrouleas on 9/5/03) [EOD
                       Date: 9/5/03] (ss)

9/8/03    171   MOTION by William M. Hicks for appointment of counsel (ss)
                       [Entry date 09/09/03]

9/8/03    172   MOTION by William M. Hicks for Appointment of Independant
                       Expert Witness (ss) [Entry date 09/09/03]

9/24/03   173   ORDER Denying [171-1] motion for appointment of counsel
                       (Signed by Judge William P. Dimitrouleas on 9/24/03) [EOD
                       Date: 9/25/03] (ss) [Entry date 09/25/03]

9/24/03   174   ORDER Denying [172-1] motion for appointment of independant
                       expert witness (Signed by Judge William P. Dimitrouleas on
                       9/24/03) [EOD Date: 9/25/03] (ss) [Entry date 09/25/03]

10/30/03  175  MOTION by William M. Hicks for status of case (ss)

10/30/03 175   NOTICE of Change of Address of Party by William M. Hicks (ss)

12/2/03   176  ORDER setting Jury trial set for 7/5/04; Calendar call set
                       for 10:00 7/2/04; Discovery cutoff 4/9/04; Deadline for
                       filing of all motions by 4/23/04; Pretrial Stipulation due
                       on or before 6/18/04 (Signed by Judge William P.
                       Dimitrouleas on 12/2/03) [EOD Date: 12/3/03] CCAP (ss)
                       [Entry date 12/03/03]

12/2/03  176   ORDER REFERRING DISCOVERY MATTERS to Magistrate Judge
                       Patrick A. White (Signed by Judge William P. Dimitrouleas
                       on 12/2/03) CCAP [EOD Date: 12/3/03] (ss)
                       [Entry date 12/03/03]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                        CLOSED APPEAL
                                                                   PAW
```

12/18/03  177   MOTION by William M. Hicks for subpoena duces tecum served
                upon Department of Correction Medical, and transport order
                to take plaintiff to unbiased hospital for x-rays and
                examinations , and RENEWED REQUEST for appointment of
                counsel (hd) [Entry date 12/19/03]

12/30/03  178   NOTICE of Change of Address of party by William M. Hicks (wc)
                [Entry date 12/31/03]

12/30/03  179   ORDER granting [175-1] motion for status of case ( Signed
                by Magistrate Judge Patrick A. White on 12/30/03) [EOD
                Date: 12/31/03] (hd) [Entry date 12/31/03]

1/6/04    180   RESPONSE by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                Cline in opposition to [177-1] motion for subpoena duces
                tecum served upon Department of Correction Medical, and
                transport order to take plaintiff to unbiased hospital for
                x-rays and examinations, [177-2] renewed request for
                appointment of counsel (ss) [Entry date 01/07/04]

1/21/04   181   REPLY by William M. Hicks  to response to [177-1] motion
                for subpoena duces tecum served upon Department of
                Correction Medical, and transport order to take plaintiff
                to unbiased hospital for x-rays and examinations, [177-2]
                motion for appointment of counsel (dg) [Entry date 01/22/04]

2/3/04    182   NOTICE of inquiry by William M. Hicks (lk)
                [Entry date 02/04/04]

2/18/04   183   ORDER Denying [177-1] motion for subpoena duces tecum
                served upon Department of Correction Medical, and transport
                order to take plaintiff to unbiased hospital for x-rays and
                examinations, Denying [177-2] motion for appointment of
                counsel (Signed by Judge William P. Dimitrouleas on
                2/18/04) [EOD Date: 2/19/04] (ss) [Entry date 02/19/04]

2/18/04   184   MOTION by EMSA, Ucker, Cline, W. C. Davis, Trevor Weathors,
                G. Pearson, Pearson (Attorney Richard Thomas Woulfe, Gregg
                Alan Toomey) for extension of time to respond to
                plaintiff's discovery (ss) [Entry date 02/19/04]

2/24/04   185   MOTION by William M. Hicks for Court Order served on Ken
                Jenne, Sheriff to provide photograph's of North Broward
                detention center recreation yard (gp) [Entry date 02/25/04]

2/24/04   --    Motion(s) referred: [185-1] motion for Court Order served
                on Ken Jenne, Sheriff to provide photograph's of North
                Broward detention center recreation yard referred  to
                Magistrate Judge Patrick A. White (gp) [Entry date 02/25/04]

2/24/04   186   NOTICE of Inquiry requesting copies of forms (request sent
                to Intake) by William M. Hicks (gp) [Entry date 02/25/04]

```
Docket as of February 25, 2005 10:56 am                 Page 24
```

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                   PAW
```

2/24/04  (187)   RESPONSE by William M. Hicks  to [184-1] motion for
                 extension of time to respond to plaintiff's discovery (gp)
                 [Entry date 02/25/04]

3/1/04   (188)   OBJECTIONS by William M. Hicks to [183-1] denial order
                 dated 2/18/04 (wc) [Entry date 03/02/04]

