

**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

CLARENCE MADDOX
Clerk of Court

Appeal Section
305-523-5080

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Date: 2/25/05

**ORIGINAL FILE**

IN RE:   District Court No.: 00-6087-CV-WPD\ ✓   U.S.C.A. No.: 04-16386-G

Style: William M. Hicks v. Ken Jenne

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| ✓ | Original File |
| --- | --- |
| 6 | volume(s) of pleadings; |
| 3 | expansion folders containing DE's 118,133,153,235,237, and 286 |

| ✓ | The Judge or Magistrate appealed from is: | William P. Dimitrouleas |
| --- | --- | --- |
| ✓ | The Court Reporter(s): | Robert Ryckoff |

Sincerely,

Clarence Maddox, Clerk of Court

By: _____
Deputy Clerk

c:   court file

| ☑301 N. Miami Avenue | ☐299 E. Broward Boulevard | ☐701 Clematis Street | ☐301 Simonton Street | ☐300 South Sixth Street |
| --- | --- | --- | --- | --- |
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 561-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |