# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 12, 2005

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

FILED by RECORDS

**Appeal Number: 04-16386-G**
Case Style: William M. Hicks v. Ken Jenne
District Court Number: 00-06087 CV-WPD

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S) 2 Large Boxes

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

*6 volumes of pleadings*

*3 expansion folds*

REC-3 (03-2004)