# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 13, 2005



MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 04-16386-G**
Case Style: William M. Hicks v. Ken Jenne
District Court Number: 00-06087 CV-WPD

The following action has been taken in the referenced case:

    The enclosed order has been ENTERED.

Transcript due thirty (30) days from the date of this order. Counsel will be appointed by separate ORDER.

    Sincerely,

    THOMAS K. KAHN, Clerk

    Reply To: Walter Pollard/caw (404) 335-6186

MOT-2 (03-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 13 2005
THOMAS K. KAHN
CLERK

No. 04-16386-G

WILLIAM M. HICKS,

Plaintiff-Appellant,

versus

KEN JENNE, Broward County Sheriff,
BARBARA HANSON-EVANS, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Southern District of Florida

ORDER:

Appellant has moved for leave to proceed on appeal, transcripts at the government's expense, "appealing district court's amended denial order, denying transcripts at government[']s expense," construed as a second motion for transcripts at the government's expense, appointment of counsel, and an appeal conference.

Appellant's motion for leave to proceed on appeal is DENIED AS UNNECESSARY because the district court granted appellant leave to proceed. Appellant's motion for transcripts at the government's expense is GRANTED as to the calendar call transcript from July 8, 2004 and the trial

transcripts from July 19-22 and August 2-3, 2004, but DENIED as to "all summary judgment prior to trial and files." Appellant's motion for appointment of counsel is GRANTED. Appellant's motion for an appeal conference is DENIED.

/s/ Stanley Marcus
UNITED STATES CIRCUIT JUDGE

ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM *SECOND NOTICE* *1ST 11-30-04*

## PART I.    TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: William M. Hicks, Plaintiff vs EMSA, et al defendant(s)
District Court No.: 00-6087-CIV-WPD    Date Notice of Appeal Filed: 11-30-04    Court of Appeals No.: (if Available)

CHOOSE ONE:  ☐ No hearing  ☐ No transcript is required for appeal purposes  ● All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☑ Pre-Trial Proceedings | calendar call 7/8/04 | Dimitrouleas | R.B. Ryckoff |
| ☑ Trial | 7-19, 7-20, 7-21, 7-22, 8-2 and 8-3-04 | | " |
| ☐ Sentence | | | |
| ☑ Other | All Summary Judgment prior to trial and files | | |

**METHOD OF PAYMENT:**

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☑ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: William M. Hicks (pro se)
Name of Firm: Lake Corr East
Street Address/P.O. Box: 19225 US Hwy 27
City/State/Zip Code: Clermont, Flo 34711-9025    Phone No.: _____

REC'D BY _____ D.C.
APPEAL
DEC 20 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: 12/9/04    SIGNED: William M. Hicks PRO SE    Attorney for: PRO SE

## PART II.    COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____    Estimated no. of transcript pages: _____    Estimated filing date: _____

DATE: _____    SIGNED: _____    Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____
Actual No. of Volumes and Hearing Dates: _____

Date: _____    Signature of Court Reporter: _____

*U.S. GPO: 1999-734-586/80181