Provided to Lake C.I.
4/21/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6087-Civ-Dimitrouleas
BROWARD DIVISION

William M. Hicks,
   Plaintiff/Appellant,
   -vs-
EMSA, et al,
   Defendant's/Appellees.

APPEAL NO. 04-16386-G
11TH CIR COURT



REC'D by APPEALS
APR 27 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

FILED by _____ D.C.
INTAKE
APR 25 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

NOTICE TO COURT REPORTER TO TRANSCRIBE
ALL TRIAL PROCEEDINGS HAD IN CASE AT BAR

COMES NOW, William M. Hicks, pro se, and further notify court and clerk that 11TH CIR COURT OF APPEALS has issued an order April 13, 2005, to permit transcript's to be transcribed and gave notice to have all done and forthwith to appellate court in (30) days from date of order.

I certify a copy was mailed by prison officials this 22nd day of April 2005, and served upon Nancy W. Gregoire for Defendants.

305

William M. Hicks 66467
William M. Hicks pro se
Lake Corr Inst
19225 US Hwy 27
Clermont, Fla 34715-9025

COMPLIANCE OF S.D. Fla. L.R. 5.1.A2