UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS, ) CASE NO. 00-6087-CIV-WPD
)
       Plaintiff, )
)
-v- )
)
DR. W.C. DAVIS, DR. UECKER, )
DR. TREVOR WEATHERS, DR. )
CLINE, DR. PEARSON, DR. G. )
PEARSON and EMSA, )
) Fort Lauderdale, Florida
       Defendant. ) July 8, 2004
_____) 8:45 a.m.

TRANSCRIPT OF STATUS CONFERENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      WILLIAM M. HICKS, ESQ.
                             Appearing pro se.

For the Defendants:     RICHARD T. WOULFE, ESQ.
                             GREGG A. TOOMEY, ESQ.

Reporter:             ROBERT A. RYCKOFF
                             Official Court Reporter
                             299 East Broward Boulevard
                             Fort Lauderdale, Florida 33301
                             954-769-5657



THIS VOLUME
PAGES 1 - 24

```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
```

WILLIAM M. HICKS,            )    CASE NO. 00-6087-CIV-WPD
                             )
         Plaintiff,          )
                             )
    -v-                      )
                             )
DR. W.C. DAVIS, DR. UECKER,  )
DR. TREVOR WEATHERS, DR.     )
CLINE, DR. PEARSON, DR. G.   )
PEARSON and EMSA,            )
                             )    Fort Lauderdale, Florida
         Defendant.          )    July 19, 2004
                             )    9:00 a.m.

               VOLUME 1 - A.M. SESSION

            TRANSCRIPT OF TRIAL PROCEEDINGS

      BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                  U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      WILLIAM M. HICKS, ESQ.
                        Appearing pro se.


For the Defendants:     RICHARD T. WOULFE, ESQ.
                        GREGG A. TOOMEY, ESQ.

Reporter:               ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657