```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,              )  CASE NO. 00-6087-CIV-WPD
                               )
          Plaintiff,           )
                               )
     -v-                       )
                               )
DR. W.C. DAVIS, DR.UECKER,     )
DR. TREVOR WEATHERS, DR.       )
CLINE, DR. PEARSON, DR. G.     )
PEARSON and EMSA,              )
                               )  Fort Lauderdale, Florida
          Defendant.           )  July 19, 2004
_____)  1:50 p.m.

                   VOLUME 1 - P.M. SESSION

               TRANSCRIPT OF TRIAL PROCEEDINGS

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                      U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        WILLIAM M. HICKS, ESQ.
                          Appearing pro se.


For the Defendants:       RICHARD T. WOULFE, ESQ.
                          GREGG A. TOOMEY, ESQ.

Reporter:                 ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          954-769-5657
```