UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| WILLIAM M. HICKS, | ) | CASE NO. 00-6087-CIV-WPD |
| Plaintiff, | ) | |
| -v- | ) | |
| DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, DR. G. PEARSON and EMSA, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendant. | ) | July 20, 2004 |
| | ) | 9:20 a.m. |

VOLUME 2

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:    WILLIAM M. HICKS, ESQ.
                      Appearing pro se.

For the Defendants:   RICHARD T. WOULFE, ESQ.
                      GREGG A. TOOMEY, ESQ.

Reporter:             ROBERT A. RYCKOFF
                      Official Court Reporter
                      299 East Broward Boulevard
                      Fort Lauderdale, Florida 33301
                      954-769-5657

