UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,                    )   CASE NO. 00-6087-CIV-WPD
                                     )
              Plaintiff,             )
                                     )
       -v-                           )
                                     )
DR. W.C. DAVIS, DR. UECKER,          )
DR. TREVOR WEATHERS, DR.             )
CLINE, DR. PEARSON, DR. G.           )
PEARSON and EMSA,                    )
                                     )   Fort Lauderdale, Florida
              Defendant.             )   July 21, 2004
   _____  )   10:07 a.m.

VOLUME 3

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:       WILLIAM M. HICKS, ESQ.
                         Appearing pro se.


For the Defendants:      RICHARD T. WOULFE, ESQ.
                         GREGG A. TOOMEY, ESQ.

Reporter:                ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657

THIS VOLUME:
Pages   1 - 96