```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA

WILLIAM M. HICKS,              )  CASE NO. 00-6087-CIV-WPD
                               )
         Plaintiff,            )
                               )
         -v-                   )
                               )
DR. W.C. DAVIS, DR. UECKER,    )
DR. TREVOR WEATHERS, DR.       )
CLINE, DR. PEARSON, DR. G.     )
PEARSON and EMSA,              )
                               )  Fort Lauderdale, Florida
         Defendant.            )  July 22, 2004
                               )  11:13 a.m.
```

VOLUME 4

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | WILLIAM M. HICKS, ESQ.<br>Appearing pro se. |
| For the Defendants: | RICHARD T. WOULFE, ESQ.<br>GREGG A. TOOMEY, ESQ. |
| Reporter: | ROBERT A. RYCKOFF<br>Official Court Reporter<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida 33301<br>954-769-5657 |

THIS VOLUME
pages 1-156