```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
```

| | |
|---|---|
| WILLIAM M. HICKS, | CASE NO. 00-6087-CIV-WPD |
| Plaintiff, | |
| -v- | |
| DR. W.C. DAVIS, DR. UECKER, DR. TREVOR WEATHERS, DR. CLINE, DR. PEARSON, DR. G. PEARSON and EMSA, | Fort Lauderdale, Florida<br>August 2, 2004<br>9:35 a.m. |
| Defendant. | |

```
                      VOLUME 5

            TRANSCRIPT OF TRIAL PROCEEDINGS

       BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                  U.S. DISTRICT JUDGE
```

APPEARANCES:

For the Plaintiff:      WILLIAM M. HICKS, ESQ.
                        Appearing pro se.


For the Defendants:     RICHARD T. WOULFE, ESQ.
                        GREGG A. TOOMEY, ESQ.

Reporter:               ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida 33301
                        954-769-5657