UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

William Hicks ,

Plaintiff,

CASE NO. 00-6087-CIV-WPD

MAGISTRATE JUDGE PAW

NTC of Appeal 04-1E386-G

V.

**PARTIAL FILING FEE PAYMENT**

Ken Jenne, Broward Co

Defendant,

_____/

The Court having Ordered the Plaintiff to pay the filing fee in set installments and upon receipt of such payments, in the amount of $ 20.00 , the Clerk notifies the Court of the amount collected. The payment was received on 11/30/05, receipt number 931258.

DONE at Fort Pierce, Florida, this 11/30/05 .

**CLARENCE MADDOX**
Court Administrator•Clerk of Court

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff