UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

WILLIAM M. HICKS,                              CASE NO.: 00-6087-CIV-DIMITROULEAS

      Plaintiff/Appellant,                    Magistrate Judge White

v.

DR. W.C. DAVIS, DR. UECKER, DR.
TREVOR WEATHERS, DR. CLINE, DR.
PEARSON, DR. G. PEARSON and EMSA,

      Defendants/Appellees.

_____/

## NOTICE OF FILING

     Defendants/Appellees Dr. W.C. Davis, Dr. Uecker, Dr. Trevor Weathers, Dr. Cline, Dr.

Pearson, Dr. G. Pearson, and EMSA hereby notice the filing of Defendants' original trial exhibits

numbers 1 and 2 for inclusion in the Record on Appeal.

     We certify that a true and correct copy of the above and foregoing was furnished by U.S. Mail

to David J. Joffe, Esq., Joffe & Joffe, P.A., Southtrust Bank Building, One East Broward Boulevard,

Suite 700, Fort Lauderdale, Florida 33301, this 5 day of January, 2006.

                          Respectfully submitted,

                          BUNNELL WOULFE KIRSCHBAUM KELLER
                          McINTYRE GREGOIRE & KLEIN, P.A.
                          One Financial Plaza, 9th Floor
                          100 S.E. Third Avenue
                          Fort Lauderdale, Florida 33394
                          Telephone: 954.761.8600

                       By: _____
                            Nancy W. Gregoire; Florida Bar No.  475688
                            Gregg A. Toomey; Florida Bar No.  0159689



Law Offices

**Bunnell Woulfe**
Kirschbaum Keller McIntyre & Gregoire

Direct Line 954.468.7316

January 5, 2006

**VIA HAND DELIVERY**
Vanessa Powell-Bacourt
Clerk of the Court
United States District Court for the
Southern District of Florida
301 North Miami Avenue
Room 150
Miami, Florida  33127-7788

Re:     *William Hicks v. Dr. W.C. Davis, et al.*
        United States District Court for the Southern District of Florida
        Case No.  00-6087-CIV-DIMITROULEAS
        United States Court of Appeals for the 11th Circuit
        Case No.  04-16386-G

Dear Ms. Bacourt:

        Pursuant to your conversation this morning with my assistant Cheryl, I am enclosing a Notice of Filing together with the original exhibits for inclusion in the Record on Appeal in the above matter.

        Thank you for your attention.  Should you have any questions, please feel free to contact me.

                                Respectfully,

                                Nancy W. Gregoire

NWG:cal
enclos.
cc:     Counsel of Record

One Financial Plaza · Suite 900 · 100 Southeast 3rd Avenue · Fort Lauderdale · Florida 33394 · 954-761-8600 · Fax 954-525-2134

Bradenton · Sarasota Office · 1101 Sixth Avenue West · Suite 204 · Bradenton · Florida 34205 (by Appointment Only)

# EXHIBIT #1

**EMSA CORRECTIONAL CARE**

# DENTAL SERVICES

INMATE LAST NAME _Dicks_   INMATE FIRST NAME _William_   D.O.B. _9-06-62_ #_BS977207_ DATE OF EXAMINATION _8-11-57_

INSTITUTION _Main Jail_   002

## MEDICAL HISTORY - SUMMARY

General Health _____
Existing Illness _____
Medicine/Drugs _____
Allergies _____ N/A _____   Blood pressure S ___/ D ___

## DENTAL HISTORY - SUMMARY

Home Care _____
Attitude _____

## CLINICAL DATA

General Condition of Teeth _____
Plaque _____   Stains _____   Abrasions _____
Condition of Present Restorations _____
Overhangs _____   Contact Points _____
Inflammation of Gingival Tissue: Slight _____ Moderate _____ Severe _____
Color _____   Recession _____   Pockets _____
Condition of the Floor of Mouth _____
Palate: Hard _____ Soft _____   Tongue _____ Cheeks _____ Lips _____
Frenum _____   Ridges _____
Presence of Exudate _____ Areas of Food Retention _____ Saliva _____
Calculus: Slight _____ Moderate _____ Excessive _____ Oral Cancer Exam _____
TMJ _____ Neck _____ Occlusion _____
Results of X-Ray: Bone _____ Root Tips _____ Impactions _____
Supernumerary _____ Abscesses _____

X-Rays _____
Study Models _____
Photographs _____
Clinical Exam _____
Vitality Test _____
Mobility _____

### Reactions to Anesthetics?

General Health _____
Physician's Care? _____
Medications? _____
Diabetes? _____
T.B.? _____
Hepatitis? _____
Venereal Disease? _____
Radiation Therapy? _____
Anemia? _____
Epilepsy? _____
Rheumatic Fever? _____
Heart Murmur? _____
High Blood Pressure? _____
Heart Disease? _____
Bleeding? _____
Lung Disease? _____
Kidney Disease? _____
Breathing Problem? _____
Other? _____
Last Elective Dental Treatment? _____

CODE: S.C. - Space Closed   C.R. - Crown   X - Missing Teeth

UPPER
RIGHT
1 2 3 4 5 6 7 8 — LINGUAL — 9 10 11 12 13 14 15 16
LEFT
32 31 30 29 28 27 26 25 — LOWER — 24 23 22 21 20 19 18 17

| TOOTH | SERVICES NECESSARY |
|---|---|
| 1 | |
| 2 | |
| 3 | 12/21/96 |
| 4 | 2:13 PM |
| 5 | S: C/O soreness both @ + bma |
| 6 | Pt. # 29 presents w/ Med |
| 7 | Pros. - dr diffuculty eating areas |
| 8 | Pt. P/O pain below gumline |
| 9 | X-Ray NNL - denture |
| 10 | S/P FM/PD - no bone loss |
| 11 | w/ No bt. w/ aparthy disease |
| 12 | W/ necrosis of gum at disites |
| 13 | P: Expose dents pern. tissue & |
| 14 | elord. quartr lower. |
| 15 | P: adjusting tight reduction |
| 16 | C. po. |
| 17 | |
| 18 | |
| 19 | DR. GLENN PEARSON |
| 20 | DENTIST |
| 21 | 12/23/96 |
| 22 | 11:00 AM |
| 23 | Enc. note: |
| 24 | Pt. wants to change diet |
| 25 | to 3000 cal diet |
| 26 | Suggested w/ change distally |

REFERRED BY

ADDRESS

M. _____ CASE NO. _____

DENTAL RADIOGRAPHS    DATE 12/__/96

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19  18  17
LINGUAL ASPECT

REMARKS

DR. GLENN PEARSON
DENTIST

40

OC4

CC501

**EMSA** CORRECTIONAL CARE

## DENTAL SERVICES

INMATE LAST NAME _Webb_ — INMATE FIRST NAME _William_

D.O.B. _9.10.63_ ID# _BS95 14533_

INSTITUTION _____

MEDICAL HISTORY - SUMMARY    DATE OF EXAMINATION _9/29/95_

| | |
|---|---|
| General Health | |
| Existing Illness | |
| Medicine/Drugs | |
| Allergies _NKA_ | Blood pressure S ___ / D ___ |

### MEDICAL HISTORY - SUMMARY

Altitude _____
Home Care _____

### DENTAL HISTORY - SUMMARY

### CLINICAL DATA

General Condition of Teeth _____
Plaque _____ Stains _____ Abrasions _____
Condition of Present Restorations _____
Overhangs _____ Contact Points _____
Inflammation of Gingival Tissue: Slight ___ Moderate ___ Severe ___
Color _____
Condition of the _____
Palate: Hard ___ No. _____ Date _3-97_
Frenum ___ For _____
Presence of Ex ___ Directions _Webb William_
Calculus: Slight ___ _BS95 14533_
TMJ ___ Results of X-R _____
Kidney Disease? ___ Supernumerary ___ Dr. _____

General Health
Physician's Care?
Medications?
Diabetes?
High Blood Pressure?
T.B.?
Heart Disease?
Hepatitis? Bleeding?
Venereal Disease? Lung Disease?
Radiation Therapy? Kidney Disease?
Anemia? Breathing Problem?
Epilepsy? Other?
Last Elective Dental Treatment?
Reactions to Anesthetics?
Rheumatic Fever?
Heart Murmur?

CODE: S.C. - Space Closed   C.R. - Crown   X - Missing Teeth

RIGHT
1 2 3 4 5 6 7 8 — UPPER — 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 — LOWER — 24 23 22 21 20 19 18 17
LINGUAL   LEFT

Photographs
Clinical Exam
Vitality Test
Mobility

005

# CORRECTIONAL CARE

## DENTAL SERVICES

LAST NAME _Webs_   INMATE FIRST NAME _William_   D.O.B. _9.10.63_ ID# _BS95 4533_   DATE OF EXAMINATION _9/29/95_

____ INSTITUTION

### MEDICAL HISTORY - SUMMARY

General Health ____
Existing Illness ____
Medicine/Drugs _Lithium, Desyrel_
Allergies _NKA_
Blood pressure S ___ / D ___

### DENTAL HISTORY - SUMMARY

Attitude ____
Home Care _fair_

### CLINICAL DATA

General Condition of Teeth ____
Plaque ____ Stains ____ Abrasions ____
Condition of Present Restorations ____
Overhangs ____ Contact Points ____
Inflammation of Gingival Tissue: Slight ____ Moderate ____ Severe ____
Color ____ Recession ____ Pockets ____
Condition of the Floor of Mouth ____
Palate: Hard ____ Soft ____ Lips ____
Frenum ____ Tongue ____ Cheeks ____ Ridges ____
Presence of Exudate ____ Areas of Food Retention ____ Saliva ____
Calculus: Slight ____ Moderate ____ Excessive ____ Oral Cancer Exam ____
TMJ ____ Occlusion ____
Results of X-Ray: Bone ____
Supernumerary ____

No. _____   Date _____
For _____
Directions _____
_Webs William_
_BS9533_
Dr. _____



General Health ____
Physician's Care? ____
____lions? ____
Diabetes? ____
T.B.? ____
Hepatitis? ____
Venereal Disease? ____
Radiation Therapy? ____
Anemia? ____
Epilepsy? ____
Last Elective Dental Treatment? ____

Reactions to Anesthetics? ____
Rheumatic Fever? ____
Heart Murmur? ____
High Blood Pressure? ____
Heart Disease? ____
Bleeding? ____
Lung Disease? ____
Kidney Disease? ____
Breathing Problem? ____
Other? ____

CODE: S.C. - Space Closed   C.R. - Crown   X - Missing Teeth

|  | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UPPER | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |

LINGUAL

LEFT

| LOWER | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

RIGHT

006

# EMSA CORRECTIONAL CARE

## DENTAL SERVICES

INMATE LAST NAME ___Licks___

INMATE FIRST NAME ___Williams___  D.O.B. ___9/16/68___  # ___BS977076___  DATE OF EXAMINATION ___8.9...___

INSTITUTION ___Maya Qu...___



### MEDICAL HISTORY - SUMMARY

General Health _____
Existing Illness _____
Medicine/Drugs _____
Allergies ___NKA___  Blood pressure S ___/D ___

### DENTAL HISTORY - SUMMARY

Attitude _____
Home Care _____

### CLINICAL DATA

General Condition of Teeth _____
Plaque _____  Stains _____
Condition of Present Restorations _____
Overhangs _____  Contact Points _____
Inflammation of Gingival Tissue: Slight ___ Moderate ___ Severe ___
Color _____  Recession _____  Pockets _____
Condition of the Floor of Mouth _____
Palate: Hard ___ Soft ___  Cheeks ___ Lips ___
Frenum _____  Tongue _____  Ridges _____
Presence of Exudate _____  Areas of Food Retention _____
Calculus: Slight ___ Moderate ___ Excessive ___  Saliva ___
TMJ _____  Neck _____  Oral Cancer Exam ___
Results of X-Ray: Bone _____  Occlusion _____
Supernumerary _____  Root Tips _____  Impactions _____
Abscesses _____

### Left column (medical history questions)

General Health _____
Physician's Care? _____
Medications? _____
Diabetes? _____
T.B.? _____
Hepatitis? _____
Venereal Disease? _____
Radiation Therapy? _____
Anemia? _____
Epilepsy? _____
Last Elective Dental Treatment? _____
CODE: S.C. - Space Closed   C.R. - Crown   X - Missing Teeth

Reactions to Anesthetics? _____
Rheumatic Fever? _____
Heart Murmur? _____
High Blood Pressure? _____
Heart Disease? _____
Bleeding? _____
Lung Disease? _____
Kidney Disease? _____
Breathing Problem? _____
Other? _____

### Tooth chart

| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |

RIGHT                    LINGUAL                    LEFT

UPPER   9  10  11  12  13  14  15  16

1  2  3  4  5  6  7  8

X - Rays _____
Study Models _____
Photographs _____
Clinical Exam _____
Vitality Test _____
Mobility _____

# DENTAL EXAM

| TOOTH | SERVICES NECESSARY | |
|---|---|---|
| 1 | | 9/27/97 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | 11/25/97 |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | 12/22/97 11:00 am |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | 1/2/97 | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |
| 36 | DR. GLENN PEARSON NBDC/Main | DR. GLENN PEARSON NBDC/Main |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |

DR. GLENN PEARSON NBDC/Main

DR. GLENN PEARSON NBDC/Main

DR. GLENN PEARSON NBDC/Main

ADVANTAGE FILING SYSTEMS
FT. LAUDERDALE, FL
(954) 970-3333

**EMSA ☩ CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: _Hicks Williams_
ID #: _BS95 125 33_
D.O.B. _9 10 1 63_
ALLERGIES: _NKA_

Dick Mauree, RN
NBDC

Use Last · Date _8 14 95_

DIAGNOSIS (If Chg'd)

$LiCO_3$ 200 g PO QHS ? Tele 8/15/95
Sinquan 75 g PO QHS
Dic Prozac
CBC, SMAC 24, EKG, Thyroid profile c TSH, Li le
Th. Martin M.
Dr. John Martin
Psychiatrist - NBDC

---

INMATE NAME: _HICKS, William_
ID #: _BS95 14533_
D.O.B. _9 10 63_
ALLERGIES: _NKA_

JERRENE R. BRADLEY, RN
NBDC

Use Fourth · Date _8 12 95_

DIAGNOSIS (If Chg'd) _Psych. Disorder_

Th. Martin M.D.
Dr. John Martin
Psychiatrist - NBDC

Place on Suicide watch 12" cot
T/O Dr Martin

---

INMATE NAME: _Hick. W._
ID #: _BS95 14533_
D.O.B. _9 19 63_
ALLERGIES: _NKA_ 8/8/95

Use Third · Date _8 8 95   9:30 am_

DIAGNOSIS (If Chg'd)

DC Suicidal watch
$LiCO_3$ 500 mg PM
Prozac 20 mg BID ī AM
TO NBDC when medically
cleared (122KS)

---

INMATE NAME: _HICKS, William_
ID #: _BS95 14533_
D.O.B. _9 19 63_
ALLERGIES: _NKA_

Gina Maria Rivera, LPN
Main Jail

Use Second · Date _8 7 95  1745_

DIAGNOSIS (If Chg'd)

① TO Infirmary, follow Ft
Detox Protocol to Dr
Smith (Trans) Fla
8 7 95  1745
Junie
DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC
Gina Maria Rivera
DR. MEL Main Jail
STAFF PSYCHIATRIST
MAIN JAIL

---

INMATE NAME: _HICKS, William_
ID #: _BS95 14533_
D.O.B. _9 19 63_
ALLERGIES: _NKA_

Gina Maria Rivera, LPN
Main Jail

Use First · Date _8_  DR. MEL... LING
STAFF PSYCHIATRIST

DIAGNOSIS

① TO Infirmary, place on
Suicide watch per Caution
Notify BSO to maintain
Q 15 Min Checks. Mental Stat
to be done by RN a Shift
TO Dr Ginie  Gina Maria Rivera, LPN

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks, William
ID #: BS9514533    Noted
10-6-95
M Leufeil LPN
D.O.B. 9/10/63
ALLERGIES: NKA    Elma McKenzie, LPN    NBDC

DIAGNOSIS (If Chg'd)
D/C LiCO3
D/C Sinequan
M Leufeil LPN    TS. Martin MD

Dr. John Martin
Psychiatrist - NBDC

Use Last    Date 10/16/95    Elma McKenzie, LPN NBDC

---

INMATE NAME: Hicks, William
ID #: BS9514533    Noted
KGrey 1D1
9/29/95
1255
D.O.B. 9/10/63
ALLERGIES: NKA    KATHY GREY, RN

DIAGNOSIS (If Chg'd)
Amoxicillin 500mg. PO tid x 10 days
H2O2 oral rinse bid x 10 days

Use Fourth    Date 9/29/95

---

INMATE NAME: Hicks, William
ID #: BS9514533    Noted
D Richardson
9/7/95
D.O.B. 9/10/63
ALLERGIES: NKA    DELLA RICHARDSON, LPN NBDC 030

DIAGNOSIS (If Chg'd) R/o cold symptoms
Sudafed 60mg PO BID x 5 days    per proto
CTM 4mg PO BID x 5 days
Salt water gargle BID x 5 days    D Richardson

DELLA RICHARDSON, LPN NBDC

Use Third    Date 9/7/95

---

INMATE NAME: Hicks, William
ID #: BS9514533
CRYSTAL CHAMBERS, RN NBDC
D.O.B. 9/10/63
ALLERGIES: NKA

DIAGNOSIS (If Chg'd)
LiCO3 600mg PO bid (liquid)    Till 10/6
Sinequan 100mg PO QHS (liquid)
Li level on 9/15/95    TS. Martin MD

Dr. John Martin
Psychiatrist - NBDC

Use Second    Date 9/5/95

---

INMATE NAME: Hicks, William
ID #: BS9514533
MARGARET BUTCH, RN NBDC
D.O.B. 9/10/63
ALLERGIES: NKA

DIAGNOSIS
Advil 600mg TID x 14d
Blue Ice Top Pod x 14d
Veronica O'Gonner PA

DR. WINTHROP C. BAN STAFF PHYSICIAN

VERONICA O'GONNER, PA NBDC

Use First    Date 8/31/95

CC 006

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

INMATE NAME: Micks Williams
ID #: BS 9514533
D.O.B. 9/12/63
ALLERGIES: NKA
Use Last    Date 11/14/93

DIAGNOSIS (If Chg'd) Ho Headaches

Tylenol ## tab po PRN q 4 - 6 huly
Per protot.

Elma M Chifpi con
ELMA MC KENZIE, LPN
NBDC

---

INMATE NAME: Hicks William
ID #: BS95 14533
D.O.B. 91 10 63
ALLERGIES: NKA
Use Fourth    Date 11/11/95

DIAGNOSIS (If Chg'd)

Thorazine 200 7 Po bid    Fill 12/12

T.J. Martin MD

Dr. John Martin
Psychiatrist - NBDC

---

INMATE NAME: Hicks Williams
ID #: BS 9514533
D.O.B. 9/19/63
ALLERGIES: NKA
Use Third    Date 10/28/95

DIAGNOSIS (If Chg'd)

Transfer to Forensic Mental
Health
T.O. Dr. Lima /Khinew /KARNINE

DR. WINTHROP C. DA
STAFF PHYSICIAN

---

INMATE NAME: Hicks William
ID #: BS 95 14533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Second    Date 10/28/95 @ 5⁰⁵ Am

DIAGNOSIS (If Chg'd)

D/c Suicide Watch

T.J. Martin M.D.

Dr. John Martin
Psychiatrist - NBDC

---

INMATE NAME: Hicks, Williams
ID #: BS 95 4533
D.O.B. 9/10/63
ALLERGIES: NKDA
Use First    Date 10/27/95    1:50 pm

DIAGNOSIS

- Suicidal watch
- BSO to monitr Q 15'
- RN @ ''    Q. 8°.

J. Lima

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

CC 022    C11

**EMSA** **CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks William
ID #: BS95-14533
noted
1/7/96 2:10 P
D.O.B. 9/10/63
ALLERGIES: None          Elma McKenzie LPN
                         ELMA MC KENZIE, LPN
                         NBDC
Use Last    Date 1/17/96

DIAGNOSIS (If Chg'd)
P Sinequan 100 → PO QHS Fill 2/8/96
                Joy Martin M.D.
Elma McKenzie LPN
ELMA MC KENZIE, LPN
NBDC                    Dr. John Martin
                        Psychiatrist - NBDC

---

INMATE NAME: Hicks William
ID #: BS95 14533
D.O.B. 9/10/63         Joy Brien
                       830
ALLERGIES: none
              JOY BRIEN, RN
              NBDC
Use Fourth   Date 1/14/96

DIAGNOSIS (If Chg'd)
Tylenol Tabs II PO
q 4° prn Pain SR x 7 days
Per Protocol
                J R Brien

---

INMATE NAME: Hicks William
ID #: BS95 14533
D.O.B. 9/10/63
ALLERGIES: NKA
                   12/16/95
              FLORENCE DEMOSTHENES, RN
              NBB
Use Third    Date 12/16/95

DIAGNOSIS (If Chg'd)
D/c Trilafon
Sinequan 75 → PO QHS till 1/16/96.
                J. G. Martin M.D.
                Dr. John Martin
                Psychiatrist - NBDC

---

INMATE NAME: Hicks William
ID #: BS95-145-33          noted
                          D Richardson
                          12/9/95
D.O.B. 9/10/63            930P
ALLERGIES: NKA
              DELLA RICHARDSON,
              NBDC
Use Second   Date 12/9/95

DIAGNOSIS (If Chg'd)  R/o cold
Salt water gargle Bid x5 day
C Tm cong po Bid x5 days
Sudafed 60mg po Bid x6 days
Tylenol II po Bid x5 day
                    protocol
              D Richardson LPN
              DELLA RICHARDSON, LPN
              NBDC

---

INMATE NAME: Hicks William
ID #: BS95 14533           10 PM
                          noted
                          11/18/95
D.O.B. 9/10/63            Elma McKenzie LPN
ALLERGIES: NKA
              ELMA MC KENZIE, LPN
              NBDC
First    Date 11/18/95

DIAGNOSIS
Trilafon 8 → PO QHS till 12/18/95
D/c Thorazine
                Joy Martin M.D.
Elma McKenzie LPN
                Dr. John Martin
                Psychiatrist - NBDC

312

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, William
ID #: BS9514533

D.O.B. 9/10/63
ALLERGIES: NKA

Use Last    Date 2/6/96

noted 2-6-96
1400
BSAlergies
BSAlemgies

**DIAGNOSIS (If Chg'd)**

R. Naproxen 500 mg p.o. BID
x 10 days

John Gianno, P.A.
NBDC

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks William
ID #: BS9514533

D.O.B. 9/10/63
ALLERGIES: NKA

Use Fourth    Date 2/6/96

noted
2/6/96 9 AM
Elma McKenzie LPN
ELMA MC KENZIE, LPN
NBDC

**DIAGNOSIS (If Chg'd)**

D/c Sinequan

Jg. Martin M.D.

Dr. John Martin
Psychiatrist - NBDC

Elma McKenzie LPN
ELMA MC KENZIE, LPN
NBDC

---

INMATE NAME: Hicks William
ID #: BS9514533

D.O.B. 9/10/63
ALLERGIES: NKA    noted 1230 2/3/96
JEANNE M. GANIS, RN
NBDC

Use Third    Date 2/3/96

**DIAGNOSIS (If Chg'd)**

Weigh Qweek x 4 (clinic scale)
notify clinic of weight gain
JEANNE M. GANIS, RN
NBDC

---

INMATE NAME: Hicks, Wm.
ID #: BS95-14533

D.O.B. 9/10/63    noted 1200
VICKY Bensom, RN    2/1/96
NBDC

ALLERGIES: NKA

Use Second    Date 1/31/96 12/14

**DIAGNOSIS (If Chg'd)**

Lasix 40 mg p.o. QAM x 30D
KCL 30 mEq QAM x 30D
SMAC 24, CBC > R/Sent/done
RTC 7D (2/7/96)

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: HICKS, William
ID #: BS9514533

D.O.B. 9/10/63
ALLERGIES: NKA

First    Date 1/14/96

noted
Valerie Winkler, RN
Noted/Endorsed
CON

**DIAGNOSIS** Headache

Tylenol tabs 2 Po q4° PRN x 7 days
per Protocol
Valerie Winkler
Noted/Endorsed, RN

---

J6    7/94

313

**EMSA** ⚕ **CORRECTIONAL CARE**

**PHYSICIAN'S ORDERS**

---

INMATE NAME: Hicks, William
ID #: BS 95145 5    2/21/96
                    1100
                    noted
D.O.B. 9.10.63      @wash
ALLERGIES: N/A

**GAIL WASHINGTON, LPN**
**MAIN JAIL**

Use Last    Date 2.21.96

DIAGNOSIS (If Chg'd)
① Soft diet x 2 wks
② Motrin 600g po t.i.d x 2wks
③ Follow up with dental in 2 wks

_(signature)_ m.d.res.

---

INMATE NAME: Hicks, William    2/21/96
ID #: BS 95 1453
                    1100
                    noted
                    @wash
D.O.B. 9.10.63
ALLERGIES: N/A

**GAIL WASHINGTON, LPN**
**MAIN JAIL**

Use Fourth    Date 02.21.96

DIAGNOSIS (If Chg'd)
① Mandible series to August _(illegible)_
x-rays

**X-RAY COMPLETE**
DATE 2-21-96 INITIAL ___
**WAYNE EVANS**
**X-RAY TECHNOLOGIST**

_(signature) Evans_

---

INMATE NAME: Hicks william
ID #: BS 9 1453
                    noted
D.O.B. 9/10/63    AP 1201 1735
ALLERGIES: NKA    H. Doyle
                    DR. N. DOYLE
                    STAFF PHYSICIAN MAIN JAIL

Use Third    Date 2.20.96

DIAGNOSIS (If Chg'd)
F+U zygomatic arch
reflex tobmy po tid x 7
D/C Darvocet
Tylenol #3 II tablets po
q.i.d. po x 5 doses
Refer to Dentist

---

INMATE NAME: Hicks, William
ID #: BS 95 14530    noted 2/15/96
                    2000
D.O.B. 9/10/63    M. Cooper LPN
ALLERGIES: NKA    Melissa Cooper, LPN
                    Main Jail

Use Second    Date 2.15.96

DIAGNOSIS (If Chg'd)
① Darvocet N 100 Ī PO TID x 3 days
② X-ray ® orbit inc zygoma

_(signature)_ **B. WADE CHATFIELD**
**P.A. - C. MAIN JAIL**

**X-RAY COMPLETED**
DATE 2-19-96 INITIAL ___
**WAYNE EVANS**
**X-RAY TECHNOLOGIST**

MANUELA F. PAREDES, M.D.
EFFEC. 2-28-

---

INMATE NAME: Hicks, Wm    noted 2/9/96
ID #: BS 95-1453    MARGARET BUTCH
                    NB RANCH, RN
D.O.B. 9.10.63
ALLERGIES: NKA

Use First    Date 2.9.96    IH4

DIAGNOSIS
① X-Ray ® Jaw
   Ice to face x 24 hrs.
② Motrin 800 mg p.o. T.i.d x 5 ___
③ SMAC-24 to 2/12/96    SK
④ RTC to f. suture
   removal 2/16

**X-RAY COMPLETED**
DATE 2-9-96 INITIAL ___ WB
**WAYNE EVANS**
**X-RAY TECHNOLOGIST**

**DR. WINTHROP C. DAVIS**
**STAFF PHYSICIAN - NBDC**

noted mai done

---

**EMSA** CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

| INMATE NAME: Hicks William<br>ID #: BS95 14 533<br>noted<br>L. Lagrace LPN<br>D.O.B. 9/10/63<br>ALLERGIES: NKA<br>LORRAINE KRYSTOSIK DEPUZIER<br>MAIN JAIL WOMAN MAIN JAIL<br>STAFF<br>Use Last    Date 3/28/96 | DIAGNOSIS (If Chg'd)<br>Tylenol ii p̄o̅ TID for ×3 rdays<br><br>R. McMoyer / L. Lagrace |
| --- | --- |
| INMATE NAME: Hicks, William<br>ID #: B195 14 533<br>3/27/96<br>1100A<br>noted<br>GUSSON<br>D.O.B. 9, 10, 63<br>ALLERGIES: NKA<br>GAIL WASHINGTON, LPN<br>MAIN JAIL<br>Use Fourth    Date 3/27/96 | DIAGNOSIS (If Chg'd)<br>Flexeril 10r po t-id × 2wks ⬅<br><br>T. WEATHERS |
| INMATE NAME: Hicks, Williams<br>ID #: BS95 14 533<br>noted 7P<br>3/22 (R.N.)<br>H. Dohea<br>D.O.B. 9/10/63<br>ALLERGIES: NKA<br>Use Third    Date 3/22/96 | DIAGNOSIS (If Chg'd)<br>Soft diet 3000 cal. tid × 5 days.<br>or until seen by oral surgeon.<br>S. Pearson DMD. |
| INMATE NAME: Hicks, Williams<br>ID #: BS95 14533<br>3/15/96<br>0930<br>noted<br>GUSSON<br>D.O.B. 9, 10, 63<br>ALLERGIES: NKA<br>GAIL WASHINGTON, LPN<br>MAIN JAIL<br>Use Second    Date 3/15/96 | DIAGNOSIS (If Chg'd)<br>Naprosyn 500mg Po tid × 10<br>Zygomatic Arch (Rt.) Radiograph<br>X-RAY COMPLETED<br>DR. JACK CLINE    DATE 3-26-96 INITIAL Evans RT<br>Director of Dentistry - Main Jail<br>WAYNE EVANS<br>X-RAY TECHNOLOGIST |
| INMATE NAME: Hicks Williams<br>ID #: BS95 14533<br>noted<br>3-15-96<br>3/15 Apr. Krey LPN<br>D.O.B. 9/10/63<br>ALLERGIES: NKA<br>Use First    Date 3/14/96 | DIAGNOSIS<br>® Facial FXS (Zygoma)<br>— Tylenol ii P.O. TID prn ×3<br>— Flexeril 10r TID prn pain × 3wk |

CC 006                                                                                    015

**EMSA** *CORRECTIONAL CARE*

**PHYSICIAN'S ORDERS**

| INMATE NAME: Hicks William | DIAGNOSIS (If Chg'd) Cold |
|---|---|
| ID #: BS9514533 | Sudafed 60mg BID X 5 d |
| D.O.B. 9/10/53 | CTM 4mg T BID x 3 d. |
| ALLERGIES: NKA | Tyl G x PRN po BID x5 d |
| | LORRAINE CRYSTOPHER, LPN 6 MAIN JAIL |
| Use Last    Date 5/18/96 | Per Protocol |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS951453 | Rt. Zygomatic Arch Series |
| | TARRA ROSS LPN MAIN JAIL |
| D.O.B. 9/10/53 | X-RAY COMPLETED |
| ALLERGIES: NKA | DATE: 5/3/96  INITIAL |
| | DR. JACK CLINE    WAYNE EVANS |
| Use Fourth    Date 5/3/96 | Director of Dentistry—Main Jail    X-RAY TECHNOLOGIST |

| INMATE NAME: Hicks, W. | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: BS 95 14533 | Terminate CP flu |
| | VIRGILIO IBAY, RN BA MAIN JAIL |
| D.O.B. 9/10/ | DR. MEL LIMIA STAFF PSYCHIATRIST, MAIN JAIL |
| ALLERGIES: NKDA | |
| Use Third    Date 4/30/96 | |

| INMATE NAME: Hicks, Williams | DIAGNOSIS (If Chg'd) (R) ZMC Fx, (R) TMJ sy |
|---|---|
| ID #: BS9514533 | — Flexeril 10mg P.O. TID prn X3 |
| | — Midrin # P.O. BID prn X30 |
| D.O.B. 9/10/63 | — STAT — F/u c OMF surg |
| ALLERGIES: NKA | IN T wk as scheduled |
| Use Second    Date 4/22/96 | DR. CRAIG HECKER STAFF PHYSICIAN |

| INMATE NAME: Hicks W. | DIAGNOSIS |
|---|---|
| ID #: BS 95 | RTC 1 mo. |
| | VIRGILIO IBAY, RN BA MAIN JAIL |
| D.O.B. 9/1/63 | DR. MEL LIMIA STAFF PSYCHIATRIST, MAIN JAIL |
| ALLERGIES: NKDA | |
| Use First    Date 3/29/96 | |

CC 022

016

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, Wm
ID #: BS9614533
D.O.B. 9,10,63
ALLERGIES: NKA

DIAGNOSIS (If Chg'd) RO Painful Article

Blue Ice gid x 10 days
Per Protocol / RSGordon RN
/ L LOUTIS GORDON

Use Last    Date 7/15/96

---

INMATE NAME: hicks, William
ID #: BS 9514533
D.O.B. 9/10/63
ALLERGIES: NKA

DIAGNOSIS (If Chg'd)
Midrin Ti tab po Rord prn x30d
Motrin 800 mg po Bid x30d
Flexeril 10 mg po Rord x30d
Soft diet SB

mardone

VERONICA O'CONNER PA
NBDC
DR. WINTERBROOK DAVIS
STAFF PHYSICIAN - NBDC

Use Fourth    Date 6/20/96

---

INMATE NAME: Hicks William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NK.A

DIAGNOSIS (If Chg'd)
Zoloft 50 mg po bid till 7/28/96

JW. Mintn M.D.
Dr. John Martin
Psychiatrist - NBDC

CALISTA CHUKWU, RN
NBDC

Use Third    Date 6/12/96

---

INMATE NAME: Hicks William
ID #: BS9514533
D.O.B. 9,10,63
ALLERGIES: NKDA

DIAGNOSIS (If Chg'd) TMJ / Headaches
- Midrin Ti P.O BID prn MAX30d
- Motrin 800 BID prn MAX30d
- Flexeril 10 BID prn H/A prn
  x 30 days

DR. CRAIG UECKER
STAFF PHYSICIAN

Use Second    Date 5/24/96

---

INMATE NAME: Hicks William
ID #: BS 95
D.O.B. 9 63
ALLERGIES: NKDA

DIAGNOSIS
Zoloft 50 mg po BID. 3a day
RTC

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

Use First    Date 5/20/96    4pm

CC 006

**EMSA** ✚ **CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

| | |
|---|---|
| INMATE NAME: Hickey Willey 96<br>ID #: BS 9514 533 8/16/96<br>D.O.B. 9,10,63<br>ALLERGIES: NKA<br>Use Last    Date 8/16/96 | DIAGNOSIS (If Chg'd)    Meds Renewal<br>Midrin II tabs po Bid prn x 30d<br>MANUELA F. DESCEPEDES, M.E.<br>Main Jail Bureau<br>VERONICA O'CONNER, PA<br>NBDC |
| INMATE NAME: Hicks Willy<br>ID #: BS9514533 noted 8/16/96<br>D.O.B. 9/10/63<br>ALLERGIES: NKA<br>Use Fourth    Date 8/16/96 | DIAGNOSIS (If Chg'd)<br>Xray i. Mandible    MANUELA F. DESCEPEDES, M.<br>2. Facial bones    Main Jail Bureau<br>3. FMJ Detest.<br>X-RAY COMPLETED<br>DATE: 8-21-96    INITIAL<br>X-RAY TECHNOLOGIST |
| INMATE NAME: Hicks Willie<br>ID #: BS 9514533<br>D.O.B. 9/10/63<br>ALLERGIES: NKA<br>Use Third    Date 8/15/96 | DIAGNOSIS (If Chg'd)<br>1. Dental Referral. 7 done for 8/20<br>JOHN CATANO<br>NBB<br>DENISE COGAN<br>RN-MAIN JAIL BUREAU<br>DR. WINTHROP C. DAVIS<br>STAFF PHYSICIAN - NBDC |
| INMATE NAME: Hicks William<br>ID #: BS 9514,533<br>D.O.B. 9/10/63<br>ALLERGIES: NKA<br>Use Second    Date 7/26/96 | DIAGNOSIS (If Chg'd)<br>Zoloft 50 1 bid the 8/31/96<br>Dr. John Martin<br>Psychiatrist - NBDC<br>CALISTA CHUKWU, RN<br>NBDC |
| INMATE NAME: Hicks Willie<br>ID #: BS 9514533<br>D.O.B. 9/10/63<br>ALLERGIES: ∅<br>Use First    Date 7/22/96 | DIAGNOSIS<br>Motrin 800 mg x 30 Days.<br>Midrin II Tab P.O.<br>Bid prn x 15 Days.<br>Fioricet 10 mg P.O. Bid<br>X 30 Days.<br>DR. WINTHROP C. DAVIS<br>STAFF PHYSICIAN - NBDC<br>Joy Brien, RN<br>NBB |

CC 006

018

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

INMATE NAME: _Hicks, William_
ID #: _BS9514533_
D.O.B. _9 10 163_
ALLERGIES: _NKA_
Use Last   Date _9 11 94_

DIAGNOSIS (If Chg'd)
_Ocean Nasal Spray ī spray ea nostril PRN & 30d()_
_Refusal signed._

_VERONICA LUVENCIA CONNER, RN_
_NBBC_

_DR. WINTHROP C. DAVIS_
_STAFF PHYSICIAN - NBCC_

---

INMATE NAME: _Hicks, William_
ID #: _BS9514533_
D.O.B. _9/10/63_
ALLERGIES: _NKA_
Use Fourth   Date _9 19 96_

DIAGNOSIS (If Chg'd)
_Flexeril 10 mg po B.d x 14 days_
_Motrin 800 mg po Bid x 14 days_

_CRYSTAL CHAMBERS, RN, NBBC_
_9/19/96_

**DR. GLENN PEARSON**
**DENTIST**

---

INMATE NAME: _Hicks, William_
ID #:
D.O.B. _/ /_
ALLERGIES:
Use Third   Date _9 9 96_

DIAGNOSIS (If Chg'd)
_RN x-r of townes & SMV positi_

X-RAY COMPLETED
DATE: _9-9-96_ INITIAL _WE_
_WAYNE EVANS (WE)_
X-RAY TECHNOLOGIST

_JOHN CATANO, P.A._
NBB

_DR. WINTHROP C. DAVIS_
_STAFF PHYSICIAN - NBDC_

---

INMATE NAME: _Hicks, William_
ID #: _BS9514533_
D.O.B. _9/10/63_
ALLERGIES: _NKA_
Second   Date _8/29/96_

DIAGNOSIS (If Chg'd) _Dental_
_Flexeril 10 mg po Bid x 14 days_
_Motrin 800 mg po Bid x 14 days_

**DR. GLENN PEARSON**
**DENTIST**

_note of Evelyn Espinosa, RN, NBB #3_
_8/29/96_
_1605_

_Double mars done / meds ordered   EE RN_

---

INMATE NAME: _Hicks, William_
ID #: _BS9514533_
D.O.B. _9 110 163_
ALLERGIES: _NKA_

DIAGNOSIS
_Zoloft 50 p po bid ITU 10/4/96._

_Dr. John Martin, M.D._
Dr. John Martin
Psychiatrist   NBB

_CRYSTAL CHAMBERS, RN, NBB_

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

INMATE NAME:

ID #:

D.O.B.    /    /

ALLERGIES:

Use Last        Date    /    /

DIAGNOSIS (If Chg'd)

---

INMATE NAME:

ID #:

D.O.B.    /    /

ALLERGIES:

Use Fourth        Date    /    /

DIAGNOSIS (If Chg'd)

---

INMATE NAME: Hicks. William

ID #:

D.O.B.    /    /

ALLERGIES:

Use Third        Date 9/9/96

DIAGNOSIS (If Chg'd) p. x-n of townes & SMV positi

X-RAY COMPLETED
DATE: 9-9-96 INITIAL WE
Wayne Evans (WB)
X-RAY TECHNOLOGIST

JOHN CATANO, P.A.
NBB

---

INMATE NAME: Hicks, William

ID #: BS9514533

D.O.B. 9/10/63

ALLERGIES: NKA

Use Second        Date 8/29/96

note from
Evelyn Estrings RN
NBB#3
8/29/96
1605

DIAGNOSIS (If Chg'd) Dental

Flexeril 10 mg po Bid x 14 days
Motrin 800 mg po Bid x 14 days

DR. GLENN PEARSON
DENTIST

Double mars done / meds ordered    EE RN

---

INMATE NAME: Hicks William

ID #: BS 95 14 533

D.O.B. 9 / 10 / 63

ALLERGIES: N.K.A

Use First        Date 8/27/96

noted from
CRYSTAL CHAMBERS RN
NBDC

DIAGNOSIS

Zoloft 50 mg Po bid till 10/4/96.

J.G. Martin M.D.

Dr. John Martin
Psychiatrist - NBDC

020

CC 006                                                                        7/94

**EMSA** **CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks, Wil
ID #: BS 95 14 533
D.O.B. 9 /10 , 63
ALLERGIES: NKA
Use Last    Date 10/31/96

DIAGNOSIS (If Chg'd)
Motrin 800 mg po TID X 30d
Please give last dose before bed
Flexeril 800 mg TID po x 30 (please
give c̄ Motrin
Mylanta II tabs po Prod prn
prn X 30 d
DR. WINTHROP
STAFF PHYSICIAN - N

---

INMATE NAME: Hicks William
ID #: BS 95 14 533
D.O.B. 9 / 10 , 63
ALLERGIES: NCCA
10 Am
Use Fourth   Date 10 , 14 , 96

c schuler 1 25
10/14/96   1 AM

CALISTA CHUKWU, RN
NBDC

DIAGNOSIS (If Chg'd)
D/c INDOCIN —
Parafine forte 2 Tabs po TID X 30D.
D/c Tagamet —

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: HICKS, WILLIAM
ID #: BS 95 - 14533
D.O.B. 9 , 10 , 63
ALLERGIES: NKA.
Jse Third   Date 10, 8 , 96

noted
2 pm
DENISE COGAN
JAIL BUREAU
done

DIAGNOSIS (If Chg'd)
INDOCIN 50 mg q.o.D., i.D. X 14D.
INDERAL LA 80g P.O. Qam X 14D.
TAGAMET 400g @HS X 14
RTC 7 Days > 10/16
Hold Motrin / Hold Flexeril
MAC 24, (Renew) CBC, U/A.

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks, William
ID #: BS 95/14533
D.O.B. 9 , 10 , 63
ALLERGIES: NKA  Sharon Reynolds
noted
10-8-96
SHARON REYNOLDS, RN
NBB
se Second   Date 10/10/

DIAGNOSIS (If Chg'd)
1- Flexeril 10 mg P.O. BID X 2 weeks   Rx 2
2- Motrin 800 mg P.O. BID X 2 weeks  Rx 2

JOHN CATANO, P.A.
NBB
DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

MATE NAME: Hicks William
#: BS 95 14 533
D.B. 9 / 10 , 63
LERGIES: NKA
First   Date 9 / 23 / 96

C schuler 2:35 AM
9/23/96

CALISTA CHUKWU, RN
NBDC

DIAGNOSIS
zoloft 50 p Po bid Till 10/26/96

Dr. John Martin
Psychiatrist - NBDC

021

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, William
ID #: BS 9514533
D.O.B. 9/10/63
MARGARET BUTCH, RN
NBDC
ALLERGIES: NKA

Use Last    Date 11/8/96    2#1

DIAGNOSIS (If Chg'd)
Donnatol ii tabs po Bid x 10d

Olomu, PA
VERONICA O'CONNER, PA
NBDC

Mar done

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: HICKS, William
ID #: BS 9514533
Vnicide NJG
Valerie Spindler, RN
North Broward
D.O.B. 9/10/63
ALLERGIES: NKA

Use Fourth    Date 11/5/96

DIAGNOSIS (If Chg'd)    Pre op for UGI Series

Clear ligs Po tmoc
per Protocal / V. Spindle, RN
North Broward

---

INMATE NAME: Hicks, William
ID #: BS 951A533
D.O.B. 9/10/63
ALLERGIES: NKDA -
Noted
10/27/96
Use Third    Date 10/27/96

DIAGNOSIS (If Chg'd)
Zoloft 50mg Bid po until 11/27/96

Tupieors m    T. P. CAO, MD
Psychiatrist
DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: HICKS, William
ID #: BS 9514533
Noted
CChambers RN
10/22/96 3P
CRYSTAL CHAMBERS, RN
NBDC
D.O.B. 9/10/63
ALLERGIES: NKA

Use Second    Date 10/22/96

DIAGNOSIS (If Chg'd)
① Change TIGAN to 250 mg PO Q8h x 5days

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks, William
ID #: BS 9514533
WANDA BURCH, RN
D.O.B. 9/10/63
ALLERGIES: NKA

Use First    Date 10/21/96

DIAGNOSIS
✓ Tigan 200 mg po Q8h x 5d
✓ Tagamet 400 mg q6h x 30d

Olomu, PA
DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

MAR

**EMSA** CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks, Wm
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Last   Date 12/20/96

DIAGNOSIS (If Chg'd) Tooth Extraction

Darvocet N 100 ī po tid x 4 days
ŌX Motrin while on Darvocet

DR. GLENN PEARSON
DENTIST

---

INMATE NAME: Hicks, William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Fourth   Date 12/9/96

DIAGNOSIS (If Chg'd)
1. Keflex 500 mg P.O. tid x 10 days
2. Medfed 60 mg P.O. BID x 5 d

JOHN CATANO, P.A.
NBB

DR. WINTHROP E. DAVIS
STAFF PHYSICIAN - NBDC

JOY BRIEN, RN
NBB

---

INMATE NAME: Hicks, William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Third   Date 12/5/96

DIAGNOSIS (If Chg'd) Meds Renewal

Flexeril 10 mg TID po x 30d.
Motrin 600 mg po TID x 30d

mar done

DR. WINTHROP E. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA
Use Second   Date 11/21/96

DIAGNOSIS (If Chg'd) Med Renewal

Tagamet 200 mg po qhs x 60d
Motrin 600 mg po TID x 30d
Flexeril 10 mg TID po x 30d
Midrin ī̄ tabs po prn x 30d
R x 1

mar

DR. WINTHROP E. DAVIS
STAFF PHYSICIAN - NBDC

---

INMATE NAME: Hicks William
ID #: BS9514533
D.O.B. 9/10/63
ALLERGIES: NKA
Use First   Date 11/20/96

noted 1:30pm
11-20-96
B McKenzie LPN

ELMA MC KENZIE, LPN
NBDC

DIAGNOSIS

Zoloft 50 mg po bid till 12/23/96

Dr. John Martin
Psychiatrist - NBDC

023

C 006

**EMSA** *CORRECTIONAL CARE*

## PHYSICIAN'S ORDERS

INMATE NAME:
ID #: Hicks, William, noted
BS 951 4533 A Richardson
D.O.B. 9, 10, 63 1/19/97
ALLERGIES: NKDA
*DELLA RICHARDSON, LPN NBDC*
Use Last    Date 1, 19, 97

DIAGNOSIS (If Chg'd)
Zoloft 100 mg a AM po till 2/19/97

T-CAC md

---

INMATE NAME: Hicks William
ID #: BS95 14533
D.O.B. 9 1 10 63    C. Schuler
1/12/97 12pm
ALLERGIES: NKA
*CALISTA CHUKWU, RN NBDC*
Use Fourth    Date 1/12/97

DIAGNOSIS (If Chg'd) R/O sinusitis
Actifed + PO Bid x 5days
per protocol — Calista Chukwu
*CALISTA CHUKWU, RN NBDC*

---

INMATE NAME: Hicks William
ID #: BS9514533
D.O.B. 09/10 63    noted S. Tanner
NBB 10 97
ALLERGIES: NKA
*SHERRY TANNER RN*
Use Third    Date 1/8/97

DIAGNOSIS (If Chg'd)
1. R/O medium C/C
2. Begin Flefenac # PO Tid
   prn pain x 30 d.
3. Begin Tegard 600 go Bid
   x 30 D
W. HCT Tid morning 1/10/97
*DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC*

---

INMATE NAME: Hicks, William
ID #: BS9514533    noted S. Harrison
D.O.B. 9/10/63
ALLERGIES: NKA
*SUSAN L. HARRISON, R.N. NBDC 1/7/97*
Use Second    Date 1/7/97  550p

DIAGNOSIS (If Chg'd) med renewal
Motrin 600 mg TID x 30 days
*DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC*

---

INMATE NAME: Hicks William
ID #: BS95 14533
D.O.B. 9/10/63    noted 3p
12/22/96
ALLERGIES: NKA    B. McKenzie LPN
*McKENZIE LPN NBDC*
E LMA
Use First    Date 12/22/96

DIAGNOSIS
Zoloft 50 mg po bid till 1/23/97
**Dr. John Martin
Psychiatrist - NBDC**

024

**EMSA** **CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks W.

ID #: BS 95 145 33

D.O.B. 9/10/63. MAIN JAIL  VIRGILIO IBAY, RN BA   Noted

ALLERGIES: NKDA  Li Ibay RN 3/7/97

Use Last    Date 3/7/97    9a

DIAGNOSIS (If Chg'd)

Renew

20 Cof T 100 my p AM. 30 d
June

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

INMATE NAME: Hicks Williams

ID #: BS 9514533

D.O.B. 9/10/63  JERRENE R. BRANTLEY, RN HEAD NURSE-MJB

ALLERGIES: NKA

Use Fourth    Date 2/11/97

DIAGNOSIS (If Chg'd)

Darvocet N-100 1 po TID prn
X 5 deys

DR. N. SPENCER STAFF PHYSICIAN - MJB

---

INMATE NAME: Hicks, Williom

ID #: BS9514533

D.O.B. 9/10/63    DISCONTINUED 3/17/97

ALLERGIES: NKA

Use Third    Date 2/7/97

DIAGNOSIS (If Chg'd)    TMJ

- Flexeril 10mg P.O. TID X 30 days
- OMF / Dr. Elliott, ASAP
- Darvocet N-100 1 TID prn pain X 4 days

DR. CRAIG UECKER
STAFF PHYSICIAN

---

INMATE NAME: Hicks W.

ID #: BS 95 14533

D.O.B. 9/10/63   VIRGILIO IBAY, RN BA MAIN JAIL  Ibay RN 2/11/97

Use Second    Date 2/11/97    10 a

DIAGNOSIS (If Chg'd)

Renew

20 Cof T 100 my p AM  30 dey
June

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

INMATE NAME: Hicks William

ID #: BS 9514533

D.O.B. 9/10/63   EVELYN ESPINOSA, RN MJB

ALLERGIES: NKA

Use First    Date 1/21/97

DIAGNOSIS

Sudafed II tabs po bid X 10 d
Midrin II tabs po bid prn X 30 d Rx 2
Tylenol II tabs po TID.
Tylenol II tabs po TID X 30 d (X)
2800 Cal diet c snacks.

DR. [illegible]
STAFF PHYSICIAN - MJB

# EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

| INMATE NAME: | DIAGNOSIS (If Chg'd) |
| --- | --- |
| ID #: | |
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | |

| INMATE NAME: | DIAGNOSIS (If Chg'd) |
| --- | --- |
| ID #: | |
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | |

| INMATE NAME: Hicks, Wm | DIAGNOSIS (If Chg'd) |
| --- | --- |
| ID #: BS95145733 | Renew: |
| D.O.B. 9/10/63    Noted L. I___ RN 4/3/97 | Zoloft 100 mg po AM x 30d |
| ALLERGIES: ∅ | po Dr. Liston /los 10A RN |
| Use Third    Date 4/3/97  10Am | D- Huton |

| INMATE NAME: Hicks, William | DIAGNOSIS (If Chg'd) TMJ ® maxillary fx |
| --- | --- |
| ID #: BS9514533 | x-tra pillow & mattress |
| D.O.B. 9/10/63    Noted 3/29 | Darvocet N100 1 tab PO q8° PRN x 30d |
| ALLERGIES: None | Flexeril 10 mg PO q8° PRN x 30d |
| Use Second    Date 3/29/97 | Refer to dentist.    DR. MICHELE SMITH, DO    NBB    Michele Smith DO |

| INMATE NAME: Hicks William | DIAGNOSIS    TMJ |
| --- | --- |
| ID #: BS9574533 | - Flexeril 10mg PO TID x 30 days |
| D.O.B. 9/10/63 | - Darvocet N-100 T TID prn pain x 4 dys |
| ALLERGIES: NKA | |
| se First    Date 3/7/97 | AILEEN MOORE, RN    MAIN JAIL BUREAU    DR. CRAIG UECKER    STAFF PHYS |

**EMSA** *CORRECTIONAL CARE*

## PHYSICIAN'S ORDERS

INMATE NAME: Hicks, William

ID #: BS9717076

D.O.B. 9/19/63

ALLERGIES: NKO

Use Last    Date 8/18-97

noted 8/18/97 2:00 am
KAREN OCHELTREE, RN
MAIN JAIL BUREAU

DIAGNOSIS (If Chg'd)    Chronic H/S, TMJ pain

2800 Kcal diet

Flexeril 10mg P.O. TID prn pain x 3wks

Midrin II P.O. BID prn H/A x 3wks

medical pass for extra pillow

DALE OESKER
STAFF PHYSICIAN

---

INMATE NAME: Hicks, William

ID #: BS9717076

D.O.B. 9/19/63

ALLERGIES: NKA

Use Fourth    Date 8/11/97

7-3-5
noted
8/11/97
EDITH WRIGHT, RN
MAIN JAIL

DIAGNOSIS (If Chg'd)

Amoxicillin 500 mg po tid x 10 days

Midrin 600 mg po tid x 10 days

DR. GLENN PEARSON
NBDC / Main

---

INMATE NAME: Hicks, Wm

ID #: BS9717076

D.O.B. 9/19/63

ALLERGIES: NKA

Use Third    Date 8/4/97

BARBARA ROBERTSON, RN
MAIN JAIL BUREAU

DIAGNOSIS (If Chg'd)

Tylenol Tam all orders
tabs po TID PRN
x5D

PAMELA TURINGTON, RN
MAIN JAIL BUREAU

---

INMATE NAME: Hicks, William

ID #: BS9717076

D.O.B. 9/19/63

ALLERGIES: NKA

Use Second    Date 7/29/97

D Richardson
7/29/97
DELLA RICHARDSON, LPN
NBDC

DIAGNOSIS (If Chg'd)

Tylenol 2 tabs po tid prn x5D prn protocol
D Richardson

DELLA RICHARDSON, LPN
NBDC

---

INMATE NAME: Hicks, William

ID #: BS9717076

D.O.B. 9/19/63

ALLERGIES: NKA

Use First    Date 7/17/97

KRISTINE BRUNO, LPN
MAIN JAIL

DIAGNOSIS

To NBDC 122 H/S

Limia
DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

**EMSA** ✚ **CORRECTIONAL CARE**

**PHYSICIAN'S ORDERS**

---

INMATE NAME: Hicks, William
ID #: BS 97 170 76
D.O.B. 9/19/63
ALLERGIES: NKA

Use Last    Date 10/1/97

DIAGNOSIS (If Chg'd)

Per HSA remove from single cell.

also sent to classification per HN

*KAREN MIZRAHY, P.A.C.*
*MAIN JAIL BUREAU*

---

INMATE NAME: Hicks, William
ID #: BS 97 170 76
D.O.B. 9/19/63
ALLERGIES: NKA

Use Fourth    Date 9/26/97

DIAGNOSIS (If Chg'd)

→ Dr. Wecker this PM.

Nasal X-ray done

**X-RAY COMPLETED** ELIZABETH ENGESSER
DATE: 9/26/97 X-RAY TECH - MJB

*MANUELA G. GONZALEZ, M.D.*
*MAIN JAIL BUREAU*

*KAREN MIZRAHY, P.A.C.*
*MAIN JAIL BUREAU*

---

INMATE NAME: Hicks, William
ID #: BS 97 170 76
D.O.B. 9/19/63
ALLERGIES: NKA

*MARILYN GEORGE*
*RN-MAIN JAIL BUREAU*

Use Third    Date 9/24/97

DIAGNOSIS (If Chg'd) Nasal Fx.

Ocean spray (nasal) ii sprays each nostril bid prn X 14 d.

Cont motrin as noted below.

*DR. M. GONZALEZ*
*STAFF PHYSICIAN - MJB*

*KAREN MIZRAHY, P.A.C.*
*MAIN JAIL BUREAU*

---

INMATE NAME: Hicks, William
ID #: BS 97 170 76
D.O.B. 9/19/63
ALLERGIES: NKA

*R. RAMIREZ-RAPIER, LPN*
*MAIN JAIL BUREAU*

Use Second    Date 9/17/97

DIAGNOSIS (If Chg'd)

*DR. MICHELE SMITH, DO*
*MJB*

→ Relocation to single cell per HSA

Robaxin 500 mg po tid prn X 10 d ē 1 RF.

Midrin ii po bid prn HA X 30 d ē 1RF

To Dr. Wecker this Fri 9/19 re: pt's fx.

*KAREN MIZRAHY, P.A.C.*
*MAIN JAIL BUREAU*

---

INMATE NAME: Hicks, William
ID #: BS 97 170 76
D.O.B. 9/19/63
ALLERGIES: NKA

*MARILYN GEORGE*
*RN-MAIN JAIL BUREAU*

Use First    Date 8/12/97

DIAGNOSIS    Med renewal.

Motrin 600 mg po tid prn X 30 d.
ē 1RF.

*DR. N. GEKZIER*
*STAFF PHYSICIAN - MJB*

*KAREN MIZRAHY, P.A.C.*
*MAIN JAIL BUREAU*

---

CC 022    028    7/94

**EMSA CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, William
ID#: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKA
Use Last  Date 11/24/97

DIAGNOSIS (If Chg'd)

Midrin ī tid po prn ×30d.
Motrin 600 mg po tid prn ×30d
Robaxin 500 mg po tid prn ×30d
FLU ī Dr prescription in ___

— KAREN MIZRAHY, P.A.C.
MAIN JAIL BUREAU

---

INMATE NAME: Hicks W
ID#: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKDA
Use Fourth  Date 11/8/97

DIAGNOSIS (If Chg'd)

Midrin ī PO 3× prn ×2wks
Motrin 600mg PO TID ×2wks prn
Robaxin 500mg qHS ×2wks

WADE CHATFIELD
MAIN JAIL BUREAU

---

INMATE NAME: Hicks W
ID#: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKDA
Use Third  Date NOV/–6/1997

DIAGNOSIS (If Chg'd)

Renew
Elavil 100 mg po PM. 30

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

INMATE NAME: Hicks W.
ID#: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKDAL
Use Second  Date 10/8/97  9:00am

DIAGNOSIS (If Chg'd)

Elavil 100 mg po PM. 30d

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

INMATE NAME: Hicks, William
ID#: BS9717076
D.O.B. 9/19/63
ALLERGIES: NKA
Use First  Date 10/6/97

DIAGNOSIS F/U T1&3 (told)
Motrin 600 mg P.O. TID prn pain ×30d
Midrin II P.O. BID prn H/A ×30d
Robaxin 500 mg P.O. qHS ×30 days
CTM 4 mg P.O. BID ×5 days

DR. CRAIG UECKER
STAFF PHYSICIAN

C 022

**EMSA** **CORRECTIONAL CARE**

## PHYSICIAN'S ORDERS

---

INMATE NAME: *Hicks, William*
ID #: *BS9717076*
D.O.B. *9/19/63*
ALLERGIES: *NKA*

Use Last    Date *12/22/97*    EDITH WRIGHT RN MAIN JAIL

DIAGNOSIS (If Chg'd) *med renewal.*

*Midrin 7 tid popn × 30d*
*Motrin 600 mg 7 pc tid prn × 14d*
*Robaxin 500 mg po tid prn × 14d*
*Flue Dr Perezin* × 30 d.

KAREN MIZRAHY, P.A.C.
MAIN JAIL BUREAU

---

INMATE NAME: *Hicks, William*
ID #: *BSG717076*
D.O.B. *9/19/63*
ALLERGIES: *NKA*

Use Fourth    Date *11/26/97*

NOTED
M. Duncan LPN
MAXINE DUNCAN, LPN
MAIN JAIL BUREAU

DIAGNOSIS (If Chg'd) *Pain*
① *Analgesic balm BID × 7dys*
*Protocol/M. Duncan LPN*

MAXINE DUNCAN, LPN
MAIN JAIL BUREAU

---

INMATE NAME: *Hicks W.*
ID #: *BS97 17076*
D.O.B. *9/19/63*    Noted
ALLERGIES: *NKDA*    L. Ibay RN
    *12/9/97*

Use Third    Date *12/9/97*

DIAGNOSIS (If Chg'd)
↑ *Elavil to 150 mg po RM. 30*
Lumia

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

VIRGILIO IBAY, RN, BS, CCHP
MAIN JAIL BUREAU

---

INMATE NAME: *Hicks. W.*
ID #: *BS97 17076*
D.O.B. *9/19/63*    Noted
ALLERGIES: *NKDA* L. Ibay RN
    *12/9/97*

Use Second    Date DEC - 4 1997

DIAGNOSIS (If Chg'd)
*Renew*
*Elavil 100 mg po RM. 30d*
Lumia

VIRGILIO IBAY, RN, BS, CCHP
MAIN JAIL BUREAU

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

INMATE NAME: *Hicks, William*
ID #: *BS9717076*
D.O.B. *9/19/63*    Noted
ALLERGIES: *NK* MARILYN GEORGE RN MAIN JAIL BUREAU
    *11/26/97*    *6P*

Use First    Date *11/26/97*

DIAGNOSIS *Nasal RO*
*Entex La Ttab po 5id × 14d*

ANNE ADE, P.A.C.

---

       7/94

**CMSA ✚ CORRECTIONAL CARE**

### PHYSICIAN'S ORDERS

---

INMATE NAME: HICKS, WILLIAM
ID#: BS971707
D.O.B. 9/19/63
ALLERGIES: NKDA  DIANA HENRY RN NBB
Use Last    Date 2/11/98

DIAGNOSIS (If Chg'd)
① D/C Elavil orders
② Elavil 150mg po q PM X 30 days
③ EKG
④ 2800 Cal ADA  snack diet
A.M. PERFILIO MD
A. M. PERFILIO, MD  NBB PSYCHIATRIST

---

INMATE NAME: Hicks, William
ID#: BS971707
D.O.B. 9/19/63
ALLERGIES: NKDA  JANET TAYLOR, LPN  MAIN JAIL
Use Fourth    Date 2/5/98

DIAGNOSIS (If Chg'd)  Med renewal
Robaxin 500mg po tid prn X30d
Midrin II po tid prn X30d
Tylenol 650mg po tid prn X30d
DR. K. LEDERER STAFF PHYSICIAN - NBB
ANNE ADE, PAC
MJB

---

INMATE NAME: Hicks, William
ID#: BS97 RN, BS, CCHE  VIRGILIO IBAY, RN, BS, CCHP  MAIN JAIL BUREAU
D.O.B. 9/16/63  Noted L. Ibay RN
ALLERGIES: NKAL  2/5/98 9AM
Use Third    Date 2/5/98 9AM

DIAGNOSIS (If Chg'd)
Renew:
Elavil 160 mg po PM X30d
po. Dr. Liston / 150 Mary RN
DENNIS LISTON, M.D.
PSYCHIATRIST - NBB

---

INMATE NAME: Hicks
ID#: BS97 2076  VIRGILIO IBAY, RN BS, CCHP  MAIN JAIL BUREAU
D.O.B. 9/19/63  Noted  L. Ibay RN  1/7/98
ALLERGIES: NKDA
Use Second    Date 1/7/98    1PM

DIAGNOSIS (If Chg'd)
Renew
Elavil 100 mg po PM 30d
Liston
DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

INMATE NAME: Hicks W.
ID#: BS97 17076  noted  1/6/98
D.O.B. 9/19/63
ALLERGIES: NKDA  EDITH WRIGHT RN  MAIN JAIL  DR. K. LEDERER STAFF PHYSICIAN - MJB
Use First    Date 1/6/98

DIAGNOSIS
Robaxin Norm po tid X30 day prn
Midrin II po tid prn X30 day
Tylenol II tablets po tid prn X 30 day

EC 022
031
7/94

**EMSA** CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

---

INMATE NAME: Hicks, Wm

ID #: B59717076

D.O.B. 9/19/63

ALLERGIES: NKA

Use Last    Date 2/27/98

DIAGNOSIS (If Chg'd)

D/C Risperdal &
Cogentin orders

DIANA HENRY, RN
NBB
2/27/98

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

---

INMATE NAME: Hicks, Wm

ID #: B59717076

9/63

NKA

Date 2/20/98

DIANA HENRY, RN
NBB
2/20/98

DIAGNOSIS (If Chg'd)

① D/C Risperdal orders
② Risperdal 2 mg po bid X30 days
③ Li₂CO₃ 300 mg po tid X 30 days
④ On 2/27/98 get serum Lithium
   F₃-T₄-TSH, SMA₂y

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

---

INMATE NAME: HICKS, Wm.

59717076

D.O.B. 1963

ALLERGIES: NKA

Use Third    Date 2/18/98

DIANA HENRY, RN
NBB
2/18/98

DIAGNOSIS (If Chg'd)

① Cogentin 1 mg po bid X 30 days
② D/C Elavil orders
③ Elavil 150 mg po q HS X 30 days

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

---

INMATE NAME: HICKS, WILLIAM

ID #: B59717076

D.O.B. 9/19/63

ALLERGIES: NKA

Use Second    Date 2/16/98

DIAGNOSIS (If Chg'd)

① D/C Risperdal orders
② Risperdal 1 mg po bid
   X 30 days

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

---

INMATE NAME: HICKS, Wm

ID #: B59717076

D.O.B. 9/19/63

ALLERGIES: NKA

Use First    Date 2/13/98

DIAGNOSIS

Risperdal 1 mg po bid x 1 day
then Risperdal 2 mg po bid x 1 day
then Risperdal 3 mg po bid X 30 days

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

032

EMSA CORRECTIONAL CARE

# PHYSICIAN'S ORDERS

| | |
|---|---|
| INMATE NAME: Hicks, William<br>ID #: B59717076<br>D.O.B. 9/19/63<br>ALLERGIES: NKDA<br>Use Last Date 3/24/98<br>Noted 3/24/98 1420 L. Thomas, LPN<br>LYNN THOMAS, LPN NBDC | DIAGNOSIS (If Chg'd)<br>Restore Midrin order<br>ERIN CODY, MD NBB<br>Allyson Luckie PA-C NBDC |
| INMATE NAME: Hicks, Wm<br>ID #: B59717076<br>D.O.B. 9/19/63<br>ALLERGIES: NKA<br>Use Fourth Date 3/18/98<br>Noted D. Richardson 3/18/98<br>DELLA RICHARDSON, LPN NBDC | DIAGNOSIS (If Chg'd)<br>① $Li_2CO_3$ 300mg po tid X30 days<br>② SMA24 + Serum lithium level, serum amitriptyline / nortriptyline levels in Am<br>③ Elavil 200mg po q HS x 30 days<br>A. M. PERFILIO, MD NBB - PSYCHIATRIST |
| INMATE NAME: Hicks, Wm<br>ID #: B59717076<br>D.O.B. 9/19/63<br>ALLERGIES: NKA<br>Use Third Date 3/6/98<br>Noted D. Richardson<br>DELLA RICHARDSON, LPN NBDC | DIAGNOSIS (If Chg'd)<br>Serum Lithium Level<br>Serum Amitriptyline & Noramitriptyline Levels &<br>SMA24 on mon AM<br>A. M. PERFILIO, MD NBB - PSYCHIATRIST |
| INMATE NAME: Hicks William<br>ID # B59717076<br>D.O.B. 9/19/63<br>ALLERGIES: NKA<br>Use Second Date 3/3/98<br>Noted W. Birchette 3/3/98<br>WANDA BIRCHETTE, RN NBB | DIAGNOSIS (If Chg'd)<br>① Tylenol 2 tabs po tid x 90d.<br>② Midrin 2 tabs po tid x 90d<br>③ ↑ Elavil to 175mg po QHS x 2 wks then 200mg po QHS x 90d.<br>④ Clinic 4 wks.<br>ERIN CODY, MD NBB |
| INMATE NAME: Hicks, Wm<br>ID #: B59717076<br>D.O.B. 9/19/63<br>ALLERGIES: NKA<br>Use First Date 3/3/98<br>Noted W. Birchette 3/3/98<br>WANDA BIRCHETTE, RN NBB | DIAGNOSIS<br>SMA24 & lithium level in AM<br>A. M. PERFILIO, MD NBB - PSYCHIATRIST |

EMSA CORRECTIONAL CARE

## PHYSICIAN'S ORDERS

| | |
|---|---|
| INMATE NAME: Hicks Williams<br>ID #: B59717072<br>D.O.B. 9/19/63<br>ALLERGIES: NKA<br>noted 6/3/98 [illegible] P Vickery<br>Use Last Date 6/3/98 | DIAGNOSIS (If Chg'd) ~~Med~~<br>Mylanta 2 tabs po TID x 90d<br>Tylenol ## tabs po [illegible]<br>ERIN CODY, MD NBB<br>VERONICA O'CONNER, [illegible] NBB |
| INMATE NAME: Hicks<br>ID #: B5 97 17076<br>D.O.B. 9/19/63<br>ALLERGIES: NKA<br>noted 6/1/98 10p [illegible] P Vickery<br>Use Fourth Date 6/1/98 10a | DIAGNOSIS (If Chg'd) ~~V/o Dr Perfilio~~ [illegible]<br>Renew:<br>Maalox 30cc po TID PRN [illegible]<br>Li 300 mg po TID<br>Elavil 225 mg po HS<br>DR. MEL LIMIA STAFF PSYCHIATRIST MAIN JAIL |
| INMATE NAME: Hicks, Wm<br>ID #: B59717076<br>D.O.B. 9/19/63<br>ALLERGIES: NKA<br>noted [illegible] 5/1/98 [illegible]<br>Use Third Date 5/1/98 | DIAGNOSIS (If Chg'd)<br>① Maalox ~~2 tabs po~~ 30cc po tid prn dyspepsia x30 days<br>② $Li_2CO_3$ 300mg po tid x30 days<br>③ Elavil 225mg po q HS x30 days<br>④ ON MON AM - Serum Lithium [signature]<br>A. M. PERFILIO, MD NBB-PSYCHIATRIST |
| INMATE NAME: HICKS, Wm<br>ID #: B59717076<br>D.O.B. 9/19/63<br>ALLERGIES: NKA<br>C [illegible] 4/10/98 8 15p<br>CALISTA CHUKWU, RN NBB<br>Use Second Date 4/10/98 | DIAGNOSIS (If Chg'd)<br>① Elavil 225mg po q HS<br>② $Li_2CO_3$ 300mg po tid<br>③ ON 4/24/98 get Lithium level / SMA24<br>~~4.~~<br>A. M. PERFILIO, MD NBB-PSYCHIATRIST [signature] |
| INMATE NAME: HICKS, Wm<br>ID #: B59717076<br>D.O.B. 9/19/63<br>ALLERGIES: NKA<br>Alfred Zweig, RN NBB [illegible]<br>Use First Date 3/27/98 | DIAGNOSIS<br>① D/C Elavil orders<br>② Elavil 225mg po q HS<br>③ $Li_2CO_3$ - 300mg po tid<br>④ ON MON get Serum Lithium, SMA24 & Serum Amitriptyline & NORAMITRIPTYLINE levels.<br>A. M. PERFILIO, MD [signature] |

CC 006

034

ADVANTAGE FILING SYSTEMS
FT. LAUDERDALE, FL
(954) 970-3333

CORI       NAL CA

PROGRESS NOTES

| DATE/TIME | INMATE NAME: HicKs, William #BS45K453   DOB 4/19/63 |
|---|---|
| DATE: 8/4/95 | INCIDENTAL NOTE: PPD/CANDIDA/MUMPS GIVEN.  SEE TB/ANERGY SCREENING FORM. |
| TIME: 17-38 | PPD 0.1ML ADMIN. I.D. (LT) LOWER ARM & CANDIDA |
| | 0.02ML ADMIN. I.D. (RT) LOWER ARM:  INSTRUCTED TO REPORT TO PUBLIC HEALTH |
| | DEPARTMENT OR PRIVATE PHYSICIAN IN 48 HOURS TO 72 HOURS FROM TODAY'S DATE TO |
| | HAVE TEST RESULTS READ IF RELEASED FROM JAIL. |
| | SIGNATURE |
| | PRINTED NAME/NAME STAMP:  *Gina Maria Rivera, LPN* |
| | *Main Jail* |

8-7-95 Lic Note: Patient
1739  Brought to MIS, Put on
Suicide watch per BSO
Deputy reports patient is
calling family members
on phone and threatening
Suicide. Patient denies
Suicidal ideation to this
nurse. denies A/V hallucinations
A&Ox3. Hx Manic Depression
Takes Lithium 900mg QD &
Prozac 20mg QD. Yest Meds
8-6-95 To infirmary on
Suicide watch. Refer to Psych
Hx EtOH Abuse Drinks 12 to
24 Beers QD. No S/S withdrawal
No tremors. Skin W/D color
WNL. Good eye contact.  —G Rivera

*Gina Maria Rivera, LP[N]*
*Main Jail*

8-7-95  Call placed to Dr Smith
1745  reported above. Orders recd
—G Rivera—

*Gina Maria Rivera, LPN*
*Main Jail*

PPD/CNDA MPS 7/95

035

**EMSA CORRECTIONAL CARE**

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks Willie | ID # DS 9574533 | D.O.B. 9/10/63 |
|---|---|---|---|

8/9/98.
0435    S  no complaints
        O  A+O x 3 B/p 100/80 T 96  R 18  no
        N/V; observed/reported
        A  Potential for alteration in comfort
        P  maintain opiate detox: protocol
        E  Report any N/V Diarrhea

                                        PATRICK DYER, RN
                                        MAIN JAIL

8/9/95  D15   S: no complaints voiced
        O: alert oriented, responsive. no tremors
        noted. Temp 96.7 pulse 61 resp 20 B/p 117/71
        A: potential for s/s of withdrawals, related
        to diagnosis
        P: continual treatment plan.
        E aware to inform nurse of any problems

                                        ELAINE McGHIE, RN
                                        MAIN JAIL

8-9-95   S  stated feeling fine
2°       O  BP 117/71 P 61 T 96.7 R 20
             lungs clear to A/E
             Heart RRR
             abdomen soft BS present
         A  poly substance abuse
         P  continue Detox
         Can go to NB pop facility

                                        DR. NIRVA DERTZER
                                        Staff Physician - Main Jail

CL 1480-04 (2/95)

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Willie    ID # BS90145    D.O.B. 9/19/63 |
|-----------|-----------|

**8/8/95**
**6A**

S "What are these pills for"

O male seen in no acute distress. no s/s withdrawals. gait steady, making no attempt to injure himself

A altered life style 2° alcohol use

P referred to Psych. for evaluation. Carswell

Cherry Carswell RN

**8.8.95**
**2p**

S. No complaints made.

O. AA+O x3. Respirations regular and unlabored Lungs clear on both sides. No suicidal thought or ideations. No tremors noted.

V/S. 97.3 83 20. 108/66.

A. Alteration in comfort r/t. W.D. symptom.

P. Continue with detox protocol. Whome & Seen by Dr. Limia 8/W M.C. Whour.

WILLEMINA ROWE, RN
MAIN JAIL

**8/8/95**
**1800**

S - I feel fine

O - AAO x3, no suicidal ideation noted 98³, 122/50, 85, 16, no tremors or seizure activity

A - Etoh abuse

P - Etoh protocol

E - Instructor on medication order

Antoinette C. Reines
LPN-Main Jail

CL 1480-02 (2/95)

037

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks Willie | ID # DS 9574533 | D.O.B. 9 10 63 |
|-----------|---------------------------|-----------------|----------------|

8/9/95  Ⓢ  no complaints
0435  Ⓞ  A×Ox 3 BP 100/80  T96  R 18  no
N/V observed /reported
Ⓐ  potential for alteration in comfort
Ⓟ  maintain opiate detox protocol.
Ⓔ  report any N/V Diarrhea

PATRICK DYER, RN
MAIN JAIL

8/9/95 1515  S: no complaints voiced
O: alert oriented, responsive. no tremors
noted! Temp 96.7 pulse 61 resp 20 BP 117/71
A: potential for s/s of withdrawals, related
to diagnosis
P: continual treatment plan
E: advise to inform nurse of any problems

E McGhie
ELAINE McGHIE, RN
MAIN JAIL

8-9-95  S  stated feeling tired
2PM  O  BP 117/71 P 61, T 96° R 20
lungs clear to ✓
Heart RN
abdomen soft BS present
A poly substance abuse
✓ continue Detox
can go to NB jail

DR. NIRVA BERTHER
Staff Physician - Main Jail

## FOR INFIRMARY USE ONLY

EMSA CORRECT "N" L CARE

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, William   ID # BS9574553 D.O.B.  /  / |
|-----------|--------------------------------------------------------------|
| 8/12/95 1400 | S: "I'm not going to kill myself. I said that 2 days ago @ the other jail and saw Dr. Limia. The only thing is that I'm tired and sleep alot." |
| | O: Alert and cooperative. Good eye contact. Well groomed. Behavior appropriate. Denies hallucinations a/v type. No delusions verbalized. Continue to deny harmful ideation to self and others. Appetite normal. |
| | A: Potential for possible self injury. |
| | P: Present meds: Prozac 20 mg, Lithium 900 mg and MVI. |
| | E: Informed to alert Medical or BSO staff if having suicidal ideas or needing to just talk about his feelings. |
| | E. Sherman-Jolly RN |
| | ESTHER SHERMAN-JOLLY, RN NBDC |

**FOR MENTAL HEALTH USE ONLY**

EMSA *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William ID# BS951453 | D.O.B.: 9/19/63 |
|---|---|---|

8/12/95
1:00 p
Incidental note:- T/C from woman who states she's pt's mother, & Pt. reportedly threatening to kill himself. Pt. apparently making T/C's to friends/family re: plan of suicide. T/C to Dr. Martin - above notified. T/C to Nrs. Sherman for psych eval (see progress note). JR Brantley JERRENE R. BRANTLEY NBCC

8/12/95
4 PM
Incidental note T/C to mother to notify re: psych eval - she reported that pt. informed her that he lied to nurse because "they would take my clothes like they did at Broward". T/C to Dr. Martin - placed on S/W. Relocated to 12²B1. JR Brantley JERRENE R. BRANTLEY, RN NBCC

Complete Both Sides Before Using Another Sheet

FOR MENTAL HEALTH USE ONLY

CC 209

040

4/93

EMSA CORRECTIONAL CARE

**PROGRESS NOTES**

| Date/Time | Inmate Name: HICKS, William | ID # BS9514533 | D.O.B. 9/10/63 |
|---|---|---|---|
| 8-12-95 1630 | Incidental note: Call rec'd from CN to place pt. on suicide watch. BSO informed. *Valerie Mindle, RN North Broward* U. Mindle RN | | |
| 8-12-95 1700 | S: "I don't want to take my medication." O: W/m lying face down on bunk in suicide gown. No eye contact. Refused meds. Answered all questions with "yes ma'm, no ma'm." Denies suicidal ideation at this time. No A/V hallucinations. A: alt in mental status — suicide watch P: BSO to cont. q15" watch, Mental Health eval. q shift E: Instructed to ask for Medical, if needed. ————— *Valerie Mindle, RN North Broward* U. Mindle RN | | |
| 8-12-95 2100 | Incidental note: Pt. observed lying on back on bunk. No verbalization. ——— *Valerie Mindle, RN North Broward* U. Mindle, RN | | |
| 8/12/95 2311 | S: "I don't want to kill myself at this jail" O: W/m at cell door - good eye contact. Denies suicidal idiation at this time. No A/V hallucinations. A: Alt. in mental status - Suicide watch P: BSS to cont c̄ q15" watch. Mental health eval. q sh/ft E: Instructed to ask for medical if needed. *Judith Jones, LPN NBDC* | | |

**FOR MENTAL HEALTH USE ONLY**

# EMSA ✝ CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William  ID# BS951453 | D.O.B.: 5/19/63 |
|---|---|---|

**8/13/95 0202** — Pt. sleeping during rounds. — *Judith Jones, LPN NBDC*

**8/13/95 0435** — Pt. sleeping during rounds. Remains on suicide watch. — *Judith Jones, LPN NBDC*

**8-13-95 1145**
S: "I feel Okay. When do I see the psychiatrist? They said I would see him yesterday. Can I use the telephone?" Denies s/i @ this time —
O: Up & about in cell. Speech WNL. Eye contact noted between this writer & detainee — Wearing yellow gown. Took prescribed meds as ordered.
A: On s/w as ordered. Requests for telephone privilege given to deputy by this writer. Explained to detainee that he should see the psychiatrist tomorrow 8.14.95 —
P: Maintain s/w as ordered. — *Gordon/Stern Ph.D*

**8-13-95 5³⁰ PM**
S: "When will I get to see the doctor?"
O: W/m standing at cell door in suicide gown, asking specifics as to when he will be seen. Took meds. as ordered. Has good eye contact. Answers all questions in normal tones. Denies suicidal ideation or A/V hallucinations at this time.
A: Alt. in mental status — suicide watch
P: BSO to cont. q15" watch, Mental Health eval. q. shift
E: Instructed to ask for Medical if needed. — *V. Mundie, RN North Broward*

**Complete Both Sides Before Using Another Sheet**

FOR MENTAL HEALTH USE ONLY

CC 209

042

4/93

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, William    ID # BS951453    D.O.B. 9 / 10 / 63 |
|-----------|--------------------------------------------------------------------|
| 8-13-95 | S: Pt. observed on rounds, no complaints |
| 2315 | O: Pt. lying on Rt. side on bunk. RR, equal |
| | color appears good. |
| | A. Sleeping soundly |
| | P: Continue q 15' checks by BSO - q. shift eval. |
| | by M.H. |
| | E: None due to sleeping soundly. Judith Jones, LPN NBDC |
| 8-14-95 | Incidental note: |
| 0135 | Pt. sleeping during rounds — Judith Jones, LPN NBDC |
| 8-14-95 | Incidental note: |
| 0400 | Pt. sleeping during rounds. Remains on |
| | Suicide watch. — Judith Jones, LPN NBDC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**FOR MENTAL HEALTH USE ONLY**

# EMSA ✚ CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks Williams    ID# BS9514533    D.O.B.: 9 / 19 / 63 |
|---|---|
| 8-14-95 | S. Im not suicidal. |
| 5 55 Am | O Alert Cooperative DX4 Good eye contact. Wearing paper gown Appropriate behavior Normal psychomotor activity. Denied a/v hallucinations No delusions verbalized. Speech coherent. Mood euthymic & stable. He c/o anxiety. Affect appropriate. Denied S/H ideation. Sleep & appetite are normal No side effects of med noted / complained of. Meds discussed ē pt & he agreed to be switched to Sinequan for as a more calming medication Mother contacted at 741-4477 and she said that she was angry at Dr Fleumbaum for putting pt on Prozac & Wellbutrin, at the same time. She was so angry that she even said that the psychiatrist should be in the cell next to her son. The pt says that he had been put on Prozac, Wellbutrin, Lithium & Tegretol all at the same time He has been on meds x 6 mths, Mother feels that he might hurt himself if he gets the opportunity The pt denies wanting to hurt himself & says that he only wants to control his life. |
| A. | Bipolar disorder mixed by Hx |
| P. | Li CO3 900 mg Po (liquid) QHS for mood swings } till 9/15/95 Sinequan 75 mg Po QHS (liquid) for depression } D/c Prozac Li level ~~####~~ as soon as possible. |
| E | Pt to access Mental Health Services as needed. |

Tily Martin M.D.

Dr. John Martin
Psychiatrist - NBDC

**Complete Both Sides Before Using Another Sheet**

## FOR MENTAL HEALTH USE ONLY

CC 209

4/93

044



**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # B89514585  D.O.B. 9.10.65 |
|-----------|---------------------------------------------------------------|
| 8-15-95 8:10 am | Inc. Note: Blood drawn for VDRL, Lithium level, CBC, Smac and FFF's. Also EKG performed on c/m per Dr orders. — |
| M0872722-4 | C Burch, MA |
| | CASSANDRA BURCH, MA NBDC |

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, William | ID # BS9514533 | D.O.B. 9/10/63 |
|---|---|---|---|

8/23/95
4pm -

S. "I have a lot of anger inside and because I can't let go of the feelings I cry alot then I hate my self for crying. I stop taking my medication because I am not sure if the pain I feel in my right arm and shoulder is a reaction from the medication."

O. white male alert, cooperative, oriented with good eye contact. Appropriate behavior at times very tearful. Normal psycho-motor activity. Pt sister Patricia Lawson shared with me that William's lawyer and her felt that pt was suicidal as he told them he had stop taking his meds. Pt denies having any suicidal ideations, he reports that when "I begin to share my feelings people get the wrong impression." Pt speech coherent. Pt mood and affect is appropriate to his situation. Pt reports difficulty in sleeping because of shoulder + arm pain. Appetite is normal.

A. Alteration in mood related to his situation

P. To have 1-1 session and inform psychiatrist of pt mental status

E. Pt to access MH services as the need arises. M. Nelson RN

MELSAIDES NELSON, MSRN,
PSYCHIATRIC SUPERVISOR, NBDC

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

046

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS William. ID # 9514533 D.O.B. 9 10 16 |
|-----------|----------|
| 8/24/95 1200 | Incidental note - I feel warm shots going through my body x4 days. It is cold outside and I feel warm. I saw Nurse Nelson yesterday and she is going to see me at 12:00 noon. I do not think it is the Lithium doing this to me, as I take five different types of medication by now. I also feel my feet want to give out. O- W/m seen in office at deputy's request. Skin warm, dry. Seen anxious BP 140/95. P go £ 24 TROM of both arms. Amb̄ steady gait. a- R/o pain in arms + legs P- Reassured. Will refer to med. Dr. _____ — M Jutik L — Dick Maureen, RN NBDC |

EMSA CORRECT CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Vicks William | ID# 14537 | D.O.B.: 9/10/63 |
|---|---|---|---|

8/24/95
2 pm

Cry. FC

S: "I want to die see the real dr."
(Medical Dr.)

O: Hx of Si & Suicgnes or was
c̄ pain o (R) arm + shulder.
We discussed & pt was informed
that Suig. or Si so not
produce pain, we discussed if
he did some exercise Advised
to rel.

MSE Alert Cry friendly.
N/ psychomotor act.
Vi eye contact ( hygiene
Euthymic c̄ proper affect
⊖ Delusion, A/O holex, S/H
good sleep app
good insight & judgement

A. Bipolar D. mixed.

P. cont Si 800 mg QM Mood Swing
Suig. 75 mg QM Dy

Limia

L Limia M

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004

7/94

048

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS9514533   D.O.B. 9/1/01 |
|-----------|-------------------------------------------------------------|
| 8/31/95 925/p | PA Note. |

S- Pt c/o B/L shoulder pain intermittently x wks; S/P MVA ā multiple ↓↓'s; q recent trauma.

O- NAD

Upper Ext: symmetrical.
ROM good, A edema,
erythema ā deformity

A/P  Bursitis
Advil 600 mg po TID x 14d.
Blue ice dsp ×14d

E. Warm compress
Rest.
RTC prn

*[signature]*
VERONICA O'CONNER, PA
NBDC

*[signature]* DR. WINTHROPE-DAVIS
STAFF PHYSICIAN - NBDC

049

CL 1480-02 (2/95)

EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hickes William | ID # BS9514533 | D.O.B.: 9/10/63 |
|---|---|---|---|

9-5-95
10:30 Am

S. I'm just a little depressed.

O Alert cooperative O x 4 Good eye contact. Clean Appropriate behavior Normal psychomotor activity. Denied a/v hallucinations No delusions verbalized Speech coherent. Mood mildly depressed. Says he has mood swings & gets hyper at times & almost got into a fight. Unwilling to discuss suicidal ideation. However he has not indulged in any self injurious behavior Sleep is poor Appetite + O.K. No side effect of meds noted / complained of.

A. Bipolar disorder inmand c̄ psychotic feature

P. di CO₃ 600 mg (liquid) Po bid for mood swings Till 10/6/95
   Sinequan 100 mg Po gHS for depression
   Li level on 9/15/95

Tily. Martin MD

Dr. John Martin
Psychiatrist - NBDC

*Complete Both Sides Before Using Another Sheet*

CC 004

**FOR MENTAL HEALTH USE ONLY**

7/94

050

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks  William    ID# B595 14 533         D.O.B.: 9/10/63 |
|-----------|--------------------------------------------------------------------------|
| 10-6-95   | S    In dosing O.K. |
| 5:00 Am   | O    Alert Cooperative O x 4 good eye contact. clear. Appropriate behavior Normal psychomotor activity. Denied a/v hallucination. No delusions verbalized. Speech coherent mood enthymic & stable. Affect appropriate. Denied S/H ideation. Sleep & appetite are normal. He says he feel fine & has not taken meds b 2 weeks. |
|           | A    Bipolar disorder mixed c psychotic features. |
|           | P    D/c LiCO3 |
|           |      D/c sinequan                          **Dr. John Martin**<br>**Psychiatrist - NBDC** |
|           | E    Pt to access MH Services as needed. TG Martin MD |
| 10/12/95  | (S)  I/M Hicks was seen following an I/M request from him. He states " I feel I have too energy inside me; I feel restless at times." |
| 6:40 PM   | (O)  Cooperative, alert, oriented x 4, anxious mood, labile affect. No delusion or A/V hallucinations were noted. I/M reports difficulty sleeping and requests to be seen by Dr. Martin. |
|           | (A)  Bipolar disorder mixed c psychotic feature |
|           | (P)  Referred to Dr. Martin for further evaluation. |
|           | (E)  I/M to request mental health Services as needed. |
|           |                      Max         Ph.D.<br>DR. ABDOLMAJID SHAMS<br>PSYCHOLOGIST |

Complete Both Sides Before Using Another Sheet

**FOR MENTAL HEALTH USE ONLY**

CC 209

4/93

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William    ID# BS 9514533    D.O.B.: 9/10/63 |
|---|---|
| 10/14/95 5:45 Am | S: I'm O.K. now. A guy was snoring + I couldn't sleep. I was going to punch |
| | O Alert Cooperative Ox 4 Good eye contact Clear |
| | Appropriate behavior Normal psychomotor activity Denied |
| | a/v hallucinations No delusions verbalized Speech |
| | coherent Mood euthymic Affect appropriate Denied |
| | S/H ideation Sleep + appetite are normal No side |
| | effects of meds noted/complained of. |
| | A Bipolar disorder mixed c̄ psychotic features in remission |
| | P. No psychotropics Recommended now. |
| | E Pt to access M.H services as needed. Tab. Frater Eq. 0 |
| | Dr. John Martin Psychiatrist - NBDC |
| 10/27/95 1:30 pm | Note Ho called S. Nelson RN at NBDC + informed that pt is Thinking about Killing himself. ∴ Suicidal watch |
| | DR. MELLIMIA STAFF PSYCHIATRIST MAIN JAIL |
| 10-27-95 6:10 PM | Incidental note: Received on 12² G1, placed on suicide watch per order.    Valerie Mindle, RN    V. Mindle, RN North Broward |

**Complete Both Sides Before Using Another Sheet**

FOR MENTAL HEALTH USE ONLY

CC 209    052    4/93

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS  William     ID# BS 9514533          D.O.B.: 9 / 10 / 63 |
|---|---|
| 10-27-95 | S: "I'm cold, get me a blanket." |
| 8³⁰ PM | O: W/M standing at cell door in suicide gown stating above. |
| | Denies he knows the reason he was placed on suicide |
| | watch, but does not deny that he's thought about killing |
| | himself. No plan at this time. Denies A/V hallucinations. |
| | Answers all questions with a sly smile on his face. |
| | Makes eye contact, labile affect. Cooperative & oriented. |
| | A: alt. in mental status — suicide watch. |
| | P: BSO to cont. q 15" watch, Mental Health eval. q. shift |
| | E: Instructed to ask for Medical, if needed. _Vonnie Kindler, RN_ North alhambra, RN |
| 8⁴⁵ 10/27/95 | S: "I'll be OK from now on." |
| 2310 | O: W/m sitting on bunk. Denies A/V hallucinations, good |
| | eye contact. Cooperative. Denies suicidal ideation |
| | @ present. A/O x 2. |
| | A: Alt. in mental status — suicidal watch. |
| | P: Observe q 15" by BSO & q-shift by M.H. Staff. |
| | E: Instructed to ask for medical if needed |
| | Judith Jones, LPN  NBDC |

Complete Both Sides Before Using Another Sheet

FOR MENTAL HEALTH USE ONLY

CC 209

053

4/93

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William    ID# BS95/4533    D.O.B.: 7/10/63 |
|-----------|---------------------------------------------------------------|
| 10-28-95 | S   I'm not suicidal. |
| 5⁵⁵ AM | O   Alert cooperative O X 4 good eye contact. Wearing paper gown. Appropriate behavior. Normal psychomotor activity. No a/v hallucinations or paranoia. Speech coherent & goal directed. Mood euthymic. Affect appropriate. Denied S/H ideation. Seems to suggest that there may have been a misunderstanding about what he said to his mother. However in view of his question concerning why he had been moved to the main Jail he quite likely threatened suicide to effect a transfer back to North Broward. |
|  | A   Bipolar disorder mixed ♭ psychotic features in remission. |
|  | P   D/c suicide watch                    J.G. Martin M.D.,
                                          Dr. John Martin
                                          Psychiatrist - NBDC |

11/1/95 Incidental Note - I received a call from Dorbucker
1pm re William grievances about Dentist and getting
pt back into the drug program. The pt was
referred to the dentist placed on list to be seen 11/2/95
Correction Counselor Sheila Sernander will be assessing pt functional level for general population.
M. Nelson RN

MELSAIDES NELSON, MSRN,
PYSCHIATRIC SUPERVISOR, NBDC


**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: *Hiter, William* | ID B596-14533 | D.O.B. 9/1/61 |
|-----------|-------------------------------|---------------|---------------|
| 11/7/95 8P | *Incidental Note: Pt out to visit, unable to address sick call. Richardson* — DELLA RICHAR... NBDC | | |
| 11-30-95 2:15pm | *Incidental Note — I/m refused sick call at this time* — Calista Chukwu **CALISTA CHUKWU, RN NBDC** | | |
| 12-8-95 5:30 P | Inced. Note: Grevnce. Rec'd: 12/8/95  Grevnce. Ans: 12/8/95  *Joan Bauersmith* **JOAN BAUERSMITH, RN, HN, NBDC** | | |

055

CL 1480-02 (2/95)

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William ID# BS95 14533    D.O.B.: 9/10/63 |
|---|---|
| 11/9/95 6 P.M. | (S) I/m Hicks was seen following a referral from Mr. Hanley, in which Mr. Holden, I/m Hicks' attorney was requesting that I/m Hick be seen by a Doctor. I/m Hicks states "I'm having these racing of my thought; I also have difficulty sleeping and want the Dr. to give my medication, or I'm going to have my attorney Sue the Dr." |
| | (O) Alert, oriented x 4, stable mood, appropriate affect, coherent and relevant with adequate communication skills. Denies S/H ideation or threats. No delusions or A/V hallucinations were noticed. I/m complains of lack of sleep and requesting medication. |
| | (A) Bipolar disorder by HX. I/m appeared stable and in full remission. |
| | (P) I/m was advised to write an I/m request to the Psychiatrist stating nature of his problems, so that he can be re-evaluated for medication. |
| | (E) I/m to request mental health services as needed. |
| | Majid Shams Ph. D. DR. ABDOLMAJID SHAMS PSYCHOLOGIST |

**Complete Both Sides Before Using Another Sheet**

FOR MENTAL HEALTH USE ONLY

056

CC 209                                                                                                         4/93

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William    ID# B 595 14 5 33    D.O.B.: 9 / 19 / 63 |
|-----------|------------------------------------------------------------------------|
| 11-11-95 6¹⁰ pm | S  In hearing voices. I have a lot of anger. |
|  | O  Alert cooperative OX4 Good eye contact. Clean Appropriate behavior Normal psychomotor activity Says he has been feeling angry a lot lately. He even said he was angry at me but did not elaborate. He says he has been hearing voices for more than 2 weeks and says that he hears them several times a day. No visual hallucinations. No delusions verbalized. Speech coherent Mood irritable Affect appropriate. Denied SH ideation. Sleeps for > 8 hr/day. Appetite is normal. He said that he got headaches with Lithium. I explained to him that Thorazine might help deal with the hallucinations + agitation. He understood that he will have to deal with his anger towards an object, a person or a situation + that medication would not control his anger. |
|  | A  Bipolar disorder mixed c psychotic features. |
|  | P  Thorazine 100 mg Po bid for hallucinations + agitation. Till 12/12/95 |
|  | _J.S. Martin M.D._ Dr. John Martin Psychiatrist - NBDC |

CC 209    FOR MENTAL HEALTH USE ONLY    4/93

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks Williams ID# BS 95 14 5 33       D.O.B.: 9 / 10 / 63 |
|-----------|---------------------------------------------------------|
| 11-18-95 | S  Im not sleeping well. |
| 5 35 pm | O  Alert cooperative OK & good eye contact clean Appropriate |
| | behavior Normal psychomotor activity Denied S/H ideation. |
| | Mood euthymic Affect appropriate, Still having hallucination. |
| | Denied feeling paranoid. Speech coherent Sleeping for about |
| | 6 hrs of disturbed sleep. Appetite is o.k. Stopped taking Thorazine |
| | because it was oversedating. Haldol + Trilafon were briefly di___ |
| | He agreed to try Trilafon. |
| | A.  Bipolar disorder mixed c̄ psychotic features. |
| | P.  Trilafon 8 mg Po qHS for hallucinations + agitation till 12/18/95 |
| | D/c Thorazine          T.J. Martin MD        Dr. John Martin |
| | Psychiatrist - NBDC |

Complete Both Sides Before Using Another Sheet

058

FOR MENTAL HEALTH USE ONLY

CC 209                                                                    4/93

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, WILLIAM ID# B 5 J J 14 533 | D.O.B.: 9 10 163 |
|---|---|---|
| 12/0/95 21:15 | Incidental Note: Pt. seen for s/c. psych. problem note for dr. Martin left in his box. Eva Podlocha RN | |

EVA PODLOCHA, RN
NBDC

Complete Both Sides Before Using Another Sheet

059

FOR MENTAL HEALTH USE ONLY

CC 209

4/93

**EMSA** *CORRECTIONAL CARE*

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks    William | ID # B59514533 | D.O.B. 9 / 19 / 63 |
|-----------|-------------------------------|----------------|---------------------|
| 12-16-95 | S.  Im depressed. | | |
| 7⁴⁵ Am | O  Alert Cooperative OK 4 Good eye contact. Clear | | |
| | Appropriate behavior Normal psychomotor activity | | |
| | Denied a/o hallucinations No delusions verbalized | | |
| | Speech coherent Mood seems to be one of frustration | | |
| | & anger at his situation. Affect appropriate denied | | |
| | S/H ideation. Sleep is poor Appetite ~ fair. He | | |
| | says he was getting headaches with the Trilafon & since | | |
| | he was not having hallucinations stopped taking the | | |
| | medication. Currently he c/o depression without | | |
| | being specific as to symptoms. He says he had | | |
| | felt depressed even prior to his arrest. He may | | |
| | be having an irritable depression & hence will be | | |
| | started on Sinequan to see if there is any improvement | | |
| | A  Bipolar disorder mixed ē psychotic features. | | |
| | P  Sinequan 75 po Po QHS for depression  Till 1/16/95 | | |

T.J. Martin M.D.

Dr. John Martin
Psychiatrist - NBDC

FOR MENTAL HEALTH USE ONLY

L 1480-03 (2/95)

**EMSA** CORRECTIONAL CARE

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks - William | ID # BS9 5/4/53 | D.O.B. 9 1/6/6 |
|-----------|------------------------------|-----------------|----------------|

1/04/96  S. pt brought over ambulatory
1830    from 12² H3. pt A+o x3.
        O. pt A+o x3. peng 3mm.
        Speech clear. Smile symmetric.
        No pterous noted of eyes.
        pt has a well healed scar
        along occiputal to Temporal
        area. No redness on swelling
        noted. pts hearing within normal
        limits. Hand grasp equal and
        strong - pt' gait steady.
        A. pts only cp is a occ H.A.
        pt asked not to be moved
        to the Infirmary and feels
        he needs no medical
        intervention at this time -
        in fact pt is pleased c
        this progress. pt was told
        he may always access
        med help.
        P. Allow pt time to ventilate
        E. pt inst to call you
        nurse any problems.
            Joy Brennan

                    Joy BRIEN, RN
                    NBDC  061

CL 1480-02 (2/95)

# PRISON HEALTH SERVICES
# CORRECTIONAL
# CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William    ID# BS9516533    D.O.B.: 9/19/63 |
|-----------|-----------------------------------------------------------------|
| 1-7-96 | S.  Am not hearing any voices. |
| 10¹⁰ Am | O  Alert cooperative OX4 good eye contact. Clean Appropriate behavior Normal psychomotor activity. Denied a/v hallucinations No delusions verbalized Speech coherent Mood depressed Affect appropriate. Denied s/h ideation Sleep + appetite are normal. No side effect of meds noted/complained of. |
|  | A  Bipolar disorder mixed ↑ psychotic features |
|  | P.  Siegran 100 y. bo QHS for depression till 2/8/96 |
|  | E  Pt to report any side effects. |
|  | Jph. Martin M.D.    **Dr. John Martin**<br>**Psychiatrist - NBDC** |

Complete Both Sides Before Using Another Sheet

**FOR MENTAL HEALTH USE ONLY**

CC 209                                                                4/93

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, WILLIAM | ID # BS9514535 | D.O.B. 9/10/6 |
|---|---|---|---|

| Date/Time | Notes |
|---|---|
| 1/6/96 10:00/A | Inced. Note: Grevnce. Rec'd: 1/4/96 Grevnce. Ans: 1/6/96 Joan Bauersmith RN **JOAN BAUERSMITH, RN, HN, NBDC** |
| 1-14-96 8 PM | Incidental note: Seen for sick call — see form CL1480-0 _Valerie Mindle, RN_ V. Mindle, RN ~~North Broward~~ |
| 1/23/96 3 pm | Grievance Received 1/22/96 Answered 1/23/96 M. Nelson RN **MELSAIDES NELSON, MSRN, PSYCHIATRIC SUPERVISOR, NBDC** |
| 1/31/96 Wt. 237 2 pm | MD NOTE: S) c/o wt. gain & fluid retention — Long Hx. of psych. — Severe depression — E) BP 180/110  88 ↑ wt from 185 (8/95 → 1/96) 237 (I'd S lungs: Clean to A abd: liver edge @ 3 cm ↓ CM — mode ext's: trace pitting edema — Neuro: Poor historian  but Ox3 A) 1) SOME FLUID RETENTION 2) ↑ wt 3) ↑ BP P) trial of diuretic, labs E) F/U in 7D. **DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC** Dr W Davis |
| 1/31/96 1:50 pm | Inc. Note: Blood drawn for CBC & SMA6 per DR's orders **CASSANDRA BURCH, MA NBDC** C Burch |

063

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William   ID # B5951453   D.O.B. 9 1 1016 |
|-----------|---------------------------------------------------------------|
| 2/3/96 1030 | (S) Requested to see detainee by caller identity by self as mother of above. Detainee c/o "feeling swollen all over" and of insufficient urinary output. States "Donley pees twice a day I should be doing it m_ reports steady stream c voiding; denies discomfort c voiding. Denies flank pain |
| | (O) Weight 233 lbs (clinic scale) 120/82 978-80-18. Breath sounds clear. Hear_ irregular. Lower extremities c trace edema (nonpitting). Abdomen soft, nontender c normal bowel sounds. Pubis area palpated; flat/soft/nondistended. ___ |
| | (A) Knowledge deficit - medication/diuretics |
| | (P) Educated on rationale for lasix/potassium therapy. Current weight given to detainee. Instruc_ on upcoming reevaluation c Dr. Daws. Weight ordered Q week x 4. Dr. Daws called aware of above complaints/assessment. ___ Jean M ___ |
| | JEANNE M. GAN__  NBDC |
| | |
| | |
| | |
| | |

CL 1480-02 (2/95)

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS95118533  D.O.B. 9/10/6 |
|-----------|------------------------------------------------------------------|
| 2/4/96 1400 | (S) Requested to see detainee by caller identified as mother. Reports detainee c/o pain c urination. |
| | (O) Assessed yesterday per caller request: see note 2/3/96 |
| | (P&E) Will obtain urine for dipstick evaluation. — Jean m |
| | JEANNE M. GANIS, RN NBDC |
| 2/4/96 7:15 pm | Incidental Note: Urine Chem-strip 9 results neg. D.Richardson for D.Richardson RN |
| 2·6·96 2:15 p | S - 32. y.o. w. m. Hx. HTN. Gaining Weight. PMH. EtOH Abuse - on Lasix and KCl. feel better except of. occasional HA and lower abdom pain - |
| | O: habit. Good. CW = 231 ↓ from 237. |
| | B/p: 110/70. |
| | lg = clr |
| | CV - NSR |
| | abdom: soft. except diffuse mild tender lower abdom |
| | A: HTN control. may need further scope of UTI or prostate problem |
| | P: on appointmen F/U Dr. Lins. |
| | E: Naproxen analgesic pm. |
| | lab - Stones. Slight ↑ uric acid and LFT'S - |

DR. WINTHROP G. DAVIS
STAFF PHYSICIAN - NBDC
John Catano NBDC

C065

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Jeeks William | ID # 3595 14533 D.O.B. 9/10 62 |
|-----------|-----------|-----|
| 2/5/96 9:30/pm | Incidental Note: Pt. requested B/p to be checked. Pt was called to nurse's office to have B/p checked + Pt Refused per deputy. - D Richardson | |

DELLA RICHARDSON, LPN
NBDC

066

CL 1480-02 (2/95)

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | B57 516533 ID # | D.O.B. 9/10/63 |
|---|---|---|---|

2-6-96

6³⁵ Am

S    I havent taken the Sinequan for about 5 days.

O    Alert Cooperative OX4 good eye contact. Clean Appropriate behavior. Increased psychomotor activity. Denied a/v hallucinations. No delusion verbalized. Speech coherent. Mood irritable & frustrated. Affect appropriate. Denied S/H ideation. However he admitted that due to his state of irritation he could lose his temper & hit someone. Sleeping for about 6-7 hrs compared to 15 hrs. Appetite is good but he is not eating for fear of gaining weight. He was 190 lbs at the time of H&P & today weighs 232½ lbs on the infirmary scale. He has recent stretch marks on his upper thighs. C/o difficulty putting out sufficient urine. No pitting edema of lower limbs. C/o lower back pain & pain going from abdomen to chest. He says he has been having physical problems for about a week & stopped taking Sinequan about 5 days ago without any relief. Labs are elevated (Uric acid=7.8 mg/dl, LDH=207 su/l, SGPT=52 su/l & GGTP=75 u/l)

A    Bipolar disorder mixed c psychotic features.

Weight gain may be because of jail food, inadequate exercise & sleeping for upto 15 hrs/day earlier. ↓ food intake → 4 lb weight loss in about 5 days

P    Sinequan to be D/c'd. Pt agreed to this.

E    S/p advised to write to medical regarding his abdominal discomfort.

Jky Martin M.D

**Dr. John Martin**
**Psychiatrist - NBDC**

## FOR MENTAL HEALTH USE ONLY

CL 1480-03 (2/95)

**EMSA CORRECTIONAL CARE**

**PROGRESS NOTES**

| Date/Time | Inmate Name: HICKS, William   ID # 35.95-145.B3   D.O.B. 9,10,63 |
|---|---|
| 2/7/96 10 AM | MD. NOTE: F/U Wt. gain — c/o Side effects from Paxil |
| | S] c/o nausea & vomiting |
| | c/o headaches |
| Wt. 231 (↓6 lbs in 1 week) | c/o pins & needles in fingers & toes |
| | Says he can't eat & is given all this |
| | food away |
| | Says he can't urinate, then he says |
| | he can |
| Labs: essentially WNL | O] When I suggested his Wt. gain was down be due to overeating — he became |
| | incensed — "Are you willing to swear |
| | to that?" |
| | — is now off all psychotropics — |
| | A] appropriate affect — |
| | No evidence of organic ds. |
| | P] He was offered to D/C Paxil, but he |
| | Wanted to continue taking it. |
| | E] No further F/U planned. |
| 4:30 pm 2/8/96 | INCD. NOTE: GRIEVANCE REC'D 2/5/96     DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC |
| | GRIEVANCE RESPONDED 2/7/96 |
| | SEE COPY |

CL 1480-02 (2/95)                                                                068

"MEDICAL"            2-7

TO DR DAVIS,

I AUTHORIZE YOU TO discuss
my Medical condition and Relea
all Information TO my MOTHER
DONNA JOHNSON

I'M WAVING Rights of
Confidenality,
        per Bill m Hicks
            & William m Hic
    Witness x

" NOTE per medical Ref- SYNACUAN &
water pills State that all the Sym
I HAVE ARE the Same. "

THANKS For your time

REGARDING
    William Hicks
        BS95-14533
            9-10-63

**EMSA CORRECTIONAL CARE**

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks Bill    ID# BS957453  D.O.B. 9/10/6 |
|---|---|
| 02/06/96 at 940P | Nsg. Note: Refused nursing inter-vention in preference of difficulty urinating. Referred Pt to clinic. |
| | FLORENCE DEMOSTHENES, RN NBB |
| 2/15/96 2:50 | S/P altercation one week ago c/o persistent pain w dist of Ⓡ Trigeminal nerve. No acute visual changes |
| | O Imp→ |
| | Recent Ⓡ infraorbital ecchymosis tender over Ⓡ zygoma & sensation ~~was~~ diffusely |
| | Jaw Ⓡ TMJ crepitus |
| | eyes. Subconjunctival reverch |
| | OD PERRL, EOMI |
| | A- 1 TMJ syndrome |
| | c r/o orbital fracture |
| | DW see order — |
| | D. WADE CHATFIELD P.A. - C. MAIN JAIL |
| | DR. N. DERIZIER STAFF PHYSICIAN MAIN JAIL |
| 2-19-96 2PV | Individual note pt was called to see me but did not come down |
| | DR. N. DERIZIER STAFF PHYSICIAN MAIN JAIL |



**EMSA** *CORRECTIONAL CARE*

### PROGRESS NOTES

| Date/Time | Inmate Name: Hick William | ID # B59514733 | D.O.B. 91/16 |
|---|---|---|---|
| 2-20-96 11A | 32 year old w/m here to see me as per Dr Dains to determine if He needs eyeglasses. When pt ~ 2 H ~ 9 in his right side of face. It was hit in the face by other inmate | | |
| | O   BP 110/80 p 80 R 20 | | |
| | Face c tenderness on palpitation at the R side of face | | |
| | deep clear ~ptd | | |
| | Heart RR | | |
| | abdomen soft BS present | | |
| | *Xray reveals Fx of zygomatic arch | | |
| | Vision OD 20/20  OS 20/20  OU 20/20 | | |
| | A Fx Rt zygomatic arch | | |
| | P refer to dentist | | |
| | DR. N. DERZIER STAFF PHYSICIAN MAIN JAIL | | |
| | 071 | | |

CL 1480-02 (2/95)

**EMSA CORRECTIONAL CARE**

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, William | ID # DJ 951 4533 | D.O.B. 9 / 10 / 6_ |
|---|---|---|---|
| 2-31-26 | One of Maxillofacial surgery note | | |
| | CC: "I was struck 12 days ago". | | |
| | HPI Pt states that he was struck to the ® face repeatedly | | |
| | with a fist multiple times apprx 2wks ago. | | |
| | Pt reports L.O.C. at the time of initial trauma. He has | | |
| | been evaluated by MD" and is referred for OMFS | | |
| | consult. | | |
| | PMHx HVS. to per chart. | | |
| | GE: Cervicofacial examination incl lymphatics | | |
| | significant for ® subconjunctival ecchymose and | | |
| | infraorbital ecchymoses on the ®. Facial swelling not | | |
| | evident at time of examination. EOM full x2. | | |
| | PERRLA. No paresthesia is evident along the distribution | | |
| | of the infraorbital nerve on the ®; however pt reports | | |
| | paresthesia in the temporal & parietal regions. Infraorbital | | |
| | and supraorbital rims intact to palpation s̄ stepdeformity | | |
| | A healing cutaneous wound is evident on the ® | | |
| | zygoma. Pupillary level equal s̄ and signs of | | |
| | entrapment. diplopia is not evident. Interincisal | | |
| | opening is 35 mm. Mild tenderness to palpation in N | | |
| | ® TMJ. Intraorally ecchymosis is not evident in | | |
| | the nuccobuccal fold on the ®. Occlusion is stable | | |
| | Radiographs | | |
| | | | |
| | | | |

**EMSA** *CORRECTIONAL CARE*

PROGRESS NOTES    13595

| Date/Time | Inmate Name: Dick   William | ID # C4533 | D.O.B. 9/10/53 |
|---|---|---|---|
| 2/22/96 | Gay  FC | | |
| 8:45 am | S: "Could I get anti depressant." | | |
| | O: Hx of depression. OT Trk | | |
| | Suig ↓ ↑ weight, urinary incont. | | |
| | ↓ ↑ Uric acid. Urn OK | | |
| | so told him about Covid ... | | |
| | We discussed SSRI. In | | |
| | the past he trk Crozer | | |
| | ↓ made him "incontinent" | | |
| | We discussed side effect of | | |
| | Tricyclic ↓ pt would rather | | |
| | stay Ø Med. Agreed | | |
| | A. Hx of Dep. | | |
| | P. pt may access M.H. if | | |
| | he changes his mind. | | |
| | [Urn in drug cell; doing | | |
| | very well — on gen officers] | | |
| | *(signature)* | | |
| | DR. MEL LIMIA STAFF PSYCHIATRIST. MAIN JAIL | | |
| ! | | | |

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

073

**EMSA** CORRECTIONAL CARE

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Williams   ID # BS 95 14 53   D.O.B. 9/10/53 |
|---|---|
| 2-21-96 | Review of new facial films done this am. Significant for non displaced fracture of the Zygomatic process of the Temporal bone. A bony discontinuity is evident in the ® lateral wall of the maxillary sinus. The maxillary sinuses are well aerated ī evidence of air fluid level bilaterally. Infraorbital rims appear intact. Clinical & radiographic findings consistent ī nondisplaced fx of the ® Zygomatic arch, suspected fx of the ® lateral wall of the maxillary sinus (2° to fx). Plan: ① Soft diet x 2 wks ② Motrin 600 mg po t-id x 2 wks ③ F/u ī Dental in 2 wks                                              T. WEATHERS |
| 2·27·96  906 A | Incident Note: Pt. Refused Sick call See Refusal form.                      Jewell Davis, LPN |
| 3/4/96  7:30 pm | ① H₀ of ® Zygomatic arch fx ?? ① ® Ramus impacted fx (Doubtful) 2° to Assault x 3 wks ago. Now c/o pain motrin not help him sick Pt: ① palpable ® Zygoma + loss orbital fx class I — mal-occlusion, ↓ mouth opening 2° to fx / massiter muscle spasms ⇒ See orders |

074

DR. CRAIG JOECKER
STAFF PHYSICIAN

CL 1480-02 (2/95)

**EMSA** CORRECTIONAL
CARE

1/2/96
10u                    **PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, William | ID # BS 95/4533 | D.O.B. 9/10/16 |
|---|---|---|---|
| 3·27·96 | asar amoxcill- facial dryg ate. | | |
| 10.30 am. | Pt evaluated this pm. Closed examined vertically undraged although pericard opening has improvedsince last appt. Opening 41 mm. Demands of examined unremarkable Pt report that he is under a lot of stress when oral clenching musculature (parafunctual habit) with examined P/a (1) will follow epi eval (1) PA x-ray of teeth UR Quadrant. (unremarkable) (3) Continue flexeril x 14 days | | |
| 3/28/96 4:45pm | Ave Note: Referral to Psychiatrist. Received a call from pt's mother regarding pt being "a little depressed". ___ D Limia 184 DR. MEL LIMIA STAFF PSYCHIATRIST, MAIN JAIL | | |
| 3/29/96 9a | See — note ____ | | |
| 4/8/96 | Ave note:- Responded to grievance JERRENE R. BRANTLEY, RN HEAD NURSE, MJB | | |
| 4·13·96 7P | Incidental report-will refer to See P/R S Crawford LPN CRAWFORD, SHEILA, LPN MAIN JAIL | | |
| 4/8/96 | Unable to see sick call ___ CHRISTOPHER ___ MAIN JAIL to BSO movement ~ L Gaylord | | |

CL 1480-02 (2/95)

075

**EMSA** CORRECTIONAL CARE

PROGRESS NOTES    B 8 96

| Date/Time | Inmate Name: Glick W. | ID # 14533 | D.O.B. 9/10/63 |
|---|---|---|---|

3/28/96

5a

Gagel

S: "I'm OK... dealing c̄ my things in prayer... don't want antidep."

O: Ref. by MD → ~~Start~~ Schwartz → Dr [me] W s discussed past Tx. Adv./ disadvantage, dose, length of Tx. etc. Pt is well versed on all side effect. + had taken many antidepressants in the past. [Wellbutrin did not help, Prozac brought suicidal tendencies, Sinequan poor urinary incontinence + ↑ weight.] Pt is doing well in Drug cell, believing on Religion (got rosary on neck), + feels support from family + others cell IM. Pt would rather not take antidep + refused ref. Pt did acknowledge suicidal thoughts specially when thinking about both [brother kill himself c̄ GSW a 4y ago]. but indicated No intent n plan + will not act upon idea. We discussed access to M.H. as well as, offices of thinking is too much,

A: Hx of Dep

FOR MENTAL HEALTH USE ONLY

CL 1480-03 (2/95)  P. Pt may access MH/ RTC (so ___

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

076

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Williams | ID # BS9514535 | D.O.B.: 9/10/63 |
|---|---|---|---|

**4/22/96**
**8:25 pm**

(L) (R) ZMC Fx X ~ 2½ months ago
2° to assault. Maxxd. X-rays ⊖ Fxs
⊖ diplopia

Pt c/o HeadAches + (R) Zygomatic
pains, which are ↑ c̄ sleep + t
chewing

PE: ⊕ Palp. (R) Zygomatic arch Fx.
PERRLA, EOMI, midface stable.
Class I, nl occlusion.
CN's VII intact.
⊕ numbness in 3RD division of (R) CN V

A/P ⊕ (R) ZMC Fx (abnormal occlusion,
⊖ dystopia)
⊕ (R) TMJ syndrome, ⊕ Headaches
⇒ See orders

**4/25/96**
**3:05 pm**

GRIEVANCE ANSWERED 4/25/96
[DATE]
ONLY
[SIGNATURE]

TODD SCHWARTZ, HSA
Main Jail

DR. CRAIG UECKER
STAFF PHYSICIAN

CC 023                                                          5/95

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks W | ID # 14533 | D.O.B. 9/10/63 |
|---|---|---|---|
| 4/30/96 | Psy EC | | |
| 9a | S: "OR" | | |
| | O: Hx of "Bipolar D. mixed" doing very | | |
| | well Ø Med & in Drug Cell. | | |
| | PT is taking care of his jaw — might | | |
| | need re-fer to re-align & stop the | | |
| | discomfort | | |
| | PT not in need of psychiatric servi | | |
| | at this Time. | | |
| | MSE: Alert Coop & friendly | | |
| | Psychomotor activity in NL | | |
| | Mild depression — "on & off always" | | |
| | Ⓝ Delusion, S/H ACU. | | |
| | good sleep. app | | |
| | good insight / judgement | | |
| | A: Hx of Bipolar D. mixed | | |
| | P: Termination | | |
| | PT may access M.H | | |
| | | *Limia* | |

DR. MEL LIMIA
~~STAFF PSYCHIATRIST~~
MAIN JAIL

**FOR MENTAL HEALTH USE ONLY**

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hills, William | ID # BJ9514533 | D.O.B. 9/10/63 |
|---|---|---|---|

**5/8/56 9.20a** — Pt evaluated this am in clinic ē Dr Clime & Todd Schwartz. Pt states that he was assaulted 2° to last examination. Repeat Facial bone xrop done as of 5/3/56 and reviewed with patient. Displacement ℓ ⓡ Zygomatic arch as of previous examination radiographically not apparent. Intra nasal opening admits two fingers (patients) easily. It was explained to patient - that in the examiners opinion surgery is not planned on the ⓡ Zygomatic arch. Pt states that he is now having soreness on eating in the ⓛ TMJ. Odors reviewed on examination on 4/22/56. Will follow up ē TMJ eval if soreness persists.

**5/18/96** 61 - Seen by nurse - See note per CCO 18 -

LORRAINE KRYSTOPHER, LPN
Main Jail

**5-22-96 12:15 pm**

GRIEVANCE ANSWERED 5/22/96
SIGNATURE
TODD SCHWARTZ, HSA
Main Jail

EMS CORRECTIONAL CARE

D, FLU, AND RESPIRATORY ALLERGIES PROTOCOL

| NAME: *Hicks William* | ARREST# *BS 9514533* |
|---|---|
| DOB: *8/15/78*    RACE/SEX *b/m* | DATE: *5/18/96*    TIME: *6p* |

| SUBJECTIVE | 1) | HISTORY OF COPD OR OTHER LUNG DISEASE? *no* |
|---|---|---|
| | 2) | SYMPTOMS? |
| | 3) | IF ALLERGY, PAST HISTORY? SEASONAL? KNOWN OFFENDING ALLERGENS? |
| | 4) | DRYNESS OR SORENESS OF THROAT? *no* |
| | 5) | PRESENCE OF COUGH? IS IT PRODUCTIVE? *no* |
| | 6) | COLOR OF SPUTUM IF COUGH PRODUCTIVE? HIV (+)? |
| OBJECTIVE | 1) | T: *98 6*    P: *82*    R: *20*    B/P: *130/76* |
| | 2) | HEENT EXAMINATION, IN PARTICULAR, CONDITION OF EARS, NOSE AND THROAT. *clear* |
| | 3) | ENLARGED NODES OR SALIVARY GLANDS IN NECK. *no* |
| | 4) | CHEST EXAMINATION - WHEEZES? RALES? RHONCHI? |
| ASSESSMENT | | COLD/INFLUENZA/ALLERGY |
| PLAN | | REFER TO PHYSICIAN/PA OR ARNP IF: |
| | 1) | BEEFY RED THROAT WITH OR WITHOUT PATCHES OR PUS. |
| | 2) | TEMPERATURE > 100.5 ° |
| | 3) | WHEEZES, RHONCHI OR RALES IN LUNGS. |
| | 4) | EVIDENCE OF EAR INFECTION. |
| | 5) | SEVERE COUGH |
| | 6) | CHRONIC ALLERGY UNRESPONSIVE TO CONSERVATIVE TREATMENT. |
| | | ASPIRIN, ACETAMINOPHEN PRN BODY ACHES.<br>SALT WATER GARGLE PRN.<br>SUDAFED 30 MG. 1-2 TABLETS, 2-4 TIMES/DAY FOR 5 DAYS IF NO HISTORY OF HYPERTENSION<br>CTM 4 MG. 1 TABLET, 2-4 TIMES/DAY FOR 5 DAYS IF EXCESSIVE NASAL DRAINAGE AND NO HISTORY OF ASTHMA. |
| EDUCATION | • | *ADVISE THAT COLDS LAST 7-10 DAYS WITH OR WITHOUT RX.* |
| | • | *INCREASE FLUID INTAKE* |
| | • | *RETURN IF SYMPTOMS PERSIST 7 DAYS, PRODUCTIVE COUGH, EAR PAIN, ETC.* |
| | • | *RETURN IF SYMPTOMS WORSENS AFTER x3 DAYS OF SYMPTOMATIC TREATMENT.* |

NURSE'S SIGNATURE: _____

NAME STAMP OR PRINTED NAME: _____ *KRYSTOPHER, LPN*    MAIN JAIL

PROTOCOL APPROVED BY: _____

REVIEWED: _____, 1995    _____, 1996

CL 1480-08

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES   BS 96

| Date/Time | Inmate Name: Dicks, W. | ID # 14553 | D.O.B. 9/10/63 |
|---|---|---|---|
| 5/21/96 | E6 | | |

S: "I can't take the Stress/day."

O: Hx of "Bipolar D. mixed".
Ref. made by jail Advocate.
Pt is seeking antidep. Tx
Pt had used Sing., Cogs.
Li, Depakote, Wellbutrin, CPZ
trileptin.
We discussed antidep & since
he had never taken Zoloft we
selected it ( by the way, pt's
Hx is on it).

MSE: Alert. Coop. Good hygiene
eye contact. Or psychomotor
act. Depressed & proper affect
Ⓞ Delusion, A/O hallu., S/H
fair sleep. & good app
Good insight (&) judgement

A: Bipolar D. Mixed.

O: start Zoloft 50 mg PO Dy.
RTC ( mo.
Pt may access M-65

Dr. Mel Limia

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

081

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # 35951453 | D.O.B.: 9/10/63 |
|---|---|---|---|

5/24/96
8:00p

⊕ ℞ ZMC Fx / ℞ TMJ syndrom
X 3 months 2° to assault.
X-rays confirm Depressed ℞ Zygomat
Fxs    ⊖ Diplopia
⊕ severe headaches daily.

Re: Percocet 10, 60 m I
⊕ Depressed ℞ Zygomatic Arch (stable)
midface stable.
M/P ⊕ TMJ ℞ Facial Fxs
⇒ See orders

DR. CRAIG HECHER
STAFF PHYSICIAN

**EMSA CORRECTIONAL CARE**

### PROGRESS NOTES

| Date/Time | Inmate Name: BS 95 140 S 3 3 | NAME ID # Hicks WN | D.O.B.: 91 101 63 |
|---|---|---|---|

6/13/91
2300

Inc Note
I/mate unable to attend clinic appointment. Now in "Lock Down" as per Deputy. Reschedule for 6/20/96

**PETER SMITH, RN**
**NBB**  _(signature)_

6/20/96
6:55 P

DR Note.

S - Pt S/P Fx (R) zygomatic arch. c/o difficulty chewing & requesting appl of soft diet.

② Requesting renewal of pain meds.

O - NAD.

Mouth: mucosa pink; mouth & fully open.

Face: Scar (R) infra orbital area. Tenderness at (R) zygomatic arch & edema.

A. S/P (R) Zygomatic Arch Fx.

P. Midrin tabs i  Prd  po  × 30 d
Motrin 800 mg i po Prd × 30 d
Flexeril 10 mg i po Prd × 30 d
Cont soft diet
appl i soft diet × 60 d
E. Clinic pr...

_(stamp)_ DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

_(stamp)_ VERONICA O'CONNER, PA
NBDC

_(signature)_

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks  William | BS9514533  ID # | D.O.B. 9/10/63 |
|---|---|---|---|

**6-17-96**
**10¹⁰ Am**

S.  The Zoloft is working fine.

O  Alert Cooperative OX4 Good eye contact. Clean Appropriate behavior Normal psychomotor activity. Denied a/v hallucination No delusions verbalized. Speech coherent Mood euthymic Affect blunted. Denied S/H ideation. Sleep & appetite are normal No side effects of meds noted/complained of now.

A  Major depression recurrent č psychotic features.

P  Zoloft 50 mg Po bid for depression Till 7/26/86

E  Side effects of meds discussed.    J.hg. Martin M.D    Dr. John Martin
Psychiatrist - NBDC

**6-21-96**    Incidental note:

**1:30 pm**    I/M seen per request after case discussed in team meeting — I/M Hicks was given copies of all information concerning his medication from the PDR. I/M was pleased and courteous; voices no complaint @ present. ————    E Hanley
ED HANLEY
Human Services Counselor
NBB

**7-26-96**    S  I get out of lockdown on Tuesday.

**6¹⁵ Am**    O  Alert Cooperative OX4 Good eye contact. Clean Appropriate behavior Normal psychomotor activity. No a/v hallucination No delusions verbalized Speech coherent Mood euthymic Affect appropriate No S/H ideation. Sleep & appetite are normal. No side effects of meds noted/complained of. Sleep...

A  Major depression recurrent č psychotic features

P  Zoloft 50 mg Po bid for depression Till 8/31/86

E  Pt notified of old X-ray reports of his jaw To order his concern    J.hg. Martin M.D.    Dr. John Martin
Psychiatrist - NBDC

## FOR MENTAL HEALTH USE ONLY

# CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William    ID # B595 14533 D.O.B. 9/10/63 |
|---|---|
| 7-18-96<br>12:50 p | S: I/M c/o of (L) ankle pain. Denies injury. states is swollen. |
| | O: look - Good NAD. OX3 - <br> on current meds - Feldene, motrin, Visidine <br> (L) ankle: Neg. x Swollen <br> FROM. <br> mild tenderes. on calf muscle <br> A: M. skeletal pain on Calf (L) leg <br> P: on current antinflammey and m. relaxant meds - <br> E: avoid injury, avoid strenus exercises - |
| | John Catano, P.A.<br>NBDC |
| | DR. WINTHROPE DAVIS<br>STAFF PHYSICIAN - NBDC |
| 8/7/96<br>4 p | Ane Note    Inced. Note: Grevnce. Rec'd: 8/3/96<br>Grevnce. Ans: 8/7/96  M. Nelson    MELSAIDES NELSON, MSRN,<br>PYSCHIATRIC SUPERVISOR, NBDC |

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS9514533   D.O.B. 9 / 10 / 63 |
|---|---|
| 8-2-96 | Incidental note: |
| 2:30 pm | I/M seen per request after case discussed in team meeting - Mr. Hicks was informed that his request to move to a program cell for NA & AA meetings is temporarily on hold due to a waiting list. The inmate said that was fine with him and voices no other complaints at present.                    E Hanley |
| | ED HANLEY<br>Human Services Counselor<br>NBB |
| 8/9/96 | Incidental note: informed deputie of I/M's request |
| 3:45 pm | that his slide door remain open at night. Deputy reported that this is not allowed and that they will inform I/M about this rule. MLevinsky MS |
| | MARK LEVINSKY, MS<br>PSYCH. SPECIALIST NBB |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks-William | ID #:359510533 | D.O.B.: 9/16/63 |
|---|---|---|---|

08/26/96
1900

The Following Medical Problems have been addressed:

Re #(1) A Medical Evaluation was Completed on the Following Dates- 8/21/95 - 11-30-95 - Pt r/c Sick Call on 1/31/95 - Pt was again Seen on 2/6/96 5-24-96 - 4-22-96 - 2-7-96 - 2-19-96 - 2-20-96 - 3-4-96 - 3-27-96 - 10-20-96 - 7-18-96 - 8-15-96. The Phy and or the P.A. evaluated and wrote orders for each Complaint filed

Re: #2 The Dental problems were addressed by both the Dentist and the oral Surgeon. Pt was Seen by Dental- 9-29-95 11-2-95 - 3-15-96 - 3-22-96 - 3-27-96 - 5-1-96 Again all Dental problems were addressed.

Re #3 This pt has been evaluated by Mental
Re #4 Health - Medical and Dental, and has had Con't Access to all Services available.

Re: 3/4 Mental Health pt has had a Several Mental Evaluation on the following Dates: 8-8-95 - 9-19-63 - 11-9-95 - 11-11-95 - 11-18-95 - 12-16-95 - 1-16-96 1-25-96 - 1-27-96 - 2-6-96 - 3-22-96 - 3-27-96 - 4-30-96 5-21-96 - 6-17-96 - 6-21-96 - 7-30-96 - 8-2-96 - 8-9-96 pt has had a Total of 44 Sick Calls, all

**EMSA** *CORRECTIONAL CARE*

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks     William | ID # BS 95 14 5 33 | D.O.B. 7/10/67 |
|---|---|---|---|
| 8-27-96 | S   Im doing O.K.   I have problem with jaw & migraine headaches | | |
| 6²⁰ Am | O   Alert cooperative   OX   Good eye contact.   Clean Appropriate | | |
| | behavior   Normal psychomotor activity   Denied a/p | | |
| | hallucinations   No delusions verbalized.   Speech coherent | | |
| | Mood euthymic   Affect appropriate.   Denied S/H ideation. | | |
| | Sleep & appetite are normal.   No side effects of meds | | |
| | noted / complained of | | |
| | A   Major depression recurrent s̄ psychotic features. | | |
| | P   Zoloft 50 mg Po bid for depression   till 10/4/96 | | |
| | C   Pt told to put in request to Medical for his physical problems.  Dr. Martin D | | |
| | | | Dr. John Martin |
| | | | Psychiatrist - NE |

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks    William | BS 95 / 4 5 3 3<br>ID # | D.O.B.  9/ 10/ 67 |
|---|---|---|---|

| | |
|---|---|
| 8 – 27 – 96 | S   Im doing O.K.  I have problems with jaw & migraine headaches. |
| 6 ²⁰ Am | O   Alert cooperative OX   good eye contact.  Clear Appropriate |
| | behavior   Normal psychomotor activity   Denied a/v |
| | hallucination   No delusions verbalized.  Speech coherent. |
| | Mood euthymic   Affect appropriate.  Denied S/H ideation. |
| | Sleep & appetite are normal.  No side effects of meds |
| | noted / complained of |
| | A   Major depression recurrent ō psychotic features. |
| | P   Zoloft 50 mg Po bid for depression   till 10/4/96 |
| | C   Pt told to put in request to Medical for his physical problem. _J.G. Martin M.D._ |
| | Dr. John Martin<br>Psychiatrist - N |
| 9 – 23 – 96 | S   Im having difficulty urinating. |
| 6 ⁴⁰ Am | O   Alert cooperative OX4   good eye contact.  Clear Appropriate behavior |
| | Normal psychomotor activity   Denied a/v hallucinations   No delusion |
| | verbalized.  Speech coherent   Mood euthymic   Affect appropriate. |
| | Denied S/H ideation   Sleep & appetite are normal.  No side effect of |
| | meds noted / complained of.  I showed him the PDR which says |
| | that urinary retention is a rare side effect.  The urinary retention |
| | could be due to something else.  He has been on Zoloft for 6 mths |
| | ō a problem.  [strikethrough] The urinary retention started about a month ago. |
| | A   Major depression recurrent ō psychotic features. |
| | P   Zoloft 50 mg Po bid for depression   till 10/20/96 |
| | C   Meds will be re-evaluated ō a month.  If urinary retention persists the |
| | meds will be changed.  Pt advised to write to Medical about his |
| | problem                              _J.G. Martin_ M.D.   Dr. John Martin<br>Psychiatrist - NBCC |

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # B596 145 33 | D.O.B. 9/10/63 |
|---|---|---|---|

| | |
|---|---|
| 9/6/96 - 1700 | Inc Notes - Unit Nurse notified to inform inmate that facial bones x-ray showed no abnormalities. Ruth LeBel RN Ruth LeBel |
| 9·9·96· 11·08· | incidental note: pours facial films were to dark and need to be done again for x-n of TOWNE & smv position. |

JOHN CATANO, P.A.
NBB

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

**090**

1480-02 (2/95)

**_ORRECTIONAL_**
**_CARE_**

### PROGRESS NOTES

| me | Inmate Name: Hicks-William | ID #: 859514533 | D.O.B.: 9 16 63 |
|---|---|---|---|

26/96  The following medical problems
100  have been addressed:

e #(1)  A Medical Evaluation was completed
on the following Dates:
· 8/21/95 - 11-30-95 - Pt r̄ sick call
on 1/31/95 - Pt was again seen on 2/6/96
5-24-96 - 4-22-96 - 2-7-96 - 2-19-96 -
2-26-96 - 3-4-96 - 3-27-96 - 6-26-96 -
7-18-96 - 8-15-96. The Phy and or
the PA evaluated and wrote orders for
each complaint offered.

Re: #2  The Dental problems were addressed
by both the Dentist and the oral
Surgeon. Pt was seen by Dental 9-29-95
11-2-95 - 3-15-96 - 3-22-96 - 3-27-96-5-8-96
Again all Dental Problems were addressed.

Re #3  This pt has been evaluated by mental

Re #4  Health - Medical and Dental, and has had
con't access to all Services available.

Re: 3/4  Mental Health pt has had a Several mental
Evaluation on the following Dates: 8-8-95 -
9-19-63 - 11-9-95 - 11-11-95 - 11-18-95 - 12-16-95 - 1-16-96
1-25-96 - 1-23-96 - 2-6-96 - 3-22-96 - 3-27-96 - 4-30-96
5-21-96 - 6-17-96 - 6-21-96 - 7-26-96 - 8-1-96

091

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William   ID # BS9514533   D.O.B. 9 /14 /63 |
|-----------|---------------------------------------------------|
| 9/26/96 9²⁰ AM | S: "I just want the AA meetings" A: Inm seen per self request to attend drug cell program. Present a alert, oriented and cooperative. He denies need for group psychotherapy instead be requesting AA meeting. Informed him that he could be transported to 121145 by deputies when meetings are available. Verbalized understanding. A: Major depression recurrent s̄ psychotic feature P: no further service needed at present. M Levinsky ___ MARK LEVINSKY, MS PSYCH. SPECIALIST NBB |
| 10/8/96 10²⁰ AM | S: "Anything to get out of this cell" "I'm looking for a different environment that may ___" A: Inm seen again per self request. State he re- thought color of group therapy and now want it. Want to for polysubstance abuse and feelings of depression. Question level of sincerity. A: Major depression recurrent s̄ psychotic feature P: Will have Inm remain on 121145 and have Inm transported to 121145 for group. Will consider transfer pending his behavior. M Levinsky ___ MARK LEVINSKY, MS PSYCH. SPECIALIST NBB |

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**MSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # B595453    D.O.B. 9/10/63 |
|---|---|
| 8-15-96 | incid. note. F/u status has TMJ pain. |
| 9:50A | meds need to be renewed but |
| | still no helping completely |
| | Referal to Dentist    JOHN CATANO, P.A. NBB |
| | DR. WINTHROP C. DRHS STAFF PHYSICIAN · NBDC |
| | |
| | |
| 8/16/96 | Chart Note — |
| | X-rays ordered to clear ?'s about |
| | cervical films - noised by family as issue. |
| | (Illegible) |
| 8/24/96 8pm | S — I have been taking the motrin & other pain |
| | meds I was told that motrin is only for Headache |
| | these meds are not helping my pain, I need to |
| | see the Doctor for my pain & chronic Headache |
| | O — C/O chronic headache, Hx small meningioma |
| | Denies Hx Migraines, Denies Hx High B.P. B/P |
| | 120/90 · No blurred vision |
| | A — Alteration in comfort 2° chronic Headaches |
| | & pain not responding to present treatment |
| | P — Refer pt back to the Dr for f/u |
| | E — Avoid stressing self, adequate rest. medical |
| | access as needed —    Calista Chukwu |
| | CALISTA CHUKWU, RN NBDC |

**EMSA** *CORRECTIONAL CARE*

PROGRESS NOTES BS95-14533

| Date/Time | Inmate Name: HICKS, WILLIAM | ID # | D.O.B. 9,10,63 |
|---|---|---|---|
| 10/8/96 | MD CLINIC: | | |
| 2 PM | Here fr review of his medical problems | | |
| | and to discuss possible solutions which were | | |
| | agreeable to him. His complaints today include | | |
| Wt. 220 | 1. Concerns that his jaw was still broken causing | | |
| | him pain @ his ® TMJ. This pain is constant | | |
| | he claims. He is sure people are lying to him about it | | |
| | 2. Constant HA's — he feels this is from the | | |
| | stress of his pain — he was taking medicine, but | | |
| | he angrily points out that medicine caused him | | |
| | to have a "bleeding" ulcer and to throw up | | |
| | blood. He wants something for pain & HA's. | | |
| | 3. Inability to open mouth fully — he | | |
| | says is due to pain in ® jaw — he | | |
| | wants more X-Ray studies of his jaw & mouth | | |
| | because he's sure he needs surgery | | |
| | 4. GI upset: He says he threw up this | | |
| | morning, and that he has intermittent | | |
| | abdominal pains & cramps — all the time | | |
| | MEDS: | | |
| | ZOLOFT   50 mg BID | FH: lives c mother, sister — | |
| | MOTRIN   800 mg BID | 1 brother was schizophrenic | |
| | FLEXERIL  10 mg BID | & committed suicide | |
| | | "in front of me." | |
| | | see ——→ H.P. ——→ | |

'80-02 (2/95)

**EMSA** *CORRECTIONAL CARE*

Page #3          PROGRESS NOTES   BS95-14533

| Date/Time | Inmate Name: HICKS, Wm. | ID # | D.O.B. 9, 10, 63 |
|---|---|---|---|

10/9/96

MTJ NOTE (cont'd)

Imp:

1. TMJ - owing to the specific location of his
pain @ ℝ TMJ* he may have some
problem there, but:
  — his mouth opens to 41 mm, which is
*no facial deformities   normal
were noted
  — its impossible to make an objective
evaluation of just how much discomfort
he is actually having.

2. I spoke with Dr. Weathers, who advised me
that no further oral surgery w/o was
anticipated at this point. He is due for
a routine filling in 24 hrs.

3. HA's - again, objective evaluation of "constant
horrible pain" is difficult when the pt. is in NAD.

4. No GI upset / Bleeding ulcer — no evidence
on PE of ulcer-like SX's — Stool was
neg. for blood - No active bleeding at this time.

Plan 1. I suggested a trial of Indocin
instead of Motrin - if this is unsuccessful, then
trial of Tagamet   a trial of Para for forte.
@ HS —
2. Trial of Indocin LA 80 for HA's — if
note is that pt's diastolic BP was sl. elevated —
& LABS ordered - RTC 1 week to
discuss labs, meds.

DR. WINTHROP G. DAVIS
PHYSICIAN - NBDC

095

JU-02 (2/95)



**EMSA** CORRECTIONAL CARE

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William   ID #859514533   D.O.B. 9, 19, 63 |
|-----------|---------------------------------------------------------------|
| 10/9/96 2:30pm | educ. Note: Blood drawn for smac and cbc per Dr's orders. Cassandra Burch MA  CBurch, MA |



J2 (2/95)

**EMSA** *CORRECTIONAL CARE*

PROGRESS NOTES

| Date/Time | Inmate Name: Huclis William | ID # B59514533 | D.O.B. 9 10 63 |
|---|---|---|---|

10/14/96 9³⁷ Incidental Note : Doctor Davis notified about pt's c/o nausea and upset stomach since after commencing indocin. Also notified about patient's refusal of taganet ordered qhs. Indocin and taganet was discontinued by Dr Davis and pancofon forte 2 tabs po Tid x 3 days ordered + noted ——

Pt due to clinic thu 10/16/96 —— Calista Chukwu RN

CALISTA CHUKWU, RN
NBDC

097

**EMSA** *CORRECTIONAL CARE*

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks William | ID # BS9514533 | D.O.B. 9/10/63 |
|---|---|---|---|

10·17·96 1:55 pm — INC. NOTE: Pt brought for dental and indicates is very nauseated and sweaty. Will reschedule for dental at agreement of pt for Weds. due to nausea.

JACQUELYN D. FARRAR
Dental Assistant - NBDC

10/18/96
8:30 Am

MD Clinic

Mr. Hicks was brought to the Clinic to discuss his lab results & effects of his medical regimen. He insisted that "nothing works", he is in constant pain, he has an ulcer, he has high blood pressure, and that "everyone is participating in a cover-up."

c/ BP 140/82    p: 72

Mr. Hicks was angry, combative, and accusatory throughout his appointment. He called me a "liar" & demanded to be sent to a hospital for new X-Rays, more tests, and another opinion from a "real" doctor.

A/ Mr. Hicks was asked to leave the exam room; on the way out, he said, "It's a good thing I'm leaving because I would punch you out". I asked if he was threatening me and he responded, "It's not a threat, it's a promise." The Deputy took him out.

P/ I will fill out a Victim's Report
c/ RTC PRN.

DR. WINTROPE

098

480-02 (2/95)

Institution/Facility: _North Broward Bureau_    Authorization No.: ☐ _3600_ ☐☐

_OUTSIDE_
_ORAL SURGERY_

# EMSA *CORRECTIONAL CARE*

## CONSULTATION REQUEST FORM

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC OK
10/21/96

EMERGENCY ☐    URGENT ☑    ROUTINE ☐

A.  Inmate #: _B595 14533_    Sex: _M_    Race: _W_    D.O.B. _9.10.63_
Patient Last Name: _Hicks_    First Name: _William_
Request Date: _10.21.96_    Sentence/Release Date: _____

B.  Reason for Consultation: Present illness and history - include summary of current problem(s);
meds, x-ray and lab studies, etc.

_Right Zygomatic Arch fracture with_
_possible TMJ impingement._

_Nothing to eat, needs X-Rays_    DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC
WCD

Prior Consultation Enclosed ☐ Yes ☑ No    Referring Physician: _Jacic Cline, DDS_
Initial Diagnosis: _Zygomatic Arch fracture_    Signature: _JAC_
C.  Consulting Physician: _Dr. Charles Russo, 2801 University Dr. Coral Springs, 752-1045_
Results: (To be completed by Consulting Physician) _Elliot Suite 100_
Treatment Plan and Recommendations (therapy, meds, studies)
_C-T Scan from Zygomatic Arches and T.M.J's to Angle of_
_Mandible Include orbits._
_Please send skin film_    _J.T. Elliot DMD_

Reviewed by: _____    Date: _____

D.  Outside Consultations Only:
Billing Instructions: _EMSA CORRECTIONAL CARE_
(Insurance Name or EMSA)
Address: _1200 S. Pine Island Road, Suite 500 Ft. Laud 33324_
Policy #: _____
Approved Provider: _____    Procedure Authorized _____
(If admission Pre-Op to be done onsite please attach results Laboratory, X-ray, EKG)
Scheduled Date of Service/Time: _11-7-96_    Type of Visit approved: _TO BE Filed - R.S._
_11:30 am_    (Inpatient admission, Outpatient Surgery, Visit Outpatient, Diagnostic testing)

E.  To be completed by institution:
Items to be Sent With Referral
☐ Recent X-Ray    ☐ Recent Lab Results    ☐ Other Special Test Results    FAXED
Consulting Physician (Please attach copy of consultation, ED Form or D/C Summary)    Date _10-21-96_
Findings (problems, diagnosis) and Recommendations (therapy, meds, studies)
_____
_____
_____

Procedure Completed: _____    Consulting Physician: _____
Final Diagnosis: _____
Disposition: _____    _Dr Elliot (954) 752-1045_    **Q99**

0205    White - Inmate File    Yellow - Corporate Office    Pink - _____

**EMSA** *CORRECTIONAL CARE*

**PROGRESS NOTES**

| Date/Time | Inmate Name: Nicks Willie | ID # BS 951 4553 | D.O.B. / / |
|---|---|---|---|
| 10/21/96 | Inc. Note: – | | |
| 2PM. | Group discussion: – | | |
| | To try + Resolve Inmate Non acceptance of Medical | | |
| | information given to him by us. | | |
| | 1. Outside Oral Surgeon Consult | | |
| | 2. Outside IM/GB Consult | | |
| | Hasse. | | |

**100**

**EMSA CORRECTIONAL CARE**

PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William  ID # 8195 14533  D.O.B. 9/10/63 |
|-----------|-----------------------------------------------------------------|
| 10/9/96.<br>8 20/p. | MA Note |

S - Pt presented reporting:
1. Still c̄ pain d̄ (TM) area.
   Now ① & ② side pain.
2. "feels like I am getting brain damage" because of pain constantly
3. c/o nausea & vomit, dizziness.
   all the time onset m'cd trauma in 8/96; (+) vomiting now V, last note today
4. d̄ meds x 3-4 dys
5. (+) tonsil pain x 2wks.
   difficulty swallowing; ↓ of appetite
6. Requesting to be put back on Medicine — even though it had cause "hole in stomach"; needs Medicine / Motrin please together when informed Tylenol #3/ Darvocet will I be ordered.
   d̄ bleeding from rectum, nose now.

O - ① Statement of injury c̄ oral surg m'cd earlier this ap.

| 10/9/96. | 5.5 — 16.0 c 175. |
| | 94.4.1. |
| | BUN 11, W.T.T., PLT 21, PLT 39 |
| 8/9/96. | XRay - Medial. d̄ defracture hld. |
| 3/27/96 | Oral Surg Evaluation |

**101**

Dr. Winthrop & Davis
Staff Physician, ABDC

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # 9514533   D.O.B. 9,6,63 |
|---|---|

10/21/96
8:20 P

MD Note con't

O  T 97°   BP 120/60  P 60  RR 16  WA 23/16
NAD  A & O x3.

Ear:  & tenderness nor of TM's; & edema.

periorbital - intact s̄ edema, erythema.

Mouth:  opn partially (Pt stated pain upon openig) tonsils intact, &
edema, erythema a exudate.

Neck:  Supple.

Lymph  &

A/P  & BP  R̄ Tymache Area.
No PVD.
No tonsilts.
Tylenol 400 mg qhs x 30d
Mean 800 mg po q8h prn x5d
last. dose  Motrin 800 mg po TID x30 day.
before bed.  Flexeril 10 mg po TID x30d
Midrin  II tabs po prn ford
x30d

&.  Enc courage 1 day med
1 fluids.

10/21/96
4:50  INCID. NOTE. GRIEVANCE REC'D
GRIEVANCE RESPONDED
SEE COPY   JOHN BAUERSMITH, RN, HN, NBDC

DR. WINTHROP DAVIS
STAFF PHYSICIAN - NBDC

RHONDA O.
NBDC

**EMSA CORRECTIONAL CARE**

**PROGRESS NOTES**

| Date/Time | Inmate Name: Myers, William.    ID # BS951453 D.O.B.: 09/10/68 |
|---|---|

10/27/96
10:45 Am

S: " I still have difficulty starting to urinate and the difficulty continued while I am urinating and my stomach hurts, but Zoloft helped for depression and I believe Zoloft doesn't have any urate urination!"

O: awake, alert, oriented x3. Neat, no psychomotor abnormality. Speech clear, coherent, without delusion. mood anxious (mostly for somatic concern.) affect slightly constricted. Denies any current S/H ideation (but states in the last few day, sometime he felt a little bit suicidal without plan). No A/V hallucination expressed. Poor sleep reported. Poor appetite stated. Difficulty starting urination + while urinating cute feeling of incomplete voiding of the bladder. Compliant with medication.

A: Major depressive disorder, recurrent, without psychotic feature.

P: ① Continue Zoloft 50mg PO QD for depression till 11/20/96.

E: ① Review side effects from antidepressant (especially compare Zoloft with other tricyclic anti-depressant). Advised to request medical consultation ② Patient to report other any side effect to mental health.

T. P. CAO, MD
Psychiatrist

Complete Both Sides Before Using Another Sheet





TO BE FILED

**Charles D. Russo**, D.M.D.
**Jeffrey F. Elliot**, D.M.D.

Diplomates, American Board of Oral & Maxillofacial Surgery

CORAL SPRINGS
ORAL AND
MAXILLOFACIAL
SURGERY ASSOCIATES

William Hicks
Date of Birth 9/10/63
Date of Visit 11/02/96
Date of C-T Exam 11/27/96

CC:    This 33 yo w. male presents with a chief complaint of persistent pain in his "TMJ".
HPI:Patient was in his usual state of health when he allegedly was involved in interpersonal violence on 2/7/96. He was evaluated by "some MD's" and told that he had fractures. These fractures were allegedly not treated.
PMH: + MVP, + chest pains, + stomach ulcer, + mental health problems
Meds:sinequan
Alcohol:denies Cigarettes:denies                Drugs:denies

CE:Well nourished w. male looking stage age.
Alert and oriented x3. Cranial nerves II-XII grossly intact. +paresthesia right infraorbital nerve. No other facial paresthesia noted.
Interincisal opening 38mm, with slight deviation to the right. No clicking, popping, crepitus noted in either right or left TMJs. Left and right lateral excursions were unrestricted to 10mm. Protrusive was noted to be 8mm. The mandible is grossly intact without stepping, segmental mobility or tenderness. No gross entrapment of right coronoid process. No pain on loading TMJs. No pain on palpation of TMJs.
Maxilla is non-mobile. +Stepping with some tenderness right lateral wall of maxilla(maxillary sinus.) Stepping noted right zygomatic arch. Infraorbital rims are continuous without tenderness.
Patient is partially edentulous without gross dental pathology.
Radiographs:C-T exam is remarkable for small break in the right posterior lateral wall of the maxillary sinus. There is no fluid accumulation or gross thickening of either the right of left sinus membranes. The condyles appear normal. A panoramic radiograph also suggests no old or new fractures of the mandible.

Impression:33 y.o. male s/p trauma with residual defect maxillary sinus. There is no evidence of TMJ pathology at this time. Patient's limited opening and complaint of discomfort may be due to scar tissue from original injury. Non-surgical physical therapy may help



**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # BJ957 4533 | D.O.B. 9/10/63 |
|---|---|---|---|

| | |
|---|---|
| 11-20-96 | S  In doing O.K  No problem. |
| 5 15 Am | O  Alert cooperative 0x4 Good eye contact. Clean Appropriate behavior Normal psychomotor activity denied c/o hallucinations No delusions verbalized Speech coherent Mood euthymic Affect appropriate Denied SI/HI ideation. Sleep & appetite are normal. No side effect of meds noted/complained of. Still has urinary retention at times, but says he can tolerate it. Doing a DR for threatening Dr Davis. Finish DR on 11/23/96 Says he is suing all the officers who wrote DRs on him for a lot of money. |
| | A  ~~major depression recurrent~~ S psychotic feature. |
| | P  Zoloft 50 mg 1c bid for depression Till 12/23/96 |
| | C  Pt to ~~report~~ above mhn services as needed. |
| | JG Martin M.D.  **Dr. John Martin**  **Psychiatrist - NBDC** |
| | P.S.  S/H Told That all the officers may be changed soon if bids are made starting 12/2/96  JG Martin M.D.  **Dr. John Martin**  **Psychiatrist - NBDC** |
| 12/19/96 | Incidental note: Inmate re: request to attend group. Dr. Martin gave permission for him to attend but deputies feel it would be a risk considering I/M's past record. Encouraged I/M to show consistent positive be. & try again.  Mkevinsky MS  MARK LEVINSKY, MS  PSYCH SPECIALIST NBB |

**FOR MENTAL HEALTH USE ONLY**

CL 1480-03 (2/95)

**105**

**EMSA** CORRECTIONAL
CARE

PROGRESS NOTES

| Date/Time | Inmate Name: Micks, William  ID # B 95 14 533  D.O.B. 9 10 63 |
|---|---|
| 11 8 96 9 50 p | [illegible notes] |

Inmate Name: Micks, William   ID # B 95 14 533   D.O.B. 9 10 63

11 8 96
9 50 p

DA Note

S. Pt in clinic s/p hydoscopy td & noted discomfort & abd; & s/l d. appetite good.

2. Stated ISO off missed x 2d, but rec'd today.

3. Evaluated by Oral Surgeon outside & well sp c MRI.

4. Requesting transfer from present cell due to difficulty breathing.

O. NAD. BP 110/80.
Abd. symetrical, BS(+) all quads. & organmegaly / tenderness.
Lowr Ext & symetrical
& edema, lesions.
(R) foot medical aspect nail embedded; & tenderness inflammation.

A/P. s/p abd Procedure.
Donnatal II tabs po BID x od
Will discuss transfer c Dr. Daugh.

E. Clinic pm

JIN J C DAVIS
STAFF PHYSICIAN - NBOX

106

**EMSA** *CORRECTIONAL CARE*

FACILITY: _NBC3_

REVIEWED BY: _____

AUTHORIZATION NO: _____

AMBULANCE:   YES ☐   NO ☐

OUTSIDE ORAL SURGERY

## CONSULTATION REQUEST FORM

DR. WINZHROP C. DAVIS OK
STAFF PHYSICIAN - NBCC
12/9/96

EMERGENCY ☐          URGENT ☒          ROUTINE ☐

To Be Completed by Referring Facility:

ID #: _759514523_ /SPN# _____ /SSN _____ /Sex _M_ /DOB: _9/10/67_

Patient Last Name: _Hicks_          First Name: _William_

Request date: _12/9/96_     Date Booked: _____     Release Date: _____

Current Dx Impression: _R/o TMJ DYSFUNCTION_

Specialty Requested: _ORAL SURGERY - Dr. ELLIOTT 752-1045_

Procedure Requested or Problem to be Addressed:

_follow - by for TMJ DYSFUNCTION_
_ADVISE RE CAT SCAN REPORT -_

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBCC

UTILIZATION MANAGEMENT ALTERNATIVE TREATMENT PLAN AND RECOMMENDATIONS (THERAPY, MEDS, STUDIES):

PROVIDER'S NAME: _____          SCHEDULED APPT. DATE/TIME: _____

ADDRESS: _____

To Consulting Provider:  Please summarize findings, diagnostic impression and recommendations or Attach Dictated Report:

Consulting Physician Signature: _____

PAYOR INFORMATION:

Billing Instructions:   INSURER: ☐          SELF: ☐          EMSACC: ☐

(Insurance Name: _____

EMSA Correctional Care
ATTN:  Utilization Management
1200 S. Pine Island Road, Suite 600
Ft. Lauderdale, FL 33324-4460

Policy No.: _____          Procedure/Type of Visit Authorized: _____

107

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: | | ID # | D.O.B.    /    / |
|---|---|---|---|---|
| 11·22·96  9⁵⁵am | *INC. NOTE: Refused dental, Refused report and placed in file* _____ JACQUELYN D. FARRAR Dental Assistant · NBDC | | | |
| 12·9·96· 1:30p | ∴ I/M c/o Dysphagia, Runny Nose — Green phlegm — while coughing — Was in the Hospital × "Endoscopic" procedure — Recently. O: Gen Good NAD · T = 97.8 Throat = mild Redness  Doc. phlegm Neck = ∅ adenopathy · Lg ~ clr CV = N,S,R A: Pharyngitis / Bronchitis P: Rx clr E. + fluids · JOHN CATANO, P.A. NBB   DR. WINTHROP C. DAVIS STAFF PHYSICIAN · NBDC | | | |
| 12/13/96 9:30 p | Inc Note. INCID. NOTE: GRIEVANCE REC'D 12/12/96 GRIEVANCE RESPONDED 12/13/96 SEE COPY M. Nelson R.  MELSAIDES NELSON, MSRN, PSYCHIATRIC SUPERVISOR, NBDC | | | |
| 12/18/96 00 | INCID. NOTE: GRIEVANCE REC'D 12/18/96 GRIEVANCE RESPONDED 12/18/96 SEE COPY   JOAN BAUER-SMITH, RN, HN, NBDC | | | |

108

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm | ID # BS961453 | D.O.B. 9/10/63 |
|---|---|---|---|

12-19-96 085 Incidental Note. Unable to do sick call
Pt is in Court. Will reschedule
L Gordon Rn    Liloutie Gordon, RN
NBCC

1/6/97    INCID. NOTE: GRIEVANCE REC'D 1/6/97
6/10      GRIEVANCE RESPONDED 1/10/97
          SEE COPY
          Jo Bancroft Rn

1/10/97  Saw Pt p. His Request
?s - What is status of Consultant Report?
Answer - As of 1/10/97 Dr Elliott has not
been able the see Films Because not at
hospital - sent by Pt. not on site. I can
- Resolution. He will order a Note to
notify films returned to hospital so Dr Elliott
can see them.
? Continued "Acid Stomach"
Answer - Willing to try change to
Tylenol + P Tagamet c review
of S+ follow Change by Dr O Connor.
above acceptable to Pt

                                        Rind

1/16/97 Spoke c pt's mom Anna Johnson phone
who informed re that she had
pt's xray. Requested that she

109

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks WM | ID # B595I433 | D.O.B. 9/10/63 |
|---|---|---|---|

1/16/97
2 45 p

return the X-rays so we can give them to Dr Elliot. She informed me she will not inform me if she will or will not return the X-rays

Joan Bauersmith LPN

JOAN BAUERSMITH, RN, HN, NBDC

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # B595 14533 | D.O.B.: 9/10/63 |
|---|---|---|---|
| 12-22-96 | S I'm doing O.K. No problem. | | |
| 6 45 AM | O Alert Cooperative O×4 Good eye contact. Clean Appropriate behavior | | |
| | Normal psychomotor activity No s/o hallucination No delusion rebating | | |
| | Speech coherent Mood euthymic Affect appropriate. Denied | | |
| | S/I ideation. Sleep & appetite are normal. No side effects of meds | | |
| | noted / complained of. | | |
| | A Major depression recurrent ī psychotic feature | | |
| | P Zoloft 50 gß. bid for depression till 1/23/97 | | |
| | E Pt told that the therapist would discuss with him the possibility of | | |
| | attending group discussion. ī another cell. Tty. Renta r.5 | | |
| | | Dr. John Martin Psychiatrist - NBDC | |
| 1/19/97 | Problems - depression | | |
| 11.45 AM | S "...I have hard time to sleep that's all" | | |
| | O: awake, alert, oriented ×3. Neat, clean Good | | |
| | eye contact. No psychomotor abnormality. Speech | | |
| | clear. coherent without delusion. Mood euthymic | | |
| | affect appropriate. Denies any S/H ideation | | |
| | no A/V hallucinations. Difficulty falling asleep. | | |
| | Good appetite. No other side effects complained of. | | |
| | A: major depressive disorder, recurrent, Illness without | | |
| | psychotic fx | | |
| | P. ① Bless. 100mg q Am po for depression till 2/19/97 | | |
| | E: patient to report side effects | | |
| | | T. Cau MD | |

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William          ID # BS95-14533  D.O.B. 9 10 163 |
|-----------|------------------------------------------------------------------------|
| 1-18-97  4 PM | S states "Thats not my medication" |
| | O Pt took 8mg of Trilifon- Mr Hicks came |
| | to door when Mr Green was called. |
| | I stated Mr Green - Mr Hicks put out |
| | his hand and took Mr Green's Trilifon 8mg |
| | A Alteration in comfort.  P=84 BP=134/80 R=20ng |
| | P Charg nurse notified-proper forms done |
| | E Instructed Pt- I will be back to ✓ |
| | in 1 hr - Notify staff of any problems |
| | Margt Wer LPN |
| | MARGARET WARNER, LPN |
| | NBDC |
| 1-18-97  5 30 P | No distress noted- Margt Wer LPN |
| | MARGARET WARNER, LPN |
| | NBDC |
| 1-18-97  6 PM | Incidental note - T 98² P= 88 R= 20 - BP=131/79 |
| | Skin w/b color good - Pt states |
| | "I have not felt well for 11 months" |
| | No distress noted    Margt Wer LPN |
| | MARGARET WARNER, LPN |
| | NBDC |

FOR MENTAL HEALTH USE ONLY

112

CL 1480-03 (2/95)


**CORRECTIONAL CARE**

### PROGRESS NOTES

| Data/Time | Inmate Name: _Hicks, William_ | ID # _8451433_ | D.O.B.: _9/10/63_ |
|---|---|---|---|

1/21/97
4:05p

_Pt Note_

① Pt presented to NP as per Dr. Dlach c b fin meds. 1/10/97 Now c/o Pt recg diet ordered by dietrat. 1/9/97; Requesty extra milk/snacks; ¢ want Reg diet c boiand protein; —it doesn't taste rylt.

② Still c SPA ¢ (R) maxillary tenderness; Teeth present dosage of Tylenol II tabs TID ¢ relief

③ c/o ⊕ nasal congestion, "feels warm", ¢ N/V/D; appetite s △ BM irregular c straining; bloating.

O   T 99⁶   BP 100/70   Wt 283 lbs. ○
Pt well nourished CM NAD; A&Ox3

Head: Normocephalic.
Eyes: TMs clear ¢ exudate/erythema
Ent: PERRLA, no icteric
Nose Intact ¢ rhinorrhea.
Sinus: —    non tender.
Mouth ¢ pharyngeal edema, erythema or petechiase.
Neck: supple.
Lungs: clear B/L.

CC 023

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Ricks, William | ID # BS951433 | D.O.B. 9 10 65 |
|---|---|---|---|

1/21/97
4:05p

DR Note:

Cardiac: S₁S₂∅
∅ murmur

A/P. Nasal Congestion
S/P Fx to R zygomatic arch
Tylenol III tabs po TID x30d Rx1
Sudafed II tabs po Po QD x10d
D/C Tylenol
Midrin II tabs po Bid pn x30d Rx
3800 cal diet ⊼ snacks.
E. Encouraged ex, ↑ fluids, cleanse

*[signature]* PA
NUSC

2/10/97
1845

Inc note: pt seen on return extraseption pt concerned about medication concerning incompetent to stand trial. Pt opined to medical and psych Dr.

*[signature]* Antoinette C Reimel
LPN-Main Jail

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS951453  D.O.B. 9/10/63 |
|-----------|------------------------------------------------------------|
| 2-4-97 0915 | Inc note: Inmate AAO x3 @ cell door receiving meds. Denies any problems beyond headache @ this time -S |
| | SERENA W. TONEY, LPN NBDC |
| | EU |
| 2-11-97 10 am | Pt coming from NBDC to main Jail. We will cont Zoloft. |
| | DR. MEL LIMIA STAFF PSYCHIATRIST. MAIN JAIL |
| 2/28/97 9:30 | Inci |
| | Asked to see pt. Off Guzman reported that others in pat/cell were upset that pt was walking naked. Pt denied it. |
| | Pt is "doing fine" - S. |
| | O: Hx of Dep. No side effect reported MSE  NI. |
| | A: Major Dep |
| | P: cont Zoloft 50 mg BID - dep. |
| | C: Pt may access M.H. |
| | DR. MEL LIMIA STAFF PSYCHIATRIST, MAIN JAIL |
| 3.7.97 9 am | Med renew |

CL 1480-03 (2/95)

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # 859814533   D.O.B. 9/10/63 |
|-----------|------------------------------------------------------------------|
| 2-5-97 0900 | Inc. note: Inmate awoke 3 slept c̄ no c headache, med. as ordered. Inmate calm & cooperative, answers all questions appropriately. No acute distress noted. <br> SERENA W. TONEY, LPN <br> NBDC |
| 2-5-97 8p | Inc. Note, Up & about in cell. Young no complaints. Took meds & evening meal c̄ difficulty. <br> GORDONSTEIN, RNC <br> Pool Nurse - Stocked. |
| 2/6/97 0900 | Inc. Note: Took meds, & compliant voice @ this time. <br> Esther Sherman-Jolly RN. <br> ESTHER SHERMAN-JOLLY, RN <br> NBDC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

CL 1480-03 (2/95)

**EMSA ≠ CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS9574533   D.O.B: 9 10 163 |
|-----------|-----------------------------------------------------------------|

2/17/97
7:35p

S: ⊕ ® maxillary Fx By Facial CT
on 11/96 + ⊕ TMJ syndrome 2° to
Facial Trauma (assault) on 2/7/96.
Pt seen By Dr. Elliott (OMF surgeon)
Pt c/oing severe Headaches + chronic TMJ pain

O: BP 118/86 P92  T 99.8

HEENT: ⊕ palp ® zygomatic deformity
midface stable.
PERRLA EOMI
CN's II → XII grossly intact
class II occlusion
Nasal pharynx - clear
oral pharynx - clear

A/P ⊕ Symptomatic TMJ 2° to recent
Blunt Facial Trauma.
⊛ Scheduled to see Dr. Elliott for F/U.
⇒ cont Symptomatic relief.

DR. CRAIG UECKER
STAFF PHYSICIAN

3-4-97
1 45 pm

GRIEVANCE ANSWERED  3/4/97  DATE
SIGNATURE

TODD SCHWARTZ, HSA
Main Jail

C 003

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, William    ID # BS9514533   D.O.B.: 9/10/63 |
|---|---|
| 3/5/97 6:05 pm | Inc. Note: Patient requesting to see doctor in order to get clearance for mattress and pillows due to "medical problems" as stated by said patient. Refer to PA Clinic. ___ Palma Robinson/ PALMA ROBINSON RN. |
| 3/12/97 12:15 pm | GRIEVANCE ANSWERED 3/19/97 DATE  [signature] TODD SCHWARTZ, HSA  Main Jail |
| 3-28-97 11:00 | GRIEVANCE ANSWERED 3-28-97 DATE  [signature] X 3 |
| 3/29/97 5P | S: Pt. c/o pain ® jaw — "dislocated" — "outrageous" H/As since 2/96. H/A is frontal, shooting in ® temple/behind ® eye. Was punched. Also has toothache x 7 d. O: ⊕ carie ◯ lower jaw  ⊕ TMJ click ◯ side A/P: ① TMJ syndrome — Darvocet, Flexeril  ② toothache — refer to dentist  DR. MICHELE SMITH, DO  NBB  [signature] |
| 4/14/97 [signature] | GRIEVANCE ANSWERED [date] [signature]  JERRENE R. BRANTLEY, RN  HEAD NURSE, MJB |


# EMSA CORRECTIONAL CARE

FA _Kevin Bell 481_
REVIEWED BY: _____
AUTHORIZATION NO: _49334_

AMBULANCE:   YES ☐   NO ☐

_dentist_

## CONSULTATION REQUEST FORM

**EMERGENCY** ☐         **URGENT** ☑         **ROUTINE** ☐

To Be Completed by Referring Facility:

ID #: _____ /SPN# _____ /SSN _____ /Sex: _M_ /DOB: _9/10/63_

Patient Last Name: _Hicks William_ _____ First Name: _____

Request date: _3/29/97_ Date Booked: _____ Release Date: _____

Current Dx Impression: _toothache, TMJ syndrome_

Specialty Requested: _dentist_

Procedure Requested or Problem to be Addressed:

_Pt c/o toothache x 7d_

_Chronic TMJ syndrome x 2yrs_

_Please eval & tx_

**DR. MICHELE SMITH, DO**
**NBB**        _Michele Smith DO_

UTILIZATION MANAGEMENT ALTERNATIVE TREATMENT PLAN AND RECOMMENDATIONS (THERAPY, MEDS, STUDIES):

PROVIDER'S NAME: _____        SCHEDULED APPT. DATE/TIME: _____

ADDRESS: _____

To Consulting Provider:  Please summarize findings, diagnostic impression and recommendations or Attach Dictated Report:

_Inmate was released 4/7/97_

Consulting Physician Signature:

PAYOR INFORMATION:

Billing Instructions:   INSURER: ☐        SELF: ☐        EMSACC: ☐

(Insurance Name: _____                EMSA Correctional Care
                                          ATTN: Utilization Management
                                          1200 S. Pine Island Road, Suite 600
                                          Ft. Lauderdale, FL 33324-4460

Policy No.: _____        Procedure/Type of Visit Authorized: _____

FEE FOR SERVICE:  $ _____

CC001        White - Inmate File        Yellow - Corporate Office        Pink - consulting Provider        **119**

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks  Willie | ID #: 859717076 | D.O.B.: 9/19/63 |
|-----------|----------------------------|-----------------|------------------|
| 7/25/97 2100 | S: "I need to take medication" | | |

O: Alert 0x3. Pt retd from FSH/Chattahochee
Hosp. Calm. Behavior in control. Clean neat
appearance. Denies suicidal ideation at present.
See media info sheet / FSH. No current meds
at present. Pt reports Hx HA. per pt: Hx meds
for tx Dannocet, Florizet, Midrin. Last dose
btkn 7/25/97/Am. No s/s of dtt tm.

A: No potential for self deficit.

P: Order rec'd for Dr. hx evaluation. See MD
order sheet. Pt encouraged to contact media
if needed.

E. Pt educ'd re. media services.  ⟶ KRISTINE BRUNO, LPN
                                        MAIN JAIL

CC 023                                                    120 5/95

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William    ID: 1597 1704  D.O.B. 9 19 63 |
|---|---|
| 7/25/97 1100 | Inc note 1 Pt Seen in H+P — Constant somatic complaints varied and vague. Focused on "being abused medically, physically, and Spiritually" When questioned directly re: medical Hx — States many physical problems — but none documented by med. professionals. Seeking Medication for "pain all over" Offered Tylenol PRN — Pt. refused States "It eats up my stomach" Medical H/u made — Pt does not want to see Dr. Davis "He makes me end up in lock-down". Pt. able to meet needs c difficulty — PERLA AOX3 No bruising or open areas noted on body. Ambulates, Speaks c difficulty Very manipulative, c demanding who states "I won't be honest c you" — B Rosenblum RN |

BARBARA ROSENBLUM, RN
NBB

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: _Hicks, William_ | ID #: _BS970076_ | D.O.B.: _9/9/63_ |
|---|---|---|---|

8/6/97 IP — _dus note: seen in s/c see form_

LAURA ROSS, LPN
MAIN JAIL BUREAU    _L Ross (w)_

8-8-97
9:30 am    GRIEVANCE ANSWERED / DATE
SIGNATURE    KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

8-13-97
4P    GRIEVANCE ANSWERED / DATE
SIGNATURE    KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

8/18/97
8:00 pm    S: Pt has chronic H/A's + jaw pain 2°
to trauma sustained in '96 during altercation
c̄ Deputies + inmate.
O: PERRLA, EOMI    VSS NAD
⊕ RAP ® Zygomatic arch deformity
⊕ ® mandible pain/tenderness; class I-mal
occlusion ⊕ click.
A/P ⊕ chronic H/A's, (?) ® TMJ 2° to
old traumatic injuries
⟶ STR orders /

DR. CRAIG UECKER
STAFF PHYSICIAN

**EMSA** CORRECTIONAL
CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # 059717076 | D.O.B.: 9/19/63 |
|---|---|---|---|

8/21/97
12³⁰ — PA note
Pt requests renewal of motrin for his HA's. Helped him.

DR. L. DERIZIER
STAFF PHYSICIAN - MJB

KAREN MIZRAHY, P.A.C.
MAIN JAIL BUREAU (km)

9-5-97
4:45p —
GRIEVANCE ANSWERED   DATE
SIGNATURE

KEVIN JORGENSON, RN BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

9-5-97
4:48p —
GRIEVANCE ANSWERED   DATE
SIGNATURE

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

9.17.97
8⁴¹ — PA note
HSA came in this AM, Pt needed med renewals + relocation to single cell. Did above as requested.

DR. L. DERIZIER
STAFF PHYSICIAN - MJB

KAREN MIZRAHY, P.A.C.
MAIN JAIL BUREAU (km)

DR. MICHELE SMITH, DO
NBB

9.26.98
16³³ — PA note
Pt brought down for nasal X ray. Has hx nasal fx 1996. Pt told HSA 9/17/97 that he had nasal fx. Pt is on Dr Mechie's list this PM. to evaluate

ERIN COOK
LPN

KAREN MIZRAHY, P.A.C.   X ray

CC 023                                                                5/95

**123**

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hick | ID # 17076 | D.O.B. 9/19/63 |
|-----------|-------------------|------------|----------------|
| 9-2-97 | F6 | | |
| 9-30 an | PT's request. | | |

PT wanted to discussed ① what I wrote on July 25. ② Rx of Zoloft that "did nothing but pare" him "44." ③ Dx at PFSH. ④ Pain medication I explained & showed him what I wrote on July 25. That at this time there is no benefit from Zoloft. That diagnosis D. was R/O And that I don't give pain Med. PT left satisfied.

No further Tx.

*[signature]*

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

*Complete Both Sides Before Using Another Sheet*

FOR MENTAL HEALTH USE ONLY

CC 004

124

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID #BS9717076 | D.O.B.: 9/19/63 |
|---|---|---|---|

| | |
|---|---|
| 10.1.97 13⁰⁰ | PA note |
| | HSA came to clinic today + asked if for pt to be removed from single cell. Will do as HSA asks (reasons unknown as to why pt went into single cell anyhow) |
| | KAREN MIZRAHY, P.A.C. MAIN JAIL BUREAU |
| | MANUELA MSCEDEDES, M.D. MAIN JAIL BUREAU |
| 10/6/97 7:25 p | S: S/P assault on 4/6/96 @ NB. Now c/o Difficulty Breathing thru nose. |
| | ⊖ drainage        X-rays: Nondisplaced nasal fxs |
| | O: VSS afeb          ⊕⊕ ZMC fx. |
| | ⊕ Deviated nasal septum to Ⓛ c ___ Partial collapse of Ⓛ Int. nasal valve |
| | ⊕ nasal vestibule widely patent |
| | ⊕ Palp nasal fxs Ⓡ > Ⓛ |
| | ⊖ Ⓡ Ⓛ Facial fxs (X 1½ yrs old) |
| | ⊃ Str orders |
| | DR. CRAIG UECHER STAFF PHYSICIAN |
| 10-13-97 2:35 pm | KEVIN JORGENSON, RN, BSN ASST. HEALTH SERVICE ADMINISTRATOR MAIN JAIL BUREAU |

CC 023

**125**

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Dick, | ID # 10076 | D.O.B. 9/19/63 |
|-----------|--------------------|-----------|----------------|
| 10/8/97 8:15 a | F/U Interviewed c R-Inform | | |

S: "I feel dep ... I want antidep ...
I want Elavil"

O: Pt c hx of E8H on no
R Tx. Now, pt indicated
the hosp. did not give him
medication because of a
"conspiracy."

Pt feels dep. + wants antidep.
We discussed SSRI. Pt
had been on Zoloft before but
did not tolerate it. I suggested
Prozac - "No", then Imipramine
& pt selected + wanted "Elavil."
Given.

Consent signed.

A. Personality D. NOS.

P. antidep. Elavil 100 mg po PM.

*Limia* M

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

| 11-6-97 9a | At School. / D. Guzman Renew / Med | | |

*Limia*

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

## FOR MENTAL HEALTH USE ONLY

126

CL 1480-03 (2/95)

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # BS92-17026 | D.O.B.: 9/0/63 |
|---|---|---|---|

10-31-97
12:04 pm
Clinic Referral for medication Renewal given

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

11-5-97
9 + 14am
GRIEVANCE ANSWERED / DATE
SIGNATURE
KEVIN JORGENSON, RN, BSN
ST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

11/11/97
125°
GRIEVANCE ANSWERED / DATE
SIGNATURE
KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

11/21/97 35c
GRIEVANCE ANSWERED / DATE
SIGNATURE
Intd Note:
grievance answered
Five page
ELLEN MURRAY, RN
INFECTION CONTROL

11/24/97
10²°
PA note
Pt needs med renewal. Will have pt.
F/U c̄ Dr Dereziew for further med
renewal.
KAREN MIZRAHY, P.A.C.
MAIN JAIL BUREAU
DR. H. DEAUER
STAFF PHYSICIAN - MJB

CC 023

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS971707 6    D.O.B.: 9,19,63 |
|---|---|
| 11/26/97 5:55 PM | PA note |
| | Complaining of difficulty breathing 2° to Nasal FB |
| | Alert |
| | HSONt   Septal deviation of nose to L |
| | A - Hx Nasal FB - Nasal congestion |
| | P - entex LA |
| | E - if no relief notify medical staff    ANNE ADE, P.A.C.  MJB |
| 12-1-97 0145 | GRIEVANCE ANSWERED   DATE   SIGNATURE |
| 12/4/97 1008 | Inc. Note: Seen by s/c nurse, see sp request   Sharon Greaves, L SHARON GREAVES LPN  Main Jail |
| 12/5/97 7pm | GRIEVANCE ANSWERED   DATE   SIGNATURE |
| 12-22-97 10:30 | PA note - Incidental. Pt here for dental. Requests med renewal. Will renew meds & refer to Dr Perezin in F/U.   KAREN MIZRAHY, P.A.C.  MAIN JAIL BUREAU 5/95 |

DR M CRUZIER STAFF PHYSICIAN - MJB

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

DR M CRUZIER STAFF PHYSICIAN - MJB

122

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES   B 582b

| Date/Time | Inmate Name: Hicks | ID # 17076 | D.O.B. 9/19/63 |
|---|---|---|---|

DEC – 4 1997 — FG

1 pm  S: "Fine ... keep the Elavil"

O: Hx of personality D & "dep."

No S.E. reported

& Thumerekahl

A. Personality D. NOS

P. Elavil renewed

*Jamie* DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

12-9-97  See Sick call.

9 am  PT wants ↑ Elavil to 150 mg PO.
Done.

*Jamie* DR. MEL LIMIA,
STAFF PSYCHIATRIST,
MAIN JAIL

1/6/97  Answer to Req. PT wanted to go
to NBDC Forensic,
PT does not meet Mental Health
requirement to go to Forensic Unit
PT will stay in G.P. on
his anti dep. PT understood.
Renew Elavil. *Jamie* DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

2/11/98  IM interviewed – note
1330 hr  to follow – Elavil dose ↑ed
(see following note) *signature* A. M. PERFILIO MD

*Complete Both Sides Before Using Another Sheet*



# CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hill, William | ID # _____ | D.O.B.: 9 9 16 |
|---|---|---|---|

1-6-98
wt

S Here for pain medication
O BP 120/80 P 80
  Pain c mild tenderness
  on palpation
A Hx of pain ?
P see order

*DR. N. DERIZIER*
*STAFF PHYSICIAN - MJB*

GRIEVANCE ANSWERED _____ DATE _____
_____ SIGNATURE

GRIEVANCE ANSWERED _____ DATE _____
_____ SIGNATURE

2/5/98
5:30 PM

*inc note*
Requesting renewal of pain medicat...
see orders

*DR. N. DERIZIER*
*STAFF PHYSICIAN - MJB*

ANNE... P.A.C.

**EMSA** *CORRECTIONAL CARE*

PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, WILLIAM    ID# BS9717076    D.O.B.: / / |
|---|---|
| 2/11/98 1730hrs | (S) I'm transferred from MJB as per Judge Cohen's orders. Chart reviewed (including summary of July 97 from FSH – Forensic Mental – authored by Glen Watson PhD.) The FSH summary indicates he was Tx'ed c̄ anti anxiety medication & later with an ant. depressant – that although initially perhaps delusional (grandiose & persecutory) that later he was not overtly delusional but continued to feel ill-treated and abused by various persons and that this thinking & its behavioral consequences may have been to some significant degree supported by his mother's views. Mr Hicks is presently on Elavil 100mg/day. He denies significant side effects and |

*Complete Both Sides Before Using Another Sheet*

CC 004    **FOR MENTAL HEALTH USE ONLY**

**EMSA** *CORRECTIONAL CARE*

PROGRESS NOTES

| Date/Time | Inmate Name: Hicks/William | ID # B 55717076 | D.O.B.: / / |
|-----------|------|------|------|
| 2/11/98 (continued) | reports he felt less anxious & slept better on 150 mg/day. He gives a long Hx of mixed substance dep. (1°ly alcohol & cocaine) beginning in teens c̄ multiple hospitalizations & out-pt courses of Tx for "Dual Dx - drugs & Bipolar" He reports being unable to remember what meds he was Tx'ed c̄ in the past. He denies aud/vis halluc. except in association c̄ the use of "free base" at this time he reports feeling anxious about his court case & to have "low" mood over his chronic jaw-facial pain. He denies halluc or any (S) or aggress impulses | | |
| | Ⓞ Calm, alert, good eye contact, appropriate affect, neutral mood, coherent, minimal paranoid ideation (about | | |

*Complete Both Sides Before Using Another Sheet*

CC 004

**FOR MENTAL HEALTH USE ONLY**

7/94

132

**EMSA** CORRECTIONAL CARE

PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm | ID # B597A076 | D.O.B.: / / |
|-----------|------------------------|---------------|-------------|

2/11/98
(CONTINUED)

being mistreated & abused by jail & forensic hospital medical staff, correctional officers, about putting this interviewer on notice (he would be looking for lies & dishonesty) some projection of responsibility & focus on his somatic c/o of jaw/facial pain. He displays no objective SE's, his charges & legal situation were not discussed.

(A) ① Polysubstance Dependence, in remission in a controlled environment
② Probable PPD
③ Possible Psychotic D/o NOS, in remission (? Bipolar NOS)

(P) ↑ Elavil at Im's request.
F/U 1 mo, will review any recommendations made by "Court appted Tx Team"

(E) Im to report SE's or ↓D's in mos

*Complete Both Sides Before Using Another Sheet*

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

CC 004

**FOR MENTAL HEALTH USE ONLY**

7/94
133

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm | ID # B5971706 D.O.B.: 9/19/63 |
|---|---|---|
| 2/13/98 (1500hrs) Inc Note, | ON 2/12/98 I spoke to Dr Ansley who indicated her opinion that Mr Hicks suffers from delusions ("microphones in the ceiling" "Prosecutor will be indicted soon" "It will be international news") both persecut paranoid & grandiose. She felt he should have a trial of anti psychotic meds. On 2/13/98 I spoke to Dr A. Strauss who also indicated his belief that Mr Hicks suffers from "fixed delusional system c paranoid & obsessive ~~features~~ features" & he felt he might benefit from a trial of a dual action anti psychotic (c both DA & 5HT blocking properties) I spoke to Im who (although he did not agree that he was delusional) agreed to a trial of Risperdal after a discussion of |

*Complete Both Sides Before Using Another Sheet*

SE's & benefits (potential)

A. M. PERFILIO, MD
PSYCHIATRIST
7/94

CC 004
**FOR MENTAL HEALTH USE ONLY**

134

**EMSA CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, WILLIAM   ID # B59717076   D.O.B. 9/19/63 |
|---|---|
| 2/16/98 (1300 hrs) | S "This medicine makes me pace [feels restless] and I feel too emotional/angry [not likely related to meds.] Last night refused Elavil, today he feels it is the Risperdal. |
| | O Demanding, wants something done instantly, no apparent tremor, I/M observed in pod — was not pacing. This AM I/M's mother called requesting he be moved to a "better area where he could be more relaxed" |
| | A PPD [ Poss Psychotic Dis NOS (R/O PT/Bipolar/Schizoaffective Delusional Dis NOS) |
| | P ↓ Risperdal to 1 mg po bid & raise dose more gradually (may add Inderal or Ativan if akathesia (A/O's persist), F/U 2 wks |
| A. M. PERFILIO, MD NBB - PSYCHIATRIST | E I/M encouraged to give meds a chance to be effective. _____ A. M. PERFILIO, MD PSYCHIATRIST |

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004

7/94

135

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | |
|---|---|
| Inmate Name: Hicks Wm    ID # BS9717076    D.O.B. 9/19/63 | |

2/7/98
1400hrs
INC.
NOTE:

Dr Trudy Garfield Bloch spoke
ē me this Am — she has assessed
Mr Hicks in past ē believes
he is more of a PPD ē obsessive
features and possible periods
of delusional thinking but
she noted that she has reviewed
many of his old hospital records
ē indicated. hx of Tx for drug
abuse ē depression ē many
mentions of him being very
manipulative ē no mention
of psychotic sx's until after
he was arrested for murder
Also today Im's mother called
ē voiced concerns about SE's
that Im was experiencing
yesterday, & saw Im yesterday
to address those C/O's (which
were not clearly physiologic),
this Am Nurse McKenzie said he
refused his Am Risperdal. On
3 occassions today & observed
him writing in his cell ē walking

*Complete Both Sides Before Using Another Sheet* (CONT) →

CC 004

## FOR MENTAL HEALTH USE ONLY

136


**CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William | ID # BS971702E | D.O.B. 09/19/63 |
|---|---|---|---|
| 2-18-98 11:03Am | Inc. Note: EKG performed per protocol — Yvonne Wilcher/m/a   YVONNE WILCHER, MA NBB | | |

CC 023

5/95

EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm | ID# B59717076 | D.O.B.: 9/9/68 |
|---|---|---|---|

2/18/98
(1115 hr)

(S) "I'm having SE's," C/O's of "racing thoughts", increased emotionality, anxiety. Does not C/O of tremor, stiffness, slowness, dystonia but insists on having Cogentin Rxed.

(O) Calm, alert, good eye contact, affect — neutral/appropriate, no tremor/EPS/akathisia. No delusions expressed, speech = rate = WNL

(A) PPD, R/O Psychotic Dis NOS

(P) Will add cogentin at Im's request (although I told him I doubted it would have any physiological effect on his "SE" C/O's) and gave him Info on Cogentin SE's, also will ↓ E law to HS at Im's request, F/U as scheduled.

(E) Im to report SE's or (−) Δ's in MS

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

*Complete Both Sides Before Using Another Sheet*

CC 004

**FOR MENTAL HEALTH USE ONLY**

7/94

138

**EMSA** *CORRECTIONAL CARE*

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm    ID # B59710 76  D.O.B.: 9/19/0 |
|---|---|
| 2/20/98 09 30hr | (S) "I'm not having any SE's, we can increase the Risperdal" Reports feeling about the same, perhaps somewhat less anxious |
| | (O) No objective SE's reports sent by atty Harris (from Drs Block/Spencer/Amsler) reviewed — spoke to Dr Spencer on 2/19, he suggested addition of mood stabilizer — I'm agrees to trial of Li (has been on it before at 900mg/day) |
| | (A) PPD, R/O Psychotic D, NOS |
| | (P) ↑ Risperdal Trial of lithium / order labs, F/U as scheduled |
| | (E) I'm to report SE's or D's in MS. |
| | *[signature]* |
| | A. M. PERFILIO, MD NBB - PSYCHIATRIST |

*Complete Both Sides Before Using Another Sheet*

**EMSA** CORRECTIONAL CARE

### PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William   ID# B39717076   D.O.B.: 9/19/63 |
|-----------|----------------------------------------------------------------|
| 2/27/98 | S: "Im only supposed to be here to get medicated and |
| 9:45 AM | be found competent" "Im supposed to do only |
|  | focused on my trial" "you can put me in group |
|  | but im not going to talk much" "I don't trust people" |
|  | O: It seen 2° request to move to a unit S. |
|  | Evaluation indicates motive is to be in a more open |
|  | unit and not for tx. He came a sense of |
|  | entitlement and seem to lack process of causing |
|  | he be. Did express interest in 12 step meetings |
|  | and religious services. No be problem upheld. |
|  | As: Paranoid personalty do I flor psychotic do NOS |
|  | P: Spks r be helpful. Permission granted to move |
|  | him to 12145 where he can attend 12 step |
|  | meetings — offered an individual sessions on PRN basis |
|  | E: Education & support provided. [signature] |

MARK LEVINSKY, MS
PSYCH. SPECIALIST NBB

*Complete Both Sides Before Using Another Sheet*

**FOR MENTAL HEALTH USE ONLY**

CC 004

7/94

140

**EMSA** CORRECTIONAL CARE

**PROGRESS NOTES**

| Date/Time | Inmate Name: Hicks, William    ID # B59717076    D.O.B.: 9/19/63 |
|-----------|------------------------------------------------------------------|
| 2/27/98 / 1100hrs | (S) I'm informed me that he stopped taking Risperdal & Cogentin because it made him feel "too emotional" He states he feels better c the Lithium added to his regimen, he denies current SE's, denies halluc, denies sleep problems, he does c/o of pain in his jaw (chronic) |
| | (O) Calm, pleasant, coherent, c/o's of mistreatment but not expressing overtly delusional ideas. |
| | (A) PPD, R/O Psychotic D/O NOS |
| | (P) Continue Li/Elavil, DC Risperdal Li level drawn today, F/U/wk |
| | (E) I'm to report SE's or △'s in MS. |
| | A. M. PERFILIO, MD  NBB - PSYCHIATRIST |
| 3/3/98 INCA 1600hrs | Li level of 2/27 = 0.4, TFT's = WNL, WBC = WNL, SGPT is minimally elevated, as will follow serially. |

Complete Both Sides Before Using Another Sheet

NBB - PSYCHIATRIST    A. M. PERFILIO, MD  NBB - PSYCHIATRIST

**FOR MENTAL HEALTH USE ONLY**

CC 004

7/94

141

# MSA CORRECTIONAL CARE

12/2/13

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William          ID #: B59717076    D.O.B.: 09/19/63 |
|-----------|--------------------------------------------------------------------------|
| 2/27/98 10:20Am | *Inr. Note: Blood drawn for CBC, Smac Lithium, Thyroid panel per Dr's orders — Yvonne Wilcher m/a   YVONNE WILCHER, MA NBB |
| | |
| 3/3/98 4:10P | MD Note S: Pt comes to clinic 2° concern over pain. Had jaw, ℞ temporal ℞ zygomatic arch fx 4/97. Says unable to open jaw & causes pain 24° a day. Saw OMFS surgeon who said no further therapy (surg) could be done Has given Midrin which doesn't work, Robaxin, Tylenol which works. O: NAD  jaw open angle ~30°  facial ℞ palpated NT  no deformities noted. A/P: Discussed pain mgmt c̄ pt. Alternatives for chronic pain are Elavil & Tegretol. Will continue Midrin, Tylenol as pt says helps somewhat.   ERIN CODY, MD NBB        (over) |



# CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # 389717074 | D.O.B.: 9/3/63 |
|---|---|---|---|
| 3/3/06 480 P | MD Note (con't) Also spoke c̄ Dr Persilia re ↑ Elavil for pain control. As pt is already on this med & feels it has helped somewhat already he prefers to start c̄ this (over Tegretol) Will ↑ to 125mg x 2wks then 200mg x 2 wks. F/U in clinic in 4 wks to √ progress. Side effects discussed. Pt is satisfied c̄ care plan. E: Notify medical if side effects prevent above care plan & we can switch to Tegretol. | | |
| | ERIN CODY, MD NBB | | |

CC 023                                                                                5/95

**EMSA** **CORRECTIONAL CARE**

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm    ID # B59717076    D.O.B.: 9/9/63 |
|-----------|---------------------------------------------------------------|
| 3/6/98 | (S) No C/O's re: psych |
| 740 (a) | (O) meds, I'm declines |
| 1140hrs | a trial of Zyprexa |
| | denies hallus; expresses |
| | ideas of being mistreated |
| | & singled out for |
| | punishment by court & |
| | law Enforcement (more |
| | paranoid than delusional) |
| | Reports good sleep & |
| | some relief of jaw pain |
| | He is calm, alert, |
| | affect & mood are neutral, |
| | no objective tremors |
| | or S€'s noted. |
| | (A) PPD, R/O Psychotic Do NOS |
| | (P) Continue meds - |
| | reorder labs, F/U 1 wk, |
| | (E) Im to report / SE's or |
| | C/O's in MS. |
| | A. M. PERFILIO, MD |
| | NBB - PSYCHIATRIST |
| | |
| | |
| | |

*Complete Both Sides Before Using Another Sheet*



**EMSA** CORRECTIONAL CARE

12'H4

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS9717076    D.O.B.: 0919163 |
|---|---|
| 3/7/98 11:20Am | Inc. Note: Blood drawn for SMAC, Lithium level, HIV + Pre test Counseling done, Per DR's Orders |
| | Yvonne Wilcher m/a    YVONNE WILCHER, MA NBB |
| | ▬▬▬▬ |
| 3/24/98 1130Am | Clinic Post counsel. done Negative HIV test    ERIN CODY, MD NBB    Allyson Luckle PA-C NBDC |
| 3-26-98 10⁰⁰Am | Inc Note: Per Dep. Seldon - refused dental, preferred to go to law library instead of dental. Refusal sent to unit for signature    JACQUELYN D. FARRAR Dental Assistant - NBDC |
| 3/30/98 2:30Am | Inc Note: Blood drawn for SMAC, Lithium, Serum Amitriptyline, Noramitriptyline level Per DR's Orders    Yvonne Wilcher m/a    YVONNE WILCHER, MA NBB |

Ψ 023

145 5/99

# EMSA CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm | ID: BS97076 | D.O.B.: 9/19/16 |
|---|---|---|---|

**3/13/98**
**1400hs**

(S) STATUS Check
ON 3/7 Li level = 0.6,
LFT's stable & OK
I'm reports ↑red jaw/Head
pain in T & laud denies
SE's, reports stable mood.

(O) Calm, alert, good eye contact,
affect & mood - neutral,
no delusions or gross
thought disorder.

(A) PPD (R/O Bipolar, R/O
Psychotic Dis NOS)

(P) Cont meds, F/U 1wk

(E) I'm to report SE's or -Δ's
in ms.

*A. M. PERFILIO, MD*
*NBB - PSYCHIATRIST*

**3/18/98**
**INC**
**Note**
**0900hs**
**addendum**

Elavil/Lithium orders
reviewed & labs reordered
- Elavil orders levels not on
chart & are reordered.
Also I'm to be released
to 2H4 per I'm Mngt
Team @ conflicts c Deputies on 1H4

*A. M. PERFILIO, MD*
*NBB - PSYCHIATRIST*

*A. M. PERFILIO, MD*
*NBB - PSYCHIATRIST*

Complete Both Sides Before Using Another Sheet

FOR MENTAL HEALTH USE ONLY

146

**EMSA** **CORRECTIONAL CARE**

## PROGRESS NOTES

B890

| Date/Time | Inmate Name: Hick W | ID # 12096 | D.O.B.: 9/19/67 |
|---|---|---|---|
| 3-28-98 | | F4 | escorted by deputy |
| 10:30 | | | |

S: "Fine ... Dr. G. is taking good care of my Meds"

O: Hx of Q Tx. c̄ weekly F4
No S.E. reported.
"Seeking pain medication."
MSE: in bed, sleeping at 10:30 a
Alert, coop, friendly
cut's quiet c̄ proper affect
⊖ delusion / hallu reported
⊖ S.I.E.E. elicited/elated
good sleep - app

A: OOO

P: cont same Tx.
Weekly F4

_(signature)_
**DR. MEL LIMIA**
**STAFF PSYCHIATRIST,**
**MAIN JAIL**

| 3/27/98 | |
|---|---|
| (500 hrs) | |

S Reports some overall ↓ in anxiety over head//facial pain / denies SE's, feels calmer

O Calm, alert, good eye contact, coherent, no delusions expressed, no objective SE's.

A PPD (R/O Bipolar, R/O Psychotic Disorder)

P ↑ Elavil dose, reorder labs, F/U 2 wks ⊖ Pain to report SE's.

_(signature)_
**A. M. PERFILIO, MD**
**N93 - PSYCHIATRIST**

Complete Both Sides Before Using Another Sheet
**FOR MENTAL HEALTH USE ONLY**

CC 004

147

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm | ID# B 597/7076 | D.O.B.: 9/9/63 |
|---|---|---|---|

4/10/98
1430hrs

(S) "I feel OK" denies SE's, reports overall improved mood stability, denies SE's except occass cwal fine tremor in UE's. Reports improved pain relief (Head/facial pain)

(O) on 3/30 Li level = 0.6 & AMT/NTP reported as <25/<25 (will request shake down of cell on MON - ? is he not taking or hoarding meds - he tries to start MON). Im is calm, alert, pleasant, appropriate of affect, mood is neutral, no delusions expressed (although he may be unduly optimistic re: outcome of trial) No objective SE's noted

(A) PPO (R/O Bipolar I) vs Psychotic dsxp

(P) Cont meds, reorder labs, F/U 2 wks

(E) Im to report SE's or △'s in M5

*Complete Both Sides Before Using Another Sheet*

A. M. PERFILIO, MD
PSYCHIATRIST

**FOR MENTAL HEALTH USE ONLY**

CC 004

148

**EMSA** CORRECTIONAL CARE

PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, Wm    ID # BS971 7076    D.O.B.: / / |
|---|---|
| 4/24/98 (1300hrs) | Im → "out to court" — His trial is going on — will continue meds ē F/U in 1 wk. [signature] |
| 5/1/98 (1500hrs) | Ⓢ Im was convicted of murder, sentencing set for 5/20, he is, however, upbeat, feels the judge will vacate the verdict or he will win an appeal, he reports the medications are helpful, reports reduced pain perception, denies depression, specifically denies any Ⓢ impulses

Ⓞ Calm, pleasant, alert, no frank delusions but some paranoid ē unrealistic ideation, no objective SE's, affect = WNL

Ⓐ PPD ( R/O Bipolar Dis or Psychotic Dis )

Ⓟ Cont meds, order labs, F/U 2 wks → Im to report SE's or ⊖s in MS [signature] |

*Complete Both Sides Before Using Another Sheet*

FOR MENTAL HEALTH USE ONLY

CC 004

149

# CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # BS971207    D.O.B.: 091863 |
|---|---|
| 4/4/98 1300 | Inc Note Seen on Sick call for c/o of not receiving Midrin tabs ordered. TT tabs tid x 90 day. Rx to Medical — Vickey, *PATRICIA VICKERY, RN NBB* |
| 4/21/98 10:55am | Inc. Note: Pt Out to Court. Will re-schedule — Yvonne Wilcher/A *YVONNE WILCHER, MA NBB* |
| 5/5/98 10:25am | Inc. Note: Blood drawn for Serac, Lithium level PER DR's ORDERS — Yvonne Wilcher/A *YVONNE WILCHER, MA NBB* |
| 6/3/98 4:80 p | S. Pt request renewal of Midrin now states need Tylenol rendered. No other complaints now. O: MAD PE deferred A/P: No Migrane see orders. E. *ERIN CODY, MD NBB* *VERONICA O'CONNER, PA NBB* |

CC 023

150

**EMSA** *CORRECTIONAL CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: HICKS, Wm | ID # B59717076 | D.O.B.: 9/19/93 |
|-----------|------------------------|----------------|-----------------|

I'm "out to court", Li level of
S/S = 0.7   & SGOT = 32 / SGPT = 57
Will F/U in 2 wks. & continue
current meds.

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

---

MAY 29 1998
10 am

At Court.
Plan: Re: Schedule for GM.

---

MAY 29 1998
1 pm

At Court.

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

5/29/98
3 pm

At Court.

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

---

*Complete Both Sides Before Using Another Sheet*

**EMSA** *CORRECTIONAL CARE*

### PROGRESS NOTES    BSPD

| Date/Time | Inmate Name: Hicks | ID: 17076 | D.O.B.: / / |
|---|---|---|---|
| 6.1.98 | | EG | |
| 10 a | | | |

S: "They are going to jail soon." comment about District Attorney going to jail because of this case.

O: Rx of O.G.D. Stable. No side effects reported.

MSE: Alert. Good hygiene. Speech pattern is normal. Euthymic & irritable affect.

No S/H idea p can

A. O.G.D.

P: cont same Tx

P: pt may access MH

*[signature]* DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

Nota: pt might get "life sentence x 3"

*[signature]* DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

*Complete Both Sides Before Using Another Sheet*

CONFIDENTIAL HEALTH USE ONLY



H HRS, WILLIAM #89951453

R. MARTIN
67: GREENER-NORTH BROWARD DETENTION CENTER
AGE: 31 YRS
LINEAL: PHYS. EXAM.

RACE AND RATE RANGE
003 58/MIN 55- 59

AUTOMATED ECG VERSION 9HP51134KX

6' 1"   190 LBS
BP: NORMAL
MEDS: UNKNOWN/OTHER

5:37 AM PAC 15 AUG 1995
S20B-195
5056

INTERVALS:
P-R      QRS
.16 SEC  .10 SEC

QTC      QRS AXIS
.41 SEC  61 DEG.

SINUS BRADYCARDIA
EARLY REPOLARIZATION
R-T VARIANT

1400 RATE UNDER 60
ST ELEVATION, EARLY REPOLARIZATION
REPORT MUST BE CORRELATED WITH CLINICAL DATA BY A PHYSICIAN

2 NORMAL(EXCEPT FOR RATE)FOR AGE 31

□ DICTO FILE
   M.D. INITIAL

□ PULL CHART
   FOLLOW UP

□ NO FURTHER ACTION
   M.D. INITIAL

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC
8/23

DATE

V6  V5  V4  V3  V2  V1

S- 220B
SE:
PAGE MO
CB: (30
Bus (30
TVX/C/

RECEIVED FEB 1 8 1998

NORTH BROWARD BUREAU

Operator: YW

HICKS WILLIAM BS9717076
Male   230 lb

18-Feb-1998    11:03:31
34 Years

Requested by:
PERFILIO

Height    6

| Rate | 93 | Normal sinus rhythm, rate 93 ................ Normal P axis, PR, rate & rhythm |
| PR | 162 | left axis deviation ..................... QRS axis -31 to -90 |
| QRSD | 83 | consider left atrial enlargement |
| QT | 321 | .......... P V1 -.10 mV or more negative |
| QTc | 393 |  |

--Axis--
P     48
QRS   -30
T     47

☐ NO FURTHER ACTION

☐ PULL CHART
FOLLOW UP

☐ QK TO FILE
☐ QK INITIAL

PAT CODY, MD
NBB

M.D. INITIAL

DATE  2/19/98

BORDERLINE ECG -

Unconfirmed diagnosis.

ElectroTrace

155

ADVANTAGE FILING SYSTEMS
FT. LAUDERDALE, FL
(954) 970-3333

# EMSA

## X-RAY REPORT

| NAME-LAST | FIRST | | DOB | DATE | ARREST ID # |
|---|---|---|---|---|---|
| Hichs | Wm | | 9/10/63 | 2/9/96 | BS95-14533 |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | X-RAY # |
|---|---|---|---|---|---|
| M | W | WE | 2-9-96 | NBDC | NB |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP |
|---|---|---|
| Davis | 12H4 | Serrao Vicky Serrao, RN NBDC |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY: R Jaw — fight

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[ ] L[ ] | SHOULDER R[ ] L[ ] | OTHER |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

**REPORT:**
MANDIBLE:  Fracture suggested on the left mandibular ramus. Correlate with the clinical findings.

Radiological findings should be correlated with the clinical findings.

Thank you for referring this patient.

Miguel A. Tome, M.D.
Radiologist

seen by dentist

RADIOLOGIST SIGNATURE

DATE REPORT TYPED

156

# EMSA

## X-RAY REPORT



RECEIVED
FEB 2 3 1996

| NAME-LAST          FIRST | DOB | DATE | ARREST ID # |
|---|---|---|---|
| Hicks, William | 9/10/63 | 2/15/96 | 8595/4533 |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | X-RAY # |
|---|---|---|---|---|---|
| M | B | WE | 2-19-96 | BCMJ | MB |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP | |
|---|---|---|---|
| PA Chatfield | 7C35 | M. Cooper LPN | Melissa Cooper, LPN  Mail Jail |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY: (R) eye injury

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[ ] L[ ] | SHOULDER R[ ] L[ ]  X | OTHER include |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | zygoma |
| COMPARISON VIEW | HIPS, BILATERAL  X | ORBITS  R | SKULL | (R) |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

**REPORT:**

RIGHT ORBIT:   Fracture of the right zygomatic arch.   The remainder of the bony structure is intact.

Thank you for referring this patient.

_seen by Dentist_

Miguel A. Tome, M.D.
Radiologist

D/R: 02/19/96

D/D: 02/20/96

M/R/R:

☐ OK TO FILE
M.D. INITIAL _____     DR. R. DERUDER     DATE 2-23-96
                             STAFF PHYSICIAN - N.B. JAIL

☐ PULL CHART
FOLLOW UP

☐ NO FURTHER ACTION
M.D. INITIAL _____     DATE _____

_____
RADIOLOGIST SIGNATURE

_____
DATE REPORT TYPED

**157**

# EMSA

## X-RAY REPORT

| NAME·LAST    FIRST | DOB | DATE | ARREST ID # |
|---|---|---|---|
| Hicks, William | 9-10-63 | 2-21-96 | BS9514533 |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | X-RAY # |
|---|---|---|---|---|---|
| M | W | WE | 2-21-96 | BCMJ | MJ |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP |
|---|---|---|
| Weathers | | |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY: Repeat for Oral Surgeon

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[ ] L[ ] | SHOULDER R[ ] L[ ] | OTHER |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

**REPORT:**

MANDIBLE:  There is no evidence of fracture, dislocation or other bony abnormality.

IMPRESSION:   NORMAL STUDY OF THE MANDIBLE.

Radiological findings should be correlated with the clinical findings.

Thank you for referring this patient.

Miguel A. Tome, M.D.
Radiologist

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN NBRDC

FEB 26 1996

RADIOLOGIST SIGNATURE

DATE REPORT TYPED

158

RECEIVED
APR 08 1996

RECEIVED
29 1996

# EMSA

## X-RAY REPORT

| NAME-LAST | FIRST | | DOB | DATE | | ARREST-ID # |
|---|---|---|---|---|---|---|
| Hicks | Williams | | 9/10/63 | 3/15/96 | | BS9514533 |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | | X-RAY # |
|---|---|---|---|---|---|---|
| m | B | | | BCMJ | | |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP |
|---|---|---|
| Cline | 7C35 | |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY:

Zygomatic Arch Rt , History of fx.

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[ ] L[ ] | SHOULDER R[ ] L[ ] | OTHER |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

REPORT:

ZYGOMA:   Fracture of the posterior portion of the zygomatic arch
with minimal depression of the arch anteriorly.

Thank you for referring this patient

James R. Thompson, M.D.
Radiologist

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC
APR 1 - 1996
DATE

RADIOLOGIST SIGNATURE

DATE REPORT TYPED

159

# EMSA

## X-RAY REPORT

RECEIVED MAY 1 0 1996 BY:

| NAME-LAST | FIRST | | DOB | DATE | | |
|---|---|---|---|---|---|---|
| Hicks, William | | | 9-10-63 | 5-3-96 | 1359574533 | |

| SEX | RACE | TECH INITIALS | DATE OF TEST | INSTITUTION | | X-RAY # |
|---|---|---|---|---|---|---|
| M | W | WE | 5-3-96 | BCMJ | | (MS) |

| DRS. NAME | LOCATION | NURSE SIGNATURE/STAMP |
|---|---|---|
| Weathers | | |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY:

TECH COMMENTS:

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| ANKLE R[ ] L[ ] | FACIAL BONES | KUB | POST REDUCTION | TM JOINT R[ ] L[ ] |
| CERVICAL SPINE | FEMUR R[ ] L[ ] | KUB & UPT | RIBS, BOTH SIDES | THORACIC SPINE |
| CHEST | FINGERS R[ ] L[ ] | LATERAL DECUBITUS | RIBS R[ ] L[ ] | TIBIA & FIBULA R[] L[] |
| CHEST, PA & LAT | FOOT R[ ] L[ ] | L.S. SPINE | SACRUM | WRIST R[ ] L[ ] |
| CLAVICLE R[ ] L[ ] | FOREARM R[ ] L[ ] | MANDIBLE R[ ] L[ ] | SHOULDER R[ ] L[ ] | OTHER |
| COCCYX | HAND R[ ] L[ ] | NASAL BONES | SINUSES | (R) Zygomatic Arch |
| COMPARISON VIEW | HIPS, BILATERAL | ORBITS | SKULL | |
| ELBOW R[ ] L[ ] | HIPS R[ ] L[ ] | OS CALCIS R[ ] L[ ] | SONOGRAM | |
| ECHO | HOLTER MONITOR | PELVIS | STERNUM | |

**REPORT:** RIGHT ZYGOMATIC ARCH: Old healed fracture of the posterior third of the right zygomatic arch.

Tha... ng this patient

James R. Thompson, M.D.
RADIOLOGIST
James R. Thompson, M.D.
Radiologist

☑ OK TO FILE
M.D. INITIAL _____   DATE 5-17-96

☐ PULL CHART
FOLLOW UP

☐ NO FURTHER ACTION
M.D. INITIAL _____   DATE _____

_____
RADIOLOGIST SIGNATURE

_____   _____
DATE   PORT TYPED

160

```
POMPANO BEACH MEDICAL CENTER        NAME: HICK,WILLIAM
600 S.W. THIRD STREET               PHYS: Gupta,Subhash
POMPANO BEACH, FL  33060            DOB: 09/10/63   AGE: 33      SEX: M
                                    ACCT: N00956554262 LOCATION: N.RAD
                                    EXAM DATE: 11/27/96 STATUS: OUT
                                    RADIOLOGY NO: 24661506
                                    UNIT NO: N000016140
```

EMSA
1550 BLOUNT ROAD
POMPANO BEACH, FL  33069

     EXAMS: CT FACIAL BONES W/O CONTRAST, CT ORBITS W/O CONTRAST,
            CT ORBIT CORONAL VIEW

C.T. SCAN OF THE FACIAL BONES:

MULTIPLE THIN CORONAL AND AXIAL COMPUTERIZED TOMOGRAPHIC SECTIONS OF
THE FACIAL BONES AE OBTAINED.  THERE IS A SMALL CRACK IN THE LATERAL
WALL OF THE RIGHT MAXILLAY SINUS.  THERE ARE NO AIR FLUID LEVELS IN
THE RIGHT MAXILLARY SINUS.  THE REMAINDER OF THE WALLS OF THE RIGHT
MAXILLARY SINUS, AS WELL AS THE BONY ORBITS APPEAR NORMAL.  THE RIGHT
TEMPOROMANDIBULAR JOINT APPEARS NORMAL.  THE RIGHT ZYGOMATIC ARCH
APPEARS NORMAL.

IMPRESSION:

SMALL CRACK IN THE LATERAL WALL OF THE RIGHT MAXILLARY SINUS OTHERWISE
NORMAL EXAMINATION.

               ** REPORT SIGNATURE ON FILE 11/28/96 **
               REPORTED BY: STEPHEN EDELSTEIN, M.D.
               SIGNED BY:   EDELSTEIN,STEVEN

                                    OK TO FILE
                                    M.D. INITIAL    WINTHROP C. DAVIS    12/3/96
                                                    STAFF PHYSICIAN-NBDC DATE _____

                                    PULL CHART
                                    FOLLOW UP

CC: EMSA                            NO FURTHER ACTION
                                    M.D. INITIAL _____  DATE _____

   TRANSCRIBED DATE/TIME: 11/27/96 (1647)
   TRANSCRIPTIONIST: NRAD.BLH
   PRINTED DATE/TIME: 11/28/96 (1346)   BATCH NO: 1885

PAGE 1                         EMSA

IMAGING REPORT

CO-496 5/95

161

*psych*

EMSA
X-RAY REPORT

AUG 22 1996

PATIENT'S NAME:      HICKS, WILLIAM

DOB:                 09/10/63

ARREST NUMBER:       BS9514533

FACILITY NAME:       NORTH BROWARD DET. CENTER

X-RAY NUMBER:        BS9514533

DATE OF FILMS:       08/21/96


INTERPRETATION


FACIAL BONES AND MANDIBLE:

STUDY IS TECHNICALLY SOMEWHAT LIMITED BUT I DO NOT SEE DEFINITE
ABNORMALITY.   IF SYMPTOMS PERSIST, ADDITIONAL STUDIES MAY BE
HELPFUL.

HERBERT GOLDBERG, M.D.
HG/mv
08/21/96



162

RECEIVED

OCT 09 1997

EMSA
X-RAY REPORT

PATIENT'S NAME:          HICKS, WILLIAM

DOB:                     09/09/63

ARREST NUMBER:           BS9717076

FACILITY NAME:           BROWARD MAIN JAIL

X-RAY NUMBER:            BS9717076

DATE OF FILMS:           10/07/97

INTERPRETATION

NASAL BONES:

THERE ARE NO SIGNIFICANT RADIOGRAPHIC ABNORMALITIES DEMONSTRATED.

IMPRESSION: RADIOGRAPHICALLY NEGATIVE EXAM.


HUGH EISEN, M.D.
HE/sl
10/08/97
RADIOLOGIC CONSULTATION

☑ OK TO FILE
   M.D. INITIAL                            DATE 10/10/97

☐ PULL CHART
   FOLLOW-UP

☐ NO FURTHER ACTION
   M.D. INITIAL _____    DATE _____

**163**

POMPANO BEACH MEDICAL CENTER       NAME: HICK,WILLIAM
600 S.W. THIRD STREET              PHYS: Gupta,Subnash
POMPANO BEACH, FL 33060            DOB: 09/10/63   AGE: 33    SEX: M
                                   ACCT: N00956554262 LOCATION: N.RAD
                                   EXAM DATE: 11/27/96 STATUS: OUT
                                   RADIOLOGY NO: 24661506
                                   UNIT NO: N000016140


EXAMS: CT FACIAL BONES W/O CONTRAST, CT ORBITS W/O CONTRAST,
       CT ORBIT CORONAL VIEW

C.T. SCAN OF THE FACIAL BONES.

MULTIPLE THIN CORONAL AND AXIAL COMPUTERIZED TOMOGRAPHIC SECTIONS OF
THE FACIAL BONES AE OBTAINED. THERE IS A SMALL CRACK IN THE LATERAL
WALL OF THE RIGHT MAXILLAY SINUS. THERE ARE NO AIR FLUID LEVELS IN
THE RIGHT MAXILLARY SINUS. THE REMAINDER OF THE WALLS OF THE RIGHT
MAXILLARY SINUS, AS WELL AS THE BONY ORBITS APPEAR NORMAL. THE RIGHT
TEMPOROMANDIBULAR JOINT APPEARS NORMAL. THE RIGHT ZYGOMATIC ARCH
APPEARS NORMAL.

IMPRESSION:

SMALL CRACK IN THE LATERAL WALL OF THE RIGHT MAXILLARY SINUS OTHERWISE
NORMAL EXAMINATION.

               ** REPORT SIGNATURE ON FILE 11/28/96 **
               REPORTED BY: STEPHEN EDELSTEIN, M.D.
               SIGNED BY:   EDELSTEIN,STEVEN

164

Broward Health Lab Unvalidated    National Reference Laboratory

4200 N 29 AVE.
HOLLYWOOD, FL. 33020
PROV # 10-8031



| PATIENT NAME | | CLIENT NO. | ORDERING PHYSICIAN |
|---|---|---|---|
| WILLIAM HICKS | | 55611-5 | |

| AGE | SEX | I.D. NO. | CLIENT |
|---|---|---|---|
| 51 | M | BS9514533 | NORTH BROWARD CORRECTIONS |

MANUELA E. DE CESPEDES, M.D.
8-16-95

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 15-AUG-95 | 15-AUG-95 | 16-AUG-95 |

CLIENT
NORTH BROWARD CORRECTIONS
1550 BLOUNT RD
POMPANO BCH, FL 33069

| ACCESSION NO. | REQUISITION NO. |
|---|---|
| 4142162-2 | M0872722 |

COMMENTS

---

AUTOMATED CHEMISTRY PANEL (ACP), CBC & DIFF,LITHIUM,TSH,THYROID PROF. I.

RESULTS

| TEST NAME | NORMAL | ABNORMAL | UNITS | NORMALS |
|---|---|---|---|---|
| GLUCOSE | | 50 LOW | MG/DL | 65-115 |
| BUN | 15 | | MG/DL | 5-25 |
| CREATININE | 1.2 | | MG/DL | 0.6-1.5 |
| BUN/CREAT | 12.5 | | | 6-25 |
| CHOLESTEROL | 149 | | MG/DL | SEE REVERSE |
| TRIGLYCERIDES | | 151 HIGH | MG/DL | 30-150 |
| CALCIUM | 9.6 | | MG/DL | 8.5-10.8 |
| IONIZED CAL. | 4.4 | | MG/DL | 3.5-5.2 |
| INORG. PHOSPHORUS | 2.7 | | MG/DL | 2.5-4.5 |
| SODIUM | 143 | | MEQ/L | 135-147 |
| POTASSIUM | 3.6 | | MEQ/L | 3.5-5.2 |
| CHLORIDE | 104 | | MEQ/L | 96-109 |
| URIC ACID | 7.4 | | MG/DL | 3.5-9.0 |
| TOTAL PROTEIN | 6.6 | | G/DL | 6.0-8.5 |
| ALBUMIN | 4.5 | | G/DL | 3.5-5.5 |
| GLOBULIN | 2.1 | | G/DL | 1.8-3.8 |
| A/G RATIO | 2.1 | | | 1.0-2.2 |
| TOTAL BILIRUBIN | 0.6 | | MG/DL | 0.1-1.2 |
| ALK. PHOSPHATASE | 72 | | U/L | 25-140 |
| SGOT/AST | 14 | | U/L | 0-40 |
| SGPT/ALT | 16 | | U/L | 2-45 |
| LDH | 171 | | U/L | 100-225 |
| GGTP | 19 | | U/L | 0-85 |
| IRON, TOTAL | 110 | | MCG/DL | 35-175 |
| T3 UPTAKE | 29 | | % | 25-35 |
| T4 | 5.8 | | MCG/DL | 4.5-13.0 |
| T7 | 1.68 | | UNITS | 1.1-4.4 |
| TSH | 1.0 | | UIU/ML | 4-6.0 |
| WBC | 7.0 | | THOUS/MM3 | 3.7-10.5 |
| RBC | 4.97 | | MILL/MM3 | 4.1-5.6 |
| HGB | 15.3 | | G/DL | 12.5-17.0 |
| HCT | 44.0 | | % | 36.0-50.0 |
| MCV | 89.0 | | FL | 80-98 |
| MCH | 30.7 | | PG | 27-34 |
| MCHC | 34.7 | | % | 32-36 |

PLEASE NOTE NEW NORMAL RANGES EFFECTIVE 7/17/95.

| NEUT | 59 | | % | 40-74 |
|---|---|---|---|---|
| LYMPH | 31 | | % | 14-46 |

PAGE 1    REPORT FOR    HICKS,WILLIAM    CONTINUED...

165

PROV # 10-803,

| | |
|---|---|
| PATIENT NAME | WILLIAM HICKS |

CLIENT NO. 55611-6     ORDERING PHYSICIAN

| AGE | SEX | I.D. NO. |
|---|---|---|
| 31 | M | BS9514533 |

CLIENT 1324
NORTH BROWARD CORRECTIONS
1550 BLOUNT RD
POMPANO BCH, FL 33069

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 15-AUG-95 | 15-AUG-95 | 16-AUG-95 |

| ACCESSION NO. | REQUISITION NO. |
|---|---|
| 4142162-2 | M0872722 |

COMMENTS

---

AUTOMATED CHEMISTRY PANEL (ACP), CBC & DIFF,LITHIUM,TSH,THYROID PROF. I.

| TEST NAME | NORMAL | RESULTS ABNORMAL | UNITS | NORMALS |
|---|---|---|---|---|
| HEMATOLOGY: (CONTINUED) | | | | |
| MONOCYTES | 6 | | % | 4-13 |
| EOSINOPHILES | 3 | | % | 0-7 |
| BASOPHILES | 1 | | % | 0-3 |
| PLATELETS | 180 | | THOUS/MM3 | 155-385 |
| LITHIUM | 0.6 | | MEQ/L | 0.5-1.5 |
| THERAPEUTIC RANGE: 0.5-1.5 POTENTIALLY TOXIC > 2.0 | | | | |

MANUELA F. ... M.D.

# E.M.S.A./B.S.O.
## LABORATORY REPORTS DISPLAY SHEET

ATTACH LAST REPORT WITH TOP AT THIS LINE↑

↓ATTACH NEXT TO LAST REPORT AND EACH SUCCEEDING ONE AT LEFT EDGE↓

---

| FILL IN (SHADED) AREAS ON FRONT SIDE | SEROLOGY SYPHILIS | (DO NOT WRITE HERE) |
|---|---|---|
| | HRS Form 552, Dec 88 (Replaces Feb 87 edition) | Provider No. 302805 |

| EPSDT | Family Planning 1st or Ann. Visit | Medicare No. | | |
|---|---|---|---|---|
| | | | | |

Social Security No. / Medicaid No.

Patient's Name Last, First, Middle — Hicks, William — Other Health Insurance

Street and Number

Town / State / Zip Code

Date of Birth 1-11-63 / Race W/m / Sex m / Program Component

SEND REPORT TO: Provider No.
Dr.

Address

City / State / Zip Code

Date Collected

Date Reported

SPECIMEN: Blood, Syphilis susp., CSF

Test Requested: Serology, Syphilis Serology, Prenatal Profile, Rh, Other

PROCEDURE CODE:
- 86592 RPR
- 86650 FTA
- 86662 Monitor
- 86000 Quant
- 86177 Follow Up
- 86095 Pro Qual
- 86016 Antibody Screen

RNG000101

AUG 1 6 95 0 5 3 0 1 5

DR. WINTHROP C. DAVIS NBDC
STAFF PHYSICIAN

LABORATORY FINDINGS
Syphilis Test Results
DATE

SYPHILIS SEROLOGY
NONREACTIVE

M.D. INITIAL

Rh positive / DATE

STATE OF FLORIDA • DEPT. OF HEALTH AND REHABILITATIVE SERVICES
OFFICE OF LABORATORY SERVICES

---

PATIENT'S IDENTIFICATION (Name-Last, First, Middle;Race/Sex;Number)
BSO

Hicks, William   W/M   BS 9514533

167



# LABORATORY REPORT

## CLINICAL LABORATORY SERVICES, INC.

7515 West Oakland Park Blvd. • Suites 100-102 • Lauderhill, FL 33319
Broward (305) 746-9522 • Dade (305) 754-0123 • Palm Beach (407) 684-9633
All other areas 800-722-5227 • Fax (305) 572-2702
H.R.S. License Number: 800001847 • Medicare # L8627
Medicaid #030406900 • CLIA #10D0690292
Testing performed at Clinical Laboratory Services unless otherwise specified.

ACCOUNT NO. 21064
NORTH BROWARD BUREAU
1550 BLOUNT ROAD
POMPANO BEACH  FLORIDA  33069

| PATIENT NAME | PATIENT ID NUMBER | PATIENT'S HOME PHONE #: | AGE | SEX | REQUESTING PHYSICIAN |
|---|---|---|---|---|---|
| HICKS, WILLIAM | BS9514533 | | 32Y | M | DAVIS |

| REQUISITION # | SPECIMEN ID# | SPECIMEN COLLECTED | SPECIMEN RECEIVED | RESULTS REPORTED | PAGE # |
|---|---|---|---|---|---|
| EA316604 | 6604 | 01-31-96 09:1 | 01-31-96 21:18 | 01-31-96 23:05 | 1 |

## RESULTS

| REPORT STATUS | FINAL | ASSAY NAME | NORMAL RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|---|
| | | | | | | |

**\* \* \* CHEMISTRY \* \* \***

| ASSAY NAME | NORMAL RANGE | OUT OF RANGE | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|
| SODIUM | 142 | | | MEQ/L | 135.0 - 145.0 |
| POTASSIUM | 4.3 | | | MEQ/L | 3.5 - 5.3 |
| CHLORIDE | 107 | | | MEQ/L | 96.0 - 112.0 |
| GLUCOSE | 94 | | | MG/DL | 70 - 116 |
| B.U.N. (UREA) | 12 | | | MG/DL | 9.0 - 23.0 |
| CREATININE | 1.1 | | | MG/DL | 0.6 - 1.4 |
| BUN/CREAT RATIO | 10.9 | | | RATIO | 6.4 - 38.0 |
| CALCIUM | 9.5 | | | MG/DL | 8.4 - 10.8 |
| PHOSPHORUS | 3.2 | | | MG/DL | 2.4 - 4.7 |
| TOTAL PROTEIN | 7.1 | | | G/DL | 6.4 - 8.3 |
| ALBUMIN | 4.3 | | | G/DL | 3.0 - 5.5 |
| A/G RATIO | 1.5 | | | RATIO | 1.0 - 2.2 |
| URIC ACID | | 7.8 | H | MG/DL | 3.0 - 7.4 |
| GLOBULIN | 2.8 | | | G/DL | 2.3 - 3.8 |
| LDH | | 207 | H | IU/L | 100.0 - 190.0 |
| ALKALINE PHOSPHATASE | 58 | | | IU/L | 36.0 - 115.0 |
| AST (SGOT) | 32 | | | IU/L | 10.0 - 35.0 |
| ALT (SGPT) | | 52 | H | IU/L | 5.0 - 40.0 |
| TOTAL BILIRUBIN | 1.1 | | | MG/DL | 0.2 - 1.4 |
| DIRECT BILIRUBIN | 0.4 | | | MG/DL | 0.0 - 0.4 |
| GAMMA G.T. (GGTP) | | 75 | H | U/L | 9.0 - 50.0 |
| CHOLESTEROL | 183 | | | MG/DL | 144 - 200 |
| TRIGLYCERIDES | 140 | | | MG/DL | 40 - 160 |
| SERUM IRON | 120 | | | MCG/DL | 40 - 170 |

**\* \* \* HEMATOLOGY \* \* \***

| ASSAY NAME | NORMAL RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| W.B.C. COUNT | 5.4 | | THOUS | 4.8 - 10.8 |
| R.B.C. COUNT | 5.30 | | MIL/UL | 4.4 - 6.2 |
| HEMOGLOBIN (HgB) | 16.1 | | G/DL | 13.0 - 18.0 |
| HEMATOCRIT (HCT) | 44.9 | | % | 39.0 - 54.0 |
| M.C.V. | 84.7 | | FL | 80.0 - 102.0 |
| M.C.H. | 30.4 | | PG | 27.0 - 31.0 |
| M.C.H.C. | 35.8 | | GM/DL | 32.0 - 36.0 |
| R.D.W. | 12.8 | | % | 11.5 - 14.5 |
| PLATELET COUNT | 174 | | THOUS | 130.0 - 400.0 |
| MEAN PLATELET VOLUME (MPV) | 9.6 | | FL | 7.4 - 10.4 |

X  DR. WINTHROP E. DAVIS
STAFF PHYSICIAN - NBDC

SPECIMEN CONCERNS:

PHYSICIAN'S INTERPRETATION:

02-01-96  05:24  Revised 05/17/93

# L___RATORY REPORT

## CLINICAL LABORATORY SERVICES, INC.

7515 West Oakland Park Blvd. • Suites 100-102 • Lauderhill, FL 33319
Broward (305) 746-9522 • Dade (305) 754-0123 • Palm Beach (407) 684-9633
All other areas 800-722-5227 • Fax (305) 572-2702
H.R.S. License Number: 800001847 • Medicare # L8627
Medicaid #030406900 • CLIA #10D0690292
Testing performed at Clinical Laboratory Services unless otherwise specified.

ACCOUNT NO.: 2106A
NORTH BROWARD BUREAU
1550 BLOUNT ROAD
POMPANO BEACH, FLORIDA 33069

| PATIENT NAME | PATIENT ID NUMBER | PATIENT'S HOME PHONE # | AGE | SEX | REQUESTING PHYSICIAN |
|---|---|---|---|---|---|
| HICKS, WILLIAM | BS9514533 | | 32Y | M | DAVIS |

| REQUISITION # | SPECIMEN ID # | SPECIMEN COLLECTED | SPECIMEN RECEIVED | RESULTS REPORTED | PAGE # |
|---|---|---|---|---|---|
| EA316604 | 3604 | 01-31-96 09:31 | 01-31-96 21:18 | 01-31-96 23:05 | 2 |

| REPORT STATUS | FINAL | ASSAY NAME | RESULTS | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|---|
| | | | NORMAL RANGE | OUT OF RANGE | | |

**\* \* \* HEMATOLOGY \* \* \* (Continued)**

| ASSAY NAME | NORMAL RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|
| NEUTROPHILS # | 2.9 | # | 1.4 - 6.5 |
| LYMPHOCYTES # | 1.9 | # | 1.2 - 3.4 |
| MONONUCLEAR # | 0.5 | # | 0.11 - 0.59 |
| EOSINOPHIL # | 0.1 | # | 0.0 - 0.7 |
| BASOPHIL # | 0.0 | # | 0.0 - 0.2 |
| % LYMPHOCYTE | 35.5 | % | 20.5 - 51.1 |
| % NEUTROPHILS | 53.1 | % | 42.5 - 75.2 |
| % MONONUCLEAR | 9.9 | % | 1.7 - 12.0 |
| % EOSINOPHIL | 1.1 | % | 0.0 - 10.0 |
| % BASOPHIL | 0.4 | % | 0.0 - 2.0 |

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

2/7/96

SPECIMEN CONCERNS:

PHYSICIAN'S INTERPRETATION:

169

02-01-96  05:___  Revised 05/17/93

# LABORATORY REPORT
## CLINICAL LABORATORY SERVICES, INC.

2515 West Oakland Park Blvd. • Suites 100-102 • Lauderhill, FL 33319
Broward (305) 746-9522 • Dade (305) 754-0123 • Palm Beach (407) 684-9633
All other areas 800-722-5227 • Fax (305) 572-2702
H.R.S. License Number: 800001847 • Medicare # L8627
Medicaid #030406900 • CLIA #10D0690292
Testing performed at Clinical Laboratory Services unless otherwise specified.

ACCOUNT NO. 21066
MAIN JAIL
555 S.E. 1ST AVENUE
FORT LAUDERDALE FLORIDA 33301

RECEIVED MAR 0 6 1996

| PATIENT NAME | PATIENT ID NUMBER | PATIENT'S HOME PHONE | AGE | SEX | REQUESTING PHYSICIAN |
|---|---|---|---|---|---|
| HICKS WILLIAM | ES5514533 | | 32Y | M | DERIZIER |

| REQUISITION # | SPECIMEN ID | SPECIMEN COLLECTED | SPECIMEN RECEIVED | RESULTS REPORTED | PAGE # |
|---|---|---|---|---|---|
| EC048288 | 8288 | 03-04-96 23:56 | 03-04-96 00:46 | 03-05-96 02:11 | 1 |

| REPORT STATUS | ASSAY NAME | RESULTS | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|
| FINAL | | NORMAL RANGE | OUT OF RANGE | | |

* * * CHEMISTRY * * *

| ASSAY NAME | NORMAL RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| SODIUM | 140 | | MEQ/L | 135.0 - 145.0 |
| POTASSIUM | 5.2 | | MEQ/L | 3.5 - 5.3 |
| CHLORIDE | 104 | | MEQ/L | 96.0 - 112.0 |
| GLUCOSE | 96 | | MG/DL | 70 - 116 |
| B.U.N. (UREA) | 15 | | MG/DL | 9.0 - 23.0 |
| CREATININE | 1.3 | | MG/DL | 0.6 - 1.4 |
| BUN/CREAT RATIO | 11.5 | | RATIO | 6.4 - 38.0 |
| CALCIUM | 9.7 | | MG/DL | 8.4 - 10.8 |
| PHOSPHORUS | 3.7 | | MG/DL | 2.4 - 4.7 |
| TOTAL PROTEIN | 7.5 | | G/DL | 6.4 - 8.3 |
| ALBUMIN | 4.5 | | G/DL | 3.0 - 5.5 |
| A/G RATIO | | | RATIO | 1.0 - 2.2 |
| URIC ACID | 7.4 | | MG/DL | 3.0 - 7.4 |
| GLOBULIN | | | G/DL | 2.3 - 3.8 |
| LDH | | 209 H | IU/L | 100.0 - 190.0 |
| ALKALINE PHOSPHATASE | 83 | | IU/L | 36.0 - 115.0 |
| AST (SGOT) | 23 | | IU/L | 10.0 - 35.0 |
| ALT (SGPT) | | 44 H | IU/L | 5.0 - 40.0 |
| TOTAL BILIRUBIN | 0.9 | | MG/DL | 0.2 - 1.4 |
| DIRECT BILIRUBIN | 0.3 | | MG/DL | 0.0 - 0.4 |
| GAMMA G.T. (GGTP) | | 71 | U/L | 9.0 - 50.0 |
| CHOLESTEROL | 156 | | MG/DL | 141 - 200 |
| TRIGLYCERIDES | | 216 H | MG/DL | 40.0 - 160 |
| SERUM IRON | 104 | | MCG/DL | 40 - 170 |

DR. A DERIZIER
STAFF PHYSICIAN MAIN JAIL    DATE 3-6-96

☐ DR. TO FILE
  M.D. INITIAL

☐ PULL CHART
  FOLLOW UP

☐ NO FURTHER ACTION
  M.D. INITIAL    DATE

SPECIMEN CONCERNS:

NON-FASTING, SAMPLE UNSPUN

PHYSICIAN'S INTERPRETATION:

170

03-05-96  04:11  Revised 05/17/93



PHONE: (305) 445-6161
FAX (305) 445-4441
242 N.W. LE JEUNE ROAD • SUITE 301 MIAMI, FLORIDA 33126
MEDICARE NUMBER 10-8325

| PATIENT-INFORMATION | LAB -NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7106585 | 02/27/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | | | 1550 BLOUNT ROAD |
| | 02/27/98 | 02/28/98 | POMPANO BEACH, FL 33069 |
| AGE: 34, 09/09/63 SEX: M | **CONTINUED REPORT** | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| BASOPHILES | 0.2 | | 0 - 5 | % |
| % GRANULOCYTES | 59.5 | | 42.2 - 75.2 | % |
| % LYMPHOCYTES | 28.6 | | 20.5 - 51.1 | % |
| % MONOCYTES | 8.9 | | 1.7 - 9.3 | % |
| PLATELET COUNT | 168 | | 130 - 400 | 1000/CU |
| RDW | 13.1 | | 11.5-14.5 | % |
| MPV | 8.6 | | 7.4 - 10.4 | FL |
| TAIL THYROID FTI (T7=T4+T3)+TSH | | | | |
| THYROID PROFILE (T3, T4, T7) | | | | |
| T4 | 5.5 | | 4.5-12.0 | ug/dl |
| T3 UPTAKE | 35.0 | | 27.8-40.7 | % |
| T7 (FTI) | 1.9 | | 1.6 - 3.7 | |
| THYROID STIMULATING HORMONE (TSH) PENDING | | | | |

PARTIAL REPORT - FINAL TO FOLLOW

3/2/98

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

UTHORIZED
IGNATURE:

PAGE 2

171

BS9717076

**Scientific Medical Laboratory, Inc.** REPORT FORM
Tel: (305) 445-6161
FAX: (305) 445-4441
242 N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126
MEDICARE NUMBER 10-8325

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7106585 | 02/27/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | 02/27/98 | 02/28/98 | 1550 BLOUNT ROAD |
| AGE: 34, 09/09/63 SEX: M | | | POMPANO BEACH, FL 33069 |
| BS9717076 | | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | | 0.4 (L) | 0.6 - 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | | |
| TOXIC RANGE: > 1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| #2 JAIL ACP + CBC | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA) | 140 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.2 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 103 | | 96 - 108 | MEQ/L |
| BUN | 12 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE SERUM | 1.0 | | .5 - 1.2 | MG/DL |
| CALCIUM | 9.0 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | | 107 (H) | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 12.0 | | 6 - 25 | |
| URIC ACID | 7.5 | | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 186 | | 94 - 250 | U/L |
| GGTP | | 125 (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.4 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | 4.9 | | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | | 1.96 (H) | 1.1 - 1.8 | |
| CHOLESTEROL | 188 | | < 200 | MG/DL |
| BILIRUBIN TOTAL | 0.5 | | .2 - 1.2 | MG/DL |
| SGOT (AST) | 24 | | < 37 | U/L |
| SGPT (ALT) | | 58 (H) | < 40 | U/L |
| BILIRUBIN DIRECT | 0.1 | | < 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.4 | | 0.1 - 1.2 | MG/DL |
| ALK PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 91 | | 39 - 117 | U/L |
| TRIGLYCERIDES | | 201 (H) | < 200 | MG/DL |
| IRON | 90 | | 30 - 160 | UG/DL |
| COMPLETE BLOOD COUNT & DIFFERENTIAL | | | | |
| WBC | 6.0 | | 4.8 - 10.8 | 1000/CU |
| RBC | 5.21 | | 4.1 - 5.5 | MIL/CU |
| HGB | 16.4 | | 14 - 18 | % |
| HCT | 47.8 | | 42 - 52 | % |
| MCV | 90.0 | | 80 - 94 | UU |
| MCH | 30.9 | | 27 - 31 | UUG |
| MCHC | 34.3 | | 32 - 36 | % |
| EOSINOPHILES | 2.0 | | 0 - 5 | % |

CHECK TO FILE
M.D. INITIAL

A. M. PERFILIO, MD
PSYCHIATRIST, FL

CHECK FOR
FOLLOW UP

REPORT CONTINUED ON NEXT FORM

JTHORIZED
GNATURE:

PAGE 1

PHONE (305) 445-6161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

*Scientific Medical Laboratory, Inc.*   REPORT FORM
242 N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7106585 | 02/27/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | 02/27/98 | 02/28/98 | 1550 BLOUNT ROAD |
| AGE: 34, 09/09/63  SEX: M | | | POMPANO BEACH, FL  33069 |
| BS9717076 | | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | | 0.4  (L) | 0.6 — 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 — 1.2 | | | MAR – 1 | |
| TOXIC RANGE:  1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| #2 JAIL ACP + CBC | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA) | 140 | | 135 — 148 | MEQ/L |
| POTASSIUM (K) | 4.2 | | 3.3 — 5.3 | MEQ/L |
| CHLORIDE | 103 | | 96 — 108 | MEQ/L |
| BUN | 13 | | 6 — 19 | MG/DL |
| CREATININE | | | | |
| CREATININE, SERUM | 1.0 | | .5 — 1.2 | MG/DL |
| CALCIUM | 9.0 | | 8.4 — 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | | 107  (H) | 70 — 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 13.0 | | 6 — 25 | |
| URIC ACID | 7.5 | | 3.4 — 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 186 | | 94 — 250 | U/L |
| GGTP | | 125  (H) | 11 — 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.4 | | 6.0 — 8.5 | G/DL |
| ALBUMIN | 4.9 | | 3.4 — 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | | 1.96  (H) | 1.1 — 1.8 | |
| CHOLESTEROL | 182 | | < 200 | MG/DL |
| BILIRUBIN TOTAL | 0.5 | | .2 — 1.2 | MG/DL |
| SGOT (AST) | 24 | | < 37 | U/L |
| SGPT (ALT) | | 58  (H) | < 40 | U/L |
| BILIRUBIN DIRECT | 0.1 | | < 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.4 | | 0.1 — 1.2 | MG/DL |
| ALK PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 91 | | 39 — 117 | U/L |
| TRIGLYCERIDES | | 201  (H) | < 200 | MG/DL |
| IRON | 90 | | 30 — 160 | UG/DL |
| COMPLETE BLOOD COUNT & DIFFERENTIAL | | | | |
| WBC | 6.0 | | 4.8 — 10.8 | 1000/CU |
| RBC | 5.31 | | 4.7 — 6.5 | 1000/CU |
| HGB | 16.4 | | 14 — 18 | G/DL |
| HCT | 47.8 | | 42 — 52 | % |
| MCV | 90.0 | | 80 — 94 | FL |
| MCH | 30.9 | | 28 — 32 | UUG |
| MCHC | 34.3 | | 32 — 36 | % |
| EOSINOPHILES | 1.8 | | 0 — 7 | % |

REPORT CONTINUED ON NEXT FORM

*(handwritten)* DATE 3/2/98
A. M. PERFILIO, MD
NBB - PSYCHIATRIST
ROUTINE LAB, NOT
FOLLOW UP
NO FURTHER ACTION
MINIMAL
DATE

UTHORIZED
IGNATURE:

PAGE 1

173

*Scientific Medical Laboratory, Inc.*  REPORT FM

PHONE: (305) 445-6161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

___ N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| WILLIAM | A7106585 | 02/27/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | 02/27/98 | 02/28/98 | 1550 BLOUNT ROAD |
| AGE: 34, 09/09/63 SEX: M | | | POMPANO BEACH, FL  33069 |
| BS9717076 | | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | PENDING | | | |
| #2 JAIL ACP + CBC | | | | |
| SODIUM (NA) | PENDING | | | |
| POTASSIUM (K) | PENDING | | | |
| CHLORIDE | PENDING | | | |
| BUN | PENDING | | | |
| CREATININE | PENDING | | | |
| CALCIUM | PENDING | | | |
| GLUCOSE (SERUM) | PENDING | | | |
| BUN/CREAT RATIO | PENDING | | | |
| URIC ACID | PENDING | | | |
| LDH | PENDING | | | |
| GGTP | PENDING | | | |
| TOTAL PROTEIN | PENDING | | | |
| ALBUMIN | PENDING | | | |
| A/G RATIO | PENDING | | | |
| CHOLESTEROL | PENDING | | | |
| BILIRUBIN TOTAL | PENDING | | | |
| SGOT (AST) | PENDING | | | |
| SGPT (ALT) | PENDING | | | |
| BILIRUBIN DIRECT | PENDING | | | |
| BILIRUBIN INDIRECT | PENDING | | | |
| ALK PHOSPHATASE | PENDING | | | |
| TRIGLYCERIDES | PENDING | | | |
| IRON | PENDING | | | |
| COMPLETE BLOOD COUNT & DIFFERENTIAL | | | | |
| WBC | 6.0 | | 4.8 - 10.8 | 1000/CU |
| RBC | 5.31 | | 4.1 - 5.5 | 1000/CU |
| HGB | 16.4 | | 14 - 18 | G/DL |
| HCT | 47.8 | | 42 - 52 | % |
| MCV | 90.0 | | 80 - 94 | FL |
| MCH | 30.9 | | 28 - 32 | UUG |
| MCHC | 34.3 | | 32 - 36 | % |
| EOSINOPHILES | 2.0 | | 0 - 7 | % |
| BASOPHILES | 0.8 | | 0 - 2 | % |
| % GRANULOCYTES | 59.5 | | 42.2 - 75.2 | % |
| % LYMPHOCYTES | 28.8 | | 20.5 - 51.1 | % |
| % MONOCYTES | 8.9 | | 1.7 - 9.3 | % |
| PLATELET COUNT | 168 | | 130 - 400 | 1000/CU |
| RDW | 13.1 | | 11.5 - 14.5 | % |
| MPV | 8.6 | | 7.4 - 10.4 | FL |
| JAIL THYROID-FTI(T7=T4+T3)+TSH | | | | |
| THYROID PROFILE (T3,T4,T7) | PENDING | | | |
| THYROID STIMULATING HORMONE (TSH) | PENDING | | | |

PARTIAL REPORT - FINAL TO FOLLOW

A.M. PERFILIO, MD
NBB - PSYCHIATRIST

AUTHORIZED
SIGNATURE:

PAGE 1

174



Scientific Medi...
242 N.W. LE JEUNE ROAD • S...
FAX: (305) 445-444...
MEDICARE NUMBER 10-8325...

**PATIENT INFORMATION**

HICKS, WILL   M

02/27/98      02/28/98

AGE: 34, 09/09/63 SEX: M
BS9717076

**ACCOUNT INFORMATION**

NORTH BROWARD BUREAU
DR. PERFILIO
1550 BLOUNT ROAD
POMPANO BEACH, FL   33069
PERFILIO

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | | 0.4  (L) | 0.6 — 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 — 1.2 | | | | |
| TOXIC RANGE: > 1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| #2 JAIL ACP + CBC | | | | |
| SODIUM (NA) | PENDING | | | |
| POTASSIUM (K) | PENDING | | | |
| CHLORIDE | PENDING | | | |
| BUN | PENDING | | | |
| CREATININE | PENDING | | | |
| CALCIUM | PENDING | | | |
| GLUCOSE (SERUM) | PENDING | | | |
| BUN/CREAT RATIO | PENDING | | | |
| URIC ACID | PENDING | | | |
| LDH | PENDING | | | |
| GGTP | PENDING | | | |
| TOTAL PROTEIN | PENDING | | | |
| ALBUMIN | PENDING | | | |
| A/G RATIO | PENDING | | | |
| CHOLESTEROL | PENDING | | | |
| BILIRUBIN TOTAL | PENDING | | | |
| SGOT (AST) | PENDING | | | |
| SGPT (ALT) | PENDING | | | |
| BILIRUBIN DIRECT | PENDING | | | |
| BILIRUBIN INDIRECT | | | | |
| ALK PHOSPHATASE | PENDING | | | |
| TRIGLYCERIDES | PENDING | | | |
| IRON | PENDING | | | |
| COMPLETE BLOOD COUNT & DIFFERENTIAL | | | | |
| WBC | 6.0 | | 4.8 — 10.8 | 1000/CU |
| RBC | 5.31 | | 4.1 — 5.5 | 1000/CU |
| HGB | 16.4 | | 14 — 18 | G/DL |
| HCT | 47.0 | | 42 — 52 | |
| MCV | 90.0 | | 80 — 95 | |
| MCH | 30.0 | | 27 — 31 | UUG |
| MCHC | 34.3 | | 32 — 36 | % |
| EOSINOPHILES | 2.2 | | | % |
| BASOPHILES | 0.2 | | 0 — 2 | % |
| % GRANULOCYTES | 59.5 | | 42.2 — 75.2 | % |
| % LYMPHOCYTES | 28.6 | | 20.5 — 51.1 | % |
| % MONOCYTES | 8.9 | | | |
| PLATELET COUNT | 168 | | 130 — 400 | 1000/CU |
| RDW | 13.1 | | 11.5 — 14.5 | |
| MCV | 8.6 | | 7.4 — 10.4 | FL |
| JAIL THYROID-RIT (T7=T4+T3)+TSH | | | | |

REPORT CONTINUED ON NEXT FORM

☐ OK TO FILE
M.D. INITIAL

A. M. PERFILIO
NBB PSYCHIATRIST

☐ PULL CHART
FOLLOW UP

☐ NO FURTHER ACTION
M.D. INITIAL

AUTHORIZED
SIGNATURE:

PAGE 1

175

*Fidelity Medical Laboratory, Inc.* REPORT FORM

PHONE (305) 445-6161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

242 N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126

| PATIENT-INFORMATION | LAB -NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7106585 | 02/27/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | | | 1550 BLOUNT ROAD |
| AGE: 34, 09/09/63 SEX: M | 02/27/98  02/28/98 | | POMPANO BEACH, FL 33069 |
| BS9717076 | **CONTINUED REPORT** | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| THYROID PROFILE (T3,T4,T7) | PENDING | | | |
| THYROID STIMULATING HORMONE (TSH) | PENDING | | | |
| PARTIAL REPORT - FINAL TO FOLLOW | | | | |

A. M. PERFILIO, MD
NBB - PSYCHIATRIST

UTHORIZED
IGNATURE:

PAGE 2

176

Scientific Medical Laboratory, Inc.    REPC    RM

PHONE (305) 445-6161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

242 N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7106585 | 02/27/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | | | 1550 BLOUNT ROAD |
| AGE: 34, 09/09/63 SEX: M | 02/27/98 | 02/28/98 | POMPANO BEACH, FL 33069 |
| BS9717076 | **CONTINUED REPORT** | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| BASOPHILES | 0.5 | | MAR = 0 - 1 | % |
| % GRANULOCYTES | 59.5 | | 42.2 - 75.2 | % |
| % LYMPHOCYTES | 28.6 | | 20.5 - 51.1 | % |
| % MONOCYTES | 8.3 | | 1.7 - 9.3 | % |
| PLATELET COUNT | 168 | | 130 - 400 | 1000/CU |
| RDW | 13.4 | | 11.5-14.5 | % |
| MPV | 8.6 | | 7.4 - 10.4 | FL |
| TAIL THYROID-FTI (T7=T4+T3)+TSH | | | | |
| THYROID PROFILE (T3,T4,T7) | | | | |
| T4 | 6.5 | | 4.5-12.0 | ug/dl |
| T3 UPTAKE | 33.0 | | 27.0-40.7 | % |
| T7 (FTI) | 1.9 | | 1.6 - 3.7 | |
| THYROID STIMULATING HORMONE (TSH) | 1.75 | | 0.35 - 5.50 | mIU/mL |

*** FINAL REPORT ***

TICK TO FILE
M.D. INITIAL

PULL CHART
FOLLOW UP

ADAM PERFILIO, MD    DATE 3/2/98
NBB - PSYCHIATRIST

NO FURTHER ACTION
M.D. INITIAL

DATE

AUTHORIZED
SIGNATURE:

PAGE 2

177

*Scientific Medical Laboratory, Inc.*    **REPORT FORM**

242 N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126

PHONE (305) 445-6161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

| PATIENT-INFORMATION | LAB -NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | H7135021 | 03/07/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | 03/07/98 | 03/08/98 | 1550 BLOUNT ROAD |
| AGE: 34, 09/19/63 SEX: M | | | POMPANO BEACH, FL 33069 |
| BS9717076 | | | 2164 |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | 0.6 | | 0.6 - 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | | |
| TOXIC RANGE: > 1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| #1 JAIL AGP | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA) | 143 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.4 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 104 | | 96 - 108 | MEQ/L |
| BUN | 17 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE SERUM | 1.1 | | .5 - 1.2 | MG/DL |
| CALCIUM | 9.0 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | 87 | | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 15.5 | | 6 - 25 | |
| URIC ACID | | 8.8 (H) | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 187 | | 94 - 250 | U/L |
| GGT | | 129 (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 6.8 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | 4.7 | | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | | 2.14 (H) | 1.1 - 1.8 | |
| CHOLESTEROL | 173 | | < 200 | MG/DL |
| BILIRUBIN TOTAL | 0.6 | | .2 - 1.2 | MG/DL |
| SGOT (AST) | 23 | | < 37 | U/L |
| SGPT (ALT) | | 50 (H) | < 40 | U/L |
| BILIRUBIN DIRECT | 0.1 | | 0 - 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.5 | | 0.1 - 1.2 | MG/DL |
| ALK. PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 86 | | 39 - 117 | U/L |
| TRIGLYCERIDES | | 269 (H) | < 200 | MG/DL |
| IRON | 78 | | 30 - 160 | UG/DL |

*** FINAL REPORT ***

A. M PERFILIO MD
NBB PSYCHIATRIST

PAGE 1

UTHORIZED
IGNATURE:

# E.M.S.A./B.S.O.
# LABORATORY REPORTS DISPLAY SHEET

ATTACH LAST REPORT WITH TOP AT THIS LINE!



State of Florida
Dept. of H.R.S.
Miami Laboratory/2nd Floor
1325 NW 14th Ave
Miami, FL 33125

CONFIDENTIAL

**RECEIVED** MAR 1 8 1998

HIV - 1 ANTIBODY LABORATORY RESULTS

| | | |
|---|---|---|
| RACE/ETHNICITY White | | DATE COLLECTED 03/07/98 |
| DATE OF BIRTH: 09/19/63 | | DATE RECEIVED: 03/09/98 |
| SEX: Male | | DATE REPORTED: 03/11/9 |
| RESERVED: N/A | | SPECIAL STUDY: |

Scan Form ID# 0011701309  Lab ID#: M98013725

LAST NAME HICKS        FIRST NAME WILLIAM        MI

LOCAL USE ID# BS9717676

RESIDENCE

| COUNTY | STATE | ZIP | COUNTRY OF BIRTH |
|---|---|---|---|
| Palm Beach | FL | 33428 | USA |

RISK FACTORS
Sex with female
Sex while using non-injecting drugs

SUBMITTING FACILITY: 08-041

Broward Co Sheriff's Office
1550 Blount Rd
Pompano Beach, FL 33069

FLORIDA DEPARTMENT OF
**HEALTH**

LABORATORY INTERPRETATION

Negative

COMMENTS: MCOBY, MD
NBB

☐ OK TO FILE
EIA Neg   WB: N/A   IFA: N/A   3/19/98
M.D. INITIAL                    DATE

☐ PULL FOR
FOLLOW-UP

A negative HIV-1 antibody test means only that the
person has no detectable antibodies to the virus at
the time of testing.

☐ NO FURTHER ACTION
M.D. NOTIFIED If the laboratory results are not consistent with
clinical manifestations and/or risk factors, please
submit another specimen.

MAIL REPORT TO:

Broward Co Sheriff's Office
1550 Blount Rd
Pompano Beach, FL 33069

ATTN: Ellen Murray, R.N.   08-041

**TEST SITE COPY**

DH Form 1628C, 5/97 (Replaces HRS Form 1628C which may be used)

PATIENT'S IDENTIFICATION (Name-Last, First, Middle;Race/Sex;Number)
BSO

179

PHONE: (305) 772-6161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

*Friedford Medical Laboratory, Inc.*  REPC    IM

242 N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7145108 | 03/11/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| | 03/11/98 | 03/17/98 | 1550 BLOUNT ROAD |
| AGE:    SEX: M | | | POMPANO BEACH, FL.   33069 |
| | | | 2164 |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| NORTRIPTYLINE, SERUM | | | | |
| NORTRIPTYLINE | < 25 | | | NG/ML |

TEST PERFORMED BY: SPECIALTY LABORATORIES, INC.
2211 MICHIGAN AVENUE
SANTA MONICA, CA   90404-3900

*** FINAL REPORT ***

DR. MELLIMA
STAFF PSYCHIATRIST
MAIN JAIL

UTHORIZED
IGNATURE:

PAGE 1

180

Scientific Medical Laboratory, Inc.    REPORT FORM

PHONE (305) 445-6161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

242 N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7218803 | 03/30/98 | NORTH BROWARD BUREAU |
| RECEIVED MAR 3 1 1998 | REPORT DATE | | DR. PERFILIO |
| | 03/30/98 | 03/31/98 | 1550 BLOUNT ROAD |
| AGE: 34, 09/19/63 SEX: M | | | POMPANO BEACH, FL 33069 |
| BS9717707 | | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| NORTRIPTYLINE, SERUM | PENDING | | | |
| LITHIUM LEVEL | 0.6 | | 0.6 - 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | | |
| TOXIC RANGE: > 1.5 | | | | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| AMYTRIPTYLINE, SERUM | PENDING | | | |
| #1 JAIL ACR | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA/L) | 139 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.3 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 102 | | 96 - 108 | MEQ/L |
| BUN | 15 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE SERUM | 1.0 | | .5 - 1.2 | MG/DL |
| CALCIUM | 9.4 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | | 112 (H) | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 15.0 | | 6 - 25 | |
| URIC ACID | | 8.1 (H) | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 184 | | 94 - 250 | U/L |
| GGTP | | 129 (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.4 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | | 5.2 (H) | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | | 2.36 (H) | 1.1 - 1.8 | |
| CHOLESTEROL | 176 | | < 200 | MG/DL |
| BILIRUBIN TOTAL | 0.9 | | .2 - 1.2 | MG/DL |
| SGOT (AST) | 28 | | < 37 | U/L |
| SGPT (ALT) | | 62 (H) | < 40 | U/L |
| BILIRUBIN DIRECT | 0.2 | | < 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.7 | | 0.1 - 1.2 | MG/DL |
| ALK PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 89 | | 39 - 117 | U/L |
| TRIGLYCERIDES | | 330 (H) | < 200 | MG/DL |
| IRON | 70 | | 30 - 160 | UG/DL |

PARTIAL REPORT - FINAL TO FOLLOW

OK TO FILE
M.D. INITIAL

PULL CHART
FOLLOW UP

NO FURTHER ACTION
M.D. INITIAL

A. M. PERFILIO, MD
NBB-PSYCHIATRIST

AUTHORIZED
SIGNATURE:

PAGE 1

181

*Scientific Medical Laboratory, Inc.* REPORT FORM

PHONE (305) 445-6161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

242 N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126

| PATIENT-INFORMATION | LAB -NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7218803 | 03/30/98 | NORTH BROWARD BUREAU |

RECEIVED APR 0 6 1998

REPORT DATE

03/30/98    04/06/98
**CONTINUED REPORT**

DR. PERFILIO
1550 BLOUNT ROAD
POMPANO BEACH, FL   33069
PERFILIO

AGE: 34,09/19/63 SEX: M
BS97177070

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| CHOLESTEROL | 176 | | < 200 | MG/DL |
| BILIRUBIN TOTAL | 0.9 | | .2 - 1.2 | MG/DL |
| SGOT (AST) | 28 | | < 37 | U/L |
| SGPT (ALT) | | 62   (H) | < 40 | U/L |
| BILIRUBIN DIRECT | 0.2 | | < 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.7 | | 0.1 - 1.2 | MG/DL |
| ALK PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 89 | | 39 - 117 | U/L |
| TRIGLYCERIDES | | 330   (H) | < 200 | MG/DL |
| IRON | 70 | | 30 - 160 | UG/DL |

*** FINAL REPORT ***

ERIN CODY, MD
NBB

LOOK TO FILE

DATE 4/7/98

NO FURTHER ACTION

DATE

AUTHORIZED
SIGNATURE:

PAGE 2

182

*Scientific M ̇ ̇ ̇ Laboratory, Inc.*  **REI    F  RM**

PHONE (305) 445-6161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

242 N.W. LE JEUNE ROAD • SUITE 401 MIAMI, FLORIDA 33126

| PATIENT-INFORMATION | LAB -NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7218803 | 03/30/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | DR. PERFILIO |
| **RECEIVED** APR 0 6 1998 | 03/30/98 | 04/06/98 | 1550 BLOUNT ROAD |
| AGE: 34,09/19/63 SEX: M | | | POMPANO BEACH, FL  33069 |
| BS9717707 | | | PERFILIO |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| NORTRIPTYLINE, SERUM | | | | |
| NORTRIPTYLINE | <25 | | | NG/ML |
| TEST PERFORMED BY: SPECIALTY LABORATORIES, INC. | | | | |
| 2211 MICHIGAN AVENUE | | | | |
| SANTA MONICA, CA  90404-3900 | | | | |
| LITHIUM LEVEL | 0.6 | | 0.6 - 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | | |
| TOXIC RANGE: > 1.5 | | | A. M. PERFILIO, MD | |
| LOWEST REPORTABLE RESULT: 0.2 | | | NBB-PSYCHIATRIST | |
| AMYTRIPTYLINE, SERUM | | | | |
| AMYTRIPTYLINE (NORTRIPTYLINE) <25 | | | | NG/ML |
| NORTRIPTYLINE | <25 | | | NG/ML |
| TEST PERFORMED BY: SPECIALTY LABORATORIES, INC. | | | | |
| 2211 MICHIGAN AVENUE | | | | |
| SANTA MONICA, CA  90404-3900 | | | | |
| TOTAL AMI + NORTRIPTYLINE | | | 100 - 250 | NG/ML |
| THERAPEUTIC RANGES FOR AMITRIPTYLINE + NORTRIPTYLINE, HPLC: | | | | |
| 100 - 250 NG/ML | | | | |
| TEST PERFORMED BY: SPECIALTY LABORATORIES, INC. | | | | |
| 2211 MICHIGAN AVENUE | | | | |
| SANTA MONICA, CA  90404-3900 | | | | |
| UNABLE TO CALCULATE BECAUSE ONE OR MORE COMPONENT | | | | |
| WAS BELOW DETECTION LIMIT | | | | |
| #1 JAIL ACP | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA) | 139 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.2 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 102 | | 96 - 108 | MEQ/L |
| BUN | 15 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE SERUM | 1.0 | | 0.6 - 1.2 | MG/DL |
| CALCIUM | 9.4 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | 112 | (H) | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 15.0 | | 6 - 25 | |
| URIC ACID | | 8.1 | (H) | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 184 | | 94 - 250 | U/L |
| GGTP | | 129 | (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.4 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | | 5.2 | (H) | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | | 2.36 | (H) | 1.1 - 1.8 | |

REPORT CONTINUED ON NEXT FORM

AUTHORIZED
SIGNATURE:

PAGE 1

Case 0:00-cv-06087-WPD Document 212 Entered on FLSD Docket 01/13/2006 Page 1 of 1

CMC LABORATORY, INC.
242 N.W. LE JEUNE ROAD • SUITE 301 MIAMI, FLORIDA 33126

PHONE: (305) 445-6161
FAX: (305) 445-4441
MEDICARE NUMBER 10-8325

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7358671 | 05/05/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | 1550 BLOUNT ROAD |
| | 05/05/98 | 05/06/98 | POMPANO BEACH, FL  33069 |
| AGE: 34, 09/19/63 SEX: M | | | PERFILIO |

BS9717076

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | PENDING | | | |
| #1 JAIL ACP | | | | |
| SODIUM (NA) | | | | |
| SODIUM (NA) | 139 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.4 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 104 | | 96 - 108 | MEQ/L |
| BUN | 15 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE SERUM | 1.0 | | .5 - 1.2 | MG/DL |
| CALCIUM | 8.7 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | 97 | | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 15.0 | | 8 - 25 | |
| URIC ACID | 7.8 | | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 165 | | 94 - 250 | U/L |
| GGTP | | 126   (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.0 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | 4.7 | | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | | 2.04   (H) | 1.1 - 1.8 | |
| CHOLESTEROL | 174 | | < 200 | MG/DL |
| BILIRUBIN TOTAL | 0.4 | | .1 - 1.2 | MG/DL |
| SGOT (AST) | 32 | | <37 | U/L |
| SGPT (ALT) | | 57   (H) | < 40 | U/L |
| BILIRUBIN DIRECT | 0.1 | | <0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.3 | | 0.1 - 1.2 | MG/DL |
| ALK PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 81 | | 39 - 117 | U/L |
| TRIGLYCERIDES | | 210   (H) | < 200 | MG/DL |
| IRON | 75 | | 30 - 160 | UG/DL |

PARTIAL REPORT - FINAL TO FOLLOW

RECEIVED MAY - 6 1998

☐ OK TO FILE
M.D. INITIAL

☐ PULL CHART
FOLLOW UP

☐ NO FURTHER ACTION
M.D. INITIAL

DATE 5/7/9

A. M. PERFILIO, MD
NBB PSYCHIATRIST

AUTHORIZED SIGNATURE:

PAGE 1

184

PHONE: (305) 445-616
FAX: (305) 44-444
MEDICARE NUMBER 10-832

242 N.W. LE JEUNE ROAD • T. 01 MIAMI, FLORIDA 33126

| PATIENT-INFORMATION | LAB-NUMBER | DATE RECEIVED | ACCOUNT-INFORMATION |
|---|---|---|---|
| HICKS, WILLIAM | A7358671 | 05/05/98 | NORTH BROWARD BUREAU |
| | REPORT DATE | | 1550 BLOUNT ROAD |
| | 05/05/98 | 05/07/98 | POMPANO BEACH, FL 33069 |
| AGE: 34, 09/19/63 SEX: M | | | PERFILIO |
| BS9717076 | | | |

| TEST NAME OR PROCEDURE | RESULT | OUTSIDE RANGE | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| LITHIUM LEVEL | 0.7 | | 0.6 - 1.2 | MMOL/L |
| ***LITHIUM RANGES*** | | | | |
| THERAPEUTIC RANGE: 0.6 - 1.2 | | | | |
| TOXIC RANGE: > 1.5 | | | RECEIVED MAY 8 1998 | |
| LOWEST REPORTABLE RESULT: 0.2 | | | | |
| #1 JAIL ACP | | | | |
| SODIUM (NA.) | | | | |
| SODIUM (NA.) | 139 | | 135 - 148 | MEQ/L |
| POTASSIUM (K) | 4.4 | | 3.3 - 5.3 | MEQ/L |
| CHLORIDE | 104 | | 96 - 108 | MEQ/L |
| BUN | 15 | | 6 - 19 | MG/DL |
| CREATININE | | | | |
| CREATININE (SERUM) | 1.0 | | .5 - 1.3 | MG/DL |
| CALCIUM | 8.7 | | 8.4 - 10.2 | MG/DL |
| GLUCOSE (SERUM) | | | | |
| GLUCOSE | 97 | | 70 - 105 | MG/DL |
| BUN/CREAT RATIO | | | | |
| BUN/CREATININE RATIO | 15.0 | | 6 - 25 | |
| URIC ACID | 7.8 | | 3.4 - 8.0 | MG/DL |
| LDH | | | | |
| LACTIC DEHYDROGENASE (LDH) | 165 | | 94 - 250 | U/L |
| GGTP | | 126 (H) | 11 - 51 | U/L |
| TOTAL PROTEIN | | | | |
| TOTAL PROTEIN | 7.0 | | 6.0 - 8.5 | G/DL |
| ALBUMIN | 4.7 | | 3.4 - 5.0 | G/DL |
| A/G RATIO | | | | |
| A/G RATIO | | 2.04 (H) | 1.1 - 1.8 | |
| CHOLESTEROL | 174 | | < 200 | MG/DL |
| BILIRUBIN TOTAL | 0.4 | | 1.3 | MG/DL |
| SGOT (AST) | 38 | | < 37 | U/L |
| SGPT (ALT) | | 57 (H) | < 40 | U/L |
| BILIRUBIN DIRECT | 0.1 | | 0 - 0.3 | MG/DL |
| BILIRUBIN INDIRECT | 0.3 | | 0 - 1 | MG/DL |
| ALK PHOSPHATASE | | | | |
| ALKALINE PHOSPHATASE | 81 | | 39 - 117 | U/L |
| TRIGLYCERIDES | | 210 (H) | < 200 | MG/DL |
| IRON | 75 | | 30 - 160 | UG/DL |

*** FINAL REPORT ***

DOC TO FILE
M.D. INITIAL

PULL CHART
FOLLOW UP

NO FURTHER ACTION
M.D. INITIAL

A. M. PERFILIO, MD
NBB- PSYCHIATRIST

DATE

AUTHORIZED
SIGNATURE:

PAGE 1

185

**EMSA** CORRECTIONAL CARE

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: R.C.M.J.

Inmate I.D. # BS 95145-33

Inmate Name: HICKS, WILLIAM        D.O.B.: 9·19·63

Date of Last H & P: UNKNOWN        Date of Last PPD: _____ Results: _____

Allergies: NKA

Current Health Problems: Hx 4 , Hx Etoh Abuse

Current Medication (Name, Dosage, Frequency, Duration:) LiCO₃ 900 PM X 30 DAYS
PROZAC 20 mg ī ⊙ AM

Physical Disabilities/Limitation: _____

Assistive Devices/Prosthetics: _____

Glasses: _____        Contacts: _____

Follow-up care needed: Need H&P by 8/17/95  Pls. Read PPD 8/10/95

Signature Monroe Kessler, RN        Monroe Kessler, RN
Main Jail        Date 8/9/95

## TRANSFER RECEPTION SCREENING

Facility: NDDC        T 98.7 P 88 R 24 B/P 144/74

S: Current Complaint: none

Current Medications/Treatment: Prozac

O: Physical Appearance/Behavior: WNL - No Tremors

Disposition: (X) General Population    ( ) Infirmary    Referral: ( ) Medical    ( ) Dental    (X) Mental Health
When:    ( ) Immediately    ( ) Sick Call    ( ) Other _____

JOY BRIEN, RN
NBDC

Signature _Joy Brien_ Date 10/24/95

186

EMSA CORRECTIONAL CARE

## COLD, FLU, AND RESPIRATORY ALLERGIES PROTOCOL

NAME: _Hicks William_    ARREST# _BS95-14533_

DOB: _9-10-63_    RACE/SEX _W / M_    DATE: _12/9/95_    TIME: _8 40 PM_

| SUBJECTIVE | | |
|---|---|---|
| | 1) | HISTORY OF COPD OR OTHER LUNG DISEASE? _No_ |
| | 2) | SYMPTOMS? _nasal congestion coughing_ |
| | 3) | IF ALLERGY, PAST HISTORY?  SEASONAL?  KNOWN OFFENDING ALLERGENS? |
| | 4) | DRYNESS OR (SORENESS) OF (THROAT?) _No intro yes_ |
| | 5) | PRESENCE OF COUGH?  IS IT PRODUCTIVE? _yes  yellow sputum_ |
| | 6) | COLOR OF SPUTUM IF COUGH PRODUCTIVE?  HIV (+)? |

| OBJECTIVE | | |
|---|---|---|
| | 1) | T: _988_    P: _80_    R: _18_    B/P: _116/84_ |
| | 2) | HEENT EXAMINATION, IN PARTICULAR, CONDITION OF EARS, NOSE AND THROAT. _slight redness of throat_ |
| | 3) | ENLARGED NODES OR SALIVARY GLANDS IN NECK. _No_ |
| | 4) | CHEST EXAMINATION - WHEEZES?  RALES?  RHONCHI? _Clear_ |

| ASSESSMENT | |
|---|---|
| | (COLD)/INFLUENZA/ALLERGY |

| PLAN | | |
|---|---|---|
| | | REFER TO PHYSICIAN/PA OR ARNP IF: |
| | 1) | BEEFY RED THROAT WITH OR WITHOUT PATCHES OR PUS. |
| | 2) | TEMPERATURE > 100.5 ° |
| | 3) | WHEEZES, RHONCHI OR RALES IN LUNGS. |
| | 4) | EVIDENCE OF EAR INFECTION. |
| | 5) | SEVERE COUGH |
| | 6) | CHRONIC ALLERGY UNRESPONSIVE TO CONSERVATIVE TREATMENT. |
| | | ASPIRIN, (ACETAMINOPHEN) PRN. BODY ACHES. |
| | | SALT WATER GARGLE PRN. |
| | | SUDAFED 30 MG. 1-2 TABLETS, 2-4 TIMES/DAY FOR 5 DAYS IF NO HISTORY OF HYPERTENSION |
| | | CTM 4 MG. 1 TABLET, 2-4 TIMES/DAY FOR 5 DAYS IF EXCESSIVE NASAL DRAINAGE AND NO HISTORY OF ASTHMA. |

| EDUCATION | | |
|---|---|---|
| | • | *ADVISE THAT COLDS LAST 7-10 DAYS WITH OR WITHOUT RX.* |
| | • | *INCREASE FLUID INTAKE* |
| | • | *RETURN IF SYMPTOMS PERSIST 7 DAYS, PRODUCTIVE COUGH, EAR PAIN, ETC.* |
| | • | *RETURN IF SYMPTOMS WORSENS AFTER x3 DAYS OF SYMPTOMATIC TREATMENT.* |

NURSE'S SIGNATURE: _Della Richardson RN_
DELLA RICHARDSON, LPN

NAME STAMP OR PRINTED NAME: _____
NBDC

PROTOCOL APPROVED BY: _DR. WINTHROP C. DAHS_

REVIEWED: _STAFF PHYSICIAN, NBDC_ _1995_ , 1996

CL 1480-08

**EMSA** **CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _N. Broward_

Name: _HICKS, William_          ID# _BS 9514533_

D.O.B. _____

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_X_  A.    Refused medication.                    ____  E.    Refused X-Ray services.

____  B.    Refused dental care.                    ____  F.    Refused other diagnostic tests

____  C.    Refused an outside medical appointment.  ____  G.    Refused physical examination.

____  D.    Refused laboratory services.            ____  H.    Other (Please specify)

_Lithium 900 mg Po @ 6 PM_

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Dep Richard Trim 6184_
Witness Signature

_Valerie C Rundle RN_                         _Refused to sign_
Witness Signature                              Patient Signature

_8-12-94_                                      _545 PM_
Date                                           Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                         188    7/94

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_     ID# _BS95/4533_

D.O.B. _9-19-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tes~ |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examinatior~ |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_[signature]_
Witness Signature

_[signature]_     _DELLA RICHARDSON, LPN_     _Refused to sign_
Witness Signature          NBDC          Patient Signature

_9/29/95_          _8³⁰/pm_
Date          Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013          7/94

189

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _____

Name: _Hicks, William_ _____    ID# _____

D.O.B. _____

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✓_ A.    Refused medication.                    ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                    ___ F.    Refused other diagnostic tests

___ C.    Refused an outside medical appointment.    ___ G.    Refused physical examination.

___ D.    Refused laboratory services.             ___ H.    Other (Please specify)

Reason For Refusal _I would like to sleep_ _____

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Richardson_    DELLA RICHARDSON, LPN
Witness Signature              NBDC

_Deputy Kelly_
Witness Signature

_9/30/95_
Date

_Refused to sign_
Patient Signature

_9/5/95_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

190 794

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_          ID# _BS9514533_

D.O.B. _9/19/63_

I, _____ have, this day, knowing that I have a condition
   (Name of Inmate)

requiring medical care as indicated below:

✓ A.    Refused medication.                    ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                   ___ F.    Refused other diagnostic tests

___ C.    Refused an outside medical appointment.   ___ G.    Refused physical examination.

___ D.    Refused laboratory services.            ___ H.    Other (Please specify)

_____

Reason For Refusal _I don't want it. I want to sleep._

Potential Consequences Explained _Loss of control_

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson_          **DELLA RICHARDSON, LPN**
Witness Signature          **NBDC**

_Deputy Kelly_                    _Refused to sign_
Witness Signature                 Patient Signature

_10/1/95_                         _8:30 pm_
Date                              Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                          7/94

191

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_                    ID# _BS951533_

D.O.B. _9/19/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.    Refused medication.                    ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                    ___ F.    Refused other diagnostic test

___ C.    Refused an outside medical appointment.    ___ G.    Refused physical examination

___ D.    Refused laboratory services.            ___ H.    Other (Please specify)

Reason For Refusal _"I want to sleep."_

Potential Consequences Explained _Loss of control._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                    NBDC

Witness Signature                    _Refused to sign_
                                Patient Signature
_10/5/95_                        _95_
Date                            Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                            7/94

192

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _N. B. D. C._

Name: _William Hicks_     ID# _BS 95 #45 33_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_X_  A.   Refused medication.              ____  E.   Refused X-Ray services.

____  B.   Refused dental care.             ____  F.   Refused other diagnostic tes

____  C.   Refused an outside medical appointment.  ____  G.   Refused physical examinatio

____  D.   Refused laboratory services.    ____  H.   Other (Please specify)

_Thorazine 100 mg Po in PM_

Reason For Refusal _Bad reactions to it. Body_
_doesn't like it_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_V. Mindle RN_     _Valerie Mindle, RN_     _____
Witness Signature       _North Broward_       Patient Signature

_11-13-95_                              _6 PM_
Date                                    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the
medical staff member.

193

CC 013

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N B D C_

Name: _Hicks, William_ ID# _BS9574533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
|---|----|---------------------|-----|----|-------------------------|
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson_          DELLA RICHARDSON, LPN
Witness Signature                NBDC

_Deputy Kelly_                        _Refused to sign_
Witness Signature                    Patient Signature

_11/15/95_                             _4:10 PM_
Date                                  Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

194   7/94

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_  ID# _BS95-74153_

D.O.B. _9/10/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. _Tridaylon_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal  _"I don't want it"_

Potential Consequences Explained  _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson_  RICHARDSON, LPN
Witness Signature  NBDC
DELLA RICHARDSON, LPN
NBDC

_R.P. M. ____ 4426_
Witness Signature

_Refused to sign_
Patient Signature

_15/1/95_
Date

_8 PM_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

7/94

195

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hick's, William_     ID# _B59574J3_

D.O.B. _9/10/63_

I, _Hick's, William_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X  A.    Refused medication.               ___  E.    Refused X-Ray services.

___  B.    Refused dental care.              ___  F.    Refused other diagnostic test

___  C.    Refused an outside medical appointment.  ___  G.    Refused physical examination

___  D.    Refused laboratory services.     ___  H.    Other (Please specify)

Reason For Refusal _Inflation "Bad men effects"_

Potential Consequences Explained _yes — Loss of Control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Wp Portillo #6071_
Witness Signature

_Eva W Podlocha RN_     _Rfd To Man_
Witness Signature     EVA PODLOCHA, RN     Patient Signature
                      NBDC

_12/2/95_     _40:45_
Date     Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                      **196** 7/94

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: NBDC

Name: Hicks William          ID# BS957453

D.O.B. 9/10/63

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. CTM 4mg surd qid 6D salt water Tylenol | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal ____ I dont want it

Potential Consequences Explained ____ yes cold symptoms

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calesta Chukwu RN_               **CALISTA CHUKWU, RN**
Witness Signature                              **NBDC**

_iOsf Oosta 452_
Witness Signature

_____          _____
Date                                             Patient Signature

_____          _____
                                                     Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                        7/94

197

*Recv'd 8/13/06*

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE GRIEVANCE FORM**

6ᵗʰ

### TO BE COMPLETED BY INMATE

William M Hicks        BS95-14533  12-1-H-3  N,J,B,D,C  8-3-96

| Inmate's Name | Arrest# | Cell | Facility | Date |

### PART A - INMATE'S GRIEVANCE

I'm not going to state much, except that I
Have a broken jaw, skull, cheek also Fracture Behind
the jaw, Ive Been recieving pain meds since Ive
Had it all broken here at this Jail And For The First time
I Did Not Recieve meds AM Nor PM - Nurse says he's using his
Judgement. So he's Not going to give to me.

William M Hicks                                8-3-96

| Inmate's Signature |                    | Date Signed |

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Thank your For your time

Mr. Hicks you should have recieved my       Sincerly,
response to your grievance 8/7/96. Again, the nurse used
his Judgement because he understands the affect on the
body systems caused by acumulative effect of medication

| Reviewing Deputy's Signature/CCN |       | Date |

Sadie Nelson

| Supervisor's Signature/CCN |       | Date  8/14/96. |

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

| Inmate's Signature |       | Date Signed |

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

198

BOWARD SHERIFF'S OFFIC
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

WILLIAM HICKS        8595-14533, 12-26-4    N.R.D.C.   1-10-96
Inmate's Name           Arrest#      Cell    Facility      Date

TO DR MARTIN,        PART A - INMATE'S GRIEVANCE

TO DR MARTIN: I was removed From the
drug dorm 12-2-H5 - For wrighting up a person
who was not Following the Rules. Deputy Predo
struck me and verbaly abosed me to the
point I would strike Back - I would Like to Be placed
IN 12-2-85 dorm. THANKyou. I Have a court orders
1-10-96

Inmate's Signature  William H.         Date Signed
WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

I'm on meds and predo treats and says
I'm dirt and worthless. I'll daced
take all the Beatings. Bull SHit.
I'm not ever Statenced. I'm
Innocent.

Reviewing Deputy's Signature/CCN                    Date

Supervisor's Signature/CCN                          Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature                          Date Signed
WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## DIRECTOR'S RESPONSE TO APPEAL

Mr. Hicks you were among several I/m that
was changed around in order to create a
calmer environment.

M. Nelson    MELSAIDES NELSON, MSRN,
             PYSCHIATRIC SUPERVISOR, NB

Director's Signature                         1/23/96    199
                                             Date
BSO DT#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

William M Hicks    RS95-14533    N.B.D.C    12-5-95

Inmate's Name _____ Arrest# _ Cell _ Facility _____ Date

### PART A - INMATE'S GRIEVANCE

I need medical and I've requested
over and over - no response
for 3 months.

"(wHats up)"

"HAVE all copies"    Last request a month
                                            ago
William M.                                   12-5-95

Inmate's Signature _____          Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr Hicks, you were seen on 12/2/95 by sick
call nurse. You refused sick call on 11/25/95
You were seen 11-13-95, 11-6-95. There are
no outstanding sick calls in your chart
If you have a problem, please access the sick
call system

Reviewing Deputy's Signature/CCN _____ Date

Jean Beaumont RN                    12-8-95
Supervisor's Signature/CCN  Admin Sgt. M Garrison   Date 12-11-95

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____          Date
BSO DJ#51 (Revised 4/93)                              260

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

Reed 96
1-2-96
NSM

## TO BE COMPLETED BY INMATE

William Hicks     BSSG1453312-1H3    B.I.D.C    12-5

Inmate's Name        Arrest#      Cell    Facility      Date

### PART A – INMATE'S GRIEVANCE

Ive replied For medical many times over and never recieved any. Whats up. Ive BeeN Applying For 3 months And Ive stated Ive had stiches in my head and a severe cut from the Front of head to Back.

William H.Q

Inmate's Signature

12-5-95

Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

✓ grievance on 12-5-95.
Nurse visit again on 1/4/96. I do believe we have addressed all your sick call.

Reviewing Deputy's Signature/CCN                    Date

Jan Bennerdsmith RN

Supervisor's Signature/CCN                    Date    1/6/96

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                    Date    **201**

BSO DJ#51 (Revised 4/93)

DEPART OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

6A

## TO BE COMPLETED BY INMATE

Lillian Hicks                    BSSF-1453312-1H3    B.D.C    12-5
_____                      _____  ____  _____  _____
Inmate's Name                    Arrest#            Cell  Facility  Date

### PART A - INMATE'S GRIEVANCE

Ive replied For medical many times
over and never recieved any. Whats
up. Ive BeenApplying For 3 months
And Ive stated ive had stiches in my head
and a severe cut from the Front of head to back.

Lillian HQ                                12-5-95
_____                              _____
Inmate's Signature                        Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

_____
_____
_____
_____

_____        _____
Reviewing Deputy's Signature/CCN          Date

_____        _____
Supervisor's Signature/CCN                Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____        _____
Inmate's Signature                        Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____

_____        _____
Director's Signature                      Date
BSO DJ#51 (Revised 4/93)

recd 1-2-06
NSW

BROWARD SHERIFF'S OFFI
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

A61122

64

## TO BE COMPLETED BY INMATE

WILLIAM M HICKS

Inmate's Name

BS95-1453 | 12-2-45 | N.B.O.C | 12-14-5

Arrest# Cell Facility Date

### PART A - INMATE'S GRIEVANCE

Per my Last Request. I seen the Nurses, true. For Flu-&
headaches, not the doctor. The doctors what I want
not the F nurse. get it, theirs a difference. I really
ed want the doctor. I Told the Judge and DA I want
want seeing him or her. And they are doing something.
"I Want the Doctor" Here is copy of request.

william m NBOC

Inmate's Signature

12-14-55 Okey

Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

I eighter threw out the past ones or I just
cn't Find them, I want a Fast response-
Not the Nurse - One #11-13-95 -
#11-6-55    See grievance n' 12-13-95

Reviewing Deputy's Signature/CCN                        Date

Supervisor's Signature/CCN                              Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature                        Date

**203**

PATIENT _Hicks William_    DATE _5-5-95_

ADDRESS _BS951453_    AGE _31_    SEX _M_

HEIGHT _6'1"_    WEIGHT _190_

TELEPHONE NO. _____    BUILD { LINEAR _____ INTERMEDIATE _____ LATERAL _____

OCCUPATION _____    BLOOD PRESSURE _____

DOCTOR(S) _MARTIN_

HISTORY _____

MEDICATION _Psych med_

PATIENT POS. _____    P WAVES _____

AURIC. RATE _____    T WAVES _____

VENT. RATE _____    S-T SEGMENT _____

P-R INTERVAL _____    RHYTHM _____

QRS INTERVAL _____    ELEC. AXIS _____

Q-T INTERVAL _____    ELEC. POSITION _____

☑ OK TO FILE
M.D. INITIAL _____

☐ PULL CHART
FOLLOW UP

☐ NO FURTHER ACTION
M.D. INITIAL _____    DATE _____

DATE _5-16-95_
MANUELA F. DECESPEDES, M.D.
S.F.R.C.

MERX MEDICAL DIAGNOSTICS ECG ANALYSIS REPORT

* HICKS, WILLIAM #BS951453
DR. MARTIN
16766:GMSA-NORTH BROWARD DETENTION CENTER
MALE    31 YRS    6' 1"  190 LBS    BP: NORMAL
CLINICAL: PHYS. EXAM,    MEDS: UNKNOWN/OTHER,

5:37 AM PAC 15 AUG 1995
S208-195    5056

RATE AND RATE RANGE    INTERVALS.    P-R    QRS    QTC    QRS AXIS
50/MIN    50-50    .16 SEC .10 SEC .41 SEC    87 DEG.

INITIAL PSYCHIATRIC EVAL...

**REMOTE MEMORY:** (GOOD)/FAIR/POOR _____
**CONCENTRATION:** (GOOD)/FAIR/POOR _____
**ABILITY TO THINK ABSTRACTLY:** (GOOD)/FAIR/POOR _____
    WITH SIMILARITIES AND DIFFERENCES - WITH PROVERS _____
**HALLUCINATIONS:** ADMITS/(DENIES)/ACTIVELY HALLUCINATING _____
    CONTENT-AUD/VIS/TACT/OLFAC/GUSTATORY _____
**DELUSIONS:** PRESENT/(ABSENT) _____
    NATURE/CONTENT _____

**SPEECH:** (COHERENT)/LOOSE/TANGENTIAL/CIRCUMSTANTIAL/LOUD/SOFT/
    MONOTONOUS/SLOW/RAPID/PRESSURED _____
**MOOD:** (EUTHYMIC)/DEPRESSED/SAD/IRRITABLE/ANXIOUS/ANGRY/HOSTILE/LABILE/
    CHEERFUL/HAPPY/EUPHORIC _____
**AFFECT:** (APPROPRIATE)/INAPPROPRIATE/BROAD/CONSTRICTED/FLAT _____
**SLEEP:** (INCREASED)/DECREASED _____
**APPETITE:** INCREASED/DECREASED ___ OK _____
**SUICIDE:** IDEATION (YES/(NO)) INTENTION (YES/(NO)) _____
    PLAN (YES/(NO)) - DESCRIBE _____
**HOMICIDE:** IDEATION (YES/(NO)) INTENTION (YES/(NO)) _____
    PLAN (YES/(NO)) - DESCRIBE _____
**INSIGHT:** POOR/FAIR/GOOD/(INTACT) _____
**JUDGMENT:** POOR/FAIR/GOOD/(INTACT) _____
**ABILITY TO GIVE CONSENT FOR TREATMENT:**
    (INTACT)/FAIR/POOR _____

*Strong series of Dx.*

**DIAGNOSIS:**
**AXIS I** Poly substance Ab.
    Bipolar d. mixed by Hx.
**AXIS II** Def.
**AXIS III** Uo

**PLAN:** ___ **LABS:** (CBC), (SMAC24), U/A, (THYROID) PROFILE WITH TSH, (EKG) URINE DRUG
    SCREEN, BLOOD LEVELS ___ Li level

___ **REFERRAL TO MEDICAL:** _____

*TO NODC upon medical clearance*

___ **PATIENT EDUCATION:** _____

___ **INTERVENTIONS:**

**A:** INDIVIDUAL THERAPY _____
**B:** GROUP THERAPY _____
**C:** MEDICATION:

Li 500 mg PM (TARGET SYMPTOM) _____ swing
Zyprexa 20 mg # hs (TARGET SYMPTOM) dep
    (TARGET SYMPTOM) _____

DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL _____ M.D.

NAME Hick ___ R ___ S ___ DOB ___ AR BS 85 (9573)

**EMSA** *CORRECTIONAL CARE*

## CONSENT TO MEDICAL / SURGICAL / INVASIVE
## DIAGNOSTIC PROCEDURE(S)

DR. GLENN PEARSON
DENTIST

I request _____ M.D./D.O. and such associates and assistants as he/she may deem

necessary or direct to perform upon *William Nicko* the following procedure(s):

*local anesthesia for restoration on tooth #29*

_____

If during the course of the procedure(s), the discovery of unforeseen conditions requires, in the judgment of the persons described above, different procedure(s) than those planned, I authorize such different procedure(s) as are deemed appropriate.

I understand that no warranty or promise has been made to me regarding the outcome of the proposed procedure(s) or cure of any condition, and the risks presented by the proposed procedure(s) or cure of any conditions. The risks presented by the proposed procedure(s), have been explained to me by _____ M.D./D.O. as have been the alternatives to the procedures planned.

DR. GLENN PEARSON
DENTIST

I consent to the administration of anesthesia and to the use of such anesthetic agents and as may other drugs be deemed necessary and advisable, and understand that anesthesia and other drugs presents additional risk and hazards.

I consent to the disposal of any tissues, parts, or organs which may be removed as a result of the procedure(s) authorized at above facilities.

I have been given an opportunity to ask questions about my, or the patient's condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedure(s) to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent. I have read, or have had read to me, this form and I understand its contents.

JACQUELYN D. FARRAR
Dental Assistant, NBDC

| *William m Nicks* | 8-29-96 | *J Farrar* | 8.29.96 2:30 |
|---|---|---|---|
| Patient | Date | Witness to Signature Only | Date      Time |

(If signed on behalf of patient, indicate relationship to patient and reason patient cannot sign form):

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The patient and/or authorized person indicated here appeared to understand and consented to the procedures described.

DR. GLENN PEARSON
DENTIST

_____       8.29.96      2:30       A.M.
Physician's Signature                          Date                            P.M.

206

# EMSA CORRECTIONAL CARE

## HEALTH EVALUATION

CHARGES

BOND: 0

Date: 10 17 95   I.D. # BS 9519833   Date Booked 8 7 95   County: Broward

## ADMISSION DATA

Last Name: Hicks   First: Bill   Middle: M   Address: 7808 NW Jemily drive

Alias: None   City: Lauderhill Fl 33327   St:   Zip:

Birthplace: IL.   D.O.B.: 9-10-63   Phone: 728-4961   Religion: Cal

SS#: 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   Marital Status: S M D W Sep   Read/Write English? Yes No Other:

Previous Incarcerations (Date & Facility)   Health Insurance? Y N   Carrier:   State:

1 time = date unknown M.S.   Policy Number:

NOTIFY IN EMERGENCY: Name: No One   Relationship:   Address:   Phone:

## MEDICAL DATA

Family Physician:   Address:   Phone:

Previous Hospitalizations/Surgeries/Major Illness/Current Illness:   What? Where?   See H & P ☐
Head injury 1994 - BGMC. (R) knee surgery 1987 FMC

Medications: ☐ None   See Rx's 8/14/95   Special Diet (Prescribed): N/A

Allergies: NKA   Tetanus/Immunizations (Y) N   Dates: ?

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN, AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert   (✓) Oriented; time, place, person
   ( ) Lethargic   ( ) Stuporous   ( ) Comatose
   Describe:

2) General Appearance:   (✓) Norm   ( ) Abn.
   Describe:

3) Substance Abuse: (✓) Yes   ( ) No   ( ) Suspected
   ( ) Current Intoxication/Abuse   ( ) Use   ( ) Withdrawal Symptoms
   (✓) Drugs   (✓) Alcohol   Crack - Hunter
   Describe: What kind? Amount/Frequency?   1 case beer / day
   Last Use: (Time/Date):   8 6 95

4a) Behavior/Conduct: (✓) Calm   (✓) Cooperative   ( ) Non-Violent
   ( ) Agitated   ( ) Uncooperative   ( ) Violent
   ( ) Manipulative   ( ) Disorganized
   Describe:

4b) Affect/Mood: (✓) Normal   ( ) Manic   (✓) Depressed
   ( ) Euphoria   ( ) Flat   ( ) Confused   ( ) Delusion
   ( ) Emotional Instability   ( )Hallucinations   ( ) Hearing Voices
   Describe: Calm / Co-op / Sense contact

5a) Is Patient at High Risk for Suicide? ( ) Yes (✓) No

b) Does Pt. Describe Suicidal Thoughts or Ideations? ( ) Yes (✓) No

c) Is there evidence of Self Mutilation ( ) Yes (✓) No

d) High Risk Pt. may become Assaultive towards Staff? ( ) Yes (✓) No

*If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:*

6a) Communication Difficulties ( ) Yes (✓) No

b) Memory Defects ( ) Yes (✓) No

c) Hearing Impairement ( ) Yes (✓) No

d) Speech Difficulties ( ) Yes (✓) No

7) Physical Aids: (✓) None   ( ) Glasses   ( ) Contacts   ( ) Hearing Aid   ( ) Dentures   ( ) Cane   ( ) Crutches
   ( ) Walker   ( ) Wheelchair   ( ) Braces   ( ) Artificial Limb   ( ) Other

8) A/Comments, Complaints, Symptoms:   None (✓)

S)

O)

A)

P)

CC 014

# EMSA CORRECTIONAL CARE

**MEDICAL OBSERVATION SHEET**
SEGREGATION / ISOLATION

Name: Hicks, William    ID#: B5957953  D.O.B. 9-10-63

| DATE | TIME | DESCRIBE CURRENT CONDITION: (Awake, Sleeping, Agitated, Talkative, Hostile, O.K., Happy, Depressed, Very Quiet, etc.) | ANY VERBAL HEALTH COMPLAINTS AS STATED BY INMATE | ANY SIGNIFICANT PHYSICAL FINDINGS | SIGNATURE |
|---|---|---|---|---|---|
| 7/3/96 | 5A | Took Meds as ordered O.K. Quiet | — none | — none | |
| 7/5/96 | 5P | Running in place + doing push-ups | — none | none | |
| 7/6/96 | 4P | Took meds as ordered O.K. | ∅ | ∅ | |
| 7/8/96 | 4P | Laying down quiet | ∅ | ∅ | |
| 7/10/96 | 5P | Resting quietly on bunk O.K. | — none | — none | |
| 7/26/96 | 4P | Sitting + it col down, quiet | ∅ | ∅ | |
| 7/28/96 | 4P | Lying down | ∅ | ∅ | |
| 7/19/96 | 4P | Laying on bunk | ∅ | ∅ | |
| 7/14/96 | 4P | Resting quiet | ∅ | ∅ | |
| 7/16/96 | 4P | Lying on bunk quiet | ∅ | ∅ | |
| 7/19/96 | 4P | Took Meds as ordered O.K. Quiet | — none | — none | |
| 7/29/96 | 4P | Standing at cell door | ∅ | ∅ | |
| /96 | 4P | Declar talk | — | — | |
| 6/4/96 | 5A | Took Meds as ordered O.K. Quiet | — more | — more | |
| 7/30/06 | 5P | Stand or smoke quiet | ∅ | ∅ | |
| 7/29/96 | 4P | Lying on bunk quiet | ∅ | ∅ | |

UPON COMPLETION, PLACE IN MEDICAL RECORDS

7/94

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH SERVICES RECEIPT

Inmate's Name: _Hicks, William_    Arrest Number: _BSG5-14533_

Inmate's Location: _NBDC    12' H3_
Facility/Pod/Housing Unit/Cell Number

Date: _12 9 95_

| SERVICES | CHARGE (circle applicable charges) |
|---|---|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | 5.00 |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

### VERIFICATION OF SERVICES RECEIVED

_William V.D.O_                                         _12/9/95_
Inmate's Signature                                      Date

DELLA RICHARDSON, LPN
NBDC                                                   _12/9/95_

Provider (name stamp or print name)                    Date

_Della Richardson Ign_                                 _12/9/95_
Provider's Signature                                   Date

INMATE REFUSED TO SIGN:

_____    _____    _____
Witness (print name and CCN)    Witness' Signature         Date

Distribution:  White (Original) - **Inmate Banking Commissary**  Yellow Copy - **Health Care Records**  Pink Copy - **Inmate**

BSO DJ#14 (New 7/95)

209

William m Hicks   BS95-14533
Addressed To:   Medical Infirmary
                Medical Director of The Main Jail of Broward County.

I Hereby Authorize Dr.                    To Speak to SAID Person

I hereby Authorize you and your Department To Release All of my Medical Records To Mrs DONNA JOHNSON, 782-4700 on my Behalf and allow her To Confer with The Doctor about my TREATMENT. I am a DETAinee and DEFENDANT at This Time in 7/6/3 of The Main Jail of Broward County. I HAVE REQUESTED REASONABLE And NECESSARY MEDICAL ATTENTION And TREATMENT for a SAID Injury and or MALADIES And have BEEN DENIED of These ACTIONS By The Broward County Jail.

My understanding By Law is That The Sheriff of Broward County has To Provide The Requested Medical ATTENTION and TREATMENT and if it is unAVAILABLE To myself as An InMATE while I am Confined in The Broward County Jail That The sheriff is DIRECTED To Transfer all NECESSARY MEDICAL RECORDS To An Appropriate Facility so That The reasonable and NECESSARY MEDICAL TREATMENT will be Provided.

I Am giving This Authorization To Mrs of my own free will, in The hopes To RECIEVE The NECESSARY MEDICAL TREATEMENT That I REQUIRE At This Time, March 27, 1996.

                    Signed; William m Hicks
                    Mr. William Hicks

                    BS95-14533

210

BROWARD SHERIFF'S OFFICE
DEPARMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _3-13-96_    Inmate's Name: _William Hicks_
(Alias, if used)

Arrest #: _BS95-14533_    Location: _7-C-3_    DOB: _9-10-63_

To:

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: _I William Hicks would Like To Speak to head of operations on medical._

_please IF I may Speck to Chorge person._

_THank you._

_William m Hicks_    _3-13-96_
Inmate's Signature                  Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

--------------------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Spoke with you on 3-14-96 and according to your record, you were not seen for your follow-up._

Completed By: _____ HSA CCN    Date: _3/14/96_    Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information        ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                              Z-11

*See*

*Request*

*To Dir of medical*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 4-5-96          Inmate's Name: William M Hicks
                                              (Alias, if used)

Arrest #: BS95-14533          Location: 7-C-3    DOB: 5-10-63

To: Medical

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other |

Nature of Request:

TO Director of medical, SIR
I Request that you SEND ME the
Full NAMES OF DR DAVIS At N.B.D.C.
AND Dr. Weather the Surgen Here
AND the other DR Dentist I SAW inmate
William M H____ Thankyou. 4-5-96  (All males DRs)

Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

W.C. DAVIS , M.D
Trevor Weathers, DDS Oral Surgeon
Dr G. Pearson, DDS

Completed By: _____  CCN _____  Date: 4/8/96    Time: 2²⁰ pm

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                              212

BROWARD SHERIFF'S OFFICE
DE       NT OF CORRECTIONS AND REHAB     ION
INMATE'S REQUEST FORM

N,B,D,C

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 7-31-96                Inmate's Name: William m Hicks
                                                        (Alias, if used)

Arrest #: B595-84533          Location: 12-1-H-3 +3   DOB: 870763

To: Dental

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request:  I have Been here a year now and I was
Told By DR pearson DDS / cline DDS / DR weatthers DDS oral surg
that I had to Be here in jail a year.
     I Request my teeth to Be cleand and I
Request that my problem teeth to Be Fixed.
          Thank you. Please return/response.

William m Hicks                           7-31-96
Inmate's Signature                        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

-----------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Mr Hicks please make out a Dental request
and an appointment will be set up for you to
have your teeth cleaned.

Completed By: Sadie Nelson    CCN    Date: 8/2/96    Time: 10 30 Am

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

Z13

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*Medical*

KCrd
8-22
up.

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

TO BE COMPLETED BY INMATE

Date of Request: 8-21-96          Inmate's Name: William M Hicks
                                              (Alias, if used)

Arrest #: 3595-14533          Location: 12-1-A-3   DOB: 9-10-53

To: medical - miss melsades nelson

Program Specialist ☐          Mailroom ☐          Commissary ☐
Classification                Food Service ☐      Other ☐

Nature of Request: Mam, I william m Hicks request
to see x rays Before they are released
to anyone a.s.a.p. Like 8-22-96

THey wasTaken Amon 8/21 THanks For prompt att.

William M Hicks                              8-21-96
Inmate's Signature                           Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

JOAN BAUER-SMITH, RN, VM, NDBC

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Referral to S. Nelson

DRichardson  8/26/96
                 7P
DELLA RICHARDSON, LPN
NBDC

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

grievances will be responded to, in writing, by the Office of Information and Review.

#24 (Rev. 4/93)                                                    214

*To Supervisor of medical*

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE'S REQUEST FORM**

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

RECEIVED
AUG 2 ? 1996

### TO BE COMPLETED BY INMATE

Date of Request: 8-29-96          Inmate's Name: William Hicks
                                                    (Alias, if used)

Arrest #: BS 95-14533          Location: 12-1-H-3     DOB: 9-10-63

To: medical

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request:

I Request For th, second time to SEE my xrayS taken on 8-21-96 and to See them before they get to Be more days old, per ProSE OF case #96-6496-CIV-ungaro-Benages last request, I also THANKS. Sent one on medical request

William M. Hicks          8-23-96          THANKS, THAts THree TimeS

Inmate's Signature          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

JOAN BAUERSMITH, RN, HN, NBDC          8/30/96 8pm

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

S— Request for xray Result as Above, Request to discuss with the Doctor about xray of the facial bone taken 8/21/96

O— X ray of facial bones ordered by Dr. Descepeded on 8/16/96 & taken 8/21/96 pt request report. Report not yet in chart ⊕ pt information sealed below

P— Refer to Clinic for further explanation of X ray result when available

Completed By: C. Toorless, CCN, medical service          Date: generated          Time: Calista Chukwu

All requests will be handled by the responding deputy in one of the following ways:

CALISTA CHUKWU, RN
NBDC

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

215

BSO DT#24 (Rev. 4/92)

*miss m. Nelson*

*medical*

*N.B.D.C.*

BROWARD SHERIFF'S OFFICE
DEP_ _ T OF CORRECTIONS AND REHABI_ _ ON
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

---

TO BE COMPLETED BY INMATE

Date of Request: **8-27-96**    Inmate's Name: **William m Hicks**
(Alias, if used)

Arrest #: **BS95-14533**    Location: **72-1-14-3**    DOB: **9-10-63**

To: **miss m. Nelson medical**

| | | | |
|---|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | ~~Other~~ ☑ |

Nature of Request: _____

mam, I've Request to speak with a Doctor For meds, Due to meds I'm not getting and one I am is not enough, I want this corrected Fast, why's this so hard to get straight, I want to see a M.D Doctor THis week + 8-27-96

William m Hicks

Inmate's Signature    Date Signed    **8-27-96**

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

---

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

9/5/96 M. Hicks, you have been put on the clinic list. you and the Doctor may review this record

JOAN BAUERSMITH, RN, HN, NBDC

---

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

216

To Doctor Pearson DDS
Rev'd 8/29/06
V.B.D.C.

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-27-96          Inmate's Name: William M Hicks
                                                (Alias, if used)

Arrest #: BS95-14533             Location: 12-1-H-3      DOB: 9-10-63

To: Doctor Pearson DDS.          N.B.D.C.

| | | | | | | |
|---|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ | |
| Classification | ☐ | Food Service | ☐ | Other | | ☑ |

Nature of Request: _____

SIR, I William M Hicks Request to speak with you SIR.
              THANK you for your time.
        SIR I expect you to Answer this Request and Send it BACK, THANKS,
William M Hicks

Inmate's Signature          Date Signed 8-27-96

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Seen by dentist 2:00 pm 8/29/06

DR. GLENN PEARSON
DENTIST

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information            ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

217

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _9-3-96_    Inmate's Name: _William M Hicks_
(Alias, if used)

Arrest #: _8595-14533_    Location: _12-1-H-3#4_  DOB: _9-10-63_

To: _Medical Nurse Joan Bauersmith._

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | ~~Other~~ ☒ |

Nature of Request:

_Mam, I William M Hicks request to speak to you mam, Per xrays taken on 8-21-96 of head and jaw, Thanks Miss Nurse Joan for your prompt Attn,_

_Sincerely William M Hicks_

_William M Hicks_    _9-3-96_
Inmate's Signature    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Mr. Hicks, you have been put on the clinic list you and the provider may review your records_

_Joan Bauersmith R_
JOAN BAUERSMITH, RN, HN, NBDC

Completed By: _____ CCN ____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information        ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA**
**CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-6-95    Facility/Institution: NCB-DC

Name of Inmate: William Hicks    D.O.B.: 8-10-63    Sex: male

I.D. #: BS-95-1453    Cell #: 1-D-4

Problem: (in your own words)
Cut in both noses- stuff up- cant Breath hardly- getting worse
Please cant hurdle feelings- getting mad fast-

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: D Richardson    Date: 9/6/95    Time: 9⁴⁵ pm
(Name)

Disposition: S/C

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: Pt c/o "sore throat, sore nose."

O: T 98⁸ P 88 R 18 B/P 104/70. Resp even + unlabored. Nasal congestion noted. No bleeding from nose noted. Lungs clear. Denies cough. ↑ Throat Sl. red.

A: R/o cold symptoms alteration in comfort.

P: Sudafed 60mg po Bid x5 day   CTm 4 mg po Bid x5 days   Salt water gargle Bid x5 days per protocol. Inform deputies or nurse of any bleedings

E: Date: 9/7/95    Time: 8 pm    D Richardson

DELLA RICHARDSON, LPN
NBDC
Health Service Signature

White — Medical Department         Yellow — Other         Pink — Inmate

CL 1480-01

219

**EMSA** CORRECTIONAL CARE



## INMATE MEDICAL REQUEST FORM

☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-19-95    Facility/Institution: N-B-C-D

Name of Inmate: William Hicks    D.O.B.: 9-10-63    Sex: male

I.D. # DS9514533    Cell # D-1-23

Problem: (in your own words)

Have something wrong with my gums — have Big knot — please help as soon as possible Hurts, thanks.

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Person Triaging: Nezam Allaha RN Jon    Date: 9/19    Time: 1425

(Name)

Disposition: During / S/C

**FOR STAFF USE ONLY**

S: _____

O: Seen by Dentist

A: _____

JACQUELYN D FARRAR
Dental Assistant - NBDC

P: _____

E: _____

Date: 9-29-95    Time: 8:40 am

Health Service Signature

JACQUELYN D FARRAR
Dental Assistant - NBDC

White — Medical Department        Yellow — Other

CL 1480-01

220

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

[X] DENTAL    [ ] MEDICAL    [ ] MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
| --- | --- | --- |

Date: 9-20-95    Facility/Institution: N-B-C-D.

Name of Inmate: William Hicks    D.O.B.: 9-10-63    Sex: male

I.D. # BS 95-14533    Cell #: 11D1

Problem: (in your own words)
I have infection In jaw and my heart is bottering me , pluss my mitral valve prolapse I was born with - seems to Flutter alot - ( Pt. states needs Penicillin prior to dental work ) V. Mindle RN
V. Mindle, RN

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: V. Mindle RN RN    Date: 9/20    Time: 10 PM

Valerie Mindle (Name)

Disposition: Dental North Broward Click call

**FOR STAFF USE ONLY**

S: Seeley Dental

O:

JACQUELYN D. FARRAR
Dental Assistant - NBDC
Farrar

A:

P:

E:

Date: 9-29-95    Time: 8:40 Am

JACQUELYN D. FARRAR
Dental Assistant - NBDC

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

**221**

**EMSA** ✚ **CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

12-8-95
AJ

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _12-8-95_    Facility/Institution: _N.B.D.C._

Name of Inmate: _William Hicks_    D.O.B.: _8-10-63_  Sex: _Male_

I.D. #: _8565-14533_    Cell #: _12-1-H-3_

Problem: (in your own words)

_Last night the Flu. I have, had Brought on Suicideal thoughts Again, do to closifoBic feelings, I can't Breath, my heart Beats to Fast, my mouth Beats to, I can't handle it I need to see doctor Tonight_

**DO NOT WRITE BELOW THIS LINE**    _Please_

### STAFF SECTION

Person Triaging: _V. Mirdle_    Date: _12/8/95_    Time: _9PM_

(Name)

Disposition: _Sick call_

### FOR STAFF USE ONLY

S: _____

O: _____

A: _____

P: See sick call protocol CL 1480-08 dated 12/9/95

E: _____

Date: _12/9/95_  Time: _9P_    _D Richardson_

Health Service Signature

DELLA RICHARDSON, LPN
DE NBDC        LPN

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

222

**EMSA CORRECTIONAL CARE**

*need Doctor*

## INMATE MEDICAL REQUEST FORM

*ABDOMENAL Pain*

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH

*"CAN'T PISS STILL"*
*"ON water pills"*

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-3-96    Facility/Institution: N.B.D.C

Name of Inmate: William Hicks    D.O.B.: 9-10-63    Sex: male

I.D. # B595-14533    Cell #: 12-1-H-4

Problem: (in your own words)

I'm on water pills, Note I'm HAVing adomenal
pain when I Eat, "So I don't EAt" note discomfort
all the time, I'm still not Pissing, I piss
twice a day, It adds up to two times. "Pain"

### DO NOT WRITE BELOW THIS LINE

CALISTA CHUKWU, RN
NBDC

**STAFF SECTION**

Person Triaging: Calista Chukwu RN    Date: 2/3/96    Time: 8:30 Am
(Name)
SIC

Disposition:

**FOR STAFF USE ONLY**

S: I am still having some discomfort, Abdomenal pain, I cannot
eat because I feel that there is a lot of water retained in
my system gump no abd pain, I piss only twice a day.

O: Evidence of swollen legs non pitting. BP 140/94. Abd soft, Bladder
not distended. On Lasix 4ap po qd, KCl 20meg po qd
Sinequan soap po qhs. weight?

A: Alteration in comfort 2° to ? fluid Retention.
R/O S/E from Sinequan.

P: Referred to Dr Martin Said he would See inmate in Am
tommorow. Referred to the clinic.

E: Continue with meds as ordered. Be prepared to be seen by Dr Martin in Am
Notify the nurse if continued complains.

Date: 2/5/96    Time: 2:30pm    Calista Chukwu RN    CALISTA CHUKWU, RN
Health Service Signature    NBDC

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

Z23

**EMSA** *CORRECTIONAL CARE*

*To medicyclei*
*DR med'cadier*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _2-5-96_    Facility/Institution: _N.B.D.C._

Name of Inmate: _Bill Hicks_    D.O.B.: _9-10-63_ Sex: _M_

I.D. #: _BSSS-14533_    Cell #: _____

**Problem: (in your own words)**
In placed on water pills and they don't
work, How Am I suppose to piss when I can't
my stomache is inflamed, I can't eat,
kickneys hurt, back hurts ? Whats up -

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

CALISTA CHUKWU, RN
NBDC
Person Triaging: _Calista Chukwu RN_    Date: _2/5/96_    Time: _2⁴⁰p_
(Name)

Disposition: _____ s/c _____

**FOR STAFF USE ONLY**

S: as above (see 2 next forms)

O: Requested medical assistance. Wrote 3 requests
c/o difficulty urinating. Pt called at 915P for evaluation
Refused to "see the nurse" as per deputy.

A: Refused medical assistance.

P: Referred Pt to clinic in AM due to the impor-
tance of his problem. 11 to 7 nurse on duty. Will
be notified.
E- Will be encouraged to see MD in AM.

Date: _2/6/96_    Time: _9P_

Health Service Signature    FLORENCE DEMOSTHENES, R
NBB



**EMSA** *CORRECTIONAL CARE*

# INMATE MEDICAL REQUEST FORM

☐ DENTAL      ☐ MEDICAL      ☑ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-13-96                Facility/Institution: main jail

Name of Inmate: William Hicks        D.O.B.: 9-10-83

I.D. # 359564W535,        Cell #: 2-3-C

**Problem: (in your own words)**

Need to see Sych-doctor for meds to start

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Disposition: Psych

Person Triaging: MRayner    MICHAEL RAYNER, LPN    Date: 2/13    Time: 1300
MAIN JAIL
(Name)

**FOR STAFF USE ONLY**

S:

O: see Mental health questionnaire

A:

P:

Date: 2/15/96        VIRGILIO IBAY
Virgilio Ibay
Health Service Signature

CC 018        White — Medical Department        Yellow — Other        Pink — Inmate        7/94

225

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-15-96    Facility/Institution: N.B.D.C.

Name of Inmate: William m Hicks    D.O.B.: 9-10-63    Sex: Male

I.D. #: BS95-14533    Cell #: 12-1-A-3

Problem: (in your own words)    THisis THiRD request almost a month
My LeFT Ankle hurts so much, I need to
See a doctor Pluss For Now I'll use
A Ace Bandage For my LeFT Ankle I jog
to relieve mental pressure twice A week Now AND Hurts
So much

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: D Richardson Jr.    Date: 7/15/96    Time: 9 Pm

(Name)    STC

Disposition: _____

**FOR STAFF USE ONLY**

S: as stated above

O: Pt. observed jumping up + down in cell. No swelling or redness noted.

A: R/o Lt ankle discomfort. Alt in comfort.

P: Pt has been referred to clinic for the above problem

E: Rest. If swelling occurs elevate leg.

Date: 7/17/96    Time: 9P    D Richardson Jr.

Health Service Signature

**EMSA** *CORRECTIONAL CARE*

TO Supervisor **INMATE MEDICAL REQUEST FORM**

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-7-96   Facility/Institution: N,B,D,C

Name of Inmate: William M Hicks   D.O.B.: 9-10-63   Sex: M

I.D. #: BS95-14533   Cell #: 12-1H-3

Problem: (in your own words)

The midrin Ran out again, nobody says or tells, well its to Run out: why? I state that midrin does not fully Help so I Request that I Be Placed on a Pain pills, not aspirin, I Have so much pain It's not A

DO NOT WRITE BELOW THIS LINE   Joke, Thanks

**STAFF SECTION**

Person Triaging: C Chambers RN   Date: 8/7/96   Time: 9A

Don't Forget that I Have Pain so Don't take Amcat H+0 get meds, Thanks

(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S: So above

O: Has been on midrin II tabs PO, BID, PRN × 15 days.

A: Alteration in comfort.

P: Refer to clinic

E: Notify nurse if gets a migraine H/A

Date: 8/7/96   Time: 10A   CChambers RN   Crystal Chambers RN NBDC.

Health Service Signature

Case 1:06-cv-XXXXX Document 317 Entered on FLSD Docket 01/13/2006 Page 235 of 772

**EMSA CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

RECEIVED AUG 23 1996

_Request to see my X-rays from 8-22-96_

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-23-96  Facility/Institution: N.B.D.C

Name of Inmate: William W. Hicks  D.O.B.: 9-10-63  Sex: Male

I.D. #: B595-14533  Cell #: 12-1-H-3

Problem: (in your own words)

I Have a hard time coping with all the pain I Have, It is So Bad that I Have Become short temperd; I never been a violent person But I can feel the adalitude, I request to Be Placed on Narcadics I Hold this medical staff Liable For my actions, Thanks for prompt

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

CRYSTAL CHAMBERS, RN
NBDC
Person Triaging: C Chambers RN  (Name)  Date: 8/23/96  Time: 0900  Att

Disposition: S/C

**FOR STAFF USE ONLY**

S: ? Doctor pearson Said he orper snack Bag twice, where is it, it's Been months now, I spoke to him again on 8-21-96.

O:

A: Seen on S/C 8/24/96 8pm see scape note

P: see

E:

Date: 8/24/96  Time: 8pm  Calista Chukwu RN

Health Service Signature

CALISTA CHUKWU, RN
NBDC

White — Medical Department  Yellow — Other  Pink — Inmate

CL 1480-01

228

**EMSA** *CORRECTIONAL* ✚ *CARE*



RECEIVED
AUG 27 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |

Date: 8-27-96    Facility/Institution: WBDC

Name of Inmate: William M Hicks    D.O.B.: 9-10-63   Sex: M

I.D. #: BS95-14533    Cell #: 12-1-H-3

**Problem:** (in your own words)
I Request to see doctor, Per Head Injurys that have caused severe headaches AND pain.

~now~ thanks   I've Requested many many Times

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: C Chambers RN (Name)   Date: 8/27/96   Time: 9 AM

Disposition: ____   CRYSTAL CHAMBERS, RN NBDC

**FOR STAFF USE ONLY**

S: States Wants to be back on Flexeril.

O: Flexeril ran out on 8/23/96

A: R/o alteration in comfort.

P: Refer to clinic.

E: Instructed to take midrin as ordered

Date: 8/28/96 Time: 11 AM   C Chambers RN   CRYSTAL CHAMBERS, RN NBDC
Health Service Signature

White — Medical Department      Yellow — Other      Pink — Inmate

CL 1480-01

229

ADVANTAGE FILING SYSTEMS
FT. LAUDERDALE, FL
(954) 970-3333

# EMSA CORRECTIONAL CARE

## BLOOD PRESSURE AND WEIGHT RECORD

INSTITUTION/FACILITY: _____NBDC_____

NAME: Hicks William          I.D.# BS9J 145 33

INSTRUCTIONS: BP Check qd Blk Indeal Admin

| Date/Time | Position | Lt.Arm | Rt.Arm | Weight | Signature |
|-----------|----------|--------|--------|--------|-----------|
| 10/11/96 9A | Standg | 140/80 | 130/90 | | C Chamberlain |
| 10/12/96 | ↑ | 130/711 | | | MM Luca |
| 10/13/96 | Standg | 120/90 | 120/80 | | C Chamberlain |
| 10/14/96 | Standg | 120/90 | | | C Chamberlain |
| 10/15/96 | Standg | 130/80 | | | C Chamberlain |
| 10/16/96 | ↑ | ↑ | 122/80 | | C Chamberlain |
| 10/17/96 8A | ↑ | | Refused | | C Chambers RN |
| 10/18/96 | ↑ | | 122/82 | | C Chambers RN |
| 10/19/96 | Patient | did not show fu well w BP Check | | CC/MS Chamberlain |
| 10/20/96 | Refused | to come fu | BP check | | C Chamberlain |
| 10/21/96 | no show | | | | ↑ |
| 10/23 | ↑ | 130/88 | | | C Chambers RN |
| 10/24/96 | ↑ | 128/88 | | | MM |
| 10/25/96 | Standg | 120/64 | | | C Chamberlain |
| 10/28/96 | Standg | 120/60 | | | C Chamberlain |
| 10/29/96 | Standg | 110/70 | | | C Chamberlain |
| 10/30/96 | Standg | 130/70 | | | ↑ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

cc230

# EMSA CORRECTIONAL CARE

## Flow Chart for Alcohol/Drug Withdrawal

Name: Hicks William     D.O.B.: 9-19-63

| | Date | 8-7-05 | 8/8/05 | | | | |
|---|---|---|---|---|---|---|---|
| | Time | 1430 | 430 | | | | |
| WEAKNESS | | NO | NO | | | | |
| RESTLESSNESS | | NO | NO | | | | |
| SWEATING | | NO | NO | | | | |
| S - SHAKINESS/ M - MUSCLE TWITCHING | | N | NO NO | | | | |
| ANXIETY (Reported) | | N | NO | | | | |
| BP Sitting/Standing | | 127/75 | | | | | |
| PULSE Sitting/Standing | | 76 57 | | | | | |
| RESPIRATION | | 18 | | | | | |
| TEMPERATURE | | 99 | | | | | |
| ATAXIA (Observed) | | NO | NO | | | | |
| DROWSINESS | | NO | NO | | | | |
| VOMITING R - Reported/O - Observed | | NO | NO | | | | |
| NAUSEA | | NO | NO | | | | |
| NYSTAGMUS | | NO | NO | | | | |
| CONFUSION | | NO | NO | | | | |
| SLURRED SPEACH | | NO | NO | | | | |
| Staff Initials | | | CM | | | | |

| Date | Time | Initials | Comments |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CC 218                                                                 4/9

**EMSA** *CORRECTIONAL CARE*

12'H3

INSTITUTION / FACILITY: NBDC
NAME: Hicks William
I.D. #: BS9514533

**BLOOD PRESSURE AND WEIGHT RECORD**

INSTRUCTIONS: Weigh Q week X4
Please use clinic scale

| DATE / TIME | POSITION | LEFT ARM | RIGHT ARM | WEIGHT | SIGNATURE |
|---|---|---|---|---|---|
| 2/B/96 | | | 120/82 | 233 lbs | Jea MK Dism |
| ① 2/5/96 | | | 140/90 | | C. clubuph |
| ② 2/12/96 | | | | | |
| ③ | | | | | |
| ④ | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| ✳ Notify Clinic of weight gain ASAP | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Florida Department of Labor and Employment Security

OFFICE OF DISABILITY DETERMINATIONS

**Lawton Chiles**
**Governor**

Sutton Building, Ste. 200, 2670 Executive Center Circle West
Tallahassee, Florida    32399-2370
(JK)

M-3  CA-2  B3-JK  950731                November 7, 1995          951107200105
                                                                  38955

North Broward Detention Center
Prison Health Services Section
1550 NW 30 Avenue                    RE: William M Hicks
Pompano Beach  FL  33069             SSN: 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  00
                                     DOB: 09/10/63
                                     #: ARRest# BS9514533
                                     AKA:

In order to make a Social Security disability determination for this patient, we
need copies of your records as outlined on the attached page.  IF YOU HAVE SENT US
RECORDS IN THE PAST FEW WEEKS, WE NEED ONLY THE RECORDS OTHER THAN THOSE SENT.  The
information you submit is of special importance to our determination, because you
can provide details not available from any other source.  Please provide a summary
that includes the patient's medical history, clinical findings, laboratory findings,
treatment and response, diagnosis, prognosis, and a statement about what the patient
can still do despite his/her impairment(s).  This description of functional ability
should be based on your medical findings and should cover your patient's ability to
do work-related activities such as sitting, standing, walking, lifting, carrying,
handling objects, hearing, speaking, and traveling.  In cases involving a mental
impairment it should address the patient's capacity for understanding and memory,
sustained concentration and persistence, social interaction, and adaptation.

       THIS ENTIRE PAGE IS YOUR INVOICE - PAYMENT IS PROCESSED FROM THIS ORIGINAL ONLY

TO ENSURE PAYMENT, INFORMATION MUST BE RECEIVED WITHIN 15 DAYS OF THE DATE OF THIS
LETTER AND MUST BE ACCOMPANIED BY THIS ORIGINAL INVOICE WITH FEDERAL ID NUMBER
ENTERED.  We can pay up to $16.00 for copies of your records with a narrative report
as described above.  For copies only, we can pay $1.00 per page to either the
pre-negotiated maximum fee or $10.00 in the absence of a pre-negotiated maximum fee,
provided the information is received within fifteen days of the date of the
request.  We cannot pay for information from Federal or State facilities.  This fee
schedule is in accordance with Florida Statutes and Federal Regulations establishing
maximum fees for copies of patient records.

MAKE CHECK PAYABLE TO (if different      NO CHARGE: _10.00_    AMOUNT BILLED: _10.00_
   from the information above):
                                         Total # pages:_____

----------------------------------
   EMSA Correctional Care - NBDC        $_____ narrative and copies of records
---------- 1550 Blount Road -----------
       Pompano Beach, FL 33069          $ _10.00_ $1.00 per page (maximum $10.00 or
----------------------------------                pre-negotiated max. fee)
VF650070674

----------------------------------       ----------------------------  ---------
FEDERAL ID OR SOCIAL SECURITY NUMBER     STATE AGENCY PAYMENT APPROVAL    DATE

ORG CODE          EO    OBJECT   Description      AMOUNT     Vendor ID    INV.#
54-80-53-55030    96    251513   Hicks           _____    VF650070674  1506
                         FAX NUMBER 1-800-290-5188
         CALL TOLL FREE 1-800-334-7813 or Collect 904-488-9150 EXT.  .228
         FOR THE HEARING IMPAIRED:  FLORIDA RELAY SERVICES  1-800-955-8771

                                                                      233

HICKS, WILLIAM 121H4    9514533BS
PROPOXY-N/APAP 100 D50

CONTRACT PHARMACY SERVICES • 124 Turnpike St., Suite 4 • W. Bridgewater, MA 02324 • ... • 586-3330

HICKS, WILLIAM 121H4    9514533BS
RX 679795    CG    QT    12
2 TABS ORALLY THREE TIMES A
DAY X 7 DAYS
START 02/29/96    STOP 03/06/96
PROPOXY-N/APAP 100-650 TAB    LEM
DARVOCET-N 100    CHATFIELD,

# INDIVIDUAL
# NARCOTIC RECORD

Patient No. _____
Room _____

Ordered by Physician: Chatfield

| Date Received | Quantity Received |
|---|---|
| 2/29/96 | 30 |

| | Date | Time | Dose | Oral or other | Adm. By Nurse-Sign. | Amount Remaining | Balance Checked by | Balance Checked by | Date | Balance Counted |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 3/13 | A | | PO | Butt | 29 | | | | |
| 29 | 3/13 | N | | PO | Butt | 28 | | | | |
| 28 | 3/14 | A | | PO | Butt | 27 | | | | |
| 27 | 3/14 | N | | PO | Butt | 26 | | | | |
| 26 | 3/14 | i | wasted | O'Clen | 25 | | | | |
| 25 | 3/14 | P | i | | O'Clen | 24 | | | | |
| 24 | 3/15 | P | i | PO | O'Clen | 23 | | | | |
| 23 | 3/16 | A | i | PO | Hohnen | 22 | | | | |
| 22 | 3/16 | PN | i | PO | Hohnen LPN | 21 | | | | |
| 21 | 3/16 | P | i | PO | Hohni | 20 | | | | |
| 20 | 3/18 | A | i | PO | Hohnen | 19 | | | | |
| 19 | 3/18 | P | i | PO | Hohnen LPN | 18 | | | | |
| 18 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 1 | | | | | | | | | | |

## DISPOSITION OF UNUSED DRUG

Date of Discontinuance _____    Amount Remaining _____
Disposition _____
Date of Disposition _____

Authorized Signature _____

234

EMSA CORRECTIONAL CARE

TB/ANERGY SCREENING FORM

| NAME: HicDS William | | ARREST# BS9SHS3 | | |
|---|---|---|---|---|
| DOB: 9-19-63 | | LOCATION: | | |
| | DATE/TIME | SITE | AMOUNT | NURSE'S SIGNATURE |
| PPD ADMIN | 8.7.95 | L.F.A. | 0.1 ML | Gina Maria Rivera, LPN Main Jail |
| READING (within 48-72 hours) | 8-9-95 | RESULTS | 3 MM | J Brien |
| CANDIDA ADMIN | 8.7.95 | R.F.A. | 0.02 ML | Gina Maria Rivera, LPN Main Jail |
| READING (within 48-72 hours) | 8/9/95 | RESULTS | 2 MM | J Brien |

| IF PPD 0 MM AND CANDIDA 0 MM: | | | | |
|---|---|---|---|---|
| | DATE/TIME | SITE | AMOUNT | NURSE'S SIGNATURE |
| MUMPS ADMIN | | R.F.A. | 0.1 ML | |
| READING (within 48-72 hours) | | RESULTS | MM | |

| IF PPD IS GREATER THAN 10 MM OR MUMPS 0 MM: (PPD 5 MM OR GREATER IF IMMUNOSUPPRESSED) | | | | |
|---|---|---|---|---|
| | DATE ORDERED | DATE COMPLETED | RESULTS | SIGNATURE |
| CXR ORDERED | | | | |
| CLINICAL REFERRAL ASAP IF CHEST X-RAY ORDERED: | | YES ☐  DATE _____ | | |

*REFUSAL SIGNED (IF APPLICABLE) CHECK ONE:*     ☐ YES     ☐ NO

- Measure test results 48 to 72 hours after test is given
- Measure only palpable induration (raised area or induration) across widest area. NOT erythema (redness)

235

**EMSA CORRECTIONAL CARE**

INMATE NAME: _William_

I.D. NUMBER: _BS717076_

D.O.B.: _9/19/63_

ALLERGIES: _NKA_

PROBLEM LIST

| Date Identified | Problem No. | Chronic (Long Term) Problems | Date Resolved |
|---|---|---|---|
| 7/22/97 | 1 | Psych Hx: Xferd from FSH | |
| 4/97 | 2 | Fx (R) Zygomatic Arch Fx | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Temporary (Usually Self-Limiting) Problems

| Prob. No. | Problem | Date of Each Occurence | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MD Refr: Hx HA per pt | 7/22/97 | | | | | | | |
| | Dental | 8/1/97 8/8/97 | | | | | | | |
| 3 | NPO g HN | 3/24/98 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

CC 002

236

TB ANERGY SCREENING FORM

NAME: Hicks, William   ARREST# 559717024

DOB: 7-16-63   LOCATION: 12'14

|  | DATE/TIME | SITE | AMOUNT | SIGNATURE |
|---|---|---|---|---|
| PPD ADMIN | 7/25/97 10:45 | L.F.A. | 0.1 ML | B Rosenblum R |
| READING (within 48-72 hours) | 7/27/97 | RESULTS neg | 0.0 MM | |
| CANDIDA ADMIN | | R.F.A. | 0.1 ML | |
| READING (within 48-72 hours) | | RESULTS | MM | |

Barbara Rosenblum, RN

IF PPD 0 MM AND CANDIDA 0 MM: DOCUMENT AND FILE RESULTS. ORDER CHEST X-RAY AND MAKE REFERRAL TO CLINIC.

IF PPD IS GREATER THAN 10 MM (PPD 5MM OR GREATER IS IMMUNOSUPPRESSED)

|  | DATE ORDERED | DATE COMPLETED | RESULTS | SIGNATURE |
|---|---|---|---|---|
| CXR ORDERED | | | | |

CLINICAL REFERRAL ASAP
IF CHEST X-RAY ORDERED:   YES ☐ DATE: _____   SIGNATURE: _____

REFUSAL SIGNED (IF APPLICABLE) CHECK ONE:      ☐ YES      ☐ NO

- Measure test results 48 to 72 hours after test is given
- Measure only palpable induration (raised area or induration) across widest area, NOT erythema (redness)

mm 10  20  30  40  50  60  70  80  90  100  110  120  130  140  150  160



Case 0:05-cv-01248-JMR-FLN Document 61 Filed 03/03/06 Page 247 of 772

# MEDICATION ORDERS

**MEDICATION SHEET ADMINISTRATION RECORD**

7/10/95    Entered on Blue Docket 3/3/06    Page 247

| MEDICATION ORDERS | 1 | 2 | 3 | ... | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|

Midrin ii PO
Bid ⓞ x30 PRN
START 5/25   STOP 6/25
A / P — PRN — XXX

Motrin 800mg
PO Bid x30 PRN
START 5/25   STOP 6/25
A / P — PRN — XXX

Flexeril 10mg PO
Bid x 30 PRN
START 5/25   STOP 6/25
A / P — PRN — XXX

Zoloft 50mg PO
Bid x 30 dys
START 5/21   STOP 6/21

**NURSE'S SIGNATURE, TITLE AND INITIALS**

ALLERGIES  NKA          DIET  Reg
DIAGNOSES  FX TMJ

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 7A2 | Uecker | 6 | 95 | MJ |
| 4A1 | 5B2 MJ | | | | |

**MEDICATION RECORD**

238



4-10-63

## MEDICATION SHEET ADMINISTRATION RECORD

| MEDICATION ORDERS | | | | |
|---|---|---|---|---|
| Lithium 900 mg PM po × 30 days | P | START 8/8 | STOP 9.8.95 | |
| Prozac 20 mg ii PM po × 30 days Dcd 5/14 | A | START 8/8 | STOP 9.8.95 | |
| Sinequan 75 mg po qhs Liquid | HS | START 8/14 | STOP 9/14 | |
| Lithium 900 mg po Liquid qhs ×30 dys | HS | START 8/14/95 | STOP 9/15/95 | |
| 8/23/95 Blue Ice qd ×7dy | N | START 8/23/95 | STOP 8/30/95 | |

### NURSE'S SIGNATURE, TITLE AND INITIALS

Chambers RN          V. Mundee RN - VM          EJ Sherman - Jolly RN
DHANMATIE NANCOO, RN                                Cdi Colleen Henry LPN
           HBDC          DELLA RICHARDSON, LPN
                          HBDC

ALLERGIES NKA
DIAGNOSES

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | HAF | Limia | 8 | 95 | Main Jail |

122 H 5   D5 # 4

**MEDICATION RECORD**

Z39



**MEDICATION ORDERS**

**MEDICATION SHEET ADMINISTRATION RECORD**

| Seizure precau x 72 hrs | START 8-7-95 | STOP |
|---|---|---|
| Librium 50mg PO/IM Q6hrs x 24 hrs START NOW   THEN | START 8-7-95 | STOP 8/8/95 |
| Librium 25mg PO/IM Q6hrs x 24 hrs      THEN | START 8/8/95 | STOP 8/9/95 |
| Librium 25mg PO/IM Q 8hrs x 24 hrs THEN D/c Librium | START 8/9/95 | STOP 8/10/95 |
| HOLD Librium if Asleep or Sedated | START | STOP |
| Librium 25mg PO/IM Qshift x 72 hrs ONLY for Tremor/Agitation PRN | START | STOP |
| Thiamine 100mg PO/IM QD x 3 Days | START 8/8/95 | STOP 8/10/95 |
| MVI c minerals i tab P.O. QD x 14 Days c Refill x one | START 8/8/95 | STOP 8/21/95 |
| INFORMED SW CONSENT SIGNED | START | STOP |

DELLA RICHARDSON, LPN

**NURSE'S SIGNATURE, TITLE AND INITIALS**

Gina Maria Rivera, LPN

_____ RN    Main Jail

Taylor LPN

**ALLERGIES**    **DIET**

**DIAGNOSES** ALCOHOL DETOX PROTOCOL

| PATIENT'S NAME | ROOM. NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | | PROTOCOL DR Smith | 8 | 95 | |

**MEDICATION RECORD**

240

Case 0:   Document 317   Entered on FLSD Docket 01/13/2006   Page 250 of 772

| MEDICATION ORDERS | MEDICATION SHEET ADMINISTRATION RECORD |
|---|---|

Advil 600 mg
TID × 14d

START 9-1-95   STOP 9-14-95

Blue Ice top.
BID × 14d

START 9-1-95   STOP 9-14-95

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

DELLA RICHARDSON, LPN
NBDC

| ALLERGIES *NKA* | DIET *Reg* |
|---|---|

DIAGNOSES *bursitis*

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 11D4 | O'Connor | 9 | 95 | NBDC |

**MEDICATION RECORD**

241

Case 0:00-cv-06061-WPD    Document 317    Entered on FLSD Docket 05/13/2008    Page 251 of 772

# MEDICATION ORDERS

MEDICAL SHEET ADMINISTRATION RECORD



| | | |
|---|---|---|
| Sinequan 75 mg. 8 Hs. Liquid | START 6-14 | STOP 9-14 |
| Lithium 900 mg Po 8 HS Liquid × 30 days. | START 8-14 | STOP 9-15 |
| Lithium 600 mg PO. BID Liquid till 10/6 | START 9/5 | STOP 10/6 |
| Sinequan 100 mg PO. QHS. Liquid till 10/6 | START 9/5 | STOP 10/6 |
| Sudafed 60 mg PO Bid × 5 days 9/7/95 | START 9/7/95 | STOP 9/12/95 |
| CTM 4mg PO Bid × 5 days 9/7/95 | START 9/7/95 | STOP 9/12/95 |
| Salt water gargle Bid × 5 days 9/7/95 | START 9/7/95 | STOP 9/12/95 |
| | START | STOP |
| | START | STOP |
| consent signed INFORMED CONSENT SIGNED 5N | START | STOP |

**NURSE'S SIGNATURE, TITLE AND INITIALS**

DELLA RICHARDSON, LPN
NBDC NANCOO, RN
MAE KNOWLES, LPN

ALLERGIES  NKA       DIET Reg

DIAGNOSES  psych    NBDC

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hickey, William | HS | Lemia | 9 | '95 | NBDC |

MEDICATION RECORD

242

## MEDICATION ORDERS

| | HR | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**MEDICATION SHEET ADMINISTRATION RECORD**

9/29/95
K6
Amoxicillin
PO TID
x 10 days
START 9-30-95    STOP 10-9-95

9/29/95
K6
H₂O₂ oral
Rinse bid
x 10 days
START 9-30-95    STOP 10-9-95

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

V. Mirdle RN - M

De DELIA RICHARDSON, LPN
NBDC

K Casper

ALLERGIES NKDA    DIET Regular

DIAGNOSES Dental

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | #DT | Cline | 9 | 95 | NBD |

MEDICATION RECORD

243

# MEDICATION ORDERS



| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lithium 6c
PO Bid til 10/6
Liquid
START 9/5    STOP 10/6

Sinequan 100
PO QHS til 10/6
liquid
START 9/5    STOP 10/6

Amoxicillin 500mg po
tid x 10 days
START 9/30/95    STOP 10/9/95

H₂O₂ oral rinse
Bid x 10 days
START 9/30/95    STOP 10/9/95

REORDER / INFORMED
CONSENT SIGNED
START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

Jacqueline Grahn    C. Chambers RN    DELLA RICHARDSON, LPN
                    Sherman-Collyer        NBDC
                    N Pomerantz RN

ALLERGIES NKA    DIET Reg
DIAGNOSES Psych

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 121/45 | Martin | 10 | 95 | NBDC |

**MEDICATION RECORD**

244

**MEDICATION SHEET — ADMINISTRATION RECORD**

| MEDICATION ORDERS | | HR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| Thorazine 100 mg. P.O. B.I.D. HII 12/12/95 | AM<br>AM | D.C. → 11 11 11 D.C.<br>→ 11 12 11 |
| | | START 11/11/95    STOP 12/12/95 |
| Tylenol ii tabs po p.r.n. x 5 dy | P.O.<br>R<br>N | D.C. mg D.C. |
| | | START 11·14·95    STOP 11·18·95 |
| 11/18/95 Trilafon 8 mg po q HS. | H.S. | →  12/21  |
| | | START 11/18/95    STOP 12/18/95 |
| | | START    STOP |
| | | START    STOP |
| | | START    STOP |
| | | START    STOP |
| | | START    STOP |
| INFORMED *Dr*<br>CONSENT SIGNED | | START    STOP |
| INFORMED<br>CONSENT SIGNED | | START    STOP |

| NURSE'S SIGNATURE, TITLE AND INITIALS | | |
|---|---|---|
| V. Mindel, RN. mc<br>CC ( Calista Clinkenbeard | TMT-GL POONACHA RN CD | Dr. DELLA RICHARDSON, LPN<br>NBDC<br>KS Bailes LP |

| ALLERGIES NKA | | DIET REG. | | | |
|---|---|---|---|---|---|
| DIAGNOSES PSYA. | | | | | |
| **PATIENT'S NAME** | **ROOM NO.** | **PHYSICIAN NAME** | **Cur. Mth.** | **Year** | **FACILITY** |
| HICKS, WILLIAM | 12'H3 | DR. MARTIN | 11 | 95 | NBDC. |

**MEDICATION RECORD**

245

Case 0:00-cv-00067-WEB Document 3172 3 Entered on FLSD Docket 01/13/2003 Page 225 26 27 28 29 30

## MEDICATION ORDERS

Trilafon 8mg po
q HS
tue 12/18/95
START 11/18/95   STOP 12/18/95

Salt water gargle Bid
X 5 days
12/9/95
START 12/9/95   STOP 12/14/95

CTM 4mg PO Bid
X 5 day
12/9/95
START 12/9/95   STOP 12/14/95

Sudafed 60mg po
Bid x 5 day
12/9/95
START 12/9/95   STOP 12/14/95

Tylenol II po Bid X
5 day
12/9/95
START 12/9/95   STOP 12/14/95

12/16  Sinequan 25 mg po
q HS
te 1/16
START 12-16-95   STOP 1/16/96

START   STOP

START   STOP

START   STOP

START   STOP

INFORMED Dr
CONSENT SIGNED
START   STOP

NURSE'S SIGNATURE, TITLE AND INITIALS

KS-Boller LN
U mide pu-m
(Chambers RN)

EVA PODLOCHA, RN
NBDC

Dr DELLA RICHARDSON, LPN
NBDC

FLORENCE DEMOSTHENES, R.N.
NBDC

ALLERGIES   NKA              DIET  Regular
DIAGNOSES  Psych hx

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 13'#3 / 1224 5 | Dr. Martin | 12 | 95 | NBDC |

MEDICATION RECORD

246

Case 0:00-cv-00000-AWD    Document 317    Entered on FLSD Docket 05/13/2008    Page 256 of 772

| MEDICATION ORDERS | MEDICATION SHEET ADMINISTRATION RECORD |
|---|---|

**4-16-95**

Sinequan 75 mg Po
q HS til 1/16

START 12-16-95    STOP 1-16-96

Tylenol tabs 2 PO
q 4° PRN X 7 days

START 1-5-96    STOP 1-12-96

1/1/96 Sinequan 100 mg. po.
q HS Till 2/8/96

START 1/3/96    STOP 2/8/96

Tylenol tabs 2 Po
q 4° PRN x 7 days

START 1-14-96    STOP 1-21-96

START ____ STOP ____

START ____ STOP ____

START ____ STOP ____

START ____ STOP ____

START ____ STOP ____

INFORMED ___ DR ___
CONSENT SIGNED

START ____ STOP ____

| NURSE'S SIGNATURE, TITLE AND INITIALS | | |
|---|---|---|
| U min die  RN - m | EVA POLLOCH, RN | |
| | NBDC | FLORENCE DEMOSTHENES, RN |
| DR Richardson | | NBB |
| ALLERGIES   NKA | DIET  Reg | |
| DIAGNOSES   Psych / Head trauma | | |

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| HICKS, William | 12²H5 | Martin / Davis | 1 | 96 | NBB |

12²G4   12'H4

**MEDICATION RECORD**

247

Case 0:00-cv-06087-WPD    Document 317    Entered on FLSD Docket 01/13/2006    Page 257 of 772

# MEDICATION ORDERS

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |



Motrin 600mg PO
tid x 7d

START 2/22     STOP 2/29

Keflex 500mg
PO TID x7d

START 2/20     STOP 2/27

2/21/76

**NURSE'S SIGNATURE, TITLE AND INITIALS**

I M Rayner, LPN     MR

S Reaues, CPN

ALLERGIES N KA
DIAGNOSES Dental

DIET Soft

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 7C3 | Werthus | 2 | 96 | BCCM |

**MEDICATION RECORD**

248

# MEDICATION ORDERS

Motrin 800 mg P.
T/D X 5d
2/9

START 2-9-96    STOP 2-14-96

Ice To Face
X 24 hours
2/9

START 2-9-96    STOP 2-10-96



**NURSE'S SIGNATURE, TITLE AND INITIALS**

FLORENCE DEMOSTHENES, RN
NBB

ALLERGIES *NKA*
DIAGNOSES *R cheek lac.*
DIET *Reg*

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 7C 3 | Davis | 2 | 96 | NBB |

**MEDICATION RECORD**

249



## MEDICATION ORDERS

MEDICATION SHEET ADMINISTRATION RECORD

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | ... | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Darvocet N-1C
ii tabs PO TID
nc x 7 days

A
N
P

START 2/15/96    STOP 2/22/96

Keflex 500mg
PO TID x 7 days

A
N
P

START 2/20    STOP 2/27

2/20
#3

Tylenol #3 ii tabs
PO QID x 5 days
PRN

A
N
P
HS

START 2/20    STOP 2/25

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

MM Rayner, LPN    MR

Vw  Verna Wright

S. Oliver Young

M Cooper LPN    mc
Melissa Cooper, LPN
Mail Jail

ALLERGIES  NKA

DIAGNOSES  (R) eye injury

DIET  Regular

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | JC3 | PA Chatfield | 2 | 96 | BCMJ |

MEDICATION RECORD

250

# MEDICATION ORDERS

| | FR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 800
PO TID x 5d

START 2/10    STOP 2/15

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

M Rayna, LPN MR          g Taylor LP

| ALLERGIES | NICA | | DIET | |
|---|---|---|---|---|

DIAGNOSES

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| HICKS, William | 7C3 | Davis | 2 | 96 | MJ |

**MEDICATION RECORD**

251

MEDICATION ORDERS

Case 0.00-cv-06087-WPD    Document 317    Entered on FLSD Docket 01/13/2006    Page 261 of 772

MEDICATION SHEET ADMINISTRATION RECORD

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Sinequan 100 mg Po
qHS til 2/8

START 1-7-96       STOP 2-8-96

Lasix 40 mg po q Am

x 30 days

START 2-1-96    STOP 3-3-96

Kcl 20 meq. QAm

x 30 days

START 2-1-96    STOP 3-3-96

Return to clinic 2/7/96

START    STOP

2/6/96  Naprosyn 500 mg po

Bid

x 10 days

START 2-7-96    STOP 2-16-96

START    STOP

START    STOP

START    STOP

START    STOP

INFORMED DR
CONSENT SIGNED

START    STOP

NURSE'S SIGNATURE, TITLE AND INITIALS

V. Munder RN - m           CC (Ellefe Munder RN)

Bluca McLuquin SONRE

RS-Kseller DR            DR Brinkerhuizen

FLORENCE DEMOSTHENES, RN
NBB

ERGIES  NKA                     DIET Reg        RS Ksotteren  KSotter

DIAGNOSES  Psych

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| HICKS, William | 12-64 | Martin / Dr Davis | 2 | 96 | NBB |

12-11

MAIN JAIL

MEDICATION RECORD

252

## MEDICATION ORDERS

DATE: 2/96

MEDICATION SHEET ADMINISTRATION RECORD

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

2/6/96 Naprosyn 500mg po BID X10 days

A X
X Reorder 2/1/96
D
X

START 2·6·96    STOP 2·16·96

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

Barbara Salerno, LPN /BS    V. Mindle, RN - VM

ALLERGIES NKA    DIET Regular
DIAGNOSES

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 125H3  121 H4 | Dr Davis | 2 | 96 | NBB |

MEDICATION RECORD

253



Lasix
p o q AM
X 30 days

START 2 - -96    STOP 3 - -96

KCl 20meq p.o
q AM
X 30 Days

START 2 - -96    STOP 3 - -96

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

Vicky Serrao, RN
NBDC

LERGIES  NKA.    DIET  Reg
DIAGNOSES  Fluid retention

| PATIENT S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hichs, Wm | 12, Hd | Davis | 2 | 96 | NBDC |

**MEDICATION RECORD**

254

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**DATE:** ___

**MEDICATION ADMINISTRATION RECORD**

Tylenol ii PO
BID prn HA
x 3wks (OR)
3/4

A ✓ → 9
M ✓ → 9
P ✓ → 9        PRN        DIC

START 3/5/96    STOP 3/24/96

Fleyeril 10mg TID
prn x3wks
3/4          (OR)

A
M
P        PRN        DIC

START 3/5/96    STOP 3/24/96

Naprosyn 500mg
PO TID X 10 days

START 3/16    STOP 3/25/96

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

**NURSE'S SIGNATURE, TITLE AND INITIALS**

VM Rayner CPN MR
J Taylor LPN JT
XX Reavis RN X

ALLERGIES MCT    DIET Reg
DIAGNOSES (R) Reccid FX

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 7C3 | Wecker | 3 | 96 | BCMS |

**MEDICATION RECORD**                                           255

Case ... Document 3 ... Entered on FLSD Docket 11/13/2006 ... Page 265 of ...

## MEDICATION ORDERS

## MEDICATION SHEET ADMINISTRATION RECORD

4-10-63

Flexeril 10mg PO
tid x 14

START 3-28-96    STOP 4-11

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

J. Taylor LPN JT    M Rayner LPN MR

ALLERGIES NKA          DIET Reg
DIAGNOSES Dental

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 7C3 | Weathers | 3 | 96 | BCM |

MEDICATION RECORD

256

# MEDICATION ORDERS

## MEDICATION SHEET ADMINISTRATION RECORD

DATE:

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|----|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Tylenol 〒 P.O.

T.I.D. × 30 days.

START  3 / 28 / 96    STOP    4 / 25 / 96

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

ALLERGIES  *k_ pain*

DIET

DIAGNOSES

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 7C³ | Dr. Henrie | 3 | 96 | Main |

MEDICATION RECORD

257

Case 0:00-cv-00000 Document 312-3 Entered on FLSD Docket 06/13/2000 Page 25 of 26

## MEDICATION ORDERS

Tylenol #3 p.c.
T.I.D X 30 d

START 3/28/96 STOP 4/25/96

Flexeril 10mg
PO TID x 14d

START 3/28 STOP 4/11

START STOP

START STOP

START STOP

START STOP

START STOP

START STOP

START STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

M Rayner, LPN MR

G. Taylor, LPN GT

ALLERGIES NKA

DIAGNOSES Dental        DIET G

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Feds William | 7 D2 | Dr Menzie | 4 | 96 | MAu |

**MEDICATION RECORD**

258

DATE: 4/9/00

## MEDICATION ORDERS / MEDICATION ADMINISTRATION RECORD

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Midrin ii tabs
PO BID x 30 days
(PRN)

A
P — PRN

START 4/23   STOP 5/23

Flexeril 10mg
PO TID x 30 days
(PRN)

A
P — PRN

START 4/23   STOP 5/23

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

HDIH. Daram     M Raynes, RN  MR     Wilderman Window
KKKDchttly, RN

| ALLERGIES NKA | | DIET Reg | | | |
|---|---|---|---|---|---|
| DIAGNOSES facied fx | | | | | |
| **PATIENT'S NAME** | **ROOM NO.** | **PHYSICIAN NAME** | **Cur. Mth.** | **Year** | **FACILITY** |
| Hicks, William | 7DR | Vecker | 4 | 9co | MJ |

**MEDICATION RECORD**

259

Case 0:00-cv-00000-XXX    Document 317    Entered on FLSD Docket 01/15/2000    Page 269 of 772

## MEDICATION ORDERS

DATE:

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Sudafed 60mg
BID x 5 days
START 5/19/96    STOP 5/24/96

CTM #mc
ī BID x 5d
START 5/19/96    STOP 5/24/96

Tylenol II P.O. BID
prn x 5 days
START 5/19/96    STOP 5/24/96

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

M Rayner RN MR
J Taylor LPN JT

ALLERGIES N/A/C
DIAGNOSES Cold

DIET Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
| Hicks William | 102 | Protocol | 5 | 96 | Main |

**MEDICATION RECORD**

260

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Midrin ‼ tab.
Po BID x 30 dys

START 4/23 STOP 5/23

Flexeril 10 mg
po TID x 30 dys

START 4/23 STOP 5/23

Zoloft 50 mg po
BIP x 30 days

START 5·21·96 STOP 6·21·96

START    STOP

START    STOP

START    STOP

START    STOP

START    STOP

5B2

START    STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

M Rayner LPN MR    J Taylor LPN JT
  W Roberts LN
J Davis LPP JD    S Olin RN

ALLERGIES NKA
DIAGNOSES Facial Rx    DIET Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 7D2 | Uecker | 5 | 96 | MJ |

**MEDICATION RECORD**

261

Case 0:00-cv-00217 Document 317 Entered on FLSD Docket 01/15/2008 Page 271 of 772

DS 75 KISS

DATE: 9/24/96

9/10/13

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|----|---|---|---|---|---|---|---|---|---|----|----|----|----|--|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Midrin ÷ PO
Bid QHS PEN   ×30

PEN

START  5/25    STOP   6/28

Motrin 800 mg
PO Bid ×30 PEN

PEN

START  5/25    STOP   6/28

Flexaril 10 mg Po
Bid ×30 PEN

PEN

START  5/25    STOP   6/28

START                    STOP

START                    STOP

Duplicate

START                    STOP

START                    STOP

START                    STOP

START                    STOP

START                    STOP

5B2        START                    STOP

NURSE'S SIGNATURE, TITLE AND INITIALS

M. Rayner, LPN  MR

ALLERGIES  NKA          DIET  Reg
DIAGNOSES  Fx TMJ

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|----------------|----------|----------------|-----------|------|----------|
| Hicks, William | 7D2 | Uecker | 5 | 96 | M.J |
| 121H3 | | MEDICATION RECORD | | | |

262

MEDICATION SHEET ADMINISTRATION RECORD

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 800 mg po
BID X 30 d
START 6-21-96    STOP 7-20-96

Flexeril 10mg po
BID X 30 d
START 6-21-96    STOP 7-20-96

20 left 50mg po bid
till 7/26/96
START 6-21-96    STOP 7-20-96

START    STOP

START    STOP

START    STOP

Midrin ī tab po
BID X 30 d PRN
START 6-21-96    STOP 7-20-96

START    STOP

START    STOP

START    STOP

NURSE'S SIGNATURE, TITLE AND INITIALS

ALLERGIES NKA        DIET Soft

DIAGNOSES HA, S/P ® Zygomatic Arch Fx

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 12 H3 | O'Connor | 6 | 96 | NBB |

MEDICATION RECORD

263

DATE: 6-96

## MEDICATION ORDERS

BD 4514533   9-10-63   MEDICATION SHEET ADMINISTRATION RECORD

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Midrin TT P.O.
BID PRN
x 30 days
START 5-24-96 STOP 6-23-96
DC 6/20/96

Motrin 800mg
BID PRN
x 30 d.
START 5-24-96 STOP 6-23-96
DC 6/20/96

Flexeril 10mg
BID x 30d
START 5-24-96 STOP 6-23-96
DC 6/20/96

Zoloft 50mg
P.O. BID
x 30 day
START 5-21-96 STOP 6-20-96
DC

Zoloft 50mg po bid
full 7/26/96
START 6-17-96 STOP 7-26-96

START ___ STOP ___

START ___ STOP ___

START ___ STOP ___

Arrive @ MBB
6-5-96

START ___ STOP ___

### NURSE'S SIGNATURE, TITLE AND INITIALS

Robin Thurston LPN T
Ce Calista Chulenk
FLORENCE DEMOSTHENES, RN
Dr. Sherman-Jolly

ALLERGIES: NKA   DIET: Soft 2000 cal Reg

DIAGNOSES: 1 m S. Herpes, Depression

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12'H 3 | Lima | 6 | 96 | MBDS |

MEDICATION RECORD

264

9-10-63

DATE:

## MEDICATION SHEET ADMINISTRATION RECORD

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 800mg po Bid x 30d
START 6/21/96    STOP 7/20/96

Flexeril 10mg po Bid x 30d
START 6/21/96    STOP 7/20/96

Midrin ii tabs po Bid x 30d PRN
START 6/21/96    STOP 7/20/96

Zoloft 50mg po Bid till 7/26/96
START 6/21/96    STOP 7/26/96

Blue Ice qd x 10days
START 7-15-96    STOP 7-27-96

START    STOP

START    STOP

START    STOP

START    STOP

INFORMED Dr
CONSENT SIGNED

START    STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

Dr. O'Connor Martin
PS - Drulessa
Ortho H          Motrin Rx

C Calist Chulum RN
C C Chambers RN
BAN Linda RN

FLORENCE DEMOSTHENES, RN
NBB

Sherman Jollyon

ALLERGIES NKA        DIET Soft

DIAGNOSES Psych - HA - S/P Rt Rizomatic Och 7X

| PATIENT'S NAME | RCCM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12 'H3 | O'Connor / Martin | 7 | 96 | NBB |

MEDICATION RECORD

265

DATE: 7/1/96

| MEDICATION ORDERS | | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MEDICATION SHEET ADMINISTRATION RECORD**

Motrin 800mg
po BID
x 30 days
START 7/23 STOP 8/23

Midrin II Tabs
po BID prn
x 15 days
START 7/23 STOP 8/6

Flexaril 10mg
po BID x 30
days
START 7/23 STOP 8/23

Zoloft 50mg po
BID till 7/26/96
START 6/2/96 STOP 7/26/96

Blue Ice qd x 10d
7/15/96
START 7/15/96 STOP 7/24/96

Zoloft 50mg po
Bid till 8/31/96
START 7-26-96 STOP 8-31-96

START STOP

START STOP

START STOP

INFORMED
CONSENT SIGNED

START STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

| ALLERGIES | ø | DIET |
|---|---|---|
| DIAGNOSES | | |

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks-White | 12H3 | Davis | 7 | 96 | NBO 266 |

**MEDICATION RECORD**



## MEDICAL SHEET ADMINISTRATION RECORD

### MEDICATION ORDERS

| HR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|

**MOTRIN 800mg.**
P.O. BID X 30 days
START 7-23-96  STOP 8-23-96

**MIDRIN 2 TABS**
P.O. BID PRN
X 15 days
START 7/23/96  STOP 8/6/96

**FLEXARIL 10mg.**
P.O. BID X 30 days
START 7/23/96  STOP 8/23/96

**ZOLOFT 50mg.**
P.O. BID
till 8/31/96
START 7-26-96  STOP 8/31/96

**Midrin tabs 2 po**
Bid PRN X 30 days
START 8/17/96  STOP 9/16/96

**8/27/96 Zoloft 50mg**
CC PO. BID
till 10/4/96
START 8/27  STOP 10/4

**Flexeril 10mg po Bid**
X 14 days
START 8-30-96  STOP 9-12-96

**Motrin 800mg po Bid**
X 14 days
START 8-30-96  STOP 9-12-96

START   STOP

START   STOP

INFORMED
CONSENT SIGNED
START   STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

CC (Calister Chukun) Evelyn Espinoza RN EE
CC Chambry RN
Ella Alcena HN
FLORENCE DEMOSTHENES, RN NBB

ALLERGIES NKA
DIAGNOSES P311CR - Lo Back Pain, H/A, Lo Saw Fx.
DIET SOFT

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12'H3 | Dr. Davis | AUG | 1996 | NBB |

MEDICATION RECORD

267

BS 93 14 5 83 D. C. 8/29/96

DATE: 08/29/96

MEDICAT[ION] SHEET ADMINISTRATION RECORD

| MEDICATION ORDERS | HR | 1–31 |
|---|---|---|
| 08/29/96 Flexeril 10 mg PO BID x 14 days | A / P | Recopied |
| | START / /96 | STOP / /96 |
| EE 08/29/96 Motrin 800 mg PO BID x 14 days | A / P | Recopied |
| | START / /96 | STOP / /96 |
| | | |
| | START | STOP |
| | | |
| | START | STOP |
| | | |
| | START | STOP |
| | | |
| | START | STOP |
| | | |
| | START | STOP |
| | | |
| | START | STOP |
| | | |
| | START | STOP |
| | | |
| | START | STOP |

NURSE'S SIGNATURE, TITLE AND INITIALS

Evelyn Espinoza Rn EE

ALLERGIES NKA

DIET Reg

DIAGNOSES Dental

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 12' H3 | Glenn Pearson | 08 | 96 | NBDC. |

268

MEDICATION RECORD

9/10/63

## MEDICATION ADMINISTRATION RECORD

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

9/9 Flexeril 10mg
& PO. BID
x 14 days

A ... recamed ... 2
P ... on
START 9/19   STOP 10/4

9/19 Motrin 800mg
PO BID
x 14 days

A ... 2
P ... on
START 9/19   STOP 10/4

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

### NURSE'S SIGNATURE, TITLE AND INITIALS

CC Chambers RN

PS P Schneer

Dr Richardson

ALLERGIES NKA
DIAGNOSES Tooth pain
DIET Reg

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | L2243 | Pearson | 9 | 96 | NBDC |

269

MEDICATION RECORD

DATE: 08/29/96

## MEDICATION ORDERS

## MEDICATION SHEET ADMINISTRATION RECORD

| | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

08/29/96 EE

Flexeril 10 mg PO BID x 14 d

START / / 96    STOP / / 96

08/29/96 EE

Motrin 800 mg PO BID x 14 d

START / / 96    STOP / / 96

**NURSE'S SIGNATURE, TITLE AND INITIALS**

Evelyn Espinoza Rn   EE

ALLERGIES NKA   DIET Reg

DIAGNOSES Dental

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks William | 12' H³ | Dr. Glenn Pearson | 09 | 96 | NBDC |

**MEDICATION RECORD**

270

9-10-63



MEDICATION SHEET ADMINISTRATION RECORD

| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Midrin Tabs ii
po Bid P.R.N
x 30 days
START 8/17/96  STOP 9/16/96

8/27  Zoloft 50mg
po, BID
till 10/4/96
START 8/27  STOP 10/4

Flexeril 10mg po
Bid x 14 days
START 8.30.96  STOP 9.12.96

Motrin 800mg po Bid
x 14 days
START 8.30.96  STOP 9.12.96

Flexeril 10mg po
Bid x 14 days
START 9.19.96  STOP 10.4.96

Motrin 800mg po
Bid x 14 days
START 9.19.96  STOP 10.4.96

Ocean Nasal spray
ii spray each nostril
BID x 30days
START 9.21.96  STOP 10.20.96

Zoloft 50mg po bid
till 10/26/96
START 9.23.96  STOP 10.26.96

START    STOP

START    STOP

INFORMED _____
CONSENT SIGNED

START    STOP

NURSE'S SIGNATURE, TITLE AND INITIALS

CC C Chambers RN.      CC C ali8/3 Chukat
_____ LPN   TJ  -        V. Nichols, RN - VM

ALLERGIES NKA                DIET Loft
DIAGNOSES Psych - R/O Back Pain

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12'H2 | Clark | 9 | 96 | NBB |

MEDICATION RECORD

Ocean Nasal Spray,
Sprays each nostril
BID x 30 days

| | | |
|---|---|---|
| START 9-21-96 | STOP 10-21-96 | |

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

START _____ STOP _____

**NURSES SIGNATURE, TITLE AND INITIALS**

K Gonner, LVN

ALLERGIES NKA          DIET Regular

DIAGNOSES

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12'H #3 | O'CONNOR, P.A. | 9 | 96 | N3B |

MEDICATION RECORD

272

DATE
BCDC 14533          DOB 9-11-63

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S SIGNATURE    INITIAL

g Taylor Ln

INITIAL

NURSE'S SIGNATURE

STOP DATE  8/4
8/9

Seroquel Tab
PO TID + SD

aka
Quetiapine Fumor
Seroquel -

M T B
Nicks Jam.

PHYSICIAN
PHONE NO.

ROOM NO. 762

PATIENT NO. BS9717 076

SECTION

273

| STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

9/9/63

Amoxicillin 500 mg po —
Two X100

NKA
Dental
Pearson
Bony
Hicks, william

Section 7B2
Physician Phone No.
Room No.
Patient No. BS99417076

NURSE'S SIGNATURE   INITIAL   NURSE'S SIGNATURE   INITIAL

J Taylor RN
C Branson

Case MEDICATION ORDERS Document 217  Entered on FLSD Docket 01/13/2006  Page 284 of 772

# MEDICATION ORDERS

# MEDICATION SHEET ADMINISTRATION RECORD

| HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Tylenol 2 Tabs pO
tid prn X 5d
Dr 10P 7/29/97

START 7/30/97   STOP 8/3/97

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

START   STOP

**NURSE'S SIGNATURE, TITLE AND INITIALS**

Dr. Della Richardson

ALLERGIES NKA
DIET Reg
DIAGNOSES VBI°, HA

| PATIENT'S NAME | ROOM NO. | PHYSICIAN NAME | Cur. Mth. | Year | FACILITY |
|---|---|---|---|---|---|
| Hicks, William | 12'44 | per protocol | 7 | 97 | NBB |

MEDICATION RECORD

277

| STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14 | R |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | N |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Motrin 600mg po t.i.d
prn X 30 d c/o inf

NKA
Med General
Murphy PA
279
G. Alex William

| SECTION | PHYSICIAN PHONE NO. | ROOM NO. | PATIENT NO. |
|---|---|---|---|
|  |  | 1B 25 | BS971 7076 |

NURSE'S SIGNATURE
M George RN
M. Cono rn
wih green

INITIAL

9/19/63 9/97

| Medication | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Re-written) Motrin 600 mg P.O. T.I.D PRN X 600 9/26 | 10/26/97 | | | | | | | | | PRN | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | |
|---|---|
| NKA | |
| Pain | |
| 281 Mizrahy | PHYSICIAN PHONE NO. |
| BMJ | SECTION: 782 · ROOM NO. |
| Hicks, William | PATIENT NO.: B8971 7076 |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| E-W... [illegible] | EW | G Taylor LPN | G |
| [illegible] LPN | [illegible] | M. [illegible] (?N) | mc |

14-63 9-24-9

| Medication | STOP DATE | HOUR | 1–30 |
|---|---|---|---|
| Ocean Spray (nasal) ii spray each nostril BID x14d | 10/3 | A, P | Given (days 10–15); initials on days 25–28 |
| Continue Motrin 600mg po TID prn x30d only | 10/21 | P, R, N | initials on days 25–29 |

NKA

Nasal Ex

Mizrahy

MJB

Hicks, William

| PHYSICIAN PHONE NO. | |
|---|---|
| SECTION | |
| ROOM NO. | 7D22 |
| PATIENT NO. | BS971707 6 |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| N George RN, V Wright | MJ | Q Taylor LPN, L Kosdra | Q, LK |

283

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERSEDE PHYSICIAN...

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg PO tid x60 (PRN) | 8-21 | A P | | | | | | | | | | | | | | | | | X | | | | | | | | | | | | | | |
| Tegretol 100mg PO tid DC'd 8-00 | 8-18 9-9 | A P | | | | | | | | | | | | | | | | | X | | | | | | | | | | | | | | |
| Midrin 画 PO Bid x 3wks | 8-18 9-9 | A P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Diet: Reg

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| PHYSICIAN PHONE NO. | 9-19-63 |
|---|---|
| ROOM NO. | 1732 |
| PATIENT NO. | B597170716 |

| | | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | h day ch | | La |
| SECTION | Anderson | | OM |
| | Hengton | | |

| | NURSE'S SIGNATURE | INITIAL |
|---|---|---|
| | J Taylor La | 91 |
| | D Banton | C3 |
| | M Queano ver | nc |

NEA
Back pain
Murphy
Barry
Meds William

285

DOB 9/19/63

| | HOUR | STOP DATE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Cexili IDng PO TID
2N x 3 wks
18(9749

OPEN

316-3 RB BID PEN X
18916

OPEN

Nurse's Signature / Initial

V Wrigler LPN

NKA
Chronic HA, TMJ
Dr. Wecher
MTB
Chickeo Williams

SECTION

ROOM NO. 782
PATIENT NO. BS9747976

287

Month/Year 10/97

Name: J M J * 9/19/63

| START DATE | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cean Spray BID PRN X 14 dys
TO Nostrils
START DATE 9/20 STOP DATE 10/3/97

____baxin 500 mg PO TID PRN
X 10 dys ____ 1 refill
START DATE 9/20 STOP DATE 10/7/93

N/KA

Pain — Mizrahy

Hicks William    ID BS97170b  WING ___

ENTATION CODES =
continued Order          R - Refused        S - Self Administered
se Omitted               C - Court          NS - No Show
cal Hold                 LD - Lock Down      O - Other

NURSE'S SIGNATURE

INITIAL

NURSE'S SIGNATURE
MARY ABRAMS, LPN
MAIN JAIL BUREAU

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

B3597170 76

DOB 9/9/63

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Robaxin 500mg po TID
PRN x 10d ? Ref

Motrin 800mg po BID PRN
x 30d ? Ref

NKA

Dr Benziun

MBS

Hicks Williams

291

NURSE'S SIGNATURE    INITIAL
Roxanne Harter, RN
Main Jail Bureau

NURSE'S SIGNATURE    INITIAL

ROOM NO. 7B25

PATIENT NO. B3597170 76



9/19/63

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

otrin 600 mg po TID

RM X 30 days

x Baclofen

obaxin 500 mg po HS X

awli 100 mg po pm X
30 days  11/6

FORMED CONSENT OBTAINED

"FORMED CONSENT

Reg diet

NKA

s Facial Fxs

Dr weeker

Bm J

Hicks William

| | SECTION | | ROOM NO. | 7 D3 |
|---|---|---|---|---|
| PHYSICIAN PHONE NO. | | | | |
| PATIENT NO. | | | | BS971876 |

195

| STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

19-63

1/8-97

Motrin 800 mg PO BID prn 11/22
X 2 wks.

Motrin Gtab PO TID 11/22
X2 wks prn

Robaxin 500 mg tabs 11/22
X 2 wks

Elavil 10 mg PO QD prn
X2 wks

12
6

NURSE'S SIGNATURE / INITIAL

M. Jensen / MJ
R.B. [illegible] / AB
R. Dula / RD

P. Taylor / PT
M. Cena / MC
J. Taylor / JT

PHYSICIAN PHONE NO.

ROOM NO.    7021

SECTION

PATIENT NO.   DS977/1076

ХСDA
#A
Chatfield
MQB
Hikes William

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **STOP DATE** | **HOUR** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

9/19/63

12/97

Midrin c̄ p.o. T̃ĨŌ prn × 300   1/27/98   12/22

Midrin 100 g p.o. prn × 300   1/4/98

Robaxin 500 mg p.o. T̃ĨŌ prn × 40   1/6/98   12/27

**NURSE'S SIGNATURE / INITIAL**

NKA
Pan

Mizrahy

BMT

Hicks, williams

PHYSICIAN PHONE NO.

SECTION

ROOM NO.

PATIENT NO. B89417078

692

Month/Year 12/97

| y Name | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

INFORMED CONSENT

NKA

Reg. dept

Hicks William     ID BSO17076   WING FDA

301

NTATION CODES =
ntinued Order
Omitted
al Hold

R - Refused
C - Court
LD - Lock Down

S - Self Administered
NS - No Show
O - Other

Month/Year 11/97

NURSE'S SIGNATURE

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

INITIAL

NURSE'S SIGNATURE

Entex LA Tabt po B/D x 7dg

START DATE 11/96    STOP DATE 12/10

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

START DATE    STOP DATE

NKDA

William    ID RS971707b

MENTATION CODES =

Discontinued Order    R - Refused    S - Self Administered
                      C - Court      NS - No Show
ose Omitted           LD - Lock Down  O - Other
dical Hold

303

DOB 7-18-63

| MEDICATION | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S SIGNATURE / INITIAL

PHYSICIAN PHONE NO.

SECTION

ROOM NO. 702

PATIENT NO. 156971 70 76

Hicks, William

305

Month/Year _____

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Facility Name _____ / ____

Nalgesic/balm BID X
____ days    START DATE 12-12-00   STOP DATE 12-16-00   ____ MD

START DATE _____   STOP DATE _____

START DATE _____   STOP DATE _____

START DATE _____   STOP DATE _____

START DATE _____   STOP DATE _____

NURSE'S SIGNATURE    M. Duncan LPN    INITIAL    MD

NURSE'S SIGNATURE _____    INITIAL _____

DGY    NKA    D.O.B  9-19-63
SIS    Pain    Dist. Regular    ___
IT    Hicks, Williams    ID  BS97790    WING _____

MENTATION CODES =
scontinued Order              S - Self Administered
ose Omitted    R - Refused    NS - No Show
dical Hold    C - Court    O - Other
LD - Lock Down

307

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

Month/Year 12/17

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
|      |   |   |   |   |   |   |   |   |   |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |    |

START DATE  STOP DATE

START DATE  STOP DATE

START DATE  STOP DATE

START DATE  STOP DATE

START DATE  STOP DATE

NURSE'S SIGNATURE

P. Youngson

INITIAL  PY

NURSE'S SIGNATURE

INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

ity Name  ~ / 10/15  BS9 11/10/18

Y  OKA

is  Back pain

Hicks William  ID BS9770716  WING 7A/

309

ENTATION CODES =
continued Order
se Omitted
cal Hold

R - Refused
C - Court
LD - Lock Down

S - Self Administered
NS - No Show
O - Other



Facility Name _____ M J _____    9/9/63    Month/Year 1/98

Facility Name ___ MB    BS971706

Month/Year ___ 9/19/63

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

START DATE

STOP DATE

NURSE'S SIGNATURE    P Young rn

INITIAL    PY

NURSE'S SIGNATURE

INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

NKA

Headaches

Hicks William    ID BS971706  WING MA1

ENTATION CODES =
Continued Order    R - Refused    S - Self Administered
omitted    C - Court    NS - No Show
    LD - Lock Down    O - Other

313



Facility Name _____ BS9117076

Month/Year 4|18|03

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

MOTRIN TL PO TID PRN 30 DAYS
START DATE 1/10/03   STOP DATE 2/6/03

ROBAXIN 500 MG PO TID X30 DAYS PRN
START DATE 1/10/03   STOP DATE 2/10/03

TYLENOL 2 TABS PO TID X30 DAYS PRN
START DATE 1/10/03   STOP DATE 2/10/03

START DATE _____ STOP DATE

START DATE _____ STOP DATE

START DATE _____ STOP DATE

NURSE'S SIGNATURE    INITIAL
D. Youngblood    PY

NURSE'S SIGNATURE    INITIAL
J Taylor    JT

DX: N/A
IS: Headaches
Hicks William   ID BS9117076   WING 7A1

NOTATION CODES =
Continued Order
Re-admitted
R - Refused
C - Court
LD - Lock Down
S - Self Administered
NS - No Show
O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS



INITIAL

NURSE'S SIGNATURE

INITIAL

NURSE'S SIGNATURE

Robaxin 500 5 P.O.
T.I.D & 300 PRN - 1/6

Motrin 600 P.O.
T.I.D & 300 PRN - 1/6

Tylenol ii Tabs P.O.
T.I.D & 300 PRN - 1/6

INFORMED CONSENT

NKA

Headache

Denizion

BMJ

317  HICKS, william

| SECTION | ROOM NO. |
|---|---|
| 7A-1 | |
| | PATIENT NO. |
| PHYSICIAN PHONE NO. | BS99170F6 |

Month/Year 2/98

y Name _ J M J _ 9/19/63

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

baxin 500 mg po TID X30d
PRN
START DATE 1/6   STOP DATE 2/6/98

otin ii po TID X 30d PRN
START DATE   STOP DATE

lenol ii tabs po TID X30d
PRN
START DATE 1/6   STOP DATE 2/6/98

START DATE   STOP DATE

uil 100 mg po pm X 30 d
START DATE   STOP DATE 2/15

START DATE   STOP DATE

START DATE   STOP DATE

**INFORMED CONSENT**

START DATE   STOP DATE

NKA                    Reg diet

Headaches / Psych

Hicks   William   ID Bsq977076   WING 4A1

ENTATION CODES =
ontinued Order        R - Refused          S - Self Administered
e Omitted             C - Court            NS - No Show
al Hold               LD - Lock Down       O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

NURSE'S SIGNATURE         INITIAL

NURSE'S SIGNATURE         INITIAL

J Taylor LPN        JT

PO YGYRRPP           N

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

"OBTAINED"

STOP DATE

nril 100 mg gr PM    1/5 3/5   PM

30 d

oxil 500 mg po TID X30d   3/5   #
RN   9/5   /78   #/8

drm ii tabs po TID X30d  3/5   #
PRN   2/5   /78   #/8

lsibl ii tabs po TID PRN  3/5   #
30 d/p   9/5   /78   #/8

323

NCt   Diet. Reg
Psych   DOB: 9.19.63
Lima   PHYSICIAN
        PHONE NO.   1585
Manny Paul   SECTION   ROOM NO.   341   PAT
Ticky William   PATIENT NO.   1597 7076

| INITIAL | NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE |
|---|---|---|---|
| | g 1897 RN | | g 1 Cay gr VR |
| | g 8h A-LPN | | |
| | 100 Hz | | 81 |

me ⌐ N. Konrad

Month/Year ~148

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Risperdal 1 mg Po tid X 30 days | A | | | | | | | | | | | | | | | X | X | | | | | | | | | | | | | |
| @ 1645  START DATE 2-16-48  STOP DATE 3-16-48 | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE  STOP DATE | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| within 1mg Po BID X 30 d  START DATE 3/16  STOP DATE | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE  STOP DATE | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| within 300 mg Po + 1D  START DATE 3/2  STOP DATE 3/2 | A P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | NURSE'S SIGNATURE | INITIAL |
| | | | INF | 28m col A DA | INITIAL |
| CONSENT SIGNED | | | 9-19-63 | |
| ID | BS497 17076 | WING | 12² H 4 | |

NURSE'S SIGNATURE
_____ A Maurison RN
V. Meikle, RN
_____ lu
_____ RN

BY  N/K A

SIS  32 Psych





MEDICATION ADM. RECORD

DATE: 3-3-98

MED. ORDERS

Tylenol 2 tabs
P.O. T.I.D
X 90 d

Midrin 2 tabs
P.O. T.I.d
X 90 d

Elavil 175mg

Elavil 175mg
P.O. QHS
X 2 WKS    then

Elavil 200mg
P.O. QHS
X 90 d

NURSE'S SIGN./TITLE/INITIAL

ALLERGIES

NKA

PATIENT'S NAME: Hicks, Williams

ROOM # AND FAC.: NBB

PHYSICIAN NAME: O'Connor

CUR.MTH 3  YEAR

Diet-Reg
Pain

WANDA BIRCHETTE, RN
NBB



## MEDICATION ADM. RECORD

**DATE: 3-24-98**

**MED. ORDERS**

Midrin 4i tabs
P.O. tid x 90days

3/24/98  1420 set

**HR** — START: 3-25-98   STOP: 6-25-98

**NURSE'S SIGN./TITLE/INTIAL**

S Thomas HCR1 Sr st
8AM Leela PM
Brenda Graefere LPN PM

**ALLERGIES:**

NKA.

| PATIENT'S NAME | ROOM # AND  FAC. | PHYSICIAN NAME | CUR.MTH | YEAR |
|---|---|---|---|---|
| Hicks, William | BS97170216  1H4 | Cadey | March 98 | 280 cell ABF |

**NORTH BROWARD BUREAU** BS9717076

Facility Name _____

Month/Year 3/28/98

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Li₂Co₃ 300mg po ti.d X30d
START DATE 3-28-98 STOP DATE 4-26-98

START DATE 3-3-98 STOP DATE 3-3-98

Motrin ₄ caps po ti.d X30d
START DATE 3-24-98 STOP DATE 6-23-98

START DATE 3-27-98 STOP DATE 4-25-98

STOP DATE

STOP DATE

STOP DATE

STOP DATE

ID BSG717076   WING 6/1/98

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | Queley~PATRICIA VICKERY, RN | |

NBB

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

DEVIATION CODES =
R - Refused          S - Self Administered
C - Court            NS - No Show
LD - Lock Down        O - Other

DATE: 3-27-98

## MEDICATION ADM. RECORD

| MED. ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ELAVIL 225mg
PO QHS X 30 DAYS
#3-27-98

HS — START: 3-27-98   STOP: 3-26-98

Li₂CO₃ - 300mg
PO TID X 30 DAYS

#3-27-98 — START: 3-28-98   STOP: 3-27-98

Tylenol 2 tabs po
TID X 90 day
ord 3/3/98   Dec 3/27

START: 3·3·98   STOP: 6·2·98

Midrin # Caps
PO TID X 90 dy.
3/24/98   Dec 3/27/9

START: 3·24·98   STOP: 6·23·98

HR   START:   STOP:

D/C ELAVIL OR PAXS

START:   STOP:

| NURSE'S SIGN./TITLE/INTIAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alfred Zweig, RN NBB | | | | | | | | | | | | |
| | | 1 3 | 1 4 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| Mae Brown, LPN NBB | | 2 5 | 2 6 | 27 | 28 | 29 | 30 | 31 | | | | |

ALLERGIES: MKA

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR.MTH | YEAR |
|---|---|---|---|---|
| HICKS, WILLIAM | 144   BBBiED | PERFiLEO | 3 | 98 |

335

DATE:

## MEDICATION ADM. RECORD

| MED. ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Lithium CO₃ 300mg
PO Tid x 30d
4/10/98 cc

HR  START: 4·1·98    STOP: 5-10-98

Elavil 225mg
PO qhs x 30d
4/10/98 cc

HR  START: 4·10·98    STOP: 5-10-98

Tylenol 2 tabs po
Tid x 90d
Rec 4/10/98

HR  START: 3-3·98    STOP: 6·2·98

Midrin II caps po
tid x 90d
Rec 4/10/98

HR  START: 3-24·98    STOP: 6·23·98

HR  START:    STOP:

START:    STOP:

| NURSE'S SIGN./TITLE/INTIAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|

|  | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|

ALLERGIES:

N K A

|  | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR.MTH | YEAR |
|---|---|---|---|---|

HICKS William 12/44  Dr perghs  4/98

## MEDICATION ADM. RECORD

| DATE: | | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MED. ORDERS**

MAALOX 30cc
PO TID/PRN
DYSDEPSIA x 30D

HR START:                STOP:

LITHIUM 300mg
PO TID
x 30 DAYS

HR START:                STOP:

ELAVIL 225 mg
PO QHS
x 30 DAYS

HR START:                STOP:

HR START:                STOP:

HR START:                STOP:

START:                STOP:

**NURSE'S SIGN./TITLE/INTIAL**

C. Swanson, CPRN

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|

| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|

**ALLERGIES:**

NKA

| 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR.MTH | YEAR |
|---|---|---|---|---|
| HICKS, WILLIAM | 1 H4 | PORFILIO | | |

339

# MEDICATION ADM. RECORD

| DATE: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MED. ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**MED. ORDERS:**

LiCO3 300 mg PO TID x 30 Days

HR START: 5/1/88   STOP: 6/31

Elavil 225 mg PO qhs x 30 Days

HR START: 5/1/88   STOP: 5/31/98

Tylenol # tab PO TID x 90 Days

HR START: 3-3-98   STOP: 6-2-98

Midrin # tabs PO TID x 90 Days

HR START: 3-3-98   STOP: 6-2-98

Maalox 30cc PO tid x 30 days

HR START: 5-1-98   STOP: 5-30-98

rel 6/9/98 OK 6/9/98

START: 5/1/98   STOP: 5/31/98

| NURSE'S SIGN./TITLE/INTIAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Quartana RN - as
R. Jones
Reatha Allen CNA
Susan Anderson RN

| ALLERGIES: NKA | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | |
|---|---|---|---|---|---|---|---|---|---|

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR.MTH | YEAR |
|---|---|---|---|---|

Informed Consent signed   Hx Psych
BS9717076  9/19/63
Hicks William  12,14   Perfilio   5/98

INFORMED CONSENT SIGNED SN

341

## MEDICATION ADM. RECORD

DATE: 5-15-98

| MED. ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 2 tabs po tid x 90d | A N P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HR | START: 3-3-98 | | | | | | | STOP: 6/3/98 | | | | | | | | | | | | | | | | | | | | | | |
| Midrin ii caps po tid x 90d | A N P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HR | START: 3-3-98 | | | | | | | STOP: 6-3-98 | | | | | | | | | | | | | | | | | | | | | | |
| Lithium 300mg PO Tid x 30days | A N P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HR | START: 6/2/98 | | | | | | | STOP: 7/1 | | | | | | | | | | | | | | | | | | | | | | |
| Elanel 225mg PO QHS | QHS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HR | START: 6/2/98 | | | | | | | STOP: 7/1 | | | | | | | | | | | | | | | | | | | | | | |
| Maalox 30cc PO Tid PRN x 30days | P P N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | HR | START: 6/2/98 | | | | | | | STOP: 7/1 | | | | | | | | | | | | | | | | | | | | | | |
| | | START: | | | | | | | STOP: | | | | | | | | | | | | | | | | | | | | | | |

| NURSE'S SIGN./TITLE/INTIAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Della Richardson RN | | | | | | | | | | | | |
| Shanlynn LPN | | | | | | | | | | | | |

| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| ALLERGIES: NKA | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| PATIENT'S NAME | ROOM # AND FAC. | PHYSICIAN NAME | CUR.MTH | YEAR | |
|---|---|---|---|---|---|
| Hicks William FL971707b DOB 9-19-63 | 12H4 NBB | Perfilio O'Connor | 6 | 98 | |

WANDA BIRCHETTE, RN
NBB

INFORMED CONSENT SIGNED

RX# 679795 CG 147 02/29/96 SRS
PROPOXY-N/APAP 100-650 TA.

CONTRACT PHARMACY SERVICES • 124 Turnpike St., Suite 4 • W. Bridgewater, MA 02324 • 508-586-3350

HICKS, WILLIAM 121H4 9514533BS
RX 679795      CG      QT  12
2 TABS ORALLY THREE TIMES A
DAY  X 7 DAYS

START 02/29/96   STOP 03/06/96
PROPOXY-N/APAP 100-650 TAB    LEM
DARVOCET-N 100  CHATFIELD,

| | Patient |
| | No. |
| | Room |

# INDIVIDUAL
# NARCOTIC RECORD

Ordered by Physician: Chatfield

Date Received: 2129 96 C.      Quantity Received: 30

| | Date | Time | Dose | Oral or other | Adm. By Nurse-Sign. | Amount Remaining | Balance Checked by | Balance Checked by | Date | Balance Counted |
|---|------|------|------|---------------|---------------------|------------------|--------------------|--------------------|------|-----------------|
| 30 | 3/13 | A | | PO | Butt | 29 | | | | |
| 29 | 3/13 | N | PO | | Butt | 28 | | | | |
| 28 | 3/14 | A | | PO | Butt | 27 | | | | |
| 27 | 3/14 | N | | PO | Butt | 26 | | | | |
| 26 | 3/14 | ÷ | Wasted | | O'Clen | 25 | | | | |
| 25 | 3/14 | P | | | O'Clen | 24 | | | | |
| 24 | 3/15 | P | 2 | PO | O'Clen | 23 | | | | |
| 23 | 3/16 | A | ÷ | PO | Hohnen | 22 | | | | |
| 22 | 3/16 | PN | ÷ | PO | Hohnen LPN | 21 | | | | |
| 21 | 3/16 | P | ÷ | PO | Hohc | 20 | | | | |
| 20 | 3/18 | A | ÷ | PO | Hohnen | 19 | | | | |
| 19 | 3/18 | P | ÷ | PO | Hohnen LPN | 18 | | | | |
| 18 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 1 | | | | | | | | | | |

## DISPOSITION OF UNUSED DRUG

Date of Discontinuance _____ Amount Remaining _____

Disposition _____

Date of Disposition _____

Authorized Signature _____

345

# E.M.S.A./B.S.O.
## LABORATORY REPORTS DISPLAY SHEET

ATTACH LAST REPORT WITH TOP AT THIS LINE!

ATTACH NEXT TO LAST REPORT WITH TOP SUCCEEDING ONES ON RIGHT LINE!

| | | SEROLOGY SYPHILIS | (DO NOT WRITE HERE) |
|---|---|---|---|
| | | HRS Form 552, Dec 88 | Provider No. 302805 |
| EPSDT ☐ | Family Planning 1st or Ann. Visit ☐ | (Replaces Feb 87 edition) | |
| Medicare No. | | Date Collected 8-15-95 | Date Reported |
| Social Security No. | Medicaid No. | SPECIMEN | Test Requested |
| Patient's Name, Last, First, Middle HICKS, William | Other Health Insurance | Blood ☐ | sy Syphilis ☒ s Serology ☐ |
| Street and Number | | Syphilis susp. ☐ | Prenatal Profile |
| Town | State | Zip Code | CSF ☐ | Rh ☐ Other ☐ |
| Date of Birth 4-11-63 | Race W | Sex M | Program Component BS951453 | PROCEDURE CODE | Syphilis Test Results |
| SEND REPORT TO: Provider No. Dr. | Hospital ☐ Inpatient ☐ Outpatient | ☐ 86592 STS RULE ☐ 86593 STS QUANT ☐ 86650 FTA ☐ 86662 Microhemagg. ☐ 86060 ABO-Typing ☐ 86160 FEC(Compl) ☐ 86095 Rho/Du ☐ 86016 Antibody Screen | SYPHILIS SEROLOGY NONREACTIVE |
| Address | | | |
| City | State | Zip Code | M.D. INITIAL | Rh positive ☐ Date Rh No. |

STATE OF FLORIDA ● DEPT. OF HEALTH AND REHABILITATIVE SERVICES
OFFICE OF LABORATORY SERVICES

CB

PATIENT'S IDENTIFICATION (Name-Last, First, Middle;Race/Sex;Number)
BSO

Hicks, William   W/M   BS 9514533                346

PATIENT

ADDRESS  BS951453    AGE  31    SEX  M

HEIGHT  6'1"  WEIGHT  190

TELEPHONE NO. _____  BUILD { LINEAR _____
INTERMEDIATE _____
LATERAL _____

OCCUPATION _____  BLOOD PRESSURE _____

DOCTOR(S)  MARTIN

HISTORY _____

MEDICATION  Psych med

PATIENT POS. _____  P WAVES _____

AURIC. RATE _____  T WAVES _____

VENT. RATE _____  S-T SEGMENT _____

P-R INTERVAL _____  RHYTHM _____

QRS INTERVAL _____  ELEC. AXIS _____

Q-T INTERVAL _____  ELEC. POSITION _____

☑ OK TO FILE
M.D. INITIAL

☐ PULL CHART
FOLLOW UP

☐ NO FURTHER ACTION
M.D. INITIAL _____  DATE _____

DATE  5-16-98
MANUELA F. DECESPEDES, M.D.
S.F.R.C.

MERA MEDICAL DIAGNOSTICS ECG ANALYSIS REPORT

# HICKS, WILLIAM #BS951453
DR. MARTIN
18782:BMSA-NORTH BROWARD DETENTION CENTER
MALE    31 YRS   6' 1"  190 LBS    BP: NORMAL
CLINICAL: PHYS. EXAM,                MEDS: UNKNOWN/OTHER,

----------------------------------------

RATE AND RATE RANGE  INTERVALS:   P R    QRS    QTC    QRS AXIS
58/MIN   55- 59           .10 SEC .10 SEC .41 SEC   15 DEG.

2140   RATE UNDER 60              SINUS BRADYCARDIA
5003   ST ELEVATION, R-T VARIANT     EARLY REPOLARIZATION
         REPORT MUST BE CORRELATED WITH CLINICAL DATA BY A PHYSICIAN

AUTOMATED ECG VERSION MINIGRAM.     A NORMAL TRACING FOR THIS AGE AND SEX.

347

## PRN MEDICATION NOTES

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|---|---|---|---|---|---|
| 5/1 | 10A | MA | Flexeril | Muscle | |
| 5/1 | 10A | MA | Midrin | Migraine | |
| 5/1 | P | 97 | Flexeril | muscle | |
| 5/1 | P | 97 | midrin | migraine | |
| 5/2 | 10A | MA | Flexeril | muscle | |
| 5/2 | 10A | MA | Midrin | migraine | |
| 5/2 | P | 97 | midrin | migraine | |
| 5/2 | P | 97 | Flexeril | muscle | |
| 5/4 | 8P | MA | midrin | migraine | |
| 5/4 | 8P | MA | Flexeril | muscle | |
| 5/5 | 1P | MA | Flexeril | muscle | |
| 5/5 | 1P | MA | Midrin | migraine | |
| 5/6 | 8A | MA | Flexeril | muscle | |
| 5/6 | 8A | MA | Midrin | migraine | |
| 5/6 | 1P | MA | Flexeril | muscle | |
| 5/6 | 8P | [illegible] | Flexeril / Midrin | pain | |
| 5/7 | 10A | MA | Flexeril | muscle | |
| 5/7 | 10A | MA | Midrin | migraine | |
| 5/7 | P | 97 | midrin / flexeril | migraine / pain | |
| 5/8 | 9A | MA | Midrin | migraine | |
| 5/8 | 9A | MA | Flexeril | muscle | |

PATIENT'S NAME

Medication Not Administered Due To:
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

## PRN MEDICATION NOTES

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|---|---|---|---|---|---|
| 5/8 | P | 97 | Flexeril | muscle | |
| 5/9 | P | 97 | midrin | pain | |
| 5/9 | 10A | MA | Midrin | migraine | |
| 5/9 | 10A | MA | Flexeril | muscle | |
| 5/9 | 130 | MR | Flexeril | muscle | |
| 5/9 | P | 97 | Flexeril | muscle | |
| 5/9 | P | 97 | midrin | migraine | |
| 5/10 | 9A | [illegible] | Flexeril / Midrin | pain | |
| 5/10 | 8P | [illegible] | Flexeril | pain | |
| 5/11 | A | 97 | Flexeril | pain | |
| 5/11 | P | 97 | midrin | migraine | |
| 5/12 | A | [illegible] | midrin / flexeril | migraine | |
| 5/12 | P | 97 | midrin / Flexeril | pain | |
| 5/13 | 9A | MA | Flexeril | muscle | |
| 5/13 | 9A | MA | Midrin | migraine | |
| 5/14 | 10A | MA | Midrin | migraine | |
| 5/14 | 10A | MA | Flexeril | muscle | |
| 5/14/06 | 1940 | KO | Midrin | C/O HA | |
| 5/15 | 11A | MA | Midrin | C/O pain | |
| 5/15 | 11A | MA | Flexeril | muscle | |
| 5/15 | 1P | MA | Flexeril | muscle | |
| 5/16 | 1P | MA | Midrin | migraine | |

PATIENT'S NAME

Medication Not Administered Due To:
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

## PRN MEDICATION NOTES

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|------|------|---------|------------|--------|--------|
| 5/15 | 10A | MR | Midrin | Migrane | |
| 5/15 | 10A | MR | Flexeril | muscle | |
| 5/19 | 7p | MR | flexeril / Midrin | migraine / muscle | |
| 5/19 | 7p | MR | Midrin | Migraine | |
| 5/19 | 7p | MR | Midrin | Migraine | |
| 5/20 | 9A | MR | Midrin | Migraine | |
| 5/20 | P | 91 | midrin / Flexeril | pain | |
| 5/21 | P | 91 | midrin | migrane | |
| 5/21 | P | 91 | Flexeril | muscle | |
| 5/21 | P | MR | Midrin | Migraine | |
| MR | 9A | MR | Flexeril | Muscle | |
| 5/22 | P | 91 | Flexeril | muscle | |
| 5/22 | P | 91 | midrin | migren | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PATIENT'S NAME

Medication Not Administered Due To:
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

EXHIBIT
Composite
1
11-13-01  SC

# EMSA CORRECTIONAL CARE

## NON-FORMULARY REQUEST FORM

NAME OF FACILITY: _MTB_

TELEPHONE NUMBER: _954·831·5859_    DATE: _8·23·97_

## NON-FORMULARY MEDICATION REQUEST

PATIENT NAME: _Hicks, William_        _BS9717076_

DRUG NAME: _flexeril_

DOSAGE SCHEDULE: _10 mg po TID PRN × 3 WKS_

JUSTIFICATION: _med nec_            _UKN_

_____

_____

_____


_J D Dr Vecker_ M.D.                 DR. WILLIAM T. HAECK
Signature of Prescriber                 MEDICAL DIRECTOR
                                    Signature of Reviewer

_____              _____
Date                                    Date


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Approved _____        Not Approved _____

                                Drug Recommended _____

12                                                350          4/93

EMSA CORRECTIONAL CARE

MEDICAL OBSERVATION SHEET
SEGREGATION / ISOLATION

Name: Hicks, William    ID#: B5957453 D.O.B. 9-10-63

| DATE | TIME | DESCRIBE CURRENT CONDITION: (Awake, Sleeping, Agitated, Talkative, Hostile, O.K., Happy, Depressed, Very Quiet, etc.) | ANY VERBAL HEALTH COMPLAINTS AS STATED BY INMATE | ANY SIGNIFICANT PHYSICAL FINDINGS | SIGNATURE |
|---|---|---|---|---|---|
| 7/3/96 | 5P | Took Medication skilled O.K. Quiet | none | none | |
| 7/5/96 | 5P | running in place talking on toothbrush as ordered O.K. | none | none | |
| 7/8/96 | 4P | standing up bunk, Quiet | Ø | Ø | |
| 7/10/96 | 5P | seating quietly on bunk D.K. | none | none | |
| 7/29/96 | 4P | standing at cell door, Quiet | Ø | Ø | |
| 7/15/96 | 4P | Quiet, calm | Ø | Ø | |
| 7/18/96 | 4P | standing up, quiet | Ø | Ø | |
| 7/2/96 | 5P | Quiet, at cell door | Ø | Ø | |
| 7/19/96 | 5P | Took Medication skilled P.M. Quiet | none | none | |
| 7/25/96 | 4:30P | standing up cell, door Quiet | Ø | Ø | |
| 7/24/96 | 4P | Quiet, at cell door, talkative | Ø | Ø | |
| | 5P | Took Medication skilled O.K. Quiet | — | — | |
| 7/26/06 | 5P | sitting up bunk, Quiet | none | none | |
| 7/31/96 | 4P | sitting up, Quiet | Ø | Ø | |
| 7/29/96 | 4P | lying on bunk, Quiet | Ø | Ø | |

351

## PRN MEDICATION NOTES

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|------|------|---------|------------|--------|--------|
| 5/18 | 10A | MR | Midrin | Migraine | |
| 5/18 | 10A | MR | Flexeril | muscle | |
| 5/18 | 7P | Mb | Flexeril/Midrin | migraine/muscle | |
| 5/19 | 7P | MR | Midrin | Migraine | |
| 5/19 | 7P | MR | Midrin | Migraine | |
| 5/20 | 9A | MR | Midrin | Migraine | |
| 5/20 | P | 97 | Midrin/Flexeril | Pain | |
| 5/21 | P | 97 | Midrin | migraine | |
| 5/21 | P | 97 | Flexeril | muscle | |
| 5/21 | P | MR | Midrin | Migraine | |
| MR 9A | P | MR | Flexeril | Muscle | |
| 5/22 | P | 97 | Flexeril | muscle | |
| 5/22 | P | 97 | midrin | migraine | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PATIENT'S NAME

Medication Not Administered Due To:
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

Medication Not Administered Due To:
1. Medication Refused By Inmate
2. Inmate Failed To Show At Cell Door
3. Inmate Not In Cell
4. Medication Out Of Stock
5. Security Lock Down

PATIENT'S NAME

| DATE | HOUR | Initial | MEDICATION | REASON | RESULT |
|------|------|---------|------------|--------|--------|
| | | | | | |

PRN MEDICATION NOTES

352

ADVANTAGE FILING SYSTEMS
FT. LAUDERDALE, FL
(954) 970-3333

# ADMISSIONS

CO0722A 10/94

POMPANO BEACH MEDICAL CENTER
600 SW THIRD STREET
POMPANO BEACH, FLORIDA 33060

☐ Checked CBS for existing account

| Patient Number | Room/Location | Admit Date | Admit Time | Admit Status | Type | FC | Smoke | Date Prev. Admit | Medical Records No. |
|---|---|---|---|---|---|---|---|---|---|
| NG96530907 | DS | | | PRE SDC | SDC | 07 | N | | N000016140 |

| Patient Name and Address | | S.S. Number | Maiden Name | Age | Date of Birth | Sex | Marital Status |
|---|---|---|---|---|---|---|---|
| HICK,WILLIAM | | 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 | | 33 | 09/10/63 | M | UNKNOWN |
| BRO CO JAIL | | Phone | Spouse's Name | Race | Dept. | Pre-Admit No. | Admit By |
| XXXXX,FL 33333 | | 954999999999 | | B | | | |

| Physician No. | Physician Name | Religion | Church | Source of Admission |
|---|---|---|---|---|
| 0728 | Gupta,Subhash | CATHOLIC | | PR |

| Patient's Employer | Phone | Spouse's Employer | Phone |
|---|---|---|---|
| UNKNOWN | | | |

| Next of Kin | Relation | Nature of Accident | | On J |
|---|---|---|---|---|
| | | Where | Date | Time |

| Guarantor Name and Address | | Relation | Guarantor Employer | | Phone |
|---|---|---|---|---|---|
| HICK,WILLIAM | | SA | UNKNOWN | | |
| BRO CO JAIL | 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 | | | | |
| XXXXX,FL 33333 | 954999999999 | | | | |

| Carrier | Name | Insured | Birth Mo/Day | Relation | Effective Date | Group No. | Cert. No. | Policy HIB | Benefit Code |
|---|---|---|---|---|---|---|---|---|---|
| N EMSA | EMSA | HICK,WILLIAM | 09/10 | SA | | XXX | 324661506 | | |

| Admission Diagnosis | Admission Orders |
|---|---|
| GASTRO | |

Comments

DAY SURGERY 11/6/96 DR GUPTA                    GAS

| Pre-Certification No. | DRG |
|---|---|
| 36931 | |

**Principal Diagnosis**                    Code
535.40
535.60

**Secondary Diagnosis/Complications/Adverse Drug Reactions**                    Code

**Principal Operation/Procedure**                    Code
45.16

**Secondary Operations/Procedures**                    Code
43239

| Discharge Date | Consult |
|---|---|

Discharge Time

I certify that the narrative descriptions of the principal and secondary diagnoses and the major procedures performed are accurate and complete to the best of my knowledge.

DISCHARGE DISPOSITION

☐ Home    ☐ AMA    ☐ Short Term Acute Hosp.    ☐ SNF
☐ Home Health Care Facility    ☐ Expired    ☐ Autopsy
☐ Home Health Care Service    ☐ ICF    ☐ Psych. Facility
☐ Rehab. Facility    ☐ Other _____

Signature of Attending Physician                    Date

**EMSA** CORRECTIONAL CARE

## MEDICAL INFORMATION TRANSFER FORM

### Confidential Medical Data

To: *Florida State Hospital* (Agency)

_____ (Address)

From:

_____ (Institution)

_____ (Address)

( ) _____ (Telephone)

Inmate's Name: *Hicks, William*

a/k/a: _____

D.O.B.: *9/10/63*    ID# *BS4514533*

Person Completing Form

Print Name: _____

Signature: *N. George RN*

Date: *4/1/97*

| MEDICAL PROBLEM(S) | TREATMENTS/MEDICATIONS |
|---|---|
| Hx Psych<br>Hx EtOH Abuse<br>Hx painful (R) Jaw | Zoloft 100 mg ⊙ po AM<br> x 30 days<br>Darvocet N 100mg 1 tab<br>PO 6° PRN x 30d<br>Flexeril 10 mg po q 8° prn<br>x 30d |

| | | |
|---|---|---|
| **Allergies:** *NKA* | **TB Skin Test:** NEG ⊙ POS   Date *3/7/95*<br>**CXR:** NEG POS   Date _____ | |
| **Pregnant:**   Yes  (No)  Unknown | **Test**      **Treated**   **Date**<br>RPR:   NEG  POS   Yes No   _____<br>VDRL:  NEG  POS   Yes No   _____<br>GC:    NEG  POS   Yes No   _____<br>Other: _____  Yes No   _____ | |
| **Other Lab Data:** | | |

353

7/94

UPPER ENDO

| NAME | AGE | SEX |
|------|-----|-----|

HICK, WILLIAM
N00956530907
GUPTA, SUBHASH
N000016140    33  M
S1306

HOSPITAL #            ROOM #

PHYSICIAN

TIME STARTED          TIME FINISHED

DATE  11-7-96    PROCEDURE  EGD/Bx

INDICATIONS FOR ENDOSCOPY:

PHYSICAL EXAM:

HEART:

LUNGS:

ABD:

MEDICATION: PRE OP          DURING PROCEDURE:

FINDINGS:

DIAGNOSTIC IMPRESSION:

ASSISTING NURSE          PROCEDURE BY

**Pompano Beach Medical Center**    11-7-96
GI STATION
WHITE - CHART    YELLOW - PHYSICIAN    PINK - G.I.

0913012  4/92

**354**

POMPANO BEACH MEDICAL CENTER
POMPANO BEACH, FL

PATIENT NAME:          HICKS, WILLIAM
ROOM NO.:
MR NUMBER:
ADMITTED:              11/07/96

DATE OF PROCEDURE:      11/07/96

NAME OF PROCEDURE:      Upper G.I. Endoscopy with Bsy

SURGEON:               Subhash Gupta, M.D.

ASSISTANT:             Diane Reid Thomas

ANESTHESIA:            Demerol 50 mg. and Versed mg. I.V.
                       during the procedure u monitored
                       conditions

INDICATIONS:   Referred by Dr. Davis with chie plaint or
               possibility of ulcer disease, treat n Tagamet.

DESCRIPTION OF PROCEDURE:

The patient received Demerol 50 mg. and Versed 10 I.V. during
the procedure under monitored conditions.

Physical examination was performed.  The patie s alert and
oriented with persistent abdominal discomfort r umbilical
epigastric pain.  Referred by Dr. Davis with ch complaint of
possibility of ulcer disease, treated with Tagam

Lungs: Clear.  Heart: S1,S2 audible; no murmur, op or rub.

Risks, benefits, and alternatives were discussed n the patient.

After abolishing the gag reflex with Cetacaine ray, the video
scope was passed very gently from the oroph nx, esophagus,
gastroesophageal junction and stomach.  Retrofle n of the fundus
area, passed through pylorus, bulb, duodenum and loop area.

CONTINUED.:...

OPERATIVE REPORT
PAGE 1

355

# POMPANO BEACH MEDICAL CENTER
POMPANO BEACH, FL.

PATIENT NAME:        HICKS, WILLIAM
DICTATING PHYSICIAN:    Subhash Gupta, M.D.

FINDINGS AS FOLLOWS:

The patient's gastroesophageal junction is 41 cms.  No varices.  No Mallory-Weiss tear.  Unremarkable esophagus.

The stomach showed diffuse gastritis mainly in the antrum area. Normal looking folds with some erosions of the antrum.  Fundus was essentially unremarkable.  Lesser and greater curvature were normal in configuration.   Could not explain the findings with the symptoms.  The patient has open pylorus, bulb, duodenum and C-loop. There was mild duodenitis.  No outlet obstruction.  No ulceration.

IMPRESSION:

Gastritis with antral erosion.  Duodenitis.

RECOMMENDATIONS:

Carafate and H2 blockers.   Biopsy will be taken for CLO-test. Further recommendations to follow.

_____
Subhash Gupta, M.D.

SG/ls  :
D: 11/07/96  T: 11/08/96 10:01 am
COPY:        Subhash Gupta, M.D. for:

CC:        Dr. Reiss

# OPERATIVE REPORT
PAGE 2

# POMPANO BEACH MEDICAL CENTER

POMPANO BEACH, FL.

PATIENT NAME:               HICKS, WILLIAM
ROOM NO.:
MR NUMBER:
ADMITTED:                   11/07/96

REFERRING PHYSICIAN:
CONSULTING PHYSICIAN:       Subhash Gupta, M.D.
DATE OF CONSULTATION:       11/07/96

REASON FOR CONSULTATION:

The patient is seen in consultation for Dr. _____ with a
chief complaint of abdominal discomfort. Also, at one point, the
patient noticed _____ and rectal bleed but he was not sure,
complaining of abdominal pain intermittently in the peri-umbilical
area and also had some disagreement, it got worse, got beaten up
and has some facial trauma and he is unable to open his mouth and
also has some abdominal discomfort. He was referred by Dr. Davis
for diagnostic endoscopy, possibility of gastritis. The patient has
a history of nausea, vomiting and epigastric discomfort _____
but no hematemesis.

The patient had work up done by Dr. Davis. It was essentially
unremarkable according to the note that came with the patient.

ALLERGIES:

THE PATIENT DENIES ANY ALLERGIES THAT HE KNOWS OF.

PAST SURGICAL HISTORY:

No surgical intervention, except for some surgeries on his thigh.

PAST MEDICAL HISTORY:

He has some psychiatric history. At the present, he was _____ by
Dr. _____. Psychiatric history except _____ not known. He was on
anti-depressant in the past.  No history of shortness of breath,
dizziness, or loss of consciousness. No history of hypertension,
diabetes. No history of any drugs at the present time, since the
last three months.

SOCIAL HISTORY:

At the present, the patient denies any smoking or drinking for the
last 15 months.

# CONSULTATION REPORT
### PAGE 1

# POMPANO BEACH MEDICAL CENTER

POMPANO BEACH, FL.

PATIENT NAME:            HICKS, WILLIAM
DICTATING PHYSICIAN:     Subhash Gupta, M.D.


REVIEW OF SYSTEMS:

Review of systems is essentially unremarkable except for history of present illness.


PHYSICAL EXAMINATION:

GENERAL:   Physical examination reveals the patient is alert and oriented to time, place and person. He is in no acute distress.

NECK:   The neck is supple. No thyromegaly. Trachea is central. No jugular venous distention.

LUNGS:   The lungs are clear bilaterally with good aeration.

HEART:   The heart reveals S1, S2 audible.  No murmurs, gallops or rubs.  PMI is in the fifth intercostal space.

ABDOMEN:   The abdomen is soft. Epigastric tenderness. No rebound tenderness.  Bowel sounds are positive.

EXTREMITIES:    No pedal edema.   Pedal pulses are 2+.  No calf tenderness.

RECTAL:   Rectal examination reveals no masses.  Good sphincter tone.

VITAL SIGNS:   Temperature 97°, pulse 70, respiration 20, blood pressure 132/56.


IMPRESSION:

Rule-out peptic ulcer disease. The patient will undergo diagnostic gastroscopy. Further recommendations to follow. As per the outcome, the patient was treated empirically by Dr. Davis and he was referred to me.


_____
                              Subhash Gupta, M.D.

SG/eb  :
D: 11/07/96  T: 11/09/96 7:47 pm
cc:

# CONSULTATION REPORT
### PAGE 2

358

POMPANO BEACH MEDICAL CENTER
600 S.W. THIRD STREET
POMPANO BEACH, FL 33060

NAME: HICK, WILLIAM
PHYS: Gupta, Subhash
DOB: 09/10/63   AGE: 33   SEX: M
ACCT: N00956554262 LOCATION: N.RAD
EXAM DATE: 11/27/96 STATUS: OUT
RADIOLOGY NO: 24661506
UNIT NO: N000016140

(FAX)

FOR Dr. ELLIOTT 344-9651

EMSA
1550 BLOUNT ROAD
POMPANO BEACH, FL 33069

EXAMS: CT FACIAL BONES W/O CONTRAST, CT ORBITS W/O CONTRAST,
        CT ORBIT CORONAL VIEW

C.T. SCAN OF THE FACIAL BONES:

MULTIPLE THIN CORONAL AND AXIAL COMPUTERIZED TOMOGRAPHIC SECTIONS OF
THE FACIAL BONES AE OBTAINED.  THERE IS A SMALL CRACK IN THE LATERAL
WALL OF THE RIGHT MAXILLAY SINUS.  THERE ARE NO AIR FLUID LEVELS IN
THE RIGHT MAXILLARY SINUS.  THE REMAINDER OF THE WALLS OF THE RIGHT
MAXILLARY SINUS, AS WELL AS THE BONY ORBITS APPEAR NORMAL.  THE RIGHT
TEMPOROMANDIBULAR JOINT APPEARS NORMAL.  THE RIGHT ZYGOMATIC ARCH
APPEARS NORMAL.

IMPRESSION:

SMALL CRACK IN THE LATERAL WALL OF THE RIGHT MAXILLARY SINUS OTHERWISE
NORMAL EXAMINATION.


                ** REPORT SIGNATURE ON FILE 11/28/96 **
                REPORTED BY: STEPHEN EDELSTEIN, M.D.
                SIGNED BY:   EDELSTEIN, STEVEN


        CC: EMSA

        TRANSCRIBED DATE/TIME: 11/27/96 (1647)
        TRANSCRIPTIONIST: NRAD.BLH
        PRINTED DATE/TIME: 11/28/96 (1346)   BATCH NO: 1885


PAGE 1                         EMSA
  IMAGING REPORT

**EMSA** *CORRECTIONAL CARE*

## CONSENT TO MEDICAL / SURGICAL / INVASIVE
## DIAGNOSTIC PROCEDURE(S)

I request _DR. GLENN PEARSON DENTIST_ M.D./D.O. and such associates and assistants as he/she may deem

necessary or direct to perform upon _William Nicks_ the following procedure(s):

_local anesthesia for restoration on tooth #29_

If during the course of the procedure(s), the discovery of unforeseen conditions requires, in the judgment of the persons described above, different procedure(s) than those planned, I authorize such different procedure(s) as are deemed appropriate.

I understand that no warranty or promise has been made to me regarding the outcome of the proposed procedure(s) or cure of any condition, and the risks presented by the proposed procedure(s) or cure of any conditions. The risks presented by the proposed procedure(s), have been explained to me by _____ M.D./D.O. as have been the alternatives to the procedures planned.

DR. GLENN PEARSON
DENTIST
I consent to the administration of anesthesia and to the use of such anesthetic agents and so many other drugs be deemed necessary and advisable, and understand that anesthesia and other drugs presents additional risk and hazards.

I consent to the disposal of any tissues, parts, or organs which may be removed as a result of the procedure(s) authorized at above facilities.

I have been given an opportunity to ask questions about my, or the patient's condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedure(s) to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent. I have read, or have had read to me, this form and I understand its contents.

| _William M Nicks_ | 8-29-96 | JACQUELYN D. FARRAR Dental Assistant, NBDC _J D Farrar_ | 8.29.96 | 2:30 pm |
|---|---|---|---|---|
| Patient | Date | Witness to Signature Only | Date | Time |

(If signed on behalf of patient, indicate relationship to patient and reason patient cannot sign form):

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The patient and/or authorized person indicated here appeared to understand and consented to the procedures described.

DR. GLENN PEARSON
DENTIST
_____    8.29.96    2:30    A.M. **P.M.**
Physician's Signature                Date

360

**EMSA** *CORRECTIONAL CARE*

## CONSENT TO MEDICAL / SURGICAL / INVASIVE DIAGNOSTIC PROCEDURE(S)

I request _DR. GLENN PEARSON DENTIST_ M.D./D.O. and such associates and assistants as he/she may deem

necessary or direct to perform upon _William Dicks_ the following procedure(s):

_Extraction of tooth #29 with local anesthesia_

_____

If during the course of the procedure(s), the discovery of unforeseen conditions requires, in the judgment of the persons described above, different procedure(s) than those planned, I authorize such different procedure(s) as are deemed appropriate.

I understand that no warranty or promise has been made to me regarding the outcome of the proposed procedure(s) or cure of any condition, and the risks presented by the proposed procedure(s) or cure of any conditions. The risks presented by the proposed procedure(s), have been explained to me by _____ M.D./D.O. as have been the alternatives to the procedures planned.

DR. GLENN PEARSON

I consent to the administration of anesthesia and to the use of such anesthetic agents and as may other drugs be deemed necessary and advisable, and understand that anesthesia and other drugs presents additional risk and hazards.

I consent to the disposal of any tissues, parts, or organs which may be removed as a result of the procedure(s) authorized at above facilities.

I have been given an opportunity to ask questions about my, or the patient's condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedure(s) to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent. I have read, or have had read to me, this form and I understand its contents.

| _William M Dicks_ | _12·20·96_ | JACQUELYN D. FARRAR  Dental Assistant / AEMPH  _(signature)_ | _12·20·96_ | _2:15 PM_ |
|---|---|---|---|---|
| Patient | Date | Witness to Signature Only | Date | Time |

(If signed on behalf of patient, indicate relationship to patient and reason patient cannot sign form):

_____

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The patient and/or authorized person indicated here appeared to understand and consented to the procedures described.

| _(signature)_ DR. GLENN PEARSON DENTIST | _12·20·96_   _2:15_   A.M. **P.M.** |
|---|---|
| Physician's Signature | Date |

361

# INTEROFFICE TRANSMITTAL

SEP 97        59

TO: _Stan Holmes_        Date _9/23_ /97

**FROM:** Marie Hall, Administrative Manager
Department of Corrections and Rehabilitation

**\*\*\*\*\*\*\*\*\***

FYI
Per Your Request

_Please handle ._

Thanks.

To Susan McCampbell,                     A.S.A.P.                9-19-97

MRS. McCampbell, I wrote you a Letter on 9-11-97 explaining
the abuse I have recieved over 18 months which your aware
of. I asked to be placed with a person who could advocate on my
behalf and as of yet I have not recieved that person. I have
a big problem with medical and corruption on behalf of EMSA and B.S.O.
AS OF 9-17-97 I did speak to Kevin Jorgensen at 9:00AM in medical.
I explained the simple part which he didit want to really hear
"doit want to be involved" but I did recieve proper pain meds
and Doctor had ordered me to 7-D-1 single cell For medical reasons
which was caused By B.S.O and EMSA. I was moved the same
night which was great. But now read on:

"Before I Left old cell 7-B-2ᵉ the noise and assaults
was to much For me to handle."
I suffer severe head trauma which you and all at both jails are
aware of "pluss county commissioners also m. I suffer still
twice as much in pain "not from single cell But From trauma".

Today on 9-19-97 at 3:15pm the shift change a black male deputy
comes into 7-D-2 and tells people on 95 "Floor" to move into a room
which all these Beds have one in each room and holds one person
with out cause For Fights. He then points up to me as I'm in my room
in Room Two and states you are to move to room Four which's a person
on Bed already and to move on Floor "me" He states this room belongs
to one of their clicks "Home Boys". I Said I was moved here From
a cell with a bed For medical reasons and this Black male deputy states
who do you think you are "special." I Said no But I have no reason
to move here and to now be placed in a one man cell with another
person and I would sleep on Floor. He Said you will move now or else,
you know I got up set do to these threats and So I Said I wont
move into a room made For person with one Bed. He then states
in a threat you are to recieve a DR and your going to Be Faced
to move into what I say you are. I Said sir, I'm not going to move
into a situation where I have head trauma already and I came
From a place where I had a Bed already. He Says "Say your not
going to Listen "your Bucking" and I Said I'm not" He said say you
are So I can just go get Back up and lock you down and DR you.
I Said I like to speak to Sgt and he refused which I saw made

?                                                                    363



TO

Susan McCampbell

Office of the Sheriff

Broward county

Post office Box 9507

Fort Lauderdale, FL 33310

Private mail

A.S.AP

365

# EMSA CORRECTIONAL CARE

_BMJ_ Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William Hicks_    ID#: _655514533_   D.O.B. _9-10-63_

Date(s) of Treatment: From _8-7-95_   To _Present_

Type of Information Requested: _X Rays, health records_

Reason for Information: _To evaluate for treatment_

Authorized Person(s) Company: _Dr Elliot_

I hereby authorize the Medical Record Department at _Broward County Jail_ to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William M Hicks_
Patient Signature

_Lovell Schof_
Witness Signature

_2-14-96   1:40 pm_
Date and Time

_2-14-96_
Date and Time

Por este medio autorizo al Departamento de Historia Clinica de _____ a ceder a la entidad mencionada arriba la informacion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion aedida. Ademas yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____
Firma de Paciente

_____
Firma del Testigo

_____
Fecha and Hora

_____
Fecha and Hora

367

[X] 17th Judicial Circuit in and for Broward County
[] In the County Court in and for Broward County

CLOCK IN

DIVISION:
[] CRIMINAL
[] TRAFFIC
[] OTHER

ORDER

THE STATE OF FLORIDA VS. *Hicks, William*

PLAINTIFF    *HS 95 14533*    DEFENDANT

CASE NUMBER

*9513759CF10A*

CHARGE
1. Murder 1P
2. Burglary Struct/AssH/Ball
3. Robbery

IT is hereby ordered that William Hicks be evaluated and seen by appropriate medical personnel in the Broward County Jail for present medical concerns.

DONE AND ORDERED THIS ___27___ DAY OF ___March___, 19_97_ IN

BROWARD COUNTY, FLORIDA

CC: EN3A
Cluf

*James I. Cohn*
JUDGE

Cohn

COPIES:    BSO  -  SAO

B595-14533    02-
7AE38

FORM #CC-252

**CORAL SPRINGS
ORAL AND
MAXILLOFACIAL
SURGERY ASSOCIATES**

Charles D. Russo, D.M.D.
Jeffrey F. Elliot, D.M.D.
Diplomates, American Board of Oral & Maxillofacial Surgery

William Hicks
Date of Birth 9/10/63
Date of Visit 11/02/96
Date of C-T Exam 11/27/96

CC:    This 33 yo w. male presents with a chief complaint of persistent pain in his "TMJ".
HPI:Patient was in his usual state of health when he allegedly was involved in interpersonal violence on 2/7/96.  He was  evaluated by "some MD's" and told that he had fractures.  These fractures were allegedly not treated.
PMH:+MVP,+chest pains,+stomach ulcer,+mental health problems
     Meds:sinequan
     Alcohol:denies Cigarettes:denies          Drugs:denies

CE:Well nourished w. male looking stage age.
Alert and oriented x3. Cranial nerves II-XII grossly intact. +paresthesia right infraorbital nerve. No other facial paresthesia noted.
     Interincisal opening 38mm, with slight deviation to the right.  No clicking, popping, crepitus noted in either right or left TMJs.  Left and right lateral excursions were unrestricted to 10mm.  Protrusive was noted to be 8mm.  The mandible is grossly intact without stepping, segmental mobility or tenderness.  No gross entrapment of right coronoid process.  No pain on loading TMJs.  No pain on palpation of TMJs.
     Maxilla is non-mobile.  +Stepping with some tenderness right lateral wall of maxilla(maxillary sinus.)  Stepping noted right zygomatic arch.  Infraorbital rims are continuous without tenderness.
     Patient is partially edentulous without gross dental pathology.
     Radiographs:C-T exam is remarkable for small break in the right posterior lateral wall of the maxillary sinus.  There is no fluid accumulation or gross thickening of either  the right of left sinus membranes.  The condyles appear normal.  A panoramic radiograph also suggests no old or new fractures of the mandible.

Impression:33 y.o. male s/p trauma with residual defect maxillary sinus.  There is no evidence of TMJ pathology at this time.  Patient's limited opening and complaint of discomfort may be due to scar tissue from original injury.  Non-surgical physical therapy may help

2801 University Drive, Suite 102 ● Coral Springs, FL 33065 ● (954) 752-1045 ● Fax (954) 344-9651

WILLIAM M. HICKS
   plaintiff

VS.

RON COCHRAN, ET. AL
   defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE #96-6496-CIV-UNGARO-BENAGES
MAGISTRATE JUDGE SORRENTINO

## MOTION FOR RELEASE OF ALL MEDICAL RECORDS AND X-RAYS

Now comes the plaintiff, William M. hicks and respectfully pays unto this HONORABLE court to allow for release of all medical records and x-rays taken at the main jail and N.B.D.C. jail.

1) All medical records from the main jail 8/7/95 to 8/30/96
2) All medical records from the N.B.D.C. jail 8/7/95 to 8/30/96

3) All x-rays of head and jaw taken on 2/8/96 to 5/8/96 from the main jail.

4) All x-rays of the head and jaw taken on 2/8/96 to 5/8/96 from the N.B.D.C.

You are futher requested not to furnish information to any insurance adjuster or other person without written authority.

## ALL PRIOR AUTHORIZATION IS HEREBY CANCELLED:***

\*\*\* FLORIDA STATUTES , Chapter 455, Medical Practice Act  455.241

I Here By Certify that a copy of the above
Has Been Furnished to clerk of the court,

Ron Cochron, Et AL
Deputy C. Lattanzi
EMSA
DR. Davis M.D.
DR. Pearson DDS
DR. Weath oS DDS/oral Surgeon
DR. Cline DDS

SINCERELY, William M Hicks PROSE

William M. Hicks
North Broward Bureau

THIS 21TH DAY of August, 1996

370

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

### *HEALTH  SERVICES  RECEIPT*

Inmate's Name: _Hicks, William_    Arrest Number: _BS95 14533_

Inmate's Location: _____ _NBDC    12'4-3_ _____
                                    Facility/Pod/Housing  Unit/Cell Number

Date: _11 / 2 / 95_

| SERVICES | CHARGE | (circle applicable charges) |
|---|---|---|
| Nurse Sick Call | $ 3.00 | |
| Diagnostic Handling Fee | 3.00 | |
| Prescription Handling Fee | 5.00 | |
| Dental Sick Call | (5.00) | |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 | |
| Optometrist | 15.00 | |
| Oral Surgeon | 15.00 | |
| Gynecologist | 15.00 | |
| Orthopedist | 15.00 | |
| Other Specialist | 15.00 | |

#### VERIFICATION OF SERVICES RECEIVED

_W.H.Oz  RQ_    _11.2.95_
Inmate's Signature                                        Date

JACQUELYN D. FARRAR
Dental Assistant - NBDC                        _11.2.95_
                                                                Date

Provider (name stamp or print name)

_JD Darras_    _11.2.95_
Provider's Signature                                    Date

INMATE REFUSED TO SIGN:

_____    _____    _____
Witness (print name and CCN)    Witness' Signature    Date

Distribution:  White (Original) - **Inmate Banking Commissary**  Yellow Copy - **Health Care Records**  Pink Copy - **Inmate**

BSO DJ#14 (New 7/95)

**371**

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH SERVICES RECEIPT

Inmate's Name: _Hicks, William_     Arrest Number: _8595 14 533_

Inmate's Location: _NBDC   12' H3_
Facility/Pod/Housing Unit/Cell Number

Date: _12/9/95_

| SERVICES | CHARGE (circle applicable charges) |
|---|---|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | 5.00 |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

### VERIFICATION OF SERVICES RECEIVED

_William W__                                    _12/9/95_
Inmate's Signature                              Date

DELLA RICHARDSON, LPN                           _12/9/95_
NBDC
Provider (name stamp or print name)             Date

_Della Richardson_                              _12/9/95_
Provider's Signature                            Date

INMATE REFUSED TO SIGN:

Witness (print name and CCN)    Witness' Signature    Date

Distribution:  White (Original) - Inmate Banking Commissary  Yellow Copy - Health Care Records  Pink Copy - Inmate

BSO DJ#14 (New 7/95)

**372**

RECEIPT FOR MEDICAL SERVICE

_Weeks, William_     _BS95 14533_     _9.89.95_

INMATE NAME           ARREST #         DATE OF SERVICE

## SERVICES PROVIDED

| | | |
|---|---|---|
| _____ | $3.00 | NURSE SICK CALL |
| _____ | 3.00 | DIAGNOSTIC HANDLING FEE |
| ____✓____ | 5.00 | PRESCRIPTION HANDLING FEE |
| _____ | 5.00 | DENTAL SICK CALL |
| _____ | 10.00 | MD/PA/ARNP SICK CALL, CLINIC VISIT |
| _____ | 15.00 | OPTOMETRIST |
| _____ | 15.00 | ORAL SURGEON |
| _____ | 15.00 | GYNECOLOGIST |
| _____ | 15.00 | ORTHOPEDIST |
| _____ | 15.00 | OTHER SPECIALIST |
| _____ | _____ | _____ |

VERIFICATION OF SERVICES RECEIVED:

SIGNATURE OF INMATE: _William in Weeks_

PRINT NAME OF PROVIDER: ___JACQUELYN D. FARRAR___
Dental Assistant - NBDC

PROVIDERS SIGNATURE: _____J. D. Farrar_____

INMATE REFUSED TO SIGN

WITNESS_____

Distribution:

Deliver original to Inmate Banking/Commissary
First copy to Medical Records
Second copy to inmate

373

Florida De _____ ent of Labor and Employment ___ ity

OFFICE OF DISABILITY DETERMINATIONS

Lawton Chiles
Governor

Sutton Building, Ste. 200, 2670 Executive Center Circle West
Tallahassee, Florida    32399-2370
(JK)

M-3  CA-2  B3-JK  950731                    November 7, 1995            951107200105
                                                                        38955

North Broward Detention Center
Prison Health Services Section            RE: William M Hicks
1550 NW 30 Avenue                         SSN: 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   00
Pompano Beach  FL  33069                  DOB: 09/10/63
                                          #: ARREST # BS9571453 3
                                          AKA:

In order to make a Social Security disability determination for this patient, <u>we
need copies of your records as outlined on the attached page.  IF YOU HAVE SENT US
RECORDS IN THE PAST FEW WEEKS, WE NEED ONLY THE RECORDS OTHER THAN THOSE SENT.  The
information you submit is of special importance to our determination, because you
can provide details not available from any other source.</u>  Please provide a summary
that includes the patient's medical history, clinical findings, laboratory findings,
treatment and response, diagnosis, prognosis, and a statement about what the patient
can still do despite his/her impairment(s).  This description of functional ability
should be based on your medical findings and should cover your patient's ability to
do work-related activities such as sitting, standing, walking, lifting, carrying,
handling objects, hearing, speaking, and traveling.  In cases involving a mental
impairment it should address the patient's capacity for understanding and memory,
sustained concentration and persistence, social interaction, and adaptation.

<u>THIS ENTIRE PAGE IS YOUR INVOICE - PAYMENT IS PROCESSED FROM THIS ORIGINAL ONLY</u>

TO ENSURE PAYMENT, INFORMATION MUST BE RECEIVED WITHIN 15 DAYS OF THE DATE OF THIS
LETTER AND MUST BE ACCOMPANIED BY THIS ORIGINAL INVOICE WITH FEDERAL ID NUMBER
ENTERED.  We can pay up to $16.00 for copies of your records with a narrative report
as described above.  For copies only, we can pay $1.00 per page up to either the
pre-negotiated maximum fee or $10.00 in the absence of a pre-negotiated maximum fee,
provided the information is received within fifteen days of the date of the
request.  We cannot pay for information from Federal or State facilities.  This fee
schedule is in accordance with Florida Statutes and Federal Regulations establishing
maximum fees for copies of patient records.

MAKE CHECK PAYABLE TO (if different        NO CHARGE: 10.00    AMOUNT BILLED: 10.00
   from the information above):

                                           Total # pages: _____

-----------------------------------
   **EMSA Correctional Care - NBDC**       $_____  narrative and copies of records
-------- 1550 Blount Road --------------
        Pompano Beach, FL 33069            $ 10.00  $1.00 per page (maximum $10.00 or
-----------------------------------                 pre-negotiated max. fee)
VF650070674
       ↑
-----------------------------------       ----------------------------------------
FEDERAL ID OR SOCIAL SECURITY NUMBER      STATE AGENCY PAYMENT APPROVAL      DATE

ORG CODE          EO     OBJECT   Description      AMOUNT   Vendor ID       INV.#
54-80-53-55030    96     251513   Hicks            _____   VF650070674     1506
                  FAX NUMBER 1-800-290-5188
         CALL TOLL FREE 1-800-334-7813 or Collect 904-488-9150 EXT.  .228
         FOR THE HEARING IMPAIRED:  FLORIDA RELAY SERVICES  1-800-955-8771

374

<u>HOSPITAL AND DOCTOR'S AUTHORIZATION</u>

DATE:   March 24, 1997

RE:     Patient Name <u>William M.  Hicks</u>

   Please be advised that I hereby request and authorize you to
furnish the Volunteer Lawyers' Project:

   (X)  Complete records of examination and treatment

   (X)  A copy of the admission sheet and discharge summary only

   (X)  Your final medical report giving a disability rating

   (X)  A copy of the complete hospital records

pertaining to my physical condition and my care and treatment,
showing history, examination, diagnosis, treatment, prognosis,
etc., including any information relating to HIV testing, AIDS and
any AIDS-related syndromes, relating to my condition, care,
confinement and treatment.  I also consent to the release of
alcohol, drug, psychiatric, and psychological information.

   This request and authorization is being furnished pursuant to
Section 455.241, Florida Statutes.*

   Your courtesy and cooperation in discussing and furnishing the
above information to my attorneys will be greatly appre-
ciated.

                         _William m Hicks_____
                         Name_William M.  Hicks_____
                         Date of Birth: _9/10/65____
                         Jail No.(if applicable)_BS95-14533_
                         Social Security No. _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_
                                             _7-A-2 Rm 8_

   Subscribed and sworn to before me on this _(_ day of _April_
by _____ .  He has presented _arrest id_
as identification and (did) (did not) take an oath.

                         _____
EDDIE H. ZENGLER         Notary Public, State of Florida
MY COMMISSION # CC436896 EXPIRES   Commission Number
January 29, 1999
BONDED THRU TROY FAIN INSURANCE, INC.

*455.241 F.S.  Patient Records; report or copies of records to be furnished.  "Any
health care practitioner licensed pursuant to chapter 457, chapter 458, chapter 459,
chapter 460, chapter 461, chapter 462, chapter 463, chapter 464, chapter 466, part I
or II of chapter 484, chapter 486, or chapter 491 who makes a physical or mental
examination of, or administers treatment to, any person shall, upon request of such
person or his legal representative, furnish, in a timely manner, without delays for
legal review, copies of all reports and records relating to such examination or treat-
ment, including X-rays and insurance information....... such records shall not be
furnished to, and the medical condition of a patient may not be discussed with, any
person other than the patient or his legal representative or health care providers
involved in the care or treatment of the patient, except upon the written authoriza-
tion of the patient......"

375

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH SERVICES RECEIPT

Inmate's Name: _Hicks, William_     Arrest Number: _BS95 14533_

Inmate's Location: _____ _NBB    12'H3_
                              Facility/Pod/Housing  Unit/Cell Number

Date: _8/29/96_

| SERVICES | CHARGE  (circle applicable charges) |
|----------|--------|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | (5.00) |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

### VERIFICATION OF SERVICES RECEIVED

_x William m Hicks_                     _8-29-96_
Inmate's Signature                       Date

JACQUELYN D. FARRAR
Dental Assistant - NBDC                  _8-29-96_

Provider (name stamp or print name)      Date

_JDFarrar_                              _8-29-96_
Provider's Signature                     Date

INMATE REFUSED TO SIGN:

_____        _____        _____
Witness (print name and CCN)     Witness' Signature      Date

Distribution:  White (Original) - **Inmate Banking Commissary**  Yellow Copy - **Health Care Records**  Pink Copy - **Inmate**

BSO DJ#14 (New 7/95)

**EMSA CORRECTIONAL CARE**

12' H3

INSTITUTION / FACILITY: _NBDC_

NAME: _Hicks William_

I.D. #: _BS9514533_

**BLOOD PRESSURE AND WEIGHT RECORD**

INSTRUCTIONS: _Weigh Ⓠ week X4_
_Please use clinic scale_

| DATE / TIME | POSITION | LEFT ARM | RIGHT ARM | WEIGHT | SIGNATURE |
|---|---|---|---|---|---|
| 2/3/96 | | | 120/82 | 233 lbs | Jee McDonn |
| ① 2/5/96 | | | 140/90 | | C. clunken Rn |
| ② 2/12/96 | | | | | |
| ③ | | | | | |
| ④ | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | *Notify Clinic of weight gain ASAP | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CC 025

**EMSA** *CORRECTIONAL CARE*

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _N BB_

Inmate I.D. # _B3951453?_

Inmate Name: _Hicks, Williams_     D.O.B.: _9/10/93_

Date of Last H & P: _8/15/95_    Date of Last PPD: _8/1/95_    Results: _⊝_

Allergies: _None_

Current Health Problems: _Psyc - Ftoh - Demen_
_HTN_

_Pt ref Dental Extractions._

Current Medication (Name, Dosage, Frequency, Duration:) _Midren II BID_
_Prn x 42_     _Abo Tylenol III    I.i.p x 30 → 1/42_
_Zoloft    100 mg/m    q am    pn till 2/19/97_

Physical Disabilities/Limitation: ___

Assistive Devices/Prosthetics: _None_

Glasses: _None_    Contacts: _None_

Follow-up care needed: _Psyc_

Signature _Joy Brien rn NBB_     **JOY BRIEN, RN**
                                   **NBB**      Date _2/7/97_

## TRANSFER RECEPTION SCREENING

Facility: _BCMJ_     T _98_ P _X_ R _18_ B/P _130/80_

S: Current Complaint: _Need to see the psych'S and the MD._
_soft diet 2800 cal diet has not been here._

Current Medications/Treatment: _Midrin_
_Sedryol Ti tabs BIDx 90D, Tylenol Ti tabs BIDx30_
_Zoloft 100mg, q am till 2/19/97_

O: Physical Appearance/Behavior: _Pt AAOx3, eye clear, Skin w/s intact_
_Pt complaint_

Disposition: (✓) General Population   ( ) Infirmary    Referral: (✓) Medical  ( ) Dental  (✓) Mental Health

When: ( ) Immediately   ( ) Sick Call    ( ) Other _____

Signature _A. Diro_ _Antoinette C. Reimel_    Date _2/10/97_
                    _LPN-Main Jail_

CC 027

# EXHIBIT #2

BS9514533

LM HICKS                            IAM:        MI  M  SEX: M  RACE: W  DOB: 09/  /
ARREST NBR: 9              : 324-66-450      BKI DATE  03/07/95  TIME:

NAME OF MEDIC       ARRIER: NONE
NOTIFICATION OF MEDICAL SERVICES AVAILABLE? YES
HAVE YOU EVER BEEN DETAINED BY THE BROWARD SHERIFF'S OFFICE? YES        99/99/
INTERVIEWER IDN: PH2080    NAME: RIVERA       G

VISUAL OPINION
_____

1.  IS INMATE UNCONSCIOUS OR SHOWING VISIBLE SIGNS OF ILLNESS, INJURY,
    BLEEDING, PAIN, OR OTHER SYMPTOMS SUGGESTING THE NEED FOR
    IMMEDIATE EMERGENCY MEDICAL REFERRAL?                                   NO

2.  ARE THERE OBVIOUS SIGNS OF FEVER, JAUNDICE, SKIN LESIONS, RASH,
    INFECTION, NEEDLE MARKS OR BODY VERMIN?                                 NO

3.  DOES THE INMATE'S BEHAVIOR/APPEARANCE SUGGEST THE RISK OF SUICIDE
    OR ASSAULT?                                                             NO

4.  DOES INMATE EXHIBIT SIGNS OF ABNORMAL BEHAVIOR?                         NO

5.  DOES INMATE APPEAR TO BE
    A.  UNDER THE INFLUENCE OF DRUGS?                                       NO
    B.  UNDER THE INFLUENCE OF ALCOHOL?                                     NO
    C.  WITHDRAWING FROM DRUGS?                                             NO
    D.  WITHDRAWING FROM ALCOHOL?                                           NO

6.  IS THE INMATE'S MOBILITY RESTRICTED IN ANY WAY DUE TO DEFORMITY,
    CAST, INJURY, ETC?                                                      NO

7.  ARE THERE ANY VISIBLE CUTS, BRUISES OR OTHER MINOR INJURIES?            NO


INMATE QUESTIONAIRE
_____

8.  HAVE YOU EVER TAKEN MEDICATION FOR
    A.  ASTHMA?                                                             NO
    B.  DIABETES?                                                           NO
    C.  HEART CONDITION?                                                    NO
    D.  HIGH BLOOD PRESSURE?                                                NO
    E.  MENTAL HEALTH PROBLEMS?                                            YES
    F.  SEIZURES?                                                           NO
    G.  OTHER CONDITION?                                                    NO

9.  ARE YOU ALLERGIC TO ANY MEDICATIONS, FOODS, PLANTS ETC?                 NO

10. HAVE YOU FAINTED OR HAD A HEAD INJURY WITHIN THE PAST 72 HOURS?         NO

379

PAGE 2

DO YOU HAVE OR HAVE YOU BEEN EXPOSED TO
  A.  AIDS?
  B.  HEPATITIS?                                                      NO
  C.  TUBERCULOSIS?                                                   NO
  D.  VENEREAL DISEASE?                                               NO
  E.  OTHER COMMUNICABLE DISEASE?                                     NO
                                                                     NO

HAVE YOU BEEN HOSPITALIZED BY A PHYSICIAN OR PSYCHIATRIST WITHIN
THE LAST YEAR?                                                       NO

HAVE YOU EVER CONSIDERED OR ATTEMPTED SUICIDE?                       NO

DO YOU HAVE A PAINFUL DENTAL CONDITION?                              NO

ARE YOU ON A SPECIFIC DIET PRESCRIBED BY A PHYSICIAN?               NO

DO YOU USE DRUGS?    YES

        TYPE        FREQUENCY        $ AMOUNT      LAST DATE     LAST TIME
        CRAK        WK               200          09/02/95

DO YOU USE ALCOHOL?   YES

        TYPE        FREQUENCY        QUANTITY UNIT    LAST DATE    LAST TIME
        BEER        DY               12       BTL

   FEMALES
     LAST MENSTRUAL PERIOD?
     ARE YOU PREGNANT?                                               N/A
     ARE YOU ON BIRTH CONTROL?                                       N/A
     RECENTLY DELIVERED?                                             N/A
     RECENTLY ABORTED?                                               N/A

        PER/ESO,SUICIDE/WATCH/DENIES/SUICIDAL/IDEATION/HX/EYE/
        CONTACT/HX/MARIJ/DEPRESSION/TAKES/LITHIUM/RELL/LI/LAST/
        DOSE/TO/INFIRMACY/WATCH/RELL/H/TO/POUCH/PRECEVED/

TREATMENT RECOMMENDED:  PSYCHIATRY     SUICIDE WATCH    NEXT SICK CALL: YET
RESPIRATION: 18                        PULSE: 72        TEMPERATURE: 99.0
BLOOD PRESSURE: 122/ 75                WEIGHT: 185

I HAVE ANSWERED ALL QUESTIONS TRUTHFULLY.  I HAVE BEEN TOLD AND SHOWN HOW TO
OBTAIN MEDICAL SERVICES.  I HEREBY GIVE MY CONSENT FOR PROFESSIONAL SERVICES
BE PROVIDED TO ME BY AND THROUGH "EMSA LIMITED PARTNERSHIP"

INMATE'S SIGNATURE                            ARREST NBR         B59514533



PSYCH HOLD
FOR 72 HOUR

380

# ALCOHOL     DETOX     PROTOCOL

PATIENT NAME: _Hicks William_

ARREST NUMBER: _B595145533_

D.O.B.: _9, 19, 63_

ALLERGIES: _NKa_

DATE: _8, 7, 95_

ADMIT TO INFIRMARY

SEIZURE PRECAUTIONS X 72 HOURS

LIBRIUM 50MG PO/IM Q 6 HOURS X 24 HOURS <u>START NOW</u>, THEN

LIBRIUM 25MG PO/IM Q 6 HOURS X 24 HOURS, THEN

LIBRIUM 25MG PO/IM Q 8 HOURS X 24 HOURS, THEN D/C LIBRIUM

HOLD LIBRIUM IF ASLEEP OR SEDATED

LIBRIUM 25MG PO/IM Q SHIFT X 72 HOURS ONLY PRN TREMOR/AGITATION

THIAMINE 100MG PO/IM QD X 3

MVI WITH MINERALS i TAB PO QD X 14 DAYS, REFILL X 1

ENDPOINT (SPECIFY DATE): _____/_____/_____
            72 hours from time of admission

NOTE: ENDPOINT <u>IS</u> <u>NOT</u> EQUAL TO DISCHARGE DATE.
      ONLY PHYSICIAN CAN DISCAHRGE FROM INFIRMARY

T.O._____/_____
      Dr./ARNP/PA         signature of nurse
      print name, please!

381

M.S.A. – CORRECTIONAL U
FORENSIC MENTAL HEALTH S... IC.S

INITIAL PSYCHIATRIC EVALUATION

DATE: 8 / 8 / 95    TIME: 9 am

IDENTIFYING DATA: Pt is 31 y.o. W/M

CHARGES: first degree murder

CHIEF COMPLAINT: "I'm not suicidal, Sir"

REASON FOR REFERRAL: Family → BSO → intake
risk of suicide → S.W. td

HX OF THE PRESENT ILLNESS: Pt admitted to slp problems
c drugs & 4 tsp because of it.
Pt's family informed police
of the hx of btl'e killing
himself & possibility of suicide
c pt. Pt adamantly denied
S idea, plan, intent.
There is no hx of suicide in pt.
No psychosis, A/D, delusion.

CURRENT
PSYCHOTROPICS: Li 900 m, PM
Prozac 20 QD
Wellbutrin # AM ; more # PM

ALCOHOL/DRUG HX:
SUBSTANCE: ⊕ ETOH, cocaine    ⊖ IV
AGE STARTED: Hx speed, acid    ⊖ inhalant
ROUTE:
AMOUNT:

PAST MEDICAL HX: ⊖ HTU, Sz, dz, arth
ILLNESSES
HOSPITALIZATION: Motorcycle fell → LOC
SURGERIES: ∅
HEAD INJURIES:
ALLERGIES: UKDA

NAME: Hicks, William   R W S M   DOB 9/19/63   AF BS 95-195 33

INDIVIDUALIZED WRITTEN TREATMENT PLAN
(I.W.T.P.)

PRIMARY I.W.T.P. #1                      DATE TO BEGIN: 8, 18, 95
PSYCHIATRIST: Limia MD
PATIENT'S NAME: Hicks William            ARREST #: 05 95 144
D.O.B.: 9/10/95                          R/S: W/M  T4533

| SECTION I. | PROBLEM LIST (Reasons for referral, reasons for admission, emotional, intellectual, and behavioral issues and symptoms to be treated). |

1. Hx of depression (x mo)
2. Hx of mood swing (x mo)
3. Hearing voices several times/day x 2 wks (11/1/95)
4. Poor Social Skills

| SECTION II. | TREATMENT PLAN (Specify treatment objectives, order, time-frames, services, staff responsible for service). |

| _/ _/_ | ☑ | MEDICATION PRESCRIPTION AND ADJUSTMENT | No |
| _/ _/_ | ☑ | MEDICATION MONITORING AND RECORDING | daily |
| _/ _/_ | ☑ | Group Tx |
| _/ _/_ | ☐ |
| _/ _/_ | ☐ |

SECTION III.   TREATMENT GOALS (Includes target dates, if possible).

1. PT will be stable/euthymic by release date
2. PT will be stable by release date.
3. Pt will have good contact c reality by release date (11/1/95)
4. Increase Social Skills

SECTION IV.   SIGNATURES/TITLE/PRINTED NAME/STAMP (All staff participating in treatment)

Signature/Title: _____   DR. MEL LIMIA
                                    STAFF PSYCHIATRIST,
                                    MAIN JAIL
Signature/Title: _____   Dr. John Martin
                                    Psychiatrist - NBDC
Signature/Title: _____   MELSAIDES NELSON, MSRN,   ERIC VELTRI
                                    PYSCHIATRIC SUPERVISOR, NBDC   LCSW - NBB
Signature/Title: _____

INMATE-PATIENT SIGNATURE: _____

383

**EMSA CORRECTIONAL CARE**

**NURSING ADMISSION ASSESSMENT**

Institution/Facility: _DCMJ_
Arrival Date: _8/7/95_
Arrival Time: _12_

Name: _Hicks Willie_   D.O.B. _9/15/63_   ID # _DS 957453_

ADMITTING DIAGNOSIS 1) _Poly substance abuse_
2) _ETOH abuse_
_Hx Bipolar_

ALLERGIES: (medications, foods, others indicate type of reaction)
_NKA_                                      _wt 185lbs_

BP: _108/66_
Temp: _98_
Pulse: _83_
Respirations: _20_

PATIENT'S UNDERSTANDING OF ILLNESS:
(Reason for hospitalization. How long has patient had this problem?) _" I've had a drug for_
_> 15yrs & I'm also Bipolar_

MEDICATIONS:

| Name | Dose | Route | Frequency | When last taken |
|------|------|-------|-----------|-----------------|
| Lithium | | QD | | |
| Prozac | | QD | | |

GENERAL APPEARANCE: (skin, level of consciousness, physical limitation, evidence of injury or active infection)
_Alert & Orientated - Sk intact -_

ACTIVITIES OF DAILY LIVING: (limitations/inability to do hygiene, walk, etc.)
_Able to perform own ADL's -_

NUTRITION: (special dietary needs, problems such as difficulty chewing or swallowing)
_Denies any problems_

MENTAL HEALTH STATUS (describe mood, affect, behavior, communication)
_Alert & Orientated_
_Orientated to Info_

Inmate health record received ___✓___ yes _____ no (if no, must be requested)

_[signature]_                              _8/8/95_    _1 pm_
Nurse's Signature   MONICA GARRETT, RN   Date completed/Time completed
                    MAIN JAIL

**NURSING ADMISSION ASSESSMENT**

CC 202                                                                    384

**EMSA** **CORRECTIONAL CARE**

## INFIRMARY HISTORY AND PHYSICAL

_Institution/Facility_

Inmate Name: _Hicks Willie_ DOB _9-10-63_ ID# _689574T33_

Chief Complaint _Poly Substance abuse_

History of Present Illness: _31 year old w/m admitted c̄tx_
_of EtOH abuse He has been drinking 24 beer/day_
_c/o g stomach (±) Blackout (±) Seizure_
_also using crack cocaine_

Past Medical History: _None Hx of depression_

## PHYSICAL EXAMINATION

General Appearance: _well developed w/m in no acute distress_

HEENT: _unremarkable_

Chest/Breast: _Symmetrical_

Heart: _NR_

Lungs: _Clear to A/P_

Abdomen: _Soft NS/Green_

Back: _no deformity_

Extremities: _no edema, no cyanosis_

Neuro: _Alert Mental & Cranial nerve II-XII grossly_

Skin: _No lesion_

Genitalia: _normal_

Rectal: _not done_

Impression/Diagnosis: _Poly Substance abuse ( EtOH crack cocaine_
_Hx of depression_

Date _8-8-95_ Time _12:00_ Completed by: _____

Physician _DR. NPH A DERIZIER_
_Physician Main Jail_

Physician Signature (If completed by PA or NP)

**INFIRMARY HISTORY & PHYSICAL**

CC 201

INITIAL PSYCHIATRIC EVALUATION

| | |
|---|---|
| REMOTE MEMORY: | GOOD/FAIR/POOR |
| CONCENTRATION: | GOOD/FAIR/POOR |
| ABILITY TO THINK ABSTRACTLY: | GOOD/FAIR/POOR |
| | WITH SIMILARITIES AND DIFFERENCES - WITH PROVERBS |
| HALLUCINATIONS: | ADMITS/DENIES/ACTIVELY HALLUCINATING |
| | CONTENT-AUD/VIS/TACT/OLFAC/GUSTATORY |
| DELUSIONS: | PRESENT/ABSENT |
| | NATURE/CONTENT |
| SPEECH: | COHERENT/LOOSE/TANGENTIAL/CIRCUMSTANTIAL/LOUD/SOFT/ |
| | MONOTONOUS/SLOW/RAPID/PRESSURED |
| MOOD: | EUTHYMIC/DEPRESSED/SAD/IRRITABLE/ANXIOUS/ANGRY/HOSTILE/LABILE/ |
| | CHEERFUL/HAPPY/EUPHORIC |
| AFFECT: | APPROPRIATE/INAPPROPRIATE/BROAD/CONSTRICTED/FLAT |
| SLEEP: | INCREASED/DECREASED |
| APPETITE: | INCREASED/DECREASED    OK |
| SUICIDE: | IDEATION (YES/NO) INTENTION (YES/NO) |
| | PLAN (YES/NO) - DESCRIBE |
| HOMICIDE: | IDEATION (YES/NO) INTENTION (YES/NO) |
| | PLAN (YES/NO) - DESCRIBE |
| INSIGHT: | POOR/FAIR/GOOD/INTACT |
| JUDGEMENT: | POOR/FAIR/GOOD/INTACT |
| ABILITY TO GIVE CONSENT FOR TREATMENT: | |
| | INTACT/FAIR/POOR |

Strong sense of Dr.

DIAGNOSIS:

AXIS I    Poly subsTance Ab.
          Bipolar d. mixed by Hx.

AXIS II   Def.

AXIS III  U o

PLAN:    ____ LABS: CBC, SMAC24, U/A, THYROID PROFILE WITH TSH, EKG URINE DRUG
          SCREEN, BLOOD LEVELS    Li level

____ REFERRAL TO MEDICAL: _____

To OODC
upon medical
clearance

____ PATIENT EDUCATION: _____

____ INTERVENTIONS:

A:    INDIVIDUAL THERAPY _____
B:    GROUP THERAPY _____
C:    MEDICATION:

Li 500  mg PM (TARGET SYMPTOM) — Mood swing
Zyprexa 20 mg # 03 (TARGET SYMPTOM) dep
                (TARGET SYMPTOM)

DR. MEL LIMIA
STAFF PSYCHIATRIST    _____ M.D.
MAIN JAIL

NAME __Dick__  R ____ S ____ DOB ____ AG __B S 85 (953)__

386

INITIAL PSYCHIATRIC EV                                                                    PAGE 2

**CURRENT NON-**
**PSYCHOTROPIC MEDICATION(S)**                          Ø

**PAST PSYCHIATRIC HX:**          Post IT Luci        Small Drug "
**HOSPITALIZATIONS**              Savannah
**WHEN**                          Fair Oak       x 2
**WHERE**                         Glenbeigh
**WHY**                           Casi Unit
**LENGTH OF TIME**

**OUTPATIENT TX:**                Amon Amei, AA
**WHEN**                          Juvenile  Psychiatrist T   Flaming Bon
**WHERE**                                                    put him on  ti Prozac
                                                             about 5 mo   Wellbutrin
**SUICIDE ATTEMPTS:**             "                    "              ago
**WHEN**                          None
**WHERE**
**WHY**
**HOW SEVERE**

**HX OF ARRESTS:**
**JUVENILE / ADULT**              J.    Ø        (Ad    2

**SCHOOLING:**                    4 S
**MARITAL:**                      Single
**ARMED FORCES:**                 No
**OCCUPATION:**                   Co pacity

**FAMILY PSYCH HX:**
1.   **PSYCHOLOGICAL PROBLEMS**
     **HOSPITALIZATIONS**         Father
     **PSYCHOTROPICS**
2.   **ALCOHOL/DRUG ABUSE**       Ø
3.   **HX OF SUICIDE**            Father shot himself ~4 y ago

**MENTAL STATUS EXAMINATION:**
     (ALERT)/DROWSY/LETHARGIC
     **BEHAVIOR:**      APPROPRIATE/INAPPROPRIATE(DESCRIBE)
     **ATTITUDE:**      (COOPERATIVE)/HOSTILE/GUARDED/DEFENSIVE/SUSPICIOUS/OPPOSITIONAL
                        PASSIVE/APATHETIC/MANIPULATIVE
     **ORIENTATION:**   PERSON/PLACE/TIME/SITUATION    Ox4
     **EYE CONTACT:**   NO/POOR/FAIR/GOOD

     **APPEARANCE:**    NEAT/DISHEVELLED/UNKEPT/WELLGROOMED    Pepa grown
                        YOUNGER/OLDER/STATED

     **PSYCHOMOTOR ACTIVITY:**
                        INCREASED/DECREASED/NORMAL
     **IMMEDIATE MEMORY:**   GOOD/FAIR/POOR
     **RECENT MEMORY:**      GOOD/FAIR/POOR

**NAME**   Hicks              R___ S___  DOB____   A# 05 5J-14533

# MSA CORRECTIONAL CARE

## MENTAL HEALTH QUESTIONNAIRE

Institution/Facility: _Mam Soul_

NAME: _Hicks, William_     D.O.B.: _9·10·63_     I.D. NUMBER: _B59514533_

| QUESTIONS | YES | NO | COMMENTS |
|---|---|---|---|
| 1. Have you ever been hospitalized for an emotional or nervous problem? If yes, what hospital? _Ft. St. Lucie H._ When? _1992_ _F.I.O. Oaks_ | X | | _Alcohol problem_ |
| 2. Have you ever received counseling or outpatient treatment for the above? If yes, when? ___ Where? ___ | X | | |
| 3. Are you taking any medication for the above? If yes, what medication are you taking? ___ How Often? ___ Who prescribed it? ___ How long have you been taking it? ___ | X | | _Lithium 900 ml_ _Prozac 20mg_ |
| 4. Do you use any of the following? | X | | _I was an alcoholic I drink a lot_ |

| | How Much? | How Often? | How Long? |
|---|---|---|---|
| Beer? | _7-4 6_ | _pack/day_ | _Always_ |
| Wine? | | | |
| Liquor? | | | |

| QUESTIONS | YES | NO | COMMENTS |
|---|---|---|---|
| 5. Have you ever been treated for alcohol abuse? If yes, how many times? _X'n_ When? _1993_ Where? _Fair Oaks_ How long was treatment? _28 days_ | X | | |
| 6. Have you ever used illegal drugs? If yes, when? ___ What illegal drugs have you used in the last 12 months? _Cocaine, Speed_ When did you start using these drugs? _1983_ | X | | |
| 7. Have you ever been treated for drug abuse? If yes, how many times? ___ When? ___ Where? _F/O_ How long did treatment last? _28 days_ | X | | |
| 8. Have you ever tried to commit suicide? If yes, how many times? ___ When? ___ Where? ___ Were you hospitalized? ___ Where? ___ | | X | |
| 9. Have you thought about killing yourself? If yes, when was the last time? ___ Do you think of it: often? ___ sometimes? ___ seldom? ___ | | X | |
| 10. Have you ever been suspended from school for fighting? If yes, how many times? ___ | | X | |
| 11. Have you ever lost a job for fighting? If yes, how many times? ___ | | X | |
| 12. Have you ever been in the Armed Forces? If yes, how long? ___ What Branch? ___ Did you ever get involved in any fights during this time? If yes, how many? ___ | | X | |
| 13. What grade did you complete in school? _H.S._ | | | |
| 14. Were you in any special education classes? If yes, what classes? _No_ Are you able to read and write English? _Yes_ | | | |
| 15. Have you ever been convicted of a violent crime? If yes, when? ___ Where? ___ For what crime were you convicted? What was your sentence? ___ | X | | _1° murder_ |
| 16. Have you ever been convicted of a sexual offense? If yes, when? ___ Where? ___ For what crime were you convicted? ___ What was your sentence? ___ | | X | |
| 17. Do people consider you a violent person? ___ | | X | |

Clinician Signature: _Virgilio Bay RN_     Date: _8/8/95_

cc216

**MENTAL HEALTH QUESTIONNAIRE**

9/93

**388**

## EMSA CORRECTIONAL CARE
### INFORMED CONSENT (LITHIUM)

**MEDICATION:**  Lithium/Lithium Carbonate (Eskalith, Lithane, Lithobid, Lithonate, Lithotabs).

**PURPOSE:**  This medication is used to treat highly changeable moods.

**COMMON SIDE EFFECTS:**  Common side effects include, but are not limited to: Increased urination and thirst, fine hand tremor, upset stomach, vomiting, diarrhea, muscle weakness, thyroid gland enlargement, sleepiness.  If you experience any of these or other side effects, please report them to any member of the health care staff.

**ALTERNATIVE TREATMENTS:**  It has been determined at this time that this category of medication is the most effective therapy available, and that this class of medication will relieve undesirable symptoms better and more quickly than other treatments. Other treatments include activity therapies and talk therapies such as counselling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:**  This medication usually acts within a few days. Significant benefit may occur within three weeks.  Maximum benefit may require regular and long-term usage.  The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that will meet your needs.  The doctor will order laboratory tests from time to time to ensure that the medication is safe.  The doctor, at a minimum, reviews the medication and its effect every month.

**NOTIFICATION:**  I understand that I can decide to stp taking this medication at any time by telling the doctor or any other health care staff.  If I decide to stop taking this medication, it will not affect my ability to receive other health care.

**RISKS AND HAZARDS:**  Avoid abrupt changes in weight, and changes in salt intake. Avoid too much caffeine, and avoid activities resulting in high levels of sweating.

I understand that by signing this form I am agreeing to let EMSA Correctional Care, a contracted agent, treat me with a psychotropic drug.  I have been given and have had explained information about the nature of this treatment and the reason I am being treated.  I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug.  I have been given a chance to ask questions about my treatment, and have had all my questions answered.  I understand that I can discuss any other questions I might have about my treatment with the doctor, and that a copy of this form will be given to me.

Patient's signature: _____ Date _____ Time _____

Staff signature: _____
DR. MEL LIMIA
STAFF PSYCHIATRIST, Date / / Time _____
MAIN JAIL

NAME _____ R__ S__ DOB _____ # _____

389

## EMSA CORRECTIONAL CARE
## INFORMED CONSENT (ANTIDEPRESSANTS)

**MEDICATION:** For example: Elavil, Tofranil, Pamelor, Desyrel, Sinequan, Ludiomil, Norpramin, Vivactil, Asendin, Surmontil, Prozac, Zoloft, or any other anti-depressant.

**PURPOSE:** These medications are mood elevators used to treat mental depression, and the depression that occurs with nervousness. They work by improving the balance of chemical substances within the brain.

**COMMON SIDE EFFECTS:** Common side effects include, but are not limited to: Sleepiness, dry mouth, blurred vision, constipation, difficulty urinating, light headedness upon arising, rash, occasional affects on the heart rate and blood pressure. If you experience any of these or other side effects, please report them to any member of the health care staff.

**ALTERNATIVE THERAPIES:** It has been determined, at this time, that this category of medication is one of the most effective therapies available for the treatment of depression. Other treatments include activity therapies and talk therapies such as counseling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days. Significant benefit may occur within three weeks. Maximum benefit may require regular usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets your needs. The doctor may order laboratory tests from time to time to ensure that the medication is safe. The doctor, at a minimum, reviews the medication and its effect every month.

**NOTIFICATION:** I understand that I can decide to stop taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care.

**RISKS AND HAZARDS:** Avoid alcohol. Avoid operating a motor vehicle or other activities that require alertness. Avoid excessive exposure to sunlight, or exposure to sun lamps. Sudden discontinuation of this medication may cause medical problems.

I understand that by signing this form I am agreeing to let EMSA Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of this treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions I might have about my treatment with the doctor, and that a copy of this form will be given to me.

Patient's signature: _____ Date _____ Time _____

Staff signature: _____ Date __/__/__ Time _____
DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

NAME ___Hicks___ R___ S___ DOB_____ # _____

390

## EMSA CORRECTIONAL CARE
## CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT

Contracts which you have with the mental health staff of the Broward County Sheriff's Office are usually considered confidential or privileged communication. This means that, generally, whatever you say and your testing results are held in confidence. It is very much like the confidentiality that exists between lawyers and their clients.

However, there are limits to confidentiality which you need to be aware of. Other mental health and health services staff within the Sheriff's Office have access to notes which are kept regarding all mental health contracts. If you decide to receive counseling or other mental health treatment, supervisors in Mental Health will be reviewing your records and discussing your situation with the mental health worker who has been or is seeing you. There are mental health staff meetings in which your counselor will discuss your situation with mental health staff who may not be seeing you.

Furthermore, if you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the Jail, mental health staff will advise other staff of such danger, in order to protect your well-being and that of others. If you identify any minor child, elderly, or disabled person who has been the victim of physical or sexual abuse, mental health staff will notify the Department of Health and Rehabilitative Services Abuse Hotline. Also, officials of the court, law enforcement officials, Department of Health and Rehabilitative Services staff or as otherwise provided by the law may review or receive copies of your mental health records without your prior authorization. Your mental health records may also be released by your written consent.

Your signature below indicates that you have read this statement or that it was read to you, that you understand the limits of confidentiality within the Broward County Sheriff's Office and that you agree to receive the following mental health services:

"Mental Health Evaluation and Treatment as needed until I withdraw my consent."

_____          _____8.8.95_____
Patient's Signature                                   Date/Time

_____          _____
Staff Signature          DR. MEL LIMIA                  Date/Time
                         STAFF PSYCHIATRIST.
                         MAIN JAIL

_____          _____
Witness Signature                                     Date/Time

Name __Hicks  W.____  R___ S___ DOB_____  # _____

**391**

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _N B D C_

Name: _B × N W Hicks_          ID# _BS 9514533_

D.O.B. _9-10-63_

I, _Bill Hicks_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | |
|---|---|---|
| ✓ A. | Refused medication. | ___ E. Refused X-Ray services. |
| ___ B. | Refused dental care. | ___ F. Refused other diagnostic tests. |
| ___ C. | Refused an outside medical appointment. | ___ G. Refused physical examination. |
| ___ D. | Refused laboratory services. | ___ H. Other (Please specify) |

_____

Reason For Refusal _need to see Regular doctor  3 Sych._
_doctor -  Have Body aches for 2 weeks_
_many pititions_

Potential Consequences Explained _____

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson 3a_        DELLA RICHARDSON, LPN
Witness Signature                    NBDC

_Deputy A. R____ 7865_           _[signature]_
Witness Signature                    Patient Signature

_8/29/95_                        _9 05/pm_
Date                             Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                           7/94

_B92_



**EMSA CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☒ MEDICAL    ☑ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-25-95    Facility/Institution: N-B-D-C

Name of Inmate: Rick Williams    D.O.B.: 9-10-63    Sex: male

I.D. #: BS-95-14533    Cell #: H D-4-23

Problem: (in your own words)
med - is giving side effects and
I'm not sure whats - whats-
need some thing for pain in Right
shoulder - plus forearm shurt & joint's in body

**DO NOT WRITE BELOW THIS LINE**

---

### STAFF SECTION

Person Triaging: E Du McKenzie    Date: 8/23/95    Time: 935 A
(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S: "I am not Taking my psych meds because I am having headaches and dizzy feeling I dont like. I need to see "The Doctor". I used to take Prozac before

O: Alert oriented x 4. Good eye contact appropriate behavior, remains anxious

A: R/o Pains in shoulder & joints / alteration in comfort

P: Blue Ice q d @ N X 7 dys. Request Tylenol for pain from Deputy q 4° - 6° huly

E:

Date: 8/23/95    Time: 2:30 p    Health Service Signature    ELMA MCKENZIE
                                                              Elma McKenzie LPN

CL 1480-01                                                                        393



**EMSA CORRECTIONAL CARE**

RECEIVED
AUG 24 1995

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH



*(Please check one of the above)*

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-24-95                 Facility/Institution: N-B-D-C

Name of Inmate: Bill Hicks (William) 9-10-63  Sex: Male

I.D. # BS-95-14533           Cell #: D-4

Problem: (in your own words)

Pains in Joynts — Falling giving out in Legs when getting up— feel feverish— Pulse High— very sick —

A-S-A-P—

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: D Richardson    Date: 8/24/95  Time: 9PM
(Name)
DELLA RICHARDSON, LPN
NBDC

Disposition: SC

**FOR STAFF USE ONLY**

S: ℞ knee joint pain

O: WM m no distress ℅ shoulder pain ROM OK  V/S stable informs Blue Ice. Denies no pillow. Deputy informed for getting pills

A: R/O joint pain

P: Advised rest. MD referral ↑ po H₂O

E: If further problem notify. SIC.

DHANMATIE NANCOO
NBDC

Date: 8/24/95  Time: 945

Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01

394

**EMSA** CORRECTIONAL
✛ CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL      ☐ MEDICAL      ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-6-95                    Facility/Institution: NCB-DC

Name of Inmate: William Hicks    D.O.B.: 8-10-63    Sex: male

I.D. #: BS-95-1453              Cell #: H-D-4

Problem: (in your own words)

Cut in Both noses - stuft up - cant Breath hardly - getting worse
Please cant hurdle Feelings - getting mad fazt-

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Person Triaging: DRichardson    Date: 9/6/95    Time: 9:40 PM
                (Name)

Disposition: S/c

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: Pt. c/o "sore throat, sore nose."

O: T. 98.8 P 88 R 18 B/P 104/70. Resp even + unlabored. Nasal congestion noted. No bleeding from nose noted. Lungs clear. Denies cough. Throat sl. red.

A: R/o cold symptoms. Alteration in comfort.

P: Sudafed 60mg po Bid X 5 days. CTm 4 mg po Bid X 5 days. Salt water gargle B.d X 5 days per protocol. Inform deputies or nurse of any bleeding.

E:

Date: 9/7/95    Time: 8 PM    DRichardson

Health Service Signature

DELLA RICHARDSON, LPN
NBDC

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01                                                                **395**

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: NBDC

Name: HICKS, William          ID# BS9514583

D.O.B. 9-19-63

I, William Hicks          have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.  Refused medication.                    ____ E.  Refused X-Ray services.

____ B.  Refused dental care.                    ____ F.  Refused other diagnostic tests.

____ C.  Refused an outside medical appointment.  ____ G.  Refused physical examination.

✗ D.  Refused laboratory services.            ____ H.  Other (Please specify)

lithium level

Reason For Refusal  ~~Patient~~ Declined blood work
didn't ~~was~~ come to clinic.

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

C Burch          CASSANDRA BURCH, NBDC
Witness Signature

Alex Leonard Sharp #4716          Decline PER DEP RODRIGUEZ
Witness Signature                    Patient Signature

9/15/95                              10:30am
Date                                Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _N. Broward_

Name: _HICKS, William,_          ID# _BS 95 14533_

D.O.B. _——— 9-14-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_Lithium 600mg in PM + Sinequan 100mg Po @ hs_

Reason For Refusal _____

_did not come to door to give reason_

Potential Consequences Explained _____

_Loss of Control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Deb Singleton 7769_
Witness Signature          _Valerie Inmate, RN_
                            _North Broward_
_Valerie C. Murder, RN_                    _refused to sign_
Witness Signature                          Patient Signature

_9-18-95_                                   _7 PM_
Date                                        Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.



**EMSA** **CORRECTIONAL CARE**



## INMATE MEDICAL REQUEST FORM

☑ DENTAL     ☐ MEDICAL     ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-19-95     Facility/Institution: A-B-C-D

Name of Inmate: William Hicks     D.O.B.: 9-10-68     Sex: male

I.D. #: DS9514533     Cell #: D-1-23

Problem: (in your own words)

Have something wrong with my gums — have Big knot — Please help as soon as possible Hurts + Hurts

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: Neran Allaha RN     Date: 9/19     Time: 1425

(Name)

Disposition: Dental | S/C

**FOR STAFF USE ONLY**

S: _____

_Already Dental_

O: _____

A: _____     JACQUELYN D FARRAR

Dental Assistant, NBDC

P: _____

E: _____

Date: 9-19-95     Time: 8:40 AM

Health Service Signature

JACQUELYN D FARRAR
Dental Assistant   NBDC

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☒ DENTAL  ☐ MEDICAL  ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-20-95    Facility/Institution: N-B-C-D.

Name of Inmate: William Hicks    D.O.B.: 9-10-63  Sex: male

I.D. # BS 95-14533    Cell #: 11D1

Problem: (in your own words)
I have infection I yaw and my heart
is bothering me, pluss my mitral value
proLapse I was born with - seems to Flutter
a lot - (Pt. states needs Penicillin prior to dental work) Vemindec RN
V. MINDLE, RN

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: V. Mindee RN/al    Date: 9/20    Time: 10 PM

Valerie Mindly (Name)

Disposition: Dental North Broward call

**FOR STAFF USE ONLY**

S: Sunny Dental

O:

JACQUELYN D. FARRAR
Dental Assistant - NBDC
Farrar

A:

P:

E:

Date: 9-29-95    Time: 8:40 Am

JACQUELYN D. FARRAR
Dental Assistant - NBDC

Health Service Signature

CL 1480-01

399



# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM



☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-22-95    Facility/Institution: N.B.C.

Name of Inmate: William Hicks    D.O.B.: ____ Sex: M—

I.D. # BS-95-14-533    Cell #: H-2-1-23    12'14.5

Problem: (in your own words)
My Right jaw hurts - and Aks plus my heart is giving me alot of Problems due to my tro valve pro Lapse - warm Please Note placed 3 Form already ago

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

CRYSTAL CHAMBERS, RN
NBDC

Person Triaging: C Chambers RN (Name)    Date: 9/22/95    Time: 6p

Disposition: ____

FOR STAFF USE O

S: ____

O: ____

FARRAR NBDC

A: ____

P: ____

E: ____

Date: 9-29-95    Time: 8:40 AM

Health Service Signature

JACQUELYN FARRAR
Dental Assistant - NBDC



# CORRECTIONAL CARE
## DENTAL SERVICES

LAST NAME _Weeks_    INMATE FIRST NAME _William_

D.O.B. _9-10-63_ ID# _B595 14533_    INSTITUTION _NBDC_    DATE OF EXAMINATION _9/9/95_

### MEDICAL HISTORY - SUMMARY

General Health

Existing Illness

Medicine/Drugs

Allergies _NKA_

Blood pressure S ___ / D ___

### DENTAL HISTORY - SUMMARY

Attitude

Home Care

### CLINICAL DATA

General Condition of Teeth

Plaque ___ Stains ___ Abrasions

Condition of Present Restorations

Overhangs ___ Contact Points ___ Pockets

Inflammation of Gingival Tissue: Slight ___ Moderate ✓ Severe

Color ___ Recession

Condition of the Floor of Mouth

Palate: Hard ___ Soft ___ Tongue ___ Lips

Frenum ___ Ridges

Presence of Exudate ___ Areas of Food Retention ___ Saliva

Calculus: Slight ___ Moderate ✓ Excessive ___ Oral Cancer Exam

TMJ

Results of X-Ray: Bone

Supernumerary

### Gen'l Health
- Physician's Care?
- Rheumatic Fever?
- Diabetes?
- T.B.?
- Hepatitis?
- Venereal Disease?
- Radiation Therapy?
- Anmia?
- Epilepsy?
- Elective Dental Treatment?

Reactions to Anesthetics?
- High Blood Pressure?
- Heart Disease?
- Bleeding?
- Lung Disease?
- Kidney Disease?
- Breathing Problem?
- Other?

CODE: S.C. - Space Closed   C.R. - Crown   X - Missing Teeth

RIGHT / LEFT (tooth chart numbering 1-16 upper, 17-32 lower)

UPPER   LINGUAL   LOWER

Dr. ___

For ___

Directions ___

No. ___    Date _3/97_

_Weeks Williams_

_B595 14533_

RECEIPT FOR MEDICAL SERVICES

*Hicks, William*          *BS95 14533*          *9.39.95*
INMATE NAME                    ARREST #              DATE OF SERVICE

## SERVICES PROVIDED

| | | |
|---|---|---|
| _____ | $3.00 | NURSE SICK CALL |
| _____ | 3.00 | DIAGNOSTIC HANDLING FEE |
| ✓_____ | 5.00 | PRESCRIPTION HANDLING FEE |
| _____ | 5.00 | DENTAL SICK CALL |
| _____ | 10.00 | MD/PA/ARNP SICK CALL, CLINIC VISIT |
| _____ | 15.00 | OPTOMETRIST |
| _____ | 15.00 | ORAL SURGEON |
| _____ | 15.00 | GYNECOLOGIST |
| _____ | 15.00 | ORTHOPEDIST |
| _____ | 15.00 | OTHER SPECIALIST |

_____    _____    _____

## VERIFICATION OF SERVICES RECEIVED:

SIGNATURE OF INMATE: *William Hicks*_____

PRINT NAME OF PROVIDER: ___JACQUELYN D. FARRAR___
                           Dental Assistant - NBDC

PROVIDERS SIGNATURE: _____*J.D. Farrar*_____

## INMATE REFUSED TO SIGN

WITNESS_____

Distribution:

Deliver original to Inmate Banking/Commissary
First copy to Medical Records
Second copy to inmate

402

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _N BDC_

Name: _Hicks, William_     ID# _BS95/4533_

D.O.B. _9-19-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal  _" I don't want it "_

Potential Consequences Explained  _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_[signature]_
Witness Signature

_Refused to sign_

_Richardson_                    Patient Signature
Witness Signature     DELLA RICHARDSON, LPN
                      NBDC

_9/29/95_                      _830/pm_
Date                           Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _____

Name: _Hicks, William_____ ID# _____

D.O.B. _____

I, _____ have, this day, knowing that I have a condition
   (Name of Inmate)

requiring medical care as indicated below:

__✓__ A.   Refused medication.                          ____ E.   Refused X-Ray services.

____ B.   Refused dental care.                          ____ F.   Refused other diagnostic tests.

____ C.   Refused an outside medical appointment.   ____ G.   Refused physical examination.

____ D.   Refused laboratory services.                ____ H.   Other (Please specify)

_____

Reason For Refusal _I would like to sleep_____

_____

Potential Consequences Explained _____

_____

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_Della Richardson_____ DELLA RICHARDSON, LPN
Witness Signature              NBDC                    _Refused to sign_____

_Deputy Kelly_____                             Patient Signature
Witness Signature

_9/30/95_____                                  _9/15/pm_____
Date                                                   Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

404

CC 013

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDc_

Name: _Hicks William_ ID# _BS9514533_

D.O.B. _9/19/63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✓_ A.   Refused medication.                    ___ E.   Refused X-Ray services.

___ B.   Refused dental care.                    ___ F.   Refused other diagnostic tests.

___ C.   Refused an outside medical appointment.  ___ G.   Refused physical examination.

___ D.   Refused laboratory services.            ___ H.   Other (Please specify)

Reason For Refusal  _I don't want it, I want to sleep._

Potential Consequences Explained  _loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                        NBDC

_Deputy Kelly_                    _Refused to sign_
Witness Signature                    Patient Signature

_10/1/95_                        _8:30 pm_
Date                            Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                    **405** 7/94

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_ ID# _BS951653_

D.O.B. _9/19/63_

I, _William Hicks_ have, this day, knowing that I have a condition
   (Name of Inmate)

requiring medical care as indicated below:

✓ A.   Refused medication.                          ___ E.   Refused X-Ray services.

___ B.   Refused dental care.                       ___ F.   Refused other diagnostic tests.

___ C.   Refused an outside medical appointment.    ___ G.   Refused physical examination.

___ D.   Refused laboratory services.               ___ H.   Other (Please specify)

Reason For Refusal _"I want to sleep."_

Potential Consequences Explained _Loss of control._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                       NBDC

                                        _Refused to sign_
Witness Signature                       Patient Signature
_10/5/95_                               _off_
Date                                    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

406

CC 013                                                              7/94

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_          ID# _B 59514533_

D.O.B. _9/19/63_

I, _William Hicks_          have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
|---|----|---------------------|-----|----|-------------------------|
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _" I don't want it "_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                         NBDC

_Deputy Kelly_                    _Refused to sign_
Witness Signature                  Patient Signature

_10/4/95_                          _9pm_
Date                               Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                     407

7/94

**EMSA** **CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _William Hicks_                    ID# _BS9514533_

D.O.B. _9/19/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.   Refused medication. _amoxicillin_        ____ E.   Refused X-Ray services.

____ B.   Refused dental care.                     ____ F.   Refused other diagnostic tests.

____ C.   Refused an outside medical appointment.  ____ G.   Refused physical examination.

____ D.   Refused laboratory services.             ____ H.   Other (Please specify)

Reason For Refusal _" I don't need it now"_

Potential Consequences Explained _Chance of increase in infection_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_                 DELLA RICHARDSON, LPN
Witness Signature                    NBDC

_Deputy Kelly_                              _Refused to sign_
Witness Signature                            Patient Signature

_10/4/95_                                    _4 30 pm_
Date                                         Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                              408

7794

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_    ID# _B59574533_

D.O.B. _9/19/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ___ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _No comment_

Potential Consequences Explained _Lose of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Della Richardson_    **DELLA RICHARDSON, LPN**
Witness Signature            **NBDC**

_Ag M. Agel  4426_    _Refused to sign_
Witness Signature            Patient Signature

_10/5/95_    _8 30/pm_
Date            Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

409

CC 013                                        7/94

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_ ID# _859514533_

D.O.B. _9/9/63_

I, _Hicks, William_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _" I don't need it "_

Potential Consequences Explained _YES_

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_EMT V. Podlocha RN_
Witness Signature    **EVA PODLOCHA, RN**
                          **NBDC**
_Np. C. Marcano  7482_
Witness Signature

Patient Signature

Date _10/07/95_      Time _16:55_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

410

# EMSA CORRECTIONAL CARE

### REFUSAL OF TREATMENT FORM

Institution: _NBOC_

Name: _Hicks, William_    ID# _B09514533_

D.O.B. _8/6/63_

I, _Hicks William_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_X_  A.  Refused medication.    ___  E.  Refused X-Ray services.

___  B.  Refused dental care.    ___  F.  Refused other diagnostic test

___  C.  Refused an outside medical appointment.  ___  G.  Refused physical examination

___  D.  Refused laboratory services.    ___  H.  Other (Please specify)

_____

Reason For Refusal _____ _no commints_ _____

_____

Potential Consequences Explained _____ _UCI_ _____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Eva N Podlocha RN_
Witness Signature    EVA PODLOCHA, RN
                                  NBDC

_Dep. R. Ritchie 3942_
Witness Signature    Patient Signature _rf. to ngn_

Date _10/06/95_    Time _8:45_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

411

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _____ *MBOC* _____

Name: *HICKS, WILLIAM* _____ ID# *BS9574533/* _____

D.O.B. *9/19/63* _____

I, *HICKS, WILLIAM* _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
|---|----|---------------------|-----|----|-------------------------|
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _____ *no comments* _____

Potential Consequences Explained _____ *yes* _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____ *FRANK PODLACHA RN* _____
Witness Signature    ...DLOCHA, RN
                     NBDC

_____ *Deputy Kelly* _____     _____ *ref. to RN* _____
Witness Signature                Patient Signature

_____ *10/08/98* _____     _____ *16:25* _____
Date                        Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

*412*

7/94



**EMSA** *CORRECTIONAL CARE*

RECEIVED
OCT 11 1995

12 1HS

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☑ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 10-10-95    Facility/Institution: N.B.D.C.

Name of Inmate: Bill Hicks.    D.O.B.: 9-10-63    Sex: M

I.D. #: BS95-14533    Cell #: 11-1

Problem: (in your own words)

I am having to much energy - Feeling Like I'm going to Bust or hurt some thing. I'm having trouble sleeping and very restless. It's getting worse.

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: D Richardson    Date: 10/10/95    Time: 4/15 pm
                 (Name)

Disposition: Mental Health    DELLA RICHARDSON, LPN
                                NBDC

**FOR STAFF USE ONLY**

S: Seen by Dr. Shams on 10/12/95.

O: _____ PH.D.

A: _____

P: Refer to mental Health

E: _____

Date: 10/10/95    Time: 7 pm    D Richardson    DELLA RICHARDSON, LPN
                                Health Service Signature    NBDC

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

413

# EMSA CORRECTIONAL CARE

## HEALTH EVALUATION

CHARGES

BOND: Ø

| Date: 10-17-95 | I.D. #: BS 957933 | Date Booked: 8/7/98 | County: Broward |

### ADMISSION DATA

| Last Name: Hicks | First: Bill | Middle: M | Address: 7808 NW Waverly drive |
| Alias: None | | | City: Lauderhill Fl. 33321    St.:    Zip: |
| Birthplace: IL | D.O.B.: 9-10-63 | | Phone: 728-45611    Religion: Cal. |
| SS#: 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 | Marital Status: S M D W Sep | | Read/Write English? Yes No Other: |
| Previous Incarcerations (Date & Facility) 1 time = date unknown M.C.J. | | | Health Insurance? Y N  Carrier:    State: |
| | | | Policy Number: |
| NOTIFY IN EMERGENCY: | Name: No One | Relationship: | Address: | Phone: |

### MEDICAL DATA

| Family Physician: | | Address: | | Phone: |

| Previous Hospitalizations/Surgeries/Major Illness/Current Illness:  What? Where? Head injury 1994 - BGMC (R) knee surgery 1987 FMC | See H & P ☐ |
| Medications: ☐ None  See Rx's 8/14/95 | Special Diet (Prescribed): N/A |
| Allergies: NKA ☒ | Tetanus/Immunizations  Y  N  Dates: ? |

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN, AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

### CLINICAL OBSERVATIONS

1) Level of Consciousness: ( ✓ ) Alert  ( ✓ ) Oriented; time, place, person  ( ) Lethargic  ( ) Stuporous  ( ) Comatose
Describe:

2) General Appearance: ( ✓ ) Norm  ( ) Abn.
Describe:

4a) Behavior/Conduct: ( ✓ ) Calm  ( ✓ ) Cooperative  ( ) Non-Violent  ( ) Agitated  ( ) Uncooperative  ( ) Violent  ( ) Manipulative  ( ) Disorganized
Describe:

5a) Is Patient at High Risk for Suicide?  ( ) Yes  ( ✓ ) No

c) Is there evidence of Self Mutilation  ( ) Yes  ( ✓ ) No

3) Substance Abuse: ( ✓ ) Yes  ( ) No  ( ) Suspected  ( ) Current Intoxication/Abuse  ( ) Use  ( ) Withdrawal Symptoms  ( ✓ ) Drugs  ( ✓ ) Alcohol
Describe: What kind? Amount/Frequency? Crack - Cocaine Case beer / day
Last Use: (Time/Date): 8/6/95

4b) Affect/Mood: ( ) Normal  ( ) Manic  ( ✓ ) Depressed appears  ( ) Euphoria  ( ) Flat  ( ) Confused  ( ) Delusion  somewhat depressed  ( ) Emotional Instability  ( ) Hallucinations  ( ) Hearing Voices
Describe: Calm / Co-op / good eye contact

b) Does Pt. Describe Suicidal Thoughts or Ideations? ( ) Yes  ( ✓ ) No

d) High Risk Pt. may become Assaultive towards Staff? ( ) Yes  ( ✓ ) No

*If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:*

6a) Communication Difficulties  ( ) Yes  ( ✓ ) No

b) Memory Defects  ( ) Yes  ( ✓ ) No

c) Hearing Impairment  ( ) Yes  ( ✓ ) No

d) Speech Difficulties  ( ) Yes  ( ✓ ) No

7) Physical Aids: ( ✓ ) None  ( ) Glasses  ( ) Contacts  ( ) Hearing Aid  ( ) Dentures  ( ) Cane  ( ) Crutches  ( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other

8) A/Comments, Complaints, Symptoms:  None ☒

S)

O)

A)

P)

414

CC 017



**EMSA** *CORRECTIONAL CARE*

8/7

## INMATE MEDICAL REQUEST FORM

☑ DENTAL   ☐ MEDICAL   ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _10-20-95_       Facility/Institution: _N. B. D. C._

Name of Inmate: _Bill m Hicks_       D.O.B.: _9-10-63_

I.D. # _BS95 14533_       Cell #: _12-2H5_

Problem: (in your own words)
_Tooth hurts Bad, jaw swollen Lots of pain     Would Like to pull Tooth please_

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition: _V. Mindle, Valerie Mindle, North Broward_

Person Triaging: _Dental_   (Name)       Date: _10/20_   Time: _5:15 pm_

**FOR STAFF USE ONLY**

S: _____

O: _12143_

A: _____

P: _____

RECEIVED
OCT 23 1995

JACQUELYN O'BARY
Dental Assistant - NBDC

Date: _____

Health Service Signature

White — Medical Department       Yellow — Other       Pink — Inmate

CC 018       415       7/94

**EMSA CORRECTIONAL CARE**

MEDICAL OBSERVATION SHEET
SEGREGATION / ISOLATION

BS 49145 33

HICKS, William

| TIME | DESCRIBE CURRENT CONDITION: (Awake, Sleeping,Agitated,Talkative,Hostile, O.K.,Happy,Depressed,Very Quiet,etc.) | ANY VERBAL HEALTH COMPLAINTS AS STATED BY INMATE | ANY SIGNIFICANT PHYSICAL FINDINGS | SIGNATURE |
|---|---|---|---|---|
| 8³⁰ Pm | at cell door in suicide gown | "I'm Cold" | none | U Mudie, RN |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

UPON COMPLETION, PLACE IN MEDICAL RECORDS

416

**EMSA** *CORRECTIONAL CARE*

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: __R.C.M.J.__

Inmate I.D. # __BS 95/145 33__

Inmate Name: __HICKS, WILLIAM__    D.O.B.: __9·19·63__

Date of Last H & P: __Unknown__    Date of Last PPD: _____    Results: _____

Allergies: __NKA__

Current Health Problems: __Hx ♀ , Hx Etoh Abuse__

Current Medication (Name, Dosage, Frequency, Duration:) __LiCO₃ 900 PM X 30 DAYS__
__PROZAC 20 mg ii Q AM__

Physical Disabilities/Limitation: _____

Assistive Devices/Prosthetics: _____

Glasses: _____    Contacts: _____

Follow-up care needed: __Need H+P by 8/17/95   Pls. Read PPD 8/10/95__

Signature __Maureen Kessler RN__    *Monroe Kessler, RN*
*Main Jail*    Date __8/9/95__

## TRANSFER RECEPTION SCREENING

Facility: __NDDC__    T __98.7__ P __88__ R __24__ B/P __144/74__

S: Current Complaint: __none__

Current Medications/Treatment: __Prozac__

O: Physical Appearance/Behavior: __Wnl - No Tremors__

Disposition: (X) General Population    ( ) Infirmary    Referral: ( ) Medical    ( ) Dental    (X) Mental Health

When:    ( ) Immediately    ( ) Sick Call    ( ) Other _____

Signature __Joy Brien__    JOY BRIEN, RN
NBDC    Date __10/24/95__

417




**EMSA ✚ CORRECTIONAL CARE**

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: **MAIN JAIL BUREAU**

Inmate I.D. # _BS95.14573_

Inmate Name: _Hicks, William_     D.O.B.: _9·10·63_

Date of Last H & P: _8/15/95_     Date of Last PPD: _8/7/95_     Results: _⊖_

Allergies: _∅_

Current Health Problems: _Hx q psych + ETOH abuse_
_∅ Continue Suicide Watch_

Current Medication (Name, Dosage, Frequency, Duration:) _∅_

Physical Disabilities/Limitation: _____

Assistive Devices/Prosthetics: _∅_

Glasses: _____     Contacts: _____

Follow-up care needed: _F/u by psych staff_

Signature _Vuglio Hoey RN_     Date _10/27/95_

## TRANSFER RECEPTION SCREENING

Facility: _N. Broward_     T ___ P ___ R ___ B/P _deferred @ this tim_

S: Current Complaint: _Suicidal / ETOH abuse by hx._

Current Medications/Treatment: _none_

O: Physical Appearance/Behavior: _OK_

Disposition: ( ) General Population    ( ) Infirmary    Referral: ( ) Medical    ( ) Dental    (X) Mental Hea

When: (X) Immediately    ( ) Sick Call    ( ) Other _Suicide watch_

Signature _V. Mindle RN_     _Valerie Mindle, RN_
_North Broward_     Date _10-27-95 @ 6:10 PM_

CC 027

418

**EMSA** CORRECTIONAL CARE

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: **NORTH BROWARD BUREAU**

Inmate I.D. # BS957533

Inmate Name: Aides, William        D.O.B.: 9/19/03

Date of Last H & P: 8 15 95    Date of Last PPD: 8·7·95    Results: 3 m m

Allergies: N KA

Current Health Problems: Hx Psych & EtOH Abuse

Current Medication (Name, Dosage, Frequency, Duration:) ∅

Physical Disabilities/Limitation: ∅

Assistive Devices/Prosthetics: ∅

Glasses: ∅        Contacts: _____

Follow-up care needed: _____

Signature _Pauline Mier, RN_        Date 10 28 95
Pauline Mier, RN
NBDC

## TRANSFER RECEPTION SCREENING

Facility: MAIN JAIL        T 98.4 P 84 R 18 B/P 128/72

S: Current Complaint: NONE · VOICED

Current Medications/Treatment: NONE

O: Physical Appearance/Behavior: AAD x 3. Respirations even and unlabored. Gait steady. No signs of distress noted

Disposition:    (X) General Population    ( ) Infirmary    Referral: ( ) Medical    ( ) Dental    ( ) Mental Health

When:    ( ) Immediately    ( ) Sick Call    ( ) Other _____

Signature H. Holness LPN        Date 10/28/95
HYACINTH HOLNESS LPN
MAIN JAIL

419

# EMSA CORRECTIONAL CARE

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: **MAIN JAIL BUREAU**

Inmate I.D. # _BS 95714533_

Inmate Name: _HICKS  WILLIAM_ D.O.B.: _9.10.63_

Date of Last H & P: _done 8/15/95_ Date of Last PPD: _8/7/95_ Results: _3mm_

Allergies: _NKA_

Current Health Problems: _H+ Psych, ETOH Abuse_

Current Medication (Name, Dosage, Frequency, Duration:) _none_

Physical Disabilities/Limitation: _none_

Assistive Devices/Prosthetics: _none_

Glasses: _none_ Contacts: _none_

Follow-up care needed: _____

Signature _H. Holness LPN_    HYACINTH HOLNESS LPN
MAIN JAIL    Date _10/28/95_

## TRANSFER RECEPTION SCREENING

Facility: _XBB_    T _97_ P _90_ R _20_ B/P _140/86_

S: Current Complaint: _Hi. Psych, Etoh abuse_

Current Medications/Treatment: _none_

O: Physical Appearance/Behavior: _alert oriented, good_
_eye contact_

Disposition: (✓) General Population  ( ) Infirmary    Referral: ( ) Medical  ( ) Dental  ( ) Mental Health

When:  ( ) Immediately    ( ) Sick Call    ( ) Other _____

Signature _Patricia Rell_  PATRICIA RELL, LPN
NBDC    Date _10-28-95_

420

CC 027

**EMSA** **CORRECT CARE**

INMATE NAME: _ROSS, William_

I.D. NUMBER: _859511 533_

D.O.B.: _9-10-03_

ALLERGIES: _NKA_

## PROBLEM LIST

| Date Identified | Problem No. | Chronic (Long Term) Problems | Date Resolved |
|---|---|---|---|
| | ① | Hx PSYCH (mood swings) | |
| | ② | Hx ETOH ABUSE | |
| 11-11-95 | 3 | Hallucinations | |
| 11-11-95 | 4 | Depression | |
| | | | |
| | | | |
| | | | |
| | | | |

### Temporary (Usually Self-Limiting) Problems

| Prob. No. | Problem | Date of Each Occurence | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ① | Suicidal w/CH | | | | | | | | |
| | Vent pain | 8/27 | | | | | | | |
| 2 | Cold Symptoms | 9/7/95 | 7/9/95 | | | | | | |
| | dextel | 9.29.95 | 11.2.95 | 3.15.96 | 3/22/96 | 5/31/96 | 8.20.96 | | |
| 3 | Headaches | 1/18/9 | 1-14-96 | | | | | | |
| 4. | Laceration Ø cheek | 2/9/96 | | | | | | | |
| 5 | Cold | 5/8/96 | | | | | | | |
| 6. | Lt ankle pain | 7/6/96 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

421

**EMSA** *CORRECTIONAL CARE*

## CONSENT TO MEDICAL / SURGICAL / INVASIVE DIAGNOSTIC PROCEDURE(S)

I request **DR. GLENN PEARSON** ~~DENTIST~~ M.D./D.O. and such associates and assistants as he/she may deem

necessary or direct to perform upon _William Nicks_ the following procedure(s):

_local anesthesia for temp. filling on tooth #29_

If during the course of the procedure(s), the discovery of unforeseen conditions requires, in the judgment of the persons described above, different procedure(s) than those planned, I authorize such different procedure(s) as are deemed appropriate.

I understand that no warranty or promise has been made to me regarding the outcome of the proposed procedure(s) or cure of any condition, and the risks presented by the proposed procedure(s) or cure of any conditions. The risks presented by the proposed procedure(s), have been explained to me by **DR. GLENN PEARSON** M.D./D.O. as have been the alternatives to the procedures planned. **DENTIST**

I consent to the administration of anesthesia and to the use of such anesthetic agents and as may other drugs be deemed necessary and advisable, and understand that anesthesia and other drugs presents additional risk and hazards.

I consent to the disposal of any tissues, parts, or organs which may be removed as a result of the procedure(s) authorized at above facilities.

I have been given an opportunity to ask questions about my, or the patient's condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedure(s) to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent. I have read, or have had read to me, this form and I understand its contents.

_William V. S_ | _11/2/95_ | | _11/2/95_ _8:59_
Patient | Date | Witness to Signature Only | Date    Time

(If signed on behalf of patient, indicate relationship to patient and reason patient cannot sign form):

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The patient and/or authorized person indicated here appeared to understand and consented to the procedures described.

_[signature]_ **DR. GLENN PEARSON** | _11/2/95_ _8:59_ (A.M.) / P.M.
Physician's Signature    **DENTIST** | Date

422

CC 012                                                                 7/94

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH SERVICES RECEIPT

Inmate's Name: _Nicks, William_    Arrest Number: _BS95 14533_

Inmate's Location: _NBDC    12'43_
                    Facility/Pod/Housing Unit/Cell Number

Date: _11 / 2 / 95_

**SERVICES**                          **CHARGE**   (circle applicable charges)

Nurse Sick Call                        $  3.00

Diagnostic Handling Fee                   3.00

Prescription Handling Fee                 5.00

Dental Sick Call                        ( 5.00 )

MD/PA/ARNP Sick Call, Clinic Visit       10.00

Optometrist                              15.00

Oral Surgeon                             15.00

Gynecologist                             15.00

Orthopedist                              15.00

Other Specialist                         15.00

**VERIFICATION OF SERVICES RECEIVED**

_[signature]_                                      _11·2·95_
Inmate's Signature                                    Date

                        JACQUELYN D. FARRAR
                        Dental Assistant – NBDC         _11·2·95_
Provider (name stamp or print name)                     Date

                        _[signature]_                  _11·2·95_
Provider's Signature                                    Date

**INMATE REFUSED TO SIGN:**

Witness (print name and CCN)        Witness' Signature            Date

**Distribution:**  White (Original) - Inmate Banking Commissary  Yellow Copy - Health Care Records  Pink Copy - Inmate

BSO DJ#14 (New 7/95)

423

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☒ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 11-6-95   Facility/Institution: N.B.D.C

Name of Inmate: Bill w Hicks   D.O.B: 5-10-63   Sex: male

I.D. # 8595-14533   Cell #: HA 12'H3

Problem: (in your own words)
I've had Surgery on my Head and the stiches are sore but my Head is and still going numb. the pillow I use don't help have pain in my head every second 3 day.

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Person Triaging: D Richardson   Date: 11/6/95   Time: 8^25 pm

Disposition: S/C

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: 11/7/95 Pt out to visit unable to address sick call as stated above   DK

O: Alert & oriented w/m c c̄ head feeling numb. Wants to see doctor. Head appears to be healed (wound).

A: 4° HA. Alt in comfort.

P: Refer to clinic. Refused any other tx. Request to see doctor.

E: Doctor will see ASAP.

Date: 11/8/95   Time: 8P   D Richardson

DELLA RICHARDSON, LPN
NBDC

Health Service Signature

424

CL 1460-01   White — Medical Department   Yellow — Other   Pink — Inmate

EMSA – CORRECTIONAL CARE

## INFORMED CONSENT (ANTIPSYCHOTICS)

**MEDICATION:** For example: Thorazine, Mellaril, Prolixin, Trilafon, Loxitane, Navane, Stelazine, Serentil, Moban, Haldol, or any other antipsychotic.

**PURPOSE:** These medications are used to treat serious mental and emotional conditions and to restore calmness. They work by improving the balance of chemical substances within the brain.

**COMMON SIDE EFFECTS:** Common side effects include: Sleepiness, muscle stiffness, abnormal involuntary movements, some of which may be persistent and are called Tardive Dyskinesia, difficulty urinating, lowered blood pressure which may be experienced as light headedness, blurred vision, dry mouth, constipation, and sensitivity to sunlight. If you experience any of these side effects, please report them to any member of the health care staff.
**ALTERNATE TREATMENT:** It has been determined at this time that this category of medication is the most effective therapy available, and that this class of medication will relieve undesirable symptom better and more quickly than other treatments. Other treatments include activity therapies and talk therapies such as counselling or behavior therapy.
**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days. Significant benefit may require regular and long-term usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets your needs. The doctor may order laboratory tests from time to time, to ensure that the medication is not causing any serious problems. The doctor at a minimum, reviews the medication and its effects every month.
**NOTIFICATION:** I understand that I can decide to stop taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking the medication, it will not affect my ability to receive other health care.
**RISKS AND HAZARDS:** Avoid alcohol. Avoid driving a vehicle and other activities that require alertness. Avoid long periods of time in sunlight. Avoid exposure to sunlamps. Avoid too much exercise, extreme heat or other activities likely to make you tired.

I understand, that by signing this form, I am agreeing to let EMSA – Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of the treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions with the doctor and a copy of this form will be given to me.

Patient's signature: _William R____  Date _11/11/95_

Staff signature: _J.y. Martin M.D____  **Dr. John Martin**  Date _11/11/95_
Psychiatrist - NBDC

NAME _Hicks William_  R _W_ S _M_ DOB _9-19-63_ # _B 395 14533_

425

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _ABC, NBDC_

Name: _Hicks William_          ID# _BS957453_

D.O.B. _9/10/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.    Refused medication.                    ____ E.    Refused X-Ray services.

____ B.    Refused dental care.                    ____ F.    Refused other diagnostic tests

____ C.    Refused an outside medical appointment.  ____ G.    Refused physical examination.

____ D.    Refused laboratory services.            ____ H.    Other (Please specify)

_____

Reason For Refusal _To Strong - Headaches / Loss_
_Staying awake, Not feeling well_

_____

Potential Consequences Explained _____

_____

_____

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson_                  **DELLA RICHARDSON, LPN**
Witness Signature                     **NBDC**

_Deputy Kelly_                                    _William MD_
Witness Signature                                 Patient Signature

_11/12/95_                                         _4:90 PM_
Date                                               Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                              7/94

426

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _N. B D.C._

Name: _William Hicks_                    ID# _BS 95 #45 33_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_Thorazine 100 mg Po in PM_

Reason For Refusal _Bad reactions to it. Body_
_doesn't Like it_

Potential Consequences Explained _____
_Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_V. Mindle, RN_    _Valerie Mindle, RN_        _[signature]_
Witness Signature    _North Broward_            Patient Signature

_11-13-95_                        _6 PM_
Date                        Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

421

**EMSA** CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _____ NBB _____

Name: _Hicks, William_    ID# _BS 95.74553_

D.O.B. _9/10/63_

I, _William Hill_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| ✓ | A. | Refused medication. _Thorazine_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _Headaches/ Bad Dreams/_
_Sleep all the time, Bad head voices_

Potential Consequences Explained _Loss of control of mood_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Elma McKenzie LPN_
Witness Signature        ELMA MC KENZIE, LPN
                         NBDC

_____        x _William H._
Witness Signature          Patient Signature

_11/13/95. 10.am._
Date                       Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

428

CC 013                                                        7/94

**MSA CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☐ MEDICAL     ☐ MENTAL HEALTH

*(Please check one of the above)*

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _11-13-95_     Facility/Institution: _N.B.N.C._

Name of Inmate: _William Hicks_     D.O.B.: _97083_ Sex: _male_

I.D. #: _BS 9514533_     Cell #: _12-1-H3_

Problem: (in your own words)

_my head hurts, due to Surgery I Had
and my head goes num and can't
See._

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: _V. Miniville RN_     Date: _11/13_     Time: _6 PM_
North Brow (Name)

Disposition: _Sick Call_

**FOR STAFF USE ONLY**

S: _As stated above._

O: _Alert oriented W/M. C/O of headaches. C/O of
being unable to focus properly at times and
numbness on head. Old healed scar on head_

A: _C/O headaches / alteration in comfort_

P: _Referred to clinic.
Tylenol ii po. q 4-6° x 5 dys PRN_

E: _Increase intake of fluid, rest._

Date: _11/14/95_ Time: _200 P_

ELMA MC KENZIE, LPN
NBDC

Health Service Signature _Elma McKenzie LPN_

CL 1480-01

429

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_                    ID# _BS9574533_

D.O.B. _9-10-63_

I, _William Hicks_  have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal  _"I don't want it"_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_DRichardson_                    DELLA RICHARDSON, LPN
Witness Signature                         NBDC

_Deputy Kelly_                    _Refused to sign_
Witness Signature                    Patient Signature

_11/15/95_                    _4:10 PM_
Date                         Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

OC 013

**EMSA** **CORRECTIONAL CARE**

### REFUSAL OF TREATMENT FORM

Institution: _NBB_

Name: _HICKS  William_    ID# _B 8 95 74533_

D.O.B. _9.10.63_

I, _William    Hick_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | |
|---|---|---|---|
| ✓ A. | Refused medication. _Thorzepine 100mg bid_ | E. | Refused X-Ray services. |
| ___ B. | Refused dental care. | ___ F. | Refused other diagnostic tests. |
| ___ C. | Refused an outside medical appointment. | ___ G. | Refused physical examination. |
| ___ D. | Refused laboratory services. | ___ H. | Other (Please specify) |

Reason For Refusal _"I dont like the reaction, I want to see the Doctor"_

Potential Consequences Explained _loss of control_

    I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_E McKenzie_ _____ ELMA MC KENZIE, LPN
Witness Signature                    NBDC

_[signature]_                  _Refuse to sign._
Witness Signature            Patient Signature

Date _11.15.95_
_8 55 A._
                              Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                          7/94

431

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBD_

Name: _Hicks    William_    ID# _B 595 74 533_

D.O.B. _9-10-63_

I, _William    Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.    Refused medication. _Thorazine_          ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                     ___ F.    Refused other diagnostic tests.

___ C.    Refused an outside medical appointment. ___ G.    Refused physical examination.

___ D.    Refused laboratory services.            ___ H.    Other (Please specify)

Reason For Refusal _"I am not Taking it "_

Potential Consequences Explained _Loss of control._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_B Bell Kruger   rn_    FLMA MC KENZIE, LPN
Witness Signature                NBDC

_Deputy A Smith_          _Refused to sign_
Witness Signature                Patient Signature

_11/16/95    8.55_
Date                          Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

432

CC 013                                            7/94

**EMSA** **CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_     ID# _BS 957453_

D.O.B. _9/16/63_

I, _William Hicks_ have, this day, knowing that I have a condition
   (Name of Inmate)

requiring medical care as indicated below:

✓ A.    Refused medication.        ___ E.    Refused X-Ray services.

___ B.    Refused dental care.        ___ F.    Refused other diagnostic tests.

___ C.    Refused an outside medical appointment.   ___ G.    Refused physical examination.

___ D.    Refused laboratory services.        ___ H.    Other (Please specify)

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_    **DELLA RICHARDSON, LPN**
Witness Signature        **NBDC**

_Deputy Kelly_              _Refused to sign_
Witness Signature             Patient Signature

_11/16/95_                 _4:05 pm_
Date                      Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                    7/94

433

**EMSA** **CORRECTIONAL CARE**

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _HICKS WILLIAM_  ID# _B59574 533_

D.O.B. _9-10-63_

I, _william Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_X_ A.   Refused medication. _Thorazine cory_      ___ E.   Refused X-Ray services.

___ B.   Refused dental care.                          ___ F.   Refused other diagnostic tests.

___ C.   Refused an outside medical appointment.   ___ G.   Refused physical examination.

___ D.   Refused laboratory services.                ___ H.   Other (Please specify)

Reason For Refusal _____ _dont want it_ _____

Potential Consequences Explained _____ _yes - loss of Control_ _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

**I have read this form and certify that I understand its contents.**

_Caleste Chukwu_ _CALISTA CHUKWU RN_
Witness Signature

_[signature]_ _7292_
Witness Signature

_11/17/95_   _8:50 Am_                    _Refused to Sign_   Patient Signature _8:8 am_
Date                              Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                        7/94

434

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_                    ID# _BS95 74533_

D.O.B. _9/10/63_

I, _William        Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✓_  A.    Refused medication.                         ___  E.    Refused X-Ray services.

___  B.    Refused dental care.                        ___  F.    Refused other diagnostic tests.

___  C.    Refused an outside medical appointment.  ___  G.    Refused physical examination.

___  D.    Refused laboratory services.               ___  H.    Other (Please specify)

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Della Richardson_                DELLA RICHARDSON, LPN
Witness Signature                        NBDC

_Deputy Kelly_
Witness Signature

_Refused to Sign_
Patient Signature

_1/7/95_
Date

_4/10 pm_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                              7/94

435

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_    ID# _BS95-74533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.   Refused medication. _Trilafon_      ___ E.   Refused X-Ray services.

___ B.   Refused dental care.                        ___ F.   Refused other diagnostic tests.

___ C.   Refused an outside medical appointment.   ___ G.   Refused physical examination.

___ D.   Refused laboratory services.              ___ H.   Other (Please specify)

Reason For Refusal _Gives headaches & bad reaction_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Della Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                        NBDC

_(signature)_                          _Refused to sign_
Witness Signature                     Patient Signature

_11/21/95_                            _820/pm_
Date                                  Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                    7/94

436

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_     ID# _B59574533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. _Trilafon_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Richardson_     DELLA RICHARDSON, LPN
Witness Signature                    NBDC

_Deputy Kelly_
Witness Signature

_Refused to sign_
Patient Signature

_11/22/95_
Date

_8:30/pm_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

437

CC 013                                                        7/94

# EMSA ✚ CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_  ID# _BS95 74533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.   Refused medication. _Trilafon_          ___ E.   Refused X-Ray services.

___ B.   Refused dental care.                      ___ F.   Refused other diagnostic tests.

___ C.   Refused an outside medical appointment.   ___ G.   Refused physical examination.

___ D.   Refused laboratory services.              ___ H.   Other (Please specify)

_____

Reason For Refusal ___ _No comment_ _____

_____

Potential Consequences Explained ___ _Loss of control_ _____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_DRichardson_                        DELLA RICHARDSON, LPN
Witness Signature                            NBDC

_Deputy Kelly_                        _Refused to sign_
Witness Signature                    Patient Signature

_11/23/95_                            _8pm_
Date                                 Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

438


**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 11-25-95     Facility/Institution: N.B.D.C.

Name of Inmate: William Hicts   D.O.B.: 97063   Sex: M

I.D. #: BSS714533     Cell #: 12-1-H3

Problem: (in your own words)
Want Short meal
Head aches all the time now
After doctor gave meds.

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: D Richardson   Date: 11/29/95   Time: 9pm
(Name)

DELLA RICHARDSON, LPN
NBDC

Disposition: S/C

**FOR STAFF USE ONLY**

S: _____ sick call _____

O: _____ Refused _____

A: _____

P: _____

E: _____

Date: 11/30/95   Time: 12¹⁵ pm   Calista Chukwu RN

CALISTA CHUKWU, RN
NBDC

Health Service Signature

CL 1480-01

439

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_     ID# _BS9574533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
   (Name of Inmate)

requiring medical care as indicated below:

| | | | |
|---|---|---|---|
| ✓ A. | Refused medication. _Tilafon_ | ___ E. | Refused X-Ray services. |
| ___ B. | Refused dental care. | ___ F. | Refused other diagnostic tests. |
| ___ C. | Refused an outside medical appointment. | ___ G. | Refused physical examination. |
| ___ D. | Refused laboratory services. | ___ H. | Other (Please specify) |

Reason For Refusal _No comment_

Potential Consequences Explained _Loss of control_

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_D Richardson_     **DELLA RICHARDSON, LPN**
Witness Signature               **NBDC**

_Deputy Kelly 7674_                     _Refused to sign_
Witness Signature                       Patient Signature

_11/25/95_                           _8:30 pm_
Date                                Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                            7/94

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_ ID# _6595 74533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.   Refused medication. _Trilafon_        ___ E.   Refused X-Ray services.

___ B.   Refused dental care.                ___ F.   Refused other diagnostic tests.

___ C.   Refused an outside medical appointment.   ___ G.   Refused physical examination.

___ D.   Refused laboratory services.        ___ H.   Other (Please specify)

Reason For Refusal _No comment_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Della Richardson_ → DELLA RICHARDSON, LPN
Witness Signature          NBDC

_Deputy Kelly_                    _Refused to sign_
Witness Signature                Patient/Signature

_11/26/95_                        _8 30/pm_
Date                             Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

7/94

441

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_                    ID# _359574533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.   Refused medication. _Trilafon_           ___ E.   Refused X-Ray services.

___ B.   Refused dental care.                    ___ F.   Refused other diagnostic tests.

___ C.   Refused an outside medical appointment.  ___ G.   Refused physical examination.

___ D.   Refused laboratory services.            ___ H.   Other (Please specify)

_____

Reason For Refusal _no comment_

_____

Potential Consequences Explained _loss of control_

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this and certify that I understand its contents.

DELLA RICHARDSON, LPN
NBDC

_D. Richardson_
Witness Signature

_____
Witness Signature

_11/27/95_
Date

_Refused to Sign_
Patient Signature

_8:40 pm_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                7/94

442

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_     ID# _B39574533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✓_ A.   Refused medication.                    ___ E.   Refused X-Ray services.

___ B.   Refused dental care.                   ___ F.   Refused other diagnostic tests.

___ C.   Refused an outside medical appointment.  ___ G.   Refused physical examination.

___ D.   Refused laboratory services.           ___ H.   Other (Please specify)

_Refused Thilafon 8 mg. P.O-a H.S. (9ᵖ)_

Reason For Refusal _"I don't want it"_

Potential Consequences Explained _Yes — Potential for loss of control_

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

                  I have read this form and certify that I understand its contents.

_Kathleen Skillen_     KATHLEEN SKILLEN, LPN
Witness Signature                      NBDC

_[signature]_                          _Pt. refused to sign_
Witness Signature                      Patient Signature

_11/28/95_                             _9PM_
Date                                   Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                    7/94

443

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_   ID# _BS95 94533_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | |
|---|---|---|
| ✓ A. | Refused medication. _Trilafon_ | ___ E. Refused X-Ray services. |
| ___ B. | Refused dental care. | ___ F. Refused other diagnostic tests |
| ___ C. | Refused an outside medical appointment. | ___ G. Refused physical examination. |
| ___ D. | Refused laboratory services. | ___ H. Other (Please specify) |

Reason For Refusal _No comment_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson LPN_                    DELLA RICHARDSON, LPN
Witness Signature                              NBDC

_Deputy Kelly_                         _Refused to sign_
Witness Signature                        Patient Signature

_11/29/95_                             _9 PM_
Date                                    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                           7/94

444

**EMSA CORRECTIONAL CARE**

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_     ID# _BS95 74533_

D.O.B. _9/10/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✓_   A.   Refused medication. _Trilafon_     ___ E.   Refused X-Ray services.

___   B.   Refused dental care.     ___ F.   Refused other diagnostic tests

___   C.   Refused an outside medical appointment.   ___ G.   Refused physical examination.

___   D.   Refused laboratory services.     ___ H.   Other (Please specify)

Reason For Refusal _No comment_

Potential Consequences Explained _Loss of control_

    I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

     I have read this form and certify that I understand its contents.

_D Richardson 3p_     DELLA RICHARDSON, LPN
Witness Signature         NBDC

_Deputy Kelly_              _Refused to sign_
Witness Signature           Patient Signature

_11/30/95_                _8:45 pm_
Date                    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                           7/94

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks Williams_    ID# _BS95 14533_

D.O.B. _____

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____  A.  Refused medication.                    ____  E.  Refused X-Ray services.

____  B.  Refused dental care.                    ____  F.  Refused other diagnostic tests

____  C.  Refused an outside medical appointment.  ____  G.  Refused physical examination.

____  D.  Refused laboratory services.            ____  H.  Other (Please specify)

_Refused Sick Call_

Reason For Refusal  _I don't want it_

Potential Consequences Explained  _yes_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calista Chukwu RN_          **CALISTA CHUKWU, RN**
Witness Signature                **NBDC**

_Dep S. Starke 6836_                      _Refused to Sign_
Witness Signature                        Patient Signature

_11-30-95  12:15p_                        _12:15 pm_
Date                                     Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                    7/94

446

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_    ID# _BS95-74153_

D.O.B. _9/10/63_

I, _William Hicks_    have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✓_ A.    Refused medication. _Tridafon_        ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                    ___ F.    Refused other diagnostic tests.

___ C.    Refused an outside medical appointment.    ___ G.    Refused physical examination.

___ D.    Refused laboratory services.            ___ H.    Other (Please specify)

Reason For Refusal _" I don't want it "_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_                    . RICHARDSON, LPN
                                        NBDC
Witness Signature                DELLA RICHARDSON, LPN
                                        NBDC
_Dup. M. Hill_    4416                _Refused to sign_
Witness Signature                    Patient Signature

_15/1/95_                            _8 PM_
Date                                Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                            7/94

447

**EMSA** **CORRECTIONAL CARE**

RECEIVED DEC - 2

## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☐ MEDICAL     ☑ MENTAL HEALTH

**(Please check one of the above)**

---

PRINT ONLY                PRINT ONLY                PRINT ONLY

Date: 12-2-95          Facility/Institution: N.B.D.C

Name of Inmate: William Hicks    D.O.B.: 8-10-63  Sex: male

I.D. # B555-14533          Cell #: 12-1-H3

Problem: (in your own words)
Meds r keep giving me headaches even after I Stop taking it.

---

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: Eva Podlocha RN   Date: 12/2/95  Time: 2035
                        (Name)

Disposition: s/c on. Mostrm

**FOR STAFF USE ONLY**

S: "My head is full of pain, I can't take meds tim on, I need to talk to Dr. Mostrm"

O: Pt with out signs of acute distress, alert, oriented x3, poor eye contact, complains of bad side-effects from med.

A: Alteration in comfort due to side-effects

P: Ref. to Dr. Mostrm.

E: Inform med. staff if symptoms R.

Date: 12/2/95  Time: 21:15     Eva W Podlocha RN
                        Health Service Signature

---

EVA PODLOCHA, RN
NBDC

CL 1480-01

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _HICKS, WILLIAM_         ID# _BS 957453_

D.O.B. _9/10/63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | |
|---|---|---|
| X | A. | Refused medication. |
| ___ | B. | Refused dental care. |
| ___ | C. | Refused an outside medical appointment. |
| ___ | D. | Refused laboratory services. |

| | | |
|---|---|---|
| ___ | E. | Refused X-Ray services. |
| ___ | F. | Refused other diagnostic tests. |
| ___ | G. | Refused physical examination. |
| ___ | H. | Other (Please specify) |

_____ _for 12/2/95_ _____

Reason For Refusal   _bad side - effects_

Potential Consequences Explained   _yes - loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Emma K Podvalnove_ EVA PODLOCHA, RN
Witness Signature        NBDC

_Deputy Kelly_
Witness Signature

_12/3/95_
Date

_William Hicks_
Patient Signature

_21:05_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 018                                                   7894

**EMSA** **CORRECTIONAL CARE**

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_      ID# _B595743_

D.O.B. _9/10/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_( A._ ~~Refused~~ medication.                   ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                   ___ F.    Refused other diagnostic tests.

___ C.    Refused an outside medical appointment.   ___ G.    Refused physical examination.

___ D.    Refused laboratory services.            ___ H.    Other (Please specify)

Reason For Refusal _Refused Trilafon 8 mg. @ 9P Gives me head aches — and since I've not taken it. I still DO get them_

Potential Consequences Explained _Yes — Potential for loss of Control_

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_Kathleen Skillen_ KATHLEEN SKILLEN, LPN
Witness Signature          NBDC

_____          _William Hicks_
Witness Signature          Patient Signature

_12/4/95_                 _12/4/95_
Date                      Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                      7/94

450

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_          ID# _B89524533_

D.O.B. _9/10/63_

I, _William Hicks_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | |
|---|---|---|---|
| ✓ | A. Refused medication. _Trilafon_ | ___ E. | Refused X-Ray services. |
| ___ | B. Refused dental care. | ___ F. | Refused other diagnostic tests |
| ___ | C. Refused an outside medical appointment. | ___ G. | Refused physical examination. |
| ___ | D. Refused laboratory services. | ___ H. | Other (Please specify) |

Reason For Refusal _" I don't want it "_

Potential Consequences Explained _Loss of control_

_Released_

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_D Richardson_                    DELLA RICHARDSON, LPN
Witness Signature                           NBDC

_Deputy Kelly 7674_                  _William Hicks_
Witness Signature                    Patient Signature

_12/7/95_                            _8 PM_
Date                                 Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                7/94

-451

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks william_      ID# _BS957453_

D.O.B. _9/10/63_

I, _____ (Name of Inmate) have, this day, knowing that I have a condition requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✗ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _____ I dont want it

Potential Consequences Explained _____ yes cold symptoms

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calesta Chukwu RN_
Witness Signature      **CALISTA CHUKWU, RN**
                      **NBDC**

_____
Witness Signature      Patient Signature

_____
Date                  Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                    7/94

452

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

William M Hicks _____ 305514533 _____ WBDC _____ 12-5-95

Inmate's Name _____ Arrest# _____ Cell _____ Facility _____ Date

### PART A - INMATE'S GRIEVANCE

I need medical and I've requested over and over - no response for 3 months.

_Watch us up!!_

"I have all copies" _____ Last request 11-20-95

William M _____ 12-5-95

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr Hicks, you were seen on 12/2/95 by sick call nurse. You refused sick call on 11/25/95. You were seen 4-13-95, 11-6-95. There are no outstanding sick calls in your chart. If you have a problem, please access the sick

Reviewing Deputy's Signature/CCN _____ Date

Jill Dyslin
Joan Beauseigneur RN _____ 12-8-95

Supervisor's Signature/CCN _____ Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature _____ Date

BSO DJ#51 (Revised 4/93) _____ 453

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

12-8-95
AJ

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12-8-95   Facility/Institution: N.B.D.C.

Name of Inmate: William Hicks   D.O.B.: 9-10-63   Sex: Male

I.D. #: 8595-14533   Cell #: 12-1-H-3

Problem: (in your own words)

Last night the Flu. I have, had Broughton Suicidel thoughts Again, do to closifobic feelings fcc't breath, whart beats to fast, my mouth beats to. Fca't handle it I need to see doctor Tonight Please

---

**STAFF SECTION**

Person Triaging: V. Miedle RNII, RN (Violetta Miedle North (Name)   Date: 12/8/95   Time: 9PM

Disposition: Sick Call North TWK

---

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: See sick call protocol CL1480-08 dated 12/9/95

E: _____

Date: 12/9/95   Time: 9P   DRichardson   Health Service Signature

DELLA RICHARDSON, LPN
NBDC
DE....       .LPN

White — Medical Department        Yellow — Other        Pink — Inmate

454

CL 1480-01

Rec'd 96
1-2 NSN

BROWARD SHERIFF'S OFF.
DEPA.  .  OF CORRECTIONS AND REHA  .  .TATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

William Hicks          BSSF145331 2-7H3   B.D.C 12-9

Inmate's Name          Arrest#   Cell   Facility   Date

### PART A - INMATE'S GRIEVANCE

Ive replied For medical many times
over and never recieved any. whets
up. Ive Been Appling For 3 months
And Ive stated Ive had stiches in my head
and a severe cut from the Front of head to Back

William HC                    12-5-95
Inmate's Signature            Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

√ Grievance on 12-5-95.
Nurse visit again on 1/4/96. I do
believe we have addressed all your
sick call.

Reviewing Deputy's Signature/CCN          Date

Jan Beuersmith RN                         1/6/96
Supervisor's Signature/CCN                Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

45

Director's Signature
BSO DJ#51 (Revised 4/92)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

6A

## TO BE COMPLETED BY INMATE

Lillian Hicks                     BSSF-1453312-1H3   .I.B.D.C 12-5
Inmate's Name                     Arrest#   Cell   Facility      Date

### PART A - INMATE'S GRIEVANCE

Ive replied Fa medical many times
over and never recieved any. whats
up. Ive beeN applying Fa 3 months
And Ive stated Ive had stiches in my head
and a severe cut from the Front of head to back
lillhei in KQ                          12-5-95

Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

_____

_____

_____

_____

Reviewing Deputy's Signature/CCN                    Date

_____

Supervisor's Signature/CCN                          Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

_____

Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

456

Director's Signature

EMSA CORRECTIONAL CARE

COLD, FLU, AND RESPIRATORY ALLERGIES PROTOCOL

NAME: _Hicks William_    ARREST# _BS95-14633_

DOB: _9-10-63_  RACE/SEX _W / M_    DATE: _12/9/05_    TIME: _8 PM_

| SUBJECTIVE | | |
|---|---|---|
| | 1) | HISTORY OF COPD OR OTHER LUNG DISEASE?  _No_ |
| | 2) | SYMPTOMS?  _Nasal congestion  coughing_ |
| | 3) | IF ALLERGY, PAST HISTORY?  SEASONAL?  KNOWN OFFENDING ALLERGENS? |
| | 4) | DRYNESS OR (SORENESS) OF (THROAT?)  _No redness  yes_ |
| | 5) | PRESENCE OF COUGH?  IS IT PRODUCTIVE?  _yes  yellow sputum_ |
| | 6) | COLOR OF SPUTUM IF COUGH PRODUCTIVE?  HIV (+)? |

| OBJECTIVE | | |
|---|---|---|
| | 1) | T: _98.8_    P: _80_    R: _18_    B/P: _116/84_ |
| | 2) | HEENT EXAMINATION, IN PARTICULAR, CONDITION OF EARS, NOSE AND THROAT.  _slight redness of throat_ |
| | 3) | ENLARGED NODES OR SALIVARY GLANDS IN NECK.  _No_ |
| | 4) | CHEST EXAMINATION - WHEEZES?  RALES?  RHONCHI?  _Clear_ |

| ASSESSMENT | |
|---|---|
| | (COLD)/INFLUENZA/ALLERGY |

| PLAN | | |
|---|---|---|
| | | REFER TO PHYSICIAN/PA OR ARNP IF: |
| | 1) | BEEFY RED THROAT WITH OR WITHOUT PATCHES OR PUS. |
| | 2) | TEMPERATURE > 100.5 ° |
| | 3) | WHEEZES, RHONCHI OR RALES IN LUNGS. |
| | 4) | EVIDENCE OF EAR INFECTION. |
| | 5) | SEVERE COUGH |
| | 6) | CHRONIC ALLERGY UNRESPONSIVE TO CONSERVATIVE TREATMENT. |
| | | ASPIRIN, ACETAMINOPHEN PRN. BODY ACHES.  SALT WATER GARGLE PRN.  SUDAFED 30 MG. 1-2 TABLETS, 2-4 TIMES/DAY FOR 5 DAYS IF NO HISTORY OF HYPERTENSION  CTM 4 MG. 1 TABLET, 2-4 TIMES/DAY FOR 5 DAYS IF EXCESSIVE NASAL DRAINAGE AND NO HISTORY OF ASTHMA. |

| EDUCATION | |
|---|---|
| | • _ADVISE THAT COLDS LAST 7-10 DAYS WITH OR WITHOUT RX._ |
| | • _INCREASE FLUID INTAKE_ |
| | • _RETURN IF SYMPTOMS PERSIST 7 DAYS, PRODUCTIVE COUGH, EAR PAIN, ETC._ |
| | • _RETURN IF SYMPTOMS WORSENS AFTER x3 DAYS OF SYMPTOMATIC TREATMENT._ |

NURSE'S SIGNATURE: _Della Richardson_

NAME STAMP OR PRINTED NAME:  DELLA RICHARDSON, LPN  NBDC

PROTOCOL APPROVED BY: _DR. WINTHROP C. DAVIS  STAFF PHYSICIAN, NBDC_

REVIEWED: _____, 1995    _____, 1996

CL 1480-08

457

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 12/12/95

NAME: Hicks, William   R/S: W/M   ARREST#: BS9514533

Service provided:    Individual therapy  ✓ Group therapy

Issues discussed: The Topic was past abuse by parental figures

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| ___ Drowsy | X Cooperative | ___ Disruptive |
| X Alert | ___ Distracted | ___ Fearful |
| ___ Anxious | ___ Suicidal | ___ Angry |
| ___ Depressed | ___ Homicidal | ___ Hyperverbal |
| X Oriented | ___ Isolative | ___ Psychotic |
| ___ Disoriented | ___ Withdrawn | ___ Euphoric |

Other:

Level of participation:    Active  ✓ Moderate    Low

Progress: Mr. H's first session. He started to talk about his crime Murder chg. I

Recommendations: ✓ Continued Treatment  ____ Termination

Other:

Comments: stopped him. He listened attentively for the rest of the session.

Clinician: Eric L. Veltri                ERIC VELTRI
                                         LCSW - NBB

(Stamp)

458

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

### TO BE COMPLETED BY INMATE

WILLIAM M Hicks                BS95-14533 12-2-45 N.B.O.C   12-14-
_____          _____  _____ _____   _____
Inmate's Name                  Arrest#    Cell     Facility   Date

### PART A - INMATE'S GRIEVANCE

Per my Last Request, I seen the nurses, true. For Flu-&
headaches, not the doctor. The doctor's what I want
not the F-nurse. get it, their asshole, I need
ed to the doctor. I Told the Judge and DA about
not seeing him here, till they are doing something.
"I want the Doctor" Here is copy of request,
William M N.B.                          12-14-55   Duc,
_____           _____
Inmate's Signature                      Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

I eishter threw out the past ones or I just
can't Find them, I want a fast response-
not the nurse - one #11-13-95 -
#11-6-55      See grievence # 12-12-95

_____        _____
Reviewing Deputy's Signature/CCN         Date

_____        _____
Supervisor's Signature/CCN               Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____        _____
Inmate's Signature                       Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signa...

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 12/15

NAME: Hicks, Wm.        R/S: W/M ARREST#: BS 95 14533

Service provided:        Individual therapy    ✓ Group therapy

Issues discussed: Topic was anger specifically of one I/M — then others related to the topic as well.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | X Cooperative | __ Disruptive |
| X Alert | __ Distracted | __ Fearful |
| __ Anxious | __ Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| X Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other:

Level of participation:    Active    ✓ Moderate    Low

Progress: Mr H related to the topic — thus far I do not have a sense of

Recommendations: ✓ Continued Treatment ____ Termination

Other:

Comments: Mr H's reality,

Clinician: _____        ERIC VELTRI
                                  LCSW - NBB
                (Stamp)

460

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 12/19/95

NAME: Hicks, Wm.    R/S: W/M   ARREST#: BJ 95 14533

Service provided:    Individual therapy    ✓ Group therapy

Issues discussed: Topic was one I/M's behavior too much fooling around not enough serious behavior. We'll see if there is improvement later this week.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | X Cooperative | __ Disruptive |
| X Alert | __ Distracted | __ Fearful |
| __ Anxious | __ Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| ✓ Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other:

Level of participation:    ✓ Active    Moderate    Low

Progress: Mr H expressed fairly strong negative feelings about the U.S.

Recommendations: ✓ Continued Treatment    ___ Termination

Other:    ✓

Comments: and voiced a veiled threat to the group to try to mess

Clinician: Eric Veltri

ERIC VELTRI
LCSW - NBB

(Stamp)    W/ ___

461

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 12/22/95

NAME: Hicks, Bill     R/S: W/M ARREST#: BS95145533

Service provided: _____ Individual therapy  ✓ Group therapy

Issues discussed: Topic was one I/M's continuing bad behavior in the unit. He was laughing in others faces, not respecting their privacy or property and lying. The I/M wanted another chance to control his behavior. No one else in the unit wanted to give him another chance. It was agreed that we would recommend he be moved to a 4 unit.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | X Cooperative | __ Disruptive |
| X Alert | X Distracted | __ Fearful |
| __ Anxious | X Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| X Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other:

Level of participation: ✓ Active  Moderate  Low

Assessment: Mr H participated agreeing c the others. He ~~should~~ was going to agree to give the S another chance, but then decided after the S made a slightly threatening comment S to.

Recommendations: X Continued Treatment _____ Termination

Other:

Clinician: Eric Q Veltri     ERIC VELTRI
                              LCSW - NBB

(Stamp)

462

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/2/96

NAME: Hicks, Wm___    R/S: W/M   ARREST#: BS 9714533

Service provided:    Individual therapy    ✓ Group therapy

Issues discussed: One member used the group
to discuss his problem of real custody
of his 3 y/o child who is currently
in leagues w his ex gf. The group
felt he was in danger of you outside
the law because he is too impulsive something
(impulsive). This needs further
exploration

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | ✓ Cooperative | __ Disruptive |
| ✓ Alert | __ Distracted | __ Fearful |
| __ Anxious | __ Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| ✓ Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other:

Level of participation:   ;✓ Active    Moderate    Low

Assessment: Mr H. was instrumental in pointing
out to the S that he might have a lot
of fear motivating his bravado.

Recommendations: ✓ Continued Treatment ____ Termination

Other:

Clinician: _____    ERIC VELTRI
LCSW - NBB

(Stamp)

463

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/9/96

NAME: _Hicks, William_    R/S: W/M    ARREST#: B) 45)4533

Service provided:    Individual therapy    ✓ Group therapy

Issues discussed: Topic was the groups transfer to Dr. Shams
which will take place next week.  We also took time for
three (3) men to introduce themselves.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | ✓ Cooperative | __ Disruptive |
| ✓ Alert | __ Distracted | __ Fearful |
| __ Anxious | __ Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| ✓ Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other:

Level of participation:    Active    Moderate    ✓ Low

Assessment: I/M H was quiet which is
the usual for him during today's
abbreviated session.

Recommendations: ✓ Continued Treatment ____ Termination

Other:

Clinician: _Eric D. Veltri_    ERIC VELTRI
LCSW - NBB

(Stamp)

464

**EMSA CORRECTIONAL CARE**



## INMATE MEDICAL REQUEST FORM

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _1-13-96_    Facility/Institution: _N.B.D.C_

Name of Inmate: _William m Hicks_  D.O.B.: _9-10-63_  Sex: _Male_

I.D. # _BS95-14533_    Cell #: _12-2-6-4_

Problem: (in your own words)

_I'm having a increase in headaches, not being able to control them, as my heart beats they pond pound in my head. My head still is num from a surgery I had I requested to see doctor five months ago._

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: _V. Mindle, RN_    Date: _1/13/96_  Time: _945 pm_

Disposition: _Sick call_

**FOR STAFF USE ONLY**

S: _"I'm still having headaches real bad"_

O: _W/m c/o headache, varies in severity. Appears to be related to stress. Has healed scar from old injury (1994) V.S stable. States "eyes get blurry sometimes."_

A: _alt in comfort — anxious, reported headache_

P: _Med per Protocol_
_Inform medical if symptoms worsen_

E: _Cont to take meds as ordered_

Date: _1/14/96_  Time: _8PM_    _V. Mindle_ _Valerie Mindle, RN_ _North Broward_

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

465

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/16/98

NAME: Hicks, Wm          R/S: W/M ARREST#:

Service provided:    Individual therapy    ✓ Group therapy

Issues discussed: The topics were one I/M's intro-
ducing himself which evolved into
how the rest of the group felt about
taking their medications. The I/M who
introduced himself did not like
the idea of taking meds because
he felt he really was not ill
and would be ok as long as
he would he + his wife

Observed behavior and overall clinical status:

___ Drowsy        ___ Cooperative     ___ Disruptive
___ Alert         ___ Distracted      ___ Fearful
___ Anxious       ___ Suicidal        ___ Angry
___ Depressed     ___ Homicidal       ___ Hyperverbal
___ Oriented      ___ Isolative       ___ Psychotic
___ Disoriented   ___ Withdrawn       ___ Euphoric

Other:

Level of participation:    Active   ✓ Moderate    Low

Assessment: I/M H. supported the idea
that the I/M should take his
Rx.

Recommendations: ✓ Continued Treatment ____ Termination

                        Other:

Clinician: Eric L. Veltri        ERIC VELTRI
                                 LCSW - NBB

                    (Stamp)

466

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/18/96

NAME: Hicks, Wm.    R/S: W/M    ARREST#: 0595145533

Service provided: ___ Individual therapy    ✓ Group therapy

Issues discussed: The topic of today's session were one I/M's problem & anger and obsession & thoughts of hurting other people.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | ✓ Cooperative | __ Disruptive |
| ✓ Alert | __ Distracted | __ Fearful |
| __ Anxious | __ Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| ✓ Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other:

Level of participation: ___ Active    ✓ Moderate    ___ Low

Assessment: I/M is said little during the main topic but there was a lot of non verbal communication which he refused to discuss

Recommendations: ✓ Continued Treatment ___ Termination

Other:

Clinician: _____

ERIC VELTRI
LCSW - NBB

(Stamp)

467

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/23/96

NAME: Hicks, Bill          R/S: w/M ARREST#: BJ9514533

Service provided:    Individual therapy  ✓ Group therapy

Issues discussed: Today's group topic was the introduction of 3 new members to the group.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| __ Drowsy | ✓ Cooperative | __ Disruptive |
| ✓ Alert | __ Distracted | __ Fearful |
| __ Anxious | __ Suicidal | __ Angry |
| __ Depressed | __ Homicidal | __ Hyperverbal |
| ✓ Oriented | __ Isolative | __ Psychotic |
| __ Disoriented | __ Withdrawn | __ Euphoric |

Other:

Level of participation: ✓ Active    Moderate    Low

Assessment: I/M H brought the group to life by introducing the concept of one of the I/M homosexuality to the discussion. After that the issue was discussed openly and the tension

Recommendations: __ L Continued Treatment    ____ Termination

Other: _____ in the group appeared

Clinician: _Eric D. Veltri_        **ERIC VELTRI**
                                    **LCSW – NBB**

(Stamp) to subside.

468

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/25/96

NAME: Hicks, Bill        R/S: W/M ARREST #: BS 45 14533

Service provided:    Individual therapy    ✓ Group therapy

Issues discussed: Topic 1 was an I/M reintroducing himself to the group in more detail. The group got into some important exploration of mental illness and the spirit was to make these the behaviors less threatening to the group. Topic 2 was another I/M's bad behavior in the unit. The I/M was reminded of his responsibility to behave in a socially appropriate w...

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| ___ Drowsy | ✓ Cooperative | ___ Disruptive |
| ✓ Alert | ___ Distracted | ___ Fearful |
| ___ Anxious | ___ Suicidal | ___ Angry |
| ___ Depressed | ___ Homicidal | ___ Hyperverbal |
| ✓ Oriented | ___ Isolative | ___ Psychotic |
| ___ Disoriented | ___ Withdrawn | ___ Euphoric |

Other: _____

Level of participation:  ✓ Active    Moderate    Low

Assessment: I/M H is generally a quiet serious type guy who can be relied on for fairly honest opinions. He generally does not appear to take the group seriously and resists joining

Recommendations: ✓ Continued Treatment ___ Termination

Other: but is cooperative

Clinician: _____

(Stamp) and involved if the subject interests him.

469

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _N. Broward_

Name: _HICKS   William_                    ID# _BG 957453_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_X_ A.    Refused medication.                      ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                      ___ F.    Refused other diagnostic test

___ C.    Refused an outside medical appointment.  ___ G.    Refused physical examination

___ D.    Refused laboratory services.             ___ H.    Other (Please specify)

_Sinequan 100 mg Po @ hs_

Reason For Refusal _Holding water — retaining water._
_Hard to urinate;_

Potential Consequences Explained
_Loss of Control_

    I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

Witness Signature _Valerie Mindle, RN_
_North Broward_

Witness Signature _V. Mindle, RN_          Patient Signature _X William Hicks_

Date _1-28-96_          Time _10Pm_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013          7/94

470

EMSA CORRECTIONAL CARE
PSYCHOTHERAPY PROGRESS NOTE

Date: 1/29/96

NAME: Hicks, Bill          R/S: W/M ARREST#: BS 95-14533

Service provided:    Individual therapy    ✓Group therapy

Issues discussed: Topic for today was the introduction of a new I/M to the group.

Observed behavior and overall clinical status:

| | | |
|---|---|---|
| ___ Drowsy | ✓ Cooperative | ___ Disruptive |
| ✓ Alert | ___ Distracted | ___ Fearful |
| ___ Anxious | ___ Suicidal | ___ Angry |
| ___ Depressed | ___ Homicidal | ___ Hyperverbal |
| ✓ Oriented | ___ Isolative | ___ Psychotic |
| ___ Disoriented | ___ Withdrawn | ___ Euphoric |

Other:

Level of participation:    Active    ✓ Moderate    Low

Assessment: I/M Hicks urged the P to continue taking his Rx which he believed were vital to the P's recovery.

Recommendations: ✓ Continued Treatment ____ Termination

Other:

Clinician: _____          ERIC VELTRI
                                        LCSW - NBB
                (Stamp)

471

**EMSA CORRECTIONAL CARE**

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks_                     ID# _BS 95 7453_

D.O.B. _9-10-63_

I, _Hicks William_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X   A.   Refused medication. _Sinequan_          ___   E.   Refused X-Ray services.

___   B.   Refused dental care.                   ___   F.   Refused other diagnostic tests

___   C.   Refused an outside medical appointment.  ___   G.   Refused physical examination.

___   D.   Refused laboratory services.            ___   H.   Other (Please specify)

_____

_____

Reason For Refusal _Can't refuse water, Holding_
_Water -_

_____

Potential Consequences Explained _Loss of Control_

_____

_____

   I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_K Sutter RN    Kris Sutter RN_
Witness Signature

_Smith Kelly_
Witness Signature

_1-31-96_                         _X Wiler RN_
Date                              Patient Signature

                                 _2100_
                                 Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

472

CC 013                                                          7/94

**EMSA CORRECTIONAL CARE**

TO DR. DAVISON

817

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-5-96    Facility/Institution: N.B.D.C

Name of Inmate: Bill Hicks (William)    D.O.B.: 9-10-63    Sex: M

I.D. #: BS95-14533    Cell #: 12-1-H4

Problem: (in your own words)
I'm Having problems pissing - now my stomache is inflamed you draw blood - But not urin - why Not - If I was a girl you would have thats malpractice not to clue whats right

**DO NOT WRITE BELOW THIS LINE** want to see yesterday

---

CALISTA CHUKWU, RN
NBDC    **STAFF SECTION**

Person Triaging: Calista Chukwu RN    Date: 2/5/96    Time: 2:4pm
(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: Resolved

E: _____

Date: 2/8/96    Time: 1930    Sutter RN    K Sutter
Health Service Signature

CL 1480-01    White — Medical Department    Yellow — Other    Pink — Inmate    473

**EMSA CORRECTIONAL CARE**

*To the Director of medical*

*8/7*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-5-96   Facility/Institution: NBDC

Name of Inmate: Bill Hicks (William)   D.O.B.: 970663   Sex: M

I.D. #: BS8514533   Cell #: 12-1-H-5

Problem: (in your own words)

You said to Be a squeeky wheel and say, may I please see this and that and well your staff don't even have answers for things I'm on, they say wrong things

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

CALISTA CHUKWU, RN
NBDC
Person Triaging: Calista Chukwu RN   Date: 2/5/96   Time: 2⁰⁰p
(Name)   8c

Disposition: _____

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: Resolved

E: _____

Date: 2/8/96   Time: 1934   K Sutter RN   K Sutter

Health Service Signature

474

Grievance Response of 2/5/96

Dear Mr Hicks,

In less than a week, I have been in contact with two of your relatives regarding your care. I personally visited you at cellside with the psych nurse supervisor. I have personally integrated the psychiatrist, nursing staff, medical Dr, nurse supervisor, to determine if, in fact, you have concerns that we can medically treat. We have collected blood & urine tests.

In that time, your current course of care has been interrupted by outside elements who, I am told, encouraged you to refuse the present treatment. For instance, Refuse to take your "fluid pill," etc.

I firmly believe myself and staff are actively addressing your concerns, and will continue to pursue a reason for all of these concerns you may have. Hopefully, we may find something concrete to be able to treat.

_signature_

2/7/96

RICHARD MAC-DONALD, HSA
NBB-DOCC

475

BROWARD SHERIFF'S OFFICE
DEPARTME...    CORRECTIONS AND REHAB...    ...TION
INMATE GRIEVANCE FORM

DJB 428

6A Dec 2 7 B...

## TO BE COMPLETED BY INMATE

William M Hicks

Inmate's Name

BSSS-105372---.-4    ...    M.D.D.C    2-5-96
Arrest#    Cell    Facility    Date

### PART A - INMATE'S GRIEVANCE

I William Hicks want to state the the Big "Fat Black
nurse on 3-11 shift" "don't know the name" treats me like
Shit. She should Be Fired For her conduct. I'm very
Sick and getting sicker she said me another medicine
when I asked for two again a cold to back and Blood
pressure, I'm dieing and she don't care, I'm uneducated
and I'm not peace a Mr, I was something done about —

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

all the nurses, they don't seem to be very skilled
as nurses, I'm having Bad heart and chest pains
and pissy, stomach, is like pins touching it, Bad
between pee + the same high Blood pressure, will die too too
and when I say something to them I won't c

Reviewing Deputy's Signature/CCN    Date

Serious reply, I'm holding Dr. Davis

Supervisor's Signature/CCN    responsible for malpractice    Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

my Family is Fighting for me and ...

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

not in Br closed

As a american I Have rights and rights
Im here I want to be treated with respect
and I like this place responsibility to pay untrue
incarceration will my mental health, depend of torsos

Director's Signature    Date

BSO DJ#51 (Revised 4/93)

478

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM



Institution: _NBTX_

Name: _Hicks William_    ID# _BS 957453_

D.O.B. _9-10-63_

I, _____ have, this day, knowing that I have a condition
　　　(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. _Naprosyn KCl_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. _Lasix_ | ___ | F. | Refused other diagnostic tests |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_____

Reason For Refusal ___ _I dont want it, it does not work_

_____

Potential Consequences Explained ___ _fluid Retention_

_____

　　　I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

　　　　　　　I have read this form and certify that I understand its contents.

_Caliste Chuku RN_
Witness Signature

_C. Valle 6559_
Witness Signature

_2/9/96_　_8:45 A_
Date　　　Time

_Refused to Sign_
Patient Signature

_____

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the
medical staff member.

CC 013　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　7/94

_477_

DEPARTMENT OF CORRECTIONS AND REHABILITATION
ENT - MEDICAL CARE REC

| Name: (Last, First, Middle) Hicks William | Race/Sex W/M | Arrest Number: BS95 7453 | DOB: 9/10/65 |
|---|---|---|---|
| Age: 2 | Date/Time 2/9/96 140pm | Use of Force? [ ] Yes [✓] No | Allergies: NKA |

## AUTHORIZATION FOR HEALTH CARE SERVICES AND ANESTHESIA

I, the undersigned, an inmate/patient in this facility, had explained to me and understand the nature of my condition. I hereby authorize the health care staff to perform evaluation and treatment on me as needed.

Signature _William H R_ Date 2-9-96 Time 140p

Witness _Calista Chukwu Rn_ Date 2-9-96 Time 140p

Witness **CALISTA CHUKWU, RN NBDC** Date 2/9/96 Time 140p

If inmate/patient cannot sign, explain:

| Temperature: 98° | Pulse: 160 | Respiration: 24 | Blood Pressure: 160/98 |
|---|---|---|---|

## BRIEF HISTORY

If injured by accident, state where, when, and how injury occurred. If an illness occurred, provide description of illness:

Called to see Above inmate was reportedly cut by another inmate beech Nierman at the (R) side of the face Open Cut noted (R) cheek bleeding & incident stated to have happened at the recreation yard at about 1:30 pm.

## TREATMENT

Cut cleaned with hydrogen peroxide and pressure dressing applied to arrest the bleeding.

DISPOSITION: Inmate sent to the clinic for further care

Condition on release: [ ] GOOD    [ ] FAIR    [ ] POOR    Signature: _____

## PHYSICIAN'S REPORT

Traumatic laceration of (L) Zygomate incurred in an altercation - Sutured with 6th 6-0 proline good closure    RTC 7D.

REPORTING PHYSICIAN    Signature _W.C. Davis_ **DR. WINTHROP C. DAVIS STAFF PHYSICIAN - NBDC** Date/Time 3/9/96

REVIEWING PHYSICIAN    Signature _____    Date/Time _____

BSO DJ#26 (New 12/94)

478

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N B B._

Name: _Hicks   William_                    ID# _____

D.O.B. _____

I, _William   Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A.    Refused medication. _KCL , Lasic_          ___ E.    Refused X-Ray services.

___ B.    Refused dental care.                          ___ F.    Refused other diagnostic tests

___ C.    Refused an outside medical appointment.  ___ G.    Refused physical examination.

___ D.    Refused laboratory services.               ___ H.    Other (Please specify)

_____

Reason For Refusal ___ " I  dont  want it "_____

_____

Potential Consequences Explained ___ "retention of fluid" fluid imbalance___

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_E D M Lupin  LPN_
Witness Signature

_C  Wale_          ELMA MC KENZIE, LPN          _Refused to sign_
Witness Signature                    NBDC          Patient Signature

_2/11/96_                                    Time _8·40  A m._
Date          _8 40  Am_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA CORRECTIONAL CARE**

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _NBB_

Inmate I.D. # _BS9514533_

Inmate Name: _Hicks, William_   D.O.B.: _9/10/63_

Date of Last H & P: _8/15/95_   Date of Last PPD: _8/7/95_   Results: _neg_

Allergies: _NKA_

Current Health Problems: _suture removal @ jaw_

Current Medication (Name, Dosage, Frequency, Duration:) _Motrin 800 mg P.O. TID X 5_

Physical Disabilities/Limitation: _none noted_

Assistive Devices/Prosthetics: _none noted_

Glasses: _none_   Contacts: _none_

Follow-up care needed: _RTC 2/16 suture removal_

Signature _M. Cornelius RN_   **MIKE CORNELIUS, RN CHARGE NURSE - NBB**   Date _2/12/96_

## TRANSFER RECEPTION SCREENING

Facility: _MAIN JAIL_   T _98.4_ P _72_ R _18_ B/P _134/6_

S: Current Complaint: _% headache._

Current Medications/Treatment: _Motrin 800 mg PO TID x 5 days._

O: Physical Appearance/Behavior: _AAO x 3. Respirations even and unlabored. Gait steady_

Disposition:   ( X ) General Population   ( ) Infirmary   Referral: ( ) Medical   ( ) Dental   ( ) Mental Health

When:   ( ) Immediately   ( X ) Sick Call   ( ) Other _____

Signature _H. Holness LPN_   **HYACINTH HOLNESS LPN MAIN JAIL**   Date _2/14/96_

CC 027

480

**EMSA** *CORRECTIONAL CARE*

Institution/Facility

## MENTAL HEALTH QUESTIONNAIRE

NAME: _Hicks, William_    D.O.B. _9/10/63_    I.D. NUMBER: _BS9514533_

| QUESTIONS | YES | NO | COMMENTS |
|---|---|---|---|
| 1. Have you ever been hospitalized for an emotional or nervous problem? If yes, what hospital? _Fair Oaks / SSH_    When? _1995_ | X | | |
| 2. Have you ever received counseling or outpatient treatment for the above? If yes, when? _____ Where? _____ | | X | |
| 3. Are you taking any medication for the above? If yes, what medication are you taking? How often? ___ Who prescribed it? ___ How long have you been taking it? ___ | X | | _Sinequan._ |
| 4. Do you use any of the following? | | X | _I was al-_ |
| | How Much? | How Often? | How Long? | | | _coholic_ |
| Beer? / Wine? / Liquor? | | | | | | |
| 5. Have you ever been treated for alcohol abuse? If yes, how many times? ___ When? ___ Where? ___ How long was treatment? ___ | | X? | |
| 6. Have you ever used illegal drugs? If yes, when? ___ What illegal drugs have you used in the last 12 months? ___ When did you start using these drugs? ___ | | X | |
| 7. Have you ever been treated for drug abuse? If yes, how many times? ___ When? ___ Where? ___ How long did treatment last? ___ | | X | |
| 8. Have you ever tried to commit suicide? If yes, how many times? ___ When? ___ Where? ___ Were you hospitalized? ___ Where? ___ | | X | |
| 9. Have you ever thought about killing yourself? If yes, when was the last time? ___ Do you think of it: often? ___ sometimes? ___ seldom? ___ | | X | |
| 10. Have you ever been suspended from school for fighting? If yes, how many times? ___ | | X | |
| 11. Have you ever lost a job for fighting? If yes, how many times? ___ | | X | |
| 12. Have you ever been in the Armed Forces? If yes, how long? ___ What Branch? ___ Did you ever get involved in fights during this time? If yes, how many? ___ | | X | |
| 13. What grade did you complete in school? _grade 12_ | | | |
| 14. Were you in any special education classes? If yes, what classes? _NO_ Are you able to read and write English? _Yes_ | | | |
| 15. Have you ever been convicted of a violent crime? If yes, when? ___ Where? ___ For what crime were you convicted? ___ What was your sentence? ___ | X | | _Possession of Cocaine_ |
| 16. Have you ever been convicted of a sexual offense? If yes, when? ___ Where? ___ For what crime were you convicted? ___ What was your sentence? ___ | | X | |
| 17. Do people consider you a violent person? ___ | | X | |

Clinician Signature: _Angela Day RN_    Date _2/15/96_

## MENTAL HEALTH QUESTIONNAIRE

CC 020

7/94

481

**EMSA** *CORRECTIONAL CARE*

RECEIVED
FEB 1 9 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

*(Please check one of the above)*

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-18-86          Facility/Institution: Main Jr

Name of Inmate: William Hicks     D.O.B.: 870-83

I.D. # BSS-14533          Cell #: 2-3-C

**Problem:** (in your own words)

Throwing up - headache, Fever

upset upset stomach

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition: s/c

Person Triaging: Z Ross LPN          Date: 2/18     Time: AM
               (Name)

**FOR STAFF USE ONLY**

S: _____

O: Seen by
   Dr. Deina
   2/20

A: _____

P: _____

Date: 2/20/96     Signature: HJern H.Dayler
                  Health Service Signature

**EMSA ⧧** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

⊗ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|
| Date: 2/20/96 | Facility/Institution: MJ | |
| Name of Inmate: Hicks William | D.O.B.: 9-10-63 | |
| I.D. # BS954533 | Cell #: 7C3-5 | |

**Problem: (in your own words)**

Per Dr Detizer Refer Pt to Dental

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Disposition: Dental

Person Triaging: Hyler _____ (Name)    Date: 2/20/96   Time: 1735

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: Seen by Dental

Date: 2/21/96

Andrea Craig
Dental Assistant EMSA
Health Service Signature

CC 018    White — Medical Department       Yellow — Other          Pink — Inmate

483  7/94

**EMSA** *CORRECTIONAL CARE*

RECEIVED
FEB 2 4 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

PRINT ONLY            PRINT ONLY            PRINT ONLY

Date: 2-24-96            Facility/Institution: B.C.M.J.

Name of Inmate: William M Hicks    D.O.B.: 9-10-63

I.D. #: BS95-14533    Cell #: 7-3-C

Problem: (in your own words) I requested to see doctor
regarding the Flu. 7 DAYS From this request.
Note: Taking moltrin and upsets
my stomeache, Pluss the pain is still worse, closen
Wak

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Disposition: Dr        DEREK BROWN LPN
                        Main Jail

Person Triaging: WBrownLPN        Date: 2/24    Time: 19:25
                        (Name)

**FOR STAFF USE ONLY**

S:

O:

A:

P: Refused Sickcall

Date: 2-27-96    9:26 A        J Davis    Jenell Davis, LPN
                                            Main Jail
                                    Health Service Signature

CC 018        White — Medical Department        Yellow — Other        Pink — Inmate        7/94

484

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _Mainjail_

Name: _Hicks, William_          ID# _BS9514523_

D.O.B. _9-10-63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.   Refused medication.              ____ E.   Refused X-Ray services.

____ B.   Refused dental care.             ____ F.   Refused other diagnostic test:

____ C.   Refused an outside medical appointment. ____ G.   Refused physical examination

____ D.   Refused laboratory services.     ____ H.   Other. (Please specify)

Reason For Refusal _Refused Sickcall_

Potential Consequences Explained _0 Reason given_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_[signature] #4439_
Witness Signature

_____          X _William_ _[signature]_
Witness Signature                Patient Signature

_2-27-96_                        _0926_
Date                             Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                      7/94

485


**CORRECTIONAL CARE**

RECEIVED
FEB 2 9 1996
- - - - - - - - - - - - - -

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☒ ~~MEDICAL~~   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-28-96          Facility/Institution: M.J.

Name of Inmate: William Hicks     D.O.B.: 9-10-63

I.D. #: BSE5-14533          Cell #: 7-3-C

Problem: (in your own words)

I Request to see the doctor or to just have him place me on another pain pill, moltrin makes me sick.

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: S/C

Person Triaging: M Rayner     Date: 2/28   Time: 1000
MICHAEL RAYNER, LPN
(Name)
MAIN JAIL

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: Seen by ARP on 3/4/96

LAQUAY JONES, ARNP
MAIN JAIL

Date: _____
Health Service Signature

CC 018     White — Medical Department     Yellow — Other     Pink — Inmate

486 7/94



**EMSA** **CORRECTIONAL CARE**

RECEIVED
MAR 01 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-30-96    Facility/Institution: BCKS

Name of Inmate: William W.    D.O.B.: 8-10-63

I.D. # BS95-14533    Cell #: 7-3-C

Problem: (in your own words)

I have a broken Jaw - need my orders
for two pillows and two mottresses.
Please Thanks

### DO NOT WRITE BELOW THIS LINE

---

**STAFF SECTION**

Disposition: _____ Sick Call _____

Person Triaging: J T    JANET TAYLOR, LPN    MAIN JAIL    Date: 2/29/96    Time: 20:25

(Name)

**FOR STAFF USE ONLY**

S: _____

_____

_____

O: _____

_____

A: _____

_____

P: _____ See by MD on 3/4/96 _____

AQUAY JONES, ARNP
MAIN JAIL

Date: _____

Health Service Signature

CC 018    White — Medical Department    Yellow — Other    Pink — Inmate    487 7/94

**EMSA** *CORRECTIONAL CARE*

RECEIVED
MAR 02 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL      ☐ MEDICAL      ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-30-96                  Facility/Institution: M.J.

Name of Inmate: William L. Hicks          D.O.B.: 9-10-63

I.D. #: BSS5-14533                    Cell #: 7-3-C

Problem: (in your own words)
I would like to SEE the doctor due to my Facial problems, pain, discomfort, I'VE Requested to SEE the doctor several times Due To moltrin setting me sick, need to Be placed on different medication

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: DOCTOR

Person Triaging: W. Brown      DEREK BROWN LPN
Main Jail
(Name)          Date: 3-1-96      Time: 20:15

**FOR STAFF USE ONLY**

S: _____

_____

O: _____

_____

A: _____

P: _____ Seen by MD on 3/4/96 _____

LAQUAY JONES, ARNP
MAIN JAIL

Date: _____

Health Service Signature

CC 018    White — Medical Department          Yellow — Other          Pink — Inmate    488 7/94

**EMSA** *CORRECTIONAL CARE*

### INMATE MEDICAL REQUEST FORM



RECEIVED
MAR 0 4 1996

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _5-3-96_    Facility/Institution: _MAIN Jail_

Name of Inmate: _Gillium Hicks_    D.O.B.: _5-10-63_

I.D. #: _BS95714533_    Cell #: _7-3-C - #5_

Problem: (in your own words)
_I'm still awaiting for the doctor to see me, I'm Supose to see him after 14 days, it's now 3 weeks Later, please MAIL or SFP, For my Broken jaw AND Facial wounDs. Thank you._

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Disposition: _Sick Call_

Person Triaging: _J. Taylor_    Date: _3/3/96_    Time: _1945_
(Name)
JANET TAYLOR, LPN
MAIN JAIL

**FOR STAFF USE ONLY**

S: _____

_____

_____

O: _____

_____

_____

A: _____

_____

P: _Seen MD on 3/4/96_

_____

**LAQUAY JONES, ARNP**
~~MAIN JAIL~~

Date: _____    Health Service Signature

EMSA CORRECTIONAL CARE

MEDICAL PASS

DATE: 3/4/96

RE:

NAME: Hicks William

ARREST: 13595/45533

D.O.B.: 9/10/63

*DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:*

| | PLACE AN "X" ON THE ITEMS BEING ORDERED. | DURATION OF PASS ORDER | | | |
|---|---|---|---|---|---|
| | | 1 MO. | 2 MOS. | 3 MOS. | INDEF. |
| *EXTRA MATTRESS* | | | | | |
| *EXTRA PILLOW* | | ✓ | | | |
| *EXTRA BLANKET* | | | | | |
| *LOW BUNK ASSIGNMENT* | | | | | |
| *WHEELCHAIR* | | | | | |
| *CANE* | | | | | |
| *WALKER* | | | | | |
| *OTHER* | | | | | |

MEDICAL APPLIANCES FROM PROPERTY:

READING GLASSES ☐    INDEFINITE TILL RELEASED

EYEGLASSES ☐    INDEFINITE TILL RELEASED

OTHER ☐    (SPECIFY) _____

_____

_____

HEALTH PROVIDER SIGNATURE

**DR. CRAIG UECKER**
STAFF PHYSICIAN
NAME STAMP OR PRINTED NAME

*NOTE:    COPY OF THIS FORM TO BE DISTRIBUTED TO THE PROPERTY DEPUTY IF THIS AREA WAS COMPLETED*

WHITE = HEALTH RECORD    PINK = CLASSIFICATION UNIT    YELLOW = HOUSING UNIT

490

received 3-8-96 [illegible]
GR

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

683 TO BE COMPLETED BY INMATE

MED

MAR 01 1996

William Hicks [illegible] [illegible] [illegible]

Inmate's Name | Arrest# | Cell | Facility | Date

PART A - INMATE'S GRIEVANCE

[illegible]

Inmate's Signature | Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
PART B - RESPONSE

you were seen by the oral surgeon on 2/21/96 and on 3/4/96 by Dr Clecher. You have been seen appropriately and any further need for care, please access as needed.

[signature] HSA TODD SCHWARTZ, HSA Main Jail | 3/8/96

Reviewing Deputy's Signature/CCN | Date

Supervisor's Signature/CCN | Date

TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I ______________________________, wish to appeal the response.

Inmate's Signature | Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

DIRECTOR'S RESPONSE TO APPEAL

Director's Signature | Date

491

BSO DJ#51 (Revised 4/93)

received

RECEIVED
MAR 1 2 1996

WARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

6H 738

### TO BE COMPLETED BY INMATE    EMSA

William Hicks _____ B595145373 C MS    3-7-96
Inmate's Name                    Arrest#    Cell  Facility    Date

### PART A - INMATE'S GRIEVANCE

To medical, I seed the doctor again and
he wrote me a order for two pillows
again, note I waited four days to Ask,
I Asked to night and he said there isn't one.
What the fuck is going on, I want a Answer
soon.
                                    3-7-96
Inmate's Signature                  Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Your pillow was approved again on 3-15-96 by
Dr Cline. Please check with your unit manager or
Correctional caseworker if you have not received it.
Also your 4 letter word is inappropriate so if you wish
for me to respond back
please fill this out
your vocabulary.

J Schwartz HSD                      3/18/96
Reviewing Deputy's Signature/CCN

TODD SCHWARTZ, HSA
Main Jail

_____ _____
Supervisor's Signature/CCN        Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____ _____
Inmate's Signature                Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____ _____
Director's Signature              Date
BSO DJ#51 (Revised 4/93)                          492

received

MAR 1 2 1996

RECEIVED

DEPART___   ___ CORRECTIONS AND REE___ ___TION
INMATE GRIEVANCE FORM

B-1004098
6A    737

### TO BE COMPLETED BY INMATE   EmsA

William Hicks                           BS95-14533 73¹  mJ.       3-7-96
**Inmate's Name**                 **Arrest#**    **Cell**   **Facility**          **Date**

### PART A – INMATE'S GRIEVANCE

I would like to talk to Dr Davis
and the Superterdent Here at
the main jail

I want to See the
Superterdent ASP

Inmate's Signature                              3-7-96
                                               Date Signed
**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

OK.   However  Dr Davis  is at NBB.  You may
contact him There.

Schwartz HSA                                    3-18/96
Reviewing Deputy's Signature/CCN                 Date
TODD SCHWARTZ, HSA  Main Jail

Supervisor's Signature/CCN                       Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature                              Date Signed
**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                             Date        493
BSO DJ#51 (Revised 4/93)

EMSA CORRECTIONAL CARE

MEDICAL PASS

7C3·5

DATE: 3-15-96

RE:

NAME: Hicks William

ARREST: BS9514533

D.O.B.: 7C3-5

*DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:*

| | PLACE AN "X" ON THE ITEMS BEING ORDERED. | DURATION OF PASS ORDER | | | |
|---|---|---|---|---|---|
| | | 1 MO. | 2 MOS. | 3 MOS. | INDEF. |
| EXTRA MATTRESS | | | | | |
| EXTRA PILLOW | | | | | |
| EXTRA BLANKET | | | | | |
| LOW BUNK ASSIGNMENT | | | | | |
| WHEELCHAIR | | | | | |
| CANE | | | | | |
| WALKER | | | | | |
| OTHER | | | | | |

*    MEDICAL APPLIANCES FROM PROPERTY:

READING GLASSES ☐    INDEFINITE TILL RELEASED

EYEGLASSES ☐    INDEFINITE TILL RELEASED

OTHER ☞    (SPECIFY) _____

2 pillows

_Andrea Craig_
_Dental Assistant · EMSA_

DR. JACK CLINE
Director of Dentistry - Main Jail

HEALTH PROVIDER SIGNATURE

NAME STAMP OR PRINTED NAME

*NOTE:    COPY OF THIS FORM TO BE DISTRIBUTED TO THE PROPERTY DEPUTY IF THIS AREA WAS COMPLETED

WHITE = HEALTH RECORD    PINK = CLASSIFICATION UNIT    YELLOW = HOUSING UNIT

494

# EMSA CORRECTIONAL CARE

Bill m Hicks
Just put
me on List
Fur Dental
on Friday
vr Today

## INMATE MEDICAL REQUEST FORM

☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

**PRINT ONLY**    **PRINT ONLY**    **PRINT ONLY**

Date: 3-21-96    Facility/Institution: B.S.O. M. Jail

Name of Inmate: William m Hicks    D.O.B.: 9-0-63

I.D. #: BSS5-74533    Cell #: 2-C-3-5

Problem: (in your own words)
Having sharp pains in my Jaw &
Head, Always having pain in my Head
From Jaw and Broken upper Jaw & Head
on Side still num, WHEN I close Jaw Hurts,
DO NOT WRITE BELOW THIS LINE  CAN'T EAT HARD

FooD, need
3000 soft
Dict

**STAFF SECTION**

Disposition: Dental

Person Triaging: M Rayner    **MICHAEL RAYNER, LPN**
                              **MAIN JAIL**
                              (Name)    Date: 3/21    Time: 1000

**FOR STAFF USE ONLY**

S: _____

O: _____

MAR 2 2 1996

By: _____
Andrea Craig
Dental Assistant / EMSA

A: _____

P: Seen by Dental

Date: 3/22/96

Andrea Craig
Dental Assistant EMSA

Health Service Signature



**EMSA CORRECTIONAL CARE**

*"Bill" Hicks*
*Just put me on the list for dentist tommorrow*

RECEIVED
MAR 2 2 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 3-21-96    Facility/Institution: B.C. M.J.

Name of Inmate: William Hicks    D.O.B.: 9-10-63

I.D. #: BS95-14533    Cell #: 7-C-3

Problem: (in your own words)

BAD BAD Headaches, shooting pain
From jaw to my Head, Head is Filled with
constent pain, jaw hurts more when it's
healing — Still num on the side of my Head "Hard
DO NOT WRITE BELOW THIS LINE To chew Food"

---

### STAFF SECTION

Disposition: S/C    **MICHAEL RAYNER, LPN**

Person Triaging: M Reyner    **MAIN JAIL**    Date: 3/21    Time: 1000

*(Name)*

**FOR STAFF USE ONLY**

S: Seen by dental on 3/22/96 - Soft diet ordered and

O: currently receiving meds. will be seen 3/27/96

by oral surgeon.

A:

P:

Date: 3-22-96    J Schwartz HSA    *TODD SCHWARTZ, HSA Main Jail*

Health Service Signature



**EMSA** *CORRECTIONAL CARE*

# DIET ORDER FORM

DATE: _3/22/96_

INMATE'S NAME: _Nicks , William_

DATE OF BIRTH: _9 - 10 - 63_

ID NUMBER: _B 595 14 533_

HOUSING UNT: _7 - 3 - C_

DIET ORDERED: _Soft Diet 3000 cal. tid._

DATE STARTED: _3/22/96_        STOP DATE: _3/27/96_

SPECIAL INSTRUCTIONS:

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

PHYSICIAN: _SL DD. Sharon Pearson DMD._

NURSE'S SIGNATURE: _____

White - Medical    Yellow - Kitchen

CC 007

497



**EMSA** *CORRECTIONAL CARE*

## DIET ORDER FORM

DATE: 3/22/96

INMATE'S NAME: Hicks, William

DATE OF BIRTH: 9-10-63

ID NUMBER: BS9514533

HOUSING UNT: _____

DIET ORDERED: Soft Diet 3000 cal

DATE STARTED: 3/23/96          STOP DATE: not until order changed

SPECIAL INSTRUCTIONS: _____

_____

_____

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

_____

PHYSICIAN: Pearson

NURSE'S SIGNATURE: H Doylan

White - Medical     Yellow - Kitchen

CC 007                                                498

Testimony of Hicks
Medical
-7-

Medical

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 3-21-96                    Inmate's Name: William M Hicks
                                                            (Alias, if used)

Arrest #: BS95-14533              Location: 7-c-3        DOB: 970763

To: MEDICAl

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request:    I would like to have A
meeting with the head of operations
about medical issue.

                                THANK you SIR.
        ASAP                    william m Hicks

William M Hicks                              3-21-96
Inmate's Signature                           Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM, RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

We met while you were down to see the dentist
on 3-22-96. If you need any further communication
please advise me.

Completed By: Schwartz HSA CCN        Date: 3/25/96    Time:

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

499

William m Hicks BS95-14533

Addressed To: Medical Infirmary

Medical Director of the Main Jail of Broward County.

I hereby Authorize Dr _____ To Speak to SAID Person

I hereby Authorize you and your Department To Release All of my Medical Records To Mrs DONNA JOHNSON, 782-4700 on my Behalf and allow her To Confer with The Doctor about my Treatment.

I am a Detinee and Defendant at This Time in 7/6/3 of The Main Jail of Broward County. I have Requested Reasonable and necessary medical attention and Treatment for a said Injury and or maladies and have Been Denied of these Actions By The Broward County Jail.

My understanding By Law is That The Sheriff of Broward County has To Provide The Requested Medical attention and Treatment and if it is unAvailable To myself as an Inmate while I am Confined in The Broward County Jail That The Sheriff is directed To Transfer all necessary Medical Records To an Appropriate Facility so That The Reasonable and necessary Medical Treatment will be Provided.

I am giving This Authorization To Mrs _____, of my own free will, in The hopes To Recieve The necessary Medical Treatement That I Require at This Time, March 27, 1996.

Signed; william m Hicks
Mr. William Hicks

BS95-14533

**EMSA** *CORRECTIONAL CARE*

*need Doctor*

*FEB 3 - 1996*

## INMATE MEDICAL REQUEST FORM

*ABDOMENAL PAIN*

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH    *"CANT PISS STILL*

(Please check one of the above)    *"ON water pills"*

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-3-56    Facility/Institution: N.B.D.C

Name of Inmate: William Hicks    D.O.B: 9-10-63    Sex: Male

I.D. # BS95-14533    Cell #: 12-1-H4

Problem: (in your own words)
I'm on water pills, note I'm HAVing adomenal pain when I Eat, "So I don't EAT" note discomfor all the time, I'm Still not PISSing, I piss twice a day, It adds up to two times. "PAIN"

**DO NOT WRITE BELOW THIS LINE**

---

CALISTA CHUKWU, RN
NBDC

**STAFF SECTION**

Person Triaging: Calista Chukwu RN    Date: 2/3/96    Time: 8³⁰ Am
(Name)

STC

Disposition: _____

**FOR STAFF USE ONLY**

S: I am still having some discomfort, Abdomenal pain, I Cannot eat because I feel that there's a lot of water retained in my system gump and abdl pain, I piss only twice a day.

O: Evidence of swollen legs non pitting. BP 140/94. Abd soft, Bladder not distended. On Lasix 40mg po qd, KCl 20 meg po qd Sinequan 100mg po qhs. weight ↑

A: Alteration in Comfort 2° to ? fluid Retention.
R/O S/E from Sinequan.

P: Referred to Dr Martin, Said he would See inmate in Am tommarow. Referred to the clinic.

E: Continue with meds as ordered. Be prepared to be Seen by Dr Martin in Am Notify the nurse if continued complains

Date: 2-5-66    Time: 220pm    Calista Chukwu RN    **CALISTA CHUKWU, RN**
Health Service Signature    **NBDC**

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

501

**EMSA** *CORRECTIONAL CARE*

To medicaydey
DR medicadies

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-5-96   Facility/Institution: N.B.D.C.

Name of Inmate: Bill Hicks   D.O.B.: 9-10-63   Sex: M

I.D. #: BSSS-14533   Cell #: _____

Problem: (in your own words)
I'm placed on water pills and they don't work. How Am I suppose to piss when I cut my stomache is inflamed, I can't eat, kidneys hurt, back hurts, ? whats up-

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

CALISTA CHUKWU, RN
NBDC

Person Triaging: Calista Chukwu RN   Date: 2/5/96   Time: 2⁰⁰p
(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S: as above (see 2 next forms)

O: Requested medical assistance. Wrote 3 requests c/o difficulty urinating. Pt called at 9:15P for evaluation. Refused to "see the nurse" as per deputy.

A: Refused medical assistance.

P: Referred Pt to clinic in AM due to the importance of his problem. 11 to 7 nurse on duty will be notified.
E- Will be encouraged to see MD in AM.

Date: 2/6/96   Time: 9P

Health Service Signature   FLORENCE DEMOSTHENES, RN
NBD

"MEDICAL"                    2-7-9

TO DR DAVIS,

I AUTHORIZE YOU TO discuss
my Medical CONDITION aND Release
all INFormation TO my MOTHER
DONNA JOHNSON

I'M WAVINS Rights OF
CONFidenality,
             per Bill m Hicks
             x William n Hick
witness x _____

"NOTE per medical ReF- SYNACUAN §
water pills State that all the Sym-
I HAVE ARE the Same."

THANKS For your time

REGARDINS
        William Hicks
        BS 95-14533
        910-63

503

# EMSA CORRECTIONAL CARE

Institution: _Pompano N,B,D,C_

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William M Hicks_  ID#: _BS95 14533_  D.O.B. _9-10-63_

Date(s) of Treatment: From _2/8/1996_  To _5/8/1996_

Type of Information Requested: _ALL COPYS OF Xrays OF all Head &
Jaw, 0_

Reason for Information: _I William M Hicks Request For all copys ofXrays
For my records ond use._

Authorized Person(s) Company: _William M Hicks ProSE of Federal
Law Suite Per Pompano N.B.D.C._

hereby authorize the Medical Record Department at _N,B,D.C "PomPano"_

o release, to the above named, the information specified in this request. I understand that once the requested information
las been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held
accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care,
nd its employees of all responsibilities and liability that may arise in compliance with this authorization.

his authorization expires sixty (60) days from the date on which it is signed.

_William M Hicks_                  _William M Hicks ProSE_
atient Signature                    Witness Signature

_8/21/1996    7:21 AM_              _8-21/1996    7:21 AM_
ate and Time                         Date and Time

or este medio autorizo al Departamento de Historia Clinica de _____
ceder a la entidad mencionada arriba la infomracion especificada en esta forma. Etiendo que una vez que dicha
ormacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran
sponsables por la informacion cedida. Adema's yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a
s empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

ta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____                  _____
na de Paciente                        Firma del Testigo

_____                  _____
ha and Hora                           Fecha and Hora

504
10/93

# EMSA CORRECTIONAL CARE

Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William M Hicks_   ID#: _BS95 14533_   D.O.B. _9-10-63_

Date(s) of Treatment: From _2/8/96_   To _5/8/96_

Type of Information Requested: _All copys of xrays of all Head & Jaws_

Reason for Information: _William M Hicks request For all copys of xrays For my records and use._

Authorized Person(s) Company: _William M Hicks ProSE of Federal Law Suite Per main Jail "BrowARD"_

hereby authorize the Medical Record Department at _MAIN Jail "BrowARD"_

o release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William M Hicks_   _William M Hicks ProSE_
atient Signature                  Witness Signature

_8/21/1996    7:35 Am_    _8/21/1996    7:35 Am_
ate and Time                  Date and Time

or este medio autorizo al Departamento de Historia Clinica de _____

ceder a la entidad mencionada arriba la infomracion especificada en esta forma. Etiendo que una vez que dicha formacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran sponsables por la informacion cedida. Adema's yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a s empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

ta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____    _____
na de Paciente                  Firma del Testigo

_____    _____
cha and Hora                  Fecha and Hora

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☐ MEDICAL     ☑ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-13-96    Facility/Institution: Main Jail

Name of Inmate: William Hicks    D.O.B.: 9-10-83

I.D. #: BS95-1W533    Cell #: 2-3-C

Problem: (in your own words)

Need to see Psych-doctor for meds to start

### DO NOT WRITE BELOW THIS LINE

---

**STAFF SECTION**

Disposition: Psych

Person Triaging: M Rayner    MICHAEL RAYNER, LPN
MAIN JAIL    (Name)    Date: 2/13    Time: 1300

**FOR STAFF USE ONLY**

S:

O: See mental health questionnaire

A:

P:

VIRGILIO IBAY

Date: 2/15/96    Virgilio Ibay
Health Service Signature

White — Medical Department     Yellow — Other     Pink — Inmate

CC 018     506     7/94

EN CORRECTIONAL
CARE

Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William Hicks_    ID#: _BS9514533_    D.O.B. _9-10-63_

Date(s) of Treatment: From _8-7-95_    To _Present_

Type of Information Requested: _X Rays, health records_

Reason for Information: _To evaluate for treatment_

Authorized Person(s) Company: _DR ELLIOT_

I hereby authorize the Medical Record Department at _Broward County Jail_
to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William m Hicks_
Patient Signature

_[signature]_
Witness Signature

_2-14-96    1:40pm_
Date and Time

_2-14-96_
Date and Time

Por este medio autorizo al Departamento de Historia Clinica de _____
a ceder a la entidad mencionada arriba la infomracion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion cedida. Adema's yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a sus empleados, de toda responsabilijad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____
Firma de Paciente

_____
Firma del Testigo

_____
Fecha and Hora

_____
Fecha and Hora

507

CC250

10/93

**EMSA** *CORRECTIONAL CARE*

# DIET ORDER FORM

DATE: _2/21/96_

INMATE'S NAME: _Hicks Williams_

DATE OF BIRTH: _9-10-63_

ID NUMBER: _BS9514533_

HOUSING UNT: _7C3_

DIET ORDERED: _Soft diet x 14 days_

DATE STARTED: _____    STOP DATE: _____

SPECIAL INSTRUCTIONS:

_____

_____

_____

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

_____

PHYSICIAN: _Weathers DDC_

NURSE'S SIGNATURE: _GWashing_   **GAIL WASHINGTON, LPN**
                                **MAIN JAIL**

White - Medical    Yellow - Kitchen

508

CC 007

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: 3-13-96          Inmate's Name: William Hicks
                                                    (Alias, if used)

Arrest #: BS95-14533          Location: 7-C-3          DOB: 9-10-63

To:

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: I William Hicks would Like
To Speak to head of operations on
medical,
        Please IF I may Spoet to
Chorge person.
                THAnk you.

William m Hicks                    3-13-96
Inmate's Signature                 Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Spoke with you on 3-14-96 and according
to your record, you were not
seen for your follow-up.

Completed By: _____ HSA CCN          Date: 3/14/96          Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                        509



# CORRECTIONAL CARE

*To Supervise*

**RECEIVED**
**MAR 2 8 1996**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |

Date: 3-27-96          Facility/Institution: Main JAIL

Name of Inmate: William m Hicks    D.O.B.: 9-10-63

I.D. # B595-14533          Cell #: 7-C-3

**Problem: (in your own words)**

I seen Dentist, now I need to Be placed on medication From Doctor, please put me on List By Friday, 3-29-96.
THANK YOU. William M Hicks

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: Sick Coll

Person Triaging: JANET TAYLOR, LPN MAIN JAIL  J Taylor (Name)    Date: 3/27/96    Time: 19.35

**FOR STAFF USE ONLY**

S: Tylenol Adered today by

O: Doctor.

A: Flexeril ordered on 3/27/96 by the oral surgeon.

P:

Date: 3/28/96          T Schwartz HSA
Health Service Signature

received
4-3-96 PB
6F 1009

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

RECEIVED
APR - 1 1996

## TO BE COMPLETED BY INMATE

William M Hicks          BS95-14533 7c-3  B.C.M. JAIL  3-27-96
Inmate's Name            Arrest#      Cell   Facility      Date

### PART A - INMATE'S GRIEVANCE

This is to Grieve Against the Medical Dept. At Broward County Main Jail. They read My X-ray And told nothing was wrong with My Jaw. Now, Everytime I go To Medical, They are taking New X-rays And They Have A New Injury Every Time. They have showed Incompetence From Start to finish. I would Like To Request That I Be Taken To An Outside Facility. My Health is in Jeopardy I Here At Broward Main Jail.

William M Hicks                              3-27-96
Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr. Hicks, you were seen examined by the Oral Surgery 3/27/96 - Clinical findings were unremarkable. You are scheduled for follow in a month.

Reviewing Deputy's Signature                    4/3/96
                                                 Date
                JOANNE R. BRANTLEY, RN
                HEAD NURSE, MCC

Supervisor's Signature/CCN                       Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____              _____
Inmate's Signature                      Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____              _____
Director's Signature                    Date

BSO DJ#51 (Revised 4/93)

511

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _M. Jail_

Name: _Kicks William_  ID# _BS 95 148 33_

D.O.B. _9.10.63_

I, _Kickg, W._ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_X_ A.  Refused medication.                     ____ E.  Refused X-Ray services.

____ B.  Refused dental care.                   ____ F.  Refused other diagnostic tests.

____ C.  Refused an outside medical appointment. ____ G.  Refused physical examination.

____ D.  Refused laboratory services.           ____ H.  Other (Please specify)

_____

_____

Reason For Refusal _"I'm dealing with my problem_
_in the front" — drug cell._

_____

Potential Consequences Explained _for the depression_

_____

_____

    I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

    I have read this form and certify that I understand its contents.

DR. MEL LIMIA
STAFF PSYCHIATRIST.

_____
Witness Signature      MAIN JAIL
         J. LaBaan

_____          _____
Witness Signature                  Patient Signature

_3.29.96_                          _9 a_
_____          _____
Date                               Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

512

*Request of*

*To Dir of medical*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 4-5-96    Inmate's Name: William W HICKS
(Alias, if used)

Arrest #: 2595-14533    Location: 7-C-3    DOB: 5-10-63

To: Medical-

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    Other ☐

Nature of Request: _____

To Director of medical, SIR
I Request that you SEND ME the
Full NAMES OF DR DAVIS At U.B.D.C.
AND DR weather the Surgen Here
And the other Dentist I saw Xmate
William in HD Thankyou 4-5-96 (All MALES DRS)

Inmate's Signature                      Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

W. C. DAVIS , M.D
Trevor Weathers, DDS Oral Surgeon
Dr G. Pearson, DDS

Completed By: _____ CCN _____ Date: 4/8/96 Time: 2:20 PM

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

**513**

BSO DJ#24 (Rev. 4/93)

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

BS98-1453

CASE NO:   95-3759 CF

JUDGE:    COHN

STATE OF FLORIDA,                :

                    Plaintiff,   :

vs.                              :        ORDER REQUIRING DEFENDANT TO
                                          SUBMIT TO THE TAKING OF SAMPLES
                                          OF HIS BLOOD AND SALIVA

WILLIAM HICKS,                   :

                    Defendant.   :

_____

        THIS CAUSE coming on to be heard upon the Sworn Motion of

Charles B. Morton, Jr., Assistant State Attorney, and the Court

being fully advised in the premises, therefore, it is,

        ORDERED AND ADJUDGED that the Defendant herein, submit to

a sampling of blood and saliva to be taken by an authorized

representative of the State  upon written notice to Counsel for the

Defendant.

        DONE AND ORDERED in Fort Lauderdale, Broward County,

Florida this 1? day of ~~March~~ April, 1996.

                              JAMES COHN
                         _____
                         HONORABLE JAMES COHN
                         Judge of the Circuit Court

copies furnished:                 A TRUE COPY

        CHARLES B. MORTON, JR., ESQ.
        Assistant State Attorney
        State' Attorney's Office

        JEFF HARRIS, ESQ.
        Attorney for the Defendant

-514

DEPARTM___ __ F CORRECTIONS AND REHA_____ATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

WILLIAM M HICKS                     BS85-14533   7c-1   M. jail        4-18-96
Inmate's Name                       Arrest#      Cell   Facility       Date

### PART A - INMATE'S GRIEVANCE

I William m Hicks Hold FSMA, 3 Doctors and staff, Liable for my
medical, I never Recieve or Recieved. I Have asked asked
over and over, I suffer from Headaches now, jaw hurts,
throat hurts, pains shoot to Both sides of my Head and jaw,
my upper jaw is num, teeth Hurt, You are Liable for All Damages
to me, I Have a trast 1000 ccas of Lies, I Demand you give me
proper medical or suffer Millions of $ AND JOBS or contract of this
     William m Hicks                                                   place.
Inmate's Signature                                    Date Signed 4-18-96

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Seen on 4-22-96 by Dr Uecker to address your
medical complaints. Medication ordered was
appropriate to complaints and clinical findings

TODD SCHWARTZ,
Main Jail
T Schwartz HSO                                              4/25/96
Reviewing Deputy's Signature/CCN, HSA                       Date

_____  _____
Supervisor's Signature/CCN                          Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____  _____
Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____  _____
Director's Signature                        Date
BSO DJ#51 (Revised 4/93)                              515

 **EMSA** *CORRECTIONAL CARE*


RECEIVED
APR 2 2 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

**(Please check one of the above)**

---

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _4-21_   Facility/Institution: _M. JAIL_

Name of Inmate: _William m Hicks_   D.O.B.: _5-10-63_

I.D. # _BS9571455J_   Cell #: _7-C-1_

Problem: (in your own words)
_I HAVE BAD Head Aches/ Pain Hurts
on BotH SiDes of face and Head. Jaw
Still Hurts, mouth out of WAk._

### DO NOT WRITE BELOW THIS LINE

---

### STAFF SECTION

Disposition: _S/C_

Person Triaging: _M Rayner_   Date: _7/21_   Time: _7P_
(Name)

**FOR STAFF USE ONLY**

S: _____

O: _Soon by Dr Weller_

A: _____

P: _____

Date: _4/23/96_   _H Daylern_
Health Service Signature

---

CC 018   White — Medical Department      Yellow — Other      Pink — Inmate      7/94

516



**EMSA** *CORRECTIONAL CARE*

027083



RECEIVED
MAY 0 1 1996
BY: _____

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _4-30-96_    Facility/Institution: _M. J_

Name of Inmate: _William H.O_    D.O.B.: _9-10-63_

I.D. #_BS95-14533_    Cell #:_7-0-7 #3_

Problem: (in your own words)

_I William Hicks am Having BAD head aches, stress AND strain to much, getting quick temper and Blood Pressure is high, Having a bad Time._

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: _S/C_

Person Triaging: _M Rayner_  MICHAEL RAYNER, LPN  MAIN JAIL  (Name)   Date: _5/1_   Time: _10A._

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: _Seen by Dr. Hecker 4/22 for above c̄ Rx X 30 days, awaiting F/u c̄ OMF Surgeon_

Date: _5/2/96 3:05_    Health Service Signature _JADE WADE, LPN MAIN JAIL_

TOOLS,

medical

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

"THANKS for Prompt Att,"

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 5-12-96

Inmate's Name: WILLIAM M HICKS
(Alias, if used)

Arrest #: BS95-14533

Location: 7-D-2      DOB: 9-10-63

To: MEDICAL

| | | | | |
|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary ☐ |
| Classification | ☐ | Food Service | ☐ | Other ☐ |

Nature of Request: SIR, I Request to have the Full NAMES OF the xray tech, AND the Full NAME OF girl dentist, and the Full NAME OF dental ASSIStant For DR Weathers and DR pearson, please.

I Also would Like to request my medical records. Send me copys or send me release Forms. THANK you For your prompt Att.

William M Hicks          5-12-96
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

MR. Wayne Evans, Ms. Andrea Craig, DR Cline.

- With regards to your health records, it would be necessary to charge for the copying of your records and copies would need to go to, preferably your attorney. Please have your attorney contact me so that this may be arranged

Completed By: D Schwartz      CCN _____ Date: 5-13-93      Time: 9:00 AM

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                        518

**EMSA** **CORRECTIONAL CARE**

RECEIVED
MAY 1 3 1996
BY: _____

## INMATE MEDICAL REQUEST FORM

*TO MEDICAL.*

☐ DENTAL    ☒ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 5-12-96    Facility/Institution: B.C.M.J.

Name of Inmate: William m Hicks    D.O.B.: 9-10-63

I.D. # BS95-14533    Cell #: 7-D-3  #3

Problem: (in your own words)

my Problem IS, I'm having Serious head aches on the Right side all the WAY up to the Left side. uncontrollable pain, Why I'D like to know, IF NOThing IS wrong With me. "Second Request"

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**
LAURA ROSS LPN
MAIN JAIL

Disposition: _____

Person Triaging: L Ross LPN    Date: 5/12    Time: _____
(Name)

**FOR STAFF USE ONLY**

S: "I'm still having really bad headach + the midreen that the doctor gave me is not helping much @ all. I need different med

O: B/p 114/88 T. 97 P. 98 R. 20. No C/o headach @ this time.

A: Alt. is comfort due to migra headach

P: P/A referral
E: Instructed to p flds + p ret

Date: 5/16/96    JACQUI LOBBAN LPN
MAIN JAIL
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate    519

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

WILLIAM M HICKS _____ BS95-14533  7-D-2 MED  MAIN JAIL  5-12-96
Inmate's Name _____ Arrest#  Cell  Facility  Date

### PART A - INMATE'S GRIEVANCE

I william m Hicks seek proper Medical att and Ask that I see a outside doctor and also take panohama xrays of my whole head. I Have way to much pain and my heart is effected NOW. I All ready have a heart problem. For a person who is told he is okay I sure have alot of pain and my heart also. THANK you.

William m Hicks _____ 5-12-96
Inmate's Signature _____ Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

At this time, the oral surgeon has provided treatment and follow-up as necessary. I cannot have an outside doctor as the oral surgeon does not indicate it at this time.

T. Schwartz HSA  **TODD SCHWARTZ, HSA**  5-22-96
Reviewing Deputy's Signature/CCN  Main Jail  Date

_____  _____
Supervisor's Signature/CCN  Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

_____  _____
Inmate's Signature  Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____

Director's Signature _____  Date  520
BSO DJ#51 (Revised 4/93)

# EMSA CORRECTIONAL CARE

**RECEIVED MAY 1 7 1996 BY:**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|
| Date: 5/16 | Facility/Institution: BCMJ | |
| Name of Inmate: William A. Hicks | D.O.B.: 8/15/75 | |
| I.D. #: 6291 | Cell #: 4B/4 | |

Problem: (in your own words)

I have a common cold and it's starting to get worst. I need medication before I spread the illness or before it turn into something worse

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition: S/C

Person Triaging: M Rayner        MICHAEL RAYNER, LPN        Date: 5/16    Time: 1P
(Name)                           MAIN JAIL

**FOR STAFF USE ONLY**

S: I have a cold + need something

O: Respiratory discomfort - 3/0 98.6 82 20 130/70

A: Cold Symptom —

P: Cold Routine
   F Increase fluids

Date: 5/17/96        [signature]        LORRAINE R... LPN
                                        MAIN JAIL

Health Service Signature

CC 018    White — Medical Department        Yellow — Other        Pink — Inmate

521

**EMSA CORRECTIONAL CARE**
**INFORMED CONSENT (ANTIDEPRESSANTS)**

**MEDICATION:** For example: Elavil, Tofranil, Pamelor, Desyrel, Sinequan, Ludiomil, Norpramin, Vivactil, Asendin, Surmontil, Prozac, Zoloft, or any other anti-depressant.

**PURPOSE:** These medications are mood elevators used to treat mental depression, and the depression that occurs with nervousness. They work by improving the balance of chemical substances within the brain.

**COMMON SIDE EFFECTS:** Common side effects include, but are not limited to: Sleepiness, dry mouth, blurred vision, constipation, difficulty urinating, light headedness upon arising, rash, occasional affects on the heart rate and blood pressure. If you experience any of these or other side effects, please report them to any member of the health care staff.

**ALTERNATIVE THERAPIES:** It has been determined, at this time, that this category of medication is one of the most effective therapies available for the treatment of depression. Other treatments include activity therapies and talk therapies such as counseling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days. Significant benefit may occur within three weeks. Maximum benefit may require regular usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets your needs. The doctor may order laboratory tests from time to time to ensure that the medication is safe. The doctor, at a minimum, reviews the medication and its effect every month.

**NOTIFICATION:** I understand that I can decide to stop taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care.

**RISKS AND HAZARDS:** Avoid alcohol. Avoid operating a motor vehicle or other activities that require alertness. Avoid excessive exposure to sunlight, or exposure to sun lamps. Sudden discontinuation of this medication may cause medical problems.

I understand that by signing this form I am agreeing to let EMSA Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of this treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions I might have about my treatment with the doctor, and that a copy of this form will be given to me.

Patient's signature: _William Hicks_ Date _5/21/96_ Time _1p_

Staff signature: _Limia_     Date _/_/_ Time _____
DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

NAME _Hick   W._  R W S M DOB _9·6·63_ # _BS96_ _1453_

522

**EMSA CORRECTIONAL CARE**

*TO TODD S.*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☑ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 5-21-96    Facility/Institution: Main Jail

Name of Inmate: William m Hicks    D.O.B.: 9-10-63

I.D. # BS95-14533    Cell #: 7-0-2 #3

Problem: (in your own words)

I need to Be placed on Anti Depressents again, I can't deal with it any Longer, High Blood pressure, Bad vibes/ headaches, depressed. I'm telling my Lawyer also/ Today or tomorrow)

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: Mental Health

Person Triaging: M Rayner    MICHAEL RAYNER, LPN    Date: 5/21    Time: 1P
                 (Name)      MAIN JAIL

**FOR STAFF USE ONLY**

S: Seen and prescribed med

O: by Dr. Limia on 5/21/96

A:

P:

Date: 5/21/96    [signature] Virgilio Ibay RN    VIRGILIO IBAY, RN 6A
                                                  MAIN JAIL
                                                  Health Service Signature

Case 0:00-cv-06087-WPD    Document 312    Entered on FLSD Docket 01/13/2006    Page 498 of 772

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

WILLIAM M HICKS        BS95-14533   7-D-2   MAIN JAIL   5-12-96
Inmate's Name          Arrest#       Cell    Facility     Date

### PART A - INMATE'S GRIEVANCE

I william m Hicks seek proper medical att and Ask that I see a outside doctor and also take panorama x'rays OF my whole head. I Have way to much pain and my heart is effected now, I All ready have a heart problem. For a person who is told he is okay I sure have a lot of pain and my heart also. THANk you.

William m Hicks                      5-12-96
Inmate's Signature                   Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

At this time, the oral surgeon has provided treatment and follow-up as necessary. I cannot have an outside doctor as the oral surgeon does not indicate it at this time.

J Schwartz HSA    **TODD SCHWARTZ, HSA**        5-22-96
                  Main Jail
Reviewing Deputy's Signature/CCN                  Date

_____          _____
Supervisor's Signature/CCN                          Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____          _____
Inmate's Signature                       Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature                                Date
BSO DJ#51 (Revised 4/93)

524

EMSA LIMITED PARTNERSHIP
CORRECTIONAL CARE DIVISION

INDIVIDUALIZED SERVICE PLAN          DATE: *5-21-96*

---

**SECTION I.          PROBLEM LIST**

1. *Dx of "depression & stressed out."*

2.

3.

---

**SECTION II.          SERVICES**

☑ Psychiatric Follow-up

☑ Psychotropic Medication Renewal/Adjustment

☑ Medication Compliance Monitoring & Recording

☐ Group Therapy

☐ Individual Therapy

☐ Aftercare Planning

☐ Other

---

**SECTION III.          TREATMENT GOALS**

1. *Pt will be better & released by whom date.*

2.

3.

4.

---

**SECTION IV.          SERVICE PROVIDERS**

1. *[signature]*          DR. MEL LIMIA          5.
                          STAFF PSYCHIATRIST,
                          MAIN JAIL

2. *W. Nelson RN*         MELSAIDES NELSON, MSRN,          6.
                          PYSCHIATRIC SUPERVISOR, NBDC

3.          7.

4.          8.

---

INMATE-PATIENT SIGNATURE: ✓ *William M Hicks.*

NAME *Hicks W.*          R H S M   DOB 9-10-63   # *BSS5195*   33

TOTODD 9,

**EMSA** **CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

**RECEIVED**
MAY 2 3 1996
BY: _____

| PRINT ONLY | PRINT ONLY | PRINT ONLY |

Date: 5-23-96

Facility/Institution: M. Jail

Name of Inmate: William M Hicks

D.O.B.: 970763

I.D. #: B595-14533

Cell #: 7-D-2 #3

Problem: (in your own words)

I Need to Be placed on pain medication again, It Has Run out, please I Have super duper headaches all the time, a night they are Even worse, Need AS soon AS "ASAP!

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: S/C

Person Triaging: M Rayner   **MICHAEL RAYNER, LPN**   Date: 5/23   Time: 1 P
(Name)   **MAIN JAIL**

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: Seen 5-24-96 in clinic

Date: 5-27-96 10 A

_____ Tenell Davis, LPN
Health Service Signature   Main Jail

**EMSA CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

RECEIVED
MAY 2 4 1996
BY: _____

☐ DENTAL   ☒ MEDICAL   ☐ MENTAL HEALTH
**(Please check one of the above)**

---

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 5-24-96   Facility/Institution: Main Jail

Name of Inmate: William M Hicks   D.O.B.: 9-10-67

I.D. #: BS9574533   Cell #: 7-0-2

Problem: (in your own words)

I am Having bad ass head aches and I could not sleep last night because of them. I have them every day, worse, why worse IF Im all right

**DO NOT WRITE BELOW THIS LINE**

---

### STAFF SECTION

Disposition: S/C

Person Triaging: Wellopern, LPN   Date: 5/24/96   Time: 0920

NESLY CHAPERON, LPN (Name)

**FOR STAFF USE ONLY   NBDC**

S: _____

O: _____

A: _____

P: Pt. Seen by Dr. Uecker 5-24-96
Receives tx. for above problem.

Date: 5-27-96   10A   Jenell Davis, LPN
Health Service Signature   Main Jail

**EMSA** *CORRECTIONAL CARE*

## INTRASYSTEM TRANSFER SUMMARY
### MAIN JAIL BUREAU

Transferring Facility:

Inmate I.D. # BS95-14533

Inmate Name: Hicks, William   D.O.B.: 9/10/63

Date of Last H & P: 10/12/95   Date of Last PPD: 8/7/95   Results: 3 mm 8/9/95

Allergies: NKA

Current Health Problems: hx psych, TMJ/headaches

Current Medication (Name, Dosage, Frequency, Duration:) $4 Flexeril 10mg po Bid PRN H/A x30d (5/4 Zoloft 50mg po Bid x30day)
$4 Midrin II po Bid PRN H/A x30day, Motrin 800mg po Bid PRN H/A x 30day

Physical Disabilities/Limitation: none

Assistive Devices/Prosthetics: none

Glasses: none   Contacts: none

Follow-up care needed: Psych F/u 6/21/96

Signature _Diane Wade_   **DIANE WADE, LPN  MAIN JAIL**   Date 6/4/96

## TRANSFER RECEPTION SCREENING

Facility: NBDC   T 98.6 P 80 R 18 B/P 106/80

S: Current Complaint: TMJ Headaches, Hx Psych

Current Medications/Treatment: Zoloft, Flexeril, midrin, Motrin

O: Physical Appearance/Behavior: AAOx3, Clean, good eye contact, MAE, calm.

Disposition: ( ✓ ) General Population   ( ) Infirmary   Referral: ( ✓ ) Medical   ( ) Dental   ( ✓ ) Mental Health

When: ( ) Immediately   ( ) Sick Call   ( ) Other _____

Signature _Robin Thurston LPN  Robin Thurston LPN_   Date 6-5-96

CC 027

528 7/94


**EMSA CORRECTIONAL CARE**

*Faxed*

## NON-FORMULARY REQUEST FORM

NAME OF FACILITY: NBDC

TELEPHONE NUMBER: _____     DATE: 6-5-96

### NON-FORMULARY MEDICATION REQUEST

PATIENT NAME: Hicks, William # BS9514533

DRUG NAME: Zoloft 50mg

DOSAGE SCHEDULE: P.o. BID x 30 day

JUSTIFICATION: _____

_____

_____

_____

_____     _____
DR. WINTHROP C. DAVIS
CHIEF PHYSICIAN - NBDC  M.D.
Signature of Prescriber                    Signature of Reviewer

6-7-96
Date                                        Date

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Approved _____/_____     Not Approved _____

                             Drug Recommended _____

529

**EMSA** **CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 6-11-96   Facility/Institution: N.B.D.C

Name of Inmate: William n Hicks   D.O.B.: 9-10-63

I.D. # BS95-14533   Cell #: 12-1-H3

Problem: (in your own words)

I'D Like to speak to doctor please about pain to my upper temple and under Right Eye and still discomfort to my Jaw as I try to open. THANKS For your Prompt Att-

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: S/C   KATHLEEN SKILLEN, LPN

Person Triaging: Skillen   NBDC   Date: 6/11/96   Time: 7P
(Name)

**FOR STAFF USE ONLY**

S: "I need to see the Dr. about this awful pain in my head and jaw"

O: A&Dx3, affect is very angry and demanding. B/P 114/82 T-98 P-80 R-10, normal R.O.M. of jaw, ⊖ limitation, ⊖ swelling bruising or abnormalities

A: Alteration in comfort - Note: Pt. has been seen by Dr. in Clinic ⊥ numerous times for the above complaint - was last seen by Dr 5/24/96 and was prescribed Midrin, Motrin ⊥ Flexeril which he is currently taking

P: Continue ⊤ Meds as Prescribed By Dr.

E: Pt. encouraged to co-operate ⊤ Dr. ⊥ take meds as prescribed. QBOP  Kathy Skillen KATHLEEN SKILLEN, LPN NBDC

Date: 6/11/96   Health Service Signature

CC 018   White — Medical Department   Yellow — Other   Pink — Inmate

530   7/94

**EMSA** CORRECTIONAL CARE

*To medical*
*2ND Request*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 6-14-96    Facility/Institution: N.B.D.C

Name of Inmate: William m Hicks    D.O.B.: 9-10-63

I.D. # BS95-14533    Cell #: 12-1-H-3-3

Problem: (in your own words)
I Have Bad pain to right jaw and teeth, my Right temple side is num and there's pain above Right temple, Below Right eye pain, Having trouble Breathing - why, Im all right Im told, Like to see doctor

DO NOT WRITE BELOW THIS LINE

THANKS

### STAFF SECTION
ELMA MC KENZIE, LPN
NBDC

Disposition: S/C.

Person Triaging: E. McKenzie.    Date: 6·14·96    Time: 1235
(Name)

**FOR STAFF USE ONLY**

S: Problem as stated above. "I have a broken jaw from incident, I need to see someone.

O: W/M. Alert oriented x4. C/o of severe pain to Rt jaw, numbness in Rt side of temple, difficulty breathing from my jaw problem. No swelling of jaw noted. C/o of tenderness when felt.

A: No distress of breathing noted. Is on Motrin, Motrin + steroids states "I am still in severe pain". Has had xray done. Alteration in comfort / pain Rt side of face.

P: Referred back to Clinic.
Continue with present medication. until seen.
Report back to medication if condition worsens

Date: 6-14-96.    2.50P

Health Service Signature

ELMA MC KENZIE, LPN
NBDC

*director*

BROWARD SHERIFF'S OFFICE
ENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

JUN 19 1996

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 6-15-96          Inmate's Name: William m Hicks
                                                (Alias, if used)

Arrest #: BS95-1453          Location: 12-1-H3³   DOB: 9-10-63

To: medical

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☒ |

Nature of Request: mam, please look at medical chart and tell me the name of anti depressent Im on and mam also write it down on this with the side effects of the drug. Thanks mam For your prompt Att. william hicks

_William m Hicks_                    _6-15-96_
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

JOAN BAUERSMITH, RN, HN, NBDC

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

seen in clinic 6/20/96

Completed By: _____   Date: 6/20/96   Time: 840 pm
MARGARET BUTCH, RN
NBDC

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information          ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                        532

*Medical*
*Z*

**BROWARD SHERIFF'S OFFICE**
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE'S REQUEST FORM**

*THANKS For prompt Att.*

JUN 19 1996

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: **6-15-96**     Inmate's Name: **William m Hicks**
(Alias, if used)

Arrest #: **BS95-14533**     Location: **12-1-H3 #3**    DOB: **9-10-63**

To: **Medical**

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: **mAm or SIR I william Hicks Request a Full Statement on this Form So I may Have a copy oF these questions. ① is skull Broke ② is there a fracture next to Jaw ③ is Jaw dislocated ④ is cheet Bones Broken under Right EYE, ⑤ was there Sticks under Right EYE, ⑥ AND why Waild I Request For pillows and Soft Diet tray, THanks For your Full prompt Att.**

**William m Hicks**        **6-15-96**
Inmate's Signature                Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

*JOAN BAUER-SMITH, RN, HN, NBDC*

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

*Seen in clinic 6/20/96*

Completed By: *M Button*     *MARGARET BUTTON NBDC*     Date: **6/20/96**   Time: **8:40pm**

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information          ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**533**

*OUT OF OR DATE OF medical*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

JUN 19 1996

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: **6-18-96**    Inmate's Name: **William M Hicks**
(Alias, if used)

Arrest #: **BS95-14533**    Location: **12-1-H3³**    DOB: **9-10-6**

To: **medical DIRector**

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: _____

*I Hicks Have waited eight days So Far to see the doctor, may I see you please I have questions.*

*THANKS For prompt Att.*

**William M Hicks**          **6-18-96**
Inmate's Signature          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

JOAN BAUERSMITH, RN, HN, NBDC

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*seen in clinic*

MARGARET BUTCH, NBDC, RN

Completed By: **M Butch NBDC RN**    Date: **6/20/96**    Time: **8⁴⁵ pm**

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

**EMSA** *CORRECTIONAL CARE*

## DIET ORDER FORM

DATE: 6/20/96

INMATE'S NAME: Hicks William

DATE OF BIRTH: 9-10-63

ID NUMBER: BS 95-14533

HOUSING UNT: 12-1  H3

DIET ORDERED: Soft diet

DATE STARTED: 6/21/96       STOP DATE: When notified

SPECIAL INSTRUCTIONS:

IF ORDER WAS CALLED INTO KITCHEN, PLEASE INDICATE WHO YOU SPOKE TO:

PHYSICIAN: V. O'Connor PA

NURSE'S SIGNATURE: M Butch M      MARGARET BUTCH, RN
NBDC

White - Medical       Yellow - Kitchen

CC 007                                                7/94

5·35

**EMSA** *CORRECTIONAL CARE*



RECEIVED JUN 2 3 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 6-22-96    Facility/Institution: N.B.D.C

Name of Inmate: William m Hicks    D.O.B.: 9-10-63

I.D. #: B595-14533    Cell #: 12-1H-3

Problem: (in your own words)

I need to see the Doctor again due to
she didn't Finish what I went For.
I just went 6-20-96, THANK you
Still Have the same problem.

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

S/C

Disposition: _____   DELLA RICHARDSON, LPN NBDC

Person Triaging: D Richardson   (Name)   Date: 6/22/96   Time: 830 /pm

**FOR STAFF USE ONLY**

S: _____ as stated above

O: alert + oriented x3. Pt. state "I need to
su the doctor about my snacks.

A: Pt in nutrition

P: Refer to clinic

Date: 6/23/96 5Pm D Richardson

Health Service Signature

**EMSA** CORRECTIONAL CARE

8/07/95

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 6-24-96    Facility/Institution: N.B.D.C

Name of Inmate: William M Hicks    D.O.B.: 9-10-63

I.D. #: 359-14533    Cell #: 12-1-13

Problem: (in your own words)

I need to see doctor again due to
two problems. THank you.

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: S/C

Person Triaging: Cullen, Kathleen    (Name)    Kathleen Cullen    Date: 6/24/96    Time: 10:30

**FOR STAFF USE ONLY**

S: As stated above

O: Pt states "I need to see the doctor about
my diet.

A: R/O Diet changes. Alt in nutrition

P: Referred to clinic on 6/14/96. Will refer
again

Date: 6/26/96  6:45 pm    D. Richardson    DELLA RICHARDSON, LPN
NBDC
Health Service Signature

CC 018    White — Medical Department    Yellow — Other    Pink — Inmate    537    7/94

**EMSA** **CORRECTIONAL CARE**



RECEIVED
JUL - 6 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-6-96          Facility/Institution: NBDC

Name of Inmate: William m Hicks     D.O.B.: 970-63

I.D. #: B595-14533          Cell #: 12-1-H3

Problem: (in your own words)

my left ankle hurts to ~~wts~~ when I get out
of bed I Fell, my left ankle gives out
sore all the time.

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Disposition: In NAD / to sick call

Person Triaging: ~~GORDON STEIN, RNC Head Nurse - Stockade~~     Date: 7/6/96     Time: 1 PM

**FOR STAFF USE ONLY**

S:          as stated above

O: Pt C/O pain in lt ankle. Gait steady. No
swelling or redness noted at this time

A: R/O painful lt ankle. Alt in comfort

P: Pt is receiving medication for pain. Will
refer to clinic again.

Date: 7/6/96  10P     D Richardson     DELLA

Health Service Signature

---

**EMSA** ✚ **CORRECTIONAL CARE**



## INMATE MEDICAL REQUEST FORM

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH

**(Please check one of the above)**



| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-12-96    Facility/Institution: N. B. D.C.

Name of Inmate: William M Hicks    D.O.B.: 9-10-63    Sex: Male

I.D. # BS95-14533    Cell #: 12-1-A-3⁵³

Problem: (in your own words)

My Left Ankle is hurting a lot, when I was involved in getting Beat up at 12-1 Reck yard I some how Hurt it then, But now it's Been hurting so much I awoke with pain / I try not to Run For days But it

**DO NOT WRITE BELOW THIS LINE** Hurts after that

---

May I please get Blue Ice    **STAFF SECTION**    Thanks

Person Triaging: Calista Chukwu RN    (Name)    Date: 7/13/96    Time: 835A

CALISTA CHUKWU, RN

Disposition: NBDC    8/c

---

**FOR STAFF USE ONLY**

S: " My left ankle hurts I twisted it in the recreation yard. Can I have some Blue Ice for it please."

O: 1982 P64 R16. No swelling bruizing, or lesion noted to pain c̄ weight.

A: Alteration in Comfort due to Painful Lt ankle.

P: Blue Ice q d x 10 days. Avoid weight bearing exercises until healed

E: Warm soaks PRN. Apply Blue Ice. BID PRN

Date: 7-15-96    Time: 1010 Am    L Louden RN "GORDON RN

Health Service Signature

---



**EMSA CORRECTIONAL CARE**

RECEIVED JUL 15 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-15-96   Facility/Institution: NBDC.

Name of Inmate: William M Hicks   D.O.B.: 9-10-63   Sex: Male

I.D. #: BS55-14533   Cell #: 12-1-H-3

Problem: (in your own words) THiS iS THiRD request almost a month

My LeFt ANkle hurts So much, I Need to

See a doctor Pluss For NOW I'll use

A Ace Bandage For my Left ANkle, I Jog

to relieve mental pressure twice A week Now AND Hurts

So much

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Person Triaging: DRichardson    Date: 7/15/96   Time: 9PM

(Name) SW

DELLA RICHARDSON, LPN
NBDC

Disposition: _____

**FOR STAFF USE ONLY**

S: _____ As stated above

O: Pt observed jumping up & down in cell. No swelling or redness noted.

A: R/o Lt ankle discomfort. Alt in comfort.

P: Pt. has been referred to clinic for the above problem.

E: Rest. If swelling occurs elevate leg,

Date: 7/17/96   Time: 9P   DRichardson    DELLA RICHARDSON, LPN
Health Service Signature   NBDC

White — Medical Department      Yellow — Other      Pink — Inmate

CL.1480-01

540



**EMSA** **CORRECTIONAL CARE**



ASP

## INMATE MEDICAL REQUEST FORM



☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _7-22-96_    Facility/Institution: _N.B.D.C_

Name of Inmate: _William M Hicks_    D.O.B.: _9-10-63_    Sex: _M_

I.D. #: _BS95-14533_    Cell #: _12-1-H3_

Problem: (in your own words)

_Please place me Back on pain pills tonight or tomorow the Latist. For Broken skull/checks Jaw and Fracture._

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: _Sophia Motley LPN_    (Name)    Date: _7/2_    Time: _7 IS 30_

Disposition: _____

**FOR STAFF USE ONLY**

S: _Request for renewal of motrin medin & flexeril for Chronic ankle pain joint pain & Heache._

O: _Seen in clinic and med Renewed 7/22/86 See P.O Sheet._

A: _Resolved request_

P: _Continue meds as ordered by physician_

E: _notify the nurse as needed with more health Complaint_

Date: _7/25/96_    Time: _1357_    _Calista Chukwu_

Health Service Signature

CALISTA CHUKWU, RN
NBDC

*Supervisor*
*of*
*medical*    *N.B.D.C*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: **7-22-96**                Inmate's Name: **William m Hicks**
                                                              (Alias, if used)

Arrest #: **BS95-14533**              Location: **12-1-14-3**    DOB: **9-1063**

To: *Supervisor of medical*

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | ~~Other~~ | ☒ |

Nature of Request: My medication For pain has run out, Please refill order ASAP—Not Another week nor two nor three, I Have Such Bad pain AND It's a shame a person with my discomforts to have to go through this Emotional pain, pysical pain AND grief! Why doesn't nurse or doctor tell of when it's to run out to them? THANKS For promp

**William m Hicks**                         **7-22-96**    *Att*
Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

*checked*
*7/24/96*
*Joan Bauersmith*
*JOAN BAUERSMITH, RN, FN, NBDC*

Meds renewed 7/29/96 See physician order sheet.

*Calista Chukwu*
7/29/96 1:55 pm
**CALISTA CHUKWU, RN**
**NBDC**

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

*physical*

BSO DJ#24 (Rev. 4/93)                                               542

Case 0:00-cv-06087-WPD    Document 30    Entered on FLSD Docket 01/13/2006    Page 517 of 772

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

N.B.D.C

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: 7-31-96                    Inmate's Name: William m Hicks
                                                        (Alias, if used)

Arrest #: BS95-94533              Location: 12-1-H-3 #3   DOB: 810763

To: Dental

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: I have Been here a year now and I was Told By DR pearson DDS / cline DDS / DR weathers DDS oral surg that I had to Be here in jail a year.
      I Request my teeth to Be cleand and I Request that my problem teeth to Be Fixed.
                         Thank you. Please return /Response

William m Hicks                              7-31-96
Inmate's Signature                           Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Mr Hicks please make out a Dental request and an appointment will be set up for you to have your teeth cleaned.

Completed By: Sadie Nelson  CCN    Date: 8/2/96    Time: 10:30 Am

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

543

Psych.

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _8-1-96_          Inmate's Name: _William M Hicks_
                                                (Alias, if used)

Arrest #: _BS95-14533_          Location: _12-1-H-3_    DOB: _9-10-65_

To: _Doctor Martin_

Program Specialist ☐        Mailroom ☐        Commissary ☐
Classification ☐            Food Service ☐    Other ☒

Nature of Request: _SIR I request to move to 12-2-H-5_
_Per court order. I have to remain in a cell where there_
_is AA & NA meetings or SIP For now please_
_place me in cell Three 12-1-H or 12-1-5 at to move out of_
_Lock down cell, I have a mental problem and I have_
_a hard time breathing due to Broken cheek bones_
_THanks_
_William M Hicks_                    _8-1-96_
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_I/M seen per request note in chart_

Completed By: _E Hanley_     **ED HANLEY**     Date: _8/2/96_   Time: _2³⁰pm_
                           Human Services Counselor
                                   NBB

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

544

BSO DJ#24 (Rev. 4/93)

*To medical Supervisor,*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-3-96

Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: B595-14533

Location: 12-1-H-3    DOB: 9-10-63

To: medical Supervisor

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: I DiD not Recieve my Pain medication tHis morning Because tHey Had none "ran out" "Hum! At 9:30 pm Sat. night tHe gentleman would not give me my Midrin Because He said He was using his jugement For He gave me 3 mottrin so He could AND would not give me. Who tHe F is tHis guy. straighten out your Nurses or place me on a Narcotic tHanks

William M Hicks

Inmate's Signature    Date Signed    8-3-96

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Mr Hicks upon investigation nurse Smith said he explained to you that he would give you 800mg Motrin and in the next two hours he would give you the Midrin II Tabs I find nothing wrong with his decision. Your Midrin II Tab is PRN but the cumaltive effect could cause adverse use

MELSAIDES NELSON, MSRN,
PYSCHIATRIC SUPERVISOR, NRDC

Completed By: Sadie Nelson    Date: 8/7/96    Time: 4 pm

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information        ☐  Personal Interview

545

All grievances will be responded to, in writing, by the Office of Information and Review

EN A CORRECTIONAL
CARE

Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William M Hicks_    ID#: _BS95 14533_    D.O.B. _9-10-63_

Date(s) of Treatment: From _8-7-1995_    To _8-30-1996_

Type of Information Requested: _ALL copyS oF medical recordS_
_From MaiN Jail "BrowARD" o_

Reason for Information: _I william m Hicks request For all copyS For_
_my recordS AND use._

Authorized Person(s) Company: _william m HiCkS PrO SE OF Federal_
_Law Suite Per BrowARD main Jail_

hereby authorize the Medical Record Department at _MaiN Jail "BrowARD"_
o release, to the above named, the information specified in this request. I understand that once the requested information 1as been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, ind its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William m Hicks_      _william m Hicks PrOSE_

atient Signature            Witness Signature

_8/21/96_   _7:15 Am_       _8/21/96_   _7:15 Am_

ate and Time              Date and Time

or este medio autorizo al Departamento de Historia Clinica de _____
ceder a la entidad mencionada arriba la infomracion especificada en esta forma. Etiendo que una vez que dicha ormacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran sponsables por la informacion cedida. Adema's yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a s empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

ta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____       _____

ma de Paciente            Firma del Testigo

_____       _____

ha and Hora            Fecha and Hora

·0            10/93

O DENTAL

N.I.B.D.C

**DEPARTMENT OF SHERIFF'S OFFICE**
**INMATE REQUEST AND REHABILITATION**
**REQUEST FORM**

if you haven't asked the housing unit deputy — solve this problem, do so before completing
this request.

TO BE COMPLETED BY INMATE

Date of Request: _8-7-96_        Inmate's Name: _William M Hicks_
                                                     (Alias, if used)

Arrest #: _BS95-14533_        Location: _12-143_    DOB: _9-10-63_

To: _DENTAL  N.I.B.D.C_

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: _____

IVE Requested A while Ago to see About
Dental care As I was told I could not
recieve until IVE Been a resident of Broward
county Jail, As of 8-7-96 - From 8-7-95 IVE Been
here A year, I Have problems to my teeth tHat need Att.
THANK you for your response.
William M Hicks                    8-7-96
_____        _____
Inmate's Signature                 Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

-----------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

AUG 12 1996

JACQUELYN D. FARRAR - NBDC
Dental Assistant

JACQUELYN D. FARRAR
Dental Assistant - NBDC

Completed By: _Seen by Dental_    CCN _____    Date: _8.20.96_    Time: _2.55 PM_

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    8/20/96   2.55 PM           ☐ Personal Interview   J.D. Farrar

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                            547

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*NIBIDC*

*Take note Please*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: *8-7-96*          Inmate's Name: *William m. Hicks*
                                              (Alias, if used)

Arrest #: *BS95-14533*          Location: *12-1-14-3*     DOB: *9-10-63*

To: *Doctor martin*

Program Specialist ☐          Mailroom ☐          Commissary ☐
Classification ☐              Food Service ☐      Other ☒

Nature of Request: _____

*SIR, I Request tHat I have my Door to remain un Locked Due to Fear For my Life AS I feel closed IN and I have a hard time BreatHing Due to cheek Bones Broken, my Room mate told me tHat I BreatH hard asleep Due to Bones affecting my sinuses*

*William m Hicks*                              *8-7-96*
Inmate's Signature                           Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----------------------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*8/9/96*

**MARK LEVINSKY, MS**
**PSYCH. SPECIALIST NBB**

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

548

**EMSA** *CORRECTIONAL CARE*

TO Supervisor

## INMATE MEDICAL REQUEST FORM

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-7-96    Facility/Institution: N, B, D, C

Name of Inmate: William M Hicks    D.O.B.: 9-10-63    Sex: M

I.D. # BS95-14533    Cell #: 12-H-3

**Problem:** (in your own words)

The midrin Ran out again; Nobody says or tells, well its to Run out. why? I state that midrin does Not fully Help so I Request that I Be Placed on a Pain pills, No aspirin, I Have so much Pain It's Not A Joke. Thanks

DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: C Chambers RN    Date: 8/7/96    Time: 9A

(Name)

Disposition: S/C

Don't Forget that I Have Pow So Don't take Amount Hto get meds. THANKS

**FOR STAFF USE ONLY**

S: See above

O: Has been on midrin II tabs PO, BID, PRN x 15 days.

A: Alteration in comfort

P: Refer to Clinic

E: Notify nurse if gets a Migraine H/A

Date: 8/7/96    Time: 10A    C Chambers RN    Crystal Chambers RN NBDC

Health Service Signature

CL 1480-01

EMSA CORRECTIONAL CARE

_Pompano NiBiDC_
Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William m Hicks_        ID#: _BS95 14533_    D.O.B. _9-10-63_

Date(s) of Treatment: From _8/7/1995_        To _8/30/1996_

Type of Information Requested: _ALL copys of medical recorDS From NiBiDC "Pompano" °_

Reason for Information: _I William m Hicks request For all copys For my records and use._

Authorized Person(s) Company: _William m Hicks ProSE of Federal Law Suite Per NiBiDC "Pompano"_

I hereby authorize the Medical Record Department at _NiBiDC "Pompano"_ to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William m Hicks_                    _William m Hicks ProSE_
Patient Signature                       Witness Signature

_8/21/1996      7:30 AM_              _8/21/1996      7:30 AM_
Date and Time                           Date and Time

Por este medio autorizo al Departamento de Historia Clinica de _____
para ceder a la entidad mencionada arriba la infomracion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion cedida. Adema's yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____              _____
Firma de Paciente                       Firma del Testigo

_____              _____
Fecha and Hora                          Fecha and Hora

550

10/93



**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☒ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-9-96    Facility/Institution: N.B.D.C

Name of Inmate: William m Hicks    D.O.B.: 9-10-63    Sex: M

I.D. #: BS95-14533    Cell #: 12-1-14-3

Problem: (in your own words)

I Request a dental visit per 1 year here SO
I received all proper dental work that Lack
of care has caused me due to not willing to
take care of at time of problems. Thanks per —
Miss Nelson medical

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

CALISTA CHUKWU, RN
NBDC

Person Triaging: Calista Chukwu    Date: 8/10/96    Time: 9 Am
(Name)

Disposition: S/C

### FOR STAFF USE ONLY

S: _____

O: _____

AUG 12 1996
JACQUELYN D. FARRAR
Dental Assistant NBDC

A: _____

P: Rusty dental

E: _____

Date: 8/20/96    Time: 2:55 PM

Health Service Signature

JACQUELYN D. FARRAR
Dental Assistant NBDC

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*medical*

*RCV 8-22 D.R.*

*RECEIVED*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

*AUG 2 1 1996*

TO BE COMPLETED BY INMATE

Date of Request: 8-21-96

Inmate's Name: William m Hicks
(Alias, if used)

Arrest #: BS95-14533

Location: 12-1-H-3   DOB: 9-10-63

To: medical - miss melsaides nelson

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: mam, I william m Hicks request
to see xvays Before tHey are released
to anyone a.SAP. Like 8-22-96

tHey was Taked Amon 8/21 tHaVks For prompt Att.

William m Hicks                          8-22-96
Inmate's Signature                       Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

*JOAN BAUER SMITH, RN, HN, HEdS*

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Referral to S. Nelson

D. Richardson  8/24/96

DELLA RICHARDSON, LPN
NBDC

Completed By:_____ CCN _____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**552**

*Supervisor of medical*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _8-23-96_    Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS 95-14533_    Location: _12-1-H-3_    DOB: _9-10-63_

To: _medical_

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | | Food Service | ☐ | Other | ☐ |

Nature of Request: _____

I Request for th. second time to SEE my xrays taken on 8-21-96 and to See them before they get to be more days old, per Prose of case#96-6496-Civ-ungaro-Bevages last request, I also Thanks, Sent one on medical request William m Hicks

Inmate's Signature _William m Hicks_    Date Signed _8-23-96_  THANKS, THATS THREE Times

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

8/30/96 8pm
JAN BRUGER-SMITH, RN, HN, NBDC

S— Request for xray Result as Above, Request to discuss with the Doctor about xray of the facial bone taken 8/21/96

O— Xray of facial bones ordered by Dr Delcescepeda on 8/16/96 & taken 8/21/96 pt request report. Report not yet in chart (4) Add information See up below

P— Refer to Clinic for further explanation of Xray result when available

Completed By: _To discuss medical service as needed_    CCN    Date: _9/6/96_    Time: _8:05 pm_ Chart

CALISTA CHUKWU, RN
NBDC

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information        ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

553

TO M. NELSON

# EMSA CORRECTIONAL CARE



RECEIVED
AUG 2 1996

Request to See my X rays from 8-22-96

### INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-23-96    Facility/Institution: N.B.D.C

Name of Inmate: William W Hicks    D.O.B.: 9-10-63    Sex: Male

I.D. # B595-14533    Cell #: 12-1-H-3

Problem: (in your own words)

I Have a hard time coping with all the pain I Have, It is so Bad tHat I Have Become short temperd; I never been a violent person But I can feel the addtitude, I request to Be Placed on Narcodics & I HolD tHis medical staff Liable For my actions. THanks For promp

**DO NOT WRITE BELOW THIS LINE**

---

CRYSTAL CHAMBERS, RN
NBDC

**STAFF SECTION**    Att

Person Triaging: CChambers RN    Date: 8/23/96    Time: 0900
                  (Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S: ? Doctor, pearson Said he orDer Snack Bag twice, where is it, it's Been montHs now, I spoke to him again on 8-21-96.

O:

A: Seen on S/C 8/24/96 8pm
   see soap note

P:

E:

Date: 8/24/96    Time: 8p    Calista chukwu Rn

Health Service Signature

CALISTA CHUKWU, RN 554
NBDC

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

LAW OFFICES
JEFFREY M. HARRIS
PROFESSIONAL ASSOCIATION



BOARD CERTIFIED
CRIMINAL TRIAL LAWYER

MEMBER FLORIDA & ILLINOIS BARS

SUITE 1500
BENNETT BANK PLAZA
ONE EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA

TELEPHONE (305) 522-7000
FAX (305) 522-7002

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

TO:     Broward County Main Jail          DATE:     August 27, 1996
        P.O. Box 9356
        Fort Lauderdale, Florida  33310


                                          RE:     William Hicks
                                          DOB:    9/10/63

Please be advised that I hereby request and authorize you to furnish to my attorney, JEFFREY M. HARRIS, P.A., at the above address, the following:

(X)  Copies of all x-ray films taken of my head and jaw taken on August 21, 1996

in connection with the injuries suffered in the incident which occurred on February 8, 1996. You are further requested not to furnish information to any insurance adjuster or other person without written authority.

*ALL PRIOR AUTHORIZATION IS HEREBY CANCELLED.


                              _William M Hicks_
                              Patient/Client    BS95-14533


*FLORIDA STATUTES, Chapter 455, Medical Practice Act.  455.241 provides: "Any doctor or other practitioner or any of the healing sciences making a physical or mental examination of, or administering treatment to any person shall upon request of such person, his guardian, curator, or personal representative in the event of his death, furnish copies of all reports made by such examination or treatment.  Such reports shall not be furnished to any person other than the patient, his guardian, curator, or personal representative, except upon written authorization of the patient."



555

**EMSA** *CORRECTIONAL CARE*



## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☑ MEDICAL     ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _____   Facility/Institution: _N B D C_

Name of Inmate: _Hicks William F_   D.O.B.: _5/12/29_ Sex: _M_

I.D. #: _PB 962 35 Y_   Cell #: _G A 4_

Problem: (in your own words)

_Lower Back left side, holders, have some ins for some help with county-Health_

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**
ROBIN THURSTON, LPN
NBB

Person Triaging: _____   Date: _8-24-96_ Time: _0800_

(Name)

Disposition: _Sick Call_

**FOR STAFF USE ONLY**

S:

O:

A:

P: _Seen for p/c  see progress_

E:

Date: _8/25/96_ Time: _12³⁰_    _MILDRED BRYANT LPN_
                                 _MB Bryant LPN_

Health Service Signature

_556_

White — Medical Department     Yellow — Other     Pink — Inmate

CL 1460-01

Rec'd 8/28 (2)

BROWARD SHERIFF'S OFFICE
DEPT. OF CORRECTIONS AND REHAB. PATION
INMATE'S REQUEST FORM

=====================================================

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

=====================================================

## TO BE COMPLETED BY INMATE

Date of Request: _8-27-96_          Inmate's Name: _William m. Hicks_
                                                    (Alias, if used)

Arrest #: _BS95-14533_          Location: _12-1-H-3_   DOB: _9-10-63_

To: _Doctor Pearson DDS.    N.B.D.C._

Program Specialist ☐        Mailroom ☐          Commissary ☐
Classification ☐            Food Service ☐      Other _____ ☑

Nature of Request: _____

___SIR, I William m. Hicks Request to___

_speak with you SIR._

_____THANK you for your time._

___SIR I expect you to answer___

___this Request and Send it Back, THANKS,___

_William m. Hicks_                              _8-27-96_
Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-----------------------------------------------------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_Seen by dentist 2:00 pm  8/29/96_

DR. GLENN PEARSON
DENTIST

-----------------------------------------------------

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Rev**557**

BSO DJ#24 (Rev. 4/93)

**EMSA** *CORRECTIONAL CARE*



## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-27-96    Facility/Institution: N.B.D.C

Name of Inmate: William M Hicks    D.O.B.: 9-10-63    Sex: M

I.D. #: BS95-14533    Cell #: 12-7-7-3

Problem: (in your own words)

I Request to see doctor, Per Head Injurys that have caused severe head aches AND pain.

~ Now ~ +Hanks    Ive Requested many many Times

### DO NOT WRITE BELOW THIS LINE

---

**STAFF SECTION**

Person Triaging: C Chambers RN    Date: 8/27/96    Time: 9 Am
(Name)

Disposition: S/C    CRYSTAL CHAMBERS, RN
NBDC

**FOR STAFF USE ONLY**

S: States Wants to be back on Flexeril.

O: Flexeril ran out on 8/23/96

A: R/o alteration in comfort.

P: Refer to clinic.

E: Instructed to take midrin as ordered

Date: 8/28/96    Time: 11 Am    C Chambers RN    CRYSTAL CHAMBERS, RN
Health Service Signature    NBDC

White — Medical Department    Yellow — Other    Pink — Inmate

558

CL 1480-01

BROWARD SHERIFF'S OFFICE
...ENT OF CORRECTIONS AND REHABI... ...ATION
INMATE'S REQUEST FORM

*MEDICAL*

*N,B,D,C*

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

### TO BE COMPLETED BY INMATE

Date of Request: _8-27-96_                          Inmate's Name: _William m Hicks_
                                                              (Alias, if used)

Arrest #: _B595-14533_                Location: _D-1-11-3_    DOB: _9-10-63_

To: _miss m. Nelson  MedicAL_

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | ~~Other~~ ☐ |

Nature of Request: _____

mam, Ive Request to speak with a
Doctor For meds, Due to meds I'm not
getting and one I am is not enough,
I want this corrected Fast, why's this so
hard to get straight, I want to see a M.D Doctor
This week +

_William m Hicks_                                    _8-27-96_
Inmate's Signature                                   Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

9/5/96  M. Hicks, you have been put
on the clinic list. you and the
Provider ally review your record

JOAN BAUERSMITH, RN, HN, NBDC

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.  **559**

BSO DJ#24 (Rev. 4/93)

# EMSA CORRECTIONAL CARE

## ACKNOWLEDGMENT FORM

I _William m Hicks_ ACKNOWLEDGE

RECEIPT OF MY HEALTH RECORDS IN ITS

ENTIRETY FROM THE DATES OF 8/7/95

THROUGH 8/30/96 ON _8-30-96 2;45 pm_

_William m H___

**INMATE SIGNATURE**

_Dep. R. Rivera #2560_

**WITNESS**

_Sandra D Taylor  8/30/96  2:46pm_

560

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHAB. ...TION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: *9-3-96*                    Inmate's Name: *William m Hicks*
                                                             (Alias, if used)

Arrest #: *8595-14533*                    Location: *12-1-H-3 #4*    DOB: *9-10-63*

To: *Medical Nurse Joan BauerSmith.*

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other _____ | ☒ |

Nature of Request: _____

*Mam, I william m Hicks request to speak to you mam, Per xrays taken on 8-21-96 of Head and Jaw, THanks miss nurse Joan For your prompt Attn,*

*Sincerely william m Hicks*

*william m Hicks* _____        *9-3-96*
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*Mr. Hicks, you have been put on the clinic list. You and the provider may review your records*

*Joan BauerSmith R...*
JOAN BAUERSMITH, RN, HN, NBDC

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

561

'SO DJ#24 (Rev. 4/93)

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

(✓) DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-8-96                  Facility/Institution: N.B.D.C

Name of Inmate: William M Hicks    D.O.B.: 9-10-63    Sex: male

I.D. #: BS95-14533        Cell #: 12-1-H-3 π 4

Problem: (in your own words)

I'D Like to ensure that my pain meds will be renewed by the time they expire would Like it to be done before, that's my intention of this Request, thanks for your time.

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Person Triaging: Della Richardson (Name) Date: 9/9/96 Time: 4 PM

Disposition: _____ SC

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: As stated above

O: Pt. request renewal of midrin for c/o HA's.

A: ↑ O HA. alt. in comfort.

P: Renewal sent to clinic

E: Rest. Avoid causing factor.

Date: 9/9/96  Time: 7P  Della Richardson

Health Service Signature

DELLA RICHARDSON, LPN
NBDC

562

White — Medical Department          Yellow — Other          Pink — Inmate

CL-1480-01

BAuerSmith

Medical          N.B.D.C

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-8-96          Inmate's Name: William m Hicks
                                              (Alias, if used)

Arrest #: BS95-14533          Location: 12-1-H3   DOB: 9-10-63

To: JOAN BAuerSmith

Program Specialist ☐     Mailroom ☐        Commissary ☐
Classification ☐         Food Service ☐    Other ☒

Nature of Request: _____

MAm, I Request to Speak to you
per our conversation 9-6-95 -At- 1:30pm.
you Stated a proFe, AND I Request
TO Speak to you again mam. ASAP.
THANk you,
William m Hicks          9-8-96
Inmate's Signature                Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

Mr. Hicks the Head Nurse Joan Bauersmith has been
by your cell three (3) times to speak with you and
each time you were not there. Please inform us
when it's a good time

Completed By: Sadie Nelson RN CCN     Date: 9/10/96   Time: 2pm

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

563

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

NBB 3371                                              12 1H3C

## TO BE COMPLETED BY INMATE

William M Hicks          BS45-14533   12-1-H-3   N.B.D.C   9-9-96
Inmate's Name                Arrest#        Cell    Facility    Date

### PART A - INMATE'S GRIEVANCE

I Hicks william Want answer to the sequestions, ①
miss M. Nelson, ② miss Joan Bauer smith ③ all nurses ④
miss B Evans ⑤ miss B Law and doctors. Ive Had all
these people Set up appointments To See my xrays,
then Im told In Five, or I dont need to See, I get yelled
at By nurses and Higher staff, I Want To Know why I
cannot See my xrays, why - tell me the truth - Im pisst

Inmate's Signature m Hicks                Date Signed 9-9-96
William           WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

The Nice guy stage, I'll take this all the way
with all names of people Lying - why - Reply promptly

Reviewing Deputy's Signature/CCN                     Date

M. Hicks  you have                                   Date
Supervisor's Signature/CCN

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature                          Date Signed
WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## DIRECTOR'S RESPONSE TO APPEAL

irector's Signature                          Date
SO-DJ#51 (Revised 4/93)

564

ORDER

Medical

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

Nurse Joan Bauersmith

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 9-11-96          Inmate's Name: William M Hicks
                                                (Alias, if used)

Arrest #: 3595-14533          Location: 12-1-H-3     DOB: 9-10-63

To:

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: Per case No #96-6496-CIV-W, Garber-Brudgess AND order
y Judge Sorrentino stated that request for discovery of All
medical and all x rays should be served upon the defendants
hich I have done, EMSA has complied with my order "Per Phase"
vD I have spoken with nurse Nelson Nelson of N.B.D.C about
x rays. She speaks for all of EMS A/she stated she'll never comply
so on recieving a order from Judges Statement I give #11

Inmate's Signature                    Date Signed  Friday 9-12-96

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Mr Hicks, we have been in contact with your attorney's office
Assistant "Anita" she has requested To pick up all x-Rays at the
same time. This time will occur once the last set of x-Rays taken
on monday, Sept 9, 1896 are duplicated and ready for release. I apologize
for the delay but it is beyond our control. Further, Ms Nelson denies the
above Statement nor would she have the authority To prevent The occurrence

Completed By: Rmld Richard Mac Donald, HSA     Date: 9/12/96     Time: 4 pm
NBB DOCCV

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                                    565

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITI
INMATE'S REQUEST FORM

_NURSE Joan Bauersmith_

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _9-11-96_                     Inmate's Name: _William M Hicks_
                                                            (Alias, if used)

Arrest #: _3595-14533_             Location: _12-1-H-3_    DOB: _9-11-63_

To:

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: _Dorr case no 96-6496-CIU-ungaro-Benages And order by Judge Sorrentino stated that request for discovery of All medical and all x rays should be served upon the defendants which I have done. EMSA has complied with my order Dr Purse and I have spoken with nurse mei said s nelson of Al.B.D.C how_ _x rays, She speaks for all of emsA/she stated She'll never comply So on recieving a order from Judges Stat. ment I sue till_

Inmate's Signature                              Date Signed _FRIDAY 9-12-96_

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-----------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Mr Hicks, we have been in contact with your attorney's office Assistant "Anita" she has requested to pick up all x-Rays at the same time. This Time will occur once the last set of x-Rays taken on monday, Sept. 9, 1996 are duplicated and ready for release I apologize for the delay but it is beyond our control. Further Ms nelson denies the above statement nor would she have the authority to prevent the occurrence_

Completed By: _R m l_   RICHARD MAC DONALD, HSA   Date: _9/12/96_   Time: _4pm_
                            NBB DOCC

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA CORRECTIONAL CARE**

5423

"Renewal of medication" Pain % Jaw meds.

RECEIVED SEP 12 1996

## INMATE MEDICAL REQUEST FORM

☑ DENTAL      ☐ MEDICAL      ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-12-96     Facility/Institution: NBIDC

Name of Inmate: William M Hicks    D.O.B.: 9/10/63    Sex: Male

I.D. #: BS95-14533    Cell #: 12-H3 #4

Problem: (in your own words)
THis to Have Flexeral and moltrin renewed
NOTE "Ive SENt A Medical Request For Renewal
of medication BeFore it runs out A week ago
To Some how Solve tHis Simple problem I

**DO NOT WRITE BELOW THIS LINE**

Crystal Chambers RN
NBDC

### STAFF SECTION

Person Triaging: CChambers RN    Date: 9/12/96    Time: 12 pm
(Name)

Disposition: S/C

### FOR STAFF USE ONLY

S: _____

O: _____

A: _____

RECEIVED SEP 13 1996 DR. GLENN PEARSON DENTIST

P: Rx done - by dentist

E: _____

Date: 9/13/96    Time: 12:30 pm    DR. GLENN PEARSON DENTIST

Health Service Signature

567

JOAN Bauersmith

N.B.DC

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITY
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-12-96          Inmate's Name: William M Hicks
                                                    (Alias, if used)

Arrest #: BS95-14533          Location: 12-1-4-3 #4   DOB: 9-10-63

To: Nurse JOAN Bauersmith   N.B.D.C

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request: mAm, I william M Hicks ast THat you consider
tHat I Be placed on stronger medication THan
Moltrin % midrin which dose help on a scale 1 to 100
A 40,70 But I Live witH So much jaw pain and
head pain It's not a joke as most of staff
Seem to not care for my personal healtH. THanks
Note mAm, my order for medication has Run out also!"

Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Mr. Hick you will be seen in the clinic 9/20/96

Completed By: M. Nelson     CCN _____   Date: 9/18/96   Time: 1130

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information          ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

568

**EMSA** CORRECTIONAL CARE 

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH 

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-13-96    Facility/Institution: N.B.D.C

Name of Inmate: William m Hicks   D.O.B.: 9-10-63   Sex: Male

I.D. #: BS95-14533    Cell #: 12-1-H-3

Problem: (in your own words)
my stomache is hurting, as I use Bathroom
I discharge pure Blood, It's Been going on
For a while, I thought It wenta way,
I Also have so much pain can't take,

### DO NOT WRITE BELOW THIS LINE

CALISTA CHUKWU, RN
NBDC                              STAFF SECTION
Person Triaging: Calista Chukwu R   Date: 9/13/96   Time: 4 45 pm
                          (Name)

Disposition: _____ 8U

**FOR STAFF USE ONLY**

S: _____ As stated above

O: Pt. states "I'm not bleeding now." Abd soft
c ⊕ BS.

A: ↳ rectal bleeding. Alt in comfort.

P: Refer to clinic.

E: Instructed pt to inform deputies or nurse when
bleeding occur.

Date: 9/14/96   Time: 8P   DRichardson
                                    Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

569

**EMSA** *CORRECTIONAL CARE*


RECEIVED
SEP 17 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL      ☑ MEDICAL      ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _9-16-96_    Facility/Institution: _N.B.D.C_

Name of Inmate: _William M Hicks_    D.O.B.: _9-10-63_    Sex: _Male_

I.D. #: _BS95-14533_    Cell #: _12-1-H-3_

Been sick for 3 weeks

Problem: (in your own words)

_I'm Having Severe problems with stomache, Bleeds AND my medicin (Midrin) For paid is getting me very sick, I Have not taken it much and I still Have not all this Day or Night time now 10:00 pm / I'm throwing up / Nussa / Dizzy / Sick_

DO NOT WRITE BELOW THIS LINE  _Pain in my Head Body_

| STAFF SECTION |
|---|

This is not my First Request and it's my Last, so For it's Been over 3 wa Hum!

Person Triaging: _Calista chukwu RN_    Date: _9/17/96_    Time: _5p_

CALISTA CHUKWU, RN
NBDC

(Name)

Disposition: _S/C_

**FOR STAFF USE ONLY**

S: _See above._

O: _Hx. of migraine H/As. On midrin in past. Not Vomiting @ this time. No H/r @ this time. H/As come + go._

A: _Alteration in comfort._

P: _Refer to clinic_

E: _Instructed inmate will refer him to clinic._

Date: _9/18/96_    Time: _1000_ _AM_    _C Chambers RN_    CRYSTAL CHAMBERS, RN

Health Service Signature    NBDC

White — Medical Department        Yellow — Other        Pink — Inmate

570

DEPT OF CORRECTIONS AND REHABIL AT.
INMATE'S REQUEST FORM

BROWARD SHERIFF'S OFFICE

BDC

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-16-96                    Inmate's Name: William M Hicks
                                                              (Alias, if used)

Arrest #: BSC5-1US33          Location: 12-14-5      DOB: 97083

To: Medical - DR pearson DDS

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other |

Nature of Request:

SIR Ive waited over 2½ weeks to Finish teeth, tHanks,

William M Hicks                              9-16-96
Inmate's Signature                           Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

--------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Seen by dentist in 9/27/96 @ 2:30 pm
                                        DR. GLENN PEARSON
                                        DENTIST

                                        DR. GLENN PEARSON
                                        DENTIST

Completed By:_____ CCN_____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information              ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                        571

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks william_          ID# _BS9514533_

D.O.B. _9.10.63_

I, _willy Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. _Zoloft 50_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _My stomach is sick from the medicin I am not refusing the zoloft but i cannot take it now_

Potential Consequences Explained _Depresion_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calista Churkwu_
Witness Signature

_Witness Signature_   CALISTA CHURKWU, RN    X _William M Hicks_
                              NBDC                    Patient Signature

_9.17.96 5PM_
Date                                          Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                              572    7/94

# EMSA CORRECTIONAL CARE

## REFUSAL OF TREATMENT FORM

Institution: _NBB_

Name: _Hicks, William_          ID# _B595 14533_

D.O.B. _9-10-63_

I, _Wm Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_Refusing Zoloft_

Reason For Refusal _don't want it_

Potential Consequences Explained _↑ depression_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Witness Signature_

Witness Signature

CAROLYN HAYES RN
CLINIC COORDINATOR

Witness Signature

Patient Signature

Date _9-17-96_

Time _0800_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

573

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: NBB

Name: Hicks, William     ID# BS9514583

D.O.B. 9/10/63

I, Hicks _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | | |
|---|---|---|---|---|---|---|
| X | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Refuse Zoloft 50 mg BID

Reason For Refusal "Don't want it"

Potential Consequences Explained yes ↑ Depression

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature  DIANE McCLOSKEY

_____
Witness Signature  NBDC LPN

Date 9/19/96

Patient Signature  Refused

Time 9 am

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

574

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks, William_    ID# _BS 96 14 533_

D.O.B. _9-10-63_

I, _William M Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_____  A.  Refused medication.                    _____  E.  Refused X-Ray services.

_____  B.  Refused dental care.                    _____  F.  Refused other diagnostic tests.

_____  C.  Refused an outside medical appointment.  _____  G.  Refused physical examination.

_____  D.  Refused laboratory services.            _____  H.  Other (Please specify)

_____

Reason For Refusal _William M Hicks_

_my stomache had been bleeding out I was told from midrin_
_and as I took my pill I had been throwing up blood I still throw up_
Potential Consequences Explained _and messy all the time and have taken_
_Facial Bones and head hurt badly_
_refused rectal exam / refused Dem or nordil supp._

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_William _____ (VOID)._
Witness Signature

_DR. GUINTHROP, DAVID_
_STAFF PHYSICIAN "NP"_
_UDCC_

_VERONICA O'CONNER, PA_

_Wome DDL 9/20/96 845 p._          _William M Hicks 9/20/96_
Witness Signature                    Patient Signature

_____          _8:45 pm_
Date                                    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

575

CC 013                                                                7/94

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

B 3471

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks    Arrest#: BS95-14533    Cell: 124-H-3    Facility: N.B.D.C    Date: 5-15-96

### PART A - INMATE'S GRIEVANCE

THIS IS on EMSP medical For not giving me proper medical, they Say I will See docta and then a week Later I'm getting sicker and they don't care, I Don't Want to here any more excuses I'm tic DD, I've HearD them all, I ast to See Brass of EMSA.

I can See how people Die here at N.B.D.C

Inmate's Signature: William M Hicks    Date Signed: 9-19-96

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr Hicks It was a pleasure talking with you this morning so you informed me that you was doing fine on the medication you are now receiving even though you would like something stronger. As per your X-ray I gave you the result, the one on the chest when the other results get there you will be informed

Reviewing Deputy's Signature/CCN _____    Date _____

Supervisor's Signature/CCN  M. Nixon MCR51    Date 9/24/96

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____    Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____

Director's Signature _____    Date _____

BSO DJ#51 (Revised 4/93)

576


**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks, William    ID # 9614533    D.O.B. 9/10/63 |
|---|---|
| 9/20/96 8:45 P | PA Note |
| | 1. Pt presented [illegible] Medu cause nausea, so doesn't need renewal. |
| | 2. 90 PA. |
| | 3. rectal bleedy 24 hrs ago, last noted 4/yr; some [illegible] intermittently |
| | 4. Needs inform a zygomatic X Ray. Still [illegible] pain [illegible] area; still c difficult opening mouth - fully. |
| | 9/9/96  X Ray reordered. |
| | 9/19/96  [illegible]/Move - |
| | O.  NAD; [illegible], repetitive. |
| | Head:  Normocephalic. |
| | TM's  intact. |
| | Mouth:  Pt partially open mouth. |
| | Eyes/Ears  intact. |
| | Rectal:  refused. |
| | A/P  PA |
| | S/P Zygomatic Contusion. |
| | R/O rectal bleedy. |
| | Clear Nasal Spray II sprays each nostril [illegible] B.1.d x 3.1 |
| | 4.  RTC [illegible] . |

VERONICA O'CONNER, PA
NBDC
DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

577

L 1480-02 (2/95)

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # 03S 95-1453 | D.O.B. / / |
|-----------|---------|---------|---------|

09/22/96
1545

(S) Nurse, My problems are all taken care of, I saw the Doctor and he changed My medicine — I'm on Motren now instead of Mitrin.

(O) pt A+o — x3 — Cu-operative — N3D obese — Good Bowel Sounds — No c/o constipation — J Brennan NBDC As far as pt seeing the xrays I informed pt their xrays take a little while to process and then the Radiologist Reads them. pt accepted this explanation.

(A) Alteration of comfort due to Anxiety — GI upset.

(P) New Rx was prescribed. pt told to access med for any problems.

(E) pt understands plan of action.

Joy Brennan NBDC
Joy Brennan NBD

480-02 (2/95)

**EMSA** *CORRECT N. L CARE*

## PROGRESS NOTES

| Date/Time | Inmate Name: Hicks William | ID # BS 9 5-14533 | D.O.B. / / |
|-----------|---------|---------|---------|

09/22/96
1545

(S) Nurse, My Problems are all taken care of; I saw the Doctor and he changed My Medicine - I'm on Motran now instead of Mission.

(O) pt A+o - x3. cooperative. Mild obese - Good Bowel Sounds. No c/o Constipation. J Brennen NBC As far as pt seeing the x-rays I informed pt there x-rays take a little while to process and than the Radiologist Reads them. pt accepted this explanation.

(A) Alteration of comfort due to Anxiety - GI upset.

(P) New Rx was prescribed. pt told to access med for any problems.

(E) pt Understand plan of action.

Jay Brennan NBC

Jay Brennan NBC

| | | |
|---|---|---|
| 9/24/96 30 10 am | Aux Note | |

Inced. Note: Grevnce. Rec'd: 9/24/96
Grevnce. Ans: 9/24/9

M. Nelson RN M. NELSON MSRN

 **EMSA** *CORRECTIONAL CARE*

8/7/95

 RECEIVED OCT - 1 1996

## INMATE MEDICAL REQUEST FORM

(☑) DENTAL      ☐ MEDICAL      ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _10-1-96_         Facility/Institution: _N.B.D.C_

Name of Inmate: _William M Hicks_    D.O.B.: _9-10-63_  Sex: _Male_

I.D. # _BS95-14533_         Cell #: _12-1-H-3_

Problem: (in your own words)

_I need to see dentist per finish dental work that has been started_

_THANKS_

**DO NOT WRITE BELOW THIS LINE**

---

STAFF SECTION

LISTA CHUKWU, RN
Person Triaging: _Celesta Chukwu_    Date: _10/1/96_  Time: _1.40pm_
(Name)                          slc

Disposition: _____

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _Pt brought for dental, states nauseated_
_and dizzy. Will reschedule for_

P: _1 week._

 RECEIVED OCT 03 1996

JACQUELYN D FARRAR
Dental Assistant NBDC

E: _____

Date: _10-17-96_  Time: _155pm_

Health Service Signature    JACQUELYN D FARRAR
Dental Assistant NBDC

580

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: NBDL

Name: Hill williams                    ID# BS95 145 33

D.O.B. 9·10·63

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. Indocin 50p Tid | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal ___ It messes my stomach up

Potential Consequences Explained ___ Pain

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Caloza Clnbur_
Witness Signature
CALISTA ... WU, RN

Witness Signature                          _William m Hicks_
                                            Patient Signature
10 (4 (96    8:30 pm
Date                                        Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

581



**EMSA CORRECTIONAL CARE**

RECEIVED OCT - 5 1996

## INMATE MEDICAL REQUEST FORM



☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _10-4-96_    Facility/Institution: _N. B. D.C_

Name of Inmate: _William m Hicks_    D.O.B.: _9-10-63_    Sex: _male_

I.D. #: _BS95-14533_    Cell #: _12-1-H-3_

Problem: (in your own words)

_I wish to renew my medication that has run out on 10-4-96 - I still need it for headaches and facial hurting. ASAP "PAIN"_

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

CALISTA CHUKWU, RN
NBDC

Person Triaging: _Caliste Chukwu RN_    Date: _10/5/96_    Time: _130 pm_
(Name)

S/C

Disposition: _____

**FOR STAFF USE ONLY**

S: _____

_____

O: _in Clinic_

_____

A: _Seen 10/8 - meds ordered_

_____

P: _____

E: _____

Date: _10/10/96_    Time: _8 pm_    _Valerie Mindie, RN_
North Broward RN

Health Service Signature

**EMSA** *CORRECTIONAL CARE*



RECEIVED
OCT - 1 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☒ MEDICAL     ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _10-7-96_   Facility/Institution: _NBDC_

Name of Inmate: _William M Hicks_   D.O.B.: _81863_   Sex: _M_

I.D. #: _BSPS-14533_   Cell #: _12-1-H-5_

Problem: (in your own words)

_BAD Facial pains % Jaw and headaches_
_that are severe. I Request to recieve pain_
_medication._

**DO NOT WRITE BELOW THIS LINE**

STAFF SECTION

Person Triaging: _D Richardson_   Date: _10/7/96_   Time: _9pm_
(Name)

Disposition: _S/C_

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: _____

O: _____   10/8

A: _____   Clinic

P: _____

E: _____

Date: _10/10/96_   Time: _8pm_   _Marilaine Windle, RN_   Health Service Signature
North Edward

CL 1480-01     White — Medical Department     Yellow — Other     Pink — Inmate

583

N.B.3626

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

OCT 16 1996                TO BE COMPLETED BY INMATE        OCT 10 1996

# 2

_William M Hicks_ _____ _B95-14533_ _12-1-143_ _N.B.D.C._ _10-3-96_
Inmate's Name                    Arrest#      Cell    Facility      Date

### PART A - INMATE'S GRIEVANCE

_I have not recieved the proper medical that_
_all p---ple <4-l> I'm I expect to recieve_
_my pain medication tomorrow - I've waited_
_a week "why" I've pleaded so----- cant this_
_circus stop and do ---- right, "why"? Thats_
_William M Hicks_

_William M Hicks_ _____ _10-8-96_
Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

_(Grievances 3617/3626 refered to medical) Mr Hicks, it was confirmed you were seen in_
_clinic with vrD on 10/1 + 10/8 and given the opportunity to express your concerns_
_and be examined by the M.D. We have also established a link to have your_
_family contact Ms Joan Bowersmith here if they have further questions_
_regarding your care._

_[signature]_ RICHARD MAC DONALD, HSA NBDOCC _____ _10/15/96_
Reviewing Deputy's Signature/CCN                        Date

_____              _____
Supervisor's Signature/CCN                   Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____              _____
Inmate's Signature                           Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

584

_____              _____
Director's Signature                         Date
BSO DJ#51 (Revised 4/93)

N.B. 3070F

N.B.D.C only.

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

N.B.D.C

OCT 18 1996

TO BE COMPLETED BY INMATE

| William M Hicks | FS95-14533 | 12-HA-3 | N.B.D.C | 10-8-96 |
|---|---|---|---|---|
| Inmate's Name | Arrest# | Cell | Facility | Date |

## PART A – INMATE'S GRIEVANCE

M Am - miss how I William M Hicks hate to state
that once again I receive the same treatment
towards medication "None". Susan McCampBell
sent me a letter and we have a copy also she said
I'm being taken care of our medical care. I's to get
no more care I had many days or 3 with no response to this

William M Hicks                                    10-8-96

| Inmate's Signature | Date Signed |
|---|---|

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
## PART B – RESPONSE

my medication "why" = M am - I want to let you
10-8-96 Per miss Susan McCampbell stated I'm in
if I have a problem. Thanks For your name - etc.
See Part B response page 2                    William m

| Paul M Hall HSA     RICHARD MAC DONALD, HSA | RICHARD MAC DONALD HSA |
|---|---|
| Reviewing Deputy's Signature/CCN   NBB-DOCC | NBB-DOCC   10-8- |
|  | Date |

| | |
|---|---|
| Supervisor's Signature/CCN | Date |

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

| | |
|---|---|
| Inmate's Signature | Date Signed |

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

| | |
|---|---|
| Director's Signature | Date |

BSO DJ#51 (Revised 4/93)

585

**EMSA** *CORRECTIONAL CARE*

*psych*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 10-9-96    Facility/Institution: N.B.D.C.

Name of Inmate: William M Hicks    D.O.B.: 9-7-063    Sex: M

I.D. #: BS95-14533    Cell #: 12-1-H-3

Problem: (in your own words)
ID got a problem, "called stomache problems," some times I don't take meds at 8:00AM Due to I throw up - some times I take at 12:00pm. and then 8:30 at night, they Wouldue it -

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: C Chambers, RN    Date: P/9/96    Time: 10AM
(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S: Why, the midrn did re in - Took may days to recieve Frickn Molrin and I have Severe head pains and now my teeth on upper right

O: hurts "Why I ASK" I'm not Hurt, Saying your Fine doctors, I wasnt my medication writen as needed, 3 times a day, I'm

A: through with this

P: Went to medical today, Clinic

E: Was sleeping on a.m. rounds called, Name twice

Date: 10/9/96    Time: 2pm,    C Chambers RN

Health Service Signature    CRYSTAL CHAMBERS, RN NBDC

586

CORRECTIC. I.
CARE

CLINIC
INFIRMARY HISTORY AND PHYSICAL

Page #2

NBB – Clinic
<u>Institution/Facility</u>

Inmate Name: HICKS, Wm   DOB 9/10/63   ID# BS95-14533

Chief Complaint: See PROGRESS NOTES 10/9/96

History of Present Illness: Mr. Hicks came to the Clinic for a review of his medical complaints, most of which have to do with pain on the right side of his

Past Medical History: face, which he said has been bothering him since he was involved in an altercation earlier this year, in February —

PHYSICAL EXAMINATION
General Appearence: Heavy-set W.m.   wt 230 – NAD, alert, Ox3
Bp 160/98 , p: 72   R 16-18   T 986

HEENT: PERRLA fundi: benign TM's: pearly — neck: supple & adenopathy

Chest/Breast: c/o pain over ® TMJ – opens mouth to 41 mm - ® 3y goma is

Heart: S1 S2 + no RRR — in fact – no deformity noted

Lungs: Clean to A

Abdomen: Obese – No Hepato-Splenomegaly – NON-TENDER throughout

Back: c̄ good active BS (—) flank tenderness

Extremities: NO EDEMA bilat.; pulses all 2+ c̄ good refill —

Neuro: DTR's 2+; Babinski ↓↓; mcs = intact throughout

Skin: No rashes, No lesions - warm, dry, MM's are well-hydrated

Genitalia: Normal ♂ (circ'd) testes ↓↓ No D/C

Rectal: Prostate: NORMAL SIZE; NON-TENDER; STOOL ⊖ Guaiac (—) for blood

Impression/Diagnosis: c/o ® TMJ pain – No Dislocation noted; HA's

Date 10/9/96   Time 3pm   Completed by: WC Davis MD
Physician, PA, or NP

DR. WINTHROP C. DAVIS
STAFF PHYSICIAN - NBDC

Physician Signature (If completed by PA or NP)   Page

Clinic
INFIRMARY HISTORY & PHYSICAL

See Imp & Plan → #3

CC 220   4/93   587

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_          ID# _BS9514533_

D.O.B. _9/10/63_

I, _Hicks William_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

_✓_ A.    Refused medication.

___ B.    Refused dental care.

___ C.    Refused an outside medical appointment.

___ D.    Refused laboratory services.

___ E.    Refused X-Ray services.

___ F.    Refused other diagnostic tests.

___ G.    Refused physical examination.

___ H.    Other (Please specify)

Reason For Refusal _need to see DR Martin ad DAiSuiS_

"_Med hurts my stomach_"

Potential Consequences Explained _yes_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_[signature]_
Witness Signature

_____
Witness Signature

_[signature]_
Patient Signature

Date _10/12/9__          Time _1pm_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**588**

CC 013

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NCCB_

Name: _Hicks, William_    ID# _BS 95 145 33_

D.O.B. _9/10/63_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. _Tagament 400mg_ | E. | Refused X-Ray services. |
| | B. | Refused dental care. | F. | Refused other diagnostic tests. |
| | C. | Refused an outside medical appointment. | G. | Refused physical examination. |
| | D. | Refused laboratory services. | H. | Other (Please specify) |

Reason For Refusal _Need to speak to M.D Doctor, medication not working, have severe stomache aches still very bad also bad Facial and head aches._

Potential Consequences Explained _Stomach upset_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D Richardson_         DELLA RICHARDSON, LPN
Witness Signature

Witness Signature                    _Refused to sig_
                                     Patient Signature
_10/12/96_                           _9 Pm_
Date                                 Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**589**

CC 013

**EMSA** *CORRECTIONAL CARE*

**REFUSAL OF TREATMENT FORM**

Institution: _NBB_

Name: _Hicks, William_    ID# _TS9514533_

D.O.B. _9-10-63_

I, _William Hicks_    have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✔ | A. | Refused medication. _Tagamet 400mg_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _No reason given_

Potential Consequences Explained _Upset stomach_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Richardson Jr_    DELLA RICHARDSON, LFN
Witness Signature    NBDC

_Deputy Kelly_    _Refused to sign_
Witness Signature    Patient Signature

_10/13/96_    _9PM_
Date    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

590

CC 013

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: __N B D C__

Name: __Hicks   William__   ID# __B595 14533__

D.O.B. __9/10/63__

I, __William Hicks__ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| X | A. | Refused medication. __Zoloft 50mg__ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. __Inderal LA 80 / Parafon forte ↓__ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. __BP__ | ___ G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ H. | Other (Please specify) |

Reason For Refusal __"I'll take it later dont want it now"__

Potential Consequences Explained __no, in bed__

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

CRYSTAL CHAMBERS, RN
NBDC   I have read this form and certify that I understand its contents.

__C Chambers RN__
Witness Signature

_____ 4903__
Witness Signature

Date __10/17/96__

__Pt. refused to get out of bed__
Patient Signature

Time __0800__

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**591**

CC 013

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicks William_    ID# _B595 145 33_

D.O.B. _9·10·63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. _Zoloft Paraxton Aye_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _They make me sick. Its all in my head according to Dr Davis_

Potential Consequences Explained _Depression pain_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calista Chukwu RN_    CALISTA CHUKWU, RN
Witness Signature                NBDC

_Deputy Kelly_    _William M Hick_
Witness Signature    8:30 pm    Patient Signature

_10/19/96_
Date    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

592

BROWARD SHERIFF'S OFFICE
DEPART  OF CORRECTIONS AND RE  I  TATION
INMATE GRIEVANCE FORM

3719

6H

## TO BE COMPLETED BY INMATE

William M Hicks        B595-14593 12-1-H-3 N.R.D.C.   10-19-96

Inmate's Name          Arrest#    Cell   Facility      Date

### PART A - INMATE'S GRIEVANCE

I William M Hicks want charges brought against DR DAVIS M.D
For his violation to Follow B.S.O rules per Susan McCampbell
orders to have a complete medical review on my Files and to
state the truth. Also on 10-18-96 At 9:00 AM I was violated
By verbal threats and I was attacked as I stand in hallway
at clinic By DR Davis M.D. Threats % physical I want charges
William M Hicks          Brought Against DR Davis MD Per My
_____    10-19-96
Inmate's Signature                       Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Rights to protect my self From Violence From staff as Im
In the care of B.S.O. I want charges Brought Against DR
Davis MD no questions asked.

        Sincerly William M Hicks        10-19-96
        "Respond in time Frame"

_____    _____
Reviewing Deputy's Signature/CCN         Date

_____    _____
Supervisor's Signature/CCN               Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____    _____
Inmate's Signature                       Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____

Director's Signature                     Date        593
BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

3719    121439    6H

## TO BE COMPLETED BY INMATE

William M Hicks                 BS95-14533  12-1-H-3  N.B.D.C      10-19-96
Inmate's Name                  Arrest#        Cell    Facility        Date

### PART A – INMATE'S GRIEVANCE

I William M Hicks want charges brought against DR Davis MD
For his violation to follow B.SO rules per Susan L Mc Campbell
orders to have a complete medical review on my Files and to
state the truth. Also on 10-18-96 at 9:00AM I was violated
By verbal threats and I was attacked as I stood in Hallway
at clinic By DR DAVIS M.D Threats % physical I want charges
William M Hicks         Brought Against DR DAVIS MD per My
_____  10-19-96
Inmate's Signature                             Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

Rights to protect my self From violence From staff, as Im
In the care of B.SO, I want charges Brought Against DR
Davis MD no questions asked,
        Sincerely William M Hicks       10-19-96
            "Respond in time Frame"
_____  _____
Reviewing Deputy's Signature/CCN                Date
It was seen by nurse  11/31/96 Joan Bauersmith
_____  _____
Supervisor's Signature/CCN    JOAN BAUERSMITH, RN, HN, NBDC    Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

_____  _____
Inmate's Signature                             Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____

594

_____
Director's Signature

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _____NBDC_____

Name: _____HICKS William_____ ID# _BS85 145 33_

D.O.B. _9/10/63_

I, _____William Hicks_____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

✓ A. Refused medication. _Zoloft 50p_ ___ E. Refused X-Ray services.

___ B. Refused dental care. _uneal LA 80p_ ___ F. Refused other diagnostic tests.
_fragmin fork Hcliek_

___ C. Refused an outside medical appointment. ___ G. Refused physical examination.

___ D. Refused laboratory services. ___ H. Other (Please specify)

Reason For Refusal  _I dont want it_

Potential Consequences Explained  _depresion, uncontrolled HTN pain_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calista Chukwu RN_    **CALISTA CHUKWU, RN**
Witness Signature                    **NBDC**

_Dep Dart   4871_    _Rapheel A Sp_
Witness Signature                    Patient Signature

_10/20/96   12³⁰p_    _12 3⁰p_
Date                    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**595**

CC 013

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N, B, D C_

Name: _William M Hicks_　　ID# _3595-14533_

D.O.B. _9/10/63_

I, _William M Hicks_　　have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

☑ A.　Refused medication.　　　　　___ E.　Refused X-Ray services.

___ B.　Refused dental care.　　　　___ F.　Refused other diagnostic tests.

___ C.　Refused an outside medical appointment.　___ G.　Refused physical examination.

___ D.　Refused laboratory services.　　☑ H.　Other (Please specify)

_I Have a bloody alcer ad medication make me sick, DR DAVIS MD_
_SAYS it's all in my head, I got to want to get Better_

Reason For Refusal _DR DAVIS M.D. is a "quact" meds are_
_making me throw up and make me way way sicky_

Potential Consequences Explained _"DR DAVIS M.D. SAID IT'S ALL IN_
_my mind" quack —— Pain, depression_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calista Chukwu RN_
Witness Signature

CALISTA CHUKWU, RN
NBDC
Witness Signature

_William M Hicks_
Patient Signature

_10-20-96　8:55pm_
Date

_____
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

536

C 013

**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 10-20-96      Facility/Institution: NBDC

Name of Inmate: William M Hicks      D.O.B.: 9/10/63   Sex: male

I.D. # BS95-14533      Cell #: 12-1-H-3

Problem: (in your own words)

meds make me very sicly I'm very sick already I Don't need meds to make me sicly. Throat, skull, head, Jaws, cat Breath, stomache, jaw bone ache, Dizzy, throwup (I want to SEE a real Doctor." now.

DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: Calista Chutwu      Date: 10/20/96   Time: 9pm
(Name)

Disposition: ___ SLC

### FOR STAFF USE ONLY

S: ___ Addressed at clinic Visit 10/21/96

O: ___

A: ___

P: ___

E: ___

Date: ___ Time: ___

Health Service Signature

White — Medical Department      Yellow — Other      Pink — Inmate

CL 1480-01

597

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: NBDC

Name: Hicks William     ID# BS95-14533

D.O.B. 9/10/63

I, William Hicks     have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

Zoloft 50mg
Inderal LA 80mg
Paraton forte π

| | | |
|---|---|---|
| X  A.  Refused medication. | E. | Refused X-Ray services. |
| ___ B.  Refused dental care. | F. | Refused other diagnostic tests. |
| ___ C.  Refused an outside medical appointment. | G. | Refused physical examination. |
| ___ D.  Refused laboratory services. | H. | Other (Please specify) |

Have new medication, waiting

Reason For Refusal  See

Potential Consequences Explained  Yes ↑ BP. depression pain

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

Witness Signature

CChambers RN    CRYSTAL CHAMBERS, RN     X William Hicks
Witness Signature           NBDC           Patient Signature

10/22/96                    0900 + 12 pm
Date                        Time
                                  Paraton forte

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

598

CC 013

**◄SA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

itution: _N BB_

ne: _Hicks William_      ID# _B095145 33_

.B. _9-10-63_

I, _William Hicks_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

quiring medical care as indicated below:

✓ A.   Refused medication. _Naufou Forte_      ____ E.   Refused X-Ray services.

____ B.   Refused dental care.      ____ F.   Refused other diagnostic tests.

____ C.   Refused an outside medical appointment.   ____ G.   Refused physical examination.

____ D.   Refused laboratory services.      ____ H.   Other (Please specify)

Reason For Refusal   _BAD For Stomache_

Potential Consequences Explained   _Possible pain or discomfort_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_O. Richardson, Jr._   BELLA RICHARDSON, LPN
Witness Signature      NBDC

_Deputy Kelly_
Witness Signature

_10-23/96_
Date

_William M Hicks_
Patient Signature

_9³⁰/pm_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

Tom Medicci RN

Miss Nelson

BROWARD SHERIFF'S OFFICE
DEPT. OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

"EMERGENCY"

RECEIVER

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _10-31-96_                Inmate's Name: _William M Hicks_
                                                         (Alias, if used)

Arrest #: _BS95-14533_            Location: _12-1-H-3_   DOB: _9/10/53_

To:

Program Specialist ☐          Mailroom ☐              Commissary ☐
Classification ☐              Food Service ☐          Other ☑

Nature of Request: _main, I Seem to Have a hard time breathing_
_as Im in Lock down and I have the sam problem out of Lock Down_
_also. Its Because of Facial Bones that was Broken, I Have Deputy_
_Riviera, Kelly, Doctor. Foolishly attacking me verbally and_
_physically, And they keep Locking Door Flap, I Request to have a_
_medical order to prevent this childress actions. To remain Flap on Door to_
_Stay open, I Have 3' x 4' on Bottom of Door, not Enough I get Closed in Feeling - real BAD_

Inmate's Signature                           Date Signed
                                             In Lock Down For Medical reasons

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.                     Thanks

JOAN BAUERSMITH, RN, HN, NBDC

                    DO NOT WRITE BELOW THIS LINE:
                    ACTION TAKEN/RESPONSE

                    _Seen in clinic 11/8/96  950pm_

MARGARET BUTCH, RN
NBDC

Completed By: _M Butch RN_ SCN   Date: _11/8/96_   Time: _950pm_

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

## EMSA CORRECTIONAL CARE

### MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE : *11-5-96*

MEMORANDUM TO : *Classification*

FROM : *Sadie Nelson* 1st Nurse RN

INMATE NAME : *William Hicks*

ARREST NUMBER : *BS 9514533*

DATE OF BIRTH : *9-10-63*

PRESENT LOCATION : *12'43*

TRANSFER TO :

| | | |
|---|---|---|
| GENERAL POPULATION | | |
| SHELTER CARE | | |
| MENTAL HEALTH | | (LIST UNIT) |
| INFIRMARY | *12 MC2#4* | |
| COMMUNICABLE DISEASE | | |

REASON FOR REQUEST:

*Per OP for Test.*

NOTE:    ORIGINAL TO CLASSIFICATION
          COPY TO HEALTH RECORDS DEPARTMENT

3/95-1481

CL 1480-22

601

# EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE : _11/07/9~_

MEMORANDUM TO : _BSO_

FROM : _Joy Brennan_

INMATE NAME : _Hicks — Willie_

ARREST NUMBER : _BSO-14C33_

DATE OF BIRTH : _____

PRESENT LOCATION : _I-2 #2_

TRANSFER TO : 
GENERAL POPULATION _____

SHELTER CARE _____

MENTAL HEALTH _12 H_ (LIST UNIT)

INFIRMARY _____

COMMUNICABLE DISEASE _____

REASON FOR REQUEST:

_Visit_

_Joy Brennan_

NOTE:      ORIGINAL TO CLASSIFICATION
           COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

602

# EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE                : _in 7-96_

MEMORANDUM TO  : _Classifion_

FROM                : _Mental Health_

INMATE NAME        : _Hicks William_

ARREST NUMBER      : _185 95 14533_

DATE OF BIRTH      : _9-10-63_

PRESENT LOCATION  : _12? Q5_

TRANSFER TO        :  GENERAL POPULATION      _____

SHELTER CARE            _____

MENTAL HEALTH           _12?W1_  (LIST UNIT)

INFIRMARY               _____

COMMUNICABLE DISEASE    _____

REASON FOR REQUEST:

_Behavural_

NOTE:        ORIGINAL TO CLASSIFICATION
             COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

603

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*MEDICAL*

RECEIVED

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 11-13-96          Inmate's Name: William m Hicks
                                                    (Alias, if used)

Arrest #: BS95-14533          Location: 12-2-H-1    DOB: 6/11/63

To: MENtol HEAltH- DoctorsMartin"

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: Doctor MArtiN SIR.

It is pertinent tHat you advocate and to quick
to me SIR For I Ask, DiD you place me in 12-2-H-1 Hole
hole cell, you need to reply SIR, I was told By
Sergeant tHat you had done so along with Deputy
kelly, Burto, matHews, THats For your Quest and quick
                    William m Hicks                    11-17-06   ANSwer,
_____                    _____
Inmate's Signature                            Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Pt requesting to know who moved him from
b'H to 12²H'.
    Pt refused to Dr Martin.

Completed By: EM McKenzie LPN          Date: 11·18·96   Time: 3·20/
              ELMA MC KENZIE, LPN
                    NBDC

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                        604

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _11-14-96_          Inmate's Name: _William m Hicks_
                                                 (Alias, if used)

Arrest #: _BS95-14533_          Location: _12-2-7-1 #2_   DOB: _9/10/63_

To: _Doctor Haeck    MEDICAL_

Program Specialist ☐     Mailroom ☐          Commissary ☐
Classification ☐         Food Service ☐       Other ☑

Nature of Request: _____ N/R D.C _____
_Doctor Haeck, SIR,_
_I Hicks need to speak per_
_medical, your name Apears alot_
_you are the Doctor Susan wilmer campbell_
_Said to see, Ive never saw or heard you, thanks_
_william m Hicks_                    _For your prompt Attn_
                                     _11-14-96_

Inmate's Signature                   Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_Requesting that Dr Haeck take over his medical_
_tit_
_Pt informed that Dr Davis is @ present seeing_
_him this should be discussed with Dr Davis_

ELMA MC KENZIE, LPN
Completed By: _BSM McKenzie LPN_ CCN          Date: _11-18-96_  Time: _3pm_

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                          605

Dental

Recv'd 11-ype

If you haven't asked the housing unit deputy to solve this problem, do so before completin this request.

TO BE COMPLETED BY INMATE

Date of Request: _11-19-96_    Inmate's Name: _William m Hicks_
                                              (Alias, if used)

Arrest #: _BS95-14533_    Location: _12-2-H-7_    DOB: _9/10/6_

To: _miss MEISAIDES NELSON_

| | | | | |
|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary ☐ |
| Classification | ☐ | Food Service | ☐ | Other ☒ |

Nature of Request: _MAM, I FiLLED iN a EMSA release_
_Form By my Signature._

_Would you please SEND me A photo copy_
_OF EMSA medical release. Date 11-18-96 Time?_
_THANKS miss Nelson_

_William m Hicks_                    _11-19-96_
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

S — As Above
O — Requesty release form signed w/18/96 per pt
A — Request release for
P — Refer to Nurse Scude
E — seek further assistce as needed

CALISTA CHUKWU, RN
NBDC

Completed By: _C Chukwu_    CCN _11/25/96_    Date: _10A_    Time: _10A_

CALISTA CHUKWU, R
NBDC

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information            ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

606

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

(DENTAL)   ☐ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 11-20-96                     Facility/Institution: N.B.D.C

Name of Inmate: William M Hicks     D.O.B.: 8/10/63     Sex: Male

I.D. # BS95-14533               Cell #: 12-2-H-1

Problem: (in your own words)

IvE Been on the List many DAys ago, Like a month, I was asked to Wait till a Week Later due to Feeling BAD Well it turned into a month Now, Need to have work done,

THANK YOU,

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: Peter Smith          Date: 11/21/96   Time: 2040
                              (Name)

Disposition: _____ S/C

**FOR STAFF USE ONLY**

S: _____

O: Refused dental, Refusal signed and placed in file

A: _____

P: _____

E: _____

Date: 11/22/96  Time: 9 50 am

JACQUELYN D. FARRAR
Dental Assistant - NBDC
Health Service Signature

**EMSA CORRECTIONAL CARE**



## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 11-20-96    Facility/Institution: N.B.D.C

Name of Inmate: William m Hicks   D.O.B.: 9/10/63   Sex: MALE

I.D. #: BS95-14533    Cell #: 12-2-H-1

Problem: (in your own words)

I need to renew pain medication that Im told runs out today 11-20. I need to Have like yesterday to maintain a perspective on all this pain caused By Doctor DAUES M.D

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Person Triaging: Peter Smith   Date: 11/28/96   Time: 2640

(Name)

Disposition: ___ 9C

**FOR STAFF USE ONLY**

S: Complaint resolved

O: Meds Renewed 11/21/96 by PA O'connor

A: Resolved request

P: Continue meds as ordered

E: Seek medical assistance as needed

Date: 11/25/96   Time: 10Am   Calista Chukwu   CALISTA CHUKWU, RN NBDC

Health Service Signature

White — Medical Department     Yellow — Other     Pink — Inmate

CMSA *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N.B.B_

Name: _Hicks, William_          ID# _PB 96 4268_

D.O.B. _8·30·64_

I, _William Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ✓ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

Reason For Refusal _X Don't trust medical staff per past D.E_

Potential Consequences Explained _Possible delay in treatment requested from dental,_

    I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

    I have read this form and certify that I understand its contents.

_Deg R Gross K 4803_
Witness Signature

_W Farrar_          _X willie m Hicks_
JACQUELYN D. FARRAR          Patient Signature
Dental Assistant - NBDC
Witness Signature

_11·22-96_          _9 50 am_
Date          Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

 **CORRECTIONAL CARE**

8/1/95

## INMATE MEDICAL REQUEST FORM

⊘ DENTAL ☐ MEDICAL ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _12-11-96_    Facility/Institution: _NBDC_

Name of Inmate: _William m Hicks_    D.O.B.: _9/10/63_    Sex: _male_

I.D. #: _BS95-14533_    Cell #: _12-1-H-3_

Problem: (in your own words)

_SEE Dentist for pain in Right Bottom_
_tooth-_
_need to pull it please._

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Person Triaging: _D Richardson_    Date: _12/11/96_    Time: _10²⁰/a_
(Name)

Disposition: _____

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: _____

O: _____

DEC 13 1996
JACQUELYN D. FARRAR
Dental Assistant-NBDC

A: _Seen by Dental_

P: _____

E: _____

Date: _12-20-96_ Time: _2:00pm_

JACQUELYN D. FARRAR
Dental Assistant-NBDC

Health Service Signature

610

*Dental*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*Doctor Pearson DDS.*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: *12-11-96*                    Inmate's Name: *William Hicks*
(Alias, if used)

Arrest #: *BS95-14533*          Location: *12-1-H-3*     DOB: *9-10-63*

To: *Doctor Pearson DDS*

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☑ |

Nature of Request: _____

*Doctor Pearson SIR, I need to speak to*
*you. SIR PER Mental unit and others.*

*THANK you SIR For your time*

*William Hicks*                              *12-11-96*
Inmate's Signature                        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*Seen by dental*

DEC 18

JACQUELYN D. FARRAR
Dental Assistant, NBDC

JACQUELYN D. FARRAR
Dental Assistant, NBDC

Completed By: *12-20-96*          CCN _____     Date: *12-20-96*     Time: *2:00 PM*

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                                        511

Joan Bauersmith

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

MEDICAL   NBDC          A.S.A.P.          RECEIVED

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

TO BE COMPLETED BY INMATE

Date of Request: _12-16-96_          Inmate's Name: _William m Hicks_
                                                    (Alias, if used)

Arrest #: _DS95-14533_          Location: _12-1-H-3_   DOB: _97063_

To: _Nurse Joan Bauersmith_     NiBiDC

Program Specialist    ☐          Mailroom         ☐          Commissary    ☐
Classification        ☐          Food Service     ☐          Other         ☐

Nature of Request: _"Please Take Seriously" PER Serious PAIN_
_MAm, I William m Hicks am having serious_
_Pain that in Ten months now should be gone_
_but gets Worse, As I fought Nicely per medical_
_Ive Been physically, mentally, Emotionally hurt._
_I need some pain medication otherthan I Have "No working_
_William m Hicks_                    _12-16-96_      THAnks
Inmate's Signature                   Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

JOAN BAUERSMITH, RN, HN, NBDC

_Pt. is receiving pain meds._
_Motrin, midrin prn Flexeril._

DELLA RICHARDSON, LPN
Completed By: _____  NBDC  ____ CCN ____  Date: _12/17/96_  Time: _1152pm_

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information                    ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

DR
MArtin
Z

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 12-16-96                    Inmate's Name: William m Hicks
                                             (Alias, if used)

Arrest #: BS95-14533          Location: 12-H-1-3     DOB: 9/10/63

To: Sych Doctor MArtin    NBD.C

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other |

Nature of Request: _____

SIR, you Stated that I could go

to meetings,


please respond SIR,


William m Hicks                              12-16-96
Inmate's Signature                           Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

JOAN BAUERSMITH, RN, HN, NBDC

Referral to mental Health

Completed By: _____ DELLA RICHARDSON, LPN ____ CCN     Date: 12/17/96     Time: 1150 Pm
                      NBDC

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                              613



# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** _12·20·96_

**INMATE NAME:** _Hicks, W. Uiam_

**ARREST #:** _BS 95 14533_

**D.O.B.:** _9·10·63_          **LOC:** _12 '43_

**Please check the box for the ordered diet:**

☐   CLEAR LIQUIDS

☐   FULL LIQUIDS

☐   2400 CALORIE ADA (with evening snack)

☐   2800 CALORIE ADA (with evening snack)

☐   REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐   PREGNANCY DIET

☐   ALLERGY TO:_____(Please be specific)

☑ _Soft Tray - soup, cottage cheeze, applesauce etc_
☑ _Snack_   _← foods easily chewed - pt has difficulty chewing_

**Physician/Dentist/Psychiatrist/PA:** _____   _← See Barbara Evans_
DR. GLENN PEARSON
DENTIST

✓    THIS DIET ORDER IS PERMANENT          RENEW EVERY 30 DAYS

☐   THIS DIET IS TEMPORARY        ☐   FOR A PERIOD OF _____ DAYS

☐   RETURN TO REGULAR DIET

White - Medical          Yellow - Kitchen          614

*MEDICAL*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _12-21-96_    Inmate's Name: _William m Hicks_
                                              (Alias, if used)

Arrest #: _BS95-14533_    Location: _12-1-H-3_    DOB: _9-10-63_

To: _MEDICAL,_

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☒ |

Nature of Request: _miss B Ellans and Doctor pearson had_
_ordered soft Diet and Snack Bag "Juice; milk; snack_
_3 x day._
_Well I Have not gotten it yet._
_Had nurse check it out, she said she couldn't_
_Find out any thing about it." I got one question_
_William m Hicks_                    _12-21-96_
Inmate's Signature                   Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Order has been sent to Kitchen. If_
_note receiving diet ordered, it could be due to_
_misunderstanding with Kitchen._

Completed By: _Della Richardson, LPN_    CCN ____    Date: _12/24/96_    Time: _6pm_
               DELLA RICHARDSON, LPN
               MRDC

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information        ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                    615

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☑ MEDICAL     ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _12-25-96_     Facility/Institution: _NBDC_

Name of Inmate: _William M Hicks_     D.O.B.: _97063_     Sex: _M_

I.D. #: _BS85-74533_     Cell #: _12-1-H3_

Problem: (in your own words)
_Need to speak to Doctor Hecke per mediation as he avoids I, you cant avoid, you still can Be involved in my case against EMSA per Lack of medical_

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: _EAM Chinfer LV, LPN_     Date: _12/25/96_     Time: _n 30_
ELMAC KENZIE, LPN
NBDC

Disposition: _81C_

**FOR STAFF USE ONLY**

S: _As stated above_

O: _Pt. states " Barbara Evans told me I would be seeing Dr. Heck, to go over my x-ray,"_

A: _Alt in comfort._

P: _Refer to Joan Bauersmith_

E: _referal will be made to head nurse,_

Date: _12/26/96_ Time: _715pm_ _Della Richardson_

Health Service Signature

DELLA RICHARDSON, LPN
NBDC

# EMSA CORRECTIONAL CARE



RECEIVED DEC 28 1996

## INMATE MEDICAL REQUEST FORM

(✓) DENTAL      ☐ MEDICAL      ☐ MENTAL HEALTH

**(Please check one of the above)**

---

**PRINT ONLY**                    **PRINT ONLY**                    **PRINT ONLY**

Date: _12-28-96_          Facility/Institution: _N B D C_

Name of Inmate: _William M Hicks_   D.O.B.: _9-10-63_   Sex: _M_

I.D. # _B595-14533_          Cell #: _12-1-H-3_

Problem: (in your own words)

_I need to speak to you ASAP PER Medical Problem, To Doctor Pearson Please IF on monday 12-30-96 ASAP      ASAP      ASAP_

### DO NOT WRITE BELOW THIS LINE

CALISTA CHUKWU, RN
NBDC

### STAFF SECTION

Person Triaging: _Calista Chukwu RN_   Date: _12/28/96_ Time: _12²⁰ Pm_
(Name)

Disposition: _S/C_

---

**FOR STAFF USE ONLY**

S: _____

_____

_____

O: _____

_____

A: _____

_____

P: _See by Dr. Pearson_

DR. GLENN PEARSON
DENTIST

E: _____

Date: _12/31/96_ Time: _1:00 PM_          Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01                                              617

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

DEC 31

4570

## TO BE COMPLETED BY INMATE

William M Hicks                BS95-14533    12-1-H-3    U.B.D.C    12-25
Inmate's Name                 Arrest#        Cell        Facility     Date

### PART A - INMATE'S GRIEVANCE

THIS is on EMSA - I Hear and read that EMSA a great company, IF true
why do I have such problems EVER since IVE Been in jail IVE Been treated
poorly- I have pain meds never re-ordered, or see proper Doctors, or speak to
proper people, I met Barbra EVANS, she said I'll recieve proper meds &
soft food & get well I don't get right medication nor Do I get Diet treys, I cough
Fa a week now Fa Food give up & so Im in so much pain, I get all lies, I want the
truth, now I ask For Docta Heade. -Hu iguere's request.

William Hicks                                              12-25-96
Inmate's Signature                                        Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr. Hicks, you are getting materia. It was
ordered on 12/5/96 and ordered for
30 days.

Reviewing Deputy's Signature/CCN                          Date

JOAN BAUER-SMITH, RN, HN, NBDC
Joan Bauer-Smith RN                                       1/6/97
Supervisor's Signature/CCN                                Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                                        Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature                                      Date
BSO DJ#51 (Revised 4/93)                                  618

（handwritten top left）

*O Nurse S/U*
*Joan BAUerSmith*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: *1-2-97*                    Inmate's Name: *William M Hicks*
                                                            (Alias, if used)

Arrest #: *BS95-14533*            Location: *12-1-H-3*    DOB: *5-10-63*

To: *MEDICAL " JOAN BAUersmith*

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☒ |

Nature of Request: *To JOAN BAUersmith "MAM Last try"*
*MAM - I Request to speak to you per*
*my Food order, IF we can speak for 3 minutes*
*my Life, your Life would be easier,*
*MAM IUe Fought Since 5-7-96 here at NBIDC*
*ad Been to Lockdown all the way to the end. Thanks DHUM+*
*William M Hicks                         1-2-97    ATD.*

Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

*Seen by Dr Hus 1/7/97 >*

*See Chief Nile*

Completed By: _____ CCN _____ Date _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA CORRECTIONAL CARE**

RECEIVED JAN 11 97

## INMATE MEDICAL REQUEST FORM

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 1-3-97     Facility/Institution: NBDC

Name of Inmate: William m Hicks   D.O.B: 9-10-63   Sex: m

I.D. #: BS95-14533     Cell #: 12-1-H-3 #1

Problem: (in your own words)

My glands are still swollen and hard time swallowing.

Also I Have a Hard time Breathing per my siNuses. Also my stomache hurts and Burns Badly

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: Peter Smith (Name) Refer to Charge Nurse     Date: 1/3/97   Time: 2205

Disposition: Refer to charge nurse

**FOR STAFF USE ONLY**

S: c/o Sinusitis & swollen glands. Nose congested mostly at night when lying down

O: Glands not swollen, tonsils normal vital signs stable. chest clear bilaterally Slightly congested nostrils

A: Alteration in comfort 2° mild sinusitis

P: Actifed ī po Bid x 5 days

E: Increase fluid intake. Medical access as needed

Date: 1/2/97   Time: 130 pm   Calista Chukwu   CALISTA CHUKWU, RN NBDC

Health Service Signature

White — Medical Department     Yellow — Other     Pink — Inmate

520

70-01

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

52

## TO BE COMPLETED BY INMATE

Lillian m Hicks                    BS95-145731?-143        J.R.D.C        1-6-97
Inmate's Name                      Arrest#        Cell    Facility       Date

### PART A - INMATE'S GRIEVANCE

PER B.S.O.

Purpose is to state oure against bad I Hicks is
in hands of B.S.O and I have not recived proper medical
For over Elleven months. B.S.O caused problems and the
EMSA Both conspire to hide truth that is natice able
to a Jack Ass. Istate I need medical? BSO is provider so act

Lillian m Hicks                                          1-6-97
Inmate's Signature                    Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr Hicks, you need to inform me
about your specific problem

Reviewing Deputy's Signature/CCN                         Date

Joan Boussaate RN                                        1/8/97
Supervisor's Signature/CCN                               Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                              Date Signed
**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                            Date
BSO DJ#51 (Revised 4/93)                                 621


**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 1-6-97    Facility/Institution: N B D C

Name of Inmate: William M Hicks    D.O.B.: 9-10-67    Sex: M

I.D. #: BS95-14533    Cell #: 12-1-H-3

Problem: (in your own words)

please allow me to see Doctor Heack m.D.
per my records "my review" I Have Had xrays
Just taken ⁿᵗ Pluss medication ₹ Pluss my
Food Service

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Person Triaging: D. Hercules, RN    Date: 1/6/97    Time: 1-30 pm
(Name)

Disposition: S/C    DOREEN HERCULES, RN
NBB

**FOR STAFF USE ONLY**

S: _____

O: Seen by Dr. Hurd 1/9/97
    Sch Clinp Dr. Va.

A: _____

P: _____

E: _____

Date: _____ Time: _____

Health Service Signature

CL 1480-01    622

BROWARD SHERIFF'S OFFICE
DEPARTMENT CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

William M Hicks _____ BS95-14533  12-1-43  WBDC  1-6-97
Inmate's Name                      Arrest#   Cell  Facility  Date

### PART A – INMATE'S GRIEVANCE

PER DR Haeck oF W.B.D.C . ⅍ Hicks

on Oct-24, 1996 miss Susan W. McCampbell oF D.O.C.R States

in a Letter to I tHat DR Haeck is making arrangements For another

independent review oF medical SARE . IS SUSAN W.M." is tHat tHe

tHe truH or is DR Haeck quashing tHe truH to cover up For all His

staFF oHum? IVE Placed many request a no response ; action will Be taken

For IVE Been Emotionally od physically hurt!

_____William M Hicks_____      _1-6-97__
Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

Seen on 1/10/97
Explained to Mr. Hicks Status oF
Consultant and Surgeon report

_____/_____    _1/10/97_
Reviewing Deputy's Signature/CCN          Date

_____    _____
Supervisor's Signature/CCN                   Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____    _____
Inmate's Signature                           Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____

_____    _____    623
Director's Signature         Date
BSO DT#51 (Revised 4/93)

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _1-7-97_    Facility/Institution: _N B D C_

Name of Inmate: _William m Hicks_    D.O.B.: _9/10/63_    Sex: _m_

I.D. # _BS 95-14533_    Cell #: _12-1-H-3_

Problem: (in your own words)

_I would Like my moltren to Be reviewed_
_Please   ASAP_
_"Like yesterday"_

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: _Susan L Harrison RN_    Date: _1/7/97_    Time: _7:10p_
(Name)

Disposition: _refer to S/C_    SUSAN L. HARRISON, RN

**FOR STAFF USE ONLY**

S: 

O: ~~took~~ chart to PA O'Conner

A: med enewal

P: new order written

E: 

Date: _1/7/97_ Time: _8:55p_    _Susan L Harrison RN_
Health Service Signature

624

To B. EVANS

MEDical

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

**TO BE COMPLETED BY INMATE**

Date of Request: 1-8-97          Inmate's Name: William M Hicks
                                                (Alias, if used)

Arrest #: BS95:14533          Location: 12-1-14-J     DOB: 9/10/63

To: MEDICAL - B. EVANS

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other |

Nature of Request: THIS IS TO SAY THANKS FOR tHe heIP
and tHe proFessimal of all tHree oF tHe Nurses
① Nurse CALISTA chukwu
② Nurse on 3-11 shiFt tHats on 1-7-97
③ Nurse tHat took OVER For Nurse CALISTA chukwu per
her vacation. THAnks to tHem all - tHat's out oF "17 mon tHS"
William m Hicks                        1-8-97
Inmate's Signature                     Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Mr Hicks thanks for informing this office
that after 17 mths you are satisfied with
the care you receive from the nursing
staff.

Completed By: Sadie Nelson  CCN     Date: 1/9/97    Time: 4pm

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

625

# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** 1/9/97

**INMATE NAME:** Hicks, William

**ARREST #:** BS95-14533

**D.O.B.:** 9.10.63          **LOC:** 12'H 3

**Please check the box for the ordered diet:**

☐ CLEAR LIQUIDS

☐ FULL LIQUIDS

☐ 2400 CALORIE ADA (with evening snack)

☐ 2800 CALORIE ADA (with evening snack)

☐ REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐ PREGNANCY DIET

☐ ALLERGY TO:_____(Please be specific)

☑ Other 3000 cal diet w/ snacks including milk

**Physician/Dentist/Psychiatrist/PA:** _____ DR. GLENN PEARSON
DENTIST

Please see Barbara Evans if problem w/ diet.

☑ **THIS DIET ORDER IS PERMANENT          RENEW EVERY 30 DAYS**

☐ **THIS DIET IS TEMPORARY          ☐ FOR A PERIOD OF _____DAYS**

☐ **RETURN TO REGULAR DIET**

626

White - Medical          Yellow - Kitchen

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _NBDC_

Name: _Hicker william_          ID# _BS9514533_

D.O.B. _9-10-63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | A. | Refused medication. _mahi 600g_ | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

Reason For Refusal _____ _upset stomach_ _____

Potential Consequences Explained _____ _pain_ _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Calesta Chukwu_
Witness Signature          CALISTA CHUKWU, RN
                           NBDC
_CALISTA CHUKWU RN_
Witness Signature          _William M Hicks_
                           Patient Signature    _545 pm_
_1-10-97  545p_
Date                       Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

_626_

CC 013

If you haven't asked the A j unit deputy to solve this p (c em, do so before completing this request.

---

### TO BE COMPLETED BY INMATE

Date of Request: _1-14-97_    Inmate's Name: _William M Hicks_
(Alias, if used)

Arrest #: _BS95-14533_    Location: _124-14-3_  DOB: _8/10/63_

To: _MEDICAL - MISS Nelson    MEDICAL_

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    Other ☒

Nature of Request: _____

_MAM I Hicks wish to speak to Doctor at_

_night Do to problems I'm having._

_I only Seek medical that is Suppose_

_to Be given Freely, THANKS, A.SAP please_

_in Dad desire to speak, tHanks_

_William M Hicks_    _1-14-97_
Inmate's Signature    Date Signed

---

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

---

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_Duplicate_

_Della Richardson_    _1/19/97_
DELLA RICHARDSON, LPN
NBDC

Completed By: _____ CCN _____ Date: _____ Time: _____

---

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

628

DATE OF ORDER: _____1 - 1 6 - 9 7_____

INMATE NAME: _____Hicks, Wm_____

ARREST #: _____B S 9 6_____

D.O.B.: _____9 - 0 - 6 3_____ LOC: _____12 / 1 4 3_____

Please check the box for the ordered diet:

☐    CLEAR LIQUIDS

☐    FULL LIQUIDS

☐    2400 CALORIE ADA (with evening snack)

☐    2800 CALORIE ADA (with evening snack)

☒    REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐    PREGNANCY DIET

☐    ALLERGY TO:_____(Please be specific)


Physician/Dentist/Psychiatrist/PA:_____


☐    THIS DIET ORDER IS PERMANENT        RENEW EVERY 30 DAYS
_____

☐    THIS DIET IS TEMPORARY        ☐    FOR A PERIOD OF _____DAYS

629

# EMSA CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 1-16-97   Facility/Institution: N B D C

Name of Inmate: William M Hicks   D.O.B.: 9/10/63   Sex: M

I.D. #: BSE5-14553   Cell #: 12-1-H-3

**Problem:** (in your own words)

I don't Feel well, very Bad head aches, "sweating" pulse
Beating head aches" "nuseas" dizzyness" mixed up stomache"
chills, "As I touch the right SIDE Face 4 Temple area I Feel all
the pain that's being caused, But I get worse" not Better,

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: Calista Chukwu RN   Date: 1/16/97   Time: 1 15 pm

(Name)

Disposition: S/C

**FOR STAFF USE ONLY**

S:

O:

A:   *Duplicate*

P:

E:

Date: 1/20/97   Time: 3 pm   _____   D. Richardson LPN

Health Service Signature   NBDC 630

CALISTA CHUKWU RN
NBDC

White — Medical Department   Yellow — Other   Pink — Inmate

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

JAN 18

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 1-16-97          Facility/Institution: N B D C

Name of Inmate: William M Hicks    D.O.B.: 9/10/63    Sex: M

I.D. #: BS85-14553          Cell #: 12-1-A-3

Problem: (in your own words)

I don't feel well, very Bad headaches, "sweating" pulse Beating headaches "nuseas" dizzyness" mixed up stomache" chills, "A.S I touch the right SIDE Face" Temple ova I feel all the pain that's being caused, But I get worse" not Better,

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: Calista Chukwu RN (Name)    Date: 1/16/97    Time: 1⁵ pm

Disposition: S/C

**FOR STAFF USE ONLY**

S: as stated above

O: T. 98⁸ P 84 R 18 B/p 134/82. Pt. has numerous c/o HA, dizziness, nausea etc. Alert. Appears un-labored? Color appear normal. No dizziness noted.

A: R/O HA. Alt. in comfort.

P: Refer to clinic.

E: Rest, If symptoms worsen return.

Date: 1/19/97    Time: 8P    Della Richardson L...

Health Service Signature    DELLA RICHARDSON, LPN NBDC

CALISTA CHUKWU, RN NBDC

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01

631

# EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE : 1-21-97

MEMORANDUM TO : Classification

FROM : Sadie Nolson

INMATE NAME : William Hicks

ARREST NUMBER : BS4514533

DATE OF BIRTH :

PRESENT LOCATION : 12'H³

TRANSFER TO :

GENERAL POPULATION _____

SHELTER CARE _____

MENTAL HEALTH 12'H#3 (LIST UNIT)

INFIRMARY _____

COMMUNICABLE DISEASE _____

REASON FOR REQUEST: Reloc because of D/R to Psych L/U
Return to original cell if available after
D/R is finished    Sadie Nelson

NOTE: ORIGINAL TO CLASSIFICATION
COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

632

# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** _1/21/97_

**INMATE NAME:** _Hicks, William_

**ARREST #:** _BS98 14533_

**D.O.B.:** _9/10/63_    **LOC:** _12' H³_

**Please check the box for the ordered diet:**

☐    CLEAR LIQUIDS

☐    FULL LIQUIDS

☐    2400 CALORIE ADA (with evening snack)

☒    2800 CALORIE ADA (with evening snack)

☐    REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐    PREGNANCY DIET

☐    ALLERGY TO:_____(Please be specific)

**Physician/Dentist/Psychiatrist/PA:** _O'Connor_

☐    THIS DIET ORDER IS PERMANENT    RENEW EVERY 30 DAYS

☐    THIS DIET IS TEMPORARY    FOR A PERIOD OF _____ DAYS

☐    RETURN TO REGULAR DIET

White - Medical          Yellow - Kitchen

S33

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

*Rcvd 1-8 cpe*

## TO BE COMPLETED BY INMATE

William M Hicks                     BS95-14553   12-14-12   NBDC        1-26-97
Inmate's Name                       Arrest#      Cell       Facility    Date

### PART A - INMATE'S GRIEVANCE

RE: BSO & D.O.C. Impudent and improper use of Badge "not Lic" "for medical"
theory to protect not serve medication nor tell inmates about the method
I fought for a year to get on 1-25-97 nurse didn't give right meds, I asked
for right ones, Stacker, Black meds "Five gran pin" says no you'll never get it
and they don't due it that way, nurse will, I asked nurse not Deputy, well they
Both would not insure I got proper medical BSO & medical Dept mix"
William M Hicks                     that told by Lt recisley, the they don't do it that then   IIA's
                                                                                              1-26-97
Inmate's Signature                                          Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

This problem is resolved. Mr. Hicks you suggested, you
will write your memos concerning BSO to Unit Manager
Cnod Boleman.

Reviewing Deputy's Signature/CCN                            Date

Leslie Nelson                                              1/29/97
Supervisor's Signature/CCN                                  Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
_____, wish to appeal the response.

_____                    _____
Inmate's Signature                                          Date Signed
**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

634

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM



If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _2-1-97_  Inmate's Name: _William w Hicks_
(Alias, if used)

Arrest #: _BS95-1453J_  Location: _12-2-42_  DOB: _9/16/63_

To: _Mental health " harely SIR_

Program Specialist  ☐  Mailroom  ☐  Commissary  ☐
Classification  ☐  Food Service  ☐  Other  ☐

Nature of Request: _____

_Speak to Mr Harely oF Mental health_

_THats in 12-2-42 Lock Down_

_ASAP SIR -_

Inmate's Signature _William m Hicks_        Date Signed _2-1-97_

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

_____

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

635

BSO DJ#24 (Rev. 4/93)

# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** _2/7/97_

**INMATE NAME:** _Hicks William_

**ARREST #:** _BS9514533_

**D.O.B.:** _9-10-63_     **LOC:** _7B2_

Please check the box for the ordered diet:

☐ CLEAR LIQUIDS

☐ FULL LIQUIDS

☐ 2400 CALORIE ADA (with evening snack)

☑ 2800 CALORIE ADA (with evening snack)

☐ REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐ PREGNANCY DIET

☐ ALLERGY TO:_____(Please be specific)

**Physician/Dentist/Psychiatrist/PA:** _O'Conner / _____

☑ THIS DIET ORDER IS PERMANENT     RENEW EVERY 30 DAYS

☐ THIS DIET IS TEMPORARY    ☐ FOR A PERIOD OF _____DAYS

☐ RETURN TO REGULAR DIET

White - Medical        Yellow - Kitchen

636

CC054

TODD
Schwartz

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

Received by: Carrie Sanchez
Administrative Secretary - MJB
Date:

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 2-9-97          Inmate's Name: William m Hicks
                                                    (Alias, if used)

Arrest #: BS9574537          Location: 7-B-2          DOB: 9/10/63

To: MEDICAL TODD SchwArtz

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☑ |

Nature of Request: SIR, I Hicks request to Be placed
BACK on my 2800 Diet along with snack Bag.
I've received up till 2-7-97 at N.B.D.C.
I Have orders For it. Please do it on monday It
Helped me, stomache and head. P.S. Plus need to SEE
M.D on/for PER Proper Pein meds This is urgent
William m Hicks                    2-9-97

Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Diet ordered today

Completed By: _____ HA CCN          Date: 2/10/97          Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

837

*MEDICAL* 2

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*ASAP*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 2-11-97

Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: BS95-14533       Location: 7-B-2       DOB: 9/10/63

To: MEDICAL       "Regarding Diet tray"

| | | | | |
|---|---|---|---|---|
| Program Specialist ▢ | Mailroom ▢ | Commissary ▢ | | |
| Classification ▢ | Food Service ▢ | Other ▢ | | |

Nature of Request: I Have Been told on 2-10-97 at 5:45pm they ordered Diet tray on 2-7-97 - Took Four Days 1/2 to get to me, on 2-11-97 at 12:00 AM I received Diet tray 2800 calorie with no Snack Bag- I got Shake- I'll tell you what- I Fought For a year For the Snack Bag and I wat Bag For medical reasons. "You Have pissed me off once again!" How many time 100 I Have to Fight For proper medical "I want Reg 2800 Diet with Snack Bag with Snacks - milk - Juice - I'm tired - I don't even like Shake - pudding - So sick - I Have Broken Bones & Stomache problem - I want now

Inmate's Signature: William M Hicks       Date Signed: 2-11-97

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Diet re-faxed to Trinity Food Service (Kitchen) 2/7/97

Completed By: (signature) CCN JERRENE R. BRANTLEY, RN HEAD NURSE, MJB       Date: 2/7/97       Time:

All requests will be handled by the responding deputy in one of the following ways:

▢ Written Information       ▢ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

638

SO DJ#24 (Rev. 4/93)

*To Todd Schwartz*

## BROWARD SHERIFF'S OFFICE
### DEPARTMENT OF CORRECTIONS AND REHABILITATION
### INMATE'S REQUEST FORM

*Director of Medical.*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: 2-12-97     Inmate's Name: William m Hicks
                                                     (Alias, if used)

Arrest #: BS95-14537     Location: 7-B-2     DOB: 7/10/62

To: MEDICAL   " Director Todd Schwartz "

| | | | |
|---|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ | |
| Classification ☐ | Food Service ☐ | Other ☑ | |

Nature of Request: SIR I go to you because IVE all ready Been around the world, I try to make it easy for all question (1) I don't recieve proper Food Service - I need BAs with milk + Juice + snack 3x A day not when they Bring which is one # out of Five Days. please allow two things - proper Food Service (2) I need To SEE m.D Doctor, I can't handle stress or pain any more, tried THanks SEE

William m Hicks       2-12-97
Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Done.

Completed By: _____     CCN _____     Date: 2-14-97     Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information         ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

639

BSO DJ#24 (Rev. 4/93)

# EMSA CORRECTIONAL CARE

_Broward County Jail_
Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William Hicks_ ID#: _859514533_ D.O.B. _9-10-63_

Date(s) of Treatment: From _8-7-95 / 11-27-96_ To _Present_

Type of Information Requested: _Radiology Films — CT Scan_

Reason for Information: _To have Dr Elliot review all films_

Authorized Person(s) Company: _Pompano Beach Medical Center and EMSA_

I hereby authorize the Medical Record Department at _Pompano Beach Medical Center_ to release, to the above named, the information specified in this request. I understand that once the requested information has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care, and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William M Hicks_
Patient Signature

_2-17-97_    _12:00 pm_
Date and Time

_(Witness Signature)_
Witness Signature

_2-17-97_    _12:00 pm_
Date and Time

Por este medio autorizo al Departamento de Historia Clinica de _____
a ceder a la entidad mencionada arriba la infomracion especificada en esta forma. Etiendo que una vez que dicha informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran responsables por la informacion cedida. Adema's yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____
Firma de Paciente

_____
Fecha and Hora

_____
Firma del Testigo

_____
Fecha and Hora

:250

640

# CORRECTIONAL CARE

Broward County c
Institution

## AUTHORIZATION FOR THE RELEASE OF MEDICAL RECORDS

Name: _William Hicks_     ID#: _BS9514533_    D.O.B. _9-10-63_

Date(s) of Treatment: From _8-7-95 / 11-27-96_  To _Present_

Type of Information Requested: _Radiology Films — CT Scan_

Reason for Information: _To have Dr Elliot review all films_

Authorized Person(s) Company: _Pompano Beach Medical Center and EMSA_

I hereby authorize the Medical Record Department at _Pompano Beach Medical Center_
to release, to the above named, the information specified in this request. I understand that once the requested information
has been released the Department of Correction, EMSA Correctional Care, and its employees can no longer be held
accountable for the released information. I further hereby release the Department of Correction, EMSA Correctional Care,
and its employees of all responsibilities and liability that may arise in compliance with this authorization.

This authorization expires sixty (60) days from the date on which it is signed.

_William M Hicks_
Patient Signature

_[signature]_
Witness Signature

_2-17-97_  _12:00 pm_
Date and Time

_2-17-97_  _12:00 pm_
Date and Time

Por este medio autorizo al Departamento de Historia Clinica  de _____
a ceder a la entidad mencionada arriba la infomracion especificada en esta forma. Etiendo que una vez que dicha
informacion haya sido obtenida, el Departamento de Correccion, EMSA Correctional Care, y sus empleasdos no seran
responsables por la informacion cedida. Adema's yo exonero al Departamento de Correcion, a EMSA Correctional Care, y a
sus empleados, de toda responsabilidad u obligacion que pudiera presentarse a consecuencia de esta autorizacion.

Esta authorizatio caducaro a los sesenta (60) dias de la fecha en que fue firmada.

_____
Firma de Paciente

_____
Firma del Testigo

_____
Fecha and Hora

_____
Fecha and Hora

64

:250

BROWARD SHERIFF'S OFFICE
INMATE'S DIRECTOR OF MEDICAL
MATE'S REQUEST FORM

*Urgent*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 2-20-97     Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: B SF5-14533     Location: 7-B-2     DOB: 9/10/63

To: TODD Schwartz     Director OF MEDICAL

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | (Other) | ☐ |

Nature of Request:     A.S.A.P.

SIR would you review all my medication
For pain as I found out it's to En D
on 2-22-97. DAte to DAy is 2-20-97
review all t-twad/midrui/darvoset that
you A.S.A.P.

William M Hicks                     2-20-97
Inmate's Signature                  Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Completed By: _____  CCN ____  Date: _____  Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

642

iven't asked the housing unit de_ -y    solve this problem de problem
est

## TO BE COMPLETED BY INMATE

Request: _2-28-97_                    Inmate's Name: _William m Hicks_
                                      (Alias, if used)

#: _BS95-14533_            Location: _2-A-2-#8_    DOB: _9/10/63_

medical" ASAP Director or Head nurse

☐ gram Specialist          ☐ Mailroom           Commissary
☐ ssification                Food Service ☐        Other ☐

e of Request: _Had medical clearance For two pillows & two mattresses_
_esen note Had Since 2-7-96 per medical caused By EMSA & Joil._
_'ese rewrite or Find clearance Per Joil Just happend to Loose._
_So need to good pillows if PER serious medical problems to Heal_
_-ck-Back a Please don't allow to Htake Long a I Have_
_roblems, in couple days-or week - month HS - THaks P.S. IF Fail a_
_William m Hicks._     (Call mr TODD Schulte dr.
                          2-28-9
mate's Signature                          Date Signed

HEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO HE INMATE REQUEST
OX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_ieal pass renewed for (1)_
_pillow_

_J.R. BRAN_ ... Date: _3/1/97_    Time:

e handled by the responding deputy in one of the following ways:

☐ ...formation           ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

643

UNIT MANAGER
OF 7-A

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

A.S.A.P. ATTN:    "NO Sgt"

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 3-1-97    Inmate's Name: William m Hicks
                                          (Alias, if used)

Arrest #: BS95-14573    Location: 7-A-2-8    DOB: 9/18-63

To: unit MANAGER OF 7-A

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☑ |

Nature of Request: RE problems need medical and B.S.O & D.O.C problems. SIR

        I Request twice For Your prompt
ATTN in this matter thanks.

William m Hicks                3-1-97
Inmate's Signature            Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

------------------------------------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

2 mattress
2 pillows
Talk with Psych regarding adverse effects

Completed By:_____ CCN_____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information        ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

ESO DJ#24 (Rev. 4/93)

644

Case 0:06-cv-06087-WPD   Document 7   Entered on FLSD Docket 01/13/2006   Page 619 of 772

received

3-4-[58]
H.S.A.F 536   6A

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

| William M Hicks | BSSS-14583 | 7-A-2 #8 | M-Jail | 3-2-97 |
|---|---|---|---|---|
| Inmate's Name | Arrest# | Cell | Facility | Date |

### PART A - INMATE'S GRIEVANCE

PER All Sgt's   I've Asked For sgt, Foxl, medical, get ne the al-grimin

As of 2-28-97 I'VE had nothing But problems with my

medical and Diettray Food Service: EVERY DAY my I'VE tryed

to speek to sgt's and asked Deputys to insure my Diet tray and

medical call sqs m-sure-sure "will will Deed my Dic-tray

stilgners to 7-B-Dait that not to tamper Food & medical you act - Hcran

                                                    To Lace my Lund chat So
William M Hicks                                      3-2-97  Non-dicction
_____                             _____
Inmate's Signature                                  Date Signed
                                                              Hw

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

You are on a 2800 calorie with a snack bag at night det. I

spoke with food service and they will ensure that you receive

it.

Todd Schwartz HSA                                   3-4-97
_____                             _____
Reviewing Deputy's Signature/CCN                    Date

_____                             _____
Supervisor's Signature/CCN                          Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____                             _____
Inmate's Signature                                  Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____
_____

_____                             _____
Director's Signature                                Date        545
BSO DJ#51 (Revised 4/93)

**EMSA** CORRECTIONAL CARE

## PROGRESS NOTES

BS55

| Date/Time | Inmate Name: Hicks  W. | ID # 14533 | D.O.B. 9/10/63 |
|-----------|------------------------|------------|-----------------|
| 3·7·57 | EG | | |
| 9:10 a | Asked to see pt due to "multiple complaints". when pt saw me through the glass pt indicated he did not want to see me. | | |

_Signature_
DR. MEL LIMIA
STAFF PSYCHIATRIST
MAIN JAIL

CL 1480-03 (2/95)

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _Main jail_

Name: _Hicks Williams_                    ID# _BS95 14533_

D.O.B. _9/10/63_

I, _Williams Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | |
|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ H. | Other (Please specify) |

Reason For Refusal  _Refused to Come to Door for meds or Signature_
_& Room States Wrong Dosage_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_J Dan___enell Davis, LPN_
Witness Signature    _Main Jail_

_Dona O. 3ffito 6858_
Witness Signature

_3/7/97_
Date

_Ref. to Sign._
Patient Signature

_8:25 A_
Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

547

CC 013

received

712 RS

6/6                    6A

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM                    revised 3-8-97

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks    Arrest#: BS0514533    Cell: 7-A-2    Facility: M-JAIL    Date: 3-7-97

### PART A - INMATE'S STATEMENT

RE: TODD Schwartz "Known of coditions From Start of Lies"
"you SIR Have stated certain things to Be done" I sart only
medical which is a right" Not A Luxury as it appears For over
15 months" you have allow jailed BSSA to violate my 8th amendment ed all
others, You are aware of Laws But still Lie, cover up, ed to cause more pain,
I can't get proper Billing shers therapy Sy medication ed to see results of Lab
work For over 15 months, I've Been kept out of Light not dark Like I could Be.
William M Hick

Inmate's Signature _____    Date Signed: 3-7-97

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

On 3/7/97, Dr Weber re-ordered Flexeril for 30 days
and DaRVOCET for 4 days

TODD SCHWARTZ, HSA
Main Jail

Reviewing Deputy's Signature/CCN _____    Date: 3/12/97

Supervisor's Signature/CCN _____    Date _____

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____    Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____    Date _____

648

received
3-12-97

DEPARTME   O   CORRECTIONS AND REHAB   T. ION
INMATE GRIEVANCE FORM

RECEIVE
MAR 11 1997

## TO BE COMPLETED BY INMATE

William M Hicks _____ BSO 1455  7A-2⁸  M-Jail  3-9-97
Inmate's Name                    Arrest#  Cell  Facility  Date

### PART A - INMATE'S GRIEVANCE

RE: "I SEEk prper Doctors Fast, prper copies of all xrays all Files"
    I SEEk to meet with professional Doctors and not of
the staff who Lied," I cant handle pain any may, 15 months
Fighting all I will Due to I have not got Irate nor mad as
Hell "also God is with I", I want to see medical xray all all Files
From 2-5-96 till now. Im tired - Im found incompetent to stand trial
that means You BSO and LMSO dug it, that Nails my case Shut -
                William M Hicks                        3-9-97
Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Thank you for this information -

_____                3/12/97
Reviewing Deputy's Signature/CCN                Date

_____                _____
Supervisor's Signature/CCN                      Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____                _____
Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

### DIRECTOR'S RESPONSE TO APPEAL

_____                _____
Director's Signature                            Date
BSO DT#51 (Revised 4/93)

649

received
3B 642 R-8

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

MAR 13 1997

## TO BE COMPLETED BY INMATE

William M Hicks                    BS954533  7-A2⁸  m-jail  3-10-97

Inmate's Name _____   Arrest# ___ Cell ___ Facility ___ Date

### PART A - INMATE'S GRIEVANCE

RE: "medical nurse on 7-3pm shift"

at noon I sat in my Room and kept the door open Doing
paper work; at 2.35pm the light came on for shift change so I
wonder where is nurse so I walk to Door and I saw her Leaving
Floor, I spoke through door asking If I might ask pain meds, she was
in a rush to Leave, and caseworker Zega stood there also, "I Did'nt get
my proper medical Service I seem to fight for.

William M Hicks                              3-10-97

Inmate's Signature _____      Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

I will talk with the Head Nurse to have this
addressed. If you do not hear the nurse or come when
they call you, they should be trying to see where you are.

Isabel Schwartz HSA                          3-13-97

Reviewing Deputy's Signature/CCN             Date

_____             _____
Supervisor's Signature/CCN                   Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____             _____
Inmate's Signature                           Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature _____   Date _____

BSO DJ#51 (Revised 4/93)                     650

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _Mainjail_

Name: _Hicks, William_    ID# _BS951453?_

D.O.B. _9/10/63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.    Refused medication.                    ____ E.    Refused X-Ray services.

____ B.    Refused dental care.                    ____ F.    Refused other diagnostic tests

____ C.    Refused an outside medical appointment.    ____ G.    Refused physical examination.

____ D.    Refused laboratory services.             ____ H.    Other (Please specify)

_Refused Zoloft._

Reason For Refusal _____

_States Wrong meds problems with lorin_

Potential Consequences Explained _____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_J. Davis_    _Jenell Davis,_
_Main Jail_

Witness Signature

_____    X _William M Hicks_

Witness Signature    Patient Signature

_3-17-97_    _8 n._

Date    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

65

*To Dress*
*of*
*B.S.O* 24 HRS DEP.
*only*

BROWARD SHERIFF'S OFFICE
N OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*my Last honest*
*TAKE action now "Last Chance" try*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 3-17-97                    Inmate's Name: William M Hicks
                                                      (Alias, if used)

Arrest #: BS95-14533              Location: 7-A-2-8        DOB: 9/10/45

To: Brass only - get it  *BRASS only*

| | | | | |
|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary ☐ |
| Classification | ☐ | Food Service | ☐ | Other ☑ |

Nature of Request: I suffer from trauma caused By incompetance of FN.R. Dr. & R.S.O. EMSA
protect me and provide adequet medical." I can show deliberat indifference which violates
8th amendment prohibiting cruel and unusual punishment which several months delay to treat
serious head injury does constitute deliberat indifference : 2-5-96 till now I sought
1P - received Pure Bullshit' you treat me like I'm a Low Life and distroyed. you have 24 hours
provide medical, demand tmmmed all way; I Let Ball an new Se Im warning you as and Says
to treat the devil with respect - instead of 15 months of pain and suffering - THANKS. TAKE not
        William M Hicks                                3-17-97    not a Joke.
Inmate's Signature                                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD. "Please TAKE Seriously" "15 months Later now"
--------------------------------------------------------------------
                          DO NOT WRITE BELOW THIS LINE:
              7                ACTION TAKEN/RESPONSE

You were evaluated & Recieved prescription for your Discomfort
on 2-17-97. You have failed on several occasions to respond
to the Nurses med call in the Morning. We have Requested
a full Review of your X-rays & CT Scan By Dr EROH. We
are still waiting his Response

Completed By: [signature]  KEVIN JEFFERSON RN ARSA      Date: 3-19-97        Time: 3:20 PM
                              CCN

All requests will be handled by the responding deputy in one of the following ways:

☑  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

652

*MEDICAL*

*Brass only*

*Last Chance*

*24 HRS only*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*TAke action Now "Last chance"*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE *HAD 15mm+HS*

Date of Request: *3-17-97*          Inmate's Name: *William m Hicks*
                                                      (Alias, if used)

Arrest #: *BS95-14533*          Location: *7-A-2 x*     DOB: *9/10/63*

To: *To Brass OF EMSA only - not TODD Schwartz.*

Program Specialist    ☐      Mailroom        ☐   =  Commissary    ☐
Classification        ☐      Food Service    ☐      Other         ☒

Nature of Request: *I suffer from trauma caused By incompetence of W.B.D.C & T.S.O & EMSA to protect me and provide adequate medical." I can show deliberate indifference which violates the 8th amendment Prohibiting cruel and unusual punishment which Sumal pun+HS 15mm+HS delay to treat a serious head injury does constitute deliberate indifference? 2-5-96 till now I fought for medical which I should have gotten? you treat I shit: you have 24hrs to coming proper medical. The+Ball go over" Intend" you have new, you have 24 hrs thats all and I give Last chance to you - wke are subpose to be professional? not Liers*

_William m Hicks_          _3-17-97_
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-------------------------------------------------------------------
                    DO NOT WRITE BELOW THIS LINE:
                       ACTION TAKEN/RESPONSE

*You were evaluated on 2-17-97, all X-RAY & CT Reports were requested to be reviewed by Dr Elliot, We will Contact Dr Elliot for his Response.*

Completed By: _____  *Kevin L Jefferson RN #54*          Date: *3-19-97*     Time: *3:20p*
                              CCN

All requests will be handled by the responding deputy in one of the following ways:

☒  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

653

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _Mainjail_

Name: _Hicks, William_          ID# _BS95/4533_

D.O.B. _9-10-63_

I, _William Nicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.    Refused medication.                    ____ E.    Refused X-Ray services.

____ B.    Refused dental care.                    ____ F.    Refused other diagnostic tests.

____ C.    Refused an outside medical appointment.    ____ G.    Refused physical examination.

____ D.    Refused laboratory services.              ____ H.    Other (Please specify)

Reason For Refusal _Refused to Come to Door for Meds or Signature_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Jenell Davis, LPN_
_____        _Main jail_
Witness Signature

_By C. Montgomery 5264_        _Ref. to Sign_
_____        _____
Witness Signature              Patient Signature

_3-20-97_                      _8 Am_
_____        _____
Date                           Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

654

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

MAR 20 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 3-19-97          Inmate's Name: William m Hicks
                                              (Alias, if used)

Arrest #: BS95-14533          Location: 7-A-2 ⁸   DOB: 9/10/63

To: MEDICAL Director "TODD Schwartz"

Program Specialist ☐          Mailroom ☐          Commissary ☐
Classification ☐              Food Service ☐      Other ☐

Nature of Request:

SIR, Hicks request to speak once more as I did a long while ago.

Thanks For you sincere honest work.

William m Hicks                              3-19-97
Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

----------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

OK. - done 3/21/97

Completed By: _____  CCN _____  Date: 3/21/97  Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

SO DJ#24 (Rev. 4/93)                                        655

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

JAN 7 1997

## TO BE COMPLETED BY INMATE

Inmate's Name: _William M Hicks_    Arrest#: _BS55-14533_   Cell: _12-1-H3_   Facility: _W.B.D.C._

### PART A - INMATE'S GRIEVANCE

PER DR Harck OF W.B.D.C. to Hicks

on Oct 24, 1996 miss Susan W. McCampbell OF D.O.C.R States
in a Letter to I that DR Harck is making arrangements For another
independent review of medical care: IS SUSAN W. M." is that the
the truth or is DR Harck quashing the truth to cover up for all his
staff "Hum: I'VE Placed Many request's in response: action will Be taken
For I'VE Been Emotionally and physically hurt

Inmate's Signature: _William M Hicks_    Date Signed: _1-6-97_

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

RECEIVED

M. Hicks, Dr. Harck did private
have an MD review your medical
Thyroid condition

Reviewing Deputy's Signature/CCN _____  Date _____

Supervisor's Signature/CCN _____  Date _3/27/97_

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____  Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____

Director's Signature _____  Date _____
BSO DJ#51 (Revised 4/93)

656

*Lit or Higher*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*Don't Forward unless EMSA Does" Inforce this*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

*COPY*

Date of Request: **3-27-97**      Inmate's Name: **William m Hicks**
(Alias, if used)

Arrest #: **BS95-74533**      Location: **7A-2**      DOB: **9/10/6**

To: **B.S.O** *Lit or Higher* "PER Court order" ordered By Judge Cohn on 3-27-97

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☑ |

Nature of Request: PER my not GETTing my medical as I reside here
In B.S.O hands "Legally your my provider" INForce a force,"
TO SIRS or MA-AMS RE court order done By Judge Cohn For
I to recieve proper medical help; IVE DONE All I can, now
the courts ARE coming into; IVE placed a medical request on 3-14-97
and still no reply - Family - Lawyers - I tried "some nuthing" Act now thanks
William m Hicks

_____      **3-27-97**
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Seen 3/29/97 Dr. Smith

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information        ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                            657

BROWARD SHERIFF'S OFFICE
DEPARTMENT C CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

*received
3-28-00*

*of Emgr.*
*B.S.O. to Answer*

*as of reason Follows*

## TO BE COMPLETED BY INMATE

William N. Hicks

| Inmate's Name | Arrest# | Cell | Facility | Date |
|---|---|---|---|---|
| | BS95-1450 | 7-A2 | M-Jail | 3-27-97 |

### PART A - INMATE'S GRIEVANCE

RE: TODD Schwartz "Director" of Emsa; on 2-13-97 I was sent a letter from W.R.B.C. on courts ad since then I Have Been my kill By TODD. SAID he'll handle all prollems and has done nothing 'safe kids' on all time BSO sends to Emsa to fill out "Same Same Lies since 2-5-96" Same E ___ Lies "R SO to follow upon I'll appeal to appeal ask tell all Shwartz's now I have a court order RE L.IP. BSO to inforce my rights to help I commit# later" Cover ups. TODD Schwartz is not to handle my medical any

William N. Hicks                                    3-27-97

| Inmate's Signature | Date Signed |
|---|---|

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

*may need press to handled down SEE @@ my Medical Per court orders*

Mr Hicks I have not recieved a court order in regards to your Medical Care but I will have you brought down and evaluated by the Physicisn Assistant.

[signature]                                    3-28-97

| Reviewing Deputy's Signature/CCN | Date |
|---|---|

KEVIN JORGENSON RN BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

| Supervisor's Signature/CCN | Date |
|---|---|

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

| Inmate's Signature | Date Signed |
|---|---|

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

| Director's Signature | Date |
|---|---|

DJ#51 (Revised 4/93)

658

BROWARD SHERIFF'S OFFICE
DEPART.   CORRECTIONS AND REH   ...TION
INMATE GRIEVANCE FORM

**received**
3-28-87

## TO BE COMPLETED BY INMATE

William M Hicks            BS95-14533   2-1-2   m-Jail   3-27-97
Inmate's Name                    Arrest#      Cell   Facility   Date

### PART A - INMATE'S GRIEVANCE

RE: nurse taylor on 3-14-97 she signed For a medical request
and now 15 days later no medical HELP or pain medication? I've
Asked all stoFF For days to help, "say go to the nurse who signed it"
SO I DID "a week later she Blews past me tonight saying all the
Same Lies I've heard and she's got a Bounder Behind me as
I only Sak help," Have court order now as of 3-27-97 Reply please

William M Hicks                                 3-27-97
Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

You are Correct you were refered to the clinic
I will have you brought Down & Evaluated

_____                     3-28-97
Reviewing Deputy's Signature/CCN              Date

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

_____                     _____
Supervisor's Signature/CCN                    Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____                     _____
Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____

_____                     _____
Director's Signature                          Date         659
BSO DJ#51 (Revised 4/93)

PETITION #2
8
EmSA

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

received
3-28-96

## TO BE COMPLETED BY INMATE

William M Hicks     BSGS-14533   7-A-2   M-Jail   3-27-97

Inmate's Name _____ Arrest# _____ Cell _ Facility _ Date

### PART A - INMATE'S GRIEVANCE

RE: Nurse taylor on 3-11pm shift. Since 1995 I've had problems
with nurse taylor following the staff rules as one of these "to
take medical request by inmates as I was told PER other nurses
and TODD Schwartz; I seem to be in court all day and I worked
so hard in "should take them on all three shifts" she does'nt like the
xtra work; regarding serious medical as she not others but not mine
now I call that a violation of my rights to adequate medical help and due

_____William M Hicks_____              _____3-27-97_____
Inmate's Signature                     Date Signed   po-ss.

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

I have addressed this with Ms Taylor
and I am having you brought Down to
be Evaluated

Reviewing Deputy's Signature     KEVIN JORGENSON, RN, BSN          Date
                                 ASST. HEALTH SERVICE ADMINISTRATOR
                                 MAIN JAIL BUREAU
                                                                   3-28-97
Supervisor's Signature/CCN                                         Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____              _____
Inmate's Signature                     Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature _____ Date _____ 660
BSO DJ#51 (Revised 4/93)

**EMSA CORRECTIONAL CARE**

## REFUSAL OF TREATMENT FORM

Institution: _Maryard_

Name: _Hicks, William_          ID# _BS4514533_

D.O.B. _9-10-63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.    Refused medication.                    ____ E.    Refused X-Ray services.

____ B.    Refused dental care.                    ____ F.    Refused other diagnostic tests

____ C.    Refused an outside medical appointment.  ____ G.    Refused physical examination.

____ D.    Refused laboratory services.            ____ H.    Other (Please specify)

_____

Reason For Refusal _Ref. Zoloft. 100mg_

_____

Potential Consequences Explained _"Stats Wrong Dosage!"_

_____

    I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

    I have read this form and certify that I understand its contents.

_Jen Davis, LPN_
_Main Jail_
Witness Signature

Witness Signature                               Patient Signature _Ref. to Sign_

Date _3-31-97_                                  Time _8:10 A_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

661

CC 013

VOLUNTEER LAWYERS' PROJECT
FOR THE SOUTHERN DISTRICT OF FLORIDA
................................................

2870 FIRST UNION FINANCIAL CENTER
200 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-2310
TELEPHONE (305) 373-4334
FACSIMILE (305) 358-0910

May 7, 1997

Medical Records Supervisor
Broward County Jail
P.O. Box 9356
Ft. Lauderdale, Florida 33301

    RE: William M. Hicks

Dear Medical Records Supervisor:

    This represents a request for copies of the medical records for the above-named jail inmate. Enclosed please find a copy of the inmate's medical release form. **Please provide all pertinent records with regard to an incident that occurred on February 9, 1996 resulting in injuries to patient. All followup diagnosis and treatment as a result of this incident should be included, INCLUSIVE of the use of any and all outside medical facilities/practitioners.** This request is made pursuant to Section 766.204 of the Florida Statutes, which in relevant part provides that:

    (1) Copies of any medical record relevant to any litigation of a medical negligence claim or defense shall be provided to a claimant or a defendant, or to the attorney thereof, at a reasonable charge **within 10 business days** of a request for copies. It shall not be grounds to refuse copies of such medical records that they are not yet completed or that a medical bill is owing.

    (2) Failure to provide copies of such medical records, or failure to make the charge for copies a reasonable charge, shall constitute evidence of failure of that party to comply with good faith discovery requirements and shall waive the requirement of written medical corroboration by the requesting party.

Thank you for your anticipated cooperation.

    Sincerely yours,

David Weintraub, Director

................................................
An independent agency in service to the United States District Court
for the Southern District of Florida

662

BROWARD SHERIFF'S OFFIC.
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

RECEIVED
APR - 1 1997

## TO BE COMPLETED BY INMATE

Inmate's Name: _William M. Hicks_   Arrest#: BSO514573 2-P-2    Cell: _____   Facility: M-J   Date: 3-25-97

### PART A - INMATE'S GRIEVANCE

RE: BSO grievance wrote on 3-17-97 had put on request "couldn't get grievance" Please note that if it states B.S.O it doesn't mean post the Buck to a next guys you've done. I still to receive medical that you as by Fact a S.T residents here are to provide proper medical which you've harbored a Fugitive "EMSA" cover up, Lied for a clear trial that will mean staff of D.O.C & BSO you allowed a Kevin L.J RN to lie the scar slit as they cut Rock yours to see, I just am to know that I have given many proper times do you BSO to prove your not corrupt, But you; ARE and Can prove it with Federal government.

Inmate's Signature: _William M. Hicks_     Date Signed: 3-25-97 Thanks for your Success 2-1P MA

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

No Specific Complaint to Answer

Reviewing Deputy's Signature/CCN: _Kevin Jorgenson AHSA_     Date: 5-16-97

Supervisor's Signature/CCN: _____     Date: _____

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature: _____     Date Signed: _____

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature: _____     Date: _____

BSO D.T.#51 (Revised 4/92)

PERTINENT PRE-RELEASE CONTACTS

Date: _7-22-97_                          Time: _____

Person Contacted: _Kitty Grossman_

Telephone Number: _904-358-1960_

Information Given: _medical & behavioral information_

_____

_____

Response: _____

_____

Person Making Contact: _SB Comerford RNS_

Title: _RNS_                    Phone Number: _663-7201_

RELEASE INFORMATION

Date of Release: _7/22/97_                Time: _0945_

Type of Release:  LOA, Discharge, Transfer (Please circle appropriate choice.)

Released (with)  (without) Medications.  (Circle appropriately.)

Signature of Ward Staff Releasing Resident: _Seche_

Signature of FSH Security Officer Receiving Resident/Medication:

_____

Signature of Deputy Sheriff or Other Non-FSH Employee Receiving Resident/Medication: _____

NOTE TO TRANSPORTING OFFICER:  PLEASE SEE THAT THIS FORM IS BROUGHT TO THE ATTENTION OF MEDICAL/PSYCHIATRIC PERSONNEL AT YOUR FACILITY.

| | |
|---|---|
| Instruction:  Ward personnel or designee complete in duplicate.  Copy to transporting officer and original to Medical Records.<br><br>To be filed in Section 2 | ADDRESSOGRAPH:<br><br>_Hicks, William_<br>_111617_<br>_4-23 D_ |

FLORIDA STATE HOSPITAL    FOLLOW-UP CARE  PAGE 2
FSH Form 466, Apr 92,  OPR: HFOMCII

**EMSA** CORRECTIONAL CARE                    INITIAL MEDICAL SCREENING

ARE YOU ILL?   ☐ YES  ☒ NO    ARE YOU INJURED?   ☐ YES  ☒ NO   DATE BOOKED: 7/22/97 ID#: 859717076

NAME Hicks William                AKA# _____   PREVIOUS COMMITMENTS: 4/97

RACE W   SEX M   DOB 9/19/63   SS# 324661500   SCREENING DATE 7/22/97   TIME 2100

VITAL SIGNS: 138/86   TEMP 98.6   R 18   P 64   WGHT: 226

DO YOU HAVE MEDICAL INSURANCE?  ☐ YES  ☒ NO    INSURANCE COMPANY _____

| VISUAL OBSERVATION    Circle Y or N (Explain all "Yes" answers) | YES | NO |
|---|---|---|
| ALLERGIES: _____ | | |
| 1. Is inmate unconscious or showing visible signs of illness, injury, bleeding, pain or other symptoms suggesting the need for immediate emergency medical referral? If Yes, | Y | Ⓝ |
| 2. Are there obvious signs of fever, jaundice, skin lesions, rash, or infection? Needle marks? Body vermin? Trauma markings, bruises? If Yes, | Y | Ⓝ |
| 3. Does the inmate's behavior/appearance suggest the risk of suicide or assault? If Yes, | Y | Ⓝ |
| 4. Does the inmate exhibit any signs of abnormal behavior? (e.g. tremors, sweating) If Yes, | Y | Ⓝ |
| 5. Does the inmate appear to be under the influence of, or withdrawing from drugs or alcohol? If Yes, | Y | Ⓝ |
| 6. Is the inmate's mobility restricted in any way due to deformity, cast, injury, etc.? If Yes, | Y | Ⓝ |
| 7. Does the inmate have a persistent cough or appear to be lethargic? If Yes, | Y | Ⓝ |
| INMATE QUESTIONNAIRE    Circle Y or N (Explain all "YES" answers) | | |
| 74 HA HA | | |
| 8. Are you taking medication for (circle as appropriate) asthma, diabetes, heart condition, high blood pressure, mental health problems, ulcers, arthritis, or other condition? If Yes, what medication? Daypocet / Midrin / Elavil Last Dose taken today | Ⓨ | N |
| 9. When were you last seen by a physician or at a clinic for a medical dental or mental health condition? | | |
| 10. Are you allergic to any medications, foods, plants, etc.? If Yes, | 22 HR | Ⓝ |
| 11. Have you fainted or had a head injury within the last 72 hours? If Yes, | Y | Ⓝ |
| 12. Do you have or have you been exposed to AIDS, hepatitis, TB, VD or other communicable diseases? Have you experienced lethargy, weakness, weight loss, loss of appetite, fever, night sweats, persistent cough or hemoptysis? If Yes, | Y | Ⓝ |
| 13. Have you been hospitalized by a physician or psychiatrist within the last year? If Yes, Retd from BSH / 4/97 - 7/97 | Ⓨ | N |
| 14. Have you ever considered or attempted suicide? If Yes, | Y | Ⓝ |
| 15. Do you have a painful dental condition? If Yes, | Y | Ⓝ |
| 16. Are you on a specific diet prescribed by a physician? If Yes, | Y | Ⓝ |
| 17. Do you use drugs and or alcohol? What kind? _____ How often? _____ How much? _____ If Yes, include types, methods, date/time of last use and problems associated with | Y | Ⓝ |
| 18. Females: Last menstrual period _____. Are you pregnant, on birth control pills, recently delivered or aborted? Having abdominal pain or discharge? | Y | N |

PLACEMENT RECOMMENDATION (Check One):

☐ General Population   ☐ Infirmary   ☐ Isolation   ☐ Emergency Room   ☐ Observation   ☐ Sick Call

REMARKS: Buffer: Retd 4
0.4u: Nc HA   Chin Pop Unit

KRISTINE BRUNO, LPN 7/22/97
MAIN JAIL
Health Staff Signature/Name Stamp/Date

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for professional services to be provided to me by and through EMSA Correctional Care.

William Hicks
Inmates Signature                Date

665

...A CORRECTIONAL CA...

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE                    :    7/22/97

MEMORANDUM TO           :    Classification

FROM                    :    Medical

INMATE NAME             :    Hicks William

ARREST NUMBER           :    BS9717076

DATE OF BIRTH           :    9/19/63

PRESENT LOCATION        :    Booking

TRANSFER TO             :    GENERAL POPULATION    _____

                             SHELTER CARE          _____

                             MENTAL HEALTH         ___X___    (LIST UNIT)
                                                              D2 H4
                             INFIRMARY             _____  ASAP

                             COMMUNICABLE DISEASE  _____

REASON FOR REQUEST:

_____ Per Dr. Lin _____   KRISTINE BRUNO, LPN
                          MAIN JAIL
                          7/22/97
                          0135

NOTE:        ORIGINAL TO CLASSIFICATION
             COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

**EMSA** CORRECTIONAL CARE

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: BMJ

Inmate I.D. # BS9717076

Inmate Name: Hicks William   D.O.B.: 9/19/63

Date of Last H & P: 8/1/97   Date of Last PPD: 8/1/97   Results: NA

Allergies: NKA

Current Health Problems: Retd from FSH/Chatahoochee
N/ HA per Pt

Current Medication (Name, Dosage, Frequency, Duration:) None At present

Physical Disabilities/Limitation: None

Assistive Devices/Prosthetics: None

Glasses: None   Contacts: None

Follow-up care needed: Nef due 8/1/97 Gire Psych 4u: Cl 4u
N/ HA

Signature _____ KRISTINE BRUNO, LPN   Date 7/22/97
MAIN JAIL

## TRANSFER RECEPTION SCREENING

Facility: NBB   T 98 P 72 R 18 B/P 130/80

S: Current Complaint: Hx Psych

Current Medications/Treatment: None

O: Physical Appearance/Behavior: AO x 3. Skin W + D to touch
appearance clean
Psych

Disposition: (✓) General Population   ( ) Infirmary   Referral: ( ) Medical   ( ) Dental   (✓) Mental Health

When: ( ) Immediately   ( ) Sick Call   ( ) Other _____

Signature Jlevy RN JENNIFER LEVY RN   Date 7-22-97

667



**EMSA** *CORRECTIONAL CARE*



REC'D APRIL 15, 2002

## INMATE MEDICAL REQUEST FORM

☐ DENTAL     ☑ MEDICAL     ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-23-07     Facility/Institution: NBDC

Name of Inmate: William Dick     D.O.B.: 9-12-63     Sex: M

I.D. #: R557-? WF 8595-9553     Cell #: 12-1-4-4

Problem: (in your own words)

*[handwritten, illegible]*

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: Celista Chukwu RN     Date: 7/23/5     Time: 1250 pm
(Name)                                        S/C

Disposition: _____

### FOR STAFF USE ONLY

S: As above

O: No obvious distress PERLA Ambulates well, MAE. Neck supple. 98⁶ 122/80 72 18

A: Medication seeking R/T drug abuse Hx.

P: Pt refuses tylenol — Does not want to see Dr. Davis but "will if

E: no other choice"

Date: 7/25/07   Time: 1045   *[signature]*     BARBARA ROSENBLUM, RN NBB

Health Service Signature

White — Medical Department     Yellow — Other     Pink — Inmate

CL 1480-01

668

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-23-97                Facility/Institution: N.B.D.O.

Name of Inmate: William Hicks        D.O.B.: 9-10-63    Sex: male

I.D. #: BS97-                Cell #: 12-1-H-4

Problem: (in your own words)

need to speak to Doctor in Regards to medical and medical issues. "ASAP."

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: Dr. Davidson (Name)    Date: 7/23/97    Time: 8⁵⁵ P/m

Disposition: S/C

DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: see other S/C

E: _____

Date: 7/25/97    Time: 1045

BARBARA ROSENBLUM, RN
NBB

Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

569

**EMSA CORRECTIONAL CARE**

## MENTAL HEALTH QUESTIONNAIRE

NAME: William M Hicks      D.O.B.: 9/10/63 I.D. NUMBER: 8592-17076

| QUESTIONS | YES | NO | COMMENTS |
|---|---|---|---|
| 1. Have you ever been hospitalized for an emotional or nervous problem? If yes, what hospital? _____ When? _____ | ✓ | | Today |
| 2. Have you ever received counseling or outpatient treatment for the above? If yes, When? _____ When? _____ | ✓ | | not since 1995 |
| 3. Are you taking any medication for the above? If yes, what medication are you taking? How often? ___ Who prescribed it? ___ How long have you been taking it? ___ | ✓ | | suppose to |
| 4. Do you use any of the following? Beer? Wine? Liquor? — How Much? / How Often? / How Long? | | | N/A |
| 5. Have you ever been treated for alcohol abuse? If yes, how may times? Several When? Dont know Where? Fair Oaks How long was treatment? 3 mo | ✓ | | |
| 6. Have you ever used illegal drugs? If yes, when? What illegal drugs have you used in the last 12 months? None When did you start using these drugs? 13 years old | ✓ | | |
| 7. Have you ever been treated for drug abuse? If yes, how may times? Several When? ___ Where? ___ How long was treatment? ___ | ✓ | | |
| 8. Have you ever tried to commit suicide? If yes, how may times? Several When? Dont remember Where? Street Were you hospitalized? yes Where? Dont remember | ✓ | | |
| 9. Have you ever thought about killing yourself? If yes, when was the last time? longtimes Do you think of it often? ___ sometimes? ___ seldom? ago | ✓ | | I'm not going to be honest to you but I'm not suicidel |
| 10. What grade did you complete in school? 11th Where you in any special education classes? If yes, what classes? ___ Are you able to read and write English? | | | |
| 11. Have you ever been convicted of a violent crime? If yes, when? ___ Where? ___ For what crime were you convicted? ___ What was your sentence? ___ | | ✓ | |
| 12. Have you ever been convicted of a sexual offense? If yes, when? ___ Where? ___ For what crime were you convicted? ___ What was your sentence? ___ | | ✓ | |
| 13. So people consider you a violent person? ___ | | | |
| 14. Do you have concerns about your current emotional state as a result of being arrested and placed in jail? | ✓ | | "Because I'm being Abused medically physically + emotionally" |
| 15. Do you have a history of being the victim of criminal violence? | | ✓ | |

Physician Signature: _B. Rosenblum_    BARBARA ROSENBLUM, RN NBB    DATE: 7/25/97

## MENTAL HEALTH QUESTIONNAIRE

# EMSA CORRECTIONAL CARE

## HEALTH EVALUATION

CHARGES: _Broward_
BOND:

| Date: 7-25-97 | I.D. #: BS97-17076 | Date Booked: 7-22-97 | County: B.S. |

## ADMISSION DATA

Last Name: Hicks   First: William   Middle: M
Alias:

Address:
City: N/A   St.:   Zip:

Birthplace: ILL
D.O.B. 9-19-63
Phone:
Religion: Catholic

SS#: 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
Marital Status: (S) M D W Sep
Read/Write English? (Yes) No   Other:

Previous Incarcerations (Date & Facility)
1995-97   NBB

Health Insurance? Y (N)  Carrier:   State:
Policy Number:

NOTIFY IN EMERGENCY: Name: Donna Johnson   Relationship: mom   Address:   Phone: 954-771-9477

## MEDICAL DATA

Family Physician:   Address:   Phone:

Previous Hospitalizations/Surgeries/Major Illness/Current Illness:   What? Where? _NBDC_   See H & P ☐
None

Medications: ☐ None — PAIN NONE
Special Diet (Prescribed): 1800 cal

Allergies: NKA ☐   None
Tetanus/Immunizations: (Y) N   Dates: Chattahoochee 1997

BOTH SIDE

**ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN, AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.**

## CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert   (✓) Oriented; time, place, person   ( ) Suspected
( ) Lethargic   ( ) Stuporous   ( ) Comatose
Describe:

3) Substance Abuse: (✓) Yes (✗) No
( ) Current Intoxication/Abuse ( ) Use   ( ) Withdrawal Symptoms
( ) Drugs   (✓) Alcohol
Describe: What kind? Amount/Frequency?
Last Use: (Time/Date): 1995   cocaine/QD   Marij — "not much"

2) General Appearance: (✓) Norm   ( ) Abn.
Describe:

4a) Behavior/Conduct: (✓) Calm   ( ) Cooperative   ( ) Non-Violent
( ) Agitated   ( ) Uncooperative   ( ) Violent
( ) Manipulative   ( ) Disorganized
Describe:

4b) Affect/Mood: (✓) Normal   ( ) Manic   ( ) Depressed
( ) Euphoria   ( ) Flat   ( ) Confused   ( ) Delusion
( ) Emotional Instability   ( ) Hallucinations   ( ) Hearing Voices
Describe:

5a) Is Patient at High Risk for Suicide? ( ) Yes   (✓) No
b) Does Pt. Describe Suicidal Thoughts or Ideations? ( ) Yes   (✓) No

c) Is there evidence of Self Mutilation   ( ) Yes   (✓) No
d) High Risk Pt. may become Assaultive towards Staff? ( ) Yes   (✓) No

*If ANY of the above in #5 are circled, staff MUST describe here. Include previous history and dates:*

6a) Communication Difficulties   ( ) Yes   (✓) No
b) Memory Defects   ( ) Yes   (✓) No

c) Hearing Impairement   (✓) Yes   ( ) No   (R) Ear Tinnitus
d) Speech Difficulties   ( ) Yes   (✓) No

7) Physical Aids: (✓) None   ( ) Glasses   ( ) Contacts   ( ) Hearing Aid   ( ) Dentures   ( ) Cane   ( ) Crutches
( ) Walker   ( ) Wheelchair   ( ) Braces   ( ) Artificial Limb   ( ) Other

8) A/Comments, Complaints, Symptoms:   None
S)
O)
A)
P)

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for professional services to be provided to me by and through EMSA Correctional Care.

Inmate's Signature   Date

CC032   871   7/94

F.M.H.S. - CORRECTIONAL CAR
R   SIC MENTAL HEALTH SER   E

# INITIAL PSYCHIATRIC EVALUATION

DATE: JUL 25 1997      /      /      TIME: 2 pm

IDENTIFYING DATA: _____ pt ≈ 33 yo. W/M _____

CHARGES: _____ murder & others _____

CHIEF COMPLAINT: _____ "OK" _____

REASON FOR REFERRAL: Coming from ESH.

HX OF THE PRESENT ILLNESS: Pt was sent to ESH
& stay ~ 2-3 mo.
took antianx & antidep There
but is not on any ∅ Meds
as of this Time.
Presently: Stable
See tx from ESH

CURRENT PSYCHOTROPICS: _____ ∅ _____

ALCOHOL/DRUG HX: _____ Hx ∅ _____

SUBSTANCE _____

AGE STARTED _____

ROUTE _____

AMOUNT _____

PAST MEDICAL HX: _____ Go S. du. A.T.O _____

ILNESSES _____

HOSPITALIZATION _____

SURGERIES _____ ∅ _____

HEAD INJURIES _____

ALLERGIES: _____ NKDA _____

CURRENT NON-PSYCHOTROPIC MEDICATION(S) _____

NAME Hicks, William  R W  S M  DOB 9-19-63  A# BP97 17006

CL 1480-25

673

INITIAL PSYCHIATRIC EVALUATION                                                          PAGE 3

REMOTE MEMORY:            GOOD/FAIR/POOR _____

CONCENTRATION:            GOOD/FAIR/POOR _____

ABILITY TO THINK ABSTRACTLY:      GOOD/FAIR/POOR _____
   WITH SIMILARITIES AND DIFFERENCES  WITH PROVERBS _____

HALLLUCINATIONS:          ADMITS/DENIES/ACTIVELY  HALLUCINATING
                          CONTENT—AUD/VIS/TACT/OLFAC/GUSTATORY _____

DELUSIONS:                PRESENT/ABSENT
                          NATURE/CONTENT _____

SPEECH:                   COHERENT/LOOSE/TANGENTIAL/CIRCUMSTANTIAL/LOUD/SOFT/
                          MONOTONOUS/SLOW/RAPID/PRESSURED _____

MOOD:                     EUTHYMIC/DEPRESSED/SAD/IRRITABLE/ANXIOUS/ANGRY/HOSTILE/LABILE/
                          CHEERFUL/HAPPY/EUPHORIC _____

AFFECT:                   APPROPRIATE/INAPPROPRIATE/BROAD/CONSTRICTED/FLAT _____

SLEEP:                    INCREASED/DECREASED _____

APPETITE:                 INCREASED/DECREASED _____

SUICIDE:                  IDEATION (YES/NO) INTENTION (YES/NO) _____
                          PLAN (YES/NO)  DESCRIBE _____

HOMOCIDE:                 IDEATION (YES/NO) INTENTION (YES/NO) _____
                          PLAN (YES/NO)  DESCRIBE _____

INSIGHT:                  POOR/FAIR/GOOD/INTACT _____

JUDGEMENT:                POOR/FAIR/GOOD/INTACT _____

ABILITY TO GIVE CONSENT FOR TREATMENT:
                          INTACT/FAIR/POOR _____
DIAGNOSIS:
AXIS I        _____ Dep _____

AXIS II       _____ Personality d. (?)O _____
              _____

AXIS III      _____ Ø _____

PLAN:         _____ LABS:      CBC, SMAC24, U/A, THYROID PROFILE WITH TSH, EKG URINE DRUG SCREEN, BLOOD
                                LEVELS _____

              _____ REFERRAL TO MEDICAL: _____

              _____ PATIENT EDUCATION: _____

              _____ INTERVENTIONS:     Discussed   G. P. ? _____

              A:          INDIVIDUAL THEREPY _____

              B:          GROUP THERAPY _____

              C:          MEDICATION:

_____          (TARGET SYMPTOM) _____

_____          (TARGET SYMPTOM) _____

_____          (TARGET SYMPTOM) _____

                                                    DR. MEL LIMIA
                                                    STAFF PSYCHIATRIST
                                                    MAIN JAIL
                                              _____ M.D.

NAME ____Hicks____ R __W__ S __M__ DOB 9-19-6?  #  35 99 (?)?6



**EMSA** *CORRECTIONAL CARE*

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: _FSP_
(Agency)

_____
(Address)

From: _____
(Institution)

_____
(Address)

( ) _____
(Telephone)

Inmate's Name: _Hicks, William_

a/k/a: _____

D.O.B.: _9-10-63_  ID# _BS977076_

**Person Completing Form**

Print Name: _Jal Borutla_

Signature: _Borutla_

Date: _06/8/98_

| MEDICAL PROBLEM(S) | TREATMENTS/MEDICATIONS |
|---|---|
| Hx Psych | Midrin ī tabs PO TID x 90 Days<br>Tylenol ī tabs PO TID x 90 Days<br>Maalox 30cc PO TID PRN x 30 Days<br>Lithium 300mg PO TID x 30 Days<br>Elavil 225mg PO QHS x 30 Days |

**Allergies:** NKA

**TB Skin Test:** Result _0mm_  Date _7/2/97_
**CXR:** Result _____  Date _____

**Pregnant:**   Yes   (No)   Unknown

| Test | | Treated | Date |
|---|---|---|---|
| RPR: | Result____ | Yes No | _____ |
| VDRL: | Result____ | Yes No | _____ |
| GC: | Result____ | Yes No | _____ |
| Other: | ____ | Yes No | _____ |

**Other Lab Data:**

CC 010                                                                    7/94

576

**EMSA** CORRECTIONAL CARE



## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-28-97

Facility/Institution: NBDC

Name of Inmate: William M Hicks

D.O.B.: 9-10-63   Sex: M

I.D. # OID BS95-14533 New Arrest BS97-17026   Cell #: 12-1-H-4

**Problem:** (in your own words)

I request to Have order For tylenol 3x DAY till I SEE DR DAVIS M.D. I Have to Be adremain competent to stand trial so I ask For small steps to insure I maintain a level healthy person "I Have a lot of pain"

### DO NOT WRITE BELOW THIS LINE

## STAFF SECTION

Person Triaging: D Richardson   (Name)   Date: 7/28/97   Time: 4pm

Disposition:

DELLA RICHARDSON, LPN
NBDC

## FOR STAFF USE ONLY

S: as stated above

O: Pt. C/o pain in head & ~~shoulder~~ jaw. No swelling noted.

A: R/O Pain in head & ~~shoulder~~ jaw. Alt in comfort.

P: Tylenol 2 tabs po tid prn x5 d per protocol.

E: Rest. Take pain med as needed.

Date: 7/29/97   Time: 9P   D Richardson

Health Service Signature

DELLA RICHARDSON, LPN
NBDC

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1460-01

377

**EMSA ✚ CORRECTIONAL CARE**



*Need respond P.S.A.P*

# INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☑ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _7-28-97_    Facility/Institution: _N B D C_

Name of Inmate: _William Hicks_    D.O.B.: _9 10 63_    Sex: _M_

I.D. # _B597-17076_    Cell #: _12-1-74-4_

Problem: (in your own words)
I Hicks ask you to please allow me to go to main jail so I may feel better and be closer to lawyer. Emotionally I don't feel well here and am regressing Backward. "need to get medication and progress for trial." Thats - ASAP please speak to me. Don't feel good.

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: _D Richardson Jr_    Date: _7/29/97_    Time: _10 25 pm_
(Name)

DELLA RICHARDSON, LPN
NBDC

Disposition: _____

**FOR STAFF USE ONLY**

S: _As stated above_

O: _Pt states "I don't want to be here, I want to go to the main jail." Pt also request medications_

A: _Alt in comfort - move._

P: _Refer to mental Health_

E: _Referral will be made._

Date: _7/30/97_    Time: _7P_    _D Richardson Jr_    DELLA RICHARDSON, LPN
Health Service Signature    NBDC

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

578

**EMSA** *CORRECTIONAL*
*CARE*



## INMATE MEDICAL REQUEST FORM

(✓) DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 7-28-97    Facility/Institution: N B D C

Name of Inmate: William M Hick    D.O.B.: 9-10-63    Sex: M
OID # BS95-14533
I.D. # BS92-12076    Cell #: 12-1-H-4

Problem: (in your own words)

I Have two problems " one I need to Have upper
gum looked at on right side of jaw and I need to
speak of Diet " Have severe tooth pain upper left.
NEED TO SEE A.S.A.P.

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: D Richardson    Date: 7/28/97    Time: 4Pm
(Name)

Disposition: _____    DELLA RICHARDSON, LPN
NBDC

**FOR STAFF USE ONLY**

S: _____

_____

_____

O: _____

_____

A: _____

JUL 2 0 1997

P: _____

E: _____

Date: _____ Time: _____

Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01

*LAW*
*Superintendent*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*2ND*
*request*

*ASAP*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 7-30-97

Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: BS97-17076

Location: 12 1 - 14    DOB: 9 10 63

To: Barbra LAW

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☑ |

Nature of Request: MA-Am - I Hicks Start a request several days
ago at no reply, I'm seeking medical as I returned
Back from "Chattahoochee Fl" which I'm subpose to Be
re cieving same treatment as of now I still Fight For
medical here "since day on Back" I'm in BSA Care & you
are to supply me medical or will Start whole proceedure
William M Hicks                          allow again our
                                          medical

Inmate's Signature                    Date Signed  7-30-97

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

8/11/97  RE: EMBA
8:45    Seen by dentist

DR. GLENN PEARSON
NBDC / Main

Completed By: _____  CCN _____  Date: _____  Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

680

**EMSA** *CORRECTIONAL CARE*

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _NORTH BROWARD BUREAU_

Inmate I.D. # _BS977076_

Inmate Name: _Heets, William_    D.O.B.: _9/19/63_

Date of Last H & P: _7-25-97_    Date of Last PPD: _7-25-97_    Results: _0 mm_

Allergies: _NKA_

Current Health Problems: _Hx. Psych , "pain all over"_

Current Medication (Name, Dosage, Frequency, Duration:) _Tylenol tabs 2 Po tid PRN X 5 days_

Physical Disabilities/Limitation: _0_

Assistive Devices/Prosthetics: _0_

Glasses: _0_    Contacts: _0_

Follow-up care needed: _PRN_

Signature _V. Mindle Valerie Mindle, RN North Broward_    Date _7-31-97_

## TRANSFER RECEPTION SCREENING

Facility: _MJB_    T _98_ P _76_ R _20_ B/P _120/76_

S: Current Complaint: _I have pain all over my body_

Current Medications/Treatment: _Tylenol tabs Po P (NX5D)_

O: Physical Appearance/Behavior: _Cooperative calm_

Disposition: (✓) General Population    ( ) Infirmary    Referral: ( ) Medical    ( ) Dental    ( ) Mental Health

When: ( ✓) Immediately    ( ) Sick Call    ( ) Other _____

Signature _BARBARA CODRINGTON, RN MAIN JAIL BUREAU_    Date _8/4/97_

CC 027

Schwartz

DEP.    OF CORRECTIONS AND REHABIL    .1
INMATE'S REQUEST FORM

AUG 04 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _8-1-97_    Inmate's Name: _(William m HicKS_
                                            (Alias, if used)

Arrest #: _BS97-17076_    Location: _7-B-5_    DOB: _9-10-63_

To: _TODD Schwartz_    _MEDICAL_

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: _Hello SIR, SIR I request to speak to you_
_SIR If I may. Regards to recieving certian medical_
_as for Here. I've Been Back From chattahoochre For_
_11 days now and I've sought at N.R.D.C. For it But I never_
_come close to seeing DR. I ask That you please get it_
_up a.s.a.p  And a Dentist " Thank you For your time SIR_
_William m Hicks:_                    _8-1-97_

Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

8/11/97 Sched/97 by dentist
8-4-5t a.45 seen by dentist                    DR. GLENN PEARSON
                                                NBDC/Main

Completed By: _____    CCN ___    Date: _____    Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information            ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** *CORRECTIONAL CARE*

BS97M076

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

*(Please check one of the above)*

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _8-1-97_    Facility/Institution: _M - J_

Name of Inmate: _William m Hicks_    D.O.B.: _9 - 10 - 63_

I.D. #: _BS95-17026 or BS95-14533_    Cell #: _7 B 5_

Problem: (in your own words)

_Need to speak to M.D Doctor For proper medication For severe pain to Head "cause: Head trauma" THank you. ASAP_

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: _S/C_

Person Triaging: _M. Gilmore LPN_ _____ Date: _8-1-97_ Time: _1940_

(Name)

**FOR STAFF USE ONLY**

S: _"I need something for my headache"_

O: _40 severe H/A due to head injury sometime ago_

A: _alt in comfort_

P: _H/A referral_

E: _____

Date: _8/6/97 11 Am_    _____    **LAURA ROSS, LPN**
**MAIN JAIL BUREAU**
Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-40                                                                    7/94

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☑ DENTAL          ☐ MEDICAL          ☐ MENTAL HEALTH

(Please check one of the above)

7/22

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-1-97          Facility/Institution: M-J

Name of Inmate: William M Hicks          D.O.B.: 9 10 63

I.D. #: BS97-17076 010# BS95-14533          Cell #: 7 B2 S

Problem: (in your own words)

I Have dental pain" need He IP
also SEEK proper Food diet also.

THANKS     A.S.A.P

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Disposition: Dental

Person Triaging: M. Calhoun RN          Date: 8/1          Time: 1945
(Name)

**FOR STAFF USE ONLY**

S:

O:                                        AUG 15 1997
                                          Andrea Craig
                                          Dental Assistant EMSA

A:

P:

E:          Seen by dentist

Date: 8/11/97          838 m          Andrea Craig
                                       Dental Assistant EMSA
                       Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-40          7/94

684

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

AUG 07 1997

## TO BE COMPLETED BY INMATE

William N Hicks              BS97-17076  12-1-H-4   N. B. D.C.    7-31-97
Inmate's Name              Arrest#      Cell   Facility        Date

### PART A - INMATE'S GRIEVANCE

RE EMSA: This compna. has almost killed me, denied I medical, lied, cover ups, also on me I was sent to short hard—— for medical and so I returned I came here to N.B.D.C. where it all happened and in days was no pain medication, no such meds. Tints to remain competent to stand trial. But I how* I still fight for medical "your forcing me to right law da *Legal case ss you violated EVERY right, statute, law assignable. I filed out Frequent HMD since its
William n Hicks
Inmate's Signature

7-31-97                    a Fuckin
Date Signed                 Joke

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

RECEIVED AUG - 5 1997

Sir you were seen 8-6-97 a referral was done for you to be evaluated by the Physician Assistant.

Reviewing Deputy's Signature/CCN                Date

                                              8-8-97
Supervisor's Signature/CCN         KEVIN JORGENSON, RN, BSN    Date
                                   ASST. HEALTH SERVICE ADMINISTRATOR
                                   MAIN JAIL BUREAU

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____          _____
Inmate's Signature                  Date Signed
**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature                          Date
BSO DJ#51 (Revised 4/93)

**EMSA** *CORRECTIONAL CARE*

# INMATE MEDICAL REQUEST FORM

☑ DENTAL ☐ MEDICAL ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8·12·97

Name of Inmate: William M Hicks

I.D. #: BS97-17026

Facility/Institution: M J

D.O.B.: 9 10 63

Cell #: 7-B-2⁵

Problem (In your own words):

IN pain "need to SEE Dentist please A.S.A.P. Not 20 days From now please

**I am aware that there is a fee for sick-call and a fee for each prescription. Charges will be made to my commissary account.**

Inmate Pre-Authorization: _____

Inmate Signature

## **** DO NOT WRITE BELOW THIS LINE ****

### STAFF SECTION

Disposition: S/C

Person Triaging: _JANET TAYLOR, LPN_ Date: 8/12/97 Time: 1845
(Full Name) MAIN JAIL

**FOR STAFF USE ONLY**

S: _____

O: _____

RECEIVED
AUG 1 1997
Andrea Craig
Dental Assistant · EMSA

A: _____

P: Seen by dentist

8/18/97
Date

Andrea Craig
Dental Assistant · EMSA
Health Service Signature

CC 035     White - Medical Department     Yellow - Other     Pink - Inmate

586

A.S.H.R.
please

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

AUG 12 1997

A.S.H.R.
Please

## TO BE COMPLETED BY INMATE

OID # 8595-14533

| Inmate's Name | William M. Hicks | 8592-17076 | 7-3-25 | M-I | 8-10-97 |
|---|---|---|---|---|---|
| | | Arrest# | Cell | Facility | Date |

### PART A - INMATE'S GRIEVANCE

RE EMSA.

I Hicks have come back on 7-22-97 From Florida State hospital "Chattah" & I was sent do to your Fault EMSA, you Lied, Lied, Lied "above abuse Forced me incompetit to stand trial" now I'm Back since 7-22 Till now 8-11 = 20 DAYS "I've asked nicely, palitly, & asked & request for TODD Schwartz But no responde" I can't tell you How important it is to provide me with medical "quior & to Fuck Emsa are "not me" you Better Provide now" it is cheaper of you placing BSO Deeper in your corruption"
William m Hicks

Inmate's Signature                                    Date Signed 8-10-97 Thanks For your Subport

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
## PART B - RESPONSE

Sir You were evaluated + No meds were ordered

Reviewing Deputy's Signature/CCN                          Date

Supervisor's Signature/CCN                                Date 8-13-97

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                                    Date Signed
**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                                    Date
BSO DJ#51 (Revised 4/93)

587

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

*please*

**TO BE COMPLETED BY INMATE**

$010^{\#}$ BS95-14533

| | | | | | |
|---|---|---|---|---|---|
| Williams m Hicks | BS97-17076 | 7-13-25 | no-5 | | 8-10-87 |
| Inmate's Name | Arrest# | Cell | Facility | | Date |

RE: B.S.O. EMSA          **PART A - INMATE'S GRIEVANCE**

I Hicks Have come back From chattahoochee Fl "Hospital do to the ABuse, neglect, Emotional ABuse ad assaults ad no medical, THIS same System who's supose to protect the iNNocent till proven guilty Has failed," I'm sure no surprise"! I'm supose to be on medication which I arrived Back 7-22-97 ad now is 8-1-97 = 70 Days of pain ad suffering" I cap't say how important it is for you to provide medical' at least 70m ad I'm tried of Fighting "asking" "Just the ABused neglect is about 50 million & 50 you play William m Hick

Inmate's Signature _____William m Hick_____     Date Signed __8-10-87__  Thanks for your

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**     Support

**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

---

**TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW**
**PART B - RESPONSE**

You were seen 7-25-97 by the psychiatrist
No Meds ordered

Reviewing Deputy's Signature/CCN
~~KEVIN JORGENSON, RN, BSN~~
~~HEALTH SERVICE ADMINISTRATOR~~
~~MAIN JAIL BUREAU~~          Date __8-13-97__

Supervisor's Signature/CCN          Date

---

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I _____, wish to appeal the response.

Inmate's Signature _____     Date Signed _____

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

---

**DIRECTOR'S RESPONSE TO APPEAL**

_____

_____

_____

_____

Director's Signature _____     Date _____
BSO DJ#51 (Revised 4/93)

*EMSA*
*Director*
*Kevin*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*Kevin* AUG 18 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-15-97                    Inmate's Name: William M Hicks
                                                          (Alias, if used)

Arrest #: BS47-17026 010#BS95-14533   Location: 7-B-2 5        DOB: 9-10-63

To: MEDICAL Director OF "EMSA" Kevin

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☑ |

Nature of Request: SIR, I have a medical problem which is part caused By EMSA.
I have another court order to Force EMSA to provide such as medical which
By right I'm to get". Please note I sought since 7-22-97 "26 DAYS" still no Doctor
ed I Just come Back From chattahoochee state hospital d/to ABuse By EMSA.
I suggest you give me what I need to maintain I stay competent For trial I've
Doctors now" ent to morrow' I need Five things so don't take Lightly" I'm not
William M Hicks                              John no more THANKS
                                             8-15-97
Inmate's Signature                          Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

You were evaluated by Dr Limia on 7-25-97
and no meds were ordered and none were recommended
upon your return.

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
OCN  MAIN JAIL BUREAU
Completed By:                          Date: 8-19-97     Time: 11a

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information            ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

389

 


**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

AUG 1 6 1997

*ASAP*

☐ DENTAL   (☑ MEDICAL)   ☐ MENTAL HEALTH

(Please check one of the above)

PRINT ONLY      PRINT ONLY      PRINT ONLY

Date: _8-15-97_      Facility/Institution: _M-J_

Name of Inmate: _Fields William_      D.O.B.: _9-10-63_

I.D. #: _BS97-17026  OLD# BS95-14533_      Cell #: _2-15-2⁵_

Problem (In your own words):

_I requested M.D Doctor on 7-28-97 & was told I was placed to SEE Doctor "well I Haven't" I'D Like it if you placed me on for weekend "I need to SEE "I came Back on 7-27-97 Frm chattahoochee hospital "So I need to SEE Doctor & proced to remain competent" HA._

I am aware that there is a fee for sick-call and a fee for each prescription. Charges will be made to my commissary account.

_LAST Request was 7-28-97_

_PAI need MEDICAL_

Inmate Pre-Authorization: _____

Inmate Signature

**\*\*\*\* DO NOT WRITE BELOW THIS LINE \*\*\*\***

### STAFF SECTION

Disposition: _SC_

GAIL WASHINGTON, LPN
MAIN JAIL

Person Triaging: _G Wash_ (Full Name)    Date: _8/15/97_    Time: _1500_

FOR STAFF USE ONLY

S: _Seen by Dr. Wexler 8/18/97_ — Kathleen Rn
KAREN DUMBLTREE, RN.
MAIN JAIL BUREAU

O:

A:

P:

Date          Health Service Signature

CC 035     White - Medical Department     Yellow - Other     Pink - Inmate

590

DR Pierce    DENTAL

DR Pierce    AUG 18 1997    Doctor Pierce DDS

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

you haven't ~~asked the housing unit~~ deputy to solve this problem, do so before completing
this request.

TO BE COMPLETED BY INMATE

Date of Request: 8-15-97                    Inmate's Name: William M Hicks
                                                            (Alias, if used)

Arrest #: BS97-17076 old# BS95-14533        Location: 2-B-2 5      DOB: 9-10-63

To: Doctor Pierce "DDS   DENTAL

Program Specialist        ☐    Mailroom          ☐    Commissary      ☐
Classification            ☐    Food Service      ☐    Other          ☒

Nature of Request: SIR, E Hicks Saw you and I asked IF you could please place
me on pain meds and a diet to insure the pain in my Head "trauma" and
Stomach caused By EMSA staff doesn't get worse and that I stay
competent For trial," on 7-13-97 I had court on me the medical I need
so you still have not supplied in stadt response" I ask you to place me
on 1800 calorie diet with Snack SFR and to insure my pain meds dont run out
till I can see a M.D. doctor which is now 26 days.  T Hankyou SFR
         William m Hicks                                81587

Inmate's Signature                                Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

RECEIVED
AUG 22 1997
Alfred Craig
BY: Assistant EMSA

Rx done by PA on 8/21/97    DR. GI_____
                             MEDICAL/Main

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information              ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

691

# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** 8/18/97

**INMATE NAME:** Hicks, William

**ARREST #:** BS9717076

**D.O.B.:** 9/19/63    **LOC:** 782    2G' #1

## Please check the box for the ordered diet:

☐ CLEAR LIQUIDS

☐ FULL LIQUIDS

☐ 2400 CALORIE ADA (with evening snack)

☒ 2800 CALORIE ADA (with evening snack)

☐ REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐ PREGNANCY DIET

☐ ALLERGY TO:_____(Please be specific)


**Physician/Dentist/Psychiatrist/PA:** Dr. Wecker.

☒ THIS DIET ORDER IS PERMANENT    RENEW EVERY 30 DAYS

☐ THIS DIET IS TEMPORARY    ☐ FOR A PERIOD OF ___ DAYS

☐ RETURN TO REGULAR DIET

White - Medical    Yellow - Kitchen    692

CC054

**EMSA** *CORRECTIONAL CARE*

**MEDICAL PASS**

DATE: 8/18/97

RE:

NAME: Hicks, William

ARREST: 1359717076

D.O.B.: 9/19/63

*DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:*

|  | PLACE AN "X" ON THE ITEMS BEING ORDERED | DURATION OF PASS ORDER | | | |
|---|---|---|---|---|---|
|  |  | 1 MO. | 2 MOS. | 3 MOS. | INDEF. |
| EXTRA MATTRESS |  |  |  |  | ✓ |
| EXTRA PILLOW |  |  |  |  | ✓ |
| EXTRA BLANKET |  |  |  |  |  |
| LOW BUNK ASSIGNMENT |  |  |  |  |  |
| WHEELCHAIR |  |  |  |  |  |
| CANE |  |  |  |  |  |
| WALKER |  |  |  |  |  |
| OTHER |  |  |  |  |  |

\* MEDICAL APPLIANCES FROM PROPERTY:

READING GLASSES   ☐   INDEFINITE TILL RELEASED

EYEGLASSES   ☐   INDEFINITE TILL RELEASED

OTHER   ☐   (SPECIFY) _____

_____

HEALTH PROVIDER SIGNATURE

DR. CRAIG UECKER
STAFF PHYSICIAN

_____

NAME STAMP OR PRINTED NAME

*\*NOTE: COPY OF THIS FORM TO BE DISTRIBUTED TO THE PROPERTY DEPUTY IF THIS AREA WAS COMPLETED*

693

CC 033         WHITE - HEALTH RECORD         CANARY - HOUSING UNIT         PINK - CLASSIFICATION UNIT

**EMSA** *CORRECTIONAL CARE*

**MEDICAL PASS**

DATE: 8/18/97

RE:

NAME: Hicks, William

ARREST: 13597/7076

D.O.B.: 9/19/63

*DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:*

|  | PLACE AN "X" ON THE ITEMS BEING ORDERED | DURATION OF PASS ORDER | | | |
|---|---|---|---|---|---|
|  |  | 1 MO. | 2 MOS. | 3 MOS. | INDEF. |
| EXTRA MATTRESS |  |  |  |  | ✓ |
| EXTRA PILLOW |  |  |  |  | ✓ |
| EXTRA BLANKET |  |  |  |  |  |
| LOW BUNK ASSIGNMENT |  |  |  |  |  |
| WHEELCHAIR |  |  |  |  |  |
| CANE |  |  |  |  |  |
| WALKER |  |  |  |  |  |
| OTHER |  |  |  |  |  |

\* MEDICAL APPLIANCES FROM PROPERTY:

READING GLASSES    ☐    INDEFINITE TILL RELEASED

EYEGLASSES    ☐    INDEFINITE TILL RELEASED

OTHER    ☐    (SPECIFY) _____

594

*Dr ...*
*Dentist*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

AUG 20 1997

*Dr Pierce DDS*
*Dentist*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 8-19-97                Inmate's Name: William m Hicks
                                              (Alias, if used)

Arrest #: BS97-17076          Location: 7-13-2 5   DOB: 9-10-65

To: Doctor Pierce DDS      DEntist

| | | | | | | |
|---|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☒ |

Nature of Request:    A S A P!

SIR, I spoke to Doctor on 8-18-97 ad
I need you to please RENEW my moltrin
So it doesn't Run out tHIS week " Still need
For Serious pain mangment"
          THANK YOU For your time

William m Hicks                    8-19-97
Inmate's Signature                Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

RECEIV'
AUG 2 0 1997
Anilted Cruz
BY: Medical Assistant - EMSA

Rx done by PA on 8/21/97 (person)
DR. GLENN PIERSON
HSC/Main

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

695

*Directed of EMSA*

DEPART... CORRECTIONS AND REHABILITA...
INMATE'S REQUEST FORM

*is a requ...*

RECEIVED
AUG 21 1997
...

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

### TO BE COMPLETED BY INMATE

Date of Request: _8-21-97_   Inmate's Name: _William M Hicks_
(Alias, if used)

Arrest #: _BS97-17076_   Location: _7-B-2 5_   DOB: _9-10-63_

To:

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: _RE: Sych medication ol doctor"_
_you said I met with sych doctor which is not true and_
_now is 31 days with no medication. I'm sure is a honest_
_lie on doctors behalf. If I spoke "please produce copys of_
_refusal or eceptance Forms" you know there should be one "right"_
_also note there still is a doctors "court order" for medical "Thanks"_
_William M Hicks_

Inmate's Signature                    _8-21-97_
                                       Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_You have been seen by the psychiatrist_
_I will have you see him again_

Completed By: _____   OGEASON, RN, BSN   Date _8-26-97_   Time: _11:22_
KEVIN JORGEASON
ASST. HEALTH SERVICE ADMINISTRATOR
(MAIN JAIL BUREAU)

All requests will be handled by requesting deputy in one of the following ways:

☐ Written Information        ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

696

*Director*
*EmSA*
*medical*

B—A   SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

AUG 27 1997

you haven't asked the housing unit deputy to solve this problem, do so before completing
s request.

## TO BE COMPLETED BY INMATE

e of Request: 8-22-97          Inmate's Name: William M Hicks
                                              (Alias, if used)

est #: BS97-17076 old*BS95-14533   Location: 7-B-2 ⁵   DOB: 9 10 63

To: Kevin    "EMSA director"

Program Specialist  ☐      Mailroom       ☐      Commissary  ☐
Classification      ☐      Food Service   ☐      Other       ☐

ure of Request: SIR, I Hicks ask that you please
take time to go through my chart to try and figure
if what DR Limias says is a mistake me for some one
else, Please as Im requesting you personally now.
Thank you For your time SIR.

William M Hicks                    8-22-97
mate's Signature                  Date Signed

EN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
X LOCATED IN EACH POD.

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

ompleted By: _____ CCN_____ Date: _____ Time: _____

ll requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

all grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

697

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

2668

TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks

Arrest#: BS97-1707b   7-13-2   Cell   Facility: m-jail   Date: 8-24-9

## PART A - INMATE'S GRIEVANCE

get medical. So on 8-13-97 I had judge court order this jail to provide," so if I saw this Dr Limia why would I have gone through all those steps to insure in here I get medical. I want to SEE papers or time we met" papers I signed as refusals all other papers. TO B.SO" please note" Dr SA has put you in deep shit By Lies" now I have another Doctor Lying." To compound to do something in court." Please don't take to slowly" I only get what I'm to have "no more"

Inmate's Signature                              Date Signed   THANKS

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

please note "close to two years now" still fractures in face "you Figure"

Reviewing Deputy's Signature/CCN                         Date

Supervisor's Signature/CCN                               Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                                     Date
BSO DJ#51 (Revised 4/93)

698

CORRECTIONS AND REHABILITATION
STATE PRISONS OR

SEP 0 4 1997

TO BE COMPLETED BY INMATE

William M Hicks        BS97-17026   2-15-2  M-Jail   8-24-97

Inmate's Name          Arrest#      Cell   Facility   Date

PART A - INMATE'S GRIEVANCE

I'm told I was evaluated by DR Limia, "Sych" which I find this hard to Be true do to ① I don't drink in Jail ② I Don't take illegal drugs in Jail ③ I'm not on Sych drugs no pain meds at that time. So how can this doctor claim I saw him on 7-25-97 when I returned to Jail on 2-22-97 From chattahochee hospital. I Filed may request, grievances, and told Lawyers, Family and Judge I can't

Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
PART B - RESPONSE

You were seen again by Dr Limia On 9-2-97 he discussed and showed you what was written in July 97 your status at the Current time is that you are not in need of psych meds.

Reviewing Deputy's Signature/CCN                    Date

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR      9-5-97
MAIN JAIL BUREAU

Supervisor's Signature/CCN                          Date

TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                          Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature                          Date

BSO DJ#51 (Revised 4/93)  "Please SEND Reply Back"

699

**EMSA CORRECTIONAL CARE**



RECEIVED
AUG 27 1996

## INMATE MEDICAL REQUEST FORM

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 8-27-96        Facility/Institution: N.B.D.C

Name of Inmate: William m Hicks   D.O.B.: 9-10-63   Sex: M

I.D. #: BS95-14533        Cell #: 12-7-A-3

**Problem: (in your own words)**

I Request to see doctor, per Head Injurys
tHat have caused severe headaches and pain.
— now — tHanks   I've Requested many many
Times

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Person Triaging: C Chambers RN (Name)   Date: 8/27/96   Time: 9 am

Disposition: S/C

CRYSTAL CHAMBERS, RN
NBDC

#### FOR STAFF USE ONLY

S: States wants to be back on Flexeril.

O: Flexeril ran out on 8/23/96

A: R/o alteration in comfort.

P: Refer to clinic.

E: Instructed to take midrin as ordered

Date: 8/28/96  Time: 11 am,   C Chambers RN

Health Service Signature

CRYSTAL CHAMBERS RN
NBDC

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

700

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _____    Facility/Institution: NBDC

Name of Inmate: Hicks William E    D.O.B.: 5/12/29 Sex: M

I.D. #: BB 962 357    Cell #: 9 A 4

Problem: (in your own words) Lower Back Left side, sholders, have some ins for some help with county How

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**
ROBIN THURSTON, LPN
NBB

Person Triaging: Robin Thurston    Date: 8-24-96 Time: 0800

Disposition: Sick Call

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: Seen for c/c see progress note

E: _____

Date: 8/25/96 Time: 1230    Alfredo Bryant RN

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

**701**

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL          ☐ MEDICAL          ☑ MENTAL HEALTH
**(Please check one of the above)**

PRINT ONLY                    PRINT ONLY                    PRINT ONLY

Date: 8-29-97                    Facility/Institution: M-Jail

Name of Inmate: William M Hicks      D.O.B.: 9 10 63

I.D. #: BS97-17076 old # BS95-14533   Cell #: 7-B-2⁵

Problem (In your own words):

I've Been Back From Florida State hospital Since 7-22-97 and I Have yet to SEE a Sych doctor. I ask to please see a doctor So I may discuss my mental problems as I've Been diagnosed By proper Sych doctors" Thanks
3RD request

I am aware that there is a fee for sick-call and a fee for each prescription. Charges will be made to my commissary account.

Inmate Pre-Authorization: _____
                                         **Inmate Signature**

### **** DO NOT WRITE BELOW THIS LINE ****

**STAFF SECTION**

Disposition: Mental Health

Person Triaging: C Boggs LPN (Full Name)   CHRISTINE BOGGS LPN MAIN JAIL BUREAU   Date: 8-30   Time: 1900

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____
DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL
SEP - 1 1997
SEP - 1 1997

P: _____

Date _____          Health Service Signature

CC 035          White - Medical Department     Yellow - Other     Pink - Inmate

BROWARD SHERIFF'S OFFICE
DEPA 1 OF CORRECTIONS AND REHABIL
INMATE'S REQUEST FORM

*A.S.A.P.*

RECEIVED
SEP 03 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 9-1-97     Inmate's Name: William m Hicks
(Alias, if used)

Arrest #: BS97-17076   OID# BS95-14533   Location: 7-B-2 5   DOB: 9-10-63

To: Doctor Limia "Sych"

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    Other ☐

Nature of Request: Dear DR Limia, I have placed a Formal complaint against your License For "① Falsifying charts ② Stating I refused medical treatment ③ Lying." you Sir had been given ad hoc time. I wrote request allwrote grievances to insure I still get help. you see Have Lied to insure that I recieve the altimate price in trial For a charge I'm not guilty OF." I'll prove this And "Conspiracy" note I have proof to Back all I say "Thanks
William m Hicks

Inmate's Signature      Date Signed

"This is your notice of complaint."

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Charted

Completed By: Limia   CCN   Date: 9-5-97   Time: 5 an

All requests will be handled by the responding deputy in one of the following ways:

☑ Written Information      ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

703

Case 0:00-cv-06087-WPD Document 317 Entered on FLSD Docket 01/13/2006 Page 676 of 772

DEPARTMENT OF CORRECTIONS AND REHABILITATION

INMATE GRIEVANCE FORM

SEP 04 1997

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks          BS97-17076   7-B7   M-J   5-20-91
                                        Arrest#      Cell   Facility   Date

### PART A - INMATE'S GRIEVANCE

RE nurse on 7-3pm shift: At 1:00pm I tried to get medication due to we was in lock Down and couldn't get on our own so we had to rely on the nurse to call all nurses out, will she call 3 names and that's it as I tried to voice my request couldn't be heard I asked deputy "Floor Nursing" to allow me to get, it took me to elevator set a pro, nurse stood there, as I asked questions she was disrespectful "couldn't take responsibility for our fault" this ___ does this every day, if you try to talk to her "She come at I rak all the mouthing.

William M Hicks                                    8-20-97
Inmate's Signature                              Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Sir I will review the medication pass procedure with the Nurse in question, and all Nursing staff.

Reviewing Deputy's Signature/CCN                  Date

                                                 9-5-91
KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU
Supervisor's Signature/CCN                        Date

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature                          Date Signed
**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                              Date
BSO DJ#51 (Revised 4/93)

704

BROWARD SHERIFF'S OFFICE
DEPT OF CORRECTIONS AND REHABIL
INMATE'S REQUEST FORM

SEP 0 8 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-5-97

Inmate's Name: William m Hicks
(Alias, if used)

Arrest #: BS97-17076

Location: 7-R-2 S   DOB: 9-10-63

To: Director of EMSA "Kevin"

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☒ |

Nature of Request: SIR, I Hicks William request you to set up a time for me to review my File on medical regarding DR Limia stating he saw me on 7-25-97, I Ask him ed he denies any report in File But wute I reviewed with a nurse what He wrote. I Ask you, as a right of mine ed in good Faith. THank you.

William m Hicks
Inmate's Signature

9-5-97
Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD. "Thanks For your Full understanding"

----------------------------------------------------------------
DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

As I Discussed with you and Dr Limia, you claim that he did not see you 7-25-97 and he has written a note in the chart so I have no way of saying that he did or didn't see you. You also stated that you need nothing from us at this time.

Completed By: Kevin R Jorg

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

9-8-97   Time: 12: pm

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☒ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

705

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-14-97    Facility/Institution: M-Jail

Name of Inmate: William M Hicks    D.O.B.: 9-10-63

I.D. #: BS97-17026    Cell #: 7 B 2 5

Problem: (in your own words)

_I need to SEE dentist please "AS I have severe tooth pain._

_THankS Second request now 8 days_

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: _Dental_

Person Triaging: _J Taylor_ (Name)  [JANET TAYLOR, LPN  MAIN JAIL]  Date: 9/18/97   Time: 18 15

**FOR STAFF USE ONLY**

S:

O:

RECEIVED
SEP 16 1997
Andrea Craig
BY Medical Assistant - EMSA

A:

P: _Seen by dentist_

E:

Date: 9/22/97    _Dr. Glenn Pearson_
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-40

706

*TOLD*
*Kevin J.*

SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*A.S.A.P*

(Copy)

you haven't asked the housing unit deputy to solve this problem, do so before completing
is request.

## TO BE COMPLETED BY INMATE

te of Request: _9-16-97_     Inmate's Name: _William M Hicks_
                                            (Alias, if used)

rest #: _BS97-17076_     Location: _7-B-2_     DOB: _9-10-63_

To: _Kevin Jorgensen " EMSA "_

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | ~~Commissary~~ | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | |

ture of Request: _MR Kevin, I had sent many request and grievances and I_
_get no response "I Filed several medical request and Same." I sought to speak Fr_
_over 9 Days now" seem to have a BSO & EMSA Interference again," you spoke_
_to my mom today "said I'll see doctor tonight "no doctor" I Did it hurt my breast._
_I need to speak one last time before this weekend please to straighten out_
_my adjuvant medical problems. I suffer already to speak "Last request" thanks_
_Miss S. McCampbell has copies of all I Do So Believe" I want to speak_
_William M Hicks_                         _9-16-97_

nmate's Signature                         Date Signed
                                            _To You,_

HEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
OX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

_I personally took you to see the P.A. on 9-12-97_
_There was not a doctor available the night of the_
_16th_

Completed By: _____     CCN ____     Date: _9-16-97_     Time: _3:19 p_

ll requests will be handled by the responding deputy in one of the following ways:

☐   Written Information          ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                                     707

# EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

**DATE** : _9.17.97_

**MEMORANDUM TO** : _BSO_

**FROM** : _EMSA_

**INMATE NAME** : _Hicks, William_

**ARREST NUMBER** : _BS97/2076_

**DATE OF BIRTH** : _9.19.63_

**PRESENT LOCATION** : _7B2 S_

**TRANSFER TO** : GENERAL POPULATION _____

SHELTER CARE _____

MENTAL HEALTH _____ (LIST UNIT)

INFIRMARY _____

COMMUNICABLE DISEASE _____

**REASON FOR REQUEST:**

_Relocation to single cell_

_per HSA._

**NOTE:**    ORIGINAL TO CLASSIFICATION
COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITY
INMATE'S REQUEST FORM

*A. S.*                    SEP 18 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-18-97          Inmate's Name: William M Hicks
                                                (Alias, if used)

Arrest #: BS 97-17076          Location: 7-D-2          DOB: 9-10-63

To: David Jorgeson "EMSA Director" MEDICAL

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: SIR, I try to Focus on my trial Fineally But once again I have another small problem, I don't recieve my 2800 calorie Diet as of 9-17-97 all with all Bags I had placed in it For medical reasons cause By this Jail and EMSA! Please tell the kitchen to insure I recieve my Diet please tell them not to mess with me "Thanks For your help so Far"

William M Hicks                    9-18-97
Inmate's Signature                 Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Your Diet order is on file in the Kitchen Please Contact Trinity if they have made a change

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

TO BE COMPLETED BY INMATE

Williams M Hicks                    BS92-17076    7-D-2

Inmate's Name                      Arrest#      Cell    Facility

PART A - INMATE'S GRIEVANCE

RE: Internal AFFairs"
I asked internal AFFairs over 17 months ago to help Rit this guy
told me at J.B.D.C. "no inmate I recieve Botto health care that people
I asked him to please put that in writing" are" I hoped that the age we
al is to provide honor central "rights" to people we police them selves" I
also that the internal affairs would please do a investigation into the
corruption in medical as to my trial" I ask do to trial is now after trial
will Be one done so I ask that you let me know' I'm a christian" Be Forward wr
Willim M Hicks

Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

SEP 30 1997   BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
PART B - RESPONSE

I'll Be with you "First 'Owell" thank you.

_____
_____
_____
_____

Reviewing Deputy's Signature/CCN                Date

Supervisor's Signature/CCN                      Date

TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

DIRECTOR'S RESPONSE TO APPEAL

_____
_____
_____
_____

Director's Signature                            Date
BSO DJ#51 (Revised 4/93)

710

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks

Arrest#: B.S97-1876    Cell: 7-D-1    Facility: M-Rail    Date: _____

TO B.S.O & D.O.C.    **PART A – INMATE'S GRIEVANCE**

REgards S. McCampbell do to Jail cian + allowit to Focus on trial & non Harm so I
Focus on B.S.O & D.O.C & FMSA," McCampbell knowing of all trauma to head suffered to w/ Br
Rythm Drops and known violent inmate, no medical Fo severe fracture to head since
she knew, which constitue, t she is to run a system and jail system which is to provide
Safety and rights to all inmates and Deputys. she allows still deputys to assault "threaten"
& threats of Bodily harm plus wrong Fu use of Badge "corruption" allows Miss & Mr Holmes
to violate all rules'd to use people to harm my life & do things they wouldn't norm do.
William M Hicks

Inmate's Signature _____    Date Signed: 9-20-97

### WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
### RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

RECEIVED SEP 30 1997

_____

Reviewing Deputy's Signature/CCN _____    Date _____

Supervisor's Signature/CCN _____    Date _____

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature _____    Date Signed _____

### WHEN COMPLETED, KEEP THE TOP OF THE FORM.
### RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## DIRECTOR'S RESPONSE TO APPEAL

_____

Director's Signature _____    Date _____

BSO DJ#51 (Revised 4/93)

# EMSA CORRECTIONAL CARE

## CONSENT TO MEDICAL / SURGICAL / INVASIVE DIAGNOSTIC PROCEDURE(S)

I request ___Dr. Glenn Pearson___ M.D./D.O. and such associates and assistants as he/she may deem

necessary or direct to perform upon ___Hicks, William___ the following procedure(s):

___LA for filling # 20___

If during the course of the procedure(s), the discovery of unforeseen conditions requires, in the judgment of the persons described above, different procedure(s) than those planned, I authorize such different procedure(s) as are deemed appropriate.

I understand that no warranty or promise has been made to me regarding the outcome of the proposed procedure(s) or cure of any condition, and the risks presented by the proposed procedure(s) or cure of any conditions. The risks presented by the proposed procedures), have been explained to me by ___Dr. Pearson___ M.D./D.O. as have been the alternatives to the procedures planned.

I consent to the administration of anesthesia and to the use of such anesthetic agents and as may other drugs be deemed necessary and advisable, and understand that anesthesia and other drugs presents additional risk and hazards.

I consent to the disposal of any tissues, parts, or organs which may be removed as a result of the procedure(s) authorized at above facilities.

I have been given an opportunity to ask questions about my, or the patient's condition, alternative forms of anesthesia and treatment, risks of nontreatment, the procedure(s) to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent. I have read, or have had read to me, this form and I understand its contents.

| William M Hicks 9·22·97 | Andrea Craig 9·22·97 |
|---|---|
| Patient                    Date | Dental Assistant - EMSA |
| | Witness To Signature Only          Date          Time |

(If signed on behalf of patient, indicate relationship to patient and reason patient cannot sign form):

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The patient and/or authorized person indicated here appeared to understand and consented to the procedures described.

___Dr. Glenn Pearson___ ___9·22·97___ ___9:30___ A.M. P.M.

Physician's Signature                                           Date

CC 227

4/93

**EMSA** *CORRECTIONAL CARE*

RECEIVED
SEP 25 1997

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 9-24-97 ___ Facility/Institution: M-Jail

Name of Inmate: William M Hicks.  D.O.B.: 9-10-63  Sex: Male

I.D. #: BS97-17076 a 95 case  Cell #: 7-D-2

Problem: (in your own words)

I was told 2 weeks ago I would see Doctor Ucker
do to Fractures N Face that cause me to have
hard time Breathing as I Lay down or stand up"
real Bad Breathing problems. BAD "need Doctor now
Please.

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: J. Taylor LPN (Name) JANET TAYLOR  Date: 9/14/97  Time: 1935

Disposition: S/C

**FOR STAFF USE ONLY**  MD Referral Dr Ueker

S: _____

O: _____

A: _____

P: _____

E: To be Seen by Dr Ueker Next
time he is Available

Date: 10-2-97  Time: 5:06a

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

I. 1480-01

713

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

EMSA

SEP 30 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-25-97      Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: BS92-17076      Location: 7-D-2²      DOB: 9-10-63

To: Kevin J. EMSA Director"

Program Specialist ☐      Mailroom ☐      Commissary ☐
Classification ☐      Food Service ☐      Other ☐

Nature of Request: Sir, I Have a small problem" I have a rough time going to Law Library with out missing my meds" which come between 8:00-12:00Pm. As I come Back I'll wait till after lunch to get meds" I'm told I can't recieve midin doto it says Am-pm adi's P.R.N. as she says no" I say why" she tells me not to go to Law Library" now I don't want to touch this#+"But I Real to solve small problem. William m Hicks                                    9-25-97
THanks.

Inmate's Signature    THanks For all your Subport       Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Sir the Nurses Cannot track Down each inmate who is not in their Cell, If you miss your A.M. Meds because you are in the Law Library and you must request the Medication the Nurse should give it to you I Will see that this happens

Completed By: _____ CCN _____ Date: 10-2-97   Time: 4:57p~

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information      ☒ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Inmate's Name: _William M Hicks_    Arrest#: _BS97-17026_    Cell: _7-D-2_    Facility: _Main Jail_    Date: _9-27-97_

### PART A - INMATE'S GRIEVANCE

RE: EMSA "BSO" DOC.

I'm tired of being "Fucked around" I eat something now then I'm either threaten or wished in some hostile event. I'm moved to 7-D-2 for medical reasons "Head trauma" thanks to B.S.O and D.O.C and EMSA nurse Susan McConghell and Kevin + Marsha at those place me in here "all I get is a Fucker bed ach worse" I'm moved in a single cell + now I and all people have room unit which was I fell all trip + also + stress and stress and serious I suffer more trama colors subject to Focus on trial "no one gives a fuck" why say someone Blame the

_William M Hicks_    Date Signed: _9-27-97_

Inmate's Signature

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

next guy "why" why can't I leave am Just do this Fuck Job "I want my room and moved to rm 8 which BOTH days am" its this tonight "Suite I and solid call on so"

you Don't moved if I write in response Cat" vci all Dy I survive them anyways.

I am advised that the you have been moved from this housing
to provide you a style cell

Reviewing Deputy's Signature/CCN    Date

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Supervisor's Signature/CCN    Date: _10-2-97_

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature    Date
BSO DJ#51 (Revised 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*TO EMSA*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 9-27-97

Inmate's Name: William m Hicks
(Alias, if used)

Arrest #: BS97-17076

Location: 7-D-2 DOB: 9-10-63

To: EMSA "medical"

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    Other ☐

Nature of Request: REGARDing no visit By Docta ucker" MR Kevin J Director of EMSS "had told me on Friday along With MR Holmes I'D See Docter ucker mD "AS I write Odays" weeks" I took xny i was to see him last night "nos "Why" #I also need Copy of Doctas orders to go into File of mine at B.S.O. control Room "Don't have one" THanks For Help.

Inmate's Signature: William m Hicks    Date Signed: 9-27-97

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

---

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

See Response 9-28-97

Completed By: _____ CCN _____    Date: _____    Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☒ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

716

Kevin J

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

**TO BE COMPLETED BY INMATE**

Date of Request: 9-26-97          Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: BS97-17076          Location: 7-D-2²   DOB: 9-70-83

To: EMSA "Kevin J" Director

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☒ |

Nature of Request: SIR, IVE written medical request al regular ones to EMSA But no response" So I place tn you I can't SEEM to SEE Doctor ucker M.D. as you have requested al as I try For weeks now "Why" Had xray tech take 1 ose xray which I didn't see and await to SEE Doctor ucker M.D. I need to see a qualified Doctor For THIS problem al I knew you ordered it "my ex roommate Saw on Friday But not me" He said He told Dr ucker M.D al I STILL Dont See "Why"

Inmate's Signature: William M Hicks          Date Signed: 9-27-97

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

**DO NOT WRITE BELOW THIS LINE:**
**ACTION TAKEN/RESPONSE**

Mr Hicks you request specifically to see Dr Ueker for your Complaints Dr Ueker has not been in the facility if you want to see another practitioner I can arrange this, but you are down to see Dr Ueker the next time he is here

Completed By: _____ CCN _____ Date: 10-2-97   Time: 455pm

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☒ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

717

BROWARD SHERIFF'S OFFICE
DEPT. OF CORRECTIONS AND REHABIL.
INMATE'S REQUEST FORM

TO KEViNS

EMSA   A.S.A.P

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 9-29-97

Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: BS97-17076

Location: 7-D-2³   DOB: 9-10-63

To: Kevin J "EMSA"

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: Two request" and I never saw DRucken M.D as I was supose to "I need to recieve oxygen whenever for my breathing" ② I need to see Doctor For Severe Chest pains" tension "stress" depression" cant Focus do to Severe mental break down as I'm Supose to be held competed For trial "I'm close again to be Found incompetent to Stand trial" no good mind" I Thank you for your help" I'm doing my Best" thats" 9-29-97

Inmate's Signature   William M Hicks

Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

--------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

See Request Dated 9-28-97

718

## EMSA CORRECTIONAL CARE

**MEDICAL / MENTAL HEALTH RELOCATION REQUEST**

**DATE**                    :        _10-1-97_

**MEMORANDUM TO**   :        _BSO_

**FROM**                    :        _EmSA_

**INMATE NAME**        :        _HICKS William_

**ARREST NUMBER**    :        _BS9717076_

**DATE OF BIRTH**       :        _9-19-63_

**PRESENT LOCATION** :        _7A mJ_

**TRANSFER TO**        :        **GENERAL POPULATION**

                                        **SHELTER CARE**

                                        **MENTAL HEALTH** _____ **(LIST UNIT)**

                                        **INFIRMARY**

                                        **COMMUNICABLE DISEASE**

**REASON FOR REQUEST:**

_Per HSA remove from single cell_

DOROTHY WILKINSON RN
MAIN JAIL

**NOTE:**        **ORIGINAL TO CLASSIFICATION**
                **COPY TO HEALTH RECORDS DEPARTMENT**

5/95-1481

719

*To Kevin J*
*of*
*EMSA.*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

RECEIVED
OCT 01 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _10-1-97_       Inmate's Name: _William m Hicks_
                                            (Alias, if used)

Arrest #: _BS97-17076_          Location: _8-c-1 E_    DOB: _9-10-63_

To: _Kevin Jorgensen "EMSA Director"_

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: _SFR, I Don't know what to say" But you put me in to Lock down of I never wanted it. I will go crazy and probably found incompetent once again before trial." I Wat you to see me "now. I need to speak of a few things also other than this" SFR, I Wat out of lock down" False imprisonment "4 year + here am medical records. Yes I have pushed it to far now I am afraid of it" I'Ve not ordered" I'm not focus on trial"_
                    _William m Hicks_

Inmate's Signature                          Date Signed _10-1-97_

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_I spoke to you today and informed you that Due to Jail population that the eighth floor is the only place where a single cell is available. You stated that you feel worse in this unit and will go out of the single cell because it makes you feel worse_

Completed By: _Kevin L Jorgensen_ CCN    Date: _9am_    Time: _10-3-97_

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                              720

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

3279

OCT 20 1997

**TO BE COMPLETED BY INMATE**

Inmate's Name _m Hicks_          Arrest# _BSO-12873_   Cell ___   Facility ___   Date _10-2-97_

**PART A - INMATE'S GRIEVANCE**
Rekeuis J OF EMSA

You Sir Are a nut" what did you cd me Holmes mean when mR Holmes said not to Leave notes Lying around For people to see "and other things "SID your Ass Is grass. I Asked you For help Like I hadn't known you but you made it your business to hook up With mR Holmes in covering "why" I asked For the following "(1) pain meds (2) Diet tray (3) For Single cell to Ensure do it in a may" and I asked to see a dostor For Fractures to singurs (3) you set it up "and For meds to see Do ucker m.D "He knows since 4-7-96 91/90" you put me in lok down why, I ask to Be Left alone But you go a head and do what DODD Schwartz dawl Felony 15 years. William m Hicks

Inmate's Signature          Date Signed _10-2-97_

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

=====

**TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW**
**PART B - RESPONSE**

Sir I have responded to each request you have submitted, I did not have you patch Lock Down a single cell was requested, the only single cell was in the Lock Down unit., Your treatment has been consistent c your complaint)

Reviewing Deputy's Signature/CCN          Date
I am unsure what conversation you are referring to I had with mr Holmes but I assure you that I have nothing to "cover up"  10/22/97
Supervisor's Signature/CCN    K. Horgenson
KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR          Date

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**
I _____, wish to appeal the response.

Inmate's Signature          Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

=====

**DIRECTOR'S RESPONSE TO APPEAL**

_____
_____
_____
_____

Director's Signature          Date   **721**
BSO DJ#51 (Revised 4/93)

# EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

**DATE** : _10-3-97_

**MEMORANDUM TO** : _Classification_

**FROM** : _Kevin Jorgenson_

**INMATE NAME** : _Hicks William_

**ARREST NUMBER** : _B89717076_

**DATE OF BIRTH** : _9-19-63_

**PRESENT LOCATION** : _BC1_

**TRANSFER TO** :

| | | |
|---|---|---|
| GENERAL POPULATION | ✓ | |
| SHELTER CARE | | |
| MENTAL HEALTH | | (LIST UNIT) |
| INFIRMARY | | |
| COMMUNICABLE DISEASE | | |

**REASON FOR REQUEST:**

_Single Cell No longer Medically Necessary_

_Kevin Jorgenson AHSA_

**NOTE:**     ORIGINAL TO CLASSIFICATION
COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CI 1480-22

# PREPARED BY DEPARTMENT OF CORRECTIONS AND REHABILITATION
## INMATE GRIEVANCE FORM

### TO BE COMPLETED BY INMATE

Inmate's Name: _William M Hicks_    Arrest#: _BSO 97-12126_    Cell: _7-D-2_    Facility: _Main Jail_    Date: _10-5-97_

### PART A - INMATE'S GRIEVANCE

RE: EMSA medical)
on 10-5-97 they had not provided medications to any one on 7th flr. As we ask deputys to please call "they said they did aleither no response or said they on "on close" no pain meds for me which I suffer in a great deal of pain which I cant bear it" IVe suffered now over 18 months of pain caused By EMSA + BSO + D.O.C.

Inmate's Signature: _William M Hicks_    Date Signed: _10-5-97_

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

RECEIVED OCT 08 1997

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

I will investigate this and address it with the Nursing staff

Reviewing Deputy's Signature/CCN    Date

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Supervisor's Signature/CCN    Date: _10-13-97_

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature    Date

BSO DJ#51 (Revised 4/93)

723

## EMSA CORRECTIONAL CARE
## CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT

Contracts which you have with the mental health staff of the Broward County Sheriff's Office are usually considered confidential or privileged communication. This means that, generally, whatever you say and your testing results are held in confidence. It is very much like the confidentiality that exists between lawyers and their clients.

However, there are limits to confidentiality which you need to be aware of. Other mental health and health services staff within the Sheriff's Office have access to notes which are kept regarding all mental health contracts. If you decide to receive counseling or other mental health treatment, supervisors in Mental Health will be reviewing your records and discussing your situation with the mental health worker who has been or is seeing you. There are mental health staff meetings in which your counselor will discuss your situation with mental health staff who may not be seeing you.

Furthermore, if you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the Jail, mental health staff will advise other staff of such danger, in order to protect your well-being and that of others. If you identify any minor child, elderly, or disabled person who has been the victim of physical or sexual abuse, mental health staff will notify the Department of Health and Rehabilitative Services Abuse Hotline. Also, officials of the court, law enforcement officials, Department of Health and Rehabilitative Services staff or as otherwise provided by the law may review or receive copies of your mental health records without your prior authorization. Your mental health records may also be released by your written consent.

Your signature below indicates that you have read this statement or that it was read to you, that you understand the limits of confidentiality within the Broward County Sheriff's Office and that you agree to receive the following mental health services:

"Mental Health Evaluation and Treatment as needed until I withdraw my consent."

X _William m. h. L_              _10.8.97_
Patient's Signature                       Date/Time

_Limia_         DR. MEL LIMIA
Staff Signature      STAFF PSYCHIATRIST, MAIN JAIL

Witness Signature

Name _GARY_     R ___ S ___ DOB ___    # _BS5 7_

_17006 72_

## EMSA CORRECTIONAL CARE
### INFORMED CONSENT (ANTIDEPRESSANTS)

MEDICATION: For example: Elavil, Tofranil, Pamelor, Desyrel, Sinequan, Ludiomil, Norpramin, Vivactil, Asendin, Surmontil, Prozac, Zoloft, or any other anti-depressant.

PURPOSE: These medications are mood elevators used to treat mental depression, and the depression that occurs with nervousness. They work by improving the balance of chemical substances within the brain.

COMMON SIDE EFFECTS: Common side effects include, but are not limited to: Sleepiness, dry mouth, blurred vision, constipation, difficulty urinating, light headedness upon arising, rash, occasional affects on the heart rate and blood pressure. If you experience any of these or other side effects, please report them to any member of the health care staff.

ALTERNATIVE THERAPIES: It has been determined, at this time, that this category of medication is one of the most effective therapies available for the treatment of depression. Other treatments include activity therapies and talk therapies such as counseling or behavior therapy.

APPROXIMATE LENGTH OF CARE: The medication usually acts within a few days. Significant benefit may occur within three weeks. Maximum benefit may require regular usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets your needs. The doctor may order laboratory tests from time to time to ensure that the medication is safe. The doctor, at a minimum, reviews the medication and its effect every month.

NOTIFICATION: I understand that I can decide to stop taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care.

RISKS AND HAZARDS: Avoid alcohol. Avoid operating a motor vehicle or other activities that require alertness. Avoid excessive exposure to sunlight, or exposure to sun lamps. Sudden discontinuation of this medication may cause medical problems.

I understand that by signing this form I am agreeing to let EMSA Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of this treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions I might have about my treatment with the doctor, and that a copy of this form will be given to me.

Patient's signature: _William M Hicks_ Date _10/8/97_

Staff signature: _Limia_   DR. MEL LIMIA
STAFF PSYCHIATRIST,

NAME _Hicks_    R___   MAIN JAIL   DOB___   # _B559_

_17076_

725

EMSA LIMITED PARTNERSHIP
CORRECTIONAL CARE DIVISION

## INDIVIDUAL WRITTEN TREATMENT PLAN
### [I.W.T.P.]

PRIMARY I.W.T.P. #1
PSYCHIATRIST: _____

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

DATE TO BEGIN: _10_ , _8_ , _9?_

PATIENT'S NAME: ___Hicks   W___          ARREST #: _8895 1202(_

DOB: _9_ / _19_ / _63_                   R/S: ___W / M___

---

**SECTION I:**   PROBLEM LIST: [Reasons for referral, reasons for admission, emotional, intellectual, and behavioral issues and symptoms to be treated]

1. _Dep_

2.

3.

---

**SECTION II:**   TREATMENT PLAN: [Specify treatment objectives order, time-frames, services, staff responsible for service]

___/___/___   ☑   MEDICATION PRESCRIPTION AND ADJUSTMENT

___/___/___   ☑   MEDICATION MONITORING AND RECORDING

___/___/___   ☐   _____

___/___/___   ☐   _____

___/___/___   ☐   _____

---

**SECTION III:**   TREATMENT GOALS: [Includes target dates, if possible]

1. _Pt will be well maint. by when dc_

2.

3.

---

**SECTION IV:**   SIGNATURE/TITLE PRINTED NAME STAMP: [All staff participating in treatment]

DR. MEL LIMIA
STAFF PSYCHIATRIST,
MAIN JAIL

Signature/title: _____

Signature/title: _____

Signature/title: _____

Signature/title: _____

INMATE-PATIENT SIGNATURE: _William m Hicks_

IWTP.995

72

*Director*
*OF*
*EMSA*

DEPAR   N        CORRECTIONS AND REHABILI   I
INMATE'S REQUEST FORM

RECEIVED
OCT 21 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 10-20-97

Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: BS97-17076

Location: 7-D-2 I       DOB: 9-10-63

To: Kevin J "EMSA Diretta"

Program Specialist ☐            Mailroom ☐              Commissary ☐
Classification ☐               Food Service ☐          ~~Other~~

Nature of Request: SIR, in my cell theirs a inmate on "55" floor" named Henery "last don't kew" He's got mental & emotional pluss sych problems real Bad "EMSA & B.S.O" place his life in dangur every day he's in this jail SIR "He's not stable "Hears voices" & wants to die all the time." He was a tch tch chache also "it's not my business I knew But Sir move this guy to propor location N.B.Dc. He's going to End up like me "all Fucked up" pleese look into William M Dick                10-26-97

Inmate's Signature                                Date Signed    Thanks

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Mr Hicks I do not no which person you are speaking    of But if you report this to the housing Deputy He will be able to refer the Pt to Metal Health services

Completed By: _____   KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU          Date: 10-22-97   Time: 425

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

*To Kevin J
Director
of
EmSA*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*OCT 21 1997*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 10-20-97

Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: BS97-17076

Location: 7-D-2 I    DOB: 9-10-63

To: Kevin J "EmSA Diretta"

Program Specialist ☐     Mailroom ☐     Commissary ☐
Classification ☐         Food Service ☐   Other ☐

Nature of Request: SIR, in my cell thairs a inmate on "95" floor" named Henery "Last dn't know" He's got mental o emotional pluss sych problims real Bad "EmSA & B.SO" place his life in danger every day his in this jail SIR "He's unstable "Hears voices" all wants to Die all the time" He was a catch the hache also "its not my business I know But Sir move this guy to poper location N.B.Dc. His going to End up like me "all Fucked up" Please Look into

William M Hicks                          10-20-97
Inmate's Signature                       Date Signed

                                         THanks

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

## DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

Mr Hicks I do not know which person you are speaking of But if you report this to the housing Deputy He will be able to refer the Pt to Metal Health Services

Completed By: [signature]    KEVIN JORGENSON, RN, BSN
                             ASST. HEALTH SERVICE ADMINISTRATOR
                             MAIN JAIL BUREAU
Date: 10-22-97    Time: 425

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                              728

DEPART... CORRECTIONS AND REHABIL...
INMATE'S REQUEST FORM

*recta of EMSA*

OCT 21 1997

you haven't asked the housing unit deputy to solve this problem, do so before completing is request.

## TO BE COMPLETED BY INMATE

Date of Request: 10-20-97     Inmate's Name: William M Hicks
(Alias, if used)

Arrest #: BS97-17076     Location: 7-D-2 I     DOB: 9-10-63

To: Kevin J "EmSA Director"

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☐ |

Nature of Request: SIR, in my call theirs a inmate on "5S "Flar" named Hevery "Last don't know" He's got mental & emotional pluss such problems real Bad "EMSA & BSO" place his Life in dangr every day he's in this jail SIR "He's not stable "Hears voices & wants to Die all the time" He was a tch tch he also "it's not my business I know But Sir move this guy to proper location N.B.D.C. He's going to End up Like me "all Fucked up" Need Look into

William M Hicks
10-20-97

Inmate's Signature          Date Signed

Thanks

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Mr Hicks I do not know which person you are speaking of But if you report this to the housing Deputy He will be able to refer the Pt to Metal Health services

Completed By: [signature]     KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU     Date: 10-22-97     Time: 425

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

729

*Kevin J.*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

OCT 24 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _10-23-97_    Inmate's Name: _William M Hicks_
(Alias, if used)

Arrest #: _BS97-17076_    Location: _7-D-2_ ²    DOB: _9-10-63_

To: _Kevin J. EMSA "Directa"_

| Program Specialist Classification ☐ | Mailroom ☐ Food Service ☐ | Commissary ☐ Other ☐ |

Nature of Request: _SIR, I wish to speak to you SIR, REGARDing a possible move to W.B.D.C 12-1-#-5 or 4 In to tHings tHat EMSA & B.S.D have caused Seem to Have I at oDDs with alot of People here "A.S.A.P. please tHank you, IF not to remain iN 7-D-2 ²_

_William M Hicks_                        _10-23-97_
Inmate's Signature                        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_Mr Hicks I Do not make housing assignments that is a classification function, Please Direct this request to classification_

Completed By: _[signature]_
KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU    Date: _10-27-97_    Time: _8 ³⁰_

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information        ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

730

*Kevin J.*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

OCT 24 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: 10-23-97          Inmate's Name: William M Hicks
                                              (Alias, if used)

Arrest #: BS97-17076          Location: 7-D-2 ²     DOB: 5-10-63

To: Kevin J. EMSA "Directa"

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: SIR, I wish to speat to you SIR,
PEgArding a possible move to N.B.D.C 12-1-#-50 4
do to things that EMSA & B.S.O have caused seem
to Have I at DDC with alot of people here"
A.S.A.P. please thank you.
      IF Not to remain IN 7-D-2 ²
William M Hicks                    10-23-97
Inmate's Signature                 Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Mr Hicks I Do not make housing assignments
that is a classification function, Please Direct this
request to classification

Completed By: _____ KEVIN JORGENSON, RN, BSN
              ASST. HEALTH SERVICE ADMINISTRATOR   Date: 10-27-97   Time: 8 ³⁰
              MAIN JAIL BUREAU

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information          ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

731

BROWARD SHERIFF'S OFFICE
DEPART. N. OF CORRECTIONS AND REHABILI. IC..
INMATE'S REQUEST FORM

A.S.A. OCT 29 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _10-28-97_          Inmate's Name: _William M Hicks_
                                                    (Alias, if used)

Arrest #: _BS97-17076_          Location: _7.D.2_     DOB: _9-10-63_

To: _Kevin J. "Director of EMSA"_

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: _____

_SIR, I need to replace midrin with some_
_other medication" do to the, are out of it 90%_
_of the time._

_Pluss I want to reneul all meds Befor_
_they runout "Runsout EnD of week "THis week 10-31-97_
_William M Hicks_                    _10-28-97_
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.
----------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_A referal has been Submitted to the_
_Clinic_

Completed By: _____    KEVIN JORGENSON, RN, BSN
                                 ASST. HEALTH SERVICE ADMINISTRATOR
                                 MAIN JAIL BUREAU
          Date: _10-31-97_    Time: _12:04_

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

A.S.D, OCT 29 1997

RECEIVED

If you haven't asked the housing unit deputy to solve this problem, do so before completing
this request.

TO BE COMPLETED BY INMATE

Date of Request: _10-28-97_    Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS97-17076_    Location: _7-D-2²_    DOB: _9-10-63_

To: _Kevin J. "Directa of EMSA"_

Program Specialist ☐    Mailroom ☐    Commissary ☐
Classification ☐    Food Service ☐    Other ☐

Nature of Request: _____

_SIR I need to replace midrin with Some_
_other medication" do to the, one out of it 90%_
_of the time._
_Pluss I want to reneil all meds Befoe_
_they runout RunSout End of week "This week 10-31-97_
_William m Hicks_                           _10-28-97_
Inmate's Signature                            Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

----------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_A referal has been Submitted for the_
_Clinic_

Completed By: _[signature] Kevin Jorgenson, RN, BSN ASST. HEALTH SERVICE ADMINISTRATOR MAIN JAIL BUREAU_    Date: _10-8-97_    Time: _12:04_

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information            ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO-DT#24 (Rev. 4/93)

733

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 10-29-97    Facility/Institution: M - Jail

Name of Inmate: William M Hicks  D.O.B.: 9-10-63  Sex: Male

I.D. #: ISS 97-12076    Cell #: 7 - D - 2 I

Problem: (in your own words)

I have a infection on right side
Of Nose and its afecting my
Swuses & pain " I Have Fractures on
that side Do to Jail.

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: S/C    Date: 10/29/97  Time: 2015
(Name)

Disposition: J Taylor

**FOR STAFF USE ONLY**

S: _____

_____

_____

O: _____

_____

A: _____

_____

P: _____

_____

E: _____

Date: _____ Time: _____

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate    734

CL 1480-01

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

Director of EMSA 3659

NOV 04 1997

## TO BE COMPLETED BY INMATE

Inmate's Name: _William M Hicks_    Arrest#: _BS97-17076_    Cell: _7-0-2_    Facility: _Main Jail_    Date: _10-28-97_

**PART A – INMATE'S GRIEVANCE**

RE Kevin J "EMSA Directer"

SIR, I'm told by nurse twice today that reason I then never have pain medication midrin is do to "shoor work of staff" either the persons sick or not here or? Since a person's sick, that seems to mean the fall of the whole medical department. This pain med "midrin" I'm on is always gone 90% of time "that's not good needs saving that's supose to control pain for me" seems like SIR Have a problem turning EMSA" or your staff is lying.

_William M Hicks_    10-28-97

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

NOV 10 1997

Mr Hicks I am looking into this situation I will see if I can determin why we are running out of medications.

Reviewing Deputy's Signature/CCN

_KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU_

Supervisor's Signature/CCN    Date: _11/11/97_

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I _____, wish to appeal the response.

Inmate's Signature    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature    Date

BSO DJ#51 (Revised 4/93)

735

**EMSA** ✚ **CORRECTIONAL CARE**

## INMATE MEDICAL REQUEST FORM

☑ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _11-4-97_                Facility/Institution: _M-J_

Name of Inmate: _William M Hicks_    D.O.B.: _9-10-63_  Sex: _M_

I.D. #: _BS97-17076_        Cell #: _7-D-2 #1_

Problem: (in your own words)

_need to Fix a Filling please_
_as it hurts & traps Food._

_"Thank you Doc"   A.S.A.P. Please_

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: _J Taylor_         Date: _11/6/97_  Time: _2020_
                (Name)

Disposition: _Dental_

**FOR STAFF USE ONLY**

S: _____

_____

_____

O: _____

RECEIVED
NOV 1 2 1997
Andred Craig
BY: Dental Assistant EMSA

_____

A: _____

_____

P: _Seen by dentist_

_____

E: _____

Date: _11/24/97_ Time: _10:00 am_     DR. GLENN PEARSON
                                      NBDC / Main
                                      Health Service Signature

White — Medical Department          Yellow — Other          Pink — Inmate

CL 1480-01

736

BROWARD SHERIFF'S OFFICE
CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

RE EMSA "Medical"

William M Hicks          3703          DS97-1216   2-D07   MSCC   11-7-97

Inmate's Name _____ Arrest# _____ Cell __ Facility _____ Date

### PART A - INMATE'S GRIEVANCE

RE: Kevin J & Nurse Taylor & nurses on all shifts "& EMSA"

IVE tried to Renew pain medication & such drugs week 1/2 ahead of time ad I got a copy back dated 10-29-97 to Kevin J which said he reffered me to renewal of meds "wrong Lie" all week till 11-8-97 I put medical & R.S.O request in to medical a Kevin J. ad I got no pain meds at all "SEEMS THIS EMSA"

__William M Hicks__                    __11-7-97__
Inmate's Signature                     Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

NOV 21 1997

Mr. Hicks, On 10-31-97, Mr. Jorgenson did refer you for a medication renewal. You were seen on 11-6-97 for a renewal of your psyche meds, and your other meds. for pain were renewed on 11-8-97 for two weeks only. Please submit a sick call request if the pain continues. However, pain medication should not be taken continuously. You should start to wean yourself off of them if possible.

Reviewing Deputy's Signature/CCN          Date

__Ellen Murray RN__                    __11/21/97__  3:50 p

Supervisor's Signature/CCN    ELLEN MURRAY, RN    Date
                              INFECTION CONTROL

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

_____              _____
Inmate's Signature                     Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____              _____
Director's Signature                   Date

BSO DJ#51 (Revised 4/93)                              737

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

( ☑ DENTAL )    ☐ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _11-19-97_    Facility/Institution: _M-S_

Name of Inmate: _William m Hicks_    D.O.B.: _9 10 63_  Sex: _M_

I.D. #: _B597-17076_    Cell #: _7-D-2¹_

Problem: (in your own words)

_I wish to SEE Dentist Regarding Tooth problem "PAIN" second request_

_second request 3 weeks ago_

### DO NOT WRITE BELOW THIS LINE

STAFF SECTION

Person Triaging: _Dental_    Date: _11/19/97_  Time: _19 40_

(Name)

Disposition: _J Taylor_

**FOR STAFF USE ONLY**

S: _____

O: _____

RECEIVED
NOV 21 1997
Audrey Craig
Dental Assistant · EMSA

A: _____

P: _Seen by dentist_

E: _____

Date: _11/2_  Time: _10:00 AM_    DR. GLENN PEARSON
NBDC / Main

Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

738



**EMSA** CORRECTIONAL CARE

## INMATE MEDICAL REQUEST FORM

☐ DENTAL      ☑ (MEDICAL)      ☐ MENTAL HEALTH
**(Please check one of the above)**

PRINT ONLY                    PRINT ONLY                    PRINT ONLY

Date: _11-20-97_          Facility/Institution: _M-Jail_

Name of Inmate: _William M Hicks_     D.O.B.: _9-10-63_

I.D. #: _BS97-17076_          Cell #: _7-D-2_ ?

Problem (In your own words):

_REnewal of pain meds " Run out on 11-22-97_
_so I ask that they Be renewed on_
_11-21-97 Friday" Be For Weekend_
_Thank you._

**I am aware that there is a fee for sick-call and a fee for each prescription. Charges will be made to my commissary account.**

Inmate Pre-Authorization: _____
                              Inmate Signature

### **** DO NOT WRITE BELOW THIS LINE ****

STAFF SECTION

Disposition: _S/C_

Person Triaging: _J Taylor_  JANET TAYLOR, LPN  Date: _11/20/97_  Time: _2030_
                (Full Name)   MARS JAIL

FOR STAFF USE ONLY

S: _____

O: _____

A: _____

P: _Ref to Clinic_

_11/20/97_          _J Taylor_  JANET TAYLOR, LPN
Date                Health Service Signature  MARS JAIL

CC 035          White - Medical Department      Yellow - Other      Pink - Inmate

739

NOV 21 1997

DEP'T OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _11-20-97_          Inmate's Name: _William M Hicks_
                                                    (Alias, if used)

Arrest #: _R 597-17076_          Location: _7-D-2_²   DOB: _9-8-63_

To: _KEVIN J. "EMSA Directa"    SEcond request_

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: _SIR, once again pain medication runs_
_out "I wish you please Rewriw pain meds_
_on 11-21-97 Before weekend "Runs out 11-22-97"_
_SIR, I hope I Don't have to suffer all weekend_
_+ next week Fighting For pain meds" IF I DN'YOU_
_pushed me to For "I'm tiredd of pain causation + By_
_William m Hicks                    11-20-97        EMSA_

Inmate's Signature                              Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

cc. Hicks
    Lawyer

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

_Medication Renewed  11-24-97_

Completed By: _____ KEVIN JORGENSON, RN, BSN / HEALTH SERVICE ADMINISTRATOR / MAIN JAIL BUREAU_  CCN   Date: _11-1-97_  Time: _0745_

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

BROWARD SHERIFF'S OFFICE
DEPARTMENT CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

Inmate's Name: William M Hicks    Arrest#: FS97-17071    Cell: 7-D-2    Facility: Main Jail    Date: 9-26-97

### PART A - INMATE'S GRIEVANCE

RE: internal Affairs"

I asked internal Affairs over 17 months ago to help R.I. + this one guy told me at MBDC "we investigate Betten healthcare + hospitals. He said I asked him to please put that in writing", are" I heard that the agency would also is to provide human control "rights" to people all police them selves" I asked also that the internal affairs would please do a investigation into the abuse + corruption in medical at my trial "Jail Also trial is over after trial there will be one done so I ask that you let me know" In o christian" Be Forward with me William M Hicks

Inmate's Signature    Date Signed: 9-26-97

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

SEP 30 1997

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

I will be with you "if not "oh well" thank you.

Mr Hicks I have addressed your medical complaints I have had you seen by Dr Limia, Dr Hecker, you have also been seen in the Dental Clinic. If you have a specific medical complaint please send a medical request outlining your complaint

Reviewing Deputy's Signature/CCN    Date

Supervisor's Signature/CCN    Date: 11-5-97

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature.    Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

## DIRECTOR'S RESPONSE TO APPEAL

Director's Signature    Date

BSO DJ#51 (Revised 4/93)

741

TEDR

Haeck

NIB, DC

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

===

## TO BE COMPLETED BY INMATE

Date of Request: _12-1-1-97_          Inmate's Name: _William H. Hicks_
                                              (Alias, if used)

Arrest #: _BS95-14533_          Location: _12-1-H-3_    DOB: _9-10-63_

To: _MEDICAL "Doctor Haeck"_

Program Specialist   ☐        Mailroom       ☐        Commissary   ☐
Classification       ☐        Food Service   ☐        Other        ☒

Nature of Request: _____"I'll SEE you SOON"_____

_____

_____SIP IVE requested For months now._____

* _IVE Been toID By R. EVANS I'll speak to you._

# _IVE Been toID By medical staff SAME_

= _IVE Been toID By S. McCampbell Director oF D.O.C._

_____        _____
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

---------------------------------------------------------------

## DO NOT WRITE BELOW THIS LINE:
## ACTION TAKEN/RESPONSE

_Seen by me on 1/8/98_

_Discussed status of Consultants Report —_

_Unity availability of Films //_

_____

_____

Completed By: _____ CCN _____ Date: _____ Time: _____

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information              ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

**EMSA** ✦ *CORRECTIONAL CARE*

RECEIVED
DEC 0 4 1997

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12 J 97                 Facility/Institution: M-Jail

Name of Inmate: William m Hicks    D.O.B.: 9 10 63    Sex: M

I.D. # BS97-17076              Cell #: 7-D-2²

Problem: (in your own words)
I seek to have the white cream or Blue Ice ended SoI may use on my temples + neck to relieve pain as I at times "cry my self to sleep" Thank you

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Person Triaging: _____    Date: 12/4    Time: 9a
(Name)

Disposition: _____

**FOR STAFF USE ONLY**

S: My head still hurts even after I take my medication.

O: AAO x 3, T 98°, P 72, BP 128/84. Skin W&D

A: Alteration in comfort R/T pain

P: ~~Blue Ice~~ PA Referral

E: Notify medical of any problems

Date: 12/4/97    Time: 1000    SHARON GREAVES LPN
Health Service Signature Main Jail

743

RE: No paw Medication

SOB contract

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

ASAP (14)

## TO BE COMPLETED BY INMATE

3979.

William M Hicks                    BS97-17076    7-12-2    M-5      11-23-97

Inmate's Name          Arrest#        Cell    Facility      Date

RE: No paw medication

### PART A – INMATE'S GRIEVANCE

Since 11-20-97 I've submitted medical request + regular request of all + try to do is RENEW paw medication which is a right + also a necessity to maintain a positive + mental attitude" You ARE once again allowing I to suffer in pain "over 19 months all I do is Fight For F_____ medical do to your fault EMSA" So I now go For days stating new waves over medication"

William M Hicks                                    11-23-97

Inmate's Signature                            Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

RECEIVED
DEC 05 1997

Sir your meds were revewed 11/26/97

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Reviewing Deputy's Signature                    12-5-97
                                                Date

Supervisor's Signature/CCN                      Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                            Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

Director's Signature                            Date

744

*TO KEVIN J*

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

DEC 04 1997

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _12-3-97_    Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BSC 97-17876_    Location: _7-D-2_    DOB: _9-10-63_

To: _Directa of EMSA" Kevin J._

| | | |
|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☑ |

Nature of Request:

SIR, I tHought you WaS to Bring me medical releaso FormS to Sign So I caJ try to get medical

Per Donna J Faxed you papers Please Do AS tHis is very important "THaNKS

_William m Hicks_    _12-3-97_
Inmate's Signature        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-----------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Resolved

KEVIN JORGENSON, RN, BSN
ASST. HEALTH SERVICE ADMINISTRATOR
MAIN JAIL BUREAU

Completed By: _____ CCN    Date: _12/5/97_    Time: _6:0_ _pm_

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information    ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

745

BSO DJ#24 (Rev. 4/93)

**EMSA** **CORRECTIONAL CARE**

RECEIVED
DEC 04 1997

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |

Date: 12 J 97    Facility/Institution: M-Jail

Name of Inmate: William M Hicks    D.O.B.: 9 10 63    Sex: M

I.D. #: BS97-17076    Cell #: 7-D-2

Problem: (in your own words)

I SEEK to have the White cream or Blue Ice ordered so I may use on my temples & neck to relieve pain as I at times "cry my self to sleep" Thank you

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Person Triaging: _____ (Name)    Date: 12/4    Time: 9a

Disposition: _____

**FOR STAFF USE ONLY**

S: My head still hurts even after I take my medication.

O: A+O x 3, T 98°, P 72, BP 128/86. Skin W&D

A: Alteration in comfort R/T pain

P: ~~Blue Ice~~ PA Referral

E: Notify medical of any problems

Date: 12/4/97    Time: 1000    _____ SHARON GREAVES LPN

Health Service Signature    Main Jail

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

746

BROWARD SHERIFF'S OFFICE
INMATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: 12-4-97          Inmate's Name: William m Hicks
                                              (Alias, if used)

Arrest #: BS97-17076          Location: 7-D-2²     DOB: 9-10-63

To: Directa of Em SA "kevin J"

| | | | | |
|---|---|---|---|---|
| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ | | |
| Classification ☐ | Food Service ☐ | (Other) ☐ | | |

Nature of Request: Sorry to bother you SIR
"Saw at SFSS on please remove $8,00 Bill Fa nurs"
I Saw nurse to Seek Blue Ice n White cream
do tn I aply to temples + Jaw fractur + she fills
aut a bil for it $8.00 I Said it's Fa exsistung swllen
at wd I Said they Brok facial + natural offensis w hen
I ASk you to remove that Bill For $8.00 Thaks

Inmate's Signature  William m Hicks      Date Signed  12-4-97

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

Sir I have asked that your
accaunt be credited

RECEIVED
DEC 0 8 1997

Completed By: _____  CCN  Date: 12-8-97  Time: 12 36 p

All requests will be handled by the responding deputy in one of the following ways:

☐ Written Information          ☐ Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

747

TO WHOM IT MAY CONCERN:

YOU ARE HEREBY AUTHORIZED TO FURNISH ANY AND ALL MEDICAL
INFORMATION, INCLUDING BY NOT LIMITED TO HOSPITAL RECORDS,
X-RAY REPORTS, PSYCHOLOGICAL, DRUG, ALCOHOL AND H.I.V. TESTING
AND MEDICAL REPORTS AND MEDICAL OPINIONS TO MY MOTHER DONNA
JOHNSON.

DISCLOSE NO INFORMATION TO ANY INSURANCE ADJUSTER OR OTHER
PERSON WITHOUT WRITTEN AUTHORITY TO DO SO.


WILLIAM M. HICKS          DATE          WITNESS          DATE

748

**EMSA** **CORRECTIONAL CARE**

To DR. Limia

*A.S.A.P*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☑ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12-6-97    Facility/Institution: Main Jail

Name of Inmate: Hicks William    D.O.B.: _____ Sex: male

I.D. # BS97-17076    Cell #: 2-D-2²

Problem: (in your own words)

TO DR Limia SIR, I ASk THat you please help me by raising my elavil sych" it's 100mg now and I feel I need it more now" please raise it TO 150 mg as I Need it "I kaw" I toLD you it works Fine "it does" please

**DO NOT WRITE BELOW THIS LINE**    raise it

**STAFF SECTION**

Person Triaging: N. Bronson RN    Date: 12/7/97    Time: A
(Name)

Disposition: SIc (mental)

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: _____

E: _____

Date: _____ Time: _____

Health Service Signature

**EMSA** *CORRECTIONAL CARE*

RECEIVED
DEC 09 1997

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _12-9-97_    Facility/Institution: _MAIN JAIL_

Name of Inmate: _William M Hicks_    D.O.B.: _9,10,63_    Sex: _Male_

I.D. #: _8597-17076_    Cell #: _2-D-2 2_

Problem: (in your own words)    READER  2nd request

on 12-3-97 I wrote last request "asking for Blue Ice or White cream
that removes pain or he 118 I put on temples al over right jaw
Bone sticking out of Face " couple days ago I saw nurse on 3-11 pm
al she said she ordered it "don't have it asked nurse to check" word

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: _J Taylor_    Date: _12/9/97_    Time: _2200_
(Name)

Disposition: _S/C_

**FOR STAFF USE ONLY**

S: _" I need some more analgesic balm for my pains. "_

O: _Alert & oriented x 3. No apparent distress noted_

A: _Alt in comfort r/t pain_

P: _See Physician Order_

E: _Instructed on plan of care_

Date: _12-12-97_    Time: _235p_    M. D. MAXINE DUNCAN LPN  _LPN_
MAIN JAIL BUREAU
Health Service Signature

Director of EMSA

MENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

**RECEIVED**

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

DEC 1 9 1997

TO BE COMPLETED BY INMATE

Date of Request: 12-12-97                    Inmate's Name: William M Hicks
                                                              (Alias, if used)

Arrest #: BS97-17076           Location: 7-D-2           DOB: 9-10-6

To: Keow J. "Director of EMSA"      S/C.O.D

Program Specialist  ☐         Mailroom      ☐         Commissary  ☐
Classification      ☐         Food Service  ☐         Other       ☐

Nature of Request: Str, I saw nurse on 7-3pm at 11:35am & this was t
second medical request to receive Blue Ice or white cream
That Heats up", I use it for Jaw & temples to relieve
Pain" I have so much pain I seek others Str, He IP's I
ask you to Have it ordered Full time so I'll get As needed
To receive $8.00 charge for Speedy to use on 12-12-97" Thanks
William m Hicks                          12-12-97
Inmate's Signature                            Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST
BOX LOCATED IN EACH POD.

------------------------------------------------------------------------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

"I would like blue Ice for a month
for my facial injury."
No facial expression of pain no redness or swelling
Refused to clinic.

Completed By:                    CCN              Date:              Time:

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information                    ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

751

**EMSA ≠ CORRECTIONAL CARE**

RECEIVED
DEC 22 1997

*A.S.A.P.*
*renewal*
*OF ALL*
*pain meds*

*Per Kevin J.*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 12-19-97    Facility/Institution: M-Jail

Name of Inmate: _____    D.O.B.: 9-10-63    Sex: M

I.D. #: BS97-17026    Cell #: 7-A-1 B

Problem: (in your own words)

need renewal of ALL
pain meds. They run out 12-24-97
I write per Kevin J. instructions
so please have all renewed

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Person Triaging: Lei Lennon    Leelee LPN    Date: 12/21/97    Time: 1430

(Name)

Disposition: Medical

**FOR STAFF USE ONLY**

S: _____

O: _____

A: _____

P: Please sign-up for sick call to be evaluated
prior to medication being renewed or issued

E: _____

Date: 12/22/97    Time: 11:15 AM    T. LANZA HSA

/ Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

752

WARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
ATE'S REQUEST FORM

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

<center>TO BE COMPLETED BY INMATE</center>

Date of Request: _12-20-97_     Inmate's Name: _William M Hicks_
                                                   (Alias, if used)

Arrest #: _BS977776_     Location: _7-A-1-6_  DOB: _9863_

To: _EMSA Director "Kevin J_

| | | | | | | |
|---|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: _____

_SIR, IVE pased several slips_
_Into review pain meds "all pain meds"_
_I Ask you to please help me._

_Thank you._
_William m Hicks_          _12-20-97_
Inmate's Signature                    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

<center>DO NOT WRITE BELOW THIS LINE:<br>ACTION TAKEN/RESPONSE</center>

RECEIVED
DEC 22 1997
RECEIVED

_Will be done when need._

Completed By: _____ COR _____ Date: _1/1/98_   Time: _108_

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information          ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

SO DJ#24 (Rev. 4/93)

753

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

## TO BE COMPLETED BY INMATE

| Inmate's Name | Arrest# | Cell | Facility | Date |
|---|---|---|---|---|
| William M Hicks | 13597-1706 | 702 | | DEC 22 1997 |

RE medical

### PART A – INMATE'S GRIEVANCE

Seems I always Fight For medical" I waited over 2 weeks For a dentist to come back + was called down yesterday at 7:00 am " I waited till 8:45 am + gave to Lawliburay "Fall Housing Dept to call to change "wouldn't" He told control I am remote to DN" + came back still Fighting to call down" I awoke sick "pain due to BOTH" I asked Housing Dept to call "Sick" on sick List "Spoke to Sgt mc leavry + said to grieve it" I'm Fucking tired of Fighting For medical!" I'm To write a complaint to License for the only Breast Dentist you got.

_William M Hicks_                                                    12-16-97

| Inmate's Signature | Date Signed |
|---|---|

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B – RESPONSE

cc: File
Internal Affairs

I need a Dentist & Doctor M.D. I am For months" "why"

You were seen by the dentist on 12/22/97. If the problem persist, please go to sick call.

| Reviewing Deputy's Signature/CCN | Date |
|---|---|
| J. T. Canra, IISA | 12/29/97 |
| Supervisor's Signature/CCN | Date |

## TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

| Inmate's Signature | Date Signed |
|---|---|

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## DIRECTOR'S RESPONSE TO APPEAL

| Director's Signature | Date |
|---|---|

754

TO Kevin J.

12-26-97

RECEIVED
DEC 31 1997

I William M Hicks BS97-17076 Am
tired of threats by B.S.O. & D.O.C
Deputys over stupied shit.

I STATE Second time I Want to
Be moved to N.BDC, SO Ill remain
competent to Stand trial Feb 2, 98.

I cant handle all added stress,

Please note I Send to all Suites

CC: BSO
D.O.C
Police commission
all Suites
S. macampbell
Kevin J. EMSA.

William M Hicks
BS97-17076
7-A-16
main Jail

755

**EMSA** ✚ **CORRECTIONAL CARE**

*Who HAS Internal Affairs w Jail dr to medical*

RECEIVED
JAN 04 1998
BY:

## INMATE MEDICAL REQUEST FORM

*A.S.A.P.*

☐ DENTAL   ☑ MEDICAL   ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _1-2-98_   Facility/Institution: _M - Jail._

Name of Inmate: _William m Hicks_   D.O.B.: _9-10-63_   Sex: _m_

I.D. # _B397 7 2K6_   Cell #: _7-A-2 6_

Problem: (in your own words)

_To Renew pain meds " midrin + moltrin + robaxtrin". renew All Same "Time"_
_need Renewal of pain meds "_
_A.S.A.P.   run Sout 1-6-98_

### DO NOT WRITE BELOW THIS LINE

#### STAFF SECTION

Person Triaging: _P. Young_ (Name)   Date: _1/3/98_   Time: _630 p_

Disposition: _S/C_

PATTINA YOUNG, LPN
MAIN JAIL BUREAU

**FOR STAFF USE ONLY**

S:

O:

A:   _Ordered   1/3/97_

P:

E:

Date: _1 3 98_   Time: _____   JERRELY R. BRANTLEY, RN_
HEAD NURSE, MJB
Health Service Signature

White — Medical Department     Yellow — Other     Pink — Inmate

CL 1480-01

756

Lanza
EMSA
Director

BROWARD SHERIFF'S OFFICE
DEPA. _E OF CORRECTIONS AND REHABI.
INMATE'S REQUEST FORM

JAN 05 1998

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _1-4-97_

Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _BS97-17076_

Location: _7-A-16_   DOB: _9-18-63_

To: _EMSA Director" TONY Lanza_

| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | other | ☑ |

Nature of Request: _Sir, I Williams m Hicks ask you Tony Lanza to please tell Docm to re fill my perscription For pain meds "① Amilcin ② moltrin ③ robaxzan + please note we have not met "I'm the one with Abuso By EMSO + B.S.O" "Fractures" Please allow me to have meds Williams In you Sir, Thank you. m Hicks_   _1-4-98_

Inmate's Signature                        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

-------

### DO NOT WRITE BELOW THIS LINE:
### ACTION TAKEN/RESPONSE

_Mr. Hicks, if you have a medical problem and complaint, please address it through the regular channel e.g. "Sick call Request." Thank you._

Completed By: _____ DARLENE R. BRANTLEY, RN   Date: _1/5/98_   Time: _12³⁰_
                         HEAD NURSE, MJB

All requests will be handled by the responding deputy in one of the following ways:

☐   Written Information                          ☐   Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)

757

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*Superintendent*
*Roberts*
*main Jail*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

TO BE COMPLETED BY INMATE

Date of Request: _1-5-98_    Inmate's Name: _William m Hicks_
(Alias, if used)

Arrest #: _B597-1296_    Location: _7-A-16_  DOB: _7-10-63_

To: _Superintendent Roberts of main Jail_

| Program Specialist ☐ | Mailroom ☐ | Commissary ☐ |
| Classification ☐ | Food Service ☐ | Other ☑ |

Nature of Request: _Stp, rcct medication + I've tried all ways, seems no response by Sgt do to he avoids me, I ambd may cause this a harsh reply + will I suffer on 1-5-98 do to no pain meds. I'll will not General medical request but I will report my ailment for William m hicks._

Inmate's Signature    _1-5-98_ Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_You were seen by the physician on January 6, 1998. You were prescribed medication for pain on an "as needed" basis. If you need the medication, notify the medication nurses and they will issue you the medications._

Completed By: _J. Carey CFSA con_    Date: _1/9/98_  Time: _8:45 Am_

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information        ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

*Ans rvd on*
*1-6-98*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE'S REQUEST FORM

*reply*

If you haven't asked the housing unit deputy to solve this problem, do so before completing this request.

## TO BE COMPLETED BY INMATE

Date of Request: _1-5-98_    Inmate's Name: _William M Hicks_
(Alias, if used)

Arrest #: _B597-17006_    Location: _7-A-1_ ᵇ    DOB: _9-10-63_

To: _Tony Lanza EMSA Director_

| | | | | | |
|---|---|---|---|---|---|
| Program Specialist | ☐ | Mailroom | ☐ | Commissary | ☐ |
| Classification | ☐ | Food Service | ☐ | Other | ☐ |

Nature of Request: _Second reply for renewal of_
_pain medication that runs out on 1-6-98._
_Sir, Tony L. I've done procedures not_
_always us me even respond except reply c_
_like yours" not my problem! still I_
_only ask for renewal this meds "Please_
_respond in so! manner please Thank you_
_1-5-98_

Inmate's Signature _William M Hicks_    Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM. RETURN ALL OTHER COPIES TO THE INMATE REQUEST BOX LOCATED IN EACH POD.

------

DO NOT WRITE BELOW THIS LINE:
ACTION TAKEN/RESPONSE

_____

_____

_____

_____

_____

_____

Completed By:_____ CCN _____ Date:_____ Time:_____

All requests will be handled by the responding deputy in one of the following ways:

☐  Written Information            ☐  Personal Interview

All grievances will be responded to, in writing, by the Office of Information and Review.

BSO DJ#24 (Rev. 4/93)                                                    759

BROWARD SHERIFF'S OFFICE
DEPARTM. CORRECTIONS AND REHAI TION
INMATE GRIEVANCE FORM

TO BE COMPLETED BY INMATE

Williams M Hicks          3597-1706   ___6   M-J        1-8-98
Inmate's Name                  Arrest#         Cell   Facility          Date

PART A - INMATE'S GRIEVANCE

RE: BSO & EMSL

Seems no one at Broward Sheriff's office will
take responsibly For problems. I Fight For
Simple thing to receive pain meds. & now
Sgt manage 11 to Busy all the time. EMSL don't
answer medical request & EMSL Tony Lanza is
Hot Head over & asked For Help all over received
pF Pain meds
Williams M Hicks

_____                    1-5-98
Inmate's Signature                        Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
PART B - RESPONSE

JAN 20 1998

You were seen by the physician
on 1/6/98 and prescribed medication
for the pain

_____              _____
Reviewing Deputy's Signature/CCN              Date

_____ T LANZA HSA                    1/2/98
Supervisor's Signature/CCN                    Date

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**
I _____, wish to appeal the response.

_____              _____
Inmate's Signature                        Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

_____              _____
Director's Signature                          Date      760
BSO DJ#51 (Revised 4/93)

**EMSA** *CORRECTIONAL CARE*

## INMATE MEDICAL REQUEST FORM

*A.S.A.P.*

☐ DENTAL    ☐ MEDICAL    ☑ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 1-6-98    Facility/Institution: M-J

Name of Inmate: William M Hicks    D.O.B.: 9 10 63    Sex: M

I.D. #: BS97-1726    Cell #: 7-A-1 6

Problem: (in your own words)
Dr Lima, I need to See you now "
Something wrong " High blood pressure "
Heart Beating " chest pain " Burny chest
Stoache " Face always red 'quick to react'

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Person Triaging: A Brinson L——n    Date: 1/7/98    Time: Am
(Name)
Disposition: S/C

**FOR STAFF USE ONLY**

S: Seen by Dr Lima on 1/12/98

O: Will stay in Main Jail s
the same med

A: Please see progress note by
Dr Lima

P:

E:
Date: 1/12/9  Time: 1 PM

VIRGILIO IBAY, RN, BS, CCHP
MAIN JAIL BUREAU
Virgilio Ibay RN
Health Service Signature

White — Medical Department        Yellow — Other        Pink — Inmate

CL 1480-01

761

new Jail

1-7-98

TO ASSISTANT "Superintendent" Robinson

I William m Hicks Arrest BS97-17076 STATES
The Following:"

① I can Bring charges against you!

② I can prove conspiricy!

③ I can prove conspiricy to commit murder!

I Hicks am willing to Drop all charges That
will or would have been brought against you!

rules TO Aply to:

① get honest

② tell whole truth

③ All I seek is Chuck morton "prosecutor"

your choice "LAST" Attempt to be
Lenient Do to my Fotther in heaven "GOD' has
me to write this:

cc: File

Sincerely William m Hicks

1-7-98      William m Hicks

BS97-17076

BS95-14633

762

TO TONY
Lanza

DEPARTME    CORRECTIONS AND REHAE
INMATE GRIEVANCE FORM

MAY 31 1998

TO BE COMPLETED BY INMATE

William M Hicks    BS97-17026    7-A-1    Broward Co Jail    1-29-98

Inmate's Name                                     Arrest#         Cell    Facility         Date

REEMSA "no medication"    PART A – INMATE'S GRIEVANCE

STR. Try to picture THIS AS I knew First hand on what kind of medical
Treatment I recieve. SEEMS a contractor of THIS size w alot of jails
and is responsibl. For lives & health of the county + state which pays the
Bill! Seems I over 20 months can't get medical "Let alone pain medication
which should have + been ordered to have on STOCK". I never Fought harder
Than I have Fr pain medication in my Life! Seems EMSA is not qualified to contract.

William M Hicks                                   1-29-98

Inmate's Signature                               Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

cc: File
? BSO Director
! Sheriff
: TU + newspapers

TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
PART B – RESPONSE

RECEIVED
FEB 03 1998

You have been referred to be evaluated and
treated if necessary by the physician. You will
be seen today (2/3/98)

_____ Lanza ASA                                2/3/98

Reviewing Deputy's Signature/CCN                 Date

_____          _____
Supervisor's Signature/CCN                       Date

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**

I _____, wish to appeal the response.

_____          _____
Inmate's Signature                               Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

Director's Signature                             Date

763

**EMSA CORRECTIONAL CARE**

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _Main Jail_

Inmate I.D. # _13597/7076_

Inmate Name: _Liche, William_       D.O.B.: _9.9.63_

Date of Last H & P: _7-25-97_    Date of Last PPD: _def_    Results: _∅_

Allergies: _NKA_

Current Health Problems: _psych_

Current Medication (Name, Dosage, Frequency, Duration:) _Elavil 100 mg po PM x30d_
_Robaxin 500 mg po TID, Midrin ii po TID, Tylenol 650 mg TID_

Physical Disabilities/Limitation: _____

Assistive Devices/Prosthetics: _____  ∅

Glasses: _____ Contacts: _____

Follow-up care needed: _F/U by psych_

Signature _Virgilio Itay RN_        Date _2/10/98_

## TRANSFER RECEPTION SCREENING

Facility: _NBB_     _Deferred_    T___ P___ R___ B/P___

S: Current Complaint: _"They declared me incompetent._
_What a joke" — Alt Psych_

Current Medications/Treatment: _Elavil, Robaxin, Midrin_
_Tylenol_

O: Physical Appearance/Behavior: _A+O x3 - clean w/m in_
_NAD - Joking c̄ staff - Co-operative)_

Disposition:  ( ✓ ) General Population    ( ) Infirmary    Referral: ( ) Medical  ( ) Dental  ( ✓ ) Mental Health

When:    ( ) Immediately    ( ) Sick Call    ( ) Other _____

Signature _Patricia Bell, LPN_ _NBDC_       Date _2/10/98_

764

# EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE              :    _2/10/98_

MEMORANDUM TO  :    _Classif_

FROM              :    _Lee Thang RN_

INMATE NAME      :    _Hicks, Nathan_

ARREST NUMBER    :    _8899 17076_

DATE OF BIRTH    :    _9-19-63_

PRESENT LOCATION :    _____

TRANSFER TO      :    GENERAL POPULATION    _✓_____

                      MENTAL HEALTH          _____ (LIST UNIT)

                      INFIRMARY              _____  _1224d_

                      COMMUNICABLE DISEASE   _____

REASON FOR REQUEST:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NOTE:        ORIGINAL TO CLASSIFICATION
             COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

# SPECIAL DIET ORDER FORM

DATE OF ORDER: _____2/11/98_____

INMATE NAME: _____Hicks, William_____

ARREST #: _____BS 971707 6_____

D.O.B.: _____9/9/63_____ LOC: _12263_____

Please check the box for the ordered diet:

☐     CLEAR LIQUIDS

☐     FULL LIQUIDS

☐     2400 CALORIE ADA (with evening snack)

☒     2800 CALORIE ADA (with evening snack)

☐     REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐     PREGNANCY DIET

☐     ALLERGY TO:_____(Please be specific)

Physician/Dentist/Psychiatrist/PA: _____

☒     THIS DIET ORDER IS PERMANENT          RENEW EVERY 30 DAYS
_____

☐     THIS DIET IS TEMPORARY       ☐     FOR A PERIOD OF _____DAYS

☐     RETURN TO REGULAR DIET

**766**

White - Medical            Yellow - Kitchen

**EMSA** *CORRECTIONAL CARE*

A.S.A.P
FEB 21 1998

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☐ MEDICAL    ☑ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-20-98    Facility/Institution: N B D C

Name of Inmate: William M Hicks    D.O.B.: 9 10 63    Sex: M

I.D. #: BS97 -17076    Cell #: 12-2-4-3

Problem: (in your own words)

To doctor per Filio: I like to move to a open cell
you have this cell made up of crazy persons od I
cai't Focus do to noise & person of mental defects b
I seek to move "I Suffer From Severe Head aches"

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Person Triaging: _____ (Name)    Date: 2/20/98    Time: 5P

Disposition: S/C

**FOR STAFF USE ONLY**

S: as above

O: W/m c/o "location is not in compliance c court order"

A: deferred

P: Explained to pt. that BSO "places pts", and
E: Mental Health responsible to follow actions.

Date: 2/21/98    Time: 1520    V. Nindu, North Broward
Health Service Signature

White — Medical Department    Yellow — Other    Pink — Inmate

CL 1480-01

767

**EMSA CORRECTIONAL CARE**

*To Mark Levinsky*

*of programs*

**INMATE MEDICAL REQUEST FORM**

A.S.A.P.

FEB 2 1 1998

☐ DENTAL    ☐ MEDICAL    ☐ MENTAL HEALTH
(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 2-20-98 _____ Facility/Institution: _____ N B D C

Name of Inmate: William m Hicks ___ D.O.B.: 9 10 63 Sex: M

I.D. # BS97-17006 _____ Cell #: 12-2-H-3 L

Problem: (in your own words)

Since Feb 5, 98 I don't get what I should "Im incompetent To stand trial and should be in a cell to motivate me" But instead as always I Fight For things That should happen", I try to Be placed in a cell has meetings & is a has persons of some level "not crazy & violating court

DO NOT WRITE BELOW THIS LINE    order.

**STAFF SECTION**

Person Triaging: _____ Date: 2/20/98 Time: 5P
(Name)

Disposition: _____ S/C

**FOR STAFF USE ONLY**

S: _____

O: _____

see request 2/20 dated

A: _____

P: _____

E: _____

Date: _____ Time: _____

Health Service Signature

**EMSA** *CORRECTIONAL CARE*

RECEIVED FEB 2 5 1998

A.S.A.P
*Please*

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

**(Please check one of the above)**

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: _2-24-98_     Facility/Institution: _N.B.D.C_

Name of Inmate: _William M Hicks_    D.O.B.: _9 10 63_

I.D. # _BS97-17076_    Cell #: _12-2-4-3 4_

Problem: (in your own words)

_I need To speak To a licesed M.D. Doctor!_
_I have suffered Fractures For over 20 months._
_I need to speak Like yesterday!_
_Also chest pains Please " THank you " Severe pain!_

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition: _S/c_

Person Triaging: _____ (Name)    Date: _2/24/98_  Time: _5 PM_

**FOR STAFF USE ONLY**

S: _"In 4/97 I have several fractures, jaw, skull." "I'm_
_in pain all the time," "in my head."_

O: _____

A: _alteration in comfort, H/A_

_currently on Medrin ; Tylenol_

P: _refer to clinic_

Date: _2/26/98  4:30 p_    _Susan L Harrison RN_
Health Service Signature

CC 018    White — Medical Department    Yellow — Other    SUSAN L. HARRISON, RN    Pink — Inmate    **769**
NRDC

INMATE GRIEVANCE FORM

TO B. EVANS

## TO BE COMPLETED BY INMATE

William no Links                         3507-7006  12-24-?   NBDC     2-26-98

**Inmate's Name** _____  **Arrest#** ___ **Cell** ___ **Facility** ___ **Date** ___

### PART A - INMATE'S GRIEVANCE

Since I was transferd to N.B.D.C, I have not to recive proper meds. I try to see docta "I'm over 7 week limit! This has truing to Broward tat you to trial but seems I fight over same shit! I believe a few more employes Should be Fired due to neglect!

I need to see M.D Docta "Plain + Simple not to mention no proper pain meds for over 5 days.

_William no Links_                                2-26-98

**Inmate's Signature** _____ **Date Signed**

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

C.i File
Sheriff
Investigations     Mr. Hodges, you were seen

by Dr. Cody on 3/3/98

**Reviewing Deputy's Signature/CCN** ~~JOAN BAUERSMITH, RN, HN, NBDC~~      **Date**

_Ann Bauersmith_                                          3/8/98

**Supervisor's Signature/CCN** _____ **Date**

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

**Inmate's Signature** _____ **Date Signed**

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

_____

_____

_____

_____

**Director's Signature** _____ **Date**

BSO DJ#51 (Revised 4/93)

# EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

**DATE**               :   2.26.98

**MEMORANDUM TO** :   Classification

**FROM**               :   Hanley

**INMATE NAME**     :   Hicks William

**ARREST NUMBER**  :   BS 9717076

**DATE OF BIRTH**    :

**PRESENT LOCATION** :   12.2H3

**TRANSFER TO**     :   GENERAL POPULATION    _____  12.2H4

                        MENTAL HEALTH         ___✓___ (LIST UNIT)

                        INFIRMARY             _____

                        COMMUNICABLE DISEASE  _____

**REASON FOR REQUEST:**

Cell adjustment

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

NOTE:          ORIGINAL TO CLASSIFICATION
               COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

771

**EMSA** *CORRECTIONAL CARE*

MAR - 7 1998

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 3-6-98     Facility/Institution: N B DC

Name of Inmate: William M Hicks     D.O.B.: 9 18 63

I.D. #: BS97-17076     Cell #: 12-1-H-4

Problem: (in your own words)

Please note " I Suffer Severe pain & I was on midrin now over 18 months" Seems that your EMSA always run out of midrin that's ordered For I, when I seek help By nurse "all I get is a attitude" Such, do I get Poor Treatment Twice" tell me

### DO NOT WRITE BELOW THIS LINE

## STAFF SECTION

Disposition: SKC

Person Triaging: Vickery (Name)    PATRICIA VICKERY, RN NBB    Date: 3/7/98    Time: 1000

**FOR STAFF USE ONLY**

S: As Stated

O: Medication was ordered on 3/3/98 will reorder Medication

A: Alt in Mental Status Related to Medication

P: R+P follow

E: Access to Emsa as needed

Date: 3/8/98    Vickery    PATRICIA VICKERY, RN Health Service Signature NBB

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

*Superintendent*                                                         *EMSA*

RE: EmSA & B.S.O. STAFF    **TO BE COMPLETED BY INMATE**
                              DR 8595-14533            MAR 11 1998

William M Hicks        BS97-17076  12-1-H-4  N B D C    3-8-98
Inmate's Name          Arrest#      Cell      Facility    Date

**PART A – INMATE'S GRIEVANCE**

Ma'am, I'm sorry to bother you with my complaint & pleas
for help to solve my problem with constant neglect on behalf of
EmSA & B.S.O. I suffer in constant pain 24 hours a day, since I
have been beaten up "essaulted" & held By B.S.O Deputy Divino as a
human sheild I suffered "47-96" now I saw doctor M.D. 4½ days ago
and still can't recieve pain meds ordered "deliberate acting" Don't know

William M Hicks                          Second plea for the IP.
                                         3-8-98
Inmate's Signature                       Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

**TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW**
**PART B – RESPONSE**

Mr Hicks on 3/3/98 Dr. Craig T your
elavil add prescribed ridln
2 tablits three) times a day whenever
you need it . your medicine started
on 3/1/98.

Reviewing Deputy's Signature/CCN                    Date

_____ Pauuesmith RN_____      3/23/98
Supervisor's Signature/CCN                          Date

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**
I _____, wish to appeal the response.

_____          _____
Inmate's Signature                         Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

**DIRECTOR'S RESPONSE TO APPEAL**

_____
_____
_____
_____

_____          _____
Director's Signature                Date
BSO DJ#51 (Revised 4/93)

773

**EMSA** *CORRECTIONAL CARE*

RECEIVED MAR 3 0 1998

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 3-30-98                Facility/Institution: N B D C

Name of Inmate: William M Hicks    D.O.B.: 9 10 63

I.D. #: BS97-17006        Cell #: 12-1-H-4

Problem: (in your own words)

need To Speak To Nursing or Dr.

medication is not Being renewed & why?

### DO NOT WRITE BELOW THIS LINE

**STAFF SECTION**

Disposition: S/R Guckey

Person Triaging: Guckey (Name)    PATRICIA VICKERY, RN NBB    Date: 3/30/98    Time: 1300

**FOR STAFF USE ONLY**

S: As Stated

O: W/m c/o about not wearing Medication it tab PO ted order is for 90 Day - Only receiving 1 tab @ a time Ref Mr Hicks To Nursing Dept

A: Alt in Confort related to Medication

P: Ref to Medical / Nursing

c Access Emsa as needed

Date: 4/4/98    1300    Guckey    PATRICIA VICKERY, RN NBB Health Service Signature

774

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

*Denied Prescribed Spch.*
*Refuse to Give Pain meds* **TO BE COMPLETED BY INMATE**

| William M Hicks | BSO-7906 | 2-1-4 WBDC | 4-13-98 |
|---|---|---|---|
| Inmate's Name | Arrest# | Cell   Facility | Date |

## PART A - INMATE'S GRIEVANCE

*on 3-11pm Shift medication wasn't came at 11:00pm by nurse nurse. As he called my name I was given 100 milligrams of Dilantin & I asked it 225 milligrams " he gave 25 milligrams would I asked for my own meds " refused to listen to me " I repeated many times plus said have nurse for it. He gives me a dilantin & I left him nothing "refused" giving nurses + 3 time why I came back since Wifen in Tampa deputy colon on 11-7am said to use his name to me. refuse William M Hicks*

| | 2-14-98 |
|---|---|
| Inmate's Signature | Date Signed |

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

---

**TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW**
**PART B - RESPONSE**

*Mr. Hick, we will speak to the nurse from that unit and Deputy Colon.*

| | |
|---|---|
| Reviewing Deputy's Signature/CCN | Date |
| Joan Bauersmith RN | 4/15/98 |
| Supervisor's Signature/CCN | Date |

**TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.**
I _____, wish to appeal the response.

| | |
|---|---|
| Inmate's Signature | Date Signed |

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.**
**RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

---

**DIRECTOR'S RESPONSE TO APPEAL**

| | |
|---|---|
| Director's Signature | Date |

BSO DJ#51 (Revised 4/93)

**EMSA** *CORRECTIONAL CARE*

RECEIVED MAY 1 0 1998

## INMATE MEDICAL REQUEST FORM

☐ DENTAL      ☑ (MEDICAL)      ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 5-9-98                    Facility/Institution: N BDC

Name of Inmate: William M Hicks        D.O.B.: 9/10/63

I.D. #: BS97-17076            Cell #: 12-1-H-4

Problem: (in your own words)

I seek pain medication! THe meds
Im on never in stock long!
I seek To See M.D. Doctor only
right now ASAP please!

### DO NOT WRITE BELOW THIS LINE

### STAFF SECTION

Disposition: _____

Person Triaging: _____ (Name)    Date: 5/9/98    Time: 10PM

**FOR STAFF USE ONLY**

S: As stated above

O: As stated above

A: Alt in comfort

P: Explain procedure to pt,
E. meds have been ordered

Date: 5/10/98    pm _____    DELLA RICHARDSON, LPN
                                        Health Service Signature    NBDC

DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE GRIEVANCE FORM

puty Wall on Duty with Nurse        TO BE COMPLETED BY INMATE

Hicks William m        BSO-17076 12-1-H-4   NBDC   5-16-98
Inmate's Name _____  Arrest# _____ Cell  Facility    Date

PART A – INMATE'S GRIEVANCE

135 om Block Female nurse "Bandges on LeFT hand," she gave me 2 Lithium @ tylenol I Asked @ midrin "she said no she won't," I said it's orderd," she said it's To much and she kept on saying No! I said Let's Turn No To yes! aFter a minute or more she arobed midrin and gave to me," I said it's suppose To be two." she said "no want give me two! she yells To me "Do you pay For it," I said yes with my blood! she got @ midrin + slamed on Floor + it rolls to Floor put's it Back in Flap! she's also eating a pear as she does medication! Now nurse has become Doctor, M.D. & not Nurse R.N., you tell me why I Fight For meds.

        William m Hicks
Inmate's Signature _____          5-16-98
                                        Date Signed

WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
PART B – RESPONSE

Mr Hicks, I will investigate this
poor attitude

Reviewing Deputy's Signature/CCN                        Date

_____ R N                        6/13/98
Supervisor's Signature/CCN                              Date

TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.
I _____, wish to appeal the response.

Inmate's Signature _____          Date Signed

WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.

DIRECTOR'S RESPONSE TO APPEAL

Director's Signature _____          Date
BSO DJ#51 (Revised 4/93)

| [X] 17th Judicial Circuit in and for Broward County | | CLOCK IN |
|---|---|---|
| [ ] In the County Court in and for Broward County | | |

| DIVISION: | | |
|---|---|---|
| [X] CRIMINAL<br>[ ] TRAFFIC<br>[ ] OTHER | **ORDER** | BS97-17076<br>Fel |

**THE STATE OF FLORIDA VS.**

William Hicks

| | | CASE NUMBER |
|---|---|---|
| **PLAINTIFF** | **DEFENDANT** | 95-13759=10 |

CHARGE  1. Murder 1st degree

The defendant having been adjudged Incompetent by the Court at this time ....   It is hereby:

_Ordered And Adjudged_

That the defendant be housed in the Broward County Jail (Forensic Unit). There to be prescribed such medication treatment as deemed necessary to _restore_ competency.

DONE AND ORDERED THIS ____5____ DAY OF ____February____, 19_98_, IN

BROWARD COUNTY, FLORIDA

EMSA

_____
JUDGE

98 FEB -5 PM 1:24

COPIES:        BSO    —    SAO

FORM #CC-252<br>REVISED 10/90

778

## EMSA CORRECTIONAL CARE

### MEDICAL / MENTAL HEALTH RELOCATION REQUEST

**DATE** : _2/10/98_

**MEMORANDUM TO** : _Classif_

**FROM** : _Lee Tracy RN_

**INMATE NAME** : _Micke William_

**ARREST NUMBER** : _13897 17076_

**DATE OF BIRTH** : _9 · 19 · 63_

**PRESENT LOCATION** : _____

**TRANSFER TO** :

GENERAL POPULATION _____✓_____

MENTAL HEALTH _____✓_____ **(LIST UNIT)** _1224N_

INFIRMARY _____

COMMUNICABLE DISEASE _____

**REASON FOR REQUEST:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**NOTE:**     ORIGINAL TO CLASSIFICATION
COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

779

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH SERVICES RECEIPT

Inmate's Name: _William Hicks_    Arrest Number: _BS9717076_

Inmate's Location: _MJB  7D27_
Facility/Pod/Housing Unit/Cell Number

Date: _12/12/97_

| SERVICES | CHARGE—(circle applicable charges) |
|---|---|
| Nurse Sick Call | $ 3.00 |
| Diagnostic Handling Fee | 3.00 |
| Prescription Handling Fee | 5.00 |
| Dental Sick Call | 5.00 |
| MD/PA/ARNP Sick Call, Clinic Visit | 10.00 |
| Optometrist | 15.00 |
| Oral Surgeon | 15.00 |
| Gynecologist | 15.00 |
| Orthopedist | 15.00 |
| Other Specialist | 15.00 |

### VERIFICATION OF SERVICES RECEIVED

_____    _12-17-97_
Inmate's Signature    Date

MAXINE DUNCAN, LPN
Provider (name MAIN JAIL BUREAU name)    _12-12-97_
    Date

_M Duncan LPN_    _12-12-97_
Provider's Signature    Date

INMATE REFUSED TO SIGN:

_____    _____    _____
Witness (print name and CCN)    Witness' Signature    Date

Distribution: White (Original) - Inmate Banking Commissary  Yellow Copy - Health Care Records  Pink Copy - Inmate

BSO DJ#14 (New 7/95)

780

**EMSA** **CORRECTIONAL CARE**

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _Main Jail_

Inmate I.D. # _B597170P6_

Inmate Name: _Hicks, William_     D.O.B.: _9.9.63_

Date of Last H & P: _7.25.97_     Date of Last PPD: _def_     Results: _0_

Allergies: _NKA_

Current Health Problems: _psych_

Current Medication (Name, Dosage, Frequency, Duration:): _Elavil 100 mg po PM x30d_
_Robaxin 500 mg po TID, Midrin ii po TID, Tylenol 650 mg TID_

Physical Disabilities/Limitation: _____

Assistive Devices/Prosthetics: _____

Glasses: _____     Contacts: _____

Follow-up care needed: _F/U by psych_

Signature _Virgilio Ibay RN_     Date _2/10/98_

## TRANSFER RECEPTION SCREENING

Facility: _NBDC_     T _Deferred_ P   R   B/P:

S: Current Complaint: _"They declared me incompetent._
_What a joke" — Hx Psych_

Current Medications/Treatment: _Elavil, Robaxin, Midrin_
_Tylenol_

O: Physical Appearance/Behavior: _A+0 x3 - clean w/m in_
_NAD - Joking c̄ staff - Co-operative_

Disposition: ( ✓ ) General Population     ( ) Infirmary     Referral: ( ) Medical     ( ) Dental     ( ✓ ) Mental Health

When:     ( ) Immediately     ( ) Sick Call     ( ) Other _____

Signature _PATRICIA BELL, LPN NBDC_     Date _2/10/98_

**781**

# SPECIAL DIET ORDER FORM

**DATE OF ORDER:** _2/11/98_

**INMATE NAME:** _Hicks, William_

**ARREST #:** _BS 9717076_

**D.O.B.:** _9/9/63_     **LOC:** _1263_

**Please check the box for the ordered diet:**

☐ CLEAR LIQUIDS

☐ FULL LIQUIDS

☐ 2400 CALORIE ADA (with evening snack)

☒ 2800 CALORIE ADA (with evening snack)

☐ REGULAR DIET WITH LIQUID PROTEIN SUPPLEMENT 3x DAY

☐ PREGNANCY DIET

☐ ALLERGY TO:_____(Please be specific)

**Physician/Dentist/Psychiatrist/PA:** _____

☒ THIS DIET ORDER IS PERMANENT     RENEW EVERY 30 DAYS

☐ **THIS DIET IS TEMPORARY**     ☐ **FOR A PERIOD OF _____ DAYS**

☐ **RETURN TO REGULAR DIET**

White - Medical          Yellow - Kitchen

782

CC054

## INFORMED CONSENT (ANTIPSYCHOTICS)

**MEDICATION:** For example: Thorazine, Mellaril, Prolixin, Trilafon, Loxitane, Navane, Stelazine, Serentil, Moban, Haldol, or any other antipsychotic.  RISPERDAL — Risphaclone.

**PURPOSE:** These medications are used to treat serious mental and emotional conditions and to restore calmness. They work by improving the balance of chemical substances within the brain.

**COMMON SIDE EFFECTS:** Common side effects include: Sleepiness, muscle stiffness, abnormal involuntary movements, some of which may be persistent and are called Tardive Dyskinesia, difficulty urinating, lowered blood pressure which may be experienced as light headedness, blurred vision, dry mouth, constipation, and sensitivity to sunlight. If you experience any of these side effects, please report them to any member of the health care staff.
**ALTERNATE TREATMENT:** It has been determined at this time that this category of medication is the most effective therapy available, and that this class of medication will relieve undesirable symptom better and more quickly than other treatments. Other treatments include activity therapies and talk therapies such as counselling or behavior therapy.
**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days. Significant benefit may require regular and long-term usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets your needs. The doctor may order laboratory tests from time to time, to ensure that the medication is not causing any serious problems. The doctor at a minimum, reviews the medication and its effects every month.
**NOTIFICATION:** I understand that I can decide to stop taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking the medication, it will not affect my ability to receive other health care.
**RISKS AND HAZARDS:** Avoid alcohol. Avoid driving a vehicle and other activities that require alertness. Avoid long periods of time in sunlight. Avoid exposure to sunlamps. Avoid too much exercise, extreme heat or other activities likely to make you tired.

I understand, that by signing this form, I am agreeing to let EMSA - Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of the treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions with the doctor and a copy of this form will be given to me.

Patient's signature: X William M Hicks    Date 2 / 13 / 98

Staff signature: _____    Date 2 / 13 / 98
A. M. PERFILIO, MD
NBB - PSYCHIATRIST

NAME_____ R____ S____ DOB_____ #_BS97/707B

783

EMSA CORRECTIONAL CARE
INFORMED CONSENT (LITHIUM)

**MEDICATION:** Lithium/Lithium Carbonate (Eskalith, Lithane, Lithobid, Lithonate, Lithotabs).

**PURPOSE:** This medication is used to treat highly changeable moods.

**COMMON SIDE EFFECTS:** Common side effects include, but are not limited to: Increased urination and thirst, fine hand tremor, upset stomach, vomiting, diarrhea, muscle weakness, thyroid gland enlargement, sleepiness. If you experience any of these or other side effects, please report them to any member of the health care staff.

**ALTERNATIVE TREATMENTS:** It has been determined at this time that this category of medication is the most effective therapy available, and that this class of medication will relieve undesirable symptoms better and more quickly than other treatments. Other treatments include activity therapies and talk therapies such as counselling or behavior therapy.

**APPROXIMATE LENGTH OF CARE:** This medication usually acts within a few days. Significant benefit may occur within three weeks. Maximum benefit may require regular and long-term usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that will meet your needs. The doctor will order laboratory tests from time to time to ensure that the medication is safe. The doctor, at a minimum, reviews the medication and its effect every month.

**NOTIFICATION:** I understand that I can decide to stp taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care.

**RISKS AND HAZARDS:** Avoid abrupt changes in weight, and changes in salt intake. Avoid too much caffeine, and avoid activities resulting in high levels of sweating.

I understand that by signing this form I am agreeing to let EMSA Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of this treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions I might have about my treatment with the doctor, and that a copy of this form will be given to me.

Patient's signature: X _William M Hicks_ Date _2/20/98_ Time _9:40_

Staff signature: _____ A. M. PERFILIO, MD
NBB - PSYCHIATRIST Date _2/20/98_ Time _9:40_

NAME_____ R___ S___ DOB_____ # _(3557)17076_

784

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _____ N BB _____

Name: _Hicks  William_ _____  ID# _BS 97 170 76_

D.O.B. _9-19-63_

I, _William  Hicks_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X  A.    Refused medication.              ____  E.    Refused X-Ray services.

____  B.    Refused dental care.              ____  F.    Refused other diagnostic tests.

____  C.    Refused an outside medical appointment.  ____  G.    Refused physical examination.

____  D.    Refused laboratory services.          ____  H.    Other (Please specify)

_Risperidol 2 mg @ 9am_

Reason For Refusal  _refused "Change" "reactions"_

Potential Consequences Explained  _Loss of control of moods_

    I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

    I have read this form and certify that I understand its contents.

_William M Hicks_
Witness Signature

_E McKenzie LPN_
Witness Signature                     ELMA McKENZIE, LPN
                                          NBB                   Patient Signature

Date _2-23-98_                          Time _8:30 A_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                    785    7704

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N. Broward_

Name: _HICKS  William_    ID# _BS97 17076_

D.O.B: _9-19-63_

I, _William Hicks_ have, this day, knowing that I have a condition
    (Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| _X_ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | ___ | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_Risperdal 2 mg Po in PM_

Reason For Refusal _____

_" The doctors' going to change it "_

Potential Consequences Explained _____

_Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_U. Thinder, RN_    _Refused to sign_
_Valerie Thinder, RN._
_North Broward_
Witness Signature    Patient Signature

_2-23-98_    _17 w_
Date    Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013    786    7/94

**EMSA CORRECTIC. .A CARE**

## REFUSAL OF TREATMENT FORM

Institution: _NBB_

Name: _Hicks  William_          ID# _BS 9717076_

D.O.B. _9 - 9 - 63_

I, _William  Hicks_          have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

_Respuridol  2 mg  @  qan_

Reason For Refusal _Do to side effect_

Potential Consequences Explained _Loss  of  control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Elma McKenzie_
Witness Signature

ELMA McKENZIE, LPN
NBB

Witness Signature

_William m Hicks_  2-25-98
Patient Signature

Date _2/25/98_          Time _10 a_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013                                                                              787  7/94

## EMSA CORRECTIONAL CARE

### MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE                    :    2·26·98

MEMORANDUM TO  :    Classification

FROM                    :    Hanley

INMATE NAME       :    Hicks William

ARREST NUMBER  :    BS 9717076

DATE OF BIRTH     :    _____

PRESENT LOCATION :    12·2H3

TRANSFER TO        :    GENERAL POPULATION    _____    12·2H4

                             MENTAL HEALTH    ✓ (LIST UNIT)

                             INFIRMARY    _____

                             COMMUNICABLE DISEASE    _____

REASON FOR REQUEST:    Cell adjustment

NOTE:          ORIGINAL TO CLASSIFICATION
               COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

788

**EMSA** *CORRECTIONAL CARE*

## REFUSAL OF TREATMENT FORM

Institution: _N BR_

Name: _Hicks William_          ID# _BS 97 17076_

D.O.B. _____

I, _W. Hicks_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

X  A.    Refused medication.           ___ E.    Refused X-Ray services.

___ B.    Refused dental care.           ___ F.    Refused other diagnostic tests.

___ C.    Refused an outside medical appointment.  ___ G.    Refused physical examination.

___ D.    Refused laboratory services.     ___ H.    Other (Please specify)

_Cogentin, Risperidot 2 mg po q am_

Reason For Refusal _Side effects_

Potential Consequences Explained _Lose of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_E AM Keefer RN_
Witness Signature
              _FLMA MCKENZIE, LPN_
              _Hicks_

_____
Witness Signature                   _x Hicks William_
                         Patient Signature

Date _2/26/98_              Time _431 A_

**EMSA** *CORRECTIC..⅃ CARE*

## REFUSAL OF TREATMENT FORM

Institution: _____ N BR _____

Name: _Hicks William_ _____ ID# _BS 97 17076_

D.O.B. _____

I, _W. Hicks_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| X | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ | H. | Other (Please specify) |

_Cogentin, Risperidol 2 mg po q am_

Reason For Refusal _Side effects_

Potential Consequences Explained _Loss of control_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_E AM Keifer LPN_ 
Witness Signature
    ELMA MACKENZIE, LPN

_____
Witness Signature

_x Hicks William_
Patient Signature

Date _2/26/98_

Time _930 A_

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

**EMSA** CORRECTIONAL CARE

RECEIVED ~~~ 1 0 1998

## INMATE MEDICAL REQUEST FORM

☐ DENTAL    ☑ MEDICAL    ☐ MENTAL HEALTH

(Please check one of the above)

| PRINT ONLY | PRINT ONLY | PRINT ONLY |
|---|---|---|

Date: 5-9-98    Facility/Institution: N BDC

Name of Inmate: William M Hicks    D.O.B.: 9/10/63

I.D. #: BS97-17076    Cell #: 12-1-H-4

Problem: (in your own words)
I seek pain medication! The meds
Im on never in stock long!
I seek to see M.D. Doctor only
right now ASAP please!

**DO NOT WRITE BELOW THIS LINE**

### STAFF SECTION

Disposition: _____

Person Triaging: _____ (Name)    Date: 5/9/98    Time: 10pm

**FOR STAFF USE ONLY**

S: As stated above

O: As stated above

A: Alt in comfort

P: Explain procedure to pt,
E. meds have been ordered.

Date: 5/10/98    pm    _____    DELLA RICHARDSON, LPN
Health Service Signature    NBDC

791

White — Medical Department    Yellow — Other    Pink — Inmate

CC-01B

Shift 7-3pm

C RD SHERIFF'S OFFICE
DEPARTMEN F CORRECTIONS AND REHABI ATION
INMATE GRIEVANCE FORM

W 1258

puty Wall on Duty With Nurse

## TO BE COMPLETED BY INMATE

Hicks William m          BS5)-17676   12-1-H-4   NBDC   5-16-98

Inmate's Name                    Arrest#      Cell    Facility    Date

### PART A - INMATE'S GRIEVANCE

1350m Block Female Nurse "Bandge S on Left hand." She gave me @ Lithium @ tylenol. I Asked
@ midrin "she said no she wont." I said it's ordered." she said it's To much and she kept on
saying No. I said Let's Turn No To yes! after a minute or more she ar ched @ midrin and
gave to me. I said it's suppose to be two." she said "nn" went give me two! she yells To
me "Do you pay For it." I said yes with my blood! she got @ midrin + slam on Floor
as it rolls to Floor puts it Back on Floor! she's also eating a pear as she does medication!
Now Nurse has become Doctor M.D. or not Nurse R.N. / you tell me why I Fight For meds.

William m Hicks                                                    5-16-98

Inmate's Signature                                    Date Signed

**WHEN COMPLETED, KEEP ORIGINAL (WHITE) FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

## TO BE COMPLETED BY THE OFFICE OF INFORMATION AND REVIEW
### PART B - RESPONSE

Mr Hicks, I will investigate this
for attitude

Reviewing Deputy's Signature/CCN                     Date

_____ R N                                         1/13/98

Supervisor's Signature/CCN                           Date

### TO BE COMPLETED IF INMATE WANTS TO APPEAL RESPONSE.

I _____, wish to appeal the response.

Inmate's Signature                                    Date Signed

**WHEN COMPLETED, KEEP THE TOP OF THE FORM.
RETURN ALL OTHER COPIES TO THE GRIEVANCE BOX LOCATED IN EACH POD.**

### DIRECTOR'S RESPONSE TO APPEAL

792

Director's Signature                                  Date

# EMSA CORRECTIONAL CARE

## MEDICAL / MENTAL HEALTH RELOCATION REQUEST

DATE : 6·5·98

MEMORANDUM TO : CLASSIFICATION

FROM : EMSA

INMATE NAME : Hicks, William

ARREST NUMBER : BS 9717076

DATE OF BIRTH : 9·19·63

PRESENT LOCATION : 12/H4

TRANSFER TO :
GENERAL POPULATION _____

SHELTER CARE _____

MENTAL HEALTH  12 2G5 (LIST UNIT)

INFIRMARY _____

COMMUNICABLE DISEASE _____

REASON FOR REQUEST:

_C. chulis, RN_

NOTE: ORIGINAL TO CLASSIFICATION
COPY TO HEALTH RECORDS DEPARTMENT

793

5/95-1481

**EMSA** *CORRECTIONAL CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBB_

Name: _Hicks Williams_    ID# _63971076_

D.O.B. _9-19-63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.    Refused medication.                    ____ E.    Refused X-Ray services.

____ B.    Refused dental care.                    ____ F.    Refused other diagnostic tests

____ C.    Refused an outside medical appointment.    ____ G.    Refused physical examination.

____ D.    Refused laboratory services.            ____ H.    Other (Please specify)

_____ VDRL _____

Reason For Refusal    _"I had it already"_

Potential Consequences Explained— _Syphyllis is a Sexually transmitted disease, that if left untreated, may cause heart disease, blindness, mental illness and death._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_B Rosenblum RN_
Witness Signature

_BARBARA ROSENBLUM, RN_
Witness Signature    NBB

X _William M Hicks_
Patient Signature

_____        _____
Date                 Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

794

CC 013

# EMSA CORRECTIONAL CARE

## MEDICAL INFORMATION TRANSFER FORM

### *Confidential Medical Data*

To: _FSP_
(Agency)

_____
(Address)

From: _____
(Institution)

_____
(Address)

( ) _____
(Telephone)

Inmate's Name: _Hicks, William_

a/k/a: _____

D.O.B.: _9-10-63_  ID# _BS977076_

Person Completing Form

Print Name: _JA BORUTLA_

Signature: _Borutia_

Date: _06/8/98_

| MEDICAL PROBLEM(S) | TREATMENTS/MEDICATIONS |
|---|---|
| Hx Psych | Midrin ṫ tabs PO TID x 90 Days |
| | Tylenol ṫ tabs PO TID x 90 Days |
| | Maalox 30cc PO TID PRN x 30 Days |
| | Lithium 300mg PO TID x 30 Days |
| | Elavil 225mg PO QHS x 30 Days |

**Allergies:** NKA

**Pregnant:**  Yes  (No)  Unknown

**Other Lab Data:**

**TB Skin Test:** Result _0mm_  Date _7/27/97_
**CXR:** Result _____  Date _____

| Test | Result | Treated | Date |
|---|---|---|---|
| RPR: | _____ | Yes No | _____ |
| VDRL: | _____ | Yes No | _____ |
| GC: | _____ | Yes No | _____ |
| Other: | _____ | Yes No | _____ |

795

Receiving Institution — White    Medical File — Yellow

## L .S   CORRECTIONAL CARD

### MEDICAL / MENTAL HEALTH RELOCATION REQUEST

**DATE**                :   6 · 5 · 9 8

**MEMORANDUM TO**  :   CLASSIFICATION

**FROM**                :   EMSA

---

**INMATE NAME**       :   Hicks, William

**ARREST NUMBER**    :   BS 9717076

**DATE OF BIRTH**      :   9 · 19 · 63

**PRESENT LOCATION** :   12 / H 4

**TRANSFER TO**        :   GENERAL POPULATION     _____

SHELTER CARE     _____

MENTAL HEALTH     12 295     (LIST UNIT)

INFIRMARY     _____

COMMUNICABLE DISEASE     _____

**REASON FOR REQUEST:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**NOTE:**        ORIGINAL TO CLASSIFICATION
COPY TO HEALTH RECORDS DEPARTMENT

5/95-1481

CL 1480-22

796

**EMSA** *CORRECTIC 1Γ*
*CARE*

### REFUSAL OF TREATMENT FORM

Institution: _NBB_

Name: _Hicks Williams_   ID# _639717076_

D.O.B. _9-19-63_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.   Refused medication.              ____ E.   Refused X-Ray services.

____ B.   Refused dental care.             ____ F.   Refused other diagnostic tests.

____ C.   Refused an outside medical appointment.   ____ G.   Refused physical examination.

____ D.   Refused laboratory services.     ____ H.   Other (Please specify)

_VDRL_

Reason For Refusal   _"I had it already"_

Potential Consequences Explained _Syphyllis is a Sexually transmitted_
_disease that if left untreated, may cause_
_heart disease, blindness, mental illness and death._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_B Rosenblum RN_
Witness Signature

_____        _William M Hicks_
BARBARA ROSENBLUM, RN          Patient Signature
Witness Signature
NBB

_____        _____
Date                          Time

NOTE: A refusal by the inmate to sign requires the signatures of at least one witness in addition to that of the medical staff member.

CC 013

797

7/94

**EMSA** CORRECT·'N· CARE

RECEIVED
MAY 1 7 1996
BY:

## INMATE MEDICAL REQUEST FORM

☐ DENTAL  ☑ MEDICAL  ☐ MENTAL HEALTH

**(Please check one of the above)**

---

PRINT ONLY | PRINT ONLY | PRINT ONLY

Date: 5/16
Facility/Institution: BCMJ
Name of Inmate: William A. Hicks
D.O.B.: 8/15/75
I.D. #: 6291
Cell #: 4B14

**Problem: (in your own words)**

I have a common cold and it's starting to get worst. I need Medication before I spread this illness or before it turn into something worse.

**DO NOT WRITE BELOW THIS LINE**

---

**STAFF SECTION**

Disposition: S/C

Person Triaging: M Rayner **MICHAEL RAYNER, LPN MAIN JAIL** (Name)

Date: 5/16    Time: 1P

**FOR STAFF USE ONLY**

S: I have a cold + need something.

O: Respiratory discomfort - 3/0 98.6 82 20 130/70

A: Cold Symptom —

P: Cold routine
   Increase fluids

Date: 5/11/96    [signature] Health Service Signature

CC 018    White — Medical Department    Yellow — Other    Pink — Inmate    7/94

798

# EMSA CORRECTIONAL CARE

## DENTAL SERVICES

INMATE LAST NAME _Jacks_    INMATE FIRST NAME _Williams_  D.O.B. _9-6-__  #

### MEDICAL HISTORY · SUMMARY

BS77707 DATE OF EXAMINATION

INSTITUTION

General Health _____

Existing Illness _____

Medicine/Drugs _____

Allergies _N/A_

Blood pressure S ___ / D ___

### DENTAL HISTORY · SUMMARY

Attitude _____

Home Care _____

### CLINICAL DATA

General Condition of Teeth _____

Plaque _____  Stains _____  Abrasions _____

Condition of Present Restorations _____

Overhangs _____  Contact Points _____

Inflammation of Gingival Tissue: Slight _____ Moderate _____ Severe _____

Color _____  Recession _____  Pockets _____

Condition of the Floor of Mouth _____

Palate: Hard _____  Soft _____  Tongue _____  Cheeks _____  Lips _____

Frenum _____  Tongue _____  Ridges _____

Presence of Exudate _____  Areas of Food Retention _____  Saliva _____

Calculus: Slight _____ Moderate _____ Excessive _____  Oral Cancer Exam _____

TMJ _____  Neck _____  Occlusion _____

Results of X-Ray: Bone _____  Root Tips _____  Impactions _____

Supernumerary _____  Abscesses _____

General Health _____

Physician's Care? _____

Medications? _____

Diabetes? _____

T.B.? _____

Hepatitis? _____

Venereal Disease? _____

Radiation Therapy? _____

Anemia? _____

Epilepsy? _____

Reactions to Anesthetics? _____

Rheumatic Fever? _____

Heart Murmur? _____

High Blood Pressure? _____

Heart Disease? _____

Bleeding? _____

Lung Disease? _____

Kidney Disease? _____

Breathing Problem? _____

Other? _____

Last Elective Dental Treatment? _____

CODE: S.C. - Space Closed   C.R. - Crown   X - Missing Teeth

RIGHT   1 2 3 4 5 6 7 8   UPPER   9 10 11 12 13 14 15 16   LEFT

LINGUAL

RIGHT   32 31 30 29 28 27 26 25   LOWER   24 23 22 21 20 19 18 17   LEFT

X-Rays
Study Models
Photographs
Clinical Exam
Vitality Test
Mobility

795

# EMSA CORRECTIONAL CARE

## HIV TESTING:  COUNSELING FORM

Inmate's Name: **Hicks, William**    ID#: **BS9717076**    Date of Birth: **9/19/63**

### PRE-TEST COUNSELING

| | |
|---|---|
| What does the test tell you? | ☑ |
| How is the test done? | ☑ |
| What do the results mean? (Positive & Negative) | ☑ |
| How accurate is the test? | ☑ |
| How can I stop the spread of HIV? | ☑ |
| Confidentiality | ☑ |
| If positive, test results will be reported to Deparment of Health | ☑ |
| CONSENT FORM SIGNED. | ☑ |

### CERTIFICATION

This is to certify that I have received counseling about the meaning and use of the HIV test.

YVONNE WILCHER, MA
NBB

| William M. Wicks | 3-8-98 | Yvonne Wilcher | 3-7-98 |
|---|---|---|---|
| (inmate's signature) | date | (counselor's signature) | date |

### POST TEST COUNSELING

| | |
|---|---|
| The results:   positive or negative. | ☑ |
| What do the results mean for my future health? | ☑ |
| If the results are positive, what further testing will be done? | ☑ |
| How can I stop exposure and spread of HIV? | ☑ |
| Confidentiality. | ☑ |

### CERTIFICATION

This is to certify that I have received counseling about the meaning and use of the HIV test.

| X William M. Wicks | | | |
|---|---|---|---|
| inmate's signature) | date | (counselor's signature) | date |

Allyson Luckie
PA-C
NBDC

ERIN COOK, MD
NBB

801