UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

_William Hicks_,

Plaintiff,

CASE NO. _00-6087-civ-WPD_

MAGISTRATE JUDGE _____

V.

_Ken Jenne_,

Defendant,

_____/

**PARTIAL FILING FEE PAYMENT**

The Court having Ordered the Plaintiff to pay the filing fee in set installments and upon receipt of such payments, in the amount of $ _____ the Clerk notifies the Court of the amount collected.  The payment was received on _____ receipt number _____

DONE at the Federal Courthouse Square, Miami, Florida, this _____.

**CLARENCE MADDOX**
Court Administrator•Clerk of Court

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff