FILED by _____ D.C.
APPEALS

JUN 0 8 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date: ___6/8/2006___

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

| IN RE: | District Court No: | 00-06087-CV   - WPD |
| | U.S.C.A. No: | 04-16386-GG |
| | Style: | HICKS V. JENNE, ET AL |

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    6  Volume(s) of pleadings

    8  Volume(s) of Transcripts

    Exhibits:    0  boxes;         4  folders;

              0  envelopes;      0  PSIs (sealed)

              ☐ other: _____

              ☐ other: _____

    ☑ Other:  4 ACCORDIAN FOLDERS CONTAINING PLEADINGS

    ☐ Other: _____

Sincerely,

Clarence Maddox,  Clerk of Court

By:  _Hope Hill_

    **Deputy Clerk**

Attachment
c: court file

S/F A-15
Rev. 10/94

| ☒ 301 N. Miami Avenue | ☐ 299 E.  Broward Boulevard | ☐ 701 Clematis Street |
| Miami, Fl 33128-7788 | Ft. Lauderdale, Fl 33301 | West Palm Beach, Fl 33401 |
| 305-523-5080 | 954-769-5413 | 561-803-3408 |

_319_
_H.H._

```
                                            PAW     CLOSED
                                            APPEAL  PAW
                        U.S. District Court
               Southern District of Florida (FtLauderdale)

            CIVIL DOCKET FOR CASE #: 00-CV-6087
```

Hicks v. Jenne, et al                              Filed: 01/18/00
Assigned to: Judge William P. Dimitrouleas    Jury demand: Both
Demand: $0,000                                 Nature of Suit:  550
Lead Docket: None                              Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 State Prisoner Civil Rights


WILLIAM M. HICKS                    William M. Hicks
       plaintiff                    ppp
                                    664670
                                    [COR LD NTC] [PRO SE]
                                    Lake Correctional Institution
                                    19225 US Highway 27
                                    Clermont, FL 34711-9025


       v.


KEN JENNE, Broward County           Summer Marie Barranco
Sheriff                               [term  06/25/04]
       defendant                    FTS 462-3861
                                    [COR LD NTC]
                                    Purdy Jolly Giuffreda &
                                    Barranco PA
                                    2455 E Sunrise Boulevard
                                    Suite 1216
                                    Fort Lauderdale, FL 33304
                                    954-462-3200


SUSAN MCCAMPBELL
       defendant
  [term  04/04/02]


BARBARA HANSON-EVANS                Summer Marie Barranco
       defendant                      [term  06/25/04]
                                    (See above)
                                    [COR LD NTC]


BECHARD, Unit Manager
       defendant
  [term  08/24/01]

Docket as of June 7, 2006 5:11 pm                  Page 1

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _Hope Hill_
                                    Deputy Clerk
Date 6/8/06

Proceedings include all events.                                              PAW
0:00cv6087 Hicks v. Jenne, et al                             CLOSED APPEAL
                                                                             PAW


ROBINSON, Unit Manager
      defendant
      [term  08/24/01]


LOCKET, Sgt.
      defendant
      [term  08/24/01]


GARRISON, Sgt.
      defendant
      [term  08/24/01]


WATSON, Sgt.
      defendant
      [term  08/24/01]


JOHN DOE, #1
      defendant
      [term  12/18/01]


JOHN DOE, #2
      defendant
      [term  12/18/01]


BARBRA LAW
      defendant


STANLEY HOLMES                        Summer Marie Barranco
      defendant                       [term  06/25/04]
                                      (See above)
                                      [COR LD NTC]


SCHWARTZ, Case Worker
      defendant
      [term  08/24/01]


WILLIE ROBERTS
      defendant
      [term  08/24/01]


WIMBERLY, Sgt.
      defendant

Docket as of June 7, 2006 5:11 pm                    Page 2

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                           CLOSED APPEAL
                                                                   PAW
   [term  08/24/01]


EMERGENCY MEDICAL SERVICE         David Robert Cassetty
ASSOCIATION ❊        ❊, A           [term  03/05/04]
Correctional Care Member of       Below Address Terminated on 5/3/05
Inphynet                          FTS 445-7728
      defendant                   [COR LD NTC]
                                  Restani & McAllister PA
                                  2801 Ponce De Leon Boulevard
                                  Suite 900
                                  Coral Gables, FL 33134
                                  305-445-4090

                                  Richard Thomas Woulfe
                                  FTS 525-2134
                                  954-761-8600
                                  [COR LD NTC]
                                  Gregg Alan Toomey
                                  FTS 525-2134
                                  [COR LD NTC]
                                  Bunnell Woulfe Kirschbaum
                                  Keller McIntyre & Gregoire
                                  100 SE 3rd Avenue
                                  Suite 900
                                  Fort Lauderdale, FL 33394
                                  954-761-8600

                                  Joel L. Shulman
                                    [term  03/05/04]
                                  Below Address Terminated on 2/28/06
                                  FTS 994-4985
                                  [COR LD NTC]
                                  Sachs Sax & Klein
                                  301 Yamato Road
                                  Suite 4150
                                  Boca Raton, FL 33431-0037
                                  561-994-4499


J.R.N. KEVIN
      defendant
   [term  08/24/01]


W. C. DAVIS, M.D.                 David Robert Cassetty
      defendant                     [term  03/05/04]
                                  Below Address Terminated on 5/3/05
                                  (See above)
                                  [COR LD NTC]

                                  Richard Thomas Woulfe
                                  (See above)
                                  [COR LD NTC]
```

Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                     PAW

                              Gregg Alan Toomey
                              (See above)
                              [COR LD NTC]

                              Joel L. Shulman
                               [term  03/05/04]
                              Below Address Terminated on 2/28/06
                              (See above)
                              [COR LD NTC]


CRAIG UECKER                  David Robert Cassetty
    defendant                  [term  03/05/04]
                              Below Address Terminated on 5/3/05
                              (See above)
                              [COR LD NTC]

                              Richard Thomas Woulfe
                              (See above)
                              [COR LD NTC]
                              Gregg Alan Toomey
                              (See above)
                              [COR LD NTC]

                              Joel L. Shulman
                               [term  03/05/04]
                              Below Address Terminated on 2/28/06
                              (See above)
                              [COR LD NTC]


TREVOR WEATHORS, DDS          David Robert Cassetty
    defendant                  [term  03/05/04]
                              Below Address Terminated on 5/3/05
                              (See above)
                              [COR LD NTC]

                              Richard Thomas Woulfe
                              (See above)
                              [COR LD NTC]
                              Gregg Alan Toomey
                              (See above)
                              [COR LD NTC]

                              Joel L. Shulman
                               [term  03/05/04]
                              Below Address Terminated on 2/28/06
                              (See above)
                              [COR LD NTC]

                              Douglas Malcolm McIntosh
                               [term  05/23/01]
                              FTS 765-1005
                              [COR LD NTC]

Docket as of June 7, 2006 5:11 pm                Page 4

Proceedings include all events.                                          PAW
0:00cv6087 Hicks v. Jenne, et al                              CLOSED APPEAL
                                                                         PAW

                                    McIntosh Sawran Peltz Cartaya &
                                    Petruccelli
                                    1776 E Sunrise Boulevard
                                    PO Box 7990
                                    Fort Lauderdale, FL 33338-7990
                                    954-765-1001


CLINE, DDS                          David Robert Cassetty
      defendant                     [term  03/05/04]
                                    Below Address Terminated on 5/3/05
                                    (See above)
                                    [COR LD NTC]

                                    Richard Thomas Woulfe
                                    (See above)
                                    [COR LD NTC]
                                    Gregg Alan Toomey
                                    (See above)
                                    [COR LD NTC]

                                    Joel L. Shulman
                                     [term  03/05/04]
                                    Below Address Terminated on 2/28/06
                                    (See above)
                                    [COR LD NTC]


G. PEARSON, DDS                     David Robert Cassetty
      defendant                     [term  03/05/04]
                                    Below Address Terminated on 5/3/05
                                    (See above)
                                    [COR LD NTC]

                                    Richard Thomas Woulfe
                                    (See above)
                                    [COR LD NTC]
                                    Gregg Alan Toomey
                                    (See above)
                                    [COR LD NTC]

                                    Joel L. Shulman
                                     [term  03/05/04]
                                    Below Address Terminated on 2/28/06
                                    (See above)
                                    [COR LD NTC]


PEARSON, DDS                        Richard Thomas Woulfe
      defendant                     (See above)
                                    [COR LD NTC]
                                    Gregg Alan Toomey
                                    (See above)
                                    [COR LD NTC]

```
Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                     PAW
                              Joel L. Shulman
                               [term  03/05/04]
                              Below Address Terminated on 2/28/06
                              (See above)
                               [COR LD NTC]


SYLVIA POITIER, Broward County
Commissioner
      defendant
  [term  08/24/01]


PETE CORWIN, Broward County
Commissioner
      defendant
  [term  08/24/01]


PARISH, Broward County
Commissioner
      defendant
  [term  08/24/01]


