


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
Clerk of Court

Appeals Section

Date: 6/8/2006

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No: 00-06087-CV - WPD

U.S.C.A. No: 04-16386-GG

Style: HICKS V. JENNE, ET AL

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 6 Volume(s) of pleadings
- 8 Volume(s) of Transcripts

Exhibits:   0 boxes;   4 folders;
            0 envelopes;   0 PSIs (sealed)
            __ other:
            other:

✓ Other:  4 ACCORDIAN FOLDERS CONTAINING PLEADINGS

  Other:

Sincerely,

Clarence Maddox, Clerk of Court

By: *Hope Hill*
    Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

---

301 N. Miami Avenue          299 E. Broward Boulevard      701 Clematis Street
Miami, Fl 33128-7788         Ft. Lauderdale, Fl 33301      West Palm Beach, Fl 33401
305-523-5080                 954-769-5413                  561-803-3408