Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788




June 07, 2007

**Appeal Number:** 04-16386-GG
Case Style: William M. Hicks v. Ken Jenne
District Court Number: 00-06087 CV-WPD

TO: Clarence Maddox

CC: David Jonathon Joffe

CC: Nancy Wood Gregoire

CC: Administrative File

(6 vols of plds)

(8 vols of trans)

(4 folders)