Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

REC'D by _____ D.C.
APPEALS
JUN 2 3 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

FILED by _____ D.C.
RECORDS
JUN 2 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

June 07, 2007

**Appeal Number: 04-16386-GG**
Case Style: William M. Hicks v. Ken Jenne
District Court Number: 00-06087 CV-WPD

TO:  Clarence Maddox

CC:  David Jonathon Joffe

CC:  Nancy Wood Gregoire

CC:  Administrative File

(4 folders)