3/1/04   (189)   MOTION by William M. Hicks for writ habeas corpus ad
                 testificandum (wc) [Entry date 03/02/04]

3/1/04    - -    Motion(s) referred: [189-1] motion for writ habeas corpus
                 ad testificandum referred to Magistrate Judge Patrick A.
                 White (wc) [Entry date 03/02/04]

3/1/04   (190)   MOTION/CONSENT to Jury Trial by Magistrate Judge White by
                 William M. Hicks (wc) [Entry date 03/02/04]

3/4/04   (191)   ORDER Overruling [188-1] objections; Response to motion
                 consenting to jury trial by Magistrate P.A. White due by
                 3/19/04 (Signed by Judge William P. Dimitrouleas on 3/4/04)
                 [EOD Date: 3/5/04] (ss) [Entry date 03/05/04]

3/5/04   (192)   ORDER Granting substitution of Richard Woulfe as counsel:
                 Substituting Richard Woulfe as Attorney for Dr. W.C.
                 Davis, Dr. Uecker, Dr. Trevor Weathers, Dr. Cline, Dr.
                 Pearson, Dr. G. Pearson and Emergency Medical Services
                 Associates (Signed by Judge William P. Dimitrouleas on
                 3/5/04) [EOD Date: 3/8/04] (ss) [Entry date 03/08/04]

3/9/04   (193)   MOTION by EMSA, Ucker, Cline, W. C. Davis, Trevor Weathors,
                 G. Pearson, Pearson to be excused from portion of the
                 trial docket (ss) [Entry date 03/10/04]

3/9/04   (194)   NOTICE of attorney appearance for W. C. Davis, Ucker,
                 Trevor Weathors, Cline, Pearson, G. Pearson, EMSA by
                 Richard T. Woulfe, Gregg A. Toomey (ss)
                 [Entry date 03/10/04]

3/11/04  (195)   ORDER Denying as moot [193-1] motion to be excused from
                 portion of the trial docket; Reset scheduling order
                 deadlines: Jury Trial set for 7/12/04; Calendar Call set
                 for 8:45 7/6/04 (Signed Judge William P. Dimitrouleas on
                 3/11/04) [EOD Date: 3/12/04] (ss) [Entry date 03/12/04]

3/11/04  (196)   ORDER on PENDING MOTIONS granting [184-1] motion for
                 extension of time to respond to plaintiff's discovery,
                 denying [185-1] motion for Court Order served on Ken Jenne,
                 Sheriff to provide photograph's of North Broward detention
                 center recreation yard granting [189-1] motion for writ
                 habeas corpus ad testificandum granting [186-1] notice of
                 inquiry, which is in legal effect a motion for subpoenas,
                 and for information (Signed by Magistrate Judge Patrick A.
                 White on 3/10/04) [EOD Date: 3/12/04] (gp)
                 [Entry date 03/12/04]

```
Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                     PAW
```

3/16/04   197    MOTION by EMSA, Craig Uecker, Cline, W. C. Davis, Trevor
                 Weathors, G. Pearson, Pearson to amend style (ss)
                 [Entry date 03/17/04]

3/19/04   198    RESPONSE by EMSA, W. C. Davis, Craig Uecker, Trevor
                 Weathors, Cline, G. Pearson, Pearson  to motion consenting
                 to jury trial (ch)

3/19/04   199    Notice of compliance with request for admissions, request
                 for production and interrogatories by EMSA, W. C. Davis,
                 Craig Uecker, Trevor Weathors, Cline, G. Pearson, Pearson
                 with (ch)

3/23/04   200    MOTION by EMSA, Craig Uecker, Cline, W. C. Davis, Trevor
                 Weathors, G. Pearson, Pearson to be excused from portion
                 of the trial docket (ss) [Entry date 03/24/04]

3/24/04   201    NOTICE by EMSA, Craig Uecker, Cline, W. C. Davis, Trevor
                 Weathors, G. Pearson, Pearson to take deposition duces
                 tecum of Dr. Charles Russo/Dr. Jeffrey Elliot 3/30/04 at
                 10:00 (ss) [Entry date 03/25/04]

3/24/04   202    ORDER Granting [200-1] motion to be excused from portion of
                 the trial docket (Signed by Judge William P. Dimitrouleas
                 on 3/24/04) (EOD Date: 3/25/04] (ss) [Entry date 03/25/04]

3/25/04   203    RESPONSE/OBJECTIONS by William M. Hicks to [200-1] motion
                 to be excused from portion of the trial docket (gp)
                 [Entry date 03/26/04]

3/25/04   204    MOTION by William M. Hicks  for a Court Order for third
                 party to enter Broward County Jail to take photographs of
                 recreation yard (gp) [Entry date 03/26/04]