UNITED STATES COURT OF APPEALS       United States Court of Appeals
      notice only                    United States Court of Appeals
                                     11th Circuit
                                     56 Forsyth Street NW
                                     Atlanta, GA 30303
                                     404-335-6100
```

Proceedings include all events.                                        PAW
0:00cv6087 Hicks v. Jenne, et al                              CLOSED APPEAL
                                                                       PAW

| | | |
|---|---|---|
| 1/18/00 | (1) | PRISONER CIVIL RIGHTS COMPLAINT filed; IFP; B-3; CHS (ea) [Entry date 01/19/00] *Begin Vol. 1* |
| 1/18/00 | (2) | Clerk's Order of Magistrate Judge Assignment to Magistrate Charlene H. Sorrentino, re: Administrative Order (ea) [Entry date 01/19/00] |
| 1/18/00 | (3) | MOTION/AFFIDAVIT by William M. Hicks to proceed in forma pauperis (ea) [Entry date 01/19/00] |
| 1/18/00 | -- | Motion(s) referred: [3-1] motion to proceed in forma pauperis referred to Magistrate Judge Charlene H. Sorrentino (ea) [Entry date 01/19/00] |
| 1/21/00 | (4) | INITIAL ORDER OF INSTRUCTIONS TO PRO SE LITIGANT (Signed by Magistrate Judge Charlene H. Sorrentino on 1/21/00) CCAP [EOD Date: 1/24/00] (ea) [Entry date 01/24/00] |
| 1/21/00 | (5) | ORDER denying [3-1] motion to proceed in forma pauperis and requiring the plaintiff to complete and file the form application to proceed without payment of fees and affidavit furnished with this Order on or before 2/29/00 (Signed by Magistrate Judge Charlene H. Sorrentino on 1/21/00) CCAP [EOD Date: 1/24/00] (ea) [Entry date 01/24/00] |
| 2/9/00 | (6) | APPLICATION by William M. Hicks to proceed in forma pauperis (ss) [Entry date 02/11/00] |
| 2/9/00 | (7) | MOTION by William M. Hicks for appointment of counsel (ss) [Entry date 02/11/00] |
| 2/9/00 | (8) | MEMORANDUM by William M. Hicks in support of [7-1] motion for appointment of counsel (ss) [Entry date 02/11/00] |
| 2/9/00 | (9) | AFFIDAVIT by William M. Hicks Re: [6-1] motion to proceed in forma pauperis, [7-1] motion for appointment of counsel (ss) [Entry date 02/11/00] |
| 2/14/00 | (10) | ORDER denying [7-1] motion for appointment of counsel (Signed by Magistrate Judge Charlene H. Sorrentino on 2/14/00) CCAP [EOD Date: 2/15/00] (ea) [Entry date 02/15/00] |
| 2/14/00 | (11) | ORDER REQUIRING PAYMENT OF FILING FEE BY INSTALLMENT; granting [6-1] motion to proceed in forma pauperis to the extent that the plaintiff need not prepay the costs and fees of this case except the filing fee of $150.00 (Signed by Magistrate Judge Charlene H. Sorrentino on 2/14/00) CCAP [EOD Date: 2/15/00] (ea) [Entry date 02/15/00] |
| 3/23/00 | (12) | PETITION by William M. Hicks for permission to proceed with case, and Request that case not be dismissed (ss) [Entry date 03/27/00] |

Docket as of June 7, 2006 5:11 pm                    Page 7

Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                         CLOSED APPEAL
                                                                    PAW

3/27/00  (13)   Partial filing fee payment by William M. Hicks; Receipt
                Number: 819095 in the amount of $ 25.53 (ss)
                [Entry date 03/28/00]

3/27/00  (14)   MOTION by William M. Hicks for injunction (ss)
                [Entry date 03/28/00]

3/30/00  (15)   REPORT of Magistrate Judge Charlene H. Sorrentino
                recommending that [14-1] motion for temporary restraining
                order and/or preliminary injunction be DENIED. Motion no
                longer referred. Signed on: 3/30/00 Objections to R and R
                due by 4/9/00 CCAP (ea)  *Vol. 1 contd.*

4/18/00  (16)   ORDER Approving [15-1] report and recommendations; Denying
                [14-1] motion for temporary restraining order and/or
                preliminary injunction (Signed by Judge William P.
                Dimitrouleas on 4/18/00) CCAP [EOD Date: 4/19/00] (ss)
                [Entry date 04/19/00]

5/1/00   (17)   ORDER granting [12-1] motion for permission to proceed with
                case, granting [12-2] motion that case not be dismissed to
                the extent that the plaintiff may make his partial filing
                fee payments by 5/31/00 (Signed by Magistrate Judge
                Charlene H. Sorrentino on CCAP [EOD Date: 5/2/00] (ea)
                [Entry date 05/02/00]

5/8/00   (18)   NOTICE of Change of Address of Party by William M. Hicks (ss)
                [Entry date 05/10/00]

6/13/00  (19)   MOTION by William M. Hicks for Court ordered law library
                use (ss) [Entry date 06/15/00]

6/13/00  (20)   NOTICE of Change of Address of Party by William M. Hicks (ss)
                [Entry date 06/15/00]

6/21/00  (21)   ORDER denying [19-1] motion for Court ordered law library
                use; the plaintiff must comply with the institutional
                regulations (Signed by Magistrate Judge Charlene H.
                Sorrentino on 6/21/00) CCAP [EOD Date: 6/22/00] (ea)
                [Entry date 06/22/00]

6/26/00  (22)   ORDER REQUIRING PAYMENT OF FILING FEE BY INSTALLMENT
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                6/26/00) CCAP [EOD Date: 6/27/00] (ea) [Entry date 06/27/00]

7/25/00  (23)   Partial filing fee payment by William M. Hicks; Receipt
                Number: 825822 in the amount of $ 25.53 (ss)
                [Entry date 07/26/00]

8/17/00  (24)   REQUEST by William M. Hicks to serve all defendants (ss)
                [Entry date 08/18/00]

Proceedings include all events.                                                    PAW
0:00cv6087 Hicks v. Jenne, et al                                          CLOSED APPEAL
                                                                                    PAW

9/19/00  (25)   ORDER denying [24-1] motion to serve all defendants, which
                is in legal effect a motion for service of a summons and a
                copy of the complaint upon each of the named defendants
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                9/19/00) CCAP [EOD Date: 9/21/00) (ea) [Entry date 09/21/00]

10/4/00  (26)   CLERK'S RECEIPT for: filing fee paid by William M. Hicks.
                AMOUNT: $ 64.86 RECEIPT # 829345 (ss) [Entry date 10/05/00]

10/17/00 (27)   MOTION by William M. Hicks to dismiss case (ss)
                [Entry date 10/18/00]    *Vol. 1 contd.*

10/23/00 (28)   MOTION by William M. Hicks to stay on plaintiff's civil
                rights case (lk) [Entry date 10/24/00]

10/23/00 (29)   MOTION by William M. Hicks to amend complaint (lk)
                [Entry date 10/24/00]

10/23/00 (30)   MOTION by William M. Hicks for court order to allow
                plaintiff's evidence to enter prison (lk)
                [Entry date 10/24/00]

10/30/00 (31)   ORDER granting [29-1] motion to amend complaint to the
                extent that the plaintiff shall, on or before 11/30/00,
                file an amended complaint; dismissing as moot [27-1] motion
                for leave to voluntarily dismiss the case; dismissing as
                moot [28-1] motion to stay case; denying [30-1] motion for
                court order to allow plaintiff's evidence to enter prison
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                10/30/00) CCAP [EOD Date: 10/31/00] (ea)
                [Entry date 10/31/00]

11/28/00 (32)   MOTION by William M. Hicks for Court order showing
                plaintiff's compliance in paying pro-se fee (ss)
                [Entry date 11/29/00]

1/30/01  (33)   ORDER granting [32-1] motion for Court order showing
                plaintiff's compliance in paying pro-se fee, to the extent
                that the financial record of the Clerk reveals that the
                plaintiff owes $34.08 (Signed by Magistrate Judge Charlene
                H. Sorrentino on 1/29/01) CCAP [EOD Date: 1/31/01] (ea)
                [Entry date 01/31/01]

2/9/01   (34)   NOTICE of Change of Address of Party by William M. Hicks (ss)
                [Entry date 02/13/01]

3/8/01   (35)   MOTION by William M. Hicks for telephonic hearing/case
                status (ss)

3/14/01  (36)   ORDER denying [35-1] motion for telephonic hearing/case
                status (Signed by Magistrate Judge Charlene H. Sorrentino
                on 3/14/01) CCAP [EOD Date: 3/15/01] (ea)
                [Entry date 03/15/01]

Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                        CLOSED APPEAL
                                                                   PAW

3/15/01  (37)    ORDER granting [35-1] motion for telephonic hearing/case
                 status, solely to the extent that he is hereby informed
                 that copies of the amended complaint dated 11/9/00 have
                 been sent with Notices of Lawsuit and Requests for Waivers
                 of Service of Summons to the 11 defendants designated by
                 name in the amended pleading, and motion is otherwise
                 denied (Signed by Magistrate Judge Charlene H. Sorrentino
                 on 3/14/01) CCAP [EOD Date: 3/16/01] (ea)
                 [Entry date 03/16/01]

3/16/01  (38)    Notice of lawsuit and request for waiver of service for
                 summons as to Ken Jenne Mailed on: 3/16/01; 30 days to
                 waiver. (ea) [Entry date 03/19/01]

                                 *Vol. I contd.*

3/16/01  (39)    Notice of lawsuit and request for waiver of service for
                 summons as to Susan McCampbell Mailed on: 3/16/01 30 days
                 to file waiver. (ea) [Entry date 03/19/01]

3/16/01  (40)    Notice of lawsuit and request for waiver of service for
                 summons as to Barbara Hanson-Evans Mailed on: 3/16/01; 30
                 days to file waiver. (ea) [Entry date 03/19/01]

3/16/01  (41)    Notice of lawsuit and request for waiver of service for
                 summons as to Stanley Holmes Mailed on: 3/16/01; 30 days to
                 file waiver. (ea) [Entry date 03/19/01]

3/16/01  (42)    Notice of lawsuit and request for waiver of service for
                 summons as to EMSA Mailed on: 3/16/01; 30 days to file
                 waiver. (ea) [Entry date 03/19/01]

3/16/01  (43)    Notice of lawsuit and request for waiver of service for
                 summons as to W. C. Davis Mailed on: 3/16/01; 30 days to
                 file waiver. (ea) [Entry date 03/19/01]

3/16/01  (44)    Notice of lawsuit and request for waiver of service for
                 summons as to Ucker Mailed on: 3/16/01; 30 days to file
                 waiver. (ea) [Entry date 03/19/01]

3/16/01  (45)    Notice of lawsuit and request for waiver of service for
                 summons as to Cline Mailed on: 3/16/01; 30 days to file
                 waiver. (ea) [Entry date 03/19/01]

3/16/01  (46)    Notice of lawsuit and request for waiver of service for
                 summons as to G. Pearson Mailed on: 3/16/01; 30 days to
                 file waiver. (ea) [Entry date 03/19/01]

3/16/01  (47)    Notice of lawsuit and request for waiver of service for
                 summons as to G. Pearson Mailed on: 3/16/01; 30 days to
                 file waiver. (ea) [Entry date 03/19/01]

3/20/01  (48)    MOTION by William M. Hicks for telephonic hearing/case
                 status (ss) [Entry date 03/21/01]

Docket as of June 7, 2006 5:11 pm                       Page 10

Proceedings include all events.                                          PAW
0:00cv6087 Hicks v. Jenne, et al                           CLOSED APPEAL
                                                                         PAW

3/22/01  (49)  MOTION by EMSA, Winthrop, W. C. Davis, Ucker, Trevor
               Weathors, Cline, G. Pearson to dismiss this action (ss)
               [Entry date 03/23/01]

3/27/01  (50)  ORDER denying [48-1] motion for telephonic hearing/case
               status; except that a copy of the Court's docket is
               enclosed with this Order (Signed by Magistrate Judge
               Charlene H. Sorrentino on 3/26/01) CCAP [EOD Date: 3/28/01]
               (ea) [Entry date 03/28/01] *Vol. 1 contd.*

3/28/01  (51)  MOTION by William M. Hicks to deny [49-1] motion to
               dismiss case (ss) [Entry date 03/29/01]

3/28/01  (52)  MOTION by William M. Hicks for discovery (ss)
               [Entry date 03/29/01]

4/9/01   (53)  AMENDED COMPLAINT by William M. Hicks, (Answer due 4/19/01
               for Ken Jenne, for Susan McCampbell, for Barbara
               Hanson-Evans, for Stanley Holmes, for John Doe, for John
               Doe, for W. C. Davis, for Ucker, for Trevor Weathors, for
               Cline, for Pearson, for G. Pearson, for EMSA) amending
               [1-1] complaint (ss)

4/9/01   (53)  DEMAND for jury trial by William M. Hicks (ss)

4/10/01  (54)  ORDER denying [51-1] motion to deny [49-1] motion to
               dismiss case; this pleading will be reviewed as a reply
               (Signed by Magistrate Judge Charlene H. Sorrentino on
               4/10/01) CCAP [EOD Date: 4/11/01] (ea) [Entry date 04/11/01]

4/13/01  (55)  Notice of lawsuit and request for waiver of service for
               summons as to Trevor Weathors Mailed on: 3/16/01 30 days to
               file waiver. (ss) [Entry date 04/16/01]

4/13/01  (56)  Waiver of service executed by Trevor Weathors (Attorney
               Douglas Malcolm McIntosh) 3/16/01 Answer due by 5/15/01 for
               Trevor Weathors (ss) [Entry date 04/16/01]

4/16/01  (57)  NOTICE of intention to serve written defenses by 5/15/01 by
               Barbara Hanson-Evans, Stanley Holmes (ss)
               [Entry date 04/17/01]

4/16/01  (58)  NOTICE of attorney appearance for Barbara Hanson-Evans,
               Stanley Holmes by Summer Marie Barranco (ss)
               [Entry date 04/17/01]

4/25/01  (59)  REQUEST by William M. Hicks for Court ordered
               investigation (ss) [Entry date 04/26/01]

4/30/01  (60)  ORDER denying [59-1] motion for Court ordered investigation
               (Signed by Magistrate Judge Charlene H. Sorrentino on
               4/30/01) CCAP [EOD Date: 5/1/01] (ea) [Entry date 05/01/01]

Proceedings include all events.                                                    PAW
0:00cv6087 Hicks v. Jenne, et al                                    CLOSED APPEAL
                                                                                   PAW

| 5/8/01 | (61) | NOTICE of Vacation of Counsel Joel L. Shulman by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, G. Pearson for dates of: 6/18/01 through 7/5/01 (ss) |
|---|---|---|
| 5/14/01 | (62) | MOTION by Barbara Hanson-Evans, Stanley Holmes for extension of time to respond to amended complaint (ss) [Entry date 05/15/01] |
| 5/16/01 | (63) | MOTION with memorandum in support by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G. Pearson to dismiss amended complaint (ss) [Entry date 05/17/01] |
| 5/16/01 | (64) | RESPONSE by William M. Hicks to request to stay case pending his personal vacation (ss) [Entry date 05/17/01] |
| 5/18/01 | (65) | STIPULATION by Trevor Weathors for substitution of Joel Schulman as Counsel (ss) [Entry date 05/21/01] |
| 5/23/01 | (66) | ORDER granting [65-1] motion for substitution of counsel for defendant Trevor Weathers (Terminated: attorney Douglas Malcolm McIntosh for Trevor Weathors) (Signed by Judge Charlene H. Sorrentino on 5/23/01) CCAP [EOD Date: 5/24/01] (ea) [Entry date 05/24/01] |
| 5/24/01 | (67) | ORDER granting [62-1] motion for extension of time to respond to amended complaint; reset answer due for 6/29/01 for Stanley Holmes, for Barbara Hanson-Evans (Signed by Magistrate Judge Charlene H. Sorrentino on 5/24/01) CCAP [EOD Date: 5/25/01] (ea) [Entry date 05/25/01] |
| 5/31/01 | (68) | RESPONSE by William M. Hicks to [63-1] motion to dismiss amended complaint (ss) [Entry date 06/01/01] |