3/25/04   --     Motion(s) referred: [204-1] motion for a Court Order for
                 third party to enter Broward County Jail to take
                 photographs of recreation yard referred  to Magistrate
                 Judge Patrick A. White (gp) [Entry date 03/26/04]

3/25/04   205    NOTICE to Court of inappropriate actions by now acting
                 defense counsel by William M. Hicks (gp)
                 [Entry date 03/26/04]

3/26/04   206    SUPPLEMENTAL MOTION by William M. Hicks to add exhibits to
                 plaintiffs notice to court of inappropriate actions by now
                 acting defense counsel(s) (with attached exhibits) (sp)
                 [Entry date 03/29/04]

3/30/04   207    NOTICE of by EMSA, W. C. Davis, Craig Uecker, Trevor
                 Weathors, Cline (jl)

3/30/04   207    RE-NOTICE of Compliance by EMSA, W. C. Davis, Craig Uecker,
                 Trevor Weathors, Cline,Dr. G. Pearson and Dr. S. Pearson (jl)

Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                           CLOSED APPEAL
                                                                   PAW

3/30/04  (208)  AMENDED ORDER Granting [200-1] motion to be excused from
                portion of the trial docket (Signed by Judge William P.
                Dimitrouleas on 3/30/04) [EOD Date: 3/31/04] (ss)
                [Entry date 03/31/04]

3/31/04  (209)  SECOND RE-NOTICE of compliance: by EMSA, W. C. Davis,
                Cline, Trevor Weathors, G. Pearson, Pearson with
                plaintiff's request for admissions, request for production
                and interrogatories dated 1/20/04 (lk)

3/31/04  (210)  OMNIBUS ORDER Denying [204-1] motion for a Court Order for
                third party to enter Broward County Jail to take
                photographs of recreation yard; Denying motion to strike
                defendant's discovery request; Granting [197-1] motion to
                amend style (Signed by Judge William P. Dimitrouleas on
                3/31/04) [EOD Date: 4/1/04] (ss) [Entry date 04/01/04]

3/31/04  (211)  MOTION by William M. Hicks to extend time to file past
                April Deadline for Discovery and Objections to Defense
                Counsel's second motion to be excused from portions of
                trial docket (gp) [Entry date 04/01/04]

3/31/04   --    Motion(s) referred: [211-1] motion to extend time to file
                past April Deadline for Discovery and Objections to Defense
                Counsel's second motion to be excused from portions of
                trial docket referred  to Magistrate Judge Patrick A. White
                (gp) [Entry date 04/01/04]

3/31/04  (212)  MOTION by William M. Hicks  for Court to issue and order
                for US Marshal to serve subpoenas for trial (gp)
                [Entry date 04/01/04]

4/2/04   (213)  ORDER granting [197-1] motion to amend style denying
                [204-1] motion for a Court Order for third party to enter
                Broward County Jail to take photographs of recreation yard
                denying [205-1] notice/motion for sanctions granting
                [206-1] motion to add exhibits to plaintiffs notice to
                court of inappropriate actions by now acting defense
                counsel(s) ( Signed by Magistrate Judge Patrick A. White on
                3/31/04) [EOD Date: 4/5/04] (gp) [Entry date 04/05/04]

4/6/04   (214)  DESIGNATION of trial experts by W. C. Davis, Craig Uecker,
                Trevor Weathors, Cline, Pearson, G. Pearson, EMSA (ss)
                [Entry date 04/07/04]

4/6/04   (215)  MOTION by William M. Hicks  to explain when actual trial
                starts (gp) [Entry date 04/07/04]

4/6/04    --    Motion(s) referred: [215-1] motion to explain when actual
                trial starts referred  to Magistrate Judge Patrick A. White
                (gp) [Entry date 04/07/04]

Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                   PAW

4/6/04    216    MOTION by William M. Hicks  for Court to Order Defendant's
                         to provide discovery request that was Order by Court (gp)
                         [Entry date 04/07/04]

4/6/04    --             Motion(s) referred: [216-1] motion for Court to Order
                         Defendant's to provide discovery request that was Order by
                         Court referred  to Magistrate Judge Patrick A. White (gp)
                         [Entry date 04/07/04]

4/9/04    217    MOTION with memorandum in support by W. C. Davis, Craig
                         Uecker, Trevor Weathors, Cline, Pearson, G. Pearson, EMSA
                         to compel release of records (ss) [Entry date 04/12/04]

4/9/04    --             Motion(s) referred: [217-1] motion to compel release of
                         records referred to Magistrate Judge Patrick A. White (ss)
                         [Entry date 04/12/04]

4/14/04   218    RESPONSE by William M. Hicks  in opposition to [210-1]
                         order re: discovery (gp) [Entry date 04/15/04]