| 6/7/01 | (69) | REPLY by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G. Pearson in support of their [63-1] motion to dismiss amended complaint (ss) [Entry date 06/08/01] |
| 6/25/01 | (70) | ORDER denying [52-1] motion for discovery; the Sheriff's office is not a defendant. The plaintiff must seek discovery from the defendants throught their counsel (Signed by Magistrate Judge Charlene H. Sorrentino on 6/25/01) [EOD Date: 6/26/01] (ea) [Entry date 06/26/01] |
| 6/28/01 | (71) | MOTION with memorandum in support by Barbara Hanson-Evans, Stanley Holmes to dismiss amended complaint, and to strike punitive damages (ss) [Entry date 06/29/01] |
| 7/6/01 | (72) | MOTION by William M. Hicks for extension of time to respond to motion to dismiss from Hanson-Evans and Holmes (ss) [Entry date 07/09/01] |
| 7/6/01 | (73) | SUPPLEMENTAL Supporting Evidence by William M. Hicks to be added to: [68-1] motion response (ss) [Entry date 07/09/01] |

*Vol. 1 contd.*

*End Vol. 1*

·Proceedings include all events.                                        PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                        PAW

7/18/01   (74)   RESPONSE by William M. Hicks  to [71-1] motion to dismiss
                 amended complaint (wc) [Entry date 07/19/01]

                                 *Begin Vol. 2*

7/25/01   (75)   ORDER granting [72-1] motion for extension of time to
                 respond to motion to dismiss from Hanson-Evans and Holmes;
                 the reply filed 7/18/01 is timely (Signed by Magistrate
                 Judge Charlene H. Sorrentino on 7/24/01) [EOD Date:
                 7/25/01] (ea)

7/26/01   (76)   REPLY Memorandum by Barbara Hanson-Evans, Stanley Holmes in
                 support of [71-1] motion to dismiss amended complaint,
                 [71-2] motion to strike punitive damages (ss)
                 [Entry date 07/27/01]

8/9/01    (77)   REPORT of Magistrate Judge Charlene H. Sorrentino
                 recommending that 1) as to the claims of confinement
                 without due process, and denial of access to the Courts,
                 the amended complaint be dismissed as to the defendants
                 Jenne and McCampbell, pursuant to 28 U.S.C. section
                 1915(e)(2)(B)(ii), for failure to state a claim upon which
                 relief may be granted; 2) the claim that corrections
                 officials failed to have inmate Beech prosecuted under
                 state criminal law for the attack upon inmate/plaintiff
                 Hicks be dismissed pursuant to 28 U.S.C. Section
                 1915(e)(2)(B)(ii); 3) the [49-1] motion to dismiss this
                 action for lack of prosecution be denied; 4) the [63-1]
                 motion to dismiss amended complaint by defendants EMSA,
                 Davis, Ucker, Weathers, Cline, Pearson, and G. Pearson be
                 denied; 5) the [71-1] motion to dismiss amended complaint
                 by defendants Hanson-Evans and Holmes be granted as to both
                 defendants on the claims of confinement without due
                 process, and denial of access to the Courts, and otherwise
                 be denied; 6) the [71-2] motion by defendants Hanson-Evans
                 and Holmes to strike the requests against them for punitive
                 damages, to the extent that they are being sued in their
                 official capacities be granted as to both defendants; 7)
                 the case remain pending solely on the plaintiff's medical
                 claims, as to the defendants EMS, Davis, Ucker, Weathers,
                 Cline, Pearson, and G. Pearson, Jenne, McCampbell,
                 Hanson-Evans, and Holmes; and on the plaintiff's claim of
                 endangerment, as to the defendants John Doe #1, John Doe
                 #2, Jenne, McCampbell, Hanson-Evans, and Holmes; and 8) the
                 defendants Bechard, Robinson, Locket, Garrison, Watson,
                 Schwartz, Roberts, Wimberly, Inphynet, Kevin J. RN, Poiter,
                 Corwin, and Parish, who were nambed in the initial
                 complaint, but not in the amended complaint, be dismissed
                 from the case. Motion no longer referred. Signed on: 8/9/02;
                  Objections to R and R due by 8/20/01 CCAP (ea)
                 [Entry date 08/10/01]

Proceedings include all events.                                                    PAW
0:00cv6087 Hicks v. Jenne, et al                                        CLOSED APPEAL
                                                                                   PAW

8/9/01   (78)   ORDER that the US Marshal shall forthwith, upon an
                expedited basis, attempt to serve: 1) a copy of the amended
                complaint and appropriate summons upon Ken Jenne, and Susan
                McCampbell (Signed by Magistrate Judge Charlene H.
                Sorrentino on 8/9/01) [EOD Date: 8/10/01] (ea)
                [Entry date 08/10/01]

8/10/01  (79)   SUMMONS(ES) issued for Ken Jenne (ea)    *Vol. 2 contd.*

8/10/01  (80)   SUMMONS(ES) issued for Susan McCampbell (ea)

8/15/01  (81)   RETURN OF SERVICE executed for Ken Jenne on 8/14/01 Answer
                due on 9/4/01 for Ken Jenne (dp) [Entry date 08/16/01]

8/15/01  (82)   Return of service unexecuted as to Susan McCampbell (dp)
                [Entry date 08/16/01]

8/21/01  (83)   REPLY by William M. Hicks to [77-1] report and
                recommendations (ss) [Entry date 08/22/01]

8/24/01  (84)   OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                Cline, Pearson, G. Pearson to [77-1] report and
                recommendations (ss) [Entry date 08/27/01]

8/24/01  (85)   ORDER Adopting [77-1] report and recommendations;
                Dismissing claims of confinement without due process and
                denial of access to the courts as to Jenne and McCampbell;
                Dismissing claim that corrections officials failed to have
                inmate Beech prosecuted under state criminal law; Denying
                [49-1] motion to dismiss for lack of prosecution; Denying
                [63-1] motion to dismiss amended complaint; Granting [71-1]
                motion to dismiss amended complaint; Dismissing claims
                against Hanson-Evans and Holmes for confinement without due
                process and denial of access to the Courts; Granting [71-2]
                motion to strike punitive damages; Dismissing defendants
                Bechard, Robinson, Locket, Garrison, Watson, Schwartz,
                Roberts, Wimberly, Inphynet, Kevin J. RN, Pointer, Corwin
                and Parish from the action (Signed by Judge William P.
                Dimitrouleas on 8/24/01) [EOD Date: 8/27/01] CCAP (ss)
                [Entry date 08/27/01]

8/24/01  (86)   ORDER Overruling [84-1] objections (Signed by Judge William
                P. Dimitrouleas on 8/24/01) [EOD Date: 8/28/01] (ss)
                [Entry date 08/28/01]

8/27/01  (87)   MOTION by William M. Hicks for appointment of counsel (ss)
                [Entry date 08/28/01]

9/4/01   (88)   ANSWER/Defenses by Ken Jenne, Barbara Hanson-Evans
                (Attorney Summer Marie Barranco) to amended complaint; jury
                demand (ss) [Entry date 09/05/01]

9/4/01   (89)   NOTICE of attorney appearance for Ken Jenne by Summer M.
                Barranco (ss) [Entry date 09/05/01]

Proceedings include all events.                                                          PAW
0:00cv6087 Hicks v. Jenne, et al                                              CLOSED APPEAL
                                                                                         PAW

9/5/01  (90)    MOTION by William M. Hicks to continue process of service
                upon defendant Susan McCampbell (ss) [Entry date 09/06/01]

9/6/01  (91)    ANSWER and Affirmative Defenses by EMSA, W. C. Davis,
                Ucker, Trevor Weathors, Cline, Pearson, G. Pearson to
                amended complaint; jury demand (ss) [Entry date 09/07/01]

9/7/01  (92)    ORDER denying [87-1] motion for appointment of counsel
                (Signed by Magistrate Judge Charlene H. Sorrentino on
                9/6/01) [EOD Date: 9/10/01] (ea) [Entry date 09/10/01]

                *Vol. 2 contd.*

9/7/01  (93)    ORDER denying [90-1] motion to continue process of service
                upon defendant Susan McCampbell; the Court cannot conduct
                discovery for the plaintiff. It is his responsability to
                provide and address for the defendant (Signed by Magistrate
                Judge Charlene H. Sorrentino on 9/7/01) [EOD Date: 9/10/01]
                (ea) [Entry date 09/10/01]

9/13/01 (94)    ORDER Scheduling Pretrial Proceedings When Plaintiff is
                Proceeding Pro SE:  setting discovery deadline for
                11/16/01; all motions to join additional parties or amend
                the pleadings shall be filed by 11/30/01; all motions to
                dismiss and/or for summary judgment shall be filed by
                12/2/01; the plaintiff shall file a pretrial statement on
                or before 1/4/02; the defendants shall file a pretrial
                statement on or before 1/15/02 (Signed by Magistrate Judge
                Charlene H. Sorrentino on 9/11/01) [EOD Date: 9/14/01] (ea)
                [Entry date 09/14/01]

9/13/01 (95)    MOTION by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes
                to take deposition of a person confined in prison (ss)
                [Entry date 09/14/01]

9/20/01 (96)    MOTION by William M. Hicks for Court's order to serve
                subpoena (ss) [Entry date 09/21/01]

10/2/01 (97)    MOTION by William M. Hicks for court order to serve
                witness subpoenas for depositions (ss) [Entry date 10/03/01]

10/3/01 (98)    MOTION by William M. Hicks for Court order to serve
                witness subpoenas for depositions (ss) [Entry date 10/04/01]

10/5/01 (99)    MOTION by William M. Hicks for Court order to serve
                witness subpoenas for depositions (ss) [Entry date 10/09/01]

10/10/01 (100)  MOTION by William M. Hicks for leave to file amended
                complaint (ss) [Entry date 10/11/01]

10/12/01 (101)  OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                Cline, Pearson, G. Pearson to [97-1] motion for court order
                to serve witness subpoenas for depositions (ss)
                [Entry date 10/15/01]

Proceedings include all events.                                     PAW
0:00cv6087 Hicks v. Jenne, et al                            CLOSED APPEAL
                                                                    PAW

10/12/01 (102)    OBJECTION by Ken Jenne, Barbara Hanson-Evans, Stanley
                  Holmes to [97-1] motion for Court order to serve witness
                  subpoenas for depositions, [98-1] motion for Court order to
                  serve witness subpoenas for depositions, [99-1] motion for
                  Court order to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01] *Vol. 2 contd*

10/12/01 (103)    OBJECTION by Ken Jenne, Barbara Hanson-Evans, Stanley
                  Holmes to [100-1] motion for leave to file amended
                  complaint (ss) [Entry date 10/15/01]

10/12/01 (104)    OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [99-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/12/01 (105)    OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [99-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/12/01 (106)    OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [97-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/12/01 (107)    OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline, Pearson, G. Pearson to [97-1] motion for Court order
                  to serve witness subpoenas for depositions (ss)
                  [Entry date 10/15/01]

10/23/01 (108)    MOTION by William M. Hicks for order to compel discovery (ss)
                  [Entry date 10/24/01]

10/23/01 (109)    RESPONSE by William M. Hicks to objection to [100-1] motion
                  for leave to file amended complaint (ss)
                  [Entry date 10/24/01]

10/30/01 (112)    MOTION by William M. Hicks for Court Order to rule in his
                  prior motion dated 9/18/01 (copy provided by Chambers) (ea)
                  [Entry date 11/14/01]

10/30/01 (113)    MOTION by William M. Hicks for Court Order to rule on his
                  prior motion dated 9/18/01 (ss) [Entry date 11/14/01]

11/2/01 (110)     RESPONSE by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes
                  to [108-1] motion for order to compel discovery and
                  CROSS-MOTION with memorandum in support for protective
                  order (ss) [Entry date 11/06/01]

11/5/01 (111)     MOTION by William M. Hicks compelling discovery (ss)
                  [Entry date 11/06/01]   *End Vol. 2*

Proceedings include all events.                                                    PAW
0:00cv6087 Hicks v. Jenne, et al                                         CLOSED APPEAL
                                                                                   PAW

| | | |
|---|---|---|
| 11/14/01 | 114 | ORDER granting [95-1] motion to take deposition of a person confined in prison; denying [96-1] motion for Court's order to serve subpoena; denying [97-1] motion for court order to serve witness subpoenas for depositions; denying [98-1] motion for Court order to serve witness subpoenas for depositions; denying [99-1] motion for Court order to serve witness subpoenas for depositions; denying [100-1] motion for leave to file amended complaint; granting [108-1] motion for order to compel discovery, solely to the extent provided in paragraph "5.a." of this Order and otherwise denied; denying [111-1] motion compelling discovery, except as provided in paragraph "5.a." of this Order with respect to a current work address for McCampbell; granting [110-2] motion for protective order, except as provided in paragraph "5.a." of this Order with respect to a current work address for McCampbell; granting [112-1] motion for Court Order to rule in his prior motion dated 9/18/01 to the extent that he request for ruling on his motion to subpoena medical records for a non-party and a ruling on the motion is included in paragraph 2 of this Ord; resetting discovery deadline for 12/17/01 ( Signed by Magistrate Judge Charlene H. Sorrentino on 11/14/01) [EOD Date: 11/15/01) (ea) [Entry date 11/15/01] |
| 11/14/01 | 115 | *Begin Vol. 3*<br>REPORT of Magistrate Judge Charlene H. Sorrentino Signed on: 11/14/01 recommending that as to all claims against defendants John Doe #1 (Elaudio Lattanzi) and John Doe #2 (Gary Hensley) the amended complaint in this case be dismissed pursuant to 28 U.S.C. Section 1915(e)(2)(B)(i) because the claims are frivolous, to the extent that the plaintiff seeks money damages for the events alleged which took place in April of 1996; Objections to R and R due by 11/26/01  CCAP (ea) [Entry date 11/15/01] |
| 12/3/01 | 116 | MOTION with memorandum in support by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes for summary judgment (ss) [Entry date 12/04/01] |
| 12/3/01 | 117 | EMERGENCY MOTION by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G. Pearson for summary judgment (ss) [Entry date 12/04/01] |
| 12/5/01 | 118 | NOTICE of filing depositions (of William Hicks) by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G. Pearson (ss) [Entry date 12/06/01]<br>*See Accordian Folder # 1* |
| 12/5/01 | 119 | MOTION by William M. Hicks for summary judgment (ss) [Entry date 12/06/01] |
| 12/6/01 | 120 | MOTION by William M. Hicks for court to serve complaint (dp) [Entry date 12/07/01] |

Docket as of June 7, 2006 5:11 pm                          Page 17

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                    -       CLOSED APPEAL
                                                                   PAW
```