4/14/04   219    ORDER on PENDING MOTIONS denying [211-1] motion to extend
                         time to file past April Deadline for Discovery and
                         Objections to Defense Counsel's second motion to be excused
                         from portions of trial docket, denying [212-1] motion for
                         Court to issue and order for US Marshal to serve subpoenas
                         for trial, dismissing [216-1] motion for Court to Order
                         Defendant's to provide discovery request that was Order by
                         Court, denying [217-1] motion to compel release of records.
                         **Please see order for further details (Signed by
                         Magistrate Judge Patrick A. White on 4/14/04) [EOD Date:
                         4/15/04] (gp) [Entry date 04/15/04]

4/26/04   220    MOTION by EMSA, Craig Uecker, Cline, W. C. Davis, Trevor
                         Weathors, G. Pearson, Pearson to extend the summary
                         judgment deadline (ss)

4/27/04   221    OBJECTIONS by William M. Hicks  to Pretrial Order (wc)
                         [Entry date 04/28/04]

4/27/04   221            MOTION by William M. Hicks to defer all pretrial matters
                         till prior to trial in open court (wc) [Entry date 04/28/04]

4/27/04   --             Motion(s) referred: [221-1] motion to defer all pretrial
                         matters till prior to trial in open court referred  to
                         Magistrate Judge Patrick A. White (wc) [Entry date 04/28/04]

4/27/04   222    MOTION by William M. Hicks in limine to exclude his
                         criminal charges from jury trial (wc) [Entry date 04/28/04]

4/27/04   --             Motion(s) referred: [222-1] motion in limine to exclude his
                         criminal charges from jury trial referred  to Magistrate
                         Judge Patrick A. White (wc) [Entry date 04/28/04]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                         CLOSED APPEAL
                                                                   PAW
```

4/27/04  223    MOTION by William M. Hicks for Court's help in obtaining medical files that appear to be sealed by DOC medical records at Lake Correctional Institution (wc) [Entry date 04/28/04]

4/27/04      Motion(s) referred: [223-1] motion for Court's help in obtaining medical files that appear to be sealed by DOC medical records at Lake Correctional Institution referred to Magistrate Judge Patrick A. White (wc) [Entry date 04/28/04]

4/27/04  224    MOTION by William M. Hicks to compel responses to request for admissions served on Dr. Glenn Pearson, DDS (wc) [Entry date 04/28/04]

4/27/04      Motion(s) referred: [224-1] motion to compel responses to request for admissions served on Dr. Glenn Pearson, DDS referred  to Magistrate Judge Patrick A. White (wc) [Entry date 04/28/04]

4/29/04  225    RESPONSE by W. C. Davis, Craig Uecker, Trevor Weathors, Cline, G. Pearson, Pearson, EMSA to motion to compel responses to request for admissions, interrogatories and request for production (ss) [Entry date 04/30/04]

4/29/04  226    MOTION with memorandum in support by W. C. Davis, Craig Uecker, Trevor Weathors, Cline, G. Pearson, Pearson, EMSA for summary judgment (ss) [Entry date 04/30/04]

4/29/04  227    ORDER granting [220-1] motion to extend the summary judgment deadline Deferring ruling by the Honorable William P. Dimitrouleas  [221-1] motion to defer all pretrial matters till prior to trial in open court Deferring ruling by the Honorable William P. Dimitrouleas [222-1] motion in limine to exclude his criminal charges from jury trial denying [223-1] motion for Court's help in obtaining medical files that appear to be sealed by DOC medical records at Lake Correctional Institution, denying [224-1] motion to compel responses to request for admissions served on Dr. Glenn Pearson, DDS (Signed by Magistrate Judge Patrick A. White on 4/29/04) [EOD Date: 4/30/04] (gp) [Entry date 04/30/04]

5/3/04  228    Notice of compliance: by EMSA, Craig Uecker, Cline, W. C. Davis, Trevor Weathors, G. Pearson, Pearson  with request for records and copy of Dr. Charles Russo/Dr. Jeffrey Elliot under certificate dated 4/1/04 and request for admissions to Dr. Glen Pearsons numbered 1-6 (kw)

5/5/04  229    RE-MOTION by William M. Hicks to extend time for discovery past 4/9/04 deadline and continued objections to the pretrial schedule (wc) [Entry date 05/06/04]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                        CLOSED APPEAL
                                                                    PAW
```

5/5/04        Motion(s) referred: [229-1] motion to extend time for
              discovery past 4/9/04 deadline and continued objections to
              the pretrial schedule referred to Magistrate Judge Patrick
              A. White (wc) [Entry date 05/06/04]

5/11/04  RESPONSE by W. C. Davis, Craig Uecker, Trevor Weathors,
              Cline, Pearson, G. Pearson, EMSA to objections to pretrial
              order, [221-1] motion to defer all pretrial matters till
              prior to trial in open court, [222-1] motion in limine to
              exclude his charges from jury trial, [223-1] motion for
              Court's help in obtaining medical files that appear to be
              sealed by DOC medical records at Lake Correctional
              Institution (ss) [Entry date 05/12/04]