| | | |
|---|---|---|
| 12/6/01 | -- | Motion(s) referred: [120-1] motion for court to serve complaint referred to Magistrate Judge Charlene H. Sorrentino (dp) [Entry date 12/07/01] |
| 12/7/01 | (121) | ORDER Instructing Pro Se Plaintiff Concerning Response to Motion for Summary Judgment; Response to motion reset to 1/14/02 for [116-1] motion for summary judgment (Signed by Magistrate Judge Charlene H. Sorrentino on 12/7/01) [EOD Date: 12/10/01] (ea) [Entry date 12/10/01] |
| 12/7/01 | (122) | ORDER Instructing Pro Se Plaintiff Concerning Response to Motion for Summary Judgment; Response to motion set to 1/14/02 for [117-1] motion for summary judgment (Signed by Magistrate Judge Charlene H. Sorrentino on 12/7/01) [EOD Date: 12/10/01] (ea) [Entry date 12/10/01] |
| 12/7/01 | (123) | Notice of compliance: by Ken Jenne with [114-2] order (ss) [Entry date 12/10/01] |
| 12/11/01 | (124) | RESPONSE by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, G. Pearson to [119-1] motion for summary judgment (ss) [Entry date 12/12/01] |
| 12/11/01 | (125) | MOTION by William M. Hicks for extension of time to respond to summary judgment motion(s) (ss) [Entry date 12/12/01] |
| 12/17/01 | (126) | RESPONSE by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes to [119-1] motion for summary judgment (ss) [Entry date 12/18/01] |
| 12/17/01 | (127) | RESPONSE by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes to [120-1] motion for court to serve complaint (ss) [Entry date 12/18/01] |
| 12/18/01 | (128) | ORDER Adopting [115-1] report and recommendations; Dismissing defendants John Doe #1 (Elaudio Lattanzi) and John Doe #2 (Gary Hensley) (Signed by Judge William P. Dimitrouleas on 12/18/01) [EOD Date: 12/19/01] CCAP (ss) [Entry date 12/19/01] |
| 12/27/01 | (129) | ORDER dismissing as moot [113-1] motion for Court Order to rule on his prior motion dated 9/18/01; denying [120-1] motion for court to serve complaint (Signed by Magistrate Judge Charlene H. Sorrentino on 12/27/01) [EOD Date: 12/28/01] (ea) [Entry date 12/28/01] |
| 12/27/01 | (130) | REPORT of Magistrate Judge Charlene H. Sorrentino Signed on: 12/27/01 recommending that 1) as to the defendant McCampbell, the amended complaint (DE#53) be dismissed pursuant to Fed.R.Civ.P.(4)m; and 2) that as to McCampbell the case be closed. Objections to R and R by 1/6/02 CCAP (ea) [Entry date 12/28/01] |