5/13/04  ORDER ON PENDING MOTION AND SECOND ORDER OF INSTRUCTIONS TO
              PRO SE PLAINTIFF REGARDING A RESPONSE TO MOTION FOR SUMMARY
              JUDGMENT, denying [229-1] motion to extend time for
              discovery past 4/9/04 deadline and continued objections to
              the pretrial schedule ( Signed by Magistrate Judge Patrick
              A. White on 5/12/04) [EOD Date: 5/14/04] (wc)
              [Entry date 05/14/04]

5/28/04  ORDER deferring until calendar call [222-1] motion in
              limine to exclude his criminal charges from jury trial,
              denying [221-1] motion to defer all pretrial matters till
              prior to trial in open court, granting [215-1] motion to
              explain when actual trial starts. Plaintiff's objections to
              pretrial order are overuled. ( Signed by Judge William P.
              Dimitrouleas on [EOD Date: 6/1/04] (jl)
              [Entry date 06/01/04]

6/4/04  NOTICE motion is at issue by W. C. Davis, Craig Uecker,
              Trevor Weathors, Cline, Pearson, G. Pearson, EMSA re:
              [226-1] motion for summary judgment (ss)
              [Entry date 06/07/04]

6/4/04  RESPONSE by William M. Hicks to [226-1] motion for summary
              judgment (gp) [Entry date 06/07/04]

6/4/04  MOTION by William M. Hicks for court Order to have copies
              of Exhibits (gp) [Entry date 06/07/04]

6/7/04  REPLY Memorandum by W. C. Davis, Craig Uecker, Trevor
              Weathors, Cline, Pearson, G. Pearson, EMSA regarding their
              [226-1] motion summary judgment (ss) [Entry date 06/08/04]

6/7/04  NOTICE of filing medical records by W. C. Davis, Craig
              Uecker, Trevor Weathors, Cline, Pearson, G. Pearson, EMSA
              (ss) [Entry date 06/08/04]

6/9/04  ORDER granting [235-1] motion for court Order to have
              copies of Exhibits. **Please see order for further details.
              (Signed by Magistrate Judge Patrick A. White on 6/9/04)
              [EOD Date: 6/10/04] (gp) [Entry date 06/10/04]

Proceedings include all events.                                        PAW
0:00cv6087 Hicks v. Jenne, et al                         CLOSED APPEAL
                                                                       PAW

6/16/04 (239)  REPORT AND RECOMMENDATIONS  of Magistrate Judge Patrick A.
               White  recommending that [226-1] motion for summary
               judgment be DENIED. Motion no longer referred.  Signed on:
               6/17/04 Objections to R and R due by 6/28/04  CCAP (wc)

6/18/04 (240)  PRETRIAL Statement by W. C. Davis, Craig Uecker, Trevor
               Weathors, Cline, Pearson, G. Pearson, EMSA pursuant to:
               [176-1] Scheduling order (ss) [Entry date 06/21/04]

6/18/04 (241)  MOTION by William M. Hicks to strike [236-1] reply
               memorandum (wc) [Entry date 06/21/04]

6/18/04  --    Motion(s) referred: [241-1] motion to strike [236-1] reply
               memorandum referred  to Magistrate Judge Patrick A. White
               (wc) [Entry date 06/21/04]

6/22/04 (242)  AMENDED MOTION by EMSA, Craig Uecker, Cline, W. C. Davis,
               Trevor Weathors, G. Pearson, Pearson to be excused from a
               portion of the trial docket; referring to [200-1] motion
               to be excused from portion of the trial docket (ss)
               [Entry date 06/23/04]

6/22/04 (243)  SUPPLEMENTAL Witness and Exhibit Lists by W. C. Davis,
               Craig Uecker, Trevor Weathors, Cline, Pearson, G. Pearson,
               EMSA (ss) [Entry date 06/23/04]

6/24/04 (244)  ORDER Denying without prejudice [242-1] amended motion to
               be excused from a portion of the trial docket (Signed by
               Judge William P. Dimitrouleas on 6/24/04) [EOD Date:
               6/25/04] (ss) [Entry date 06/25/04]

6/25/04 (245)  MOTION by EMSA, W. C. Davis, Craig Uecker, Cline, G.
               Pearson, Pearson, Trevor Weathors (Attorney ) to extend
               time to file objections to report of Magistrate Judge dated
               6/17/04 (ch)

6/25/04 (246)  ORDER Granting [245-1] motion for extension of time to file
               objections to the report of Magistrate Judge dated 6/17/04
               (Signed by Judge William P. Dimitrouleas on 6/25/04) [EOD
               Date: 6/28/04] (ss) [Entry date 06/28/04]

6/29/04 (247)  ORDER Denying [241-1] motion to strike [236-1] reply
               memorandum (Signed by Judge William P. Dimitrouleas on
               6/29/04) [EOD Date: 6/30/04] (ss) [Entry date 06/30/04]