*Vol. 3 cont'd*

```
Docket as of June 7, 2006 5:11 pm                    Page 18
```

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                         CLOSED APPEAL
                                                                   PAW
```

| | | |
|---|---|---|
| 1/2/02 | (131) | PRETRIAL Statement by William M. Hicks (ss) [Entry date 01/03/02] |
| 1/3/02 | (132) | ORDER granting [125-1] motion for extension of time to respond to summary judgment motion(s);Response to motion reset to 2/4/02 for [117-1] motion for summary judgment, reset to 2/4/02 for [116-1] motion for summary judgment (Signed by Magistrate Judge Charlene H. Sorrentino on 1/3/02) [EOD Date: 1/4/02] (ea) [Entry date 01/04/02] |
| 1/8/02 | (133) | RESPONSE by William M. Hicks to reply to [119-1] motion for summary judgment (ss) [Entry date 01/09/02] *See Accordian Folder # 1* |
| 1/8/02 | (133) | OBJECTION by William M. Hicks to [116-1] motion for summary judgment, [117-1] motion for summary judgment (ss) [Entry date 01/09/02] *See Accordian Folder # 1* |
| 1/8/02 | (133) | OBJECTION by William M. Hicks to [130-1] report and recommendations (ss) [Entry date 01/09/02] *See Accordian Folder #1* |
| 1/14/02 | (134) | REPLY Memorandum by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G. Pearson in support of [117-1] motion for summary judgment (ss) [Entry date 01/15/02] *Vol. 3 contd.* |
| 1/14/02 | (135) | PRE-TRIAL Statement by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes (ss) [Entry date 01/15/02] |
| 1/14/02 | (136) | REPLY Memorandum by Ken Jenne, Barbara Hanson-Evans, Stanley Holmes in support of their [116-1] motion for summary judgment (ss) [Entry date 01/15/02] |
| 1/15/02 | (137) | PRETRIAL Statement by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G. Pearson (ss) [Entry date 01/16/02] |
| 2/25/02 | (138) | MOTION by William M. Hicks for Court ordered medical treatment (ss) [Entry date 02/26/02] |
| 2/28/02 | (139) | ORDER denying [138-1] motion for Court ordered medical treatment; no specific facts alleged (Signed by Magistrate Judge Charlene H. Sorrentino on 2/28/02) [EOD Date: 3/1/02] (ea) [Entry date 03/01/02] |
| 4/4/02 | (140) | ORDER Adopting [130-1] report and recommendations; Overruling [133-1] objections; Dismissing with out prejudice defendant Susan McCampbell (Signed by Judge William P. Dimitrouleas on 4/4/02) [EOD Date: 4/5/02] CCAP (ss) [Entry date 04/05/02] |

Proceedings include all events.                                          PAW
0:00cv6087 Hicks v. Jenne, et al                                 CLOSED APPEAL
                                                                          PAW

4/4/02    (141)    REPORT of Magistrate Judge Charlene H. Sorrentino
                   recommending that 1) as to the defendant McCampbell, the
                   plaintiff's claim of endangerment be dismissed pursuant to
                   28 U.S.C. Section 1915(e)(2)(B)(ii), and McCampbell, who
                   also is named in conjunction with the plaintiff's medical
                   claims, be dismissed from the case pursuant to Fed.R.Civ.P.
                   4(m); 2) the plaintiff's [119-1] motion for summary
                   judgment be DENIED; 3) the defendant's [116-1] motion for
                   summary judgment be GRANTED as to endangerment, and DENIED
                   as to medical indifference; 4) the defendants' [117-1]
                   motion for summary judgment be DENIED, and 5) the case
                   remain pending as to the defendants Jenne, Hanson-Evans,
                   Holmes, EMSA, Davis, Ueker, Weathers, Cline, Pearson, and
                   G. Pearson, as to the plaintiff's claim of medical
                   indifference. Motion no longer referred. Signed on: 4/4/02;
                   Objections to R and R due by 4/14/02 CCAP (ea)
                   [Entry date 04/05/02]    *Vol. 3 contd.*

4/15/02   (142)    OBJECTIONS by Ken Jenne, Barbara Hanson-Evans, Stanley
                   Holmes to [141-1] report and recommendations (ss)
                   [Entry date 04/16/02]

4/15/02   (143)    ORDER Overruling [142-1] objections (Signed by Judge
                   William P. Dimitrouleas on 4/15/02) [EOD Date: 4/16/02] (ss)
                   [Entry date 04/16/02]

4/15/02   (150)    OBJECTION by William M. Hicks to [130-1] report and
                   recommendations, [141-1] report and recommendations (copy)
                   (docket per Judge) (ss) [Entry date 05/30/02]
                   *See Vol. 4*

4/16/02   (144)    OBJECTIONS by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                   Cline, Pearson, G. Pearson to [141-1] report and
                   recommendations (ss) [Entry date 04/17/02]

4/24/02   (145)    PETITION by William M. Hicks for application and
                   permission to appeal the final order dismissing the
                   defendant's John Does #1 and #2 (ss) [Entry date 04/25/02]

4/24/02   (146)    RESPONSE by William M. Hicks to [142-1] objections (ss)
                   [Entry date 04/25/02]    *End Vol. 3*

4/24/02   (147)    RESPONSE by William M. Hicks to [144-1] objection (ss)
                   [Entry date 04/25/02]    *Begin Vol. 4*

5/24/02   (148)    ORDER Vacating [143-1] order (Signed by Judge William P.
                   Dimitrouleas on 5/24/02) [EOD Date: 5/28/02] (ss)
                   [Entry date 05/28/02]

5/24/02   (149)    ORDER Denying [145-1] motion for application and permission
                   to appeal the final order dismissing the defendant's John
                   Does #1 and #2 (Signed by Judge William P. Dimitrouleas on
                   5/24/02) [EOD Date: 5/28/02] (ss) [Entry date 05/28/02]

```
Proceedings include all events.                                              PAW
0:00cv6087 Hicks v. Jenne, et al                           CLOSED APPEAL
                                                                            PAW
```

5/30/02  (151)  ORDER Overruling [150-1] objections (Signed by Judge
                William P. Dimitrouleas on 5/30/02) [EOD Date: 5/31/02] (ss)
                [Entry date 05/31/02]

6/7/02   (152)  MOTION by William M. Hicks for clarification from Court on
                pending [148-1] order, [151-1] order (ss)
                [Entry date 06/10/02]

6/19/02  (153)  SUPPLEMENTAL NOTICE of filing volume II of plaintiff's
                deposition by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                Cline, Pearson, G. Pearson (ss) [Entry date 06/20/02]
                *See Accordian Folder #1*

6/25/02  (154)  FINAL JUDGMENT and ORDER Adopting in part [141-1] report
                and recommendations; Overruling [150-1] objections; Denying
                [119-1] motion for summary judgment; Granting [116-1]
                motion for summary judgment; Granting [117-1] motion for
                summary judgment; Denying [152-1] motion for clarification
                from Court on pending [148-1] order, [151-1] order; Closing
                Case (Signed by Judge William P. Dimitrouleas on 6/25/02)
                [EOD Date: 6/26/02] CCAP (ss) [Entry date 06/26/02]

6/25/02   --    CASE CLOSED. Case and Motions no longer referred to
                Magistrate. (ss) [Entry date 06/26/02]
                *Vol. 4 contd.*

6/25/02  (155)  OBJECTIONS by William M. Hicks to [153-1] supplemental
                notice (ss) [Entry date 06/26/02]

7/18/02  (156)  ORDER Overruling [155-1] objections (Signed by Judge
                William P. Dimitrouleas on 7/18/02) [EOD Date: 7/19/02] (ss)
                [Entry date 07/19/02]

7/23/02  (157)  MOTION by William M. Hicks for certificate of
                appealability (ss) [Entry date 07/24/02]

7/23/02  (158)  NOTICE OF APPEAL by William M. Hicks of [154-1] order  EOD
                Date: 6/26/02;  Filing Fee: $ NO FEE PAID;  Copies to USCA
                and Counsel of Record. (gf) [Entry date 07/24/02]

7/24/02   --    Certified copies of Notice of Appeal, Docket, and Order
                under appeal to USCA: [158-1] appeal  by William M. Hicks
                as to William M. Hicks (gf)

7/24/02  (159)  ORDER Denying [157-1] motion for certificate of
                appealability (Signed by Judge William P. Dimitrouleas on
                7/24/02) [EOD Date: 7/25/02] (ss) [Entry date 07/25/02]

8/2/02    --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 8/2/02as to William M. Hicks  Re: [158-1]
                appeal  by William M. Hicks  USCA NUMBER: 02-14055-C (dl)
                [Entry date 08/05/02]

8/9/02   (160)  AFFIDAVIT by William M. Hicks accompanying motion for
                permission to appeal in forma pauperis (ss)
                [Entry date 08/12/02]

```
Docket as of June 7, 2006 5:11 pm                    Page 21
```

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                           CLOSED APPEAL
                                                                   PAW
```

8/9/02   (161)   TRANSCRIPT INFORMATION FORM by William M. Hicks  re:
                 [158-1] appeal  by William M. Hicks  received on 8/12/02
                 from Court Reporter. (Returned to Court Reporter
                 Coordinator) (gf) [Entry date 08/13/02]

8/15/02  (162)   ORDER Granting [160-1] application accompanying motion for
                 permission to appeal in forma pauperis, as to filing fees
                 only (Signed by Judge William P. Dimitrouleas on 8/15/02)
                 [EOD Date: 8/16/02] (ss) [Entry date 08/16/02].

                                         *Vol. 4 cont'd.*

9/13/02  (163)   USCA appeal fees received as to William M. Hicks  Re:
                 [158-1] appeal   Filing Fee $ 105.00 Receipt # 526194 (gf)

11/18/02 (164)   Certificate of Readiness and Transmitted Record on Appeal
                 as to William M. Hicks transmitted to USCA Re: [158-1]
                 appeal  by William M. Hicks   USCA NUMBER: 02-14055-C (dl)

12/2/02   --     ACKNOWLEDGMENT of  receipt by U.S.C.A. of: Certifictae of
                 Readiness and Transmittal of Record of Appeal on 12/2/02;
                 U.S.C.A. # 02-14055-VV (dl) [Entry date 12/03/02]
                 [Edit date 12/03/02]

2/4/03   (165)   1st Supplemental Certificate of Readiness and Transmittal
                 of Supplemental Record on Appeal consisting of one (1)
                 volume of exhibits as to William M. Hicks transmitted to
                 USCA Re: [158-1] appeal by William M. Hicks USCA NUMBER:
                 02-14055-CC (gf)

2/12/03   --     ACKNOWLEDGMENT of  receipt by U.S.C.A. of: 1st Supplemental
                 Certificate of Readiness and Transmittal of Supplemental
                 Record on Appeal on 2/12/03; U.S.C.A. # 02-14055-CC (dl)
                 [Entry date 02/13/03]

8/19/03  (166)   MANDATE OF USCA (certified copy) [158-1] appeal affirming
                 judgment/order, in part, the grant of summary judgment as
                 to Hicks' failure-to-protect claim, and as to the denial of
                 medical care claim against the Sheriff's Defendants;
                 however, vacate, in part, the order of the summary
                 judgment [154-1] as it regards Hicks' claim of inadequate
                 medical care against the medical care against the Medical
                 Defendants; and remanding. Mandate Issued Date: 8/15/03;
                 USCA Appeal #: 02-14055-CC; Copy to Judge. (gf)
                 [Entry date 08/21/03]

8/19/03   --     Record on appeal returned from U.S. Court of Appeals:
                 [158-1] appeal  by William M. Hicks   USCA #: 02-14055-CC (gf)
                 [Entry date 08/21/03]