6/30/04 (248)  Proposed Voir dire questions by William M. Hicks (mh)
               [Entry date 07/01/04]

7/1/04 (249)   NOTICE of Being Denied Copying by William M. Hicks (wc)
               [Entry date 07/02/04]

7/1/04 (250)   Pretrial Statement  by William M. Hicks (wc)
               [Entry date 07/02/04]

Docket as of February 25, 2005 10:56 am                Page 31

Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                        CLOSED APPEAL
                                                                   PAW

7/1/04   251   MOTION by William M. Hicks for contempt of Court
               proceedings (wc) [Entry date 07/02/04]

7/1/04   --    Motion(s) referred: [251-1] motion for contempt of Court
               proceedings referred  to Magistrate Judge Patrick A. White
               (wc) [Entry date 07/02/04]

7/2/04   252   MOTION by W. C. Davis, Craig Uecker, Trevor Weathors,
               Cline, G. Pearson, Pearson, EMSA to compel release of
               records (lk)

7/2/04   253   SECOND SUPPLEMENTAL Exhibit and Witness List by W. C.
               Davis, Craig Uecker, Trevor Weathors, Cline, G. Pearson,
               EMSA (lk)

7/2/04   254   WRIT of Habeas Corpus ad testificandum (Signed by Judge
               William P. Dimitrouleas on 7/2/04) [EOD Date: 7/6/04] CCAP
               (ss [Entry date 07/06/04]

7/2/04   255   OBJECTION by W. C. Davis, Craig Uecker, Trevor Weathors,
               Cline, Pearson, G. Pearson, EMSA to [239-1] report and
               recommendations (ss) [Entry date 07/06/04]

7/6/04   256   Minutes of Calendar Call held before Judge William P.
               Dimitrouleas on 7/6/04; Calendar Call 7/8/04 at 8:45; Court
               Reporter Name or Tape #: B. Ryckoff (ss)
               [Entry date 07/07/04]

7/6/04   257   WRIT of Habeas Corpus ad prosequendum (Signed by Judge
               William P. Dimitrouleas on 7/6/04) [EOD Date: 7/7/04] CCAP
               (ss) [Entry date 07/07/04]

7/6/04   258   ORDER Adopting [239-1] report and recommendations;
               Overruling [255-1] objections; Denying [226-1] motion for
               summary judgment (Signed by Judge William P. Dimitrouleas
               on 7/6/04) [EOD Date: 7/7/04] CCAP (ss)
               [Entry date 07/07/04]

7/8/04   259   Minutes of Calendar Call held before Judge William P.
               Dimitrouleas on 7/8/04; Trial 7/14/04 at 9:00; Court
               Reporter Name or Tape #: B. Ryckoff (ss)
               [Entry date 07/09/04]

7/8/04   --    Calendar call held before Judge William P. Dimitrouleas (ss)
               [Entry date 07/09/04]

7/8/04   260   OMNIBUS ORDER Denying [222-1] motion in limine to exclude
               his criminal charges from jury trial; Denying without
               prejudice [251-1] motion for contempt of Court proceedings;
               [252-1] motion to compel release of records Defers Ruling
               (Signed by Judge William P. Dimitrouleas on 7/8/04) [EOD
               Date: 7/9/04] (ss) [Entry date 07/09/04]

```
Proceedings include all events.                                  PAW
0:00cv6087 Hicks v. Jenne, et al                       CLOSED APPEAL
                                                                 PAW
```

7/8/04   (261)   WRIT of Habeas Corpus ad prosequendum (Signed by Judge
                 William P. Dimitrouleas on 7/8/04) [EOD Date: 7/9/04] CCAP
                 (ss) [Entry date 07/09/04]

7/8/04   (262)   NOTICE to preserve unconditional acts by Lake Correctional
                 Institution by denying copying services by William M. Hicks
                 (wc) [Entry date 07/09/04]

7/13/04  (263)   WRIT of Habeas Corpus ad prosequendum (Signed by Judge
                 William P. Dimitrouleas on 7/13/04) [EOD Date: 7/14/04]
                 CCAP (ss) [Entry date 07/14/04]

7/14/04  (264)   Court's Jury instructions (ch)

7/19/04  (265)   Minutes of civil jury selection & trial, day 1 held before
                 Judge William P. Dimitrouleas on 7/19/04; Jury voir dire.
                 Jury selected and sworn. Court Reporter Name or Tape #: Bob
                 Ryckoff (ch) [Entry date 07/20/04]

7/19/04  --      Jury trial held day 1 before Judge William P. Dimitrouleas
                 (ch) [Entry date 07/20/04]

7/20/04  --      Jury trial held day #2 before Judge William P. Dimitrouleas
                 (ch) [Entry date 07/21/04]