8/19/03   --     Magistrate identification:  Magistrate Judge Patrick A.
                 White (gf) [Entry date 08/21/03]

```

Proceedings include all events.                                          PAW
0:00cv6087 Hicks v. Jenne, et al                          CLOSED APPEAL
                                                                         PAW

| | | |
|---|---|---|
| 8/27/03 | 167 | ORDER Vacating [154-1] order; Reopening Case (Signed by Judge William P. Dimitrouleas on 8/27/03) [EOD Date: 8/27/03] (ss) |
| 8/27/03 | - | Case reopened (ss) |
| 8/27/03 | 167 | ORDER REFERRING CASE to Magistrate Judge Patrick A. White (Signed by Judge William P. Dimitrouleas on 8/27/03) CCAP [EOD Date: 8/27/03] (ss) |
| 8/28/03 | 168 | MOTION by William M. Hicks to recover costs on appeal (copy) (ss) |
| 8/29/03 | 169 | RESPONSE by EMSA, W. C. Davis, Ucker, Trevor Weathors, Cline to [168-1] motion to recover costs on appeal (ss) [Entry date 09/02/03] |
| 9/5/03 | 170 | ORDER Denying [168-1] motion to recover costs on appeal (Signed by Judge William P. Dimitrouleas on 9/5/03) [EOD Date: 9/5/03] (ss) |
| 9/8/03 | 171 | MOTION by William M. Hicks for appointment of counsel (ss) [Entry date 09/09/03] |
| 9/8/03 | 172 | MOTION by William M. Hicks for Appointment of Independant Expert Witness (ss) [Entry date 09/09/03] |
| 9/24/03 | 173 | ORDER Denying [171-1] motion for appointment of counsel (Signed by Judge William P. Dimitrouleas on 9/24/03) [EOD Date: 9/25/03] (ss) [Entry date 09/25/03] |
| 9/24/03 | 174 | ORDER Denying [172-1] motion for appointment of independant expert witness (Signed by Judge William P. Dimitrouleas on 9/24/03) [EOD Date: 9/25/03] (ss) [Entry date 09/25/03] |
| 10/30/03 | 175 | MOTION by William M. Hicks for status of case (ss) |
| 10/30/03 | 175 | NOTICE of Change of Address of Party by William M. Hicks (ss) |
| 12/2/03 | 176 | ORDER setting Jury trial set for 7/5/04; Calendar call set for 10:00 7/2/04; Discovery cutoff 4/9/04; Deadline for filing of all motions by 4/23/04; Pretrial Stipulation due on or before 6/18/04 (Signed by Judge William P. Dimitrouleas on 12/2/03) [EOD Date: 12/3/03] CCAP (ss) [Entry date 12/03/03] |
| 12/2/03 | 176 | ORDER REFERRING DISCOVERY MATTERS to Magistrate Judge Patrick A. White (Signed by Judge William P. Dimitrouleas on 12/2/03) CCAP [EOD Date: 12/3/03] (ss) [Entry date 12/03/03] |

*Vol. 4 contd.*

Proceedings include all events.                                          PAW
0:00cv6087 Hicks v. Jenne, et al                              CLOSED APPEAL
                                                                         PAW

12/18/03 (177)    MOTION by William M. Hicks for subpoena duces tecum served
                  upon Department of Correction Medical, and transport order
                  to take plaintiff to unbiased hospital for x-rays and
                  examinations , and RENEWED REQUEST for appointment of
                  counsel (hd) [Entry date 12/19/03]

12/30/03 (178)    NOTICE of Change of Address of party by William M. Hicks (wc)
                  [Entry date 12/31/03]

12/30/03 (179)    ORDER granting [175-1] motion for status of case ( Signed
                  by Magistrate Judge Patrick A. White on 12/30/03) [EOD
                  Date: 12/31/03] (hd) [Entry date 12/31/03]
                                                    *Vol. 4 cont'd.*

1/6/04 (180)      RESPONSE by EMSA, W. C. Davis, Ucker, Trevor Weathors,
                  Cline in opposition to [177-1] motion for subpoena duces
                  tecum served upon Department of Correction Medical, and
                  transport order to take plaintiff to unbiased hospital for
                  x-rays and examinations, [177-2] renewed request for
                  appointment of counsel (ss) [Entry date 01/07/04]

1/21/04 (181)     REPLY by William M. Hicks  to response to [177-1] motion
                  for subpoena duces tecum served upon Department of
                  Correction Medical, and transport order to take plaintiff
                  to unbiased hospital for x-rays and examinations, [177-2]
                  motion for appointment of counsel (dg) [Entry date 01/22/04]

2/3/04 (182)      NOTICE of inquiry by William M. Hicks (lk)
                  [Entry date 02/04/04]

2/18/04 (183)     ORDER Denying [177-1] motion for subpoena duces tecum
                  served upon Department of Correction Medical, and transport
                  order to take plaintiff to unbiased hospital for x-rays and
                  examinations, Denying [177-2] motion for appointment of
                  counsel (Signed by Judge William P. Dimitrouleas on
                  2/18/04) [EOD Date: 2/19/04] (ss) [Entry date 02/19/04]

2/18/04 (184)     MOTION by EMSA, Ucker, Cline, W. C. Davis, Trevor Weathors,
                  G. Pearson, Pearson (Attorney Richard Thomas Woulfe, Gregg
                  Alan Toomey) for extension of time to respond to
                  plaintiff's discovery (ss) [Entry date 02/19/04]

2/24/04 (185)     MOTION by William M. Hicks for Court Order served on Ken
                  Jenne, Sheriff to provide photograph's of North Broward
                  detention center recreation yard (gp) [Entry date 02/25/04]

2/24/04  --       Motion(s) referred: [185-1] motion for Court Order served
                  on Ken Jenne, Sheriff to provide photograph's of North
                  Broward detention center recreation yard referred to
                  Magistrate Judge Patrick A. White (gp) [Entry date 02/25/04]

2/24/04 (186)     NOTICE of Inquiry requesting copies of forms (request sent
                  to Intake) by William M. Hicks (gp) [Entry date 02/25/04]