7/20/04  (266)   Minutes of trial day #2 held before Judge William P.
                 Dimitrouleas on 7/20/04; Trial continued to 7/21/04 at 9:30
                 am. Court Reporter Name or Tape #: B. Ryckoff (ch)
                 [Entry date 07/21/04]

7/21/04  --      Jury trial held day #3 before Judge William P.
                 Dimitrouleas (ch) [Entry date 07/22/04]

7/21/04  (267)   Minutes of jury trial day #3 held before Judge William P.
                 Dimitrouleas on 7/21/04; Jury trial continue to 7/22/04 at
                 9:45 am. Court Reporter Name or Tape #: B. Ryckoff (ch)
                 [Entry date 07/22/04]

7/22/04  --      Jury trial held before Judge William P. Dimitrouleas (ss)
                 [Entry date 07/26/04]

7/23/04  (268)   Minutes of Trial Day #4 held before Judge William P.
                 Dimitrouleas on 7/22/04; Trial 8/2/04 at 9:30; Court
                 Reporter Name or Tape #: B. Ryckoff (ss)
                 [Entry date 07/26/04]

7/26/04  (269)   WRIT of Habeas Corpus ad prosequendum (Signed by Judge
                 William P. Dimitrouleas on 7/23/04) [EOD Date: 7/27/04]
                 CCAP (ss) [Entry date 07/27/04]

8/2/04   --      Jury trial held before Judge William P. Dimitrouleas (ss)
                 [Entry date 08/04/04]

Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                        CLOSED APPEAL
                                                                   PAW

8/3/04    (270)   Minutes of Trial Day #5 held before Judge William P.
                  Dimitrouleas on 8/2/04; Trial 8/3/04 at 9:00; Court
                  Reporter Name or Tape #: B. Ryckoff (ss)
                  [Entry date 08/04/04]

8/3/04    (271)   Minutes of Trial Day #6 held before Judge William P.
                  Dimitrouleas on 8/3/04; Court Reporter Name or Tape #: B.
                  Ryckoff (ss) [Entry date 08/04/04]

8/3/04    --      Jury trial held before Judge William P. Dimitrouleas (ss)
                  [Entry date 08/04/04]

8/3/04    (272)   Exhibit and Witness List (ss) [Entry date 08/04/04]

8/3/04    (273)   Release of exhibits: by EMSA, W. C. Davis, Craig Uecker,
                  Trevor Weathors, Cline, G. Pearson, Pearson (ss)
                  [Entry date 08/04/04]

8/3/04    (274)   Release of exhibits: by William M. Hicks (ss)
                  [Entry date 08/04/04]

8/4/04    (275)   FINAL JUDGMENT for W. C. Davis, Craig Uecker, Trevor
                  Weathors, Cline, Pearson, G. Pearson, EMSA against William
                  M. Hicks; Granting oral motion for judgment as a matter of
                  law; Denying as moot [252-1] motion to compel release of
                  records; Closing Case (Signed by Judge William P.
                  Dimitrouleas on 8/4/04) [EOD Date: 8/5/04] (ss)
                  [Entry date 08/05/04]

8/4/04    --      CASE CLOSED. Case and Motions no longer referred to
                  Magistrate. (ss) [Entry date 08/05/04]

8/12/04   (276)   MOTION by William M. Hicks for new trial (tb)
                  [Entry date 08/13/04]

8/25/04   (277)   NOTICE of inquiry (docket sheet mailed out ) by William M.
                  Hicks (tb) [Entry date 08/27/04]

9/1/04    (278)   RESPONSE by W. C. Davis, Craig Uecker, Trevor Weathors,
                  Cline, Pearson, G. Pearson, EMSA to [276-1] motion for new
                  trial (ss) [Entry date 09/07/04]

9/21/04   (279)   TRAVERSE REPLY by William M. Hicks to response to [276-1]
                  Rule 59 and 60(b) motion for new trial (wc)
                  [Entry date 09/22/04]

11/4/04   (280)   ORDER Denying [276-1] Rule 59 and 60 motion for new trial
                  (Signed by Judge William P. Dimitrouleas on 11/4/04) [EOD
                  Date: 11/5/04] (ss) [Entry date 11/05/04]