```
Proceedings include all events.                                      PAW
0:00cv6087 Hicks v. Jenne, et al                            CLOSED APPEAL
                                                                     PAW
```

| 2/24/04 | (187) | RESPONSE by William M. Hicks to [184-1] motion for extension of time to respond to plaintiff's discovery (gp) [Entry date 02/25/04] |
|---|---|---|
| 3/1/04 | (188) | OBJECTIONS by William M. Hicks to [183-1] denial order dated 2/18/04 (wc) [Entry date 03/02/04] |
| 3/1/04 | (189) | MOTION by William M. Hicks for writ habeas corpus ad testificandum (wc) [Entry date 03/02/04] |
| 3/1/04 | -- | Motion(s) referred: [189-1] motion for writ habeas corpus ad testificandum referred to Magistrate Judge Patrick A. White (wc) [Entry date 03/02/04] *Vol. 4 cont'd.* |
| 3/1/04 | (190) | MOTION/CONSENT to Jury Trial by Magistrate Judge White by William M. Hicks (wc) [Entry date 03/02/04] |
| 3/4/04 | (191) | ORDER Overruling [188-1] objections; Response to motion consenting to jury trial by Magistrate P.A. White due by 3/19/04 (Signed by Judge William P. Dimitrouleas on 3/4/04) [EOD Date: 3/5/04] (ss) [Entry date 03/05/04] |
| 3/5/04 | (192) | ORDER Granting substitution of Richard Woulfe as counsel: Substituting Richard Woulfe as Attorney for Dr. W.C. Davis, Dr. Uecker, Dr. Trevor Weathers, Dr. Cline, Dr. Pearson, Dr. G. Pearson and Emergency Medical Services Associates (Signed by Judge William P. Dimitrouleas on 3/5/04) [EOD Date: 3/8/04] (ss) [Entry date 03/08/04] |
| 3/9/04 | (193) | MOTION by EMSA, Ucker, Cline, W. C. Davis, Trevor Weathors, G. Pearson, Pearson to be excused from portion of the trial docket (ss) [Entry date 03/10/04] |
| 3/9/04 | (194) | NOTICE of attorney appearance for W. C. Davis, Ucker, Trevor Weathors, Cline, Pearson, G. Pearson, EMSA by Richard T. Woulfe, Gregg A. Toomey (ss) [Entry date 03/10/04] |
| 3/11/04 | (195) | ORDER Denying as moot [193-1] motion to be excused from portion of the trial docket; Reset scheduling order deadlines: Jury Trial set for 7/12/04; Calendar Call set for 8:45 7/6/04 (Signed by Judge William P. Dimitrouleas on 3/11/04) [EOD Date: 3/12/04] (ss) [Entry date 03/12/04] |
| 3/11/04 | (196) | ORDER on PENDING MOTIONS granting [184-1] motion for extension of time to respond to plaintiff's discovery, denying [185-1] motion for Court Order served on Ken Jenne, Sheriff to provide photograph's of North Broward detention center recreation yard granting [189-1] motion for writ habeas corpus ad testificandum granting [186-1] notice of inquiry, which is in legal effect a motion for subpoenas, and for information (Signed by Magistrate Judge Patrick A. White on 3/10/04) [EOD Date: 3/12/04] (gp) [Entry date 03/12/04] |

Proceedings include all events.                                          PAW
0:00cv6087 Hicks v. Jenne, et al                              CLOSED APPEAL
                                                                         PAW

3/30/04  (208)  AMENDED ORDER Granting [200-1] motion to be excused from
                portion of the trial docket (Signed by Judge William P.
                Dimitrouleas on 3/30/04) [EOD Date: 3/31/04] (ss)
                [Entry date 03/31/04]      *Vol. 4 contd.*

3/31/04  (209)  SECOND RE-NOTICE of compliance: by EMSA, W. C. Davis,
                Cline, Trevor Weathors, G. Pearson, Pearson with
                plaintiff's request for admissions, request for production
                and interrogatories dated 1/20/04 (lk)

3/31/04  (210)  OMNIBUS ORDER Denying [204-1] motion for a Court Order for
                third party to enter Broward County Jail to take
                photographs of recreation yard; Denying motion to strike
                defendant's discovery request; Granting [197-1] motion to
                amend style (Signed by Judge William P. Dimitrouleas on
                3/31/04) [EOD Date: 4/1/04] (ss) [Entry date 04/01/04]

3/31/04  (211)  MOTION by William M. Hicks to extend time to file past-
                April Deadline for Discovery and Objections to Defense
                Counsel's second motion to be excused from portions of
                trial docket (gp) [Entry date 04/01/04]

3/31/04   --    Motion(s) referred: [211-1] motion to extend time to file
                past April Deadline for Discovery and Objections to Defense
                Counsel's second motion to be excused from portions of
                trial docket referred  to Magistrate Judge Patrick A. White
                (gp) [Entry date 04/01/04]

3/31/04  (212)  MOTION by William M. Hicks  for Court to issue and order
                for US Marshal to serve subpoenas for trial (gp)
                [Entry date 04/01/04]

4/2/04   (213)  ORDER granting [197-1] motion to amend style denying
                [204-1] motion for a Court Order for third party to enter
                Broward County Jail to take photographs of recreation yard
                denying [205-1] notice/motion for sanctions granting
                [206-1] motion to add exhibits to plaintiffs notice to
                court of inappropriate actions by now acting defense
                counsel(s) ( Signed by Magistrate Judge Patrick A. White on
                3/31/04) [EOD Date: 4/5/04] (gp) [Entry date 04/05/04]
                                                          *End Vol. 4*

4/6/04   (214)  DESIGNATION of trial experts by W. C. Davis, Craig Uecker,
                Trevor Weathors, Cline, Pearson, G. Pearson, EMSA (ss)
                [Entry date 04/07/04]      *Begin Vol. 5*

4/6/04   (215)  MOTION by William M. Hicks  to explain when actual trial
                starts (gp) [Entry date 04/07/04]

4/6/04    --    Motion(s) referred: [215-1] motion to explain when actual
                trial starts referred  to Magistrate Judge Patrick A. White
                (gp) [Entry date 04/07/04]

Proceedings include all events.                                              PAW
0:00cv6087 Hicks v. Jenne, et al                              CLOSED APPEAL
                                                                             PAW

4/6/04    (216)    MOTION by William M. Hicks  for Court to Order Defendant's
                   to provide discovery request that was Order by Court (gp)
                   [Entry date 04/07/04]

4/6/04    --       Motion(s) referred: [216-1] motion for Court to Order
                   Defendant's to provide discovery request that was Order by
                   Court referred  to Magistrate Judge Patrick A. White (gp)
                   [Entry date 04/07/04]

4/9/04    (217)    MOTION with memorandum in support by W. C. Davis, Craig
                   Uecker, Trevor Weathors, Cline, Pearson, G. Pearson, EMSA
                   to compel release of records (ss) [Entry date 04/12/04]

4/9/04    --       Motion(s) referred: [217-1] motion to compel release of
                   records referred to Magistrate Judge Patrick A. White (ss)
                   [Entry date 04/12/04]       *Vol. 5 contd.*

4/14/04   (218)    RESPONSE by William M. Hicks  in opposition to [210-1]
                   order re: discovery (gp) [Entry date 04/15/04]

4/14/04   (219)    ORDER on PENDING MOTIONS denying [211-1] motion to extend
                   time to file past April Deadline for Discovery and
                   Objections to Defense Counsel's second motion to be excused
                   from portions of trial docket, denying [212-1] motion for
                   Court to issue and order for US Marshal to serve subpoenas
                   for trial, dismissing [216-1] motion for Court to Order
                   Defendant's to provide discovery request that was Order by
                   Court, denying [217-1] motion to compel release of records.
                   **Please see order for further details (Signed by
                   Magistrate Judge Patrick A. White on 4/14/04) [EOD Date:
                   4/15/04] (gp) [Entry date 04/15/04]

4/26/04   (220)    MOTION by EMSA, Craig Uecker, Cline, W. C. Davis, Trevor
                   Weathors, G. Pearson, Pearson to extend the summary
                   judgment deadline (ss)

4/27/04   (221)    OBJECTIONS by William M. Hicks  to Pretrial Order (wc)
                   [Entry date 04/28/04]

4/27/04   (221)    MOTION by William M. Hicks to defer all pretrial matters
                   till prior to trial in open court (wc) [Entry date 04/28/04]

4/27/04   --       Motion(s) referred: [221-1] motion to defer all pretrial
                   matters till prior to trial in open court referred  to
                   Magistrate Judge Patrick A. White (wc) [Entry date 04/28/04]

4/27/04   (222)    MOTION by William M. Hicks in limine to exclude his
                   criminal charges from jury trial (wc) [Entry date 04/28/04]

4/27/04   --       Motion(s) referred: [222-1] motion in limine to exclude his
                   criminal charges from jury trial referred  to Magistrate
                   Judge Patrick A. White (wc) [Entry date 04/28/04]

Proceedings include all events.                                              PAW
0:00cv6087 Hicks v. Jenne, et al                                    CLOSED APPEAL
                                                                             PAW

4/27/04  (223)   MOTION by William M. Hicks for Court's help in obtaining
                 medical files that appear to be sealed by DOC medical
                 records at Lake Correctional Institution (wc)
                 [Entry date 04/28/04]

4/27/04  --      Motion(s) referred: [223-1] motion for Court's help in
                 obtaining medical files that appear to be sealed by DOC
                 medical records at Lake Correctional Institution referred
                 to Magistrate Judge Patrick A. White (wc)
                 [Entry date 04/28/04]

4/27/04  (224)   MOTION by William M. Hicks to compel responses to request
                 for admissions served on Dr. Glenn Pearson, DDS (wc)
                 [Entry date 04/28/04]    *Vol. 5 contd.*

4/27/04  --      Motion(s) referred: [224-1] motion to compel responses to
                 request for admissions served on Dr. Glenn Pearson, DDS
                 referred  to Magistrate Judge Patrick A. White (wc)
                 [Entry date 04/28/04]

4/29/04  (225)   RESPONSE by W. C. Davis, Craig Uecker, Trevor Weathors,
                 Cline, G. Pearson, Pearson, EMSA to motion to compel
                 responses to request for admissions, interrogatores and
                 request for production (ss) [Entry date 04/30/04]

4/29/04  (226)   MOTION with memorandum in support by W. C. Davis, Craig
                 Uecker, Trevor Weathors, Cline, G. Pearson, Pearson, EMSA
                 for summary judgment (ss) [Entry date 04/30/04]
                 *See Accordian Folder #2*

4/29/04  (227)   ORDER granting [220-1] motion to extend the summary
                 judgment deadline Deferring ruling by the Honorable William
                 P. Dimitrouleas  [221-1] motion to defer all pretrial
                 matters till prior to trial in open court Deferring ruling
                 by the Honorable William P. Dimitrouleas [222-1] motion in
                 limine to exclude his criminal charges from jury trial
                 denying [223-1] motion for Court's help in obtaining
                 medical files that appear to be sealed by DOC medical
                 records at Lake Correctional Institution, denying [224-1]
                 motion to compel responses to request for admissions served
                 on Dr. Glenn Pearson, DDS (Signed by Magistrate Judge
                 Patrick A. White on 4/29/04) [EOD Date: 4/30/04] (gp)
                 [Entry date 04/30/04]

5/3/04   (228)   Notice of compliance: by EMSA, Craig Uecker, Cline, W. C.
                 Davis, Trevor Weathors, G. Pearson, Pearson  with request
                 for records and copy of Dr. Charles Russo/Dr. Jeffrey
                 Elliot under certificate dated 4/1/04 and request for
                 admissions to Dr. Glen Pearsons numbered 1-6 (kw)

5/5/04   (229)   RE-MOTION by William M. Hicks to extend time for discovery
                 past 4/9/04 deadline and continued objections to the
                 pretrial schedule (wc) [Entry date 05/06/04]

Proceedings include all events.                                        PAW
0:00cv6087 Hicks v. Jenne, et al                           CLOSED APPEAL
                                                                       PAW

5/5/04     --      Motion(s) referred: [229-1] motion to extend time for
                   discovery past 4/9/04 deadline and continued objections to
                   the pretrial schedule referred  to Magistrate Judge Patrick
                   A. White (wc) [Entry date 05/06/04]

5/11/04  (230)     RESPONSE by W. C. Davis, Craig Uecker, Trevor Weathors,
                   Cline, Pearson, G. Pearson, EMSA to objections to pretrial
                   order, [221-1] motion to defer all pretrial matters till
                   prior to trial in open court, [222-1] motion in limine to
                   exclude his charges from jury trial, [223-1] motion for
                   Court's help in obtaining medical files that appear to be
                   sealed by DOC medical records at Lake Correctional
                   Institution (ss) [Entry date 05/12/04]   *Vol. 5 contd.*

5/13/04  (231)     ORDER ON PENDING MOTION AND SECOND ORDER OF INSTRUCTIONS TO
                   PRO SE PLAINTIFF REGARDING A RESPONSE TO MOTION FOR SUMMARY
                   JUDGMENT, denying [229-1] motion to extend time for
                   discovery past 4/9/04 deadline and continued objections to
                   the pretrial schedule ( Signed by Magistrate Judge Patrick
                   A. White on 5/12/04) [EOD Date: 5/14/04] (wc)
                   [Entry date 05/14/04]

5/28/04  (232)     ORDER deferring until calendar call [222-1] motion in
                   limine to exclude his criminal charges from jury trial,
                   denying [221-1] motion to defer all pretrial matters till
                   prior to trial in open court, granting [215-1] motion to
                   explain when actual trial starts. Plaintiff's objections to
                   pretrial order are overruled. ( Signed by Judge William P.
                   Dimitrouleas on [EOD Date: 6/1/04] (jl)
                   [Entry date 06/01/04]

6/4/04   (233)     NOTICE motion is at issue by W. C. Davis, Craig Uecker,
                   Trevor Weathors, Cline, Pearson, G. Pearson, EMSA re:
                   [226-1] motion for summary judgment (ss)
                   [Entry date 06/07/04]

6/4/04   (234)     RESPONSE by William M. Hicks  to [226-1] motion for summary
                   judgment (gp) [Entry date 06/07/04]

6/4/04   (235)     MOTION by William M. Hicks  for court Order to have copies
                   of Exhibits (gp) [Entry date 06/07/04]  *See Accordian Folder #3*

6/7/04   (236)     REPLY Memorandum by W. C. Davis, Craig Uecker, Trevor
                   Weathors, Cline, Pearson, G. Pearson, EMSA regarding their
                   [226-1] motion summary judgment (ss) [Entry date 06/08/04]

6/7/04   (237)     NOTICE of filing medical records by W. C. Davis, Craig
                   Uecker, Trevor Weathors, Cline, Pearson, G. Pearson, EMSA
                   (ss) [Entry date 06/08/04] *See Accordian Folder #3*

6/9/04   (238)     ORDER granting [235-1] motion for court Order to have
                   copies of Exhibits. **Please see order for further details.
                   (Signed by Magistrate Judge Patrick A. White on 6/9/04)
                   [EOD Date: 6/10/04] (gp) [Entry date 06/10/04]

Docket as of June 7, 2006 5:11 pm              Page 30

Proceedings include all events.                                              PAW
0:00cv6087 Hicks v. Jenne, et al                                  CLOSED APPEAL
                                                                             PAW

6/16/04  (239)  REPORT AND RECOMMENDATIONS  of Magistrate Judge Patrick A.
                White  recommending that [226-1] motion for summary
                judgment be DENIED. Motion no longer referred.  Signed on:
                6/17/04 Objections to R and R due by 6/28/04  CCAP (wc)

6/18/04  (240)  PRETRIAL Statement by W. C. Davis, Craig Uecker, Trevor
                Weathors, Cline, Pearson, G. Pearson, EMSA pursuant to:
                [176-1] Scheduling order (ss) [Entry date 06/21/04]

6/18/04  (241)  MOTION by William M. Hicks to strike [236-1] reply
                memorandum (wc) [Entry date 06/21/04]

6/18/04  --     Motion(s) referred: [241-1] motion to strike [236-1] reply
                memorandum referred  to Magistrate Judge Patrick A. White
                (wc) [Entry date 06/21/04]   *Vol. 5 contd.*

6/22/04  (242)  AMENDED MOTION by EMSA, Craig Uecker, Cline, W. C. Davis,
                Trevor Weathors, G. Pearson, Pearson to be excused from a
                portion of the trial docket; referring to [200-1] motion
                to be excused from portion of the trial docket (ss)
                [Entry date 06/23/04]

6/22/04  (243)  SUPPLEMENTAL Witness and Exhibit Lists by W. C. Davis,
                Craig Uecker, Trevor Weathors, Cline, Pearson, G. Pearson,
                EMSA (ss) [Entry date 06/23/04]

6/24/04  (244)  ORDER Denying without prejudice [242-1] amended motion to
                be excused from a portion of the trial docket (Signed by
                Judge William P. Dimitrouleas on 6/24/04) [EOD Date:
                6/25/04) (ss) [Entry date 06/25/04]

6/25/04  (245)  MOTION by EMSA, W. C. Davis, Craig Uecker, Cline, G.
                Pearson, Pearson, Trevor Weathors (Attorney ) to extend
                time to file objections to report of Magistrate Judge dated
                6/17/04 (ch)

6/25/04  (246)  ORDER Granting [245-1] motion for extension of time to file
                objections to the report of Magistrate Judge dated 6/17/04
                (Signed by Judge William P. Dimitrouleas on 6/25/04) [EOD
                Date: 6/28/04] (ss) [Entry date 06/28/04]

6/29/04  (247)  ORDER Denying [241-1] motion to strike [236-1] reply
                memorandum (Signed by Judge William P. Dimitrouleas on
                6/29/04) [EOD Date: 6/30/04] (ss) [Entry date 06/30/04]

6/30/04  (248)  Proposed Voir dire questions by William M. Hicks (mh)
                [Entry date 07/01/04]

7/1/04   (249)  NOTICE of Being Denied Copying by William M. Hicks (wc)
                [Entry date 07/02/04]

7/1/04   (250)  Pretrial Statement  by William M. Hicks (wc)
                [Entry date 07/02/04]