11/10/04  (281)   NOTICE of Change of Address of plaintiff and status of case
                  by William M. Hicks (dg) [Entry date 11/12/04]
                  [Edit date 11/12/04]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                        CLOSED APPEAL
                                                                   PAW
```

11/12/04  --     Copy of docket sheet mailed to plaintiff (dg)

11/18/04  282    RESPONSE by William M. Hicks  in opposition to [280-1]
                 order (dg) [Entry date 11/19/04]

12/6/04   283    NOTICE OF APPEAL by William M. Hicks of [280-1] order, EOD
                 Date: 11/5/04; [275-1] judgment order EOD Date: 08/05/04;
                 Filing Fee: $ FEE NOT PAID; Copies to USCA and Counsel of
                 Record. (vl)

12/6/04   284    MOTION by William M. Hicks to proceed in forma pauperis on
                 appeal (vl)

12/6/04   285    MOTION by William M. Hicks to expand record for appellate
                 review (vl)

12/6/04   286    EXHIBITS re-presented for appeal [283-1] by William M.
                 Hicks (vl)

12/6/04   --     Certified copies of Notice of Appeal, Docket, and Order
                 under appeal to USCA: [283-1] appeal  by William M. Hicks
                 as to William M. Hicks (vl)

12/6/04   288    NOTICE to Court Reporter to transcribe trial proceedings
                 for Calendar call 7/8/04, Trial 7/19-7/22, 8/2/04 and
                 8/3/04 as to William M. Hicks (vl) [Entry date 12/09/04]

12/8/04   287    TRANSCRIPT INFORMATION FORM by William M. Hicks  re:
                 [283-1] appeal regarding trial transcripts from
                 7/19-7/22/04, 8/2, 8/3, 8/7 and 8/8/03  by William M. Hicks
                 received on 12/09/04 from Court Reporter. (Returned to
                 Court Reporter Coordinator) (vl) [Entry date 12/09/04]

12/14/04  290    ORDER denying [285-1] motion to expand record for appellate
                 review, granting [284-1] motion to proceed in forma
                 pauperis on appeal for filing fees only ( Signed by Judge
                 William P. Dimitrouleas on 11/14/04) [EOD Date: 12/17/04]
                 (vl) [Entry date 12/17/04]

12/15/04  289    TRANSCRIPT INFORMATION FORM as to William M. Hicks  re:
                 [283-1] appeal  by William M. Hicks ;  Transcript of Trial
                 ordered on 12/6/04. No financial arrangements made with
                 Court Reporter. (nc) [Entry date 12/16/04]

12/17/04  291    TRANSCRIPT INFORMATION FORM by William M. Hicks  re:
                 [283-1] appeal regarding Pre-Trial proceedings 7/8/04,
                 Trial 7/19-7/22/04 & 8/2 & 8/3/04; by William M. Hicks
                 received on 12/20/04 from Court Reporter. (Returned to
                 Court Reporter Coordinator) (vl) [Entry date 12/20/04]

12/28/04  292    RESPONSE by EMSA, Craig Uecker, Trevor Weathors, Cline, G.
                 Pearson, Pearson  to [284-1] motion to proceed in forma
                 pauperis on appeal and transcript at Government expense (vl)
                 [Entry date 12/29/04]

Docket as of February 25, 2005 10:56 am                    Page 35

```
Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                        CLOSED  APPEAL
                                                                    PAW
```

12/30/04  293    Acknowledgement of Transcript Information Formas to William
                 M. Hicks re: [283-1] appeal by William M. Hicks of:
                 Pre-Trial, Trial & Summary Judgment held 7/8/04,
                 7/19-7-22,8/2/04, 8/3/04 ; Court Reporter name: Robert
                 Ryckoff (vl) [Entry date 01/03/05]

12/30/04  294    AMENDED ORDER  amending [290-1] order granting motion to
                 proceed in forma pauperis; Granting for filing fees only
                 [284-1] motion to proceed in forma pauperis on appeal
                 (Signed by Judge William P. Dimitrouleas on 12/30/04) [EOD
                 Date: 1/4/05] (gp) [Entry date 01/04/05]

1/4/05    295    MOTION by William M. Hicks for Emergency Injunction
                 against Dept. of Correction and lake correction Institute,
                 and for temporary restraining order (ra)
                 [Entry date 01/05/05]

1/11/05   296    Notice of Receipt of Notice of Appeal Transmittal Letter
                 from USCA on 12/8/04 as to William M. Hicks Re: [283-1]
                 appeal USCA Number: 04-16386-G (vl) [Entry date 01/13/05]

1/13/05   297    ORDER Denying [295-1] motion for emergency injunction
                 against Dept. of Correction and Lake Correction Institute,
                 Denying [295-2] motion for temporary restraining order
                 (Signed by Judge William P. Dimitrouleas on 1/13/05) [EOD
                 Date: 1/14/05] (ss) [Entry date 01/14/05]

1/13/05   298    ORDER pursuant to plaintiff's Objections are Overruled
                 [290-1] order granting motion to proceed in forma pauperis;
                 Granting for filing fees only [284-1] motion to proceed in
                 forma pauperis on appeal; Plaintiff Motion to Strike is
                 DENIED ( Signed by Judge William P. Dimitrouleas on
                 01/13/05) [EOD Date: 1/18/05] (vl) [Entry date 01/18/05]

1/13/05   299    PLAINTIFF'S OBJECTION by William M. Hicks to order denying
                 trial transcripts at Government's expense motion to strike
                 defendant's response to plaintiffs motion for IFP status &
                 transcripts at Government's expense (vl)
                 [Entry date 01/19/05]