```
Proceedings include all events.                                    PAW
0:00cv6087 Hicks v. Jenne, et al                            CLOSED APPEAL
                                                                   PAW
```

7/1/04    (251)    MOTION by William M. Hicks for contempt of Court
                   proceedings (wc) [Entry date 07/02/04]

7/1/04    --       Motion(s) referred: [251-1] motion for contempt of Court
                   proceedings referred to Magistrate Judge Patrick A. White
                   (wc) [Entry date 07/02/04]

7/2/04    (252)    MOTION by W. C. Davis, Craig Uecker, Trevor Weathors,
                   Cline, G. Pearson, Pearson, EMSA to compel release of
                   records (lk)

7/2/04    (253)    SECOND SUPPLEMENTAL Exhibit and Witness List by W. C.
                   Davis, Craig Uecker, Trevor Weathors, Cline, G. Pearson,
                   EMSA (lk)

*Vol. 5 contd.*

7/2/04    (254)    WRIT of Habeas Corpus ad testificandum (Signed by Judge
                   William P. Dimitrouleas on 7/2/04) [EOD Date: 7/6/04] CCAP
                   (ss) [Entry date 07/06/04]

7/2/04    (255)    OBJECTION by W. C. Davis, Craig Uecker, Trevor Weathors,
                   Cline, Pearson, G. Pearson, EMSA to [239-1] report and
                   recommendations (ss) [Entry date 07/06/04]

7/6/04    (256)    Minutes of Calendar Call held before Judge William P.
                   Dimitrouleas on 7/6/04; Calendar Call 7/8/04 at 8:45; Court
                   Reporter Name or Tape #: B. Ryckoff (ss)
                   [Entry date 07/07/04]

7/6/04    (257)    WRIT of Habeas Corpus ad prosequendum (Signed by Judge
                   William P. Dimitrouleas on 7/6/04) [EOD Date: 7/7/04] CCAP
                   (ss) [Entry date 07/07/04]

7/6/04    (258)    ORDER Adopting [239-1] report and recommendations;
                   Overruling [255-1] objections; Denying [226-1] motion for
                   summary judgment (Signed by Judge William P. Dimitrouleas
                   on 7/6/04) [EOD Date: 7/7/04] CCAP (ss)
                   [Entry date 07/07/04]

7/8/04    (259)    Minutes of Calendar Call held before Judge William P.
                   Dimitrouleas on 7/8/04; Trial 7/14/04 at 9:00; Court
                   Reporter Name or Tape #: B. Ryckoff (ss)
                   [Entry date 07/09/04]

7/8/04    --       Calendar call held before Judge William P. Dimitrouleas (ss)
                   [Entry date 07/09/04]

7/8/04    (260)    OMNIBUS ORDER Denying [222-1] motion in limine to exclude
                   his criminal charges from jury trial; Denying without
                   prejudice [251-1] motion for contempt of Court proceedings;
                   [252-1] motion to compel release of records Defers Ruling
                   (Signed by Judge William P. Dimitrouleas on 7/8/04) [EOD
                   Date: 7/9/04] (ss) [Entry date 07/09/04]

Proceedings include all events.                                              PAW
0:00cv6087 Hicks v. Jenne, et al                              CLOSED APPEAL
                                                                             PAW

7/8/04    261    WRIT of Habeas Corpus ad prosequendum (Signed by Judge
                 William P. Dimitrouleas on 7/8/04) [EOD Date: 7/9/04] CCAP
                 (ss) [Entry date 07/09/04]

7/8/04    262    NOTICE to preserve unconditional acts by Lake Correctional
                 Institution by denying copying services by William M. Hicks
                 (wc) [Entry date 07/09/04]  *Vol. 5 contd.*

7/13/04   263    WRIT of Habeas Corpus ad prosequendum (Signed by Judge
                 William P. Dimitrouleas on 7/13/04) [EOD Date: 7/14/04]
                 CCAP (ss) [Entry date 07/14/04]

7/14/04   264    Court's Jury instructions (ch)

7/19/04   265    Minutes of civil jury selection & trial, day 1 held before
                 Judge William P. Dimitrouleas on 7/19/04; Jury voir dire.
                 Jury selected and sworn. Court Reporter Name or Tape #: Bob
                 Ryckoff (ch) [Entry date 07/20/04]

7/19/04   --     Jury trial held day 1 before Judge William P. Dimitrouleas
                 (ch) [Entry date 07/20/04]

7/20/04   --     Jury trial held day #2 before Judge William P. Dimitrouleas
                 (ch) [Entry date 07/21/04]

7/20/04   266    Minutes of trial day #2 held before Judge William P.
                 Dimitrouleas on 7/20/04; Trial continued to 7/21/04 at 9:30
                 am. Court Reporter Name or Tape #: B. Ryckoff (ch)
                 [Entry date 07/21/04]

7/21/04   --     Jury trial held day #3 before Judge William P.
                 Dimitrouleas (ch) [Entry date 07/22/04]

7/21/04   267    Minutes of jury trial day #3 held before Judge William P.
                 Dimitrouleas on 7/21/04; Jury trial continue to 7/22/04 at
                 9:45 am. Court Reporter Name or Tape #: B. Ryckoff (ch)
                 [Entry date 07/22/04]

7/22/04   --     Jury trial held before Judge William P. Dimitrouleas (ss)
                 [Entry date 07/26/04]

7/23/04   268    Minutes of Trial Day #4 held before Judge William P.
                 Dimitrouleas on 7/22/04; Trial 8/2/04 at 9:30; Court
                 Reporter Name or Tape #: B. Ryckoff (ss)
                 [Entry date 07/26/04]  *End Vol. 5*

7/26/04   269    WRIT of Habeas Corpus ad prosequendum (Signed by Judge
                 William P. Dimitrouleas on 7/23/04) [EOD Date: 7/27/04]
                 CCAP (ss) [Entry date 07/27/04]  *Begin Vol. 6*

8/2/04    --     Jury trial held before Judge William P. Dimitrouleas (ss)
                 [Entry date 08/04/04]

Proceedings include all events.                                          PAW
0:00cv6087 Hicks v. Jenne, et al                                  CLOSED APPEAL
                                                                         PAW

12/30/04 (293)   Acknowledgement of Transcript Information Formas to William
                 M. Hicks re: [283-1] appeal by William M. Hicks of:
                 Pre-Trial, Trial & Summary Judgment held 7/8/04,
                 7/19-7-22,8/2/04, 8/3/04 ; Court Reporter name: Robert
                 Ryckoff (vl) [Entry date 01/03/05]

12/30/04 (294)   AMENDED ORDER  amending [290-1] order granting motion to
                 proceed in forma pauperis; Granting for filing fees only
                 [284-1] motion to proceed in forma pauperis on appeal
                 (Signed by Judge William P. Dimitrouleas on 12/30/04) [EOD
                 Date: 1/4/05] (gp) [Entry date 01/04/05]

1/4/05 (295)     MOTION by William M. Hicks for Emergency Injunction
                 against Dept. of Correction and lake correction Institute,
                 and for temporary restraining order (ra)
                 [Entry date 01/05/05] *Vol. 6 contd.*

1/11/05 (296)    Notice of Receipt of Notice of Appeal Transmittal Letter
                 from USCA on 12/8/04 as to William M. Hicks Re: [283-1]
                 appeal USCA Number: 04-16386-G (vl) [Entry date 01/13/05]

1/13/05 (297)    ORDER Denying [295-1] motion for emergency injunction
                 against Dept. of Correction and Lake Correction Institute,
                 Denying [295-2] motion for temporary restraining order
                 (Signed by Judge William P. Dimitrouleas on 1/13/05) [EOD
                 Date: 1/14/05] (ss) [Entry date 01/14/05]

1/13/05 (298)    ORDER pursuant to plaintiff's Objections are Overruled
                 [290-1] order granting motion to proceed in forma pauperis;
                 Granting for filing fees only [284-1] motion to proceed in
                 forma pauperis on appeal; Plaintiff Motion to Strike is
                 DENIED ( Signed by Judge William P. Dimitrouleas on
                 01/13/05) [EOD Date: 1/18/05] (vl) [Entry date 01/18/05]

1/13/05 (299)    PLAINTIFF'S OBJECTION by William M. Hicks to order denying
                 trial transcripts at Government's expense motion to strike
                 defendant's response to plaintiffs motion for IFP status &
                 transcripts at Government's expense (vl)
                 [Entry date 01/19/05]

2/25/05 (300)    REQUEST from USCA dated 2/11/05  Re: Original File Attn:
                 Walter Pollard consisting of (6) Volumes of Pleadings and
                 (3) Expansion Folders containing DE's 118, 133,153, 235,237
                 and 286 by William M. Hicks USCA # 04-16386-G (vl)

3/10/05  --      ACKNOWLEDGMENT of  receipt by U.S.C.A. of: Original File on
                 3/1/05;  U.S.C.A. # 04-16386-G (vp) [Entry date 03/15/05]

3/10/05 (301)    USCA acknowledge recipt of original file (vp)
                 [Entry date 03/15/05]

Proceedings include all events.                                        PAW
0:00cv6087 Hicks v. Jenne, et al                              CLOSED APPEAL
                                                                        PAW

| 5/18/05 | 312 | TRANSCRIPT filed as to William M. Hicks of Trial Proceedings held 08/02/04  9:35am  before Judge William P. Dimitrouleas  Volume #: 5  Pages: 1-155  re: [283-1] appeal by William M. Hicks *Vol. 13* (vl) [Entry date 05/20/05] |
| --- | --- | --- |
| 5/18/05 | 313 | TRANSCRIPT filed as to William M. Hicks of Trial Proceedings held 08/3/04  9:04am  before Judge William P. Dimitrouleas  Volume #: 6  Pages: 1-53  re: [283-1] appeal by William M. Hicks *Vol. 14* (vl) [Entry date 05/20/05] |
| 5/19/05 | 307 | TRANSCRIPT filed  of Trial Proceedings held 07/19/04 9:00am before Judge William P. Dimitrouleas Volume #: I Pages: 1-121 re: [283-1] appeal by William M. Hicks (vl) [Entry date 05/20/05] *Vol. 8* |
| 5/20/05 | (314) | Transcript Information Form for  Transcript of: Pretrial, Trial & Status Conference held 07/08/04, 7-19-7/22/04, 8/2/04 and  8/3/04 filed re: [283-1] appeal by William M. Hicks (vl) [Entry date 05/23/05] *Vol. 6 contd.* |
| 10/13/05 | (315) | TRANSCRIPT INFORMATION FORM by William M. Hicks  re: [283-1] appeal requesting transcript for trial 8/7/04 and 8/8/04; by William M. Hicks received on 10/13/05 from Court Reporter. (Returned to Court Reporter Coordinator) (vl) |
| 11/30/05 | (316) | Partial filing fee payment by William M. Hicks ; Receipt Number: 931258 in the amount of $ 20.00 (vl) [Entry date 12/01/05] |
| 1/5/06 | (317) | NOTICE OF FILING trial exhibits numbers 1 and 2 by EMSA, W. C. Davis, Craig Uecker, Trevor Weathors, Cline, G. Pearson (vl) [Entry date 01/13/06] *see Accordian Folder #4* |
| 6/1/06 | (318) | Partial filing fee payment by William M. Hicks ; Receipt Number: 937860 in the amount of $ 20.00 (hh) [Entry date 06/07/06] *End Vol. 6* |